# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

KRAFT FOODS GLOBAL, INC., et al.                    Case Number:

            v.

UNITED EGG PRODUCERS, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY,

    GENERAL MILLS, INC., and NESTLÉ U.S.A., INC.

| NAME | John F. Kinney | |
|---|---|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ John F. Kinney | | |
| FIRM | JENNER & BLOCK LLP | |
| STREET ADDRESS | 353 North Clark Street | |
| CITY/STATE/ZIP | Chicago, IL 60654-3456 | |
| ID NUMBER 1467867 | TELEPHONE NUMBER 312-222-9350 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | YES | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | YES | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | YES | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL       APPOINTED COUNSEL | | |