U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

KRAFT FOODS GLOBAL, INC., et al.        Case Number:

      v.

UNITED EGG PRODUCERS, INC., et al.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
    KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY,
    GENERAL MILLS, INC., and NESTLÉ U.S.A., INC.


| NAME | Julia Zhang | |
|---|---|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ Julia Zhang | | |
| FIRM | JENNER & BLOCK LLP | |
| STREET ADDRESS | 353 North Clark Street | |
| CITY/STATE/ZIP | Chicago, IL 60654-3456 | |
| ID NUMBER | 6304384 | TELEPHONE NUMBER  312-222-9350 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | | NO |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL        APPOINTED COUNSEL | | |