U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

KRAFT FOODS GLOBAL, INC., et al.          Case Number:

      v.

UNITED EGG PRODUCERS, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ U.S.A., INC.

| NAME | Jason M. Bradford |
|---|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ Jason M. Bradford | |
| FIRM | JENNER & BLOCK LLP |
| STREET ADDRESS | 353 North Clark Street |
| CITY/STATE/ZIP | Chicago, IL 60654-3456 |

| ID NUMBER | 6302455 | TELEPHONE NUMBER | 312-222-9350 |
|---|---|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | NO |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | NO |

| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
|---|
| RETAINED COUNSEL          APPOINTED COUNSEL |