UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br>      Plaintiffs, <br><br>v. <br><br>UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., DAYBREAK FOODS, INC., HILLANDALE FARMS OF PA, INC., MICHAEL FOODS INC., MIDWEST POULTRY SERVICES, L.P., NATIONAL FOOD CORPORATION, NUCAL FOODS, INC., OHIO FRESH EGGS, LLC, ROSE ACRE FARMS, INC., R.W. SAUDER, INC., and SPARBOE FARMS, INC., <br><br>      Defendants. | No. _____ |

## GENERAL MILLS INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 3.2

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff General Mills, Inc. makes the following disclosure:

1. As of August 10, 2011, BlackRock, Inc. and State Street Corporation each owned more than 5% of General Mills, Inc.

2. BlackRock, Inc. and State Street Corporation are publicly traded companies.

Dated: December 12, 2011

            Respectfully submitted,

            By: /s/ John F. Kinney
               John F. Kinney
               JENNER & BLOCK, LLP
               353 North Clark Street
               Chicago, IL 60654-3456
               (312) 222-9350
               (312) 527-0484 Fax
               ***Counsel for Plaintiffs***