## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. _____ |
| v. | ) ) ) | |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., DAYBREAK FOODS, INC., HILLANDALE FARMS OF PA, INC., MICHAEL FOODS INC., MIDWEST POULTRY SERVICES, L.P., NATIONAL FOOD CORPORATION, NUCAL FOODS, INC., OHIO FRESH EGGS, LLC, ROSE ACRE FARMS, INC., R.W. SAUDER, INC., and SPARBOE FARMS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## THE KELLOGG COMPANY'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 3.2

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff Kellogg Company makes the following disclosure:

1. As of March 11, 2011, KeyCorp owns more than 5% of the Kellogg Company.

2. KeyCorp is a publicly traded company.

Dated: December 12, 2011

Respectfully submitted,

By: /s/ John F. Kinney
John F. Kinney
JENNER & BLOCK, LLP
353 North Clark Street
Chicago, IL 60654-3456
(312) 222-9350
(312) 527-0484 Fax
***Counsel for Plaintiffs***