UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., DAYBREAK FOODS, INC., HILLANDALE FARMS OF PA, INC., MICHAEL FOODS INC., MIDWEST POULTRY SERVICES, L.P., NATIONAL FOOD CORPORATION, NUCAL FOODS, INC., OHIO FRESH EGGS, LLC, ROSE ACRE FARMS, INC., R.W. SAUDER, INC., and SPARBOE FARMS, INC., <br><br> Defendants. | No. _____ |

## KRAFT FOODS GLOBAL, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 3.2

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff Kraft Foods Global, Inc. makes the following disclosure:

1. Kraft Foods Global, Inc. is a wholly owned subsidiary of Kraft Foods, Inc.

2. Kraft Foods, Inc. is a publicly traded company.

3. As of March 31, 2011, Berkshire Hathaway, Inc. and BlackRock, Inc. each own more than 5% of Kraft Foods, Inc.

4. Berkshire Hathaway, Inc. and BlackRock, Inc. are publicly traded companies.

Dated: December 12, 2011

Respectfully submitted,

By: /s/ John F. Kinney
John F. Kinney
JENNER & BLOCK, LLP
353 North Clark Street
Chicago, IL 60654-3456
(312) 222-9350
(312) 527-0484 Fax
**Counsel for Plaintiffs**

2