UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., DAYBREAK FOODS, INC., HILLANDALE FARMS OF PA, INC., MICHAEL FOODS INC., MIDWEST POULTRY SERVICES, L.P., NATIONAL FOOD CORPORATION, NUCAL FOODS, INC., OHIO FRESH EGGS, LLC, ROSE ACRE FARMS, INC., R.W. SAUDER, INC., and SPARBOE FARMS, INC., <br><br> Defendants. | No. _____ |

## NESTLÉ USA, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 3.2

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff Nestlé USA, Inc. makes the following disclosure:

1. Nestlé USA, Inc. is a wholly owned subsidiary of Nestle Holdings, Inc.

2. Nestle Holdings, Inc. is a wholly owned subsidiary of Nestlé S.A.

3. Nestlé S.A. is publicly traded company.

Dated: December 12, 2011

                                           Respectfully submitted,

                                           By: /s/ John F. Kinney
                                                    John F. Kinney
                                                    JENNER & BLOCK, LLP
                                                    353 North Clark Street
                                                    Chicago, IL 60654-3456
                                                    (312) 222-9350
                                                    (312) 527-0484 Fax
                                                    *Counsel for Plaintiffs*