

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

**OFFICE OF THE CLERK**
**(312) 435-5691**

January 4, 2012

Eastern District of Pennsylvania
James A. Byrne
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

*RE: Kraft Foods Global, Inc. et al v. United Egg Producers, Inc. et al*

**Case No:  11-cv-8808**
**MDL 2002**

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Judicial Panel on Multidistrict Litigation, through its Clerk on 12/28/2011

■       was electronically  transmitted to the Eastern District of Pennsylvania.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:     Kinielle Johnson

Enclosures

New Case No. _____          Date _____