UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Charles R. Norgle |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCES
AND OF SUBSTITUTION OF LEAD TRIAL COUNSEL**

Pursuant to Local Rule 83.17, Plaintiffs Kraft Foods Global, Inc., The Kellogg Company, General Mills, Inc., and Nestlé USA, Inc., by and through their undersigned counsel, provide notice of withdrawal of the appearances of John F. Kinney, Richard P. Campbell, and Ke Zhang as counsel of record in this matter and of substitution of the undersigned counsel as lead trial counsel. With respect to this Notice, undersigned counsel states the following:

1. Plaintiffs filed their Complaint in this matter on December 12, 2011. Thereafter, the following attorneys filed appearances with this Court on behalf of Plaintiffs: John F. Kinney (ECF No. 3), Richard P. Campbell (ECF No. 4), Ke Zhang (ECF No. 5), Stephen R. Brown (ECF No. 11), and Jason M. Bradford (ECF No. 6). When filing these appearances, each of these appearing attorneys were of Jenner & Block LLP. On January 4, 2012, by order of the Judicial Panel on Multidistrict Litigation, this case was transferred to the Eastern District of Pennsylvania (*see* ECF Nos. 12 & 13). After more than seven years of proceedings in the Eastern District of

Pennsylvania, in September 2019, this case was transferred back to the Northern District of Illinois (*see* ECF No. 14).

2. During the time that this case was pending in the Eastern District of Pennsylvania, Mr. Kinney and Ms. Zhang left their positions at Jenner & Block LLP and notified that court that they no longer represented the Plaintiffs. Thereafter, Plaintiffs continued to be represented by Jenner & Block LLP attorneys while the case was pending in the Eastern District of Pennsylvania.

3. Richard P. Campbell has retired from the practice of law and has an Illinois Registration Status with the ARDC of Retired.

4. Mr. Brown and Mr. Bradford of Jenner & Block LLP (both of whom, as noted above, entered appearances with this Court when this case was filed in the Northern District of Illinois in 2011) will remain attorneys of record for Plaintiffs in this matter. Mr. Bradford is admitted to the trial bar of the United States District Court for the Northern District of Illinois.

5. Additionally, the undersigned has on this date filed an appearance as an attorney for Plaintiffs. The undersigned also appeared as an attorney for Plaintiffs in the Eastern District of Pennsylvania prior to transfer of the case back to the Northern District of Illinois. The undersigned is a member of the trial bar of the Northern District of Illinois, and his appearance indicated that he will serve as lead trial counsel. Richard L. Stone and Amy M. Gallegos of Jenner & Block LLP will seek admission *pro hac vice* for this case. Mr. Stone and Ms. Gallegos also appeared as attorneys for Plaintiffs in the Eastern District of Pennsylvania prior to the transfer of the case back to the Northern District of Illinois.

6. Plaintiffs are aware that the undersigned counsel is updating and correcting the attorney appearances in this case.

7.  Counsel for the Defendants have not yet entered appearances in this Court; per the below Certificate of Service, Plaintiffs are serving this Notice on such counsel via email.

WHEREFORE, Plaintiffs hereby provide notice that the appearances of Mr. Kinney, Ms. Zhang, and Mr. Campbell are withdrawn and that Mr. Malysiak is to be substituted as lead trial counsel.

Dated: October 10, 2019

Respectfully submitted,

PLAINTIFFS KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., AND NESTLÉ USA, INC.

By: /s/ James T. Malysiak

James T. Malysiak
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: 312 222-9350
Facsimile: 312 840-8736
JMalysiak@jenner.com

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused Plaintiffs' Notice of Withdrawal of Attorney Appearances and of Substitution of Lead Trial Counsel to be served via email at the following addresses:

**Counsel for Defendant Rose Acre Farms, Inc.**

Donald M. Barnes
Porter, Wright, Morris & Arthur LLP
2020 K Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000
Email: dbarnes@porterwright.com

**Counsel for Defendant Michael Foods, Inc.**

William L. Greene
Stinson LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
Tel: (612) 335-1568
Email: william.greene@stinson.com

Carrie C. Mahan
Weil, Gotshal & Manges LLP
2001 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 682-7231
Email: carrie.mahan@weil.com

**Counsel for Defendant Cal-Maine Foods, Inc.**

Brian E. Robison
Gibson, Dunn & Crutcher
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
Tel: (214) 698-3370
Email: brobison@gibsondunn.com

**Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.**

Jan P. Levine
Robin P. Sumner
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Email: levinej@pepperlaw.com
sumnerr@pepperlaw.com

2

Dated: October 10, 2019    By:  /s/ James T. Malysiak

                                                         James T. Malysiak
                                                         JENNER & BLOCK LLP
                                                         353 N. Clark St.
                                                         Chicago, Illinois 60654
                                                         Telephone: 312 222-9350
                                                         Facsimile: 312 840-8736
                                                         JMalysiak@jenner.com