# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**Case Title:** Kraft Foods Global, Inc., et al., v. United Egg Producers, Inc., et al.

**Case Number:** 1:11-cv-08808
Judge Charles R. Norgle

An appearance is hereby filed by the undersigned as attorney for: Michael Foods Inc.

**Attorney name (type or print):** Stephen J. Siegel

**Firm:** Novack and Macey LLP

**Street address:** 100 North Riverside Plaza

**City/State/Zip:** Chicago, IL 60606

**Bar ID Number:** 6209054
(See item 3 in instructions)

**Telephone Number:** 312-419-6900

**Email Address:** ssiegel@novackmacey.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 16, 2019

**Attorney signature:** S/ Stephen J. Siegel
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015