# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Charles R. Norgle |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF KELLOGG COMPANY'S CLAIMS AGAINST DEFENDANT MICHAEL FOODS, INC.

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Kellogg Company ("Kellogg") and Defendant Michael Foods, Inc. ("Michael Foods") stipulate and agree to the dismissal, with prejudice, of Kellogg's claims against Michael Foods in the above-captioned case with each side bearing its own attorneys' fees and costs. The Stipulation of Dismissal, with prejudice, is intended to be without prejudice to Kellogg's claims against any other Defendant or alleged co-conspirators in the above-captioned case. A proposed Order of Dismissal, with prejudice, will be submitted to the Court via email to Eric_Fulbright@ilnd.uscourts.gov, per the Court's Case Procedures.

Respectfully submitted,

Dated: October 17, 2019 /s/ James T. Malysiak

James T. Malysiak
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
Email: jmalysiak@jenner.com

***Counsel for Plaintiff Kellogg Company***

Dated: October 17, 2019 /s/ Stephen J. Siegel

Stephen J. Siegel
Elizabeth C. Wolicki
NOVACK AND MACEY LLP
100 N Riverside Plaza
Chicago, IL 60606
Tel: (312) 419-6900
Fax: (312) 419-6928
Email: ssiegel@novackmacey.com
ewolicki@novackmacey.com

Carrie Mahan, Esquire
WEIL, GOTSHAL & MANGES LLP
2001 M Street, #600
Washington, DC 20036
Tel: (202) 682-7000
Fax: (202) 857-0940
E-mail: carrie.mahan@weil.com

William L. Greene, Esquire
Peter J. Schwingler, Esquire
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335-1500
Fax: (612) 335-1657
E-mail: william.greene@stinson.com
peter.schwingler@stinson.com

***Counsel for Defendant Michael Foods, Inc.***