# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC.,<br><br>                Plaintiffs,<br><br>    v.<br><br>UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC.<br><br>                Defendants. | No. 1:11-cv-08808<br><br>Judge Charles R. Norgle |

**NOTICE OF FILING OF STIPULATION FOR DISMISSAL WITH PREJUDICE OF KELLOGG COMPANY'S CLAIMS AGAINST DEFENDANT MICHAEL FOODS, INC.**

Plaintiff Kellogg Company hereby gives notice of its filing of the Stipulation for Dismissal with Prejudice of Kellogg Company's Claims Against Defendant Michael Foods, Inc. (the "Stipulation"). The Stipulation is intended to be without prejudice to Kellogg Company's claims against any other Defendant or alleged co-conspirators in the above-captioned case.

Dated: October 17, 2019

Respectfully submitted,

PLAINTIFF KELLOGG COMPANY,

By: /s/ James T. Malysiak

James T. Malysiak
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 840-8736
JMalysiak@jenner.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused the foregoing Notice, the Stipulation for Dismissal with Prejudice of Kellogg Company's Claims Against Defendant Michael Foods, Inc., and the proposed Order of Dismissal with Prejudice of Kellogg's Claims Against Michael Foods, Inc. to be served via email at the following addresses:

| **Counsel for Defendant Rose Acre Farms, Inc.** | **Counsel for Defendant Michael Foods, Inc.** |
|---|---|
| Donald M. Barnes<br>Porter, Wright, Morris & Arthur LLP<br>2020 K Street, N.W., Suite 600<br>Washington, D.C. 20006-1110<br>Tel: (202) 778-3000<br>Email: dbarnes@porterwright.com | William L. Greene<br>Stinson LLP<br>50 South Sixth Street<br>Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 335-1568<br>Email: william.greene@stinson.com<br><br>Carrie C. Mahan<br>Weil, Gotshal & Manges LLP<br>2001 M Street, N.W.<br>Washington, D.C. 20036<br>Tel: (202) 682-7231<br>Email: carrie.mahan@weil.com<br><br>Stephen J. Siegel<br>Elizabeth C. Wolicki<br>NOVACK AND MACEY LLP<br>100 N Riverside Plaza<br>Chicago, IL 60606<br>Tel: (312) 419-6900<br>Fax: (312) 419-6928<br>Email: ssiegel@novackmacey.com<br>        ewolicki@novackmacey.com |

| | |
|---|---|
| **Counsel for Defendant Cal-Maine Foods, Inc.** | **Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.** |
| Brian E. Robison<br>Gibson, Dunn & Crutcher<br>2100 McKinney Avenue<br>Suite 1100<br>Dallas, TX  75201-6912<br>Tel:  (214) 698-3370<br>Email:  brobison@gibsondunn.com | Jan P. Levine<br>Robin P. Sumner<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103<br>Tel:  (215) 981-4000<br>Email: levinej@pepperlaw.com<br>sumnerr@pepperlaw.com |
| Dated:  October 17, 2019 | By:  /s/ James T. Malysiak<br><br>James T. Malysiak<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, Illinois 60654<br>Telephone: (312) 222-9350<br>Facsimile: (312) 840-8736<br>JMalysiak@jenner.com |