# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Charles R. Norgle |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF THE KELLOGG COMPANY'S CLAIMS AGAINST DEFENDANT CAL-MAINE FOODS, INC.**

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Plaintiff The Kellogg Company ("Kellogg") and Defendant Cal-Maine Foods, Inc. ("Cal-Maine") stipulate and agree to the dismissal, with prejudice, of Kellogg's claims against Cal-Maine in the above-captioned case with each side bearing its own attorneys' fees and costs. The Stipulation for dismissal, with prejudice, is intended to be without prejudice to Kellogg's claims against any other Defendant or alleged co-conspirators in the above-captioned case. A proposed Order of Dismissal, with prejudice, will be submitted to the Court via email to Eric_Fulbright@ilnd.uscourts.gov, per the Court's Case Procedures.

                                            Respectfully submitted,

Dated: November 11, 2019         /s/ James T. Malysiak

                                            James T. Malysiak
                                            JENNER & BLOCK LLP
                                            353 N. Clark Street
                                            Chicago, IL 60654-3456
                                            Tel: (312) 222-9350
                                            Fax: (312) 527-0484
                                            Email: jmalysiak@jenner.com

                                            *Counsel for Plaintiff The Kellogg Company*

Dated: November 11, 2019         /s/ Brian E. Robison

                                            Brian E. Robison
                                            GIBSON, DUNN & CRUTCHER LLP
                                            2100 McKinney Ave., Suite 1100
                                            Dallas, TX 75201
                                            Tel: (214) 698-3100
                                            Email: brobison@gibsondunn.com

                                            *Counsel for Defendant Cal-Maine Foods, Inc.*