UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC.<br><br>Defendants. | No. 1:11-cv-08808<br><br>Judge Charles R. Norgle |

**NOTICE OF FILING OF STIPULATION FOR DISMISSAL WITH PREJUDICE
OF PLAINTIFF THE KELLOGG COMPANY'S CLAIMS
<u>AGAINST DEFENDANT CAL-MAINE FOODS, INC.</u>**

Plaintiff The Kellogg Company hereby gives notice of its filing of the Stipulation for Dismissal with Prejudice of Plaintiff The Kellogg Company's Claims Against Defendant Cal-Maine Foods, Inc. (the "Stipulation"). The Stipulation is intended to be without prejudice to The Kellogg Company's claims against any other Defendant or alleged co-conspirators in the above-captioned case.

Dated:  November 11, 2019	Respectfully submitted,

PLAINTIFF THE KELLOGG COMPANY,

By:  /s/ James T. Malysiak

    James T. Malysiak
    JENNER & BLOCK LLP
    353 N. Clark St.
    Chicago, Illinois 60654
    Telephone: (312) 222-9350
    Facsimile: (312) 840-8736
    JMalysiak@jenner.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused the foregoing Notice, the Stipulation for Dismissal with Prejudice of Plaintiff The Kellogg Company's Claims Against Defendant Cal-Maine Foods, Inc., and the [Proposed] Order of Dismissal with Prejudice of Plaintiff The Kellogg Company's Claims Against Defendant Cal-Maine Foods, Inc. to be served via email at the following addresses:

**Counsel for Defendant Rose Acre Farms, Inc.**

Donald M. Barnes
Porter, Wright, Morris & Arthur LLP
2020 K Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000
Email: dbarnes@porterwright.com

**Counsel for Defendant Michael Foods, Inc.**

William L. Greene
Stinson LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
Tel: (612) 335-1568
Email: william.greene@stinson.com

Carrie C. Mahan
Weil, Gotshal & Manges LLP
2001 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 682-7231
Email: carrie.mahan@weil.com

Stephen J. Siegel
Elizabeth C. Wolicki
NOVACK AND MACEY LLP
100 N Riverside Plaza
Chicago, IL 60606
Tel: (312) 419-6900
Fax: (312) 419-6928
Email: ssiegel@novackmacey.com
       ewolicki@novackmacey.com

| | |
|---|---|
| **Counsel for Defendant Cal-Maine Foods, Inc.** | **Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.** |
| Brian E. Robison<br>Gibson, Dunn & Crutcher<br>2100 McKinney Avenue<br>Suite 1100<br>Dallas, TX 75201-6912<br>Tel: (214) 698-3370<br>Email: brobison@gibsondunn.com | Jan P. Levine<br>Robin P. Sumner<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103<br>Tel: (215) 981-4000<br>Email: levinej@pepperlaw.com<br>　　　　sumnerr@pepperlaw.com |

Dated: November 11, 2019　　　　By:　/s/ James T. Malysiak

　　　　　　　　　　　　　　　　　　James T. Malysiak
　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　353 N. Clark St.
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　Telephone: (312) 222-9350
　　　　　　　　　　　　　　　　　　Facsimile: (312) 840-8736
　　　　　　　　　　　　　　　　　　JMalysiak@jenner.com