# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Charles R. Norgle |

**STIPULATION CONCERNING**
**THE FILING OF THE DESIGNATED RECORD ON REMAND**

Counsel for Plaintiffs Kraft Foods Global, Inc., The Kellogg Company, General Mills, Inc., and Nestlé USA, Inc. ("Plaintiffs") has communicated with counsel for Defendants United Egg Producers, Inc., United States Egg Marketers, Inc., Cal-Maine Foods, Inc., Michael Foods Inc., and Rose Acre Farms, Inc. ("Defendants") and they have agreed to the filing of this Stipulation. Defendants' counsel are in the process of obtaining local counsel, filing pro hac vice motions and/or being admitted to the jurisdiction. Accordingly, Defendants have consented to the filing of this Stipulation by Plaintiffs' counsel on behalf of, and with the intent to bind, all parties. The parties hereby stipulate to the following:

1. Each docket entry that the parties designated for inclusion in the record on remand in their Joint Stipulation of Remand Record Pursuant to JPML Rule 10.4(a), which was filed on October 10, 2019 in *In re: Processed Egg Products Antitrust Litigation*, MDL No. 2002, No. 2:08-

md-02002-GEKP (ECF No. 2012), is hereby deemed to be part of the record in this case (the "Stipulated Remand Record");

2. Any party may refile in this Court, at any time while this case is pending here, any docket entry from the Stipulated Remand Record;

3. Any party may attach to a new filing in this Court any docket entry from the Stipulated Remand Record which the party deems to be relevant to such a new filing;

4. With respect to the docket entries in the Stipulated Remand Record that any party considers relevant to an appeal in this case, if any party determines that it is necessary to do so, the parties shall cooperate to either: (a) timely refile the docket entries this case; or (b) enter into a stipulation pursuant to Fed. R. App. Proc. 10(e) to ensure that the docket entries are included in the record for an appeal in this case.

Dated: March 10, 2020

/s/ James T. Malysiak
James T. Malysiak
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
Email: jmalysiak@jenner.com

*Counsel for Plaintiffs*