# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) | Judge Charles R. Norgle |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

## UNOPPOSED PLAINTIFFS' MOTION FOR A STATUS CONFERENCE

Plaintiffs filed this Sherman Act price-fixing case in this District on December 12, 2011, and on January 3, 2012, the Judicial Panel on Multidistrict Litigation ("JPML") transferred it to the Eastern District of Pennsylvania for coordinated pretrial proceedings with related cases. MDL proceedings have been completed, and this case has been remanded to this District. On September 16, 2019, this case was assigned to this Court. *See* Dkt. No. 15. Plaintiffs request, and the other parties do not oppose[1], that the Court schedule a status conference on April 28 or April 30, 2020, or at the Court's convenience, to discuss future proceedings. Seven days prior to the status conference, the parties will jointly submit a status report to the Court that includes a proposed schedule for preparing the pretrial order.

---

[1] Counsel for the Plaintiffs has communicated with all counsel for the Defendants regarding this Motion and they do not oppose.

                                          Respectfully submitted,

Dated: March 10, 2020                /s/ James T. Malysiak
                                          James T. Malysiak
                                          JENNER & BLOCK LLP
                                          353 N. Clark Street
                                          Chicago, IL 60654-3456
                                          Tel: (312) 222-9350
                                          Fax: (312) 527-0484
                                          Email: jmalysiak@jenner.com

                                          ***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused the foregoing Unopposed Plaintiffs' Motion for a Status Conference and the related Proposed Order Setting a Status Conference to be served via email at the following addresses:

**Counsel for Defendant Rose Acre Farms, Inc.**

Donald M. Barnes
Jay L. Levine
Porter, Wright, Morris & Arthur LLP
2020 K Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000
Email: dbarnes@porterwright.com
JLevine@porterwright.com

Jason S. Dubner
Porter, Wright, Morris & Arthur LLP
321 North Clark Street
Suite 400
Chicago, IL 60654
Tel: (312) 756-8466
Email: JDubner@porterwright.com

**Counsel for Defendant Michael Foods, Inc.**

William L. Greene
Stinson LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
Tel: (612) 335-1568
Email: william.greene@stinson.com

Carrie C. Mahan
Weil, Gotshal & Manges LLP
2001 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 682-7231
Email: carrie.mahan@weil.com

Stephen J. Siegel
Elizabeth C. Wolicki
Novack and Macey LLP
100 N Riverside Plaza
Chicago, IL 60606
Tel: (312) 419-6900
Fax: (312) 419-6928
Email: ssiegel@novackmacey.com
ewolicki@novackmacey.com

| | |
|---|---|
| **Counsel for Defendant Cal-Maine Foods, Inc.**<br><br>Brian E. Robison<br>Gibson, Dunn & Crutcher<br>2100 McKinney Avenue<br>Suite 1100<br>Dallas, TX  75201-6912<br>Tel:  (214) 698-3370<br>Email:  brobison@gibsondunn.com | **Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.**<br><br>Jan P. Levine<br>Robin P. Sumner<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103<br>Tel:  (215) 981-4000<br>Email: levinej@pepperlaw.com<br>           sumnerr@pepperlaw.com |
| Dated:  March 10, 2020 | By:  /s/ James T. Malysiak<br><br>James T. Malysiak<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, Illinois 60654<br>Telephone: (312) 222-9350<br>Facsimile: (312) 840-8736<br>JMalysiak@jenner.com |

2