# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) ) | Judge Charles R. Norgle |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT**, on Friday, March 13, 2020, at 10:30 a.m., or at such time thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles R. Norgle, or any judge sitting in his stead, in Courtroom 2341, 219 S. Dearborn Street, Chicago, IL 60604, and present the *Unopposed Plaintiffs' Motion for a Status Conference*.

Dated: March 10, 2020

/s/ James T. Malysiak
James T. Malysiak
JENNER & BLOCK LLP
353 N. Clark Street Chicago, IL
60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
Email: jmalysiak@jenner.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused the foregoing Notice of Motion to be served via email at the following addresses:

**Counsel for Defendant Rose Acre Farms, Inc.**

Donald M. Barnes
Jay L. Levine
Porter, Wright, Morris & Arthur LLP
2020 K Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000
Email: dbarnes@porterwright.com
　　　　JLevine@porterwright.com

Jason S. Dubner
Porter, Wright, Morris & Arthur LLP
321 North Clark Street
Suite 400
Chicago, IL 60654
Tel: (312) 756-8466
Email: JDubner@porterwright.com

**Counsel for Defendant Michael Foods, Inc.**

William L. Greene
Stinson LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
Tel: (612) 335-1568
Email: william.greene@stinson.com

Carrie C. Mahan
Weil, Gotshal & Manges LLP
2001 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 682-7231
Email: carrie.mahan@weil.com

Stephen J. Siegel
Elizabeth C. Wolicki
Novack and Macey LLP
100 N Riverside Plaza
Chicago, IL 60606
Tel: (312) 419-6900
Fax: (312) 419-6928
Email: ssiegel@novackmacey.com
　　　　ewolicki@novackmacey.com

| | |
|---|---|
| **Counsel for Defendant Cal-Maine Foods, Inc.**<br><br>Brian E. Robison<br>Gibson, Dunn & Crutcher<br>2100 McKinney Avenue<br>Suite 1100<br>Dallas, TX  75201-6912<br>Tel:  (214) 698-3370<br>Email:  brobison@gibsondunn.com | **Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.**<br><br>Jan P. Levine<br>Robin P. Sumner<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103<br>Tel:  (215) 981-4000<br>Email: levinej@pepperlaw.com<br>         sumnerr@pepperlaw.com |
| Dated:  March 10, 2020 | By:  /s/ James T. Malysiak<br><br>James T. Malysiak<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, Illinois 60654<br>Telephone: (312) 222-9350<br>Facsimile: (312) 840-8736<br>JMalysiak@jenner.com |