## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Kraft Foods Global, et al., vs. United Egg Producers, et al.

Case Number: 1:11-cv-08808

An appearance is hereby filed by the undersigned as attorney for:

United Egg Producers, Inc. and United States Egg Marketers, Inc.

Attorney name (type or print): Robert E. Browne, Jr.

Firm: Troutman Sanders LLP

Street address: One North Wacker Drive, Suite 2905

City/State/Zip: Chicago, IL

Bar ID Number: 6255678
(See item 3 in instructions)

Telephone Number: 312-759-1923

Email Address: robert.browne@troutman.com

Are you acting as lead counsel in this case?            ☑ Yes   ☐ No

Are you acting as local counsel in this case?           ☑ Yes   ☐ No

Are you a member of the court's trial bar?              ☑ Yes   ☐ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes   ☐ No

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 12, 2020

Attorney signature: S/ Robert E. Browne, Jr.,
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015