# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Kraft Foods Global, Inc., et al.

                            Plaintiff,

v.                                           Case No.: 1:11–cv–08808
                                                          Honorable Charles R. Norgle Sr.

United Egg Producers, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2020:

      MINUTE entry before the Honorable Charles R. Norgle: Motion for an Order Concerning the Filing of the Designated Record on Remand [76] is granted. Unopposed Plaintiffs' Motion for A Status Conference [78] is granted. A Joint Status Report is due on 4/23/2020. After reviewing the joint report, the court will set a date for a conference shortly thereafter. The parties are not required to appear before the court on Friday, March 13, 2020. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.