

# +UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. )<br><br>Defendants. ) | No. 1:11-cv-08808<br><br>Judge Charles R. Norgle |

## ORDER CONCERNING
## THE FILING OF THE DESIGNATED RECORD ON REMAND

The Court hereby GRANTS the Unopposed Plaintiffs' Motion for an Order Concerning the Filing of the Designated Record on Remand, and ORDERS as follows:

1. Each docket entry that the parties designated for inclusion in the record on remand in their Joint Stipulation of Remand Record Pursuant to JPML Rule 10.4(a), which was filed on October 10, 2019 in *In re: Processed Egg Products Antitrust Litigation*, MDL No. 2002, No. 2:08-md-02002-GEKP (ECF No. 2012), is hereby deemed to be part of the record in this case (the "Stipulated Remand Record");

2. Any party may refile in this Court, at any time while this case is pending here, any docket entry from the Stipulated Remand Record;

3. Any party may attach to a new filing in this Court any docket entry from the Stipulated Remand Record which the party deems to be relevant to such a new filing;

4. With respect to the docket entries in the Stipulated Remand Record that any party considers relevant to an appeal in this case, if any party determines that it is necessary to do so, the parties shall cooperate to either: (a) timely refile the docket entries this case; or (b) enter into a stipulation pursuant to Fed. R. App. Proc. 10(e) to ensure that the docket entries are included in the record for an appeal in this case.

**SO ORDERED:**

Dated: 3/12/20

Hon. Charles R. Norgle, Sr.
United States District Judge