# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) | Judge Charles R. Norgle |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned counsel for Defendant Cal-Maine Foods, Inc., named in the above-captioned action, certifies that Cal-Maine Foods, Inc. has the following publicly held parents, subsidiaries, or affiliates[1]:

1. BlackRock, Inc.

Dated: May 18, 2020

Respectfully Submitted,

*/s/ Livia M. Kiser*

Livia M. Kiser
Zachary T. Fardon
Patrick M. Otlewski
Patrick M. Collins
Andrew J. Chinsky
Abigail J.M. Hoverman
KING & SPALDING LLP

---

[1] For the purposes of this Statement, the term "affiliate" includes any entity owning 5% or more of a corporation as defined by Local Rule 3.2(A).

353 North Clark Street, 12th Floor
Chicago, IL 60654
312.995.6333 (phone)
312.995.6330 (fax)
lkiser@kslaw.com
zfardon@kslaw.com
pcollins@kslaw.com
potlewski@kslaw.com
jlambert@kslaw.com
achinsky@kslaw.com
ahoverman@kslaw.com


Brian E. Robison
GIBSON, DUNN & CRUTCHER
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
214.698.3370
brobison@gibsondunn.com

*Counsel for Defendant Cal-Maine Foods, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 18, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this action.

                                              */s/ Livia M. Kiser*
                                              Livia M. Kiser