# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) | Judge Charles R. Norgle |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Defendant Michael Foods Inc., by its undersigned attorneys, states that it is a wholly owned subsidiary of Post Holdings, Inc.

Respectfully submitted,

MICHAEL FOODS INC.

*/s/ Stephen J. Siegel*
Stephen J. Siegel
Elizabeth C. Wolicki
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, IL 60606
Tel: (312) 419-6900
Email: *ssiegel@novackmacey.com*
       *ewolicki@novackmacey.com*

Carrie C. Mahan
WEIL GOTSHAL AND MANGES LLP
2001 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 682-7231
Email: *carrie.mahan@weil.com*

William L. Greene
STINSON LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
Tel: (612) 335-1568
Email: *william.greene@stinson.com*

**CERTIFICATE OF SERVICE**

The undersigned attorney, upon oath, hereby certifies that, on May 21, 2020 he caused a true and correct copy of the foregoing *Corporate Disclosure Statement* to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing.



/s/ *Stephen J. Siegel*