# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC. and NESTLE USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC. and ROSE ACRE FARMS, INC., <br><br> Defendant. | No. 1:11-cv-08808 <br><br> Judge Charles R. Norgle |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Defendant United States Egg Marketers, Inc., by its undersigned attorneys, states that it has no parent corporations and no publicly held company owns 10% or more of the party's stock.

Date: May 22, 2020

Respectfully submitted,

/s/ *Jan P. Levine*
Jan P. Levine
Robin P. Sumner
Whitney R. Redding
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Counsel for Defendant United Egg Producers, Inc. and United States Egg Marketers, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned counsel, upon oath, hereby certifies that on May 22, 2020, she caused a true and correct copy of the forgoing *Corporate Disclosure Statement* to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing.

/s/ Jan P. Levine
Jan P. Levine