UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., Plaintiffs, | ) ) ) ) ) | No. 1:11-cv-08808<br>Judge Charles R. Norgle |
| v. | ) ) | |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. Defendants. | ) ) ) ) ) ) ) ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Rose Acre Farms, Inc., by its undersigned counsel, states that it has no publicly held parents, subsidiaries, or affiliates.

DATED:    May 22, 2020

Respectfully Submitted,

/s/ Jay L. Levine
Donald M. Barnes
James A. King
Jay L. Levine
PORTER WRIGHT MORRIS & ARTHUR LLP
2020 K Street, NW, Suite 600
Washington, DC 20006
Tel. (202) 778-3021
dbarnes@porterwright.com
jking@porterwright.com
jlevine@porterwright.com

Jason S. Dubner
PORTER WRIGHT MORRIS & ARTHUR LLP
321 North Clark Street, Suite 400
Chicago, IL 60654
(312) 756-8466
jdubner@porterwright.com

## CERTIFICATE OF SERVICE

The undersigned attorney, upon oath, hereby certifies that, on May 21, 2020, he caused a true and correct copy of the foregoing *Corporate Disclosure Statement* to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing.

/s/ *Jay L. Levine*