

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Jan P. Levine

Firm   Troutman Pepper Hamilton Sanders LLP

Street Address   3000 Two Logan Square, Eighteenth and Arch Streets

City/State/Zip Code   Philadelphia, PA 19103

Phone Number   215-981-4714

Email address   jan.levine@troutman.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:11-cv-08808 | Kraft Foods v. United Egg | Charles R. Norgle |
| | | |
| | | |
| | | |
| | | |
| | | |

_____          7/1/2020
Signature of Attorney                 Date

Rev. 01272016