

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Whitney R. Redding

Firm   Troutman Pepper Hamilton Sanders LLP

Street Address   501 Grant Street, Suite 300

City/State/Zip Code   Pittsburgh, PA  15219

Phone Number   412-454-5085

Email address   whitney.redding@troutman.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:11-cv-08808 | Kraft Foods v. United Eggs | Charles R. Norgle |
| | | |
| | | |
| | | |
| | | |
| | | |

*Whitney Redding*
_____       7/2/2020
Signature of Attorney              Date

Rev. 01272016