

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name    Robert E. Browne, Jr.

Firm    Troutman Pepper Hamilton Sanders LLP

Street Address   227 West Monroe Street, Suite 3900

City/State/Zip Code   Chicago, Illinois 60606

Phone Number   312-759-1923

Email address   robert.browne@troutman.com

ARDC (Illinois State Bar members, only)   6255678

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:11-cv-08808 | Kraft Foods v. United Egg | Charles R. Norgle |
| 1:18-cv-03075 | Stankiewicz v. Nationstar | Robert M. Dow, Jr. |
| 1:17-cv-08737 | Tolford v. Nationstar | Robert M. Dow, Jr. |
| 1:17-cv-01373 | Nicholoson v. Nationstar | Robert M. Dow, Jr. |
| 1:19-cv-01806 | Capital One v. Bonus Taxi | Manish S. Shah |
|  |  |  |

/s/ Robert E. Browne, Jr.   July 7, 2020

Signature of Attorney    Date

Rev. 01272016