**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) | Judge Charles R. Norgle |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF STEPHEN R. BROWN**

Pursuant to Local Rule 83.17, Stephen R. Brown respectfully requests leave to withdraw his appearance on behalf of Plaintiffs. The other attorneys of Jenner & Block LLP who have appeared for the Plaintiffs in this matter will continue to act as counsel for the Plaintiffs, and the Plaintiffs will not be prejudiced by Mr. Brown's withdrawal. As of September 4, 2020, Mr. Brown will no longer be associated with the law firm of Jenner & Block LLP.

Dated: September 2, 2020         Respectfully submitted,

          /s/ Stephen R. Brown

Stephen R. Brown
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: 312 840-7282
stephenbrown@jenner.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true copy of the foregoing was served via ECF on counsel of record for the Defendants.

Dated: September 2, 2020 /s/ Stephen R. Brown

Stephen R. Brown
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: 312 840-7282
stephenbrown@jenner.com