IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KRAFT FOODS GLOBAL, INC., et al., )
)
    Plaintiffs, )
)
)  No. 1:11-cv-8808
v. )
)  Hon. Charles R. Norgle
UNITED EGG PRODUCERS, INC., et al., )
)
    Defendants. )
)

## ORDER

Motion for Leave to Appear Pro Hac Vice [108] is granted.

Motion by Stephen Brown to withdraw [115] is granted.

IT IS SO ORDERED.

                ENTER:

                */s/ Charles Ronald Norgle*
                CHARLES RONALD NORGLE, Judge
                United States District Court

DATE: November 30, 2020