UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) |
| Plaintiffs, | ) No. 1:11-cv-08808 |
| v. | ) ) Judge Charles R. Norgle ) |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFFS' MOTION FOR A STATUS CONFERENCE

Plaintiffs filed this Sherman Act price-fixing case in this District on December 12, 2011, and on January 3, 2012, the Judicial Panel on Multidistrict Litigation ("JPML") transferred it to the Eastern District of Pennsylvania for coordinated pretrial proceedings with related cases. MDL proceedings have been completed, and this case has been remanded to this District for trial. On September 16, 2019, this case was assigned to this Court. *See* Dkt. No. 15. On May 18, 2020, the Parties submitted a Joint Status Report (Dkt. 98) pursuant to the Court's Third Amended General Order 20-0012 entered on April 24, 2020 (Dkt. 86). The status of this matter has not changed since the filing of the Joint Status Report on May 18, 2020. Plaintiffs request that the Court schedule a status conference at the Court's earliest convenience to discuss trial setting. The Plaintiffs further request that three business days prior to the status conference, the parties jointly submit a status report to the Court that includes a proposed schedule for preparing the pretrial order.

                                          Respectfully submitted,

Dated: July 30, 2021         /s/ *James T. Malysiak*
                                        James T. Malysiak
                                        Terrence J. Truax
                                        Angela M. Allen
                                        JENNER & BLOCK LLP
                                        353 N. Clark Street
                                        Chicago, IL 60654-3456
                                        Tel: (312) 222-9350
                                        Fax: (312) 527-0484
                                        jmalysiak@jenner.com
                                        ttruax@jenner.com
                                        aallen@jenner.com

                                        Richard Stone (*admitted pro hac vice*)
                                        Amy M. Gallegos (*admitted pro hac vice*)
                                        JENNER & BLOCK LLP
                                        633 West 5th Street
                                        Suite 3600
                                        Los Angeles, CA 90071
                                        Tel: (213) 239-5100
                                        Fax: (213) 239-5199
                                        rstone@jenner.com
                                        agallegos@jenner.com

                                        ***Counsel for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused the foregoing Plaintiffs' Motion for a Status Conference and the related Proposed Order Setting a Status Conference to be served via email at the following addresses:

| **Counsel for Defendant Rose Acre Farms, Inc.** | **Counsel for Defendant Michael Foods, Inc.** |
|---|---|
| Donald M. Barnes<br>Jay L. Levine<br>Porter, Wright, Morris & Arthur LLP<br>2020 K Street, N.W., Suite 600<br>Washington, D.C. 20006-1110<br>Tel: (202) 778-3000<br>Email: dbarnes@porterwright.com<br>JLevine@porterwright.com | Carrie C. Mahan<br>Weil, Gotshal & Manges LLP<br>2001 M Street, N.W.<br>Washington, D.C. 20036<br>Tel: (202) 682-7231<br>Email: carrie.mahan@weil.com |
| Jason S. Dubner<br>Porter, Wright, Morris & Arthur LLP<br>321 North Clark Street<br>Suite 400<br>Chicago, IL 60654<br>Tel: (312) 756-8466<br>Email: JDubner@porterwright.com | Stephen J. Siegel<br>Elizabeth C. Wolicki<br>Novack and Macey LLP<br>100 N Riverside Plaza<br>Chicago, IL 60606<br>Tel: (312) 419-6900<br>Fax: (312) 419-6928<br>Email: ssiegel@novackmacey.com<br>ewolicki@novackmacey.com |
| James King<br>Porter, Wright, Morris & Arthur LLP<br>41 South High Street<br>Suite 2900<br>Columbus, OH 43215<br>Tel: (614) 227-2000<br>Email: jking@porterwright.com | |

**Counsel for Defendant Cal-Maine Foods, Inc.**

Brian E. Robison
Gibson, Dunn & Crutcher
2100 McKinney Avenue
Suite 1100
Dallas, TX  75201-6912
Tel:  (214) 698-3370
Email:  brobison@gibsondunn.com


Livia McCammon Kiser
Patrick M. Collins
Abigail Jane Marie Hoverman
Zachary T. Fardon
King & Spalding LLP
110 North Wacker Drive
Suite 3800
Chicago, IL 60606
Tel: (312) 764-6911
Email:  lkiser@kslaw.com
           pcollins@kslaw.com
           ahoverman@kslaw.com
           zfardon@kslaw.com

Andrew J. Chinsky
King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Tel:  (404) 572-2812
Email:  achinsky@kslaw.com

Patrick M. Otlewski
King & Spalding LLP
353 North Clark Street
12th Floor
Chicago, IL  60654
Tel:  (312) 995-6333
Email:  potewski@kslaw.com

**Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.**

Jan P. Levine
Robin P. Sumner
Whitney R. Redding
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Tel:  (215) 981-4000
Email: jan.levine@troutman.com
           robin.sumner@troutman.com
           whitney.redding@troutman.com

Robert E. Browne, Jr.
Troutman Sanders LLP
227 West Monroe Street
Suite 3900
Chicago, IL  60606
Tel:  (312) 759-1923
Email:  robert.browne@troutman.com

Dated:  July 30, 2021　　　　　　　　By:  /s/ *James T. Malysiak*

James T. Malysiak
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 840-8736
JMalysiak@jenner.com