# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) | Judge Charles R. Norgle |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT**, on Friday, August 6, 2021, at 10:30 a.m., or at such

time thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles R.

Norgle, or any judge sitting in his stead, in Courtroom 2341, 219 S. Dearborn Street, Chicago, IL

60604, or by telephonic or video conference as directed by the Court, and present the *Plaintiffs'*

*Motion for a Status Conference.*

Dated: July 30, 2021

/s/ *James T. Malysiak*
James T. Malysiak
Terrence J. Truax
Angela M. Allen
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
jmalysiak@jenner.com
ttruax@jenner.com

2

Richard Stone (*admitted pro hac vice)*
Amy M. Gallegos (*admitted pro hac vice)*
JENNER & BLOCK LLP
633 West 5th Street
Suite 3600
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
rstone@jenner.com
agallegos@jenner.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I caused the foregoing Notice of Motion to be served via

email at the following addresses:

| **Counsel for Defendant Rose Acre Farms, Inc.** | **Counsel for Defendant Michael Foods, Inc.** |
|---|---|
| Donald M. Barnes | Carrie C. Mahan |
| Jay L. Levine | Weil, Gotshal & Manges LLP |
| Porter, Wright, Morris & Arthur LLP | 2001 M Street, N.W. |
| 2020 K Street, N.W., Suite 600 | Washington, D.C. 20036 |
| Washington, D.C. 20006-1110 | Tel: (202) 682-7231 |
| Tel: (202) 778-3000 | Email: carrie.mahan@weil.com |
| Email: dbarnes@porterwright.com | |
| JLevine@porterwright.com | Stephen J. Siegel |
| | Elizabeth C. Wolicki |
| Jason S. Dubner | Novack and Macey LLP |
| Porter, Wright, Morris & Arthur LLP | 100 N Riverside Plaza |
| 321 North Clark Street | Chicago, IL 60606 |
| Suite 400 | Tel: (312) 419-6900 |
| Chicago, IL 60654 | Fax: (312) 419-6928 |
| Tel: (312) 756-8466 | Email: ssiegel@novackmacey.com |
| Email: JDubner@porterwright.com | ewolicki@novackmacey.com |
| | |
| James King | |
| Porter, Wright, Morris & Arthur LLP | |
| 41 South High Street | |
| Suite 2900 | |
| Columbus, OH 43215 | |
| Tel: (614) 227-2000 | |
| Email: jking@porterwright.com | |

**Counsel for Defendant Cal-Maine Foods, Inc.**

Brian E. Robison
Gibson, Dunn & Crutcher
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
Tel: (214) 698-3370
Email: brobison@gibsondunn.com


Livia McCammon Kiser
Patrick M. Collins
Abigail Jane Marie Hoverman
Zachary T. Fardon
King & Spalding LLP
110 North Wacker Drive
Suite 3800
Chicago, IL 60606
Tel: (312) 764-6911
Email: lkiser@kslaw.com
         pcollins@kslaw.com
         ahoverman@kslaw.com
         zfardon@kslaw.com

Andrew J. Chinsky
King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Tel: (404) 572-2812
Email: achinsky@kslaw.com

Patrick M. Otlewski
King & Spalding LLP
353 North Clark Street
12th Floor
Chicago, IL 60654
Tel: (312) 995-6333
Email: potewski@kslaw.com

**Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.**

Jan P. Levine
Robin P. Sumner
Whitney R. Redding
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Email: jan.levine@troutman.com
         robin.sumner@troutman.com
         whitney.redding@troutman.com

Robert E. Browne, Jr.
Troutman Sanders LLP
227 West Monroe Street
Suite 3900
Chicago, IL 60606
Tel: (312) 759-1923
Email: robert.browne@troutman.com

4

Dated:  July 30, 2021                           By:   /s/ *James T. Malysiak*

James T. Malysiak
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 840-8736
JMalysiak@jenner.com