# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Kraft Foods Global, Inc., et al.

                  Plaintiff,

v.

United Egg Producers, Inc., et al.

                  Defendant.

Case No.: 1:11–cv–08808
Honorable Charles R. Norgle Sr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 4, 2021:

      MINUTE entry before the Honorable Charles R. Norgle:The notice of motion hearing scheduled for August 6, 2021 is stricken. No appearance is required on Friday, August 6, 2021. The court will issue an order. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.