# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Kraft Foods Global, Inc., et al.

                              Plaintiff,

v.                                                    Case No.: 1:11–cv–08808
                                                                Honorable Charles R. Norgle Sr.

United Egg Producers, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 4, 2021:

      MINUTE entry before the Honorable Charles R. Norgle: Plaintiff's Motion for a Status Conference [122] is granted. On August 25, 2021, the parties shall jointly submit a status report to the Court that includes a proposed schedule for preparing the final pretrial order. A telephone status hearing is set for August 30, 2021 at 10:00 a.m. Please dial (888)684–8852, access code 8119065 to participate in the hearing. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.