UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) ) | Judge Charles R. Norgle |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order entered August 4, 2021, the Parties submit this Joint Status Report.

This action, originally filed in this District, was transferred to the Eastern District of Pennsylvania for coordinated pre-trial proceedings with related actions in an MDL proceeding captioned *In re: Processed Egg Products Antitrust Litigation,* MDL No. 2002. Plaintiffs here claim that Defendants violated Section 1 of the Sherman Act, 15 U.S.C. § 1, by agreeing to limit the production of eggs and thereby illegally raise the prices that Plaintiffs paid for processed egg products. Defendants deny that they have violated Section 1, that they agreed to limit egg production, and that they have illegally raised prices for eggs or processed egg products.

**A. Status of Discovery**

Discovery was completed before this case was remanded from the MDL proceeding.

B. **Pending Motions**

There are no pending motions, but there are two pending Stipulations of Dismissal and Proposed Orders awaiting final entry (Dkts. 21, 25). Specifically, Plaintiff Kellogg Company settled with Defendants Michael Foods, Inc. and Cal-Maine Foods, Inc. and submitted the aforementioned Stipulations and Proposed Orders.

C. **Settlement**

The parties are not presently engaged in settlement efforts.

Plaintiffs' position: Defendants refer below to two prior trials in the MDL proceeding. However, Plaintiffs were not involved in those trials, nor were Defendants Michael Foods and Cal-Maine. Given Defendants' views, as articulated below, Plaintiffs do not believe settlement discussions will be fruitful at this time.

Defendants' position: The MDL proceeding included numerous actions filed by several classes of direct and indirect purchasers, as well as independent direct purchasers, coalescing into three plaintiff groups: Direct Purchaser Class ("DPP"), Indirect Purchaser Class ("IPP") and Direct Action Plaintiffs ("DAP"), respectively. All of these actions involved nearly identical claims. The latest trial involved DAPs that had originally brought their claims in the Eastern District of Pennsylvania. In December 2019, after a 6-week jury trial of claims brought by 12 grocery store chains concerning the same conspiracy plaintiffs allege here, the jury found "no conspiracy to reduce the supply of eggs," resulting in a complete defense verdict in favor of defendants Rose Acre Farms, UEP, and USEM. Indeed, these plaintiffs could have tried their claims in that EDPA trial. The Third Circuit affirmed judgment in favor of the defendants. And in 2018, DPPs also tried the same conspiracy claims to a jury, and after a 6-week trial, that jury too found in all defendants' favor. The Third Circuit affirmed judgment in favor of defendants in that matter as well. After two multi-week trials and two complete defense verdicts from two separate juries,

defendants believe this case can and should be resolved without empaneling a third jury, particularly in these uncertain COVID-19 times. Therefore, defendants are willing to explore whether a reasonable, good-faith settlement could be reached.

### D. Proposed Schedule

Pursuant to the Court's August 4, 2021 order, the parties propose the following proposed schedule for preparing the final pretrial order. Plaintiffs expect the jury trial to last approximately four weeks and, based on the previous two trials held in this matter, Defendants expect the jury trial to last approximately six weeks.[1] Given the anticipated length of the trial and the uncertainty of when the Court could schedule a jury trial, the parties propose timing intervals (i.e., days prior to the final pre-trial conference) instead of dates certain. These intervals largely mirror the pre-trial schedule from the DAP trial. Plaintiffs request that depending on the Court's availability the trial commence in or around April, 2022. Counsel for certain Defendants have conflicts in April 2022 and request that the Court work with the parties to find available trial dates based on the Court's and parties' schedules. Additionally, given the size and complexity of the matter to be tried, the parties request that the final pre-trial conference occur no later than 30 days before trial.

|  | Days before final pre-trial conference |
|---|---|
| Proposed witness and exhibit lists and deposition designations | 132 |
| Objections to witness and exhibit lists and deposition designations | 90 |
| Motions *in limine* | 76 |

---

[1] Both the DPP and DAP trials were bifurcated between liability and damages. Because the jury in each case rendered a verdict for the defendants in the liability phase, the damages phase was never reached. The DPP trial began on May 2, 2018 and the jury reached a verdict on June 14. The DAP trial began on October 31, 2019 and the jury reached a verdict on Decemeber 12, 2019. The IPP action was dismissed before ever reaching trial.

| | |
|---|---|
| Submission of *Santiago* proffer | 76 |
| Exchange counter-designations | 69 |
| Objections to counter-designations | 62 |
| Responses to objection to witness list, exhibit list and deposition designation | 62 |
| Response to *Santiago* proffer | 55 |
| Responses to motions *in limine* | 55 |
| Oral argument on motions *in limine* | 42 |
| Oral argument on *Santiago* proffer | 42 |
| Proposed jury instructions, verdict form, voir dire questions and joint statement of the case | 21 |
| Exchange drafts of Pre-trial Order | 21 |
| Final Pre-trial Order | 7 |
| Final pre-trial conference | X |

4

The parties look forward to discussing these issues with the Court at the status hearing on Monday, August 30, 2021, at 10:00 a.m.

| | |
|---|---|
| August 25, 2021 | Respectfully submitted, |
| *Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company* | *Counsel for Defendant Rose Acre Farms, Inc.* |
| /s/ *James T. Malysiak* <br> James T. Malysiak <br> Terrence J. Truax <br> Angela M. Allen <br> JENNER & BLOCK LLP <br> 353 N. Clark Street <br> Chicago, IL 60654-3456 <br> Tel: (312) 222-9350 <br> Fax: (312) 527-0484 <br> jmalysiak@jenner.com <br> ttruax@jenner.com <br> aallen@jenner.com <br><br> Richard Stone (*admitted pro hac vice*) <br> Amy M. Gallegos (*admitted pro hac vice*) <br> JENNER & BLOCK LLP <br> 633 West 5th Street <br> Suite 3600 <br> Los Angeles, CA 90071 <br> Tel: (213) 239-5100 <br> Fax: (213) 239-5199 <br> rstone@jenner.com <br> agallegos@jenner.com | /s/ *Donald M. Barnes* <br> Donald M. Barnes <br> Jay L. Levine <br> Porter, Wright, Morris & Arthur LLP <br> 2020 K Street, N.W., Suite 600 <br> Washington, D.C. 20006-1110 <br> Tel: (202) 778-3000 <br> Email: dbarnes@porterwright.com <br>           JLevine@porterwright.com <br><br> Jason S. Dubner <br> Porter, Wright, Morris & Arthur LLP <br> 321 North Clark Street <br> Suite 400 <br> Chicago, IL 60654 <br> Tel: (312) 756-8466 <br> Email: JDubner@porterwright.com <br><br> James King <br> Porter, Wright, Morris & Arthur LLP <br> 41 South High Street <br> Suite 2900 <br> Columbus, OH 43215 <br> Tel: (614) 227-2000 <br> Email: jking@porterwright.com |

<table>
<tr><td>

*Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.*

 /s/ *Jan P. Levine*
Jan P. Levine
Robin P. Sumner
Whitney R. Redding
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Tel:  (215) 981-4000
Email: jan.levine@troutman.com
       robin.sumner@troutman.com
       whitney.redding@troutman.com

Robert E. Browne, Jr.
Troutman Sanders LLP
227 West Monroe Street
Suite 3900
Chicago, IL  60606
Tel:  (312) 759-1923
Email:  robert.browne@troutman.com

</td><td>

*Counsel for Defendant Michael Foods, Inc.*

 /s/ *Carrie C. Mahan*
Carrie C. Mahan
Weil, Gotshal & Manges LLP
2001 M Street, N.W.
Washington, D.C.  20036
Tel:  (202) 682-7231
Email:  carrie.mahan@weil.com

Stephen J. Siegel
Elizabeth C. Wolicki
Novack and Macey LLP
100 N Riverside Plaza
Chicago, IL 60606
Tel: (312) 419-6900
Fax: (312) 419-6928
Email:  ssiegel@novackmacey.com
        ewolicki@novackmacey.com

</td></tr>
</table>

6

*Counsel for Defendant Cal-Maine Foods, Inc.*

/s/ *Brian E. Robison*
Brian E. Robison
Gibson, Dunn & Crutcher
2100 McKinney Avenue
Suite 1100
Dallas, TX  75201-6912
Tel:  (214) 698-3370
Email:  brobison@gibsondunn.com

Livia McCammon Kiser
Patrick M. Collins
Patrick M. Otlewski
Abigail Jane Marie Hoverman
Zachary T. Fardon
King & Spalding LLP
110 North Wacker Drive
Suite 3800
Chicago, IL 60606
Tel:  (312) 764-6911
Email:  lkiser@kslaw.com
           pcollins@kslaw.com
           ahoverman@kslaw.com
           zfardon@kslaw.com

Andrew J. Chinsky
King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Tel:  (404) 572-2812
Email:  achinsky@kslaw.com