**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) | Judge Charles R. Norgle |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR A STATUS CONFERENCE

Plaintiffs filed this Sherman Act price-fixing case in this District on December 12, 2011, and on January 3, 2012, the Judicial Panel on Multidistrict Litigation ("JPML") transferred it to the Eastern District of Pennsylvania for coordinated pretrial proceedings with related cases. MDL proceedings have been completed and this case has been remanded to this District for trial. On September 16, 2019, this case was assigned to this Court (Dkt. No. 15).

On August 25, 2021, the Parties submitted a Joint Status Report with a proposed schedule for preparing the final pretrial order (Dkt. 126). The status of this matter has not changed since the filing of the Joint Status Report on August 25, 2021. Plaintiffs request that the Court schedule a status conference at the Court's earliest convenience to discuss the setting of a pretrial conference date and preparation of the pretrial order.

Respectfully submitted,

Dated:  January 31, 2022

 /s/ *James T. Malysiak*

James T. Malysiak
Terrence J. Truax
Angela M. Allen
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
jmalysiak@jenner.com
ttruax@jenner.com
aallen@jenner.com

Richard Stone (*admitted pro hac vice)*
Amy M. Gallegos (*admitted pro hac vice)*
JENNER & BLOCK LLP
633 West 5th Street
Suite 3600
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
rstone@jenner.com
agallegos@jenner.com

***Counsel for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I caused the foregoing Plaintiffs' Motion for a Status Conference and the related Proposed Order Setting a Status Conference to be served via email at the following addresses:

**Counsel for Defendant Rose Acre Farms, Inc.**

Donald M. Barnes
Jay L. Levine
Porter, Wright, Morris & Arthur LLP
2020 K Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel:  (202) 778-3000
Email:  dbarnes@porterwright.com
            JLevine@porterwright.com

Jason S. Dubner
Porter, Wright, Morris & Arthur LLP
321 North Clark Street
Suite 400
Chicago, IL 60654
Tel:  (312) 756-8466
Email:  JDubner@porterwright.com

James King
Porter, Wright, Morris & Arthur LLP
41 South High Street
Suite 2900
Columbus, OH 43215
Tel:  (614) 227-2000
Email:  jking@porterwright.com

**Counsel for Defendant Michael Foods, Inc.**

Carrie C. Mahan
Weil, Gotshal & Manges LLP
2001 M Street, N.W.
Washington, D.C.  20036
Tel:  (202) 682-7231
Email:  carrie.mahan@weil.com

Stephen J. Siegel
Elizabeth C. Wolicki
Novack and Macey LLP
100 N Riverside Plaza
Chicago, IL 60606
Tel: (312) 419-6900
Fax: (312) 419-6928
Email:  ssiegel@novackmacey.com
            ewolicki@novackmacey.com

**Counsel for Defendant Cal-Maine Foods, Inc.**

Brian E. Robison
Gibson, Dunn & Crutcher
2100 McKinney Avenue
Suite 1100
Dallas, TX  75201-6912
Tel:  (214) 698-3370
Email:  brobison@gibsondunn.com


Livia McCammon Kiser
Patrick M. Collins
Patrick M. Otlewski
Abigail Jane Marie Hoverman
Zachary T. Fardon
King & Spalding LLP
110 North Wacker Drive
Suite 3800
Chicago, IL 60606
Tel:  (312) 764-6911
Email:  lkiser@kslaw.com
            pcollins@kslaw.com
            potewski@kslaw.com
            ahoverman@kslaw.com
            zfardon@kslaw.com

Andrew J. Chinsky
King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Tel:  (404) 572-2812
Email:  achinsky@kslaw.com

**Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.**

Jan P. Levine
Robin P. Sumner
Whitney R. Redding
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Tel:  (215) 981-4000
Email: jan.levine@troutman.com
            robin.sumner@troutman.com
            whitney.redding@troutman.com

Robert E. Browne, Jr.
Troutman Sanders LLP
227 West Monroe Street
Suite 3900
Chicago, IL  60606
Tel:  (312) 759-1923
Email:  robert.browne@troutman.com

Dated:  January 31, 2022                         By:   /s/ *James T. Malysiak*

James T. Malysiak
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 840-8736
JMalysiak@jenner.com