# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., ) ) ) ) | |
| Plaintiffs, ) ) | No. 1:11-cv-08808 |
| v. ) ) | Judge Charles R. Norgle |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT Brian E. Robison, counsel for Defendant Cal-Maine Foods, Inc. has changed his firm and address. The new firm and address information for Brian E. Robison is:

> Brian E. Robison
> BROWN FOX PLLC
> 6303 Cowboys Way, Suite 450
> Frisco, TX 75034
> (972) 707-2809
> brian@brownfoxlaw.com

Dated: January 31, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Brian E. Robison*
　　　　　　　　　　　　　　　　　　Brian E. Robison (*pro hac vice*)
　　　　　　　　　　　　　　　　　　BROWN FOX PLLC
　　　　　　　　　　　　　　　　　　6303 Cowboys Way, Suite 450
　　　　　　　　　　　　　　　　　　Frisco, TX 75034
　　　　　　　　　　　　　　　　　　(972) 707-2809
　　　　　　　　　　　　　　　　　　brian@brownfoxlaw.com

　　　　　　　　　　　　　　　　　　***Counsel for Defendant Cal-Maine Foods, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 31, 2022, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, Northern District of Illinois, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

/s/ Brian E. Robison
Brian E. Robison