IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC.,<br><br>        Defendants. | Case No. 1:11-cv-08808<br><br>Judge Charles R. Norgle |

## ORDER

Before the Court is Plaintiffs' Motion for a Status Conference [128]. The motion is taken under advisement. By March 25, 2022, the parties shall submit an agreed list and schedule for all motions presently pending.

IT IS SO ORDERED.

            ENTER:

            _____
            CHARLES RONALD NORGLE, Judge
            United States District Court

DATE: February 3, 2022