# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 1:11-cv-08808 |
| v. | ) Judge Charles R. Norgle |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT SUBMISSION OF LIST OF PENDING MOTIONS

Pursuant to the Court's order entered February 3, 2022, the Parties submit this joint list and schedule of all motions presently pending.

Plaintiffs filed this Sherman Act price-fixing case in this District on December 12, 2011, and on January 3, 2012, the Judicial Panel on Multidistrict Litigation ("JPML") transferred it to the Eastern District of Pennsylvania for coordinated pretrial proceedings with related cases. All MDL proceedings, including all dispositive motions, were completed, and this case was remanded to this District for trial. On September 16, 2019, this case was assigned to this Court (Dkt. No. 15). The following are the matters currently pending in this case:

1. On January 31, 2022, the Plaintiffs filed a Motion for a Status Conference requesting the Court schedule a status conference to discuss the setting of a pretrial conference and preparation of the pretrial order (Dkt. 128). The Court took this motion under advisement (Dkt. 130). There is no schedule for this motion.

2. There are no other pending motions, but there are two pending Stipulations of Dismissal and Proposed Orders (Dkts. 21, 25). Specifically, Plaintiff Kellogg Company settled with Defendants Michael Foods, Inc. and Cal-Maine Foods, Inc. and submitted the aforementioned Stipulations and Proposed Orders.

| | |
|---|---|
| March 24, 2022 | Respectfully submitted, |

*Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company*

/s/ *James T. Malysiak*
James T. Malysiak
Terrence J. Truax
Angela M. Allen
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
jmalysiak@jenner.com
ttruax@jenner.com
aallen@jenner.com

Richard Stone (*admitted pro hac vice*)
Amy M. Gallegos (*admitted pro hac vice*)
JENNER & BLOCK LLP
633 West 5th Street
Suite 3600
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
rstone@jenner.com
agallegos@jenner.com

*Counsel for Defendant Rose Acre Farms, Inc.*

/s/ *Donald M. Barnes*
Donald M. Barnes
Jay L. Levine
Porter, Wright, Morris & Arthur LLP
2020 K Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000
Email: dbarnes@porterwright.com
         JLevine@porterwright.com

Jason S. Dubner
Porter, Wright, Morris & Arthur LLP
321 North Clark Street
Suite 400
Chicago, IL 60654
Tel: (312) 756-8466
Email: JDubner@porterwright.com

James King
Porter, Wright, Morris & Arthur LLP
41 South High Street
Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000
Email: jking@porterwright.com

*Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.*

 /s/ *Jan P. Levine*
Jan P. Levine
Robin P. Sumner
Whitney R. Redding
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Tel:  (215) 981-4000
Email: jan.levine@troutman.com
          robin.sumner@troutman.com
          whitney.redding@troutman.com

Robert E. Browne, Jr.
Troutman Sanders LLP
227 West Monroe Street
Suite 3900
Chicago, IL  60606
Tel:  (312) 759-1923
Email:  robert.browne@troutman.com

*Counsel for Defendant Michael Foods, Inc.*

 /s/ *Carrie C. Mahan*
Carrie C. Mahan
Weil, Gotshal & Manges LLP
2001 M Street, N.W.
Washington, D.C.  20036
Tel:  (202) 682-7231
Email:  carrie.mahan@weil.com

Stephen J. Siegel
Elizabeth C. Wolicki
Novack and Macey LLP
100 N Riverside Plaza
Chicago, IL 60606
Tel: (312) 419-6900
Fax: (312) 419-6928
Email:  ssiegel@novackmacey.com
             ewolicki@novackmacey.com

*Counsel for Defendant Cal-Maine Foods, Inc.*

 /s/ *Brian E. Robison*
Brian E. Robison
Brown Fox, PLLC
6303 Cowboys Way
Suite 450
Frisco, TX 75034
Tel: (972) 707-1809
Email: brian@brownfoxlaw.com

Livia McCammon Kiser
Patrick M. Collins
Patrick M. Otlewski
Abigail Jane Marie Hoverman
Zachary T. Fardon
King & Spalding LLP
110 North Wacker Drive
Suite 3800
Chicago, IL 60606
Tel:  (312) 764-6911
Email:  lkiser@kslaw.com
            pcollins@kslaw.com
            potlewski@kslaw.com
            ahoverman@kslaw.com
            zfardon@kslaw.com

Andrew J. Chinsky
King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Tel:  (404) 572-2812
Email:  achinsky@kslaw.com