IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC., <br><br>Defendants. | Case No. 1:11-cv-08808 <br><br>Hon. Charles R. Norgle |

## ORDER

Motion for status conference [128] is denied as otiose, in light of the joint submission of pending motions filed 3/24/22. The parties shall file a Final Pretrial Order pursuant to the Federal Rules of Civil Procedure to include a set of proposed jury instructions and verdict forms on a date they shall agree upon but not later than 90 days from the entry of this order. Counsel shall also suggest jury trial dates.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: March 29, 2022