**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.   Case Number: 1:11-cv-08808

An appearance is hereby filed by the undersigned as attorney for:

Kraft Foods Global, Inc.; The Kellogg Company; General Mills, Inc.; Nestlé USA, Inc.

Attorney name (type or print): Brandon D. Fox

Firm: Jenner & Block LLP

Street address: 515 Flower Street Suite 3300

City/State/Zip: Los Angeles, California 90071-2246

Bar ID Number: 6272239
(See item 3 in instructions)

Telephone Number: (213)239-5100

Email Address: BFox@jenner.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/5/2022

Attorney signature: S/ Brandon D. Fox
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015