# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) ) | Judge Charles R. Norgle |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION TO AMEND PRETRIAL SCHEDULE AND SET TRIAL DATES

Pursuant to the Court's order entered March 29, 2022 (ECF No. 134), the Parties conferred with respect to trial dates, conflicts, and time needed for new counsel to prepare for trial. After consulting the Court's trial calendar, the parties jointly propose a trial start date of October 24, 2022. The parties expect the trial to last approximately five weeks.

The parties also conferred with respect to a pretrial schedule based upon an anticipated October 24, 2022 trial commencement, to include a schedule for briefing and argument on motions *in limine* and plaintiffs' intended *Santiago* proffer. The parties hereby jointly propose the below amended pretrial schedule:

| Pretrial Order Scheduling | |
|---|---|
| Parties exchange proposed witness and exhibit lists, as well as deposition designations | July 22, 2022 (approx. 95 days before trial) |
| Parties exchange objections to witness and exhibit lists, and objections to deposition designations | Aug. 5, 2022 (approx. 80 days before trial) |
| Parties exchange counter-designations | Aug. 5, 2022 (approx. 80 days before trial) |
| Parties exchange objections to counter-designations | Aug. 16, 2022 (approx. 70 days before trial) |
| Parties exchange drafts of pretrial order | Sep. 14, 2022 (approx. 40 days before trial) |
| Parties exchange proposed jury instructions, verdict form, and proposed statement of the case | Sep. 14, 2022 (approx. 40 days before trial) |
| Parties file pretrial order and proposed jury instructions | Sept. 28, 2022 (approx. 25 days before trial) |
| Motions *in Limine* Scheduling | |
| Plaintiffs file *Santiago* proffer; Parties file motions *in limine* | Aug. 26, 2022 (approx. 60 days before trial) |
| Parties file responses to *Santiago* proffer and motions *in limine* | Sep. 16, 2022 (approx. 40 days before trial) |
| Oral argument on pretrial order | Sep. 29, 2022 (25 days before trial) |

Although the parties recognize that the Court's March 29, 2022 order asked for the Final Pretrial Order to be filed no later than 90 dates from its entry of that order, the parties respectfully believe that it will benefit the parties and the Court to have the pretrial schedule set as requested above, given a stipulated October 24, 2022 proposed trial date. Accordingly, the parties hereby request the Court set an October 24, 2022 trial commencement date and amend the pretrial order deadline as set forth above.

| | |
|---|---|
| April 21, 2022 | Respectfully submitted, |
| *Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company* | *Counsel for Defendant Rose Acre Farms, Inc.* |
| /s/ *Brandon D. Fox* | /s/ *Jay L. Levine* |
| James T. Malysiak | Donald M. Barnes |
| Terrence J. Truax | Jay L. Levine |
| Joel T. Pelz | Porter, Wright, Morris & Arthur LLP |
| Angela M. Allen | 2020 K Street, N.W., Suite 600 |
| JENNER & BLOCK LLP | |
| 353 N. Clark Street | Washington, D.C. 20006-1110 |
| Chicago, IL 60654-3456 | Tel: (202) 778-3000 |
| Tel: (312) 222-9350 | Email: dbarnes@porterwright.com |
| Fax: (312) 527-0484 | JLevine@porterwright.com |
| jmalysiak@jenner.com | |
| ttruax@jenner.com | Jason S. Dubner |
| jpelz@jenner.com | Porter, Wright, Morris & Arthur LLP |
| aallen@jenner.com | 321 North Clark Street |
| | Suite 400 |
| Brandon D. Fox | Chicago, IL 60654 |
| Amy M. Gallegos (*admitted pro hac vice*) | Tel: (312) 756-8466 |
| JENNER & BLOCK LLP | Email: JDubner@porterwright.com |
| 515 South Flower | |
| Suite 3300 | James King |
| Los Angeles, CA 90071 | Porter, Wright, Morris & Arthur LLP |
| Tel: (213) 239-5100 | 41 South High Street |
| Fax: (213) 239-5199 | Suite 2900 |
| bfox@jenner.com | Columbus, OH 43215 |
| agallegos@jenner.com | Tel: (614) 227-2000 |
| | Email: jking@porterwright.com |

*Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.*

 /s/ *Robin P. Summer*
Robin P. Sumner
Whitney R. Redding
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Tel:  (215) 981-4000
Email: robin.sumner@troutman.com
          whitney.redding@troutman.com

Robert E. Browne, Jr.
Troutman Sanders LLP
227 West Monroe Street
Suite 3900
Chicago, IL  60606
Tel:  (312) 759-1923
Email:  robert.browne@troutman.com

*Counsel for Defendant Michael Foods, Inc.*

 /s/ *Carrie C. Mahan*
Carrie C. Mahan
Weil, Gotshal & Manges LLP
2001 M Street, N.W.
Washington, D.C.  20036
Tel:  (202) 682-7231
Email:  carrie.mahan@weil.com

Stephen J. Siegel
Elizabeth C. Wolicki
Novack and Macey LLP
100 N Riverside Plaza
Chicago, IL 60606
Tel: (312) 419-6900
Fax: (312) 419-6928
Email:  ssiegel@novackmacey.com
          ewolicki@novackmacey.com

***Counsel for Defendant Cal-Maine Foods, Inc.***

/s/ *Patrick M. Collins*
Brian E. Robison
Brown Fox, PLLC
6303 Cowboys Way
Suite 450
Frisco, TX 75034
Tel: (972) 707-1809
Email: brian@brownfoxlaw.com

Livia McCammon Kiser
Patrick M. Collins
Patrick M. Otlewski
Abigail Hoverman Terry
Zachary T. Fardon
King & Spalding LLP
110 North Wacker Drive
Suite 3800
Chicago, IL 60606
Tel: (312) 764-6911
Email: lkiser@kslaw.com
    pcollins@kslaw.com
    potlewski@kslaw.com
    ahoverman@kslaw.com
    zfardon@kslaw.com

Andrew J. Chinsky
King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Tel: (404) 572-2812
Email: achinsky@kslaw.com