UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Charles R. Norgle |

### JAN P. LEVINE UNOPPOSED MOTION TO WITHDRAW

NOW COMES Robert E. Browne and respectfully moves the Court for leave to have Jan P. Levine withdrawn as counsel for Defendants United Egg Producers, Inc. and United States Egg Marketers, Inc. ("Defendants"), and in support of that motion states as follows:

1. Ms. Levine entered an appearance on behalf of Defendants (Dkt. No. 97), in the above-captioned litigation. At the time, Ms. Levine, was a partner with the law firm of Pepper Hamilton LLP (n/k/a Troutman Pepper Hamilton Sanders LLP "Troutman Pepper").

2. Ms. Levine has retired from Troutman Pepper to pursue a non-legal career.

3. Accordingly, Ms. Levine has no further responsibilities in connection with this matter.

4. Defendants will continue to be represented by Robert E. Browne, Jr., Robin P. Sumner and Whitney R. Redding of Troutman Pepper.

5. Counsel for Plaintiffs has courteously agreed to the presentment of this motion as unopposed.

WHEREFORE, Robert E. Browne, Jr. respectfully requests that the Court grant Jan P. Levine leave to withdraw as counsel.

April 22, 2022                                         Respectfully submitted,

/s/ *Robert E. Browne, Jr.*
Robert E. Browne, Jr.
Troutman Pepper Hamilton Sanders LLP
227 West Monroe Street, Suite 3900
Chicago, IL 60606
Tel: (312) 759-1923
Email: robert.browne@troutman.com

Robin P. Sumner
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Email: robin.sumner@troutman.com

Whitney R. Redding
Troutman Pepper Hamilton Sanders LLP
501 Grant Street, Suite 300
Pittsburgh, PA 15219
Tel: (412) 454-5000
Email: whitney.redding@troutman.com

***Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.***

## CERTIFICATE OF SERVICE

      I, Robert E. Browne, Jr., hereby certify that on April 22, 2022, a true and correct copy of the foregoing Jan P. Levine Unopposed Motion to Withdraw was served upon Counsel of Record via the Court's ECF system.

                                                           */s/ Robert E. Browne, Jr.*
                                                           Robert E. Browne, Jr.