# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. )<br><br>Defendants. ) | No. 1:11-cv-08808<br><br>Judge Charles R. Norgle |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the 29th day of April, 2022 at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Charles R. Norgle or any judge sitting in his stead, in the courtroom normally occupied by him in Room 2341 of the Northern District of Illinois, Eastern Division, and present ***Jan P. Levine Unopposed Motion to Withdraw***, a copy of which is attached hereto and served upon you.

Dated: April 22, 2022            Respectfully submitted,

Troutman Pepper Hamilton Sanders LLP


/s/ *Robert E. Browne, Jr.*
Robert E. Browne, Jr.,
227 W. Monroe Street, Suite 3900
Chicago, Illinois 60606
Tel: 312.759.1920
robert.browne@troutman.com

***Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc***

125799519v1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the above and foregoing was served on April 22, 2022 via the Court's CM/ECF system on all counsel of record.

/s/ Robert E. Browne, Jr.
Robert E. Browne

125799519v1