UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) |
| Plaintiffs, | ) No. 1:11-cv-08808 ) |
| v. | ) Judge Charles R. Norgle ) |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER AMENDING PRETRIAL SCHEDULE AND SETTING TRIAL DATES

The Joint Motion to Amend Pretrial Schedule and Set Trial Dates [137] is GRANTED, and the Court ORDERS as follows:

1. The Parties shall file a Final Pretrial Order pursuant to the Federal Rules of Civil Procedure to include a set of proposed jury instructions and verdict forms on September 28, 2022 pursuant to the following schedule:

| Pretrial Order Scheduling | |
|---|---|
| Parties exchange proposed witness and exhibit lists, as well as deposition designations | July 22, 2022 (approx. 95 days before trial) |

| | |
|---|---|
| Parties exchange objections to witness and exhibit lists, and objections to deposition designations | Aug. 5, 2022 (approx. 80 days before trial) |
| Parties exchange counter-designations | Aug. 5, 2022 (approx.. 80 days before trial) |
| Parties exchange objections to counter-designations | Aug. 16, 2022 (approx. 70 days before trial) |
| Parties exchange drafts of pretrial order | Sep. 14, 2022 (approx. 40 days before trial) |
| Parties exchange proposed jury instructions, verdict form, and proposed statement of the case | Sep. 14, 2022 (approx. 40 days before trial) |
| Parties file pretrial order and proposed jury instructions | Sept. 28, 2022 (approx. 25 days before trial) |
| **Motions *in Limine* Scheduling** | |
| Plaintiffs file *Santiago* proffer; Parties file motions *in limine* | Aug. 26, 2022 (approx. 60 days before trial) |
| Parties file responses to *Santiago* proffer and motions *in limine* | Sep. 16, 2022 (approx. 40 days before trial) |
| Oral argument on pretrial order | Sep. 29, 2022 (approx. 25 days before trial) |

2. This case is set for trial to commence on October 24, 2022.

**SO ORDERED:**

Dated: 5/2/22

Hon. Charles R. Norgle, Sr.
United States District Judge

2