# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al

Case Number: 1:11-cv-08808

An appearance is hereby filed by the undersigned as attorney for:

Michael Foods Inc.

Attorney name (type or print): Sandra Nicole Booth

Firm: Weil, Gotshal & Manges LLP

Street address: 2001 M St NW #600

City/State/Zip: Washington, DC 20036

Bar ID Number: 1723904
(See item 3 in instructions)

Telephone Number: (202) 682-7091

Email Address: nicole.booth@weil.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 07/06/2022

Attorney signature: S/ S. Nicole Booth
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015