# EXHIBIT A

# FILED UNDER SEAL

21218258v1