# EXHIBIT B

# FILED UNDER SEAL

21218260v1