# EXHIBIT C

# FILED UNDER SEAL

21218266v1