# EXHIBIT D

# FILED UNDER SEAL

21218268v1