# EXHIBIT F

# FILED UNDER SEAL

21218288v1