# EXHIBIT G

# FILED UNDER SEAL

21218300v1