```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4    IN RE:  PROCESSED EGG PRODUCTS:        MDL NO. 2002
      ANTITRUST LITIGATION                   08-MDL-02002
 5

 6
                              - - - - -
 7
                            PHILADELPHIA, PA
 8
                              - - - - -
 9
                           DECEMBER 2, 2019
10
                              - - - - -
11

12
      BEFORE:     THE HONORABLE GENE E.K. PRATTER, J.
13

14                            - - - - -

15                 TRANSCRIPT OF TRIAL PROCEEDINGS

16                            DAY 18

17                            - - - - -

18

19

20

21          KATHLEEN FELDMAN, CSR, CRR, RPR, CM
            Official Court Reporter
22          Room 1234 - U.S. Courthouse
            601 Market Street
23          Philadelphia, PA  19106
            (215) 779-5578
24

25
         (Transcript produced by mechanical shorthand via C.A.T.)
```

EXHIBIT C

```
 1    APPEARANCES:

 2
                     KENNY NACHWALTER, P.A.
 3                   BY:  RICHARD ALAN ARNOLD, ESQUIRE
                     WILLIAM J. BLECHMAN, ESQUIRE
 4                   DOUGLAS H. PATTON, ESQUIRE
                     MICHAEL A. PONZOLI, ESQUIRE
 5                   BRANDON S. FLOCH, ESQUIRE
                     201 South Biscayne Boulevard, Suite 1100
 6                   Miami, Florida  33131
                     For Plaintiffs The Kroger Co., Safeway Inc.,
 7                   Roundy's Supermarkets, Inc., Walgreen Co.,
                     Hy-Vee, Inc., Albertsons LLC, The Great
 8                   Atlantic & Pacific Tea Company, Inc., H.E Butt
                     Grocery Company, and Conopco, Inc.
 9

10                   SPERLING & SLATER
                     BY:  PAUL E. SLATER, ESQUIRE
11                   JOSEPH M. VANEK, ESQUIRE
                     DAVID P. GERMAINE, ESQUIRE
12                   JOHN P. BJORK, ESQUIRE
                     55 West Monroe Street, Suite 3200
13                   Chicago, Illinois  60603
                     For Plaintiffs Publix Super Markets, Inc.
14                   and SuperValu Inc.

15
                     MARCUS & SHAPIRA, LLP
16                   BY:  MOIRA CAIN-MANNIX, ESQUIRE
                     BRIAN C. HILL, ESQUIRE
17                   One Oxford Centre 35th Floor
                     301 Grant Street
18                   Pittsburgh, PA  15219
                     For Plaintiff Giant Eagle, Inc.
19

20                   AHERN & ASSOCIATES, P.C.
                     BY:  PATRICK J. AHERN, ESQUIRE
21                   THEODORE BELL, ESQUIRE
                     8 South Michigan Avenue, Suite 3600
22                   Chicago, Illinois  60603
                     For Plaintiff Winn-Dixie Stores, Inc.,
23                   H.J. Heinz Company, L.P., C&S Wholesale
                     Grocers, Inc.

24

25                        (CONT.)
```

```
 1    APPEARANCES:  (CONT.)

 2
                    PEPPER HAMILTON LLP
 3                  BY:  JAN P. LEVINE, ESQUIRE
                    ROBIN P. SUMNER, ESQUIRE
 4                  ALEXANDER L. HARRIS, ESQUIRE
                    WHITNEY R. REDDING, ESQUIRE
 5                  KAITLIN MEOLA, ESQUIRE
                    LACEY D. REEDER, ESQUIRE
 6                  3000 Two Logan Square
                    18th & Arch Streets
 7                  Philadelphia, PA  19103
                    For Defendants United Egg Producers, Inc.
 8                  and United States Egg Marketers, Inc.

 9
                    PORTER WRIGHT MORRIS & ARTHUR LLP
10                  BY:  JAY L. LEVINE, ESQUIRE
                    DONALD M. BARNES, ESQUIRE
11                  ALLEN T. CARTER, ESQUIRE
                    2020 K Street, NW
12                  Suite 600
                    Washington, DC  20006
13                          And
                    PORTER WRIGHT MORRIS & ARTHUR LLP
14                  BY:  JAMES A. KING, ESQUIRE
                    ARLENE BORUCHOWITZ, ESQUIRE
15                  41 South High Street
                    Suite 2900
16                  Columbus, OH  43215
                    For Defendant Rose Acre Farms, Inc.
17

18

19

20

21

22

23

24

25
```

1  A.     If I heard it --
2  Q.     Let me ask it again.  You have not concluded, you have
3  not concluded or you're not offering an opinion that any given
4  producer is actually an alleged co-conspirator in this case,
5  correct?
6  A.     Yeah, I'm not -- I'm not a fact witness.  I'm not privy
7  to who might have signed what documents, who might have been
8  present in what meetings.  I, you know, evaluated the record,
9  and saw, you know, saw records -- saw documentary -- I'll use
10 the term "evidence" with a small E, as an economist --
11 Q.     Um-hum.
12 A.     -- of individuals being at meetings and so forth, but I'm
13 not here to testify on people's presence at meetings or
14 anything like that.  And therefore, I've got no idea, you
15 know, who is -- is responsible other than, you know, the
16 allegations in this case and the role that the UEP played as a
17 trade association.
18 Q.     And you testified towards the end of your examination
19 about USEM exports, and I just want to sort of be clear.  That
20 you've also called USEM exports short-term measures, correct?
21 A.     That's correct.
22 Q.     And that -- I think you've testified before that any
23 effect it would have had would have been very short-lived
24 about a month between, maybe, when they were announced and
25 when they were -- actually took place, correct?

1  A.   Yeah, that's -- I mean, that's exactly what I've
2  estimated there is, that month, the price impact during that
3  month.
4  Q.   Right.
5  A.   And I think there was only a handful of those, yeah,
6  that's correct.
7  Q.   Right.  And that, in other words, the price would not
8  have been sustained any longer than that month was your
9  testimony, I believe?
10 A.   Based on the ones that I was able to collect data and
11 actually examine the effect, that's correct.
12 Q.   Okay.  Now, you've testified that there were
13 communications and the like going back into the 1990s,
14 correct?
15 A.   That's correct.
16 Q.   Okay.  Now, so -- and you are aware that there's an
17 allegation that the conspiracy started by at least May 15,
18 2000, correct?
19 A.   I've seen a number of allegations and I've seen a number
20 of documents related to when communications began and so
21 forth.
22 Q.   Okay.  Well, are you aware that your counsel has
23 represented to the Court that the alleged conspiracy happened
24 by at least May 15, 2000?
25 A.   Again, I haven't -- that's not implausible to me, but