# EXHIBIT D

FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER