# Exhibit A

| Ex. | Date on Ex. List[6] | Company | Brief Description | Authentication/ Foundation Objection | Rule 403 Objection | Hearsay Objection |
|---|---|---|---|---|---|---|
| 3 | None Listed | Michael Foods (Trial Defendant) | Two videos. One video appears to be produced by HSUS affiliate called "Compassion Over Killing" with video taken in Wakefield, NE, Winter 2006. The other video file is titled "Exposed" and appears to be an "investigation" from HSUS affiliate called Compassion Over Killing from Aug. 2009, which includes ominous music and ends with link to "eggindustry.com") | Yes | Yes | Yes |
| 4 | None Listed | Cal-Maine (Trial Defendant) | Five video files with commentary, interviews, and captions. According to one caption, at least some footage purports to be video produced by HSUS from Waelder, TX, Oct. 11-15, 2010. The exhibit also include a video interviews with HSUS personnel, who proceeds to narrate portions of the video and accuse CMF of having "food safety problems" and referencing a salmonella outbreak. | Yes | Yes | Yes |

---

[6] The dates provided in this column are drawn from the dates disclosed on Plaintiffs' exhibit lists. Defendants have no way of verifying whether these dates correspond to the date the video was produced/the photographs were developed or the date the videos or photographs were taken. Where possible, in the "Brief Description" column, Defendants have indicated additional dates represented in captions of the videos.

| Ex. | Date on Ex. List[6] | Company | Brief Description | Authentication/ Foundation Objection | Rule 403 Objection | Hearsay Objection |
|---|---|---|---|---|---|---|
| 10 | 4/7/2010 | Rose Acre Farm (Trial Defendant) and Rembrandt Enterprises (Non-Trial Defendant, Non-Conspirator) | Exhibit appears to be video available on YouTube which includes footnote from Rose Acre and Rembrandt, without distinction. Captions note the video was taken in February-March 2010, and the videos include interviews with workers at the farms. | Maybe | Yes | Yes |
| 24, 1094 | 5/8/2018 | Rose Acre Farm (Trial Defendant) | These exhibits include both video and photos. According to captions, the video appears to be video taken by HSUS in February 2010, which includes interviews with workers at the farm. PX 24 also states it includes an unknown number of "Still Photographs" which are not identified by Bates number, but which may be the same set of photos at PX 1094 (which consists of photos previously admitted at the DAP trial as Exhibit 506). | Maybe | Yes | Yes |