# Exhibit A

| No. | Witness | Affirmative Designations from Plaintiffs | Affirmative Designations from Defendants |
|---|---|---|---|
| 1. | Anthony Airoso | X | |
| 2. | Curtis Amundson | | X |
| 3. | Jeffrey Armstrong | X | |
| 4. | Dolph Baker (Fact) | X | |
| 5. | Dolph Baker (30(b)(6)) | X | |
| 6. | Terry Baker (Fact) | X | |
| 7. | Terry Baker (30(b)(6)) | X | X |
| 8. | Gregory Bates | | X |
| 9. | Timothy Beebe | X | X |
| 10. | Don Bell | X | X |
| 11. | Phyllis Blizzard | X | |
| 12. | Karen Brown | | X |
| 13. | James Carlson | X | |
| 14. | Toby Catherman (30(b)(6)) | | X |
| 15. | Ramesh Daga (30(b)(6)) | | X |
| 16. | Brian Dowling | | X |
| 17. | Steven Feyman | X | X |
| 18. | Chad Gregory | X | |
| 19. | Gene Gregory | X | X |
| 20. | Jeff Hardin | X | |
| 21. | Bryan Hendrix | X | |
| 22. | Jeff Henning | | X |
| 23. | Gregory Hinton | X | |
| 24. | Robert Hodges | X | |
| 25. | Jill Hollingsworth | X | X |
| 26. | Sage Horner | | X |
| 27. | Michelle Kamzalow | | X |
| 28. | Ken Klippen | X | |
| 29. | Thomas Klump | | X |
| 30. | Thomas Langan (30(b)(6)) | | X |
| 31. | David Lawrence | | X |
| 32. | Virginia Littlefield | | X |
| 33. | Gerald Lynch | | X |
| 34. | Scott Manion | X | X |
| 35. | Tiffany Mercuri | | X |
| 36. | Paul Moran | | X |
| 37. | John Mueller | X | |
| 38. | Matthew Neal | | X |
| 39. | Gregg Ostrander | X | X |
| 40. | Ken Paramore | X | |

| No. | Witness | Affirmative Designations from Plaintiffs | Affirmative Designations from Defendants |
|---|---|:---:|:---:|
| 41. | Robert Pontius | | X |
| 42. | Al Pope | X | X |
| 43. | Terry Profitt | | X |
| 44. | Payton Pruett | | X |
| 45. | Robert Randall | | X |
| 46. | William Rehm | | X |
| 47. | Linda Reickard | X | |
| 48. | Marcus Rust | X | |
| 49. | Beth Schnell | | X |
| 50. | Norm Stocker | | X |
| 51. | Steve Storm (Fact) | X | X |
| 52. | Steve Storm (30(b)(6)) | X | X |
| 53. | Gary Stull | | X |
| 54. | Naamua Sullivan | | X |
| 55. | Kelly Tobey | | X |
| 56. | Binh Tran | X | X |
| 57. | William Trask | | X |
| 58. | Mark Westphal (30(b)(6)) | | X |
| 59. | Craig Willardson | X | |
| 60. | James Wilson (Fact) | | X |
| 61. | James Wilson (30(b)(6)) | | X |