# Exhibit B

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4   IN RE:  PROCESSED EGG PRODUCTS:        MDL NO. 2002
     ANTITRUST LITIGATION                   08-MDL-02002
 5

 6
                              - - - - -
 7
                           PHILADELPHIA, PA
 8
                              - - - - -
 9
                          NOVEMBER 14, 2019
10
                              - - - - -
11

12
     BEFORE:     THE HONORABLE GENE E.K. PRATTER, J.
13

14                            - - - - -

15                  TRANSCRIPT OF TRIAL PROCEEDINGS

16                              DAY 9

17                            - - - - -

18

19

20

21           KATHLEEN FELDMAN, CSR, CRR, RPR, CM
             Official Court Reporter
22           Room 1234 - U.S. Courthouse
             601 Market Street
23           Philadelphia, PA  19106
             (215) 779-5578
24

25
       (Transcript produced by mechanical shorthand via C.A.T.)
```

1  getting demerits.

2　　　　　　MR. BLECHMAN: We'll confer with counsel. We do
3  have one question.

4　　　　　　THE COURT: What is it?

5　　　　　　MR. BLECHMAN: Because the Court is using the rule
6  of completeness and the deposition is being played which
7  includes both the Plaintiffs' and the Defendants' designations
8  and because these depositions are running long, we would
9  appreciate it as a matter of fairness to us if the jury would
10 be told these depositions that are being played include
11 designations by both Plaintiffs and the Defendants so they
12 understand it's both sides.

13　　　　　　THE COURT: You're beginning to worry about that,
14 are you?

15　　　　　　MR. BLECHMAN: Well, I'm -- you know, I try to keep
16 my antenna up, but for us, we think that would be -- that is
17 our request, Your Honor.

18　　　　　　MR. KING: They are being played in their case. I
19 don't think that's fair to do that. When we play deposition
20 designations in our case, the jury will understand that. If
21 it weren't for these -- they would be playing them, I don't
22 think we'd have these counterdesignations. This is all part
23 of their case.

24　　　　　　MR. BLECHMAN: We're playing them, of course, as the
25 Court knows, because Mr. Bell, for example, and Mr. Gregory

1  are not available to us.  So for us, this is just a matter of
2  fairness and the jury understanding.
3         THE COURT:  Well, as far as I'm concerned, the jury
4  is being saved from the whole deposition.  So I'll continue to
5  relate to the jury and keep them appreciative of the system,
6  as I possibly can.  One way of doing that would be to remind
7  everybody that I'm not particularly keen on speaking
8  objections without my request.  So it should go without saying
9  that I'm really not keen about speaking nonobjections.  I'm
10 just saying.  Anything else?
11        MR. BLECHMAN:  Not from the Plaintiffs, Your Honor.
12        THE COURT:  But I understand the point about
13 explaining the depositions.  I've tried to explain it to the
14 jury, but we'll do it again in some fashion.
15        MR. BLECHMAN:  Thank you.  Thank you.
16        THE COURT:  But I do really expect to find out if
17 there is a live witness coming tomorrow, right?
18        MR. BLECHMAN:  I need to confer with others.
19        THE COURT:  Yes, I know.
20        MR. BLECHMAN:  I don't know the answer myself.
21        THE COURT:  I also would like confirmation as to
22 the -- I can't remember the lady's name, Reickard.
23        MR. BLECHMAN:  It is, Your Honor.
24        THE COURT:  Are there any objections to that that I
25 haven't seen?  Because if there are, it's going to be sort of