# Exhibit C

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2               FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4

 5   IN RE:  PROCESSED EGG PRODUCTS:        MDL NO. 2002
     ANTITRUST LITIGATION                   08-MDL-02002
 6

 7
                              - - - - -
 8

 9                         PHILADELPHIA, PA

10
                            MAY 4, 2018
11                           DAY THREE

12

13   BEFORE:     THE HONORABLE GENE E.K. PRATTER, J.

14

15                            - - - - -

16                         TRIAL TRANSCRIPT

17                            - - - - -

18

19

20

21          KATHLEEN FELDMAN, CSR, CRR, RPR, CM
            Official Court Reporter
22          Room 1234 - U.S. Courthouse
            601 Market Street
23          Philadelphia, PA  19106
            (215) 779-5578
24

25
         (Transcript produced by mechanical shorthand via C.A.T.)
```

```
 1                 THE COURT:  That you objected to?
 2                 MR. OLSON:  We have some objections to those, not
 3   that many.  And then we have -- but we have some completeness
 4   additions to theirs.
 5                 THE COURT:  Okay.
 6                 MR. OLSON:  So we thought what would be clearest to
 7   the Court would be you get two things for --
 8                 THE COURT:  Fair enough, but let me tell you all
 9   where this is most likely to end up, and that is to run start
10   to finish without interruptions and without volleying back and
11   forth and starting and stopping again, so that to the extent
12   possible, what the jury will see is what actually happened in
13   realtime, in real life at the deposition.
14                 MR. OLSON:  And that's helpful guidance and I think
15   it will work for many of them.  There is one situation there
16   we wanted to flag for the Court.
17                 THE COURT:  Well, then that's just going to be a
18   plain old objection, frankly, probably to whether
19   something's going to be excluded all together --
20                 MR. OLSON:  Okay.
21                 THE COURT:  -- as opposed to coming back and going
22   back to it.
23                 MR. OLSON:  Right.  I think I understand.  The
24   situation arises, we have some witnesses where we have -- we
25   tried to keep our times down.  We've designated two,
```

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4

 5   IN RE:  PROCESSED EGG PRODUCTS:        MDL NO. 2002
     ANTITRUST LITIGATION                   08-MDL-02002
 6

 7
                              - - - - -
 8

 9                         PHILADELPHIA, PA

10
                            MAY 7, 2018
11                           DAY FOUR

12

13   BEFORE:      THE HONORABLE GENE E.K. PRATTER, J.

14

15                            - - - - -

16                         TRIAL TRANSCRIPT

17                            - - - - -

18

19

20

21        KATHLEEN FELDMAN, CSR, CRR, RPR, CM
          Official Court Reporter
22        Room 1234 - U.S. Courthouse
          601 Market Street
23        Philadelphia, PA  19106
          (215) 779-5578
24

25
         (Transcript produced by mechanical shorthand via C.A.T.)
```

1          MR. OLSON:  The parties, in terms of how this will
2   be played.  We -- we submit that --
3          THE COURT:  You mean how the video dep is going to
4   be played?
5          MR. OLSON:  Yes, yes.
6          THE COURT:  All right, I thought I made it very
7   clear.  I wanted to start at the beginning and go to the end,
8   covering everything that I've allowed to come in.
9          MR. OLSON:  That's clear, for sure.  There's -- the
10  only wrinkle are in these cases where we think, from a
11  deposition, that there's two minutes of something important to
12  play -- or I'll be more specific.  For the president of
13  Cal-Maine we designated 14 minutes.
14         THE COURT:  Um-hum.
15         MR. OLSON:  The Defendants have counter-designated
16  95 minutes.  In a case like that, I just wonder whether it
17  would make more sense for us to play our designations with
18  their completeness in our case, and they could play, perhaps,
19  their counters or some other way.  It just doesn't seem fair
20  that we would sponsor a video where three-fourths of it is
21  actually what they want to be in the deposition.
22         THE COURT:  Well, I think -- obviously, it is
23  feasible to handle this differently with depositions than it
24  is with a live witness.  Let's see how many of these there are
25  before I, you know, make --

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2               FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4

 5    IN RE:  PROCESSED EGG PRODUCTS:         MDL NO. 2002
      ANTITRUST LITIGATION                    08-MDL-02002
 6

 7
                                - - - - -
 8

 9                          PHILADELPHIA, PA

10
                             MAY 15, 2018
11                             DAY TEN

12

13    BEFORE:     THE HONORABLE GENE E.K. PRATTER, J.

14

15                              - - - - -

16                         TRIAL TRANSCRIPT

17                              - - - - -

18

19

20

21          KATHLEEN FELDMAN, CSR, CRR, RPR, CM
            Official Court Reporter
22          Room 1234 - U.S. Courthouse
            601 Market Street
23          Philadelphia, PA  19106
            (215) 779-5578
24

25
         (Transcript produced by mechanical shorthand via C.A.T.)
```

1    who knows the newspapers, he's not here.  It's something like
2    this.  We have seven minutes of this video we would like to
3    play that we think are important.  Ohio Fresh is apparently
4    planning to play the video as part of their own case.  That
5    seven minutes includes their completeness designations about
6    what we've designated, but they've also designated something
7    like 20 minutes as a counter.
8               For this video, under these circumstances, we'd
9    request the Court's leave to just play our designation with
10   the completeness, not be burdened by multiple times of
11   counter, and if Ohio Fresh's counsel wants to play hours in
12   their own case, they are free to do so.  That's what --
13              THE COURT:  He already told me all he wants is
14   20 minutes, not hours.
15              MR. OLSON:  True, but I understood there was a
16   reservation of rights to play more, so that's why.
17   Whatever -- whatever it is.
18              THE COURT:  If you take the offer now, then it's
19   20 minutes.  If you go later, it's going to be longer.
20              MR. OLSON:  Okay, yes.
21              MR. CALLOW:  Correct, Your Honor, we want to play
22   all of it at once, and we've been working daily and nightly on
23   it, and that's been our position the whole time.  So --
24              THE COURT:  You've been working day and night on
25   this one thing?

1        MR. CALLOW:  Let me -- Your Honor, honestly, I know
2    you've got a 4:45.  I've dealt with four different Plaintiff
3    firms.  I've got e-mails every day and night, and every time I
4    get it, it changes.  So there's a whole list of people over
5    here that are incredibly frustrated by the deposition project.
6    So, yes, I've worked day and night.
7        THE COURT:  Well, on this, I think it's a
8    deposition, it's a video, flip the switch and run the whole
9    thing for this particular witness at once.
10       MR. OLSON:  Okay, I just got the official number.  I
11   was wrong.  It was 17 that we designated and 30.  So it's
12   47 minutes total.
13       THE COURT:  Your proportion is about the same.
14       MR. OLSON:  Sure.
15       THE COURT:  If my math is more or less accurate.
16       MR. OLSON:  Okay.
17       THE COURT:  I think we'll live through it.
18       MR. OLSON:  Okay, thank you, Your Honor.
19       THE COURT:  Anything else?
20       MR. OLSON:  Not from me.
21       THE COURT:  Okay.
22       MR. BIZAR:  Thank you very much.
23       MR. CALLOW:  Thank you, Your Honor.
24       THE COURT:  Is Mr. Coyle around?
25            (Court adjourned.)