# EXHIBIT 2

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4

 5   IN RE:  PROCESSED EGG PRODUCTS:        MDL NO. 2002
     ANTITRUST LITIGATION                   08-MDL-02002
 6

 7
                             - - - - -
 8

 9                       PHILADELPHIA, PA

10
                         MAY 11, 2018
11                       DAY EIGHT

12
     BEFORE:        THE HONORABLE GENE E.K. PRATTER, J.
13

14
                             - - - - -
15
                         TRIAL TRANSCRIPT
16
                             - - - - -
17

18

19

20
                    KATHLEEN FELDMAN, CSR, CRR, RPR, CM
21                  Official Court Reporter
                    Room 1234 - U.S. Courthouse
22                  601 Market Street
                    Philadelphia, PA  19106
23                  (215) 779-5578

24

25       (Transcript produced by mechanical shorthand via C.A.T.)
```

1    meeting, the animal activists would go there and do protests

2    whenever they had their Board meetings, trying to say, like,

3    you know, all these people, were going to protest all your

4    stores, we're here doing this protest.  And they started doing

5    all of the Board meetings.  And then the other things that

6    they done at that point in time was we, you know, we were out

7    there trying -- when I say we want to be a low profile, we

8    knew we had to get with the majority of the other egg

9    producers and figure out how we could protect our livelihood.

10   Everything our family had invested was in our henhouses.  And

11   these animal rights groups were trying to take our right away

12   to produce chickens in cages.

13           You know, our family, every chicken we own before

14   1966 was cage-free.  In 1967, we built our first -- 1966 is

15   when we actually built our first caged chicken house, and it

16   was just like all of our problems went away and how much

17   better the birds did, how much -- it was just -- it was like a

18   miracle, you know, for an egg farmer to go from cage-free to

19   cages.

20           And as everything changed, we knew coming back in to

21   this, when the animal rights groups would come in and want to

22   attack us, we could not -- and that's that 100 percent thing,

23   we didn't want to be the target.  We knew if we were united

24   with a bunch of other egg farmers that wanted to keep their

25   cages, and we all agreed to a certain method of production,