# EXHIBIT 3

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4

 5   IN RE:  PROCESSED EGG PRODUCTS:          MDL NO. 2002
     ANTITRUST LITIGATION                     08-MDL-02002
 6

 7
                              - - - - -
 8

 9                          PHILADELPHIA, PA

10
                             MAY 23, 2018
11                           DAY FIFTEEN

12

13   BEFORE:     THE HONORABLE GENE E.K. PRATTER, J.

14

15                            - - - - -

16                         TRIAL TRANSCRIPT

17                            - - - - -

18

19

20

21           KATHLEEN FELDMAN, CSR, CRR, RPR, CM
             Official Court Reporter
22           Room 1234 - U.S. Courthouse
             601 Market Street
23           Philadelphia, PA  19106
             (215) 779-5578
24

25
         (Transcript produced by mechanical shorthand via C.A.T.)
```

1  Q.     So how long has Sauder been in existence as a company?
2  A.     My grandfather started the business in 1930 or '31.
3  We're not quite sure of the exact date.
4  Q.     And how many generations of your family have worked in
5  the business?
6  A.     I'm the third, and now my son Mark is the fourth
7  generation.
8  Q.     Where was the company begun?  Where did your grandfather
9  start the business?  Where were you located at the beginning?
10 A.     We started in a little town called Farmersville,
11 Pennsylvania.
12 Q.     And is that still where Sauder is based today?
13 A.     No.  My dad moved it to Brownstown.  And from there, in
14 1951 when I was one year old, we moved it to Lititz,
15 Pennsylvania.
16 Q.     What sort of business did your grandfather have?
17 A.     My grandfather had a real small business going door to
18 door here in Philadelphia with eggs, produce, whatever he
19 could buy from farmers and bring here and sell door to door in
20 Philadelphia is what he did.
21 Q.     So when did you first get involved in the business?
22 A.     Well, I think I was somewhere between 6 and 7 years old.
23 My dad gave me a basket and told me to go in the henhouse and
24 gather eggs before school and after school, so that was my
25 job.

1    them are in Maryland and in Ohio.

2    Q.   How long has your family, the Sauder company been working

3    with these family farmers?

4    A.   We're now into the third and fourth generations with the

5    family farmers.

6    Q.   So that's the farmers and organization of the company.

7    We'll come back to that in a moment.  Let's talk about the

8    hens a little bit.  And I'd like to focus on the period of

9    2000 through 2008, which is the period that's most important

10   for this lawsuit.

11          First of all, how do you decide how many hens you'll

12   need?

13   A.   Well --

14   Q.   Do you have any overarching principles that guide that

15   decision-making?

16   A.   Yeah.  We have basically two.  The first one is we don't

17   want to have too many hens, because if you've got too many

18   hens and you get oversupply, you've got that issue.  The other

19   issue is more of a bigger one, which was my dad had always

20   told me is you need to make sure you have enough of hens to

21   supply during peak times, because you never want to leave a

22   customer out of eggs.  Because if you leave a customer out of

23   eggs, you're going to lose him the next week and you won't

24   have him the following week.  So those are the two big

25   principles.