# EXHIBIT 4

```
 1                    IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4      IN RE:   PROCESSED EGG PRODUCTS:       MDL NO. 2002
        ANTITRUST LITIGATION                   08-MDL-02002
 5

 6

 7                                - - - - -

                                PHILADELPHIA, PA
 8
                                  - - - - -
 9
                               NOVEMBER 22, 2019
10
                                  - - - - -
11

12
        BEFORE:      THE HONORABLE GENE E.K. PRATTER, J.
13

14                                - - - - -

15                     TRANSCRIPT OF TRIAL PROCEEDINGS

16                                  DAY 15

17                                - - - - -

18

19

20

21              KATHLEEN FELDMAN, CSR, CRR, RPR, CM
                Official Court Reporter
22              Room 1234 - U.S. Courthouse
                601 Market Street
23              Philadelphia, PA  19106
                (215) 779-5578
24

25
           (Transcript produced by mechanical shorthand via C.A.T.)
```

1  Welfare Program.

2  Q.   Okay.  Have you been a member of the Certified Program

3  from the inception of the program or shortly thereafter?

4  A.   I don't recall when the program started.  I don't recall

5  when we became participants.  Perhaps your words "shortly

6  thereafter" might be accurate.

7  Q.   Do you recall receiving the animal welfare -- excuse me,

8  Animal Husbandry Guidelines at some point in time?

9  A.   Yes.

10 Q.   Okay.  Did you review that?

11 A.   Yes.

12 Q.   Did you implement the guidelines?

13 A.   At some point in time, yes.

14 Q.   What did Weaver Bros. -- why did Weaver Bros. decide to

15 implement the Animal Welfare Guidelines?

16 A.   For -- in my opinion, it enabled the preservation of our

17 family business.  Hopefully, and potentially, looking forward

18 would allow me to pass the business on to my children.

19 Q.   Why would it help you preserve your family business?

20 A.   At the point in time -- around this point in time, there

21 were a lot of things that were going on in the grocery

22 business, the food service business, and in our industry.

23 Consumers were becoming more concerned about how their food

24 was produced.  You had animal activists, sometimes animal

25 extremists engaging in unlawful activities, breaking into