# EXHIBIT A

8/5/02 9:21 AM

## Member Layers

| COMPANY | LOCATION | # OF LAYERS | SUB TOTAL | DUES |
|---|---|---|---|---|
| AAA Egg Farms | Nuevo, CA | 658,000 | | $ 4,606.00 |
| A & H Farm | Oak Grove, KY | 30,000 | | $ 210.00 |
| A-M Eggs, Inc. | Ephrata, WA | 12,000 | | $ 84.00 |
| Ace Farms, Inc. | Monroe, NY | 135,000 | | $ 945.00 |
| Active Feed Co. | Pigeon, MI | 606,000 | | $ 4,242.00 |
| Adams Hen House | Naples, NY | 100,000 | | $ 700.00 |
| Armstrong Egg Farms | Valley Center, CA | 1,000,000 | | $ 7,000.00 |
| B & G Farms | Mankato, MN | 250,000 | | $ 1,750.00 |
| Baer Brothers | Lake Park, MN | 308,000 | | $ 2,156.00 |
| Baer, Jona | Lake Park, MN | 150,000 | | $ 1,050.00 |
| Bauer, Fred | Gaylord, MN | 58,000 | | $ 406.00 |
| Berend Bros. Inc. | Wichita Falls, TX | 300,000 | | $ 2,100.00 |
| Boone Egg Farm | Elizabeth, CO | 24,000 | | $ 168.00 |
| Bowden Egg Farm | Waldoboro, ME | 17,000 | | $ 119.00 |
| Briarwood Farms | Rochester, WA | 880,250 | see attached | $ 5,035.20 |
| Brock's Miracle Eggs | Cullman, AL | 400,000 | | $ 2,800.00 |
| Brown Brothers Produce | Bonne Terre, MO | 95,000 | | $ 665.00 |
| Buckeye Egg Farm, L.P. | Croton, OH | 9,000,000 | | $ 25,000.00 |
| C. & K Eggs Co., LLC | Arab, AL | 168,000 | | $ 1,176.00 |
| Caldwell Foods, LLC | Rose Bud, AR | 380,640 | | $ 2,664.48 |
| Cal-Maine Foods | Chase, KS | 1,080,000 | | |
| | U. C/Rossburg, OH | 1,659,000 | | |
| | Albuquerque, NM | 359,000 | | |
| | Lincoln, AR | 286,000 | | |
| | Searcy, AR | 1,347,000 | | |
| | Bremen, KY | 776,000 | | |
| | Guthrie, KY | 876,000 | | |
| | Greenburg, LA | 870,000 | | |
| | Edwards, MS | 1,779,000 | | |
| | Bethune, SC | 1,109,000 | | |
| | Flatonia, TX | 418,000 | | |
| | Harwood, TX | 1,034,000 | | |
| | Klesel, TX | 1,190,000 | | |
| | Waelder, TX | 2,142,000 | | |
| | Delta, UT | 1,340,000 | | |
| | Shady Dale, GA | 960,000 | | |
| | Contract - TX | 520,000 | | |
| | Contract - KY | 27,000 | | |
| | Contract - GA | 766,000 | | |
| | Contract - AR | 595,000 | | |
| | Contract - NC | 468,000 | 19,601,000 | $ 35,601.00 |
| Cascade Poultry  *added* | Sun River, MT | 14,112 | | $ 98.78 |

8/5/02  1

| Name | Location | Qty 1 | Qty 2 | Amount |
|---|---|---|---|---|
| Center Fresh Egg Farm | Sioux Center, IA | 780,000 | | $ 5,460.00 |
| Coffee Street Acres | Lancaster, PA | 345,000 | | $ 2,415.00 |
| Cooper Farms | Ft. Recovery, OH | 1,000,000 | | $ 7,000.00 |
| otner Farms, Inc. | Danville, PA | 378,000 | | $ 2,646.00 |
| County Line Egg Co., Inc. | Frankfort, IN | 890,000 | | $ 6,230.00 |
| Cramer, W. R. | Menifer, CA | 427,000 | | $ 2,989.00 |
| Creekwood Farms, Inc. | Lake Mills, WI | 1,130,036 | | $ 7,910.25 |
| Creighton Brothers | Warsaw, IN | 2,732,000 | | $ 17,660.00 |
| Dakota Layers Coop *added* | Flandreau, SD | 750,000 | | $ 5,250.00 |
| Daybreak Farms, Inc | IA | 2,630,000 | | |
| Daybreak Foods, Inc. | MN | 1,900,000 | | |
| Daybreak Foods, Inc. | Lake Mills, WI | 250,000 | | |
| Dean's Eggs | Marshall, WI | 720,000 | 5,500,000 | $ 21,500.00 |
| Daylay Egg Farm | W. Mansfield, OH | 2,500,000 | | $ 16,500.00 |
| Dean, Jim - | | | | |
| Fremont Farms | Fremont, IA | 900,000 | | |
| Cedar Valley Egg | Mt. Auburn, IA | 430,000 | 1,330,000 | $ 9,310.00 |
| Demler Egg Ranch | San Jacinto, CA | 1,000,000 | | $ 7,000.00 |
| den Dulk Poultry Farms, LLC | Ripon, CA | 748,000 | | $ 5,236.00 |
| Dooyema & Sons, Inc. | Sioux Center, IA | 140,000 | | $ 980.00 |
| Dorothy Egg Farms | Winthrop, ME | 510,000 | | $ 3,570.00 |
| Dynes Farms, Inc. | Burlington, WA | 370,000 | | $ 2,590.00 |
| E & W Poultry | Rock Valley, IA | 100,000 | | $ 700.00 |
| Edelweiss Farms | Aurora, OR | 505,000 | | $ 3,535.00 |
| gg Innovations | Pt. Washington, WI | 150,000 | | |
| EIPC | Atwood, IN | 300,000 | 450,000 | $ 3,150.00 |
| English River Pellets, Inc. | Kalona, IA | 200,000 | | $ 1,400.00 |
| Fassio Egg Farms | Valley City, UT | 850,000 | | $ 5,950.00 |
| Feathercrest Farms, Inc. *added* | Kurten, TX | 975,000 | | $ 6,825.00 |
| Featherland Egg Farms | Marion, TX | 150,000 | | $ 1,050.00 |
| Fitzpatrick Poultry Farms | Whitesville, NY | 300,000 | | $ 2,100.00 |
| Ft. Recovery Equity Exchange | Ft. Recovery, OH | 5,901,670 | | $ 21,901.67 |
| Fremont Farms, IA *quoted 4020,100* | Malcolm, IA | 2,010,000 | | $ 14,050.00 |
| Garber Poultry Farms | Modesto, CA | 81,000 | | $ 567.00 |
| General Farm Service | Hope, AR | 350,000 | | $ 2,450.00 |
| George's | Springdale, AR | 1,000,000 | | $ 7,000.00 |
| Gemperle Farms | Turlock, CA | 1,800,000 | | $ 12,600.00 |
| Germantown Egg | Germantown, IL | 395,000 | | $ 2,765.00 |
| Gervase Farms | Manteca, CA | 125,000 | | $ 875.00 |
| Giroux Poultry | Chazy, NY | 400,000 | | $ 2,800.00 |
| Glenwood Foods, LLC | Jetersville, VA | 609,000 | | $ 4,263.00 |
| Golden Oval | Renville, MN | 2,000,000 | | |
| Golden Oval - IA | Thompson, IA | 2,700,000 | 4,700,000 | $ 20,700.00 |
| Green Forest Egg Co. LLC *added* | Green Forest, AR | 440,000 | | $ 3,080.00 |
| een Valley Poultry Farm | Abington, VA | 620,000 | | $ 4,340.00 |
| Hamilton Farm Bureau | Hamilton, MI | | | |

CONFIDENTIAL — UE0299968

| Name | Location | Amount | Discount/Note | $ Value |
|---|---|---:|---|---:|
| HFB-Deweerdt, Vernon J. | Holland, MI | 170,000 | | |
| HFB-Old Pike Farm | Holland, MI | 150,000 | | |
| HFB-Schipper Poultry Farm | Holland, MI | 950,000 | | |
| HFB-Zoet, John | Holland, MI | 300,000 | 1,570,000 | $ 10,990.00 |
| Harmony Egg Ranch | Escondido, CA | 365,440 | | $ 2,558.08 |
| Hauge Farms | Marshall, MN | 28,000 | | $ 196.00 |
| Herbruck's Poultry Ranch | Saranac, MI | 1,700,000 | | $ 11,900.00 |
| Hertzfeld Poultry Farms, Inc. | Waterville, OH | 850,000 | | $ 5,950.00 |
| Hickman's Egg Ranch, Inc | Glendale, AZ | 1,500,000 | | $ 10,500.00 |
| Hillandale Farms, FL | Lake City, FL | 5,173,000 | | $ 21,173.00 |
| Hillandale Farms of IA | New Hampton, IA | 16,000 | | $ 112.00 |
| Hillandale Gettysburg, L.P. added | Gettysburg, PA | 3,565,500 | | $ 19,565.50 |
| Hillside Egg Farm | Longmont, CO | 27,000 | | $ 189.00 |
| Hillside Poultry Farm | Chambersburg, PA | 346,000 | | $ 2,422.00 |
| Hoffman-Rettig, LLC | Maquoketa, IA | 1,264,000 | 50% discount | $ 4,424.00 |
| Hoyleton Feed Store & Mill | Hoyleton, IL | 45,000 | | $ 315.00 |
| Humpty Dumpty Eggs, Inc. | Reedsville, WI | 66,000 | | $ 462.00 |
| Infalt Poultry | Hartford, WI | 60,000 | | $ 420.00 |
| ISE America | Galena, MD | 2,800,000 | | $ 10,353.45 |
| ISE Newberry | Newberry, SC | 2,388,064 | | $ 8,830.25 |
| ISE Am, DBA Egg & I   lost 4252.64 | Lamar, SC | 743,000 | 5,931,064 | $ 2,747.36 |
| IVA, Inc. | West Union, IA | 900,000 | 50% discount | $ 3,150.00 |
| J & R Egg Ranch | Erie, CO | 10,500 | | $ 73.50 |
| Jacob Bros. Ranch, Inc. | Carmine, TX | 288,000 | | $ 2,016.00 |
| Jnsen, J. Wilmar | Modesto, CA | 100,000 | | $ 700.00 |
| Jensen & Sons, Karl | Tracy, CA | 81,000 | | $ 567.00 |
| Jordan Egg Farm | Dodson, LA | 250,000 | | $ 1,750.00 |
| Kevico | Chokio, MN | 100,000 | | $ 700.00 |
| King, Elmer J. | Ronks, PA | 125,000 | | $ 875.00 |
| Konos, Inc. | Martin, MI | 800,000 | | $ 5,600.00 |
| Kreher's Poultry Farm | Clarence, NY | 600,000 | | $ 4,200.00 |
| L.R.F., Inc. | Foster, RI | 30,000 | | $ 210.00 |
| Lambrights, Inc. | LaGrange, IN | 500,000 | | $ 3,500.00 |
| Land O Lakes, Inc. | IA | 457,000 | | $ 3,199.00 |
| Layer's, Inc. | Dubois, IN | 2,885,520 | | $ 18,427.60 |
| Loder, Larry | Millersburg, OH | 90,000 | | $ 630.00 |
| Mahard Egg Farm | Prosper, TX | 4,800,000 | | $ 20,800.00 |
| March Acres | Elkland, MO | 51,820 | | $ 362.74 |
| Maust's California Farms | Chino, CA | 195,000 | | $ 1,365.00 |
| Maxim Production Co. | Boling, TX | 3,700,000 | | $ 19,700.00 |
| MCM Poultry | Arcadia, CA | 250,000 | | $ 1,750.00 |
| Mepkin Abbey | Moncks Corner, SC | 30,000 | | $ 210.00 |
| Merle Farms | Attica, NY | 50,000 | | $ 350.00 |
| Merrill's Egg Farm | Emmett, ID | 350,000 | | $ 2,450.00 |
| Midwest Pltry, Hi-Grade Egg | Loda, IL | 1,600,000 | | |
| MW Pltry, Hi-Grade Egg | N. Manchester, IN | 2,300,000 | | |
| MW Pltry, Sunnyside Farms | Ft. Recovery, OH | 1,200,000 | 5,100,000 | $ 21,100.00 |

CONFIDENTIAL     UE0299969

| | | | | | |
|---|---|---|---|---|---|
| Minnich Poultry Farm | Ft. Recovery, OH | 280,000 | | $ | 1,960.00 |
| Moark Productions, Inc. | Neosho, MO | 1,500,000 | | | |
| Moark-Anderson Farm | Anderson, MO | 1,000,000 | | | |
| Moark-Boulder Valley Pltry. | Roggen, CO | 630,000 | | | |
| Moark-Countryside Egg | Ft. Morgan, CO | 170,000 | | | |
| Moark-Grand Mesa Eggs | Grand Junction, CO | 700,000 | | | |
| Moark-Kofkoff Egg Farm | Lebanon, CT | 2,500,000 | | | |
| Moark-Southern New England E | Franklin, CT | 800,000 | | | |
| Moark-Norco | Norco, CA | 1,900,000 | | | |
| Moark-McAnnally Ent. | Yucaipa, CA | 2,000,000 | | | |
| Moark-Sunbest Foods | Clearfield, IA | 1,000,000 | | | |
| Moark-NM | Berino, NM | 700,000 | | | |
| Moark-KS | Hutchison, KS | 300,000 | | | |
| Moark-OH   consol. | Ft. Recovery, OH | 2,000,000 | 15,200,000 | $ | 31,200.00 |
| Monty Produce | Monticello, IA | 20,000 | | $ | 140.00 |
| Morning Fresh Farms | Platteville, CO | 1,166,000 | | $ | 8,162.00 |
| Mussman's Back Acres, Inc. | Grant Park, IL | 192,096 | | $ | 1,344.67 |
| National Food Corp. | Seattle, WA | 2,108,000 | | $ | 14,540.00 |
| North Alabama Egg Co. | Boaz, AL | 195,420 | | $ | 1,367.94 |
| Oakdell Egg Farms | Pasco, WA | 660,000 | | $ | 4,620.00 |
| Offerman's Hatchery, Inc. | Montevideo, MN | 180,000 | | $ | 1,260.00 |
| Olson Farms | Ontario, CA | 68,000 | | $ | 476.00 |
| Osage River City Egg  added | Mason City, IA | 250,000 | | $ | 1,750.00 |
| Phil's Fresh Eggs | Forreston, IL | 72,000 | | $ | 504.00 |
| Pilgrim's Pride | Dallas, TX | 2,200,000 | | $ | 15,000.00 |
| Pine Creek Farms, LTD | Franklin Furnace, OH | 390,000 | | $ | 2,730.00 |
| Poultryville | Sibley, IA | 60,000 | | $ | 420.00 |
| Puglisi Egg Farm | Howell, NJ | 80,000 | | $ | 560.00 |
| Radlo Brothers | Watertown, MA | 1,100,000 | | $ | 7,700.00 |
| Rainbow Farms (Valley Fresh) | Turlock, CA | 1,479,120 | | $ | 8,460.86 |
| Red Bird Egg Farms | Bear, DE | 1,814,000 | | $ | 12,698.00 |
| Rigtrup Poultry | Elberta, UT | 240,000 | | $ | 1,680.00 |
| Rindler Poultry   added | St. Henry, OH | 480,000 | | $ | 3,360.00 |
| Ritewood, Inc - Oakdell | N. Salt Lake City, UT | 663,000 | | | |
| Ritewood - Oakdell | Franklin, ID | 536,490 | 1,199,490 | $ | 8,396.43 |
| Rolling Hills Egg Co. | Granville, OH | 60,000 | | $ | 420.00 |
| Rom Poultry Farm | Aitkin, MN | 22,600 | | $ | 158.20 |
| Rose Acres   added | Seymour, In | 16,000,000 | | $ | 32,000.00 |
| S & R Egg Farm | White Water, WI | 1,300,000 | | $ | 9,100.00 |
| Schoolcraft Egg Inc. | Vicksburg, MI | 180,000 | | $ | 1,260.00 |
| Shepard and Sons Poultry, Bud | Spanish Fork, UT | 300,000 | | $ | 2,100.00 |
| SKS Enterprise, Inc. | Manteca, CA | 1,000,000 | | $ | 7,000.00 |
| Skylane Farms | Woodburn, OR | 1,030,320 | see attached | $ | 5,893.63 |
| Smith Eggs | Lafayette, NY | 114,000 | | $ | 798.00 |
| Southwest IA Egg | Massena, IA | 650,000 | | $ | 4,550.00 |
| Sparboe Farms of CO. | Hudson, CO | 720,000 | | | |
| Sparboe Iowa Corp. | Goodell, IA | 1,200,000 | | | |

CONFIDENTIAL    UE0299970

| | | | | |
|---|---|---|---|---|
| Sparboe Summit Farms, Inc. | Litchfield, MN | 1,212,000 | | |
| Sparboe-IA contracts | IA | 1,744,000 | | |
| Sparboe-Eagle | Eagle Grove, IA | 1,221,000 | | |
| Sparboe-MN contracts | MN | 449,000 | | |
| Sparboe-SEPCO | Boyden, IA | 1,369,000 | | |
| Sparboe-Farmegg Products | Humboldt, IA | 1,700,000 | 9,615,000 | $ 25,615.00 |
| Sperry Farms | Atlantic, PA | 600,000 | | $ 4,200.00 |
| Stiebrs Farms | Yelm, WA | 170,000 | | $ 1,190.00 |
| Stucke Beef & Egg | Versailles, OH | 305,000 | | $ 2,135.00 |
| Sunnymead Ranch   added | Idalou, TX | 400,000 | | $ 2,800.00 |
| Su's Chicken Farm | Modesto, CA | 91,000 | | $ 637.00 |
| Sunrise Acres | Hudsonville, MI | 1,010,000 | | $ 7,070.00 |
| Sunrise Farms | Petaluma, CA | 1,000,000 | | $ 7,000.00 |
| Sunrise-Friedrichsen | Petaluma, CA | 50,000 | | $ 350.00 |
| Sunrise-Hillside Ranch | Petaluma, CA | | | |
| Sunrise-J & J Ranch | Petaluma, CA | | | |
| Sunrise-Weber Egg Ranch | Petaluma, CA | | | |
| Sunrise Farms Inc | Harris, IA | 3,000,000 | | $ 19,000.00 |
| Tampa Farm Service | Dover, FL | 2,600,000 | | $ 17,000.00 |
| Thompson's Pearl Valley | Pearl City, IL | 325,000 | | $ 2,275.00 |
| Mallquist Butter & Egg Co. | Rockford, IL | 200,000 | 525,000 | $ 1,400.00 |
| Waldbaum, M.G. | Wakefield, NE | 8,547,000 | | |
| | LeSueur, MN | 1,696,000 | | |
| | Gaylord, MN | 1,942,000 | | |
| | Contract, IA | 47,000 | | |
| | Contract, SD | 424,000 | | |
| | Contract, MN | 40,000 | see attached | |
| | Contract, NE | 1,179,000 | 13,875,000 | $ 14,875.00 |
| We-3-Egg, LLC | Sibley, IA | 530,400 | | $ 3,712.80 |
| Weaver Brothers   added | Versailles, Oh | 3,000,000 | | $ 19,000.00 |
| West, JS | Modesto, CA | 1,500,000 | | $ 10,500.00 |
| Wilcox Farms | Roy, WA | 1,390,000 | | $ 8,950.00 |
| Willamette Egg Farms | Canby, OR | 1,300,000 | | $ 9,100.00 |
| Winchester Egg Farms | Perris, CA | 165,000 | | $ 1,155.00 |
| Wright County | Alden, IA | 7,500,000 | | $ 23,500.00 |
| Yankee Farm | Modesto, CA | 40,000 | | $ 280.00 |
| Zephyr Egg Co. | Zephyr Hills, FL | 2,023,604 | | $ 14,118.02 |

| HATCHERIES | | | | |
|---|---|---|---|---|
| Brickland Enterprises | Kenbridge, VA | | | $ 400.00 |
| Hyline International | W. Des Moines, IA | | | $ 400.00 |
| Midwest Hatchery & Farms | Dassell, MN | | | $ 400.00 |
| Wheelock Hatchery | Chambersburg, PA | | | $ 400.00 |

CONFIDENTIAL    UE0299971

| PULLET GROWERS | | | | | |
|---|---|---|---|---|---|
| Anderson Pullets | Sioux Rapids, IA | | 750,000 | $ | 750.00 |
| Baer's Poultry Co. | Lake Park, MN | | 200,000 | $ | 200.00 |
| elson Poultry Farm | Manhattan, KS | | 900,000 | $ | 900.00 |
| | | | | | |
| COOPS | | | | | |
| Central Conn. Coop Farmers | Manchester, CT | | | $ | 250.00 |
| NuCal Foods, Inc. | Salida, CA | | | $ | 250.00 |
| | | | | | |
| CONTRACT PRODUCERS | | | | | |
| Wetta Egg Farm, Inc. | Andale, KS | | | $ | 100.00 |
| | | | | | |
| MISC. | | | | | |
| North Carolina, State of | | | 2,531,000 | pd mo. | $ 17,619.00 |
| Nebraska, State of | | | 1,979,800 | pd mo. | $ 27,000.00 |
| Georgia Egg Commission | (not signed..) | | ~~9,800,000~~ | pd mo. | $ ~~68,600.00~~ |
| | | | 8,199,000 | | 64,392.96 |
| | | | | | |
| Total Layers & Dues | | | 236,021,402 | | $ 1,071,853.41 |

lost yr. -1,006,364.37
+ 65,489.04

CONFIDENTIAL    UE0299972