# EXHIBIT B

```
                                                                    1

 1           IN THE UNITED STATES DISTRICT COURT

 2        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3                      -  -  -

 4   IN RE:  PROCESSED EGG PRODUCTS,    :  MDL NO. 2002

 5   ANTI TRUST LITIGATION              :  08-md-02002

 6   _____    CONFIDENTIAL

 7

 8

 9            Videotaped deposition of JAYSON LUSK,

10   PH.D., held at the offices of PEPPER HAMILTON LLP,

11   3000 Two Logan Square, 18th and Arch Streets,

12   Philadelphia, Pennsylvania 19103-2799, on Friday,

13   May 15, 2015, beginning at approximately 8:38

14   a.m., the proceedings being recorded

15   stenographically by Gail Inghram Verbano,

16   Registered Diplomate Reporter, Certified Realtime

17   Reporter, Certified Shorthand Reporter-CA (No.

18   8635), and transcribed under her direction.

19

20

21

22

23

24

25
```

62

emphasize the -- the following part of that sentence, which says that -- that "this disagreement highlights the need to make integrative relative assessments of the importance of different factors."

Q. And you still agree with that statement today, that experts often disagree about the welfare implications of different housing conditions?

A. Yes. In -- in light of the entire sentence that's mentioned there, with -- with the need to try to integrate that disagreement in some meaningful way.

Q. And, in fact, experts in Europe disfavor cage systems because those experts place more emphasis on allowing hens to exhibit natural behaviors; correct?

A. In general, many of the animal welfare experts in Europe have placed a higher weight on the freedom related to -- the ability to exhibit natural behaviors.

Q. Okay. And one of the results of that emphasis is that they disfavor caged systems; correct?

A. Caged systems have been banned in

[5/15/2015] Lusk, Jayson

63

1  Europe since 1999, so yes.  I -- yes.
2        Q.  And are you familiar with the UEP
3  Scientific Advisory Committee on animal welfare?
4        A.  I am familiar with it, yes.
5        Q.  Okay.  And are you aware that the
6  Scientific Advisory Committee rejected the
7  approach of providing nesting boxes and other
8  enriched cage features because of the higher
9  mortality associated with housing hens in the
10 space that's needed to provide those kinds of --
11 that kind of an environment?
12           MR. PATTON:  Objection to the form.
13           THE WITNESS:  Which -- which
14 scientific committee are we referring to?
15 BY MS. SUMNER:
16       Q.  The UEP Scientific Advisory Committee.
17       A.  In which years?
18       Q.  I'm sorry?
19       A.  I'm asking in which years.
20       Q.  Well, you're aware that in 2000 the
21 Scientific Advisory Committee came up with the
22 series of recommendations for guidelines for the
23 well-being of egg-laying hens; correct?
24       A.  I am aware of that.
25       Q.  Okay.  And are you aware that in those

[5/15/2015] Lusk, Jayson

123

1              So I don't -- I think actually what is
2      in our book is very qualified.
3      BY MS. SUMNER:
4              Q.  You would agree that food retailers
5      like McDonald's and Burger King adopted improved
6      animal welfare standards as a result of pressure
7      from activists groups and a perception that these
8      changes were demanded by their customers; correct?
9              MR. PATTON:  Object to the -- object
10     to the form of that question.
11             THE WITNESS:  So what I know is that
12     those companies individually on their own accord
13     adopted standards for larger -- you know, larger
14     cage space, among other -- potentially other
15     issues.
16     BY MS. SUMNER:
17             Q.  And do you agree that they did that as
18     a result of pressure from animal activists groups?
19             A.  I'm not entirely sure what all the
20     factors were motivating them.  I am confident in
21     saying one of the factors was response to pressure
22     from activists groups.
23             Q.  And another factor was a perception
24     that these changes were demanded by their
25     customers?

1        A.   Okay.

2        Q.   And I'd just like to read you the

3  second sentence.  You wrote:  "On the marketing

4  front, food retailers such as McDonald's and

5  Burger King have adopted improved animal welfare

6  standards as a result of pressures from activists

7  groups and a perception that such changes were

8  demanded by their customers."

9        A.   Uh-huh.

10       Q.   Did I read that correctly?

11       A.   You did.

12       Q.   And did you agree with that statement

13  when you wrote it?

14       A.   I agree with it.  I will admit it

15  was -- it was part of our speculation.  I don't

16  have any evidence to know what their actual

17  customers were -- were demanding.

18       Q.   Okay.  But when you wrote this and

19  submitted it for publication, you didn't state

20  that you were speculating, did you?

21       A.   This sentence does not specifically

22  state it was a speculation.

23       Q.   And, in fact, you -- it's an

24  unqualified statement that they did this as a

25  result of pressures from activists groups and a

[5/15/2015] Lusk, Jayson