# EXHIBIT D

21277916v1

# Recommended Welfare Practices
# Egg Laying Hens Guidelines
# McDonald's Corporation

### Food and Water

*Laying hens will be protected from hunger, thirst and malnutrition by ready access to fresh water and a diet to maintain good health. Feed and water must be distributed in such a way that hens can eat and drink without undue competition.*

### Food

- Hens must be fed a wholesome diet which is appropriate to their species and which is fed in sufficient quantity to maintain good health and satisfy nutritional requirements.
- Producers must have written record of the nutrient content of the feed, and make it available for review upon request.
- Food must not be allowed to remain in a contaminated or stale condition.
- Hand replenished feed track systems are prohibited.

### Water

- Hens must have continuous access to adequate supply of clean, fresh drinking water at all times.
- Water must not be allowed to remain in a contaminated or stale conditions.
- The minimum number of water nipples is one per cage.
- Drinkers will be placed at optimum height for the size and age of the birds and be of an appropriate design.

---

### Environment

*The environment in which the hens are kept must be designed to protect them from undue physical and thermal abuse.*

### Buildings

- For all buildings, a checklist containing key points relating to welfare must be prominently displayed at or near the entrance to each building. This checklist should include but is not limited to:
  1. Total number of cages
  2. Average size of cages
  3. Total number of birds per cage
  4. Targeted air quality parameters
  5. Lighting levels and regimes
  6. Emergency procedures in case of fire, flood or failure of automatic equipment.

CONFIDENTIAL



DEFENDANTS' EXHIBIT
CASE NO. 2:08-md-2002
D-0108

RAUPDATE0072289

D-0108-001

### Cages

- The interior of the cages must be designed, constructed and maintained so that there are no sharp edges or protrusions likely to cause injury or distress to the birds.
- McDonald's supports the recommendations made by the Scientific Advisory Committee of the UEP regarding stocking density. Specifically, McDonald's requires for each bird housed a minimum of 72 square inches of cage space and a minimum of 4 inches of cage front feeder space.

### Lighting

- The lighting system in each house must provide in each 24 hour period a minimum of 13 hours of light and a maximum of 18 hours of light while in peak production.
- Lighting patterns in all houses must be recorded and records must be made available for review when requested.
- Daytime lighting levels must allow for the birds to be inspected without difficulty. The lighting system in the house should be designed and maintained to provide a minimum of 10 lux throughout the house.

### Air Quality and Temperature Control

- Provisions must be made to ensure that aerial contaminants do not reach a level at which they are noticeably unpleasant to an observer.
- Ventilation systems, natural or forced, must be designed to maintained air quality parameters, below the following levels at bird head height:
  1. Ammonia          25ppm
  2. Carbon dioxide   5000ppm
- Where possible, these levels will be automatically recorded and the records made available for review upon request.
- Inhalable dust, carbon monoxide and other aerial contaminants within hen buildings must be kept at levels which comply with local regulations. Specifically, averaged over an 8-hour period, dust must not exceed 5 mg/m3 and carbon monoxide must not exceed 50ppm.

---

### Welfare Management

*Managers and those coming in contact with the birds must be thoroughly trained, skilled and competent in animal husbandry and welfare, and have a good working knowledge of their system and the hens under their care.*

- Managers must ensure that all employees in contact with birds are properly and adequately trained as to the rearing of hens. Prior to being given responsibility for the welfare of hens, employees must be properly trained and be competent to:
  1. Recognize signs of common diseases and know the appropriate actions for treatment
  2. Recognize signs of normal or abnormal behavior
  3. Understand the environmental requirements for hens
  4. Handle hens in a positive and compassionate manner

5. Euthanize hens when necessary

- Maintain and make available records for
  1. Incoming and outgoing stock
  2. Culling (reasons should be indicated)
  3. Feed consumption
  4. Water consumption
  5. Maximum and minimum temperatures
  6. Ventilation – Insure proper air flow
- When an outbreak of abnormal behavior occurs, it must be addressed immediately by appropriate changes in the system of management
- All hens must be inspected at least three times a day using an inspection procedure that will identify all birds which are sick, injured or behaving abnormally.
- On completion of inspection, records must be kept of ill, injured and dead birds. These records must be made available for review upon request.
- During genetic selection, care must be taken to avoid undesirable traits, particularly feather pecking and cannibalism.
- Each farm must have provisions for humane slaughter without delay of injured/sick hens, either by on-farm methods carried out by a named, trained, competent member of staff, or a licensed slaughterman.
- The recommended methods of on-farm emergency euthanasia are:
  1. Neck dislocation; to be used in an emergency or for the one-off slaughter of a very small number of birds. Neck dislocation must involve stretching the neck to sever the spinal cord and cause extensive damage to the major blood vessels. Equipment which crushes the neck is neither quick nor humane and must not be used.

**Beak Trimming**
*McDonald's will not support the unregulated practice of "beak trimming" as it violates our guiding principles for animal welfare.*

- Producers are required to comply with the standards established by the Scientific Advisory Committee of the UEP.
  - Where possible, producers should select genetic stocks know to require little or no beak trimming.
  - Crews responsible for trimming should be trained and monitored for quality control.
  - Breaks of chicks should be trimmed when the chicks are 10 days of age or younger.
  - Approximately 2 days prior and 2 to 3 days after beak trimming, vitamin K (5mg/liter or 20mg/gallon and Vitamin C (20mg/liter or 80mg/gallon) should be added to the water to facilitate clotting, alleviate stress and reduce dehydration.
  - Levels of feed and water should be increased until the beaks are healed.
  - To minimize weigh loss, a high density diet should follow beak trimming for about 1 week
  - The device used to trim beaks should follow the guidelines established by the Scientific Advisory Committee for the UEP regarding temperature, timing, hole size, blade

replacement and sanitation.

### Transport
*Hen transport systems must be designed and managed to ensure hens are not caused unnecessary distress or discomfort. The transport and handling of hens must be kept to a minimum. Personnel involved in the transport of hens must be trained and competent to carry out the tasks required.*

- All personnel involved in the catching and transportation of birds must be properly trained and competent.
- Managers must prepare full and detailed written instruction for the catching staff
- All catching staff must have a copy of these instructions, be aware of their duties and be trained and competent to perform them.
- A nominated member of the catching team should be made responsible for supervising, monitoring and maintaining high welfare standards while depopulating the house and loading the birds onto the trailers.
- Hens must not suffer prolonged hunger, thirst or deprivation of rest. Specifically:
  1. Hens must have access to water up to time of transport.
  2. No bird must be deprived of food for more than 24 hours (including the period up to the time of slaughter).
- Hens **not destined** for a slaughterhouse must be euthanized using methods recognized as humane.

Methods must comply with best practice initiatives being used within the industry, being continually updated to keep pace with technology. For large numbers of birds, the only currently acceptable method is carbon dioxide delivered using a Modified Atmosphere Killing cart (MAK). Further details can be found in the National Institute for Animal Agriculture (formerly Livestock Conservation Institute) publication on Humane Euthanasia for Poultry (www.animalwelfare.ucdavis.edu).

---

### Induced Molting
*McDonald's does not support the withdrawal of food or water to facilitate molting as it violates our guiding principle for animal welfare.*

Dedicated facilities will discontinue this practice as soon as practical, but not later than the end of Q1, 2001. It is McDonald's recommendation for non-dedicated facilities to achieve this same status.

McDonald's encourages producers and researchers to work together to develop alternatives to feed withdrawal. These alternatives should include the following:
- Hens should be provided a nutritionally adequate and palatable feed to maintain body weight and zero egg production.
- Body weight loss will not compromise hen welfare during the postmolt period.

- Mortality during the molt period will not exceed the normal flock mortality rate.

Revised 7/28/00

CONFIDENTIAL

RAUPDATE0072293

D-0108-005