# EXHIBIT H

21278293v1

202-429-8256

| Date: 5/21 | Pages: 2 |
|---|---|
| To: David Holthaus | From: Talithia Grant |
| Co.: | Fax: |
| Fax: 513 1021 3962 | Phone: ext. 1698 |

**For Immediate Release:**
May 21, 2002



**PeTA**
PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS

HEADQUARTERS
501 FRONT STREET
NORFOLK, VA 23510
TEL 757-622-PETA
FAX 757-628-0785

Mediainfo@PETA.org
PETA.org

**Contact:**
Bruce Friedrich 757-622-7382, ext. 1342; 202-320-3909 (cellular)
Talithia Grant 757-622-7382, ext 1698

## PETA EYES KROGER FOR CRUELTY BOYCOTT
### Group Petitions Grocer to Adopt Rival's Animal Welfare Standards

Cincinnati — Following Safeway's announcement last week that it will implement a program to require its suppliers to improve animal welfare, PETA has turned its attention to Kroger. The animal rights group has been pushing for improvements in the way Kroger treats animals ever since fast-food chain leader McDonald's bowed to PETA pressure and agreed to animal welfare guidelines in October 2000. Since that time, Kroger has done nothing to improve conditions for animals raised and killed to fill its stores' cases. Today, PETA is sending the attached letter to Kroger, calling on the corporation to commit to animal welfare guidelines equal to or greater than Safeway's.

Safeway has pledged to conduct audits of all its animal-product suppliers and to work with them to correct infractions if they fail the inspections. But if a supplier fails a subsequent audit, Safeway will terminate business relations with that supplier. The guidelines will include unannounced inspections of slaughterhouses, animal-handling verification guidelines, increased cage space for laying hens, humane handling procedures for chickens in slaughterhouses, refusal to buy from suppliers that starve chickens in order to induce an extra laying cycle, and more. PETA has, therefore, declared a moratorium on its Safeway Campaign.

**NEWS RELEASE**

"Kroger can jump on the bandwagon early and <u>sign on to the new animal welfare guidelines, or it can continue to stonewall and let Safeway stand alone in the limelight</u>," says PETA's Director of Vegan Outreach Bruce Friedrich.

PETA praised Safeway's decision at the company's annual meeting last Thursday. For more information, please visit Shameway.com.

\#



DEFENDANTS' EXHIBIT
CaseNo.2:08-md-2002 DAP
**D-0254**



CONFIDENTIAL

FMI-001297

D-0254-001