# EXHIBIT I

1

1              IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2
   IN RE:  PROCESSED EGG PRODUCTS :  MDL No. 2002
3   ANTITRUST LITIGATION          :  No. 08-MD-02002
   ------------------------------:
4   THIS DOCUMENT APPLIES TO:      :
   ALL ACTIONS                    :
5   -------------------------------------------------
6   IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
              TWENTY-NINTH JUDICIAL DISTRICT
7
   ASSOCIATED WHOLESALE GROCERS,  :  Case No.
8   INC., et al.,                  :  10-cv-2171
         Plaintiffs,              :
9         v.                       :
   UNITED EGG PRODUCERS, et al.,  :
10        Defendants.              :

11

12              ** HIGHLY CONFIDENTIAL **

13

14              Wednesday, April 23, 2014

15

16              Videotaped deposition of KAREN

17   BROWN, taken at the offices of Pepper

18   Hamilton LLP, 600 Fourteenth Street, N.W.,

19   Washington, D.C. 20005, beginning at 10:54

20   a.m., before LINDA ROSSI RIOS, a Federally

21   Approved RPR, CCR and Notary Public.

22

23

24

25

21

1

2          A.     No.

3          Q.     Are you currently employed, Ms.

4    Brown?

5          A.     No.

6          Q.     What was your last employment?

7          A.     Food Marketing Institute.  I

8    retired on January 30, 2009.

9          Q.     How long were you employed by

10   the Food Marketing Institute?

11         A.     40 years.

12         Q.     And what was your position at

13   FMI when you retired?

14         A.     I was a senior vice president.

15         Q.     What were your responsibilities

16   in that role as senior vice president?

17         A.     I had an eclectic portfolio

18   that included marketing and communications,

19   food safety membership, issues management,

20   crisis management.

21         Q.     Did it include animal welfare?

22         A.     As an issue, yes.

23         Q.     How long had you been in -- did

24   you hold the role of senior vice president at

25   FMI?

24

1

2          THE WITNESS:  My knowledge about

3      the retail food industry came from

4      many sources.

5  BY MS. SUMNER:

6          Q.    What were --

7          A.    Research, education, colleagues

8  in -- within FMI, visiting stores, talking

9  with members about issues that they were

10 concerned about, that FMI could help them

11 with.

12         Q.    Through all of those things and

13 your contact with FMI's members, did you gain

14 an understanding as to how their businesses

15 operated?

16         A.    Individually, no.  In general,

17 yes.

18         Q.    Through the course of your

19 employment at FMI and the contact with the

20 members, did you gain an understanding of the

21 concerns that they had about what was going

22 on in the industry at various points in time?

23             MR. RANDALL:  Objection to form.

24             MR. WILDERS:  And also vague.

25 BY MS. SUMNER:

25

1

2          Q.     You can go ahead and answer the

3     question.  They're going to make objections

4     to preserve them for the record, but unless

5     your counsel instructs you not to answer, you

6     need to answer the question.

7          A.     Can you repeat the question?

8          Q.     Sure.  Through the course of

9     your employment at FMI and the contact that

10    you had with the members that you just

11    described during that employment, did you

12    gain an understanding of the concerns they

13    had about what was going on in the industry?

14              MR. RANDALL:  Objection to form.

15              MR. WILDERS:  Same objection.

16              THE WITNESS:  Mainly the

17         concerns that they shared with me were

18         concerns that related to their

19         customers.

20    BY MS. SUMNER:

21         Q.     Did you gain an understanding

22    of their concerns about animal welfare?

23              MR. RANDALL:  Objection to form.

24              MR. WILDERS:  Objection.  Vague.

25              THE WITNESS:  From the

26

1
2      standpoint as an issue that was
3      affecting their customers, yes.
4  BY MS. SUMNER:
5      Q.    What about as an issue that was
6  affecting their businesses?
7          MR. WILDERS:  Same objection.
8          THE WITNESS:  They were most
9      concerned about how it was affecting
10     their customers.
11 BY MS. SUMNER:
12     Q.    Why?
13     A.    They were not -- they were not
14 experiencing -- they had some letters from
15 PETA that they had received, and that
16 concerned them as to how to answer it, and
17 how it would affect what PETA's actions may
18 have contributed to their own public image.
19     Q.    And when you say "to their own
20 public image," you mean the public image of
21 your members?
22          MR. WILDERS:  Objection.
23     Leading.
24          THE WITNESS:  Repeat the
25     question?

27

```
 1
 2    BY MS. SUMNER:
 3          Q.    You used the phrase --
 4          A.    I'm trying to understand your
 5    context.
 6          Q.    You said -- testified that they
 7    were concerned -- that your members were
 8    concerned about how PETA's actions may have
 9    contributed to their own public image.
10          A.    I didn't say contribute.
11          Q.    You did say contribute.
12          A.    I said affected.  Might affect.
13                MR. RANDALL:  Objection to form.
14                MR. WILDERS:  Badgering.  And
15          argumentative.
16                MS. SUMNER:  If we could just
17          have one objection for all, it would
18          be helpful just to speed this along
19          because we have limited time with this
20          witness today and I don't think we
21          want to keep her here unnecessarily.
22    BY MS. SUMNER:
23          Q.    I'm just going to read back one
24    of your answers that the court reporter took
25    down, and if you want to modify it or change
```

[4/23/2014] Brown, Karen

28

 1

 2    it, let me know, I'm just trying to

 3    understand it.

 4            I asked you the question -- you

 5    said they were most concerned about how it

 6    was affecting their customers.  I asked you

 7    the question why and your response was, they

 8    had received some letters from PETA that they

 9    had received and that concerned them as to

10    how to answer it and how it would affect what

11    PETA's actions may have contributed to their

12    own public image.

13            My question to you is, when you

14    say "their own public image," you're talking

15    about the public image of your members?

16            MR. WILDERS:  Objection.

17        Leading.

18            THE WITNESS:  Correct.  The

19        industry as a whole.

20    BY MS. SUMNER:

21        Q.    When you say "the industry,"

22    what industry are you referring to?

23        A.    I'm talking about the

24    supermarket industry.

25        Q.    Let me finish the question or

30

1

2    animal welfare?

3             MR. WILDERS:  Objection.

4         Assumes facts not in evidence, and

5         vague as to members.

6    BY MS. SUMNER:

7         A.    They didn't really express

8    their views.  They were looking to FMI to

9    help them approach the issue in a way that

10   would enhance or improve the humane handling

11   of farm animals.

12        Q.    And what was your understanding

13   as to why those members were looking to FMI

14   to help them approach the animal welfare

15   issue?

16            MR. WILDERS:  Vague.  Assumes

17        facts not in evidence.

18            THE WITNESS:  They had an

19        example from the quick serve industry

20        where the animal rights organizations

21        were attacking them publicly and

22        asking them to take specific actions.

23        The response of some of the members of

24        the quick serve industry was to come

25        up with specific guidelines that they

31

1

2          as an individual company, I'm not

3          talking about the supermarket industry

4          now, I'm talking about the quick serve

5          restaurant industry, to come up with

6          specific actions that would enhance

7          the humane handling of farm animals,

8          particularly in the area of space

9          allocation.  Because there were many

10         different proposals or requirements by

11         individual companies in the quick

12         serve industry, the supermarket

13         industry at that time was under the

14         radar, and they felt that it would be

15         a better approach to try to get ahead

16         of the issue in a way that would

17         improve humane handling and also give

18         them a story they could tell their

19         customers about what they were doing

20         in the area of humane handling.

21    BY MS. SUMNER:

22         Q.    Why did FMI's members want to

23    get ahead of the issue?

24              MR. WILDERS:  Objection.  Calls

25         for the witness to speculate.

```
 1
 2              THE WITNESS:  I think it's good
 3         business to get ahead of an issue.
 4   BY MS. SUMNER:
 5         Q.     Do you have an understanding of
 6   why they wanted to get ahead of the issue?
 7         A.     They certainly wanted to be
 8   able to have an approach that was going to
 9   enhance the humane handling of animals and to
10   be able to publicize what their approach was
11   going to be so that their customers would
12   know what their involvement was.  There were
13   public campaigns being undertaken, executed
14   against the members of the quick serve
15   industry by PETA and other animal rights
16   organizations, and that's a very
17   uncomfortable position for a company to be
18   in, and it makes it difficult for them to
19   tell their own story and play catch up.
20         Q.     And was that what was happening
21   to your members?
22              MR. WILDERS:  Objection.
23              THE WITNESS:  Our members were
24         not at that point on the -- being
25         attacked.
```

33

1

2    BY MS. SUMNER:

3         Q.    But they wanted to avoid that?

4              MR. WILDERS:  Objection.  Calls

5         for speculation.

6              THE WITNESS:  Yes.

7    BY MS. SUMNER:

8         Q.    You mentioned before, you said

9    "particularly in the area of space

10   allocation."

11        A.    Correct.

12        Q.    What was it about space

13   allocation that made that a focus for your

14   members?

15        A.    It wasn't that it was the

16   focus.  But it was the -- it was the -- one

17   of the issues that was front and center from

18   the standpoint of the animal rights

19   organizations.  They were concerned about

20   gestation stalls with pregnant sows.  They

21   were concerned about space in the egg laying

22   industry from the standpoint of the cages

23   that the chickens were being raised in.

24        Q.    Does FMI have an animal welfare

25   program, Ms. Brown?

51

1

2    years ago.

3          Q.    But what do you recall sitting

4    here today?

5          A.    There was a meeting of members

6    which is not uncommon, and I was at the

7    meeting, and three of the companies'

8    representatives asked me if I would look into

9    developing a policy and a program to address

10   animal welfare.

11         Q.    Who were those three?

12         A.    Kroger, Safeway and Albertsons.

13         Q.    Did they make that request to

14   you privately or in the company of other FMI

15   members?

16         A.    We were having lunch, the four

17   of us.

18         Q.    Do you recall who the

19   representatives were specifically from those

20   three companies who you had lunch with, who

21   were the individual people?

22         A.    Yes.

23         Q.    Who were they?

24         A.    Jonathan Mayes, Lynn Marmer,

25   and Ertharin Cousin.

52

1

2        Q.     Jonathan Mayes is with which

3    company?

4        A.     Safeway.

5        Q.     Ms. Marmer?

6        A.     Kroger.

7        Q.     And is it Ms. Cousin?

8        A.     Ertharin Cousin, Albertsons.

9        Q.     What do you recall about that

10   conversation?

11       A.     That they asked me if I would

12   look into FMI developing a program on animal

13   welfare that would include a program and a

14   policy.

15       Q.     Did they tell you why they were

16   interested in having FMI look into developing

17   a policy and program about animal welfare at

18   that time?

19       A.     They were very -- sorry.

20   Sorry.

21              They were very concerned about

22   the public media attention and the manner in

23   which it was being used against individual

24   companies in the quick serve industry.

25       Q.     Were they concerned that it

1

2   review these notes, and my question is, are

3   these notes an accurate description of what

4   was discussed at this meeting?

5        A.    I don't recall the specifics of

6   our conversation, but I think that this is a

7   representation of a very good approach.

8        Q.    The first sentence reads, "Our

9   hope is that no individual company will deal

10  with PETA, but instead we will all work with

11  FMI to develop an industry position that we

12  can all adopt."

13         Is that a topic that was

14  discussed at this meeting?

15        A.    Yes.

16        Q.    What was your understanding as

17  to why the retailers at this meeting did not

18  want to deal with PETA themselves?

19           MR. RANDALL:  Objection.  Vague.

20           THE WITNESS:  It was not

21        uncommon for the members to use the

22        trade association's expertise and help

23        in developing a response to an issue

24        that they all had to deal with.  So

25        you could have an industry position

1

2              and then -- so that was a very common

3              practice within the association,

4              within all associations.  It's one of

5              the reasons why associations are so

6              valuable to their individual members.

7              Their members are spending their time

8              running their businesses, and the

9              association expertise in the areas of

10             public affairs and issues management

11             were very helpful, are very helpful in

12             developing a position that all of the

13             members can then use as opposed to

14             having to go about that work

15             themselves and take that time away

16             from their business.

17    BY MS. SUMNER:

18             Q.    So is it fair to say that these

19    members were looking to FMI to develop a

20    single industry approach to the animal

21    welfare issues they were concerned about?

22                  MR. WILDERS:  Objection.

23                  MR. RANDALL:  Objection.

24             Leading.

25    BY MS. SUMNER:

57

1

2          Q.     You can go ahead and answer the

3     question.

4          A.     Repeat the question.

5          Q.     I said so is it fair to say

6     that these members were looking to FMI to

7     develop a single industry approach to the

8     animal welfare issues they were concerned

9     about?

10               MR. RANDALL:  Same objection.

11               THE WITNESS:  They wanted FMI to

12          work with them on developing an

13          industry position.

14     BY MS. SUMNER:

15          Q.     That they could all adopt?

16               MR. WILDERS:  Objection.

17               THE WITNESS:  That they could

18          use as they needed.

19               MR. WILDERS:  Misstates the

20          testimony.

21               COURT REPORTER:  That they could

22          use --

23               THE WITNESS:  -- as they needed.

24     BY MS. SUMNER:

25          Q.     Was there a benefit to these

73

1

2          Q.     And what is that understanding?

3                 MR. WILDERS:  Asked and

4          answered.

5                 MR. RANDALL:  Objection to form.

6                 MR. WILDERS:  Assumes facts not

7          in evidence.  And argumentative.

8                 THE WITNESS:  That they could

9          avoid having any company singled out

10         specifically by activist groups,

11         individual companies don't have to

12         duplicate efforts.  And that would

13         also apply to the producer community.

14         And individual companies are not

15         leveraged by the actions of one.

16    BY MS. SUMNER:

17         Q.     What do you mean by that, that

18    individual companies are not leveraged by the

19    actions of one?

20         A.     Company A did, if PETA comes

21    to -- which they did with the quick serve

22    industry, company A did X, you know, what are

23    you going to do about it, are you going to do

24    better, are you going to do less.  Trying to

25    up the game.  That is a common tactic on the

74

1

2    part of activist organizations.  That is what

3    they were trying -- that was one of the

4    things they were trying to avoid.

5                    Instead, FMI dealt with the

6    activist organizations, and FMI on behalf of

7    its members, described what our position was,

8    what our policy was, and the efforts that we

9    had under way to increase the humane handling

10   for farm animals.

11       Q.    At the time you had that

12   meeting in late November of 2000 with

13   Safeway, Albertsons and Kroger, prior to that

14   meeting, had FMI been approached by any

15   producer organization regarding its animal

16   welfare program?

17       A.    I don't recall.

18                    -  -  -

19           (Exhibit Brown-5, E-mail chain,

20       Bates FMI-001078 & FMI-001079, was

21       marked for identification.)

22                    -  -  -

23   BY MS. SUMNER:

24       Q.    Ms. Brown, I'm going to show

25   you a document that's been marked as Brown-5.

78

```
 1
 2    group.
 3              Do you see that?  I'm in the
 4    middle of her e-mail.
 5              MR. GREEN:  Read the whole
 6         document.
 7              THE WITNESS:  Okay.  Okay.
 8         Okay.  Okay.  Which is the paragraph
 9         you're focusing on now?
10    BY MS. SUMNER:
11         Q.    About halfway down her e-mail
12    she writes, I explained that there are two
13    purposes for having an industry-wide group.
14    Do you see that?
15         A.    Yes.
16         Q.    One of the purposes she says
17    is, "...to not allow advocacy groups to pit
18    one retailer against another..."
19              Do you see that?
20         A.    Okay.
21         Q.    Is that -- did you understand
22    that to be the concept that you just
23    explained to me about the concern about the
24    animal activists leveraging one company
25    against another I think are the words you
```

79

1

2   used?

3          A.     I suppose you could use all of

4   those terms.

5          Q.     Did you have a different

6   understanding as to what she meant here by

7   not allowing advocacy groups to pit one

8   retailer against another?

9          A.     No.

10                MR. RANDALL:  Objection.

11         Speculation.

12                THE WITNESS:  One of the things

13         that was happening with PETA is they

14         would write to company A and say

15         company B is doing blah, blah, blah,

16         blah.  And company B had no clue their

17         name was being used by PETA, because

18         PETA does not have been to responsible

19         for its accuracy or honesty.  So then

20         that was the kind of shenanigan that

21         was going on.  That's part of it.  So

22         if a company can say, when they get

23         these kinds of letters, we're working

24         with the Food Marketing Institute on

25         this issue, please contact them on our

80

1

2          behalf, then it nullifies to some

3          extent those kinds of shenanigans that

4          go on among the activist

5          organizations.

6   BY MS. SUMNER:

7          Q.     The second purpose she lists

8   there is to move the industry standards so

9   that if there are costs, they are shared

10  across the industry.  Do you see that?

11         A.     I see that.

12         Q.     What did you understand her to

13  mean when she wrote that one of the purposes

14  of having an industry-wide group was to move

15  the industry standards so that if there are

16  costs, they are shared across the industry?

17         A.     I probably didn't understand

18  what she was talking about.

19         Q.     Sitting here today, do you have

20  an understanding of what she meant?

21         A.     No.  I mean, I know in general

22  what she may be trying to imply, but

23  specifically I don't know.

24         Q.     And what is it in general that

25  you know that she may be trying to imply?

87

1

2          Q.     Did other FMI members look to

3     FMI to represent them on matters related to

4     animal welfare?

5          A.     Yes.

6          Q.     I'd like you to look back to

7     Brown-3.  This is your presentation again.

8     If you just want to keep that out, we're

9     going to use that throughout the course of

10    the deposition kind of to walk us through the

11    time sequence.

12         A.     Okay.

13         Q.     If you look at the page that

14    ends with the Bates number 3055.  Again, this

15    is the December 2000 slide.  It notes, "FMI

16    forms a member committee."

17                Do you see that?

18         A.     Yes.

19         Q.     Did FMI form a member committee

20    related to animal welfare?

21         A.     Yes.

22         Q.     And when was that committee

23    formed?

24         A.     I don't recall.

25         Q.     Was it formed by December 2000?

 1

 2          A.     We were probably in the -- no,

 3   I don't -- I think we were in the process of

 4   beginning to form a member committee because

 5   the member committee had more representation

 6   than just the original companies that raised

 7   the issue with FMI.

 8          Q.     Who was on that member

 9   committee?

10          A.     I don't recall.

11          Q.     Why was the member committee

12   formed?

13          A.     Any issue that FMI was involved

14   in which affected our members, we had a

15   member committee as advice of counsel and to

16   give us direction and guidance.

17          Q.     So the role of the member

18   committee was to give FMI direction and

19   guidance on animal welfare issues?

20          A.     React to or advise us on

21   whether we -- what we were developing was

22   going in the right direction.

23          Q.     Did you have a role vis-a-vis

24   the member committee?

25          A.     Yes.

89

1

2        Q.    What was that role?

3        A.    I managed the committee.

4        Q.    Did the committee hold

5 meetings?

6        A.    They held one or two meetings,

7 but the rest of their involvement was by

8 memos and phone calls, conference calls.

9        Q.    Were minutes of the meetings

10 and conference calls kept?

11       A.    Minutes of meetings would have

12 been kept.  They may have been -- the result

13 of them may have been not minutes, per se,

14 but actions coming out of it that needed to

15 be taken.  Conference calls, notes were

16 probably made, but I have no idea --

17       Q.    Did you keep --

18       A.    -- specifically.

19       Q.    Did you keep those minutes and

20 notes in your role as senior vice president

21 of FMI?

22       A.    I had files, voluminous files,

23 yes.

24       Q.    Did you keep, though, like a

25 set of official minutes of these meetings?

90

1

2          A.     No, not that I recall.

3          Q.     Was a list of member committee

4    members maintained by FMI?

5          A.     Yes.

6          Q.     And who maintained that list of

7    committee members?

8          A.     There were changes in the

9    committee.  There were companies that got

10   involved later on in the process.  There were

11   changes of staff within the member companies.

12   The list would have been kept within my

13   office.

14         Q.     Do you recall what those lists

15   looked like or what form they were in?

16         A.     No.

17         Q.     If I wanted to understand over

18   time who sat on this member committee at any

19   given point in time, would those lists be the

20   best thing to look to?

21         A.     If they exist, yes.

22         Q.     Do you know if they exist?

23         A.     I don't know anything that has

24   happened at FMI after January 30, 2009.

25         Q.     You did create them at some

1

2    point in time?

3         A.    Yeah, we had -- yes, we had a

4    list of people that we corresponded with

5    regularly on this issue.

6         Q.    The next bullet point on this

7    December 2000 slide says, "FMI begins

8    meetings with producer community."

9         A.    Correct.

10        Q.    Did that -- those meetings

11   begin in or around December of 2000?

12        A.    Probably not because -- I don't

13   recall specifically.

14        Q.    What was the purpose of these

15   meetings?

16        A.    To -- the first initial meeting

17   was to let the producer community know what

18   our approach was going to be.  And there were

19   individual meetings with producer

20   organizations to talk with them specifically

21   about recommendations that were being made by

22   our expert panel.  And the expert panel

23   consisted of veterinarians, animal scientists

24   and an animal welfare advocate who was not

25   part of any of the activist organizations.

92

1

2          Q.      Was United Egg Producers one of

3     the producer organizations with whom FMI

4     met --

5          A.      Yes.

6          Q.      -- in this effort?

7          A.      Yes.

8          Q.      Do you recall who -- did you

9     attend those meetings with United Egg

10    Producers?

11         A.      Yes.

12         Q.      And who did you meet with at

13    United Egg Producers?

14         A.      Al Pope.  Gene what's his face,

15    I can't remember his last name.

16         Q.      Gregory?

17         A.      Gregory.  Ken Klippen.  There

18    may have been other people, but I don't

19    recall.

20         Q.      Were individual egg producers

21    included in those meetings?

22         A.      Sometimes.

23         Q.      Do you recall any specific egg

24    producers?

25         A.      No.

[4/23/2014] Brown, Karen

95

1

2          Q.     Did the board approve the

3    policy and program unanimously?

4          A.     Yes.  All 81 of them.

5          Q.     Look at the program.  The first

6    component of the program or the first bullet

7    point is "Develop retailer expectations for

8    use with suppliers."

9          A.     Correct.

10         Q.     Do you see that?

11         A.     Yes.

12         Q.     Why did FMI's board want to

13   develop retailer expectations for use with

14   suppliers?

15         A.     The expectations were that the

16   animals would be raised, transported and

17   processed, i.e. slaughtered, in an

18   environment that was safe and secure and free

19   from abuse and neglect.  Those were the

20   expectations.

21         Q.     My question is, why were

22   expectations or what did it mean to develop

23   expectations for use with suppliers?  How

24   were they to be used with suppliers?  What

25   was intended there?

1

2          A.    We explained to our suppliers

3     that we hope that they would develop animal

4     handling guidelines that would provide

5     through the process of raising, transporting

6     and processing animals for food in an

7     environment that was safe and free from abuse

8     and neglect.

9          Q.    The second component of this

10    board approved program reads, worked with

11    respected animal -- "Work with respected

12    animal welfare experts and organizations."

13               Do you see that?

14    A.    Yes.

15    Q.    Did FMI form a panel of animal

16    welfare experts?

17    A.    Yes.

18    Q.    What was the role of that

19    expert panel?

20         A.    That panel, since retailers and

21    certainly not the FMI staff have any

22    scientific standing to develop any specific

23    ideas about how to humanely handle farm

24    animals, part of our program was to put

25    together a panel of people who did know, and

1

2    they were animal scientists and veterinarians

3    primarily.

4        Q.    Did FMI and its members rely on

5    the expertise of that panel in developing

6    FMI's animal welfare program?

7        A.    FMI's program was as it's

8    stated in these components, and the part of

9    that was for the experts to review the --

10   what the producer organizations had at the

11   time as far as humane handling of animals.

12   So their role was to review it, to lay that

13   against the scientific consensus at the time.

14   They were all well known, some world

15   renowned, specific expertise for each species

16   and they would review what the procedures

17   were that each producer group was using as

18   far as handling your animals, and they would

19   make recommendations in some cases for ways

20   to enhance or improve that.

21       Q.    Did FMI and its members rely on

22   that review by the animal welfare expert

23   panel?

24       A.    I'm not sure I understand your

25   use of the word "rely."

189

1

2      members?

3           A.     Through the communications

4      system that I described, yes.  Our weekly

5      mailings.

6           Q.     Did you draft these reports as

7      part of your regular business as senior vice

8      president of FMI?

9           A.     Yes.

10          Q.     And were these reports kept in

11     the ordinary course of FMI's business?

12          A.     I'm sorry, what did you say?

13          Q.     Were these reports kept in the

14     normal course of FMI's business?

15          A.     Yes.

16          Q.     I'd like to direct your

17     attention to the one that has been marked as

18     Brown-19.  This is the June 2002 report.  Do

19     you see that?

20          A.     Yes.

21          Q.     On the first page it reads,

22     second paragraph, "Some recommendations

23     contained within this report have economic

24     implications.  Some require an implementation

25     timetable because they cannot be accomplished

190

1

2    immediately."

3             What economic implications were

4    you referring to there?

5         A.    Some of the recommendations of

6    the scientific experts would have required

7    changes in housing or other structural

8    changes as far as the producers were

9    concerned and it would have had an economic

10   impact from the standpoint of cost of

11   changes.

12        Q.    So they would have increased

13   the cost?

14        A.    I don't know about that.

15   Increased the cost of what?

16        Q.    I'm sorry, you said "from the

17   standpoint of cost of changes."  You mean

18   they would have had a cost associated with

19   making those changes?

20        A.    Certainly if they had to get

21   new cages, you know, new -- or housing,

22   change housing.  Those kinds of things would

23   have incurred some cost on the part of the

24   producer.

25        Q.    What did you mean when you

191

1

2    wrote, "Some require an implementation

3    timetable because they cannot be accomplished

4    immediately"?

5         A.    Well, you certainly couldn't

6    follow the instructions of PETA who thought

7    everything could be done within a couple of

8    weeks.  So some of these were complicated;

9    for example, changing anything that has to do

10   with housing requirements would take some

11   time.

12        Q.    Were these two issues that you

13   identified on the first page of this report

14   unique to the guidelines for egg laying hens?

15        A.    No.

16        Q.    Did they also apply to other

17   industry guidelines that FMI was reviewing?

18        A.    As far as animal welfare for

19   other species?

20        Q.    Yes.

21        A.    Yes.  This report is about all

22   of the species.  It's not just about the egg

23   laying hens.

24        Q.    Can you turn to the page that

25   is marked FMI-17.  At the top it's entitled,

192

```
 1

 2    "THE GUIDELINES," and towards the bottom

 3    there's a heading for "Laying Hens."

 4         A.    Yes.

 5         Q.    I want to focus on the laying

 6    hens section.  The first sentence reads, "FMI

 7    and NCCR recommended to their members the

 8    2002 guidelines of the United Egg

 9    Producers...for use with their suppliers of

10    eggs and egg products."

11         A.    Yes.

12         Q.    Is that an accurate statement?

13         A.    We recommended them as best

14    practices, and if they wanted to voluntarily

15    use that individually with their suppliers,

16    that was the intent of that sentence.

17         Q.    And at this point in time when

18    this recommendation was made, that was

19    following the meetings that FMI had had with

20    UEP to identify and address the gaps that had

21    been identified by FMI's animal welfare

22    experts.  Correct?

23         A.    Yes.  But not all of the gaps

24    had been dealt with.

25         Q.    Let's look at page 18.  The
```

306

1

2      conversations that they would have had

3      individually with their own suppliers if they

4      decided to do that.

5          Q.     In general terms, what was --

6          A.     To my knowledge anyway.  As far

7      as I know.

8          Q.     In general terms, what was the

9      goal of FMI's membership in initiating this

10     process with respect to animal welfare?

11         A.     The primary goal, because they

12     knew that consumers were looking to them --

13     the retailer is very visible and very

14     accessible to the general public.  There is

15     no way that really they can run and hide.

16     People are in their stores every day and they

17     hear from their customers on a daily basis

18     about what it is they like and what they

19     don't like.  When issues become priority

20     issues because of media and other public

21     attention to it, the retailer hears about it,

22     and within that context, the retailer's goal

23     with animal welfare was to assure that

24     animals in the agriculture system used as

25     food would be raised, transported and

307

1

2    processed in a safe manner that was free from

3    abuse and neglect.

4         Q.    And in these meetings that you

5    had with UEP and UEP membership, did you ever

6    represent that you were communicating

7    specific messages from specific UEP

8    members -- I'm sorry, from specific FMI

9    members?

10        A.    No.  We talked about it from

11   the standpoint of the royal we.  We as the

12   retailer of the association representing the

13   retail industry, here is our policy and

14   program developed and approved by our Board.

15   This was the basis of our conversations with

16   everybody on the issue.

17        Q.    And let's use Kroger as an

18   example.  Did you ever say anything in these

19   meetings that would have given the impression

20   that you were speaking for Kroger?

21        A.    We always spoke on behalf of

22   the industry in general and our members as a

23   group.  If an individual member for some

24   reason wanted to come to a meeting, I don't

25   recall Kroger ever doing that, then that was

316

1

2          A.     I see that paragraph.

3          Q.     And then below that it says,

4    "New construction will be required to avoid

5    this market disruption."

6          A.     I see that sentence.

7          Q.     Would it have changed your

8    perceptions about the UEP program if you knew

9    that UEP would encourage members not to build

10   new houses to replace the displaced hens?

11              MS. SUMNER:  Objection to form.

12         Lacks foundation.

13              THE WITNESS:  Again, our focus

14         was on the humane handling of animals.

15         Space allocation was a significant

16         issue when it came to egg laying hens.

17         The system needed to be improved and

18         it was the feeling of our scientific

19         committee, some of whom sat on the UEP

20         Scientific Committee, although we

21         didn't have discussions back and forth

22         about the committee meetings, that

23         they needed to shorten their time

24         frame.  That's basically it.

25   BY MR. RANDALL: