# EXHIBIT J

21278295v1

TO: Karen Brown
Ertharin Cousin
Jonathan Mayes

**FMI
Meeting Notes
November 29, 2000
PETA**

Attending: Karen Brown, Vice President, Public Affairs, FMI
Ertharin Cousin, Vice President, Corporate Affairs, Albertson's
Jonathan Mayes, Vice President, Government Relations, Safeway

Safeway, Albertson's and I met with Karen Brown about PETA.

Our hope is that no individual company will deal with PETA, but instead we will all work with FMI to develop an industry position that we can all adopt. Our vision of what we want is the following:

- industry standards that cover humane treatment of chickens, cows, pigs that are processed for meat and eggs;
- endorsement of the standards by recognized, credible animal welfare organizations;
- execution of a media plan that promotes the industry action;
- consumer materials that address the issues and provide assurances for customers.

The benefits of this approach are many and include the following:

- we may be able to avoid any company being singled out by activist groups (which is a key learning from McDonalds and advice from P&G);
- individual companies don't have to duplicate efforts (i.e., interviewing McDonalds, contacting suppliers, developing supplier standards, etc.).
- individual companies are not leveraged by the actions of one.

All these steps must be done <u>quickly</u>. Our goal is to have industry standards ready by mid-February.

Our approach will <u>not</u> be discussed with PETA or the media. Our goal is to have a united front that catches PETA off-guard and will have credibility with consumers. McDonalds regrets having engaged PETA in dialogue and adopted their supplier standards independently of PETA. (McDonalds has not talked to PETA for two years, notwithstanding what PETA claims).

H:\FMI\1129Note.lwp

- 1 -

EXHIBIT
Brown 4
4-23-14

CONFIDENTIAL

FMI-001209

D-0165-001

Based on our meeting, FMI will do the following:

1. Research current industry standards and standards the industry is proposing to implement;

2. Research the so-called "McDonalds' standards".

3. Research organizations (such as American Humane Assoc.) and university experts that FMI can partner with and who might "endorse" a set of standards that the major companies have developed and support.

4. Hold a joint conference call with McDonalds to understand their experience.

5. Once we have a shared information base, set up a conference call or meeting with the producer trade associations and their leading members. The purpose of the meeting would be to do the following:

    a. Let the producer industry know that retailers take PETA's issues seriously.

    b. Tell them our approach will be a voluntary industry approach.

    c. Educate them about our vulnerability, including documented acts of terrorism by Animal Liberation Front and vandalism of PETA. Retail cannot become the target of activists because of the acts of suppliers.

    d. Review with the industry representatives PETA's "demands", the standards of the industry and the so-called McDonalds' standards and identify points of commonality, practices the industry is changing, and opportunities for change that the industry is not taking (and understand reasons why).

6. Research the consumers' point-of-view and reaction to PETA's claims. Use the research to develop consumer materials and the industry's media plan, key messages, etc.

H:\FMI\1129Note.lwp

- 2 -

CONFIDENTIAL

FMI-001210

D-0165-002