# EXHIBIT L

1

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
    IN RE:  PROCESSED EGG PRODUCTS :  MDL No. 2002
 3  ANTITRUST LITIGATION          :  No. 08-MD-02002
    -------------------------------:
 4  THIS DOCUMENT APPLIES TO:      :
    ALL ACTIONS                    :
 5  -----------------------------------------------

 6  IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
              TWENTY-NINTH JUDICIAL DISTRICT
 7
    ASSOCIATED WHOLESALE GROCERS,  :  Case No.
 8  INC., et al.,                  :  10-cv-2171
          Plaintiffs,              :
 9          v.                     :
    UNITED EGG PRODUCERS, et al.,  :
10          Defendants.            :

11

12               ** HIGHLY CONFIDENTIAL **

13

14               Friday, April 18, 2014

15

16               Videotaped 30(b)(6) deposition

17  of Food Marketing Institute, through JILL

18  HOLLINGSWORTH, DVM, taken at the offices of

19  Pepper Hamilton LLP, 600 Fourteenth Street,

20  N.W., Washington, D.C. 20005, beginning at

21  9:11 a.m., before LINDA ROSSI RIOS, a

22  Federally Approved RPR, CCR and Notary

23  Public.

24

25
```

```
1     JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     individuals coming up with best practices
3     that were not based on science, but rather
4     pushed by such things as activist groups.
5             Q.    You consider that to be
6     market-driven competition?
7                   MR. WILDERS:  Objection.  Asked
8             and answered.
9                   THE WITNESS:  We considered the
10            situation between companies like
11            McDonald's and Burger King to be
12            driven and pressure put on them to do
13            something because PETA asked for it
14            rather than what was based on science.
15    BY MR. DAVIS:
16            Q.    Did FMI and its members think
17    that by working with NCCR, they could help to
18    avoid being dragged into a similar situation?
19            A.    We felt that --
20                  MR. WILDERS:  Objection.  Calls
21            for speculation.
22                  THE WITNESS:  I'm sorry.
23    BY MR. DAVIS:
24            Q.    You can go ahead.
25            A.    We felt that there was a
```

[4/18/2014] Hollingsworth, Jill

333

```
1    JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    collaborative approach, that it was to
3    everyone's benefit to identify universally
4    what were the best scientific best practices.
5           Q.    But I'm asking, this reference
6    is specifically FMI joining its efforts with
7    NCCR, and lists these as advantages.  So is
8    that an advantage of FMI joining its efforts
9    with NCCR?
10          A.    In the sense that, yes, we felt
11   that if food service restaurants and
12   retailers were all working together, then it
13   was good for the entire food supply chain.
14   It was FMI's members and NCCR's members who
15   would all benefit from having an agreed upon
16   what is best practices.
17          Q.    Would it also at all result in
18   FMI's members sharing in the cost of animal
19   welfare?
20                MR. WILDERS:  Objection.  Lacks
21          foundation.  Calls for speculation.
22                THE WITNESS:  I'm not
23          understanding.  The cost to FMI?
24   BY MR. DAVIS:
25          Q.    Did FMI's members ever express
```

[4/18/2014] Hollingsworth, Jill