# EXHIBIT N





**MICHIGAN STATE UNIVERSITY**

August 14, 2003

Mr. Kevin Haley
Brann & Isaacson
P.O. Box 3070
Lewiston, Maine 04243

Dear Mr. Haley:

It is my understanding that Compassion Over Killing (COK) has filed a petition with the National Advertising Division of the Council for Better Business Bureaus as well as government agencies claiming that the United Egg Producers (UEP) Animal Care Certified program engaged in false and misleading advertising.

It is also my understanding that the COK petition included the following misleading statements regarding the Scientific Advisory Committee that drafted a set of recommendations for UEP.

> UEP's Scientific Committee was created by UEP, its members were appointed by UEP. 10 or 11 of UEP's Scientific Committee serve on the committee for Humane Farm Animal Care, an organization that prohibits cages and molting.

Having served as the Chairman of this Scientific Advisory Committee, please allow me to set the record straight regarding the above two statements.

### Response to First Statement

While serving as head of the Purdue University Department of Animal Science, I met with Al Pope and Gene Gregory from United Egg Produces (UEP) to discuss my interest in animal welfare. They said that the animal welfare movement in Europe was, in their opinions, being driven without scientific justification. They expressed an interest in knowing what scientific research said about the well-being of egg laying hens.

The UEP asked me if I would be interested in chairing a scientific advisory committee. They promised me the freedom to select whomever I wanted to sit on this committee, and they placed no limitations or restrictions upon what the committee might explore or review. They promised to propose changes to their members and all of the egg industry based upon a scientific review and recommendations from this committee. None of the committee members were paid by UEP or anyone else in the egg industry for their services.

This committee took its mission very seriously. Over a period of two years we reviewed scientific literature from researchers throughout the world on the well-being of egg laying hens. We visited breeder companies and their farms, as well as pullet growing and egg laying farms. We also met with cage manufacturers.

OFFICE OF THE
**DEAN**
College of Agriculture
and Natural Resources
Michigan State University
102 Agriculture Hall
East Lansing, MI
48824-1039
517/355-0232
fax: 517/353-9896
e-mail:armstroj@msu.edu
www.canr.msu.edu/

MSU is an affirmative-action
Equal-opportunity institution.

**CONFIDENTIAL**

NL002214

D-0329-001

● Page 2  August 14, 2003

### Response to Second Statement

UEP was the first producers group, retailer or institutional marketer of egg or egg products to undertake such a science-based project. In the United States, in particular, there are a limited number of scientists studying the welfare of laying hens. It is inevitable that other groups would call on some of the same scientists that I had asked to serve on the UEP Scientific Advisory Committee. The Humane Farm Animal Care (HFAC) program enlisted a committee to recommend a set of guidelines for cage-free production. Five (5) members of the UEP Scientific Committee were asked to serve on the HFAC committee. As the market grows for eggs produced in cage-free systems, it will become especially important that producers have a set of science-based guidelines to optimize well-being and productivity. The UEP guidelines for cage production do not devalue cage-free systems nor do the guidelines of HFAC disparage cage production.

Please let me know if I can be of further assistance.

Sincerely,

Jeffrey D. Armstrong
Dean and Professor
College of Agriculture and Natural Resources
102 Agriculture Hall
Michigan State University
East Lansing, Mi. 48824-1039

**CONFIDENTIAL**

NL002215

D-0329-002