# EXHIBIT P

```
                                                                645

 1          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2

 3   IN RE:  PROCESSED EGG PRODUCTS :
     ANTITRUST LITIGATION           :
 4   ------------------------------:  MDL No. 2002
     THIS DOCUMENT APPLIES TO:      :  08-MD-02002
 5   ALL ACTIONS                    :

 6

 7            -- HIGHLY CONFIDENTIAL --

 8

 9              Thursday, June 27, 2013

10

11            Continued videotaped deposition of

12   GENE W. GREGORY, taken at the offices of

13   Pepper Hamilton LLP, 3000 Two Logan Square,

14   18th & Arch Street, Philadelphia,

15   Pennsylvania 19103, beginning at 8:08 a.m.,

16   before LINDA ROSSI RIOS, RPR, CCR and Notary

17   Public.

18

19

20

21

22

23

24

25
```

852

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  symposium type thing for Kroger, and I
3  know Kroger has always been a
4  supporter of the program.
5  BY MS. LEVINE:
6      Q.   Did retailers support the UEP
7  certified program?
8           MR. OLSON:  Objection to form.
9           THE WITNESS:  Yes.  Otherwise
10 the program would have never been a
11 success.
12 BY MS. LEVINE:
13     Q.   Can you take out Gregory-103
14 that was just shown to you today by
15 plaintiff's counsel?  I think it's probably
16 on -- going to be on the bottom.
17     A.   See I've got it all mixed up
18 now.  103.
19     Q.   103.  Maybe the court reporter
20 can help you out.  I think the court reporter
21 is going to help you out.
22     A.   Just that September 2000 --
23 sorry about this.  I got them all mixed up
24 now.  103, yes.
25          MR. OLSON:  Sorry, could you

[6/27/2013] Gregory, Gene W. (Vol. 03) - 06/27/2013

857

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL

2        Voices.  Right?

3             THE WITNESS:  Yes.

4             MS. LEVINE:  Yes, March 25,

5        2002, United Voices.

6    BY MS. LEVINE:

7        Q.    Why did UEP think it was

8    important for producers to implement the

9    guidelines even if their customers were not

10   yet demanding the guidelines?

11            MR. OLSON:  Objection to form.

12            THE WITNESS:  In our view, we

13       felt that it was important for our

14       industry finally to have a program

15       already in place that addressed animal

16       welfare issues.  And so when a

17       customer was now being targeted by

18       animal activists, they knew where to

19       turn to for help and to, you know,

20       change, you know, their specifications

21       for buying.

22            So it was not -- it was not

23       necessarily done for the retailer, but

24       we needed retailer support.  We needed

25       retailer's input into this.  But we

[6/27/2013] Gregory, Gene W. (Vol. 03) - 06/27/2013