# EXHIBIT T

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2               FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4    IN RE:  PROCESSED EGG PRODUCTS:       MDL NO. 2002
      ANTITRUST LITIGATION                  08-MDL-02002
 5

 6
                              - - - - -
 7
                            PHILADELPHIA, PA
 8
                              - - - - -
 9
                           NOVEMBER 6, 2019
10
                              - - - - -
11

12
      BEFORE:     THE HONORABLE GENE E.K. PRATTER, J.
13

14                            - - - - -

15                  TRANSCRIPT OF TRIAL PROCEEDINGS

16                              DAY 5

17                            - - - - -

18

19

20

21           KATHLEEN FELDMAN, CSR, CRR, RPR, CM
             Official Court Reporter
22           Room 1234 - U.S. Courthouse
             601 Market Street
23           Philadelphia, PA  19106
             (215) 779-5578
24

25
         (Transcript produced by mechanical shorthand via C.A.T.)
```

1           In essence, should I provide choices?  Right?
2    A.   Yes.
3    Q.   You wanted to know from Hy-Vee what Sparboe should do, at
4    least get their input?
5    A.   Right.
6    Q.   Because ultimately you would agree it's the
7    customer's choice, right?
8    A.   Yes.
9    Q.   And -- and the Certified Program, you would also agree
10   with me whether a producer wanted to comply with it or not,
11   that was voluntary, right?
12   A.   Yes.
13   Q.   It was never mandatory, right?
14   A.   Yes.
15   Q.   You could be a member of UEP and not subscribe to the
16   Certified Program, right?
17   A.   Effectively because of the interaction between companies,
18   when one company is short large eggs, they are trading back
19   and forth so that each company can meet its demands.  So while
20   our customers may not, at that moment in time, wanted it, we
21   would also sell wholesale eggs to other competitors at times.
22   I'm sure with Rose Acres and other organizations, we also sold
23   intermediate loads of eggs to them.
24           For example, extra large eggs, if we had surplus and
25   they had shortage, then we were bound, then, by whatever their