# EXHIBIT V



| | |
|---|---|
| To | All Publix Deli Kitchen Meat, Poultry and Egg Suppliers |
| From | Mark W. Miley, Purchasing Manager – Deli Mfg.<br>Publix Super Markets, Inc. |
| Date | July 31, 2002 |
| Subject | **FMI – NCCR ANIMAL WELFARE GUIDELINES** |

**Background**

On June 27, 2002 the Food Marketing Institute and the National Council of Chain Restaurants publicly released the *FMI-NCCR Animal Welfare Report*. Publix has been very active in working with both FMI and our suppliers in addressing the issues covered in this report. In keeping with Publix' desire to set a higher standard in all our business endeavors, and to fully meet the needs of the communities we serve, Publix has adopted the *FMI-NCCR Animal Welfare Guidelines* as the standard requirement for all vendors to follow in dealing with animal welfare.

**Action**

As a leader in your industry, Publix is requesting that your organization agree to follow *THE GUIDELINES* as set forth in the above-mentioned report. A hard copy of this report can be provided upon request. Further, Publix needs to understand your organization's commitment to adhere to these guidelines. This commitment should be signed by an Officer of your organization and returned to Publix by August 13, 2002. Return to:

>    Publix Super Markets, Inc.
>    P.O. BOX 407
>    Building #19
>    Lakeland, Fl 33815-0407
>
>    Attention: Mark Miley

DEFENDANTS'
EXHIBIT
CaseNo.2:08-md-2002 DAP
**D-0017**

**Questions**

If you have any questions, comments or concerns, please feel free to contact Mark Miley, x3829 or Stephanie Simpson, x3831. Publix phone number is (863) 688-7407. Thank you, in advance, for your prompt attention to this very important matter.

Exhibit _____ 16
8/30/13 Witness: _____
Rita Meyer, RDR, CRR, CBC
Dobersch

HIGHLY CONFIDENTIAL     PUB_EGGS_020697

*Error! No text of specified style in document.*

HIGHLY CONFIDENTIAL

PUB_EGGS_020698

D-0017-002