# EXHIBIT Y

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4

 5   IN RE:  PROCESSED EGG PRODUCTS:         MDL NO. 2002
     ANTITRUST LITIGATION                    08-MDL-02002
 6

 7
                              - - - - -
 8

 9                         PHILADELPHIA, PA

10
                            MAY 7, 2018
11                           DAY FOUR

12

13   BEFORE:     THE HONORABLE GENE E.K. PRATTER, J.

14

15                            - - - - -

16                        TRIAL TRANSCRIPT

17                            - - - - -

18

19

20

21           KATHLEEN FELDMAN, CSR, CRR, RPR, CM
             Official Court Reporter
22           Room 1234 - U.S. Courthouse
             601 Market Street
23           Philadelphia, PA  19106
             (215) 779-5578
24

25
         (Transcript produced by mechanical shorthand via C.A.T.)
```

1    slogan is Live Better and Save Many.  So cost is always a big
2    factor.
3    Q.   Now, do you recall when you first heard about the UEP
4    Certified Program?
5    A.   I don't know the exact date.  I do know it was not in the
6    first year or two that I was buying eggs.  So it would have to
7    have been in 2002 or 2003, because I do know it wasn't early
8    in the process when I was a buyer.
9    Q.   And can you explain what you understood that program to
10   be when you learned of it?
11   A.   Yes.  What I learned or understood it to be is it was
12   about the welfare of the hens and hen animal husbandry of how
13   they were treated.
14   Q.   And did you have an understanding about whether the UEP
15   Certified Program was mandatory or voluntary?
16   A.   Well, that depended on what side you were on.  It was
17   voluntary for Walmart to decide if we wanted to use it, and
18   once we decided that we were going to use it, because we did
19   care about the welfare of animals, then it was mandatory for
20   our suppliers to have to make the certifications for us to buy
21   the eggs from them.
22   Q.   Do you recall your personal reaction to the program when
23   you learned of it?
24   A.   Yes.  I certainly was concerned about incurring more
25   costs because, as I stated earlier, Walmart's very concerned