# EXHIBIT Z

-----Original Message-----
**From:** Moran, Paul
**Sent:** Tuesday, April 30, 2002 12:57 PM
**To:** Tedesco, John; Karet, Laura; Daniel, Dave; Smaltz, Ray; Srigley, Kevin
**Cc:** Hinnebusch, Mike; Connolly, Linda; Grazier, Pat; Topco Craig Eadon (E-mail)
**Subject:** Update on Egg Vendor change --

This is to bring everyone up to date on the changing of our egg vendor from Buckeye Egg ( Hartford Farm) .

We have laid out requirements to any vendor looking to be our egg supplier that detailed the cost, quality, regulatory compliance, uep and usda standard compliance including non force molted birds, and several changes that we have made to the program over the last several years to help insure minimal damage at store level.

We have re reviewed the available vendors in the market and conluded that none of them could supply 100 % of our needs today and meet all of the conditions.

We have decided on a short term basis to split the business and have Hillandale supply our Pittsburgh warehouse and Weaver Brothers supply our Cleveland warehouse. ( I will send more detailed information about the vendors if you would like to see it)  The packaging , packs, and pallet configuration will remain the same .

This change will be invisible to the stores with the exception of the jumbo and 6 pack items being in Food Club packaging until our new package on these items is complete.

The other difference is a 3/4 of a cent per dozen cost difference that we will be paying to Hillandale. Annually that will cost us about $83,000. Both Topco and I have told them what the cost expectation is but they so far refused to move to our required cost.  We told them that this move would likely be temporary then until we had a chance to thoroughly review all of our other options. We may move the business again if we can identify a vendor that is willing to meet the cost, has the excess capacity and can meet all of our requirements. To date, this arrangement is a close as we could come.

This transition will be complete by Monday, May 6.

In summary, The eggs at store level will maintain the same quality, still come from non force molted chickens and come from facilities that have agreed to all of the regulatory requirements coming in the future. We also believe that the damage rate should remain at about its current level. The packaging, packs, pallet configurations all remain the same.

Let me know if you have any questions or comments.        Thanks



DEFENDANTS' EXHIBIT
CaseNo.2:08-md-2002 DAP
**D-0012**

DEPOSITION EXHIBIT
8

Confidential                                                                                                       GE00014131

D-0012-001