# EXHIBIT BB

21278320v1

 

# United Voices

United Egg Producers
Gene Gregory - Editor

December 2, 2002



**Highlights of This Issue**

* Committee Chairman
* Retailers Accept Guidelines
* Marketing Committee Recommendations
* Washington Report

## Committee Chairman

UEP Chairman, Mike Bynum has made appointments of committee chairmen for 2003. Those accepting the assignments of these important committees are:

Government Relations = **Barrie Wilcox** of Wilcox Farms – Roy, WA
Marketing & Price Discovery = **Dolph Baker** of Cal-Maine Foods – Jackson, MS
Membership & Member Service = **Wayne Mooney** of Pilgrim Pride – Dallas, TX
EggPac = **Ron Truex** of Creighton Brothers – Warsaw, IN
Membership Dues = **Kurt Lausecker** of Daylay Egg Farm – West Mansfield, OH
Environment = **Bob Pike** of Braswell Milling – Nashville, NC
Food Safety = **Steve Herbruck** of Herbruck's Poultry Ranch – Saranac, MI
Animal Welfare = **Paul Bahan** of AAA Egg Farms – Nuevo, CA
Spent Hen = **David Lathem** of Lathem Farms – Pendergrass, GA
Finance = **Bob Krouse** of Midwest Poultry Services – Mentone, IN
Executive = **Mike Bynum** of Tampa Farm Service – Dover, FL

## Retail Grocery Chains Accept Welfare Guidelines

Through sources of either carton manufacturers, egg marketers, or directly from retail stores, UEP has learned that the following retailers are requiring their egg suppliers to meet UEP's Animal Husbandry Guidelines. Most of these stores have either placed the **Animal Care Certified** logo on their cartons on are in the process of doing so.

| | | |
|---|---|---|
| A & P | Albertson's | Belair Markets |
| Clemens | Costco | Cross Lake |
| Fleming | Food Lion | Friedman |

UNITED EGG PRODUCERS
1720 Windward Concourse
Suite 230
Alpharetta, GA 30005

Phone: (770) 360-9220
Fax: (770) 360-7058

info@unitedegg.org
http://www.unitedegg.org

continued on page 2

December 2, 2002

Page 1

DEFENDANTS' EXHIBIT
CaseNo.2:08-md-2002 DAP
**D-0844**

UE0135619

D-0844-001

continued from page 1

| | | |
|---|---|---|
| Fry's | Harris-Teeter | HEB |
| IGA | King Kullen | Kroger |
| Marsh | Mauna Kea | Meijer |
| Private Selection | Publix | Quality Food Center |
| Raley's | Ralphs | Red Apple Markets |
| Rosauers | Sam's Club | Save Mart |
| Safeway | Schnuck's | Shaw's |
| Shop Rite | Shurfine | Stop N Shop |
| Thriftway | Tops | U-Save |
| Wal-Mart | Wegman's | Western Family |
| Yokes Fresh Market | | |

Additionally, the following egg producer/markets have either placed the **Animal Care Certified** logo on their company's carton or are in the process of doing so.

| | | |
|---|---|---|
| Cal-Maine Foods | ISE | Moark LLC |
| National Food Corp. | NuCal | Rose Acre Farms |
| R.W. Sauder | | |

## Changes To January Board & Committee Meeting

UEP's Board and Committees will meet at the Westin Atlanta Airport Hotel in Atlanta on Tuesday, January 21st. Committee meetings for Animal Welfare – Government Relations – and Marketing are scheduled. Committee meetings will begin at 8:00 AM and be concluded by 11:00 AM. The Board meeting will immediately follow and begin at 11:00 AM and be concluded by 3:00 PM.

Please also mark you calendar for the UEP Annual Breakfast Briefing session that will be held at the Hilton Hotel in downtown Atlanta, starting at 7:00 AM on Wednesday January 22nd.

While in town, stop by UEP's booth at the International Poultry Exposition. A new exposition hall has been built causing us to move our booth location. You can now find us in Hall C-1 at booth # 2304.

### USDA Statistics

USDA reported the nation's flock size to be 280.9 million layers on November 1st, a 1% increase over the same date a year earlier. The hatch continues to be encouraging with an 11% reduction in October when compared to the previous year. The pullet hatch for October was 16.0 million pullets compared to 17.9 million during October of 2001. The total hen disappearance was also encouraging in October after being reported as the highest level of disposal since April.

### Happy Thanksgiving

The shell egg industry will enjoy a *Happy Thanksgiving* this year as a result of much improved egg prices over the Thanksgiving of 2001.

UEP's staff is thankful for another very busy but good year. Thanks to all the UEP and UEA members for making our jobs challenging and rewarding.

UE0135620

D-0844-002

### *Marketing Committee Recommendation for Certified Companies*

UEP's Marketing Committee met via conference call on November 22nd and made the following recommendation to all UEP members and Animal Care Certified companies.

*It is recommended that all Animal Husbandry Certified companies only purchase eggs from other certified companies for their marketing of shell eggs.*

It was the opinion of the Marketing Committee that with 213 million layers now enrolled in the program and this representing nearly 100% of the shell eggs needed to supply the shell egg markets, the market reporter may have a better means by which to evaluate the supply/demand conditions. Eggs are currently being traded at both ECI and UEP using the **AHC** designation to identify those eggs produced by Certified companies.

It should be noted that while the Marketing Committee has made these recommends for the benefit of establishing a more accurate quote for Certified eggs, it is UEP's Board policy that a Certified company may purchase eggs from non-certified producers providing that those eggs are not co-mingled, not sold as certified, and that sales and purchase records are kept for audit purposes.

The committee further recommends that trading at ECI and UEP be conducted at flat price trades rather than back of the Urner Barry quote.

Enclosed with this newsletter is a complete list of all those companies being recognized as **Certified Companies** effective November 22nd.

### *Governor Refuses to Declare Vegetarian Month*

The Tennessee Vegetarian Society is very upset with Governor Don Sundquist because he refused to proclaim a "Vegetarian Month". The proposed proclamation said: *"Our food supply should be safe and wholesome, rather than laced with pathogens, fat, cholesterol, hormone and carcinogens leading to heart disease, stroke, cancer and other chronic afflictions that each year cripple and kill millions."* It further says, *Meat farms destroy public lands and waterways, deplete water, soil and energy resources and that animals raised for food are often mishandled and mistreated.*

Governor Sundquist said, "we are a tool to promote a positive message — We don't use proclamations to get involved in political arguments, and this fell into that category."

UE0135621

D-0844-003

### *Egg Breaking Continues to Increase*

Through week ending November 15th, egg-breaking companies had processed 2,298,929 cases more than at the same date a year ago. Therefore, egg breakers have increased their breaking of shell eggs by 4% over the previous year.

### *Welcome New Members*

UEP is pleased to welcome the following two new members:

**Robert and Nevin Horst of Horst Bros. In Dalton, Ohio**
**Jack DeCoster of Quality Egg of New England in Turner, Maine**

### *Preferred Vendors Providing Greater Service*

UEP's preferred vendor for property and casualty insurance, **Brown & Brown**, reports that more members are using their service this year than ever before. Likewise, **Johnson Diversey**, UEP's preferred vendor for egg washing and plant sanitation products reports an increased number of members using this member service program.

### *Help Us With a Foodservice List*

UEP would like to accumulate a list of those foodservice companies that have accepted the UEP Animal Welfare Guidelines and are requiring suppliers to meet those guidelines regardless of when they may include the Animal Care Certified log on their package. Please share this list with us so that we can print the names in a future newsletter.

### *For Sale and Lighting Special*

For Sale: 300 (15) case farm carts in excellent condition.
Lighting Special: Our distributor has an overstock of some lighting supplies, which are being offered at a great discount.

Call Linda at the UEP-Iowa office (563) 285-9100 if interested.

UE0135622

D-0844-004