# EXHIBIT CC

21278322v1

| | |
|---|---|
| **From:** | Bill Bradley [bbradley@CountryCreekFarms.net] |
| **Sent:** | Monday, January 27, 2003 4:53 PM |
| **To:** | Vincent Reina Jr. (E-mail); Bob Hodges (E-mail); Jim Clark (E-mail); Greg Hinton (E-mail); Al Schimpf (E-mail); Monte Terry (E-mail); Vincent Reina (E-mail) |
| **Cc:** | Justin Whaley |
| **Subject:** | Wal-Mart animal care cost |

Gentlemen, Good news, Wal-Mart has notified us today that they will be giving a two (2.0) cents adjustment in your egg prices to adjust for the additional cost associated with the animal care program. The increase should start with next weeks pricing assuming all the pricing changes are updated and in place by then, hopefully Wal-Mart will get this done. We trust you apprerciate the work that has gone into helping get this accomplished. We are pleased to help you our associates gain improvements where we can. We are looking forward to a profitable 2003 for the egg industry. Sincerely, Bill



EXHIBIT
Hinton 52
3-20-14

1

CONFIDENTIAL　　　　RA0006385

D-0296-001