# EXHIBIT DD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION

MDL NO. 2002

08-md-02002

----------------------------------------------------

THIS DOCUMENT RELATES TO:

ALL ACTIONS

** HIGHLY CONFIDENTIAL **

VIDEOTAPED DEPOSITION OF JEFF HARDIN

Taken at Young, Wells Williams,
4450 Old Canton Road, Suite 200,
Jackson, Mississippi, on Friday,
April 18, 2014, beginning at 9:16 a.m.

REPORTED BY:

CELESTE O. WERKHEISER, RMR

but I'm talking with these folks all the time about this stuff.

MR. ROBISON:

Q. All right. Now, you were asked about false statements, whether somebody from H-E-B had ever made a false statement to you. And I want to go back to the allegations that the grocery store plaintiffs have made in these lawsuits since 2010.

A. Okay.

Q. All right. Now, you explained to one of the other lawyers that you have read through these allegations, and you understood that the grocery store plaintiffs were challenging the UEP certified program. Do you remember that?

A. Yes.

Q. All right. Now, think about, on the one hand, the conversations with H-E-B business people about animal welfare demands and the certified program, and then think about the attacks on that same program you read about in the lawsuits.

Can you think of a way that both of those things can be true, that H-E-B wants the program and that they're calling it illegal?

MR. AHERN:

Object to form.

MR. ALMON:

Object to form.

A. I don't understand any of the -- it's, again, shocking to me. I promise you fellows, it's shocking to me. I mean, this whole thing -- we talk about this stuff constantly. They demand -- it's on their egg cartons. They drew the artwork. They provide all the detail. They do the audits.

I got a Safeway request on my phone right now to get another farm audited. I mean, it literally came this morning. And -- I don't know. None of it makes any sense to me.

MR. AHERN:

Move to strike as non-responsive.

A. Sorry.

MR. ROBISON:

Don't worry. It wasn't non-responsive.

Q. So can you explain to a jury how the H-E-B egg buyers can be demanding a program that their lawyers say is illegal?

MR. ALMON:

Object to form.

MR. AHERN:

Object to the form.

A. No, I can't explain.

MR. ROBISON:

Q. All right. Now, after the lawsuits were filed in 2010, did the H-E-B egg buyers suddenly reverse course and stop demanding certified eggs?

MR. AHERN:

Object to form.

A. I haven't had anybody from any company ask me to get out of the -- get away from the animal welfare program.

MR. ROBISON:

Q. Is H-E-B still asking for copies of the audit showing that Cal-Maine is UEP certified?

A. I can't tell you about H-E-B specifically, when the last time they requested a copy of the audit, but we routinely send them to our customers, and we routinely get requests for last year's certification.

Q. After the lawsuits started being filed in --

A. Oh, absolutely.

Q. Okay.

A. Absolutely.

Q. After the lawsuits started being filed in 2010, has H-E-B continued to demand certified eggs?

A. Yes. I mean, they did an artwork change since then and put it right on the egg carton again.

Q. So today, if you went into an H-E-B grocery store and looked at an egg carton, it would have the UEP certified logo?

A. Yes, sir.

Q. Let's shift to Safeway. You were asked similar questions about Safeway.

A. Yes, sir.

Q. Now, even if you can't remember a specific date or time on the calendar, is there any doubt in your mind that you have talked to Safeway representatives several times from the 2002 time frame to the present about the UEP certified program and animal welfare issues?

MR. ALMON:

Object to form.

A. Brian, I wasn't as close to the

Safeway people as I was to some of the other folks because they were West Coast, and they were going through a buyer change at the time.

They -- Dominick's -- they had bought a chain in Chicago called Dominick's. And I went to see the buyer, who had kind of inherited the Safeway egg program at the time, in Chicago. And I can't remember his name. But it was required.

It wasn't like I was talking to him every minute about it, like some other customers, because they were in transition at the time all this was going on, but it was required.

MR. ROBISON:

Q. By Safeway?

A. By Safeway, yes.

Q. In what time frame?

A. This would have been 2002, 2001 -- right through there, 2003.

Q. Up through today?

A. Absolutely. It's in their specs.

Q. Same sort of question about the Safeway lawyers' attacks on the certified program. Can you reconcile for the jury and

explain how it can both be true that Safeway is demanding the UEP certified program outside the courtroom, and yet inside the courtroom challenges it as illegal?

MR. ALMON:

Object to form.

A. No, sir, I can't reconcile.

MR. ROBISON:

Q. And did you say -- what was it you said about you had a voicemail from Safeway today on your phone?

MR. ALMON:

Object to form.

A. I got an e-mail right now -- I'm sorry.

MR. ALMON:

It's okay.

A. In fact, I got an e-mail now wanting to get another farm certified for potential supply to Safeway Houston.

MR. ROBISON:

Q. Now, who is it that Safeway wants to do the audit, according to this e-mail?

A. Well, according to this e-mail, it just says, hey, we need to get this farm

audited. They wanted potentially some Proposition 2 eggs, and they wanted to get it audited for potentially Houston, the Houston distribution center. And so that meant a Safeway QA audit and an animal welfare audit.

Q. So one of the audits would be Safeway going on site to audit --

A. Sure, absolutely. That came last night.

Q. Same questions about Albertsons.

A. Okay.

Q. Even if you can't pinpoint a specific date on the calendar, is there any doubt in your mind you talked to Gary Stall or somebody --

A. Gary Angell.

Q. -- sorry, Gary Angell or somebody else from Albertsons in the 2002 time frame on forward about the UEP certified program and animal welfare --

A. There was never a question --

MR. ALMON:

Object to form.

A. Sorry. There was never a question about whether they wanted it. I had some problems at Albertsons about getting paid for

it. And I had some arguments with Gary in e-mail form and verbally.

I mean, Gary and I were pretty close. I thought we were, anyway. But we were pretty close. So, I mean, it was coming, and they said -- but he kept arguing with me -- I remember specifically Gary saying, "but I ain't paying for it." And so we had some pretty tenuous arguments about that.

MR. ROBISON:

Q. After the lawsuits starting getting filed in 2010, did anybody from Albertsons change course and stop demanding certified eggs?

A. Again, I haven't had one customer ask me to get off the ACC/FMI/UEP program.

Q. And that would include Albertsons?

A. No. We did not.

Q. Is Albertsons still requiring you to give copies of the audits showing that Cal-Maine is UEP certified?

A. I can't specifically say if they've asked specifically for the last audit, but the last set of specs and the last business I won with them, it was required.

Q. After the lawsuits started being

filed in 2010, has anybody from Albertsons asked for non-certified eggs?

A. No.

Q. And same question about Albertsons' egg buyers and its lawyers. Is there any way you can reconcile for the jury how the egg buyers' demands for certified eggs outside the courtroom could be true at the same time their lawyers' attacks on the certified program as illegal could be true?

MR. ALMON:

Object to form.

A. I can't reconcile it. I don't understand it.

VIDEOGRAPHER:

Eight minutes.

MR. ROBISON:

Q. Moving to Kroger, Gary Stall is one of the people you said you had met with --

A. Uh-huh.

Q. -- to discuss the certified program and animal welfare issues. Even if you can't pinpoint a specific date, is there any doubt in your mind you and Gary Stall had conversations about the UEP certified program and animal

welfare issues?

MR. ALMON:

Object to form.

A. There's no question.

MR. ROBISON:

Q. Any question in your mind that Kroger demanded certified eggs in the 2002, 2003 time?

A. No question in my mind.

Q. Has Kroger ever wavered in those demands?

A. Not to my knowledge. I went through a time frame where I wasn't directly responsible for it, but I am today, and no one's ever wavered from it to my knowledge.

Q. So Kroger today --

A. Today requires it.

Q. And is Kroger another one of the customers that demands compliance with the certified program?

A. Brian, I cannot remember their spec, but it's common knowledge. I just don't remember it specifically in the specification, but it's common knowledge that Safeway, Kroger, Albertsons, Walmart, H-E-B, Publix, all of them require the certified program.

Q. Still to this day?

A. Till this day, yes.

Q. And has anybody from Kroger reversed course after 2010 and started demanding non-certified eggs?

A. No.

Q. And, again, can you explain to the jury how the Kroger demands for the UEP certified program can be reconciled as true if the lawyers' attacks on that same program are true?

MR. ALMON:

Object to form.

A. No.

MR. ROBISON:

Q. On Walgreens, is it your understanding that Walgreens still demands that the certified -- UEP certified logo be on egg cartons that are in its stores?

A. Walgreens designs their own cartons, and it's on there.

Q. To this day?

A. To this day.

Q. Has there been any change in that design since 2010 when these lawsuits were

filed?

A. I don't know that Walgreen had their own carton during this time frame. I'm not sure that Walgreen even had an egg carton -- it's called Nice. And I'm not even sure that they came out with that until 2011 or '12.

I mean, they had just bought house brand, store brand -- I mean, distributor brands, my brands. I'm not even sure that Walgreen had an egg program until '10.

Q. So it's your recollection that before 2010, Walgreens had other brands of eggs in its stores with the certified logo on it?

MR. ALMON:

Object to form.

A. Yes.

MR. ROBISON:

Q. And then after 2010, Walgreens came out with its own brand; is that what you're saying?

A. Yeah. And I'm not sure of the exact dates. I'm not sure of the exact dates. But I didn't go -- there was never a Walgreen egg program. There just never was one. They would -- to my knowledge.

We've supplied Walgreens with eggs through McLane. Y'all had asked about McLane earlier. So through McLane, Walgreens got eggs, or through Nash Finch, Walgreens got eggs, but there never was a Nice egg.

And when there finally became a Nice egg, Walgreen went out with a bid to bid the Nice egg business, and it required UEP certification.

Q. Even after 2010 when the lawsuits were filed?

A. I don't think any of it happened before 2010. I think all of this was post lawsuit.

Q. So Walgreens comes out with the Nice label for eggs in its stores after 2010, and it required the UEP certified logo to be on those cartons?

A. Yes, sir.

MR. ALMON:

Object to form.

MR. ROBISON:

Q. Has this changed at all up to today --

A. No, sir.

Q. -- as you sit here?

A. No, sir. We just bid it two weeks ago, and it required it. There was a bid two weeks ago on the Nice -- for the Walgreen eggs, and it went cheap.

Q. Can you explain for the jury why it is that Walgreens would be demanding certified eggs and putting the UEP certified logo on its cartons at the same time its lawyers are attacking the UEP certified program as illegal?

MR. ALMON:

Object to form.

A. No, sir. I'm sorry. No, I can't.

We just bid it two weeks ago. It's still on the -- it's still on the damn website. Sorry.

MR. ROBISON:

Q. Explain what --

A. I apologize. Makes me mad.

Q. Explain what you mean. You bid what two weeks ago?

A. The Walgreen egg business. All the Walgreen business nationally went out for bid. And as a part of that speculation, it required certified eggs. That was just -- it was either

two weeks ago today or three weeks ago today.

VIDEOGRAPHER:

Four minutes.

MR. ROBISON:

Let's change the tape.

VIDEOGRAPHER:

This is the end of tape number three in the video deposition of Jeff Hardin. We are now going off the record. The time is 3:35 p.m.

(A recess was taken.)

VIDEOGRAPHER:

This is the beginning of tape number four in the video deposition of Jeff Hardin. We are now going back on the record. The time is 3:41 p.m.

MR. ROBISON:

Q. Mr. Hardin, I'm handing you Exhibit 52 to your deposition. We marked that earlier today. And what is that again?

A. This is one of those legal documents from Albertsons.

Q. And what's the date on the front? Dated as of 13th day of November, 2003; is that right?

A. 2003, yes, sir.

Q. All right. And if you look at the bottom of page 1, there's a paragraph number 4, "Pricing Terms"?

A. Yes, sir.

Q. And the first sentence says: "Prices shall be determined as provided on Exhibit "A" attached hereto and incorporated herein."

A. Yes, sir.

Q. You see that?

A. Yes, sir.

Q. Now, if you flip to Exhibit A -- you see Exhibit A on there?

A. Yes, sir.

Q. The last line of Exhibit A says: "Supplier's ACC #," and then somebody wrote in "103." Do you see that?

A. Yes, sir.

Q. What is that?

A. That's Cal-Maine's ACC number.

Q. What's an ACC number?

A. That's Animal Care Certified number.

Q. And was that the name of the UEP --

A. That was what the FMI program was called back then, the ACC program.

Q. And this was part of the contract

with Albertsons?

A. Yeah. They -- obviously, they had a number 4, "Pricing Terms," as an amendment because this -- or as an attachment, because they used this, I'm sure, with all of their egg producers -- egg suppliers, so that everybody probably had a sheet like this on the back.

Q. And that sheet set forth terms of the contract?

A. Set forth the basis numbers, right.

Q. Pricing?

A. Set forth the pricing, the cartons, and the ACC number.

Q. And was Cal-Maine being ACC certified a requirement for Albertsons under this contract?

A. Yes, sir.

Q. And has that ever changed to this day --

A. No, sir.

Q. -- for dealing with Albertsons?

A. No, sir.

Q. Now, Mr. Hardin, let's get Exhibit 54. You were shown that earlier today. This is a Safeway contract.

A. Yes, sir.

Q. And if you go to the -- page 6. The page number is kind of here in the middle of the page.

A. Okay.

Q. Right above the number 6, there's a Section 2.10. Do you see that?

A. Yes, sir.

Q. "Records and Audits"?

A. Yes, sir.

Q. And would you read, just to yourself -- you don't have to read it out loud -- just read to yourself the subparagraphs under "2.10 Records and Audits," and let me know when you're finished.

A. Okay.

Q. Now, what is this section "Records and Audits" saying, just in your layman's terms?

A. It's just saying we've got to have all of our audits available to them. We got to retain them for three years. We've got to be able to show supporting information concerning an invoice. We've got to permit the Safeway folks on site to conduct their own audits and check our records and personal data.

Q. And in your experience, have Safeway people taken advantage of these provisions and come on site to audit locations?

A. I got an e-mail last night wanting to do some more. We just had some audits in the last eight months or so.

Q. Where Safeway people physically come on to --

A. Safeway people physically came to our Searcy operation and our Waelder operations to do audits around conventional eggs, and then the HFAC audits around our cage free facility and our organic facility in Chase, Kansas.

Q. And this contract is -- flipping to page 4 of the contract --

A. Yes, sir.

Q. -- you see it's dated at the top as of March 22, 2009?

A. Yes.

Q. And then --

A. Is this the one where I had gave them $100,000 lump sum?

Q. We'll get to that in a second. Yeah.

Now, in future dealings with Safeway, have there been similar audit provisions

allowing Safeway employees to come on site and audit a Cal-Maine location?

A. In future ones?

Q. Yeah, after this 2009 agreement.

A. I just wrapped up negotiations with Safeway this week.

Q. All right. Tell the jury about your Safeway negotiations this week. What are you talking about?

A. Well, they had put their egg business out for bid. So we have been working on it, I don't know how long now, but probably starting in early February.

Q. Of what year?

A. Of this year. Up until Tuesday, we got notification that we had retained the conventional business under UEP guidelines. We had retained it. It cost me about a cent and a half or two cents a dozen to keep it, but we just got notice this week.

Q. So February of 2014 up through mid-April --

A. I can't remember --

Q. -- of 2014 --

A. We've been negotiating it.

Q. And during that time, did any Safeway representative ever say that Safeway wanted to shift and start buying non-certified eggs?

A. No, sir.

Q. Did anyone from Safeway ever say it no longer wanted Cal-Maine to be in compliance with the UEP certified program?

A. Said that they did not want us to be? No. Quite to the contrary, they -- a couple of years ago, they made us go to this Humane Farm Animal Care on the audits page here. What page is this, 6?

So page 7, for our cage free and organic, that's the most stringent standard in the industry.

Q. And you're talking about HFAC on page 7?

A. Humane Farm Animal Care, right.

And this lady that runs this certification body actually sat on the FMI scientific advisory committee. And so she developed her own program outside the scientific committee, and Safeway requires compliance with that program.

Q. So for table eggs, Safeway requires

Cal-Maine to follow the UEP certified program?

A. Yes.

Q. And for cage free eggs, Safeway requires the --

A. HFAC.

Q. -- Cal-Maine to require HFAC guidelines?

A. Right.

Q. To this day?

A. To this day, yes, sir.

Q. Now, let's shift to Exhibit B on this same Safeway contract.

A. D.?

Q. B., as in boy. Page 22.

A. Okay.

Q. And this is still part of this Safeway contract. You see a paragraph for "Quality Requirements"? The first paragraph? The next page. Page 22, Exhibit B.

A. Yes, sir.

Q. I'm just going to read that into the record. "Quality Requirements: USDA Inspector to be on-site at Cal-Maine Food, Inc. facilities. USDA presence at facility at a minimum of two to three days per week. Weekly

USDA inspection is mandatory on all eggs. Must comply with UEP's Animal Husbandry Guidelines. Suppliers must be Humane Farm Animal Care certified for cage free eggs within six months of business award."

Did I read that right?

A. Yes.

Q. And that was a requirement under this 2009 contract with Safeway?

A. Well, it was clear. Everything was in the open on this whole thing. I didn't want to do the HFAC program. It was a pain in the neck. And the reason they gave us six months is because I was pushing back on the thing. But they said, okay, we'll give you six more months, but you got to get it. And so we did.

But they required -- you know, I've been talking to these people for years. There ain't no secrets about any of this stuff. They required all of it, and to the Nth degree.

Q. And still to this day require both?

A. Still to this day, yes.

Q. Now, next down is "Emergency Requirements." Do you see that?

A. Yes, sir.

Q. That says: "Safeway must approve Cal-Maine's Disaster Preparedness Plan." Do you see that?

A. Yes, sir.

Q. Have you provided a Disaster Preparedness Plan to Safeway?

A. You know, I'm -- Brian, I can't remember specifically, but we provide Safeway and a bunch of customers all this kind of stuff all the time. We're one of -- I say one of the few, I can't say that. We have got an emergency preparedness plan in case of hurricanes, in case of tornadoes, depending on what part of the country -- you know, obviously, you don't have a hurricane prevention plan in Kansas.

But you've got tornado, you've got fire, you've got hurricane. You've got a crisis management team in place to help ourselves and our customers deal with emergency situations, from public relations all the way to the place burning to the ground, so -- and all of that's required these days.

Q. And you're willing to share that with the customer?

A. Well, they get it all the time. They

constantly ask for it, just to update their -- keep their files up to date.

Q. Now, I want to ask about -- we can put these contracts away for now.

I want to ask about an incident involving another egg producer. You've heard of Sparboe Farms?

A. Yes, sir.

Q. Do you remember an incident in late 2012 involving Sparboe Farms and one of these undercover videos?

A. Yes, sir.

Q. Would you explain to the jury what you remember happened?

A. Well, I don't remember the specific incident at the moment it happened, but I remember my phone ringing.

Sparboe had had an animal welfare cruel -- or animal cruelty tape, similar to what happened to Cal-Maine, that hit the wire. And it was -- as I recall it -- I'm doing all this from memory, but as I recall it, that was on a Friday afternoon, about the same time that it hit Cal-Maine on a Friday afternoon, at, like, 5:00, okay? So it hit the news.

(Exhibit 70 marked.)

Q. And this document is marked "Highly Confidential," but that's hard to see on these copies.

MR. ROBISON:

For people on the phone, the Bates number is CM00725386-400.

Q. And, Mr. Hardin, I want to ask you about -- well, the page numbers, for some reason, didn't print. Can you find a page that has 754 in parentheses up at the top.

A. Okay.

Q. And then a paragraph near the bottom starting "Mr. Adams"?

A. Okay.

Q. Then next paragraph down starts with a Michigan State reference.

A. Okay.

Q. See that?

A. Uh-huh.

Q. I'm just going to start there. "Dr. Allan Rahn," R-a-h-n, "from Michigan State University put together a report stating that over the next three to five years, a company starting its animal welfare program with 48

inches of cage space per bird, will have a 3 to 5 cents per dozen loss of efficiency, labor, etc. Cal-Maine is making a strong effort to cover that expense by price adjustments as it implements its program.

"Mr. Baker told the directors that Cal-Maine has begun approaching its customers to cover this increased cost. He was complimentary of Jeff Hardin and Ken Paramore's efforts in this regard. Messrs. Hardin and Paramore requested and received approval to increase the formulas one to two cents on 70 percent of Cal-Maine's customers. They negotiated with Walmart for a two cents per dozen increase, at 80,000 cases per week. They've also negotiated an increase for most of the Company's other major customers, including Food Lion, Fiesta, Associated Grocers and Winn-Dixie. Mr. Baker told the directors that Kroger agreed to a one cent increase. Customers understand the increased production cost in increasing space per bird and are willing to pay the increase to help appease the animal welfare people."

Do you see that?

A. Yes, sir.

Q. Now, these are minutes of a Cal-Maine directors meeting on March 28, 2003.

A. Yes, sir.

MR. ALMON:

Object to form.

MR. ROBISON:

Q. The paragraphs that I just read talking about the roll-out of the program and talking to customers --

A. Uh-huh.

Q. -- is this generally the time frame when you and Mr. Paramore were starting those conversations?

MR. ALMON:

Object to form.

MR. AHERN:

Object to form.

A. As I recall it, yes.

MR. ROBISON:

Q. And when you went to your customers and talked to them about this program, I think you said earlier today that you had -- you would take written materials with you; is that right?

A. Yes. I mean, it was a presentation of the FMI program that I would carry with me.