# EXHIBIT EE

21278323v1

Home > Shop > Dairy & Eggs > Eggs & Egg Substitutes > Hill Country Fare Grade A Large Eggs

# Hill Country Fare Grade A Large Eggs

12 ct

Regular: **$1.93 each**  ($0.17/ct)



Roll over image to zoom in

View nearby stores

**Search Curbside** >

**Search Delivery** >

Add to Shopping List

Email

Print

### Nutrition Facts

**Grade A Large Eggs**

12  Serving Per Container

**Serving Size**  1 egg (50g)

**Amount Per Serving**

**Calories**  70

% Daily Value

| | |
|---|---|
| **Total Fat** 5g | 6 |
|    Saturated Fat 1.5g | 8 |
|    Trans Fat 0g | |
| **Cholesterol** 185mg | 62 |
| **Sodium** 70mg | 3 |
| **Potassium** 70mg | 2 |
| **Total Carbohydrate** 0g | 0 |
|    Dietary Fiber 0g | 0 |
|    Total Sugars 0g | |
|      Added Sugars 0g | 0 |
| **Protein** 6g | 12 |
| Riboflavin 0.2mg | 15 |
| Choline 150mg | 25 |
| Vitamin D 1mcg | 6 |
| Pantothenic Acid 1mg | 20 |
| Selenium 15mcg | 25 |
| Molybdenum 8mcg | 20 |
| Calcium 30mg | 2 |
| Iodine 27mcg | 20 |
| Biotin 10mcg | 35 |
| Vitamin B12 0.4mcg | 15 |
| Iron 1mg | 6 |
| Zinc 1mg | 10 |

*Percentage Daily values are based on a 2,000 calorie diet. Your Daily values may be higher or lower depending on your calorie needs



WE HOPE YOU ARE SATISFIED WITH THIS PRODUCT. IF NOT, WE WILL CHEERFULLY REFUND YOUR MONEY

### About This Product

**Product Description**

**Delivery and Returns**

**Product Description**

1 dozen. USDA grade A. United Egg Producers Certified: Produced in compliance with United Egg Producers' Animal Husbandry Guidelines.

**Preparation Instructions**

Keep refrigerated at or below 45 degrees F. Safe Handling Instructions: To prevent illness from bacteria: keep eggs refrigerated, cook eggs until yolks are firm, and cook food containing eggs thoroughly.

**Ingredients**

EGGS.

**Safety Warning**

To prevent illness from bacteria: keep eggs refrigerated, cook eggs until yolks are firm, and cook foods containing eggs thoroughly. Contains: EGG

*Actual product packaging and materials may contain more or different information than that shown on our website. You should not rely solely on the information presented here. Always read labels, warnings and directions before using or consuming a product. View full Product Information Disclaimer*



Recipes with this Product



DEFENDANTS'
EXHIBIT
CaseNo.2:08-md-2002 DAP
**DCX-0015**

 Pumpkin Pie
 Roasted Cauliflower & Kale Salad with Fried Egg & Asparagus
 Broccoli-Cheddar Packets
 Cranberry Champagne Cake

## Reviews

*Tell us what you think!*

**Write a Review**



SIGN UP FOR
**EMAIL UPDATES**

Sign up to receive exclusive email-only savings and information.

Enter your email address                                                                                Go



### Company
Find a Store
About Us
Careers
Community
Newsroom
Corporate Responsibility
Our Brands
Store Openings
Suppliers
H-E-B Digital

### Our Services
Ship to Home
Order Ahead: Cakes & Party Trays
Pharmacy
Restaurants
Business Center
Gift Cards
H-E-B Commercial Real Estate
Dietitian/Nutritionist

### Customer Service
Contact Us
Feedback
Help & FAQs
Coupon Policy
Refund Policy
Product Recalls

### More from H-E-B, LP
Primo Picks
All Recipes & Cooking

  



Copyright © 2019 H-E-B, LP
Privacy Policy | Terms & Conditions | Site Map
Partners
H-E-B, LP MexicoCentral MarketMi TiendaJoe V's Smart ShopBlooms Design Studio



DCX-0015-0003