# EXHIBIT FF

21278324v1

| Giant Eagle - Squirrel Hill | Sign In or Create Account |
| Change Store | |

View Departments | On Sale This Week | My Lists | Recipes | Search products



## Giant Eagle Large Eggs

12 ct │ $0.15/each
$1.79

Add to List

**SKU:** 00030034000509
**Description:** One dozen. United Egg Producers certified. Grade A. Fresh.

**You May Also Like:**



$2.39
Giant Eagle Large Eggs

18 ct │ $0.13/each

Add to List



$1.39
Giant Eagle Large Eggs

6 ct │ $0.23/each

Add to List



DEFENDANTS' EXHIBIT
CaseNo.2:08-md-2002 DAP
**DCX-0030**

https://curbsideexpress.gianteagle.com//store/A2CC1126/?_ga=2.118159246.627352033....    11/15/2019

DCX-0030-0001

**Usage Directions / Dosage:** Keep refrigerated. Safe Handling Instructions: To prevent illness from bacteria: keep eggs refrigerated, cook eggs until yolks are firm, and cook foods containing eggs thoroughly.

## Nutrition Facts

Serving Size 1 egg
Serving Per Container 12

**Amount Per Serving**

| | |
|---|---|
| **Calories** 70 | Calories from Fat 45 |

| | % Daily Value* |
|---|---|
| **Total Fat** 5g | 8% |
| Saturated Fat 1.5g | 8% |
| Trans Fat 0g | 0% |
| **Cholesterol** 185mg | 62% |
| **Sodium** 70mg | 3% |
| **Total Carbohydrate** 0g | 0% |
| Dietary Fiber 0g | 0% |
| Sugars 0g | 0% |
| **Protein** 6g | 12% |
| Vitamin A | 6% |
| Vitamin C | 0% |
| Calcium | 2% |
| Iron | 4% |

ServingSize-InGrams 50g
MetricServingSize 50g

* Percent daily values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Potassium | | 3,500mg | 3,500mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |
| Protein | | 50g | 65g |

**Legal Disclaimer:** Actual product packaging and materials may contain additional and/or different ingredient, nutritional or proper usage information than the information displayed on our website. You should not rely solely on the information displayed on our website and you should always read labels, warnings and directions prior to using or consuming a product. If you have questions or require more information about a product, you should contact the manufacturer directly. Content on this website is for general reference purposes only and is not intended to substitute for advice given by a physician, pharmacist or other licensed health care professional. You should not use the information presented on this website for self-diagnosis or for treating a health problem. MyWebGrocer assumes no liability for inaccuracies or misstatements regarding any product.

## Our Stores

Giant Eagle   GetGo+Cafe   Market District

## Our Brands

Giant Eagle Farmers Market Market District Nature's Basket

## Curbside Savings

Gift Cards Special Offers Weekly Circular Weekly Sale

## eAdvantage

Offer of The Week eCoupons Digital Receipts

## Customer Service

Contact Us Customer Survey FAQs Product Recalls Store Locator Customer Help Video

## Connect With Us

Social Media

DCX-0030-0003


Facebook



Twitter



Instagram



YouTube
Privacy Policy Terms of Use Help Contact Us
© 2019 Giant Eagle, Inc. All Rights Reserved.