# EXHIBIT HH

21278328v1

► TO PUBLIX.COM     Contact Us     Search

## Position Statements FAQ

**What is Publix's position on Florida tomato farmworkers' wages?** ◄

**What is Publix's position on GMO?** ◄

**What is Publix's position on BPA?** ◄

**Does Publix use irradiation?** ◄

**What is Country of Origin Labeling (COOL)?** ◄

**What is Publix's position on animal welfare?** ▼

At Publix, we believe animals should be treated humanely at all phases of their lives. We recognize we have a responsibility for the well-being of animals used to provide food to our customers.

Our goal is that animals used in the production of our products be handled, transported and processed using procedures that are clean, safe, and free from cruelty, abuse or neglect. Our suppliers of animal products must adopt procedures that adhere to the animal welfare standards established by the US Department of Agriculture (USDA). Further, these procedures must be consistent with industry best practices and comply with all animal handling and animal welfare guidelines established by each respective species' industry organization. The USDA provides a listing of these industry animal welfare standards on the agency's website.

We take concerns about animal welfare seriously and our suppliers provide us with third-party audits on an annual basis. This validates their practices meet or exceed animal welfare standards while maintaining animal health and safety.

Many of our suppliers are leaders in their respective industries and have adopted nationally recognized animal well-being programs, including the following:

- Animal Welfare Act
- National Cattlemen's Beef Association – Cattle Industry Guidelines for the Care and Handling of Cattle
- National Chicken Council – Animal Welfare Guidelines
- National Milk Producers Federation – National Dairy Farmers Assuring Responsible Management (F.A.R.M.) Program
- National Pork Board – Animal Well-Being Information
- National Turkey Federation – Animal Care Best Management Practices for the Production of Turkeys
- United Egg Producers – Animal Husbandry Guidelines for U.S. Egg Laying Flocks

We understand the high standards expected of us and will continue to work to provide our customers with safe and quality products, while encouraging the humane treatment of animals.

For more information on our natural and organic products, including our own GreenWise brand, please visit **http://www.publix.com/products-services/greenwise**.

For more information about our position on cage-free eggs, please read the FAQ below.

**What is Publix's position on cage-free eggs?** ▼



DEFENDANTS' EXHIBIT
CaseNo.2:08-md-2002 DAP
**DCX-0083**

At Publix, we are committed to providing our customers with a premier shopping experience, which includes a wide selection of quality products, friendly and helpful service, and superior value. We understand eggs are an affordable way for families to incorporate protein into their diets, and many of these families are interested in the source of their food. We understand the high standards expected of us and will continue to work to provide our customers with quality products and a variety of choices, while ensuring food safety and animal welfare.

Because we take concerns about animal welfare seriously, we have been diligently working with our egg suppliers, industry leaders, governmental agencies and non-governmental organizations to better understand the timing of converting our shell egg supply to completely cage-free, while meeting customer demand, remaining affordable, and maintaining animal health and safety. In addition to animal welfare concerns, there are several other factors to consider: the higher costs and retail price associated with cage-free eggs, the speed of this industry change, current WIC regulations preventing the purchase of cage-free eggs in the areas where we operate, and the ability of smaller farms to remain in business while making necessary investments.

Since making our announcement in 2016, we have increased the number of cage free egg options by 27%. Now, over 56% of our total shell egg offerings are cage free. In 2017 we furthered our efforts by lowering the price point of some cage free options, however, our customers continue to choose traditional offerings, which may impact our ability to reach our stated goal. We've partnered with some of our cage free egg suppliers to offer discounts throughout 2018 in our weekly ad, but until customer choice and conversion rates increase, our ability to expand this program will remain challenging.

We appreciate the trust our customers place in us to do the right thing and will continue to work to provide our customers with quality products and a variety of choices, while ensuring food safety and animal welfare. We are committed to moving forward with this challenging and complex effort and will continue to work toward being 100 percent cage free by 2026.

**What is Publix's position on antibiotic reduction in chicken?** ◄

**What is Publix's stance on Bovine Somatotropin (BST)?** ◄

**Do I need to be concerned about mercury in seafood?** ◄

**What are your social and environmental stewardship efforts?** ◄

DCX-0083-0002