# EXHIBIT II

21278329v1



**THE VOICE OF FOOD RETAIL**

Feeding Families 🛒 Enriching Lives

# BOARD APPROVED POLICY

## Animal Welfare for Food Animals

### Revised version adopted January 28, 2012

### Policy Statement

FMI believes animals should and can be raised, handled, transported and processed in ways that ensure they are clean, safe and free from cruelty, abuse or neglect.

FMI's Board of Directors support that the critical components of a responsible food industry include the necessity to simultaneously and scientifically assess the impacts of animal care and handling practices on animal well-being, food safety and food quality. We, therefore, commit to the following actions:

- FMI will work cooperatively with other food and agricultural associations – who represent farmers, ranchers, growers and processors – to promote best practices for food animal well-being at every step in the animal agriculture supply chain production process.

- FMI will consult regularly with experts in animal husbandry and behavior, veterinary medicine and agricultural production to evaluate desirable practices and perform a periodic review of species-specific guidelines regarding the raising, handling, transporting and processing of food animals.

- FMI will continue encouraging the appropriate state and federal government agencies to strictly enforce animal protection laws.

- FMI will work to communicate examples of species-specific best practices to maintain consumer confidence that animals in the food production process are treated in accordance with accepted animal husbandry practices.

- FMI will identify and develop appropriate programming and resources that support its food animal welfare policy.



EXHIBIT
H-27
4-18-14

FMI-000038