# EXHIBIT JJ

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION: <br><br> THIS DOCUMENT APPLIES TO ALL ACTIONS | Civil Action No. 08-md-02002 |

**DECLARATION**

I, David Fikes, hereby declare and state as follows:

1. I am employed by the Food Marketing Institute as Vice President, Consumer/Community Affairs and Communications. The following is based on my personal knowledge and if called as a witness, I could and would competently testify thereto.

2. This Declaration is made in response to a request for information supplementing the deposition of Dr. Jill Hollingsworth pursuant to Federal Rule of Civil Procedure 30(b)(6).

3. The attached copy of the May 2013 Evaluation of Animal Welfare Guidelines performed by the Food Marketing Institute's Animal Welfare Advisory Committee is a true and correct copy of said document and said document is maintained electronically by FMI in the normal course of business and is available on FMI's website.

4. The May 2013 report accurately reflects the conclusions of the Food Marketing Institute's Animal Welfare Advisory Committee.

5. The Committee reviewed the most current versions at that time of all the commodity group animal welfare guidelines. The United Egg Producers provided the United Egg Producers Animal Husbandry Guidelines 2010 Edition for review. The purpose of the review was to bring the Committee's review up to date and to provide retailers with more information about the components included in the commodity group guidelines.

6. The Committee evaluated all the commodity group animal welfare guidelines to see if they addressed the specific elements deemed essential to successful implementation of an animal welfare program. It then created the grid in the attached report demonstrating the elements present or not present in each commodity's recommended guidelines, including the United Egg Producers guidelines, so that FMI members would have the necessary information to evaluate each guideline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of June, 2014 in Arlington,Virginia.

Gerald David Fiker

Food Marketing Institute

# Evaluation of Animal Welfare Guidelines

The following evaluation of the animal welfare guidelines established by various meat and poultry commodity associations was performed by the Food Marketing Institute's Animal Welfare Advisory Committee. This committee is comprised of animal scientists and veterinarians from the fields of academia and veterinary medicine.

**Key:**
**Checkmark (x):** element is present in the commodity's recommended guidelines
**Box left blank:** element is not found in the commodity's recommended guidelines
**N/A:** element is "not applicable" to the particular commodity

# Food Marketing Institute Animal Welfare Guideline Evaluation

| Practice | Commodity Group | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | American Meat Institute | Milk & Dairy Beef | The Pork Board | National Chicken Council | National Cattlemen's Beef Association | National Turkey Federation | American Sheep Industry Association | American Veal Association | United Egg Producers |
| **Guideline development process** | | | | | | | | | |
| Guidelines reflect transparent decision - making process | X | X | X | X | X | X | | | X |
| Guidelines reflect broad based input | X | | X | X | X | | X | | X |
| Scheduled review and revision mechanism | X | | | X | | X | | | X |
| **Guideline elements** | | | | | | | | | |
| Handling methods | X | X | X | X | X | X | X | | X |
| Husbandry procedures[1] | X | X | X | X | X | X | X | X | X |
| Environmental considerations[2] | X | X | X | X | X | X | X | X | X |
| Health program based on veterinary guidance | X | X | X | X | X | X | X | X | |
| Behavioral management[3] | X | | | X | | | X | | X |

# Food Marketing Institute Animal Welfare Guideline Evaluation

| | American Meat Institute | Milk & Dairy Beef | The Pork Board | National Chicken Council | National Cattlemen's Beef Association | National Turkey Federation | American Sheep Industry Association | American Veal Association | United Egg Producers |
|---|---|---|---|---|---|---|---|---|---|
| Facility/equipment maintenance & design | X | X | X | X | X | X | | | X |
| Emergency preparedness[4] | X | X | X | X | X | | | X | |
| Transportation procedures | X | X | X | X | X | X | X | X | N/A |
| Slaughter procedures | X | N/A | | X | | X | N/A | | N/A |
| Euthanasia | X | X | X | X | X | X | X | | X |
| Inspection procedures and rate of inspection | X | X | X | X | X | X | | | X |
| Elements of training Programs | X | X | X | X | X | X | X | | X |
| Documentation and assessment of training | X | X | X | X | X | X | X | | |
| Biosecurity of premises[5] | | | X | X | X | X | | X | X |
| Record keeping requirements[6] | X | X | X | X | X | X | X | | X |
| Special agricultural practices[7] | X | X | | N/A | | X | | | X |

Food Marketing Institute Animal Welfare Guideline Evaluation

| | American Meat Institute | Milk & Dairy Beef | The Pork Board | National Chicken Council | National Cattlemen's Beef Association | National Turkey Federation | American Sheep Industry Association | American Veal Association | United Egg Producers |
|---|---|---|---|---|---|---|---|---|---|
| **Guideline implementation** | | | | | | | | | |
| Auditable guidelines or self-assessment (with performance outcomes or design criteria) | X | | X | X | X | X | | | X |
| Audit or self-evaluation mechanism | | | | | | | | | X |

**Footnotes**

[1]Food water, space allocation, bedding condition, etc., as applicable

[2]Ventilation, air quality, temperature

[3]Includes identifying and minimizing behavioral problems and/or opportunities to minimize

[4]Power outages, weather emergencies, fire

[5] Standards established to control/mitigate potential of diseases brought onto farm

[6]Includes minimum required data to assure compliance with the guidelines

[7]Management procedures that could cause pain or distress (ex: castration, dehorning, beak-trimming, molting)