# EXHIBIT KK

```
                                                      1

 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4   IN RE:  PROCESSED EGG PRODUCTS       )  MDL NO. 2002

 5   ANTITRUST LITIGATION                 )  08-md-02002

 6                              _____ )

 7   THIS DOCUMENT RELATES TO:           )

 8      The Kroger Co. et al. v. United Egg  )

 9      Producers, Inc. et al.,          )

10      No. 2:10-cv-06705 GP             )

11                                       )

12

13

14                 HIGHLY CONFIDENTIAL

15

16         30(b)(6) DEPOSITION OF SAFEWAY, INC.

17              DESIGNEE:  BRIAN DOWLING

18              San Francisco, California

19               Friday, April 11, 2014

20

21

22

23   Reported by:

24   JANIS JENNINGS

25   CSR No. 3942, CLR, CCRR
```

18

1     Q.   And from which colleges and in what years

2  were those?

3     A.   My undergraduate degree I -- from Cal State

4  Hayward here in Northern California, 1978.  And I

5  have a master's degree in -- an MBA from St. Mary's

6  University in Moraga, California, and I received

7  that in 1992.

8     Q.   And when did you start working at Safeway?

9     A.   I worked for Safeway -- well, my -- in my

10  current position, in 1980.  Wrong.  Correction.

11  January 1979.

12        Prior to that, I spent time in the stores,

13  five years in the stores as a clerk when I was going

14  to college and high school and -- and then I left

15  the company, came back to the company in 1979.  So I

16  had about a two-year break in service, as they say

17  in our company.  But I've -- I've been with the

18  company almost my entire working life.

19     Q.   And starting in 1979, what was your position

20  when you came back to the company then?

21     A.   I was a -- the title was research writer in

22  the corporate communications department.

23     Q.   And until when were you in that position?

24     A.   I was in that position from 1979 to 1985.

25  And then from going to -- from 1985 -- I -- I moved

[4/11/2014] Dowling, Brian_2014-04-11

21

1    managed media relations, community relations,

2    external affairs, but from the time that I've been

3    there since 1998, I've managed, you know, external

4    affairs in all interactions with the media, outside

5    organizations, that sort of thing.

6        Q.    And before the job that you're in now

7    changed in 2003, as you describe it, what were your

8    roles and responsibilities since 1998?

9        A.    Managing media relations, dealing with press

10   inquiries from news media for a period of time,

11   between 1998 and 2003, I also had government

12   relations, so all of our activities at the state

13   level and at the federal level as well and managed

14   the activities of -- of that.  And then in 2003, we

15   sort of broke that off and it was -- became sort of

16   separate, still part of the public affairs

17   government relations function, but I didn't manage

18   it after 2003.

19       Q.    And in your current position as vice

20   president of public affairs, what has been your

21   roles and responsibilities specific to animal

22   welfare issues?

23       A.    Well, I mean, I think, you know, managing,

24   you know, our interactions with groups, external

25   groups, activist groups that have an interest in

23

1    point, describe myself as sort of the -- the

2    convener in some of these issues, but that's not

3    necessarily the case, only with animal welfare.

4            I mean, we -- we are dealing, you know, as

5    you might imagine during the course of a year with

6    hundreds of different issues and a broad range of

7    subject matter and the public affairs function

8    performs sort of the same function as it relates to,

9    you know, Greenpeace and their interest in seafood

10   or the farm workers as it relates to issues on -- on

11   the produce side of our business, you know,

12   interacting with our labor communications teams as

13   it relates to the unions representing our companies.

14   Public affairs is often in the position where you're

15   bringing people together to sort of discuss the

16   issue and develop a position, you know.  That's, I

17   guess, the best way I would describe our role.

18        Q.    And focusing specifically on animal welfare

19   issues.

20        A.    Right.

21        Q.    How -- can you describe your interactions

22   with these other groups within Safeway, and

23   specifically, your roles as to convening them as

24   you've described it.

25        A.    Well, I mean, for instance, on , you know,

                [4/11/2014] Dowling, Brian_2014-04-11