# EXHIBIT LL

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
------------------------------  )
                                )
IN RE: PROCESSED EGG PRODUCTS   )  MDL No. 2002
ANTITRUST LITIGATION            )  09-md-02002
_____  )
                                )
THIS DOCUMENT RELATES TO:       )
                                )
The Kroger Co., et al. v.       )  HIGHLY
United Egg Producers, Inc.,     )  CONFIDENTIAL
et al., No. 2:10-cv-06705 GP    )
_____  )
```

Denver, Colorado
Wednesday, March 19, 2014

Videotaped 30(b)(6) deposition of:

VIRGINIA G. LITTLEFIELD

a witness herein, called for examination by counsel for Defendants in the above-entitled action before DEBBIE ZOETEWEY, RMR, taken pursuant to Notice at the offices of Faegre Baker Daniels, 3200 Wells Fargo Center, 1700 Lincoln Street, Denver, Colorado 80203, commencing at 9:21 a.m., when were present the following parties:

```
                                                                    11
 1        Colorado State University under Dr. Temple Grandin.
 2              Q.   And in what field was your master's?
 3              A.   Animal behavior and livestock handling.
 4              Q.   And in what year did you get your
 5        bachelor's?
 6              A.   1990.
 7              Q.   And in what year did you get your
 8        master's?
 9              A.   I left graduate school in 2000.
10              Q.   Do you have any other degrees or
11        professional certifications?
12              A.   Yes.  I'm certified by PACO, which is
13        the Professional Animal Auditor's Certification
14        Organization, and I'm certified to audit both
15        poultry and red meat.
16              Q.   And does that include certification for
17        auditing egg-laying hens as well as boiler
18        chickens?
19              A.   Yes.
20              Q.   Now I'd like to go over a little bit of
21        your job history.  When did you start working for
22        Safeway?
23              A.   I started working for Safeway in 2000,
24        August of 2000.
25              Q.   And where were you working before?
```

[3/19/2014] Littlefield, Virginia G.

12

1    A.   I came directly from graduate school.
2    Q.   And when you started at Safeway, what
3    was your position?
4    A.   I joined Safeway as the quality control
5    coordinator.
6    Q.   And where were you located?
7    A.   In Centennial, Colorado.
8    Q.   And what were your roles and
9    responsibilities as the quality control
10   coordinator?
11   A.   I reviewed and filed claims with our
12   vendors; I worked on editing specifications for
13   products; reviewed and visited vendors for approval
14   to supply Safeway meat.
15   Q.   And when you say you reviewed and filed
16   claims, what kind of claims are you referring to?
17   A.   Product defects.
18   Q.   And until when were you in that
19   position?
20   A.   Approximately 2002.
21   Q.   And in 2002, were you promoted or did
22   you move to a different position?
23   A.   My position was eliminated and I moved
24   to a pork buying position.
25   Q.   And what were your roles and

[3/19/2014] Littlefield, Virginia G.

13

1          responsibilities in that position?
2               A.   To procure pork, lamb and veal, sausage
3          products for the Northwestern divisions of Safeway.
4               Q.   And until when were you in that
5          position?
6               A.   Approximately 2005.
7               Q.   And in 2005, what position did you
8          transition into?
9               A.   My current position became available
10         and I was awarded that position.
11              Q.   And what is your current position at
12         Safeway?
13              A.   I am the manager for the meat
14         laboratory and animal welfare.
15              Q.   And what are your roles and
16         responsibilities as the manager for meat laboratory
17         and animal welfare?
18              A.   I manage the daily operations of our
19         meat testing laboratory for tenderness; I'm also a
20         responsible for auditing animal welfare for our
21         vendors; and reviewing third-party audits as they
22         are received from third-party auditing companies.
23              Q.   And for what species are you in charge
24         of auditing animal welfare standards?
25              A.   Beef, pork, turkeys, and chickens.

[3/19/2014] Littlefield, Virginia G.