# EXHIBIT A





P.O. Box 961
35 East Fourth Street
Litchfield, MN 55355
(320) 693-2431
(800) 237-8344

November 5, 2003

Mr. Irving Isaacson
Brann and Isaacson
184 Main Street
PO Box 3070
Lewiston, ME 04243-3070

Re:  UEP Animal Welfare Certification Program

Dear Irving:

The following is a compilation of topics that I either discussed with you or Al Pope at the recent meeting in Albuquerque. I would appreciate your considered thought and a written response on each topic.

First, please know that the Capper-Volstead Certification form you wanted us to sign will be signed and returned soon.

Second, I visited with you and/or Al Pope about seeking some indicia of proof that United Egg Producers (UEP) is, and remains, a viable agricultural cooperative association. The information you have requested we sign and return via the "CapperVolstead Certification" form, will go a long ways towards that end. However, I am wondering how the associate or allied memberships auger into all of this? Could you please provide me your opinion on that matter.

As we have relayed from time-to-time to the UEP executive staff, the "hidden agenda" of the Animal Welfare Program is concerning to us. In short, we believe if not carried forward properly a strong case could be made that the Animal Welfare Program is, in essence, a program being offered by our trade association and its members to reduce outputs in an effort to increase prices. Naturally, that strikes as price fixing and, we have concerns about future claims of this sort being made against the association and its members. I would appreciate you responding to how, if at all, the UEP has prepared itself to defend those prospects.

Additionally, we feel that, ultimately, the UEP mandate (it truly is not voluntary) of a 100% participation in the production of standards to the Animal Welfare Program maybe tantamount to an unfair trade practice. Although we have requested reconsideration of the rules in the past, we have never asked for a firm written response from UEP as to why it will not reconsider the 100% cage space compliance rule of the Animal Welfare Certification Program. Please consider this letter our request that UEP, or you as their counsel, provide us with such a written response.
I am enclosing a copy of the "Ocean Spray" case that I have briefly discussed with Al Pope in the past. I would appreciate you responding to me with an opinion as to applicability of this case as it concerns the issues raised herein concerning our cooperative.

**CONFIDENTIAL**                                                             UE0906543

7.

Irving, we have concerns that the Animal Welfare Certification Program will cause smaller egg producers to go under. They, either individually or collectively, will seek some redress. Plaintiff's attorneys will ask them to tell their story. Their story will be that their own trade association put them out of business. Whether or not that ultimately is true, remains to be seen, but that is the story they will tell. The question will be asked; "Why would they do that?" "Who is to benefit from this?" The answer is that the "big players" (of which Sparboe would be considered one) control, politically, UEP and that they are greedy corporate farming money grubbing SOBs. Justice departments will be alerted, Attorney General watchdog groups will be alerted, etc. Investigations may be launched stating that criminal activity is afoot and that these people are conspiring to fix prices. Civilly, Plaintiff's lawyers will tell these smaller producers that these folks owe you money, treble damages would be available in some states and, let's sue these folks and see what happens. Your response to these concerns, please.

Another scenario could be consumers, led by goodness, who knows yet what (if our Animal Welfare program is not consumer driving, the program is bound to fail) these consumer groups will say; "UEP, this smells funny," You got together with your members and "voluntarily agreed" to reduce outputs by 20%." - "We know what you are up to and why."

Naturally, you get the message. We are concerned about taking affirmative steps to be participating in a "conspiracy" (even arguably) to such an extent that legal liabilities would attach to the association and/or its members.

Finally, Irving, we are concerned that yourself or a reputably retained law firm and/or our justice department or all three, have not taken steps to reassure us members that the agricultural cooperative status still attaches to the UEP trade association; and that the Animal Welfare initiatives there under have been scrutinized by concerned parties from a thoroughly legal prospective. I would appreciate your written response as to what, if any, steps have been taken in this regard as well.

Irving, it was nice to see you in Albuquerque. You look in fine health. Looking forward to your response. Thank you.

Sincerely,

John W. Mueller
Legal Counsel

JWM/rm

Cc: Robert D. Sparboe, President, Sparboe Companies
Al Pope, President, United Egg Producers

CONFIDENTIAL

UE0906544