# EXHIBIT G

**PLAINTIFF'S POST-2008 TRIAL EXHIBITS**

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions |
|---|---|---|---|---|---|
| | 7 | N/A | N/A | N/A | Website printout of Rose Acre Farms re Rose Acre's vertical integration<br><br>Rust Ex. 36 |
| | 8 | N/A | N/A | N/A | Website printout of Rose Acre Farms - Commodity Eggs defining commodity eggs and production output at certain facilities<br><br>Rust Ex. 34 |
| | 9 | N/A | N/A | N/A | Website printout of Rose Acre Farms Company History showing Rose Acre operates 17 facilites in six states<br><br>Rust Ex. 32 |
| | 24 | 5/8/2018 | HS00001 | HS00004 | Rose Acre Farm Videos<br>Rose Acre Investigation Still Photographs (no bates) |
| | 25 | 7/19/2015 | RA0005033 | RA0005039 | Rose Acre Vendor Profile and Company Description |
| | 26 | 12/31/2014 | N/A | N/A | 2014 Edition United Egg Producers Animal Husbandry Guidelines for US Egg Laying Flocks |
| | 27 | 7/16/2013 | N/A | N/A | Michael Foods - Company - Our History www.michaelfoods.com/company/history<br><br>Beebe Ex. 1 |
| | 28 | 12/29/2012 | N/A | N/A | Excerpt from Michael Foods Group, Inc. SEC Form 10-K for the period ending 12/29/2012 (p. 14)<br><br>DAP-Beebe Ex. B |
| | 29 | 12/29/2012 | N/A | N/A | Excerpt from Michael Foods Group, Inc. SEC Form 10-K for the period ending 12/29/2012 (pp. 1-5)<br><br>DAP-Beebe Ex. A |

**PLAINTIFF'S POST-2008 TRIAL EXHIBITS**

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions |
|---|---|---|---|---|---|
| | 30 | 8/10/2012 | RA0075147 | RA0075150 | February 2005 UEP Animal Husbandry Guidelines Monthly Compliance Report |
| | 31 | 10/25/2011 | UE0099338 | UE0099338 | USEM Export Conference Call Minutes. |
| | 32 | 12/31/2010 | N/A | N/A | 2010 Edition United Egg Producers Animal Husbandry Guidelines for US Egg Laying Flocks |
| | 33 | 12/31/2009 | BELL000758 | BELL000769 | Economic Issues Facing The US Egg Industry by Don Bell, |
| | 34 | 8/31/2009 | MFI0017437 | MFI0017439 | UEP Certified Certification, Michael Foods Egg Products Co., and 8/31/2009 transmittal letter from Gene Gregory to Tim Beebe |
| | 35 | 4/13/2009 | SF003886 | SF003886 | Gene Gregory email to UEP Members/Staff re: Don Bell's Retirement |
| | 36 | 4/7/2009 | ME-FOAA-0348 | ME-FOAA-0352 | Letter from Christine Fraser re 4/1/09 search conducted at Quality Egg of New England |
| | 37 | 3/31/2009 | ME-FOAA-0324 | ME-FOAA-0347 | Affidavit and Request for Search Warrant (and supporting documentation) from Christine Fraser, Maine Dept. of Agriculture, for Quality Egg of New England facilities |
| | 407 | 4/1/2019 | N/A | N/A | Quality Systems Verification Programs, General Policies and Procedures. |
| | 408 | 3/26/2012 | N/A | N/A | Statement of Exonomic Interests Cover Page , California Form 700 for Jeffrey Armstrong, Armstrong Consulting. |
| | 433 | 6/14/2010 | RAFKS0009762 | RAFKS0009762 | Marshall email to Steve Paul re Mason Dicon |
| | 500 | | WB017721 | WB017723 | UEP Funding Analysis |
| | 501 | | AEB000998 | AEB000998 | Compilation exhibit |
| | 502 | 05/04/2012 | AEB004835 | AEB004860 | Table Egg Production and Hen Welfare: The UEP-HSUS Agreement and H.R. 3798, Joel Greene and Tadlock Cowan |
| | 503 | 09/27/2010 | ALBEGED00000293 | ALBEGED00000293 | SuperValu Enterprise Cost Change Form |
| | 504 | 00/00/0000 | APTEGED00006374 | APTEGED00006374 | A&P Private Label Egg Bid |
| | 514 | 07/08/2010 | CM00062752 | CM00062756 | Memorandum re Acquisitions |
| | 525 | 01/01/2010 | CM00217790 | CM00217825 | 2010 Edition: United Egg Producers Animal Husbandry Guidelines for U.S. Egg Laying Flocks |

**PLAINTIFF'S POST-2008 TRIAL EXHIBITS**

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions |
|---|---|---|---|---|---|
| | 528 | 3/23/2010 | CM00269032 | CM00269036 | Cal-Maine monthly compliance report for Feb 2010 |
| | 539 | Multiple Dates | CPCEGED00107464 | CPCEGED00107464 | US Eggs - Michael Foods Contract 2010 and 2011 |
| | 540 | 08/01/2009 | CPCEGED00132106 | CPCEGED00132145 | Impacts of Banning Cage Egg Production in the United States |
| | 548 | | IRI_00000006 | IRI_00000006 | Spreadsheet re: Sales Data |
| | 565 | 01/01/2009 | MFI0094714 | MFI0094732 | Master Supply Agreement between Michael Foods and Kellogg Company |
| | 610 | 10/02/2022 | RWS3000003181 | RWS3000003184 | Keller lock Egg Production Agreement |
| | 657 | 12/01/2009 | UE0978440 | UE0978440 | UEP Invoice to Rembrandt |
| | 658 | 05/01/2011 | WLGEG00000583 | WLGEG00000596 | Supply Agreement for Walgreen Branded and Other Merchandise (Indirect Purchase-DSD-Fresh Food) |
| | 698 | 08/00/2013 | | | John Greenwald, "PPPL Teams Up With USDA To Produce New Egg Pasteurization Method," http://www.pppl.gov/news/2013/08/pppl-teams-usda-produce-new-egg-pasteurization-method-0. |
| | 701 | 00/00/2014 | | | American Egg Board, "Retail Overview," 2014, http://www.aeb.org/retailers/retail-overview. |
| | 702 | 00/00/2014 | | | American Egg Board, "The Egg Business," 2014, http://www.aeb.org/images/PDFs/EggBusiness1A.pdf. |
| | 703 | 00/00/2014 | | | Cal-Maine Foods, Inc., 2014 10-K Filing. |
| | 704 | 00/00/2014 | | | James Gwartney, Richard Stroup, Russell Sobel, and David Macpherson, *Economics: Private and Public Choice*, 15th ed.,Cengage Learning, 2014. |
| | 705 | 00/00/2014 | | | Yu Awaya and Vijay Krishna, "On Tacit versus Explicit Collusion," 2014, p. 1 |
| | 706 | 00/00/2013 | | | American Egg Board, "Eggcyclopedia: Uses, Other," 2013, http://www.incredibleegg.org/egg-facts/eggcyclopedia/u/uses-other. |

**PLAINTIFF'S POST-2008 TRIAL EXHIBITS**

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions |
|---|---|---|---|---|---|
| | 707 | 00/00/2013 | | | Michael Foods, 2013 10-K Filing. |
| | 708 | 00/00/2010 | | | Cal-Maine Foods, Inc., 2010 10-K Filing. |
| | 709 | 00/00/2010 | | | Department of Justice & Federal Trade Commission, *Horizontal Merger Guidelines,* 2010. |
| | 710 | 00/00/2009 | | | Michael Foods, 2009 10-K Filing. |
| | 718 | 02/21/2014 | | | Sharon Hazard, "Sunnyside Up: Jersey's Egg Farm," New Jersey Monthly, February 21, 2014, http://njmonthly.com/articles/lifestyle/people/sunnyside-up-jerseys-egg-farm.html. |
| | 719 | 01/17/2013 | | | U.S. Department of Agriculture, Economic Research Service, "Livestock, Dairy, and Poultry Outlook," January 17, 2013, http://www.ers.usda.gov/media/984422/ldpm223.pdf. |
| | 737 | 00/00/2010 | | | Department of Justice & Federal Trade Commission, *Horizontal Merger Guidelines,* 2010. |
| | 738 | 00/00/2010 | | | Liran Einav and Jonathan Levin, "Empirical Industrial Organization: A Progress Report, " Journal of Economic Perspectives, Vol. 24 No. 2, 2010, pp. 145-162 |
| | 747 | 3/13/2015 | | | FRCP Rule 26(a)(2)(B) Report of Jonathan Walker |
| | 748 | 3/13/2015 | | | FRCP Rule 26(a)(2)(B) Report of Jonathan Walker Supplemental Report re Direct Action Plaintiffs |
| | 763 | 09/00/2014 | | | Lusk, J.L. and S. Murray, (2014). "New Tool (FooDS) Identifies Consumers' Views on Food Safety." Choices Magazine. |
| | 764 | 09/30/2014 | | | Lusk, J.L., "Who are the Vegetarians?", September 30, 2014, http://jaysonlusk.com/blog/2014/9/30/who-are-the-vegetarians |

**PLAINTIFF'S POST-2008 TRIAL EXHIBITS**

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions |
|---|---|---|---|---|---|
| | 765 | 10/01/2011 | | | Lusk, J.L. and F.B. Norwood. (2011). "Animal Welfare Economics." Appl. Econ. Perspect. Pol. 33(4): 463-483. |
| | 766 | 12/16/2009 | | | Shimmura, Tsuyoshi, Marc B. M. Bracke, Rud M. De Mol, Satoshi Hirahara, Katsuji Uetake, Toshio Tanaka. 2001. "Overall welfare assessment of laying hens: Comparing science-based, environment-based and animal based assessments." *Animal Science Journal* 82:150-160. |
| | 776 | 12/00/2011 | | | "Chicken and Eggs" (see, e.g., "Chickens and Eggs", USDA, December 2011, page 10, http://usda.mannlib.cornell.edu/usda/nass/ChicEggs//2010s/2011/ChicEggs-12-22-2011.pdf) |
| | 777 | 08/00/2016 | | | "U.S. and State-Level Farm Income and Wealth Statistics", USDA, August 2016, http://www.ers.usda.gov/data-products/farm-income-and-wealth-statistics/data-files-us-and-state-level-farm-income-and-wealth-statistics.aspx |
| | 778 | 05/04/2013 | | | "Where to Buy," Wilcox Farms, May 4, 2013, http://www.wilcoxfarms.com/retail-products/where-to-buy/, Internet Archive, https://web.archive.org/web/20130504074442/http://www.wilcoxfarms.com/retail-products/where-to-buy/. |
| | 779 | 02/22/2013 | | | "Store Locator page 2," Oakdell Farms, February 22, 2013, http:/www.oakdell.com/StorePage.php, Internet Archive, https://web.archive.org/web/20130224084059/http://www.oakdell.com/StorePage.php?storelocator1Page=2, |

**PLAINTIFF'S POST-2008 TRIAL EXHIBITS**

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions |
|---|---|---|---|---|---|
| | 780 | 02/22/2013 | | | "Store Locator," Oakdell Farms, February 22, 2013, http:/www.oakdell.com/StorePage.php, Internet Archive, https://web.archive.org/web/20130222070214/http:/www.oakdell.com/StorePage.php, |
| | 781 | 11/30/2012 | | | "Stores," Hy-Vee, November 30, 2012, http://www.hy-vee.com/stores/, Internet Archive. https://web.archive.org/web/20121130181943/http://www.hy-vee.com/stores/ |
| | 782 | 10/03/2012 | | | "Publix Stores," Publix, October 3, 2012, http://store.publix.com/publix/, Internet Archive. https://web.archive.org/web/20121003084912/http://store.publix.com/publix/ |
| | 783 | 03/06/2012 | | | "Stores," The Great Atlantic & Pacific Tea Company, March 6, 2012, http://www.aptea.com/stores.asp, Internet Archive. https://web.archive.org/web/20120306020706/http://www.aptea.com/stores.asp |
| | 784 | 08/25/2010 | | | "Store Locator page 2," Oakdell Farms, August 25, 2010, http://www.oakdell.com/StorePage.php?storelocator1Page=2, Internet Archive, https://web.archive.org/web/20100827060838/http:/www.oakdell.com/StorePage.php?storelocator1Page=2, |
| | 785 | 08/25/2010 | | | For Oakdell Farms, see: "Store Locator," Oakdell Farms, August 25, 2010, http:/www.oakdell.com/StorePage.php, Internet Archive, https://web.archive.org/web/20100825181808/http:/www.oakdell.com/StorePage.php, |

**PLAINTIFF'S POST-2008 TRIAL EXHIBITS**

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions |
|---|---|---|---|---|---|
| | 786 | 02/09/2010 | | | For Wilcox Farms, see: "Welcome to Wilcox Family Farms!" Wilcox Farms, February 9, 2010, http://www.wilcoxfarms.com/consumer/index.html, Internet Archive, https://web.archive.org/web/20100212124440/http://www.wilcoxfarms.com/consumer/index.html; |
| | 787 | 01/05/2010 | | | "Publix Stores," Publix, January 5, 2010, http://store.publix.com/publix/, Internet Archive. https://web.archive.org/web/20100105142132/http://store.publix.com/publix/ |
| | 788 | 09/16/2009 | | | "Stores," The Great Atlantic & Pacific Tea Company, September 16, 2009, http://www.aptea.com/stores.asp, Internet Archive. https://web.archive.org/web/20090916075527/http://www.aptea.com/stores.asp |
| | 789 | 09/01/2009 | | | "Stores," HyVee, September 1, 2009, http://www.hy-vee.com/stores/, Internet Archive. Https://web.archive.org/web/20090901063435/http://www.hy-vee.com/stores |
| | 810 | 6/28/2013 | N/A | N/A | Plaintiffs' Notice of Deposition Under Rule 30(b)(6) to Defendant Michael Foods, Inc. |
| | 823 | 7/17/2013 | N/A | N/A | Letter from W. Greene to S. Asher, et al. re: 30(b)(6) deposition topics |
| | 824 | 7/16/2013 | N/A | N/A | Website Printout re: Michael Foods Company History, http://www.michaelfoods.com/company/history.cfm |
| | 825 | 7/15/2013 | N/A | N/A | Letter from W. Greene to S. Asher, et al. re: 30(b)(6) deposition topics |
| | 826 | 3/22/2013 | N/A | N/A | Excerpt from FY 2012 Form 10-K for Michael Foods Group, Inc. |

PLAINTIFF'S POST-2008 TRIAL EXHIBITS

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions |
|---|---|---|---|---|---|
| | 827 | 3/22/2013 | N/A | N/A | Excerpt from FY 2012 Form 10-K for Michael Foods Group, Inc. |
| | 831 | 5/24/2011 | CM00091626 | CM00091656 | Cal-Maine Foods, Inc. Stephens Inc Spring Investmaent Conference |
| | 832 | 4/2/2009 | CM00092779 | CM00092811 | Cal-Maine Foods, Inc. 2009 Investor Presentation |
| | 833 | 4/23/2010 | CM00092899 | CM00092932 | Cal-Maine Foods, Inc. 2010 Investor Presentation |
| | 850 | 3/22/2009 | CM00215496 | CM00215518 | Master Agreement for Finished Goods |
| | 857 | 0000-00-00 | CM00266664 | CM00266781 | Record of Flock Reduction Program (2005-2009) |
| | 889 | 7/9/2009 | CM00730821 | CM00730822 | Brandon Wood (Eggs America) email to Jeff Hardin attaching invoice from Rose Acre |
| | 896 | 4/0/2014 | N/A | | Cal-Maine acquisitions and constructions, 1989 to present (prepared by Steve Storm for internal presentation) |
| | 897 | 2014-03-00 | N/A | | Cal-Maine investor presentation |
| | 898 | 0000-00-00 | N/A | | Schedule A (designated topics for deposition) |
| | 899 | 0000-00-00 | N/A | | UEP and USEM Committee list (Dolph Baker, Ken Looper, Ryn McDonald, Bob Scott, Steve Storm) |
| | 900 | 4/2/2014 | N/A | | Cal-Maine Egg Industry Terms page |
| | 901 | 4/2/2014 | N/A | | Cal-Maine Investor Relations page |
| | 902 | 4/2/2014 | N/A | | Cal-Maine Volatility of Egg Prices page |
| | 903 | 2/4/2014 | N/A | | Cal-Maine and Rose Acre counterclaim against DAP |
| | 904 | 5/28/2011 | N/A | | Form 10-K |
| | 946 | 0000-00-00 | UE0065621 | | UEP Export Commitment form |
| | 1012 | 1/9/2009 | KRA00045990 | KRA00045993 | January 2009 internal Kraft email chain in response to email received from Humane Society |
| | 1013 | 1/19/2010 | KRA00046002 | KRA00046008 | January 2010 internal Kraft email thread and draft document, both regarding Kraft's "animal welfare messaging" |

PLAINTIFF'S POST-2008 TRIAL EXHIBITS

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions |
|---|---|---|---|---|---|
| | 1015 | 2/24/2010 | KRA00052253 | KRA00052263 | February 2010 internal Kraft email chain and attached article regarding Unilever's decision to make its Hellmann's mayonnaise with 100% cage-free eggs. |
| | 1044 | 9/28/2012 | KRA00000019 | KRA00000039 | Amundson Ex. 1; Overview of Animal Welfare - Why does Kraft need an Animal Welfare Policy |
| | 1049 | 3/5/2014 | N/A | N/A | DAP-Hinton-37; Rose Acre Farms Commodity Eggs |
| | 1104 | 10/15/2009 | UB00007530 | UB00007534 | Gregory Ex. 95; UEP BOD Minutes |
| | 1114 | 12/10/09 | CM00404726 | CM00404744 | List of UEP Committees for 2010 |
| | 1124 | 2009-2011 | UE0957817 | UE0957823 | UEP Certified Certifications for Quality Egg of New England for 2009, 2010, and 2011 and corresponding letters |
| | 1125 | 10/27/11 | UE0965534 | UE0965536 | Maine Contract Farming, LLC Caged Layers Audit Checklist |
| | 1126 | 08/05/10 | UE0971011 | UE0971013 | Maine Contract Farming, LLC Caged Layers Audit Checklist |
| | 1127 | 12/16/09 | UE0976349 | UE0976362 | Maine Contract Farming, LLC Caged Layers Audit Checklist |
| | 1133 | 2/10/2009 | MFI0014147 | MFI0014147 | Spreadsheet re: Michael Foods - Global Egg and Potato Consolidated, 2008 Financial Report, Nine Block Product Comparative Analysis: December |
| | 1137 | 5/6/2015 | N/A | N/A | SEC Form 10-K Michael Foods Group, Inc. |
| | 1140 | 3/13/2015 | N/A | N/A | Affidavit of Terry L. Baker (Baker Ex. 70) (in part) |
| | 1168 | 2010 | MFI0017435 | MFI0017436 | Michael Foods Egg Products Co. Certification |
| | 1177 | 2009-2012 | UE0950925 | UE0950925 | Cal-Maine Foods, Inc. Certification |
| | 1178 | 2009-2012 | UE0955438 | UE0955438 | Michael Foods Egg Products Co. Certification |
| | 1179 | 2009-2012 | UE0958044 | UE0958044 | Rose Acre Farms, Inc. Certification |
| | 1180 | 2009-2012 | UE0960408 | UE0960459 | Wabash Valley Ballas Egg Brown Produce UEP Certificates of Compliance |
| | 1186 | 5/8/2018 | N/A | N/A | Declaration of Leana Stormont (HSUS) |

**PLAINTIFF'S POST-2008 TRIAL EXHIBITS**

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions |
|---|---|---|---|---|---|
| | 1191 | | KRA00045832 | KRA00045841 | Undated (though likely 2009) internal Kraft presentation by Scott Manion, titled "Liquid Eggs Category: Short-Term Recommendation." |
| | 1192 | 00/00/0000 | KRA00046948 | KRA00046959 | Wabash Valley Produce Kraft Meeting |
| | 1194 | 10/15/2009 | UB00007529 | UB00007534 | UEP Board of Directors' Minutes |
| | 1212 | 1/1/2011 | UE0966550 | UE0966554 | UEP Certified Program Audit |
| | 1213 | 1/1/2010 | UE0971960 | UE0971964 | UEP Certified Program Audit |
| | 1214 | 1/1/2009 | UE0977147 | UE0977152 | UEP Certified Program Audit |
| | 1219 | 12/10/2009 | | | Larry J. Seger Obituary, Evansville Courier Press, available at https://www.legacy.com/us/obituaries/courierpress/name/larry-seger-obituary?id=23733957 |