# EXHIBIT H

| | |
|---|---|
| **From:** | Acarter <ACarter@porterwright.com> |
| **Sent:** | Thursday, August 22, 2019 1:28 PM |
| **To:** | wblechman@knpa.com; dpatton@kennynachwalter.com; Michael Ponzoli (mponzoli@kennynachwalter.com); Brandon Floch (bfloch@kennynachwalter.com); David Germaine (dgermaine@sperling-law.com); jbjork@sperling-law.com; patrick.ahern@ahernandassociatespc.com; theo.bell@ahernandassociatespc.com; Moira Cain-Mannix (Cain-Mannix@marcus-shapira.com); hill@marcus-shapira.com; 'JMalysiak@jenner.com' |
| **Cc:** | Donald M. Barnes; Jim King; Jay Levine; Sumner, Robin P.; Levine, Jan P.; Redding, Whitney; Demetrio Josef |
| **Subject:** | [EXTERNAL] Eggs - Defendants' Supplemental Exhibits List |
| **Attachments:** | Defendants_ Supplemental Exhibit List (FINAL) - #12655627 v1.XLSX |

Counsel—

Attached please find Defendants' Supplemental Trial Exhibit List. Most of the documents on the list were previously identified in our deposition designations and counter-designations as exhibits contained within those designations. You'll also note that the first six are revisions to the corresponding reference number on our initial exhibit list.

With the exception of reference numbers 1051 (Rose Acre's LIM Flock Data) and 1052 (Rose Acre's Transactional Data), which are voluminous , we've uploaded all of the supplemental exhibits to the following file transfer site:

https://filetransfer.porterwright.com/

Username: RAcre_DAP_PL
Password: bD87&WpJXL

Let me know if you have any questions or issues.

Thanks,
Allen


**ALLEN T. CARTER**

Porter Wright Morris & Arthur LLP
Bio / acarter@porterwright.com
D: 614.227.4441 / F: 614.227.2100
41 South High Street, Suite 2900 / Columbus, OH 43215

**/ SEE WHAT INSPIRES US: porterwright.com**


NOTICE FROM PORTER WRIGHT MORRIS & ARTHUR LLP:

1

This message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read, print or forward it. Please reply to the sender that you have received the message in error. Then delete it. Thank you.
**END OF NOTICE**

| | |
|---|---|
| **From:** | Carter, Allen T. <ACarter@porterwright.com> |
| **Sent:** | Friday, August 23, 2019 5:02 PM |
| **To:** | dpatton@kennynachwalter.com; wblechman@knpa.com; Michael Ponzoli (mponzoli@kennynachwalter.com); Brandon Floch (bfloch@kennynachwalter.com); David Germaine (dgermaine@sperling-law.com); jbjork@sperling-law.com; patrick.ahern@ahernandassociatespc.com; theo.bell@ahernandassociatespc.com; Moira Cain-Mannix (Cain-Mannix@marcus-shapira.com); hill@marcus-shapira.com; 'JMalysiak@jenner.com' |
| **Cc:** | Donald M. Barnes; Jim King; Jay Levine; Levine, Jan P.; Sumner, Robin P.; Redding, Whitney |
| **Subject:** | In re Processed Egg Products Antitrust Litigation - Amended CMO 25 Exchanges |
| **Attachments:** | Defendants_ Objections to DAPs_ Initial Proposed Trial Exhibit List - #12683195 v1.XLSX; Defendants_ Objections to DAPs Supplemental Trial Exhibit List - #12654577 v1.XLSX; Defendants_ Proposed Stipulated Business Records - #12683970 v1.XLSX; Defendants' Objections to Direct Action Plaintiffs' Initial Trial Witness List.pdf |

Counsel:

Pursuant to the Court's Amended Case Management Order No. 25, please see the attached:

1) DAPs' initial exhibit list;
2) DAPs' supplemental exhibit list,
3) DAPs' live witness list; and
4) Defendants' proposed stipulated business records.

Allen


**ALLEN T. CARTER**

Porter Wright Morris & Arthur LLP
Bio  /  acarter@porterwright.com
D: 614.227.4441  /  F: 614.227.2100
41 South High Street, Suite 2900  /  Columbus, OH 43215

**/ SEE WHAT INSPIRES US: porterwright.com**

**NOTICE FROM PORTER WRIGHT MORRIS & ARTHUR LLP:**
This message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read, print or forward it. Please reply to the sender that you have received the message in error. Then delete it. Thank you.
**END OF NOTICE**