# EXHIBIT B

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4   IN RE:   PROCESSED EGG PRODUCTS:      MDL NO. 2002
     ANTITRUST LITIGATION                  08-MDL-02002
 5

 6

 7                            - - - - -

                           PHILADELPHIA, PA
 8
                              - - - - -
 9
                          NOVEMBER 25, 2019
10
                              - - - - -
11

12
        BEFORE:     THE HONORABLE GENE E.K. PRATTER, J.
13

14                            - - - - -

15                 TRANSCRIPT OF TRIAL PROCEEDINGS

16                             DAY 16

17                            - - - - -

18

19

20

21           KATHLEEN FELDMAN, CSR, CRR, RPR, CM
             Official Court Reporter
22           Room 1234 - U.S. Courthouse
             601 Market Street
23           Philadelphia, PA  19106
             (215) 779-5578
24

25
        (Transcript produced by mechanical shorthand via C.A.T.)
```

1  and what we don't know, the research.  And those were the
2  two -- the two main reasons.  But the industry accepted our
3  guidelines in principle in 2000 and then they worked through,
4  how do we transition to get to that point.
5  Q.   So did the Scientific Advisory
6  Committee's recommendations provide a time period for
7  implementation of the guidelines?
8  A.   We did not.
9  Q.   Did the UEP Guidelines provide a time period for
10  implementation?
11  A.   Yes, they did.
12  Q.   Did the Scientific Advisory Committee recommendations
13  provide for an audit program?
14  A.   No.  We anticipated there would be one but we -- we
15  didn't think about it at the beginning.  We anticipated that
16  there would be later, but we did not recommend that at the
17  beginning.
18  Q.   And did the UEP Guidelines contain an audit?
19  A.   Oh, yes.  And there were many groups, FMI, NCCR,
20  McDonald's, Burger King calling, and they set up their own,
21  some of them set up their own.
22  Q.   Did the Scientific Advisory Committee's recommendations
23  provide any provisions or recommendations for certification of
24  producers who complied with the recommendations?
25  A.   No.