# EXHIBIT C

```
1                  IN THE UNITED STATES DISTRICT COURT

2                FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

4    IN RE:  PROCESSED EGG PRODUCTS:        MDL NO. 2002
     ANTITRUST LITIGATION                   08-MDL-02002
5

6
                                - - - - -
7
                             PHILADELPHIA, PA
8
                                - - - - -
9
                            NOVEMBER 21, 2019
10
                                - - - - -
11

12
         BEFORE:     THE HONORABLE GENE E.K. PRATTER, J.
13

14                              - - - - -

15                   TRANSCRIPT OF TRIAL PROCEEDINGS

16                              DAY 14

17                              - - - - -

18

19

20

21            KATHLEEN FELDMAN, CSR, CRR, RPR, CM
              Official Court Reporter
22            Room 1234 - U.S. Courthouse
              601 Market Street
23            Philadelphia, PA  19106
              (215) 779-5578
24

25
         (Transcript produced by mechanical shorthand via C.A.T.)
```

```
 1                  (Dr. Hollingsworth resumes the stand.)
 2              THE COURT:  So we can bring the jury back.
 3              THE DEPUTY CLERK:  All rise.
 4              (Jury in.)
 5              THE COURT:  You-all may take your seats.  I don't
 6   know what you-all were doing back there, but you made Mr.
 7   Coyle come out smiling.  Thank you for taking a short break
 8   and coming back so promptly.
 9              Mr. Patton, you may continue.
10              MR. PATTON:  Thank you, Your Honor.
11   BY MR. PATTON:
12   Q.   Dr. Hollingsworth, before the break, we were going to go
13   on to the subject of audits.  Were animal welfare audits a
14   concern to the FMI?
15   A.   Yes, they were.  From the very beginning, the experts,
16   our animal welfare experts had said you can write the best
17   guidelines in the world, but if no one's using them, then
18   you're really not having an impact on welfare.  And they said
19   from the very beginning, keep at mind at some point you're
20   going to have to discuss how do you demonstrate that people
21   are actually following the guidelines.
22   Q.   Is that common sense to you.
23   A.   Very common, yes.  I mean, it's why have a guideline if
24   you're not going to show that the people use it.
25   Q.   And did FMI communicate this concept of having an audit
```