# EXHIBIT E

Page 645

1      IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2
3   IN RE:  PROCESSED EGG PRODUCTS    :
    ANTITRUST LITIGATION              :
4   ------------------------------:   MDL No. 2002
    THIS DOCUMENT APPLIES TO:         :   08-MD-02002
5   ALL ACTIONS                       :
6
7              -- HIGHLY CONFIDENTIAL --
8
9              Thursday, June 27, 2013
10
11             Continued videotaped deposition of
12  GENE W. GREGORY, taken at the offices of
13  Pepper Hamilton LLP, 3000 Two Logan Square,
14  18th & Arch Street, Philadelphia,
15  Pennsylvania 19103, beginning at 8:08 a.m.,
16  before LINDA ROSSI RIOS, RPR, CCR and Notary
17  Public.
18
19
20
21
22
23
24
25

Page 851

1 **GENE W. GREGORY - HIGHLY CONFIDENTIAL**
2 developing the UEP certified program?
3     A.    Yes.
4     Q.    And who were those other
5 individuals or entities?
6     A.    Food and Marketing Institute,
7 and -- who we refer to as FMI, and the
8 National Council of Chain Restaurants who we
9 refer to as NCCR.
10     Q.    How about the USDA and Validus?
11     A.    We needed to find a way in
12 which to make sure that we had a credible
13 program, and so we urged USDA originally to
14 be an auditing firm. We felt it was
15 important to have a government agency doing
16 the auditing as well as an independent agency
17 doing the auditing. So USDA and Validus then
18 worked with us and became the auditing firms.
19     Q.    And did Kroger work with you?
20     MR. OLSON: Objection to form.
21     THE WITNESS: Kroger, I don't
22     recall. I do know that there was at
23     least one time that Kroger attended a
24     meeting. I know at one time we held a
25     special as farm tour and like