# EXHIBIT H

 **United Egg Producers**

UEP Headquarters
1720 Windward Concourse • Suite 230 • Alpharetta, Georgia 30005
(770) 360-9220 • Fax (770) 360-7058



February 3, 2003

**UEP Officers**
Mike Bynum, Chairman
Al Pope, President
Roger Deffner, First Vice Chairman
Dolph Baker, Second Vice Chairman
Bob Krouse, Treasurer
Gary West, Secretary

**UEP Staff**
Al Pope
President

Gene Gregory
Sr. Vice President

Linda Reickard
Vice President

Irving Isaacson, Esq.
UEP General Counsel

**Washington Office**
Ken Klippen
V.P. Government Relations

Michael McLeod, Esq.
Washington Counsel

Randy Green
Sr. Government Relations Rep.

**Egg Nutrition Center**
Dr. Don McNamara
Executive Director

Dr. Hilary Shallo
Director of Food Safety Programs



Official U.S. Council Representative



TO:     Animal Care Certified Companies

FROM:   Gene Gregory

UEP's recent Board of Directors meeting resulted in a position being adopted for new or remodeled facilities. We need to keep you up to date on this as well as a few other points about auditing and space allowance of future hatches.

1. **Board Motion**: The "house average" space allowance will be permitted for any buildings and equipment purchased or contracted for prior to April 1, 2003 and installed by December 31, 2003. Any equipment purchased or contracted for or built after these dates must accommodate the placement of hens after August 1, 2008 at a **minimum** of 67 square inches per hen for White leghorns hens and 76 square inches for Brown egg layers.

2. **Board Motion**: For audit purpose, the layer house age will be recognized as the date on which the majority of birds were hatched to supply the layer house.

3. **Space Allowance**: As you plan your schedule for future hatches, please remember that pullet chicks hatched after October 1, 2003 must be placed in the layer house at a "house average" of 59 square inches for White leghorn hens and 66 square inches for Brown egg layers.

4. **Facilities to Be Audited**: USDA has informed UEP of the following plans"

"During the first year of the program, we propose to visit every facility (farm) for each company that request our audit service. Recognizing both the potential workload and cost involved, it is not feasible to conduct all these audits within a few moths. Therefore, we are planning to visit at least five facilities for each company with multiple locations. For those companies that have less then five facilities (locations), all their farms will be visited."

**Washington Offices**
UEP Government Relations
One Massachusetts Avenue, NW, Suite 800
Washington, D.C. 20001
(202) 842-2345  Fax (202) 682-0775

**Egg Nutrition Center**
1050 17th Street, NW, Suite 560
Washington, D.C. 20036
(202) 833-8850  Fax (202) 463-0102

**UEP Iowa Office**
Box 170
Eldridge, IA 52748
(563) 285-9100  Fax (563)285-9109

Confidential                                                                                            MPS-00123260

      Please remember that a facility is a site or location that may include multiple houses. At each location they may select at least 20% of the individual houses to inspect.

5. **Cost Recovery**: It is disappointing to hear from some of you that your customer is unwilling to pay your increased costs to meet these guidelines. We still recommend that you only put the **Animal Care Certified** logo on the cartons of companies willing to pay the costs.

You should not get discouraged. We believe with 225 million hens committed to the program and the trading of AHC (Animal Husbandry Certified) eggs, and the flock reduction that has begun to take effect, egg prices have and will continue to reflect the impact of these welfare guidelines.

GWG/ph

Confidential