# EXHIBIT A



December 1, 2011

Gene Gregory
President
United Egg Producers
1720 Windward Concourse #230
Alpharetta, GA 30005-2291


RE: Sparboe Farms, Inc.
United Egg Producers Membership

Dear Gene:

Sparboe Farms has a long tradition of making decisions based on meeting our customers' expectations. Regrettably, some decisions that appeared to be in our customers' best interests put us at times in disagreement with other egg producers and the UEP. We realize that the core values we held and some of the decisions we made put a target on us. The resulting media and customer response has been overwhelming to our company.

This has been a very painful lesson. While UEP correctly foresaw the issues which Sparboe Farms is now confronting, we did not. It is a new day at Sparboe Farms. We believe the United Egg Producers negotiated the most workable agreement for the egg the industry based on all options available. We have learned from this experience and realize the value of being an active and engaged member of the United Egg Producers.

While each producer has unique circumstances, we understand that collectively, the egg industry is stronger and will be most successful in dealing with the challenges the industry faces. Going forward, Sparboe Farms will support industry initiatives in scientific research, legislative and regulatory efforts. We would like to get our operations audited and approved for the UEP certified program as soon as possible.

I respectfully ask that you reinstate Sparboe Farms' membership in the United Egg Producers. I assure you that we will be positive and supportive.

Respectfully,

*Beth Schnell*

Beth Sparboe Schnell
President


23577 Hwy. 22 Litchfield, MN 55355 • 1-800-237-8344 • Fax: 320-593-9700 • www.sparboe.com

CF0005892