# EXHIBIT D

```
 1                IN THE UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4

 5   IN RE:  PROCESSED EGG PRODUCTS:        MDL NO. 2002
     ANTITRUST LITIGATION                   08-MDL-02002
 6

 7                           - - - - -

 8

 9                       PHILADELPHIA, PA

10

                            MAY 4, 2018
11                          DAY THREE

12

13   BEFORE:        THE HONORABLE GENE E.K. PRATTER, J.

14

15                         - - - - -

16                       TRIAL TRANSCRIPT

17                         - - - - -

18

19

20

21            KATHLEEN FELDMAN, CSR, CRR, RPR, CM
              Official Court Reporter
22            Room 1234 - U.S. Courthouse
              601 Market Street
23            Philadelphia, PA  19106
              (215) 779-5578
24

25
        (Transcript produced by mechanical shorthand via C.A.T.)
```

 1   A.   Yes.

 2   Q.   And who were some of those leaders?

 3   A.   Well, the Cal-Maine organization was -- was very

 4   supportive of the seal.  The Rose Acres organization was very

 5   supportive of the seal and other producers.  There were

 6   members, as Michael Foods, one of the largest producers who

 7   were significantly on the breaker side of the business, that

 8   was not in favor of that 100% rule.

 9   Q.   Now, you say that you got yourself invited to this

10   meeting between the United Egg Producers and the Food

11   Marketing Institute in early 2002.

12              Did you end up going to that meeting?

13   A.   I did.  I didn't get invited.  I just went and showed up.

14   I knew when it would be and I was very respectful.  I -- I

15   showed up, I listened to the presentation.  Then when we had

16   an opportunity to dialogue back and forth with FMI, I

17   explained that there wasn't -- there wasn't uniform agreement

18   within the industry to the 100% rule.

19   Q.   Okay.  Now, when you -- did a point come where -- you

20   said that you had already by this point expressed some concern

21   about 100% rule.  At this time in early 2002, apart from going

22   to this meeting with the Food Marketing Institute, did you do

23   anything else to let it be known that you were not happy with

24   the program as it was developing?

25   A.   There was a group of about 50 million birds worth of

1   producers that were essentially reaching out to the rest of

2   the industry and saying we can't live with this 100% rule,

3   because it will absolutely wreak havoc on parts of our

4   business.  So we made an appeal in committee, at Board

5   meetings.  We reached out to all the other members and said

6   that we needed relief from this 100% rule.

7   Q.   Now, around the time that you were doing this, and I'll

8   get to the -- some questions about the details of that

9   immediately, but just quickly before that, at the time when

10  you were starting with these other producers to have these

11  discussions and take the actions you described, do you recall

12  that the United Egg Producers were doing anything to try to

13  encourage members to join the new program?

14  A.   Yeah.  I mean, I think everybody in the -- that were

15  members were being encouraged to comply, you know,

16  100 percent.  But we made amendments and motions at the Board

17  meeting to essentially put this up for a vote.  We asked for

18  relief for that side of the industry that had contracts and

19  that were producing liquid and powder products.

20  Q.   Do you recall that a point came during that year when the

21  United Egg Producers sent communications to members

22  encouraging them to participate in this new Animal Welfare

23  Program?

24  A.   Yeah, it was -- generally, yes, I am -- I am familiar

25  with those outreach.