# EXHIBIT F

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4    IN RE:  PROCESSED EGG PRODUCTS:        MDL NO. 2002
      ANTITRUST LITIGATION                   08-MDL-02002
 5

 6
                                - - - - -
 7
                             PHILADELPHIA, PA
 8
                                - - - - -
 9
                             NOVEMBER 6, 2019
10
                                - - - - -
11

12
      BEFORE:     THE HONORABLE GENE E.K. PRATTER, J.
13

14                              - - - - -

15                    TRANSCRIPT OF TRIAL PROCEEDINGS

16                                DAY 5

17                              - - - - -

18

19

20

21            KATHLEEN FELDMAN, CSR, CRR, RPR, CM
              Official Court Reporter
22            Room 1234 - U.S. Courthouse
              601 Market Street
23            Philadelphia, PA  19106
              (215) 779-5578
24

25
          (Transcript produced by mechanical shorthand via C.A.T.)
```

1  recall any time Mr. Sparboe vocalized opposition to the
2  100% rule and all these various meetings that you described
3  and you remember that you're here for today?
4  A.   Yes.  He did vocalize, as well as I did, as well as all
5  the other things you just talked about, USEM exports and
6  reductions, and we were very vocal about that.
7  Q.   Despite the vocal concerns raised by Mr. Sparboe and
8  yourself, after Sparboe joined the Certified Program in 2002,
9  and after the 100% rule went into effect in 2002, Sparboe
10 remained in the UEP, correct?
11 A.   Yes.
12 Q.   Sparboe remained part of the Certified Program, right?
13 A.   Yes.
14 Q.   And then the same for 2003, Sparboe remained in the UEP,
15 correct?
16 A.   Um-hum.
17 Q.   Yes?
18 A.   Yes.
19 Q.   And remained a member of the Certified Program?
20 A.   Yes.  We remained in it all the way up until July 1,
21 2005.
22 Q.   2004 member of UEP Certified Program, right?
23 A.   Correct.
24 Q.   And 2005 member of UEP Certified Program?
25 A.   Up until July 1st of 2005.

1  We'll go through to about 12:30, and then we'll be done for
2  the day tomorrow on that basis.  So have a lovely evening.  Do
3  not worry, think about or do anything relating to this case,
4  but have a safe journey home and come back here.  See you
5  tomorrow, 9:30.
6              THE DEPUTY CLERK:  All rise.
7              (Jury out.)
8              THE COURT:  There you go.  See you tomorrow, 9:30.
9  And what deposition is it going to be, by the way?
10             MR. PATTON:  Mr. Gregory's deposition.
11             THE COURT:  I'm sorry?
12             MR. PATTON:  Mr. Gregory's deposition.
13             THE COURT:  Okay.
14             (Court adjourned.)
15
16
                      C E R T I F I C A T E
17
18      I certify that the foregoing is a correct transcript
19  from the record of the proceedings in the above-entitled
20  matter.
21
22
23                              _____
24                              Kathleen Feldman, CSR, CRR, RPR, CM
                                Official Court Reporter
25