# EXHIBIT H

```
                                          Page 645
 1          IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
 3     IN RE:  PROCESSED EGG PRODUCTS :
       ANTITRUST LITIGATION           :
 4     -----------------------------:  MDL No. 2002
       THIS DOCUMENT APPLIES TO:      :  08-MD-02002
 5     ALL ACTIONS                    :
 6
 7               -- HIGHLY CONFIDENTIAL --
 8
 9               Thursday, June 27, 2013
10
11               Continued videotaped deposition of
12     GENE W. GREGORY, taken at the offices of
13     Pepper Hamilton LLP, 3000 Two Logan Square,
14     18th & Arch Street, Philadelphia,
15     Pennsylvania 19103, beginning at 8:08 a.m.,
16     before LINDA ROSSI RIOS, RPR, CCR and Notary
17     Public.
18
19
20
21
22
23
24
25
```

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL

2    now and have been, I don't know, for, I don't

3    know, maybe it's a couple years now, I'm not

4    sure.

5           Q.      Why did they change their

6    position on the 100 percent rule?

7                   MR. OLSON:  Objection to form.

8                   THE WITNESS:  I don't know all

9           of it, but the series of events was

10          that, you know, I hate to -- these

11          kind of things have come up.  There

12          was undercover investigation done by

13          an animal activist that somehow or

14          another got into Sparboe farm, did a

15          video, obviously like all of them,

16          it's not a fair representation of the

17          company.  But that video was turned

18          over to Brian Ross, and I believe he's

19          with ABC News.  Anyway ABC or Brian

20          Ross did this big evening news show

21          about the Sparboe Company and about

22          their animal welfare programs or food

23          safety programs, and I don't remember

24          all of it, what was on it anyway, it

25          just -- the company itself I think

```
 1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
 2          poorly represented themselves in that
 3          response to that, and they quickly
 4          lost customers.  And Beth now by this
 5          time is the president of the company,
 6          and her husband Bob made a phone call
 7          to me and said I would like to meet
 8          with you, we need to apologize for
 9          everything, all the things we've said
10          bad about UEP, and we've been wrong
11          all along about this, we need your
12          help.  I explained that based on all
13          the things you've done to us, why
14          would I want to help you.
15                  We had a conversation on the
16          phone and I said, you know what, Bob,
17          I like you, and it's my duty to help
18          companies that are in trouble.  So I
19          will meet with you if my attorney
20          permits me to do so.  I said, where do
21          you want to meet?  He said, I'll fly
22          today down to Atlanta to do it.
23                  So I made a call to my attorney
24          and said, hey --
25   BY MS. LEVINE:
```

Page 993

```
1
2                C E R T I F I C A T E
3
4
          I do hereby certify that I am a Notary
5    Public in good standing, that the aforesaid
     testimony was taken before me, pursuant to
6    notice, at the time and place indicated; that
     said deponent was by me duly sworn to tell
7    the truth, the whole truth, and nothing but
     the truth; that the testimony of said
8    deponent was correctly recorded in machine
     shorthand by me and thereafter transcribed
9    under my supervision with computer-aided
     transcription; that the deposition is a true
10   and correct record of the testimony given by
     the witness; and that I am neither of counsel
11   nor kin to any party in said action, nor
     interested in the outcome thereof.
12
          WITNESS my hand and official seal this
13   9th day of July, 2013.
14
15
16        _____
                    Notary Public
17
18
19
20
21
22
23
24
25
```