# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kraft Foods Global, Inc., et al.

                                        Plaintiff,

v.                                                                       Case No.: 1:11−cv−08808
                                                                       Honorable Charles R. Norgle Sr.

United Egg Producers, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 20, 2022:

       MINUTE entry before the Honorable Charles R. Norgle: Counsel are advised that this case is set as a "Back Up Case" on the Jury Trial protocol schedule for 10/24/2022. The 5/2/2022 Order is amended to show Telephone Oral Argument on Pretrial Order from 9/29/2022 to 10/6/2022 at 10:30 a.m. Please dial (888) 684−8852, access code 8119065, to participate in the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(smm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.