# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kraft Foods Global, Inc., et al.

                        Plaintiff,

v.                                                    Case No.: 1:11−cv−08808
                                                    Honorable Charles R. Norgle Sr.

United Egg Producers, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 20, 2022:

      MINUTE entry before the Honorable Charles R. Norgle: IT IS HEREBY ORDERED that: Due to COVID trial protocols, Jury Trial previously set for 10/24/2022 at 10:00 a.m. is stricken and converted to a Telephone Status Hearing on 10/24/2022 at 10:00 A.M. to reset the jury trial. Please dial (888) 684−8852, access code 8119065, to participate in the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(smm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.