UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Charles R. Norgle |

**JOINT MOTION TO ADVANCE HEARING AND RESET TRIAL DATE**

On September 20, 2022, the Court entered an order striking the previously-set trial date of October 24, 2022 (the "Court's Order"). (Dkt. 213.) The Court's Order further scheduled a telephonic status hearing on October 24, 2022 to reset the trial date. In light of the Parties' extensive pre-trial efforts that preceded the Court's Order and the need to coordinate the appearances of dozens of witnesses and preserve client resources for this complex five-week trial involving eight Parties and their counsel, the Parties respectfully request that the Court conduct a hearing on Friday, September 23, 2022 at 10:30am, or at the Court's earliest convenience, to reset the trial date. In further support thereof, the Parties state the following:

1. Beginning in the Spring 2022, after the Court set the initial trial date, the Parties began collaborating in earnest to streamline this complex case and minimize the number of pretrial disputes to be resolved by the Court. In doing so, the Parties have successfully resolved multiple motions *in limine*, entered into 15 trial stipulations, and continue to coordinate on the submission of a joint pretrial order, currently due on September 28.

2. At the time of the Court's Order, the Parties were separately involved in extensive pretrial preparations, including the preparation of multiple out-of-state witnesses. They had also finalized arrangements for the re-location of multiple trial teams to Chicago.

3. In light of the Court's Order, the Parties seek to ascertain whether ongoing trial preparations should be put on hold temporarily in order to preserve client resources. This decision will be based largely on the extent of the delay the Parties will face once a new trial date is set.

4. The Parties understand that a hearing has been scheduled for October 24, 2022, to reset the jury trial, but are concerned that by waiting until this date it will make it difficult to quickly reschedule the trial given logistical issues, such as ensuring witness availability and making arrangements for out-of-town counsel and witnesses.

5. The Parties appreciate that Covid issues and protocols have injected significant uncertainty into the judicial process. Mindful of this, the Parties request a prompt hearing with the Court to discuss alternative available trial dates so

appropriate allocation of client resources may be made and the requisite planning can be done.

6. Pending the Court resetting the trial date, the Parties request that all deadlines, including the parties' scheduled exchange on September 21, 2022, the September 28, 2022 deadline for the submission of the Pretrial Order, and the October 6, 2022 telephonic oral argument on Pretrial Order, be held in abeyance. Once a trial date is set, the Parties will confer and submit a proposed order resetting pretrial dates for the Court's consideration, which will include deadline for replies in support of the motion to bifurcate and the *Santiago* proffer.

7. The Parties also request a referral to a magistrate judge after the Court has ruled on the *Santiago* proffer and certain motions *in limine* to assist with evidentiary objections over exhibits and deposition. The Parties will be prepared to inform the Court which motions *in limine* they view as important to rule on before any referral.

WHEREAS, the Parties respectfully request a hearing on Friday, September 23, 2022, at 10:30 am, or at the Court's earliest convenience, to reset the trial date for a date certain.

September 21, 2022

Respectfully submitted,

*/s/ Brandon D. Fox*
James T. Malysiak
Terrence J. Truax
Joel T. Pelz
Angela M. Allen
JENNER & BLOCK LLP

*/s/ Patrick M. Collins*
Patrick M. Collins (pcollins@kslaw.com)
Livia M. Kiser (lkiser@kslaw.com)
Patrick M. Otlewski
(potlewski@kslaw.com)

353 N. Clark Street Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
Email:jmalysiak@jenner.com
ttruax@jenner.com
jpelz@jenner.com
aallen@jenner.com

Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 South Flower
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
Email: bfox@jenner.com
agallegos@jenner.com

***Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestle USA, Inc. and The Kellogg Company***

Abigail Hoverman Terry
(aterry@kslaw.com)
KING & SPALDING LLP
110 North Wacker Drive, 38th Floor
Chicago, IL 60606
Tel: (312) 995-6333

Lohr Beck (lohr.beck@kslaw.com)
(pro hac vice)
Andrew Chinsky (achinsky@kslaw.com)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-2812

Brian E. Robison
(brian@brownfoxlaw.com)
(pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
Tel: (972) 707-2809

***Counsel for Defendant Cal-Maine Foods, Inc.***

*/s/ Robin P. Sumner*
Robin P. Sumner
(robin.sumner@troutman.com)
Kaitlin L. Meola
(kaitlin.meola@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000

Whitney R. Redding
(whitney.redding@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Union Trust Building
501 Grant Street, Suite 300

Pittsburgh, PA 15219-4429
Tel: (412) 454-5085

Robert E. Browne, Jr.
(robert.browne@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 West Monroe Street, Suite 3900
Chicago, IL 60606
Tel: (312) 759-1923

***Counsel for Defendants United Egg Producers, Inc. & United States Egg Marketers, Inc.***

*/s/ Donald M. Barnes*
Donald M. Barnes
(dbarnes@porterwright.com)
Jay L. Levine
(jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K. Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James A. King
(jking@porterwright.com)
Allen T. Carter
(acarter@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

***Counsel for Defendant Rose Acre Farms, Inc.***