IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., <br><br> Defendant. | Case No. 1:11-cv-08808 <br><br> Hon. Charles R. Norgle |

### ORDER

Joint motion to advance hearing and reset trial date [216] is denied. By October 6, 2022, the parties shall submit an agreed date for trial, but if they cannot jointly agree, then each party shall submit its own proposed trial date.

IT IS SO ORDERED.

ENTER: /s/ Charles R. Norgle

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: September 22, 2022