## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.

Case Number: 1:11-cv-08808

An appearance is hereby filed by the undersigned as attorney for:
Cal-Maine Foods, Inc.

Attorney name (type or print): Lohr A. Beck

Firm: King & Spalding LLP

Street address: 1180 Peachtree Street NE, Suite 1600

City/State/Zip: Atlanta, GA 30309-3521

Bar ID Number: GA 828063
(See item 3 in instructions)

Telephone Number: 404-572-4600

Email Address: lohr.beck@kslaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 09/26/2022

Attorney signature: S/ Lohr A. Beck
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015