## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Charles R. Norgle |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS' CLAIMS AGAINST DEFENDANT MICHAEL FOODS, INC.

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., and Nestlé USA, Inc. (collectively referred to as "Plaintiffs"), and Defendant Michael Foods, Inc. ("Michael Foods") stipulate and agree to the dismissal, with prejudice, of Plaintiffs' claims against Michael Foods in the above-captioned case with each side bearing its own attorneys' fees and costs. The Stipulation of Dismissal, with prejudice, is intended to be without prejudice to Plaintiffs' claims against any other Defendant or alleged co-conspirators in the above-captioned case. A proposed Order of Dismissal, with prejudice, will be submitted to the Court via email to Marian_cowan@ilnd.uscourts.gov, per the Court's Case Procedures.

Respectfully submitted,

Dated: September 27, 2022

| | |
|---|---|
| */s/Brandon D. Fox* | */s/ Carrie C. Mahan* |
| James T. Malysiak | Carrie C. Mahan |
| Terrence J. Truax | S. Nicole Booth |
| Joel T. Pelz | WEIL, GOTSHAL & MANGES LLP |
| Angela M. Allen | 2001 M Street, N.W. |
| JENNER & BLOCK LLP | Washington, DC 20036 |
| 353 N. Clark Street | Tel: (202) 682-7000 |
| Chicago, IL 60654 | Email: carrie.mahan@weil.com |
| Tel: (312) 222-9350 | nicole.booth@weil.com |
| Fax: (312) 527-0484 | |
| Email: jmalysiak@jenner.com | Brian G. Liegel |
| ttruax@jenner.com | WEIL, GOTSHAL & MANGES LLP |
| jpelz@jenner.com | 1395 Brickell Avenue, Suite 1200 |
| aallen@jenner.com | Miami, FL 33131 |
| | Tel: (305) 577-3180 |
| Brandon D. Fox | Email: brian.liegel@weil.com |
| Amy M. Gallegos (*admitted pro hac vice*) | |
| JENNER & BLOCK LLP | Stephen J. Siegel |
| 515 South Flower | Elizabeth C. Wolicki |
| Los Angeles, CA 90071 | NOVACK AND MACEY LLP |
| Tel: (213) 239-5100 | 100 N Riverside Plaza |
| Fax: (213) 239-5199 | Chicago, IL 60606 |
| Email: bfox@jenner.com | Tel: (312) 419-6900 |
| agallegos@jenner.com | Email: ssiegel@novackmacey.com |
| | ewolicki@novackmacey.com |
| ***Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestle USA, Inc. and The Kellogg Company*** | ***Counsel for Defendant Michael Foods, Inc.*** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, I electronically filed the foregoing document, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this action.

*/s/ Brandon D. Fox*
Brandon D. Fox
