UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 1:11-cv-08808 |
| v. | ) Judge Charles R. Norgle |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF FILING OF STIPULATION FOR DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS' CLAIMS AGAINST DEFENDANT MICHAEL FOODS, INC.

Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., and Nestlé USA, Inc. (herein referred to as the "Settling Plaintiffs") hereby give notice of their filing of the Stipulation for Dismissal with Prejudice of Certain Plaintiffs' Claims Against Defendant Michael Foods, Inc. (the "Stipulation"). The Stipulation is intended to be without prejudice to the Settling Plaintiffs' claims against any other Defendant or alleged co-conspirators in the above-captioned case.

September 27, 2022                      Respectfully submitted,

*/s/ Brandon D. Fox*
James T. Malysiak
Terrence J. Truax
Joel T. Pelz
Angela M. Allen
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
Email: jmalysiak@jenner.com
         ttruax@jenner.com
         jpelz@jenner.com
         aallen@jenner.com

Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 South Flower
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
Email: bfox@jenner.com
        agallegos@jenner.com

***Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestle USA, Inc. and The Kellogg Company***

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this action.

    /s/ *Brandon D. Fox*
Brandon D. Fox