UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Charles R. Norgle |

**ORDER OF DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS' CLAIMS AGAINST DEFENDANT MICHAEL FOODS, INC.**

This cause is before the Court pursuant to Rule 41 of the Federal Rules of Civil Procedure on the Stipulation of Plaintiffs Kraft Global Foods, Inc., General Mills, Inc., and Nestlé USA, Inc. (collectively referred to as "Settling Plaintiffs") and Defendant Michael Foods, Inc. ("Michael Foods") to dismiss, with prejudice, the Settling Plaintiffs' claims against Michael Foods in the above-captioned case with each side bearing its own attorneys' fees and costs. The Court has considered the Stipulation, the record in the case, and being otherwise advised, it is

ORDERED and ADJUDGED that the Stipulation for the dismissal, with prejudice, of Plaintiffs' claims against Michael Foods in the above-captioned case with each side bearing its own attorneys' fees and costs be and the same is Accepted. Accordingly, it is

ORDERED and ADJUDGED that the claims in the above-captioned case of Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., and Nestlé USA, Inc. against Defendant Michael

Foods, Inc. be and the same are dismissed, with prejudice, with each side bearing its own attorneys' fees and costs. This Order of Dismissal, with prejudice, is without prejudice to Plaintiffs' claims against any other Defendant or alleged co-conspirator in the above-captioned case.

DONE and ORDERED in Chambers in Chicago, Illinois this 27 day of Sept., 2022

Hon. Charles R. Norgle
United States District Judge