# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) | Judge Charles R. Norgle |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS, INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF JASON S. DUBNER

Attorney Jason S. Dubner of Porter, Wright, Morris & Arthur LLP, respectfully notifies the Court pursuant to Local Rule 83.17 that he withdraws his appearance as counsel for Rose Acre Farms, Inc. in the above-captioned matter. Rose Acre Farms, Inc. will continue to be represented in this matter by Jay L. Levine, Donald M. Barnes, James A. King, and Allen T. Carter of Porter, Wright, Morris & Arthur LLP.

Dated: September 29, 2022      Respectfully submitted,

*/s/ Jason S. Dubner*
Jason S. Dubner (jdubner@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
321 North Clark Street, Suite 400
Chicago, Illinois 60654
Tel: (312) 756-8500

Jay L. Levine (jlevine@porterwright.com)
Donald M. Barnes (dbarnes@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K. Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James A. King (jking@porterwright.com)
Allen T. Carter (acarter@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

*Counsel for Defendant Rose Acre Farms, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2022, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this action.

*/s/ Jason S. Dubner*
Jason S. Dubner

21309767v1