UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Charles P. Kocoras |

## JOINT MOTION TO AMEND PRETRIAL SCHEDULE AND SET TRIAL DATE

This is the third case to be tried out of an MDL that had been pending for many years in the Eastern District of Pennsylvania. Plaintiffs filed this case in this District in 2011 and, after being transferred for many years to the Eastern District of Pennsylvania for MDL proceedings, the case was assigned to the Honorable Judge Norgle in September 2019. (ECF No. 15). While there have been substantial pretrial filings in anticipation of the previously-set October 24, 2022 trial, Judge Norgle did not rule on any substantive motions.

On September 22, 2022, after the Court *sua sponte* vacated the previously-set October 24th trial date, the Court entered an order directing the Parties to submit an agreed date for trial or separate proposals if an agreement could not be reached. (ECF No. 217.) The Parties have conferred in good faith and jointly request a January 30, 2023 trial date. The Parties estimate that the trial will last five weeks. Based on

this five-week estimate, the Parties believe the trial will end on or before March 3, 2023. Of course, the Parties are available at the Court's convenience---and would welcome the opportunity---for a status hearing to discuss overall scheduling and pending substantive issues in this complex case.

Further, the Parties agree that there are a number of matters remaining for pretrial resolution, which should be set sufficiently in advance of the proposed trial date.

The Parties propose the following schedule for remaining pretrial matters should trial be set on January 30, 2023:

| | |
|---|---|
| Parties file respective replies in support of *Santiago* proffer and motion to bifurcate | October 28, 2022 |
| Oral argument on *Santiago* proffer, motion to bifurcate and motions *in limine* | November 3, 2022 |
| Parties file pretrial order and proposed jury instructions | December 2, 2022 |
| Oral argument on pretrial order | December 15, 2022 |

WHEREAS the Parties respectfully request this Court consider the above proposed schedules and set a status hearing at the Court's convenience.

Dated: October 6, 2022

Respectfully submitted:

*Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company*

*/s/ Brandon D. Fox*
James T. Malysiak
(jmalysiak@jenner.com)
Terrence J. Truax (ttruax@jenner.com)

*Counsel for Defendant Cal-Maine Foods, Inc.*

*/s/ Patrick M. Collins*
Patrick M. Collins (pcollins@kslaw.com)
Livia M. Kiser (lkiser@kslaw.com)
Patrick Otlewski (potlewski@kslaw.com)
Abigail Hoverman Terry

2

Joel T. Pelz (jpelz@jenner.com)
Angela M. Allen (aallen@jenner.com)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484

Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 South Flower
Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com

(aterry@kslaw.com)
KING & SPALDING LLP
110 North Wacker Drive, 38th Floor
Chicago, IL 60606
Tel: (312) 995-6333

Lohr Beck (lohr.beck@kslaw.com)
(pro hac vice)
Andrew Chinsky (achinsky@kslaw.com)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-2812

Brian E. Robison
(brian@brownfoxlaw.com)
(pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
Tel: (972) 707-2809

*Counsel for Defendant Rose Acre Farms, Inc.*

*/s/ Donald M. Barnes*
Donald M. Barnes
(dbarnes@porterwright.com)
Jay L. Levine
(jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K. Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James A. King (jking@porterwright.com)
Allen T. Carter
(acarter@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

*Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.*

*/s/ Robin P. Sumner*
Robin P. Sumner
(robin.sumner@troutman.com)
Kaitlin L. Meola
(kaitlin.meola@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000

Whitney R. Redding
(whitney.redding@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Tel: (412) 454-5085

Robert E. Browne, Jr.
(robert.browne@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 West Monroe Street, Suite 3900
Chicago, IL 60606
 Tel: (312) 759-1923