

**United States District Court**
**Northern District of Illinois**

In the Matter of

Kraft Foods Global, Inc. et al

v.

United Egg Producers, Inc. et al

District Judge Gary Feinerman

Case No. 11-CV-8808

Designated Magistrate Judge
Jeffrey Cole

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge Charles P. Kocoras**

Date: Wednesday, October 12, 2022

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Rebecca R. Pallmeyer**

Dated: Thursday, October 13, 2022

District Reassignment - By Lot

- 28:294(b) I transfer this case to the Executive Committee for reassignment to another judge pursuant to the provisions of 28 USC 294(b). The receiving judge will receive equalization credit.

..................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot