Steven C. Seeger

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that 11 CV 8808, *Kraft Foods Global, Inc. et al v. United Egg Producers, Inc. et al,* is currently pending before the Hon. Gary Feinerman; and

It further appearing that Judge Feinerman and Judge Seeger have agreed that 11 CV 8808, *Kraft Foods Global, Inc. et al v. United Egg Producers, Inc. et al.,* be reassigned to Judge Seeger*;* therefore

It is hereby ordered that 11 CV 8808, *Kraft Foods Global, Inc. et al v. United Egg Producers, Inc. et al* is to be reassigned to the Hon. Steven C. Seeger pursuant to IOP 13(d).

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 21st day of November, 2022