# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) |
| Plaintiffs, | ) No. 1:11-cv-08808 ) |
| v. | ) Judge Steven C. Seeger ) |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) |
| Defendants. | ) ) ) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVERSIZED REPLY BRIEF IN SUPPORT OF THEIR *SANTIAGO* PROFFER

Kraft Foods Global, Inc., The Kellogg Company, General Mills, Inc., and Nestlé USA, Inc. (collectively "Plaintiffs"), by their attorneys, move this Court for permission to file an oversized reply brief in support of their *Santiago* Proffer (the "Motion"). In support of this Motion, Plaintiffs state as follows:

1. On November 3, 2022, the Parties appeared before the Honorable Judge Gary S. Feinerman for a status hearing. (Dkt. 235.) At that hearing, the Parties proposed that they file their respective remaining reply briefs, Plaintiffs' Reply in Support of their *Santiago* Proffer (the "Reply"), and Defendants' Reply in Support of their Motion to Bifurcate, on December 2, 2022. The Court granted that request.

2. On November 21, 2022, this case was transferred to your Honor. (Dkt. 236.)

3. In preparing the Reply, Plaintiffs' counsel state in their professional judgment that additional pages are necessary to provide the Court with additional context and background in

support of their *Santiago* Proffer and to adequately respond to all of the legal and factual arguments advanced in Defendants' 38 page opposition. (Dkt. 203.)

4. As such, Plaintiffs seek leave of Court to file a 25 page Reply.

5. Defendants do not oppose this Motion.

WHEREFORE, Plaintiffs respectfully request the Court to grant leave to file an oversized Brief in Support of their *Santiago* Proffer not to exceed 25 pages.

December 2, 2022

Respectfully submitted,

***Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company***

 /s/ *Brandon D. Fox*
Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com

James T. Malysiak
Joel T. Pelz
Angela M. Allen
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
jmalysiak@jenner.com
jpelz@jenner.com
aallen@jenner.com

Case: 1:11-cv-08808 Document #: 241 Filed: 12/02/22 Page 4 of 4 PageID #:7382

## CERTIFICATE OF SERVICE

     I hereby certify that on December 2, 2022, I electronically filed the foregoing document, and all filings listed in this document, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this action. I further certify that I caused the foregoing document, and all filings listed in this document, to be served via electronic mail on counsel for all parties.

                                                    /s/ *Brandon D. Fox*
                                                     Brandon D. Fox

2