UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT A TO DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR BIFURCATION OF TRIAL**

Defendants United Egg Producers, Inc., United States Egg Marketers, Inc., Cal-Maine Foods, Inc., and Rose Acre Farms, Inc., hereby file this Motion for Leave to File Under Seal Exhibit A to Defendants' Reply in Support of their Motion for Bifurcation of Trial ("Motion for Leave") and state the following:

1. Defendants filed a Reply in Support of their Motion for Bifurcation of Trial, ECF No. 238 (the "Reply"), shortly before the filing of this Motion for Leave.

2. Exhibit A to the Reply, ECF No. 238-1 ("Exhibit A") contains information that has been designated "Highly Confidential – Subject to Protective Order" by parties to this lawsuit pursuant to the Protective Order entered in the

1

multidistrict litigation, *In re Processed Egg Prod. Antitrust Litig.*, No. 08-MD-2002, Case Management Order No. 10 (Protective Order) at 3, ECF No. 50 (Feb. 12, 2009).

3. This confidentiality designation means that Exhibit A contains information that constitutes confidential commercial information, personal information not generally disclosed to the public, competitively sensitive materials, and trade secrets.

4. Following the filing of Exhibit A, Defendants contacted the Clerk of the Court to ensure that Exhibit A was provisionally placed under seal.

5. Simultaneous with or following the filing of this Motion for Leave, Defendants will file a public version of Exhibit A.

6. Accordingly, Defendants request leave to file Exhibit A under seal.

## Conclusion

Defendants respectfully request that this Court grant their Motion for Leave and grant them all such other and further relief this Court deems appropriate.

Dated: December 4, 2022                     Respectfully submitted,

*/s/ Patrick M. Otlewski*
Patrick M. Collins (pcollins@kslaw.com)
Livia M. Kiser (lkiser@kslaw.com)
Patrick M. Otlewski (potlewski@kslaw.com)
Abigail Hoverman Terry (aterry@kslaw.com)
KING & SPALDING LLP
110 North Wacker Drive, 38th Floor

2

Chicago, IL 60606
Tel: (312) 995-6333

Lohr Beck (lohr.beck@kslaw.com)
(pro hac vice)
Andrew Chinsky (achinsky@kslaw.com)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-2812

Brian E. Robison (brian@brownfoxlaw.com)
(pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
Tel: (972) 707-2809

***Counsel for Defendant Cal-Maine Foods, Inc.***

*/s/ Robin P. Sumner*
Robin P. Sumner
(robin.sumner@troutman.com)
Kaitlin L. Meola
(kaitlin.meola@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000

Whitney R. Redding
(whitney.redding@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Tel: (412) 454-5085

3

Robert E. Browne, Jr.
(robert.browne@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 West Monroe Street, Suite 3900
Chicago, IL 60606
Tel: (312) 759-1923

*Counsel for Defendants United Egg Producers, Inc. & United States Egg Marketers, Inc.*

*/s/ Donald M. Barnes*
Donald M. Barnes
(dbarnes@porterwright.com)
Jay L. Levine (jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K. Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James A. King (jking@porterwright.com)
Allen T. Carter (acarter@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

*Counsel for Defendant Rose Acre Farms, Inc.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this action.

*/s/ Patrick M. Otlewski*
Patrick M. Otlewski
