UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Kraft Foods Global, Inc., et al.

                              Plaintiff,

v.                                                Case No.: 1:11−cv−08808
                                                Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 7, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant Cal−Maine Foods's motion to seal (Dckt. No. [155]) is hereby granted. Plaintiffs' motion to seal (Dckt. No. [162]) is hereby granted. Plaintiffs' motion for extra pages (Dckt. No. [167]) is hereby granted. Plaintiffs' motion to seal (Dckt. No. [240]) is hereby granted. Plaintiffs' motion for leave to file an oversized reply brief (Dckt. No. [241]) is hereby granted. Defendants' motion to seal (Dckt. No. [242]) is hereby granted. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.