UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Kraft Foods Global, Inc., et al.
                            Plaintiff,

v.                                                 Case No.: 1:11–cv–08808
                                                           Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 7, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: As an aside, Plaintiffs' counsel filed a certificate of service on the docket for each of its recent filings, and so did defense counsel. The certificates of service say that counsel filed the document on CM/ECF, and that CM/ECF will send a copy to everyone. That's not necessary, and not particularly illuminating. CM/ECF shows who received a copy through CM/ECF. The CM/ECF stamp on the top of a filing is enough to show that everyone registered on CM/ECF received a copy through CM/ECF. In effect, the stamp itself constitutes a confirmation of service. Filing a certificate of service for a document filed on CM/ECF is not required under the Federal Rules or the Local Rules, either. In fact, Local Rule 5.5(a) expressly makes that very point: "A certificate of service is required only when service of a document filed on the Court's E–Filing system is made on a recipient who is not an E–Filer listed on the docket of the proceeding." Filing a certificate of service on CM/ECF when everyone gets a copy by CM/ECF accomplishes nothing, except burning counsel's time and adding girth to the docket. Even little tasks, and extra pieces of paper here and there, add up afterwhile. The certificates of service from Plaintiffs' counsel (but not from defense counsel) also say that the filings were served by email, too. The case has a long history, and maybe there is a backstory. But as this Court sees it, serving everyone by CM/ECF should be enough. Counsel can agree to serve each other by email, too, if they want to do so. Still, there isn't a need for a certificate of service. There are bigger issues to talk about at the upcoming hearing set for December 8, but even so, counsel should add it to the list. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.