UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Kraft Foods Global, Inc., et al.
                            Plaintiff,

v.                                                    Case No.: 1:11−cv−08808
                                                          Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 8, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on December 8, 2022. The Court and counsel discussed the pending motions in limine, which are fully briefed. The Court requested hard copies (two sets), in binders. By December 16, 2022, each side shall submit binders containing copies of all filings related to their respective motions in limine. The movants shall submit copies of filings by the non−movants, too. That is, Plaintiffs must provide a hard copy of all filings related to Plaintiffs' motions, including responses filed by Defendants, and vice versa. The goal is simply to have a user−friendly set of hard copies for the Court to read. The Court discussed the availability of the parties and the Court for trial, which the parties expect to last five weeks. The Court proposed a trial date of October 16, 2023. By December 14, 2022, the parties shall file a statement addressing that proposed date. If that date is unworkable, the parties must propose alternatives. The parties must submit a proposed scheduling order with proposed dates for the pretrial order, pretrial conference, etc. The statement also must include an update on settlement discussions, including whether there is a joint request for a settlement conference with the Magistrate Judge. In light of the status report filed before Judge Feinerman (before reassignment) (Dckt. No. [234]), the Court does not believe that it has a need for a supplemental status report. But the Court will pose questions as it sees fit as it climbs the learning curve. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.