# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kraft Foods Global, Inc., et al.

                                       Plaintiff,

v.                                                  Case No.: 1:11−cv−08808
                                                            Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 14, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report (Dckt. No. [234]), which itemized 16 pending motions. The Court's internal system shows that there are 21 pending motions. The Court winnows the field as follows. Two motions (Dckt. Nos. [157, 158]) are unsealed versions of sealed motions (Dckt. Nos. [156, 159]). That's two stones aimed at one bird. So, for case administration purposes only, the unsealed versions of those two motions (Dckt. Nos. [157, 158]) are denied as duplicates of the sealed motions (Dckt. Nos. [156, 159]), which remain pending. Defendants' motion in limine about one live appearance per witness (Dckt. No. [166]), and Defendants' motion in limine to bar articles and books for the truth of the matter asserted (Dckt. No. [165]) are deemed withdrawn, as confirmed in the joint stipulation dated September 19, 2022. (Dckt. No. [211]). The final motion is Plaintiffs' motion in limine no. 4 to preclude references to prior lawsuits or trials. (Dckt. No. [176]). That motion is not in the list of pending motions in the joint status report (Dckt. No. [234]), but this Court does not see an express acknowledgment on the docket stating whether that motion is live. The parties must inform the Courtroom Deputy by email whether that motion continues to present a live issue. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.