UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

## JOINT MOTION TO AMEND PRETRIAL SCHEDULE AND SET TRIAL DATES

Following this Court's December 8, 2022 hearing, the Parties conferred with respect to a trial date, and the Parties agree to the Court's proposed trial start date of October 16, 2023. The Parties also conferred with respect to a pretrial schedule based upon an anticipated October 16, 2023 trial commencement, and the Parties jointly propose the below pretrial schedule:

| Pretrial Order Scheduling | |
|---|---|
| Oral argument on Plaintiffs' *Santiago* proffer (ECF No. 164), Defendants' motion to bifurcate (ECF No. 153), and key motions in *limine*[1] | February 27, 2023 |

---

[1] The key motions *in limine* are (a) Plaintiffs' Motion in Limine to Exclude (1) Liability Evidence Concerning Conduct or Events After 2008 and (2) Evidence not Produced in Discovery (ECF No. 173); (b) Plaintiffs' Motion in Limine to Exclude or Limit Evidence Regarding Grocers and Certain 30(b)(6) Witness Testimony (ECF No. 180); (c) Defendants' Motion in Limine Regarding Deposition Designations (ECF No. 163); (d) Defendants' Motion in Limine to Preclude Evidence of Egg Exports (ECF No. 159);

| Pretrial Order Scheduling | |
|---|---|
| Referral to magistrate judge after rulings on Plaintiff's *Santiago,* Defendants' motion to bifurcate, and key motions *in limine*[2] | To follow the Court's ruling on the above motions |
| Plaintiffs exchange draft pretrial order | June 9, 2023 |
| Parties file pretrial order | August 1, 2023 |
| Oral argument on pretrial order | August 29, 2023 |
| Trial commencement | October 16, 2023 |

**Settlement**

The Parties have not requested a settlement conference to date. There currently is no mutual interest in a settlement conference.

---

(e) Defendants' Motion in Limine to Exclude Prior Complaints, Investigations, and Settlements (ECF No. 169); (f) Plaintiffs' Motion in Limine to Preclude Defendants from Introducing Evidence of Post-2008 State Laws when Offered to Contest Liability (ECF No. 174); and (g) Plaintiffs' Motion in Limine to Preclude any Reference to the Action or Inaction of any Federal or State Antitrust Regulatory or the US Department of Agriculture (ECF No. 178).

[2] The Parties do not consent to proceed before a magistrate judge for all purposes, but request a limited referral, after the Court rules on the *Santiago* proffer and the key motions in *limine*, for purposes of resolving objections over exhibits and deposition designations in a manner consistent with the Court's evidentiary rulings in those motions. (See also previous requests at ECF Nos. 216, 234.)

Dated: December 14, 2022

Respectfully submitted:

*Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company*

*Counsel for Defendant Cal-Maine Foods, Inc.*

/s/ Brandon D. Fox
Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street
Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com

/s/ Patrick M. Collins
Patrick M. Collins (pcollins@kslaw.com)
Livia M. Kiser (lkiser@kslaw.com)
Patrick Otlewski (potlewski@kslaw.com)
Abigail Hoverman Terry (aterry@kslaw.com)
KING & SPALDING LLP
110 North Wacker Drive, 38th Floor
Chicago, IL 60606
Tel: (312) 995-6333

James T. Malysiak
Terrence J. Truax
Joel T. Pelz
Angela M. Allen
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
jmalysiak@jenner.com
ttruax@jenner.com
jpelz@jenner.com
aallen@jenner.com

Lohr Beck (lohr.beck@kslaw.com)
(pro hac vice)
Andrew Chinsky (achinsky@kslaw.com)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-2812

Brian E. Robison
(brian@brownfoxlaw.com)
(pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
Tel: (972) 707-2809

*Counsel for Defendant Rose Acre Farms, Inc.*

/s/ Donald M. Barnes
Donald M. Barnes
(dbarnes@porterwright.com)
Jay L. Levine
(jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K. Street, N.W., Suite 600
Washington, D.C. 20006-1110

3

Tel: (202) 778-3000

James A. King (jking@porterwright.com)
Allen T. Carter
(acarter@porterwright.com)
PORTER, WRIGHT, MORRIS &
ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

*Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.*

*/s/ Robin P. Sumner*
Robin P. Sumner
(robin.sumner@troutman.com)
Kaitlin L. Meola
(kaitlin.meola@troutman.com)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000

Whitney R. Redding
(whitney.redding@troutman.com)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Tel: (412) 454-5085

Robert E. Browne, Jr.
(robert.browne@troutman.com)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
227 West Monroe Street, Suite 3900
Chicago, IL 60606
Tel: (312) 759-1923