UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Kraft Foods Global, Inc., et al.
                                            Plaintiff,

v.                                                                Case No.: 1:11−cv−08808
                                                                     Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 19, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The joint motions to amend pretrial schedule and set trial dates (Dckt. Nos. [227], [248]) are hereby granted as follows. Trial will take place on October 16, 2023 at 9:30 a.m. The Court will reserve five weeks. Plaintiffs must tender their portion of the final pretrial order to Defendants by June 9, 2023. The parties did not propose a date for Defendants to tender their portion of the final pretrial order (which as fine), such as their exhibit list, witness list, and so on. The Court typically requires a defendant to tender its portion one week later. See Standing Order. Given the complexity of the case, Defendants must tender their portion of the final pretrial order to Plaintiffs by June 23, 2023. The Court encourages the parties to narrow or resolve as many issues as possible during the meet and confer process leading up to the filing of the final pretrial order. Object when it matters. Consider joint exhibits, if appropriate. The Court encourages stipulations of fact, if appropriate. Narrow the issues so that trial can focus on the questions of material fact. Make the final pretrial order user−friendly, and easy to read. The parties must file the final pretrial order by August 1, 2023. The parties must follow the Court's Standing Order about the content and format of the final pretrial order. The motions in limine are under advisement. At this point, the Court is not scheduling oral argument, but will do so at a later time if it is helpful to the Court. The Court is mindful that the parties have an interest in resolving certain issues sooner rather than later. The final pretrial conference will take place on September 28, 2023 at 2:00 p.m. Counsel should expect to be available the week before trial, too, as necessary. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.