UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF KRAFT FOODS GLOBAL, INC.'S SUPPLEMENTAL NOTIFICATION AS TO AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Plaintiff Kraft Foods Global, Inc., ("Kraft") by and through its attorneys, hereby submits its Notification as to Affiliates, and states as follows:

1. In March 2012, Kraft Foods Global, Inc. changed its name to Kraft Foods Group, Inc.;

2. In July 2015, through a series of transactions, Plaintiff Kraft Foods Group, Inc. merged with and into Kraft Heinz Foods Company, which was formerly known as H.J. Heinz Company;

3. Kraft Heinz Foods Company is ultimately a wholly-owned subsidiary of The Kraft Heinz Company, which is publicly traded on the NASDAQ (ticker symbol: KHC);

4. The Kraft Heinz Company has no parent corporation;

5. Other than The Kraft Heinz Company, no publicly held corporation owns more than 10% of Kraft Heinz Foods Company's stock;

6. Kraft Heinz Intermediate Corporation II and HJH Development Corporation are the only members of Kraft Heinz Foods Company;

7. Both Kraft Heinz Intermediate Corporation II and HJH Development Corporation are wholly owned subsidiaries of The Kraft Heinz Company; and

8. The following entities directly or indirectly own 5% or more of Kraft's common stock, as reported in Securities and Exchange Commission filings:

- Berkshire Hathaway[1]
- 3G Funds[2]
- BlackRock, Inc[3]
- The Vanguard Group, Inc.[4]

March 8, 2023

Respectfully submitted,

***Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company***

 /s/ *Brandon D. Fox*
Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)

---

[1] Based on the Schedule 13G/A filed on February 14, 2023 by Berkshire Hathaway, reporting beneficial ownership by Warren E. Buffett, Berkshire Hathaway, and Benjamin Moore & Co. Retirement Income Plan. Benjamin Moore & Co. is a subsidiary of Berkshire Hathaway, and Mr. Buffett may be deemed to control Berkshire Hathaway.

[2] Based on the Schedule 13G/A filed on February 14, 2023 by (i) 3G Global Food Holdings LP, a Cayman Islands limited partnership, (ii) 3G Global Food Holdings GP LP, a Cayman Islands limited partnership, (iii) 3G Capital Partners II LP, a Cayman Islands limited partnership, (iv) 3G Capital Partners Ltd., a Cayman Islands exempted company, and (v) 3G Capital Partners LP, a Cayman Islands limited partnership.

[3] Based on the Schedule 13G filed on February 13, 2023 by BlackRock, Inc.

[4] Based on the Schedule 13G filed on February 9, 2023 by The Vanguard Group, Inc.

JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com

James T. Malysiak
Joel T. Pelz
Angela M. Allen
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
jmalysiak@jenner.com
jpelz@jenner.com
aallen@jenner.com