UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) |
| Plaintiffs, | ) No. 1:11-cv-08808 |
| v. | ) ) Judge Steven C. Seeger ) |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF GENERAL MILLS, INC.'S SUPPLEMENTAL NOTIFICATION AS TO AFFILIATES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Plaintiff General Mills, Inc. ("General Mills") by and through its attorneys, hereby states it is a publicly held corporation and that it has no parent corporation. Each of the following entities directly or indirectly own more than 5% of General Mills' common stock, as reported in Securities and Exchange Commission filings:

- The Vanguard Group, Inc.
- BlackRock, Inc.
- Capital International Investors
- State Street Corporation

On information and belief, General Mills states that BlackRock, Inc. and State Street Corporation are publicly traded companies.

March 8, 2023

Respectfully submitted,

***Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company***

 /s/ *Brandon D. Fox*
Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com

James T. Malysiak
Joel T. Pelz
Angela M. Allen
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
jmalysiak@jenner.com
jpelz@jenner.com
aallen@jenner.com