UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br>Plaintiffs,<br><br>v.<br><br>UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC.,<br><br>Defendants. | No. 1:11-cv-08808<br><br>Judge Steven C. Seeger |

**PLAINTIFF KELLOGG COMPANY'S SUPPLEMENTAL NOTIFICATION AS TO AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Plaintiff Kellogg Company ("Kellogg") by and through its attorneys, hereby states that it is a publicly held corporation and that it has no parent corporation. On information and belief, each of the following entities directly or indirectly own more than 5% of Kellogg's common stock, as reported in Securities and Exchange Commission filings:

- W.K. Kellogg Foundation Trust c/o Northern Trust Corporation
- The Vanguard Group, Inc.
- BlackRock, Inc.
- Gordon Gund
- KeyCorp

On information and belief, Kellogg states that Black Rock, Inc., and KeyCorp are publicly traded companies.

March 8, 2023									Respectfully submitted,

*Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company*

/s/ *Brandon D. Fox*
Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com

James T. Malysiak
Joel T. Pelz
Angela M. Allen
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
jmalysiak@jenner.com
jpelz@jenner.com
aallen@jenner.com