**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Kraft Foods Global, et al. vs. United Egg Producers, et al.

Case Number: 1:11-cv-08808

An appearance is hereby filed by the undersigned as attorney for:

United Egg Producers, Inc. and United States Egg Marketers, Inc.

Attorney name (type or print): Mary ("Molly") S. DiRago

Firm: Troutman Pepper Hamilton Sanders LLP

Street address: 227 W. Monroe Street, Suite 3900

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6282757
(See item 3 in instructions)

Telephone Number: 312.759.1926

Email Address: molly.dirago@troutman.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 12, 2023

Attorney signature: S/ Mary S. DiRago
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015