UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

**JOINT STATUS REPORT AND MOTION FOR
BRIEF EXTENSION OF PRETRIAL ORDER DEADLINES**

NOW COME Plaintiffs Kraft Foods Global, Inc., The Kellogg Company, General Mills, Inc., and Nestlé USA, Inc. and Defendants United Egg Producers, Inc., United States Egg Marketers, Inc., Cal-Maine Foods, Inc., and Rose Acre Farms, Inc. (collectively, the "Parties"), by counsel, and move this Court for Joint Status Report and Motion for Brief Extension of Pretrial Order Deadlines. In support, the Parties state as follows:

1. On December 19, 2022, the Court entered an order setting certain dates relating to the pretrial order process in advance of the September 28, 2023, final pretrial conference and the October 16, 2023, trial date in this complex case (the "December 2022 Order"). ECF No. 249. As it related to the pretrial order

process, the December 2022 Order directed the Parties to resolve as many of the issues as possible during the meet and confer process. Id. The Court also directed the Parties to make the final pretrial order user-friendly and to narrow the issues so the trial can focus on the questions of material fact. Id.

2. Mindful of the Court's directives, the Parties have been working collaboratively on the pretrial order process during the Spring and early Summer. As directed in the December 2022 Order, Plaintiffs tendered their portion of the final pretrial order to Defendants on June 9. Since that time, the Parties have begun the meet and confer process, even as the Defendants have prioritized the preparation of their portion of the final pretrial order, due to be exchanged with Plaintiffs on June 23.

3. Notwithstanding the best and ongoing efforts of the Parties, given the significant unresolved issues identified in the Plaintiffs' draft pretrial order submission to Defendants, the Parties request a short extension of the two future pretrial order deadlines: specifically, the June 23 Defendant exchange deadline and the August 1 final pretrial order submission deadline.

4. Relatedly, the Parties recently contacted the Court to request a status at the Court's convenience, so the Parties could identify the key pending issues for the Court that, if resolved, should facilitate submission of a more user-friendly pretrial order. Resolution of those issues also may narrow the number of pretrial disputes and enable the Parties to focus their attention on ensuring a more efficient evidentiary presentation at trial. Subject to the Court's direction at that status,

there could be further requested modifications of the final pretrial order submission deadline.

     5. The Parties will work diligently and collaboratively to comply with any modified schedule, as no party seeks an extension of the September 28 pretrial conference or the October 16 trial date.

June 22, 2023

*/s/ Brandon D. Fox*
James T. Malysiak
Terrence J. Truax
Joel T. Pelz
Angela M. Allen
JENNER & BLOCK LLP
353 N. Clark Street Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
Email:jmalysiak@jenner.com
    ttruax@jenner.com
    jpelz@jenner.com
    aallen@jenner.com

Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 South Flower
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
Email: bfox@jenner.com
    agallegos@jenner.com

**Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestle USA, Inc. and The Kellogg Company**

Respectfully submitted,

*/s/ Patrick M. Collins*
Patrick M. Collins (pcollins@kslaw.com)
Livia M. Kiser (lkiser@kslaw.com)
Patrick M. Otlewski
(potlewski@kslaw.com)
Abigail Hoverman Terry
(aterry@kslaw.com)
KING & SPALDING LLP
110 North Wacker Drive, 38th Floor
Chicago, IL 60606
Tel: (312) 995-6333

Lohr Beck (lohr.beck@kslaw.com)
(pro hac vice)
Andrew Chinsky (achinsky@kslaw.com)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-2812

Brian E. Robison
(brian@brownfoxlaw.com)
(pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
Tel: (972) 707-2809

**Counsel for Defendant Cal-Maine Foods, Inc.**

/s/ Robin P. Sumner
Robin P. Sumner
(robin.sumner@troutman.com)
Kaitlin L. Meola
(kaitlin.meola@troutman.com)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000

Whitney R. Redding
(whitney.redding@troutman.com)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Tel: (412) 454-5085


Mary S. DiRago
(molly.dirago@troutman.com)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
227 West Monroe Street, Suite 3900
Chicago, IL 60606
Tel: (312) 759-1926

**Counsel for Defendants United Egg Producers, Inc. & United States Egg Marketers, Inc.**

/s/ Donald M. Barnes
Donald M. Barnes
(dbarnes@porterwright.com)
Jay L. Levine
(jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K. Street, N.W., Suite 600
Washington, D.C. 20006-1110

Tel: (202) 778-3000

James A. King
(jking@porterwright.com)
Allen T. Carter
(acarter@porterwright.com)
PORTER, WRIGHT, MORRIS &
ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

*Counsel for Defendant Rose Acre Farms, Inc.*