# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                                      Plaintiff,

v.                                                                               Case No.: 1:11−cv−08808
                                                                               Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 23, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the "joint status report and motion for brief extension." (Dckt. No. [256]) As an aside, it is not the best practice to file a report/motion, or a notice/motion, or a response/motion, or anything of that ilk. A motion should be called a motion, and designated as a motion on CM/ECF. See Fed. R. Civ. P. 7. It is not a small thing. A motion appears differently than other filings on the Court's internal system through the Clerk's Office. So, if you file a motion, but disguise it by calling it a report/motion, it will not pop up as a motion on the system and thus could fall through the cracks, especially if the issue is time sensitive. (But this Court spotted it.) Putting that aside, the Court looked at the report/motion. The parties requested a "short extension of the two future pretrial order deadlines: specifically, the June 23 Defendant exchange deadline and the August 1 final pretrial order submission deadline." The parties asked for an extension, but did not say what they want, and did not make a proposal. The request for an extension is granted. The Court vacates the June 23 and August 1 deadlines. The parties are a lot closer to the issues than the Court, so this Court does not know how much time they need to sort things out. The parties should work together cooperatively and propose a revised schedule in a supplemental filing. The parties also requested a hearing to discuss the final pretrial order more generally. The Court hereby sets a hearing for June 26, 2023 at 9:00 a.m. Members of the public and media will be able to call in to listen to this hearing. The call−in number is (888) 684−8852 and the access code is 9369830. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The Court will allow counsel to participate by phone if they elect to do so. Counsel can appear in person, too. The Court thanks counsel for working together cooperatively to prepare a user−friendly final pretrial order. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.