# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                                            Plaintiff,

v.                                                           Case No.: 1:11–cv–08808
                                                                   Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 26, 2023:

       MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on June 26, 2023. The Court and counsel discussed the status of the preparation of the final pretrial order, and the status of various pretrial motions. The Court extends two pretrial deadlines. As proposed by the parties, Defendants must submit their portion of the final pretrial order to Plaintiffs by July 19, 2023 (not June 23). The final pretrial order is due by August 22, 2023 (not August 1). The pending motions remain under advisement. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.