# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                                        Plaintiff,

v.                                                                                 Case No.: 1:11−cv−08808
                                                                                 Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 18, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Defendants' motion to bifurcate (Dckt. No. [153]) is hereby granted. The Court will bifurcate the trial into a liability phase and, if necessary, a damages phase. Memorandum Opinion and Order to follow. Separately, the Court reviewed Plaintiffs' Santiago proffer (Dckt. No. [164]). The Court conditionally admits the co−conspirator statements outlined in the proffer, with one possible exception. The Court is still evaluating the statements of alleged co−conspirator Michael Foods. Memorandum Opinion and Order to follow. Ordinarily, it is not this Court's practice to issue a minute order announcing a ruling, with a Memorandum Opinion and Order to follow. Even so, the parties are busily at work to finalize the final pretrial order. And the Court can appreciate the understandable desire for rulings, because the rulings frame the architecture of the trial. The Court is announcing its rulings now, and will follow−up with the actual opinions later, given the time sensitivity of the preparation of the final pretrial order. The Court assumes that the parties would appreciate knowing the outcome sooner rather than later. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.