# EXHIBIT 1

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4

 5   IN RE:  PROCESSED EGG PRODUCTS:        MDL NO. 2002
     ANTITRUST LITIGATION                   08-MDL-02002
 6

 7
                             - - - - -
 8

 9                         PHILADELPHIA, PA

10
                            MAY 7, 2018
11                           DAY FOUR

12

13   BEFORE:     THE HONORABLE GENE E.K. PRATTER, J.

14

15                          - - - - -

16                       TRIAL TRANSCRIPT

17                          - - - - -

18

19

20

21         KATHLEEN FELDMAN, CSR, CRR, RPR, CM
           Official Court Reporter
22         Room 1234 - U.S. Courthouse
           601 Market Street
23         Philadelphia, PA  19106
           (215) 779-5578
24

25
        (Transcript produced by mechanical shorthand via C.A.T.)
```

```
 1    APPEARANCES:

 2              QUINN EMANUEL
                BY:  STEPHEN R. NEUWIRTH, ESQUIRE
 3              JOSEPH N. KIEFER, ESQUIRE
                ALEXEE DEEP CONROY, ESQUIRE
 4              DUANE R. LYONS, ESQUIRE
                STEIG D. OLSON, ESQUIRE
 5              ALEX J. TSCHUMI, ESQUIRE
                DAVID B. ADLER, ESQUIRE
 6              51 Madison Avenue, 22nd Floor
                New York, NY  10010
 7              For Direct Purchaser Class

 8

 9              WOLLMUTH MAHER & DEUTSCH LLP
                BY:  RONALD J. ARANOFF, ESQUIRE
10              500 Fifth Avenue
                New York, NY  10110
11              For Direct Purchaser Class

12

13              LITE DEPALMA GREENBERG
                BY:  MINDEE J. REUBEN, ESQUIRE
14              1521 Locust Street, 7th Floor
                Philadelphia, PA  19102
15              For Direct Purchaser Class

16

17              HAUSFELD, LLP
                BY:  JAMES J. PIZZIRUSSO, ESQUIRE
18              NATHANIEL C. GIDDINGS, ESQUIRE
                JEANNINE M. KENNEY, ESQUIRE
19              1700 K Street, NW, Suite 650
                Washington, DC  20006
20              For Direct Purchaser Plaintiffs

21

22              BERNSTEIN LIEBHARD LLP
                BY:  STANLEY D. BERNSTEIN, ESQUIRE
23              DANA STATSKY SMITH, ESQUIRE
                10 E. 40th St.
24              New York, NY  10016
                For Direct Purchaser Plaintiffs
25
                (CONT.)
```

```
 1    APPEARANCES:  (CONT.)

 2
              SUSMAN GODFREY LLP
 3            BY:  STEPHEN D. SUSMAN, ESQUIRE
              1301 Avenue of the Americas
 4            32nd Floor
              New York, NY  10019-6023
 5                 And
              TERRY OXFORD, ESQUIRE
 6            1000 Louisiana
              Suite 5100
 7            Houston, TX  77002
              For Direct Purchaser Plaintiffs

 8


 9
              PORTER WRIGHT MORRIS & ARTHUR LLP
10            BY:  JAY L. LEVINE, ESQUIRE
              DONALD M. BARNES, ESQUIRE
11            JAMES A. KING, ESQUIRE
              JETTA C. SANDIN, ESQUIRE
12            ALLEN T. CARTER, ESQUIRE
              MOLLY S. CRABTREE, ESQUIRE
13            1900 K Street NW, Suite 1110
              Washington, D.C.  20006
14                 And
              STEVENS & LEE
15            BY:  WILLIAM A. DESTEFANO, ESQUIRE
              TERRI A. PAWELSKI, ESQUIRE
16            1818 Market Street, 29th Floor
              Philadelphia, PA 19103
17            For Rose Acre Farms

18


19            KEATING MUETHING & KLEKAMP PLL
              BY:  JOSEPH M. CALLOW, JR., ESQUIRE
20            One East Fourth Street, Suite 1400
              Cincinnati, OH  45202
21            For Ohio Fresh Eggs

22


23                 (CONT.)

24


25
```

```
 1   APPEARANCES:  (CONT.)

 2

 3            DECHERT LLP
              BY:  CHRISTINE C. LEVIN, ESQUIRE
 4            STEVEN E. BIZAR, ESQUIRE
              JULIA CHAPMAN, ESQUIRE
 5            Cira Centre
              2929 Arch Street
 6            Philadelphia, Pennsylvania  19104-2808
              For R.W. Sauder
 7

 8            OTHER COUNSEL IN ATTENDANCE

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    Q.    Mr. Airoso, did Walmart, to your knowledge, ever ask the
2    United Egg Producers or its members to put together a
3    certified program for their hens?
4    A.    Yeah, absolutely not.  There's no question in my mind
5    that the program was put together by the UEP.  It was brought
6    to Walmart; it was shared with us as a program to improve
7    animal welfare, and we adopted those practices.
8    Q.    Do you recall Walmart, while you were in this role,
9    receiving pressure from animal rights groups to sell certified
10   eggs?
11   A.    No.
12   Q.    Let's talk briefly about how eggs are priced at Walmart.
13   Have you heard of something called the Urner Barry price?
14   A.    I have.
15   Q.    And can you describe for us lay-folks and to the jury
16   what the Urner Barry price is?
17   A.    I'm kind of a lay-folk too.  So I'll do my best.  Urner
18   Barry is a publication that's put out daily by the Urner Barry
19   publications group, and it's used within the industry to set
20   pricing for eggs at the producer level, processor level,
21   distribution level, and like somebody buying eggs like Walmart
22   for a retail -- retail store.  It's used throughout the supply
23   chain, and it would have been part of the basis for how
24   Walmart would have purchased eggs.
25   Q.    Is it something like a benchmark price?

1   centers to Sparboe Farms, and that was going to be supplied by
2   two of their five farms.
3   Q.   And so Walmart would have a new supplier?
4   A.   That's correct.
5   Q.   And for the jury's sake, when you refer to distribution
6   centers, can you just explain what those are and generally
7   what the state of distribution centers were at this time at
8   Walmart?
9   A.   Yeah, so there were 41 distribution centers in the
10  United States, kind of put it out geographically to get
11  products to our stores.  And of those 41 distribution centers,
12  on average, they might serve 150 or 200 stores.  And in this
13  case, we awarded five of those distribution centers to Sparboe
14  Farms for them to send eggs into, and for us to distribute
15  those eggs then to our stores.
16  Q.   And why did you award the business to Sparboe?
17  A.   Yeah, so they had a very good competitive price.  We felt
18  comfortable with their food safety and animal welfare programs
19  and felt like in every way they would be a really good
20  supplier to Walmart.
21  Q.   And did you have any concerns about having to defend the
22  fact that Walmart was choosing a supplier that did not have a
23  100 percent requirement?
24  A.   I did not.  Sparboe, at that point in time, had told us
25  that they would be certified on the farms that were going to

1    be supplying to us and that in the near future, they were
2    going to have the other three additional farms that were not
3    going to be shipping to Walmart, that they would have those
4    certified under their PVP program to ensure that they had the
5    cage space density requirements that were in our
6    specifications taken care of.
7             And so they already told me that.  So as part of
8    that, I really wasn't worried because the other option to get
9    those other three farms immediately within spec would be to
10   slaughter a whole bunch of hens, right?  And I didn't feel
11   like that was the right choice, and I didn't think that other
12   groups were going to come to us and say, Why didn't you force
13   the slaughter of a bunch of birds?
14   Q.   Let me make sure that I have my math right.  I think you
15   said that Walmart awarded five distribution centers from two
16   Sparboe Farms?
17   A.   Right.
18   Q.   And then you referred to Sparboe having three other
19   farms; is that right?
20   A.   Yes.
21   Q.   So it's five total?
22   A.   Correct.
23   Q.   And I believe what you just said that Sparboe,
24   immediately for the supply to Walmart, was going to comply
25   with these guidelines and then they were going to bring the

1           MS. CRABTREE:  Thank you.

2           THE COURT:  Mr. Bizar is ready to go.  He's now

3   thanked me twice.

4           See you all tomorrow.

5           MR. BIZAR:  See you tomorrow.

6           (Court adjourned).

7

8
                        C E R T I F I C A T E
9

10      I certify that the foregoing is a correct transcript

11  from the record of the proceedings in the above-entitled

12  matter.

13

14

15                             _____

16                             Kathleen Feldman, CSR, CRR, RPR, CM
                               Official Court Reporter
17

18  Date: _____

19

20

21

22

23

24

25