UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

**DECLARATION OF GARY PICKETT**

I, Gary Pickett, state I am over the age of 18, have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could competently testify thereto.

1. I was employed by Walmart in various positions from approximately 1993 through 2012. In approximately November 2003, I was the buyer responsible for Walmart's shell egg, refrigerated desserts, cultured products, and juice products. I remained the shell egg buyer for Walmart until approximately 2008 and remained a buyer at Walmart until around 2012.

2. I am currently retired from Walmart but do some part-time consulting. I live in Bentonville, Arkansas with my wife and live nearby to my daughter and grandson, who also live in Bentonville. As summarized below, my family has a

number of medical issues that requires ongoing care and vigilant behavior.

3. My wife has severe asthma, and recently contracted COVID and continues to have symptoms.

4. My daughter suffers from pulmonary issues, including Chronic Obstructive Pulmonary Disease, or COPD. She also suffered from nearly fatal preeclampsia during her pregnancy from which she is still recovering. My daughter also recently contracted COVID and is still recovering from her symptoms.

5. My grandson was born with autism and requires extra care. Several times per week, I assist in caring for our daughter, and in helping my daughter care for our grandson.

6. I have lingering issues from a car accident in early 2022, where I was t-boned by a drunk driver, as well as past knee surgery. As a result, I am unable to drive long distances without significant discomfort.

7. Due to the immunocompromised status of several members of my family, particularly related to my daughter's COPD and my wife's asthma, I take additional measures to protect their health. These include not travelling on commercial planes, something that I have not done since the onset of the COVID-19 pandemic in March 2020. I also avoid large gatherings, particularly those in enclosed spaces, whenever possible in both my personal and professional life.

8. As a result of the above, I am unwilling to travel to Chicago to testify

live at the upcoming October-November trial. I am willing to sit for a deposition in Bentonville and/or testify remotely from Bentonville.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 19, 2023.

*Gary Pickett*

Gary Pickett