# EXHIBIT B



GP

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : **MULTIDISTRICT LITIGATION** : **No. 08-md-2002** : |
| *THIS DOCUMENT APPLIES TO DIRECT PURCHASER ACTIONS* | : : : |

## ORDER

**AND NOW**, this 16th day of June, 2015, upon consideration of Direct Purchaser Plaintiffs' Motion to Take Limited Deposition Testimony of Four Michael Foods Affiants (Doc. No. 1189) and the Response in Opposition thereto (Doc. No. 1191), the Court **hereby ORDERS** that the Motion is DENIED.[1]

BY THE COURT:

GENE E.K. PRATTER
United States District Judge

---

[1] The Court concludes that there is not good cause to reopen fact discovery to allow for the requested additional depositions. Direct Purchaser Plaintiffs have failed to convince the Court that the affidavits submitted by Defendants contain any information that could not have been reasonably anticipated or foreseen by Plaintiffs. To the contrary, the evidentiary record appears to contain sufficient information such that Plaintiffs could have anticipated the topics discussed in the affidavits and pursued those topics during fact discovery.