# EXHIBIT H

```
 1                    IN THE UNITED STATES DISTRICT COURT

 2               FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4

 5   IN RE:  PROCESSED EGG PRODUCTS:          MDL NO. 2002
     ANTITRUST LITIGATION                     08-MDL-02002
 6

 7                            - - - - -

 8

 9                         PHILADELPHIA, PA

10
                            JUNE 5, 2018
11                          DAY TWENTY-ONE

12

13   BEFORE:        THE HONORABLE GENE E.K. PRATTER, J.

14

15                            - - - - -

16                         TRIAL TRANSCRIPT

17                            - - - - -

18

19

20

21             KATHLEEN FELDMAN, CSR, CRR, RPR, CM
               Official Court Reporter
22             Room 1234 - U.S. Courthouse
               601 Market Street
23             Philadelphia, PA  19106
               (215) 779-5578
24

25
          (Transcript produced by mechanical shorthand via C.A.T.)
```

1   came true for Sparboe.  And Sparboe, today, is a member of the

2   UEP Certified Program.

3          Backfilling.  I'll just touch upon this very

4   quickly.  Again, this was recommended by Jeff Armstrong,

5   Dr. Armstrong, head of the Scientific Advisory Committee.

6          He thought the Scientific Advisory Committee was

7   extremely concerned about the industry's current practice of

8   backfilling.  There was potential for disease.  There was

9   potential for pecking -- pecking order and cannibalism by

10  introducing new hens.  And they recommended that the animal

11  welfare program include a ban on backfilling.  It was all

12  based on science.

13         The final question you have to answer, the final

14  question you have to answer under this verdict form is whether

15  you unanimously find, by preponderance of the evidence, that

16  conspiracy injured the Direct Purchaser Plaintiff Class.

17         You heard that Walmart's a member of this Class.

18  Are they injured?  They've asked for this.  They wanted this.

19  Demanded this.  Walmart, again, one of the largest companies

20  in the world.

21         Not only did they want the Certified eggs, they were

22  a champion of the Certified Program very early on.  There's a

23  piece of evidence that I'm not sure whether we focused on

24  enough during the trial.

25         Beth Schnell, again, the president of Sparboe,

1    around the time that they're getting out of the UEP, the UEP

2    Certified Program, she goes down to Arkansas and visits with

3    the egg buyer at Walmart, and she's trying to sell them.  Hey,

4    we're going to do an alternative program that we think is just

5    as good as the Certified Program, except we don't have the

6    100% rule, and we'd like to sell you eggs.

7            So she went down there to talk.  And she reported

8    back.  She writes an e-mail that she reports back, an e-mail

9    that ultimately gets forwarded to Terry Baker, one of the

10   witnesses here, at Michael Foods.

11           And what does she say about Walmart's commitment to

12   the Certified Program back in 2005 in her report?  She says,

13   Gary Pickett, the category manager at Walmart, routinely

14   referred to Walmart's commitment to the UEP Program.  Clearly

15   Walmart is a giant in egg sales.  Gary clearly understands his

16   power -- his power to influence the industry participation in

17   the ACC program, the Certified Program.  He said that Walmart

18   and Kroger will push the program through and force compliance

19   from producers.

20           She said that Walmart was intensely committed to

21   using the seal; that Sparboe was the only "divisive company"

22   because they were dropping out of the Certified Program.  They

23   hammered on the fact that they want the logo, the Certified

24   Program logo.

25           And then she concluded:  Walmart's militant