# EXHIBIT J

**Archived:** Wednesday, July 26, 2023 5:35:23 PM
**From:** Allen, Angela M.
**To:** Carter, Allen T. Malysiak, James T. Truax, Terrence J. Pelz, Joel T. Fox, Brandon Gallegos, Amy M.
**Cc:** Barnes, Donald M. Levine, Jay L. King, James A. Sumner, Robin P. 'Redding, Whitney' 'robert.browne@troutman.com' carrie.mahan@weil.com 'ssiegel@weil.com' 'Liegel, Brian' 'Brian Robison' Liv Kiser Patrick Collins Patrick Otlewski
**Subject:** RE: Kraft, et al. v. UEP, et al. - Initial Pretrial Exchanges
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
2022.07.22 Plaintiffs' Initial Witness List.pdf; 2022.07.22_Plaintiffs Initial Deposition Designation Exchange.XLSX; CHICAGO-#3090153-v2-7_22_2022_Plaintiffs__Initial_Trial_Exhibits.XLSX;

---

Counsel:

Pursuant to the Court's May 2, 2022 Pretrial Scheduling Order, please see the attached Plaintiffs' Initial Witness List, Exhibit List and Deposition Designations.

We will be circulating a Kiteworks link containing Plaintiffs' exhibits and highlighted mini-script transcripts.

Regards, Angela

---

**From:** Carter, Allen T. <ACarter@porterwright.com>
**Sent:** Friday, July 22, 2022 4:03 PM
**To:** Malysiak, James T. <JMalysiak@jenner.com>; Truax, Terrence J. <TTruax@jenner.com>; Pelz, Joel T. <JPelz@jenner.com>; Allen, Angela M. <AAllen@jenner.com>; Fox, Brandon <BFox@jenner.com>; Gallegos, Amy M. <AGallegos@jenner.com>
**Cc:** Barnes, Donald M. <DBarnes@porterwright.com>; Levine, Jay L. <JLevine@porterwright.com>; King, James A. <JKing@porterwright.com>; Sumner, Robin P. <Robin.Sumner@Troutman.com>; 'Redding, Whitney' <Whitney.Redding@Troutman.com>; 'robert.browne@troutman.com' <robert.browne@troutman.com>; carrie.mahan@weil.com; 'ssiegel@weil.com' <ssiegel@weil.com>; 'Liegel, Brian' <Brian.Liegel@weil.com>; 'Brian Robison' <brian@brownfoxlaw.com>; Liv Kiser <LKiser@KSLAW.com>; Patrick Collins <PCollins@KSLAW.com>; Patrick Otlewski <POtlewski@kslaw.com>
**Subject:** Kraft, et al. v. UEP, et al. - Initial Pretrial Exchanges

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**

\intbl

Counsel:

Pursuant to the Court's May 2, 2022 Pretrial Scheduling Order, please see the attached cover letter and designation, exhibit, and witness lists. As explained in the cover letter, the documents identified in the exhibit list and highlighted mini-script transcripts have been uploaded to the following FTP site:

https://ftp.porterwright.com/

UN: ████████████

PW: ████████████

If you have any issues with the attachments or the FTP site, please contact me.

Thanks,

Allen

## ALLEN T. CARTER

Porter Wright Morris & Arthur LLP

Bio / acarter@porterwright.com

D: 614.227.4441 / F: 614.227.2100

41 South High Street, Suites 2800 - 3200 / Columbus, OH 43215

### / MANSFIELD CERTIFIED PLUS

We are moving the needle on diversity, equity, and inclusion. Learn more

### NOTICE FROM PORTER WRIGHT MORRIS & ARTHUR LLP:

This message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read, print or forward it. Please reply to the sender that you have received the message in error. Then delete it. Thank you.

**END OF NOTICE**