# EXHIBIT K

**Archived:** Wednesday, July 26, 2023 5:31:12 PM
**From:** Allen, Angela M.
**Mail received time:** Fri, 5 Aug 2022 16:09:28
**Sent:** Fri, 5 Aug 2022 16:09:26
**To:** DL_Eggs Antitrust litigation team
**Subject:** FW: Kraft, et al v. UEP, et al. - Defendants' Responses to Plaintiffs Initial Pretrial Exchanges
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
2022.08.05 - Defs_ Objections and Counters to Plaintiffs Initial Deposition Designations - #21165391 v1.XLSX; 2002.08.05 - Defendants_ Objections to Plaintiffs_ Initial Exhibit List - #21165380 v1.XLSX; ~WRD000.jpg;

---

**From:** Carter, Allen T. <ACarter@porterwright.com>
**Sent:** Friday, August 5, 2022 4:00 PM
**To:** Malysiak, James T. <JMalysiak@jenner.com>; Truax, Terrence J. <TTruax@jenner.com>; Pelz, Joel T. <JPelz@jenner.com>; Allen, Angela M. <AAllen@jenner.com>; Fox, Brandon <BFox@jenner.com>; Gallegos, Amy M. <AGallegos@jenner.com>
**Cc:** Barnes, Donald M. <DBarnes@porterwright.com>; Levine, Jay L. <JLevine@porterwright.com>; King, James A. <JKing@porterwright.com>; Sumner, Robin P. <Robin.Sumner@Troutman.com>; 'robert.browne@troutman.com' <robert.browne@troutman.com>; 'Redding, Whitney' <Whitney.Redding@Troutman.com>; carrie.mahan@weil.com; 'Liegel, Brian' <Brian.Liegel@weil.com>; 'Brian Robison' <brian@brownfoxlaw.com>; Liv Kiser <LKiser@KSLAW.com>; Patrick Collins <PCollins@KSLAW.com>; Patrick Otlewski <POtlewski@kslaw.com>; 'ssiegel@novackmacey.com' <ssiegel@novackmacey.com>
**Subject:** Kraft, et al v. UEP, et al. - Defendants' Responses to Plaintiffs Initial Pretrial Exchanges

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**

Counsel:

Pursuant to the Court's May 2, 2022 Pretrial Scheduling Order, I've attached Defendants' Objections to Plaintiffs' Initial Exhibit List and Defendants' Objections and Counter-Designations to Plaintiffs' Initial Deposition Designations. Highlighted mini-script transcripts containing Plaintiffs' initial designations and Defendants' counter-designations are available at:

https://ftp.porterwright.com/

UN: ▮▮▮▮▮
PW: ▮▮▮▮▮

In addition to the reservations of rights identified in the attachments, Defendants reserve the right to object on any grounds to the testimony or appearance of all witnesses identified on Plaintiffs' Initial Witness List.

Please note that in the initial exchanges, Plaintiffs exchanged a PDF containing designations for Robert Hodges, but did not provide a page/line list in the spreadsheet. Defendants created a list identifying the highlighted portions of the PDF, and provided objections and counter-designations based on those highlights. If Plaintiffs do not intend to call Mr. Hodges by designation or find fault with Defendants' list based on the PDF, please let us know, so we can adjust accordingly.

If you have any issues with the attachments or the FTP site, please contact me.

Thanks,
Allen

**ALLEN T. CARTER**

Porter Wright Morris & Arthur LLP

Bio / acarter@porterwright.com

D: 614.227.4441  /  F: 614.227.2100

41 South High Street, Suites 2800 - 3200  /  Columbus, OH 43215

**/ MANSFIELD CERTIFIED PLUS**

We are moving the needle on diversity, equity, and inclusion. Learn more

**NOTICE FROM PORTER WRIGHT MORRIS & ARTHUR LLP:**

This message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read, print or forward it. Please reply to the sender that you have received the message in error. Then delete it. Thank you.

**END OF NOTICE**

---

**Angela M. Allen**

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456  |  jenner.com
+1 312 840 7218 | TEL
+1 312 428 0227 | MOBILE
+1 312 840 7318 | FAX
Pronouns: She / Her
AAllen@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.