# EXHIBIT L

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Eddie L. Bolden
                       Plaintiff,

v.                                               Case No.: 1:17−cv−00417
                                                     Honorable Steven C. Seeger

City of Chicago, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 22, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant Officer's Request for an In−Person Hearing for Clifford Frazier to Address the Mode of his Trial Testimony (Dckt. No. [456]) is hereby denied. Clifford Frazier testified against Bolden at the criminal trial, and he is a central witness in this case, too. After receiving a trial subpoena from defense counsel in this case, Frazier responded that he has health issue (asthma, and pre−diabetes), and that he has suffered significant stress and anxiety from reliving the murders. Defendants asked for an accommodation so that Frazier could testify remotely by Zoom, but Plaintiff objected. The Court fully appreciates the fact that trials can be stressful (and the original trial was undoubtedly stressful for Bolden, too). But stress can play a role in the truth−seeking function of litigation (e.g., cross examination is stressful, by design). Testifying in person is part of our legal system's longstanding tradition. And for good reason. There is value in getting a witness into the courtroom (and outside of their comfort zone) for live, in−person testimony. There's no substitute for person−to−person cross examination, when everyone is in the same room. The atmosphere helps ferret out the truth. The jury needs to see and hear this witness, in person, to evaluate his credibility. Testimony via video feels artificial by comparison, and should be avoided absent compelling circumstances. See Fed. R. Civ. P. 43(a). And here, there are none. Frazier must testify in person, or not at all. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.