UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | |
| Plaintiffs, | No. 1:11-cv-08808 |
| v. | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. | |
| Defendants. | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

NOW COMES Robert E. Browne, Jr., pursuant to Local Rule 83.17, and respectfully moves the Court for leave to withdraw as counsel for Defendants United Egg Producers, Inc. and United States Egg Marketers, Inc., and in support of that motion states as follows:

1. Mr. Browne entered an appearance on behalf of Defendants United Egg Producers, Inc. and United States Egg Marketers, Inc. in the above-captioned litigation on March 12, 2020. At the time, Mr. Browne was a partner with the law firm of Troutman Pepper Hamilton Sanders LLP.

2. Mr. Browne is leaving Troutman Pepper Hamilton Sanders LLP and will be transitioning to an in-house legal department.

3. Accordingly, Mr. Browne has no further responsibilities in connection with this matter.

4.      Defendants United Egg Producers, Inc. and United States Egg Marketers, Inc. will continue to be represented by Robin Sumner, Whitney Redding and Mary DiRago of Troutman Pepper Hamilton Sanders LLP.

5.      All parties have indicated they do not oppose the motion.

WHEREFORE, Robert E. Browne, Jr. respectfully requests that the Court grant him leave to withdraw as counsel.

Dated: August 11, 2023

                                                                Respectfully Submitted,

                                                                DEFENDANTS UNITED EGG PRODUCERS, INC. AND UNITED STATES EGG MARKETERS, INC.

                                                                By: /s/ Robert E. Browne, Jr.
                                                                      Robert E Browne, Jr.

                                                               TROUTMAN PEPPER HAMILTON SANDERS LLP
227 W. Monroe Street, Suite 3900
Chicago, Illinois 60606
312.759.1920
robert.browne@troutman.com

# CERTIFICATE OF SERVICE

I certify that on the 11th day of August 2023, the forgoing **Motion to Withdraw as Counsel** was served via the Court's ECF filing system to all counsel of record.

By: /s/ Robert E. Browne, Jr.
Robert E. Browne, Jr.