# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) |
| Plaintiffs, | ) No. 1:11-cv-08808 ) |
| v. | ) Judge Charles R. Norgle ) |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the 16th day of August, 2023 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Steven C. Seeger or any judge sitting in his stead, in the courtroom normally occupied by him in Room 2319 of the Northern District of Illinois, Eastern Division, and present *Unopposed Motion to Withdraw as Counsel*, a copy of which is attached hereto and served upon you.

Dated: August 11, 2023         Respectfully submitted,

Troutman Pepper Hamilton Sanders LLP

/s/ *Robert E. Browne, Jr.*
Robert E. Browne, Jr.,
227 W. Monroe Street, Suite 3900
Chicago, Illinois 60606
Tel: 312.759.1920
robert.browne@troutman.com

*Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc*

161458329v1

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the above and foregoing was served on August 11, 2023 via the Court's CM/ECF system on all counsel of record.

                                  /s/ Robert E. Browne, Jr.
                                  Robert E. Browne

161458329v1