**APPENDIX 8-1**
**PLAINTIFFS' WITNESS LISTS**

## PLAINTIFFS' WILL-CALL WITNESS LIST
### *Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.*, 1:11-cv-08808

Plaintiffs expect to call the following lay and expert witnesses for live testimony at trial. Plaintiffs reserve the right to amend the list, including not calling certain witnesses, upon reasonable notice to Defendants.[1] Plaintiffs reserve the right to amend this list to include a records custodian for the Plaintiffs. Should any witness become unavailable, Plaintiffs reserve the right to present designations of the witness's prior testimony. Plaintiffs reserve the right to call any witness appearing on Defendants' witness lists.

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| **Dolph Baker**<br>Cal-Maine Foods, Inc.<br>1052 Highland Colony Parkway, Ste. 200<br>Ridgeland, MS 39157 | Cal-Maine | Mr. Baker is expected to testify regarding the purpose and development of the UEP Certified Program, short term supply adjustment steps taken by UEP members, Cal-Maine's involvement in the UEP, Cal-Maine's involvement with USEM and its participation in USEM exports, and what transpired at UEP and USEM meetings. | |

---

[1] Plaintiffs have filed *motions in limine* to exclude certain evidence, including evidence created after December 31, 2008. Plaintiffs' deposition designations, exhibit list and witness list are subject to the outcome of such motions. Plaintiffs designate testimony and identify exhibits and witnesses about post-2008 events, and the other subjects sought to be excluded in Plaintiffs' anticipated *motions in limine* only in the event, and to the extent, plaintiffs' respective motions are denied.

APPENDIX 8-1 – PLAINTIFFS' WILL-CALL WITNESS LIST

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| **Jayson Lusk** Purdue University, IN | Expert | Professor Lusk is expected to present expert and rebuttal expert testimony regarding animal welfare science, the Scientific Advisory Committee's Recommendations for UEP Animal Welfare Guidelines, and the UEP Producer Committee's Animal Husbandry Guidelines on hen welfare. | Defendants have not identified as a trial witness Dr. Michael Darre, whose testimony Professor Lusk was offered to rebut. Accordingly, Defendants object to (1) expert testimony from Professor Lusk in Plaintiffs' case-in-chief and (2) any rebuttal expert testimony outside the scope of his expert report. The same limitations were imposed on Professor Lusk's testimony by the MDL Court. *See* MDL Docket, ECF No. 1975 (Sept. 23, 2019 Order) ("Prof. Lusk will be allowed to testify to *rebut* hybrid or expert testimony of Dr. Armstrong *so long as he stays within the confines of information that was included in the his rebuttal expert report*.") (emphasis added). |

APPENDIX 8-1 – PLAINTIFFS' WILL-CALL WITNESS LIST

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| **Kelly Tobey** 1 Kellogg Square, Battle Creek, MI 49017 | Kellogg | Ms. Tobey is expected to testify about Kellogg's purchasing practices during the relevant time period. | |
| **Michael Baye** NERA Economic Consulting 1255 23rd St., NW Washington, DC 20037 Department of Business Economics Kelley School of Business Indiana University 1309 East Tenth St. Bloomington, IN 47405-1701 | NERA | Dr. Baye is expected to present expert and rebuttal expert testimony regarding the market dynamics for egg and egg prices, including how supply and price are connected, Plaintiffs' allegations that defendants intended to restrict the supply of eggs, including the means by which they allegedly did so, and, the impact and effect of that alleged agreement on the supply and prices of eggs and egg products. | |
| **Steve Feyman** 20491 Black Tree Ln. Estero, FL 33928 | (formerly Nestle) | Mr. Feyman is expected to testify about Nestlé's purchasing practices during the relevant time period and the extent to which Nestlé required UEP certification for egg products it purchased. | |

## PLAINTIFFS' MAY-CALL WITNESS LIST
### *Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.*, **1:11-cv-08808**

Plaintiffs may call the following lay witnesses for live testimony at trial. Plaintiffs reserve the right to amend the list, including not calling certain witnesses, upon reasonable notice to Defendants.[1] Plaintiffs reserve the right to amend this list to include a records custodian for the Plaintiffs. Should any witness become unavailable, Plaintiffs reserve the right to present designations of the witness's prior testimony. Plaintiffs reserve the right to call any witness appearing on Defendants' witness lists.

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| **Anthony Airoso** Weber Hall, Suite 204-A University of the Pacific 3601 Pacific Avenue Stockton, CA 95211 | University of the Pacific (formerly Walmart) | Mr. Airoso is expected to testify about Walmart's purchasing practices, whether Walmart demanded the UEP Certified Program or 100% Rule, how Sparboe Farms became a Walmart supplier and pressure put on Walmart by UEP to refuse to deal with Sparboe. | Defendants object to Plaintiffs' untimely disclosure on August 21, 2023, of Mr. Airoso as a "may call" witness when Plaintiffs previously identified him as someone whose prior DPP trial testimony would be presented at trial. If Mr. Airoso testifies live, and the Court permits additional depositions in this case, Defendants request the opportunity to depose him. |

[1] Plaintiffs have filed *motions in limine* to exclude certain evidence, including evidence created after December 31, 2008. Plaintiffs' deposition designations, exhibit list and witness list are subject to the outcome of such motions. Plaintiffs designate testimony and identify exhibits and witnesses about post-2008 events, and the other subjects sought to be excluded in Plaintiffs' anticipated *motions in limine* only in the event, and to the extent, plaintiffs' respective motions are denied.

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| **Binh Tran** | Cargill (formerly General Mills) | Mr. Tran is expected to testify about General Mills's purchasing practices and the extent, if any, to which General Mills knew about the UEP Certified Program. | |
| **James Carlson** Brooklyn, NY | HSUS | Mr. Carlson's expected testimony will be limited to authenticating 2 videos and photographs taken at Rose Acre Farms in 2010. | Defendants object to Mr. Carlson's testimony as irrelevant and unfairly prejudicial. (ECF No. 161 & 182.) |
| **Matthew Neal** 1 Kellogg Square, Battle Creek, MI 49017 | Kellogg | Mr. Neal is expected to testify about Kellogg's purchasing practices during the relevant time period. | |
| **Scott Manion** 929 12th Street Wilmette, IL 60091 | Synergy Flavors (formerly Kraft) | Mr. Manion is expected to testify about Kraft's purchasing practices and Kraft's attempts to explain the egg market's price volatility during the relevant time period. | |

APPENDIX 8-1 – PLAINTIFFS' MAY-CALL WITNESS LIST

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| **Tiffany Mercuri**<br>812 Walter Run<br>Waunakee, WI 53597 | Clasen Quality Chocolate (formerly General Mills) | Ms. Mercuri is expected to testify about General Mills's purchasing practices and General Mills's attempts to explain the egg market's price volatility during the relevant time period. | |

**PLAINTIFFS' WITNESSES BY DESIGNATION**
***Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.*, 1:11-cv-08808**

Plaintiffs intend to introduce prior testimony from the following witnesses at trial. Plaintiffs reserve the right to amend the list, including not introducing certain witness testimony, upon reasonable notice to Defendant.[1]

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| **Anthony Airoso** Weber Hall, Suite 204-A University of the Pacific 3601 Pacific Avenue Stockton, CA 95211 (trial transcript designation)<br><br><br>(trial transcript) | University of the Pacific (formerly Walmart) | Mr. Airoso is expected to testify about Walmart's purchasing practices, whether Walmart demanded the UEP Certified Program or 100% Rule, how Sparboe Farms became a Walmart supplier and pressure put on Walmart by UEP to refuse to deal with Sparboe. | On June 9, 2023, Plaintiffs identified Mr. Airoso as testifying by designation (his earlier DPP testimony). On the eve of this filing, August 21, 2023, Plaintiffs moved Mr. Airoso to their "may call" list. Defendants UEP, USEM, and Cal-Maine object on the ground that the DPP trial testimony of Mr. Airoso is inadmissible against them. |

---

[1] Plaintiffs have filed *motions in limine* to exclude certain evidence, including evidence created after December 31, 2008. Plaintiffs' deposition designations, exhibit list and witness list are subject to the outcome of such motions. Plaintiffs designate testimony and identify exhibits and witnesses about post-2008 events, and the other subjects sought to be excluded in Plaintiffs' anticipated *motions in limine* only in the event, and to the extent, Plaintiffs' respective motions are denied.

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| **Al Pope** (video designation) | (formerly United Egg Producers) | Mr. Pope is expected to testify regarding the conduct of UEP and its members, what transpired and UEP meetings, and UEP's communications with its members. | |
| **Binh Tran** (video designation, if unavailable) | Cargill (formerly General Mills) | Mr. Tran is expected to testify about General Mills's purchasing practices and the extent, if any, to which General Mills knew about the UEP Certified Program. | |
| **Bryan "KY" Hendrix** (video designation) | (formerly Rose Acre) | Mr. Hendrix is expected to testify about his knowledge of Rose Acre's flock management, the company's decision to join the UEP Certified Program, and the company's implementation of the program, and about his involvement in UEP committees that oversaw the creation and management of the UEP Certified Program. | |
| **Craig Willardson** 5220 Avenida De Despacio Yorba Linda, CA 92887 (deposition transcript designation) | Moark, LLC (formerly Land O' Lakes) | Mr. Willardson is expected to testify regarding Moark's participation in the UEP Certified Program, its knowledge of the program's goals and purpose, and its impact on egg prices and supply. | |

APPENDIX 8-1 – PLAINTIFFS' WITNESSES BY DESIGNATION

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| **David Hurd**<br>5800 Acre Lane<br>Apt. 26<br>West Lafayette, IN 47906<br>(trial transcript designation) | Rose Acre Farms | Mr. Hurd is expected to testify regarding Rose Acre's knowledge of the UEP Certified Program's goals, including its efforts to manage the domestic supply of shell eggs and egg products, Rose Acre's participation in the UEP Certified Program, and its impact on layer numbers. | Defendants UEP, USEM, and Cal-Maine object that the DPP trial testimony of Mr. Hurd is inadmissible against them. The DAP trial testimony is inadmissible against Defendant Cal-Maine for all purposes, and against UEP and USEM unless used for impeachment. |
| **Donald Bell**<br>(video designation) | (formerly University of California) | Mr. Bell is expected to testify regarding egg industry statistics and economic analyses, his involvement with and work for the UEP, including the UEP Scientific Advisory Committee, and the purpose and development of the UEP Certified Program. | |
| **Garth Sparboe**<br>4001 River Oaks Drive<br>Des Moines, IA 50312<br>(trial transcript designation) | Sparboe Farms, Inc. | Mr. Sparboe is expected to testify regarding the development of the UEP Certified Program, the purpose of the program, the nature of customer demand for certified eggs, producer opposition to the 100% Rule, UEP's actions to try to generate customer support for the Program, short term supply adjustment steps taken by UEP members, Sparboe Farms' | Defendants object to Plaintiffs' use of Mr. Sparboe's deposition testimony in lieu of live testimony because Plaintiffs have not shown Mr. Sparboe is unavailable under Fed. R. Evid. 804. Mr. Sparboe testified live on behalf of the Plaintiffs at the two previous trials. |

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| | | involvement in the UEP, what transpired at UEP meetings, and Sparboe Farms' concerns about the Certified Program. | Defendants UEP, USEM, and Cal-Maine further object that the DPP trial testimony of Mr. Sparboe is inadmissible against them. |
| **Gene Gregory** (video designation) | By designation (formerly United Egg Producers) | Mr. Gregory testified regarding his experience as the president and CEO of UEP, including his role in efforts to reduce flock numbers and raise egg prices. Mr. Gregory testified about the structure of the UEP, its interactions with egg producers and egg purchasers, and the UEP's development, implementation, and enforcement of the UEP Certified Program. | |
| **Gregg Ostrander** 2385 Gulf Shore Blvd. N. Naples, FL 34103 (video designation) | Michael Foods Inc. | Mr. Ostrander is expected to testify regarding MFI's knowledge of the UEP Certified Program's goals, including its efforts to manage the domestic supply of shell eggs and egg products, MFI's participation in the UEP Certified Program, and its impact on layer numbers. | |

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| **Gregory Hinton** Seymour, IN (video and/or trial transcript designation) | Rose Acre Farms | Mr. Hinton is expected to testify as to the effects of the UEP Certified Program, exports, and short-term measures on egg prices and on Rose Acre customers. He also is expected to testify to his experiences with and involvement in the UEP, including as a member of the UEP's marketing committee. | Per Stipulation No. 13, the DPP trial testimony of Mr. Hinton is inadmissible against Defendants UEP, USEM, and Cal-Maine; the DAP trial testimony is inadmissible against Defendant Cal-Maine for all purposes, and against UEP and USEM unless used for impeachment. *See* Appendix 10-2. |
| **Gregory Marshall** 7465 N. Base Road, Seymour, IN 47274 (trial transcript designation) | Rose Acre Farms | Mr. Marshall is expected to testify regarding Rose Acre's knowledge of the UEP Certified Program's goals, including its efforts to manage the domestic supply of shell eggs and egg products, Rose Acre's participation in the UEP Certified Program, and its impact on layer numbers. | Defendants UEP, USEM, and Cal-Maine object that the DPP trial testimony of Mr. Marshall is inadmissible against them. The DAP trial testimony is inadmissible against Defendant Cal-Maine for all purposes, and against UEP and USEM unless used for impeachment. |

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| **James Carlson**<br>Brooklyn, NY<br>(by trial transcript designation, if unavailable) | HSUS | Mr. Carlson's expected testimony will be limited to authenticating 2 videos and photographs taken at Rose Acre Farms in 2010. | Mr. Carlson's testimony is irrelevant and unfairly prejudicial. (ECF No. 161 & 182.)<br><br>The DAP trial testimony is inadmissible against Defendant Cal-Maine for all purposes, and against UEP and USEM unless used for impeachment. |
| **Jeff Hardin**<br>Cal-Maine Foods, Inc.<br>1052 Highland Colony Parkway, Ste. 200<br>Ridgeland, MS 39157<br>(video designation) | Cal-Maine | Mr. Hardin is expected to testify to his experiences at Cal-Maine during the development of the UEP Certified Program, the nature of customer demand for certified eggs, and the effects of the UEP Certified Program, exports, and short-term measures on egg prices and on Cal-Maine customers. | |

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| **Jill Hollingsworth** Hilton Head Island, SC (video designation) | Food Marketing Institute | Ms. Hollingsworth is expected to testify about FMI's review of producer welfare efforts, interactions with UEP and its members and UEP's Guidelines and Certification Program. | |
| **John Mueller** 1907 Wayzata Blvd. E., #300 Wayzata, MN 55391 (trial transcript designation) | Sparboe Farms, Inc. | Mr. Mueller is expected to testify regarding Sparboe Farms' concerns about the Program, Sparboe Farms' decision to leave the UEP Certified Program and the USEM, what transpired at UEP meetings, and Sparboe Farm's communications with the UEP and its members. | Defendants object to Plaintiffs' use of Mr. Mueller's prior testimony because Plaintiffs have not shown Mr. Mueller is unavailable under Fed. R. Evid. 804. Mr. Mueller testified live on behalf of the Plaintiffs at the two previous trials.  The DAP trial testimony of Mr. Mueller is inadmissible against Defendant Cal-Maine. |

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| **Ken Klippen** <br> 60 Whitehall Dr. <br> Collegeville, PA <br> (video and/or trial transcript designation) | Klippen & Associates LLC (former UEP) | Mr. Klippen is expected to testify to his experiences at UEP during development of the UEP Certified Program and other UEP conduct, and the development and acceptance of a competing animal husbandry program. | Defendants object to Plaintiffs' use of Mr. Klippen's prior testimony in lieu of live testimony in that Plaintiffs have not shown Mr. Klippen is unavailable under Fed. R. Evid. 804. Mr. Klippen testified live on behalf of the plaintiffs in the previous DAP trial. <br><br> The DAP trial testimony of Mr. Klippen is inadmissible against Defendant Cal-Maine. |
| **Linda Reickard** <br> 6455 East Johns Crossing, <br> Ste. 410 <br> Johns Creek, GA 30097 <br> (video and/or trial transcript designation) | (formerly United Egg Producers) | Mr. Reickard is expected to testify about USEM and its exports during the relevant time period. | The DPP trial testimony of Mrs. Reickard is inadmissible against Defendants UEP, USEM, and Cal-Maine. |
| **Marcus Rust** <br> (video and/or trial transcript designation) | Rose Acre Farms | Mr. Rust is expected to testify regarding Rose Acre's involvement in the UEP and UEP meetings, Rose Acre's decision to become a member of the UEP Certified Program and its involvement in the Program, Rose Acre's role at and conduct in connection with the UEP and its Certified Program and other conduct, including early | Per Stipulation No. 13, the DPP trial testimony of Mr. Rust is inadmissible against Defendants UEP, USEM, and Cal-Maine; the DAP trial testimony is inadmissible against Defendant Cal-Maine for all purposes, and against UEP and USEM unless used for |

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| | | molting, early slaughter, pullet reduction and exports; Rose Acre's role at and involvement with USEM and its participation in USEM exports, Rose Acre's capacity and production of eggs. | impeachment. *See* Appendix 10-2. |
| **Phyllis Blizzard** (deposition transcript designation) | (formerly United States Egg Marketers) | Ms. Blizzard is expected to testify about the conduct of USEM and its members, what transpired at USEM meetings, and USEM's interactions with the UEP. | |
| **Robert Hodges** 3925 Laurel Ridge Springdale, Arkansas 72764 (video designation) | Moark, LLC (formerly Land O' Lakes) | Mr. Hodges is expected to testify regarding Moark's participation in the UEP Certified Program, its knowledge of the program's goals and purpose, and its impact on egg prices and supply. | |

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| **Scott Manion**<br>929 12th Street<br>Wilmette, IL 60091<br>(video designation, if unavailable) | Synergy Flavors (formerly Kraft) | Mr. Manion is expected to testify about Kraft's purchasing practices and Kraft's attempts to explain the egg market's price volatility during the relevant time period. | Defendants object to Plaintiffs' use of Mr. Manion's deposition testimony in lieu of live testimony because Plaintiffs have not shown Mr. Manion is unavailable under Fed. R. Evid. 804.<br><br>Defendants reserve the right to introduce Mr. Manion's deposition testimony as an admission of a party opponent under Fed. R. Evid. 801. |
| **Steve Feyman**<br>20491 Black Tree Ln.<br>Estero, FL 33928<br>(video designation, if unavailable) | (formerly Nestle) | Mr. Feyman is expected to testify about Nestlé's purchasing practices during the relevant time period and the extent to which Nestlé required UEP certification for egg products it purchased. | |

| Witness and Address | Employer | Brief Statement of the Evidence | Defendants' Objection or MIL |
|---|---|---|---|
| **Steve Storm** (video designation) | (formerly Cal-Maine) | Mr. Storm is expected to testify regarding the activities of the UEP Producer Committee for Animal Welfare, the purpose and development of the UEP Certified Program, Cal-Maine's involvement in the UEP Certified Program, and what transpired at UEP and UEP Producer Committee for Animal Welfare meetings. | |
| **Terry Baker** 301 Carlson Parkway Ste. 400 Minnetonka, MN 55305 (video and/or trial transcript designation) | Michael Foods, Inc. | Mr. Baker is expected to testify regarding the nature of customer demand for Certified eggs and egg products, MFI's attempt to modify the 100% Rule, MFI's decision to join the UEP Certified Program and its impact on layer numbers, and MFI's consideration of an alternative animal welfare plan. | The DPP trial testimony of Mr. Baker is inadmissible against Defendants UEP, USEM, and Cal-Maine. |
| **Tim Bebee** (video designation) | Michael Foods, Inc. | Mr. Bebee is expected to testify regarding his knowledge of, and involvement in, the development of the UEP Certified Program including its purpose, goals, implementation strategies, and member expectations. | |

### PLAINTIFFS' EXPERT WITNESSES
***Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.*, 1:11-cv-08808**

Plaintiffs intend to call the following expert witnesses at trial. Plaintiffs reserve the right to amend the list, including not introducing certain witness testimony, upon reasonable notice to Defendant.

### 1.  Michael Baye

Michael Baye is the Bert Elwert Professor of Business Economics and Public Policy at the Indiana University Kelley School of Business. He is also a Special Consultant at National Economic Research Associates, Inc. (NERA). He received his Ph.D. in Economics from Purdue University in 1983. He has also held tenured positions on the faculties of Texas A&M University and The Pennsylvania State University, and served as a visiting professor at the University of Oxford, the University of Cambridge, and a number of other universities. He received a Fulbright Research Scholar Award to conduct pricing research at Erasmus University in The Netherlands.

His academic research focuses on microeconomics and industrial organization, which is the study of how buyers and sellers interact in the marketplace to determine equilibrium prices, and how a variety of business strategies and government regulations impact market prices, firm profits and the welfare of consumers. He has published many articles in the leading academic journals in economics and marketing, and has written and edited a number of books. He is the coauthor of *Managerial Economics and Business Strategy*, now in its tenth edition with McGraw-Hill. It is the leading text in the area and has been translated into Russian, Chinese, Spanish, Korean, Portuguese, Albanian, and Macedonian. He also the co-author of *Money, Banking and Financial Markets: An Economic Approach*, published by Houghton Mifflin.

Dr. Baye has also served the profession by editing or co-editing a variety of journals in economics, marketing, and public policy. He currently serves as a co-editor of the *Journal of Economics and Management Strategy*. Dr. Baye has lectured and spoken at conferences and academic institutions throughout North America and Europe, and has held visiting appointments at Cambridge, Oxford, Erasmus University, Tilburg University, and the New Economic School in Moscow.

During 2019-2021, Dr. Baye served on the Academic Research Council of the US Consumer Financial Protection Bureau (CFPB), and as Chairman from October 2019 through September 2020. In this capacity he advised the CFPB about its strategic research planning process and research agenda, including views on the research that the Bureau should conduct relating to consumer financial products or services, consumer behavior, cost-benefit analysis, and other topics including technical advice and feedback on research methodologies, data collection strategies, and methodologies for quantifying the costs and benefits of regulatory actions.

Dr. Baye is an expert in the area of antitrust economics. During 2007 and 2008, he served as the Director of the Bureau of Economics at the U.S. Federal Trade Commission (FTC)—the most senior position held by an economist at the FTC. In this capacity, he directed a staff that

included approximately 70 Ph.D. economists and advised the Commission on microeconomic issues related to its antitrust, consumer protection, and public policy missions.

In addition to his extensive economic experience while at the FTC, Dr. Baye has also provided expert economic testimony on economic matters before U.S. courts and foreign tribunals on behalf of the U.S. Department of Justice (DOJ), the Canadian Competition Bureau, and private parties.

## 2. Jayson Lusk

Dr. Jayson Lusk is the Distinguished Professor and Head, Purdue University, Department of Agricultural Economics. Prior to his appointment in 2017 at Purdue University, Dr. Lusk was the Regents Professor and the Willard Sparks Endowed Chair in the Department of Agricultural Economics at Oklahoma State University. He also served as the Fred Presant Visiting Lecturer hosted by the Campbell Centre for the Study of Animal Welfare and the Ontario Agricultural College and the Ontario Veterinary College, University of Guelph in 2012. He has been elected and has served on the boards of the three largest agricultural economics associations in the U.S., the Agricultural and Applied Economics Association, the Southern Agricultural Economics Association, and the Western Agricultural Economics Association. He has also served on the editorial boards of seven academic journals including the *American Journal of Agricultural Economics*, *Journal of Environmental Economics and Management*, *Journal of Agricultural and Resource Economics*, *Journal of Agricultural and Food Industrialization Organization*, *Journal of Consumer Affairs*, *Agricultural and Resource Economic Review*, and *Journal of Agricultural and Applied Economics*.

Dr. Lusk received a U.S. Department of Agriculture graduate fellowship in the Department of Agricultural Economics at Kansas State University, where he received his Ph.D. in Economics in 2000. He has since been recognized as one of the most cited and published food and agricultural economists in the world, and has won various research awards from the Agricultural and Applied Economics Association and the Western Agricultural Economics Association, including most recently being named fellow of the Agricultural and Applied Economics Association. He has received the Regents Distinguished Research Award, the Sarkeys Distinguished Professor Award, and the James A. Whatley Award of Merit for Excellence in Agricultural Research from Oklahoma State University. In 2007, he was awarded the Hall of Fame Horizon Award (Outstanding Alumni) from the Department of Animal and Food Sciences at Texas Tech University.

Since 2001, he has published more than 150 academic articles in peer-reviewed journals, written or edited five books and seven book chapters, and has given lectures at more than 40 universities in the U.S. and abroad. He has also written numerous items for farm and animal agricultural audiences and for the general public, and frequently provides expert input to media outlets on food and agricultural issues. His interviews and writings have appeared in industry outlets like *Feedstuffs* and *Meatingplace Magazine*, and in more general publications like the *New York Times* and the *Wall Street Journal*. He has given numerous keynote addresses for industry organizations such as the American Farm Bureau, the National Pork Producers Council, and the American Meat Institute, among others.

APPENDIX 8-1 – PLAINTIFFS' EXPERT WITNESSES

Dr. Lusk is an expert in the area of animal welfare. He has been conducting research on the topic of animal welfare for more than a decade. He has authored or co-authored dozens of peer-reviewed papers on the topic of animal welfare, including an invited feature article on animal welfare for the journal *Applied Economic Perspectives and Policy*. His research on the subject has appeared in academic journals such as *Animal Welfare, European Review of Agricultural Economics*, *Food Quality and Preference*, *Journal of Agricultural and Food Industrial Organization*, *Journal of the American Veterinary Medical Association*, and *Journal of Environmental Economics and Management*.

Much of this work cumulated in a 2011 co-authored book entitled *Compassion by the Pound: The Economics of Farm Animal Welfare*, published by Oxford University Press. This book is a comprehensive look at the topic of animal welfare, including its history, philosophy, science, and economics.

He has also given numerous lectures to industry and academic audiences on the topic of animal welfare, and has talked to numerous producer groups on the topic of animal welfare, including beef, hog, poultry, and egg producers. He also presented an invited address at the Congress of the European Association of Agricultural Economics in 2011 on the topic of animal welfare. In 2012, he gave an invited presentation on the topic of animal welfare for a National Academies of Science, Institute of Medicine, Planning Committee on "Exploring the True Costs of Food."

On two separate occasions, he also served as a consultant for an animal advocacy organization, the World Society for the Protection of Animals, to help them understand the implications of increasing the share of eggs coming from cage-free laying facilities.