# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                        Plaintiff,

v.                                                               Case No.: 1:11−cv−08808

                                                                              Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 24, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiffs' motion to file certain exhibits attached to their response to Defendants' motion to procure the rebuttal testimony of Gary Pickett (Dckt. No. [264]) is hereby granted. The Court has already ruled on Defendants' motion to procure Pickett by separate Order. See 8/11/23 Order (Dckt. No. [275]). Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.