# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., Plaintiffs, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:11-cv-08808 Judge Steven C. Seeger |
| v. | | |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. Defendants. | | |

## UNOPPOSED MOTION FOR AN ORDER
## RECESSING THE JURY EARLY ON FRIDAYS

Rose Acre Farms, Inc. respectfully moves the Court for an Order recessing the upcoming trial early on Fridays. One of its lead counsel, the undersigned, is an Orthodox Jew. As an Orthodox Jew, he is forbidden from any manner of travel on the Sabbath, which begins a little before sunset on Friday. As he is not local to the area, his accommodations for the Sabbath during trial will be in West Rogers Park and/or Skokie. In order for him to reach his destination in time to prepare for the Sabbath, he respectfully requests that the Court recess the trial at 3:00 pm on Fridays, and after the clock changes on November 4, at 2:00 pm. The request is agreed to by all of the parties.[1]

---

[1] A similar accommodation was made by Judge Pratter in the previous DAP trial.

Rose Acre Farms, Inc. respectfully requests the Court enter the Proposed Order granting this Motion which will be submitted separately via email.

Dated: August 30, 2023

Respectfully submitted,

/s/ Jay L. Levine
Jay L. Levine
PORTER WRIGHT MORRIS & ARTHUR LLC
2020 K Street, NW
Suite 600
Washington, DC 20006
Tel: (202) 778-3000
Fax:
Email: jlevine@porterwright.com