# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Kraft Foods Global, Inc., et al.    Case Number: 1:11-cv-08808
v. United Egg Producers, Inc., et al.

An appearance is hereby filed by the undersigned as attorney for:
Rose Acre Farms, Inc., Defendant

Attorney name (type or print): Ana P. Crawford

Firm: Porter Wright Morris & Arthur LLP

Street address: 250 East Fifth Street, Suite 2200

City/State/Zip: Cincinnati, Ohio 45202

Bar ID Number: Ohio - 0090581    Telephone Number: 513-369-4237
(See item 3 in instructions)

Email Address: acrawford@porterwright.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 6, 2023

Attorney signature:    S/ *Ana P. Crawford*

(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023

23108531v1