**APPENDIX 7-1**
***VOIR DIRE* WRITTEN QUESTIONNAIRE**

APPENDIX 7-1 – *VOIR DIRE* WRITTEN QUESTIONNAIRE

**CASE-SPECIFIC JUROR QUESTIONNAIRE**

As part of the jury selection process, the Court needs you to answer the following questions truthfully and completely. If you do not understand a question, write "Do Not Understand" in the space provided. If you would prefer to discuss your response to a question verbally, write "For Discussion" in the space provided.

Your Full Name: _____ Your Age: _____

1. List all cities where you have lived in the last five years. If Chicago, please identify the neighborhood (for example, Austin, Avondale, Lakeview, etc.):

   _____
   _____

2. Please state your highest level of education and all degrees you have earned:

   _____
   _____

3. What is your current employment status (check all that apply)?

   _____ Employed full time
   _____ Employed part time
   _____ Unemployed (looking for work)
   _____ Unemployed (not looking for work)
   _____ Student
   _____ Retired

4. If you are currently employed, please state your current occupation and your current employer.

   _____
   _____

5. Please state all other jobs you have held and employers you have worked for during your adult working life. Please include any job titles (if applicable):

   _____
   _____
   _____
   _____
   _____
   _____

6. Have you ever owned or run your own business? If yes, please state dates of ownership, the type of business, and number of employees.

   _____
   _____
   _____

7. If you are married or in a relationship with someone, please state the occupation and employer of your spouse or partner (and length of employment):

   _____
   _____

8. If you have any children, please list the following:

   EDUCATION					OCCUPATION

   _____		_____

   _____		_____

   _____		_____

   _____		_____

9. Are you the primary purchaser of groceries for your household?

   Yes_____ No_____

10. Do you or others in your household primarily purchase organic, free-range, cage-free, or pasture-raised eggs? If yes, identify the products.

    _____
    _____
    _____

11. Do you or others in your household follow a vegetarian or vegan diet? Do you or others in your family refuse to eat eggs for any reason? If yes, please describe.

    _____
    _____
    _____

APPENDIX 7-1 – *VOIR DIRE* WRITTEN QUESTIONNAIRE

12. Are you concerned about the price of eggs? If yes, why?

   _____
   _____
   _____

13. Have you, a family member, or a close friend ever worked in the agriculture business? If yes, please explain.

   _____
   _____
   _____

14. Have you, a family member, or a close friend ever lived or worked on a farm or raised chickens or livestock? Or who raised chickens at home? If yes, please explain.

   _____
   _____
   _____

15. Have you, a family member, or a close friend ever been involved in veterinary medicine? If yes, please explain.

   _____
   _____
   _____

16. Have you, a family member, or a close friend ever been involved in the business of food distribution, processing, or manufacturing? If yes, please explain.

   _____
   _____
   _____

17. Have you, a family member, or a close friend ever worked for or owned a supermarket or grocery store? If yes, please explain.

   _____
   _____
   _____

18. Have you or a family member ever worked for a large corporation? If yes, please identify the corporation and the last year of employment.

   _____
   _____
   _____

APPENDIX 7-1 – *VOIR DIRE* WRITTEN QUESTIONNAIRE

19. In your experience, do most corporations act unethically to increase profits? If yes, why do you believe so?

20. How do you learn about current events? Please identify which newspapers, magazines, websites, apps, television networks, radio shows, podcasts, blogs, etc. you rely on.

21. Have you, a family member, or close friend ever been involved in setting prices for a company you or they worked for? If yes, please explain.

22. Have you, a family member, or close friend ever been involved in purchasing wholesale goods for resale in a retail business?

23. Do you have any strong feelings about government regulation of businesses in this country?

24. Are you, a family member, or a close friend a member of any trade association or an organization that sets standards, rules, or practices for members of the organization?

25. Have you ever been a member of a trade association or attended industry-wide meetings, conferences, lectures, or symposiums that covered aspects of the industry in which you are or were employed?

26. Are you concerned about the treatment of animals that produce our nation's food supply?

27. Do you have strong opinions about the treatment of animals in agriculture?

28. Have you, a family member, or close friend ever belonged to or donated to an animal rights organization? Some examples are People for the Ethical Treatment of Animals ("PETA"), the American Society for the Prevention of Cruelty to Animals ("ASPCA" or "SPCA"), the Humane Society of the United States ("HSUS"), Greenpeace, Sea Shepard, Mercy for Animals, Compassion Over Killing, the Animal Liberation Front, the Animal Defense League, Farm Animals Rights Movement (FARM), or the American Humane Association.

29. List any organizations you belong to, volunteer with or participate in (for example, union, professional, church, social, recreational, etc.):

30. Have you, a family member, or close friend ever been involved in an auditing or compliance process?

31. Have you, a family member, or close friend ever been involved in tracking economic trends for a company, business, or industry?

32. Have you, a family member, or close friend ever been educated as, trained as, or working as an economist or in economic modeling?

33. Do you have any opinions about or impressions of any of the plaintiffs or the products that they sell?

34. Do you have any opinions about or impressions of any of the defendants or the products that they sell?

35. Have you, a family member, or close friend ever had any experience, good or bad, with any of the parties in this case or the products they sell that might keep you from being a fair and impartial juror in this case?

36. Do you have a problem or issue with large companies using the legal system to resolve their disputes? If yes, please explain:

37. At the end of the presentation of evidence in this case, I will instruct you on the law and what the law requires. Do you have any concerns about applying the law as I may instruct you, even if oy do not agree with that law?

38. This trial is scheduled to last up to five weeks. If you are selected, would serving on a jury in this case cause you any extreme personal hardship?

APPENDIX 7-1 – *VOIR DIRE* WRITTEN QUESTIONNAIRE

39. Is there any other reason that would make it difficult for you to serve as a juror in this case? If yes, please explain:

    _____
    _____
    _____

40. Is there anything such as poor vision, difficulty hearing, difficulty understanding spoken or written English, or health concerns that would make it difficult for you to serve on this jury?

    Yes _____ No _____

    If yes, please explain:

    _____
    _____
    _____

41. Is there anything about you that this questionnaire does not address that you think might be important for the judge and the attorneys to know or that creates a doubt in your mind as to whether you can be a fair, objective and impartial juror in this case?

    Yes _____ No _____

    If yes, please explain:

    _____
    _____
    _____