**APPENDIX 7-2**
***VOIR DIRE* ORAL QUESTIONS**

APPENDIX 7-2 – *VOIR DIRE* ORAL QUESTIONS

# QUESTIONS TO PROSPECTIVE JURORS PURSUANT TO FRCP 47(a)
*Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc. et al.*, **1:11-cv-08808**

1. Do you have any opinions, beliefs, or impressions about the case I described that make you feel that you would lean toward one side or the other?

2. Is there anything such as poor vision, difficulty hearing, difficulty understanding spoken or written English, or health concerns that would make it difficult for you to serve on this jury?

3. Do you know any of the lawyers or have you ever used any of their law firms?

4. Have you, a family member, or close friend ever worked for or had any association with any of the parties in this case?

5. Do you know the judge or any of the court personnel?

6. Have you ever heard anything about this case other than what you have learned here today?

7. Do you know any of your fellow jurors?

8. Are you licensed to practice law, or have you ever attended law school or received paralegal training?

9. Do you, a family member, or close friend work in a law firm or work for a lawyer or a judge? Have you ever?

10. Have you ever served as a juror in a civil or criminal case? If yes, did the jury reach a verdict? Did you serve as the foreperson?

11. Have you or any member of your immediate family ever been involved as a party or a witness in any kind of a civil or criminal case?

12. Have you or a member of your immediate family ever been a party or witness in a lawsuit involving antitrust law?

13. Do you have any personal, religious, or philosophical beliefs that would prevent you from sitting in judgment?

14. If selected as a juror, your job will be to decide the facts from the evidence in the case. You will then apply the law that I give you to the facts. You must follow these instructions even if you disagree with them. Would you have any difficulty in following these instructions?

15. At the end of the trial, the jurors will deliberate and make every reasonable effort to reach a verdict while consulting with one another, expressing your own views, and listening to the opinions of your fellow jurors. Would following these instructions be difficult for you?

APPENDIX 7-2 – *VOIR DIRE* ORAL QUESTIONS

16. If selected as a juror, are you able to keep an open mind until all the evidence has been received and you have heard the views of your fellow jurors?

17. Is there any other reason that I have not yet covered that you could not be a fair juror or could not give your full attention to this case?