September 9, 2023          **APPENDIX 9-1**          Case No. 1:11-cv-08808

**Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.**

**Plaintiffs' Trial Exhibit List**

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0001 | 1 | 8/2/1999 | UE0064456 | UE0064459 | United Voices Newsletter. | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Article at bottom of page 2 and on page 3 are statements by a party-opponent and co-conspirator statements under 801(d)(2)(A) and (E). Admissible against all defendants. Remainder will be redacted, including "Washington Report" attachment. | |
| 0002 | 6 | | UE0174372 | UE0174372 | Editorial by Moark's Joe Fortin | 105; 402; 404(b); 403; 802 | Revelant co-conspirator statements under 801(d)(2)(E) that discusses plan. Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0003 | 7 | N/A | N/A | N/A | Website printout of Rose Acre Farms re Rose Acre's vertical integration<br><br>Rust Ex. 36 | 105; 802 | Relevant statement by party-opponent under 801(d)(2)(A) that discusses Rose Acre's business model. Admissible against Rose Acre. | |
| 0004 | 8 | N/A | N/A | N/A | Website printout of Rose Acre Farms - Commodity Eggs defining commodity eggs and production output at certain facilities<br><br>Rust Ex. 34 | 105; 802 | Relevant statement by party-opponent under 801(d)(2)(A) that discusses Rose Acre's business model. Admissible against Rose Acre. | |
| 0005 | 9 | N/A | N/A | N/A | Website printout of Rose Acre Farms Company History showing Rose Acre operates 17 facilites in six states<br><br>Rust Ex. 32 | 105; 802 | 801(d)(2)(A). Admissible against Rose Acre. | |
| 0006 | 12 | N/A | UE0297246 | UE0297262 | Composite Exhibits of UEP Marketing & Price Discovery Committee Conference Call Minutes for 02/23/00 & 11/22/99 & UEP's Export Committee Conference Call Minutes | 105; 402; 403; 802; 805; 1006 | 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admisslbe against all defendants. | |
| 0007 | 13 | N/A | UE0216829 | UE0216829 | Rose Acre Certification of Animal Husbandry "Certified Company" | None | | |
| 0008 | 14 | N/A | UE0174291 | UE0174295 | List of ConAgra suppliers - Animal Husbandry "Certified Companies" | 802; 901 | Rule 801(d)(2)(A) and (E) and Rule 803(6). Admissible against all defendants. | |
| 0009 | 17 | N/A | MFI0023056 | MFI0023057 | UEP Notice to Members attaching Animal Welfare - Area Meeting Dates.<br><br>C Gregory Ex.7 | 105; 602; 701; 802 | 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0010 | 19 | N/A | MFI0006321 | MFI0006322 | Egg Industry Economic Alert<br><br>T. Baker Ex. 7 | 105; 403; 802 | 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0011 | 24 | 5/8/2018 | PX 719 | PX 719 | Rose Acre Farm Videos | 105; 106; 402; 403; 404(a); 602; 802; 805; 901 | Shows Rose Acre's mistreatment of hens after being certified by UEP. Relevant to show Rose Acre was not motivated by animal welfare concerns and that UEP program was not effective for animal welfare. Probative value not substantially outweighed by unfair prejudice. Admissible against Rose Acre and UEP. | |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0012 | 25 | 7/19/2015 | RA0005033 | RA0005049 | Rose Acre Vendor Profile and Company Descriptio | None | | Yes |
| 0013 | 30 | 8/10/2012 | RA0075147 | RA0075150 | February 2005 UEP Animal Husbandry Guidelines Monthly Compliance Report | None | | Yes |
| 0014 | 31 | 10/25/2011 | UE0099338 | UE0099338 | USEM Export Conference Call Minutes. | 402; 403; 802; 805 | Evidence of exports and plan to increase price as a result; admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0015 | 34 | 8/31/2009 | MFI0017437 | MFI0017439 | UEP Certified Certification, Michael Foods Egg Products Co., and 8/31/2009 transmittal letter from Gene Gregory to Tim Beebe | 105; 802; 901 | Evidence of Michael Foods as co-conspirator. Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0016 | 35 | 4/13/2009 | SF003886 | SF003886 | Gene Gregory email to UEP Members/Staff re: Don Bell's Retirement | 105; 802 | Rules 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0017 | 40 | 10/1/2008 | UE0291549 | UE0291549 | USEM Members & Supporters, October 2008 Report | 105; 402; 403; 802 | Relevant to show exports. Admissible under rule 801(d)(2)(A) and (E). Business record under Rule 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0018 | 42 | 9/24/2008 | MFI0321384 | MFI0321389 | Beebe email to Muller, Morton, Ericson, Roberson, Leske & Waltz re: antitrust | 402; 403; 802; 805 | Relevant, non-hearsay use (notice and effect on listener); admissible under Rule 801(d)(2)(E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0019 | 43 | 9/16/2008 | UE0354876 | UE0354876 | Gene Gregory email to Chad Gregory & Mike McGriff re: Wal-Mart | 105; 802; 805 | Rule 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0020 | 44 | 9/16/2008 | UE0312433 | UE0312437 | UEP Summary of Exports from 2000 to 2008 | 105; 402; 403; 802 | Relevant evidence of exports. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0021 | 46 | 8/27/2008 | UE0353866 | UE0353869 | Tony Airos (Walmart) email exchanges to Chad Gregory re: Feedback from our meeting | 105; 402; 403; 802 | Relevant statements made in furtherance of the conspiracy by a party-opponent and co-conspirator under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0022 | 48 | 8/11/2008 | UE0547561 | UE0547562 | Email exchange with Chad Gregory (& Gene Gregory) and Daniel Curran | 105; 802 | Non-hearsay use under 801(c) and 801(d). Admissible against all defendants. | |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0023 | 49 | 8/7/2008 | RAUPDATE0020176 | RAUPDATE0020206 | Email from David Hurd with attachments | 105; 802 | Rule 801(d)(2)(A) and (E); 803(6). Admissible against all defendants. | No to email, yes to attachments |
| 0024 | 50 | 8/1/2008 | UE0271763 | UE0271764 | August 2008 Export Case Volume. | 402; 403 | Relevant to show exports. Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0025 | 52 | 8/1/2008 | RA0019214 | RA0019216 | Gene Gregory memo to Marcus Rust (Rose Acre) | None | | Yes |
| 0026 | 53 | 7/31/2008 | RA0045789 | RA0045790 | Memo to USEM members | None | | Yes |
| 0027 | 54 | 7/30/2008 | UE0198155 | UE0198155 | Email from M. McGriff | 105; 802; 805 | Rule 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0028 | 56 | 7/18/2008 | RAUPDATE0018104 | RAUPDATE0018104 | Email from Greg Hinton to Ann Mesavage (Kraft) re: Evaluation of Egg Input Costs | 105; 802 | Rule 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0029 | 57 | 7/15/2008 | UE0431167 | UE0431175 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Articles "My Egg Industry Concerns," "Molt Survey," and "Egg Breaking Report" and statistics re flock size are admissible under 801(d)(2)(A) and (E); other portions will be redacted, including "Washington Report" attachment. Admissible against all defendants. | |
| 0030 | 58 | 6/24/2008 | RA0075663 | RA0075678 | Rose Acre UEP Audit Results | 403; 802/805 | Probative value not substantially outweighed by unfair prejudice. Admissible under 801(d)(2)(A) and (E), 803(6). Admissible against all. | Yes, but hearsay as to auditor comments |
| 0031 | 59 | 6/10/2008 | MFI0621980 | MFI0621981 | UEP Certified Certification, Michael Foods Egg Products Co., 6/10/2008 transmittal letter from Gene Gregory to Terry Baker | 105; 802 | Evidence of Michael Foods as co-conspirator. Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes to certification |
| 0032 | 60 | 5/30/2008 | UE0918791 | UE0918797 | Email exchanges between Gene Gregory and Don Bell re: The California Farm Initiative | 105; 701; 802; 805 | 801(d)(2). Admissible against all defendants | |
| 0033 | 62 | 5/9/2008 | RA0044404 | RA0044406 | Email to USEM members requesting vote on export order | 105; 402; 403; 802 | Relevant to show exports; Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants | |
| 0034 | 66 | 3/3/2008 | UE0857704 | UE0857704 | Mike McGriff email to Gene & Chad Gregory re: Cal-Maine Visit (Dolph) | 105; 802; 805 | 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0035 | 68 | 1/22/2008 | UE0153930 | UE0153931 | UEP Marketing Committee Meeting Minutes. | 105; 402; 403; 802; 805 | Relevant to exports; Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants | Yes |
| 0036 | 69 | 1/22/2008 | RAUPDATE0015948 | RAUPDATE0015951 | Ty Harweger internal email re: RAF Layer Capacity Update | None | | Yes |
| 0037 | 70 | 1/3/2008 | UE0619780 | UE0619789 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Articles on page 1, pages 3-4 ("The Greatest Myths"), admissible under Rule 801(d)(2)(A) and (E). statistics on 5-6 on flocks and prices. Other portions will be redacted, including "Washington Report". | |
| 0038 | 73 | 12/31/2007 | RA0069068 | RA0069072 | 2007 Marketing - Statistics Area Meetings. | 105; 402; 802 | Relevant statement by party opponent and in furtherance of conspiracy. Admissible under 801(d)(2)(A) and (E); 803(6) | |
| 0039 | 75 | 12/22/2007 | UE0214772 | UE0214772 | 2007 USEM Membership Agreement & Export Commitment  - Rose Acre | 402; 403 | Relevant to exports; probative value not substantially outweighed by unfair prejudice. 803(6). admissible against all. | |
| 0040 | 76 | 12/13/2007 | UE0213419 | UE0213422 | United Voices Newsletter | 802* | Articles "Supply/Demand" and "Egg Breaking Report" admissible under 801(d)(2)(A) and (E). Remainder will be redacted. | |
| 0041 | 77 | 12/10/2007 | UE0615194 | UE0615195 | Chad Gregory email to Mike McGriff forwarding request from John Todd | 105; 402; 405; 802 | Relevant to show success of conspiracy, including flock reduction and effect of exports. Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0042 | 78 | 11/19/2007 | MPS-00121819 | MPS-00121819 | Email exchange between Gene Gregory and Bob Krouse re: MPS Market Analysis | 105, 403, 602, 701, 802, 805, 901 | Probative value that shows impact of animal welfare guidelines to reduce egg supply not substantially outweighed but unfair prejudice. Admissible under 801(d)(2)(A) and (E). Admissible against all Defendants. | |
| 0043 | 79 | 10/26/2007 | CM00455778 | CM00455788 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "Speakers, Producers and Consultants Address Animal Welare"; "Cage-Free Animal Husbandry Guidelines"; and "Nation's Hen Inventory and Hatch Report" admissible under 801(d)(2)(A) and (E); other portions will be redacted, including "Washington Report".  Admissible against all defendants. | |
| 0044 | 81 | 10/18/2007 | CM00729846 | CM00729854 | UEP Board of Directors Meeting Minutes. | 105, 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0045 | 83 | 10/1/2007 | UE0212725 | UE0212725 | USEM Members & Supporters, October 2007 Report | 105; 402; 403; 802 | Relevant to show exports; Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice.  Admissible against all defendants | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0046 | 84 | 10/1/2007 | CF0000613 | CF0000621 | Email chain with C. Gregory and symposium organizers | 105, 402, 403, 802, 805 | Relevant statements made in furtherance of the conspiracy by a party-opponent and co-conspirator under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0047 | 86 | 8/28/2007 | RA0076260 | RA0076262 | Rose Acre UEP Audit Results | None | | Yes |
| 0048 | 87 | 8/17/2007 | CM00448920 | CM00448926 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "USEM Export"; "Dried Egg Inventory"; "Letter to Bay Area Vegans"; "Costs of Alternative Housing Systems"; "Interesting Numbers" are admissible under 801(d)(2)(A) and (E); other portions will be redacted, including "Washington Report." Admissible against all defendants. | |
| 0049 | 88 | 8/9/2007 | RWS 000033136 | RWS 000033136 | Paul Sauder Email re RW Sauder USEM Export Commitment | 105, 602, 802, 901 | Relevant, non-hearsay use (notice and effect on listener). Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0050 | 89 | 8/9/2007 | RAUPDATE0080109 | RAUPDATE0080109 | Marcus Rust Email exchange with Larry Seger | 105; 402; 403; 802 | Relevant to show Defendants did not conduct business in the open and to show exports. Admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0051 | 92 | 8/2/2007 | MFI0356331 | MFI0356340 | Email from Patricia Hugg to Tim Beebe re: UEP Newsletter | 105; 402; 403; 602; 701; 802; 805; Noerr-Pennington | Article "July 1st Flock Inventory" is relevant to show flock size; statistics are relevant to flock size and price; admissible under 801(d)(2)(A) and (E); irrelevant portions will be redacted. Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0052 | 94 | 5/31/2007 | UE0094181 | UE0094182 | April-May 2007 Export Case Volume | 402; 403 | Relevant to show exports. 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0053 | 95 | 5/30/2007 | KRA00026658 | KRA00026663 | Greg Hinton letter to John Gregory (Kraft Foods) | 105; 802; 805 | Admissible under 801(d)(2)(A). Admissible against Rose Acre and UEP. | |
| 0054 | 96 | 4/30/2007 | UE0282296 | UE0282296 | Linda Reickard memo to John Glessner | 105; 802 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0055 | 98 | 3/14/2007 | UE0133214 | UE0133217 | United Voices Newsletter | 802* | Article "Two Important Events Are About to Take Place" and statistics re flock size and price are admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0056 | 100 | 3/12/2007 | N/A | N/A | Special Report - Pope Interview. Feedstuffs | 802; 805 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0057 | 101 | 3/5/2007 | RASEYMOUR0000210538 | RASEYMOUR0000210547 | Rose Acre Invoices | None | | |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0058 | 102 | 2/14/2007 | RWS 000043435 | RWS 000043442 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "USEM Takes Another Export" and "Industry's Largest Producers" are admissible under 801(d)(2)(A) and (E); other portions will be redacted, including "Washington Report." Admissible against all defendants. | |
| 0059 | 103 | 2/13/2007 | CM00404138 | CM00404139 | USEM letter to Cal-Maine | None | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0060 | 104 | 2/5/2007 | RWS 000030986 | RWS 000030986 | Paul Sauder email to Gene Gregory | 105; 602, 802, 901 | Relevant, non-hearsay use (notice and effect on listener). Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0061 | 105 | 2/2/2007 | UE0133262 | UE0133265 | United Voices Newsletter | 802* | Article "The Egg Market" and "Scientific Committee for Animal Welfare" are admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0062 | 106 | 2/1/2007 | UE0090761 | UE0090762 | February 2007 Export Case Volume | 402; 403 | Relevant to show exports. 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0063 | 107 | 1/31/2007 | RAUPDATE0040047 | RAUPDATE0040047 | Rust email to Gregory re USDA Program. | 105; 802 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0064 | 108 | 1/30/2007 | UE0211173 | UE0211176 | 76 UEP certified Companies and Licensed Marketers Revised | 105; 802 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0065 | 109 | 1/24/2007 | RAUPDATE0069563 | RAUPDATE0069567 | UEP Board of Directors Meeting Minutes. | 105; 802; 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0066 | 110 | 1/23/2007 | UE0211918 | UE0211919 | UEP Marketing Committee Meeting Minutes. | 402; 403; 805 | Relevant to exports and to show plan to raise prices; Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice.  Admissible against all defendants | Yes |
| 0067 | 112 | 1/18/2007 | RWS 000043419 | RWS 000043424 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "Strong Egg Market" and "Interesting Numbers" are admissible under 801(d)(2)(A) and (E); other portions will be redacted, including Washington Report. Admissible against all defendants. | |
| 0068 | 113 | 1/12/2007 | MFI0149189 | MFI0149189 | Gene Gregory email to T Baker & T Beebe re: Animal Welfare Audit | 802 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0069 | 114 | 1/9/2007 | UE0475506 | UE0475506 | Gene Gregory email exchange with Linda Reickard re: Export Loss | 105; 402; 403; 802 | Relevant to exports; admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice.  Admissible against all defendants. | |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0070 | 115 | 1/4/2007 | RWS 000000428 | RWS 000000437 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "USEM Export", "Egg Product Exports", "December 1st Flock size", "UEP's Role in a Profitable Industry" and statistics re flock size and price are admissible under 801(d)(2)(A) and (E); other portions will be redacted., including "Washington Report." Admissible against all defendants. | |
| 0071 | 116 | 1/3/2007 | MFI0133867 | MFI0133868 | MFI internal email between G. Ostrander and M. Elliot et al re UB | 402; 403; 802 | Relevant to exports and expected price increase; admissible under 801(d)(2)(E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0072 | 117 | 1/1/2007 | UE0807907 | UE0807911 | January 2007 Executive Committee Meeting Speech thanking members for selecting him as President | 105; 802; 805 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0073 | 118 | 1/1/2007 | UE0721807 | UE0721808 | USEM January 2007 Membership List | 402; 403 | Relevant to exports. 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0074 | 119 | 12/27/2006 | UE0214775 | UE0214775 | Sauder USEM membership agreement and export commitment. | 402; 403 | Relevant to exports. Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0075 | 120 | 12/22/2006 | MOARK0003709 | MOARK0003710 | Gregory email to certain producers re: Some Good News | 105; 402; 403; 802 | Relevant to exports; admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0076 | 121 | 12/21/2006 | NL001760 | NL001760 | Gregory email to Seger and others re: List of Producers | 105; 802 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0077 | 122 | 12/21/2006 | UE0153488 | UE0153488 | USEM Export Committee Conference Call Meeting Minutes | 105; 402; 403; 802; 805 | Relevant to exports; admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0078 | 123 | 12/8/2006 | MFI0110364 | MFI0110364 | Email from Gene Gregory to Joe Maust, et al. re: Supply/Demand | 402; 403; 802 | Relevant to show conspiracy to reduce flocks through molting and early slaughter during periods of low demand. Probative value not substantially outweighed by unfair prejudice. Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0079 | 124 | 11/30/2006 | RA0001339 | RA0001345 | United Voices Newsletter | 802* | Articles "Big Apology", "Committee Appointments for 2007", and "Chick Hatch and Flock Size" are admissible under 801(d)(2)(A) and (E); other portions will be redacted. PAdmissible against all defendants. | |
| 0080 | 125 | 11/22/2006 | UE0475456 | UE0475457 | Wayne Winslow email exchange with Gene Gregory re: Cost of Export | 105; 402; 403; 802 | Relevant to exports; admissible under 801(d)(2)(A) and (E). Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. Willing to redact top email from Winslow. | |

**APPENDIX 9-1**
**Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.**
**Plaintiffs' Trial Exhibit List**

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0081 | 127 | 11/1/2006 | UE0133380 | UE0133383 | United Voices Newsletter | 802* | Articles "USEM Takes Export Order," "USEM Annual Meeting," "2007 Committee Appointments," and "Free Range" are admissible under 801(d)(2)(A) and (E); other portions will be redacted.  Admissible against all defendants. | |
| 0082 | 129 | 10/27/2006 | CM00727158 | CM00727162 | Gregory Ex. 76 Dolph Baker email to Ryn McDonald re Klippens Meeting. | 602, 802, 805, 105 | Admissible 801(d)(2)(A) and (E), and for a non-hearsay use (effect on the listener). Admissible against all defendants. | |
| 0083 | 130 | 10/20/2006 | UE0199769 | UE0199769 | USEM letter to UEP members | 105; 402; 403 | Relevant to exports; admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice.  Admissible against all defendants. | |
| 0084 | 131 | 10/11/2006 | Hillandale-PA 00006147 | Hillandale-PA 00006165 | UEP Marketing Committee Meeting, San Antonio, Texas, | 802, 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0085 | 132 | 10/10/2006 | UE0225734 | UE0225751 | UEP -  Animal Welfare Committee Meeting Minutes, San Antonio, Texas. | 105; 402; 403; 802; 805 | Relevant to show animal welfare guidelines, including feeder space, cage height, and ammonia levels. Probative value not substantially outweighed by unfair prejudice.  Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0086 | 133 | 10/3/2006 | UE0806536 | UE0806536 | Emails from Gene Gregory to P. DeCoster, T. Wasmund and J. Glessner | 105; 802; 805 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0087 | 134 | 9/6/2006 | MFI0452047 | MFI0452052 | Michael Foods PowerPoint titled, "Nestle USA - UEP Certified Update - September 6, 2006" | 105; 802;805 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0088 | 135 | 8/31/2006 | RAUPDATE0038374 | RAUPDATE0038377 | Rust email exchanges with Gregory re complaining that Michael Foods is backfilling | 105; 403; 802; 805 | Relevant to show conspiracy to reduce egg supply through backfilling ban and Certified Program compliance. Admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice.  Admissible against all defendants. | |
| 0089 | 136 | 7/5/2006 | MFI0024017 | MFI0024026 | Letter from Gene Gregory to Terry Baker enclosing signed License Agreement for Marketing of UEP Certified Eggs | 105; 602; 802; 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0090 | 137 | 7/3/2006 | RA0037851 | RA0037852 | Email exchanges between Ky Hendrix & Marcus Rust re: Idea for future | 105; 802 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0091 | 139 | 6/2/2006 | NL004005 | NL004005 | Gene Gregory email to UEP Members | | | |
| 0092 | 140 | 6/1/2006 | UE0153007 | UE0153008 | Minutes of UEP Board of Directors Conference Call, June 1, 2006 | 105; 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0093 | 142 | 5/25/2006 | UE0153009 | UE0153010 | Minutes of Animal Welfare Committee Meeting Conference Call, May 25, 2006 | 105; 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0094 | 144 | 5/16/2006 | UE0292916 | UE0292919 | UEP Board of Directors Meeting Minutes | 402; 403 | Relevant to show Certified Program, including certification process. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0095 | 145 | 5/15/2006 | UE0153023 | UE0153025 | UEP Animal Welfare Committee Meeting Minutes | 105; 402; 403; 805 | Relevant to show Certified Program, including certification process. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0096 | 146 | 5/10/2006 | UE0368500 | UE0368510 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Articles "Supply/Demand Alert," "Egg Prices," "Flock Performance Data" are admissible under 801(d)(2)(A) and (E); other portions will be redacted, including "Washington Report." Admissible against all defendants. | |
| 0097 | 148 | 4/26/2006 | MFI0016950 | MFI0016952 | Email from Terry Baker to Diane Sparish et al. re: Update on UEP Board conference call, attaching UEP Board of Directors Conference Call minutes, April 25, 2006 | 105; 403; 802; 805 | Relevant to show Michael Foods joining UEP certification program. Admissible under 801(d)(2)(E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0098 | 149 | 4/25/2006 | UE0292920 | UE0292921 | Minutes of UEP Board of Directors Conference Call, April 25, 2006 | 105; 802; 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0099 | 150 | 4/22/2006 | RAUPDATE0035475 | RAUPDATE0035476 | Email string between Gene Gregory and Marcus Rust | 105; 402; 403; 802 | Relevant to show Certified Program, including certification process. Admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0100 | 151 | 4/19/2006 | RA0035663 | RA0035664 | Bryan Hendrix email Marcus Rust & Joe Miller re: Apology | 105; 802; 901 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0101 | 152 | 4/15/2006 | MFI0002148 | MFI0002153 | Email from Terry Baker to Vince O'Brien, et al. re: FW: AW Alternative Summary, | 802 | Non-hearsay use to show MFI participation and membership in conspiracy. Admissible under 803(6). Admissible under 801(d)(2)(E). | |
| 0102 | 153 | 4/13/2006 | UE0133640 | UE0133643 | UEP United Voices Newsletter | 802* | Article "Supply/Demand Alert," "Egg Products," and "Flock Performance Data" are admissible under 801(d)(2)(A) and (E); other portions will be redacted. Admissible against all defendants. | |
| 0103 | 154 | 4/13/2006 | MFI0033973 | MFI0033976 | Email string between Terry Baker to JD Clarkson, et al. re: FW: Michael Foods | 402; 802; 805 | Evidence of Michael Foods as co-conspirator. Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0104 | 155 | 4/13/2006 | MFI0002155 | MFI0002158 | Email from Gene Gregory to Terry Baker re: Michael Foods Interest Expressed in "UEP Certified" | 105; 402; 403; 802; 805 | Evidence of Michael Foods as co-conspirator. Admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0105 | 157 | 3/31/2006 | RA0034747 | RA0034749 | Gregory email to Rust, et al. attaching 03/31/06 UEP Marketing Committee Meeting Minutes | 402; 403; 901 | Produced by Rose Acre; relevant based on discussion of cage space, molting, and hen disposal. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. | |
| 0106 | 158 | 3/17/2006 | UE0461432 | UE0461432 | Gene Gregory email to Peter DeCoster re: Quality Eggs of New England | | | |
| 0107 | 159 | 3/16/2006 | UE0461743 | UE0461743 | Linda Reickard email exchange with Gene Gregory | | | |
| 0108 | 160 | 3/16/2006 | CM00455508 | CM00455513 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "Manage Egg Supply Post Easter," "Animal Welfare Audits," are admissible under 801(d)(2)(A) and (E); other portions will be redacted, including "Washington Report." Admissible against all defendants. | |
| 0109 | 161 | 3/15/2006 | UE0629492 | UE0629492 | Linda Reickard email exchange with Paul VandeBunte re: Feb. Report | 105; 802 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0110 | 162 | 3/15/2006 | RWS 000011241 | RWS 000011242 | Gene Gregory email to P. Sauder re: Conference Call | 105, 802, 901, 602 | Authentic email string; Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0111 | 163 | 3/14/2006 | MFI0034198 | MFI0034199 | Email string between Terry Baker and Gregg Ostrander, et al. | 403; 602 | Relevant to show conspiracy and notice of antitrust complaints. Relevant, non-hearsay use (notice and effect on listener). Admissible under 801(d)(2)(E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0112 | 164 | 2/15/2006 | CM00455491 | CM00455497 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "Who Will Survive?"; "Egg Economic Situation"; "Summary of Flock Size and Egg Price Projections" and statistics are admissible under 801(d)(2)(A) and (E); other portions will be redacted, including "Washington Report." Admissible against all defendants. | |
| 0113 | 165 | 2/8/2006 | RA0067750 | RA0067752 | Backfilling Procedures for UEP Audits and attaching Weekly Production Summaries & Hy-Line Variety W-36 Post Molt Performance Tables | 105; 802 (as to UEP, USEM, CMF) | Admissible under 801(d)(2)(A) and (E); 803(6) Admissible against all defendants. | |
| 0114 | 167 | 1/24/2006 | UE0211206 | UE0211209 | UEP Board of Directors Meeting Minutes | 105; 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0115 | 168 | 1/23/2006 | UE0211204 | UE0211205 | UEP Animal Welfare Committee Minutes | 402; 403; 408; 805 | Relevant to show complaints of the animal welfare guidelines and the Certified Program, including that they are not scientifically sound and not a free market program. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Portion discussing lawsuit is not a prohibited use under 408. Admissible against all defendants. | Yes |
| 0116 | 171 | 1/13/2006 | MFI0002839 | MFI0002845 | Email from Gene Gregory to Gary West, et al. | 105; 408; 802; 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0117 | 172 | 1/12/2006 | CM00455459 | CM00455474 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "New Year's Resolution" is admissible under 801(d)(2)(A) and (E); other portions will be redacted, including "Washington Report." Admissible against all defendants. | |
| 0118 | 173 | 12/31/2005 | UE0329047 | UE0329065 | 2005 UEP Animal Husbandry Guidelines for Animal Care Certified, U.S. Egg Laying Flocks. | None | | |
| 0119 | 174 | 12/30/2005 | RAUPDATE0034254 | RAUPDATE0034254 | Gene Gregory email to Marcus Rust | 105; 802 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0120 | 176 | 12/8/2005 | MFI0040262 | MFI0040263 | Email string between Gregg Ostrander, Terry Baker and JD Clarkson | 403; 802 | Relevant, non-hearsay use. Relevant to show participation and membership in conspiracy. Admissible under 801(d)(2)(E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0121 | 177 | 12/6/2005 | NL00217575 | NL00217575 | Producer Meeting, Minneapolis Meeting Minutes | 802; 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0122 | 180 | 11/13/2005 | MFI0611467 | MFI0611470 | Email string between Terry Baker and Gregg Ostrander | 802; 805 | Non-hearsay use (effect on listener). | |
| 0123 | 182 | 10/4/2005 | MFI0005548 | MFI0005576 | UEP - Animal Welfare Public Relations Committee October 4, 2005 Meeting Minutes, Seattle, Washington | 105; 402; 403; 408; 802; 805; 901 | Relevant to show furtherance of conspiracy through measures of Certified Program, including molting, backfill ban, 100% and more. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0124 | 186 | 9/6/2005 | NL002442 | NL002444 | Sparboe letter to UEP Definer | 105; 802 | Non-hearsay use (notice and effect on listener). G. Gregory authored letter attached to Sparboe letter admissible under 801(d)(2)(A) and (E) against all defendants. Will redact first page. | |
| 0125 | 188 | 8/29/2005 | RAUPDATE0080605 | RAUPDATE0080606 | UEP Board of Directors Conference Call Meeting Minutes. | 105; 408; 802; MIL | Admissible under 801(d)(2)(A) and (E) and 803(6). Not prohibited by 408. Admissible against all defendants. | Yes |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0126 | 189 | 7/1/2005 | RA0075155 | RA0075158 | Rose Acre Monthly Compliance Report | None | | Yes |
| 0127 | 191 | 6/14/2005 | UE0220384 | UE0220384 | Bob Sparboe letter to Al Pope withdrawing Sparboe from the UEP Animal Care Certified Program. | 802 | Non-hearsay use (notice and effect on listener). | |
| 0128 | 192 | 6/1/2005 | RA0006999 | RA0007000 | UEP shell marketing committee Conference Call meeting minutes | 402; 403; 105; 805 | Relevant to show action taken to address oversupply of eggs. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0129 | 194 | 5/12/2005 | UE0372944 | UE0372952 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "Have You Reduced Your Flock Size Yet?" is admissible under 801(d)(2)(A) and (E). Other portions will be redacted, including "Washington Report." Admissible against all defendants. | |
| 0130 | 195 | 4/20/2005 | UE0221301 | UE0221308 | Letter from Gene Gregory to UEP's Producer Committee for Animal Welfare, attaching 4/19/2005 meeting minutes | 105; 402; 403; 805 | Relevant to show notice that Certified Program was a restraing on trade, compliance with guidelines of animal welfare program, among others. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0131 | 197 | 4/1/2005 | RA0075107 | RA0075110 | Rose Acre Monthly UEP Certified Program Compliance Report | None | | Yes |
| 0132 | 198 | 3/20/2005 | MFI0017306 | MFI0017309 | Email string between Terry Baker and Gregg Ostrander, et al | 802 | Admissible under 801(d)(2)(E) and 803(6). Admissible against all defendants. | |
| 0133 | 200 | 2/17/2005 | UE0073615 | UE0073618 | UEP United Voices newsletter | 802* | Article "Animal Care Certified Companies" and "Audit of Animal Care Certified Companies" are relevant to show enforcement and compliance with animal welfare guidelines; "Supply – Demand" is relevant to show flock reduction during periods of low demand; "Egg Breaking Report" relevant to egg products; admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Irrelevant portions will be redacted. Admissible against all defendants. | |
| 0134 | 201 | 2/8/2005 | MFI0614973 | MFI0614975 | Email string between Gregg Ostrander and Terry Baker, et al. | 802 | Not for hearsay use. For identification purposes as introduced in Ostrander designation | |
| 0135 | 202 | 2/3/2005 | UE0246027 | UE0246032 | UEP United Voices newsletter | 802* | Article "Marketing Committee Recommendations," "Nation's Layer Flock and Other Statistics" are admissible under 801(d)(2)(A) and (E). other portions will be redacted, including "Washington Report." Admissible against all defendants. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0136 | 204 | 1/25/2005 | DAY0028028 | DAY0028035 | UEP Board of Directors January 25, 2005 Meeting Minutes. | 105; 402; 403; 802; 805; 901; Noerr Pennington | We can redact 28033-35. The remainder is relevant to show guidelines of animal welfare program. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0137 | 205 | 1/24/2005 | UE0293830 | UE0293831 | UEP-Shell Marketing Committee Meeting Minutes. UEP's | 105; 402; 403; 805 | Relevant to show conspiracy to increase egg price by reducing flock size and UEP member commitments to do so. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0138 | 207 | 11/23/2004 | MPS-00066166 | MPS-00066169 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "'Egg Industry 'Economic Summit'" is admissible under 801(d)(2)(A) and (E); other portions will be redacted, including "Washington Report." Admissible against all defendants. |  |
| 0139 | 208 | 11/19/2004 | MFI0615604 | MFI0615609 | Letter from UEP to Terry Baker re "Egg industry Economic Summit." | 105; 402; 403; 802; 805 | Relevant to show conspiracy to increase price by limiting supply, including through intention forms. Admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. |  |
| 0140 | 210 | 11/16/2004 | UE0146041 | UE0146055 | Egg Economic Summit November 16, 2004 Atlanta, GA | 105; 402; 403; 802; 805 | Relevant to show conspiracy to increase profit through a 5% flock reduction. Admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. |  |
| 0141 | 213 | 11/8/2004 | UE0465145 | UE0465147 | Reickard email to Chad Gregory re 2004 Economic Summit | 105; 401; 402; 802 | Relevant to participation in conspiracy. Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. |  |
| 0142 | 215 | 10/22/2004 | UE0212297 | UE0212300 | UEP Annual Board Meeting Minutes. | 105; 402; 403; 805 | Relevant to show conspiracy to increase egg prices through a flock reduction. Admissible under 801(d)(2)(A) and (E), 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0143 | 217 | 10/20/2004 | DAY0028896 | DAY0028925 | Shell Egg Marketing Committee 10/20/04 Meeting Minutes; UEP Shell Egg Marketing Committee Member List | 105; 402; 403; 802; 805; 901; Noerr Pennington | Relevant to show conspiracy to increase egg prices through a flock reduction; relevant to show flock size and price. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0144 | 219 | 9/2/2004 | UE0936410 | UE0936417 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Articles "August Hen Numbers and Egg Price," "August 1st Layer Inventory," "Animal Welfare Audits," "Non-Feed Withdrawal Molts" and statistics are re flock size and price are admissible under 801(d)(2)(A) and (E). Other portions will be redacted, including "Washington Report." Admissible against all defendants. |  |
| 0145 | 220 | 7/28/2004 | UE0131771 | UE0131774 | United Voices Newsletter | 802* | Article "Letter of Egg Market Comments" is admissible under 801(d)(2)(A) and (E). Admissible against all defendants. |  |
| 0146 | 221 | 7/7/2004 | RA0006491 | RA0006491 | Hinton email to Cracker Barrel | 105; 802 | Admissible under 801(d)(2)(A). Admissible against Rose Acre. |  |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0147 | 222 | 7/6/2004 | RA0075575 | RA0075578 | September 2004 UEP Animal Husbandry Guidelines Monthly Compliance Report | None | | Yes |
| 0148 | 223 | 6/30/2004 | UE0888743 | UE0888745 | Al Pope email to Roger Deffner attaching 06/29/04 Pope memo to Deffner | 105; 802 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0149 | 224 | 6/17/2004 | UE0072498 | UE0072501 | United Voices Newsletter | 802* | Articles "Intentions to Meet Marketing Committee Recommendations," "Egg Breaking Report," "Feeder Space Requirements" are admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0150 | 226 | 5/20/2004 | MPS-00066253 | MPS-00066263 | United Voices Newsletter | 105, 602, 701, 802, 805, Noerr-Pennington | Article "Are You Committed" is relevant to show enforcement and compliance with animal welfare program; ""US Flock Projections" and statistics are relevant to flock size and price; admissible under 801(d)(2)(A) and (E); irrelevant portions will be redacted. Admissible against all defendants. | |
| 0151 | 227 | 5/14/2004 | MFI0001124 | MFI0001125 | UEP issues a May 14, 2004 Urgent Notice of the Marketing Committee's May 10, 2004 recommended action | 105; 402; 403; 802 | Relevant to show conspiracy to increase price by limiting supply, including through intention forms to follow molt and flock disposal recommendations. Admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice.  Admissible against all defendants. | |
| 0152 | 228 | 5/10/2004 | UE0153279 | UE0153280 | Producer Committee For Animal Welfare Meeting minutes | 105; 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0153 | 229 | 5/10/2004 | UE0153277 | UE0153278 | UEP Marketing Committee Meeting Minutes. | 105; 402; 403; 805 | Relevant to show consideration of supply when analyzing how to increase egg prices. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice.  Admissible against all defendants. | Yes |
| 0154 | 233 | 3/24/2004 | UE0880125 | UE0880127 | Don Bell email to Al Pope | 701; 802 | Relevant to show conspiracy, including through plan to control flock size to achieve higher egg prices. Admissible under 801(d)(2)(A), (C), and (E). Admissible against all defendants. | |
| 0155 | 235 | 3/4/2004 | MOARK0006793 | MOARK0006804 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "Supply Demand" and statistics re flock size and price are admissible under 801(d)(2)(A) and (E); other portions will be redacted, including "Washington Report."  Admissible against all defendants. | |
| 0156 | 237 | 3/1/2004 | CM00704568 | CM00704581 | Don Bell's Table Egg Layer Flock Projections and Economic Commentary - 2004 No. 40 ; UEP's United Voices Newsletter | 802* | Articles "Comparisons to Past Easter Markets," "Can we Maintain Prices above $1.00 per Dozen," and "What a Difference Year Makes!" admissible under 801(d)(2)(A) and (E). Other portions will be redacted. Admissible against all defendants. | |
| 0157 | 238 | 2/26/2004 | RA0077069 | RA0077071 | KY Hendrix Self and Company Evaluation to Lois Rust. | 105; 802 | Admissible under 801(d)(2)(A). Admissible against Rose Acre. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0158 | 239 | 2/16/2004 | MOARK0027417 | MOARK0027425 | Linda Reickard UEP memo to Craig Willardson (Norco Ranch); 12/22/2004 Gene Gregory UEP letter to Craig Willardson (Norco Ranch) | 105; 802 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0159 | 240 | 2/10/2004 | UE0810722 | UE0810723 | Gene Gregory email to Robert Pierre | 105; 402; 403; 802 | Should be redacted to remove the words "Cal-Maine"; Relevant to show the cause of increased egg prices, including decreases supply due to animal welfare program and exports, and UEP's willingness to "use" the Atkins diet as a reason for improved prices. Admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0160 | 242 | 12/31/2003 | CM00430620 | CM00430633 | Animal Welfare Report for 2003 Area Meetings | 105; 701; 802; 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0161 | 243 | 12/17/2003 | CM00725034 | CM00725044 | Minutes of Special Meeting of The Directors of Cal-Maine Foods, Inc | 105, 802, 805 | Admissible under 801(d)(2)(A) and 803(6). Admissible against all defendants. | Yes, but not as to statements by individuals within minutes. |
| 0162 | 245 | 11/5/2003 | NL01199471 | NL01199473 | Letter from J. Mueller, Esq. to I. Isaacson, Esq | 105, 602, 701, 802, 805 | Relevant, non-hearsay use (notice and effect on listener). Admissible against all defendants. | |
| 0163 | 248 | 10/24/2003 | RA0068071 | RA0068100 | UEP Annual Board Meeting Minutes | 105; 402; 403; 802; 805; Noerr Pennington | Relevant to show participation and membership in conspiracy. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0164 | 249 | 10/22/2003 | UE0153327 | UE0153329 | UEP Animal Welfare Committee Meeting Minutes | 105; 402; 403; 805 | Relevant to show through animal welfare guidelines, Certified Program certification process, etc. Probative value not substantially outweighed by unfair prejudice.  Admissible under 801(d)(2)(A) and 803(6). Admissible against all defendants. | Yes |
| 0165 | 250 | 10/1/2003 | UE0139893 | UE0139897 | An Economic Perspective by:  Gene Gregory. | 105; 402; 403; 802; 805 | Relevant to show the cause of increased egg prices, including decreases supply due to animal welfare program and exports, and UEP's willingness to "use" the Atkins diet as a reason for improved prices. Admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice.  Admissible against all defendants. | |
| 0166 | 251 | 9/11/2003 | UE0875297 | UE0875304 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "Don't Screw Up A Good Thing" is relevant to show the effect of flock reduction measures to control supply; admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice.  Irrelevant portions will be redacted. Admissible against all defendants. | |
| 0167 | 252 | 8/27/2003 | MOARK0006298 | MOARK0006308 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Articles "Exports," "Why Are Prices High?" and statistics re flock size and price are admissible under 801(d)(2)(A) and (E). Other portions will be redacted, including "Washington Report." Admissible against all defendants. | |
| 0168 | 253 | 7/23/2003 | CM00224440 | CM00224442 | Gregory to Looper email re: Hens Needed to Meet the Egg Market Demand | 105, 701, 802, 901 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0169 | 254 | 7/10/2003 | SF000165 | SF000166 | Sparboe letter to Pope | 403; 701(a) and (c); 802 | Relevant, non-hearsay use (notice and effect on listener). Relevant to show complaints the UEP animal welfare program was an unfair restraint of trade. Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0170 | 255 | 7/2/2003 | UE0753395 | UE0753407 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Articles "Flock Size Continues to Decline," "Animal Welfare Audits and Other Welfare Issues" and statistics are admissible under 801(d)(2)(A) and (E). Other portions will be redacted, including "Washington Report." Admissible against all defendants. | |
| 0171 | 257 | 6/4/2003 | UE0136174 | UE0136177 | United Voices Newsletter | 802* | Articles "Layer Inventory Shows Promising Sign," "May's Prices Best in Many Years," are admissible under 801(d)(2)(A) and (E). Other portions will be redacted. Admissible against all defendants. | |
| 0172 | 258 | 5/15/2003 | UE0295087 | UE0295090 | UEP Board of Directors Legislative Meeting Minutes Washington, DC | 105; 402; 403; 805 | Relevant to show conspiracy, including through animal welfare guidelines measures such as the ban on backfilling. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0173 | 259 | 5/13/2003 | UE0153340 | UE0153341 | UEP Marketing Committee, Washington, DC, Minutes | 105; 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0174 | 260 | 5/12/2003 | UE0153353 | UE0153355 | UEP Producer Committee For Animal Welfare, Washington, DC | 105; 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0175 | 262 | 3/28/2003 | CM00725386 | CM00725400 | Minutes of Quarterly Director's Meeting of Cal-Maine Foods, Inc. | 105; 802 | Admissible under 801(d)(2)(A) and 803(6). Admissible against all defendants. | Yes, but not as to statements by individuals within minutes. |
| 0176 | 265 | 3/3/2003 | UE0837052 | UE0837053 | Gregory email to Bynum re FMI | 105; 802; 805 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0177 | 268 | 2/26/2003 | MPS-00120484 | MPS-00120548 | UEP Producer Committee for Animal Welfare Conference Call Minutes | 105; 802, 805 | Redact handwriting on bottom of second page. Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0178 | 269 | 2/7/2003 | CM00415781 | CM004157891 | Memo to Cal-Maine Foods | 105; 802 | February 7, 2003 Letter and confirmation between Baker and Gregory Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. Remainder to be redacted | Yes (pages 3-5 of PDF only) |
| 0179 | 270 | 2/6/2003 | UE0153503 | UE0153503 | USEM Export/Executive Committee Conference Call Minutes. | 105; 402; 403; 805 | Relevant to show exports. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0180 | 272 | 2/3/2003 | MPS-00123260 | MPS-00123261 | Gene Gregory memo to Animal Care Certified Companies | 105; 802 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0181 | 274 | 1/30/2003 | UE0153504 | UE0153504 | USEM Export/Executive Committee Conference Call Minutes. | 105; 402; 403; 802 | Relevant to show exports. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0182 | 276 | 1/21/2003 | DAY0034439 | DAY0034442 | UEP Board of Directors meeting minutes. | 105; 402; 805; Noerr Pennington | Relevant to show conspiracy, including through animal welfare guidelines. Redact irrelevant portions. Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0183 | 277 | 1/21/2003 | UE0295432 | UE0295436 | UEP Board of Directors meeting minutes. | 105; 402; 805 | Relevant to show conspiracy, including through animal welfare guidelines. Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0184 | 278 | 1/20/2003 | CM00415532 | CM00415535 | Sparboe Companies letter to UEP Animal Welfare Committee Members | 602; 802 | Admissibe for a non-hearsay purpose (effect on listener and notice); Admissible against all defendants. | |
| 0185 | 282 | 1/11/2003 | UE0158940 | UE0158942 | Unexecuted Memo with handwritten notes re UEP Animal Husbandry Guidelines | 802; 402; 403 | Relevant, non-hearsay use (notice and effect on listener). Probative value not substantially outweighed by unfair prejudice. | |
| 0186 | 283 | 1/11/2003 | DAY0014292 | DAY0014294 | Executed Request for Reconsideration of 100% Rule | 105; 802; 805 | Non-hearsay use (effect on the listener); 803(6) | |
| 0187 | 285 | 2003 | UE0295498 | UE0295499 | United Egg Producers Board Members and Committee Chairmen 2003 Directory | 802 | Admissible under 803(6). Admissible against all defendants. | Yes |
| 0188 | 286 | 1/1/2003 | BELL-D-00028164 | BELL-D00028232 | Collection of Minutes of UEP Committees | 105; 402; 403; 701; 802; 805; 901 | Relevant to show animal welfare committee considered factors other than science and to show how guidelines impacted flock size. Admissible under 801(d)(2)(A) and (E); 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0189 | 287 | 11/25/2002 | UE0200012 | UE0200012 | USEM Memo to its members | 105; 802 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0190 | 288 | 11/18/2002 | UE0135635 | UE0135638 | United Voices Newsletter | 802* | Articles "Certified Companies," "Benefit of Export" are admissible under 801(d)(2)(A) and (E). Other portions will be redacted. Admissible against all defendants. | |
| 0191 | 291 | 10/22/2002 | CM00415931 | CM00415933 | USEM correspondence to USEM members re Export Order Accepted. | 802 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0192 | 293 | 10/10/2002 | UE0295096 | UE0295099 | UEP Annual Board Meeting Minutes. | 105; 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0193 | 294 | 10/9/2002 | UE0153388 | UE0153390 | UEP Animal Welfare Committee Meeting Minutes | 105; 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0194 | 295 | 10/9/2002 | CM00274063 | CM00274077 | UEP Marketing Committee Meeting Minutes | 802, 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0195 | 296 | 10/7/2002 | CM00429324 | CM00429334 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Redact CM00429331-334; Remainder admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0196 | 298 | 8/12/2002 | RASEYMOUR0000060767 | RASEYMOUR0000060767 | Rose Acre Farms Square Inch Effects Summary Page. | None | | |
| 0197 | 300 | 7/29/2002 | UE0069724 | UE0069725 | UEP United Voices Newsletter | 802* | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0198 | 301 | 7/16/2002 | UE0159036 | UE0159037 | Al Pope UEP letter to FMI's Hammond & Brown & NCCR's Dort | 105; 802; 805 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0199 | 302 | 7/15/2002 | MPS-00120815 | MPS-00120815 | UEP Board of Directors Conference Call minutes. | 802, 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0200 | 303 | 7/15/2002 | UE0135717 | UE0135720 | United Voices Newsletter | 802* | Articles "Certified Companies Meet in Chicago," "Monthly Compliance Reports," "Egg Price Forecast," "Egg Products Report" are admissible under 801(d)(2)(A) and (E). Other portions will be redacted. Admissible against all defendants. | |
| 0201 | 305 | 6/5/2002 | UE0847400 | UE0847400 | John Glessner email to Gene Gregory | 105; 802 | Redact top email from Glessner. Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0202 | 307 | 5/8/2002 | RA0080000 | RA0080002 | KY Hendrix memo to RA Board | 105; 802 | Admissible under 801(d)(2)(A). Admissible against Rose Acre. | |
| 0203 | 308 | 5/6/2002 | UE0135786 | UE0135797 | United Voices Newsletter | 802* | Articles "Prices Should Improve But Supply Action Plan Must Be Followed Now," "Certified Companies," and statistics are relevant to flock size and price are admissible under 801(d)(2)(A) and (E). Other portions will be redacted. Admissible against all defendants. | |
| 0204 | 309 | 4/22/2002 | MPS-00122892 | MPS-00122893 | UEA Further Processors Animal Welfare Briefing Breakfast - Minutes, Caesars Palace - Las Vegas, Nevada. | 802, 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0205 | 310 | 4/17/2002 | UC_E00055875 | UC_E00055875 | Don Bell email to Gene Gregory re Econ Memo #14. | 105; 402; 403; 602; 701; 802; 901 | Relevant to show use of animal welfare guidelines to control flock size and egg supply. Admissible under 801(d)(2)(A) and (E). Authentic document under 901(b)(8)(C). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0206 | 311 | 4/15/2002 | BELL002774 | BELL002777 | Don Bell's Table Egg Layer Flock Projection and Economic Commentary - 2002, No. 14. | 701; 802; 901 | Admissible under 801(d)(2)(A), (C), and (E). Authentic document under 901(b)(8)(C). Admissible against all defendants. | |
| 0207 | 312 | 4/5/2002 | MOARK0007699 | MOARK0007699 | Joe Fortin email to Paul Olsborne and Jerry Wells | 105; 802 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0208 | 314 | 3/27/2002 | RA0067638 | RA0067639 | L Rust Handwritten note to Ky Hendrix | 105; 802 | Admissible under 801(d)(2)(A). Admissible against Rose Acre. | |
| 0209 | 315 | 3/26/2002 | UE0153419 | UE0153422 | Producer Committee For Animal Welfare Meeting Minutes. | 105; 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0210 | 318 | 3/25/2002 | CM00407889 | CM00407892 | UEP United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Articles "Certified Companies," "Audit Form & Procedure," "You Should Implement Guidelines," "Plan to Balance Supply with Demand," all admissible under 801(d)(2)(A) and (E). Admissible against all defendants. Will redact remainder, including "Washington Report." | |
| 0211 | 319 | 3/20/2002 | MFI0052008 | MFI0052010 | Email from Gene Gregory to Joe Forin, et al | 403; 802 (2009-2010 missing from PDF) [Jenner note: Sent MFI0052009-10 to Defendants on 9/19/2022] | Admissible under 801(d)(2)(A), (C), and, (E); 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0212 | 320 | 3/17/2002 | UE0174535 | UE0174536 | Jeff Armstrong email to Gene Gregory | 105; 802; 805 | Relevant, non-hearsay use (notice and effect on listener). Admissible under 801(d)(2)(A), (C), and (E). Admissible against all defendants. | |
| 0213 | 321 | 3/14/2002 | RA0067468 | RA0067469 | Ky Hendrix memo to Lois Rust, Anthony Rust, Marcus Rust, Victor Rigterink & David Hurd | 105; 802 | Admissible against Rose Acre under 801(d)(2)(A). | |
| 0214 | 322 | 3/11/2002 | UE0204499 | UE0204499 | Memo to all UEP Members | 105; 402; 403; 802 | Relevant to show conspiracy to reduce supply of eggs and increase egg prices through measures including molting and disposing of spent hens. Admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0215 | 323 | 3/11/2002 | UE0153423 | UE0153423 | UEP Marketing Committee meeting mintues | 105; 402; 403; 805 | Relevant to show conspiracy to reduce supply of eggs and increase egg prices through measures including molting and disposing of spent hens. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0216 | 327 | Multiple dates | UE0147707 | UE0148220 | United Egg Producers Membership Agreements | 402; 403; 802 | Redact 708-18, 20-21, Relevant to show members of UEP and flock size. Admissible under 801(d)(2)(A) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes as to membership agreements only. |

**APPENDIX 9-1**
**Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.**
**Plaintiffs' Trial Exhibit List**

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0217 | 328 | 2/4/2002 | UE0721347 | UE0721350 | Export Ballot and Benefits of Export Information Sheet | 105; 402; 403; 802 | Relevant to show exports. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0218 | 329 | 1/30/2002 | UE0331258 | UE0331270 | Gregory letter to Ken Looper | 105; 402; 403; 802 | Relevant to show how animal welfare guidelines operated as a supply reduction program. Admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0219 | 330 | 1/25/2002 | UE0153509 | UE0153509 | USEM Executive/Export Committee Conference Call Minutes | 105; 402; 403; 805 | Relevant to show exports. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0220 | 331 | 1/15/2002 | UE0153426 | UE0153430 | UEP Board of Directors Meeting Minutes. | 105; 402; 403; 805 | Relevant to show plan to reduce cage density. Admissible under 801(d)(2)(A) and (E); 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0221 | 332 | 1/7/2002 | UE0069835 | UE0069836 | United Voices Newsletter | 802* | Article "I'm A Participant," "Positive Signs," "Area Meetings Planned" are admissible under 801(d)(2)(A) and (E). Admissible against all defendants. Remainder will be redacted. | |
| 0222 | 333 | 1/6/2002 | UE0174530 | UE0174530 | Armstrong email to Gregory | 105; 802; 805 | Relevant, non-hearsay use (notice and effect on listener). Admissible under 801(d)(2)(A), (C), and (E). Admissible against all defendants. | |
| 0223 | 334 | 1/1/2002 | UE0067353 | UE0067353 | Al Pope Commentary re "What Better Time to Reduce Cage Density" "Put Money In Your Pocket" | 105; 402; 403; 802 | Relevant to show plan to reduce cage density to increase profits. Admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0224 | 336 | 11/14/2001 | UE0174658 | UE0174659 | Producer Committee For Animal Welfare Minutes, Chicago, IL. | 105; 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0225 | 337 | 9/13/2001 | CM00182540 | CM00182542 | Executed Cal-Maine Commitment to Change | None | | |
| 0226 | 338 | 10/29/2001 | CM00189826 | CM00189828 | USEM correspondence to USEM members | 105; 802 | Admissible under 801(d)(2)(A) and (E), 803(6). Admissible against all defendants. | Yes |
| 0227 | 339 | 9/24/2001 | UE0153457 | UE0153458 | Special Called UEP Marketing Conference Call minutes | 105; 402; 403; 805 | Relevant to show plan to decrease flock supply during periods of lower demand. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0228 | 340 | 9/10/2001 | CM00415047 | CM00415048 | Gregory USEM memo to members re Export | 105 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0229 | 341 | 9/10/2001 | UE0153515 | UE0153515 | USEM Executive/Export Committee Conference Call Minutes | 105; 402; 403; 701; 802; 805 | Relevant to show exports. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0230 | 342 | 9/10/2001 | CM00182536 | CM00182537 | Gene Gregory UEP memo to UEP members of Area #5 (Southern) | 105; 802 | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0231 | 343 | 9/5/2001 | UE0153459 | UE0153460 | Special Meeting of Area # 5, Atlanta Georgia Meeting Minutes | 105; 402; 403; 805 | Relevant to show plan to take action to adjust supply of eggs and to affect egg prices through flock reduction measures. Admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0232 | 344 | 9/3/2001 | DAY0028272 | DAY0028275 | United Voices Newsletter | 802* | Article "Hatch Increase Continues," "Area Meetings," "Audit Forms" are admissible under 801(d)(2)(A) and (E). Other portions will be redacted. Admissible against all defendants. | |
| 0233 | 345 | 8/10/2001 | UE0840236 | UE0840238 | Joy Mench email exchanges with Gene Gregory | 105; 802; 805 | Non-hearsay use (notice and effect on listener). Admissible under 801(d)(2)(A), (C), and (E). Admissible against all defendants. | |
| 0234 | 346 | 8/6/2001 | UE0135030 | UE0135035 | United Voices Newsletter | 802* | Article at bottom of page 1 and on page 3 are relevant statements by a party-opponent and co-conspirator statements under 801(d)(2)(A) and (E). Others will be redacted. Admissible against all defendants. | |
| 0235 | 347 | 7/31/2001 | UE0153461 | UE0153461 | UEP Marketing Committee Conference Call Meeting Minutes | 105; 402; 403; 805 | Relevant statements by a party-opponent under 801(d)(2)(A) and in furtherance of conspiracy under (E) that discuss plan, business records under 803(6). Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice | Yes |
| 0236 | 349 | 6/1/2001 | UE0204505 | UE0204505 | UEP Supply/Demand Alert | 105;402; 403; 802 | Relevant statements by a party-opponent under 801(d)(2)(A) and in furtherance of conspiracy under (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0237 | 350 | 5/16/2001 | UE0153445 | UE0153447 | UEP Board of Directors Meeting Minutes | 402; 403 | Relevant statements by UEP Board of Directors re animal welfare committee and marketing committee. Admissible under 803(6). Probative value not substantially outweighed by unfair prejudice. | |
| 0238 | 352 | 2/21/2001 | UE0153478 | UE0153479 | UEP Marketing Committee Meeting Minutes. | 105; 402; 403; 805 | Relevant statements by a party-opponent under 801(d)(2)(A) and in furterance of the conspiracy under (E) that discusses flocks sizes, supply problems, exports, Don Bell consultancy. Admisisble under 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0239 | 353 | 2/21/2001 | CM00406011 | CM00406024 | UEP Marketing Committee Meeting Agenda & Materials. | 105; 701; 802; 805 | Relevant statements admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0240 | 355 | 2/1/2001 | UE0790540 | UE0790542 | Executed Economic Consultant Agreement with Donald Bell | None | | |
| 0241 | 357 | 12/20/2000 | UE0146962 | UE0146964 | Gene Gregory UEP memo to UEP Marketing & Price Discovery Committee Members | 105; 402; 403; 802 | Relevant statements admissible under 801(d)(2)(A) and (E) that discusses results of conspiracy and encourages continued participation; probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0242 | 358 | 12/18/2000 | UE0245193 | UE0245194 | UEP United Voices Newsletter | 802* | Articles "Eggs Used for Breaking Continues Growth Pattern," "Nationwide Egg Market Outlook," "UEP Helps Turn Industry Around," "2001 Committee Appointments," and "The Benefits of an Export," admissible statements under 801(d)(2)(A) and (E). Admissible against all defendants. Others will be redacted. | |
| 0243 | 359 | 10/13/2000 | UE0153173 | UE0153176 | United Egg Producers Annual Board Meeting Minutes. | 105; 402; 403; 805 | Relevant statements admissible under 801(d)(2)(A) and (E) (Animal Welfare Committee Report, Marketing/Price Discovery Committee Report) that are not substantially outweighed by unfair prejudice. Business record under 803(6). Admissible against all defendants. | Yes |
| 0244 | 362 | 9/8/2000 | UE0200092 | UE0200099 | Executed Joint Resolutions Adopted at the USEM Special Meeting. | | | |
| 0245 | 363 | 9/1/2000 | UE0208684 | UE0208703 | Recommendations for UEP Animal Welfare Guidelines. | None | | |
| 0246 | 364 | 8/29/2000 | MOARK0020647 | MOARK0020652 | UEP (Gene Gregory) memo to UEP Members re UEP is assuming management of USEM | 105; 402; 403; 802 | Relevant admissible statements under 801(d)(2)(A) and (E) regarding conspiracy to reduce domestic supply of eggs through exports. Probative value is not substantially outweighed by unfair prejudice.  Non-hearsay use also. Admissible against all defendants. | |
| 0247 | 365 | 8/25/2000 | UE0153185 | UE0153185 | UEP Export Committee Conference Call Minutes | 105; 402; 403; 805 | Relevant statements regarding exports; probative value not substantially outweighed by unfair prejudice. Admissible  under 801(d)(2)(A) and (E). Business record under 803(6). Admissible against all defendants. | Yes |
| 0248 | 368 | 5/1/2000 | UE0331895 | UE0331919 | Recommendations for UEP Animal Welfare Guidelines. | None | | |
| 0249 | 369 | 4/3/2000 | UE0065825 | UE0065832 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "Supply Management" is admissible under 801(d)(2)(A) and (E).Admissible against all defendants. Others will be redacted, incluing "Washington Report." | |
| 0250 | 371 | 3/6/2000 | NL003281 | NL003290 | UEP United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "Record Attendance at UEP Board Meeting," "Benefit of February Export Order," "USDA Poultry Statistics," "Nationwide Egg Market Outlook," statistics re layers and later export form are statement by a party-opponent under 801(d)(2)(A) and in furtherance of the conpiracy under (E). | |
| 0251 | 372 | 2/24/2000 | UE0296996 | UE0296999 | UEP Board of Directors Minutes of Dallas Meeting. | 402; 403; 105; 805 | "Marketing Committee Report" includes relevant statements by a party-opponent under 801(d)(2)(A) and in furtherance of conspiracy under (E). Business record under 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0252 | 373 | 2/4/2000 | UE0297000 | UE0297001 | UEP Board of Directors Conference Call Meeting Minutes. | 105; 402; 403; 805 | Minutes regrding export update by Gregory regarding export order are statements by a party-opponent under 801(d)(2)(A) and (E). Business record under 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0253 | 374 | 2/1/2000 | UE0297248 | UE0297248 | UEP's Export Committee Meeting Conference Call Minutes. | 402; 403; 805 | Relevant statements by a party-opponent under 801(d)(2)(A) and (E) in furtherance of plan to export. Business record under 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0254 | 375 | 1/17/2000 | CM00413088 | CM00413095 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | "The Market Only Demands an Equal Supply" article is admissible under 801(d)(2)(A) and (E) as supply reduction program. Admissible against all defendants. Others will be redacted, including "Washington Report." | |
| 0255 | 376 | 1/1/2000 | MPS-00121287 | MPS-00121292 | USEM (Management provided by UEP) - An Export Opportunity for All Egg Producers promotional packet | 105; 602; 701; 802 | Admissible under 801(d)(2)(A) and (E)s. Admissible against all defendants. | |
| 0256 | 377 | 12/22/1999 | BELL004041 | BELL004042 | Don Bell email to Animal Welfare Committee | 701; 802; 901 | Relevant statements by a party-opponent under 801(d)(2)(A) and in furtherance of the conspiracy under (E). | |
| 0257 | 378 | 11/22/1999 | UE0297249 | UE0297250 | UEP Marketing & Price Discovery Committee Conference Call minutes. | 105; 402; 403; 701; 805; Noerr-Pennington | Relevant statements by a party-opponent under 801(d)(2)(A) and (E) that discuss plan to reduce supply. Business record under 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0258 | 379 | 9/1/1999 | UB00002191 | UB00002192 | Membership Response to Economic Survey | 105; 402; 403; 802; 805 | Non-hearsay use; Relevant and admissible statements under 801(d)(2)(A), (B), and (E). 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0259 | 380 | 7/15/1999 | UE0220940 | UE0220941 | UEP Marketing & Price Discovery Committee Meeting Minutes. | 402; 403; 701; 805 | Admissible under 801(d)(2)(A), (E) and 803(6). Relevant statements that has a probative value that is not substantially outweighed but unfair prejudice. Admissible against all defendants. | Yes |
| 0260 | 381 | 7/1/1999 | Bell-D-00026787 | Bell-D-00026788 | Gene Gregory fax to Don Bell & Lee Schrader | 105; 402; 403; 602; 802; 901; Noerr-Pennington | Admissible under 801(d)(2)(A) and (E) that discuss plan. Authentic under 901(b)(8)(C). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0261 | 382 | 6/7/1999 | CM00405666 | CM00405673 | UEP United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Articles "A Message From the Marketing Committee," "Vitamin Antitrust Litigation," "Eggs Processed" are admissible under 801(d)(2)(A) and (E). "Vitamin Antitrust Litigation" is also non-hearsay use, as providing notice. Admissible against all defendants. Others will be redacted, including "Washington Report." | |
| 0262 | 383 | 5/26/1999 | UE0220918 | UE0220919 | UEP Marketing Committee Meeting Conference Call Minutes | 105; 402; 403; 805 | Relevant statements by a party-opponent under 801(d)(2)(A) and E that discuss plan. Business record under 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0263 | 384 | 5/24/1999 | CM00405674 | CM00405681 | United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Article "Increasing Flock Size" is admissible under 801(d)(2)(A) and (E). Admissible against all defendants. Others will be redacted, including "Washington Report." | |

**APPENDIX 9-1**
**Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.**
**Plaintiffs' Trial Exhibit List**

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0264 | 385 | 5/13/1999 | UE0297726 | UE0297730 | UEP Board of Directors Minutes of Washington Meeting. | 105; 402; 403; 802; 805; Noerr-Pennington | "Chairman's Comments" and "Marketing Committee Report" are relevant statements by a party-opponent under 801(d)(2)(A) and E that discuss plan. Business record under 803(6). Probative value not substantially outweighed by unfair prejudice.  Remainder to be redacted | |
| 0265 | 386 | 5/11/1999 | UE0220944 | UE0220945 | UEP Marketing & Price Discovery Committee Meeting Minutes. | 401; 802; 805 | Relevant statements by a party-opponent  under  801(d)(2)(A) and (E) that discuss plan to get member commitments for exports. Business record under 803(6). Admissible against all defendants. | Yes |
| 0266 | 387 | 5/3/1999 | CM00406453 | CM00406460 | UEP United Voices Newsletter | 802*; Noerr-Pennington (only as to Washington Report attachment) | Articles "Molt at 60 Weeks" and "Export Commitment" are admissible under 801(d)(2)(A) and (E). Admissible against all defendants. Others to be redacted, including "Washington Report." | |
| 0267 | 388 | 4/27/1999 | UE0297497 | UE0297497 | UEP Marketing Committee minutes | 105; 402; 403; 802 | Relevant statements by a party-opponent  under  801(d)(2)(A) and (E). Business record under 803(6). Probative value not substantially outweighed by unfair prejudice.  Admissible against all defendants. | |
| 0268 | 390 | 4/19/1999 | UE0064509 | UE0064514 | UEP United Voices Newsletter | 105; 402; 403; 701; 802 | Article "Hen Disappearance - Key to Profits" and "Response to Supply Adjustment Plan" relevant to show plan. Admissible under 801(d)(2)(A) and (E) that discuss plan. Probative value not substantially outweighed by unfair prejudice.  Admissible against all defendants. Remainder to be redacted. | |
| 0269 | 391 | 4/5/1999 | UB00009129 | UB00009132 | United Voices newsletter | 802* | Article "Flock Size Adjustment is Needed Now" is admissible under 801(d)(2)(A) and (E). Admissible against all defendants. Others to be redacted. | |
| 0270 | 392 | 3/1/1999 | UE0204520 | UE0204520 | Supply/Demand Alert for All UEP Members. | 105; 402; 403; 802 | Relevant statements by a party-opponent  under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice.  Admissible against all defendants. | |
| 0271 | 393 | 3/9/1999 | UE0297476 | UE0297480 | UEP Board of Directors Meeting Minutes, Chicago Ill | 105; 402; 403; 805 | Minutes of Chairman's Report and President's Report relevant to show consolidation of the UEP. Marketing & Shell Egg Price Discovery Committee Report relevant admissible under 801(d)(2)(A), (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all | Yes |
| 0272 | 394 | 2/22/1999 | UE0064537 | UE0064539 | UEP United Voices Newsletter | 802* | Article "Egg Price Comparison" is admissible under 801(d)(2)(A) and (E).  Admissible against all defendants. Others to be redacted. | |
| 0273 | 396 | 1/1/1992 | Bell-D-00031284 | Bell-D-00031295 | Managing the Nation's Laying Flock Presentation by Don Bell. | 701; 802; 901 | Relevant statements by a party-opponent  under 801(d)(2)(A) and E. Authentic document under 901(b)(8)(C). Admissible against all defendants. | |
| 0274 | 399 | | BELL004353 | BELL004354 | Jerry Faulkner letter to Don Bell thanking him for presenting a current statistical and outlook report. | 105; 402; 403; 802 | Relevant statements by a party-opponent  under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice.  Admissible against all defendants. | |
| 0275 | 400 | | MFI0005910 | MFI0005929 | Composite Exhibit re Shell Eggs Marketing Committee Meeting packet | 105; 402; 403; 802; 805; 902 | Minutes on page 3, and Supply Demand Alert on page 7 are relevant statements by a party-opponent  under 801(d)(2)(A) and (E). Minutes are business record under 803(6).  Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. Remainder to be redacted. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0276 | 403 | 10/17/2008 | MFI0344415 | MFI0344416 | Reickard memo to Bebee | 602; 802 | Relevant statements admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0277 | 405 | 4/27/2004 | MPS-00120073 | MPS-00120108 | Minutes for Producer Committee for Animal Welfare | 802, 805, 402, 403, 901 | Minutes on pages 3-7 relevant statements by a party-opponent under 801(d)(2)(A) and E. Minutes are business record under 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. Remainder to be redacted. | |
| 0278 | 412 | 6/1/2005 | NL001081 | NL001083 | Marcus Rust email to Roger Deffner re ACC Program | 105; 802 | 801(d)(2)(A) and (E); Admissible against all defendants. | |
| 0279 | 416 | 2/16/2007 | RA0000702 | RA0000710 | Patricia Huff email to Greg Hinton attaching UEP United Voices | 105; 402; 403; 602; 701; 802; 805 | Email with Article "USEM Takes Another Export" relevant to show exports and article "Industry's Largest Producers" relevant to show market power. Admissible under 801(d)(2)(A), (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0280 | 418 | 7/11/2007 | RA0002451 | RA0002459 | Whittington email to Marshal attaching latest UEP newsletter | 105; 402; 403; 701; 802; 805; | Email with Article June Egg Prices at Record High to show success of the plan. Admissible under 801(d)(2)(A), (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. Remainder to be redacted. | |
| 0281 | 425 | 8/9/2007 | RA0042926 | RA0042926 | USEM Export Committee Conference Call Minutes | 105; 402; 802 | Minutes of USEM Meeting relevant to show exports. Admissible under 801(d)(2)(A), (E) and 803(6). Admissible against all defendants. | Yes |
| 0282 | 429 | 3/1/2005 | RA0075027 | RA0075052 | Poultry Programs Guidelines for Conducting UEP Animal Husbandry Audits | 105; 802 | Relevant to show enforcement of conspiracy through audits. Admissible under 801(d)(2)(A) Admissible against all defendants. | |
| 0283 | 430 | 6/1/2008 | RA0081776 | RA0081798 | June 2008 RA Consolidated Financial Statement & Supporting Schedules | None | | Yes |
| 0284 | 431 | June, 2002 | RA0082759 | RA0082775 | June 2002 RA Consolidated Financial Statement & Supporting Schedules | None | | Yes |
| 0285 | 432 | 4/13/2007 | RA0084743 | RA0084744 | Rose Acre Farms Governnance | 105; 802 (as to UEP, USEM, CMF) | Relevant statement by a party opponent under 801(d)(2)(A). Admissible under 803(6). Admissible against all defendants. | |
| 0286 | 433 | 6/14/2010 | RAFKS0009762 | RAFKS0009762 | Marshall email to Steve Paul re Mason Dicon | 105; 402; 403; 802; 805 | Relevant statement to show success of the plan by a party opponent admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0287 | 435 | 7/2/2003 | RAUPDATE0000460 | RAUPDATE0000473 | Patricia Huff email to United Voices email list attaching UEP United Voices | 105; 402; 403; 701; 802; 805; Noerr Pennington | Email attaching article "Flock Size Continues to Decline" relevant to show success of plan. Relevant statements by a party-opponent under 801(d)(2)(A) and E. Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. Remainder to be redacted. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0288 | 437 | 5/11/2005 | RAUPDATE0005158 | RAUPDATE0005159 | Hinton email to Nancy Beatty re: Fresh Egg Market | 105; 701(a) and (c) 802 | Relevant statements by a party-opponent under 801(d)(2)(A) and E Admissible against all defendants. | |
| 0289 | 439 | 7/5/2006 | RAUPDATE0037783 | RAUPDATE0037784 | Gregory email to Marcus Rust re New Certified Companies. Forwards Gregory email to all re Golden Oval Eggs & Michaels Foods have filed all paperwork to be UEP Certified. | 105; 802 | Relevant statements admissible under 801(d)(2)(A), (E). Admissible against all defendants. | |
| 0290 | 440 | 2/28/2008 | RAUPDATE0044231 | RAUPDATE0044231 | Gene Gregory email to Ky Hendrix disussing Farm Average Space Allowances. | 105; 802; 805 | Relevant statements admissible under 801(d)(2)(A), (E). Admissible against all defendants. | |
| 0291 | 441 | 7/12/2006 | RAUPDATE0072083 | RAUPDATE0072083 | Hinton email to Rust re Jewel & Dominics stores don't have UEP certified logo | 105; 802; 805 | Relevant statements admissible under 801(d)(2)(A), (E). Admissible against all defendants. | |
| 0292 | 442 | 8/7/2007 | RAUPDATE0080438 | RAUPDATE0080440 | Email from Joe Miller to Gene Gregory (United Egg) attaching letter to USDA-AMS concerning PVP shield | 105; 402; 802; Noerr-Pennington | Relevant statements admissible under 801(d)(2)(A), (E). Admissible against all defendants. | |
| 0293 | 443 | 5/8/2006 | RAUPDATE0080592 | RAUPDATE0080593 | Email string between Gene Gregory & Marcus Rust discussing Produce Committee for Animal Welfare Agenda | 105; 802 | Relevant statements admissible under 801(d)(2)(A), (E). Admissible against all defendants. | |
| 0294 | 444 | 6/2/2008 | SF083285 | SF083288 | Email strings between Lee Regensburger & Tony Airos & Clay Adams re Animal Welfare | 105; 402; 802 | Not for hearsay use, and admitted in DPP trial. Admissible against all defendants. | |
| 0295 | 450 | 9/13/1999 | UE0064429 | UE0064432 | United Voices re Hen Inventory Pushes Egg Prices Even Lower | 802* | Articles "Hen Inventory Pushes Egg Prices Even Lower" and "Industry to Recognize Donald Bell" are admissible under 801(d)(2)(A), (E). Admissible against all defendants. Others to be redacted. | |
| 0296 | 452 | 12/10/2004 | UE0072400 | UE0072401 | United Voices newsletter | 802* | Article "Being Part of the Solution" is admissible under 801(d)(2)(A), (E). Admissible against all defendants. Remainder to be redacted. | |
| 0297 | 453 | August to September 2007 | UE0095810 | UE0095811 | Export Case Volume Aug-Sept 2007 | 402; 403; 802; 901 | Relevant statements to show exports; admissible under 801(d)(2)(A), (E). Probative value not substantially outweighed by unfair prejudice. Document produced by UEP. Admissible against all defendants. | |
| 0298 | 457 | 10/9/2002 | UE0153416 UE0153423 | UE0153416 UE0153423 | Composite UEP Marketing Committee Meeting Minutes for 05/14/02 & 03/11/02 . | 105; 402; 403; 805 | Minutes on page 2 relevant; admissible under 801(d)(2)(A), (E). Admissible under 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. First page to be removed. | Yes |
| 0299 | 459 | 9/10/2001 | UE0153515 | UE0153515 | USEM Executive/Export Committee Conference Call Minutes. Official version to replace ref #83 (UE0142617) | 105; 402; 403; 802; 805 | Relevant statements showing exports; admissible under 801(d)(2)(A) and (E); admissible under 803(6); probative value not substantially outweighed by unfair prejudice; Admissible against all defendants. | Yes |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0300 | 460 | 1/10/2008 | UE0153944 | UE0153948 | Animal Welfare Audit Sub-Committee Meeting Minutes | 802 | 801(d)(2)(A) and (E). Admissible under 803(6). Admissible against all defendants. | Yes |
| 0301 | 461 | 5/14/2007 | UE0153993 | UE0153995 | UEP Animal Welfare Committee Meeting Washington, DC Minutes | 105; 402; 403; 802; 805 | Relevant statements admissible under 801(d)(2)(A), (E). Probative value not substantially outweighed by unfair prejudice. Admissible under 803(6). Admissible against all defendants. | Yes |
| 0302 | 462 | 11/29/2004 | UE0176035 | UE0176035 | 2004 Intention letter sent to Gary Bethel | 105; 402; 403; 802 | Relevant statements by a party-opponent under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0303 | 464 | 5/27/2005 | UE0199938 | UE0199938 | Mueller letter to Sparboe | 402; 403; 802 | Non-hearsay use and admitted in DAP trial.  Probative value not substantially outweighed by unfair prejudice. | |
| 0304 | 465 | 10/11/2006 | UE0210026 | UE0210047 | Composite Exhibit re Shell eGgs Marketing Committee Meeting packet | 105; 402; 802; 805; 1006 | Minutes on page 6-9 include relevant statements admissible under 801(d)(2)(A), (E); admissible under 803(6).Probative value not substantially outweighed by unfair prejudice Admissible against all defendants. Remainder to be removed. | |
| 0305 | 466 | 10/20/2006 | UE0217823 | UE0217829 | UEP letter to UEP Members, UEA Members & Friends re Klippen | 105; 402; 403; 802; 805 | Relevant statements admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0306 | 469 | 11/30/2005 | UE0226059 | UE0226060 | Animal Welfare Audit Sub-Committee Meeting Minutes | 105; 802 | 801(d)(2)(A) and (E), 803(6).  Admissible against all defendants. | Yes |
| 0307 | 470 | 5/1/2003 | UE0244793 | UE0244796 | United Voices Newsletter | 802* | Article "Industry's Economic Recovery" contains relevant statements admissible under 801(d)(2)(A) and (E).  Admissible against all defendants. Remainder to be redacted. | |
| 0308 | 471 | 12/2/2008 | UE0284847 | UE0284850 | UEP Certified Guidelines Monthly Compliance Report | 802 | Relevant statement admissible under 801(d)(2)(A), (E). | |
| 0309 | 472 | 5/12/2008 | UE0291866 | UE0291890 | UEP Marketing Committee, Washington, DC | 402; 403; 802 | Meeting minutes on p. 3 are relevant statements showing success of plan by party opponent under 801(d)(2)(A) and (E). Admissible under 803(6). Probative value not substantially outweighed by unfair prejudice.  Remainder to be removed. | |
| 0310 | 473 | 5/16/2007 | UE0153987 | UE0153992 | UEP Board of Directors Minutes | 105; 402; 403; 802; 805 | Meeting minutes are relevant statements showing plan; admissible under 801(d)(2)(A) and (E). Admissible under 803(6).  Probative value not substantially outweighed by unfair prejudice | Yes |
| 0311 | 475 | 1/24/2005 | UE0309066 | UE0309095 | Composite Shell Egg Marketing Committee Meeting Packet | 105; 402; 701; 702; 802; 805; 901; Noerr-Pennington | Pages 2-3, 16-17, 21-23, 29-30,  includes relevant statements by a party-opponent  under 801(d)(2)(A) and E. Minutes admissible under 803(6). Admissible against all defendants. Remainder to be redacted. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0312 | 477 | Aug. 2008 | UE0316921 | UE0316922 | Export Case Volume August, 2008 | 105; 802 | Relevant to show exports admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0313 | 478 | 8/9/2007 | UE0317733 | UE0317733 | USEM Export Committee Conference Call Meeting Minutes | 105; 802; 805 | Relevant to show exports admissible under 801(d)(2)(A) and (E). Admissible under 803(6). Admissible against all defendants. | |
| 0314 | 479 | 6/1/2008 | UE0457968 | UE0457971 | Export Case Volume | 105; 8002 | Relevant to show exports; admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0315 | 481 | 9/6/2005 | UE0490174 | UE0490174 | Reickard email to Mo Conner re: Aug. Report | 105; 402; 403; 802 | Relevant statements admissible under 801(d)(2)(A) and (E). Admissible against all defendants. Probative value not substantially outweighed by prejudicial effect. | |
| 0316 | 482 | 10/14/2005 | UE0515976 | UE0515977 | Reickard email to Joe Fortin | 105; 402; 403; 802; 805 | Relevant statements admissible under 801(d)(2)(A) and (E). Admissible against all defendants. Probative value not substantially outweighed by prejudicial effect. | |
| 0317 | 483 | 8/13/2008 | UE0529658 | UE0529659 | Forwarding Chad Gregory email to Tony Airos, Gene Gregory & cc'ing Pam Kohn from Walmart | 105; 402; 802 | Relevant statements admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0318 | 484 | 7/16/2008 | UE0530925 | UE0530925 | Chad Gregory email re Walmart | 105; 402; 802 | Relevant statements admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0319 | 486 | 1/29/2007 | UE0575403 | UE0575405 | Gene Gregory letter to Lloyd Day - USDA | 105; 802 | Relevant statements admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0320 | 487 | 5/12/2008 | UE0667251 | UE0667303 | Gene Gregory memo to USEM Member re Export Order | 105; 802 | Relevant statements to show exports under 801(d)(2)(A) and (E). Admissible against all defendants. Redact non-conspirators. | |
| 0321 | 488 | 11/8/2006 | UE0707085 | UE0707087 | Email string between Chad Gregory and Alan Andrews | 105; 402; 403; 701; 802 | Relevant statements admissible under 801(d)(2)(A) and (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0322 | 490 | 10/28/2005 | UE0762934 | UE0762934 | Hammonds email to Gregory re: Need Your Help | 105; 802; 805 | Relevant statements admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0323 | 491 | 11/14/2006 | UE0803640 | UE0803641 | Armstrong email to Gregory re address the response letter to Craig Morris | 105; 402; 802; Noerr-Pennington | Relevant statements admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0324 | 498 | 6/22/2009 | UE0958134 | UE0958135 | Gene Gregory letter to Rose Acre attaching UEP 2009 Certificate | None | | Yes |
| 0325 | 499 | 2/11/2002 | WB002883 | WB002886 | United Voices Newsletter | 802* | Articles "UEP Area Meetings" "USEM Is Trying to Help the Egg Market," "Chicken & Eggs Report," "Tell Me Why Were December Prices So Low" and "Major Egg Producing Companies" are admissible under 801(d)(2)(A) and (E). Admissible against all defendants. Remainder to be redacted. | |
| 0326 | 505 | 1/1/2003 | BELL002381 | BELL002406 | Agenda of 2003 University of California Poultry Symposium and Egg Processing and Marketing Workshop. Contains Don Bell's Supply and Demand Challenges | 701; 802; 901 | 801(d)(2)(A) and (E). Admissible against all defendants. Document produced by Bell and admissible under 901(b)(8)(c). | |
| 0327 | 506 | 7/16/2002 | BELL002768 | BELL002773 | Don Bell's Table Egg Layer Flock Projections and Economic Commentary - 2002. | 701; 802; 901 | 801(d)(2)(A) and (E). Admissible against all defendants. Document produced by Bell and admissible under 901(b)(8)(c). | |
| 0328 | 507 | 7/2/1999 | BELL007698 | BELL007709 | Don Bell letter to Gene Gregory | 402; 403; 701; 802; 901 | Relevant statements; probative value is not outweighed by unfair prejudice; admissible under 801(d)(2)(A), (E). Admissible against all defendants. Document produced by Bell and admissible under 901(b)(8)(c). | |
| 0329 | 509 | 7/23/2004 | BELL-D-00028586 | BELL-D-00028611 | Don Bell's Table Egg Layer Flock Projections and Economic Commentary - 2004 No. 44 | 701; 802; 901 | Relevant statements admissible under 801(d)(2)(A), (E). Document produced by Bell and authentic. | |
| 0330 | 510 | 3/17/1995 | BELL-D-00032755 | BELL-D-00032755 | Donald Bell letter to Al Pope re UEP | 402; 403; 701; 802; 901 | Relevant statements admissible under 801(d)(2)(A), (E). Document produced by Bell and admissible under 901(b)(8)(c). Probative value not substantially outweighed by prejudicial effect. Admissible against all defendants. | |
| 0331 | 518 | 1/1/2002 | CM00180890 | CM00180905 | 2002 Edition of United Egg Producers Animal Husbandry Guidelines for U.S. Egg Laying Flocks | N/A | | |
| 0332 | 519 | 9/1/2001 | CM00182572 | CM00182580 | UEP Price Discovery Meeting | 701, 802, 805 | Relevant statements by a party-opponent under 801(d)(2)(A)and E; 803(6). Admissible against all defendants. | |
| 0333 | 520 | 12/18/2001 | CM00182581 | CM00182582 | UEP "Crisis management" notice | 105, 802 | 801(d)(2)(A), (E), 803(6). Admissible against all defendants. | |
| 0334 | 525 | 01/01/2010 | CM00217790 | CM00217825 | 2010 Edition: United Egg Producers Animal Husbandry Guidelines for U.S. Egg Laying Flocks | N/A | | |
| 0335 | 529 | N/A | CM00275029 | CM00275041 | Market Value Difference for Certified Eggs, Article by Joe Fortin.<br><br>Krouse Ex. 7 | 802, 805 | 801(d)(2)(A), (E), 803(6). Admissible against all defendants. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0336 | 533 | 8/9/2007 | | | Cal-Maine 10-k for year ended June 2, 2007 | 105, 802 | Relevant statements by a party-opponent under 801(d)(2)(A). Admissible under 803(6). Admissible against all defendants. | Yes as to financial statements, no to narratives. |
| 0337 | 535 | 01/01/2005 | CM00498685 | CM00498703 | 2005 2nd Edition: United Egg Producers Animal Husbandry Guidelines for U.S. Egg Laying Flocks | N/A | | |
| 0338 | 546 | 8/22/2003 | FMI-001778 | FMI-001778 | Karen Brown email to Gene Gregory re: Albertson's | 802, 901 | Top email is admissible for effect on the listener; second in chain are admissible under 801(d)(2)(A), (E). Admissible against all defendants. Admissible under 901(b)(8)(c). | |
| 0339 | 551 | 7/12/1999 | JEN00002303 | JEN00002306 | Don Bell Egg Economics Update. | 602, 701, 802 | 801(d)(2)(A), (E). Admissible against all defendants. | |
| 0340 | 552 | 11/21/2005 | KEL00022219 | KEL00022229 | Michael Foods Quantity Contract with Kellogg's | None | | |
| 0341 | 553 | 12/13/2007 | KEL00022234 | KEL00022239 | Michael Foods Quantity Contract with Kellogg's | None | | |
| 0342 | 554 | 05/22/2008 | KRA00026759 | KRA00026759 | Kraft Foods Global Inc./Rose Acre Farms Inc. Amendment to Egg Product Supply Agreement | None | | |
| 0343 | 557 | 4/15/1994 | KRGEG00020640 | KRGEG00020643 | Eggs Economics Update | 802; 901 | 801(d)(2)(A), (E). Admissible against all defendants. Admissible under 901(b)(8)(c). | |
| 0344 | 565 | 01/01/2009 | MFI0094714 | MFI0094732 | Master Supply Agreement between Michael Foods and Kellog Company | None | | |
| 0345 | 566 | 11/13/00 | MFI0276310 | MFI0276328 | 2000 Edition of Animal  Husbandry Guidelines for US Egg Laying Flocks | 602; 901 | Produced by Michael Foods and admissible under 901(b)(8)(c). | |
| 0346 | 569 | 01/10/2007 | MFI0365446 | MFI0365449 | Michael Foods Quantity Contract with Kellogg's | 602 | Business record under 803(6) | |
| 0347 | 572 | 03/01/2008 | MOARK0000815 | MOARK0000815 | Presentation re: Egg Economics Report by Gene Gregory | 105; 402; 403; 602; 802; 805 | Relevant statements admissible under 801(d)(2)(A), (E); probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0348 | 573 | 11/23/2004 | MOARK0005939 | MOARK0005944 | United Voices Newsletter | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Articles "Egg Industry Economic Summit" and "Welcome New Members" contain relevant statements admissible under 801(d)(2)(A) and (E); admissible against all defendants. Others will be redacted, including "Washington Report." | |
| 0349 | 576 | 4/13/2006 | MOARK0006593 | MOARK0006600 | United Voices Newsletter | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Articles "Committee Chairmen Appointed," "Animal Care Certified" and "Part of the Solution" contain relevant statements admissible under 801(d)(2)(A) and (E); Others will be redacted, including "Washington Report." | |
| 0350 | 577 | 8/3/2006 | MOARK0006640 | MOARK0006648 | United Voices Newsletter | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Articles "Chicken and Eggs Report," "PCT Survey Central to Price Discovery," "USDA Poultry Data," and "Monthly Disappearance," admissible under 801(d)(2)(A) and (E); Others will be redacted, including "Washington Report." | |
| 0351 | 578 | 01/11/2008 | MOARK0007369 | MOARK0007372 | United Egg Producers Certified Companies & Licensed Marketers | 105; 402; 802; 805; 901 | Relevant statements by a party-opponent under 801(d)(2)(A). Admissible under 803(6). Document produced by Moark. | |
| 0352 | 581 | 10/18/2007 | MOARK0007450 | MOARK0007451 | United States Egg Marketers Meeting Minutes | 105; 402; 403; 802; 805 | Relevant statements admissible under 801(d)(2)(A), (E), 803(6). Document produced by Moark. Probative value not substantially outweighed by unfair prejudice. | |
| 0353 | 582 | 8/9/2006 | MOARK0007505 | MOARK0007508 | List of UEP Certified Companies and Licensed Marketers. | 105; 402; 802; 805; 901 | Relevant statements by a party-opponent under 801(d)(2)(A). Admissible under 803(6). Document produced by Moark. | Yes |
| 0354 | 583 | 5/19/2004 | MOARK0008255 | MOARK0008267 | United Voices Newsletter | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Articles "Are You Committed" and "US Flock Projection" admissible under 801(d)(2)(A) and (E); admissible against all defendants. Others will be redacted, including "Washington Report." | |
| 0355 | 585 | 11/17/2006 | MOARK0009486 | MOARK0009493 | United Voices Newsletter | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Articles "Value of a Timely Export" contains relevant statements admissible under 801(d)(2)(A) and (E). Admissible against all defendants. Others will be redacted, including "Washington Report." | |
| 0356 | 588 | 7/10/2008 | MOARK-IPP-0028504 | MOARK-IPP-0028505 | Letter from Gene Gregory to USEM members | 105; 402; 403; 802 | Relevant statements admissible under 801(d)(2)(A) and (E) Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | |
| 0357 | 595 | 10/1/2003 | NL001233 | NL001237 | An Economic Perspective by: Gene Gregory. | 105; 802; 805; 901 | Relevant statements admissible under 801(d)(2)(A) and (E) Admissible against all defendants. Admissible under 901(b)(8)(c). | |
| 0358 | 596 | 10/20/2003 | NL001635 | NL001637 | Sparboe Farms letter to Gene Gregory | 602; 802; 805; 901 | Non-hearsay use. Effect on listener. Redact handwriting on p. 2. Admissible under 901(b)(8)(c). | |
| 0359 | 597 | 11/10/2004 | NL00170442 | NL00170442 | Roger Deffner email to Gene Gregory re Economic Summit | 105; 802; 805; 901 | Non-hearsay. Effect on listener regarding UEP economic summit. Authentic. | |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0360 | 600 | 11/07/2006 | NL001776 | NL001776 | Letter from Gene Gregory to USEM members | 105, 802, 901 | Relevant statements admissible under 801(d)(2)(A) and (E) Admissible against all defendants. Authentic. | |
| 0361 | 601 | 9/1/2003 | NUCAL-08md2002-0000473 | NUCAL-08md2002-0000476 | List of USEM Members | 802, 402 | Pages 102 contain relevant statements admissible under 801(d)(2)(A), (E). Admissible under 803(6). Admissible against all defendants. Authentic pursuant to 901(b)(8)(C) | |
| 0362 | 606 | 4/27/2007 | RA0002299 | RA0002306 | United Voices Newsletter | 802* | Articles "USEM Takes Another Export," "Cal-Maine Foods and Country Creek Farms to Acquire Arkansas Farm," "Promising Signs from Layer Flock Data" admissible under 801(d)(2)(A) and (E). Admissible against all defendants. Others to be redacted. | |
| 0363 | 607 | 5/31/2007 | RA0040643 | RA0040643 | Email from Gene Gregory re: Egg Prices | 105; 402; 802 | Relevant statements admissible under 801(d)(2)(A), (E). Admissible against all defendants. | |
| 0364 | 608 | 2/13/2008 | RA0043711 | RA0043711 | John Rust email to Marcus Rust | 105; 106; 802 | Statements by a party-opponent under 801(d)(2)(A), (E); Admissible against Rose Acre. | |
| 0365 | 611 | 09/23/2008 | SB122213370781365931 | SB122213370781365931 | WSJ Federal Prosecutors Probe Food-Price Collusion | 105; 402; 403; 802; 805; MIL | Non-hearsay (effect on listener). Probative value not substantially outweighed by unfair prejudice. Subject of MIL. | |
| 0366 | 616 | 12/06/1999 | UE0064381 | UE0064386 | United Voices Newsletter | 802* | Articles "Price Has Not Diminished Producer Confidence; "Hatch Reduction Program;" "Committee Appointments;" and "Schrader's Egg Price Memo" admissible under 801(d)(2)(A), (E). Others will be redacted, including "Washington Report." | |
| 0367 | 617 | 2/1/2000 | UE0065618 | UE0065621 | Gene Gregory letter to UEP Member re export | 105; 402; 403; 802 | Relevant statements admissible under 801(d)(2)(A), (E). Probative value not substantially outweighed by prejudicial effect. Admissible against all defendants. | |
| 0368 | 618 | | UE0065721 | UE0065722 | United Voices Newsletter | 802* | Article "Shell Egg Export" relevant to show exports and admissible under 801(d)(2)(A), (E). Admissible against all defendants. Remainder to be redacted. | |
| 0369 | 619 | 6/12/2000 | UE0065769 | UE0065772 | United Voices Newsletter | 802* | Articles "Why did Committee Reject Export Opportunity" and "Export Commitment," "Owner of Professional Basketball Team to Enter Egg Business" admissible under 801(d)(2)(A), (E). Admissible against all defendants. Remainder to be redacted. | |
| 0370 | 620 | 3/20/2000 | UE0065833 | UE0065838 | United Voices Newsletter | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Article "Producer Committee Formed for Animal Welfare," "Second Export Order Taken," "Being Large Doesn't Guarantee Survival" admissible under 801(d)(2)(A), (E). Admissible against all defendants. Remainder to be redacted, including "Washington Report." | |
| 0371 | 622 | 8/12/2004 | UE0072463 | UE0072466 | United Voices Newsletter | 802* | Article "Egg Price Below Costs of Production," "Backfilling - A Loophole of a Hangman's Noose," admissible under 801(d)(2)(A), (E). Admissible under 801(d)(2)(A), (E). Admissible against all defendants. Remainder to be redacted. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0372 | 623 | 10/1/2001 | UE0134942 | UE0134945 | United Voices Newsletter | 802* | Article "USEM -Committed to Improving Economic Conditions"admissible under 801(d)(2)(A), (E). Admissible against all defendants. Remainder to be redacted. | |
| 0373 | 624 | 2/27/2003 | UE0135552 | UE0135556 | United Voices Newsletter | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Articles "Challenge to 100% Commitment of Welfare Guidelines," "UPC Disparages UEP Guidelines," "UEP Thanks USEM Members," "Egg Market Better Than a Year Ago," and "Price Discovery Meeting" admissible under 801(d)(2)(A), (E). Admissible against all defendants. Remainder to be redacted, including "Washington Report." | |
| 0374 | 626 | 11/4/2002 | UE0146187 | UE0146190 | United Voices Newsletter | 802* | Article "USEM Takes Large Export," "Don't Build to Replace Lost Production Too Quickly," Hatch Report, "Price Discovery," "Hen Disappearance," and "Bell's Egg Price Projections" admissible under 801(d)(2)(A), (E). Admissible against all defendants. Remainder to be redacted. | |
| 0375 | 628 | 1/21/2003 | UE0153366 | UE0153368 | Animal Welfare Committee Meeting Meeting minutes. | 105; 805 | Relevant statements admissible under 801(d)(2)(A), (E), 803(6). Admissible against all defendants. | Yes |
| 0376 | 629 | 7/23/2004 | UE0175080 | UE0175084 | Don Bell report: Arguments for and Against Backfilling Table Egg Layer Flocks. A | 701; 802; 805 | 801(d)(2)(A)(E), Admissible against all defendants. | |
| 0377 | 630 | 11/29/2004 | UE0176003 | UE0176003 | Gene Gregory letter to Dolph Baker re economic management. | 105; 402; 403; 802 | Relevant statements admissible under 801(d)(2)(A), (E); probative value is not substantially outweighed by unfair prejudice; Admissible against all defendants. | |
| 0378 | 631 | 6/1/2008 | UE0199756 | UE0199757 | Export Case Volume. | 402; 403 | Relevant to exports; admissible under 803(6); probative value is not substantially outweighed by unfair prejudice | |
| 0379 | 632 | 1/1/2007 | UE0199809 | UE0199810 | Case Volume for Exports. | 402; 403 | Relevant to exports; admissible under 803(6); probative value is not substantially outweighed by unfair prejudice | |
| 0380 | 633 | 01/01/2006 | UE0201379 | UE0201397 | Marketing - Statistics, Economics - Price Discovery Reports for 2006 Area Meetings | 105; 402; 403; 802; 805 | Relevant statements admissible under 801(d)(2)(A), (E); 803(6); probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0381 | 634 | 4/4/2002 | UE0210657 | UE0210658 | UEP Board of Directors Conference Call Minutes. | 105; 805 | 801(d)(2)(A) and (E), 803(6). Admissible against all defendants. | Yes |
| 0382 | 635 | 06/26/05 | UE0211356 | UE0211372 | 2004 Edition of Animal  Husbandry Guidelines for US Egg Laying Flocks | None | | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0383 | 636 | 1/1/2008 | UE0211644 | UE0211676 | 2008 Edition Animal Husbandry Guidelines for Animal Care Certified U.S. Egg Laying Flocks. | None | | |
| 0384 | 638 | 5/15/2000 | UE0215485 | UE0215486 | UEP Animal Welfare Committee Meeting Minutes | 802; 805 | 801(d)(2)(A), (E), 803(6). Admissible against all defendants. | |
| 0385 | 639 | 12/31/2000 | UE0215519 | UE0215529 | "An Egg Economics Update," University of California Cooperative Extension | 105; 402; 403; 802 | Relevant statements admissible under 801(d)(2)(A), (E). Probative value is not substantially outweighed by prejudicial effect. Admissible against all defendants. | |
| 0386 | 641 | 10/15/1999 | UE0297719 | UE0297723 | UEP Annual Board Meeting Minutes and Executive Conference | 105; 402; 403; 805 | 801(d)(2)(A), (E), 803(6). Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | Yes |
| 0387 | 642 | 11/22/2006 | UE0302008 | UE0302009 | Gene Gregory letter to USEM Members | 105; 402; 403; 802 | 801(d)(2)(A), (E). Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | |
| 0388 | 643 | 12/16/2004 | UE0309107 | UE0309113 | UEP Board of Directors Conference Call Minutes. | 105; 802; 805 | 801(d)(2)(A), (E), 803(6). Admissible against all defendants. | |
| 0389 | 644 | 4/1/2003 | UE0427776 | UE0427779 | US Economic/Animal Welfare Outlook. | 105; 402; 403; 802 | Relevant statements by a party-opponent under 801(d)(2)(A) and E. Probative value not substantially outweighed by unfair prejudice.  Admissible against all defendants. | |
| 0390 | 646 | 3/1/2008 | UE0533500 | UE0533514 | PEPA Annual Convention March, 2008  "Egg Economics Report" by Gene Gregory. | 105; 402; 403; 802 | 801(d)(2)(A), (E), 803(6). Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | |
| 0391 | 649 | 6/25/2003 | UE0809972 | UE0809988 | 2003 Edition of Animal  Husbandry Guidelines for US Egg Laying Flocks | None | | |
| 0392 | 650 | 06/04/2003 | UE0874815 | UE0874820 | United Voices Newsletter | 802* | Article "Layer Inventory Shows Promising Sign" and "May's Prices Best in Many Years" admissible under 801(d)(2)(A), (E). Admissible against all defendants. Remainder to be redacted. | |
| 0393 | 652 | | UE0878517 | UE0878520 | Member-Certified Companies List. | 402; 403; 802 | 801(d)(2)(A), (E), 803(6). Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | |
| 0394 | 653 | N/A | UE0878521 | UE0878521 | Non-member Certified Companies List. | None | | |

Case: 1:11-cv-08808 Document #: 289-8 Filed: 09/08/23 Page 35 of 69 PageID #:9454

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0395 | 654 | N/A | UE0878527 | UE0878530 | Member-Certified Companies List. | None | | |
| 0396 | 703 | 00/00/2014 | | | Cal-Maine Foods, Inc., 2014 10-K Filing. | 105, 802, 403 | Relevant statements by a party-opponent under 801(d)(2)(A). Admissible under 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes as to financial statements, no to narratives. |
| 0397 | 707 | 00/00/2013 | | | Michael Foods, 2013 10-K Filing. | 105, 802 | Relevant statements by a party-opponent under 801(d)(2)(A). Admissible under 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes as to financial statements, no to narratives. |
| 0398 | 708 | 00/00/2010 | | | Cal-Maine Foods, Inc., 2010 10-K Filing. | 105, 802, 403 | Relevant statements by a party-opponent under 801(d)(2)(A). Admissible under 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes as to financial statements, no to narratives. |
| 0399 | 728 | 08/11/2005 | | | Cal-Maine Foods, Inc., 2005 10-K Filing. | 105, 802, 403 | Relevant statements by a party-opponent under 801(d)(2)(A). Admissible under 803(6). | Yes as to financial statements, no to narratives. |
| 0400 | 730 | 7/5/1999 | CM00405660 | CM00405665 | United Voices Newsletter | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Articles "Industry Losing $25 Million Per Day" and "Record Low Egg Prices" admissible under 801(d)(2)(A), (E). Admissible against all defendants. Remainder to be redacted, including "Washington Report." | |
| 0401 | 732 | 12/03/2004 | UC_E00052549 | UC_E00052549 | Gene Gregory email to Don Bell re Iowa Meeting | None | | |
| 0402 | 758 | 5/11/2004 | UE0153273 | UE0153276 | United Egg Producers Board of Directors Meeting Minutes | 105; 802; 805 | 801(d)(2)(A), (E); 803(6). Admissible against all defendants. | Yes |
| 0403 | 759 | 12/17/2001 | UE0153449 | UE0153449 | UEP Marketing Committee Meeting Minutes Via Conference Call. | 105; 402; 403; 805 | Relevant statements include approval for recommendation to engage in short-term supply restriction measures and changes to UEP Certified Program. 801(d)(2)(A), (E); 803(6). Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | Yes |
| 0404 | 761 | 1/1/2006 | UE0305320 | UE0305342 | 2006 Edition United Egg Producers Animal Husbandry Guidelines for U.S. Egg Laying Flocks | None | | |
| 0405 | 791 | 2/19/2001 | CM00416556 | CM00416559 | United Voices Newsletter | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Article "Does Your UEP Membership Provide a Return on Investment" admissible under 801(d)(2)(A) and (E). All other articles will be redacted. Admissible against all defendants, including "Washington Report." | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0406 | 792 | 10/6/2006 | MFI0002727 | MFI0002728 | Michael Foods email and 100% Rule White Paper | 403; 701; 803 | Non hearsay use (effect on listener and notice), recipient is conspirator Michael Foods. Probative value not substantially outweighed by unfair prejudice. | |
| 0407 | 793 | 8/12/2008 | MFI0011277 | MFI0011293 | Michael Foods' Q2 2008 Earnings Call, 8/12/08 | 105; 402; 802; 805 | 803(6). | |
| 0408 | 798 | 12/31/10 | N/A | N/A | 2010 Edition of Animal Husbandry Guidelines for US Egg Laying Flocks | None | | |
| 0409 | 799 | 5/25/2006 | MFI0002282 | MFI0002282 | Handwritten Notes of Terry Baker | 105; 106; 402 | For purposes of identification in Baker designation. | |
| 0410 | 812 | 1/25/2005 | UE0210299 | UE0210303 | Minutes of the Meeting of the UEP Board of Directors | 105; 802; 805; Noerr-Pennington | 801(d)(2)(A), (E); 803(6). Admissible against all defendants. | Yes |
| 0411 | 831 | 5/24/2011 | CM00091626 | CM00091656 | Cal-Maine Foods, Inc. Stephens Inc Spring Investment Conference | 105; 802 | 801(d)(2)(A), 803(6). Admissible against all. | |
| 0412 | 832 | 4/2/2009 | CM00092779 | CM00092811 | Cal-Maine Foods, Inc. 2009 Investor Presentation | 105; 802 | 801(d)(2)(A), 803(6). Admissible against all. | |
| 0413 | 833 | 4/23/2010 | CM00092899 | CM00092932 | Cal-Maine Foods, Inc. 2010 Investor Presentation | 105; 802 | 801(d)(2)(A), 803(6). Admissible against all. | |
| 0414 | 836 | 4/1/2008 | ~~CM00090459~~ CM00717659 | ~~CM00090467~~ CM00717677 | Charles Randle email attaching 10-Q for period ended March 1, 2008 Hardin 46 | 105; 802 | 801(d)(2)(A), 803(6). Produced by Cal-Maine. | Yes as to financial statements, no to narratives. |
| 0415 | 837 | 12/19/2002 | CM00090460 | CM00090467 | Cal-Maine organizational chart | None | | Yes |
| 0416 | 840 | 0000-00-00 | CM00181454 | CM00181455 | Price Discovery Intention | None | | |
| 0417 | 844 | 10/5/2005 | CM00183449 | CM00183465 | Marketing Committee meeting materials | 802, 805, 901 | 801(d)(2)(A), (E); 803(6). Document produced by Cal-Maine. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0418 | 848 | 7/27/2005 | CM00208259 | CM00208592 | Cal-Maine General Manager's Meeting materials | None | | Yes as to data, no to narratives. |
| 0419 | 851 | 0/0/2008 | CM00218881 | CM00218888 | Cal-Maine consolidated statement of operations | None | | Yes |
| 0420 | 852 | 3/3/2004 | CM00225601 | CM00225602 | Animal Welfare Committee minutes | 701, 805 | 801(d)(2)(A), (E); 803(6). | Yes |
| 0421 | 853 | 5/12/2003 | CM00225709 | CM00225712 | Animal Welfare Committee minutes | 701, 805 | 801(d)(2)(A), (E); 803(6). | Yes as to minutes; no as to cover letter |
| 0422 | 854 | 2002-02-00 | CM00227113 | CM00227121 | Cal-Maine hatch report and USEM Conference Call Materials | 105, 802, 805, 403 | 801(d)(2)(A), (E); 803(6). Admissible against all defendants. | |
| 0423 | 855 | 1/6/2002 | CM00239981 | CM00239993 | Ken Looper fax to Gene Gregory | 105, 701, 802, 805, 901, 602 | 803(d)(2)(A), (E). Admissible against all defendants. Produced by Cal-Maine. Admissible under 901(b)(8)(c). | |
| 0424 | 856 | 2/5/2003 | CM00265080 | CM00265094 | Cal-A-Gram (internal memo) from Dolph Baker re animal welfare cost | 105, 805 | 803(d)(2)(A), (E); 803(6) | |
| 0425 | 857 | 0000-00-00 | CM00266664 | CM00266781 | Record of Flock Reduction Program (2005-2009) | 105 | Admissible against all as co-conspirator statement (801(d)(2)(E)) - discussing flock reduction program. Admissible under 803(6) | Yes |
| 0426 | 859 | 0000-00-00 | CM00266889 | CM0266964 | Record of Flock Reduction Program (2001-2003) | 105 | Admissible against all as co-conspirator statement (801(d)(2)(E)) - discussing flock reduction program. Admissible under 803(6) | Yes |
| 0427 | 861 | 10/17/2001 | CM00275722 | CM00275724 | Animal Welfare Committee minutes | N/A | | |
| 0428 | 862 | 7/8/2006 | CM00279023 | CM00279024 | Moark email forwarding company wide production report | 402, 403, 105, 802 | Moark sharing production report with Cal-Maine, relevant to show coordination on flock size changes during program; admissible against all as co-conspirator statement (801(d)(1)(E)). Admissible under 803(6). Probative value not substantially outweighed by unfair prejudice. | |
| 0429 | 863 | 10/7/2005 | CM00403279 | CM00403280 | USEM annual membership meeting | 805, 105 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0430 | 864 | 2/26/2003 | CM00415763 | CM00415765 | Animal Welfare Committee minutes | 805, 105 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants | |
| 0431 | 865 | 10/28/2002 | CM00415923 | CM00415924 | Cal-A-Gram (internal memo) from Matt Arrowsmith re USEM Export | 105 | Admissible against all as co-conspirator statement (801(d)(2)(E); 803(6); discusses participation in USEM export. | No as to cover letter, yes as to shipping schedule. |
| 0432 | 866 | 10/16/2002 | CM00415950 | CM00415957 | UEP Board meeting materials | 105, 802, 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0433 | 867 | 4/17/2001 | CM00416543 | CM00416545 | Cal-A-Gram (internal memo) from Dolph Baker re general managers' meeting | 105 | Admissible against all as co-conspirator statement (801(d)(2)(E)); 803(6); includes proposal for short-term measures. | |
| 0434 | 869 | 5/13/1998 | CM00428500 | CM00428500 | Cal-A-Gram (internal memo) from Steve Storm, Bob Scot & Jack Self re early slaughter/early molt | 105 | Admissible against all as co-conspirator statement (801(d)(1)(E)) and business record under 803(6). | Yes |
| 0435 | 870 | 5/16/2005 | CM00429173 | CM00429193 | Marketing Committee minutes | 701, 802, 805 | Admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0436 | 872 | 12/18/2006 | CM00455580 | CM00455597 | United Voices Newsletter | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Articles "Announcement of New UEP President," "Can we Manage a Prolonged Profitable Period" admissible under 801(d)(2)(A) and (E). Admissible against all defendants. Remainder will be redacting, including "Washington Report." | |
| 0437 | 876 | 1/16/2007 | CM00487959 | CM00487960 | Ken Paramore email to Dolph Baker | 105 | Admissible against all as co-conspirator statement (801(d)(2)(E))--discussing success of plan. | |
| 0438 | 880 | 5/25/2007 | CM00541328 | CM00541328 | Bob Scott email to Dolph Baker re projected layers industry information | 105 | Internal email discussing plans to "molt and sell" to improve market conditions. Admissible against all as a co-conspirator statement (801(d)(2)(E)). | |
| 0439 | 892 | 5/0/2000 | DAY0000029 | DAY0000055 | Recommendations for UEP Animal Welfare Guidelines | 105; 402; 701; 802; 805 | Relevant to show what Scientific Committee recommended for UEP Certified Program (compared to what was implemented); admissible against everyone as co-conspirator statement (801(d)(2)(E)) as committee was acting in their capacity as agents of UEP and this goes to the design and implementation of the key piece of the conspiracy; no lay witness concern as this is not being introduced to offer opinions to jury but to show what Scientific Committee actually recommended to UEP as a question of fact. | |
| 0440 | 896 | 4/0/2014 | N/A | | Cal-Maine acquisitions and constructions, 1989 to present (prepared by Steve Storm for internal presentation) | None | | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0441 | 899 | 0000-00-00 | N/A | | UEP and USEM Committee list (Dolph Baker, Ken Looper, Ryn McDonald, Bob Scott, Steve Storm) | 1006 | | |
| 0442 | 900 | 4/2/2014 | N/A | | Cal-Maine Egg Industry Terms page | None | | |
| 0443 | 901 | 4/2/2014 | N/A | | Cal-Maine Investor Relations page | None | | Yes |
| 0444 | 904 | 5/28/2011 | N/A | | Form 10-K | 105; 802 | Admissible under 801(d)(2)(A) and 803(6); admissible against all defendants. | Yes as to financial statements, no to narratives. |
| 0445 | 905 | 5/31/2008 | N/A | | Form 10-K | 105; 802 | Admissible under 801(d)(2)(A) and 803(6); admissible against all defendants. | Yes as to financial statements, no to narratives. |
| 0446 | 906 | 2/14/2007 | N/A | | David Welch (Winn-Dixie) email forwarding Ken Paramore email re export | 105; 802 | Email from Paramore is admissible under 801(d)(2)(A) and 801(d)(2)(E); admissible against all defendants. Top email will be redacted. | |
| 0447 | 908 | 5/29/2004 | N/A | | Form 10-K | 105, 403 (redact legal section) | Admissible under 801(d)(2)(A) and 803(6); admissible against all defendants. Will redact legal section. | Yes as to financial statements, no to narratives. |
| 0448 | 909 | 6/1/2002 | N/A | | Form 10-K | 105, 403 (redact legal section) | Admissible under 801(d)(2)(A) and 803(6); admissible against all defendants. Will redact legal section. | Yes as to financial statements, no to narratives. |
| 0449 | 910 | 0000-00-00 | NL000439 | NL000441 | Gene Gregory form letter to UEP members | 802, 901, 105 | Admissible against all as co-conspirator statement (801(d)(2)(E)), letter from UEP strongly pressuring producers into joining supply reduction programs. | |
| 0450 | 911 | 10/20/2004 | NL000792 | NL000794 | Animal Welfare and Public Relations Committee minutes | 805 | Business record admissible against everyone as a co-conspirator statement (801(d)(2)(E)); 803(6)--discusses plans to seek advice from Scientific Committee on proposals to limit backfilling as part of ACC program, showing proposal did not originate with Scientific Committee | Yes |
| 0451 | 912 | 12/5/2003 | NL000916 | NL000918 | Gene Gregory letter to Animal Care Certified companies | 802, 403 | Admissible against everyone as a co-conspirator statement (801(d)(1)(E))--UEP communication to ACC participants explaining animal welfare community's efforts to stop use of "ACC" name because program does not sufficiently improve animal welfare, also discusses importance of restricting backfilling and sends a "warning shot" to producers violating backfilling restrictions. Probative value not substantially outweighed by unfair prejudice. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0452 | 915 | 7/23/2003 | NL003518 | NL003526 | Gene Gregory letter to Animal Care Certified companies | 402, 403 | Probative value not substantially outweighed by unfair prejudice; UEP sharing with producers talking points regarding animal welfare group's challenge to ACC program as deceptive advertising because it did not sufficiently protect animal welfare. | |
| 0453 | 916 | 10/17/2001 | NUCAL-08md2002-0001628 | NUCAL-08md2002-0001649 | Animal Welfare Committee meeting materials | N/A | | |
| 0454 | 917 | 10/24/2003 | SVL_EGGS_100158 | SVL_EGGS_100158 | Jeff Hardin email to Albertsons re Cal-Maine proposal for Fort Worth division | 105 | Admissible under 801(d)(2)(A), (E), and 803(6); admissible against all defendants. | Yes |
| 0455 | 919 | 12/4/2000 | UE0065655 | UE0065656 | United Voices Newsletter | 802* | Articles titled "USEM to Fill Export Order" and "Industry Responds to Supply Demand Goal" admissible under 801(d)(2)(A) and (E). Admissible against all defendants. All other articles will be redacted. | |
| 0456 | 921 | 12/1/2005 | UE0153065 | UE0153066 | Animal Welfare Committee minutes | 105; 402; 403; 802; 805 | Relevant to show updates on implementation of UEP Certified Program. Statements admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | |
| 0457 | 922 | 10/11/2000 | UE0153177 | UE0153178 | Animal Welfare Committee minutes | 105; 402; 403; 802; 805 | Relevant to show updates on development of UEP Certified Program. Statements admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | Yes |
| 0458 | 923 | 5/16/2000 | UE0153205 | UE0153205 | Marketing Committee minutes | 105; 402; 403; 802 | Relevant to show that "no voluntary program" will fix supply issues and industry would need to willingly adjust flock size; discussions about coordinated supply restrictions. Statements admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | Yes |
| 0459 | 924 | 6/10/2004 | UE0153266 | UE0153269 | Joint Scientific Advisory and Animal Welfare Committee minutes | None | | |
| 0460 | 925 | 10/10/2002 | UE0153384 | UE0153387 | Animal Welfare Committee minutes | 105; 802; 805 | Relevant to show support for 100% rule and audit program as part of UEP Certified Program. Statements admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | Yes |
| 0461 | 926 | 5/14/2001 | UE0153468 | UE0153469 | Animal Welfare Committee minutes | 105; 402; 403; 802; 805 | Relevant to show producer control over Scientific Committee. Statements admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | Yes |
| 0462 | 927 | 2/23/2000 | UE0307758 | UE0307777 | Marketing Committee minutes | 105; 802; 805 | Relevant to show exports, outlining plans for short-term supply restriction measures; relevant to show design and implementation of conspiracy. Statements admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0463 | 929 | 1/21/2003 | UE0329124 | UE0329126 | Animal Welfare Committee minutes | 105; 802; 805 | Relevant to show adjustments to features of UEP Certified Program including discussion that several producers were opposed to 100% rule. Statements admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0464 | 930 | 3/6/2002 | UE0331213 | UE0331215 | Gene Gregory letter to Producer Committee | 105; 402; 403; 802; 805 | Relevant to show adjustments to features of UEP Certified Program including discussion that several producers were opposed to 100% rule. Statements admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | |
| 0465 | 931 | 6/24/2005 | UE0662387 | UE0662388 | Gene Gregory letter to Lisa Edelen and Karen Anderson | 105; 802; 901 | Admissible against all as co-conspirator statement (801(d)(2)(E)), Gene Gregory letter to customer explaining features of UEP Certified Program, attempting to sell them on it. Document produced by UEP. | |
| 0466 | 933 | 5/20/2003 | CM00225713 | CM00225718 | UEP Board Legislative Meeting minutes | 105; 802, 805 | "Membership Report" and "Animal Welfare Committee Report" admissible under 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. Remainder to be redacted. | |
| 0467 | 938 | 12/30/2003 | MOARK0006744 | MOARK0006756 | United Voices newsletter | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Article "What a Difference a Year Makes" admissible under 801(d)(2)(A) and (E). Admissible against all defendants. Others will be redacted, including "Washington Report." | |
| 0468 | 940 | 5/16/2005 | MOARK0020062 | MOARK0020096 | Animal Care Certified Public Relations and Animal Welfare Committee joint meeting materials | 105; 402; 802; 805; 901 | 801(d)(2)(A), (E); 803(6). Probative to show design and implementation of UEP Certified Program including marketing efforts to sell program to customers and public, also discusses short-term supply restriction efforts. Authentic. | |
| 0469 | 947 | 5/18/2007 | UE0199795 | UE0199795 | California Egg Marketing Association letter to UEP | 802 | Non-hearsay purpose (effect on the listener). Admissible under 803(6). | |
| 0470 | 948 | 12/7/2004 | UE0210378 | UE0210383 | Animal Welfare Committee minutes | 105; 402; 403; 802; 805 | 801(d)(2)(A), (E); 803(6). Relevance includes discussion of design and implementation of the UEP Certified Program including recommendations to ban/limit backfilling. Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | Yes as to minutes only, not as to first page |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0471 | 949 | 2007-10-00 | UE0218650 | UE0218650 | USEM report | 105; 402; 403; 802; 805 | 803(6). Relevant in that it shows participants in exports. Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | Yes |
| 0472 | 952 | 10/9/2002 | UE0308777 | UE0308780 | UEP membership report | 105; 402; 403; 802 | 803(6). Relevant in that it shows participants in exports. Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | |
| 0473 | 956 | 2001-00-00 | UE0841278 | UE0841285 | UEP Egg Producer Members | 402; 403; 802 | 803(6); relevant to show market power of UEP; probative value not outweighed by unfair prejudice. | |
| 0474 | 958 | 3/1/2004 | UE0880126 | UE0880127 | Don Bell report "What a Difference a Year Makes!" | 105; 402; 403; 802 | 801(d)(2)(A), (E). Releant reporting on success of industry efforts to "h[old] hen numbers down" noting that "[n]o increases in production were made to compensate for a larger human population"; probative value not substantially outweighed by unfair prejudice. | |
| 0475 | 983 | 1/22/2007 | KEL00000284 | KEL00000285 | January 2007 internal Kellogg email noting sharp rise in egg product prices.<br><br>Neal Dep. Ex. 9 | None | | |
| 0476 | 986 | 1/14/2008 | KEL00001829 | KEL00001861 | January 2008 issue of Informa Economic's "Egg Sector Update," | 402; 403; 802; 805; | Business record under 803(6)); admissible to show Kellogg mental impressions under 803(3) and is relevant for that same reason; not being offered for the truth of the matter asserted, but what Kellogg understood to be true. Probative value not substantially outweighed by unfair prejudice. | |
| 0477 | 987 | 12/1/2003 | KEL00004008 | KEL00004008 | December 2003 from Kellogg egg buyer Kelly Tobey re recent updates to list of vendors. | 802; 805 | Admissible through business record exception to hearsay (803(6)) | |
| 0478 | 989 | 10/1/2006 | KEL00011305 | KEL00011305 | October 2006 internal Kellogg email regarding completing negotiations with Michael Foods for 2007 dried eggs.<br><br>Neal Dep. Ex. 8 | 802; 805 | Admissible through business record exception to hearsay (803(6)) | |
| 0479 | 991 | 5/2/2008 | KEL00017408 | KEL00017408 | M. Honkanen email attaching GPC deck | 802; 805 | Admissible through business record exception to hearsay (803(6)) | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0480 | 992 | 4/5/2008 | KEL00017409 | KEL00017455 | April 2008 internal Kellogg presentation titled "KNA [Kellogg North America] Procurement Update." | 402; 802; 805 | Admissible through business record exception to hearsay (803(6)); relevant discussion of egg market | |
| 0481 | 993 | 6/11/2008 | KEL00017721 | KEL00017721 | Email from J. Wolf to J. Bakker, et al re Commodity Update Presentation | 802; 805 | Admissible through business record exception to hearsay (803(6)) | |
| 0482 | 994 | 6/11/2008 | KEL00017722 | KEL00017753 | June 2008 internal Kellogg presentation titled "KNA [Kellogg North America] Commodity Outlook, 2008 - 2009." | 402; 802; 805; 901 (highlighting) [Jenner note: replaced and sent to Defendants on 9/19/2022] | Admissible through business record exception to hearsay (803(6)); relevant discussion of egg market | |
| 0483 | 995 | 1/29/2003 | KEL00017925 | Same | January 2003 email from Wabash Valley to Kellogg memorializing some terms of a renewed supply agreement for Kellogg's Rossville, TN plant. | 402; 802; 805 | Admissible through business record exception to hearsay (803(6)); relevant discussion of egg market | |
| 0484 | 996 | 7/1/2003 | KEL00017963 | KEL00017963 | July 2003 email regarding flat prices, how the market was impacting Michael Foods pricing, and proposing to offer Michael Foods relief while ensuring Kellogg manages its risk for 2004. | 402; 802; 805 | Admissible through business record exception to hearsay (803(6)); relevant discussion of egg market | |
| 0485 | 997 | 10/1/2003 | KEL00017969 | KEL00017970 | September 2003 internal Kellogg email providing data on egg purchases in 2003 and 2004. | 802; 805 | Admissible through business record exception to hearsay (803(6)) | |
| 0486 | 998 | 00/00/2003 | KEL00017971 | KEL00017971 | 2003 Excel spreadsheet providing historical data for purchase amounts in 2003 and projections for 2004. | 802/805 | Admissible through business record exception to hearsay (803(6)) | Yes - 805 as to prices in first tab |
| 0487 | 999 | 8/8/2003 | KEL00018139 | KEL00018139 | Email from J. Guilfoyle to Butler, et al re 8/7/2003 presentation to Management | 402; 802; 805 | Admissile through business record exception to hearsay (803(6)); relevant to show transmittal of attached presentation | |
| 0488 | 1000 | 8/7/2003 | KEL00018140 | KEL00018196 | August 2003 internal Kellogg presentation titled "Procurement Overview." | 402; 802; 805 | Admissible through business record exception to hearsay (803(6)); relevant discussion of egg market | |
| 0489 | 1001 | 3/19/2003 | KEL00018577 | KEL00018578 | March 2003 internal Kellogg emails re projected outlook of egg product prices for 2004. | 402; 802; 805 | Admissible through business record exception to hearsay (803(6)); relevant discussion of egg market | |
| 0490 | 1002 | 00/00/2007 | KEL00018877 | KEL00018884 | Undated (though appears to be 2007) internal Kellogg's Procurement presentation titled "Eggs," providing historical market data and updates in supply/demand. | 802; 805 | Admissible through business record exception to hearsay (803(6)) | |
| 0491 | 1003 | 10/6/2003 | KEL00020085 | KEL00020085 | October 2003 internal Kellogg email acknowledging relationship between egg product market and shell egg market. | 802; 805 | Admissible through business record exception to hearsay (803(6)) | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0492 | 1004 | 00/00/2008 | KEL00020385 | KEL00020386 | Undated (though appears to be 2008) presentation slides titled "Egg Strategy." Overviews market and buying strategy for 2008/2009. | 802; 805 | Admissible through business record exception to hearsay (803(6)) | |
| 0493 | 1005 | 00/00/2003 | KEL00021449 | KEL00021461 | Undated (though appears to be 2003) internal Kellogg presentation regarding spike in egg market prices. | 802; 805 | Admissible through business record exception to hearsay (803(6)) | |
| 0494 | 1007 | 12/9/2008 | KRA00002859 | KRA00002872 | Kraft Foods NA Ingredients Procurement Hedging Recommendations  Manion Dep. Ex. 3 | 802; 805 | Admissible through business record exception to hearsay (803(6)) | |
| 0495 | 1008 | 8/27/2003 | KRA00006021 | KRA00006021 | Email from Kuntz to Christianson, et al re 2003 Egg Averages | 802; 805 | Admissible through business record exception to hearsay (803(6)) | |
| 0496 | 1009 | 2/25/2004 | KRA00006025 | KRA00006025 | February 2004 Kraft egg pricing forecast | 802; 805 | Admissible through business record exception to hearsay (803(6)) | |
| 0497 | 1010 | 7/1/2004 | KRA00007464 | KRA00007464 | July 2004 Kraft internal egg forecast | 802; 805 | Admissible through business record exception to hearsay (803(6)) | |
| 0498 | 1011 | 7/1/2008 | KRA00010551 | KRA00010559 | 2008 internal Kraft presentation | 802; 805 | Admissible through business record exception to hearsay (803(6)) | |
| 0499 | 1012 | 1/9/2009 | KRA00045990 | KRA00045993 | January 2009 internal Kraft email chain in response to email received from Humane Society | 802; 805; 901 | Email admissible through business record exception to hearsay (803(6)); handwritten notes can be verified by Kraft rep. | |
| 0500 | 1013 | 1/19/2010 | KRA00046002 | KRA00046008 | January 2010 internal Kraft email thread and draft document, both regarding Kraft's "animal welfare messaging" | 802; 805; 901 | Email admissible through business record exception to hearsay (803(6)); handwritten notes can be verified by Kraft rep. | |
| 0501 | 1014 | 5/00/2005 | KRA00049855 | KRA00049858 | 2005 letter from Bryan Hendrix at Rose Acre to Kraft's Curtis Amundson re RA's involvement in UEP's certification program. | 105; 802 | 801(d)(2)(A), (E); admissible against all defendants. | |
| 0502 | 1022 | 8/28/2008 | NES00000069 | NES00000069 | August 2008 email from Nestlé's Bill Trask providing overview of egg market. | 802; 805 | Admissible through business record exception to hearsay (803(6)) | |
| 0503 | 1023 | 9/22/2008 | NES00000105 | NES00000107 | September 2008 internal Nestlé email chain re egg prices and why they do not project to decline in 2009. | 701; 802 | Admissible through business record exception to hearsay (803(6)); does not contain improper lay opinion | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0504 | 1024 | 11/20/2008 | NES00000132 | NES00000133 | November 2008 email from Nestlé's Bill Trask re egg market outlook. | 802 | Admissible through business record exception to hearsay (803(6)) | |
| 0505 | 1025 | 11/20/2008 | NES00000143 | NES00000144 | November 2008 internal Nestlé presentation slides regarding egg product buying strategy. | 602; 802 | Admissible through business record exception to hearsay (803(6)) | |
| 0506 | 1026 | 12/4/2008 | NES00000164 | NES00000168 | December 2008 internal Nestlé email thread re how Nestlé's egg product suppliers differ in their egg pricing formulas. | 602; 701; 802 | Admissible through business record exception to hearsay (803(6)); can be authenticated by Nestle rep; does not contain improper lay opinion. | |
| 0507 | 1027 | 9/15/2008 | NES00000394 | NES00000396 | September 2008 internal Nestlé presentation slides regarding egg product buying strategy. | 701; 802; 805; end bates should be either 394 or 396 (attachment is separate document) [Jenner note: attachment added and sent to Defendants on | Admissible through business record exception to hearsay (803(6)); no improper lay opinion--outlining strategy for Nestle procurement | |
| 0508 | 1028 | 9/15/2008 | NES00001665 | NES00001666 | September 2008 internal Nestlé email providing analysis and forecast of egg product market, based off Informa Economics's analysis. | 402; 701; 802 | Admissible through business record exception to hearsay (803(6)); no improper lay opinion--outlining strategy for Nestle procurement | |
| 0509 | 1029 | 10/6/2008 | NES00002119 | NES00002120 | October 2008 email chain between Nestlé's Bill Trask and Mark Jordan of Informa Economics, Inc. | 701; 802 | Business record under 803(6); shows Nestle's mental impressions so admissible under 803(3) and is relevant for that same reason; also not being offered for the truth of the matter asserted, but what Kellogg understood to be true, so not hearsay in the first instance. | |
| 0510 | 1030 | 8/14/2008 | NES00002149 | NES00002269 | September 2008 internal Nestlé presentation, titled "Dynamic Forecast Submission, Raw Materials." | 106; 602; 701; 802; 805 | Admissible through business record exception to hearsay (803(6), appears to be regularly produced forecast report; can be authenticated by Nestle rep; report is largely a gathering of key factors driving input prices, not opinions; need to redact non-egg content. | |
| 0511 | 1031 | 4/15/2008 | GMI00001000 | GMI00001013 | April 2008 General Mills presentation by Tiffany Mercuri, titled "Rembrandt Strategy Review." | 701; 602; 802; 805 | Admissible as business record (803(6)); foundation can be laid by Gen Mills rep; outlining corporate strategy, not an improper lay opinion | |
| 0512 | 1032 | 10/10/2007 | GMI00001153 | GMI00001169 | October 2007 General Mills presentation by Tiffany Mercuri, titled "Egg Overview." | 701; 602; 802; 805 | Admissible as business record (803(6)); foundation can be laid by Gen Mills rep; outlining corporate strategy, not an improper lay opinion | |
| 0513 | 1033 | 9/29/2008 | GMI00001701 | GMI00001702 | September 2008 letter from Bruce Waddell, Michael Foods's Director of Key Accounts and Business Development at the time, to Binh Tran. | 105; 802 | 802(d)(2)(E).; 803(6). | |
| 0514 | 1034 | 9/12/2008 | GMI00001762 | GMI00001764 | September 2008 email thread between Michael Foods's Bruce Waddell and Jason Taylor, MF's VP of Sales. | 105; 802 | 802(d)(2)(E), 803(6). | |
| 0515 | 1035 | 3/1/2007 | GMI00017136 | GMI00017170 | March 2007 General Mills presentation by Tiffany Mercuri, titled "Eggs." | 701; 602; 802; 805 | Admissible through business record exception to hearsay (803(6)); does not contain improper lay opinion--factual analysis of egg industry; foundation can be laid by corporate rep | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0516 | 1036 | 2/25/2003 | UE0169475 | UE0169476 | 2003 letter from UEP to General Mills that describes UEP's new "animal welfare program" and "animal care certification logo." <br><br> Tran. Dep. Ex. 28 | 105; 802; 805 | 801(d)(2)(A), (E); 803(6). Admissible against all defendants. | |
| 0517 | 1037 | 2/25/2002 | CM00405584 | CM00405585 | Hendrix-3; UEP United Voices Newsletter | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Admissible against everybody under 801(d)(2)(A)-(E); no Noerr Pennington concern when "Washington Report" redacted. | |
| 0518 | 1038 | 7/27/2006 | CM00724971 | CM00724982 | Baker Ex. 53; Minutes of the Quarterly Directors' Meeting of Cal-Maine Foods, Inc. | 105 | Admissible against Cal-Maine under 801(d)(2)(A); admissible against all others under 801(d)(2)(E) to the extent it reports on progress of UEP Certified Program, including cage space increases, and under 803(6). | Yes as to minutes, but not as to persons' statements within minutes. |
| 0519 | 1039 | 7/15/2004 | CM00724983 | CM00724995 | Baker Ex. 52 ; Minutes of the Quarterly Directors' Meeting of Cal-Maine Foods, Inc. | 105 | Admissible against Cal-Maine under 801(d)(2)(A); admissible against all others under 801(d)(2)(E) to the extent it reports on progress of UEP Certified Program, including Adams' hope "that the animal welfar program will reduce the supply side" and as a business record under 803(6). | Yes as to minutes, but not as to persons' statements within minutes. |
| 0520 | 1041 | 00/00/0000 | illegible number | illegible number | Pope-16; What Better Time to Reduce Cage Density and Put Money in Your Pocket, Commentary by Al Pope | 802, 105 | 801(d)(2)(A), (E). Admissible against all. | |
| 0521 | 1042 | 6/14/2005 | illegible number | illegible number | Pope-38; Sparboe letter to Pope, Sparboe Cos. Withdrawing from UEP Animal Care Certified Program | 802, 105 | Non-hearsay purpose (effect on listener); admissible against all. | |
| 0522 | 1043 | 4/21/1999 | UE0063296 | UE0063296 | Pope-6; UEP Memo from DeVries to All Concerned Egg Producers re export opportunities | 105, 802, 602 (Note not in plaintiffs' exhibit set. Please provide.) [Jenner note: Sent to Defendants on 9/19/2022] | 801(d)(2)(A) and (E); 803(6). Admissible against all. | |
| 0523 | 1044 | 9/28/2012 | KRA00000019 | KRA00000039 | Amundson Ex. 1; Overview of Animal Welfare - Why does Kraft need an Animal Welfare Policy | None | | |
| 0524 | 1045 | 8/24/2005 | KRA00014673 | KRA00014676 | Amundson Ex. 7; Animal Welfare Task Force | None | | Yes |
| 0525 | 1046 | 5/2/2005 | KRA00014700 | KRA00014701 | Amundson Ex. 4; Animal Welfare Task Force Charter | None | | Yes |
| 0526 | 1047 | 6/19/2006 | KRA00014791 | KRA00014794 | Amundson Ex. 10; Kraft Animal Welfare Policy | None | | |
| 0527 | 1048 | 7/6/2007 | MFI0619526 | MFI0619526 | Email from T. Bebee to D. Johnson re UEP Feedback | 802 | 801(d)(2)(E); 803(6). | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0528 | 1049 | 3/5/2014 | N/A | N/A | DAP-Hinton-37; Rose Acre Farms Commodity Eggs | 105; 802 | 802(d)(2)A), 803(6). Admissible against all. | |
| 0529 | 1050 | 3/12/2007 | N/A | N/A | Pope-1; Online article, UEP has done remarkable things, interview with Pope | 802; 805 | Admissible against everybody under 801(d)(2)(A)-(E) | |
| 0530 | 1051 | 9/30/2005 | N/A | N/A | Pope-34; FTC letter to Pope re Complaint seeking action against UEP for Deceptive Advertising | 402; 403; 408; 802; 805 | Public record exception to hearsay under 803(8); highly relevant to show challenge to ACC program for being insufficiently focused on animal welfare; not 408. Probative value not substantially outweighed by unfair prejudice. | |
| 0531 | 1052 | 1/27/2003 | RA0006385 | RA0006385 | DAP-Hinton-52; Email from B. Bradley to V. Riena, et al re Wal-Mart Animal Care Cost | 105; 802 | 801(d)(2)(A), (E), 803(6). Admissible against all defendants. | |
| 0532 | 1054 | 6/24/2008 | RA0075663 | RA0075678 | Hendrix-20; UEP Caged Layer Audit Checklist, Rose Acre Farm | 802/805 | 801(d)(2)(A), (E), 803(6). Admissible against all defendants. | Yes, but hearsay on p.8 |
| 0533 | 1055 | 11/1/2004 | RA0076488 | RA0076522 | Hendrix-29; Inspection notes | 105; 402; 403; 802 | 801(d)(2)(A), 803(6); admissible against all defendants; relevant to show treatment of animals while UEP Certified Program in effect. Probative value not substantially outweighed by unfair prejudice. | |
| 0534 | 1056 | 7/2/2004 | RAUPDATE0008335 | RAUPDATE0008536 | DAP-Hinton-45; Email from Hinton to Kraft re egg market outlook | (End Bates should be -8336) 105; 802; 805; 701(a) and (c) [Jenner note: Typo corrected] | 801(d)(2)(A), (E), 803(6); admissible against all defendants; no improper lay witness opinion. | |
| 0535 | 1058 | 7/17/2003 | UE0071388 | UE0071391 | Gregory Ex. 42; United Voices | 802* | 801(d)(2)(A)-(E). Admissible against all defendants. | |
| 0536 | 1059 | 10/20/2004 | UE0153251 | UE0153253 | Hendrix-17; Animal Welfare & Public Relations Committee New Orleans Minutes | Replace with NL000792. | 803(6). Document produced from UEP files. | Yes |
| 0537 | 1061 | 1/21/2004 | UE0199015 | UE0199029 | Gregory Ex. 53; Brann & Isaacson Position Statement | 105; 402; 403; 802; 805 | For identification purposes only. Probative value not substantially outweighed by unfair prejudice. | |
| 0538 | 1062 | 9/27/2001 | UE0204500 | UE0204501 | Pope-15; UEP Memo to Members Crisis, Voluntary Program to Help Yourself | 105; 402; 403; 802; 805 | Admissible against all under 801(d)(2)(A)-(E)--plea to producers from UEP's Al Pope to reduce flock size to improve profits. Probative value not substantially outweighed by unfair prejudice. | |
| 0539 | 1063 | 11/18/2004 | UE0210450 | UE0210450 | Gregory Ex. 63; Memo to G. Gregory from D. Mangskau | 402; 403; 802; 805 | Admissible as business record under 803(6); letter is relevant to show purpose of backfilling ban and 100% rule was economic concerns. Probative value not substantially outweighed by unfair prejudice. | |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0540 | 1066 | 10/17/2006 | UE080615 | UE080616 | Gregory Ex. 74; Email from G. Gregory to K. Klippen | 105; 402; 403; 802; 805 | 801(d)(2)(A), (E). Admissible against all.  Relevant to show Gregory attempting to quell dissent to main feature of anti-competitive conspiracy; Klippen statements admissible because they are relevant to show effect on UEP, namely that they were told there is dissent among producers about 100% rule being counter to customer demands; probative value not substantially outweighed by unfair prejudice. | |
| 0541 | 1067 | 8/27/2003 | UE0875279 | UE0875289 | Gregory Ex. 44; United Voices | 802* | 801(d)(2)(A)-(E). Admissible against all defendants. | |
| 0543 | 1069 | 1/4/2003 | CM00266782 | CM00266905 | Hardin Ex. 65; Record of Flock Reduction Program | 105 | 801(d)(2)(A), (E); 803(6); admissible against all. | Yes |
| 0544 | 1070 | 7/17/2003 | DAY0017605 | DAY0017612 | Hollingsworth Ex. 20; United Voices | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Article soliciting sign-up for UEP Certified Program is admissible under 801(d)(2)(A), (E).  Other articles should be redacted, including "Washington Report." Probative value not substantially outweighed by unfair prejudice. | |
| 0545 | 1071 | 7/2/2002 | FMI-000050 | FMI-000050 | Hollingsworth Ex. 17; Pope Letter to FMI and NCCR | 802, 901, 105, 602 | Admissible against all under 801(d)(2)(A)-(E)--UEP effort to sell customers on UEP Certified Program | |
| 0546 | 1072 | 1/00/2003 | FMI-000074 | FMI-000076 | Hollingsworth 14; Status - FMI-NCCR Animal Welfare Guidelines | N/A | | |
| 0547 | 1073 | 7/16/2002 | FMI-000293 | FMI-000294 | Hollingsworth Ex. 16; Pope letter to FMI and NCCR | 802, 105 | 801(d)(2)(A), (E). Admissible against all. | |
| 0548 | 1074 | 1/19/2002 | FMI-000536 | FMI-000537 | Hollingsworth Ex. 8; email from J. Mench to K. Brown re Denver Meeting | 802 | Mench statements admissible under 801(d)(2)(C) and (D) as member of UEP committee;  statements by Pope and Gregory admissible under 801(d)(2)(A); Brown statements admissible as FMI business records under 803(6), authenticated by Hollingsworth 30(b)(6) testimony.  Admissible against all defendants. | |
| 0549 | 1075 | 00/00/000 | FMI-000595 | FMI-000601 | Hollingsworth Ex. 10; K. Brown to A Douglas, et al re meeting with UEP | 802, 403, 106 | For identification purposes only. Probative value not substantially outweighed by unfair prejudice. | |
| 0550 | 1076 | 1/4/2002 | FMI-000836 | FMI-000838 | Hollingsworth Ex. 9; Gregory/Pope Letter to K. Brown re endorsing UEP Animal Welfare Guidelines | 802, 105 | Admissible under 801(d)(2)(A) through (E). Admissible against all defendants. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0551 | 1077 | 8/2/2004 | FMI-001514 | FMI-001515 | Hollingworth Ex. 21 | 802 | Statements by Klippen, as UEP agent, seeking endorsement of UEP guidelines admissible under 801(d)(2)(A) through (E). Non-hearsay use. | |
| 0552 | 1078 | 8/2/2004 | FMI-002651 | FMI-002652 | Hollingworth Ex. 23; K. Klippen email to Karen Brown | 802 | Admissible under 801(d)(2)(A) through (E). | |
| 0553 | 1079 | 00/00/0000 | GMI00001017 | GMI00001029 | Tran Ex. 12; Eggs: Change in Strategy & Vendor, General Mills | 701; 802 | Admissible under 803(6); not improper lay opinion. | |
| 0554 | 1080 | 6/1/2002 | illegible number | illegible number | Hardin Ex. 73; June 2002 Report FMI-NCCR Animal Welfare Program | None | | |
| 0555 | 1081 | 11/22/2006 | illegible number | illegible number | Gregory Ex. 80; USEM Letter to USEM Members from Gene Gregory | 105, 702 | 702 not applicable; 801(d)(2)(A) through (E); admissible against all defendants. | |
| 0556 | 1082 | 2/2/2001 | KRGEG00020448 | KRGEG00020460 | Hollingworth Ex. 4; Fax from K. Brown to E, Cousin et al re background for conference call | None | | |
| 0557 | 1083 | 00/00/00 | KRGEG00020660 | KRGEG00020670 | Hollingworth Ex. 7: 2000 Animal Husbandry Guidelines for US Laying Flocks | None | | |
| 0558 | 1085 | 1/15/2007 | MFI0067366 | MFI0067375 | Klippen Ex. 62; The Egg Newsletter | 802 | For purposes of identification in Klippen designations. | |
| 0559 | 1086 | Pages out of order - Hodges 34 - not corrected | MOARK0000461 | MOARK0000544 | Hodges Ex. 34; Email from L. Jackson to B. Hodges, et al., re EAI: Customer response on high egg prices 111906 | 402; 403; 602; 802; 805 | Admissible under 801(d)(2)(E) and 803(6); Moark business record on its face shows it was prepared by individuals with personal knowledge; relevant to show conspiracy, including Moark participation, UEP certification effect on flock size, and supply and demand changes. Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0560 | 1087 | 1/26/2004 | MOARK0001462 | MOARK0001463 | Hodges Ex. 24; Memo from B. Hodges to G. Stull re Discussion items in Atlanta | 105; 402; 403; 602; 802 | Admissible under 801(d)(2)(E) and 803(6); relevant to conspiracy, including phase in schedule for UEP certification and recouping costs. Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0561 | 1088 | 12/17/2003 | MOARK0001473 | MOARK0001473 | Hodges Ex. 23; Letter from B. Hodges to M. Jebwabnik, Safeway, re price increase | 402; 403; 602; 802 | Admissible under 801(d)(2)(E) and 803(6); relevant to conspiracy, including phase in schedule for UEP certification and recouping costs. Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | |
| 0562 | 1089 | 8/5/2003 | MOARK0001474 | MOARK0001475 | Hodges Ex. 25; Letter from B. Hodges to M. Jebwabnik, Safeway, re pricing | 402; 403; 602; 802; 901 | Admissible under 801(d)(2)(E) and 803(6); relevant to conspiracy, including discussion of cage space phase in and costs. Admissible against all defendants. Produced by conspirator Moark, identified in Hodges designation, and admissible under 901(b)(8)(c). Probative value not substantially outweighed by unfair prejudice. | |
| 0563 | 1090 | 11/6/2002 | MOARK0001540 | MOARK0001541 | Hodges Ex. 22; Memo from B. Hodges to J. Whaley, et al., re UEP Animal Care Certification Costs | 402; 403; 602; 802; 901 | Admissible under 801(d)(2)(E) and 803(6); relevant to conspiracy, including discussion of cage space phase in and costs. Admissible against all defendants. Produced by conspirator Moark, identified in Hodges designation, and admissible under 901(b)(8)(c). Probative value not substantially outweighed by unfair prejudice. | |
| 0564 | 1091 | 12/29/2008 | MOARK0011693 | MOARK0011694 | Hodges Ex. 15; Email from B. Hodges to J. Evans, et al., re Moark Retail Egg Price Audit | 802; 805 | Admissible under 801(d)(2)(E) and 803(6); relevant to conspiracy and retail egg pricing. Admissible against all defendants. | |
| 0565 | 1092 | 8/5/2003 | MOARK0014112 | MOARK0014113 | Hodges Ex. 21; Memo from B. Hodges to Moark, LLC Executive Committee re June 2003 Shell Egg Marketing Report | 105, 802 | Admissible against all defendants under 801(d)(2)(E) and 803(6). | |
| 0566 | 1093 | 6/18/2004 | MOARK-IPP-0023875 | MOARK-IPP-0023878 | Hodges Ex. 36; Email from A. Sumner to B. Hodges re Master Moark Management Presentation | 402; 403; 802; 805 | Admissible under 801(d)(2)(E) and 803(6); "Regular Shell Egg Prices," "Industry Supply and Demand," "Supply Has Tapered in Recent Years," " . . . And Supply Is Expected to Remain Tight" discussing cage space allowance program's impact on supply; redact irrelevant portions. Probative value not substantially outweighed by unfair prejudice. | |
| 0567 | 1094 | 00/00/0000 | N/A | N/A | Carlson PX0506; photos of caged hens | 106; 402; 403; 404(a); 602; 802; 805; 901 | Showing RA mistreatment of hens after being certified by UEP. Relevant to show Rose Acre was not motivated by animal welfare concerns and that UEP program was not effective for animal welfare. Photos taken by Rose Acre employee. Probative value not substantially outweighed by unfair prejudice. Admitted into evidence at DAP trial. Admissible against Rose Acre and UEP. See Trial Stip 9 | |
| 0568 | 1095 | | N/A | N/A | Tran Ex. 2; undated spreadsheet listing products invoiced | None | | Yes |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0569 | 1096 | 5/31/2006 | NL0023834 | NL0023834 | Rust Ex. 46; Email from Rust to C. Gregory et al re Motions for UEP meeting | 105; 802 | 801(d)(2)(A), (E). Admissible against all defendants. | |
| 0570 | 1097 | 6/24/2008 | NL00327492 | NL00327493 | Gregory Ex. 104; Email from L. Seger to G. Gregory et al re Chicken Hatch | 802 | 801(d)(2)(A), (E). Admissible against all defendants. | |
| 0571 | 1098 | 4/17/2007 | NUCAL-08md2002-000045 | NUCAL-08md2002-000045 | Gregory Ex. 81; USEM Letter from Gregory to USEM Members | 802; 901, 403, 602 | 801(d)(2)(A), (E) and 803(6). Admissible against all defendants. Probative value not substantially outweighed by prejudicial effect. Authentic. | Yes |
| 0572 | 1099 | 8/30/2005 | RA0071690 | RA0071774 | Rust Ex. PX0694; RA Caged Layer Audit Checklist | 802/805 | Admissible under 801(d)(2)(A), (E) and 803(6). Admissible against all defendants. | Yes, but internal hearsay as to auditor's notes |
| 0573 | 1100 | 5/22/2006 | RAUPDATE0034926 | RAUPDATE0034929 | Rust P-0179; Email from G. Gregory to M. Rust re introducing motion | 105; 402; 403; 802; 805 | Relevant party-opponent and co-conspirator statements discussing egg products and "95-99% rule"; admissible under 801(d)(2)(A), (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants | |
| 0574 | 1102 | 2/12/2008 | RAUPDATE0044348 | RAUPDATE0044348 | Rust Ex. PX0445; Email from M. Rust to J. Rust | 105; 802 | 801(d)(2)(A) and (E) and 803(6). Admissible against all defendants. | |
| 0575 | 1103 | 6/4/2007 | SF118875 | SF118876 | Klippen Ex. 57; Email from R. Hall to K. Klippen re FOIA request filed by UEP | 105; 403; 802; 805 | For purposes of identification in Klippen designations. Probative value not substantially outweighed by unfair prejudice. | |
| 0576 | 1104 | 9/24/2008 | NUCAL-08md2002-005623 | NUCAL-08md2002-005624 | Gregory Ex. 85, Gregory email re WSJ article | 105; 402; 403; 802; 805 | Relevance includes statements re exports, egg products, comment re UEP newsletters as "private information"; admissible under 801(d)(2)(A), (E); admissible as effect on the listener; admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | |
| 0577 | 1105 | 4/20/2006 | UE0243147 | UE0243152 | Reickard Ex. 49; Member Layers spreadsheet | 402; 403; 802 | Relevant to exports; admissible under 801(d)(2)(A), (E), and 803(6). Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | Yes |
| 0578 | 1106 | 8/10/2004 | UE0289553 | UE0289553 | Reickard Ex. 3; Administrative Fee For Animal Care Certification | 105; 402; 802 | Relevant to certification and compliance; shows UEP certification as marketing program; admissible under 801(d)(2)(A), (E), and 803(6). Admissible against all defendants. | Yes |
| 0579 | 1107 | 12/6/2004 | UE0309108 | UE0309109 | Rust Ex. PX0261; UEP BOD Conference Call | 805 | Admissible under 801(d)(2)(A) through (E) and 803(6). Admissible against all defendants. | Yes |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0580 | 1108 | 7/26/2005 | UE0626808 | UE0626808 | Reickard Ex. 16; Email from G. Gregory to L. Reickard re Backfilling | 105; 402; 403; 802 | Relevant to show reporting re flock size and backfilling; admissible under 801(d)(2)(A) through (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0581 | 1109 | 4/22/2004 | UE0754321 | UE0754330 | Rust Ex. 3; United Voices | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | Articles "Should We Be Concerned," "Animal Care Certified Audits," "Non-Certified Animal Care Certified Marketers," "Feeder Space Requirement," "Egg Breaking Report" are admissible under 801(d)(2)(A), (E); remainder to be redacted. | |
| 0582 | 1110 | 10/17/2006 | UE0946434 | UE0946445 | Klippen Ex. 11; Email from M. McLeod to A. Pope re Klippen | 402; 403; 802; 805 | Relevant to show conspiracy; Pope, Gregory emails admissible under 801(d)(2)(A) and (E); Klippen newsletter below as relevant, non-hearsay purpose. For purposes of identification in Klippen designations. Probative value not substantially outweighed by unfair prejudice. | |
| 0583 | 1112 | 4/28/2006 | RAUPDATE0035808 | RAUPDATE0035810 | Email from Gene Gregory to Marcus Rust "Do we Need to Talk?" | 105; 402; 403; 802 | Relevant statements by party opponents and co-conspirators; admissible under 801(d)(2)(A) through (E). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0584 | 1113 | Multiple | RA0067672 | RA0067692 | Estimated Costs to Meet Animal Welfare Guidelines | 105; 403; 802; 901 | Relevant to Rose Acre participation in conspiracy and discussion of compliance with UEP guidelines. Admissible under 801(d)(2)(A), (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against Rose Acre. | |
| 0585 | 1114 | 12/10/09 | CM00404726 | CM00404744 | List of UEP Committees for 2010 | 105, 402, 802 | Relevant to show UEP Board and Committee membership. Admissible under 801(d)(2)(A), (E) and 803(6). Admissible against all defendants. | Yes |
| 0586 | 1115 | 11/30/07 | CM00404860 | CM00404886 | List of UEP Committees for 2008 | 105, 402, 802 | Relevant to show UEP Board and Committee membership. Admissible under 801(d)(2)(A), (E) and 803(6). Admissible against all defendants. | Yes |
| 0587 | 1117 | 01/15/04 | Hillandale-PA00007167 | Hillandale-PA00007190 | List of UEP Committees for 2005 | 105, 402, 802 | Relevant to show UEP Board and Committee membership. Admissible under 801(d)(2)(A), (E) and 803(6). Admissible against all defendants. | Yes |
| 0588 | 1118 | 10/25/05 | MFI0002767 | MFI0002791 | List of UEP Committees for 2006 | 105, 402, 802 | Relevant to show UEP Board and Committee membership. Admissible under 801(d)(2)(A), (E) and 803(6). Admissible against all defendants. | Yes |
| 0589 | 1119 | 12/08/06 | MFI0027847 | MFI0027875 | List of UEP Committees for 2007 | 105, 402, 802 | Relevant to show UEP Board and Committee membership. Admissible under 801(d)(2)(A), (E) and 803(6). Admissible against all defendants. | Yes |
| 0590 | 1120 | 12/10/08 | MPS-00121416 | MPS-00121439 | List of UEP Committees for 2009 | 105, 402, 802 | Relevant to show UEP Board and Committee membership. Admissible under 801(d)(2)(A), (E) and 803(6). Admissible against all defendants. | Yes |
| 0591 | 1130 | 12/21/2001 | CM00189920 | CM00189925 | Industry Statistics and Economic Report, by Dolph Baker | N/A | | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0592 | 1141 | 10/20/2004 | UE0153245 | UE0153246 | Shell Egg Marketing Committee, New Orleans, Minutes | 105; 402; 403; 802; 805 | Relevant to show conspiracy, including flock reduction programs; admissible under 801(d)(2)(A) through (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. | Yes |
| 0593 | 1142 | 5/15/2001 | UE0153466 | UE0153467 | UEP Marketing Committee Meeting Washington, D.C. Minutes | 105; 402; 403; 802; 805 | "USDA Commodity Purchase" and "Statistics & Supply Demand Conditions" relevant to show conspiracy; admissible under 801(d)(2)(A) through (E) and 803(6); remainder to be redacted. Probative value not substantially outweighed by prejudicial effect. Admissible against all defendants. | Yes |
| 0594 | 1143 | 8/29/2006 | UE0218898 | UE0218904 | Assurance of Voluntary Compliance between certain states and UEP | 802 | Admissible under 801(d)(2)(A) through (E). | |
| 0595 | 1144 | 8/25/2004 | UE0649033 | UE0649048 | Email from Al Pope to T. Hammond, K. Brown, D. Ortt re NAD News Release, Egg Industry Will Pursue Labeling Issue with FTC (Pope Ex. 33) | 105; 802 | Admissible under 801(d)(2)(A) through (E) and 803(6). Admissible against all defendants. | |
| 0596 | 1146 | 01/25/05 | UE0153150 | UE0153154 | UEP Board of Directors Meeting, Atlanta, GA | 105; 402; 403; 802; 805; 901; Noerr Pennington | "Chairman's Comments," "Marketing Committee Report," "Animal Welfare Committee Report" relevant to show conspiracy, including prices, early slaughter programs, audits, and use of certified logo; admissible under 801(d)(2)(A) through (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Remainder to be redacted. | Yes |
| 0597 | 1147 | 11/29/04 | UE0176036 | UE0176036 | Letter from G. Gregory to OFE | 105; 402; 403; 802; 805 | Relevant to show conspiracy and early slaughter program; admissible under 801(d)(2)(A) through (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. | |
| 0598 | 1148 | 01/09/04 | UE0216802 | UE0216802 | Signature page from the 2003 application to be classified as an Animal Husbandry Certified Company | 402 | Relevant to certification and audits. 803(6). | |
| 0599 | 1149 | 11/23/04 | UE0368631 | UE0368636 | United Voices Newsletter | 802* | "Egg Industry 'Economic Summit'" admissible under 801(d)(2)(A) through (E); remainder to be redacted. | |
| 0600 | 1151 | 2006 | MFI0003005 | MFI0003007 | Michael Foods Egg Products Co. Certification | None | | |
| 0601 | 1152 | 2002 | UE0174607, UE0216829 | UE0174609 | Rose Acre Farms Certification | None | | |
| 0602 | 1153 | 2002 | UE0174607, UE0216875 | UE0174609 | Wabash Valley Produce Certification | None | | |

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0603 | 1154 | 2002 | UE0174607, UE0273886 | UE0174609 | Cal-Maine Foods, Inc. Certification | None | | |
| 0604 | 1155 | 2006 | UE0212794 | UE0212798 | 2006 Audits | 402; 403; 802 | Relevant to show reporting of flock size and compliance with UEP guidelines; admissible under 801(d)(2)(A) through (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0605 | 1156 | 2003 | UE0329199 | UE0329204 | 2003 Audits | 402; 403; 802; 805 | Relevant to show reporting of flock size and compliance with UEP guidelines; admissible under 801(d)(2)(A) through (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0606 | 1157 | 2004 | UE0329858 | UE0329864 | 2004 Audits | 402; 403; 802; 805 | Relevant to show reporting of flock size and compliance with UEP guidelines; admissible under 801(d)(2)(A) through (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0607 | 1158 | 2008 | UE0340088 | UE0340095 | 2008 Audits | 402; 403; 802 | Relevant to audits and compliance with UEP guidelines; admissible under 801(d)(2)(A) through (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0608 | 1159 | 2005 | UE0658537 | UE0658541 | 2005 Audits | 402; 403; 802; 805 | Relevant to show reporting of flock size and compliance with UEP guidelines; shows producers going out of business or terminating certification; admissible under 801(d)(2)(A) through (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0609 | 1160 | 2006 | UE0658574 | UE0658577 | 2006 Audits | 402; 403; 802 | Relevant to show reporting of flock size and compliance with UEP guidelines; admissible under 801(d)(2)(A) through (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0610 | 1161 | 2007 | UE0667434 | UE0667438 | 2007 Audits | 402; 403; 802 | Relevant to show reporting of flock size and compliance with UEP guidelines; shows producers going out of business or terminating certification; admissible under 801(d)(2)(A) through (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0611 | 1162 | 10/21/2004 | UE0153242 | UE0153244 | Annual Membership Meeting Minutes Electing Board of Directors | 105; 402; 403; 802 | Shows Cal-Maine, Rose Acre, MFI, Moark, Wabash Valley execs appointed to UEP Board; admissible under 801(d)(2)(A) through (D) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0612 | 1163 | 2006 | CM00251953 | CM00251968 | Cal-Maine Foods, Inc. Certification | None | | |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0613 | 1164 | 2005 | CM00403213 | CM00403213 | Cal-Maine Foods, Inc. Certification | None | | |
| 0614 | 1166 | 2007 | KRGEG00017589 | KRGEG00017589 | Rose Acre Farms, Inc. Certification | None | | |
| 0615 | 1167 | 2008 | KRGEG00019614 | KRGEG00019615 | Wabash, Ballas, Brown Certification | None | | |
| 0616 | 1168 | 2010 | MFI0017435 | MFI0017436 | Michael Foods Egg Products Co. Certification | None | | |
| 0617 | 1169 | 2005 | RA0009901 | RA0009901 | Rose Acre Farms, Inc. Certification | None | | |
| 0618 | 1170 | 2008 | RA0074974 | RA0074974 | Rose Acre Farms, Inc. Certification | None | | |
| 0619 | 1171 | 2003-2007 | RA0075056 | RA0075061 | Rose Acre Farms, Inc. Certification | None | | |
| 0620 | 1172 | 2002 | RA0080377 | RA0080457 | Rose Acre Farms, Inc. Certification | None | | |
| 0621 | 1173 | 2007 | UE0148884 | UE0148884 | Cal-Maine Foods, Inc. Certification | None | | |
| 0622 | 1175 | 2008 | UE0152377 | UE0152377 | Wabash Valley Produce Certification | None | | |
| 0623 | 1176 | 2005 | UE0665212 | UE0665212 | Wabash Valley Produce Certification | None | | |
| 0624 | 1177 | 2009-2012 | UE0950925 | UE0951660 | Cal-Maine Foods, Inc. Certification | None | | |

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0625 | 1179 | 2009-2012 | UE0958044 | UE0958138 | Rose Acre Farms, Inc. Certification | None | | |
| 0626 | 1180 | 2009-2012 | UE0960408 | UE0960459 | Wabash Valley Ballas Egg Brown Produce UEP Certificates of Compliance | Misleading compilation | Relevant to UEP audits and compliance with UEP guidelines; not misleading. | |
| 0627 | 1187 | 11/22/2006 | CM00406589 | CM00406591 | Gregory Letter to USEM members re recent export of 90 containers | 105; 802 | Admissible under 801(d)(2)(A) through (E) and 803(6). Admissible against all defendants. | |
| 0628 | 1188 | 10/3/2006 | CM00455547 | CM00455558 | United Voices Newsletter | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | "UEP Elects Officers and Board of Directors for 2007" admissible under 801(d)(2)(A) through (E); remainder to be redacted, including "Washington Report." Admissible against all defendants. | |
| 0629 | 1190 | 1/1/2004 | Hillandale-PA00007132 | Hillandale-PA00007152 | 2004 UEP Committee Appointments for 2004 | 105; 402; 802 | Relevant to show co-conspirators represented on UEP Board and Committees; admissible under 801(d)(2)(A) through (E) and 803(6). Admisslbe against all defendants. | Yes |
| 0630 | 1191 | | KRA00045832 | KRA00045841 | Undated (though likely 2009) internal Kraft presentation by Scott Manion, titled "Liquid Eggs Category: Short-Term Recommendation." | 802 | Admissible under 803(6). | |
| 0631 | 1192 | 00/00/0000 | KRA00046948 | KRA00046959 | Wabash Valley Produce Kraft Meeting | 105, 802 | Admissible under 803(6). | |
| 0632 | 1193 | 1/1/2002 | MFI0023076 | MFI0023096 | 2002 UEP Committee Appointments for 2002 | 802 | Admissible under 801(d)(2)(A) through (E) and 803(6). Admissible against all defendants. | |
| 0633 | 1195 | 9/21/2001 | UE_DEP_0000501 | UE_DEP_0000502 | Export Commitment Share of 50 Loads | 402; 403; 802 | Evidence of exports and required commitment from members; admissible under 801(d)(2)(A) and (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0634 | 1196 | 9/1/2001 | UE_DEP_0000503 | UE_DEP_0000504 | United States Egg Marketers, Members - September 2001 | 105; 402; 403; 802 | Relevant to exports and flock size; admissible under 801(d)(2)(A) and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0635 | 1197 | 10/22/2004 | UE_DEP_0000539 | UE_DEP_0000550 | USEM Annual Membership Meeting Materials | 105; 402; 403; 802 | Evidence of exports and required commitment from members, including exports during period of increased domestic demand; admissible under 801(d)(2)(A) through (E) and 803(6). Admissible against all defendants.  Probative value not substantially outweighed by unfair prejudice. | |
| 0636 | 1199 | 10/1/2002 | UE_DEP_0000630 | UE_DEP_0000632 | Case Volume for Exports | 402; 403 | Evidence of exports and required commitment from members. Admissible under 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0637 | 1200 | 4/8/2002 | UE0135806 | UE0135809 | United Voices Newsletter, Gene Gregory Editor. | 802* | "Large Sign Up for 'Certified Company' Status," "Board Adopts Welfare Committee Recommendations," "Layers Same a Year Earlier," and "Adjust Supply for Low Demand Period" admissible under 801(d)(2)(A) through (E); remainder to be redacted.  Admissible against all defendants. | |
| 0638 | 1201 | 10/18/2007 | UE0147617 | UE0147625 | UEP Annual Membership Meeting  Chicago, IL Minutes | 105; 402; 403; 802; 805 | Relevant to flock size represented by membership; shows co-conspirators appointed to UEP Board; admissible under 801(d)(2)(A) through (D) and 803(6).  Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0639 | 1202 | 4/19/2005 | UE0153124 | UE0153127 | UEP's Producer Committee for Animal Welfare meeting minutes. | 105; 402; 403; 805 | Relevant to show conspiracy. Admissible under 801(d)(2)(A) through (E) and 803(6). Admissible against all defendants. Probative value not substantially outweighed by unfair prejudice. | Yes |
| 0640 | 1203 | 12/8/2004 | UE0153237 | UE0153241 | Producer Committee For Animal Welfare December 7-8 Meeting Minutes, Chicago IL. | 105; 402; 403; 805 | Relevant to show conspiracy, including backfilling ban. Admissible under 801(d)(2)(A) through (E) and 803(6). Probative value not substantially outweighed by unfair prejudice.  Admissible against all defendants. | Yes |
| 0641 | 1204 | 6/4/2001 | UE0153464 | UE0153465 | UEP Shell Egg Marketing Committee Conference Call | 402; 403; 805 | Relevant to show conspiracy, including short term and long term plans to reduce flock size. Admissible under 801(d)(2)(A) through (E) and 803(6).  Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0642 | 1205 | 11/21/2007 | UE0197900 | UE0197904 | USEM Member List | 402; 802; 805 | Relevant to exports and flock size; admissible under 801(d)(2)(A), (E) and 803(6). Admissible against all defendants. | Yes |
| 0643 | 1206 | 1/27/2003 | UE0198018 | UE0198023 | USEM Member List | 402; 802; 805 | Relevant to exports and flock size; admissible under 801(d)(2)(A), (E) and 803(6). Admissible against all defendants. | Yes |
| 0644 | 1207 | 1/3/2005 | UE0198065 | UE0198069 | USEM Member List | 402; 802; 805 | Relevant to exports and flock size; admissible under 801(d)(2)(A), (E), and 803(6). Admissible against all defendants. | Yes |
| 0645 | 1208 | 12/5/2003 | UE0198080 | UE0198085 | USEM Member List | 105; 402; 403; 802; 805 | Relevant to exports and flock size; admissible under 801(d)(2)(A) and 803(6). Probative value not substantially outweighed by prejudicial effect.  Admissible against all defendants. | Yes |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0646 | 1209 | 2/15/2007 | UE0268031 | UE0268035 | USEM Member List | 402; 403; 802 | Relevant to exports and flock size; admissible under 801(d)(2)(A), (E), and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes |
| 0647 | 1210 | 1/12/2001 | UE0308215 | UE0308235 | UEP Committee Appointments for 2001 | 402; 403; 802 | Relevant to show co-conspirators represented on UEP Board and Committees; admissible under 801(d)(2)(A), (E), and 803(6). Probative value not substantially outweighed by prejudicial effect. | Yes |
| 0648 | 1211 | 11/12/2003 | UE0753377 | UE0753385 | United Voices Newsletter | 802*; Noerr-Pennington (only as to "Washington Report" attachment) | "Egg Prices at Record Levels" admissible under 801(d)(2)(A) through (E). Remainder will be redacted, including "Washington Report." Admissible against all defendants. | |
| 0649 | 1216 | 8/9/2006 | WVP001694 | WVP001694 | Email from L. Seger to G. Gregory re Two Separate Industries | 105; 402; 403; 802 | Relevant to egg products, and plan to limit construction and supply in unified egg market; admissible under 801(d)(2)(E) and 803(6). Relevant to exports and flock size; admissible under 801(d)(2)(A), (E), and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | |
| 0650 | 1217 | | WVP000987 | WVP001245 | WVP's monthly UEP Certified Program compliance reports for the period from August 2002 to December 2008. | 402; 403; 802; 803 | Relevant to show flock size and compliance with UEP guidelines; evidence of Wabash Valley as co-conspirator; admissible under 801(d)(2)(A) and (E) and 803(6). Relevant to exports and flock size; admissible under 801(d)(2)(A), (E), and 803(6). Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes to individual compliance reports - no compilation. |
| 0651 | 1304 | 3/13/2001 | GMI00014925 | GMI00014926 | Tran Ex. 14, M.G. Waldbaum Company grain based pricing quote for General Mills | | | |
| 0652 | 1305 | 4/26/2006 | GMI00031895 | GMI00031897 | Tran Ex. 11, General Mills delivery invoice from Michael Foods | | | |
| 0653 | 1307 | 2000 | UE0204498 | | Supply Demand - Goals for Year 2000 (UEP Marketing Committee) | 802 (hearsay); 805 (hearsay within hearsay) | Admissible under 801(d)(2)(A) through (E) and 803(6). | |
| 0654 | 1311 | 3/31/2006 | UE0226264 | UE0226265 | UEP Marketing Committee Conference Call | | | |
| 0655 | 1312 | 2/16/2007 | UE0703851 | | Email from G. Gregory to R. Deffner | 802 (hearsay) | Admissible under 801(d)(2)(A) and (E). | |
| 0656 | 1313 | 10/18/2006 | UE0705882 | UE0705883 | Email from C. Gregory to A. Andrews | 802 (hearsay); 805 (hearsay within hearsay) | C. Gregory statements admissible under 801(d)(2)(A) through (E); G. Gregory statements under 801(d)(2)(A) through (E); and Klippen statements for non-hearsay use. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0657 | 1314 | 11/22/2006 | UE0750448 | | Message from L. Reickard to USEM Members Not Supplying Eggs for Export | 802 (hearsay); 602 (foundation) | Admissible under 801(d)(2)(A) through (E) and 803(6). | |
| 0658 | 1315 | 12/8/2006 | UE0809068 | | Email from G. Gregory to many recipients re: Supply/Demand | 802 (hearsay) | Admissible under 801(d)(2)(A) through (E) and 803(6). | |
| 0659 | 1316 | 9/11/2002 | UE0880723 | | Message from A. Pope from G. Gregory re: UEA F/P Motion | 403 (unfair prejudice, confusing issues); (802 (hearsay); 805 (hearsay within hearsay); 602 (foundation) | Relevant to show conspiracy, including discussion of UEP seal and uncertified producers; admissible under 801(d)(2)(A) through (E) and 803(6). Probative value not substantially outweighed by unfair prejudice. | |
| 0660 | 1318 | 10/5/2006 | UE0930886 | UE0930891 | Rose Acre Farms letter to Valley Fresh Foods re: concerned about the UEP certified animal care program | 802 (hearsay); 805 (hearsay within hearsay) | Admissible under 801(d)(2)(A) through (E); 803(6). | |
| 0661 | 1319 | 1/1/1998 | UE0204519 | UE0204519 | NOTICE, Supply/Demand Alert, UEP Marketing Committee Recommends Plan | 802 (hearsay); 701/702 (improper expert opinion) | Admissible under 801(d)(2)(A) through (E) and 803(6); not improper expert opinion. | |
| 0662 | 1320 | 8/29/2000 | UE0065342 | UE0065342 | UEP Memo from Gene Gregory to UEP Members re USEM Membership & Export Commitment | 802 (hearsay) | Admissible under 801(d)(2)(A) through (E) and 803(6). | |
| 0663 | 1321 | 8/18/2008 | CM00405005 | CM00405016 | Membership & Member Services Report, Area Meetings | | | |
| 0664 | 1323 | 10/13/2006 | UE0297568 | UE0297569 | USEM Annual Membership Meeting Minutes, San Antonio, TX, Minutes | | | |
| 0665 | 1324 | 4/27/2007 | CM00449390 | CM00449397 | United Voices Newsletter | 802* | "USEM Takes Another Export," "Cal-Maine Foods and Country Creek Farms to Acquire Arkansas Farm," "Promising Signs From Layer Flock Size," industry statistics, "Monthly Disappearance," "Retail Animal Welfare Conference" admissible under 801(d)(2)(A) and (E); will redact remaining portions. | |
| 0666 | 1325 | 11/25/2002 | MOARK0027432 | MOARK0027435 | USEM memo from Gene Gregory to All USEM Members re Major Export Benefit | 802 (hearsay); 805 (hearsay within hearsay) | Admissible under 801(d)(2)(A) through (E); 803(6) | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0667 | 1326 | 4/19/2005 | MFI0039545 | MFI0039547 | UEP Animal Welfare Committee Meeting Notes | 802 (hearsay); 602 (foundation) | 801(d)(2)(A), (E); and 803(6); relevant to motions discussed in meeting minutes at IR 1202. | |
| 0668 | 1327 | 00/00/0000 | UE0216784 | UE0216784 | Animal Husbandry Certified Company form for Moark Productions LLC | None | | |
| 0669 | 1328 | 7/9/2001 | RA0080836 | RA0080863 | UEP United Voices, "Hatch Continues to Increase" | 802* | "Hatch Continues to Increase," "Don Bell's table Egg Layer Flock Projections and Economic Commentary - 2001," and industry statistics Admissible under 801(d)(2)(A) through (E). Remainder to be redacted. | |
| 0670 | 1329 | 2/26/2003 | MOARK0003221 | MOARK0003226 | UEP United Voices, "Challenge to 100% Commitment of Welfare Guidelines" | 802* | Willardson email admissible under 801(2)(E). G. Gregory email below admissible under 801(d)(2)(A) and (E). | |
| 0671 | 1330 | 5/14/2002 | CM00274078 | CM00274094 | UEP Spent Hen Committee | 802 (hearsay); 602 (foundation) | Admissible under 801(d)(2)(A) through (E) and 803(6). | |
| 0672 | 1331 | 12/16/2004 | CM00190385 | CM00190391 | UEP Board of Directors Conference Call Minutes | 602 (foundation) | Admissible under 801(d)(2)(A) through (E) and 803(6). Produced by Cal-Maine | |
| 0673 | 1332 | 10/14/2002 | UE0153508 | UE0153508 | USEM Meeting Minutes | | | |
| 0674 | 1333 | 1/16/2018 | N/A | N/A | Business Wire Article Cal-Maine Foods Issues Response to Animal Rights Group in Florida | 802 (hearsay); 805 (hearsay within hearsay); 402 (relevance); 403 (unfair prejudice, confusing issues) | Shows Cal-Maine mistreatment of hens after being certified by UEP, and UEP program was not effective for animal welfare; admissible under 801(d)(2)(A). | |
| 0675 | 1333A | 00/00/2017 | N/A | N/A | ARM Operation Cal-Maine video | 802 (hearsay); 402 (relevance); 403 (unfair prejudice, confusing issues) | Shows Cal-Maine mistreatment of hens after being certified by UEP, and UEP program was not effective for animal welfare. Admissible against Cal-Maine and UEP. Probative value not substantially outweighed by unfair prejudice. | |
| 0676 | 1334 | 5/29/1999 | N/A | N/A | 1999 CalMaineFoods_10K_19990825 | | | Yes |
| 0677 | 1335 | 6/3/2000 | N/A | N/A | 2000 CalMaineFoods_10K_20000821 | | | Yes |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0678 | 1336 | 6/2/2001 | N/A | N/A | 2001 CalMaineFoods_10K405_20010813 | 105 | Admissible against all defendants | Yes as to financial statements, no to narratives. |
| 0679 | 1337 | 9/19/2001 | N/A | N/A | 2001 CalMaineFoods_10K405A_20010919 | 105, 402 | Relevant and admissible 10K by Cal-Maine showing financial performance for fiscal year ending June 2, 2001. Admissible against all defendants | Yes as to financial statements, no to narratives. |
| 0680 | 1338 | 6/1/2002 | N/A | N/A | 2002 CalMaineFoods_10K_20020816 | 105 | Admissible against all defendants | Yes as to financial statements, no to narratives. |
| 0681 | 1339 | 6/27/2002 | N/A | N/A | 2002-06-27 HSUS Press Release | 802 (hearsay); 805 (hearsay within hearsay); 602 (foundation) | Non-hearsay purpose (notice and effect on listener) | |
| 0682 | 1340 | 5/31/2003 | N/A | N/A | 2003 CalMaineFoods_10K_20030812 | 802 (hearsay); 403 (irrelevance and prejudice from legal proceedings section) | Flock size and sales information relevant and admissible under 801(d)(2)(A) and 803(6). Probative value not substantially outweighed by unfair prejudice. | Yes as to financial statements, no to narratives. |
| 0683 | 1341 | 5/30/2009 | N/A | N/A | 2009 CalMaineFoods_10K_20090811 | 802 (hearsay); 403 (irrelevance and prejudice from legal proceedings section); 402 (Plaintiffs have asserted post-2008 records inadmissible) | Flock size and sales information relevant and admissible under 801(d)(2)(A) and 803(6). Probative value not substantially outweighed by unfair prejudice. | Yes as to financial statements, no to narratives. |
| 0684 | 1342 | 6/2/2012 | N/A | N/A | 2012 CalMaineFoods_10K_20120806 | 802 (hearsay); 403 (irrelevance and prejudice from legal proceedings section); 402 (Plaintiffs have asserted post-2008 records inadmissible) | Flock size and sales information relevant and admissible under 801(d)(2)(A) and 803(6). Probative value not substantially outweighed by unfair prejudice. | Yes as to financial statements, no to narratives. |
| 0685 | 1343 | 6/1/2013 | N/A | N/A | 2013 CalMaineFoods_10K_20130805 | 802 (hearsay); 403 (irrelevance and prejudice from legal proceedings section); 402 (Plaintiffs have asserted post-2008 records inadmissible) | Flock size and sales information relevant and admissible under 801(d)(2)(A) and 803(6). Probative value not substantially outweighed by unfair prejudice. | Yes as to financial statements, no to narratives. |
| 0686 | 1344 | 2013 | N/A | N/A | Cal-Maine Acquisitions and Construction 1990-2013 | None | | |
| 0687 | 1346 | 9/18/2000 | CM00189296 | CM00189317 | Memo from G. Gregory to UEP Producer Committee for Animal Welfare re AHA Welfare Standards | 802 (hearsay); 805 (hearsay within hearsay); 602 (foundation) | Admissible under 801(d)(2)(A), (E). Non hearsay use (effect on listener). | |
| 0688 | 1347 | 5/31/2008 | CM00648911 | CM00648914 | Cal-Maine Operating Data and Plant Locations 1992-2008 | None | | |
| 0689 | 1352 | 6/11/2003 | UE0199035 | UE0199047 | COK False Advertising Claim with National Advertising Division Council of BBB | 802 (hearsay); 805 (hearsay within hearsay); 402/403 (irrelevant and unfairly prejudicial); 602 (lacks foundation) | Relevant, non-hearsay purpose (notice and effect on listener); complaints that "Animal Care Certified" program and use of logo were misleading. Probative value not substantially outweighed by unfair prejudice. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0690 | 1353 | 9/28/1999 | UE_DEP_0000462 | UE_DEP_0000471 | USEM Plant List | 602 (lacks foundation) | Admissible under 803(6). For purposes of identification in Blizzard designation. | |
| 0691 | 1354 | 2/28/2001 | UE_DEP_0000472 | UE_DEP_0000482 | UEP Invoices | 402 (irrelevant) | Relevant to export commitments | |
| 0692 | 1356 | 10/10/2000 | UE0297075 | UE0297088 | USEM Organizational Meeting Agenda, proposed by-law amendments and meeting materials | 802 (hearsay) | "Members of USEM by Region" shows membership and flock size; "Reasons to Be a Participant in a National Shell Egg Export Program and Member of USEM" shows exports and impact on prices; admissible under 801(d)(2)(A) and 803(6). | |
| 0693 | 1357 | 11/22/2000 | UE_DEP_0000498 | UE_DEP_0000500 | G. Gregory Memo to Blizzard et al re USEM export order | 802 (hearsay); 602 (lacks foundation) | Export commitments; admissible under 801(d)(2)(A) and (E) and 803(6). | |
| 0694 | 1358 | 11/7/2006 | CM00406591 | CM00406591 | G. Gregory Letter to USEM members re changes on current export order | 802 (hearsay); 602 (no foundation) | Export commitments; admissible under 801(d)(2)(A) and (E) and 803(6). | |
| 0695 | 1363 | 00/00/0000 | N/A | N/A | Cal-Maine UEP-USEM Involvement | | | |
| 0696 | 1365 | 12/10/2003 | BELL0002761 | BELL002763 | Bell Commentary "High Egg Prices and Molting" | 802 (hearsay); 602 (no foundation); 701/702 (improper expert opinion) | Admissible under 801(d)(2)(A) and (E). For purposes of identification in Bell designation | |
| 0697 | 1366 | 00/00/2002 | BELL-D-00000024 | BELL-D-00000042 | "Introduction to the US Table-Egg Industry" | 802 (hearsay); 602 (no foundation); 701/702 (improper expert opinion) | Admissible under 801(d)(2)(A) and (E). | |
| 0698 | 1368 | 3/5/2002 | MOARK0000101 | MOARK0000101 | Email from C. Willardson to D. Brown re UEP Guidelines | 802 (hearsay); 602 (no foundation) | Shows UEP guidelines' effect on Moark layers; admissible under 801(d)(2)(E) and 803(6). | |
| 0699 | 1369 | 8/3/2007 | MOARK0001658 | MOARK0001659 | Email from G. Gregory to M. Rust et al., re "Need Your Help" USDA PVP | 802 (hearsay) | Admissible under 801(d)(2)(A) and (E). | |
| 0700 | 1370 | 4/18/2007 | MOARK0005475 | MOARK0005476 | Email from M. Lemire to L. Reickard, copying C. Willardson re Past Due Invoice | | | |
| 0701 | 1371 | 10/26/2006 | MOARK0017526 | MOARK0017526 | Email from C. Willardson to D. Hudgens and B. Hodges re UEP Export Order | 802 | 801(d)(2)(E); non-hearsay purpose. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0702 | 1372 | 10/23/2006 | MOARK0036917 | MOARK0036918 | Email from C. Willardson to J. Kil re G. Gregory email re Export Order | 802 (hearsay as to top email) | Willardson email admissible under 801(d)(2)(E). G. Gregory email below admissible under 801(d)(2)(A) and (E). | |
| 0703 | 1384 | 1/22/2007 | RA0084247 | RA0084249 | Email from J. Miller to M. Rust et al., attaching 1/22/2007 Rose Acre Letter to USDA-AMS | 802 (hearsay as to parties other than RAF) | Admissible under 801(d)(2)(A) and (E). | |
| 0704 | 1386 | 1/23/2007 | UE0154000 | UE0154001 | UEP Marketing Committee Minutes | | | |
| 0705 | 1387 | 10/17/2006 | UE0707359 | UE0707365 | M. Rust-C. Gregory email chain re Klippen & Sparboe | 802 (hearsay as to CMF); 805 (Klippen email is hearsay within hearsay) | Admissible under 801(d)(2)(A) and (E); Klippen email for non-hearsay purpose. | |
| 0706 | 1389 | 4/17/2002 | MOARK-IPP-0019461 | MOARK-IPP-0019470 | Email chain re WalMart Specs | 802 (hearsay) | Non hearsay use (effect on listener). | |
| 0707 | 1391 | 12/15/2005 | RAUPDATE0035857 | RAUPDATE0035857 | Email exchange between M. Rust and G. Gregory re egg washing | | | |
| 0708 | 1392 | 00/00/2006 | UE0754535 | UE0754561 | UEP Committee Appointments for 2006 | | | |
| 0709 | 1393 | 6/15/2006 | RAUPDATE0034691 | RAUPDATE0034691 | B. Ginnane-M. Rust email exchange re Egg White inventory | 802 (hearsay as to CMF and UEP-USEM) | Admissible under 801(d)(2)(A) and (E). Admissible against all. | |
| 0710 | 1394 | 00/00/2005 | UE0793299 | UE0793300 | Egg Industry Economic Alert | 802 (hearsay) | Admissible under 801(d)(2)(A) and (E) and 803(6). | |
| 0711 | 1395 | 12/1/2002 | N/A | N/A | 2002-12-01 Cal-Maine 10-Q | 105, 802 | Admissible under 801(d)(2)(A) and 803(6). Admissible against all defendants. | Yes as to financial statements, no to narratives. |
| 0712 | 1396 | 11/27/2004 | N/A | N/A | 2004-11-27 Cal-Maine 10-Q | 105, 802 | Admissible under 801(d)(2)(A) and 803(6). Admissible against all defendants. | Yes as to financial statements, no to narratives. |
| 0713 | 1397 | 00/00/1999 | UE0169150 | UE0169163 | UEP Committee Appointments for 1999 | | | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0714 | 1398 | 11/26/2005 | N/A | N/A | 2005-11-26 Form 10-Q | 105, 802, 402, 403 (legal proceedings section) | Relevant to changes in shell egg prices; admissible under 801(d)(2)(A) and 803(6); will redact legal section. Admissible against all defendants. | Yes as to financial statements, no to narratives. |
| 0715 | 1402 | 11/29/2004 | UE0176011 | UE0176011 | UEP-Gregory Letter to Moark re intention to reduce flock size | 802 (hearsay); 805 (hearsay within hearsay); 602 (no foundation) | Admissible under 801(d)(2)(A) and (E) and 803(6). | |
| 0716 | 1403 | 11/29/2004 | UE0176010 | UE0176010 | UEP-Gregory letter to Hillandale Farms re intention to reduce flock size | 802 (hearsay); 805 (hearsay within hearsay); 602 (no foundation) | Admissible under 801(d)(2)(A) and (E) and 803(6). | |
| 0717 | 1406 | 6/2/2007 | N/A | N/A | 2007 Cal-Maine 10-K | 105; 802 (hearsay); 402, 403 (legal proceedings section) | Admissible under 801(d)(2)(A) and 803(6). We will redact legal proceedings section. Probative value not substantially outweighed by unfair prejudice. Admissible against all defendants. | Yes as to financial statements, no to narratives. |
| 0718 | 1407 | 2000-2014 | N/A | N/A | David Report Exhibit 12 | | | |
| 0719 | 1408 | 10/00/2008 | RA0069754 | RA0069769 | Watt Egg Industry Newsletter | 802 (hearsay); 805 (hearsay within hearsay); 402 (irrelevant portions) | For identification purposes only | |
| 0720 | 1409 | 00/00/0000 | UE0186974 | UE0186975 | Rose Acre Farms - The Good Egg People | 802 (as to CMF, USEM, and RAF) | Admissible under 801(d)(2)(A) and (E). Admissible against all. | |
| 0721 | 1411 | 4/14/2003 | RA0005326 | RA0005326 | Email from G. Hinton to B. Borna re Animal Care Certified Logo | 802 (as to CMF and UEP-USEM) | Admissible under 801(d)(2)(A) and (E). Admissible against all. | |
| 0722 | 1412 | 8/6/2009 | N/A | N/A | 2009 Rose Acre Farms Consolidated Financial Statement and Supporting Schedules | | | |
| 0723 | 1413 | 8/5/2010 | N/A | N/A | 2010 Rose Acre Farms Consolidated Financial Statement and Supporting Schedules | | | |
| 0724 | 1414 | 2000 - 2015 | N/A | N/A | David Report Exhibit 13 | | | |
| 0725 | 1415 | 6/1/2005 | MOARK0001079 | MOARK0001080 | UEP Shell Egg Marketing Committee Conference Call Minutes | 802 (hearsay); 403 (markings) | Admissible under 801(d)(2)(A) and (E) and 803(6); redact markings. Probative value not substantially outweighed by unfair prejudice. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0726 | 1417 | 10/17/2005 | NL004009 | NL004009 | Email from G. Gregory to M. Rust, et al., re UEP Program Review | 802 (hearsay) | Admissible under 801(d)(2)(A) and (E). | |
| 0727 | 1418 | 00/00/2005 | RA0033885 | RA0033891 | Rose Acre Farms Vendor Profile - Company Description | | | |
| 0728 | 1419 | 2002-2013 | N/A | N/A | Rose Acre's Participation in UEP and USEM Boards and Committees | | | |
| 0729 | 1420 | 4/21/2006 | RAUPDATE0034892 | RAUPDATE0034892 | Email from G. Hinton to K. Hendrix, M. Rust re UEP | 105, 802 (as to CMF and UEP-USEM) | Admissible under 801(d)(2)(A) and (E). Admissible against all defendants. | |
| 0730 | 1421 | 4/13/2012 | N/A | N/A | RA's Objections and Answers to Plaintiffs' First Set of Interrogatories (Kansas) | | | |
| 0731 | 1422 | 00/00/2003 | KEL00006643 | KEL00006648 | 2002 Kellogg Organization Chart | | | |
| 0732 | 1424 | 11/00/2004 | KEL00007876 | KEL00007876 | 2004 Kellogg Organization Chart | | | |
| 0733 | 1425 | 11/1/2007 | KEL00014917 | KEL00014942 | 2007 Kellogg Organization Chart | | | |
| 0734 | 1426 | 12/4/2008 | NES000003217 | NES000003219 | Trask-Roberts email exchange copying Feyman re Michael Foods Pricing | 802 (hearsay) | Non hearsay (effect on listener). And admissible through 803(6). | |
| 0735 | 4 | | HS000007 | HS000010 | Cal-Maine Videos Cal-Maine Egg Laying Hens vides (no bates) | 105; 106, 402, 403, 404(a), 602, 802, 805, 901 | Video shows Cal-Maine's mistreatment of hens after being certified by UEP. Relevant to show Cal-Maine was not motivated by animal welfare concerns and that UEP program was not effective for animal welfare. Probative value not substantially outweighed by unfair prejudice. Statements by reporter and interviewee will be redacted. Admissible against Cal-Maine and UEP. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0736 | 594 | | N/A | N/A | Group Exhibit - Urner Berry Data | 402; 802; 901; 1006 | Relevant, 803(6), non-hearsay purpose (effect on listener), authentic; unclear what 1006 objection could possibly be | Yes |
| 0737 | 675 | | | | Urner Barry Comtell, Eggs History, http://www.ubcomtell.com/History/HistMenuE.aspx?l=6&t=e&sourcenum=2&hm=1. | UNABLE TO ID PDF; ALL OBJECTIONS RESERVED | | |
| 0738 | 682 | | | | Group Exhibit - Cal-Maine Foods transaction data for March 1996 to January 2013. | None | | |
| 0739 | 684 | | | | Group Exhibit - General Mills, Inc. transaction for January 1999 to December 2012. | None | Authentic; 803(6) | |
| 0740 | 686 | | | | Group Exhibit - Kraft Foods Group, Inc. transaction data for September 2008 to August 2013. | None | Authentic; 803(6) | |
| 0742 | 687 | | | | Group Exhibit - Michael Foods transaction data for February 1997 to December 2012. | None | | |
| 0743 | 691 | | | | Group Exhibit - Nestle USA, Inc. transaction data for January 2000 to December 2012 | None | Authentic; 803(6) | |
| 0744 | 693 | | | | Group Exhibit - Rose Acre Farms transaction data for August 1999 to October 2012. | None | | |
| 0745 | 696 | | | | Group Exhibit - The Kellogg Company transaction data for January 2002 to December 2012. | None | Authentic; 803(6) | |
| 0746 | 1225 | RESERVE | | | Summary exhibits to be created or identified by any Plaintiff | Defendants reserve all evidentiary objections until such document is identified. | | |
| 0747 | 1226 | RESERVE | | | Any document or data turned over or identified in any report written by any expert on either Plaintiffs' or Defendants' witness list. | Defendants reserve all evidentiary objections until such document is identified. | | |
| 0748 | 1227 | RESERVE | | | Any deposition exhibits incorporated or referenced in Plaintiffs' deposition designations that are not otherwise identified herein. | Defendants reserve all evidentiary objections until such document is identified. | | |

September 9, 2023          APPENDIX 9-1          Case No. 1:11-cv-08808
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0749 | 1228 | RESERVE | | | Any exhibit listed by the Defendants | Defendants reserve all evidentiary objections until such document is identified. | | |
| 0750 | 532 | 6/3/2006 | CM00439266 | CM00439343 | Cal-Maine 10-K for year ending June 3, 2006. | 105, 802 (as to RAF, UEP, USEM) | Flock size and sales information relevant and admissible under 801(d)(2)(A) and 803(6); admissible against all defendants. | Yes |
| 0751 | | 4/8/2008 | CM00511087 | CM00511112 | Letter to WalMart from USDA | | | |
| 0752 | 527 | 7/31/2007 | CM00253337 | CM00253339 | Investors Business Daily article: "High Corn prices Drive Up Eggs and Help Cal-Maine Have Fun." | 701, 802, 805, 602, 403 | 703, probative value not substantially outweighed by unfair prejudice | |
| 0753 | 531 | 1/2/2008 | CM00427428 | CM00427428 | UEP Press Release "Traditional Eggs May Have Lower Impact on Global Warming. | 802 (as to RAF, CMF, USEM) | 703, 801(d)(2)(A). Admissible against all defendants. | |
| 0754 | 571 | | MOARK0000338 | MOARK0000342 | Memorandum re: What Happens If 100% Committed is Changed? | 105; 106; 802* (as to RAF, CMF, USEM); 805 | 703, 801(d)(2)(A), 801(d)(2)(E), non-hearsay purpose. Admissible against all defendants. | |
| 0755 | | 1/30/2002 | MOARK0000343 | MOARK0000343 | Email to K. Looper from G. Gregory re Change 100% Commitment doc. | 403 (incomplete); 802* | 801(d)(2)(A), 801(d)(2)(E), non-hearsay purpose; probative value not substantially outweighed by unfair prejudice; Tr. Ex. 754 is attachment to email. Admissible against all defendants. | |
| 0756 | | 11/1/2005 | CM00412623 | CM00412628 | Feedstuffs article: Egg Producers looking at marketplace options. | 802, 805, 403 | 703, probative value not substantially outweighed by unfair prejudice | |
| 0757 | | 00/00/2008 | Hillandale-PA00005401 | Hillandale-PA00005428 | UEP 2008 Production Planning Calendar | 802* (as to RAF, CMF, USEM) | 801(d)(2)(A), (E), 803(6). Admissible against all defendants. | Yes |
| 0758 | | 12/00/2006 | MFI0017580 | MFI0017583 | MFI Monthly Compliance Report | 802* (as to RAF, CMF, USEM) | 801(d)(2)(A), (E), 803(6), non-hearsay purpose. Admissible against all defendants. | Yes |
| 0759 | | 6/1/2005 | NL00052848 | NL00052849 | Email from R. Deffner to B. Bookey re ACC Program | 802* | 801(d)(2)(A), (E). Admissible against all defendants. | |
| 0760 | | 6/16/2008 | RA0071932 | RA0071934 | Email Chain between J. Rust and M. Rust re 5 year 10 year | 802* (as to CMF, UEP, USEM) | 801(d)(2)(A), (E). Admissible against all defendants. | |

September 9, 2023

APPENDIX 9-1
Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.
Plaintiffs' Trial Exhibit List

Case No. 1:11-cv-08808

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0761 | | 6/6/2006 | RAUPDATE0071779 | RAUPDATE0071833 | RA Validus UEP Checklist for Animal Husbandry Audits | 802* (as to CMF, UEP, USEM) | 801(d)(2)(A), (E), 803(6). Admissible against all defendants. | Yes |
| 0762 | | 2/14/2000 | UE0065850 | UE065855 | United Voices Newsletter | 802* (as to RAF, CMF, USEM); Noerr-Pennington (only as to "Washington Report" attachment) | Article "Nearly 100,000 Case Export," "Chick Hatch Down," "Membership Dues," "nationwide Egg Market Outlook," "Schrader's Egg Price Memo," "USDA Poultry Statistics" admisslbe under 801(d)(2)(A), (E) and non-hearsay purpose (effect on listener); Will redact remainder. Admissible against all defendants. | |
| 0763 | | 12/17/2001 | UE0067449 | UE0067450 | United Voices Newsletter | 802* (as to RAF, CMF, USEM) | 801(d)(2)(A), (E). Admissible against all defendants. | |
| 0764 | | 00/00/2007 | UE0212625 | UE0212625 | Reduce Egg Supply Between Easter & Labor Day | 802* (as to RAF, CMF, USEM) | 801(d)(2)(A), (E). Admissible against all defendants. | |
| 0765 | | 00/00/2008 | UE0394297 | UE0394298 | 2008 USEM Membership Agreement and Export Commitment | | | Yes |
| 0766 | | 10/22/2014 | N/A | N/A | Consumer Price Index (CPIAUCSL Data) | 402 | 1006 | |
| 0767 | | 1990-2012 | N/A | N/A | Consumer Price Index for All Urban Consumers: All Items January 1990 - December 2012 | 402 | 1006 | |
| 0768 | | | N/A | N/A | Summary: Cal-Maine Shell Egg Sales | [Awaiting copy of summary to assess objections] | All applicable bases | |
| 0769 | | | N/A | N/A | Summary: Cal-Maine Laying Flock Size | [Awaiting copy of summary to assess objections] | All applicable bases | |
| 0770 | | | N/A | N/A | Summary: Cal-Maine Profits | [Awaiting copy of summary to assess objections] | All applicable bases | |
| 0771 | | | N/A | N/A | Summary: UEP Committee Membership | [Awaiting copy of summary to assess objections] | All applicable bases | |

APPENDIX 9-1
**Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.**
**Plaintiffs' Trial Exhibit List**

| Plaintiff Exhibit | Plaintiff Initial Reference No | Date | Beg Bates | End Bates | Descriptions | Defendants Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|---|
| 0772 | | | N/A | N/A | Summary: Short Term Measures | [Awaiting copy of summary to assess objections] | All applicable bases | |
| 0773 | | | N/A | N/A | Summary: State Laws | [Awaiting copy of summary to assess objections] | All applicable bases | |
| 0774 | | | N/A | N/A | Summary: UEP Short Term Measures | [Awaiting copy of summary to assess objections] | All applicable bases | |
| | | | | | | * indicates a hearsay objection that will likely be resolved by the Court's final opinion on the Plaintiffs' *Santiago* Proffer. Other hearsay objections may likewise be resolved by that opinion. | | |