UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

NOW COMES Andrew J. Chinsky, pursuant to Local Rule 83.17, and respectfully moves the Court for leave to withdraw as counsel for Defendant Cal-Maine Foods, Inc., and in support of this motion states the following:

1. Mr. Chinsky entered an appearance on behalf of Defendant Cal-Maine Foods, Inc., on May 18, 2020 (Dkt. No. 92). At the time, Mr. Chinsky was an attorney with the law firm of King & Spalding LLP.

2. Mr. Chinsky is leaving King & Spalding LLP and will be transitioning to an in-house legal department.

3. Accordingly, Mr. Chinsky has no further responsibilities in connection with this matter and weeks to withdraw.

1

4. Defendant Cal-Maine Foods, Inc. will continue to be represented by other attorneys from King & Spalding LLP.

5. All parties have indicated that they do not oppose the motion.

WHEREFORE, Andrew J. Chinsky respectfully requests that the Court grant him leave to withdraw as counsel.

Dated: September 14, 2023

Respectfully submitted,

/s/ Andrew J. Chinsky
Andrew Chinsky (achinsky@kslaw.com)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-2812

**Counsel for Defendant Cal-Maine Foods, Inc.**