**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kraft Foods Global, Inc., et al.
                                          Plaintiff,

v.                                                            Case No.: 1:11−cv−08808
                                                                  Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 19, 2023:

        MINUTE entry before the Honorable Steven C. Seeger: Plaintiffs' omnibus motion in limine to exclude irrelevant and prejudicial evidence (Dckt. No. [168]) is hereby granted in part and denied in part. The motion basically introduced eight other motions (meaning motions in limine). The Court has separately ruled on all of those motions. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.