# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

            Plaintiff,

v.                   Case No.: 1:11−cv−08808
                  Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 19, 2023:

   MINUTE entry before the Honorable Steven C. Seeger: Defendant Rose Acre Farms's motion for an order recessing the jury early on Fridays (Dckt. No. [284]) is hereby granted. Defense counsel requests a religious accommodation, which the Court will grant. As proposed, trial will end by 3:00 p.m. on Fridays until November 4, and will end at 2:00 p.m. after November 4 (when the clock changes). Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.