**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kraft Foods Global, Inc., et al.
                                Plaintiff,

v.                                                    Case No.: 1:11−cv−08808
                                                      Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 20, 2023:

  MINUTE entry before the Honorable Steven C. Seeger: The Court saw the recent filing of the final pretrial order (Dckt. No. [289]), which weighs in at 767 pages. The Court appreciates the time, attention, and careful thought that the parties put into the filing. Given the size, the Court would appreciate receiving three hard copies of the final pretrial order, in binders (probably two binders per set, so that the final pretrial order does not feel like a cinder block). Tabs would be helpful, too. The Court directs Plaintiffs to deliver three hard copies to the Courtroom Deputy, preferably by the end of this week (if possible). The Court thanks counsel for their cooperation. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.