# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

            Plaintiff,

v.                  Case No.: 1:11–cv–08808
                 Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 20, 2023:

  MINUTE entry before the Honorable Steven C. Seeger: The Court cannot comfortably read Plaintiffs' deposition designations in the final pretrial order (Dckt. No. [289]–5). The font is way too small. It is not readable. Based on the Court's tape measure, each letter appears to be approximately one millimeter tall. The Court wants to read it, and needs to read it, but can't read it. The Court can appreciate the challenges posed by having so much content on a single page, especially given that there are nine columns. Consider filing a version with only the first four columns. The font in Defendants' deposition designations is bigger and thus better (Dckt. [289]–7), but the font isn't the easiest to read, either. A court filing needs to be easy on the eyes. Basically, the Court would appreciate receiving more readable versions of the deposition designations from both sides. The Court directs each side to file supplemental deposition designations that are easier to read. The Court thanks counsel for their help making things more digestible. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.