UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC.,

Plaintiffs,

v.

UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC.

Defendants.

No. 1:11-cv-08808

Judge Steven C. Seeger

**JOINT STATUS REPORT**

NOW COME Plaintiffs Kraft Foods Global, Inc., The Kellogg Company, General Mills, Inc., and Nestlé USA, Inc. and Defendants United Egg Producers, Inc., United States Egg Marketers, Inc., Cal-Maine Foods, Inc., and Rose Acre Farms, Inc. (collectively, the "Parties"), by counsel, and provide this Court a Joint Status Report in advance of the upcoming pretrial conference. In support, the Parties state as follows:

In advance of the September 28th final pretrial conference, the Parties wanted to express their gratitude to Court for taking substantial time to issue thoughtful rulings on the motions *in limine,* as the opinions provided significant guidance to the Parties. With the benefit of the Court's rulings, the Parties are

continuing to work together to streamline the case, including by revisiting deposition designations and exhibits.

In furtherance of that spirit, and understanding the Court will have its own agenda for the final pretrial conference, the Parties respectfully wish to identify issues and topics for which they jointly or individually seek further guidance from the Court during the pretrial conference.

1. Jury Selection
   a. Whether the Court will issue the Parties' proposed questionnaire
   b. Process, venire, peremptory challenges
2. Jury Instructions
   a. Preliminary instructions to Jury
      i. Will the Court provide any substantive instructions pre-trial?
3. Parties' request for clarification/discussion
   a. Certain MIL Rulings
   b. One lawyer questioning per side rule
   c. Scope of rebuttal evidence
4. Update on deposition designations and exhibits
   a. Remains a work in progress; the Parties have not filed our disputed exhibits or objections to deposition designations pending meet and confers
   b. Process to resolve document redaction disputes
   c. Process for resolving evidentiary disputes – deposition designations and exhibits
      i. Is Monday October 16th available for the Court?
      ii. Will the Court be willing to set aside some time each day to resolve disputes for next day?
5. Court schedule
   a. Start time, end time every day

   b. Disclosure of the next day's witnesses

6. Witness sequestration/exclusion

7. Preadmission of exhibits

8. Proposal for direct examination exhibit exchange

9. Openings

   a. Slide exchange deadlines/handling objections

   b. Length

10. Expert witnesses

   a. Court's procedure on qualifying experts

11. Specific witness issues

12. Logistics issues

   a. Does Court want hardcopies of exhibits, and if so, in what format

   b. Access to courtroom for tech set-up - can this be done Friday or Monday before trial?

   c. Access to attorney rooms at courthouse

13. Miscellaneous

   a. Change in party names – pending split of Kellogg – Rule 25(c)

September 22, 2023

Respectfully submitted,

***Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company***

/s/ *Brandon D. Fox*
Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice)*
Sati Harutyunyan (*admitted pro hac vice)*
JENNER & BLOCK LLP
515 South Flower Street
Suite 3300
Los Angeles, CA 90071

***Counsel for Defendant Cal-Maine Foods, Inc.***

/s/ *Patrick M. Collins*
Patrick M. Collins
(pcollins@kslaw.com)
Livia M. Kiser (lkiser@kslaw.com)
Patrick M. Otlewski
(potlewski@kslaw.com)
Abigail Hoverman Terry
(ahoverman@kslaw.com)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
Tel: (312) 764-6911

Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com
SHarutyunyan@jenner.com

James T. Malysiak
Terrence J. Truax
Joel T. Pelz
Angela M. Allen
Andrianna D. Kastanek
Michael T. Brody
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
jmalysiak@jenner.com
ttruax@jenner.com
jpelz@jenner.com
aallen@jenner.com
akastanek@jenner.com
mbrody@jenner.com

***Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.***

/s/ *Robin P. Sumner*
Robin P. Sumner
(robin.sumner@troutman.com)
Kaitlin L. Meola
(kaitlin.meola@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000

Whitney R. Redding
(whitney.redding@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP

Brian E. Robison
(brian@brownfoxlaw.com) (pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way
Suite 450
Frisco, TX 75034
Tel: (972) 707-1809

***Counsel for Defendant Rose Acre Farms, Inc.***

/s/ *Donald M. Barnes*
Donald M. Barnes
(dbarnes@porterwright.com)
Jay L. Levine
(jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James King
(jking@porterwright.com
Allen Carter
(acarter@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

Ana P. Crawford
(acrawford@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
250 East Fifth Street, Suite 2200
Cincinnati, OH 45202
Tel: (513) 369-4237

Joshua M. Dille
(jdille@porterwright.com)
PORTER, WRIGHT, MORRIS &

Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Tel: (412) 454-5085

Molly S. DiRago
(molly.dirago@troutman.com)
Jessica Ann Ring
(jessica.ring@troutman.com)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
227 West Monroe Street
Suite 3900
Chicago, IL 60606
Tel: (312) 759-7276

ARTHUR LLP
321 North Clark Street, Suite 400
Chicago, IL 60654
Tel: (312) 756-8460