UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 1:11-cv-08808 |
| v. | )<br>) Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC. and ROSE ACRE FARMS, INC. | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**AGREED MOTION TO ENTER PROPOSED TRIAL STIPULATIONS AND ORDERS**

The Parties, by and through their undersigned counsel, respectfully move the Court to enter the Parties' Proposed Trial Stipulations 1–6 and 12–16. In support of this Motion, the Parties state as follows:

1. On August 26, 2022, following meet and confers regarding motions *in limine*, the Parties agreed to several trial stipulations and filed Proposed Trial Stipulations 1–6 and Order. (Dkt. 160.)

2. On September 2, 2022, following continued meet and confers, the parties filed Proposed Trial Stipulations 7–11 and Order. (Dkt. 181). The Court entered the order on September 7, 2022. (Dkt. 182).

3. On September 19, 2022, following continued meet and confers, the parties agreed to further trial stipulations and filed Proposed Trial Stipulations 12–15 and Order. (Dkt. 211.)

4. The Court has not yet entered the Orders for the Proposed Trial Stipulations at Dkts. 160 and 211.

5.  Additionally, in light of the Court's ruling regarding deposition designations (Dkt. 299), the Parties have met and conferred regarding a majority of the deposition designations and prior trial testimony and jointly agreed to Trial Stipulation 16 regarding deposition designations, without prejudice to any of the Parties' positions regarding the admissibility of any other evidence.

6.  Accordingly, the Parties respectfully request that this Court enter Proposed Trial Stipulations 1–6 and Order, Proposed Trial Stipulations 12–15 and Order, and Proposed Trial Stipulation 16 and Order.

WHEREFORE, the Parties respectfully request that this Court grant this Agreed Motion and enter the proposed Trial Stipulations, as submitted as Proposed Orders[1] to this Court contemporaneously with this Agreed Motion.

Dated: September 25, 2023

Respectfully submitted,

**Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company**

 /s/ *Brandon D. Fox*
Brandon D. Fox (bfox@jenner.com)
Amy M. Gallegos (agallegos@jenner.com)
*admitted pro hac vice)*
JENNER & BLOCK LLP
515 South Flower Street Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199

James T. Malysiak (jmalysiak@jenner.com)
Terrence J. Truax (ttruax@jenner.com)
Joel T. Pelz (jpelz@jenner.com)
Angela M. Allen (aallen@jenner.com)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350

**Counsel for Defendant Cal-Maine Foods, Inc.**

 /s/ *Patrick M. Collins*
Patrick M. Collins (pcollins@kslaw.com)
Livia M. Kiser (lkiser@kslaw.com)
Patrick M. Otlewski (potlewski@kslaw.com)
Abigail Hoverman Terry (ahoverman@kslaw.com)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
Tel: (312) 764-6911

Lohr Beck (lohr.beck@kslaw.com)
(pro hac vice)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
Tel: (404) 572-2812

---

[1] The Parties updated the captions and signatures blocks for the prior proposed trial stipulations and orders.

*Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.*

 /s/ *Robin P. Sumner*
Robin P. Sumner
(robin.sumner@troutman.com)
Kaitlin L. Meola
(kaitlin.meola@troutman.com)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000

Whitney R. Redding
(whitney.redding@troutman.com)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Tel: (412) 454-5085


Molly S. DiRago
(molly.dirago@troutman.com)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
227 West Monroe Street Suite 3900
Chicago, IL  60606
Tel: (312) 759-1926

Brian E. Robison
(brian@brownfoxlaw.com) (pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way Suite 450
Frisco, TX 75034
Tel: (972) 707-1809

*Counsel for Defendant Rose Acre Farms, Inc.*

 /s/ *Donald M. Barnes*
Donald M. Barnes
(dbarnes@porterwright.com)
Jay L. Levine (jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS &
ARTHUR LLP
2020 K Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James King (jking@porterwright.com
Allen Carter (acarter@porterwright.com)
PORTER, WRIGHT, MORRIS &
ARTHUR LLP
41 South High Street Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000