# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                                     Plaintiff,

v.                                                                     Case No.: 1:11−cv−08808
                                                                       Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 28, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court presided over the final pretrial conference on September 28, 2023. The Court walked through the final pretrial order, and directed the parties to complete a number of follow−up to−do items. As discussed at the hearing, for most of the items, the submissions are due by Friday, October 6, 2023. But there are a few exceptions. Most prominently, Plaintiffs must file a statement about their plans about any post−2008 evidence by Monday, October 2. Defendants must respond by Friday, October 6. The next installment of the final pretrial conference will take place on Thursday, October 12 at 1:00 p.m.Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.