**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Kraft Foods Global, Inc., et al. v. United Egg Producers, Inc., et al.

Case Number: 1:11-cv-08808

An appearance is hereby filed by the undersigned as attorney for:

Kraft Foods Global, Inc.; The Kellogg Co.; General Mills, Inc.; Nestle USA, Inc.

Attorney name (type or print): Christopher M. Sheehan

Firm: Jenner & Block LLP

Street address: 353 North Clark Street

City/State/Zip: Chicago, Illinois 60654

Bar ID Number: 6297609
(See item 3 in instructions)

Telephone Number: 312-840-7834

Email Address: csheehan@jenner.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 2, 2023

Attorney signature: S/ *Christopher M. Sheehan*
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023