# EXHIBIT C

353 N. CLARK STREET CHICAGO, IL 60654-3456

JENNER&BLOCK LLP

August 5, 2022

Brandon Fox
Tel +1 213 239 5101
Fax +1 213 239 2295
BFox@jenner.com

**VIA EMAIL**

Patrick M. Collins, Esq.
King & Spalding LLP
353 N. Clark Street
12th Floor
Chicago, IL 60654

Re: *Kraft v. United Egg Producers, Inc.,* **Case No. 11-cv-08808**
Exchange of Objections and Counterdesignations

Dear Patrick:

Please find attached our objections to Defendants' exhibit list, objections to Defendants' deposition designations, and counter designations. As noted in the Plaintiffs' initial exhibit list and deposition designations, we anticipate filing motions in limine to exclude certain evidence, including evidence created after December 31, 2008. Plaintiffs' counterdesignations and objections are similarly subject to the outcome of such motions. We have counterdesignated some testimony about post-2008 events, and other subjects sought to be excluded in our anticipated motions in limine, but only will seek to introduce that evidence if the Court denies our motions. In addition, we object to the deposition designations listed below in their entirety as irrelevant; we further object to them to the extent defendants seek to introduce 30(b)(6) testimony by non-parties against the Plaintiffs in this case.

**Plaintiffs' Designation Objections:**
Gregory Bates, Publix
Karen Brown 30(b)(6) FMI
Ramesh Daga 30(b)(6) Conopco
Brian Dowling 30(b)(6) Safeway
Jill Hollingsworth 30(b)(6) FMI
Sage Horner, Fresh Thyme
Michelle Kamzalow, Heinz
Thomas Klump, Kroger
Thomas Langan, Conopco
David Lawrence, Safeway

Patrick M. Collins
August 5, 2022
Page 2


Virginia Littlefield 30(b)(6) Safeway
Paul Moran 30(b)(6) Giant Eagle
Robert Pontius 30(b)(6) Albertsons
Terry Profitt, Cargill
Payton Pruett, Kroger
Robert Randall, Midwest Food
William Rehm 30(b)(6) Daybreak Foods
Beth Schnell 30(b)(6) Sparboe
Beth Schnell 30(b)(6) Sparboe
Norm Stocker, Cargill
Gary Stull, Kroger
James Wilson, Publix

We reserve the right to object to the summary exhibits listed on your exhibit list, and note that many of these exhibits were not included in your exchange.

Lastly, we noticed a few housekeeping issues: (1) our initial Manion designation had two colors, which we have revised in the attached to include only light blue highlighting; (2) you submitted a number of designations using the color pink (we continued to indicate our counterdesignations in orange); and (3) we included highlighted designations for Hodges in our initial exchanges but the page lines were omitted from our excel. Ms. Mahan flagged this last issue and we sent her our excel designations yesterday, but please see the attached revised initial designations to reflect the same.

Regards,

*/s/Brandon Fox*

Brandon Fox

Attachments

cc:  For Plaintiffs:                    For Defendants:

   Terrence J. Truax, Esq.           Carrie C. Mahan, Esq.
   Joel T. Pelz, Esq.                Stephen J. Siegel, Esq.
   Angela M. Allen, Esq.             Brian E. Robison, Esq.
   Amy M. Gallegos, Esq.             Livia McCammon Kiser, Esq.
   James T. Malysiak, Esq.           Patrick M. Collins, Esq.
                                     Patrick M. Otlewski, Esq.
                                     Donald M. Barnes, Esq.
                                     Jay L. Levin, Esq.

Patrick M. Collins
August 5, 2022
Page 3

                                               James A. King, Esq.
                                               Robin P. Sumner, Esq.
                                               Whitney Redding, Esq.
                                               Robert E. Browne, Jr., Esq.
                                               Allen T. Carter, Esq.