# EXHIBIT A

```
 1                IN THE UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4   IN RE:  PROCESSED EGG PRODUCTS:        MDL NO. 2002
     ANTITRUST LITIGATION                   08-MDL-02002
 5

 6
                              - - - - -
 7
                           PHILADELPHIA, PA
 8
                              - - - - -
 9
                          NOVEMBER 25, 2019
10
                              - - - - -
11

12
        BEFORE:    THE HONORABLE GENE E.K. PRATTER, J.
13

14                            - - - - -

15                 TRANSCRIPT OF TRIAL PROCEEDINGS

16                             DAY 16

17                            - - - - -

18

19

20

21          KATHLEEN FELDMAN, CSR, CRR, RPR, CM
            Official Court Reporter
22          Room 1234 - U.S. Courthouse
            601 Market Street
23          Philadelphia, PA  19106
            (215) 779-5578
24

25
       (Transcript produced by mechanical shorthand via C.A.T.)
```

1    Q.   At some point did UEP approach you about chairing the
2    Scientific Advisory Committee?
3    A.   Yes, actually the first thing that happened -- there was
4    a meeting in late '97 or early '98, I can't recall, in which
5    the -- Al Pope and Gene Gregory asked to just come and meet
6    with us.  There were a couple producers.  I asked Joy Mench
7    from UC Davis to join us, I believe, as well as Scotti or
8    Patricia Hester is her -- not her nickname -- to join us and
9    we just had a discussion about the current state of animal
10   welfare and we looked at their guidelines and we said,
11   basically, you do not have science-based guidelines.  You've
12   just recorded how you do business, you've just recorded best
13   practices, and it's really not science-based.
14            A few months after that, I got a call from Al Pope
15   asking if I would constitute and chair a committee to look at
16   science-based animal welfare for the laying hen industry.
17   Q.   Did you have an understanding at that time as to why UEP
18   asked for science-based guidelines?
19   A.   It's the tail end of a cold.  I'm sorry.
20   Q.   That's okay.
21   A.   It's the good end of the cold.  And I almost spilled
22   water all over myself.
23            They were being really hit hard.  It was -- the
24   Internet had been invented by that time and they were being
25   hit hard with animal rights activists, and in particular one

1 group, Compassion Over Killing, and there were a lot of
2 pictures of laying hens in cages, crammed together, no
3 feathers, looked really bad, and that's the same type of thing
4 that was hitting the food industry.
5  In the egg industry was one of the first areas,
6 other than the slaughter -- I don't know how -- a better way
7 to put it other than the harvesting industry or the
8 slaughterhouse industry had actually been pushed first, and
9 change was needed.
10 Q.   What made you accept the appointment as chair of the
11 Scientific Advisory Committee?
12 A.   Well, first of all, I believed they were sincere and I
13 consulted with some scientists that I trusted, Scotti Hester
14 at Purdue, Joy Mench at UC Davis, who's probably one of the,
15 in our generation, the expert in hen welfare, hen behavior,
16 and I felt they were serious.  I had been involved with some
17 other interactions with the pork industry, and they were not
18 serious about it.  They were more -- they were gearing their
19 efforts really more -- I don't think intentionally, but they
20 were gearing their efforts more to maintaining the status quo,
21 and it was clear the status quo was not going to be
22 maintained.  It was just a matter of how that was going to
23 change.
24 Q.   At this time, were there other companies that had begun
25 addressing animal welfare issues?

1  science-based guidelines but they had to be practical.
2  So you needed advice from the producers. If we made
3  guidelines that only, you know, reflected 1 percent of
4  250 million hens at the time, it wouldn't be practical and
5  wouldn't really affect welfare. So we were trying to be
6  practical and understand the industry.
7  Q. Did UEP decide who would be on the Scientific Advisory
8  Committee?
9  A. No.
10 Q. Did you ever have to replace members on the committee?
11 A. Yes, we did.
12 Q. And when you did, how did you do that?
13 A. We had a discussion among the group. I would recommend
14 individuals after a discussion or we would just simply say,
15 you know, Adele, Adele Douglass, she left, not for any bad
16 reason, but she moved on to something else. So we had a
17 discussion, let's bring somebody in. So, for example, we
18 brought in Gail Golab from the American Veterinary Medical
19 Association.
20 Q. Was the Scientific Advisory Committee part of UEP?
21 A. No. It was a standing committee, but I would say we were
22 scientifically independent. We all came from different
23 organizations, and especially those of us from universities or
24 USDA, I mean, that's what we do. We interact with industry,
25 we -- we try to solve problems, and that's in effect what

1    names back on it.  It was a matter of that transition.

2    Q.    Do you recall when the Scientific Advisory

3    Committee's view regarding having their names published on the

4    UEP Guidelines changed?

5    A.    I don't know, 2008 or 2010.

6    Q.    Dr. Armstrong, the jury's heard a lot about Gene Gregory.

7    Can you tell the jury a little bit about your experience with

8    Gene Gregory as it relates to the Producer Committee for

9    Animal Welfare, as well as Mr. Gregory's participation on the

10    Scientific Advisory Committee?

11    A.    Yeah.  I have a lot of interactions with Gene for many,

12    many years, and Gene deeply cared about the industry, and Gene

13    deeply cared about science-based guidelines, but he didn't

14    always understand the science.  So there would be frequent

15    back and forth with the scientists, but then there would also

16    be frequent back and forth with producers.  And Gene didn't

17    have much of a filter and he sometimes was an equal

18    opportunity offender.  And he and Joy Mench would go

19    toe-to-toe on things.  And today, I don't know if they see

20    each other since Gene's retired, but before Gene retired they

21    were very good friends, because it's just the dynamics of

22    Gene's personality.  But he deeply -- he deeply cared about

23    the animal welfare issue and -- now when we first went on that

24    tour it would have been easy to take us to a facility that was

25    not 48 square inches with ammonia that made you cry and manure

1   dropping on the birds, and it was really illustrative of the
2   industry at that time. And so I believe that, you know, Gene
3   indeed cared about animal welfare, and the science, but as
4   much as he understood the science.
5   Q. I'd like you to turn, Dr. Armstrong, please, to Tab 5 in
6   your binder. This is a document that is mark as Defendants'
7   Exhibit 175.
8           MS. SUMNER: This document is already in evidence.
9   May I publish it to the jury?
10          THE COURT: Yes.
11  BY MS. SUMNER:
12  Q. Dr. Armstrong, do you recognize this document?
13  A. Yes.
14  Q. Can you tell the jury what it is, please.
15  A. This is the Animal Husbandry Guidelines for the U.S.
16  laying flock, and I don't remember if it's the first or
17  second, but it's 2002 edition and so this is the translation
18  of the committee of our work to the industry.
19  Q. So just to be clear, these are the UEP Guidelines?
20  A. These are UEP Guidelines.
21  Q. Generally, were there some differences between the
22  Scientific Advisory Committee's September 2000 recommendations
23  and the UEP Guidelines?
24  A. Yes. There were some differences, largely due to A, a
25  transition; B, not understanding what, you know, what we know

1   the humane treatment of egg-laying hens?
2   A.   Yes, I did, and we particularly pointed that out after,
3   you know, the transition was coming to a close, and it became
4   apparent that some did not believe that that was a minimum and
5   they didn't need to be at that minimum and that really caused
6   the committee to react to that as well.
7   Q.   And who were those who had that view?
8   A.   Well, a large part of it was the breaker industry, the
9   fluid eggs don't have as direct a customer, and it was also
10  consistent with the same producers that were pushing back at
11  the very beginning.  And that even to this day, I've had
12  producers say if the customer does not demand the UEP
13  guidelines then we should still be able to produce at 48
14  square inches.  And our view today is that not following the
15  minimum guidelines with cages is not humane for the hen.
16  Q.   Did you raise that issue with McDonald's at any point in
17  time?
18  A.   I did.  As I served on McDonald's panel, I had individual
19  conversations with Bob Langert and I was very blunt.  I said,
20  Could you imagine a 60 Minutes story where they're looking at
21  your production facility in Michigan, it's very -- very
22  amazing, less than ten parts per million ammonia, and then you
23  flash forward to the liquid side and you see birds that are at
24  48 or less square inches, manure dropping on them or just the
25  birds not in the same animal welfare condition, how would that

1  UEP, if they don't want to do it, they don't have to be a UEP
2  member.  So UEP is not a mandatory membership organization.  I
3  do know that.
4  Q.  Did the 2002 guidelines or any other edition of the
5  UEP Guidelines restrict in any way egg farmers' ability to
6  expand their operations?
7  A.  Not that I'm aware of, but I'm not an expert in that
8  field.
9  Q.  Once the Certified Program was rolled out, what became of
10  the Scientific Advisory Committee?
11  A.  Oh, we continued to work.  We then set about developing
12  guidelines for noncage, and so we wanted to do that because it
13  was 98 percent cage; a few years later, it's 95 percent.  It's
14  probably about 90 percent.  In 2008 California passed a
15  referendum that said basically plain cages wouldn't work, and
16  in 2018, they've now said clearly noncage.  So a lot of
17  different states changed in that regard.
18         That's another driver that was happening in multiple
19  states, the activists were working state by state to try to
20  get voters to vote against cages, gestation crates, various
21  animal welfare.  That was very active.
22  Q.  Did the Scientific Advisory Committee continue to meet?
23  A.  Yes, we continued to meet.  When I left the committee in
24  2011, Scotti Hester became chair.  She retired and I believe
25  Joy Mench is now chair of the committee.

1  Q.  And did the committee continue to do further animal
2  research to further animal welfare?
3  A.  Yes.
4  Q.  Were the guidelines and the UEP Certified Program
5  designed to evolve and improve over time?
6  A.  Oh, absolutely.  The feeder space, the methods to induce
7  a molt with nonfeed withdrawal, and then the future, being
8  able to change the sex of the baby chicks when they're born,
9  because right now half the chicks are born male, half are born
10  female, and the male chicks are disposed.  So if a scientist
11  could develop a way to have all female chicks, that would be a
12  very positive animal welfare perspective from a broad area.
13  So there's a lot of research going on.
14  Q.  Are you familiar with something called the 100% rule?
15  A.  Yes.
16  Q.  And was the 100% rule included in the Scientific Advisory
17  Committee's 2000 recommendations?
18  A.  No.
19  Q.  Why not?
20  A.  We anticipated that if UEP supported the guidelines as
21  the board did very early on in 2000 in principal, they voted
22  to accept the guidelines, that those guidelines were for all
23  laying hens with regard to UEP.  We never anticipated that it
24  wouldn't be.
25  Q.  Did you and the members of the Scientific Advisory

1   Committee believe that the 100% rule was necessary?
2   A.   Absolutely.
3   Q.   Why?
4   A.   Because we did not believe it was humane for hens to be
5   housed in those same conditions that we observed on our tour
6   late in the last century, and we felt if we were going to be
7   involved with science-based guidelines and evolving
8   science-based guidelines, that it needed to be for all -- all
9   hens.  And I am very confident our committee would have walked
10  and would have disbanded.  They felt very strongly about that.
11  They felt very strongly about all the areas, and that's why
12  we're very proud that there was consistent agreement with UEP
13  and the science over the long haul.
14  Q.   In January 2006, was that the Scientific Advisory
15  Committee's view on the 100% rule?
16  A.   Yes, that's about the time.
17  Q.   And did the Scientific Advisory Committee believe that
18  science-based guidelines developed by the Scientific Advisory
19  Committee and accepted by UEP should be viewed as minimum
20  standards?
21  A.   Yes.
22  Q.   Did you believe that it was essential that egg production
23  and cages follow science-based guidelines?
24  A.   Yes.  I believe that for several reasons.  One is that I
25  felt that the cage or an enriched cage which has a perch and a

1  nest box, I felt that was the most welfare-friendly, most
2  holistic way to produce eggs, and if we did not implement the
3  minimum in cages, that that would be lost.  And it's probably
4  lost now.
5           In California it's now noncage.  And in a noncage
6  operation, two times as many birds die that is in an enriched
7  cage or a cage system.  And what's happened is the view of
8  being able to exhibit natural behaviors is a bigger issue than
9  whether the bird dies or not, and that's where public
10 perception -- McDonald's made that decision, for example, and
11 they had research data showing all the aspects that we just
12 talked about, and Europe has a big influence on that as well.
13 The EU banned cages several years ago.
14 Q.   Did the Scientific Advisory Committee in 2006 believe it
15 was critical that all hens be managed using science-based
16 guidelines?
17 A.   Yes.
18 Q.   And did the Scientific Advisory Committee at that time
19 believe that the failure to adhere to the minimum guidelines
20 would be inconsistent with the humane treatment of hens?
21 A.   Yes.
22 Q.   And did you believe that treating all hens consistent
23 with the minimum space guidelines was the right thing to do?
24 A.   Absolutely.
25 Q.   And did the Scientific Advisory Committee have a strong

1    opinion that if industry failed to adhere to those minimum

2    guidelines, the Government would impose stricter mandatory

3    guidelines or ban cages altogether?

4    A.   Yes.

5    Q.   And did the Scientific Advisory Committee view it as

6    inappropriate to produce eggs in a manner inconsistent with

7    the minimum guidelines?

8    A.   Yes.

9    Q.   Did the Scientific Advisory Committee believe at that

10   time that UEP had adopted the Scientific Advisory

11   Committee's core recommendations?

12   A.   Yes.

13   Q.   And did you give notice to UEP in January 2006 of those

14   views?

15   A.   I did.

16   Q.   How did you give notice to UEP?

17   A.   I sent several communications to UEP and anything that I

18   would send was always reviewed by the committee and whether I

19   signed it or everyone signed it, it was the voice of the

20   committee.  And so we laid out in no uncertain terms our view

21   on the 100% rule.  We also addressed, as we discussed earlier,

22   backfilling.  And we were very clear about it.

23   Q.   Dr. Armstrong, I'd like you to take a look at the

24   document that is behind Tab 7 in your binder.  And

25   specifically the document that's at pages 3, 4, and -- I guess

1   BY MS. SUMNER:

2   Q.   Dr. Armstrong, if we could look at page 3 of this

3   document, please.

4   A.   Mine's not numbered.  So is that like 1835 down in the

5   bottom right corner?

6   Q.   Yes, it is 1835, exactly.  And I'd like you to

7   specifically focus on the first paragraph, which notes:  This

8   communication is provided on behalf of the Scientific Advisory

9   Committee.  Is that correct?

10  A.   Um-hum.  Yes.  That's correct.

11  Q.   And then I'd like you to turn to the next page which is

12  the one that ends in 836.  It's page 4 of the exhibit.

13  A.   Um-hum.

14  Q.   And focus on the first full paragraph there.

15       Is this the paragraph in which you gave notice to

16  UEP of the Scientific Advisory Committee's view that failure

17  to adhere to the Scientific Advisory Committee's minimum

18  guidelines is not consistent with the humane treatment of

19  laying hens?

20  A.   Yes.

21  Q.   And then I'd like to focus your attention on the first

22  bullet at the bottom of the page there, the same page.

23  A.   Yes.

24  Q.   And is this where you communicated to UEP the Scientific

25  Advisory Committee's belief that the UEP board has accepted

1    the Scientific Advisory Committee's core recommendations in
2    2000 and that while the recommendations have been refined over
3    time, those core recommendations and their acceptance by UEP
4    have not changed?
5    A.   Yes.  And that's what I related several times today.  The
6    core recommendations were accepted early on.
7    Q.   So we just covered -- you can put that document to the
8    side -- how you informed UEP in January 2006 that the
9    Scientific Advisory Committee believed that the Animal Welfare
10   Guidelines should apply to all hens.
11            Did you believe that UEP was committed to the
12   Scientific Advisory Committee's science-based recommendations?
13   A.   Yes.  We believed that for the most part, but we felt
14   there were animal activists as well as some members that were
15   pushing back.
16   Q.   And did there come a time when you learned that others in
17   the egg industry were attempting to develop a program that was
18   based upon the Scientific Advisory Committee's recommendations
19   but among other differences would not apply to 100 percent of
20   a farmer's hens?
21   A.   Yes.
22   Q.   And was this an alternative program using the USDA
23   Process Verified seal?
24   A.   Yes.
25   Q.   Will you understand what I mean if I refer to that

1    program as the PVP program?

2    A.   Yes.

3    Q.   Did you have an understanding at the time who was

4    spearheading the approach for that competing program?

5    A.   Yes.

6    Q.   And who -- what was your understanding?

7    A.   Garth Sparboe.

8    Q.   Did you and the Scientific Advisory Committee oppose this

9    approach?

10   A.   Yes.

11   Q.   Why?

12   A.   Because for the same reason, the 100% rule, the same

13   reason for backfilling that we felt Animal Welfare Guidelines

14   were a science-based conservative minimum and not a marketing

15   tool.  Of course you would use it to let people know that your

16   birds were treated well, but we felt that that minimum level

17   was a very conservative minimum level.

18   Q.   Did you believe that such a program would threaten the

19   credibility of the science-based guidelines that you helped

20   develop for UEP?

21   A.   We believed that it threatened the credibility of the

22   science-based guidelines and also threatened the history of --

23   over the long haul.

24   Q.   Was it the Scientific Advisory Committee's belief that

25   any program approved by either UEP or the USDA should require

1   100 percent implementation and apply to all hens?

2   A.   Yes, the committee was unanimous in that.

3   Q.   And did you give notice of your thoughts to UEP?

4   A.   Multiple times.

5   Q.   Okay.  And how did you do that?

6   A.   Well, first verbally and then various letters.  I can't

7   remember -- recall the number, but we stated our opinion on a

8   number of occasions.

9   Q.   Dr. Armstrong, I'd like you to turn to Tab 8 in your

10  binder.  This is Defendants' Exhibit 690.

11       Is this a letter in which you gave notice to UEP of

12  the beliefs we just discussed?

13  A.   Yes.

14       MS. SUMNER:  And, Your Honor, I'd like to offer

15  Defendants' 690 into evidence at this time.

16       MR. BLECHMAN:  Your Honor, we have no objection.

17       THE COURT:  690's admitted.

18       (Exhibit received in evidence.)

19       MS. SUMNER:  May I publish it to the jury?

20       THE COURT:  Yes.

21  BY MS. SUMNER:

22  Q.   Dr. Armstrong, are the views expressed in this letter

23  those of the Scientific Advisory Committee as well as your

24  own?

25  A.   Yes.

1  Q.   I'd like to direct your attention to the second full
2  paragraph on page 2, which starts with the words:  It has come
3  to our attention.
4  A.   Yes.
5  Q.   Is this where you expressed the Scientific Advisory
6  Committee's opposition to a PVP program that resulted in fewer
7  than 100 percent of hens being subject to science-based
8  guidelines?
9  A.   Yes, in this case, we were objecting to the PVP program,
10 but we were opposed to that in any situation with UEP.
11 Q.   And can you read to the jury what you wrote to UEP in
12 that paragraph, please.
13 A.   It has come to our attention that individuals within the
14 industry are attempting to develop a program that would use
15 the USDA Process Verified seal but result in less than 100
16 percent of the hens subject to science-based guidelines.  In
17 other words, a given producer or company would not be required
18 to maintain all hens under science-based guidelines.  We are
19 adamantly opposed to this approach.  We view the UEP
20 Guidelines as grounded in sound science that represents the
21 threshold for maintaining caged layers humanely.  Housing hens
22 at less than UEP minimum standards is neither scientifically
23 justified nor humane.  Consequently, we believe any producer
24 or company marketing eggs bearing either the UEP Certified or
25 USDA Process Verified seal is making a statement about the

1   company and the care provided to 100 percent of the hens, not
2   just a few.
3   Q.   Thank you, Dr. Armstrong.  I'd like you to focus on the
4   next paragraph that begins with:  It is our collective and
5   firm belief.
6        Do you see that?
7   A.   Yes.
8   Q.   Is this where you explained further to UEP why the
9   Scientific Advisory Committee opposed this approach of a
10  program that would not apply to 100 percent of egg-laying
11  hens?
12  A.   Yes, we stated that, number one, it threatens the welfare
13  of laying hens, and, also, it threatens overall credibility of
14  our science-based guidelines.
15       The other thing that I want everybody to be aware of
16  is, most -- most of us worked at land-grant universities that
17  had a strong connection with USDA.  So that is another --
18  United States Department of Agriculture.  So we were also
19  concerned about the credibility of the USDA.  Which we are
20  also connected with from a university perspective.
21  Q.   Now, at any time, did anyone ever ask you or the
22  Scientific Advisory Committee to reject the PVP because of its
23  potential impact on flock size or egg supply?
24  A.   No, and that was never discussed by the committee.
25  Q.   Now, after 2006, did the issue of whether the Animal

1    today?

2    A.    No one has yet.  I hope it's -- I hope --

3    Q.    Do you anticipated that someone will pay for your

4    expenses?

5    A.    My expenses will be paid by the law firm, UEP, whomever.

6    Q.    Are you here today voluntarily, Dr. Armstrong?

7    A.    Yes.

8    Q.    And finally, can you please tell the jury why you're here

9    today voluntarily?

10    A.    Well, this committee started in 1999, and we're still

11    colleagues and friends, and we all felt deeply about a lot of

12    things happening in animal agriculture and the opportunity to

13    work with the egg industry was very exciting from a

14    professional perspective because it was clear that they were

15    willing to make changes.  And they had demonstrated their

16    faith in research based on the cholesterol issue, and we had a

17    good group of people that -- wish it were possible for you to

18    hear from every one of them -- but we firmly believe in what

19    we were doing and very much focused on the science and what we

20    do to try to make life better.  So I'm here today because of

21    the credibility of that group of scientists, I'm here today

22    because of the credibility of the Scientific Advisory

23    Committee; just independently, the science side is independent

24    of UEP but it's certainly culled by UEP and we care deeply

25    about that.  And if at any time something other than