# EXHIBIT C

# MICHIGAN STATE
## UNIVERSITY

November 29, 2006

Gene Gregory
1720 Windward Concourse
Suite 230
Alpharetta, GA 30005

Dear Gene:

The egg industry was one of the first industry groups to establish animal welfare guidelines for an animal agricultural enterprise. In 1999, the United Egg Producers (UEP) commissioned an independent committee of scientists charged with providing science-based recommendations for the development of welfare guidelines for layer hens. I was asked to constitute and chair this committee. We were able to attract nationally respected participants because it was clear that UEP was genuinely interested in developing and adopting science-based guidelines.



*United Egg Producers Scientific Advisory Committee Membership*

- Jeff Armstrong, Michigan State University, Chair
- Don Bell, University of California - Riverside
- Bill Chase, DVM, Kestrel, Inc.
- Adele Douglass, American Humane Association (no longer a member)
- Patricia Hester, Purdue University
- Joy Mench, University of California - Davis
- Ruth Newberry, Washington State University
- Margaret Shea-Moore, formerly USDA-Agricultural Research Service, Livestock Behavior Unit (no longer a member)
- Larry Stanker, USDA-ARS (no longer a member)
- Janice Swanson, Kansas State University
- Paul Thompson, Michigan State University (member added in 2005)
- Gail Golab, DVM, American Veterinary Medical Association (member added in 2005)

OFFICE OF THE
**DEAN**
**College of Agriculture and Natural Resources**
Michigan State University
102 Agriculture Hall
East Lansing, MI
48824-1039
517/355-0232
fax: 517/353-9896
e-mail:armstroj@msu.edu
www.canr.msu.edu/

The attached document includes the welfare guidelines we developed for laying hens housed in cages, and we have strongly supported their adoption by producers raising hens in cage systems. We believe these guidelines set the baseline for humane care.

*MSU is an affirmative-action Equal-opportunity institution.*

With consummate professionalism and a commitment to science-based research findings, the United Egg Producers have worked diligently to move their members to full adoption of the guidelines. Through your leadership, they have also understood from the beginning that the guidelines are dynamic. For example, the UEP dropped feed withdrawal as an acceptable means to induce a molt and aligned the program

DEFENDANTS' EXHIBIT
CaseNo.2:08-md-2002 DAP
**D-0690**

CONFIDENTIAL UE0366667

D-0690-001

● Page 2

guidelines for ammonia with current scientific recommendations. We also worked with the UEP producer committee to clarify that the practice of replacing mortalities after initial housing populations are established is not an appropriate welfare practice.

With that background in mind, the purpose of this letter is to clarify our view of the relationship between the guidelines we developed and the UEP program that bears the UEP certified seal. Our group of scientists is first and foremost concerned with the welfare of laying hens. We have consistently maintained that our role is to recommend science-based animal care practices to the UEP and not attempt to dictate timelines of adoption by the industry.

It has come to our attention that individuals within the industry are attempting to develop a program that would use the USDA Process Verified seal but result in less than 100% of the hens subject to science-based guidelines. In other words, a given producer or company would not be required to maintain all hens under science-based guidelines. We are adamantly opposed to this approach. We view the UEP guidelines as grounded in sound science that represents the threshold for maintaining caged layers humanely. Housing hens at less than UEP minimum standards is neither scientifically justified nor humane. Consequently, we believe any producer or company marketing eggs bearing either the UEP Certified or USDA Process Verified seal is making a statement about the company and the care provided to 100% of the hens, not just a few.

It is our collective and firm belief that any program approved by UEP or USDA should require 100% implementation. While both seals represent marketing programs, we believe failure to ensure 100% implementation threatens the welfare of laying hens and the overall credibility of our science-based guidelines.

Thank you for your attention to this matter. Please do not hesitate to contact me should additional information be needed.

Sincerely,

*[signature]*

Jeffrey D. Armstrong
Dean


P.S. Please note that the views and opinions expressed in this letter are those of the members of the UEP Scientific Animal Welfare Committee and do not represent the views or opinions of their respective organizational affiliations.

CONFIDENTIAL

UE0366668

D-0690-002