UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

## JOINT STATUS REPORT

NOW COME Plaintiffs Kraft Foods Global, Inc., The Kellogg Company, General Mills, Inc., and Nestlé USA, Inc. and Defendants United Egg Producers, Inc., United States Egg Marketers, Inc., Cal-Maine Foods, Inc., and Rose Acre Farms, Inc. (collectively, the "Parties"), by counsel, and provide this Court a Joint Status Report in advance of the upcoming court hearings. In support, the Parties state as follows:

In advance of the October 12th and 13th court hearings to address pretrial matters, and understanding the Court will have its own agenda, the Parties respectfully wish to identify issues and topics for which they jointly or individually seek further guidance from the Court.

1. Status/Resolution of Pending Motions

    a. Plaintiffs' Renewed Motion

    b. Plaintiffs' Motion to Limit Armstrong Testimony

    c. Plaintiffs' Motion to Exclude David Testimony

    d. Plaintiffs' Motion on Business Records

2. Update on Outstanding Trial-Related Issues

    a. Jury Questionnaire

    b. Preliminary Jury Instructions

    c. Number of Peremptory Strikes

    d. Opening Statement exchange

    e. Court's Impeachment process

    f. Confidentiality Designation issue

    g. Update on Courtroom setup and access issues

    h. Other Housekeeping items (laptops, monitors, exhibits related to deposition designations)

3. Status/Resolution of Pending Evidentiary Issues:

    a. Deposition Designation Disputes

    b. Exhibit Redaction Disputes

    c. UEP Board Minutes Hearsay Disputes

October 11, 2023

*Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company*

 /s/ *Brandon D. Fox*
Andrianna D. Kastanek
Angela M. Allen
Joel T. Pelz
Michael T. Brody
Christopher M. Sheehan
JENNER & BLOCK LLP
353 N. Clark Street Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
akastanek@jenner.com
aallen@jenner.com
jpelz@jenner.com
mbrody@jenner.com
csheehan@jenner.com


Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
Sati Harutyunyan (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 S. Flower St., Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com
sharutyunyan@jenner.com

Respectfully submitted,
*Counsel for Defendant Cal-Maine Foods, Inc.*

 /s/ *Patrick M. Collins*
Patrick M. Collins
(pcollins@kslaw.com)
Livia M. Kiser (lkiser@kslaw.com)
Patrick M. Otlewski
(potlewski@kslaw.com)
Abigail Hoverman Terry
(ahoverman@kslaw.com)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
Tel: (312) 764-6911
Brian E. Robison
(brian@brownfoxlaw.com) (pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way
Suite 450
Frisco, TX 75034
Tel: (972) 707-1809

*Counsel for Defendant Rose Acre Farms, Inc.*

 /s/ *Donald M. Barnes*
Donald M. Barnes
(dbarnes@porterwright.com)
Jay L. Levine
(jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

3

*Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.*

 /s/ *Robin P. Sumner*
Robin P. Sumner
(robin.sumner@troutman.com)
Kaitlin L. Meola
(kaitlin.meola@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000

Whitney R. Redding
(whitney.redding@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Tel: (412) 454-5085

Molly S. DiRago
(molly.dirago@troutman.com)
Jessica Ann Ring
(jessica.ring@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 West Monroe Street
Suite 3900
Chicago, IL 60606
Tel:  (312) 759-7276

James King
(jking@porterwright.com)
Allen Carter
(acarter@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

Ana P. Crawford
(acrawford@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
250 East Fifth Street, Suite 2200
Cincinnati, OH 45202
Tel: (513) 369-4237

Joshua M. Dille
(jdille@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
321 North Clark Street, Suite 400
Chicago, IL 60654
Tel: (312) 756-8460