# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                        Plaintiff,

v.                                                   Case No.: 1:11−cv−08808
                                                            Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 12, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court issues this minute order as an important follow−up to the second installment of the final pretrial conference. During today's hearing, the parties flagged that it would be helpful to receive rulings on certain topics before openings, including motions about two witnesses (Armstrong and David) (Dckt. Nos. [330, 331]), as well as the deposition designations for Bell. In addition, on top of it all, the parties revealed that they may want to use documents during openings that the other side currently objects to, such as the United Voices newsletters. This Court needs time to review and evaluate any disputed exhibits that the parties hope to use during openings. So, the Court updates the battleplan and orders as follows. If any party intends to use an exhibit during opening statements that the other side objects to, then that party must file a list identifying the document(s) with particularity, and attach the document(s) to the filing, no later than 5:00 p.m. on Friday, October 13, 2023. The submission also must point to where, exactly, the Court can find the objection on the docket. Basically, this Court needs to know, with much greater specificity, what exactly this Court needs to rule upon before openings. That way, the Court will be able to review the exhibits before and during the third installment of the final pretrial conference on Monday, October 16, 2023. The parties undoubtedly know by now what documents they intend to use during openings, and whether there are any objections about those documents. This Court needs to know, too. This Court will call balls and strikes. But this Court needs to see the pitches first. And this Court must have a chance to see what is headed in its direction. The sooner the parties throw the pitches, the sooner the Court can call balls and strikes. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.