**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC.,

Plaintiffs,

v.

UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., ROSE ACRE FARMS, INC.

Defendants.

No. 1:11-cv-08808

Judge Steven C. Seeger

---

**JOINT MOTION TO PERMIT USE OF CONFIDENTIAL AND HIGHLY CONFIDENTIAL MATERIAL AT TRIAL**

---

Plaintiffs Kraft Foods Global, Inc., the Kellogg Company, General Mills, Inc., and Nestle USA, Inc. ("Kraft Plaintiffs"), joined by Defendants United Egg Producers, Inc. ("UEP"), United States Egg Marketers, Inc. ("USEM"), Cal-Maine-Foods, Inc. ("Cal-Maine"), and Rose Acre Farms, Inc. ("Rose Acre") (collectively, "Movants"), by their attorneys, move under the "Case Management Order No 10 (Protective Order)" previously entered by the MDL Court, to clarify that the Protective Order permits the disclosure at trial of material designated as Confidential or Highly Confidential, subject to the right to ask the Court, on an exceptions basis, for confidential treatment for particular documents, if needed.

During discovery in this case, parties and third parties designated documents they produced and deposition testimony as "Confidential" or "Highly Confidential" under the Protective Order. The

Protective Order permits the parties to display these materials to the Court, jurors, and court personnel. Movants ask the Court to make clear that the parties may display such materials in open court in the upcoming trial without excluding from the courtroom individuals not subject to the protective order and without limiting public access to the courtroom. In the event the parties believe a particular document or testimony requires confidential treatment, on an exceptions basis, they will, after meeting and conferring, advise the Court of any issues regarding public display of the document or testimony.

In further support of this motion, the Movants state as follows.

1. On February 12, 2009, the MDL court entered the "Case Management Order No, 10 (Protective Order)." Dkt. 50. That Protective Order permitted the parties to produce documents in the case subject to confidentiality restrictions. Several provisions of the Protective Order are relevant to this motion.

2. Paragraphs 5(b)(4) and 5(c) permit the disclosure of Confidential or Highly Confidential materials in connection with the trial of the case. As to Confidential material, Paragraph 5(b)(4) permits disclosure:

> to this Court, or any other court exercising jurisdiction with respect to the Litigation, any appellate court(s), court personnel, jurors, alternate jurors, and qualified persons (including necessary clerical personnel) recording, taking or transcribing testimony or argument at any deposition, hearing, trial or appeal in this Litigation;

Paragraph 5(c) permits the same disclosure of Highly Confidential materials.

3. Paragraph 9 permits the parties to seek to modify or continue the Protective Order provisions in the event of trial. It states:

> Confidential or Highly Confidential Documents and Materials at Hearing or Trial. Disputes arising as to the use of Confidential or Highly Confidential Discovery Material or information at trial or hearings will be resolved by the Court prior to the disclosure of such materials. In addition, no fewer than thirty (30) days before the date upon which the parties are directed to submit a Joint Pretrial Order in this Litigation,

> the parties shall meet and confer to negotiate a proposal for Court approval addressing the treatment of material previously designated Confidential or Highly Confidential at trial. To the extent the parties fail to agree on a proposal addressing the use of such material at trial, they may submit alternative proposals to the Court for resolution.

The parties have not previously raised this issue with the Court. This motion reflects Movants' effort to submit a proposal to govern the use of designated materials at trial.

4. Paragraph 13 of the Protective Order gives this Court express authority, to the extent such authority is needed, to modify the Protective Order as needed. That paragraph states:

> Nothing herein shall prejudice the right of the Parties to stipulate (subject to Court approval) or to move to amend or modify this Protective Order in the interest of justice. The court retains the right to allow disclosure of any subject covered by this Protective Order or to modify this Protective Order at any time in the interests of justice.

5. In the DPP and DAP trials, Rose Acre, UEP, and USEM indicated that the parties had reached out to third parties to obtain their agreement to the potential use of materials designated under the Protective Order at trial. The two prior trials took place without ever having to exclude from the courtroom individuals not subject to the provisions of the Protective Order.

6. The parties have already resolved confidentiality issues to many of the documents and depositions excerpts to be used in this trial. The parties have agreed to remove confidentiality designations as to the documents they produced, with certain limited exceptions that should not interfere with the presentation of evidence at trial. Specifically, UEP requests that to the extent any UEP audits or audit results are introduced, that the parties redact any audits or audit results related to non-conspirator parties and/or parties who have not given consent to waive confidentiality over these documents. In addition, the plaintiffs request that any proprietary formulations or recipes be redacted (for example, the precise specifications of Miracle Whip), and any analysis with respect to ingredient purchases unrelated to Eggs also be redacted (for example an internal presentation involving pricing and forecasts related to rice or meat). The parties will work together to identify any necessary

redactions, and will work with any third parties who identify any remaining confidentiality concerns. The Defendants expressly reserve the right to object to any redactions of Plaintiffs' documents that are overly broad .

7. Subject to the caveats in Paragraph 6, the Movants request that this party consent extend to documents authored or created by a party, or documents in which the party participated such that the same document would have also been under such party's custody or control, regardless of the entity that produced them. For example, Moark, a nonparty, produced many of the *United Voices* documents that were created by defendant UEP. By virtue of its authorship, UEP has the power to permit the disclosure of documents it created, even if it did not produce them in this litigation for whatever reason.

8. The parties also agree that documents and deposition testimony used in prior trials, and already presented in open court, no longer need to be maintained in confidence. The prior public disclosure resolved all the confidentiality issues.

9. In addition, the Movants have reached out to third parties that produced documents or provided deposition testimony that the parties have designated to advise them of the upcoming trial and to invite them to identify any materials previously designated under the Protective Order for which the third party desires to maintain confidential treatment. In some instances, these efforts to reach third parties relating to discovery conducted more than a decade ago have been unsuccessful. In addition to these efforts, Movants will provide notice of this motion to all service parties in the multidistrict litigation, along with the last known counsel information for each of the third party producers, as indicated on the certificate of service to permit them to advise the parties of any

confidentiality issues. The Movants' exhibit lists and witness lists (indicating deposition designations) are also attached hereto as Exhibit A.

10. The Movants agree that, with few if any exceptions, the documents produced in this case that will be used at trial no longer need to be maintained in confidence as that term was used in the Court's prior Protective Order. Discovery largely concerned conduct before 2008. More than fifteen years have since passed, and the documents and deposition testimony initially made subject to the Protective Order are no longer in need of protection. *See Neil v. Zell*, No. 08 C 6833, 2011 WL 843661, at *7 (N.D. Ill. Mar. 3, 2011) (refusing to confirm confidentiality designation where one party indicated the records were several years old, and designating party did "not specify what information is still sensitive at this point in time"). *See generally Watkins v. Trans Union, LLC*, 869 F.3d 514, 523 (7th Cir. 2017) (observing that the "passage of time" frequently "render[s] obsolete" confidential information).

11. Movants request that this Court clarify that the Protective Order permits the use of documents in open court in the trial, notwithstanding the prior designation of those materials as Confidential or Highly Confidential. This Court's prior Protective Order permits the Court to modify the Protective Order in the interest of justice. In the event one of the parties believes a document may remain in need of protection from public disclosure, it will ask the Court to permit it to raise the issue as a particular document or deposition excerpt with the Court.

12. Finally, an issue may arise with exhibits used in cross-examination. The parties are not exchanging exhibits to be used in cross-examination and therefore they cannot raise any issues about whether the documents present confidentiality concerns. Movants request that the Court permit the parties to address these issues between direct and cross-examinations, or during a cross-examination, out of the hearing of the witness. In the exceptional circumstance in which a document

to be used in cross may present a confidentiality issue in good faith, the parties will raise it with the Court.

WHEREFORE, Movants respectfully request the Court to clarify that the Protective Order in this case permits the use of materials and testimony from the discovery phase of this case to be introduced at trial in open court subject to the right to request continued confidential treatment in the exceptional case where such treatment is warranted or where a third party objects to the use of the document in open court.

October 13, 2023

Respectfully submitted,

***Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company***

/s/ *Brandon D. Fox*
Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice)*
JENNER & BLOCK LLP
515 South Flower Street
Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com

James T. Malysiak
Terrence J. Truax
Joel T. Pelz
Angela M. Allen
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
jmalysiak@jenner.com
ttruax@jenner.com

***Counsel for Defendant Cal-Maine Foods, Inc.***

/s/ *Patrick M. Collins*
Patrick M. Collins (pcollins@kslaw.com)
Livia M. Kiser (lkiser@kslaw.com)
Patrick M. Otlewski (potlewski@kslaw.com)
Abigail Hoverman Terry (ahoverman@kslaw.com)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
Tel: (312) 764-6911

Lohr Beck (lohr.beck@kslaw.com) (pro hac vice)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
Tel: (404) 572-2812

Brian E. Robison (brian@brownfoxlaw.com) (pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way
Suite 450
Frisco, TX 75034
Tel: (972) 707-1809

jpelz@jenner.com
aallen@jenner.com

***Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.***

/s/ *Robin P. Sumner*
Robin P. Sumner
(robin.sumner@troutman.com)
Kaitlin L. Meola
(kaitlin.meola@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000

Whitney R. Redding
(whitney.redding@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Tel: (412) 454-5085

Molly S. DiRago
(molly.dirago@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 West Monroe Street
Suite 3900
Chicago, IL 60606
Tel: (312) 759-1926

***Counsel for Defendant Rose Acre Farms, Inc.***

/s/ *Donald M. Barnes*
Donald M. Barnes (dbarnes@porterwright.com)
Jay L. Levine (jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James King (jking@porterwright.com
Allen Carter (acarter@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2023, the foregoing Joint Motion to Permit Use of Confidential And Highly Confidential Material At Trial was electronically filed using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this action. I further certify that I caused the foregoing document, and all filings listed in this document, to be served via electronic mail on counsel for all parties on the multidistrict service list and last known counsel for third party producers.

By: /s/ Brandon D. Fox
Brandon D. Fox

J. Christopher Jensen
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525
Tel: (212) 790-9204
Email: jcj@cll.com

***Counsel for Urner Berry***

Stephanie Harris
The Food Industry Association
2345 Crystal Drive
Suite 800
Arlington, VA 22202
Tel: (202) 220-0614
Email: sbharris@fmi.org

***Counsel for The Food Industry Association (FMI)***

Nathan P. Eimer
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel: (312) 660-7645
Email: neimer@eimerstahl.com

***Counsel for Moark LLC***

Michael Goldstein
1111 Franklin Street
8th Floor
Oakland, CA 94607
Tel: (510) 987-9895
Email: michael.goldstein@ucop.edu

***Counsel for Don Bell***

Samantha L. Southall
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 South 16th Street, Suite 3200
Philadelphia, PA 19102-2555
Tel: (215) 665-8700
Email: samantha.southall@bipc.com

***Counsel for Hillandale Farms, Inc.***

Catherine E. Maxson
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150
Email: catherinemaxson@dwt.com

***Counsel for National Food Corporation***

Randolph Seger
Dentons
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
Tel: (317) 686-5203
Email: randy.seger@dentons.com

***Counsel for Wabash Valley***

Kathy L. Osborn
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street
Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-8261
Email:kathy.osborn@faegredrinker.com

***Counsel for Midwest Poultry Services, LP***

Jason S. Takenouchi
KASOWITZ, BENSEN, TORRES & FRIEDMAN LLP
101 California Street
Suite 2300
San Francisco, CA 94111
Tel: (415) 421-6140
Email: wgoodman@kasowitz.com
bbrosnahan@kasowitz.com
jtakenouchi@kasowitz.com

***Counsel for Nucal Foods, Inc.***

Thomas L. Czechowski
DINSMORE LLP
Fifth Third Center
1 South Maine Street
Suite 1300
Dayton, OH 45402
Tel: (937) 449-6400
Email: thomasczechowski@dinsmore.com

***Counsel for Weaver Brothers, Inc.***

William J. Blechman
Douglas H. Patton
KENNY NACHWALTER, PA
Four Seasons Tower

Steven Bizar
Julia Chapman
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-2000
Email: steven.bizar@dechert.com
julia.chapman@dechert.com

***Counsel for R.W. Sauder, Inc.***

Troy J. Hutchinson
Rock Hutchinson
120 South Sixth Street
Suite 2480
Minneapolis, MN 55402
Tel: 612-573-3688
Email: thutchinson@rockhutchinson.com

***Counsel for Sparboe Farms***

Carrie Mahan
Sidley Austin LLP
1501 K Street, N.W., #600
Washington, D.C. 20005
Tel: (202) 736-8000
Email: carriemahan@sidley.com

***Counsel for Michael Foods, Inc.***

David P. Germaine
SPERLING & SLATER, LLC
55 W. Monroe Street
32nd Floor
Chicago, Il 60603
Tel: 312.641.3200
Email: dgermaine@sperling-law.com

***Counsel for SuperValu, Inc.***

1441 Brickell Avenue, Suite 1100
Miami, FL 33131
(305) 373-1000
Email: wblechman@kennynachwalter.com
dpatton@kennynachwalter.com

***Counsel for Kroger Co.***

MEIJER, INC.
MEIJER DISTRIBUTION, INC.
2929 Walker Avenue, NW
Grand Rapids, MI 43017

PUBLIX SUPERMARKETS, INC.
3300 Publix Corporate Parkway
Lakeland, FL 33811

SUPERVALU, INC.
11840 Valley View Road
Eden Prairie, MN 55344

David P. Germaine
John Bjork
Joseph M. Vanek
VANEK VICKERS MASINI PC
55 West Mnroe Street, Suite 3500
Chicago, IL 60603
(312) 224-1500
(312) 224-1510 Fax
DGermaine@vaneklaw.com
jbjork@vaneklaw.com
jvanek@vaneklaw.com

SODEXO, INC.
9801 Washingtonian Boulevard
Gaithersburg, MD 20878
(800) 763-3946

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 East State Street

Paul E. Slater
SPERLING & SLATER
55 West Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200
(312) 641-6492 Fax
pes@sperling-law.com

Susan R. Schwaiger
Linda P. Nussbaum
GRANT & EISENHOFER PA
485 Lexington Avenue, 29th Floor
New York, NY 10017
(646) 722-8500
(646) 722-8501 Fax
(646) 722-8537 Direct Schwaiger
sschwaiger@gelaw.com
lnussbaum@gelaw.com

Steve W. Berman
Tyler S. Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292
(206) 623-0594 Fax
steve@hbsslaw.com
tyler@hbsslaw.com

Andrew S. Levetown
LEVETOWN & JENKINS, LLP
One Metro Center
700 12th Street, NW, Suite 700

Media, PA 19063
(610) 891-9880
(610)-891-9883 Fax
nfinkellman@sfmslaw.com

Washington, DC 20005
(202) 379-4899
(866) 278-2973 Fax
alevetown@levjen.com

WINN-DIXIE STORES, INC.
5050 Edgewood Court
Jacksonville, FL 32254-3699

ROUNDY'S SUPERMARKETS, INC.
875 East Wisconsin Avenue
Milwaukee, WI 53202

C&S WHOLESALE GROCERS, INC.
7 Corporate Drive
Keene, NH 03431

Patrick (Pat) J. Ahern
Karen Sewell
BAKER & McKENZIE LLP
130 East Randolph Drive
Chicago, IL 60601
(312) 861-8000
(312) 861-3735 Ahern Direct
(312) 861-8228 Sewell Direct
(312) 698-2034 Fax
Patrick.Ahern@bakermckenzie.com
Karen.Sewell@bakermckenzie.com

Steven A. Asher (**DPP Liaison Counsel**)
Jeremy S. Spiegel
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 545-7200
(215) 545-6535 Fax
asher@wka-law.com
spiegel@wka-law.com

Stanley D. Bernstein
BERNSTEIN LIEBHARD LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
(212) 779-1414
(212) 779-3218 Fax
bernstein@bernlieb.com

Michael D. Hausfeld
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200
(202) 540-7201 Fax
(202) 579-1089 Direct

Stephen D. Susman
SUSMAN GODFREY LLP
654 Madison Avenue, 5th Floor
New York, NY 10065
(212) 336-8330
(212) 336-8340 Fax
(212) 336-8331 Direct

(202) 747-5713 Fax Direct
mhausfeld@hausfeldllp.com

ssusman@susmangodfrey.com
or
Terrell W. Oxford
SUSMAN GODFREY LLP
901 Main Street, Suite 5100
Dallas, TX 75202
(214) 754-1902
(214) 754-1933 Fax
toxford@susmangodfrey.com

Paul Costa
FINE, KAPLAN and BLACK, RPC
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
(215) 567-6565
(215) 568-5872
pcosta@finekaplan.com

Mindee J. Reuben, Esquire
Lite DePalma Greenberg, LLC
1521 Locust Street, 7th Floor
Philadelphia, PA 19102
(267) 314- 7980 (P)
(973) 623 – 0858 (F)
mreuben@litedepalma.com

Krishna B. Narine (**IPP Liaison Counsel**)
MEREDITH & NARINE
100 South Broad Street, Suite 905
Philadelphia, PA 19110
(215) 564-5182
(215) 569-0958 Fax
knarine@m-npartners.com

Christopher Lovell
LOVELL STEWART HALEBIAN JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
(212) 608-1900
(212) 719-4667 Fax
clovell@lshllp.com
http://www.lshllp.com

Paul Novak
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
(212) 594-5300
(212) 868-1229 Fax
(212) 946-9431 Direct
pnovak@milberg.com

Timothy D. Battin
Mark Schirmer
Ian Otto
STRAUS & BOIES LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030
(703) 764-8700
(703) 764-8704 Fax
tbattin@straus-boies.com

Jan P. Levine
Robin P. Sumner
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000
(215) 981-4750 Fax
(215) 981-4714 Levine Direct
(215) 981-4652 Summer Direct
levinej@pepperlaw.com
sumnerr@pepperlaw.com

Veronica Smith Lewis
Brian E. Robison
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
(214) 698-3100
(214) 571-2900 Fax
(214) 698-3320 Lewis Direct
(214) 698-3370 Robison Direct
vlewis@gibsondunn.com
brobison@gibsondunn.com

Jonathan B. Sprague
POST & SCHELL, PC
Four Penn Center, 14th Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1155
(215) 587-1444 Fax
jsprague@postschell.com

Christopher E. Ondeck
Matthew J. McBumey
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
(202) 624-2500
(202) 628-5116 Fax
(202) 624-2855 Ondeck Direct
(202) 624-2767 McBumey Direct
condeck@crowell.com
mmcburney@crowell.com

Gregory M. Utter
Joseph M. Callow, Jr.
Brian M. Babb
KEATING MUETHING & KLEKAMP LLP
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
(513) 579-6400
(513) 579-6457 Fax
(513) 579-6540 Utter Direct
(513) 579-6419 Callow Direct
(513) 579-6963 Babb Direct
gmutter@kmklaw.com
jcallow@kmklaw.com
bbabb@kmklaw.com

John C. Monica, Jr.
Donald M. Barnes
Salvatore A. Romano
Helen Kim
PORTER, WRIGHT,
MORRIS & ARTHUR, LLP
1919 Pennsylvania Avenue NW, Suite 500
Washington, DC 20006-3434
(202) 778-3000
(202) 778-3063 Fax
(202) 778-3056 Barnes Direct
(202) 778-3054 Romano Direct
dbarnes@porterwright.com
sromano@porterwright.com

Michael D. Hausfeld
James J. Pizzirusso
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200
(202) 540-7201 Fax
mhausfeld@hausfeldllp.com
jpizzirusso@hausfeldllp.com

Brent W. Landau
HAUSFELD LLP
1604 Locust Street, 2nd Floor
Philadelphia, PA 19103
(215) 985-3273
(215) 985-3271 Fax
blandau@hausfeldllp.com

Michael P. Lehman
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 633-1908
(415) 358-4980 Fax
mlehmann@hausfeldllp.com

Patrick J. Stueve
Rachel E. Schwartz
Bradley T. Wilders
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
(816) 714-7110
(816) 714-7101 Fax
(816) 714-7110 Direct Stueve
(816) 714-7215 Direct Schwartz
(816) 715-7126 Direct Wilders
stueve@stuevesiegel.com
schwartz@stuevesiegel.com
wilders@stuevesiegel.com

GIANT EAGLE, INC.
101 Kappa Drive
Pittsburgh, PA

Bernard D. Marcus
Moira E. Cain-Mannix
Brian C. Hill
MARCUS & SHAPIRA LLP
One Oxford Center, 35th Floor
Pittsburgh, PA 15219
(412) 471-3490
(412) 391-8758 Fax
(412) 338-3344 Direct
cain-mannix@marcus-shapira.com