UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

**NOTICE BY ROSE ACRE FARMS, INC. OF EXHIBITS
TO BE USED DURING OPENING**

Defendant Rose Acre Farms, Inc. hereby submits those exhibits that it intends to use in its opening and that Plaintiffs currently object to. Rose Acre has attached each intended exhibit to this Notice as **Exhibit A**. The exhibits are as follows:

| Defendants' Exhibit No. | Plaintiffs' Objection(s) | Location of Objection(s) |
|---|---|---|
| 0091 | 402, 403, 901 | ECF No. 345 at Ex. A, p.4 |
| 0094 | 402, 403, Hearsay | ECF No. 345 at Ex. A, p. 4 |
| 0095 | 402, 403 | ECF No. 345 at Ex. A, p. 4 |
| 0096 | 402, 403, Hearsay | ECF No. 345 at Ex. A, p. 4 |

| 0101 | 402, 403 | ECF No. 345 at Ex. A, p. 4 |
| 0110 | 901 | ECF No. 345 at Ex. A, p. 5 |
| 0307 | 901, 402, 403 | ECF No. 345 at Ex. A, p. 12 |
| 0309 | 901, 402, 403 | ECF No. 345 at Ex. A, p. 12 |
| 0329 | 402, 403, 901 | ECF No. 345 at Ex. A, p. 13 |
| 0711 | 402, 403, 901 | ECF No. 345 at Ex. A, p. 29 |
| 0720 | 402, 403, Hearsay, Cumulative | ECF No. 345 at Ex. A, p.30 |
| 1158 | Post-2008, 402, 403, Hearsay | ECF No. 345 at Ex. A, p. 50 |
| 1164 | Post-2008, 402, 403 | ECF No. 345 at Ex. A, p. 50 |
| 1165 | Post-2008, 402, 403 | ECF No. 345 at Ex. A, p. 50 |

Dated: October 13, 2023                Respectfully submitted,

*/s/ Donald M. Barnes*

Donald M. Barnes (dbarnes@porterwright.com)
Jay L. Levine (jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K. Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James A. King (jking@porterwright.com)
Allen T. Carter (acarter@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

***Counsel for Defendant Rose Acre Farms, Inc***