UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

**CAL-MAINE FOODS, INC.'S LISTING OF OPENING STATEMENT EXHIBITS WITH PENDING PLAINTIFF OBJECTIONS**

In response to the Court's minute order of October 12, 2023 relating to opening statements (ECF 338), Defendant Cal-Maine Foods, Inc. makes the following submission regarding the 23 (twenty-three) exhibits it seeks to reference in opening statement for which there are pending Plaintiff objections. Per the Court's order, below is a listing of said documents, identified by exhibit number, date and a brief description. Attached as Exhibit A are line items from the Defendants' exhibit list showing, among other things, the objections lodged by Plaintiffs to the individual exhibits in the same order as reflected below. Attached as Exhibit B are copies of the 23 documents themselves.

**Listing of Documents**

| Exhibit Number | Date | Description |
|---|---|---|
| 0198 | 7/11/2002 | Publix Letter to All egg producers - FMI - NCCR Animal Welfare Guidelines |
| 0207 | 01/31/2003 | Email from D. Baker to J. Hardin re Animal Welfare Cost |
| 0210 | 3/7/2003 | Fax from Dolph Baker to Cal-Maine |
| 0296 | 01/07/2000 | Cost for The McDonalds Plan; Memo from Cal-Maine Foods to McDonalds Corporation re New Egg Program (01/07/2000) (Excerpt of full document) |
| 0466 | 10/04/04 | Letter from J. Armstrong to Chairman P. Bahan regarding backfilling |
| 0526 | 05/31/02 | Albertson's Applauds and Supports Animal Welfare Guidelines Developed by the Food Marketing Institute (Hammonds Ex. 22) |
| 0547 | 5/31/2002 | Kroger to Support Animal Welfare Guidelines Developed by the Food Marketing Institute |
| 0639 | 2011 | Walmart Shell Egg Program |
| 0652 | 11/29/00 | FMI Meeting Notes re PETA November 29, 2000 |
| 0655 | 06/06/01 | Minutes from Animal Welfare Conference Call on Wednesday, June 6, 2001 between FMI and Expert Review Panel |
| 0710 | 10/25/00 | Letter from S. Gifford to G. Michael requesting Albertson's Animal Welfare Standards |
| 0712 | 11/02/00 | Letter from S. Gifford to J. Pichler (Kroger) re. Kroger's recent Statements re. Animal Welfare |
| 0717 | 08/19/01 | Letter from S. Gifford at PETA to L. Johnston at Albertson's |
| 0718 | 09/27/01 | Letter from PETA to Wal-Mart requesting minimal standards for animal welfare |
| 0736 | | PETA's McDonald's Campaign - Son of Ron |
| 0737 | | PETA's McDonald's Campaign - McCruelty's Unhappy Meal |
| 0971 | 07/09/01 | United Voices newsletter excerpt regarding Burger King |
| 1086 | 06/23/06 | United Voices newsletter excerpt |
| 1164 | | Summary: Whole Shell Eggs Price |
| 1165 | | Summary: US Laying Flock & Shell Egg Production |

| Exhibit Number | Date | Description |
|---|---|---|
| 1200* | | Cal-Maine Dozens of Eggs Sold |
| 1201* | | Cal-Maine Layer Flock Size |
| 1202 | | Laws Related to the Treatment of Egg Laying Hens and Cage Space During the Relevant Time Period |

*Part of summary exhibits labeled 1199

October 13, 2023　　　　　　　　　　　　Respectfully submitted,

*Counsel for Defendant Cal-Maine Foods, Inc.*

　/s/ *Patrick M. Collins*
Patrick M. Collins (pcollins@kslaw.com)
Livia M. Kiser (lkiser@kslaw.com)
Patrick M. Otlewski (potlewski@kslaw.com)
Abigail Hoverman Terry (ahoverman@kslaw.com)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
Tel: (312) 764-6911

Brian E. Robison (brian@brownfoxlaw.com) (pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way
Suite 450
Frisco, TX 75034
Tel: (972) 707-1809