# Exhibit A

| Exhibit Number | Date | Beg Bates | End Bates | Descriptions | Plaintiffs' Objections | Basis for Admissibility | Business Record Stipulation |
|---|---|---|---|---|---|---|---|
| 0198 | 7/11/2002 | CM00731238 | CM00731238 | Publix Letter to All egg producers - FMI - NCCR Animal Welfare Guidelines | 402, 403, HS, 901 | 401; NHSP | |
| 0207 | 01/31/2003 | CM00404010 | CM00404011 | Email from D. Baker to J. Hardin re Animal Welfare Cost | 402, 403, MIL, HS, 901 | | |
| 0210 | 3/7/2003 | CM00258657 | CM00258662 | Fax from Dolph Baker to Cal-Maine | 402, 403, MAR | 401 | |
| 0296 | 00/00/0000 | CM00270631 | CM00270640 | Charts of McDonald's Cost; Email from J. Hardin to S. Storm re McDonalds Volume (01/19/2001); Memo from Cal-Maine Foods to McDonalds Corporation re New Egg Program (01/07/2000); Cost for The McDonalds Plan; Memo from Cal-Maine Foods to McDonalds Corporation re New Egg Program (01/07/2000) | 402, 403, MIL, HS, 901 | 401; NHSP | |
| 0466 | 10/04/04 | UE0176451 | UE0176451 | 10/4/2004 Letter from J. Armstrong to Chairman P. Bahan. | 402, 403, 702, HS | 401; 701; NHSP, 801(d)(1) | |
| 0526 | 05/31/02 | | | 5/31/2002 "Albertson's Applauds and Supports Animal Welfare Guidelines Developed by the Food Marketing Institute". (Hammonds Ex. 22) | 402, 403, HS, 901 | 401; NHSP | |
| 0547 | 5/31/2002 | Hammonds Ex. 21 | | Kroger to Support Animal Welfare Guidelines Developed by the Food Marketing Institute | 402, 403, HS, 901 | 401; NHSP | |
| 0639 | 00/00/2011 | | | Walmart Shell Egg Program | 402, 403, OSD, HS, 901 | 401; 901(b)(1) | |
| 0652 | 11/29/00 | FMI-001209 | FMI-001210 | FMI Meeting Notes re PETA November 29, 2000 | 402, 403, 901, HS | 401 | |
| 0655 | 06/06/01 | FMI-000680 | FMI-000683 | Minutes from Animal Welfare Conference Call on Wednesday, June 6, 2001 between FMI and Expert Review Panel | 402, 403 | 401 | YES |
| 0710 | 10/25/00 | PETA 1 | PETA 3 | Letter from S. Gifford to G. Michael requesting Albertson's Animal Welfare Standards | 402, 403, 901 | 401 | |
| 0712 | 11/02/00 | PETA 77 | PETA 78 | Letter from S. Gifford to J. Pichler (Kroger) re. Kroger's recent Statements re. Animal Welfare | 402, 403, 901 | 401 | |
| 0717 | 08/19/01 | PETA 6 | PETA 7 | 8/19/2001 Letter from S. Gifford at PETA to L. Johnston at Albertson's. | 402, 403, HS, MAR | 401; NHSP | |
| 0718 | 09/27/01 | PETA 55 | PETA 59 | Letter from PETA to Wal-Mart requesting minimal standards for animal welfare (PETA 55A) | 402, 403, HS, CUM | 401; NHSP | |
| 0736 | | PETA 85 | PETA 85 | PETA's McDonald's Campaign - Son of Ron (PETA 85B) | 402, 403 | 401 | |
| 0737 | | PETA 86 | PETA 86 | PETA's McDonald's Campaign - McCruelty's Unhappy Meal | 402, 403 | 401 | |
| 0971 | 07/09/01 | UE0135060 | UE0135063 | United Voices 07/09/01 | 402, 403, HS | *See* Reservation of Rights | |
| 1086 | 06/23/06 | UE0074586 | UE0074589 | United Voices 06/23/06 | 402, 403, HS | *See* Reservation of Rights | |
| 1164 | | | | Summary: Whole Shell Eggs Price | Cannot locate; objection reserved | All applicable bases | |
| 1165 | | | | Summary: US Laying Flock & Shell Egg Production | Cannot locate; objection reserved | All applicable bases | |
| 1200 | | | | Cal-Maine Dozens of Eggs Sold | Inaccurate summary under FRE 1006, not supported by underlying records (as to FY 1999, FY 2011); post-2008 in violation of Dkt. # 292 (as to FY 2010-2012) | | |
| 1201 | | | | Cal-Maine Layer Flock Size | Inaccurate summary under FRE 1006, not supported by underlying records (as to FY 2010); post-2008 in violation of Dkt. # 292 (as to FY 2010-2012) | | |
| 1202 | | | | Laws Related to the Treatment of Egg Laying Hens and Cage Space During the Relevant Time Period | Improper and inaccurate summary under FRE 1006; no data source provided; post-2008 in violation of Dkt # 286, 292 (as to laws after 2008); 402/403 (as to European Council Directive) | | |