UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., MICHAEL FOODS INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

## NOTICE OF DEFENDANT UNITED EGG PRODUCERS, INC. PER ORDER DATED OCTOBER 12, 2023 [ECF NO. 338]

Pursuant to the Court's October 12, 2023 Order [ECF No. 338], Defendant United Egg Producers, Inc. submits the following list of exhibits that it may use in its opening statement and to which Plaintiffs have objected, along with a description of Plaintiffs' objections and Defendants' bases for admissibility. This information can be found in Defendants' Updated Exhibit list attached to the Pretrial Order at Docket No. 345.

Each potential exhibit is being filed as an attachment to this notice as denoted in the first column in the chart below.

| No. | Trial Ex. No. | Date | Bates No. | Descriptions | Plaintiffs' Objections | Basis for Admissibility | Location on Docket |
|---|---|---|---|---|---|---|---|
| A. | 0453 | 7/24/2003 | UE0879102-UE0879104 | Email from Ken Klippen to Al Pope Fw: Animal Welfare Clarifications | 402, 403, HS | 401; NHSP, 806 | **ECF 345 at 22** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B. | 0466 | 10/04/04 | UE0176451 | 10/4/2004 Letter from J. Armstrong to Chairman P. Bahan. | 402, 403, 702, HS | 401; 701; NHSP, 801(d)(1) | **ECF 345 at 23** |
| C. | 0489 | 11/29/06 | UE0366667-UE0366668 | 11/29/2006 Letter from J. Armstrong at Michigan State University to G. Gregory at UEP. | HS, 106 (references previous letters), 402, 403, 701, 702, 703 | 401; NHSP, 803(5) | **ECF 345 at 24** |
| D. | 0509 | 08/02/08 | UE0557576-UE0557578 | Memorandum - Scientific Advisory Committee for Animal Welfare - UEP - re pros and cons of cage-free | HS, 402, 403, 701, 702, 703 | 401; NSHP, 801(d)(1), 701 | **ECF 345 at 24** |
| E. | 0584 | 08/02/02 | PUB_EGGS_010723 | Letter from Tim Hammonds to Al Pope re: Animal Welfare Program | 402, 403, HS, 901 | 401; NHSP | **ECF 345 at 27** |
| F. | 0987 | 03/25/02 | UE0135816-UE0135819 | United Voices 03/25/02 | 402, 403, HS | See Reservation of Rights | **ECF 345 at 45** |
| G. | 1050 | 11/23/04 | UE0368631-UE0368636 | United Voices 11/23/04 | 402, 403, HS | See Reservation of Rights | **ECF 345 at 48** |
| H. | 1086 | 06/23/06 | UE0074586-UE0074589 | United Voices 06/23/06 | 402, 403, HS | See Reservation of Rights | **ECF 345 at 49** |
| I. | 0791 | 12/01/11 | CF0005892 | 12/1/2011 Letter from B. Sparboe Schnell to G. Gregory re Sparboe Farms, Inc. United Egg Producers Membership. | HS, 402, 403, OSD, 901 | 401; NHSP, 806 | **ECF 345 at 37** |
| J. | 0578 | 04/01/02 | PUB_EGGS_006511-PUB_EGGS_006518 | Application for Certification of Animal Husbandry "Certified Company" and Draft Audit Form (Blank) | 402, 403, MAR, 901, HS | 401; NHSP | **ECF 345 at 27** |
| K. | 0243 | 1/20/2006 | CM00478024-CM00478029 | Gene Gregory Email to Gary West, et al. re March 14, 2000 | 402, 403, 702, HS | 401; 701; NHSP | **ECF 345 at 14** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L. | 0697 | 03/00/07 | FMI-000076 | FMI-NCCR Animal Welfare Guidelines Status Update March 2007 | HS, 402, 403, 901, MIL | 401; 803(6), NHSP | **ECF 345 at 33** |
| M. | 0674 | 06/00/2002 | FMI-00015-FMI-000022 | Food Marketing Institute's and National Council of Chain Restaurants' June 2002 Report, FMI-NCCR Animal Welfare Program (FMI-000015B) | 402, 403, HS, MIL | 401; 8003(6), NHSP | **ECF 345 at 31** |

*/s/ Robin P. Sumner*
Robin P. Sumner (robin.sumner@troutman.com)
Kaitlin L. Meola (kaitlin.meola@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000

Whitney R. Redding
(whitney.redding@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Tel: (412) 454-5085

Molly DiRago
(Molly.DiRago@troutman.com)
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 West Monroe Street, Suite 3900
Chicago, IL 60606
Tel: (312) 759-1926

***Counsel for Defendants United Egg Producers, Inc. & United States Egg Marketers, Inc.***