# EXHIBIT 178

**(Filed Under Seal)**