# EXHIBIT 210

(Filed Under Seal)