# EXHIBIT 226

**(Filed Under Seal)**