# EXHIBIT 256

**(Filed Under Seal)**