# EXHIBIT 257

**(Filed Under Seal)**