# EXHIBIT 260

**(Filed Under Seal)**