# EXHIBIT 290

**(Filed Under Seal)**