# EXHIBIT 328

**(Filed Under Seal)**