# EXHIBIT 330

**(Filed Under Seal)**