# EXHIBIT 365

**(Filed Under Seal)**