# EXHIBIT 371

**(Filed Under Seal)**