# EXHIBIT 374

**(Filed Under Seal)**