# EXHIBIT 377

(Filed Under Seal)