# EXHIBIT 384

**(Filed Under Seal)**