# EXHIBIT 434

**(Filed Under Seal)**