# EXHIBIT 445

## (Filed Under Seal)