# EXHIBIT 547

## (Filed Under Seal)