# EXHIBIT 576

## (Filed Under Seal)