# EXHIBIT 592

**(Filed Under Seal)**