# EXHIBIT 754

# (Filed Under Seal)