# EXHIBIT 755

# (Filed Under Seal)