UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE BY ROSE ACRE FARMS, INC. OF ADDITIONAL EXHIBIT WITH PENDING OBJECTION TO BE USED DURING OPENING**

Defendant Rose Acre Farms, Inc. hereby submits an additional exhibit that it intends to use in its opening. The exhibit was inadvertently omitted in yesterday's exchange. Rose Acre understands that Plaintiffs also object to this exhibit. Rose Acre has attached the intended exhibit to this Notice as **Exhibit A**. The exhibit is follows:

| Defendants' Exhibit No. | Plaintiffs' Objection(s) | Location of Objection(s) |
|---|---|---|
| 0374 | 402, Hearsay | ECF No. 345 at Ex. A, p.15 |

Dated: October 14, 2023          Respectfully submitted,


*/s/ Donald M. Barnes*

Donald M. Barnes
(dbarnes@porterwright.com)
Jay L. Levine (jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR
LLP
2020 K. Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James A. King (jking@porterwright.com)
Allen T. Carter (acarter@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR
LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

***Counsel for Defendant Rose Acre Farms, Inc.***