UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. <br><br> Defendants. | No. 1:11-cv-08808 <br><br> Judge Steven C. Seeger |

**DEFENDANTS' RESPONSE TO THE COURT'S
PRELIMINARY JURY INSTRUCTIONS**

Based on the Court's ruling regarding the instructions the Court intends to use prior to the presentation of evidence (Dkt. 358), Defendants propose three factual corrections within the non-substantive instructions and object to the Plaintiffs' supplemental instruction.[1]

With respect to Page 3 of the proposed preliminary instructions to the jury, the last sentence of the second paragraph reads, "And you will hear from **three** different lawyers for the various defendants." Given that UEP and USEM will be giving

---

[1] Defendants understand and appreciate the Court's comments during the second installment of the pretrial conference that the Court will instruct the jury that the final instructions control, not these preliminary instructions. And, on that basis, like Plaintiffs, Defendants respectfully reserve the right to address modification to this instruction during charging conferences before the jury instructions are finalized.

separate opening statements, we request a change to, "And you will hear from **four** different lawyers for the various defendants."

With respect to Page 7 of the proposed preliminary instructions to the jury, in the Description of the Case, the fifth paragraph reads as follows:

> Both Rose Acre and Cal-Maine are producers and sellers of eggs and egg products.

Defendant Cal-Maine would seek that this be modified as follows to conform to the fact that, during the relevant time period of the conspiracy (98-08), Cal-Maine was not a producer and seller of egg products:

> Cal-Maine is a producer and seller of eggs. Rose Acre is a producer and seller of eggs and egg products.

With respect to Page 8 of the proposed preliminary instructions to the jury, at the third paragraph beginning "The Plaintiffs", Defendants respectfully request that the Court add "eggs and" before the word "egg" in the first sentence at the end of the second line.

Last, Defendants object to Plaintiffs' supplemental preliminary instruction on the issue of timing of trial relative to the time period of the claims. Defendants' previous objections to this previously-tendered instruction are found in App. 13-3 of the updated pretrial order.

October 15, 2023    Respectfully submitted,

*Counsel for Defendant Cal-Maine Foods, Inc.*

/s/ *Patrick M. Collins*

2

Patrick M. Collins
(pcollins@kslaw.com)
Livia M. Kiser (lkiser@kslaw.com)
Patrick M. Otlewski
(potlewski@kslaw.com)
Abigail Hoverman Terry
(ahoverman@kslaw.com)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
Tel: (312) 764-6911

Brian E. Robison
(brian@brownfoxlaw.com) (pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way
Suite 450
Frisco, TX 75034
Tel: (972) 707-1809

***Counsel for Defendant Rose Acre Farms, Inc.***

 */s/ Donald M. Barnes*
Donald M. Barnes
(dbarnes@porterwright.com)
Jay L. Levine
(jlevine@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
2020 K Street, N.W., Suite 600
Washington, D.C. 20006-1110
Tel: (202) 778-3000

James King
(jking@porterwright.com
Allen Carter
(acarter@porterwright.com)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street Suite 2900
Columbus, OH 43215
Tel: (614) 227-2000

Ana P. Crawford
(acrawford@porterwright.com)
PORTER, WRIGHT, MORRIS &
ARTHUR LLP
250 East Fifth Street, Suite 2200
Cincinnati, OH 45202
Tel: (513) 369-4237

Joshua M. Dille
(jdille@porterwright.com)
PORTER, WRIGHT, MORRIS &
ARTHUR LLP
321 North Clark Street, Suite 400
Chicago, IL 60654
Tel: (312) 756-8460

***Counsel for Defendants United Egg Producers, Inc., and United States Egg Marketers, Inc.***

  /s/ *Robin P. Sumner*
Robin P. Sumner
(robin.sumner@troutman.com)
Kaitlin L. Meola
(kaitlin.meola@troutman.com)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000

Whitney R. Redding
(whitney.redding@troutman.com)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Tel: (412) 454-5085

Molly S. DiRago
(molly.dirago@troutman.com)

4

Jessica Ann Ring
(jessica.ring@troutman.com)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
227 West Monroe Street
Suite 3900
Chicago, IL 60606
Tel: (312) 759-7276