# Exhibit A

## LIST OF *UNITED VOICES* IN WHICH
## DEFENDANTS DISPUTE ALL REDACTIONS

Defendants dispute all redactions contain in the *United Voices* on the following list.

| Plaintiffs' Exhibit Number | Date |
|---|---|
| 0001 | 08/02/1999 |
| 0040 | 12/13/2007 |
| 0055 | 03/14/2007 |
| 0135 | 02/03/2005 |
| 0138 | 11/23/2004 |
| 0145 | 07/28/2004 |
| 0149 | 06/17/2004 |
| 0190 | 11/18/2002 |
| 0197 | 07/29/2002 |
| 0200 | 07/15/2002 |
| 0210 | 03/25/2002 |
| 0221 | 01/07/2002 |
| 0232 | 09/03/2001 |
| 0234 | 08/06/2001 |
| 0242 | 12/18/2000 |
| 0249 | 04/03/2000 |
| 0268 | 04/19/1999 |
| 0269 | 04/05/1999 |
| 0272 | 02/22/1999 |
| 0295 | 09/13/1999 |
| 0296 | 12/10/2004 |

| | |
|---|---|
| 0307 | 05/01/2003 |
| 0325 | 02/11/2002 |
| 0350 | 08/03/2006 |
| 0366 | 12/06/1999 |
| 0368 | 08/21/2000 |
| 0369 | 06/12/2000 |
| 0370 | 03/20/2000 |
| 0371 | 08/12/2000 |
| 0372 | 10/01/2001 |
| 0373 | 02/27/2003 |
| 0374 | 11/04/2002 |
| 0392 | 06/04/2003 |
| 0405 | 02/19/2001 |
| 0455 | 12/04/2000 |
| 0517 | 02/25/2002 |
| 0535 | 07/17/2003 |
| 0637 | 04/08/2002 |
| 0762 | 02/14/2000 |