# Exhibit B

**LIST OF *UNITED VOICES* THAT**
**CONTAIN UNDISPUTED REDACTIONS**

Redactions identified below are not disputed. Defendants object to all other redactions in the exhibit.

| Plaintiffs' Exhibit Number | Date | Undisputed Redactions |
|---|---|---|
| 0029 | 07/15/2008 | Washington Report. |
| 0037 | 01/03/2008 | Washington Report |
| 0043 | 10/26/2003 | Washington Report |
| 0048 | 08/17/2007 | Washington Report |
| 0051 | 08/02/2007 | Washington Report |
| 0058 | 05/14/2008 | Washington Report |
| 0061 | 02/02/2007 | Potato Cooperative discussion on p. 1 & 2 because it is inadmissible pursuant to Capper-Volstead stipulation. |
| 0067 | 01/18/2007 | Washington Report |
| 0070 | 01/04/2007 | Washington Report |
| 0079 | 11/30/2006 | Washington Report |
| 0081 | 11/01/2006 | Washington Report |
| 0096 | 05/10/2006 | Washington Report |
| 0102 | 04/13/2006 | "Activist Groups [sic] Urges Members to Look For The Old ACC Logo" due to Court's decision on related MIL. |
| 0108 | 03/16/2006 | Washington Report |
| 0112 | 02/15/2006 | Washington Report |
| 0117 | 01/12/2006 | Washington Report |
| 0129 | 05/12/2005 | Washington Report |

| Plaintiffs' Exhibit Number | Date | Undisputed Redactions |
|---|---|---|
| 0133 | 02/17/2005 | Washington Report |
| 0144 | 09/02/2004 | Washington Report |
| 0150 | 05/20/2004 | "This Really Is False Advertising" article at bottom of p.3 and top of p.4, pursuant to Court's decision on MIL and Washington Report. |
| 0155 | 03/04/2004 | Washington Report |
| 0156 | 04/08/2004 | Washington Report |
| 0166 | 09/11/2003 | "Petition Filed with New York State Attorney General" article on p.2, pursuant to Court's decision on MIL and Washington Report |
| 0195 | 10/07/2002 | Washington Report |
| 0203 | 05/06/2002 | Washington Report |
| 0250 | 03/06/2000 | Washington Report |
| 0254 | 01/07/2000 | Washington Report |
| 0261 | 06/07/1999 | Washington Report |
| 0263 | 05/24/1999 | Washington Report |
| 0266 | 05/0/1999 | Washington Report |
| 0279 | 02/16/2007 | Washington Report |
| 0280 | 07/11/2007 | Washington Report |
| 0287 | 07/02/2007 | Washington Report |
| 0349 | 04/13/2006 | Washington Report |
| 0354 | 05/19/2004 | Washington Report |
| 0355 | 11/17/2006 | Washington Report |
| 0362 | 04/27/2007 | Washington Report |
| 0400 | 07/05/1999 | Washington Report |

| Plaintiffs' Exhibit Number | Date | Undisputed Redactions |
|---|---|---|
| 0436 | 12/18/2006 | Washington Report |
| 0467 | 12/30/2003 | Washington Report |
| 0544 | 07/17/2003 | Washington Report |
| 0581 | 04/22/2004 | Washington Report |
| 0599 | 11/23/2004 | Washington Report |
| 0628 | 10/03/2006 | Washington Report |
| 0648 | 11/12/2003 | Washington Report |