# Exhibit C

1

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
TWENTY-NINTH JUDICIAL CIRCUIT

```
- - - - - - - - - - - - - - -+
                              |
ASSOCIATED WHOLESALE          |
GROCERS, et al,               |
                              |
          Plaintiffs,         |    Case No.: 10CV2171
                              |
   vs.                        |
                              |
UNITED EGG PRODUCERS,         |
et al,                        |
                              |
          Defendants.         |
                              |
- - - - - - - - - - - - - - -+
```

Videotaped Deposition of Gene W. Gregory

Philadelphia, Pennsylvania

Monday, July 15, 2013

1:00 p.m.

(Volume 1)

Reported by:  Laurie Bangart, RPR, CRR

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Gregory, Gene W. - Vol. I                    July 15, 2013

55

1      Q     Who is that?

2      **A     Her name is Karen Conrad.**

3      Q     How long has she maintained that?

4      **A     She's only been with us now about two**

5      **years, but the position was always whoever the**

6      **administrative assistant --**

7      Q     Okay.

8      **A     -- who is the secretary.  We only have**

9      **one of those people in our office.  You got to**

10     **understand, our office is only like eight people,**

11     **so it's not like we got a whole big staff of**

12     **people, so . . .**

13     Q     Sir, when you started in '92 with the

14     UEP headquarters in Atlanta, who else was working

15     in UEP at that time?  Was there several people?

16     **A     There again, it was about eight people.**

17     **It hasn't changed.**

18     Q     Okay, and who did you report to?

19     **A     Al Pope.**

20     Q     All right.

21           So one of your principal

22     responsibilities that you recall, starting in '92,

23     was to write the twice-monthly newsletter; is that

24     correct?

25     **A     That's been the least enjoyable thing**

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

HIGHLY CONFIDENTIAL
                                        UE_DEP_0001407

Gregory, Gene W. - Vol. I                         July 15, 2013

                                                          56

1    I'm responsible for, yes.

2         Q    If you would just answer my question,

3    because I want to make sure the record is clear

4    that one of the things you started doing shortly

5    after you joined in '92 was to write the

6    newsletter that was sent out twice a month for

7    UEP; is that right?

8         A    Yes, yes.

9         Q    Did you do that up until your retirement

10   here in January of 2013?

11        A    Yes.

12        Q    All right.

13             Who has taken over the responsibilities

14   to author United Voices now?

15        A    Chad Gregory.  He has the overall

16   responsibility as being the editor of it, I

17   suppose.

18        Q    Okay.

19             Now, you've testified that when you

20   started in 1982, there were five regions for UEP.

21             And is that because at that point in

22   time, there were lots and lots of small egg

23   farmers?

24        A    Yeah.  The egg industry has consolidated

25   over the years, you know.  There were several

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com