# Exhibit D

# UEP UNITED VOICES

**United Egg Producers**

Gene Gregory - Editor

1303 Hightower Trail, Suite 200, Atlanta, GA 30350
Phone: (770) 587-5871  FAX: (770) 587-0041
info@unitedegg.org    http://www.unitedegg.org

**August 2, 1999**

## Highlights Of This Issue

- **AREA MEETINGS**
- **SAFE HANDLING LABELS**
- **MOLTING**
- **ROLLER COASTER PRICES**

## UEP AREA MEETINGS:

The industry is never without critical issues but probably never more than at the current time. EPA's Clean Water Action Plan, FDA's proposed labeling for egg cartons, Animal Welfare, Economic Conditions are just a few of the issues to be discussed at UEP Area Meetings during the week of August 9th.

These critical issues will impact your bottom line. The future directions of your industry may be determined at these meetings – don't miss the opportunity to provide input.

Meeting times have been scheduled for 10:00 AM in all locations with the exception of Sacramento, which will begin at 8:00 AM.

August 9
Newark, New Jersey
Newark Airport Marriott Hotel

August 10
Atlanta, Georgia
Hartsfield Airport Conference Center

August 11
Chicago, Illinois
Delta Crown Room – O'Hare Airport

August 12
Sacramento, California
Host Airport Hotel

August 13
Seattle, Washington
Delta Crown Room - Airport

## SAFE HANDLING LABEL FOR EGGS UEP TASK FORCE MEETS IN CHICAGO:

Approximately 20 people met this past week in Chicago to work on a safe handling label for eggs. This is in response to the FDA proposed safe handling label for eggs, which appeared in the Federal Register on July 6th (all 47 pages).



The Task Force developed excellent recommendations for consideration. While there are only 50 days left to respond to FDA's proposed label,

- AEB will undertake a survey containing several label options (along with FDA's) to get a consumer response and database.
- UEP will develop a draft response to FDA's proposal.
- The Task Force agreed to respond within 48

hours to issues contained in either the response paper or consumer survey.
- UEP will take the Task Force recommendations under consideration.
- The Task Force also recommended that the UEP Board consider the development of a Comprehensive Farm-To-Table Program for shell eggs (this in addition to the label recommendations).

UEP Chairman Ken Looper and Doug Hoffer, Chairman of UEP's Government Relations Committee credited the Task Force members for their production, decisive, and creative recommendations. "Everyone's contributions were outstanding," said Looper.

## DOES MOLTING CAUSE A FOOD SAFETY RISK?



In responding to a citizen's petition, FDA feels compelled to issue a statement that says the industry's practice of molting poses a food safety public health risk. UEP has learned that FDA believes there is vital research that confirms their position and that FDA will make such a statement by November 1st. We also believe they may be using research conducted at the USDA-ARS Southeast Poultry Research Laboratory as the basis for their opinion.

In speaking with Dr. Peter Holt at the USDA-ARS Research Laboratory he said, to his knowledge, the only field-tested research work done on molting's impact on food safety was done at the Pennsylvania Pilot Project approximately 5 years ago. All other research, we believe, has been done in the laboratory.

UEP has recommended to their Animal Welfare Scientific Advisory Committee and to USDA-ARS that further research, using field conditions of the egg industry, be conducted. We believe that some work is currently underway in California.

UEP's office has received thousands of letters and signed petitions from the United Poultry Concerns stating their opposition to the industry practice of molting. We believe UPC has also conducted a letter writing campaign to FDA as well.

## AVMA REJECTS POSITION TO STOP MOLTING:

During the July annual convention of the American Veterinary Medical Association a motion was presented by the Association of Veterinarians for Animal Rights calling for the elimination of the practice of molting laying hens.

The AVMA members voted down the motion saying that the AVAR's stance on animal rights conflicts with that of the AVMA. According to official AVMA policy, animal rights and animal welfare are not synonymous, and the AVMA does not endorse the positions of animal rights groups when those positions conflict with the responsible use of animals for human purposes.

## NATIONWIDE EGG MARKET OUTLOOK

| 7/29/99 | MW | change | SE | change | SC | change | NA | change |
|---|---|---|---|---|---|---|---|---|
| Class 1 | 62 | -2 | 63 | -2 | 63 | -3 | 63 | -1 |
| Class 2 | 55 | NC | 56 | NC | 57 | NC | 57 | NC |
| Class 3 | 37 | NC | 35 | NC | 37 | NC | 34 | NC |
| Class 4 | 24 | -3 | 24 | -5 | 24 | -3 | 24 | -1 |
| Breaking Stock | 43 | -2 | 43 | -2 | 43 | NC | 42 | NC |

## ROLLER COASTER EGG PRICE QUOTES:

The Urner Barry large quote dropped more than 20 cents per dozen within a 4 week period in June. From a low of 49 cents for large eggs on June 28th the

Urner Barry quote for large eggs rose to more than 80 cents per dozen by July 21st. In just a short 3 week period, the market increased more than 30 cents per dozen.

### Actual Hen Disappearance vs. Objective

| Month | Monthly Actual | YTD Actual | YTD Objective | YTD (+or-) |
|---|---|---|---|---|
| Jan. | 15.7 | 15.7 | 15.7 | 0 |
| Feb. | 16.5 | 32.2 | 31.1 | 1.1 |
| Mar. | 17.5 | 49.7 | 47.9 | 1.8 |
| Apr. | 15.3 | 65.0 | 66.4 | -1.4 |
| May | 17.3 | 82.3 | 85.7 | -3.4 |
| Jun | | | 103.8 | |
| Jul. | | | 121.0 | |
| Aug. | | | 137.4 | |
| Sept. | | | 153.7 | |
| Oct. | | | 170.4 | |
| Nov. | | | 185.4 | |
| Dec. | | | 201.1 | |

Why the sudden increase in the price quote? Many have offered ideas that include:

- July 4th holiday weekend
- First of the month buying
- Large number of stores featuring eggs
- Heat conditions in many parts of the country
- Early molt and early slaughter

So, has the over supply problem corrected itself or is this just a temporary spike in the market? This question was posed to several producers attending a meeting in Chicago on July 15th. Each producer responded that this was a temporary condition and that the inventory of hens was still too high. All offered an opinion that poor economic conditions lay ahead of us and financial losses were expected.

Will the industry participate in a program to bring supply more closely in line with demand over the next 12 months? This question was also presented to the producers attending the Chicago meeting. Their answer was to survey the membership. UEP intends to do just that. Watch for a survey in the mail asking you if you believe the forecasts for the next 18 months are accurate when predicting severe financial losses. You will also be asked if you would participate in a supply adjustment program. Don Bell has suggested that corrections in the nation's flock size can be attained by one of several means. They include:

1. A sensible industry-wide growth policy must be adhered to. This requires industry-wide commitment to a "reasonable" growth rate of no more than 3 million hens per year.
2. Extra birds must be removed from the nation's flock permanently. An early molt is only a stopgap way of correcting the problem. Egg producers must be encouraged to take a hard look at the profitability of maintaining each of their older flocks during periods of extremely low prices.
3. A 2-3% reduction in chick purchases would help to lower the future flock size, but the results would be slow.
4. An industry-wide policy of a minimum floor space allowance would result in a more ideal nation flock size. It is currently estimated that 15-20% of the nation's birds are housed at less than 48 square inches. If 48 square inches were adopted as the minimum space allowance, millions of extra birds would be eliminated.



Egg Price and Hatch 5-24 Mo Earlier

## TOP TEN EGG PRODUCING STATES:

In the two-year period from May 1997 to May 1999 the nation's flock size grew by 13 million hens. Where has most of this growth occurred? Some answers may be found in the top 10 states.

| State | Layers '97 | Layers '99 | Change |
|---|---|---|---|
| Ohio | 25,127 million | 30,174 million | + 5,047 |
| Iowa | 20,565 | 24,711 | + 4,146 |
| California | 24,474 | 24,385 | - 89 |
| Indiana | 20,233 | 21,180 | + 947 |
| Pennsylvania | 20,030 | 21,036 | + 1,006 |
| Texas | 13,261 | 13,271 | + 10 |
| Minnesota | 10,778 | 11,635 | + 857 |
| Georgia | 10,773 | 11,243 | + 470 |
| Nebraska | 9,251 | 11,089 | + 1,838 |
| Florida | 9,003 | 9,906 | + 903 |
| Total | 163,495 | 178,630 | +15,135 |

## UEP'S EGG TRADING PROGRAM:



During the first year of operating under the UEP consolidation, the egg trading program was able to match long and short trades totaling 1,225,162 cases of nest run, graded loose and breaking stock eggs.

If you want to trade eggs at the highest price possible each day and contribute to the price discovery system, then call one of the following UEP egg traders:

☆Billie Jo Corell☆
1-800-854-5123

☆Chris Dixon☆
1-800-414-5765

☆Terry Oliver☆
1-800-805-3447

## EGGS BROKEN:

Shell eggs broken for further processing continued its growth through the first five (5) months of 1999. Through May a total of 22.3 million cases were broken, a 2.4% increase over the same period of 1998.

## EGGPAC UPDATE:

As of July 15th, seven states had surpassed their goal – Florida - Indiana – Illinois – Iowa – New Jersey – Virginia – and Wisconsin. In total, UEP had reached 41% of their $60,000 goal while UEA Allied had collected 56% and UEA Further Processors had collected 10% of their goal. Let's work hard to make sure everyone achieves their goal.

## DIVERSEYLEVER:

DiverseyLever is the UEP preferred vendor for egg wash and sanitation products in meeting the goals of the "5-Star" Total Quality Assurance Program. Currently there are 98 companies using the DiverseyLever products. While reducing the cost of chemicals and the usage of water for all customers, Diversey's sales have grown to approximately $3.1 million. Any member wanting to know more about how Diversey can help reduce your over-all costs, please contact UEP and request that either Chad Gregory, Dave Reesman, or Wally Newman give you a call.

## FOR SALE:

1992 Superior Stem Boiler, 80 HP Natural Gas Fired Burner complete with Condensate System – good condition, inspected yearly. If interested, please contact Linda Reickard at the UEP Iowa office at 319-285-9100.

UE0064459