# Exhibit F



**United Egg**

# United Voices

### Gene Gregory – Editor

**HIGHLIGHTS OF THIS ISSUE**

* **Legislative Meeting**

* **Less Shell Eggs**

* **Look For The Logo**

* **No Battery Eggs**

UNITED EGG PROUCERS
1720 Windward Concourse
Suite 230
Alpharetta, GA 30005

Phone: (770) 360-9220
FAX: (770) 360-7058

info@unitedegg.com
http://www.unitedegg.com

## UEP Legislative Meeting

Reservations for UEP's Spring Legislative Meeting in Washington, D.C. have been made by 120 egg industry folks. A change in the hotel locations will bring attendees to the Loews L'Enfant Plaza Hotel for the first time in several years. A busy agenda will begin at noon on Monday, May 16th and conclude with the famous Congressional Omelet Luncheon at 11:00 AM on Wednesday, May 18th.

Position papers dealing with Animal Welfare & Environmental Regulations, Animal Health, Immigration Legislation, and International Trade have been developed by UEP's Government Relations Committee and will be distributed by the attendees to Congressional offices along with the traditional two dozen eggs packed in special Congressional Egg Cartons. The egg delivery has proven to be the most memorable calling card of any ever used for making an impression upon members of Congress and their staff.

Adding to the already impressive agenda will be the following invited guest speakers:

- Senator Saxby Chambliss (R-GA)
- Congressman Collin Peterson (D-MN)
- Lou Carson – Deputy Director for Food Safety – FDA
- Sally Shaver – Director, Emission Standards Division – EPA
- Roberta Savage – Executive Director of Association of State & Interstate Water Pollution Control Administrators

Committee meetings will be held for EggPAC, Government Relations, Environmental, Food Safety, Marketing, Public Relations, and Animal Welfare.

## Top Retail Markets

In writing about the top grocery retailers, **Progressive Grocer** magazine says: *"In today's hypercompetitive food retailing climate, a shrinking pool of top players is getting most of the business. The top 50 supermarket operators, which operate 55.3% of all supermarkets, now account for 82.1% of all supermarket sales. Just the top five firms account for 48.3% of sales, while Wal-Mart alone now owns 17.4% of all supermarket sales.* The magazine listed the following as the top 10 supermarkets:

| Supermarket | # of Stores | Est. Annual Sales |
|---|---|---|
| Wal-Mart Stores | 1,800 | $79.7 billion |
| Kroger Co. | 2,534 | $54.1 billion |

May 12, 2005

1

| | | |
|---|---|---|
| Albertsons, Inc. | 1,797 | $36.7 billion |
| Safeway, Inc. | 1,572 | $29.3 billion |
| Ahold USA, Inc. | 826 | $21.0 billion |
| Publix Super Markets | 853 | $16.7 billion |
| Delhaize America, Inc. | 1,528 | $15.7 billion |
| Winn-Dixie Stores | 943 | $10.7 billion |
| Supervalu, Inc. | 617 | $ 8.7 billion |
| H E Butt Grocery Co. | 276 | $ 8.4 billion |

### Have You Reduced Your Flock Size Yet?

With current egg prices, it is likely in every egg producer's best interest to reduce their flock size. One company has provided UEP with a detailed list of their flock reduction over the past year. They reported their flock to be 2.9 million hens less today than it was in April 2004. They are doing their part to bring supply in line with demand and hopefully other companies are also paying close attention to their market needs.

### Less Shell Eggs For Retail Market

Did you know that the net shell eggs for retail (total shell eggs less eggs for breaking) was 1.5% less during the period, January - March 2005 than the comparable months of 2004? Despite less shell eggs, Urner Barry's Midwest Large quote averaged **50.8 cents per dozen below** last year's average for the same three-month period. While the industry produced 1.9% more eggs during the January – March period, the egg breaking industry broke 10.3% more eggs. Have we lost such a large consumer demand that this drastic price reduction was warranted?

We feel confident that Animal Care Certified companies that represent approximately 80% of all U.S. layers have collectively reduced their flock size over the past two years and yet the nation's flock size continues to grow.

Did you know that the nation's flock size was less than 1% larger on April 1, 2005 than the same date a year ago? Despite such a small increase, Urner Barry's Midwest Large quote averaged **33 cents per dozen less** in April 2005 than the same month of 2004. How could we have lost a sufficient market demand to justify such a major reduction in price?

The numbers just don't add up. You can't accumulate the statistical information that would warrant such low egg prices. So what or who is driving the current low egg prices?

### Substitute For Egg Products

Tate & Lyle has announced the signing of a North American licensing agreement with Alleggra Foods Ltd., the producer of a full function egg product that is soy-based. Under the agreement Tate & Lyle has the rights to manufacture, distribute and market Alleggra in North America. Alleggra will be available in the U.S. as of April 2005 and is promoted as a unique, soy-based, healthy alternative to liquid and powdered eggs. It is reported to have higher protein content, 24% less total fat, 75% less saturated fat and 19% fewer calories than a conventional hen's egg. After having been launched in the United Kingdom in October 2004, it has been very positively received by industrial ingredient users and food service customers. It is reported that Alleggra functions extremely well as a direct egg substitute in scrambled eggs, omelets, quiches and even custards. – Source: www.foodingredientsfirst.com

Editors Comment: We certainly don't need another egg substitute taking away our business with ingredient buyers or food service establishments. When considering the low price of eggs and egg products, one has to question why anyone would even consider a substitute.

May 12, 2005     2

UE0372945

### Look For The ACC Logo Contest

UEP's public relations firm, Golin/Harris is kicking off a campaign this month to educate consumers about the Animal Care Certified program. A campaign with ads appearing in numerous newspapers and grocery trade magazines will invite consumers to purchase eggs with the Animal Care Certified logo and go to the website www.animalcarecertified.com to enter a contest. The contest running through November 30, 2005 will award the prize of a trip for two people to see some of the most priceless eggs in the world.... Faberge eggs housed at the Hermitage in Russia. The trip includes an 11-day cruise of Northern Europe.

Within the next few days, consumers may go to the www.animalcarecertified.com website and find in the top left hand corner the following message: **Click here for your chance to win the trip of a lifetime!** Clicking here will bring consumers to entry forms and contest details.

We would suggest that all Animal Care Certified companies make their retail customers aware of the program.

---

### Global Task Force On Agriculture Trade and Farm Animal Welfare

The Global Task Force, coordinated by the World Society for the Protection of Animals is made up of agricultural economists, veterinarians, and animal welfarists, with a focus on developing countries. Industrial animal farming practices, such as sow stall and **battery cage farming**, are rapidly replacing more sustainable forms of farming in developing countries, with detrimental impacts on farm animal welfare, animal health, rural livelihoods, the environment, and human health. The aim of the Global Task Force is to facilitate countries to include farm animal welfare within their trade policy. Source: Europa-Trade Issues

---

### Ohio Residents Will Pay More For Products From Humanely Treated Animals

A survey conducted by researchers at Ohio State University found that 3 out of 4 Ohioans agreed that quality of life for farmed animals is important and that well-being of farm animals is as important as that of companion animals. More than half of the Ohioans said they are willing to pay up to 25% more for products from humanely treated animals. Source: Farm Animal Watch.

---

### UEP Area Meetings

The annual UEP area meetings have proven to be an excellent means by which UEP can solicit ideas from the members as well as bring everyone up to date on the latest issues. Please mark your calendars for the following dates and locations. Further information will be provided as we get nearer the meeting dates.

- August 15 – Westin Atlanta Airport Hotel – Atlanta, GA
- August 17 – Marriott Philadelphia Airport Hotel – Philadelphia, PA
- August 18 – Radisson Hotel Indianapolis Airport – Indianapolis, IN
- August 23 – Holiday Inn Conference Center – Des Moines, IA
- August 24 – Hilton Ontario Airport – Ontario, CA
- August 25 – Doubletree Hotel – Seattle, WA

UE0372946

## Checklist For Food Security

USDA-FSIS has developed model food security plans to provide guidance for meat, poultry, and egg processing (egg breaking, etc) plants that can be used to strengthen security measures and prevent potential acts of intentional contamination. An **Industry Self-Assessment Checklist for Food Security** is available on the website www.fsis.usda.gov.

## Pullet Chicks Hatched

The number of pullets hatched during 2004 exceeded the 2003 count by 10.9 million. Through March 2005, the monthly hatch exceeded the comparable month of the proceeding year for eight (8) consecutive months and represents an increase of 10.4 million pullets for the 8-month period.

This increased hatch is either an indication of producers finally removing older layer flocks or an expansion of the nation's flock size. Its possible that both are occurring but the net effect is likely more hens, producing more eggs than the market demands.

## No Battery Eggs Campaign

Go to the website of the Humane Society of the United States (HSUS) www.hsus.org and you will find their campaign "No Battery Eggs". Included within the story is the following:

*"Our No Battery Eggs campaign encourages retailers and consumers to leave eggs from caged birds off supermarket shelves and shopping list altogether. The campaign seeks to work with grocery and restaurant chains as well as universities and culinary schools to phase out the use and sale of eggs from birds confined in battery cages. By reducing the demand for battery eggs, we'll send a clear message to the egg industry that current practices are simply too abusive for any humane person to support."*

Josh Balk is in charge of the HSUS campaign and evidence of his letters to universities and culinary schools has already been noticed by UEP.

As an alternative to eggs from cage production, the HSUS is promoting the Humane Farm Animal Care for Egg Laying Hens. Representatives from HSUS serve on the Board of Directors of Humane Farm Animal Care. The HFAC program requires eggs to be produced in cage-free systems.

Editors Comment: We, egg producers and associations, can turn our heads and disregard these activist campaigns and not notice that little by little our per capita egg consumption either decreases or goes the way of organic or cage-free. If we truly believe that cage systems are the best systems for egg-layers in regard to welfare and animal health and provides consumers with the safest, cleanest, and most economical eggs, then we must become more aggressive in telling our story to the consumers. We are letting the business be taken away from us without either noticing or caring.

UE0372947

## *AIR CONSENT AGREEMENT UPDATE*

The following questions and answers were found on U.S. EPA's website and can also be accessed at www.unitedegg.com.

*ANIMAL FEEDING OPERATIONS AIR COMPLIANCE AGREEMENT FREQUENTLY ASKED QUESTIONS*

1. What is the Air Compliance Agreement?

It is a voluntary settlement agreement between the U.S. Environmental Protection Agency (EPA) and participating farmers. There is no obligation to participate. It is not a rule, and does not impose any new regulatory requirements on a participating farm. Rather, under the Agreement, EPA is extending an opportunity to farmers to participate in a national farm air emissions study. During the study, EPA will agree not to sue any participant for violations of several environmental laws. For their part, participants will pay a small civil penalty and contribute funds to the air emissions study.

2. What are the benefits of the Agreement?

Right now, it may be difficult for certain farms to determine their compliance responsibilities with respect to air emissions. The focus of the Agreement is on working with farmers to obtain better science to help answer questions about air emissions at farms. The air emissions study will look at air emissions from farms that are from different geographic regions (e.g., west versus northeast), manage different species of farm animal (e.g. swine versus poultry), and involve different types of operations (e.g., hog farms versus egg farms). Farmers will benefit from increased certainty – both in knowing their obligations, and resolving possible current and past liability. EPA feels that this a better approach than the traditional alternative – litigation against individual farms.

3. What happens if I decide not to sign?

Farmers who decide not to participate remain subject to possible litigation, just as they are today.

4. I don't know if there are any violations at my farm. Why should I have to pay a civil penalty?

By signing the Agreement farmers DO NOT admit any liability or any sort of wrongdoing. The Agreement makes clear that signing is not an "admission that any of its agricultural operations has been operated negligently or improperly or that any such operation is or was in violation of any federal, state, or local law or regulation."

Rather, payment of a penalty is part of the process to obtain a release from liability for possible violations. If you pay your penalty and comply with all the terms of the Agreement, the federal government cannot sue you later for the violations covered by the Agreement. Payment provides participants with the full protections of a settlement.

5. Does the Agreement cover odor and other nuisance problems?

No. The Agreement does not relate to local odor or "nuisance" issues, which generally are a matter of state or local law, but not federal law.

6. What laws are involved in the Agreement?

This Agreement involves air emissions related to three laws: The Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), the Emergency Planning & Community Right to Know Act (EPCRA), and the Clean Air Act (CAA).

– CERCLA and EPCRA are statutes that require reporting of releases. They require a phone call, and a form to be filled out if your facility releases certain hazardous pollutants in excess of certain thresholds (e.g., 100 lbs. per day of ammonia or hydrogen sulfide).

– The CAA generally requires a permit if emissions of certain pollutants exceed a certain threshold. The permit may require appropriate pollution controls.

Note that the Agreement does not relate to other types of pollution, such as discharges to water.

7. I'm a small farmer. Is EPA going to provide any guidance on whether I should sign up?

The Agreement has costs such as the civil penalty. It also has benefits such as participation in the air emissions study and the liability release. Each farmer should carefully weigh those considerations. It is important to note that a primary focus of the national air emissions study is to determine how much air pollution farms emit. The type and quantity of emissions depend on many factors such as species, number of animals, type of operation, and location. Until the study is complete and more data are available, it can be difficult to say what requirements may apply to which particular size and type of operations, and whether these farms emit enough pollutants to trigger regulatory requirements. In fact, the study is designed to answer this question: what size and types of farms may have regulatory responsibilities? EPA is therefore entrusting the decision on whether to participate to those that know their operations best – the farmer.

8. Can I sign up a farm that I haven't built yet?

Yes, but only if all the following conditions are met: (1) You must have all necessary state and local CAFO permits for the facility by July 1, 2005; (2) you must have started construction of the facility by July 1, 2005; (3) the facility must be completed and operational by January 1, 2007; and (4) you must be able to fill out Attachment A to the Agreement for the facility.

9. How do I sign up? What are the deadlines?

The first step is obtaining the Agreement from EPA. It is available on the internet at: http://www.epa.gov/compliance/resources/agreements/caa/cafo-agr-0501.html. Detailed instructions on how to fill out the Agreement are available at this site. You may also call (202-564-2230) to have a copy of the Agreement and the instructions mailed or faxed to you. The deadline for participation is July 1, 2005. There will be no opportunity to sign up after that date.

# Plan For The Survival Of Your Business

**By John Koshy**
In conjunction with Sagemark Consulting,
a division of Lincoln Financial Advisors, a registered investment advisor *

You've heard the grim statistics. Although family businesses comprise more than 90% of all U.S. companies and employ more than 60% of American workers, only 3% of these businesses survive to the fourth generation.**

Have you considered the risk of not planning ahead for the transfer of your business at your death or when you retire?

- The IRS may value your business at much more than you think it's worth, making your estate liable for a hefty estate tax.
- Your estate may have little or no cash to pay the tax, forcing your family to sell the business.
- If you own a partnership interest, your partners will have to hire someone to replace you, possibly at a higher salary since you were building equity.
- The partnership may experience a financial lag while the new person is learning the ropes.
- The family member you want to take over your business may not be ready to do so.
- Your fellow shareholders may be uncomfortable with the idea of a family member replacing you.
- Your family may wish to sell your share of the business to your co-owners, but the co-owners may not have enough money to buy it outright.

You're not worried, though. You've prepared for these possibilities with a business buy-sell agreement. But are you really prepared?

### Do You Have the Right Agreement?

A buy-sell agreement outlines how business ownership will change hands and how the transfer will be paid for in case of a co-owner's death, disability, or retirement. Generally, the agreement provides for the purchase of the departing business owner's interest by the surviving co-owners or the company itself.

A buy-sell agreement may be a cross-purchase arrangement or a stock-redemption arrangement. With a cross-purchase agreement, the owners agree among themselves to buy a deceased owner's interest. A stock-redemption agreement is an agreement between a corporation and its shareholders under which the corporation redeems stock in the event of a shareholder's death.

### Have You Avoided These Common Mistakes?

When you create a buy-sell agreement, you have to give careful consideration to how the contract fits your and other owners' particular needs now and in the future.

One common mistake business owners make is not adequately funding their buy-sell agreements. For example, if two partners each own half of a business and agree to buy the other out in the event of death or incapacity, how will the remaining owner finance the purchase of the other half of the business? Another mistake is not considering the possibility of an owner becoming disabled or divorcing. In the event of divorce, for example, an ex-spouse could end up as an unwanted partner. Other easy-to-overlook events that could adversely affect your business include the departure of a minority owner and the personal bankruptcy of one owner. When you structure your agreement, you should consider all the events that could cause an ownership change.

Perhaps the biggest mistake business owners make with their buy-sell agreements, though, is not keeping their business valuation up to date. Unless you have your business revalued regularly, the buyout amount in your agreement may quickly become outdated, leaving the business vulnerable to serious disputes should a buyout become necessary.

These are just some of the factors to consider when developing a business succession plan to keep your business alive for future generations. A professional financial advisor can help you identify the various issues and considerations that specifically affect your business and determine what type of buy-sell agreement and other planning strategies make the most sense for you.

*\*\*Source: Facts on Family Business in the U.S., from the Family Firm Institute, ffi.org*

**John Koshy is a Private Wealth Advisor and a registered representative of Lincoln Financial Advisors, a broker/dealer, and offers investment advisory service through Sagemark Consulting, a division of Lincoln Financial Advisors Corp., a registered investment advisor, 400 Galleria Parkway, Suite 1600 Atlanta, GA 30339 Telephone: (800) 223-9643. This information should not be construed as legal or tax advice. You may want to consult a tax advisor regarding this information as it relates to your personal circumstances.**

UE0372950



# Washington Report

**Howard Magwire, Director of Government Relations - Editor**
**Michael McLeod, Esq.**
**Randy Green, Sr. Government Relations Rep.**

UEP Government Relations ** McLeod, Watkinson & Miller ** One Massachusetts Avenue, NW ** Suite 800
Washington, D.C. 20001 ** (202) 842-2345 ** Fax (202) 682-0775

## FDA Requests Additional Information on Egg Rule

In a Federal Register Notice published on May 10, the Food and Drug Administration reopened the comment period for the agency's proposed rule entitled "Prevention of *Salmonella* Enteritidis in Shell Eggs During Production." UEP and many members filed extensive comments on the original rule that was published in the Federal Register on September 22, 2004. FDA is seeking comments and other information regarding industry practices and programs that prevent *Salmonella* Enteritidis (SE)-monitored chicks from becoming infected by SE during the period of pullet rearing until placement into laying hen houses.

FDA is seeking the additional information based on comments received in response to the September proposal. It specifically requested information on industry and state egg quality assurance programs, including testing, vaccination, and cleaning and disinfection practices. The comment period is reopened until June 9, 2005. Needed information from producers will be discussed at the UEP board meeting this month. UEP will also file comments in response to FDA's new request.

## FDA Proposes In-Lid Labeling

In the May 5 Federal Register, FDA proposed to amend its food labeling regulations to permit placement of the safe handling statement for shell eggs on the inside lid of egg cartons if the statement "Keep Refrigerated" appears on the top or side panel. UEP requested that FDA allow this some time ago and has continued to have conversations with FDA on this issue. Currently, FDA considers requests for in-carton placement of the safe handling statement on a case-by-case basis. FDA has provided a 75 day comment period for the proposal that has received some media coverage.

The Government Relations Committee and Food Safety and Quality Assurance Committee have this issue on the agenda for their meetings next week. UEP staff will draft comments to FDA in support of the rule change.

Below are links to two FDA websites; the first is an FDA Talk Paper on their proposal and the second is the proposed rule itself.

Talk Paper    - http://www.fda.gov/bbs/topics/ANSWERS/2005/ANS01355.html
Proposed Rule - http://www.fda.gov/OHRMS/DOCKETS/98fr/05-8907.htm

May 11, 2005                                                                                           1

UE0372951

### USA Poultry and Egg Export Council Ships Donated Chickens to Vietnam

In early May, USAPEEC completed a plan to donate two containers of U.S. chicken leg quarters to the Vietnamese Poultry Association (VIPA) to help in the country's fight against highly pathogenic avian influenza and to allay consumer fears about eating poultry. One container shipped out of Oakland and a second from Charleston. The donated product will be sold to the trade in two highly publicized public auctions.

USAPEEC believes that Vietnam is a ready market for U.S. poultry, but has a poultry industry facing a dire situation in the form of HPAI, which has devastated their industry. Vietnamese consumers are becoming fearful of eating poultry and eggs. Leaders of the Vietnamese industry expressed support for increased imports of U.S. poultry and egg products. They also asked for U.S. help to combat their devastating HPAI problems, noting that it's out of control in 57 provinces, while they only have funding to address the problem in 10 provinces. Funds generated by the auction will be used to educate local farmers about HPAI, to conduct training at the local level, and to promote the safety and wholesomeness of poultry, especially in those provinces hardest hit by the disease.

### Ninth Circuit Court Says Environmental Activists Must Prove Harm to Species

In an important decision, the United States Ninth Circuit Court of Appeals has ruled for an Idaho rancher in a closely watched case that addresses the standard by which injunctions can be issued under the Endangered Species Act (ESA). The Ninth Circuit's ruling clarifies for the first time that environmental plaintiffs must present actual evidence that a species is likely to be harmed before an injunction can be issued against a property owner, and that a lack of evidence of past harm is indicative of the likelihood of future harm.

For years, environmental plaintiffs have been able to get injunctions ordering private property owner to cease legal activity on their land the basis of mere allegations alone. Property owners have argued that there must be an evidentiary showing of real harm to a species before a court can issue an injunti0on that would result in serious economic harm to the property owner. The Ninth Circuit agreed.

In its ruling, the Ninth Circuit overturned the Federal District Court's decision to grant the environmentalist's request for summary judgment against the land owner and issuance of an injunction that stopped the landowner to stop diverting irrigation water to the family ranch.

### Margaret O'K. Glavin Named Associate Administrator at FDA

Margaret O'K. Glavin, FDA's current Assistant Commissioner in the Office of Counterterrorism Policy and Planning, has been named the new Associate Commissioner for Regulatory Affairs. This position includes responsibility for the agency's field force. Prior to joining FDA, Ms. Glavin served at the U.S. Department of Agriculture as Acting Administrator of the Food Safety and Inspection Service (FSIS), a 10,000-person public health regulatory agency responsible for the safety of the meat and poultry supply. Before being named Acting Administrator in 2001, Ms. Glavin served as Associate Administrator of FSIS, a position in which she was responsible for the daily operations of that agency and its 7,000-person field force. "Maggie brings extensive leadership experience and a background in crisis management to this very important position at FDA," added Dr. Crawford. "The work of our field force is absolutely critical to our public health mission."