**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kraft Foods Global, Inc., et al.

                              Plaintiff,

v.                                             Case No.: 1:11−cv−08808
                                                         Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 16, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court is signing the order authorizing the parties to bring trial−related material into the courtroom. The Courtroom Deputy will deliver a copy of the order to the Court Security Officers in the lobby, and will make a copy of the order available to the parties. The Court assumes that the parties will not encounter any difficulties, but if they do, they should contact the Courtroom Deputy. The Court noticed that the proposed order includes a reference to "printer (smaller version)." The Court was glad to see the parenthetical. If the printer is too big to comfortably get through the doors, through security, and into the elevator, then it's too big. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.