**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kraft Foods Global, Inc., et al.

                     Plaintiff,

v.                                              Case No.: 1:11−cv−08808
                                             Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 16, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The motions to seal (Dckt. Nos. [313, 329, 348]) are hereby granted. The Court is granting the motions because the filings contain documents that producing parties designated as confidential or highly confidential. Writ large, the Court has some concerns about the volume and the percentage of the filings that are under seal, at least in part. The Court understands that the parties are constrained because the producing parties may have designated the documents under Judge Pratter's confidentiality order. Even so, the public has an interest in a public proceeding. The Court may revisit this issue at a later time. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.