**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kraft Foods Global, Inc., et al.

Plaintiff,

v.                                                    Case No.: 1:11−cv−08808
                                                      Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 16, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The joint motion to permit use of confidential and highly confidential material at trial (Dckt. No. [344]) is hereby granted. The documents largely involve conduct before 2009, so the passage of time may have eroded the need for confidentiality. The parties may display such materials in open court in the upcoming trial without excluding from the courtroom individuals not subject to the protective order and without limiting public access to the courtroom. If any party believe that any particular document deserves continued confidential treatment, that party should meet and confer with the other side, and then may raise it with the Court. The parties foresee some objections, such as UEP audits, and the precise specifications of Miracle Whip. The parties can raise the exceptions when the time comes. Any third party who is a producing party is free to move the Court for continued confidentiality. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.