# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : MDL No. 2002 |
| | : 08-md-2002 |
| THIS DOCUMENT APPLIES TO: All Actions | : |

### STIPULATION REGARDING AUTHENTICATION AND ADMISSIBILITY OF DISCOVERY MATERIAL

1. Each document produced from the files of a stipulating party bearing such party's bates numbers and produced in response to any party's discovery requests is deemed an authentic and genuine copy of a document found in the stipulating party's files in satisfaction of the requirement of authentication and identification of Rule 901 of the Federal Rules of Evidence.

2. Starting 30 days after the close of fact discovery but no later than 60 days before the deadline for the final pretrial order, Plaintiffs collectively shall send to each Defendant and the Defendants shall send to each Plaintiff a particularized list of documents for which a stipulation is sought that each document is a "business record" satisfying all the requirements of Rule 803(6) of the Federal Rules of Evidence. Within 30 days of receiving this list, the receiving parties will notify the requesting party of those documents for which the requested stipulation will be provided. For all other documents on the list, the parties will negotiate in good faith a resolution of any remaining disputes.

3. Notwithstanding any discovery deadline, if the parties cannot agree on the admissibility pursuant to Rule 803(6) of a document produced from another party's files, the party seeking to have the document admitted shall have the right either to (a) conduct a single

1

deposition not to exceed four hours strictly limited to the status of the document as a "business record" under Rule 803(6) or (b) serve Requests for Admissions relating to no more than fifty (50) documents specifically seeking an admission that the requirements for admissibility under Rule 803(6) are met. Such depositions shall be scheduled at a mutually agreeable time and place or, if no agreement as to location is reached, in the location of the party's prior depositions, within 30 days of the request. The provisions of Rule 26(c) relating to protective orders shall apply to this stipulation, and all parties reserve all rights to seek judicial relief if negotiations in good faith to limit the number of documents at issue are not successful or any party presents an excessive or burdensome list of documents to be negotiated.

4. No party shall be precluded from listing on the schedule of exhibits submitted with its pretrial memorandum any document the authenticity or admissibility of which was not stipulated to by the Parties.

5. No party accepts or is bound by any characterization of any document or type of document other than those to which the parties have agreed to pursuant to this Stipulation.

/s/ Jan P. Levine
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA, 19103-2799
Phone: (215) 981-4714
Fax:    (215) 981-4750
levinej@pepperlaw.com

*Liaison Counsel for Defendants*

Date:  March 18, 2014

/s/ Steven A. Asher
Steven A. Asher
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 545-7200
(215) 545-6536 (fax)
asher@wka-law.com

*Liaison Counsel and Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

Date:  March 18, 2014

/s/ Krishna B. Narine
Krishna B. Narine, Esquire
Meredith & Narine
1521 Locust Street
8th Floor
Philadelphia, PA  19102
Telephone:  (215) 564-5182
Fax:  (215) 569-0958
knarine@m-npartners.com

*Liaison Counsel for Indirect Purchaser Plaintiffs*

Date: March 18, 2014

/s/ William J. Blechman
William J. Blechman
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  (305) 373-1000
Facsimile:  (305) 372-1861
wblechman@kennynachwalter.com

*Liaison Counsel for Direct Action Plaintiffs*

Date:  March 18, 2014

**ORDER**

AND NOW, this 19th day of March, 2014, it is hereby ORDERED that the foregoing Stipulation is APPROVED.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge

3