# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                                         Plaintiff,

v.                                                                            Case No.: 1:11–cv–08808

                                                                                Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 17, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court presided over the first day of the jury trial on October 17, 2023. The Court and the parties began jury selection after receiving the completed juror questionnaires. The Court questioned the first group of prospective jurors. On October 16, 2023, the parties exchanged slides for opening statements, and the parties met and conferred about a few issues. Trial will continue with counsel at 8:30 a.m. on October 18, 2023. The Court will discuss any unresolved issues about the opening slides, including any disputed exhibits that the parties plan to use. The Court will resume the jury selection process with the jury pool at 9:30 a.m. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.