**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Kraft Foods Global, Inc., et al.
                              Plaintiff,

v.                                          Case No.: 1:11–cv–08808
                                                                 Honorable Steven C. Seeger

United Egg Producers, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 18, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: As part of jury selection, the Courtroom Deputy emailed counsel a scanned pdf version of all of the completed juror questionnaires. The Court is providing a scanned version to speed things along, and facilitate a smooth jury selection process. The parties must preserve the confidentiality of the juror questionnaires. Counsel must not provide the questionnaires to anyone except their legal teams, consultants, and clients. All recipients of the juror questionnaires are bound by this Order, and must preserve the confidentiality of the questionnaires. No party can distribute or publicize the questionnaires without leave of Court. The Court thanks the parties for their cooperation. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.