# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                                        Plaintiff,

v.                                                      Case No.: 1:11−cv−08808
                                                        Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                                        Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 20, 2023:

> MINUTE entry before the Honorable Steven C. Seeger: The parties have submitted a very large collection of deposition designations. The parties have objected to many lines of testimony. The parties provided binders to the Court with the proposed designations, as well as highlighted transcripts. The binders were helpful, and the Court appreciates all of the work that went into their preparation. From time to time, the Court has looked for deposition transcripts on the docket, and has had more than a little trouble finding them. So, to make things easy for everyone, the Court orders as follows. By Monday, October 23, 2023, Plaintiffs must file all of the deposition transcripts on the docket. The Court requires minuscripts. The filing should include all deposition transcripts for each side. The parties must meet and confer ahead of time to ensure that the list is accurate and complete. The filing must include an easy−to−follow table of contents. The depositions should be organized alphabetically. The deposition transcripts should be attached as individual exhibits to a single ECF filing. So, if the parties were going to file the deposition transcripts of Peter, Paul, and Mary, the ECF filing would be, say, docket number 400. The filing would include a caption, and provide a table of contents. Then, Mary's transcript would be ECF #400−1, Paul's transcript would be ECF #400−2, and Peter's transcript would be ECF #400−3. The parties can request clarification if need be. The goal is to have a single repository of all relevant deposition transcripts, with an easy−to−use table of contents. The Court thanks the parties for their anticipated cooperation and assistance. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.