# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

            Plaintiff,

v.                     Case No.: 1:11−cv−08808
                    Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 20, 2023:

   MINUTE entry before the Honorable Steven C. Seeger: By the close of business on Monday, October 23, 2023, each side must deliver to the Court a hard copy of all of their trial exhibits. The exhibits must be in binders, with tabs that reflect the exhibit numbers. The Court requests double−sided documents. Candidly, the Court was reluctant at the final pretrial conference to take the parties up on their offer to provide a hard copy. But as trial has unfolded, it has become increasingly clear that having a set of all trial exhibits in hard copy in one place would assist the Court. The Court thanks the parties for their anticipated cooperation and assistance. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.