# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kraft Foods Global, Inc., et al.

                          Plaintiff,

v.                                                   Case No.: 1:11–cv–08808
                                                        Honorable Steven C. Seeger

United Egg Producers, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 20, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: As a reminder, it is the responsibility of each party to ensure that their witnesses know and follow this Court's rulings on the motions in limine, and any other rulings that might come up. Counsel must make sure that their witnesses know the boundaries, and stay within the lines that this Court has laid down. Mailed notice(jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.