# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., ) ) ) ) | |
| Plaintiffs, ) ) | No. 1:11-cv-08808 |
| v. ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. ) ) ) ) ) | |
| Defendants. ) ) | |

## **PLAINTIFFS' LIST OF ADMITTED EXHIBITS**

Pursuant to the Court's request, Plaintiffs submit the following list of exhibits admitted into evidence on October 20, 2023.

| Trial Exhibit Number | Admitted Status | Admission Date | Admission Witness | Admission Notes |
|---|---|---|---|---|
| 0001 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 08 |
| 0016 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 01 |
| 0032 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 24 |
| 0154 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 19 |
| 0160 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 17 |
| 0205 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 26 |
| 0206 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 15 |
| 0240 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 13 |
| 0245 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 11 |
| 0256 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 09 |
| 0260 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 06 |
| 0266 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0267 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0268 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0272 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 03 |
| 0328 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 07 |
| 0336 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0385 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 14 |
| 0398 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0399 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0434 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0444 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0445 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |

| Trial Exhibit Number | Admitted Status | Admission Date | Admission Witness | Admission Notes |
|---|---|---|---|---|
| 0447 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0592 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 21 |
| 0647 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0676 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0677 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0678 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0680 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0682 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0683 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0684 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0695 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0696 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 18 |
| 0711 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0750 | ADMITTED | 10/20/2023 | Baker, Dolph (Adverse Direct) | |
| 0824 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 16 |
| 0825 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 17 |
| 0826 | ADMITTED | 10/20/2023 | Bell, Donald (Deposition) | Bell, Don Ex. 20 |

October 20, 2023

Respectfully submitted,

***Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company***

<u>/s/ *Brandon D. Fox*</u>
Andrianna D. Kastanek
Angela M. Allen
Joel T. Pelz
Michael T. Brody
Christopher M. Sheehan
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
akastanek@jenner.com
aallen@jenner.com
jpelz@jenner.com
mbrody@jenner.com
csheehan@jenner.com

Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
Sati Harutyunyan (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 S. Flower St.,
Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com
sharutyunyan@jenner.com