UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 11-cv-8808 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| UNITED EGG PRODUCERS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER REGARDING OBJECTIONS
TO THE DEPOSITION DESIGNATIONS OF DON BELL**

1

## Rulings on Deposition Designations – Don Bell Vol. I

| Testimony | Objection | Ruling |
|---|---|---|
| | | |
| 42:2-17 | 701(a) & (c) (Improper lay opinion) starting at 42:16 | Overruled (Candidly, it does not seem worth objecting to the proposition that older hens produce fewer eggs. The Court encourages the parties to keep things in perspective when they make objections.) |
| 42:19-43:2 | 701(a) & (c) (Improper lay opinion) | Sustained. *See United States v. Conn*, 297 F.3d 548, 554 (7th Cir. 2002); *United States v. Wantuch*, 525 F.3d 505, 514 (7th Cir. 2008). |
| 45:21-46:17 | 701(a) & (c) (Improper lay opinion) and 602 (foundation/speculation) starting at 46:10 | Sustained |
| 46:21-47:1 | 701(a) & (c) (Improper lay opinion); 602 (foundation) | Sustained |
| 47:4-10 | 701(a) & (c) (Improper lay opinion); 602 (foundation) | Sustained |
| 47:12-23 | 701(a) & (c) (Improper lay opinion); 602 (foundation) as to 47:12-13 | Sustained |
| 48:2-6 | 701(a) & (c) (Improper lay opinion); 602 (foundation) | Sustained |
| 50:24-51:8 | 402 (relevance); 802 (hearsay); MIL (pre-conspiracy) | Overruled |
| 70:21-71:20 | Defendants object to Plaintiffs' redactions to Bell-3 (Plf. Tr. Ex. 272) for the reasons discussed in the pending motion to limit redactions [ECF 363] | |

| | | |
|---|---|---|
| 88:12-88:20 | MIL (pre-conspiracy) | Overruled |
| 97:16-101:20 | *802 (hearsay)*\*; 105 (as to RAF) (99:13-100:8, 100:24-101:7) | Overruled |
| 101:23-102:17 | 602 (Foundation) | Overruled |
| 105:1-106:24 | *802 (hearsay)*\*; Defendants object to Plaintiffs' redactions to Bell-8 (Plf. Tr. Ex. 1) for the reasons discussed in the pending motion to limit redactions [ECF 363] | Overruled |
| 107:1-18 | *802 (hearsay)*\* | Overruled |
| 135:12-13 | 802 (Hearsay) (as to all parties because Mr. Bell drafted in his capacity as a U. Cal. Poultry Specialist, prior to becoming a consultant for UEP) | Overruled |
| 135:17-136:2 | *802 (hearsay)*\* (as to all parties because Mr. Bell drafted in his capacity as a U. Cal. Poultry Specialist, prior to becoming a consultant for UEP) | Overruled |
| 136:21-138:23 | *802 (hearsay)*\* (as to all parties because Mr. Bell drafted in his capacity as a U. Cal. Poultry Specialist, prior to becoming a consultant for UEP) | Overruled |
| 138:25-140:2 | *802 (hearsay)*\* (as to all parties because Mr. Bell drafted in his capacity as a U. Cal. Poultry Specialist, prior to becoming a consultant for UEP) | Overruled |

| | | |
|---|---|---|
| 140:4-140:13 | *802 (hearsay)\** (as to all parties because Mr. Bell drafted in his capacity as a U. Cal. Poultry Specialist, prior to becoming a consultant for UEP) | Overruled |
| 141:22-142:13 | *802 (hearsay)\** (as to all parties because Mr. Bell drafted in his capacity as a U. Cal. Poultry Specialist, prior to becoming a consultant for UEP) | Overruled |
| 142:18-25 | *802 (hearsay)\** (as to all parties because Mr. Bell drafted in his capacity as a U. Cal. Poultry Specialist, prior to becoming a consultant for UEP) | Overruled |
| 144:18 | *802 (hearsay)\** | Overruled |
| 146:17-148:1 | *802 (hearsay)\** | Overruled |
| 148:18-151:16 | *802 (hearsay)\** | Overruled |
| 151:20-25 | *802 (hearsay)\** | Overruled |
| 152:2-16 | *802 (hearsay)\** | Overruled |

**Rulings on Deposition Designations – Don Bell Vol. II**

| Testimony | Objection | Ruling |
|---|---|---|
|  |  |  |
| 175:23-24 | Defendants object to Plaintiffs' redactions to Bell-16 (Plf. Tr. Ex. 824) for the reasons discussed in the pending motion to limit redactions [ECF 363] |  |
| 176:4-179:1 | *802 (hearsay)** | Overruled |
| 180:15-22 | 701(a)-(c) (Improper lay opinion); 611 (form) | Overruled |
| 180:25-181:3 | 701(a)-(c) (Improper lay opinion); 611 (form) | Overruled |
| 181:15-18 | 701(a)-(c) (Improper lay opinion); 611 (form) | Overruled |
| 185:22-186:18 | *802 (hearsay)** | Overruled |
| 186:21-187:17 | *802 (hearsay)** | Overruled |
| 189:7-9 | 701(a)-(c) (Improper lay opinion); 802 (Hearsay) | Overruled |
| 189:12-190:1 | *802 (hearsay)** (as to 189:12-18); 701(a)-(c) (Improper lay opinion); 802 (Hearsay) | Overruled |
| 190:3-9 | *802 (hearsay)**; 701(a)-(c) (Improper lay opinion); 802 (Hearsay) | Overruled |
| 192:13-18 | 701(a)-(c) (Improper lay opinion); 802 (Hearsay); 611 (form) | Overruled |
| 192:20-193:9 | *802 (hearsay)** 701(a)-(c) (Improper lay opinion); 802 (Hearsay); 611 (form) | Overruled |

| | | |
|---|---|---|
| 195:9-196:16 | *802 (hearsay)** | Overruled |
| 197:4-199:23 | *802 (hearsay)** | Overruled |
| 203:10-13 | *802 (hearsay)** | Overruled |
| 203:17-20 | *802 (hearsay)** | Overruled |
| 204:6-20 | *802 (hearsay)** | Overruled |
| 205:6-25 | *802 (hearsay)** | Overruled |
| 206:6-22 | *802 (hearsay)** | Overruled |
| 210:1-212:12 | *802 (hearsay)** | Overruled |
| 216:2-5 | *802 (hearsay)** | Overruled |
| 216:8-217:10 | *802 (hearsay)** | Overruled |
| 221:4-8 | 701(a)-(c) (Improper lay opinion); 602 (Foundation) | Overruled |
| 224:2-225:25 | 802 (hearsay); 602 (foundation) as to 224:2-12; *802 (hearsay)** as to 225:22-25 | Overruled |
| 226:3-227:8 | *802 (hearsay)** | Overruled |
| 228:12-19 | *805 (hearsay within hearsay)** | Overruled |
| 229:17-230:10 | *805 (hearsay within hearsay)** | Overruled |
| 231:3-21 | *805 (hearsay within hearsay)** | Overruled |

6

| | | |
|---|---|---|
| 231:25-232:5 | *805 (hearsay within hearsay)** | Overruled |
| 232:7-8 | *805 (hearsay within hearsay)** | Overruled |
| 244:18-245:15 | *802 (hearsay)** Defendants object to Plaintiffs' heavily redacted version of Bell-24 (Plf. Tr. Ex. 32). The unredacted version is attached as Exhibit A at Dkt. 374. | Overruled |
| 245:22-246:15 | *802 (hearsay)** | Overruled |
| 252:10-18 | *802 (hearsay)** | Overruled |
| 252:23-254:6 | *802 (hearsay)** | Overruled |
| 255:4-7 | *802 (hearsay)** | Overruled |
| 255:9-256:13 | *802 (hearsay)** | Overruled |
| 256:16-24 | 602 (foundation) | Overruled |
| 318:18-320:2 | 602, NR, NARR | Overruled |
| 321:2-9 | 802 (Hearsay) | Overruled |
| 324:3-6 | 403, MIL | Overruled |
| 336:1-5 | 403 | Overruled |

Date: October 23, 2023

Steven C. Seeger
United States District Judge

7