UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| KRAFT FOODS GLOBAL, INC., THE KELLOGG COMPANY, GENERAL MILLS, INC., and NESTLÉ USA, INC., | ) ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | No. 1:11-cv-08808 |
| v. | ) ) ) | Judge Steven C. Seeger |
| UNITED EGG PRODUCERS, INC., UNITED STATES EGG MARKETERS, INC., CAL-MAINE FOODS, INC., and ROSE ACRE FARMS, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' DEPOSITION TRANSCRIPT SUBMISSION

Pursuant to the Court's October 20, 2023 Minute Entry (ECF # 381), Plaintiffs Kraft Foods Global, Inc., The Kellogg Company, General Mills, Inc. and Nestlé USA, Inc., in cooperation with the Defendants United Egg Producers, United States Egg Marketers, Cal-Maine Foods, Inc. and Rose Acre Farms, Inc. submit the following deposition transcript for the Court's review:

| Attachment | Deponent | Date | Affiliation |
|---|---|---|---|
| 1 | Airoso, Anthony | 05/07/2018 (DPP Trial) | University of the Pacific (formerly Walmart) |
| 2 | Amundson, Curtis | 04/03/2014 | Kraft Foods |
| 3 | Armstrong, Jeffrey | 03/13/2014 | UEP Scientific Advisory Committee |
| 4 | Baker, Terry | 08/22/2013 | Michael Foods |
| 5 | Baker, Terry | 05/09/2018 (DPP Trial) | Michael Foods |
| 6 | Bates, Gregory | 04/16/2014 | Publix |

| 7 | Bebee, Tim | 07/18/2013 | Michael Foods |
|---|---|---|---|
| 8 | Bell, Don | 08/20/2013 | (formerly University of California) |
| 9 | Bell, Don | 08/21/2013 | (formerly University of California) |
| 10 | Brown, Karen | 04/23/2014 | Food Marketing Institute |
| 11 | Blizzard, Phyllis | 02/15/2013 | (formerly United States Egg Marketers) |
| 12 | Carlson, James | 11/12/2019 (DPP Trial) | Humane Society of the United States |
| 13 | Catherman, Toby Lee | 03/18/2014 | Michael Foods |
| 14 | Daga, Ramesh | 03/11/2014 | Conopco |
| 15 | Daga, Ramesh | 03/13/2014 | Conopco |
| 16 | Dowling, Brian | 04/11/2014 | Safeway |
| 17 | Feyman, Steven | 04/25/2014 | (formerly Nestlé) |
| 18 | Gregory, Gene | 06/25/2013 | (formerly United Egg Producers) |
| 19 | Gregory, Gene | 06/26/2013 | (formerly United Egg Producers) |
| 20 | Gregory, Gene | 06/27/2013 | (formerly United Egg Producers) |
| 21 | Hardin, Jeff | 04/18/2014 | Cal-Maine |
| 22 | Henning, Jeff | 08/26/2013 | |
| 23 | Hinton, Gregory | 03/17/2014 | Rose Acre Farms |
| 24 | Hinton, Gregory | 03/18/2014 | Rose Acre Farms |
| 25 | Hinton, Gregory | 03/20/2014 | Rose Acre Farms |
| 26 | Hollingsworth, Jill | 04/18/2014 | Food Marketing Institute |
| 27 | Horner, Sage | 04/29/2014 | Albertsons / SuperValu |

| | | | |
|---|---|---|---|
| 28 | Hurd, David | 05/22/2018 (DPP Trial) | Rose Acre Farms |
| 29 | Hurd, David | 12/02/2019 (DAP Trial) | Rose Acre Farms |
| 30 | Kamzalow, Michelle | 04/23/2014 | Heinz |
| 31 | Klippen, Ken | 04/29/2014 | Klippen & Associates LLC (former United Egg Producers) |
| 32 | Klippen, Ken | 11/19/2019 | Klippen & Associates LLC (former United Egg Producers) |
| 33 | Klump, Thomas | 04/09/2014 | Kroger |
| 34 | Langan, Thomas | 03/13/2014 | Conopco |
| 35 | Lawrence, David | 07/11/2014 | Safeway |
| 36 | Littlefield, Virginia | 03/19/2014 | Safeway |
| 37 | Lynch, Gerald | 03/05/2014 | General Mills |
| 38 | Manion, Scott | 04/02/2014 | Synergy Flavors (formerly Kraft) |
| 39 | Marshall, Gregory | 03/18/2014 | Rose Acre Farms |
| 40 | Marshall, Gregory | 11/26/2017 (DAP Trial) | Rose Acre Farms |
| 41 | Marshall, Gregory | 12/03/2019 (DAP Trial) | Rose Acre Farms |
| 42 | Mercuri, Tiffany | 03/06/2014 | General Mills |
| 43 | Moran, Paul | 05/20/2014 | Giant Eagle |
| 44 | Mueller, John | 11/06/2019 (DAP Trial) | Sparboe Farms, Inc. |
| 45 | Neal, Matthew | 03/19/2014 | The Kellogg Company |
| 46 | Ostrander, Gregg | 03/05/2014 | Michael Foods |

3

| | | | |
|---|---|---|---|
| 47 | Pontius, Robert | 08/29/2013 | Albertsons / SuperValu |
| 48 | Pope, Al | 05/21/2013 | (formerly United Egg Producers) |
| 49 | Profitt, Terry | 04/08/2014 | Cargill Kitchen Solutions |
| 50 | Pruett, Payton | 04/08/2014 | Kroger |
| 51 | Randall, Robert | 04/16/2014 | Cal-Maine Foods |
| 52 | Rehm, William | 07/10/2013 | Daybreak |
| 53 | Reickard, Linda | 04/03/2014 | (formerly United Egg Producers) |
| 54 | Reickard, Linda | 05/09/2018 | (formerly United Egg Producers) |
| 55 | Reickard, Linda | 05/10/2018 | (formerly United Egg Producers) |
| 56 | Rust, Marcus | 03/05/2014 | Rose Acre Farms |
| 57 | Rust, Marcus | 03/06/2014 | Rose Acre Farms |
| 58 | Rust, Marcus | 03/07/2014 | Rose Acre Farms |
| 59 | Rust, Marcus | 05/11/2018 (DPP Trial) | Rose Acre Farms |
| 60 | Rust, Marcus | 05/14/2018 (DPP Trial) | Rose Acre Farms |
| 61 | Rust, Marcus | 11/13/2019 (DAP Trial) | Rose Acre Farms |
| 62 | Rust, Marcus | 11/14/2019 (DAP Trial) | Rose Acre Farms |
| 63 | Schnell, Beth | 02/17/2014 | Sparboe Farms, Inc. |
| 64 | Schnell, Beth | 04/22/2014 | Sparboe Farms, Inc. |
| 65 | Sparboe, Garth | 05/04/2014 (DPP Trial) | Sparboe Farms, Inc. |
| 66 | Stocker, Norm | 04/24/2014 | Cargill Kitchen Solutions |

4

| 67 | Storm, Steve | 04/24/2014 | Cal-Maine Foods |
|---|---|---|---|
| 68 | Storm, Steve | 04/25/2014 | Cal-Maine Foods |
| 69 | Stull, Gary | 04/01/2014 | Kroger |
| 70 | Sullivan, Naamua | 03/05/2014 | General Mills |
| 71 | Tobey, Kelly | 03/20/2014 | The Kellogg Company |
| 72 | Tran, Binh | 08/13/2013 | Cargill (formerly General Mills) |
| 73 | Trask III, William | 04/24/2014 | Nestlé |
| 74 | Westphal, Mark | 04/10/2014 | Michael Foods |
| 75 | Willardson, Craig | 06/06/2014 | Moark, LLC (formerly Land O' Lakes |
| 76 | Wilson, James | 08/29/2013 | Publix |
| 77 | Wilson, James | 04/17/2014 | Publix |

October 23, 2023

Respectfully submitted,

***Counsel for Plaintiffs Kraft Foods Global, Inc., General Mills, Inc., Nestlè USA, Inc. and The Kellogg Company***

 /s/ *Brandon D. Fox*
Andrianna D. Kastanek
Angela M. Allen
Joel T. Pelz
Michael T. Brody
Christopher M. Sheehan
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
akastanek@jenner.com
aallen@jenner.com
jpelz@jenner.com
mbrody@jenner.com

```
```

csheehan@jenner.com

Brandon D. Fox
Amy M. Gallegos (*admitted pro hac vice*)
Sati Harutyunyan (*admitted pro hac vice*)
JENNER & BLOCK LLP
515 S. Flower St.,
Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
bfox@jenner.com
agallegos@jenner.com
sharutyunyan@jenner.com