# ATTACHMENT 4

HIGHLY CONFIDENTIAL

1

1        UNITED STATES DISTRICT COURT

2      EASTERN DISTRICT OF PENNSYLVANIA

3

4    ----------------------------------------

5   IN RE:  PROCESSED EGG PRODUCTS    MDL No. 2002

6   ANTITRUST LITIGATION              80-md-02002

7    ----------------------------------------

8   THIS DOCUMENT RELATES TO:

9   ALL ACTIONS

10   ----------------------------------------

11            -- HIGHLY CONFIDENTIAL --

12

13             VIDEOTAPED 30(b)(6)

14         AND INDIVIDUAL DEPOSITION OF

15              TERRY L. BAKER

16        Taken Thursday, August 22, 2013

17           Scheduled for 8:30 a.m.

18

19

20

21

22

23

24

25   Reported by:  Dana Anderson-Linnell

**HIGHLY CONFIDENTIAL**

**2**

1  DEPOSITION OF TERRY L. BAKER taken on Thursday,
2  August 22, 2013, commencing at 8:35 a.m. at the
3  offices of Leonard, Street and Deinard, 150 South
4  Fifth Street, Suite 2300, Minneapolis, Minnesota,
5  before Dana S. Anderson-Linnell, a Shorthand
6  Reporter and Notary Public in and of the State of
7  Minnesota.
8          \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
9
10              APPEARANCES
11
12 On Behalf of the Direct Purchaser Plaintiff
13 Class:
14 Stephen Neuwirth, Esquire
15 Lee Turner-Dodge, Esquire
16 QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
17 51 Madison Avenue, 22nd Floor
18 New York, New York 10010
19 Phone: 212.849.7000
20 Email: stephenneuwirth@quinnemanuel.com
21       leeturnerdodge@quinnemanuel.com
22
23 (Appearances continued on the next page.)
24
25

**3**

1  APPEARANCES (continued):
2
3  On Behalf of the Direct Action Plaintiffs:
4  John F. Kinney, Esquire
5  JENNER & BLOCK, LLP
6  353 North Clark Street
7  Chicago, Illinois 60654-3456
8  Phone: 312.222.9350
9  Email: jkinney@jenner.com
10
11 On Behalf of the Indirect Purchaser
12 Plaintiffs:
13 Merrick Scott Rayle, Esquire
14 LOVELL, STEWART, HALEBIAN, JACOBSON, LLP
15 61 Broadway, Suite 501
16 New York, New York 10006
17 Phone: 415.533.5316
18 Email: msrayle@sbcglobal.net
19
20 (Appearances continued on the next page.)
21
22
23
24
25

**4**

1  APPEARANCES (continued):
2
3  On Behalf of Rose Acre Farms Inc.:
4  Donald M. Barnes, Esquire
5  PORTER, WRIGHT, MORRIS & ARTHUR, LLP
6  1919 Pennsylvania Avenue, NW
7  Suite 500
8  Washington, District of Columbia 20006
9  Phone: 202.778.3056
10 Email: dbarnes@porterwright.com
11
12 On Behalf of Michael Foods Inc.:
13 William L. Greene, Esquire
14 LEONARD, STREET AND DEINARD
15 150 South Fifth Street, Suite 2300
16 Minneapolis, Minnesota 55402
17 Phone: 612.335.1568
18 Email: william.greene@leonard.com
19
20 (Appearances continued on the next page.)
21
22
23
24
25

**5**

1  APPEARANCES (continued):
2
3  On Behalf of United Egg Producers and
4  United States Egg Marketers:
5  Evan W. Davis, Esquire (via telephone)
6  PEPPER HAMILTON, LLP
7  3000 Two Logan Square
8  Eighteenth and Arch Streets
9  Philadelphia, Pennsylvania 19103-2799
10 Phone: 215.981.4245
11 Email: davisew@pepperlaw.com
12
13 On Behalf of Nu-Cal Foods:
14 Margaret A. Ziemianek, Esquire (via telephone)
15 KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
16 101 California Street
17 Suite 2300
18 San Francisco, CA 94111
19 Phone: 415.655.4335
20 Email: mziemianek@kasowitz.com
21
22 (Appearances continued on the next page.)
23
24
25

2 (Pages 2 to 5)

**HIGHLY CONFIDENTIAL**

**6**

1 APPEARANCES (continued):
2
3 On Behalf of Midwest Poultry Services LP:
4 Ryan M. Hurley, Esquire (via telephone)
5 FAEGRE BAKER DANIELS, LLP
6 300 North Meridian Street
7 Suite 2700
8 Indianapolis, IN 46204
9 Phone: 317.237.1144
10 Email: ryan.hurley@faegrebd.com
11
12 On Behalf of Moark LLC and Norco Ranch:
13 Travis Kennedy, Esquire (via telephone)
14 EIMER STAHL, LLP
15 224 South Michigan Avenue, Suite 1100
16 Chicago, Illinois 60604
17 Phone: 312.660.7672
18 Email: tkennedy@eimerstahl.com
19
20
21 ALSO PRESENT: Carolyn V. Wolski, Michael Foods Inc.
22          Charles Bonin, videographer
23
24
25

**7**

1 INDEX
2
3 WITNESS: Terry L. Baker          PAGE
4
5 EXAMINATION BY:
6 Mr. Neuwirth          19
7 Mr. Kinney          194
8 Mr. Rayle          281
9 Mr. Barnes          290
10 Mr. Davis          316
11 Mr. Kinney          320
12 Mr. Barnes          322
13 Mr. Greene          326
14 Mr. Kinney          332
15
16
17 INDEX OF EXHIBITS:
18
19 T. Baker Exhibit 1 - Notice of Deposition          26
20
21 T. Baker Exhibit 2 - CONFIDENTIAL - United
22 Egg Producers Board of Directors Meeting
23 Minutes, May 11-12, 2004, Bates UE0153273
24 to 3276          50
25

**8**

1 INDEX OF EXHIBITS (continued):          PAGE
2
3 T. Baker Exhibit 3 - CONFIDENTIAL - November
4 19, 2004 letter to Terry Baker from
5 Roger Deffner, Bates MFI0615604 to 609          64
6
7 T. Baker Exhibit 4 - CONFIDENTIAL - Email
8 from Vince O'Brien to Terry Baker dated
9 August 3, 2005, Bates MFI0043142          68
10
11 T. Baker Exhibit 5 - CONFIDENTIAL - Email
12 From Gene Gregory to multiple recipients
13 dated December 8, 2006, Bates MFI0110364          72
14
15 T. Baker Exhibit 6 - CONFIDENTIAL - UEP
16 Board of Directors Meeting Minutes,
17 January 25, 2005, Bates UE0210299 to 303          83
18
19 T. Baker Exhibit 7 - CONFIDENTIAL - Egg
20 Industry Economic Alert, Bates MFI0006321
21 to 322          95
22
23
24
25

**9**

1 INDEX OF EXHIBITS (continued):          PAGE
2
3 T. Baker Exhibit 8 - HIGHLY CONFIDENTIAL -
4 Email from Gregg Ostrander to Terry Baker,
5 et al., dated February 8, 2005, Bates
6 MFI0614973 to 975          98
7
8 T. Baker Exhibit 9 - CONFIDENTIAL - Email
9 from Terry Baker to JD Clarkson, et al.,
10 Dated April 16, 2005, subject is UEP ACC
11 Update, Bates MFI0027797 to 801          99
12
13 T. Baker Exhibit 10 - CONFIDENTIAL -
14 April 20, 2005 letter to UEP's Producer
15 Committee for Animal Welfare from Gene,
16 Bates UE0221301 to 308          104
17
18 T. Baker Exhibit 11 - HIGHLY CONFIDENTIAL -
19 Email chain from Terry Baker to Gregg
20 Ostrander, et al., subject is Update on
21 UEP RE: ConAgra, Bates MFI0034198 to 199          112
22
23
24
25

3 (Pages 6 to 9)

**HIGHLY CONFIDENTIAL**

10

1 INDEX OF EXHIBITS (continued):          PAGE
2
3 T. Baker Exhibit 12 - CONFIDENTIAL - Email
4 Chain, subject is RE:  Summary of UEP Meeting
5 on Tue, Dec 6, Bates MFI0040262 to 263      117
6
7 T. Baker Exhibit 13 - CONFIDENTIAL -
8 Producer Meeting Minutes, Minneapolis,
9 December 6, 2005, Bates NL00217575          121
10
11 T. Baker Exhibit 14 - CONFIDENTIAL - UEP
12 Producer Committee For Animal Welfare
13 Minutes, January 23, 2006, UE0211204 to 205   122
14
15 T. Baker Exhibit 15 - CONFIDENTIAL -
16 Producer Committee For Animal Welfare
17 packet, Bates MFI0005548 to 5576            122
18
19 T. Baker Exhibit 16 - CONFIDENTIAL - Email
20 and attachments, subject is Michael Foods
21 Interest Expressed in "UEP Certified,"
22 Bates MFI0002155 to 2158                    136
23
24
25

12

1 INDEX OF EXHIBITS (continued):          PAGE
2
3 T. Baker Exhibit 22 - CONFIDENTIAL - UEP
4 Board of Directors Conference Call Minutes,
5 June 1, 2006, Bates UE0153007 to 008        169
6
7 T. Baker Exhibit 23 - HIGHLY CONFIDENTIAL -
8 Email chain, subject is Impact Analysis -
9 UEP Program, Bates MFI0017306 to 309        171
10
11 T. Baker Exhibit 24 - HIGHLY CONFIDENTIAL -
12 Email chain, subject is FW:  AW Alternative
13 Summary 4-14-06, Bates MFI0002148 to 2153   174
14
15 T. Baker Exhibit 25 - CONFIDENTIAL - Email
16 from Gene Gregory to Terry Baker, et al.,
17 subject is Animal Welfare Audit,
18 Bates MFI0149189                            177
19
20 T. Baker Exhibit 26 - CONFIDENTIAL - Email
21 from Ken Klippen, subject is UEP's action
22 may be legally actionable, Bates MFI0005090   182
23
24
25

11

1 INDEX OF EXHIBITS (continued):          PAGE
2
3 T. Baker Exhibit 17 - CONFIDENTIAL - UEP
4 Board of Directors Conference Call Minutes,
5 April 25, 2006, Bates UE0292920 to 921      142
6
7 T. Baker Exhibit 18 - HIGHLY CONFIDENTIAL -
8 Email and attached minutes dated
9 April 26, 2006, Bates MFI0016950 to 52      143
10
11 T. Baker Exhibit 19 - CONFIDENTIAL -
12 handwritten notes, Bates MFI0002285         160
13
14 T. Baker Exhibit 20 - CONFIDENTIAL - Animal
15 Welfare Committee Meeting Conference Call
16 Minutes, May 25, 2006, Bates UE0153009 to 10   163
17
18 T. Baker Exhibit 21 - CONFIDENTIAL -
19 handwritten notes (names of yes/no tally),
20 Bates MFI0002282                            165
21
22
23
24
25

13

1 INDEX OF EXHIBITS (continued):          PAGE
2
3 T. Baker Exhibit 27 - CONFIDENTIAL - Email
4 From Lowell Ostrand to Terry Baker, subject
5 is RE:  Shell export, Bates MFI0043595      188
6
7 T. Baker Exhibit 28 - CONFIDENTIAL - Email
8 and attachments, subject is antitrust, Bates
9 MFI0321384 to 389                           288
10
11 Defense T. Baker Exhibit 1 - CONFIDENTIAL -
12 Email chain, subject is RE:  Sysco Animal
13 Welfare auditing, Bates MFI0096330          304
14
15 Defense T. Baker Exhibit 2 - CONFIDENTIAL -
16 Email chain, subject is RE:  EGGS, Bates
17 MFI0096331 to 332                           308
18
19 Defense T. Baker Exhibit 3 - CONFIDENTIAL -
20 Minutes of Board of Directors Conference Call,
21 December 16, 2004, Bates MFI0007809 to 811   328
22
23
24
25

4 (Pages 10 to 13)

**HIGHLY CONFIDENTIAL**

14

1    INDEX OF EXHIBITS (continued):        PAGE
2
3    DAP - BAKER Exhibit A - CONFIDENTIAL -
4    December 5, 2003 letter from Chad Gregory,
5    Bates MFI0001880 to 1881                206
6
7    DAP - BAKER Exhibit B - CONFIDENTIAL -
8    United Egg Producers Membership Agreement,
9    Bates UE0148015                         207
10
11   DAP - BAKER Exhibit T - CONFIDENTIAL -
12   Long Range Planning Committee Meeting Packet,
13   August 6 and 7, 2007, Bates MFI0615228 to 230   216
14
15   DAP - BAKER Exhibit U - CONFIDENTIAL -
16   Long Range Planning Committee Meeting Packet,
17   August 6 and 7, 2007, "Chad's Copy,"
18   Bates UE0148221 to 285                  222
19
20   DAP - BAKER Exhibit V - CONFIDENTIAL -
21   Letter on Brann and Isaacson letterhead
22   with UEP Marketing Committee Antitrust
23   Issues, November 16, 2004 on top, Bates
24   UE0944686 to 687                        239
25

16

1    INDEX OF EXHIBITS (continued):        PAGE
2
3    DAP - BAKER Exhibit TT - CONFIDENTIAL -
4    UEP Long Range Planning Committee Meeting
5    Minutes, August 7, 2007, Bates MFI0617085
6    to 7086                                 218
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

15

1    INDEX OF EXHIBITS (continued):        PAGE
2
3    DAP - BAKER Exhibit W - HIGHLY CONFIDENTIAL -
4    Business Conduct Policy, Michael Foods, Inc.,
5    Bates MFI0053741 to 763                 243
6
7    DAP - BAKER Exhibit X - HIGHLY CONFIDENTIAL -
8    Procurement Strategic Planning Meeting
9    Minutes, September 12, 2001, Bates
10   MFI0018744 to 745                       271
11
12   DAP - BAKER Exhibit BB - HIGHLY CONFIDENTIAL -
13   MFI Food Ingredient Sales Meeting, Bates
14   MFI0038661 to 698                       274
15
16   DAP - BAKER Exhibit DD - CONFIDENTIAL -
17   Email and attachments, subject is Urner
18   Barry market reaction to new layer house
19   construction, Bates MFI0039904 to 907   276
20
21   DAP - BAKER Exhibit EE - spreadsheet with
22   Bates written of MFI0328649 on front page  266
23
24
25

17

1         THE VIDEOGRAPHER:  Good morning.
2    We are now on the record.  Please note that
3    the microphones are sensitive and may pick up
4    whispering and private conversations.  Please
5    turn off all cell phones and place them away
6    from the microphones as they can interfere
7    with the deposition audio.  Recording will
8    continue until all parties agree to go off the
9    record.
10        My name is Charles Bonin
11   representing Veritext National Deposition and
12   Litigation Services.
13        Today's date is August 22nd, 2013.
14   The time is approximately 8:35 a.m.
15        This deposition is being held at
16   Leonard, Street and Deinard located at 150
17   South Fifth Street, Suite 2300, Minneapolis,
18   Minnesota 55402.
19        This is In Re:  Processed Eggs
20   Antitrust Litigation.
21        The name of the witness is Terry L.
22   Baker.
23        At this time the attorneys present
24   in the room and attending remotely will
25   identify themselves and the parties they

**VERITEXT REPORTING COMPANY**
(212) 279-9424          www.veritext.com          (212) 490-3430

**HIGHLY CONFIDENTIAL**

**18**

1    represent.
2         MR. NEUWIRTH:  Stephen Neuwirth
3    from Quinn, Emanuel, Urquhart & Sullivan
4    representing the plaintiffs.
5         MS. TURNER-DODGE:  Lee Turner-Dodge
6    also from Quinn, Emanuel, Urquhart & Sullivan
7    representing the plaintiffs.
8         MR. KINNEY:  John Kinney, Jenner
9    and Block, Chicago, representing Kraft,
10   Kellogg's, General Mills and Nestle.
11        MR. BARNES:  Donald Barnes, Porter,
12   Wright, Morris and Arthur representing Rose
13   Acre Farms.
14        MS. WOLSKI:  Carolyn Wolski,
15   general counsel of Michael Foods.
16        MR. GREENE:  William L. Greene,
17   Leonard, Street and Deinard, counsel for
18   Michael Foods.
19        MR. NEUWIRTH:  Before we go to the
20   phone, I guess I should just clarify that when
21   I say "plaintiffs," I mean the direct
22   purchaser class plaintiffs.  Thank you.
23        THE COURT REPORTER:  And on the
24   phone?
25        MR. DAVIS:  This is Evan Davis from

**19**

1    Pepper Hamilton representing United Egg
2    Producers and United States Egg Marketers.
3         MS. ZIEMIANEK:  This is Margaret
4    Ziemianek of Kasowitz, Benson, Torres and
5    Friedman representing Nu-Cal Foods Inc.
6         MR. HURLEY:  Ryan Hurley, Faegre,
7    Baker, Daniels representing Midwest Poultry
8    Services LP.
9         THE VIDEOGRAPHER:  Our court
10   reporter --
11        MR. KENNEDY:  Travis Kennedy
12   representing Moark LLC and Norco Ranch Inc.
13        THE VIDEOGRAPHER:  Our court
14   reporter, Dana Anderson, representing
15   Veritext, will swear in the witness and we can
16   proceed.
17
18        TERRY L. BAKER,
19   called as a witness, being first duly sworn, was
20        examined and testified as follows:
21
22        EXAMINATION
23
24   BY MR. NEUWIRTH:
25   Q.   Good morning.  Could you be good enough

**20**

1    just to state your full name for the record.
2    A.   Terry Lee Baker.
3    Q.   And Mr. Baker, if at any point today you
4    want to take a break, just let me know.  And
5    if at any point today any question that I ask
6    you is unclear, please feel free to ask me to
7    clarify.  Is that okay?
8    A.   Yes.
9    Q.   Thank you.  You are currently employed by
10   Michael Foods?
11   A.   Yes.
12   Q.   And is there a particular entity within
13   Michael Foods by which you are employed?
14   A.   No.  Michael Foods Egg Products Company
15   is the division or the group, yes.
16   Q.   And what is your current title?
17   A.   I'm the vice president of egg
18   procurement.
19        MR. GREENE:  Steve, can we put two
20   stipulations that -- standard stipulations on
21   the record?
22        First, that all objections other
23   than objections to form are preserved and an
24   objection for one is an objection for all?
25        MR. NEUWIRTH:  Yes.

**21**

1    BY MR. NEUWIRTH:
2    Q.   For how long have you held your current
3    position?
4    A.   Since 1997.
5    Q.   And prior to 1997 were you also employed
6    by Michael Foods?
7    A.   Yes, I was.
8    Q.   And what position or positions did you
9    hold prior to 1997?
10   A.   I've had a variety of jobs.  I've been
11   with Michael Foods since 1977.  I've been a
12   corporate controller, a fleet manager, a vice
13   president of administrative services, probably
14   that was the most recent prior to the current
15   position in 1997.
16   Q.   And do you have an understanding of how
17   it came to be, given the role you played in
18   this in those past positions, that you became
19   involved in procurement after 1997?
20   A.   Yes.
21   Q.   And how did that come to be?
22   A.   I just had a lot of experience.  I'd
23   also -- when I was in a controller role, I
24   worked with our farm group.  So I have a very
25   working knowledge of the production process,

6 (Pages 18 to 21)

**HIGHLY CONFIDENTIAL**

---

**22**

1  the farm process. Also worked with our plant
2  side. So I've worked with a lot of different
3  areas to really understand the whole supply
4  chain pretty well.
5  Q.   And you've indicated today that your job
6  title includes the word "procurement,"
7  correct?
8  A.   Yes.
9  Q.   What is the type of procurement that you
10  understand to be within the scope of your job
11  responsibilities at the present time?
12  A.   Our egg procurement group covers all of
13  our external sourcing for shell eggs and
14  liquid egg for all of the Michael Foods
15  locations.
16  Q.   And external sourcing refers to
17  purchasing shell eggs from other producers of
18  shell eggs?
19  A.   Yes.
20  Q.   And what is the reason that Michael Foods
21  chooses to procure shell eggs from third
22  parties?
23  A.   We have -- we have a -- one of our
24  objectives is is that we always try to
25  maintain at least some level of shell egg

**23**

1  purchasing and what we call -- refer to as
2  offline breaking in our facilities. It helps
3  us with many specialty egg needs or demands.
4  It gives us some flex point, a little easier.
5  But the majority -- by far the majority of our
6  sourcing is liquid tankers.
7  Q.   Now, in terms of shell egg purchasing,
8  has that -- is that something that Michael
9  Foods has done since you started in your
10  current position in 1997?
11  A.   Yes.
12  Q.   And so is it fair to say that from 1997
13  to the present, you've had a role at Michael
14  Foods with respect to the procurement of shell
15  eggs from third parties that produce them?
16  A.   Yes.
17  Q.   And is there a particular region of the
18  country where Michael Foods procures most of
19  the shell eggs that it purchases?
20  A.   We have two primary regions. We have our
21  eastern region with a breaking operation in
22  New Jersey -- or Pennsylvania. I'm sorry. We
23  just closed down the New Jersey one. So now
24  we're -- that breaking operation is in
25  Pennsylvania. So we -- obviously for shell

**24**

1  egg purposes that's a regional kind of
2  operation. So it's primarily Pennsylvania,
3  some Ohio. And then in the Midwest, of
4  course, we're in Nebraska with a breaking
5  operation. So we procure shell eggs from
6  South Dakota, Nebraska, Minnesota, Iowa.
7  Q.   And has it been true since 1997 that
8  you've had shell egg procurement in both the
9  East and the Midwest as you've just described?
10  A.   Yes.
11  Q.   And I take it that prior to the very
12  recent period in the East, you were talking
13  not just about Pennsylvania but also
14  New Jersey?
15  A.   Yes.
16  Q.   Okay. Now, you said that you came to
17  Michael Foods in 1977, correct?
18  A.   Yes.
19  Q.   Prior to that time, had you been employed
20  by any other companies in any business related
21  to eggs?
22  A.   No.
23  Q.   Did you have any other employment prior
24  to 1977?
25  A.   Yes, I worked at a bank for two years

**25**

1  approximately after college.
2  Q.   Two years after college?
3  A.   College, yeah.
4  Q.   And what type of role did you play at
5  that bank?
6  A.   I was in the finance area.
7  Q.   Okay. And how did it come to be that you
8  went from a position in a bank to working for
9  Michael Foods?
10  A.   I grew up in Wakefield, Nebraska and
11  Wakefield is the home plant for what was --
12  what's referred to today as the M.G. Waldbaum
13  Company. And so I grew up in that town. And
14  the owner at that point, I had known him my
15  whole life, and so he offered me a job one
16  Saturday afternoon. And so on July 1st of '77
17  that's when I started working there. And by
18  the way, I did start -- I did work there
19  part-time in college too in the processing
20  operation. So I did -- I failed to mention
21  that. But yeah, I did work there part-time
22  for summers and -- a couple summers, I guess.
23  Q.   And what was the name of the owner at
24  that time who offered you that job in 1977?
25  A.   His name was Dan Gardner.

**7 (Pages 22 to 25)**

**HIGHLY CONFIDENTIAL**

---

**26**

1  Q.    And you mentioned that you worked at the
2  bank after college.  Which college did you
3  attend?
4  A.    Wayne State College in Wayne, Nebraska.
5  Q.    And did you earn a particular type of
6  degree there?
7  A.    Yeah.  It was a B.S. in accounting.
8  Q.    Okay.  Now, do you understand that you
9  are here today in two capacities, both as an
10 individual witness as well as -- as what's
11 referred to as a corporate witness on certain
12 particular topics?
13 A.    Yes.
14        MR. NEUWIRTH:  Let's mark as Baker
15 Exhibit 1 -- when I say Baker exhibit today,
16 we're referring -- these are actually being
17 marked as T. Baker just to distinguish them
18 from any other Baker in the case.  And we know
19 that there's at least one other witness named
20 Baker.  So what I'm marking as Baker Exhibit 1
21 today is the Plaintiffs' Notice of Deposition
22 Under Rule 30(b)(6) to Defendant Michael Foods
23 Inc.
24        (Exhibit Number 1 marked for
25 identification.)

---

**27**

1        MR. NEUWIRTH:  And Madam Court
2  Reporter, I will always hand you two copies of
3  the exhibit so you can mark one for the
4  witness and have one to look at while you're
5  transcribing.
6  BY MR. NEUWIRTH:
7  Q.    And Mr. Baker, take as much time as you
8  need to look at this.  But the first question
9  I have is whether this is something that
10 you've seen prior to my handing it to you
11 today.
12 A.    (Reviews document.)  I don't know that
13 I've seen the -- this is the entire list, is
14 it not?
15 Q.    Yeah, I can represent to you that this is
16 a notice that includes a listing of all of the
17 topics for which plaintiffs are seeking
18 corporate testimony from Michael Foods.
19        I take it from your answer that you may
20 have seen a partial version of this list?
21 A.    Yes, of those items that were designated
22 for me or to me.
23 Q.    Okay.  So why don't we turn on page
24 number 4 of this document to a listing that's
25 under the heading Schedule A.  And you see

---

**28**

1  that topic 1 is:  Your membership and
2  participation in the UEP, including elected or
3  appointed positions you held, committees that
4  you served on, your meeting attendance,
5  motions made and votes taken at all UEP
6  meetings.
7        Do you see that?
8  A.    Yes.
9  Q.    And is it correct that you are here today
10 to serve as a corporate representative on that
11 topic with respect to your own participation
12 on behalf of Michael Foods in UEP activities?
13 A.    Yes.
14 Q.    And did you do anything to prepare
15 yourself to serve as a corporate
16 representative on that particular topic?
17 A.    No.
18 Q.    Okay.  And so is it fair then to
19 understand that for -- with respect to that
20 topic in your capacity as a corporate
21 representative you'll be relying solely on
22 your own personal recollection of events?
23 A.    Yes.
24 Q.    Okay.  Let me ask you if you can look at
25 topic number 7, which you see it says:  Your

---

**29**

1  participation in the UEP Certified program.
2        Do you see that?
3  A.    Yes.
4  Q.    And do you understand that you are here
5  as a corporate representative to testify on
6  behalf of Michael Foods concerning Michael
7  Foods' implementation of the UEP Certified
8  program?
9        MR. GREENE:  Objection to
10 questioning the witness on what he's here to
11 testify for under 30(b)(6) as there was
12 a -- there's correspondence that lays that out
13 with all the qualifications and I think in
14 fairness that should be in front of the
15 witness.
16        MR. NEUWIRTH:  Well, I'm asking the
17 witness if he knows what he's here to do.  And
18 I can tell you that you yourself sent us a
19 letter -- or actually your co-counsel, Carrie
20 Anderson, sent us a letter --
21        MR. GREEN:  Uh-huh.
22        MR. NEUWIRTH:  -- which expressly
23 stated:  Mr. Baker is specifically designated
24 to testify regarding Michael Foods'
25 implementation of the UEP Certified program.

---

**8 (Pages 26 to 29)**

**HIGHLY CONFIDENTIAL**

---

**30**

1   That is what her letter said.
2        MR. GREENE:  It's not the entire
3   paragraph, though.
4        MR. NEUWIRTH:  It says -- the rest
5   of the paragraph says:  Please note that
6   Michael Foods will be designating Gregg
7   Ostrander as its 30(b)(6) witness regarding
8   Michael Foods' decision to join the UEP
9   Certified program in 2006.  To the extent that
10  this topic is intended to cover contacts with
11  UEP related to the UEP Certified program prior
12  to Michael Foods joining the program,
13  Mr. Baker will provide testimony on that topic
14  in response to topic 1 and topic 15 below.
15        I've now read the whole paragraph.
16  I'm not understanding what point you're trying
17  to make.  You have expressly stated, and by
18  "you," I mean counsel for Michael Foods has
19  expressly stated that Mr. Baker is
20  specifically designated to testify regarding
21  Michael Foods' implementation of the UEP
22  Certified program.  Are you now taking the
23  position that that's not what he's been
24  designated for?
25        MR. GREENE:  No, Mr. Neuwirth.

---

**31**

1   What I'm saying --
2        MR. NEUWIRTH:  And there's nothing
3   in this letter which says that the word
4   "implementation" is vague and ambiguous in any
5   way, right?
6        MR. GREENE:  No.  My comment was
7   that since the company has written
8   correspondence which explains what Mr. Baker
9   has identified --
10        (Mr. Rayle enters the deposition.)
11        MR. GREENE:  I'll just start again.
12  Since the position of the company on the
13  designation of 30(b)(6) is laid out in a -- in
14  correspondence, that either that
15  correspondence should be in front of the
16  witness or, as you just did, you should read
17  the entire paragraph associated with his
18  designation.
19        MR. NEUWIRTH:  So are you taking
20  the position that I'm not allowed to ask the
21  witness what he understands he's here to
22  testify on behalf of Michael Foods about?
23  That seems to be what you're saying and you
24  seem to be obstruct -- it was a simple
25  question which was tracking verbatim what

---

**32**

1   Carrie Anderson put in her letter.  And I'm
2   going to ask it again and I hope it won't be
3   obstructed again.
4   BY MR. NEUWIRTH:
5   Q.   Mr. Baker, is it correct that you are
6   here to testify with respect to topic 7 as a
7   corporate representative concerning Michael
8   Foods' implementation of the UEP Certified
9   program?
10  A.   I don't have the letter.  I don't
11  remember what my topics were.
12  Q.   So you're sitting here today as a
13  corporate representative and you don't
14  remember what topics you've been designated to
15  testify about?
16  A.   Not exactly, no.
17  Q.   And so you don't understand that you're
18  here to testify about the implementation of
19  the UEP Certified program?
20  A.   Not necessarily, no.
21  Q.   What other possibility in the universe do
22  you think there is on that topic besides the
23  one I just shared with you?
24        MR. GREENE:  Objection,
25  argumentative.

---

**33**

1        THE WITNESS:  I don't know.  I just
2   know I was designated and I don't have that
3   list in front of me to know which ones --
4   BY MR. NEUWIRTH:
5   Q.   I just put it in front of you --
6   A.   Oh, okay.
7   Q.   -- and I'm asking you --
8   A.   If that's on that list, then I would
9   agree that's --
10  Q.   Topic 7 is your participation in the UEP
11  Certified program.  And I'm asking you whether
12  you're here to testify about Michael Foods
13  implementation of the UEP Certified program?
14  A.   Apparently, yes.
15  Q.   You didn't know that before you walked in
16  here?
17  A.   Well, I said I had a list.  I saw a list
18  of just my topics.  I don't have the list in
19  front of me.  So I didn't recall exactly which
20  ones I have, but I'm more than --
21  Q.   So if you're not sure what topics you
22  were supposed to cover, what did you do to
23  prepare for a topic related to the UEP
24  Certified program?  Did you know what you were
25  supposed to prepare to testify about?

**9 (Pages 30 to 33)**

**HIGHLY CONFIDENTIAL**

34

1   A.   I just know that topic.  So --
2   Q.   What topic --
3   A.   I know my topics.
4   Q.   And which topic is it that you know as a
5   corporate representative?
6   A.   Is my participation at UEP.
7   Q.   But that's not what you've been put
8   forward to represent.
9   A.   Okay.
10  Q.   Do you understand that?
11  A.   Yes.
12  Q.   Do you understand that you're here as a
13  corporate representative on certain topics
14  beyond your personal representation?
15  A.   Yes.
16  Q.   And do you know -- do you know or do you
17  not know that you are being put forth today as
18  a corporate representative on the topic of
19  UEP's implementation of the UEP Certified
20  program?
21  A.   Yes.
22  Q.   Okay.  So do you now acknowledge that
23  that's a topic you're here to testify about?
24  A.   Yes.
25  Q.   And did you prepare to testify as a

35

1   corporate representative on that topic?
2   A.   Yes.
3   Q.   What did you do to prepare?
4   A.   I did nothing specific.  I just --
5   nothing to review.  I just know that topic.
6   Q.   So you know that topic on behalf of every
7   person in the company?
8   A.   No.
9        MR. GREENE:  Objection,
10  argumentative.
11  BY MR. NEUWIRTH:
12  Q.   So are you here to testify about your
13  personal knowledge on that topic or Michael
14  Foods' knowledge on that topic?
15  A.   I'm not clear -- I'm not sure how to
16  answer that, I guess.
17       MR. NEUWIRTH:  Okay.  Well, we're
18  going to object that this witness is not
19  prepared to be a 30(b)(6) witness on this
20  topic because he's now acknowledged that he
21  did nothing to prepare for this topic other
22  than rely on his own personal knowledge.  And
23  he's just indicated that he doesn't even know
24  how to answer the question that I just posed
25  to him.  So we're going to proceed with the

36

1   deposition but wanted to note our objection to
2   the purported designation of this witness to
3   address the topic of Michael Foods'
4   implementation of the UEP Certified program.
5        MR. BARNES:  Mr. Neuwirth, excuse
6   my interruption.  We've had someone, a guest
7   join the deposition.  I think it's appropriate
8   if he states his appearance for the record.
9        MR. NEUWIRTH:  Certainly.  Thank
10  you.
11       MR. MERRICK RAYLE:  Merrick Rayle
12  on behalf of the indirect purchasers.
13       Who are you, sir?
14       MR. BARNES:  My name is Donald
15  Barnes on behalf of Rose Acre Farms.
16       MR. NEUWIRTH:  Thank you,
17  Mr. Barnes.  I should have done that myself.
18  Thank you.
19  BY MR. NEUWIRTH:
20  Q.   Okay.  If you look down the list to topic
21  number 15, there's a topic:  Your contacts
22  with UEP's Scientific Advisory Committee.
23       Do you understand that you're been
24  designated as a corporate representative on
25  the topic of any contacts that you, Mr. Baker,

37

1   personally had with the Scientific Advisory
2   Committee of the UEP?
3   A.   Yes.
4   Q.   And what did you do to prepare to serve
5   as a corporate representative on that topic?
6   A.   Just my general experience and my
7   attendance at most of these meetings.
8   Q.   So is it fair to say that for purposes of
9   that topic you're relying on your recollection
10  of events?
11  A.   Yes.
12  Q.   And then if you could turn to topic 23,
13  which is:  Your participation in any USEM
14  export or decisions relating to any USEM
15  export.
16       Do you see that topic?
17  A.   Yes.
18  Q.   And do you understand that you've been
19  designated as Michael Foods' corporate
20  representative on that topic?
21  A.   Yes.
22  Q.   And what did you do to prepare to serve
23  as Michael Foods' corporate representative on
24  that topic?
25  A.   My general experience.

10 (Pages 34 to 37)

**HIGHLY CONFIDENTIAL**

38

1  Q.   And so is it fair to say that other than
2  your own personal recollection, you've not
3  considered anything else in preparing for that
4  topic?
5  A.   No.
6  Q.   That's not correct?
7  A.   No -- I'm sorry.  Please repeat the
8  question.
9  Q.   I'm sorry if it was unclear.  Is it fair
10  to say -- let me just phrase it this way:  Is
11  it correct that other than your own personal
12  recollection, you've not considered anything
13  else in preparing for this topic on
14  participation in any USEM export or decisions
15  relating to any USEM export?
16  A.   Yes.
17       MR. NEUWIRTH:  And so we would
18  object on topic number 23 as well, that
19  Mr. Baker has not done anything reasonable to
20  prepare to serve as USEM's corporate
21  representative on topic number 23, but we will
22  proceed as well here today.
23       MR. GREENE:  We disagree, but your
24  objection is noted.
25       MR. NEUWIRTH:  Okay.

39

1  BY MR. NEUWIRTH:
2  Q.   Now, do you know when Michael Foods
3  became a member of the UEP?
4  A.   Not specifically.
5  Q.   Was it a member of the UEP in 1977 when
6  you joined Michael Foods?
7  A.   Yes, but it was not necessarily UEP.  I
8  don't have specific recollection on -- there
9  were regional cooperatives in those days and
10  then eventually they came together to form UEP
11  and the Waldbaum Company was one of the
12  original founders of that particular group.
13  Q.   And the Waldbaum company was a company
14  that later became known as Michael Foods?
15  A.   It was acquired by Michael Foods in 1988
16  and 1990.
17  Q.   And at the time of that acquisition in
18  the 1988, 1990 range that you've just
19  described, did you understand that Michael
20  Foods was already a member of the UEP at the
21  time of that acquisition?
22  A.   I believe so, yes.
23  Q.   And it's correct, isn't it, that a point
24  came where you had a position on the UEP board
25  of directors, correct?

40

1  A.   Yes.
2  Q.   And during what years were you serving on
3  the UEP board of directors?
4  A.   2004 to present.
5  Q.   And throughout those years is it fair to
6  say that you've been a Michael Foods designee
7  on the board of directors of the UEP?
8  A.   Yes.
9  Q.   Do you know how board members of the UEP
10  are selected?
11  A.   Yes, you are nominated from a regional
12  base.  We -- coming out of the Midwest region,
13  which is the largest region of producers.
14  It's based on the number of layers in your
15  region.  And so that's how the representatives
16  are designated.  And so you're nominated from
17  the membership.  There's a ballot process.
18  And then you are elected and seated in the
19  October annual meeting is the normal
20  procedure.
21  Q.   And prior to 2004, was any employee of
22  Michael Foods serving on the board of
23  directors -- and let me rephrase it to say:
24  Immediately prior to your joining the board of
25  directors, was there anyone else from Michael

41

1  Foods who had been serving on the board of
2  directors?
3  A.   I don't think so.  I'm not aware of
4  anybody in the immediate period preceding.
5  Q.   Now, did you participate from 2004 to the
6  present in any committees of the board of
7  directors of the UEP?
8  A.   Yes.
9  Q.   And what committees have you participated
10  in during that time period?
11  A.   I have been on the Government Relations
12  Committee, the Egg Safety Committee and the
13  Long Range Planning Committee.
14  Q.   And what are the responsibilities as you
15  understand them of the Long Range Planning
16  Committee?
17  A.   I think initially it was set up to be
18  kind of a strategic planning process, but it
19  really amounted to only two meetings and then
20  it disbanded or has not been in -- has not met
21  for several years now.  And I don't even
22  recall the years exactly when it was -- when
23  we did have the two meetings.
24  Q.   Do you remember what the subject matters
25  were of those two meetings?

11 (Pages 38 to 41)

**HIGHLY CONFIDENTIAL**

**42**

1  A.   How we were going to go forward, talking
2  about the cooperative, some about the
3  organizational structures, but more about how
4  best to proceed given the animal activism
5  issues we were facing already.  And that
6  must've been at least in '06, '07, I'm
7  guessing.  So -- but a lot of it was just like
8  how do we -- how to move forward and how do we
9  survive.
10  Q.   Can I ask you if you could re-clip your
11  microphone.
12  A.   Oh.
13  Q.   I know the videographer was concerned
14  that it had fallen off.
15  A.   Sorry.
16  Q.   Thank you.  And do you have any other
17  recollection of topics that were discussed by
18  the Long Range Planning Committee at the two
19  meetings that you attended?
20  A.   There was some discussion about the
21  Capper-Volstead with -- part of that group
22  was -- the counsel was -- UEP counsel at the
23  point in time was in attendance.  And so there
24  was some discussion about Capper-Volstead.
25  Q.   And do you remember what was the subject,

**43**

1  the particular Capper-Volstead subject matter
2  of that discussion?
3  MR. DAVIS:  This is Evan Davis.  I
4  object to the question as calling for UEP
5  privileged information.
6  MR. NEUWIRTH:  Are you instructing
7  the witness not to answer?
8  MR. GREENE:  Mr. Baker, UEP has
9  objected to the extent it calls for privileged
10  information.  So I'm going to allow you to
11  answer questions except for your
12  communications with Mr. Haley.  And if you had
13  conversations with Mr. Haley, we want to give
14  UEP a chance to object again.  So separate and
15  apart from your discussions with UEP counsel,
16  you can go ahead and answer the question,
17  otherwise I think we need to let UEP's counsel
18  object again.
19  BY MR. NEUWIRTH:
20  Q.   So do you recall the question that was
21  pending?
22  A.   I don't know that there was any specific
23  question.  It was just more of a general
24  discussion on membership and activities, I
25  believe.  I don't recall anything really that

**44**

1  specific.
2  Q.   Were any conclusions reached at that
3  meeting that you can recall regarding
4  Capper-Volstead?
5  MR. DAVIS:  I object.  The question
6  calls for discussions held with UEP counsel
7  and asks for conclusions that were reached
8  from discussions with UEP counsel.
9  MR. GREENE:  It's a yes-or-no
10  question.  Mr. Davis, do you agree that the
11  witness can answer it yes or no?
12  MR. DAVIS:  If Mr. Neuwirth agrees
13  that a yes-or-no answer would not be any form
14  of a waiver to a follow-up question, then
15  that's perfectly fine.
16  MR. NEUWIRTH:  I don't think
17  there's ever a waiver to a follow-up question
18  on this type of thing.  So --
19  MR. GREENE:  Mr. Baker, I'm going
20  to ask him to re-read the question.  If it's a
21  yes-or-no question, you can answer the
22  question yes or no.
23  Could you please re-read --
24  MR. NEUWIRTH:  And I'll just say
25  I'm not agreeing it's a yes-or-no question,

**45**

1  but I'd agree that he can answer it yes or no
2  to deal with the objection.
3  MR. GREENE:  Okay.
4  MR. NEUWIRTH:  I think I can just
5  restate it because I think I remember it, but
6  let me know if anyone has a different
7  recollection of the question.
8  BY MR. NEUWIRTH:
9  Q.   At these two meetings of the Long Range
10  Planning Committee that you've referred to,
11  were any conclusions reached that you can
12  recall regarding Capper-Volstead?
13  A.   No, not that I recall.
14  Q.   And just to be clear, when you say not
15  that you can recall, does that mean that you
16  believe it's possible that conclusions may
17  have been reached, but you just don't remember
18  them at this point?
19  A.   I don't remember them in the meeting.
20  Whether there were conclusions that happened
21  at some other point where I wasn't there,
22  maybe they came from that meeting, but not
23  that I can remember.
24  Q.   Was there any discussion at the Long
25  Range Planning Committee about the number of

**12 (Pages 42 to 45)**

**HIGHLY CONFIDENTIAL**

---

**46**

1  layers of hens that UEP members had at the
2  present -- at that time?
3  A.  I don't -- I don't remember.
4  Q.  Do you know whether minutes of that long
5  range plan -- of those Long Range Planning
6  Committee meetings were kept?
7  A.  I don't recall that either.
8  Q.  Do you recall who were the members of the
9  Long Range Planning Committee?
10 A.  I can remember maybe a couple.
11 Q.  Who do you remember?
12 A.  I think Jim Dean.  I believe Craig
13 Willardson from Moark.  I think Roger Deffner
14 from National Foods.  Those are the only three
15 that I remember specifically.  I would be
16 guessing if I -- I don't recall anybody else
17 specifically.
18 Q.  And by whom is Mr. Dean employed, do you
19 know?
20 A.  He is employed by the Center Fresh Group
21 today.
22 Q.  And at the time of these meetings, do you
23 recall who he was employed by?
24 A.  I think it would've been Center Fresh
25 Group.

---

**47**

1  Q.  Is Michael Foods a member of the UEA?
2  A.  Yes.
3  Q.  And what is your understanding of the
4  relationship between the UEP and the UEA?
5  MR. DAVIS:  Objection, lacks
6  foundation.
7  BY MR. NEUWIRTH:
8  Q.  Do you understand that there is a
9  relationship between the UEP and the UEA?
10 A.  Yes.
11 Q.  And what is your understanding of that
12 relationship?
13 A.  The relationship as I know it is that
14 it's of shared resources.  Strictly from a
15 financial standpoint, it's a very small
16 organization with not a lot of membership and
17 so we do share some resources.
18 Q.  Now, given that the UEA is, as you've
19 described, a small organization with a small
20 membership, why does Michael Foods bother to
21 be a member of the UEA, if you know?
22 MR. GREENE:  Objection to the form
23 of the question.
24 Go ahead.
25 THE WITNESS:  The --

---

**48**

1  BY MR. NEUWIRTH:
2  Q.  Let me restate the question.
3  A.  Okay.
4  Q.  What is your understanding of why Michael
5  Foods chooses to be a member of the UEA given
6  your testimony that it's a small organization
7  with a small membership?
8  A.  It's a question primarily of purpose.
9  United Egg Producers is dedicated to the
10 production side, the farm production side.
11 UEA is focused on the processing and the
12 regulatory issues associated with the
13 processing side of it with USDA, FSIS and
14 those kinds of concerns.  So there's two
15 different definite focuses there.
16 Q.  Now, do you feel generally familiar from
17 your years of experience with the egg
18 processing business in the United States?
19 A.  I'm sorry --
20 MR. GREENE:  Objection, vague.
21 THE WITNESS:  Can you repeat the
22 question?
23 BY MR. NEUWIRTH:
24 Q.  Well, you referred to the fact that the
25 UEA focuses mainly on processing of eggs,

---

**49**

1  correct?
2  A.  Yes.
3  Q.  Is -- to your knowledge, across the
4  United States is there a smaller number of
5  companies involved in egg processing than
6  there is involved in producing eggs?
7  A.  Yes.
8  Q.  It's correct, isn't it, that between 2004
9  and the present the UEP has made
10 recommendations to producers suggesting that
11 they reduce the size of their flocks, correct?
12 MR. DAVIS:  Objection to form.
13 BY MR. NEUWIRTH:
14 Q.  You can answer.
15 A.  Yes.
16 Q.  And you recall that that's periodically
17 happened?
18 A.  Yes.
19 Q.  And is it correct that one of the methods
20 for reducing flock size is to adjust the
21 timing of molting of flocks?
22 A.  Yes.
23 Q.  And that another method is to adjust the
24 timing when companies dispose of spent hens?
25 A.  Yes.

**13 (Pages 46 to 49)**

---

**HIGHLY CONFIDENTIAL**

---

50

1    Q.   Let me give you a document that we will
2    mark as Baker Exhibit 2.  And this is minutes
3    of a United Egg Producers board of directors
4    meeting from May 11th to 12th, 2004.
5            MS. KASOWIRTH:  Can we get the Bates
6    numbers?
7            MR. NEUWIRTH:  Yes, the Bates
8    number is UE, I believe, 0153273 through 276.
9            MS. KASOWIRTH:  Thank you.
10           MR. NEUWIRTH:  And I will -- if I
11   ever fail to do a Bates number, please let me
12   know and I will try to do it all on my own
13   initiative.
14           (Exhibit Number 2 marked for
15   identification.)
16   BY MR. NEUWIRTH:
17   Q.   So, Mr. Baker, take whatever time you
18   need to look at this.  But my first question
19   is whether this is a document you recognize?
20   A.   (Reviews document.)  Yes.
21   Q.   And what do you recognize this as?
22   A.   The minutes from the May 11-12, 2004 UEP
23   board of directors meeting in D.C.
24   Q.   And this is a meeting you attended,
25   correct?

---

51

1    A.   Yes.
2    Q.   And let me ask you if you can turn to the
3    second page of this document which ends in the
4    Bates number -- which has the Bates number
5    ending 274.  And do you see that there is a
6    reference about two-thirds of the way down the
7    page to the Marketing Committee?
8            Do you see that?
9    A.   Yes.
10   Q.   In 2004, were you a member of the UEP
11   Marketing Committee?
12   A.   No.
13   Q.   Okay.  And is it correct that at that
14   time Dolph Baker from Cal-Maine was the
15   chairman of that committee?
16   A.   I don't know.  The minutes say he was.
17   Q.   But you have no independent recollection?
18   A.   No.
19   Q.   Okay.  And do you see that there's a --
20   it says that there was a motion that's listed
21   there stating:  It was moved by Baker and
22   seconded by Fortin to recommend that the
23   industry molt all flocks at 62 weeks and
24   dispose of spent hens by 108 weeks and that
25   this plan of action take place immediately and

---

52

1    carry through until August 1st, 2004.
2            Do you see that?
3    A.   Yes.
4    Q.   And do you see that it says that that
5    motion carried?
6    A.   Yes.
7    Q.   Do you recall whether you voted in favor
8    of that motion?
9    A.   No -- I mean, yes, I do recall.  And I
10   did not vote for this motion.
11   Q.   What was the reason that you did not vote
12   for this motion?
13   A.   As Michael Foods, we did not support the
14   Marketing Committee activities, did not -- we
15   did not participate in any of these activities
16   and we never voted for these.  And the minutes
17   don't suggest that.  It says:  Carried.  But I
18   never -- we never voted for.  If anything, it
19   was we didn't vote at all or we voted against
20   it.  But we did not participate and it was not
21   a -- it was not anything we usually supported
22   or ever supported.
23   Q.   Now, when you say that you did not
24   support the Marketing Committee activities,
25   what Marketing Committee activities are you

---

53

1    referring to?
2    A.   Primarily these types of activities
3    represented by the motion in question.
4    Q.   And by "these types of activities," you
5    mean efforts to reduce flock size?
6    A.   Yes.  Or for that matter, I don't think
7    we supported or really were interested in
8    hardly any of the marketing activities,
9    whether they -- you know, data they reported
10   on markets his -- I mean, we just -- it was
11   really a committee or an area where we just
12   did not focus that was not of material
13   importance sort of stuff.
14   Q.   Well, according to these minutes, after
15   the heading Marketing Committee, it says:
16   Committee Chairman Dolph Baker presented the
17   committee report and identified pending
18   problems for the financial stability of the
19   industry if some minor supply adjustments were
20   not made very quickly.
21           Do you see that?
22   A.   Yes.
23   Q.   Now, you've -- is it your position that
24   Michael Foods did not consider the financial
25   stability of the industry to be important?

---

**HIGHLY CONFIDENTIAL**

---

54

1  A.    From the standpoint -- this is primarily
2  a shell egg, a retail shell egg issue, which
3  we are not involved with materially.  So
4  that's why it really is an issue or again a
5  committee that just does not -- something that
6  we put a lot of effort or focus onto, I have
7  to admit.
8  Q.    Well, you say that it's not -- you didn't
9  abstain, you say you voted no?
10 A.    Yes.
11 Q.    Why would you vote no simply because this
12 was not something, to use your words, that
13 Michael Foods was materially involved with?
14 A.    We just didn't -- I just never agreed
15 with these kind -- that these methods ever
16 really fixed anything.  They were
17 short-term -- in my opinion, they were
18 short-term things that didn't necessarily fix
19 the problem anyway or their issue.  So we
20 just -- and in our business, we're a
21 liquid -- we're primarily egg products.  We
22 focus on having products for our customers
23 and they're completely -- there's a tie, but
24 they're still very unrelated in a lot -- in
25 many ways to this retail shell segment.  So --

---

55

1  Q.    Well, it's one thing -- you agree that
2  it's one thing to consider something
3  unimportant and it's yet another thing to
4  affirmatively vote against something?
5  A.    Yes.
6  Q.    So I take it that -- from your testimony
7  today that it -- that in addition to something
8  that was not important to Michael Foods,
9  according to your testimony, this was also
10 something that you affirmatively disagreed
11 with in terms of this particular type of
12 recommendation?
13 A.    Yes.
14 Q.    And did you agree, even if it was not
15 materially important to Michael Foods'
16 business, that as of May 2004 there were
17 pending problems for the financial stability
18 of the industry as referenced in this
19 document?
20        MR. GREENE:  Well, objection,
21 vague.
22 BY MR. NEUWIRTH:
23 Q.    Do you think that the -- do you see
24 here -- you were a member of the UEP board,
25 right?

---

56

1  A.    Yes.
2  Q.    You just told me that you disagreed with
3  what Mr. Baker recommended at this meeting,
4  correct?
5  A.    Yes.
6  Q.    And do you see that there's a description
7  here that I just read to you which says,
8  "Committee Chairman Dolph Baker presented the
9  committee report and identified pending
10 problems for the financial stability of the
11 industry if some minor supply adjustments were
12 not made very quickly"?
13        You see that, right?
14 A.    Yes.
15 Q.    And you've told me today you disagreed
16 with that, correct?
17 A.    Yes.
18 Q.    Do you think that what I just read to you
19 is vague in some way that you can't understand
20 what it means?
21 A.    No, I understand what he was meaning.
22 Q.    Okay.  So now my question again is:  Did
23 you believe that as of May 11th to 12th, 2004
24 it was correct, as stated here in these
25 minutes that you just looked at, that there

---

57

1  were pending problems for the financial
2  stability of the industry if some minor supply
3  adjustments were not made very quickly?
4  A.    I don't remember the specifics of the
5  supply and the situation at this moment in
6  time.  And again, in the egg products industry
7  it's a different issue for that segment of the
8  industry.  So again, not -- I'm not sure how
9  to answer your question, I guess, because it's
10 just something we just -- I don't know.  We
11 just -- it was not a material thing for us.
12 Q.    Right.  So just to be clear, you've said
13 that these issues related to production of
14 eggs for sale at retail were not material to
15 your business, is that right?
16 A.    Yes.  Yes, they a very small segment of
17 our overall business model.
18 Q.    And the larger segment of your overall
19 business model, I take it, was, as you've
20 said, processing?
21 A.    Yes, egg products.
22 Q.    Right.  Now, you've testified today that
23 the UEP is focused primarily on production,
24 while the UEA is focused primarily on
25 processing, right?

---

15 (Pages 54 to 57)

**HIGHLY CONFIDENTIAL**

58

1   A.   Yes.
2   Q.   And yet since 2004 you've been a member
3  of the board of directors of the UEP, correct?
4   A.   Yes.
5   Q.   And if production of eggs is, to use your
6  phrase, not a material part of Michael Foods'
7  business, why are you on the board of the UEP?
8         MR. GREENE:  Object to the
9  characterization.
10        Go ahead.
11        THE WITNESS:  We are egg producers.
12  That's why we're on United Egg Producers'
13  board.  And there are many issues related to
14  the UEP organization that relate to obviously
15  egg producers.  What this issue is about is
16  about marketing and selling retail shell eggs.
17  BY MR. NEUWIRTH:
18   Q.   Does Michael Foods not sell any retail
19  shell eggs?
20   A.   Yes, we do.
21   Q.   And what percentage of -- well, let me
22  ask:  Do you know what percentage of Michael
23  Foods' revenues typically come from the retail
24  sale of shell eggs -- or the sale of shell
25  eggs -- the sale -- let me rephrase that.

59

1       Do you know what percentage of Michael
2  Foods' revenues typically come from the sale
3  of shell eggs for retail sale?
4   A.   I do not.
5   Q.   So how do you know it's immaterial?
6   A.   I just know it's a small number, but I
7  don't know the exact number.
8   Q.   And does Michael Foods -- is Michael
9  Foods a public company?
10   A.   No.
11   Q.   Does Michael Foods do any sort of
12  reporting to investors to your knowledge?
13   A.   I'm not -- I'm not familiar exactly with
14  what the reporting requirements are for us.
15   Q.   Do you ever participate -- does Michael
16  Foods have a board of directors?
17   A.   Yes.
18   Q.   Do you ever attend meetings of the
19  Michael Foods board of directors?
20   A.   No, I do not.
21   Q.   Do you ever attend meetings of senior
22  management of Michael Foods?
23   A.   No, not necessarily.  I should say on
24  occasion, but very rare.
25   Q.   Okay.  Now, you've said that you voted

60

1  against this resolution from the Marketing
2  Committee that was referenced on the second
3  page of these May 11th to 12th, 2004 board of
4  directors minutes, correct?
5   A.   Yes.  And --
6   Q.   After the resolution --
7        MR. GREENE:  Were you done with
8  your answer?
9        THE WITNESS:  Yeah, may I add?  I
10  don't know that I specifically voted no.  In
11  many cases I may not have even been in the
12  room.  I don't know at this particular
13  meeting.  Because if you had -- if there was
14  something that I needed to do, a different
15  phone call, this would've been the opportunity
16  I would've used to go take care of something
17  and leave the meeting moment -- for a while.
18  So I don't know that I can even -- I don't
19  know if I was in the room when this motion was
20  voted on.  But I know I didn't vote against it
21  if I was there.  But I don't know if I was
22  even in the room because oftentimes we left
23  the room if this was the topic because we did
24  not participate, as I said, in this committee.
25  BY MR. NEUWIRTH:

61

1   Q.   So you're now withdrawing your earlier
2  testimony that you recall voting against it?
3   A.   Well, yes -- well, I think I -- I don't
4  know specifically that I voted against this
5  motion.  I voted against most -- some of these
6  motions over the years, but there was
7  multiples that these happened.  I don't
8  remember that it was this one specifically,
9  because oftentimes, as I say, I was out of the
10  room maybe when these -- these things were up.
11  So --
12   Q.   So are you withdrawing your testimony
13  that you gave earlier today that you voted
14  against this motion?
15        MR. GREENE:  Objection,
16  argumentative.
17        MR. NEUWIRTH:  It's not
18  argumentative.
19  BY MR. NEUWIRTH:
20   Q.   I'm just asking you --
21   A.   Well, I --
22   Q.   -- based on your testimony --
23   A.   Okay.
24   Q.   -- that you've just given, you are
25  withdrawing your testimony from earlier today

16 (Pages 58 to 61)

**HIGHLY CONFIDENTIAL**

---

**62**

1    that you voted against this motion?
2          MR. GREENE:  Objection.
3          THE WITNESS:  Okay.  I'm not
4    certain.  You can look -- we can look at the
5    transcript.  I thought I said -- when I
6    answered your question initially, I thought my
7    answer was I either voted no or didn't vote at
8    all was what I thought I answered.  So that's
9    why I just wanted to clarify because you keep
10   referring to -- saying I voted no.  And that's
11   what I wanted to clarify.  Because if I didn't
12   say that right the first time, then I am -- I
13   would like to correct that.  But I thought
14   that's what my answer was the very first time
15   was -- it was either I didn't vote at all or I
16   voted no.
17   BY MR. NEUWIRTH:
18   Q.   Now, after this resolution passed at the
19   UEP board meeting, did Michael Foods carry out
20   what was requested in this resolution?
21   A.   No.
22   Q.   So you just ignored it, by "you," I mean
23   Michael Foods just ignored it?
24   A.   Yes, just ignored it.
25   Q.   Now, with respect -- one more question

---

**63**

1    about this resolution.  It says that the
2    resolution was seconded by Fortin.
3          Do you know who Fortin is?
4    A.   I would think that was Joe Fortin.
5    Q.   Right.  There's a reference to Joe Fortin
6    on the first page of the document.
7          Do you know what company he was with?
8    A.   He was with Moark, I believe.
9    Q.   Now, do you recall that there was in 2004
10   an egg industry economic summit in Atlanta?
11   A.   Yes.
12   Q.   And did you attend that summit?
13   A.   No, I did not personally attend.
14   Q.   And do you recall why you did not attend?
15   A.   I don't recall why I didn't attend.
16   Q.   Do you know whether anybody from Michael
17   Foods attended?
18   A.   Toby Catherman who reported to me and was
19   based in Pennsylvania covered that meeting and
20   I think he was in attendance.
21   Q.   Okay.  And let me show you a document
22   that we'll mark as Baker Exhibit 3.  This
23   bears Bates numbers MF --
24          MR. NEUWIRTH:  Can I have someone
25   else read this number?

---

**64**

1          MS. TURNER-DODGE:  MFI0615604
2    through 609.
3          (Exhibit Number 3 marked for
4    identification.)
5    BY MR. NEUWIRTH:
6    Q.   And can you let me know once you've had a
7    chance to look at this document whether it's
8    something that you've seen before?
9    A.   (Reviews document.)  It's been a while,
10   but I think I have seen it, yes.
11   Q.   Right.  And is it correct that this is a
12   letter that UEP's chairman and senior vice
13   president, Mr. Deffner and Mr. Gregory, sent
14   to you on November 19th, 2004?
15   A.   Yes.
16   Q.   And do you see that the first line of the
17   letter says that UEP hosted an egg industry
18   economic summit in Atlanta on November 16th
19   and you missed it?
20   A.   Yes.
21   Q.   Let me ask you if you can turn to the
22   second page of the letter.  Do you see that it
23   says, "We then asked the..." -- this is at the
24   bottom of the page:  We then asked the
25   attendees if they wanted to be part of the,

---

**65**

1    quote, solution, close quote, in managing the
2    supply to meet an expected demand.
3          Do you see that?
4    A.   Yes.
5    Q.   And do you see it then says, "We offered
6    the two options that are now enclosed with
7    this letter"?
8    A.   (Reviews document.)
9    Q.   Do you see that?
10   A.   Yes.
11   Q.   Do you see that at the back of the letter
12   the last two pages refer to an option 1 and an
13   option 2?
14          Do you see that?
15   A.   (Reviews document.)  Yes.
16   Q.   What was your reaction, if you recall it,
17   to the two options that the UEP had presented
18   to UEP members that are included with this
19   letter?
20   A.   It was a similar to like the motion
21   (indicating) that was made in the spring of
22   2004.  Again, it is something that -- it was
23   just a little different spin with they were
24   trying to, I think, bring accountability to
25   their membership to try to -- or try to bring

---

17 (Pages 62 to 65)

**HIGHLY CONFIDENTIAL**

**66**

1  accountability to this option. We didn't
2  follow these options. So it didn't do
3  anything to us -- or, I mean, we didn't -- we
4  just ignored it as we normally did all of
5  those types of motions. So --
6  Q.  And did you -- did you agree with -- if
7  you go back to page 2 and you -- you see that
8  line we looked at? "We then asked the
9  attendees if they wanted to be part of the
10  solution in managing the supply to meet an
11  expected demand." Did you understand that one
12  of the objectives of at least the people who
13  wrote this letter, Mr. Deffner and
14  Mr. Gregory, was to have UEP members manage
15  the supply of shell eggs?
16  A.  No, I do not.
17       MR. DAVIS:  Objection, calls for
18  speculation.
19       MR. NEUWIRTH:  I'm asking his
20  understanding.
21  BY MR. NEUWIRTH:
22  Q.  Did you have an understanding that that
23  was one of the objectives?
24       MR. DAVIS:  Same objection, calls
25  for speculation.

**67**

1       THE WITNESS:  No, I did not.
2  BY MR. NEUWIRTH:
3  Q.  What did you understand was being
4  referred to in this line that refers to
5  managing the supply to meet an expected
6  demand?  Did you understand it to mean a
7  supply other than shell eggs?
8  A.  Oh.  You mean after the letter.  I
9  thought -- maybe I misunderstood the question.
10  I thought you were asking before going into
11  the meeting if we understood that was the --
12  Q.  No, no, no.  I'm asking --
13  A.  Oh.
14  Q.  -- when you received -- let me -- I'm
15  sorry if that was unclear.  When you received
16  this letter, did you understand that one of
17  the objectives of at least Mr. Deffner and
18  Mr. Gregory was to have UEP members manage the
19  supply of shell eggs?
20  A.  Coming --
21       MR. DAVIS:  Objection, calls for
22  speculation.
23       THE WITNESS:  Coming out of the
24  meeting, yes, that was quite clear.  Yes.
25  BY MR. NEUWIRTH:

**68**

1  Q.  Let me give you a document bearing the
2  Bate -- that starts with the Bates MFI0043142
3  and ends with that.  It's a single page.  And
4  let's mark that as Baker Exhibit 4.
5       (Exhibit Number 4 marked for
6  identification.)
7  BY MR. NEUWIRTH:
8  Q.  Do you see that this is -- at the top of
9  the page there is an email message from Vince
10  O'Brien to you?
11  A.  (Reviews document.)  Yes.
12  Q.  And who is Vince O'Brien?
13  A.  Vince O'Brien was our vice
14  president/general manager of our food
15  ingredient channel, I think, at this stage.
16  Q.  Okay.  Is he still with Michael Foods?
17  A.  Yes, he is.
18  Q.  And what is his current position?
19  A.  He's the vice president/general manager
20  of the food ingredient channel.
21  Q.  And what products are within the scope of
22  food ingredients at Michael Foods?
23  A.  Primarily it would be dry products,
24  frozen, short-shelf-life-liquid-type products.
25  But they actually sell any of our product

**69**

1  line.  It's more based on who the users are or
2  the purpose of what the egg is being consumed.
3  Q.  And in your role did you work closely
4  with Mr. O'Brien on a day-to-day basis as of
5  August 2005?
6  A.  Yes, we had some inter -- fairly regular
7  interaction because of the type of marketing,
8  selling, the relationship to markets and
9  things they were doing.
10  Q.  And do you see that in his email he
11  asks -- he says to you:  Is that second to
12  last paragraph a true statement?
13       Do you see that?
14  A.  Yes.
15  Q.  And do you agree that what he's referring
16  to is the second to last paragraph of the
17  email that he is forwarding to you?
18  A.  Yes.
19  Q.  And that's an email that a Mark Witmer
20  sent to a group of recipients including
21  Mr. O'Brien, correct?
22  A.  Yes, appears to be true.  Yes.
23  Q.  And is Mark Witmer, if I'm reading his
24  name correctly, someone at Michael Foods?
25  A.  Yes, he was an MFI employee.

**18 (Pages 66 to 69)**

**HIGHLY CONFIDENTIAL**

70

1  Q.  And what was his role as of 2005, if you
2  recall?
3  A.  I'm not sure.  He was in our corporate
4  staff, but I don't recall what his exact title
5  was.
6  Q.  And what he was forwarding to you was
7  what looks to be an AP story with the heading
8  Cal-Maine Foods Slides to 4Q Loss.
9  Do you see that?
10  A.  Yes.
11  Q.  And then looking at the second to last
12  paragraph, it says -- and I -- it looks like
13  this is cut off, but I believe it says:  The
14  company said the egg industry has since taken
15  action to reduce the size of laying flocks and
16  the supply of eggs, and as a result, egg
17  prices have recovered over the last six or
18  seven weeks.
19  Do you see that?
20  A.  Yes.
21  Q.  At the time Mr. O'Brien asked you if that
22  second to last paragraph is a true statement,
23  did you understand that second to last
24  paragraph to be a true statement?
25  A.  You know, I don't know, don't know the

71

1  exact details at this moment in time, whether
2  we agreed, disagreed or had an opinion.
3  Q.  Do you have any understanding of why
4  Mr. O'Brien was asking you whether this was a
5  true statement?
6  A.  No, I do not.
7  Q.  Do you have any understanding of why
8  information about a reduction of flock size by
9  Cal-Maine would've been of interest to
10  Mr. O'Brien?
11  MR. GREENE:  Objection, calls for
12  speculation.
13  MR. DAVIS:  Objection,
14  mischaracterizes the document.
15  BY MR. NEUWIRTH:
16  Q.  The document says, doesn't it, that the
17  company said the egg industry has since taken
18  action to reduce the size of laying flocks and
19  the supply of eggs?
20  Do you see that?
21  A.  Yes.
22  Q.  Do you have any understanding of why that
23  would have been of interest to Mr. O'Brien
24  sufficient to cause him to ask you about it?
25  MR. GREENE:  Same objection.

72

1  THE WITNESS:  No, I do not.
2  BY MR. NEUWIRTH:
3  Q.  Now, you'll recall that you testified
4  earlier about the fact that the UEP
5  periodically would send recommendations on
6  having members reduce flock sizes, correct?
7  A.  Yes.
8  Q.  Let me show you a document bearing the
9  Bates number MFI0110364.  And we'll mark that
10  as Exhibit 5, Baker Exhibit 5.
11  (Exhibit Number 5 marked for
12  identification.)
13  BY MR. NEUWIRTH:
14  Q.  And do you see that this is an email that
15  Gene Gregory of the UEP sent to you and a
16  number of other people on December 8th, 2006?
17  A.  (Reviews document.)  Yes.
18  Q.  And do you see that the subject is
19  Supply/Demand?
20  A.  Yes.
21  Q.  Now, from looking at the list of
22  recipients of this email, do you understand
23  this to be an email from Mr. Gregory to
24  members of the UEP board?
25  A.  I don't know for certain.  But it appears

73

1  that would be what this was, but I can't
2  confirm.
3  Q.  Now, do you see that in the -- in the
4  final three paragraphs of this letter
5  Mr. Gregory writes:  We suggest at that date
6  or by about December 17th, that shell egg
7  producers molt or slaughter any flock that was
8  scheduled for late December or during January.
9  Moving up your molt or slaughter schedule a
10  couple of weeks could pay big dividends.
11  Let's maintain these profitable prices.
12  Do you see that?
13  A.  Yes.
14  Q.  Do you know whether Michael Foods
15  followed this -- these suggestions, that shell
16  egg producers molt or slaughter any flock that
17  was scheduled for late December or during
18  January by about December 17th?
19  A.  Can you -- can you repeat that again?
20  Q.  Sure.  Do you see that there is a
21  recommendation -- or a suggestion here by
22  Mr. Gregory that shell egg producers molt or
23  slaughter any flock that was scheduled for
24  late December or during January by about
25  December 17th?

19 (Pages 70 to 73)

**HIGHLY CONFIDENTIAL**

---

**74**

1  A.   I guess I'm still not -- are you asking
2  did we do what he's asking us to do?
3  Q.   Well, I'm asking first:  Do you see this
4  is what he suggested?
5  A.   Oh, okay.  Yes, I see it.
6  Q.   And then the next question is:  Do you
7  understand that Michael Foods did or did not
8  follow that recommendation?
9  A.   No, we did not follow that
10  recommendation.
11  Q.   And do you recall at the time any
12  decision-making process at Michael Foods with
13  respect to this recommendation?
14  A.   No.  It's (indicating).
15  Q.   Was it something that Michael Foods
16  would've just ignored?
17  A.   Yes.
18  Q.   And I see you lifting your hand.  Is that
19  supposed to be a signal like throwing it to
20  the trash bin?
21  A.   Well, it -- we file it.  That would be
22  it.
23  Q.   Now, are you familiar with the UEP
24  Certified program?
25  A.   Yes.

---

**75**

1  Q.   And did that program go by the acronym
2  ACC at some earlier point?
3  A.   Early on -- I think in the early years it
4  did and then it changed -- was changed later
5  to the UEP Certified.
6  Q.   Now, it's correct that -- isn't it, that
7  Michael Foods did not apply to join that
8  program -- and by that I mean certified
9  program, which may have been called ACC at the
10  time.  Michael Foods did not apply to join
11  that program when it was first started,
12  correct?
13  A.   Yes, that's correct.
14  Q.   And were you involved in Michael Foods'
15  decision not to apply to join that program
16  when it was started?
17  A.   Wasn't my decision, but it was in part of
18  a group where we discussed it.
19  Q.   And what is your understanding of why
20  Michael Foods chose not to join the certified
21  program when it was first started?
22  A.   Our initial response was that -- our
23  business model has always been all about
24  customer choice and at the outset we were not
25  sure what the demand was going to be.  We had

---

**76**

1  a customer -- one major customer, national
2  account who was looking at animal welfare, the
3  Burger King Corporation, in 2002, in that --
4  around that time period.  And so we knew what
5  they wanted.  And they had a specific program
6  of their own that we implemented in 2002.  But
7  as it related to ACC, we just were unclear yet
8  at that point what the demand was because we
9  knew there was a cost associated and we
10  weren't sure how you would recover that cost
11  if there was no -- you know, we were looking
12  for customer demand because, again, most of
13  our model has always been customer choice.
14  Q.   And what is the reason why Michael Foods
15  gives priority to customer choice?
16  A.   It's just been kind of one of our
17  philosophies for a long -- many, many -- a
18  long time actually.
19  Q.   And do you have an understanding of why
20  that's been a philosophy of the company for a
21  long time?
22  A.   We just try to be customer centric, I
23  guess.  I'm -- I don't know if there's
24  anything other than that.  But, I mean, I
25  think we've just always tried to focus on the

---

**77**

1  customer and let the marketplace -- I mean,
2  we're free market people.  So we would prefer
3  to let the market take these -- give you the
4  direction and would tell us where to go.
5  Q.   And is that one of the reasons why
6  Michael Foods was concerned about the feature
7  of the certified program when it was started
8  that required 100 percent compliance of all
9  company production facilities in order to
10  participate in the program?
11  A.   Is that why we were concerned?  Yes.
12  Yes.
13  Q.   And is it correct that Michael Foods felt
14  that the 100 percent compliance requirement of
15  the certification program would create costs
16  that Michael Foods might need to pass on to
17  its customers?
18       MR. GREENE:  Object to the form and
19  lack of foundation.
20  BY MR. NEUWIRTH:
21  Q.   You can answer.
22  A.   Yes, that would be accurate.
23  Q.   Now, do you recall that in roughly 2003
24  the UEP's Animal Welfare Committee approved a
25  policy allowing non-certified producers to

---

**HIGHLY CONFIDENTIAL**

78

1   purchase and market certified eggs?
2   A.   Yes, I'm aware of that.
3   Q.   And is it correct that this policy would
4   enable a producer like Michael Foods to
5   purchase and sell certified eggs only to meet
6   customer demand?
7   A.   Yes.
8   Q.   And did Michael Foods choose to take
9   advantage of this feature of the animal -- I'm
10  sorry, the certified program that was adopted
11  in roughly 2003?
12  A.   No.
13  Q.   And what was the reason that Michael
14  Foods did not choose to participate in that?
15  A.   We were -- we were meeting with many
16  customers that had interest and we just were
17  looking for that customer -- for somebody to
18  actually pull the trigger, so to speak, to
19  exercise that program or that option that they
20  had provided us.  And so we had every
21  intention of doing that, you know, in 2003.  I
22  think that sounds right.
23  Q.   Right.  And is what you're saying that it
24  turned out that at least at that point in time
25  you didn't have any customer demand that would

79

1   have given Michael Foods a reason at that
2   point to take advantage of that feature of the
3   program?
4   A.   Yes.  I mean, we had many customers we
5   were talking to.  There was a lot of education
6   going on.  A lot of people really didn't
7   understand -- the laypeople really didn't have
8   a -- didn't understand this whole thing.  And
9   so we spent a lot of time, a lot of
10  meetings -- customer meetings explaining, you
11  know, what was going on and what the animal
12  welfare programs or husbandry programs would
13  do.  But no, nobody was quite ready to
14  actually execute at that point.  And so we
15  just hadn't followed through on it at that
16  point.
17  Q.   And when you say no one was quite ready,
18  I take it you were referring to you didn't
19  have any customers that were prepared to say
20  they only wanted to purchased these certified
21  eggs?
22  A.   Yes.  At that point we had McDonald's --
23  you know, McDonald's was already on their own
24  program.  They were probably the first.  And
25  then BK had followed, which was our customer.

80

1   And so they, of course, were -- those -- we
2   were actively in those programs, but other
3   customers were still on the edge but they just
4   weren't quite ready in 2003 is my
5   recollection, at least from the customers we
6   were aware of.
7   Q.   And BK, I take it, again, you're
8   referring to Burger King, is that --
9   A.   I'm sorry.  Yes, Burger King.
10       MR. GREENE:  Can I just remind you
11  to let Mr. Neuwirth finish his question --
12       THE WITNESS:  Sure.
13       MR. GREENE:  -- before you start
14  your answer.  I'm sure that will make it
15  easier for the court reporter.
16       THE WITNESS:  Okay.
17  BY MR. NEUWIRTH:
18  Q.   Now, do you recall that this new
19  provision that was adopted in 2003 to allow
20  producers to purchase and sell certified eggs
21  only to meet customer demand was actually
22  approved by the UEP board of directors?
23  A.   Yes.
24  Q.   And did you participate in that vote?
25  A.   I believe I did, yes.

81

1   Q.   And did you vote in favor of that
2   provision?
3   A.   Yes.
4   Q.   Now, a point came in early 2005, correct,
5   when the UEP then switched course and went
6   back to a requirement that participants in the
7   UEP Certified program have 100 percent
8   compliance, right?
9   A.   Yes.
10  Q.   So prior to that point when the UEP went
11  back to a requirement of 100 percent
12  compliance, is it correct that Michael Foods
13  never chose to take advantage of the provision
14  that would have allowed Michael Foods to sell
15  some UEP Certified eggs without 100 percent
16  compliance?
17       MR. GREENE:  Object to the
18  characterization.
19       MR. DAVIS:  Object to the form.
20  BY MR. NEUWIRTH:
21  Q.   Let me rephrase the question.  We've
22  talked today about a provision that was
23  approved in 2003 at a board meeting you
24  attended that would allow non-certified
25  producers to purchase and market certified

21 (Pages 78 to 81)

**HIGHLY CONFIDENTIAL**

---

**82**

1  eggs, correct?
2  A.  Yes.
3  Q.  And that program -- that opportunity
4  remained in place until 2005 when the UEP
5  ended that policy and went back to requiring
6  100 percent compliance for any company that
7  wanted to sell UEP Certified eggs, correct?
8      MR. GREENE:  Object to the
9  characterization.
10      THE WITNESS:  Yes.
11  BY MR. NEUWIRTH:
12  Q.  And it's correct, isn't it, that during
13  that period from 2003 to 2005 when Michael
14  Foods could have sold certified eggs it never
15  chose to do that?
16  A.  Yes, that's true.
17  Q.  And is that, again, because throughout
18  that period you didn't -- Michael Foods didn't
19  have any customer request or demand that
20  would've justified doing that?
21  A.  Not that I'm aware of, no.
22  Q.  But presumably you would've been familiar
23  with that if it had occurred, right?
24  A.  Yes.
25  Q.  Now, turning back to 2005 when the UEP

---

**83**

1  put back in place the 100 percent compliance
2  requirement for participation in the certified
3  program, I take it that that was something you were
4  opposed to?
5  A.  Yes, definitely.
6  Q.  And by "you," I mean you, Mr. Baker, as a
7  member of the board there on behalf of Michael
8  Foods.
9  A.  Yes.
10  Q.  Let me give you a document -- a document
11  that starts with the Bates number UE0210299
12  through 303.  And we're marking this as Baker
13  Exhibit 6.  And these are minutes of a UEP
14  board of directors meeting from January 25th,
15  2005.
16      (Exhibit Number 6 marked for
17  identification.)
18  BY MR. NEUWIRTH:
19  Q.  And is it correct, Mr. Baker, that these
20  are minutes of a January 25th, 2005 UEP board
21  of directors meeting that you attended?
22  A.  (Reviews document.)  Yes.
23  Q.  Let me ask you if you could turn to the
24  page which is the third page of the document
25  that has the Bates number ending in 301.  And

---

**84**

1  if you look near the top of the page, do you
2  see that there are two motions referenced?
3  A.  (Reviews document.)  Yes.
4  Q.  And I'd like to focus on the second one.
5  And again, as I'm sure your counsel will tell
6  you, you're always free to look at any part of
7  this document you want to.  I'm not trying to
8  inhibit your review.  But -- and if you're
9  ever not ready to answer questions, tell me.
10  But I -- what I'd like to focus on first is
11  the second motion that's listed on the top of
12  the page.  It says:  It was moved by Mooney
13  and seconded by Dean to recommend that the
14  current intentions program for flocks to be
15  disposed of four weeks earlier than previously
16  scheduled and/or flock size reduction by five
17  percent be extended through Labor Day.
18      Do you see that?
19  A.  Yes, I do.
20  Q.  What is -- do you have an understanding
21  of what the intentions program was?
22  A.  I do not recall exactly what it was
23  about.
24  Q.  Okay.  If you then turn to the next page,
25  do you see that at the bottom of the page, and

---

**85**

1  this is the page ending in Bates number 302,
2  there's a reference to motion number 1, motion
3  number 2, motion number 3 and motion number 4?
4      Do you see that?
5  A.  Yes, I do.
6  Q.  And is it correct that these are all
7  motions that came out of the Animal Welfare
8  Committee report at this meeting?
9  A.  Yes.
10  Q.  And I'd like you, if you could, to focus
11  first on motion number 2.  And do you see that
12  it says, "It was moved by Oldenkamp and
13  seconded by Fortin to approve the preamble and
14  motion stating, quote, in order to protect the
15  integrity of the ACC program and logo and in
16  view of the difficulty in preventing the
17  commingling of certified eggs with
18  non-certified eggs and to treat all egg
19  producers equally, it is hereby moved that no
20  new licenses to market Animal Care Certified
21  eggs will be issued or renewed to producers
22  who are not ACC certified"?
23      Do you see that?
24  A.  Yes, I do.
25  Q.  And it says that the motion carried with

---

22 (Pages 82 to 85)

**HIGHLY CONFIDENTIAL**

---

86

1  a vote of 19 yes and eight nos, correct?
2  A.   Yes.
3  Q.   And it's correct that you, Mr. Baker,
4  were one of the no votes, correct?
5  A.   Absolutely.
6  Q.   Now, just to quickly go over some terms
7  before we talk about the substance, is it
8  correct that the ACC program referred to there
9  is what was at that time the name of what has
10 now come to be called the UEP Certified
11 program?
12 A.   Yes.
13 Q.   And is it correct that in order to be ACC
14 certified a producer had to comply with the
15 100 percent requirement?
16 A.   Yes.
17 Q.   And so is it correct that the practical
18 import of this motion was that the only way a
19 company could sell UEP Certified eggs was if
20 at the time it was ACC certified and complying
21 with the 100 percent requirement?
22 A.   I -- yes, that's correct.  That was my
23 understanding.
24 Q.   And is that the reason that you voted no?
25 A.   Yes.

---

87

1  Q.   Now, it says here -- we read in the
2  description that -- there's a phrase:  In view
3  of the difficulty in preventing the
4  commingling of certified eggs with
5  non-certified eggs, right, you see that?
6  A.   Yes.
7  Q.   And that was something that you strongly
8  disagreed with as a premise for this motion,
9  correct?
10     MR. GREENE:  Objection, lack of
11 foundation.
12 BY MR. NEUWIRTH:
13 Q.   That's correct, isn't it?
14 A.   I'm sorry.  Repeat the question.
15 Q.   This says that one of the reasons for
16 this motion is in view of the difficulty in
17 preventing the commingling of certified eggs
18 with non-certified eggs, right?
19 A.   Yes.  I'm not aware of where all their --
20 the motivation came from for this motion.  And
21 I don't know if that was a specific problem at
22 that time, you know, with enforcing the rules
23 or guidelines.  We're not involved in that
24 part of it.
25 Q.   Mr. Baker, you don't recall that you

---

88

1  disagreed with the premise that it would be
2  difficult to prevent commingling of certified
3  and non-certified eggs?
4      MR. GREENE:  Objection,
5  argumentative.
6      THE WITNESS:  Not necessarily, no,
7  I do not.  Because we had provided audit
8  guidelines.  We worked with staff to be able
9  to audit these -- the movement of eggs and to
10 try to put some integrity into the program to
11 prevent that from happening.  So --
12 BY MR. NEUWIRTH:
13 Q.   Right.
14 A.   -- I'm not sure why this was -- yeah, I
15 guess I don't recall exactly.  But I mean, we
16 talked about it, yes.
17 Q.   You, Mr. Baker, based on your experience
18 at Michael Foods --
19 A.   Uh-huh.
20 Q.   -- did not believe that at Michael Foods
21 there was a problem distinguishing between
22 certified and non-certified eggs, correct?
23 A.   That is correct.
24 Q.   And you felt strongly that that was
25 something that Michael Foods could easily

---

89

1  prevent, correct?
2  A.   Yes.  Yes.
3  Q.   And you expressed that view to the UEP
4  when there was discussion about the
5  100 percent requirement of the certified
6  program, correct?
7  A.   I must have.  I don't recall
8  specifically.  There was so many discussions
9  in that period on these -- on this issue.  I'm
10 sure that I did actually because, yeah, we had
11 no issue about -- we were very accustomed to
12 doing those things for customers and specific
13 specifications.  So for us segregation and
14 documentation was a non-issue to us.
15     MR. GREENE:  Steve (indicating).
16     MR. NEUWIRTH:  Yes.  Absolutely.
17 BY MR. NEUWIRTH:
18 Q.   Your counsel has looked at his watch and
19 indicated he'd like to take a break.  And as I
20 said earlier, anytime anyone wants to take a
21 break for any reason, we can do that.
22     THE VIDEOGRAPHER:  We are going off
23 the record.
24     The time is 10:03 a.m.
25     (Recess.)

---

23 (Pages 86 to 89)

**HIGHLY CONFIDENTIAL**

90

1          THE VIDEOGRAPHER:  We are back on
2    the record.  This marks the beginning of
3    videotape number 2 in the deposition of
4    Terry Baker.
5          The time is 10:17 a.m.
6    BY MR. NEUWIRTH:
7    Q.    Mr. Baker, if we could look again at the
8    minutes of the January 25th, 2005 board
9    meeting.  There is a third motion that's
10   listed on the bottom of the page we were
11   looking at ending with the Bates number 302,
12   which says:  It was moved by Oldenkamp and
13   seconded by Clanton that a license to market
14   ACC eggs may be issued to shell egg processors
15   and further egg processors who do not own or
16   operate egg production facilities.
17         Do you see that?
18   A.    Yes.
19   Q.    It says that that motion carried with 26
20   yes and two no votes.
21         Do you see that?
22   A.    Yes.
23   Q.    Do you recall if you were one of the two
24   no votes on that motion?
25   A.    Yes.

91

1    Q.    And what was the reason that you voted no
2    to that motion?
3    A.    The same reason we voted no on the motion
4    above it.  They were related motions or almost
5    companion motions.  So same issue for us.
6    Q.    Well, this issue has to do with
7    continuing to allow shell egg processors and
8    further egg processors to get a license to
9    sell certified eggs without having to be ACC
10   certified companywide, correct?
11   A.    Yes.
12   Q.    And why would that have been something
13   that Michael Foods opposed?
14   A.    Well, this motion was even -- was more --
15   we were more opposed to this motion even than
16   the prior one because this motion would
17   allow -- potentially could have allowed some
18   of our competitors who were just processors in
19   the egg products business to actually market
20   ACC eggs.  And since we're an egg producer and
21   a processer at that point in time, we were
22   precluded without joining or being 100 percent
23   in the program.  So this motion was actually
24   more threatening to us probably even than the
25   other one.

92

1    Q.    Now, this motion had fewer no votes than
2    motion number 2, which had eight no votes.  Do
3    you have any recollection of why only you and
4    one other person voted no to this motion
5    number 3?
6    A.    I'm a little bit mystified, but I do not
7    at this moment.  I didn't remember there were
8    only two no votes until I saw this.
9    Q.    Do you happen to remember who else voted
10   no to this third motion?
11   A.    I do not.
12   Q.    These motions that we're looking at that
13   came out of the Animal Welfare Committee that
14   you voted against, they came at a time when
15   egg prices had dropped significantly, correct?
16   A.    Yeah, I don't have the markets in front
17   of me, but generally I think that might have
18   been the case.  I don't know for sure without
19   looking.
20   Q.    Let me ask if you could look at the first
21   page of these minutes.  And do you see there
22   is a section called Chairman's Comments on the
23   first page at the bottom?
24   A.    (Reviews document.)  Yes, I do.
25   Q.    And was it typical that board minutes

93

1    would start out with a section reflecting the
2    chairman's comments at the start of a meeting?
3    A.    In some cases, yes.
4    Q.    Did the chairman of the UEP frequently
5    address the board of directors at meetings?
6    A.    Yes.  Generally on the agenda there's
7    always a section for the chairman's comments.
8    Whether -- where it fits in the agenda, I
9    don't know necessarily.
10   Q.    Okay.  And do you see that the -- that
11   his -- that Chairman Deffner's comments
12   recorded in this minutes begin with, quote:
13   It was just a year ago that we met in this
14   very hotel and we were so full of optimism.
15   All indicators were that we could sustain $1
16   plus eggs for an extended period and the price
17   structures for the next 18 months.  We took
18   care of that.  The market came full circle
19   with prices from $1.35 to $0.59.
20         Do you see that?
21   A.    Yes, I do.
22   Q.    And do you recall that as of January 2005
23   there had been a substantial drop in price for
24   eggs from something like a $1.35 to $0.59?
25   A.    Yes, I remember the drop.  I just didn't

**24 (Pages 90 to 93)**

**HIGHLY CONFIDENTIAL**

---

**94**

1  recall the timing precisely because '04 was a
2  record market year, I believe, at that point.
3  And then in '05 and '06 generally markets were
4  below cost of production, I think, for a good
5  chunk of those years.  So I just didn't recall
6  the exact timing, but this is a reminder, I
7  guess, that it was in that period.
8      Q.   And this shows that as of the January
9  2005 board meeting there had already been a
10  significant price drop, correct?
11     A.   Yes.
12     Q.   It then says:  We don't have to accept
13  low prices and we can have a good 2005 if we
14  just make a few changes and work together.
15         Do you see that?
16     A.   Yes.
17     Q.   Do you have a recollection of what
18  changes Chairman Deffner was referring to when
19  he said that?
20     A.   No, not specifically.
21     Q.   We're done with that set of board minutes
22  for now.
23         Do you have a recollection that in the
24  period 2004, 2005, 2006 the UEP would
25  periodically send its members economic alerts

---

**95**

1  describing conditions in the market?
2         MR. DAVIS:  Objection, lacks
3  foundation.
4         THE WITNESS:  I don't recall those,
5  but could've been.  I just don't recall them.
6  BY MR. NEUWIRTH:
7      Q.   Let me give you a document bearing the
8  Bates number MF1006 -- sorry, 10006321 and
9  322.  And we'll mark this as, I believe,
10  Exhibit 7.  MFI:  I'm sorry.  The Bates number
11  is MFI0006321.
12         (Exhibit Number 7 marked for
13  identification.)
14  BY MR. NEUWIRTH:
15     Q.   Once you've had a chance to take a look
16  at this document, can you let me know if you
17  recall seeing it before?
18     A.   (Reviews document.)  I don't recall
19  seeing this.
20     Q.   Okay.  I can represent to you that when
21  this document was produced in this case you
22  were identified by Michael Foods as the
23  custodian of the document.
24     A.   Okay.
25     Q.   Do you see that at the top of the first

---

**96**

1  page it says:  Egg Industry Economic Alert,
2  Alert, Alert?
3      Q.   Do you see that?
4      A.   Yes.
5      Q.   Is something like this -- does this
6  appear extraordinary to you, or is this the
7  type of thing that the UEP, to your
8  recollection, would periodically send to
9  members?
10         MR. GREENE:  Objection to form,
11  confusing.
12         MR. NEUWIRTH:  What's confusing
13  about the question?
14         MR. GREENE:  Well, there's sort of
15  two different questions, not clear exactly how
16  you're supposed to answer the first part
17  versus the second part.
18         MR. BARNES:  It's compound.
19         MR. GREENE:  Compound probably a
20  better objection.
21  BY MR. NEUWIRTH:
22     Q.   Do you have a recollection of
23  periodically receiving egg industry economic
24  alerts of this type from the UEP?
25     A.   No.

---

**97**

1      Q.   Now, after -- if you can go back and look
2  again at the January 25th, 2005 board minutes.
3  I just want to focus your attention on the
4  second -- on the third -- on the fourth page
5  of those minutes, the page ending with 302.
6  Motion number 2 and number 3 that came out of
7  the Animal Welfare Committee that were
8  approved by the UEP but you told us you voted
9  against, right?
10     A.   Yes.
11     Q.   After the passage of those two motions,
12  did a point come when Michael Foods considered
13  suing the UEP as a result of the passage of
14  those motions?
15     A.   No.  We had some limited discussion on
16  options, but nothing that was -- but there was
17  never anything really concrete or really --
18  really considered as a serious -- or, you
19  know, as a definite option.
20     Q.   Did Michael Foods after the passage of
21  motions number 2 and number 3 listed here
22  consider cancelling its membership in the UEP
23  as a result?
24     A.   We did.  It was always a consideration.
25  And there were some of the internal folks

---

25 (Pages 94 to 97)

**HIGHLY CONFIDENTIAL**

---

98

1  within MFI that thought we should consider
2  that. But at the end of the day we always
3  felt it was better to stay as part of the
4  process and try to work from within.
5  Q.  And MFI, you're referring to Michael
6  Foods?
7  A.  Michael Foods.
8        MR. NEUWIRTH: Let's mark as Baker
9  Exhibit 8 a document bearing the Bates number
10  MFI0614973 through 75.
11        (Exhibit Number 8 marked for
12  identification.)
13  BY MR. NEUWIRTH:
14  Q.  And my only question on this document is
15  if you can just confirm that this document
16  includes an email that Gregg Ostrander sent to
17  you and others on February 8th, 2005 and an
18  email that you sent to a group of people on
19  February 7th, 2005.
20  A.  (Reviews document.) I'm sorry. What was
21  the -- was there a question?
22  Q.  Is it correct that from the middle of the
23  first page of this document through to the end
24  there is an email that you, Terry Baker, sent
25  to a group of people on February 7th, 2005?

---

99

1  A.  Yes.
2  Q.  And above that on the first page is an
3  email that Mr. Ostrander sent to you and
4  others on February 8th, 2005, correct?
5  A.  Yes.
6  Q.  And do you recall sending the email that
7  is set forth here from February 7th, 2005?
8  A.  Yes, I do.
9        MR. NEUWIRTH: Let's mark as Baker
10  Exhibit 9 a document bearing the Bates number
11  MFI0027797 and 0027798. Again, this is Baker
12  Exhibit 9. And actually, let me clarify.
13  This bears the Bate -- there is a cover email
14  which bears the Bates number MFI0027797 and
15  then an attachment that bears the Bates number
16  MFI0027798 through 801.
17        (Exhibit Number 9 marked for
18  identification.)
19  BY MR. NEUWIRTH:
20  Q.  Is it correct that what we have on the
21  cover here, Mr. Baker, is an email that you
22  sent to JD Clarkson, Gregg Ostrander,
23  Toby Catherman and Tim Bebee on April 16th,
24  2005?
25  A.  (Reviews document.) Yes.

---

100

1  Q.  Is it correct that what you attached to
2  this email was a document that was created
3  within Michael Foods?
4  A.  Yes.
5  Q.  And it was a document that had been
6  created, according to your email, by Toby
7  Catherman, correct?
8  A.  Yes.
9  Q.  And did you have any role working with
10  Mr. Catherman on the creation of this attached
11  document?
12  A.  Yes, we would have worked together to do
13  this.
14  Q.  Now, on your email on the first page you
15  say: Toby and I had a conference call earlier
16  today with our Midwest producer group. And
17  then you name some members of the group.
18        Do you see that?
19  A.  Yes.
20  Q.  Can you tell me what this Midwest
21  producer group was?
22  A.  Primarily it was some people that --
23  within the industry who had some similarity
24  and viewpoints on some of the recent motions
25  and things that had been occurring in UEP.

---

101

1  And it was a little bit of a variety. They
2  weren't all of the same make-up, of course.
3  But there were some similarities or at least
4  some common philosophy or thoughts about some
5  of the direction at UEP.
6  Q.  Right. And as you indicate, one of the
7  members was -- one of the participants in that
8  group was Sparboe?
9  A.  Yes.
10  Q.  And in particular you -- on the
11  conference call you refer to Beth Schnell and
12  Wayne Carlson both participated, correct?
13  A.  Yes.
14  Q.  Now, if you look at the end of the
15  document, do you see that on the last two
16  pages there are handwritten notes?
17  A.  (Reviews document.) Yes.
18  Q.  Are those your handwritten notes?
19  A.  No, they are not.
20  Q.  Do you happen to recognize the
21  handwriting as belonging to anyone that you
22  know?
23  A.  Not -- no, I do not for sure.
24  Q.  If you look at the page -- the second
25  page of this exhibit, which is the first page

---

26 **(Pages 98 to 101)**

**HIGHLY CONFIDENTIAL**

---

102

1    of the attachment to the email with the Bates
2    number ending 798, do you see that around the
3    middle -- that the first thing that's
4    referenced on the page are that motion
5    number 2 and motion number 3 that we had
6    looked at from the January 2005 UEP board of
7    directors minutes?
8        Do you see that?
9    A.   Yes.
10   Q.   And do you recognize that those are the
11   motions that are being discussed here?
12   A.   Yes.
13   Q.   And then there's a section entitled
14   Reasons for motions.  Do you see that?
15   A.   Yes, I do.
16   Q.   And is it fair to say that this was an
17   effort to set forth your and Mr. Catherman's
18   understandings of the reasons why these
19   motions were made and adopted?
20   A.   Yeah, it -- these were probably a
21   collection of some of the innuendo, rumors
22   that we had heard talking to various sources
23   after the meeting and post meeting, certainly
24   not fact necessarily.  But those were some of
25   the things we were hearing.

---

103

1    Q.   And it is a fact that those were things
2    you were hearing, correct?
3    A.   Yes.
4    Q.   And this -- this -- this attachment to
5    your email without the handwritten notes on
6    the last two page was something that Michael
7    Foods ended up presenting to the UEP Animal
8    Welfare Committee, correct?
9    A.   You know, I don't recall.  That's
10   possible.  I just don't recall for sure if we,
11   in fact, did circulate this with that group
12   later on.
13   Q.   Do you recall that -- you were not a
14   member of the Animal Welfare Committee,
15   correct?
16   A.   Correct.
17   Q.   But do you recall attending a meeting of
18   the Animal Welfare Committee to present what
19   is attached to this email?
20   A.   Yeah, I don't remember the timeline.  But
21   I think there was a meeting that Toby and I
22   attend, a committee meeting that was separate
23   from a board meeting of the -- it was just an
24   Animal Welfare Committee meeting on its own.
25   And I believe -- that must've been the meeting

---

104

1    that followed up the January meeting.
2    Q.   Who is Bob Krouse, K-r-o-u-s-e?
3    A.   Bob was the president or CEO of Midwest
4    Poultry.
5    Q.   And was Midwest Poultry -- well, your
6    email indicates, right, that Midwest Poultry
7    was part of this Midwest producer group that
8    you and Mr. Catherman spoke to about this
9    attachment to your email of April 16th, 2005,
10   correct?
11   A.   Yes.
12       MR. NEUWIRTH:  And let's mark as
13   Baker Exhibit 10 a document bearing Bates
14   numbers UE0221301 through 308.  And this Bates
15   range includes a cover letter, minutes of a
16   Producer Committee For Animal Welfare from
17   April 19th, 2005 and an attachment bearing the
18   heading UEP Animal Welfare Committee, Tuesday,
19   April 19th, 2005.
20       (Exhibit Number 10 marked for
21   identification.)
22   BY MR. NEUWIRTH:
23   Q.   And if you look at the second page of
24   this packet of materials, do you see,
25   Mr. Baker, that there are minutes from a

---

105

1    Producer Committee For Animal Welfare dated
2    April 19th, 2005?
3    A.   (Reviews document.)  Yes.
4    Q.   And do you see that the minutes show that
5    in addition to the committee members there
6    were attendees including Dr. Jeff Armstrong,
7    Gene Gregory, Toby Catherman and you?
8    A.   Yes.
9    Q.   And if you turn to the page in this
10   packet ending in the Bates number 304, do you
11   see that there is a heading near the top of
12   the page that says Challenge of Policy
13   Regarding Who May Market Animal Care Certified
14   Eggs?
15       Do you see that?
16   A.   Yes.
17   Q.   And do you see that it then says, "Bob
18   Krouse was joined by Toby Catherman and
19   Terry Baker and reported that they represented
20   several producers that were extremely
21   concerned with the motion adopted in January
22   that stated the following"?
23       Do you see that?
24   A.   Yes, I do.
25   Q.   And the motion that's there is the motion

---

27 (Pages 102 to 105)

**HIGHLY CONFIDENTIAL**

---

106

1  which said -- from the January 25th -- the
2  January 2005 meeting of the UEP board of
3  directors that no new license to market Animal
4  Care Certified eggs will be issued or renewed
5  to producers who are not ACC certified, right?
6  A.  Yes.
7  Q.  And does this refresh your recollection
8  of the fact that you attended a
9  committee [sic] of the Animal Welfare
10 Committee and when you did it in 2005?
11 A.  Yes.  This was the meeting I was talking
12 of earlier.
13 Q.  And do you see that it then says, "The
14 challengers presented a number of problems
15 that were being created by this motion and
16 offered a new motion that would correct the
17 January motion"?
18     Do you see that?
19 A.  Yes.
20 Q.  It then says in parenthesis:  The
21 complete details of their challenge is
22 attached are included as part of the meeting
23 minutes, correct?
24 A.  Yes.
25 Q.  And do you understand that to be

---

107

1  referring to the attachment that follows the
2  minutes, which is that document that had been
3  attached to your email that we previously
4  marked as Exhibit 9?
5  A.  Yes, it appears to be the same document.
6  I don't know that there's any changes.  But it
7  appears to that document.
8  Q.  Now, going back to the page in the
9  minutes that ends with the Bates number ending
10 in 304, do you see that it says that
11 Mr. Krouse and Mr. Catherman and you presented
12 a motion that was moved by Mr. Krouse and then
13 seconded by Mr. Bebee of Michael Foods?
14 A.  Yes.
15 Q.  And what was your understanding of what
16 would be accomplished by this motion?
17 A.  I need to take a quick review of the
18 motion itself again just to make sure I
19 remember.
20 Q.  Certainly.
21 A.  (Reviews document.)  And then can you
22 repeat your question just -- again?
23 Q.  Sure.  What was your understanding of the
24 purpose of the motion that was moved by
25 Mr. Krouse and seconded by Mr. Bebee of

---

108

1  Michael Foods that is referenced on the third
2  page of the April 19th, 2005 minutes of the
3  Producer Committee For Animal Welfare?
4  A.  That would effectively -- would have
5  overturned the motion or reversed the motion
6  from the January board meeting and allowed
7  marketing license to be issued with some
8  more -- more requirements, reporting
9  requirements, documentation requirements
10 because we were trying to allay some of the
11 concerns about people being disingenuous,
12 let's say, and not really abiding by the
13 rules.  So we were trying to put some more
14 teeth into the audit process and the
15 documentation to allay those fears.
16 Q.  But the ultimate objective here, as you
17 said, was to reverse the provision that the
18 UEP board had adopted in January, which said
19 that licenses to sell UEP Certified eggs would
20 only be given to ACC certified producers who
21 were 100 percent compliant, correct?
22 A.  Yes.
23 Q.  And if I understood you correctly, in
24 order to allay fears of members that you
25 perceived, you added some reporting and other

---

109

1  requirements for any company that was not ACC
2  certified that would be selling UEP Certified
3  eggs, correct?
4  A.  Yes.
5  Q.  But, in fact, that resolution that was
6  presented at this Animal Welfare Committee
7  meeting was voted down, correct?
8  A.  Yes.
9  Q.  And it was voted down eight to three,
10 correct?
11 A.  Yes.
12 Q.  And after that resolution was voted down,
13 did Michael Foods, to your knowledge, give any
14 further consideration to bringing a lawsuit
15 against the UEP?
16     MR. GREENE:  Just a sec.  He's
17 asking a new question.  Are you still on the
18 document?
19     THE WITNESS:  No, I was just --
20     MR. GREENE:  I'm sorry.  Can you
21 ask the question again?
22 BY MR. NEUWIRTH:
23 Q.  After this resolution that Mr. Krouse
24 moved and Mr. Bebee seconded at the UEP -- at
25 the Animal Welfare Committee meeting in April

---

**28 (Pages 106 to 109)**

**HIGHLY CONFIDENTIAL**

---

**110**

1 of 2005 was voted down, did Michael Foods at
2 that point give any consideration to bringing
3 a lawsuit against the UEP related to what was
4 then called the ACC?
5 A. I don't remember that we did. I think it
6 could've been out there. I just don't
7 remember that we -- that there was any serious
8 consideration to do that. But...
9 Q. Now, do you recall, to the extent there
10 was any discussion of a lawsuit, what types of
11 claims against the UEP were being discussed?
12 A. Well, we were -- we were concerned
13 about -- about the level playing field and
14 being -- having our competition be able to
15 market UEP Certified or ACC in that period.
16 And so we felt that that was not a level
17 playing field. And so if there was any merit
18 in that angle, that's what we would've been
19 talking about at that point. Because again --
20 just to add to that, again, the customer
21 inquiries, customer interest was continuing to
22 grow throughout that period, you know, when we
23 talked earlier, you know. We didn't execute
24 the original marketing license because we just
25 really didn't have that opportunity -- you

---

**111**

1 know, the opportunity wasn't there. But it
2 was continuing to grow, continuing to build
3 and we had more and more major customers
4 asking, inquiring and it seemed -- it seemed
5 apparent or obvious to us that at some point
6 this was going to be an issue for us. And
7 that's why we were trying to be proactive and
8 stay ahead of this. So that's why we were not
9 pleased when that motion was knocked down a
10 second time, so to speak.
11 Q. And I take it that in thinking about a
12 potential lawsuit against the UEP, one of the
13 issues that was at least thought about within
14 Michael Foods was the extent to which this --
15 this ACC program was a restraint of trade,
16 right?
17 MR. BARNES: Objection, calls for
18 speculation and lacks foundation. He's
19 testified he had no recollection of
20 discussions about bringing a lawsuit.
21 BY MR. NEUWIRTH:
22 Q. You can go ahead.
23 A. I think at one point that was a term that
24 we had used. Whether that was coming from
25 counsel, I don't think it was. It was coming

---

**112**

1 from laypeople. So whether it was the right
2 term, I don't know. But again, we were -- the
3 issue was the level playing field.
4 Q. Right. But when you say "coming from
5 laypeople," you're talking about people who
6 were working in the business at Michael Foods,
7 right?
8 A. Yes, yes, yes.
9 Q. And they were not laypeople about the
10 business that Michael Foods was doing, right?
11 A. That would be correct.
12 MR. NEUWIRTH: Let me -- let's mark
13 as Baker Exhibit 11 a document bearing Bates
14 number MFI0034198 through 199.
15 (Exhibit Number 11 marked for
16 identification.)
17 MR. GREENE: Steve, did you intend
18 to give me just the one page?
19 MR. NEUWIRTH: It's on the back.
20 BY MR. NEUWIRTH:
21 Q. Mr. Baker, what I've just handed you as
22 Exhibit 11 includes an email that you sent on
23 Monday, March 13th, 2006, an email that
24 Mr. Ostrander sent in response on Monday,
25 March 13th, 2006 and then a response from you

---

**113**

1 to Mr. Ostrander by email on Tuesday,
2 March 14th, 2006, correct?
3 A. (Reviews document.) Yes.
4 Q. And your email at the bottom of the first
5 page that you sent on March 13th, 2006, which
6 initiated this email string, concerns a
7 conversation that you had with Gene Gregory of
8 the UEP, correct?
9 A. Yes.
10 Q. And is there any part of this email which
11 starts on the middle of the first page of this
12 exhibit and ends on the second page of the
13 exhibit, is there any part of this email that
14 you did not write yourself?
15 A. No. I wrote -- this was my email.
16 Q. And every time the word "I" is used in
17 this email it's referring to you, Terry L.
18 Baker, correct?
19 A. Yes.
20 Q. And so I take it you wrote the last
21 paragraph of the email that says, quote: I
22 strongly suggested to Gene that we obviously
23 are following these issues and while we are
24 not currently contemplating any legal issues,
25 we have discussed internally if any of these

---

**HIGHLY CONFIDENTIAL**

114

1    scenarios would be considered restraint of
2    trade issues.
3         You wrote that, correct?
4    A.   Yes.
5    Q.   And the Gene that is listed at the
6    beginning of that paragraph is Gene Gregory,
7    correct?
8    A.   Yes.
9    Q.   And this email concerns the ACC program
10   of the UEP, correct?
11   A.   Yes.
12   Q.   Now, is it correct that later in 2005,
13   and this is a question not about the document
14   you were just looking at, I'm moving on now to
15   just another time period, that in the
16   latter -- is it true that in the latter part
17   of 2005 there was further discussion at the
18   UEP about the possibility of rescinding the
19   100 percent requirement for any company that
20   was ACC certified?
21   A.   There was some discussion. I don't
22   remember -- recall again the time period. I
23   don't have that timeline or time frame. But
24   there was another -- because there was a lot
25   of dissatisfaction in the upper Midwest, which

115

1    was one of the larger producing areas in UEP.
2    And there was a lot of dissatisfaction with
3    some of the Midwest producers who were
4    primarily engaged in the breaking side or
5    product side of the business that have
6    slightly different interests, as we talked
7    earlier, than some of the retail shell folks.
8    So -- and I don't remember if that was the
9    fall of '05 or -- I don't remember exactly
10   right now that -- that particular period. But
11   I think that was the period.
12   Q.   Right. And do you recall that a point
13   came when there was a staff proposal from
14   within the UEP to rescind the 100 percent
15   rule?
16   A.   Yes. That must have been like
17   December -- towards the end of '05 or early
18   '06. And there was a proposal -- it was a
19   proposal or an idea that they floated amongst
20   some of the Midwest group at a special meeting
21   we had or a -- I believe it was in
22   Minneapolis.
23   Q.   Right. And did Michael Foods have any
24   role in working with the UEP staff to generate
25   that proposal to eliminate the 100 percent

116

1    requirement in either late 2005 or early 2006?
2    A.   I don't recall that we did. I think this
3    was -- staff knew our position on the
4    100 percent rule. And I believe it was their
5    idea of trying to reach out and find some way
6    to keep everybody in the fold, so to speak.
7    But I don't know that we had any particular --
8    anything new that we hadn't already brought up
9    in other meetings and other sessions.
10   Q.   And at the end of 2005 and early 2006,
11   was Michael Foods opposed to the 100 percent
12   rule for the same reasons it had been opposed
13   earlier when you had voted against reinstating
14   it?
15   A.   Yes.
16   Q.   And is it correct that the staff proposal
17   to rescind the 100 percent rule was voted down
18   by the UEP board?
19   A.   You know, I don't remember that it came
20   to a vote. And if it did, then I'm sure it
21   did, yes, because there was a fairly negative
22   reaction from the majority of producers was
23   what we were told.
24   Q.   And do you recall who told you that?
25   A.   No, I don't off the top of my head.

117

1    Q.   Let me give you a document that we'll
2    mark as Baker number 12. And it bears two
3    sets of Bates numbers.
4         MR. NEUWIRTH: And you should tell
5    me which one you prefer we use. One is
6    MFI and one is an MFC number.
7         MR. GREENE: MFI.
8         MR. NEUWIRTH: Okay. So let's use
9    Bates number MFI0040262 through 263.
10        (Exhibit Number 12 marked for
11   identification.)
12   BY MR. NEUWIRTH:
13   Q.   So, Mr. Baker, this document I've just
14   given you, this exhibit I've just given you
15   includes an email that you wrote on
16   December 8th, 2005, correct?
17   A.   (Reviews document.) Yes.
18   Q.   And this is an email where you report on
19   a UEP meeting that took place on December 6th,
20   2005, correct?
21   A.   Yes.
22   Q.   And was this a UEP board meeting?
23   A.   No. This was just a staff meeting with
24   a -- with a few selected producers, as listed
25   in here, and several staff people and then the

**VERITEXT REPORTING COMPANY**
(212) 279-9424          www.veritext.com          (212) 490-3430

**HIGHLY CONFIDENTIAL**

---

**118**

1  current -- the chairman at that point in time
2  of UEP's board.
3  Q.   Okay.  Was Sunny Fresh a member of the
4  UEP?
5  A.   No, they were not.
6  Q.   So why were they attending this meeting?
7  It says in your email that the members at the
8  meeting including Norm Stocker and Terry
9  Profit of Sunny Fresh.  Why were they at the
10  meeting?
11  A.   I think it was -- must have been
12  because -- I don't know.  I really can't speak
13  to that.  I know they were there, but I don't
14  know why.
15  Q.   And are you now saying it was a mistake
16  for you to include them on a list of members
17  at the meeting?
18       MR. GREENE:  Object to the
19  characterization.
20  BY MR. NEUWIRTH:
21  Q.   Well, you wrote "Members at the meeting,"
22  correct?
23  A.   (Reviews document.)
24  Q.   Your email, the second paragraph --
25  A.   Oh, okay.

---

**119**

1  Q.   -- lists members at the meeting, right?
2  A.   I would have to say that's probably a
3  miss -- a typo or a mistake.
4  Q.   Hold on.  Your counsel objected here.
5  You wrote "Members at the meeting," correct?
6  A.   Yes, I did.
7  Q.   Followed by a colon, correct?
8  A.   Yes.
9  Q.   And then you have a list of entities and
10  people, including Norm Stocker and Terry
11  Profit of Sunny Fresh, correct?
12  A.   Yes.
13  Q.   So is it your position now that it was a
14  mistake when you wrote this email to have
15  listed Sunny Fresh on a list of members at the
16  meeting?
17  A.   Yes, because we did not invite anybody.
18  These people were invited by UEP or staff.
19  And, yeah, clearly that was a misstatement.
20  It was not members.  I was just listing --
21  trying to list who was at the meeting.  But we
22  did not invite anybody.  It was not our
23  member -- our list of people or attendees.
24  Q.   Now, why are you certain that Sunny Fresh
25  was not a member of the UEP as of

---

**120**

1  December 2005?
2  A.   Sunny Fresh is not -- has not -- was not
3  an egg producer.
4  Q.   That's not what I asked you.  I asked
5  you:  Why are you certain that they were not a
6  member of the UEP?
7  A.   I guess my understanding was you have to
8  be an egg producer to be a member of UEP.  And
9  they were not egg producers, I don't believe,
10  at that time, so they would not be eligible to
11  be members.  They could participate in UEA.
12  Q.   In fact, Mr. Ostrander in his
13  December 8th, 2005 email to you expressly
14  raised the issue of whether Sunny Fresh was a
15  member of the UEP.  And if not, why were they
16  at the meeting?
17       Do you see that?
18  A.   Yes.
19  Q.   And did you ever undertake to answer that
20  question for Mr. Ostrander?
21  A.   He was our CEO.  So my thought would be I
22  must've answered it somehow.  He was -- I'm
23  sorry.  He was the Michael Foods CEO.  So I
24  would -- certain that I would have answered
25  him.

---

**121**

1  Q.   And do you have any recollection today
2  what your answer was?
3  A.   No, not specifically.
4       MR. NEUWIRTH:  And let me mark as
5  Baker Exhibit 13 a document bearing the Bates
6  number NL00217575.
7       (Exhibit Number 13 marked for
8  identification.)
9  BY MR. NEUWIRTH:
10  Q.   And my only question is whether what I've
11  just handed you as Baker Exhibit 13 are the
12  minutes of the meeting that you were
13  describing in your December 8th email that we
14  marked as Baker Exhibit 12?
15  A.   (Reviews document.)  Yes.
16  Q.   Now -- I'm done with that.
17       Now, do you recall attending another
18  Animal Welfare Committee meeting in early 2006
19  where you spoke in support of a license
20  agreement for non-ACC certified companies?
21  A.   You know, I don't know that I know -- I
22  know I did that.  I just don't know if it was
23  January board meeting, there was a committee
24  meeting prior, the day before, or which
25  meeting you're referring to.

---

**HIGHLY CONFIDENTIAL**

122

1    MR. NEUWIRTH:  Let me mark as Baker
2  Exhibit 14 a document bearing Bates numbers
3  UE0211204 through 05.
4        (Exhibit Number 14 marked for
5  identification.)
6  BY MR. NEUWIRTH:
7  Q.    And when you get the document, my only
8  question is whether looking at this document
9  refreshes your recollection of whether you
10  attended a UEP Animal Welfare Committee
11  meeting in January 2006 and spoke in support
12  of a license agreement for non-ACC certified
13  companies?
14  A.    (Reviews document.)  Yes.
15  Q.    Now, do you recall that in connection
16  with this meeting, information was prepared
17  that stated to assess the market impact of
18  eliminating the 100 percent rule for the UEP
19  Certified program?
20  A.    No, I do not.
21        MR. NEUWIRTH:  Let's mark as Baker
22  Exhibit 15 a document bearing Bates numbers
23  MFI0005548 through 5576.
24        (Exhibit Number 15 marked for
25  identification.)

123

1  BY MR. NEUWIRTH:
2  Q.    And the first question is whether you
3  ever recall seeing this packet of materials
4  before today?
5  A.    (Reviews document.)  I may -- I think I
6  have seen portions of it.  I don't recall if
7  we've seen this in the package.  I was at the
8  meeting, the committee meeting when they hand
9  it out, but oftentimes they don't distribute
10  it to the visitors or the guests, only to the
11  committee members at the table.  So I probably
12  have seen portions of it, I'm pretty sure look
13  familiar, but --
14  Q.    And this --
15  A.    -- just don't recall if I've seen it in
16  its totality.
17  Q.    Sorry for interrupting.  I thought you
18  were done.
19        Mr. Bebee from Michael Foods was a member
20  of the Animal Welfare Committee of the UEP,
21  correct?
22  A.    Uh-huh.  Yes.
23        MR. GREENE:  Steve, can I ask:  Was
24  this produced as a single document?
25        MR. TURNER-DODGE:  Yes.

124

1        MR. GREENE:  Yes?  Okay.  Thank
2  you.
3  BY MR. NEUWIRTH:
4  Q.    Let me ask you if you can turn to the
5  page which has the Bates number ending in
6  5571.  And do you see that there's a heading
7  there, Potential Market Impact From
8  Elimination of 100 Percent UEP Certified Rule?
9        Do you see that?
10  A.    (Reviews document.)  Yes, I do.
11  Q.    And do you believe that you ever saw this
12  page at or around the time of the
13  January 23rd, 2006 Animal Welfare Committee
14  meeting that you attended?
15  A.    No, not for certain.
16  Q.    And do you see that at the bottom of this
17  page concerning the potential market impact
18  from elimination of 100 percent UEP Certified
19  rule there are three boxes?
20        Do you see that?
21  A.    Yes.
22  Q.    And do you see that the first box says
23  Hens Lost From Program?
24  A.    Yes, I do.
25  Q.    And do you understand that to be

125

1  referring to the hens that are lost as a
2  result of the 100 percent certified rule?
3        MR. GREENE:  Objection, lack of
4  foundation.
5  BY MR. NEUWIRTH:
6  Q.    I'm asking what your understanding is.
7  Do you understand that Hens Lost From Program,
8  that the program being referred to there is
9  the 100 percent UEP Certified rule?
10        MR. GREENE:  Same objection.
11        THE WITNESS:  Yes, it would appear
12  that's what they were trying to depict here.
13  BY MR. NEUWIRTH:
14  Q.    Right.  And the next box says:  Hens
15  Added Back to 53.3 Square Inches.
16        Do you see that?
17  A.    Yes.
18  Q.    And 53.3 square inches is the size cage
19  you could use for a hen if you were not
20  complying with the UEP Certified requirements
21  for a larger cage, correct?
22  A.    Yes.
23  Q.    And so is it correct that what this box
24  is showing is the number of hens that would be
25  added back if the -- that -- if the 100

**VERITEXT REPORTING COMPANY**
(212) 279-9424          www.veritext.com          (212) 490-3430

**HIGHLY CONFIDENTIAL**

---

126

1  percent rule were eliminated?
2  A.   Yes, it would -- it appears to be -- just
3  be a rough estimate of assuming that if those
4  levels, then those hens would come back into
5  production, yeah.
6  Q.   And then there's a last box which is
7  headed Estimated Decline in Market Value For
8  All Eggs.
9       Do you see that?
10 A.   Yes, I do.
11 Q.   Now, did you have an understanding at the
12 time that you attended the January 23rd, 2006
13 Animal Welfare Committee meeting that there
14 was a view within the Animal Welfare
15 Committee, not necessarily held by everyone,
16 but at least a view within the committee that
17 eliminating the 100 percent UEP Certified rule
18 could lead to a decline in the market value
19 for all eggs?
20      MR. DAVIS:  Objection, calls for
21 speculation.
22      THE WITNESS:  I would say we had
23 heard that, somebody had suggested that in a
24 meeting someplace that there would be
25 people -- the program would lose membership or

---

127

1  people would bail out of the program
2  potentially or at least withdraw some of their
3  layers if they had that option.
4  BY MR. NEUWIRTH:
5  Q.   Well, the specific question is:  Did you
6  have an understanding that there was a view
7  within the Animal -- now, I'm only asking for
8  your understanding.
9  A.   Okay.
10 Q.   The understanding of Terry Baker, the
11 human being that you are.
12      Did you have an understanding at the time
13 that you attended the January 23rd, 2006
14 Animal Welfare Committee meeting that there
15 was a view within the Animal Welfare
16 Committee, not necessarily shared by all
17 members, that eliminating the 100 percent UEP
18 Certified rule could lead to a decline in the
19 market value for eggs?
20      MR. DAVIS:  Objection, calls for
21 speculation.
22      THE WITNESS:  Yes, I'd heard that.
23 BY MR. NEUWIRTH:
24 Q.   Now, do you recall that at some point
25 after this January 2006 Animal Welfare

---

128

1  Committee meeting that you attended, a point
2  came where Michael Foods started having
3  discussions with the UEP about a timeline for
4  becoming 100 percent compliant with the UEP
5  Certified program?
6  A.   Yes.  It was about this time and we had
7  growing interests, major national accounts.
8  And to the extent that we were actually within
9  that -- that first quarter of '06, we were
10 actually -- had some customers suggesting that
11 if we could not give them or provide their
12 product with a -- with a -- utilizing U -- or
13 ACC certified at that point, that we would be
14 out.
15 Q.   Right.  Now, under the old rule that
16 would've allowed you to sell ACC certified
17 eggs without being 100 percent compliant, you
18 could have satisfied those customers with that
19 type of license, correct?
20 A.   Yes, that was --
21      MR. DAVIS:  Objection.
22 BY MR. NEUWIRTH:
23 Q.   That loud objection interrupted your
24 answer.  So let me read what's in the record.
25 The question said:  Now, under the old rule

---

129

1  that would've allowed you to sell ACC
2  certified eggs without being 100 percent
3  compliant, you could've satisfied those
4  customers with that type of license, correct?
5  And you said:  Yes, that was -- and then the
6  word "objection" was called out.  So I don't
7  want to prevent you from finishing your answer
8  if you were in the middle of saying something.
9  A.   Okay.  That was our position, that with
10 the marketing license we could fulfill our
11 customer demand.  And until such time that --
12 that if the demand continued to grow, there
13 would be a point where we would consider
14 converting our flocks into the program.  But
15 at least at the outset, the thought was the
16 marketing license would provide us an avenue
17 to meet our customer demand and yet not
18 convert everything right away at least.
19 Q.   But, in fact, you had attempted for three
20 years to have the UEP preserve Michael Foods'
21 right to get a license without ever having to
22 become 100 percent compliant, correct?
23 A.   Yes, we --
24 Q.   And you had advocated for that, correct?
25 A.   Yes.

**HIGHLY CONFIDENTIAL**

---

130

1  Q.   And those efforts, as we saw today, were
2  consistently rejected by both the UEP and the
3  Animal Welfare Committee, correct?
4  A.   Yes, that's what's the record show.
5  Q.   Now -- and that's your recollection,
6  correct?
7  A.   Yes.
8  Q.   And in early 2006 you said, I believe,
9  that you now had some form of customer
10  interest in obtaining UEP Certified eggs that
11  was different from the level of interest
12  previously.  Is that a correct understanding
13  of what you were suggesting?
14  A.   Yes.
15  Q.   And can you tell me the names of the
16  customers that you understood now expressed an
17  interest that was different from the interests
18  that had been expressed previously?
19  A.   Yeah, I think -- if I recall, the most
20  prominent ones were probably ConAgra, of
21  course.  We already went through the email
22  about ConAgra.  They were definitely looking
23  at adding that.  And so that was forcing us to
24  look at it for our retail product line as it
25  related to Wal-Mart.  And, in fact, the

131

1  Wal-Mart buyer was very adamant during the
2  spring of '06 that that was the direction they
3  were going.  And so that's why -- that was a
4  big driver.
5      Other customers we had that we're talking
6  about at that point that were becoming -- were
7  on the edge or the cusp, I think, was
8  Unilever.  We had -- Sysco was talking about
9  it.  I think -- and I don't remember.  There
10  was many others.  But those were probably
11  three of the bigger more prominent ones at
12  that point on a national -- and that's a
13  national account basis or a fairly large
14  scale.
15  Q.   Mr. Gregory from the UEP had spoken to
16  ConAgra about UEP Certified eggs, correct?
17  A.   Yes, that was my recollection.
18  Q.   And that's reflected in --
19  A.   I think that's --
20  Q.   -- the email that we marked earlier that
21  you had written, correct?
22  A.   Yes.
23  Q.   And did you also understand that
24  Mr. Gregory had had communications with
25  Wal-Mart about the UEP program?

---

132

1  A.   I don't know that we knew that firsthand.
2  We were told that he did, but I don't know
3  that for a fact.
4  Q.   Did you hear that from Sparboe?
5  A.   I don't recall where I heard it.  I -- it
6  may have been.  I don't know.
7  Q.   And do you recall hearing from Sparboe
8  that when Sparboe decided it wasn't going to
9  participate in the UEP Certified program,
10  Mr. Gregory contacted Sparboe customers?
11  A.   I don't know that for a fact.  I'd heard
12  that, but I don't know if that was fact or
13  not.
14  Q.   I wasn't asking if it was fact.
15  A.   Okay.
16  Q.   I was just asking whether you'd heard
17  that.
18  A.   Yes, we had heard that.
19  Q.   And did you hear it from Sparboe?
20  A.   I think that was -- yes.
21  Q.   Now, you were personally concerned about
22  Mr. Gregory talking to customers about the UEP
23  Certified program, correct?
24  A.   Yes.  And I think if you go back a couple
25  of exhibits to the meeting in December, that

133

1  was one of the major issues that we pointed
2  out for UEP staff and Chairman Baker, that we
3  just -- we're not comfortable with UEP staff
4  getting into the marketing arena.
5  Q.   Right.  And that would include things
6  like Mr. Gregory --
7  A.   Yes.
8  Q.   -- talking to customers --
9  A.   Yes.
10  Q.   -- about the UEP program --
11  A.   Yes.
12  Q.   -- correct?
13  A.   Yes.
14      MR. GREENE:  Please let
15  Mr. Neuwirth finish the questions.
16      THE WITNESS:  Okay.
17      MR. GREENE:  Steve, anytime.
18      MR. NEUWIRTH:  You can pick.
19  Whenever you want.
20      MR. GREENE:  Why don't we take a
21  break.
22      MR. NEUWIRTH:  Sure.
23      THE VIDEOGRAPHER:  We are going off
24  the record.
25      The time is 11:30 a.m.

---

34 (Pages 130 to 133)

**HIGHLY CONFIDENTIAL**

134

```
 1              (Recess.)
 2          THE VIDEOGRAPHER:  We are back on
 3   the record.
 4          The time is 11:46 a.m.
 5   BY MR. NEUWIRTH:
 6   Q.    You mentioned that in addition to ConAgra
 7   and Wal-Mart two other companies that were at
 8   least making inquiries about the certified
 9   eggs were Unilever and Sysco.  Is your
10   position that Unilever had reached a point in
11   2006 where it was telling Michael Foods that
12   it wanted to purchase certified eggs?
13   A.    I don't recall if they -- I don't think
14   they actually followed through with it at that
15   moment or in that window there that -- maybe
16   the spring of '06, but they certainly were --
17   we spent a lot of time with them, educating
18   and talking about it.  But I don't know that
19   they started in '06 or not.  I don't recall
20   when they started.
21   Q.    And you mentioned Sysco?
22   A.    Yes.
23   Q.    And was that a company that in 2006 was
24   telling you that it actually wanted to
25   purchase certified eggs?
```

135

```
 1   A.    Did they -- yes, that was the indications
 2   we were getting from them.
 3   Q.    And did Michael Foods determine at that
 4   point that it would have to find a way to sell
 5   UEP Certified eggs?
 6   A.    Yes.  Given the fact that the marketing
 7   license was probably not going to -- it was
 8   not an option, then with the number of
 9   customers, the number of potential product
10   involved, it became more -- you know, it was
11   kind of nudging us towards that we were going
12   to have to do or consider the actual
13   conversion or joining at some point.
14   Q.    Now, there was then a series of
15   negotiations between Michael Foods and the UEP
16   on a timetable for Michael Foods ramping up
17   its compliance with the UEP Certified
18   requirements, is that correct?
19   A.    Yes, we started those discussions.
20   Q.    And ultimately an agreement was reached
21   that set that timetable for Michael Foods to
22   reach 100 percent compliance?
23   A.    Yes.  And I believe in June, sometime in
24   June of '06, we --
25   Q.    You reached that agreement?
```

136

```
 1   A.    -- reached that agreement.
 2   Q.    And the understanding was that between
 3   the time you signed the agreement and the time
 4   that you reached 100 percent compliance,
 5   Michael Foods would be allowed to sell UEP
 6   Certified eggs?
 7   A.    Yes.  That was the process they agreed
 8   to.
 9   Q.    Now, do you recall that in the spring of
10   2006 you had discussions with Mr. Gregory of
11   the UEP about getting this license arrangement
12   set up that would give Michael Foods some
13   period of time to ramp up to 100 percent
14   compliance?
15   A.    Yes.
16   Q.    And this was Mr. Gregory, the executive
17   vice president of the UEP, correct?
18   A.    Yes.
19   Q.    Let me give you a document bearing Bates
20   number MFI0002155 through 2158.  And we will
21   mark that as Baker Exhibit 16.
22          (Exhibit Number 16 marked for
23   identification.)
24   BY MR. NEUWIRTH:
25   Q.    And is it correct that what we just
```

137

```
 1   marked as became Exhibit 16 begins on the
 2   first page with an email that Gene Gregory of
 3   the UEP sent to you on April 13th, 2006?
 4          Do you see that?
 5   A.    (Reviews document.)  Yes.
 6   Q.    And do you see that he wrote to you:
 7   Terry, Attached is the report I have written
 8   for myself only at this time.  I've done this
 9   so that I could have a record to refer to as
10   well as use for selling points when needed.
11   I'm real hopeful that you can move the
12   phase-in schedule a little quicker because I
13   think this would really help our cause.  My
14   plan is not to share your letter or my report
15   with the committee at this time.
16          Do you see that?
17   A.    Yes.
18   Q.    And do you recall that around April 2006
19   you had made a proposal to give Michael Foods
20   until July 2010 to reach 100 percent
21   compliance and Mr. Gregory was suggesting to
22   you that it would be better if that time
23   period could be a little shorter?
24   A.    Yes.
25   Q.    And is it correct that in the document
```

**35 (Pages 134 to 137)**

**HIGHLY CONFIDENTIAL**

138

1   I've handed you there is a copy of the report
2   that Mr. Gregory was referring to in his
3   email?
4   A.   Yes.
5   Q.   And do you recall reading this report
6   when he sent it to you?
7   A.   Yes, I do.
8   Q.   And did you call Mr. Gregory and tell him
9   that there was anything in the report that you
10  felt was not true?
11  A.   I don't recall if I did or not.
12  Q.   Do you have any recollection of feeling
13  that this report was unfair or inaccurate in
14  any way?
15          MR. BARNES:  Unfair to whom?
16          MR. NEUWIRTH:  You can ask
17  questions when your time comes.
18          MR. BARNES:  Then I object.  The
19  question is compound.
20  BY MR. NEUWIRTH:
21  Q.   Again, I'm not asking you if you think
22  now that it's inaccurate.  I'm just asking you
23  if you recall at the time telling Mr. Gregory
24  that you thought the report was inaccurate in
25  some way?

139

1   A.   No, I -- I don't think that we did.  I
2   mean, we certainly weren't taking ownership of
3   his commentary.  But I don't know that we
4   specifically pointed anything out.
5   Q.   And do you see that on the first page of
6   Mr. Gregory's report there is a paragraph that
7   starts, "The difficulty comes in meeting the
8   phase-in schedule for the cage space
9   allowance"?
10          Do you see that?
11  A.   Yes.
12  Q.   And did you understand that to refer to
13  the phase-in schedule that you had proposed
14  for getting to 100 percent compliance?
15  A.   Yes.
16  Q.   And do you see that it then says,
17  "Michael Foods says that they currently have
18  no customers asking for certified egg products
19  and they don't think the volume will ever be
20  big among ingredient buyers and export
21  accounts"?
22          Do you see that?
23  A.   Yes, I do.
24  Q.   And do you see it then says, "They still
25  believe that the program shall be customer

140

1   driven but have recognized that they need to
2   be a partner with the industry and encourage
3   their customers to accept the program and its
4   costs"?
5           Do you see that?
6   A.   Yes, I do.
7   Q.   And do you have any recollection of
8   reading that when you received this report
9   from Mr. Gregory?
10  A.   Not specifically to any one comment, no.
11  Q.   And do you have any recollection of
12  telling Mr. Gregory that you thought the
13  content of this paragraph was inaccurate?
14  A.   No.  At this point I don't recall that we
15  did.  I don't know where those comments came
16  from.  I have no recollection at this point,
17  that's a long time ago clearly, of whether
18  those things were said or that was his
19  interpretation.  No idea where that would come
20  from.
21  Q.   He clearly says in that paragraph that
22  this is what Michael Foods says, right?
23  A.   Yep.
24  Q.   Is that correct?
25  A.   That's what he says, yes.

141

1   Q.   And it's correct, isn't it, that the UEP
2   board did not immediately approve Michael
3   Foods' proposed phase-in because, among other
4   things, the board felt that the phase-in
5   period was too long, correct?
6           MR. GREENE:  Objection, calls for
7   speculation.
8   BY MR. NEUWIRTH:
9   Q.   Well, you were a member of the UEP board,
10  right?
11  A.   Yes.
12  Q.   And do you recall that the UEP board
13  initially did not accept Michael Foods'
14  proposal for a phase-in through 2010 because,
15  among other things, it thought that the
16  phase-in period was too long?
17  A.   Yeah, there may have been that and other
18  issues.  I know it took two months, you know,
19  it was June before we actually finally came to
20  an agreement for a transition plan.  And I
21  would -- I don't know what -- if that was the
22  only issue.  There may have been other issues.
23  I don't know.
24  Q.   Do you remember attending a board meeting
25  where there was a very lengthy discussion of

**HIGHLY CONFIDENTIAL**

142

1    the Michael Foods' proposal for a phase-in?
2    A.   Yes.  That would have been the May
3    meeting.
4    Q.   Do you recall that that type of
5    discussion might have also occurred in an
6    April meeting?
7    A.   I do not recollect at this point.  I
8    don't remember when that meeting was.
9            MR. NEUWIRTH:  Let's mark as Baker
10   17 the minutes of the April 25th, 2006 board
11   meeting bearing Bates number UE0292920 through
12   21.
13           (Exhibit Number 17 marked for
14   identification.)
15   BY MR. NEUWIRTH:
16   Q.   And I can represent to you that the issue
17   of Michael Foods is discussed on the second
18   page of these minutes.  I'm sorry.  It's on
19   page 1 also, both pages.
20   A.   (Reviews document.)  Sorry.  Can you
21   repeat the question?
22   Q.   Yeah.  Does looking at these minutes
23   refresh your recollection of whether there was
24   a lengthy discussion at the April 2006 UEP
25   board meeting about the proposal for a

143

1    phase-in for Michael Foods to become
2    100 percent compliant with the UEP Certified
3    program?
4    A.   Yes.
5    Q.   And it shows that there was such a
6    lengthy discussion for more than an hour,
7    correct?
8    A.   Correct.
9    Q.   And let me give you a document bearing
10   Bates number MFI0016950 through 52.
11           (Exhibit Number 18 marked for
12   identification.)
13           MR. GREENE:  Excuse me, Steve.  On
14   my copy it looks like from hole punching there
15   may be a little bit that's not --
16           MR. NEUWIRTH:  You are correct.
17   And that is -- that that is true on this
18   document.  We can certainly try to make you a
19   better copy.  But that's all we have with us
20   today.  But I'm not planning to ask anything
21   about the lines where the hole punching is.
22   And if you feel the witness is genuinely
23   prejudiced by this and it is not just taking
24   up time and it's going to prevent us from
25   doing this, say so.  But I don't think it

144

1    will.
2            THE WITNESS:  (Reviews document.)
3    BY MR. NEUWIRTH:
4    Q.   Mr. Baker, is it correct that what I've
5    handed you is an email that you sent on
6    April 26th, 2006 concerning the April 25th,
7    2006 UEP board of directors meeting that we
8    had just been talking about?
9    A.   Yes.
10   Q.   And you attached to your email the
11   minutes that we were just looking at from that
12   meeting, correct?
13   A.   Yes.
14   Q.   And does reading -- since you just took
15   some time to read the email, does reading this
16   email refresh your recollection that at the
17   April 25th board meeting at least one of the
18   concerns that was raised about Michael Foods'
19   proposal was that the phase-in period was too
20   long?
21   A.   Yes, that would be accurate.
22   Q.   Do you recall that a point came where
23   Mr. Gregory suggested that as part of
24   joining -- as part of getting a license to
25   sell certified eggs, Michael Foods should

145

1    agree to reduce its flock size to what it
2    would have been had Michael Foods been in the
3    certified program all along?
4    A.   Yeah, I'm not sure if it came directly
5    from Gene or from the meeting that this
6    referred to, that we did have a little brief
7    meeting in Las Vegas to just talk about what
8    needed -- or where we needed to go.  But at
9    some point someone suggested that's probably
10   what it would take to make this gain enough
11   acceptance on the board.
12   Q.   And what was Michael Foods' reaction to
13   that proposal?
14   A.   Well, we weren't -- we weren't excited
15   about it, of course.  But ultimately we
16   decided if we were going to do it and take
17   care of our customers that were really asking,
18   we would have to -- we were just going to have
19   to make that move.
20   Q.   And so that move that you're referring to
21   is the move to reduce your flock size to what
22   it would have been had you been in the program
23   sooner?
24   A.   Well --
25           MR. GREENE:  Object to the

37 (Pages 142 to 145)

**HIGHLY CONFIDENTIAL**

146

1    characterization.
2         Go ahead.
3         THE WITNESS:  Yeah, the move we
4    agreed to.
5    BY MR. NEUWIRTH:
6    Q.   Do you disagree with my characterization
7    of what was proposed to you?
8    A.   No.  But what I wanted to add was what we
9    agreed to was to adopt the new husbandry
10   practices, which included not only all the
11   husbandry practices but the density issue.
12   But we didn't agree to constrain our flock
13   size or go out and rebuild the capacity or
14   contract it elsewhere.  That's the only point
15   of differentiation, I think.
16   Q.   Right.  But you understood that one of
17   the things that the UEP wanted to do in order
18   for you to get a license was for you to reduce
19   your flock size, correct?
20        MR. GREENE:  Object to the
21   characterization.
22        THE WITNESS:  Yeah, we had to meet
23   their density requirements --
24   BY MR. NEUWIRTH:
25   Q.   Right.

147

1    A.   -- on their timeline -- or the timeline
2    they proposed.
3    Q.   But meeting their density requirements is
4    different from the issue that we were just
5    talking about that I thought you agreed with,
6    which is that Mr. Gregory or someone from the
7    UEP, you're not sure, you recall made a
8    proposal that to get the license approved that
9    you were seeking to sell certified eggs,
10   Michael Foods should agree to reduce its flock
11   size to what the size would have been had
12   Michael Foods entered the UEP program earlier?
13        MR. GREENE:  Objection, confusing.
14   BY MR. NEUWIRTH:
15   Q.   Do you find that confusing?
16   A.   Well, it's confusing from the standpoint
17   that it only says that we had to reduce the
18   configuration in our existing facilities as
19   they stood at that moment in time.  But it
20   didn't mean that we weren't building at the
21   same time.  It had nothing to do with number
22   of layers ultimately, only the density of
23   the -- of the facilities that we were -- we
24   were managing or owned and controlled.
25   Q.   So are you now saying that you don't

148

1    recall getting a proposal just to have Michael
2    Foods reduce the absolute number of hens as
3    part of the requirements for getting a
4    license?
5    A.   We received a proposal to reduce the
6    density or increase the density depending on
7    how you viewed that terminology, in other
8    words, we had to give the birds more space in
9    the cages on a natural flow as we rotated
10   birds.  That was the agreement.
11   Q.   Well, I didn't ask you what the agreement
12   you ultimately signed was.
13   A.   Okay.
14   Q.   I asked you whether you recall getting a
15   proposal prior to the license agreement from
16   the UEP to have as a condition of getting the
17   license Michael Foods reduce its number of
18   layers to a level that it would have had had
19   it been in the program sooner?
20   A.   I don't recall if that was the specific
21   proposal because we did not cull, I don't
22   recall -- I don't think that we culled any
23   birds is my recollection to get to their --
24   get to the current levels.  We rotated on a
25   flock-by-flock basis.  So in other words, once

149

1    we started implementing, if the current UEP
2    inches per -- square inches per bird at that
3    point was 59 or 62 or whatever, I don't
4    remember, I mean, whatever it was when we put
5    new birds in, then they had to go in at that
6    particular stocking density.
7    Q.   Right.  So --
8    A.   But we did not reduce -- you know,
9    category -- we didn't go in and cull birds to
10   get to those numbers like in a month or six
11   months or anything.
12   Q.   Now, it's correct, isn't it, that if you
13   have a facility for layers of a certain
14   size --
15   A.   Uh-huh.
16   Q.   -- if you simply stick with that facility
17   and merely reduce the density of your cages by
18   making the cages larger, by definition you
19   will be able to have fewer hens in that space,
20   right?  If you keep the space the same and all
21   you do is make the size of the cages bigger
22   within that space, the space per hen, you will
23   by definition have fewer hens in that space,
24   correct?
25        MR. GREENE:  Object, confusing and

38 (Pages 146 to 149)

**HIGHLY CONFIDENTIAL**

                                                                    150

1   compound.
2          THE WITNESS:  It reduces capacity
3   in that facility.
4   BY MR. NEUWIRTH:
5   Q.   Right.  But nothing in the UEP program
6   said that Michael Foods could not build
7   another facility, right?
8   A.   Yes.  That's my point is we were not
9   bound by anything in that agreement that said
10  we couldn't go out and build ourselves or
11  contract with other people to replace any --
12  because we still -- again, as you recall, I
13  think I've mentioned it multiple times, we
14  were customer demand.  Our supply chain was
15  requiring so many eggs, pounds of liquid egg.
16  And we were going to do that one way or the
17  other ultimately.
18  Q.   Right.  So nothing in your license
19  agreement that you signed said that in
20  addition to reducing the -- in addition to
21  increasing the space per hen in the cages --
22  A.   Uh-huh.
23  Q.   -- you also could not build more
24  facilities for layers, right, you were free to
25  do that?

                                                                    151

1   A.   Yes.
2   Q.   But, in fact, after you got your license,
3   the number of layers at Michael Foods went
4   down and Michael Foods did not build any new
5   facilities, correct?
6   A.   We did not build any new facilities.  But
7   we did do some construction over the next
8   year, three years in there.  But we did not
9   replace the total number of capacity on our
10  own farms.  But what we did do that the
11  records would indicate or would clearly show
12  is we committed to large-scale long-term
13  contracts with external suppliers that more
14  than replaced whatever bird capacity we
15  surrendered by the agreement.
16  Q.   Correct.  But Michael Foods' capacity
17  went down and you did not build new facilities
18  to increase Michael Foods' own capacity once
19  you got your license from the UEP, correct?
20         MR. GREENE:  Objection, vague as to
21  Michael Foods' capacity.
22  BY MR. NEUWIRTH:
23  Q.   You just talked about Michael Foods'
24  capacity, didn't you, Mr. Baker?
25  A.   Yes.

                                                                    152

1   Q.   And you knew what you were talking about
2   when you said that, didn't you?
3   A.   Yes.  I --
4   Q.   You were referring --
5          MR. GREENE:  He was in the middle
6   of an answer and you cut him off.
7          MR. NEUWIRTH:  Right.  You're the
8   one who did the interrupting here with an
9   objection that was baseless based on what
10  Mr. Baker had already testified.
11         MR. GREENE:  Right.  Have you
12  finished -- did you finish your previous
13  answer?
14         THE WITNESS:  No.  I don't even
15  know where it went now.  I lost it.  I'm
16  sorry.
17         MR. NEUWIRTH:  We can read it back
18  so you can finish it if you would like.
19  BY MR. NEUWIRTH:
20  Q.   The question was:  And you knew what you
21  were talking about when you said that, didn't
22  you?  You said yes.  And I said:  And you were
23  referring -- and then your counsel
24  interrupted.
25  A.   Say that last -- the last...

                                                                    153

1   Q.   I think I can fairly represent to you
2   that the question I had asked had to do with
3   when you were just talking about capacity --
4   A.   Okay.
5   Q.   -- you knew what you meant.  And the
6   question was:  What did you mean?
7   A.   Yeah, but I'm -- can you go back beyond
8   that because I'm not sure where -- the
9   question was about our capacity pre --
10  Q.   So you were -- I believe you were -- I
11  can read it back to you.  But I believe you
12  were explaining and you raised the term
13  "capacity" --
14  A.   Okay.
15  Q.   -- when we were talking about the number
16  of layers that could be in a particular
17  facility if you changed the amount of space
18  per hen.  You said that obviously if you
19  increase the minimum space per hen, that will
20  cause your capacity to go down in that
21  facility.
22         Do you recall saying that?
23  A.   Yes.
24  Q.   And is it correct that what you were
25  saying when you used the term "capacity" there

**HIGHLY CONFIDENTIAL**

---

**154**

1  is the number of layers that you could have in
2  that facility and that you, in fact, did have
3  in that facility?
4  A.   Yes.  That's what I was referring to.
5  Q.   And therefore when we talk about Michael
6  Foods' capacity in terms of layers, you
7  understand that that's referring to the number
8  of layers that you had at any particular point
9  in time?
10  A.   Yes.
11  Q.   And do you agree that after Michael Foods
12  got the license to sell UEP Certified eggs in
13  2006, that Michael Foods' capacity in terms of
14  the number of layers went down and that
15  Michael Foods did not build new facilities to
16  increase that capacity?
17       MR. GREENE:  And you're referring
18  to company-owned flocks, right?
19       Go ahead.
20       THE WITNESS:  At that -- in the
21  immediate future we did an analysis, which we
22  always do, whether we're building internal or
23  we're looking outside.  And so one of the
24  considerations was building more internal or
25  rebuilding that -- adding capacity, as we were

---

**155**

1  just discussing, or outsourcing it.  And we
2  chose to outsource it.  But there was a
3  definite decline in some of our internal
4  capacity through the next couple, three years
5  as we implemented.
6  BY MR. NEUWIRTH:
7  Q.   Right.  And you chose to make that up by
8  acquiring from third parties that had existing
9  capacity they could make available to you?
10       MR. GREENE:  Object to the
11  characterization.
12       THE WITNESS:  No, that would not be
13  correct.  Much of the outsourcing we did was
14  greenfield projects of new construction.
15  BY MR. NEUWIRTH:
16  Q.   And tell me who did new construction
17  in -- tell me who did new construction in such
18  greenfield projects.
19  A.   I believe the primary one we were working
20  on at that point in time was Center Fresh.
21  And I think that we added approximately
22  3.5 million layers over the course.  And in
23  most -- most of the construction projects are
24  strung out over -- it's at least a two-,
25  three-year process.

---

**156**

1  Q.   And was Center Fresh a UEP member?
2  A.   Yes, they were.
3  Q.   And in what years do you understand that
4  Center Fresh added this new capacity?
5  A.   I don't have the -- I don't have the
6  details in front of me.
7  Q.   And are you confident that this was new
8  capacity that you contracted for after you
9  signed the license agreement with the UEP?
10  A.   Some of it was new capacity.  But
11  sometimes we had these agreements agreed to
12  prior to when we actually committed.  But
13  we're always planning in seven --
14  seven-plus-year windows.  And I think -- I
15  can't -- I don't recall off the top of my head
16  if we had agreed to that one.  But there were
17  other -- there's other people we agreed to
18  build, but they were coming on at that same
19  point.  And then I think we had other -- other
20  contracts that we did do post commitment.
21  Like IPRO was one of the primary ones.  And I
22  believe that was signed after -- again, I
23  don't have my timeline.  I would have to go
24  back and look up the timeline.  I don't have
25  all those facts exactly at my disposal here.

---

**157**

1  Q.   Besides Center Fresh and IPRO, is there
2  anybody else that you believe added new
3  capacity for Michael Foods -- to meet Michael
4  Foods' demand?
5  A.   I think Golden Oval was another
6  possibility in that same general window, from
7  '05, '06, 7, 8, in that window.
8  Q.   Well, '05 and part of '06 you did not
9  have this new agreement?
10  A.   No.
11  Q.   So do you think that Golden Oval was an
12  entity that you contracted with to create new
13  capacity to meet Michael Foods' demand after
14  the license agreement you signed with the UEP
15  in 2006?
16  A.   I don't know.  I don't recall the exact
17  timelines.
18  Q.   And are any other companies that you
19  believe added new capacity for Michael Foods
20  during this period you've described, 2005,
21  2006, 2007, 2008?
22  A.   I think there was someone else.  I just
23  don't -- I don't have that -- I don't have the
24  details there.
25  Q.   Now, given your role with procurement,

---

**40  (Pages 154 to 157)**

**HIGHLY CONFIDENTIAL**

---

**158**

1 would you have been the person who made these
2 agreements for Michael Foods?
3 A. Yes. Our process is we would go out and
4 negotiate or look for the proposals. And then
5 once we had negotiated an arrangement that we
6 thought was acceptable, then we would present
7 it to our senior management group for ultimate
8 approval.
9 Q. And what was the time period that was
10 ultimately agreed to for Michael Foods to get
11 to 100 percent compliance?
12 A. We agreed to meet with the UEP schedule.
13 Their phases -- they were phasing in, I think,
14 in 18-month increments. And I think that we
15 agreed to follow that schedule and match up.
16 So the first thing, I think, that we did after
17 we agreed and we formally applied was we
18 looked at our bird schedules and replacement
19 schedules and then we submitted those to UEP.
20 And starting probably in the fall sometime
21 if -- again, I don't recall the exact square
22 inch at that moment, but wherever our birds
23 were, the new birds that went into those
24 facilities then matched up with the current
25 UEP phase-in schedule. So from -- as each new

**159**

1 flock or each house was replaced -- and we had
2 over 100 flocks or buildings at that point in
3 time. So over the course of -- we were
4 projecting about a two-year window to replace
5 them all. And so we started -- we actually
6 signed the agreement in '06 and, I think, by
7 June of 2008 we completed that process of
8 replacing all 100 of those flocks and rotating
9 and then we matched up with the current UEP
10 phasing.
11        MR. NEUWIRTH: I've been told by
12 the videographer that we're dealing with the
13 end of the tape. So if we just want to pause
14 for a second to let the tape close.
15        THE VIDEOGRAPHER: We are going off
16 the record.
17        The time is 12:23 p.m.
18        (Off the record.)
19        THE VIDEOGRAPHER: We are back on
20 the record. This marks the beginning of
21 videotape number 3 in the deposition of Terry
22 Baker.
23        The time is 12:27 p.m.
24 BY MR. NEUWIRTH:
25 Q. Now, these contracts that you say that

**160**

1 Michael Foods entered into with third parties
2 to provide -- to provide eggs and to add
3 capacity to do that, were these written
4 contracts?
5 A. Oh, yes.
6 Q. And are these contracts that you in your
7 position related to procurement would have in
8 your files?
9 A. Yes.
10 Q. And do you know if those contracts have
11 been produced in this litigation?
12 A. I do not.
13 Q. Let me hand you a document that bears the
14 Bates number MFI0002285.
15        (Exhibit Number 19 marked for
16 identification.)
17 BY MR. NEUWIRTH:
18 Q. And the first question is: I've just
19 handed you now what appears to be a single
20 page of handwritten notes, do you recognize
21 this handwriting?
22 A. (Reviews document.) Yes. This would be
23 my handwriting.
24 Q. And in looking at these notes, is it
25 correct that these are notes that you took at

**161**

1 some point when there were discussions between
2 Michael Foods and the UEP about Michael Foods
3 getting a license to sell certified eggs with
4 some ramp-up period to get to 100 percent
5 compliance?
6 A. Can you repeat the --
7 Q. Sure. In looking at these notes, is it
8 correct that these are notes that you took at
9 some point when there were discussions between
10 Michael Foods and the UEP about Michael Foods
11 getting a license to sell certified eggs with
12 some ramp-up period to get to 100 percent
13 compliance?
14 A. Yes.
15 Q. And does it look like these notes would
16 have been taken therefore at some point in the
17 spring or early summer of 2006?
18 A. They would seem to suggest that would be
19 the timeline.
20 Q. And do you see that near the bottom
21 there's a -- there's a statement: As
22 suggested in my letter, the original idea we
23 incorporated in our proposal was to market our
24 birds not the guidelines, guaranteeing no
25 commingling.

**41 (Pages 158 to 161)**

**HIGHLY CONFIDENTIAL**

162

1      I may have misread that.  But if you
2   think it says something different, please
3   clarify.
4      A.   Since it's my handwriting, I can tell
5   you, yeah, that's not quite what it says.
6      Q.   Please clarify.
7      A.   "As suggested in the..."  I'm not sure
8   what that scribble -- "in the letter," I'm not
9   sure what that -- what I was saying there.
10   But "...the original idea we incorporated in
11   our proposal was to market as birds met the
12   guidelines, guaranteeing no commingling."
13      Q.   And what is it that you were -- what was
14   it that you were referring to there?
15      A.   We originally had proposed that as we
16   started this conversion from house to house,
17   as we rotated those birds and replaced them,
18   that as -- like either you could do it at the
19   house level or maybe it's a site level.  If
20   you had one -- for example, if you could get
21   one site completely updated, that you should
22   be able to market those as UEP or ACC
23   certified.  That was our proposal.  And that
24   proposal was not accepted by -- as part of the
25   final agreement or approval.

163

1      Q.   And your view, as reflected in these
2   notes, was that that proposal would have
3   guaranteed no commingling of certified and
4   non-certified eggs, correct?
5      A.   Yes.  That had to be part of the package.
6      Q.   But you -- what you were saying here in
7   these notes was that the proposal -- that
8   suggestion would -- that implementing it would
9   guarantee no such commingling, correct?
10      A.   Correct.
11      Q.   Now, you mentioned earlier that you had a
12   recollection that there was a May 2006 board
13   meeting where there was some lengthy
14   discussion about this proposal for Michael
15   Foods to get a license to sell certified eggs
16   with a phase-in to 100 percent compliance,
17   right?
18      A.   Yes.
19      Q.   So let me give you the minutes of that
20   board meeting which have the Bates number
21   UE0153009 to 10.
22           (Exhibit Number 20 marked for
23   identification.)
24   BY MR. NEUWIRTH:
25      Q.   And do you see there on the second page

164

1   of these minutes -- this is an Animal Welfare
2   Committee meeting, correct?
3      A.   (Reviews document.)  Yes.
4      Q.   And you attended that meeting as
5   reflected on the first page?
6      A.   Yes.
7      Q.   And do you see that on the second page of
8   the meeting there was a motion made concerning
9   this proposal to -- that you were talking
10   about in your handwritten notes that allow
11   certified eggs from any facility that meets
12   the requirements to be sold as certified?
13           Do you see that?
14      A.   Yes.
15      Q.   And that was voted down in the committee
16   by a vote of seven in favor and six being
17   opposed, correct, that's what the minutes say?
18      A.   That's what the minutes report, yeah.
19           MR. GREENE:  Did you say it was
20   voted down?
21   BY MR. NEUWIRTH:
22      I'm sorry.  I'm sorry.  It was voted in
23   favor.  I'm sorry.  Seven in favor, seven
24   opposed.
25           Do you see that?

165

1           MR. GREENE:  You just said seven in
2   favor, seven opposed.
3           THE WITNESS:  Six opposed.
4           MR. NEUWIRTH:  Okay.  Let's start
5   again.
6   BY MR. NEUWIRTH:
7      Q.   Do you see that there was a motion that
8   was made for the type of proposal that you had
9   talked about in your notes, which was to allow
10   eggs to be marketed as certified from any
11   facility that meets the requirements of the
12   program?
13           Do you see that?
14      A.   Yes.
15      Q.   And that was voted in the committee seven
16   in favor and six opposed.
17           Do you see that?
18      A.   Yes.
19      Q.   Now, let me hand you a document that
20   bears the Bates number MFI 2282.
21           (Exhibit Number 21 marked for
22   identification.)
23   BY MR. NEUWIRTH:
24      Q.   And is it correct that what I just handed
25   you, Mr. Baker, are your handwritten notes of

**HIGHLY CONFIDENTIAL**

166

1   the vote that took place at the May 25th, 2006
2   Animal Welfare Committee meeting?
3   A.   (Reviews document.) This is my
4   tally sheet I had taken from that vote.
5   Q.   And if we look at the no votes, is Roger
6   S, Roger Seger?
7   A.   Yeah, I think that's a reasonable
8   assumption.
9   Q.   And do you know with which company
10  Mr. Seger was affiliated?
11  A.   He's with Wabash Valley.
12  Q.   And you then have Mike Byron, is that
13  correct?
14  A.   It's Mike Bynum.
15  Q.   Bynum. Mike Bynum. And do you know what
16  company he's with?
17  A.   He is -- it was a Florida producer. I
18  don't remember the company name off the top of
19  my head. I apologize.
20  Q.   And then KY. Is that K.Y. Hendrix?
21  A.   Yes.
22  Q.   And which company is he with?
23  A.   Rose Acres.
24  Q.   And Joe F is Joe Fortin?
25  A.   With Moark.

167

1   Q.   And Derek Yancey?
2   A.   He's with a small -- he's a small
3   producer in Colorado. I don't recall the name
4   of his company, but it's in Colorado.
5   Q.   And Mark O?
6   A.   That would be Mark Oldenkamp with Valley
7   Fresh.
8   Q.   Now, on the yes side you have Tim Bebee,
9   who's obviously with Michael Foods.
10       Mike Gidley, who is he with?
11  A.   He was Rembrandt.
12  Q.   Glenn Hickman?
13  A.   Yes, Glenn Hickman.
14  Q.   And who is he with?
15  A.   Hickman Farms in Arizona.
16  Q.   Then you have -- is it Brian -- is that
17  Brian Barret?
18  A.   I think it had to be Brian Barret.
19  Q.   Do you know who he's with?
20  A.   He's -- it's a Texas producer. And I
21  can't -- the name escapes me. I'll think of
22  it later. But I don't know it right at the
23  moment.
24  Q.   Bob K, Bob Krouse?
25  A.   Yes.

168

1   Q.   And he's one of the people who had
2   previously supported your effort to eliminate
3   the 100 percent requirement all together,
4   correct?
5   A.   Yes.
6   Q.   And Ryan Armstrong?
7   A.   Yeah, I don't recall. But that must be
8   Ryan Armstrong. I wasn't sure which Ryan. It
9   must be Ryan Armstrong. And I don't know who
10  he was with. I don't remember.
11  Q.   Okay. And Dave T is David Thompson?
12  A.   Yes.
13  Q.   And who's he with?
14  A.   He's with Pearl Valley Egg.
15  Q.   Now, this proposal got out of the Animal
16  Welfare Committee. But was it ever approved
17  by the UEP?
18  A.   No. I don't believe so. I think in the
19  minutes the previous document said there was a
20  conference call scheduled for the board to act
21  on this motion to ratify the approval. And I
22  don't remember how it went down. But at
23  that -- apparently it did not pass the board,
24  because we did not -- we're not allowed to do
25  this.

169

1   Q.   Right. So why don't I give you the
2   minutes of the June 1st, 2006 conference call
3   at the UEP board of directors.
4        MR. NEUWIRTH: This has the Bates
5   number UE153007. And we'll mark this as
6   Baker 22.
7        (Exhibit Number 22 marked for
8   identification.)
9   BY MR. NEUWIRTH:
10  Q.   And these -- oh, yeah. I'm sorry. These
11  minutes cover two pages actually, UE0153007 to
12  08. And do you see that these minutes show
13  that you participated in this June 1st, 2006
14  conference call, correct?
15  A.   (Reviews document.) Yes.
16  Q.   And the second page of the minutes show
17  that this motion that had been approved by the
18  Animal Welfare Committee to allow eggs to be
19  marketed as certified from any facility that
20  meets the certification requirements was voted
21  down in the UEP board by a vote of 21
22  against to ten in favor, correct?
23  A.   Yes.
24  Q.   And the result of that vote was that
25  if -- if Michael Foods was to sell certified

43 (Pages 166 to 169)

**HIGHLY CONFIDENTIAL**

---

170

1   eggs, it would have to find a way to get to
2   100 percent compliance?
3   A.   Yes.
4   Q.   And that led to the licensing agreement
5   that Michael Foods ultimately entered with the
6   UEP, correct?
7   A.   Yes.  The license agreement was actually
8   part of that transitional agreement so that we
9   could use that.  Since this (indicating)
10  didn't pass, we were able to use the licensing
11  agreement over that approximately two-year
12  period while we were transitioning.
13  Q.   Okay.  Now, we had talked earlier about
14  what -- a document that referred to an
15  analysis of the impact of 100 percent --
16  eliminating the 100 percent compliance rule.
17  Do you recall that we looked at that and there
18  were some boxes at the bottom of the page?
19  A.   (Nods.)
20  Q.   It's true, isn't it, that, in fact,
21  Michael Foods had done its own assessment of
22  the impact of 100 percent -- of being required
23  to have 100 percent compliance to sell
24  certified eggs, right?
25  A.   Are you saying within our own assessment

---

171

1   internally, Michael Foods?
2   Q.   Yes, within Michael Foods.  You had --
3   Michael Foods had done its own assessment of
4   what would happen to the Michael Foods flock
5   size if Michael Foods had to reach 100 percent
6   compliance, right?
7   A.   Yes.
8   Q.   And you were personally involved in
9   looking at that issue, correct?
10  A.   Yes.
11  Q.   And at the time you looked at that issue,
12  that was among the reasons that Michael Foods
13  opposed the 100 percent compliance rule,
14  correct?
15  A.   Yes.
16  Q.   Let me give you a document bearing the
17  Bates numbers MFI 17306 through 309.  And we
18  will mark that as Baker 23.
19       (Exhibit Number 23 marked for
20  identification.)
21  BY MR. NEUWIRTH:
22  Q.   Is it correct that what we've got here on
23  the first page is an email chain starting with
24  an email that you sent on March 20th, 2005
25  with a response that same day from Gregg

---

172

1   Ostrander and then your further reply that
2   same day to Mr. Ostrander with others copied
3   on all of those emails?
4       Do you see that?
5   A.   (Reviews document.)  Yes.  Can I just
6   have a minute to get through the rest of it?
7   Q.   Please take as much time as you need to
8   look at the document and let me know when
9   you're ready.
10  A.   (Reviews document.)
11  Q.   Are you ready?
12  A.   Yeah.  I'm ready.
13  Q.   So is it correct that in this -- the
14  earliest of these emails in the chain
15  refer to a request from Gregg Ostrander?
16  A.   (Reviews document.)
17  Q.   Do you see that, you say "As per Gregg's
18  request"?
19  A.   Yes.
20  Q.   Gregg Ostrander, remind me who he is?
21  A.   He was the CEO of Michael Foods at that
22  point.
23  Q.   And so it was at his request that you
24  attached a file that you and Tim Bebee had put
25  together about the impact of implementing the

---

173

1   UEP ACC program at 100 percent of the
2   MFI facilities, right?
3   A.   Yes.
4   Q.   And is it correct that on the page that
5   ends with the Bates number 7308 you show that
6   with 100 percent compliance, Michael Foods'
7   layer capacity would have dropped by
8   14,861,904 layers?
9   A.   That was the estimate at that time.
10  Q.   And when there's a reference to Liq Equiv
11  Lbs, is that liquid equivalent pounds?
12  A.   Yes.
13  Q.   And what is that measurement used for in
14  your business?
15  A.   Our common denominator is liquid whole
16  egg equivalent pounds.
17  Q.   And is that meant to measure the content
18  of the egg as opposed to the egg plus the
19  shell?
20  A.   Yes.  That would be the net edible liquid
21  portion of the egg minus the shell.
22  Q.   And in doing business assessments at
23  Michael Foods, is that measurement used more
24  frequently than something like the number of
25  eggs?

---

**44  (Pages 170 to 173)**

**HIGHLY CONFIDENTIAL**

---

**174**

1    A.   Yes.  Yes.  That's our common
2    denominator.  Even though we market some other
3    forms of egg in shell -- in some kind of shell
4    thing, we still ultimately come back to the
5    common denominator.
6    Q.    And then you also looked at, in 2006, the
7    various financial scenarios that might play
8    out depending on what type of phase-in
9    agreement you might reach with the UEP,
10   correct?
11   A.   Yes.
12   Q.    And I take it that that work brought to
13   bear your various types of experience you
14   described as a controller and financial work
15   and also in your procurement position at
16   Michael Foods?
17   A.   Yes.
18   Q.    Let me quickly mark Baker Exhibit 24
19   bearing Bates number MFI 2148 through 2153.
20          (Exhibit Number 24 marked for
21   identification.)
22   BY MR. NEUWIRTH:
23   Q.    And is it correct that what we have here
24   is an email that you sent on April 15th, 2006
25   attaching some assessments of the financial

---

**175**

1    impact of a conversion to a UEP Certified
2    program?
3    A.   (Reviews document.)  Yes.
4    Q.    And is it correct that you were involved
5    in the preparation of these different
6    materials that are attached to this email?
7    A.   Yes.
8    Q.    And do you know what was ever done with
9    these materials within the company?
10   A.    They were just used for some of the
11   analysis and forecasting projecting more from
12   the financial side of the ledger as much as
13   anything about what impacts would be on the
14   following year or years.  And also it helped
15   us determine from a sourcing standpoint or
16   that deficit that was going to be created
17   where -- what we needed to be looking at and
18   contemplating as far as replacement.
19   Q.    Now, do you know what the term
20   "backfilling" refers to?
21   A.   Yes.
22   Q.    What is backfilling?
23   A.    My interpretation of backfilling, and it
24   may be different depending which producer you
25   talk to, but my interpretation is over the

---

**176**

1    life of a flock you always have normal
2    mortality occurring.  And so most producers --
3    or prior to UEP's guidelines, there used to be
4    more producers would take the opportunity at
5    some point in the lifecycle to actually --
6    either in some case utilize new birds or
7    possibly take birds from another older flock
8    that was going to -- most of the flock was
9    going to go out.  But if they needed a few
10   thousand of those birds, they would actually
11   take some of the those older birds and
12   backfill them into another house to regain a
13   little bit of capacity and throughput through
14   the facility.
15   Q.    Now, you understood, I take it, that
16   backfilling was prohibited in the UEP
17   Certified program?
18   A.    Yes.
19   Q.    And were you aware that in the first
20   period when -- in the initial months after
21   Michael Foods got its license in 2006, there
22   was an inspection done where it was found that
23   Michael Foods had been backfilling?
24   A.    I was not aware of that actually.
25   Q.    Okay.

---

**177**

1    A.    That would have been on the farm, more
2    directly on the farm management group
3    probably.  Maybe.  I don't recall, though.
4    Q.    Let me just give you this document
5    bearing the Bates number MFI 149189.
6          (Exhibit Number 25 marked for
7    identification.)
8    BY MR. NEUWIRTH:
9    Q.    And do you see that what I've just handed
10   you as Baker Exhibit 25 is an email that Gene
11   Gregory sent to you and Mr. Bebee on
12   January 12th, 2007 letting you know that there
13   had been an animal welfare audit of one of
14   Michael Foods' facilities and the audit had
15   failed because of backfilling -- or Michael
16   Foods had failed the audit because of
17   backfilling?
18        Do you see that?
19   A.    (Reviews document.)  Yes.
20   Q.    Did you have an understanding that
21   backfilling was a problem when you first got
22   started on the UEP Certified program in 2006?
23        MR. GREENE:  Objection, vague.
24        THE WITNESS:  I don't remember the
25   exact implementation.  I remember when there

---

**45 (Pages 174 to 177)**

**HIGHLY CONFIDENTIAL**

178

1  was a board vote at some point to add that
2  prohibition into the program.  I just don't
3  remember the timeline again, if it was there
4  when we first signed up and we -- we obviously
5  still did it at this point in time and it was
6  an oversight or what.  But yeah, I do remember
7  that there was a rule.  I just don't
8  remember --
9  BY MR. NEUWIRTH:
10  Q.    I take it from what you said before that,
11  putting aside the UEP program as a general
12  matter, backfilling can be deficient for a
13  producer?
14  A.    Yes.  I think that's -- that was a common
15  practice.  But I also know that in talking to
16  the Animal Welfare Committee -- the Scientific
17  Advisory Committee, particularly
18  Dr. Armstrong -- I mean, that was a -- when
19  that question really was posed to them, they
20  had a pretty definite feeling as it relates to
21  true animal welfare, that it was not a good
22  practice and should be discontinued.  And I
23  think that's what -- that's what ultimately
24  funneled into the UEP, to do -- to prohibit
25  that practice only under certain conditions.

179

1  Q.    And did you vote in favor of banning
2  backfilling?
3  A.    I think I may have.  I don't remember for
4  certain.  But I believe I did because it was
5  really proposed to us as a true animal
6  welfare.  So --
7  Q.    And did Michael Foods eventually stop
8  backfilling --
9  A.    Yes.
10  Q.    -- to comply with the program?
11  A.    Yes, we did.
12  Q.    And were you personally involved in
13  making sure that happened?
14  A.    Yes -- well, not personally involved I
15  know.  But I know that Mr. Bebee and his team
16  definitely changed the practice.
17  Q.    Now, are you familiar with someone named
18  Ken Klippen?
19  A.    Yes.
20  Q.    And he was someone who was developing an
21  alternative to the UEP Certified program,
22  correct?
23  A.    Yes.
24  Q.    And, in fact, Michael Foods worked with
25  him to look at alternatives to the UEP

180

1  Certified program, right?
2  A.    Yes.
3  Q.    And you testified earlier that you even
4  had some customers like McDonald's that had
5  their own programs for eggs that would meet
6  animal welfare guidelines that were different
7  from the UEP Certified program, correct?
8  A.    Yes.
9  Q.    And I take it that Michael Foods
10  supported these efforts to come up with an
11  alternative, in part, because Michael Foods
12  was not satisfied with the UEP program for the
13  reasons we've talked about today?
14  A.    Yes.  We were always intent on keeping
15  our options open or have alternatives if need
16  be.
17  Q.    And, in fact, Michael Foods continued to
18  work with Mr. Klippen even after it got the
19  license in 2006 to look at alternatives to the
20  UEP program, correct?
21  A.    For a time.  I don't remember -- recall
22  the exact time period.  But yes, there was a
23  period where we did continue to work with Ken
24  Klippen.
25  Q.    Now, do you remember Mr. Klippen

181

1  complaining to you that -- that the UEP was
2  trying to thwart his efforts to develop an
3  alternative?
4  A.    Yes, I remember some conversation.
5  Q.    And did you take any action in response
6  to those concerns that Mr. Klippen expressed?
7  A.    I don't recall that we did anything
8  specifically.  If you're -- I'm not sure what
9  you're suggesting that we would've --
10  Q.    Well, I'm not suggesting anything.
11  A.    Okay.
12  Q.    I'm just asking whether you did or did
13  not?
14  A.    I don't think that we did, no.
15  Q.    And do you know how it came to be that
16  Michael Foods eventually stopped working with
17  Mr. Klippen as you just noted?
18  A.    I don't recall the exact moment or if
19  there was an event or an occurrence that
20  triggered the decision.  But at some point,
21  yeah, we did discontinue that relationship.
22  Q.    So let me show you an October 11th, 2007
23  email that Mr. Klippen sent to you, Mr. Bebee
24  and Mr. Catherman.  And we'll mark that as
25  Exhibit 26.

46 (Pages 178 to 181)

**HIGHLY CONFIDENTIAL**

---

182

1          (Exhibit Number 26 marked for
2     identification.)
3          MR. DAVIS:  Excuse me.  Can we get
4     the Bates number, please?
5          MR. NEUWIRTH:  MFI 5090.
6     BY MR. NEUWIRTH:
7     Q.    And just my only question is, Mr. Baker:
8     Does looking at this email refresh your
9     recollection in any way about the timing of
10    when UEP may have -- I'm sorry, when Michael
11    Foods may have stopped actively working with
12    Mr. Klippen on alternatives?
13    A.    I need a minute.
14    Q.    Take as much time as you want.
15    A.    Okay.  All right.  (Reviews document.)
16    Okay.
17    Q.    Does looking at this refresh your
18    recollection in any way about the general
19    timing of when Michael Foods may have ended
20    active work with Mr. Klippen on an alternative
21    to the UEP Certified program?
22    A.    Yes and no.  I don't know -- I'm still
23    not sure when we terminated, I guess.  I'm
24    just not -- I'm drawing a blank.  So -- but
25    this doesn't really help me there necessarily

---

183

1     I don't think.
2     Q.    Do you recall whether the UEP concerns
3     about all of this were a factor in Michael
4     Foods' decision to stop actively working with
5     Mr. Klippen to develop an alternative?
6     A.    Oh.  No, I don't recall that as being the
7     issue.
8     Q.    What do you recall the issue being?
9     A.    Well, I don't know -- I don't remember --
10    I think we just -- I think there were other
11    issues.  It just became less of a need for us
12    at that point.  But again, I'm just -- I'm not
13    sure.
14          And then the other -- I mean, the other
15    thing on the email, the subject matter of the
16    email -- or not that subject matter but in his
17    first line here on the email where he says "to
18    rise above the fray," we were trying to get
19    him to -- there were some personal issues
20    there between he and Mr. Gregory, understood
21    the issues and understood the whys, but it
22    really had nothing to do with our business.
23    And it was a business decision.  And that's
24    what we kept reminding Ken of.  He's a very
25    talented guy and he did good things for us.

---

184

1     But we always were constantly, you know,
2     trying to stay out of the -- the personal
3     side.  And that's what he's -- I'm not saying
4     these weren't real things that he was
5     encountering.  But we just weren't going to
6     get involved in that or tried to stay out of
7     it.
8     Q.    And were these personal issues issues
9     about how they interacted with each other, or
10    was it something --
11    A.    Well, see, Ken was a former UEP member --
12    or a UEP staff person.  And when he left
13    UEP -- he left voluntarily, but there was --
14    it was not apparently a -- a real good
15    parting, I guess, or there was some bitterness
16    there.
17    Q.    And do you ever recall hearing around the
18    time of this email that Mr. Gregory had spoken
19    to Wal-Mart to try to discourage it from using
20    Mr. Klippen's alternative program?
21    A.    I think that I did hear that from Beth
22    Schnell.
23    Q.    At Sparboe?
24    A.    Yes, at Sparboe.
25    Q.    Was Michael Foods ever a member of the

---

185

1     USEM?
2     A.    U.S. Egg Marketers?
3     Q.    Yes.
4     A.    No.
5     Q.    And did you understand that U.S. Egg
6     Marketers did work relating to exports?
7     A.    Yes.
8     Q.    And did Michael Foods between -- from
9     2004 to the present, to your knowledge, ever
10    export eggs it had produced in the United
11    States for sale in a foreign country?
12    A.    Well -- okay.  We are an
13    international marketer -- Michael Foods, we
14    have a whole division that is an
15    international, an export business.  So yes, we
16    do export egg products, not necessarily shell,
17    but we don't preclude doing shell if it was
18    for one of our customers and arrangements
19    could be made.
20    Q.    And those are exports of eggs and egg
21    products that are produced in the United
22    States --
23    A.    Yes.
24    Q.    -- that might be sold elsewhere?
25    A.    Yes.

---

47 (Pages 182 to 185)

**HIGHLY CONFIDENTIAL**

186

1  Q.   And do you have any understanding of why,
2  given that Michael Foods does at least some
3  exporting, Michael Foods did not become a
4  member of the USEM?
5  A.   It was our -- my recommendation that we
6  not participate in -- and that recommendation
7  actually was even prior to me.  We did -- even
8  in the '90s or I don't even know how long they
9  were there we did not participate with them.
10  Q.   And do you recall what the reason was for
11  that?
12  A.   We felt it was almost like a conflict
13  with our own international egg products
14  business.  And so that's why we chose to stay
15  out of that.
16  Q.   And what was the nature of the conflict
17  that you saw?
18  A.   Well, when they were -- there were times
19  we felt -- just our perception was that when
20  they were exporting shell eggs, that they were
21  actually competing with our egg products
22  sales.  Some of the same people were buying
23  those shell eggs instead of buying our egg
24  products.  So it was a direct competitive
25  issue.

187

1  Q.   And were there any concerns at Michael
2  Foods that the exports by the USEM were not
3  necessarily meant to meet actual foreign
4  market demand but instead were designed to
5  reduce the number of eggs for sale in the
6  United States?
7       MR. GREENE:  Objection, confusing.
8  BY MR. NEUWIRTH:
9  Q.   Were you confused by that question?
10  A.   A little bit.  Can you --
11  Q.   Okay.  Did you ever have an understanding
12  that USEM was exporting eggs for the primary
13  purpose of reducing the number of eggs that
14  would be available for sale in the United
15  States?
16  A.   I think that was -- I think that was
17  general knowledge that that was the reason or
18  at least I thought it was.  But again, we
19  weren't members so we didn't know what their
20  objectives or their stated purpose was really.
21  But...
22  Q.   Did you keep track of what USEM was doing
23  in terms of exports?
24  A.   Yes, we did.
25  Q.   And did you ever receive information

188

1  directly from USEM about what was happening at
2  the USEM?
3  A.   No.  I don't believe that we did.
4       MR. GREENE:  Say, Steve, we're at
5  1:10 now.  Is this an appropriate time for a
6  lunch break?
7       MR. NEUWIRTH:  Sure.  Like I said,
8  whenever you want a break, you can have one.
9       THE VIDEOGRAPHER:  We are going off
10  the record.
11       The time is 1:10 p.m.
12       (Lunch break taken at 1:10 p.m.)
13
14       AFTERNOON SESSION, 1:58 p.m.
15
16       THE VIDEOGRAPHER:  We are back on
17  the record.
18       The time is 1:58 p.m.
19       (Exhibit Number 27 marked for
20  identification.)
21  BY MR. NEUWIRTH:
22  Q.   The court reporter has handed you a
23  document that we've marked as Baker 27.  It
24  has the Bates number MFI 43595.  And do you
25  see that it's an email that Lowell Ostrand

189

1  sent to you on October 19th, 2007?
2       Do you see that?
3  A.   (Reviews document.)  Yes.
4  Q.   And who is Mr. Ostrand?
5  A.   He's part of my staff in egg procurement
6  for Michael Foods.
7  Q.   Do you see that there's an email below
8  that that you sent to Mr. Catherman and
9  Mr. Ostrand saying:  Yesterday, USEM meeting
10  was supporting another quick shell export as
11  soon as possible.  Last night I was with Norm
12  Stocker and he was not happy.
13       Do you see that?
14  A.   Yes, I do.
15  Q.   Do you recall how you learned about this
16  USEM meeting and what was happening there?
17  A.   I believe this was -- this was at the UEP
18  annual meeting.  And so there was much
19  conversation in the hallways about that they
20  were talking of another shell export.
21  Q.   Okay.  And did you typically pick up from
22  what was going on at the UEP generally what
23  was happening in the USEM?
24  A.   Sometimes.  It just depended, you know.
25  There's only normally three UEP meetings per

48 (Pages 186 to 189)

**HIGHLY CONFIDENTIAL**

---

190

1  year generally or in-person meetings.  So I
2  just -- you know, what happens -- if -- if
3  USEM was having to contemplate something at
4  that moment, then there might have been some
5  conversation, which was probably -- I think
6  was the case here.  I think this was in
7  Chicago actually.
8  Q.    So we were talking before about
9  Mr. Klippen and the alternative program,
10  animal welfare program that he was developing
11  with Michael Foods' support for some period of
12  time.  Were you personally involved in any of
13  the communications with Mr. Klippen about that
14  program that he was developing?
15  A.    Toby Catherman, who works for me -- or
16  worked for me at that time, was -- was our
17  lead working directly.  There was a small
18  group of other producers, I think, working
19  with Ken.  And so I think Toby was our
20  designee on the committee for a lot of the
21  actual discussion.  But certainly everything
22  came back through me.
23  Q.    Right.  And did you understand that
24  the -- that what Mr. Klippen was doing was
25  creating a science-based animal welfare

191

1  program?
2  A.    Yes.
3  Q.    Earlier today you -- earlier today you
4  had mentioned that you personally were not the
5  one at Michael Foods who made the ultimate
6  decision to enter the agreement with the UEP
7  in 2006 to join the certified program,
8  correct?
9  A.    Yes.
10  Q.    Who was it that made that ultimate
11  decision?
12  A.    The ultimate decision was Gregg
13  Ostrander, the CEO of Michael Foods.
14  Q.    And what was the reason that
15  Mr. Ostrander decided to have UEP -- to have
16  Michael Foods join the certified program in
17  2006?
18        MR. GREENE:  Objection, lack of
19  foundation.
20  BY MR. NEUWIRTH:
21  Q.    Well, you're here as a 30(b)(6) witness,
22  aren't you, on the implementation of the UEP
23  program, right?
24        MR. GREENE:  On the implementation
25  but not the decision.  So my objection on lack

---

192

1  of foundation stands.
2        MR. NEUWIRTH:  So let me just make
3  sure I understand.  It's your position today
4  that the topics that you are -- that this
5  witness is here to cover does not include that
6  one?
7        MR. GREENE:  Yes.  I don't have the
8  letter.  If you have the letter, there is a --
9  it specifically indicates the witness
10  designated to testify about the decision to
11  join UEP certified is Mr. Ostrander.
12        MR. NEUWIRTH:  Okay.
13  BY MR. NEUWIRTH:
14  Q.    Did you ever hear from -- I'm now asking
15  you in your personal capacity as yourself --
16  A.    Okay.
17  Q.    -- not as Michael Foods.  Did you ever
18  hear from Mr. Ostrander why he decided that
19  Michael Foods should join the UEP Certified
20  program in 2006?
21  A.    I don't think that I did.
22  Q.    Did you have any understanding in 2006
23  about why Mr. Ostrander determined that UEP --
24  that Michael Foods should join the UEP
25  Certified program?

193

1        MR. GREENE:  Objection, calls for
2  speculation.
3  BY MR. NEUWIRTH:
4  Q.    Your understanding is not speculation.
5  It's a question about your own understanding
6  is the only question.
7        MR. GREENE:  Right.
8  BY MR. NEUWIRTH:
9  Q.    Do you, Terry Baker, as a person familiar
10  with your own understandings, have an
11  understanding of why Mr. Ostrander determined
12  in 2006 that Michael Foods should at that time
13  join the UEP Certified program?
14  A.    I think there's only one reason and it's
15  to meet customer demand.  That was my thought.
16  It was all customer driven over and over
17  again.  It's always customer driven for us.
18        MR. NEUWIRTH:  As counsel for the
19  direct purchaser class plaintiffs, I have no
20  further questions at this time and I am going
21  to give the floor to Mr. Kinney, who is here
22  for the direct action plaintiffs.
23
24
25        (Next page, please.)

49 (Pages 190 to 193)

**HIGHLY CONFIDENTIAL**

194

```
 1            EXAMINATION
 2
 3   BY MR. KINNEY:
 4   Q.   Mr. Baker, I thought we were off the
 5   record. We remained on the record. As I said
 6   this morning, my name is John Kinney. I
 7   represent some of the direct action
 8   plaintiffs.
 9        I understand that you are the Michael
10   Foods designee for some additional topics that
11   we didn't talk about this morning. And I've
12   asked you to take a look at what was marked as
13   Baker Exhibit 1, the Deposition Notice. Is it
14   your understanding that you are the designee
15   for topic number 2, Capper-Volstead?
16   A.   I don't believe so.
17        MR. KINNEY: He is.
18        MR. GREENE: Yes, he is.
19        THE WITNESS: Oh.
20        MR. GREENE: You know, the -- you
21   know, when Mr. Aranoff was examining the
22   witnesses in the past, this was always one
23   of -- the letter that we sent identifying
24   topics was always one of the earlier exhibits.
25   So unfortunately, you guys haven't put the
```

195

```
 1   letter in front of him and I think it's
 2   confusing the witness. But go ahead and
 3   proceed as you see fit.
 4        MR. KINNEY: All right.
 5   BY MR. KINNEY:
 6   Q.   Do you understand that you're also the
 7   designee for topic 17, contacts with United
 8   Potato Growers?
 9   A.   Yes, that one I recall.
10   Q.   And what about number -- topic 26, UEP
11   functions and services?
12   A.   I'm -- I'll take your -- I don't recall
13   about that list.
14   Q.   All right. Okay. Let's try not to make
15   it any more confusing.
16        What is United Egg Producers?
17   A.   My understanding is it -- I've always
18   believed it's an agricultural cooperative
19   that's organized under the rules of the
20   Capper-Volstead Act.
21   Q.   And what's that understanding based on?
22   A.   Just from attending meetings, not
23   personal research, just from being at meetings
24   and listening to some discussion.
25   Q.   What does UEP do?
```

196

```
 1   A.   UEP -- for us, for Michael Foods, UEP is
 2   an informational -- and it also is our contact
 3   in a lot of cases with regulatory. Regulatory
 4   being USDA, EPA. On the farm production side
 5   there's many issues that come up. It's -- in
 6   fact, EPA is one of our favorite topics at
 7   meetings. And so there's lobbying that occurs
 8   through UEP with regulatory. And that's, in
 9   fact, why we have the May Washington meeting.
10   Q.   Other than as a contact on regulatory
11   issues and for lobbying, does Michael Foods
12   use any other UEP services?
13   A.   Well, clearly we're in the United --
14   we're in the UEP Certified program currently.
15   But you don't have to be a member to
16   participate in that program. We -- it so
17   happens we are. But just in general I think
18   that covers most of what our purpose is.
19   Q.   Does UEP process its members' output?
20   A.   I'm not sure what -- I'm not clear.
21   Q.   The members of UEP to the extent that
22   they produce shell eggs or processed egg
23   products, is UEP engaged in processing any of
24   the things that the members produce?
25   A.   No, not that I'm aware of.
```

197

```
 1   Q.   Does UEP sell the members' output?
 2   A.   I'm not real sure. We don't participate
 3   in that. They do have a division, I believe,
 4   that brokers some transactions in the shell
 5   egg world. We as a company do not -- have
 6   never utilized that function. So I'm not real
 7   up on that, I guess.
 8   Q.   Does UEP act as a bargaining agent for
 9   its members in negotiating prices with
10   customers?
11        MR. DAVIS: Objection, lack of
12   foundation.
13        THE WITNESS: Not that I'm aware
14   of.
15   BY MR. KINNEY:
16   Q.   Who belongs to UEP?
17   A.   Egg producers.
18   Q.   Can any egg producer join UEP?
19   A.   I think so.
20   Q.   Are you familiar with the Capper-Volstead
21   Act?
22   A.   Not intimately, no.
23   Q.   Are you familiar with it generally?
24   A.   Generally, yes.
25   Q.   And when did you first learn about
```

50 (Pages 194 to 197)

**HIGHLY CONFIDENTIAL**

---

198

1  Capper-Volstead?
2  A.  Oh, in the mid 2000s, like in the five,
3  six -- you know, I started becoming being
4  exposed to different conversations when I
5  was -- once I started on the board as a board
6  of directors member.
7  Q.  Was there any particular person or
8  persons that you learned about Capper-Volstead
9  from?
10  A.  I don't recall anybody specifically right
11  at the moment.
12  Q.  What's your general understanding of what
13  Capper-Volstead is or what it does?
14  A.  I've been -- just my own personal
15  experience says that it -- it allows for
16  actually operating with marketing and is
17  possible to manage supply as well as to do
18  other industry functions as I've outlined
19  earlier.
20  Q.  And what's your understanding of how
21  Capper-Volstead applies to Michael Foods'
22  membership in UEP?
23  A.  Again, I'm not sure I understand.  If you
24  say -- could you repeat the question?
25  Q.  Do you have any understanding that

199

1  Michael Foods gets any benefit under
2  Capper-Volstead or claims to get any benefit
3  under Capper-Volstead for its participation in
4  UEP?
5  MR. GREENE:  Objection, confusing.
6  THE WITNESS:  I'm not sure I
7  understand.  But I'll answer the question.  I
8  think from our personal -- my personal
9  experience and my association, most of the
10  things that we value in UEP are not related to
11  some of the unique things that I understand
12  are possible with Capper-Volstead.
13  BY MR. KINNEY:
14  Q.  And the things that you value are the
15  regulatory contacts, the lobbying?
16  A.  Yes.
17  Q.  What's your general understanding of the
18  scope of permissible conduct under
19  Capper-Volstead?
20  A.  I'm not really clear exactly what -- how
21  far it goes or what it really entails.  I have
22  to --
23  Q.  Do you have in mind -- do you have any
24  general understanding of anything that you
25  absolutely cannot do even under

200

1  Capper-Volstead?
2  A.  Well, no, not necessarily, not -- other
3  than just certain -- like there's -- you know,
4  you can only have members in the room when
5  you're having discussions.  Some of the basic
6  premises, those things I think I have a sense
7  for.  But beyond that, no.
8  Q.  If you have questions regarding
9  Capper-Volstead, who do you ask?
10  A.  We would either go to staff or today we
11  have our general counsel, UEP's general
12  counsel, Randon Wilson.
13  Q.  And how long has Randon Wilson been UEP's
14  general counsel?
15  A.  I don't know the exact period.  Sometime
16  since 2008.  It was -- you know, it's in that
17  range, but I don't know the exact year.
18  Q.  Under Capper-Volstead, can two or more
19  companies agree on the number of eggs they'll
20  produce?
21  A.  Oh.  I don't know.
22  Q.  Under -- absent Capper-Volstead, can two
23  or more companies agree on the number of eggs
24  they'll produce?
25  MR. GREENE:  Objection, lack of

201

1  foundation.
2  THE WITNESS:  Yeah, I'm not sure
3  under what context you're referring to.  I
4  mean, what --
5  BY MR. KINNEY:
6  Q.  Period.
7  A.  I mean --
8  Q.  Can -- well, let's use something that
9  might be more familiar.  One of your primary
10  competitors is Cargill Kitchen Solutions,
11  right?
12  A.  Okay.  Yes.
13  Q.  Okay.  So can Michael Foods and Cargill
14  Kitchen Solutions agree on the volume of
15  pre-cooked eggs that they'll produce?
16  MR. GREENE:  Objection, calls for a
17  legal conclusion.
18  BY MR. KINNEY:
19  Q.  Your understanding.
20  A.  No, they're not members.
21  Q.  Correct.  And they're not protected by
22  Capper-Volstead, correct?
23  A.  That's right.  That would be the reason,
24  yeah, they're not members, they're not
25  producers.

**HIGHLY CONFIDENTIAL**

202

1    Q.    And under Capper-Volstead, can companies
2    agree to limit the size of their layer hen
3    flocks?
4    A.    I'm not sure.  I don't know.
5    Q.    Have you ever asked anyone?
6    A.    No.
7    Q.    Have you ever asked anyone for
8    information about Capper-Volstead?
9    A.    Maybe for a brief description at a
10   meeting we talked about it at real high level,
11   just some of the basics.  But as to any
12   details and what-if scenarios, no, I have not.
13   Q.    Has anyone at Michael Foods, any of your
14   colleagues at Michael Foods like Mr. Bebee or
15   Mr. Catherman, have they ever asked you for
16   information about Capper-Volstead?
17   A.    I don't recall that they did necessarily.
18   Q.    Have you attended any seminars or
19   presentations regarding Capper-Volstead?
20   A.    The closest that I would come to that was
21   there was a representative from another
22   Capper-Volstead group that presented -- did a
23   general presentation to the membership, UEP,
24   sometime in -- I can't remember the year,
25   probably in 2007, eight, somewhere in that

203

1    vicinity.
2    Q.    What was the other co-op?
3    A.    It was -- I think it was the United
4    Potato Growers.
5    Q.    Does Michael Foods belong to any entity
6    other than UEP that claims to be a
7    Capper-Volstead cooperative?
8    A.    Not that I'm aware of.
9    Q.    You're familiar with Urner Barry,
10   correct?
11   A.    Yes.
12   Q.    And what does Urner Barry do regarding
13   the production and sale of eggs or egg
14   products?
15   A.    Nothing that I know of.
16   Q.    And is it involved in issuing pricing
17   information for shell eggs and egg products?
18   A.    Yes.  I -- yes.  My understanding, the
19   way we use -- we utilize, we subscribe to
20   their services.  They are a price reporting
21   service.
22   Q.    Have you attended any of the executive
23   conferences for the egg and poultry industry
24   that Urner Barry sponsors?
25   A.    Yes, I have.

204

1    Q.    And approximately how many of those have
2    you attended?
3    A.    Fifteen, give or take.
4    Q.    When was the last time you went to one of
5    those conferences?
6    A.    In 2013.
7    Q.    Was that in Las Vegas?
8    A.    Yes.
9    Q.    At any of the Urner Barry executive
10   conferences that you belong to have there been
11   presentations regarding Capper-Volstead?
12   A.    Not to my recollection.
13   Q.    And do you understand that
14   Capper-Volstead applies to only farmers or
15   producers?
16   A.    Yes.  I understand roughly that's --
17   that's how it was explained to me, yes.
18   Q.    And do you know who qualifies as an egg
19   producer under Capper-Volstead?
20   A.    No, I don't have the definition down.
21   Q.    What's your understanding of what it
22   means to be an egg producer for
23   Capper-Volstead purposes?
24   A.    Just my understanding is it's an egg --
25   you have to be an egg producer.  And beyond

205

1    that, I don't know what -- I don't know
2    anything else definitionally.
3    Q.    So if you bought a dozen eggs but sold
4    2 million dozen eggs, you would still be an
5    egg producer?
6          MR. GREENE:  Objection, confusing.
7          THE WITNESS:  I'm not sure -- yeah,
8    I don't understand.
9    BY MR. KINNEY:
10   Q.    All right.  Say you owned enough hens
11   that they produced a million dozen eggs, okay,
12   and you also -- you sold in the market
13   100 million dozen eggs, are you an egg
14   producer under Capper-Volstead?
15         MR. GREENE:  Objection, lack of
16   foundation.
17         THE WITNESS:  I don't know.  That's
18   a -- that must be a legal -- I don't know.
19   BY MR. KINNEY:
20   Q.    You don't know?
21   A.    No, I don't know.
22   Q.    All right.  Let me show you what's been
23   marked as --
24         MR. KINNEY:  Let's mark this as
25   Baker Exhibit A.

**52  (Pages 202 to 205)**

**HIGHLY CONFIDENTIAL**

---

206

1      (Exhibit A marked for
2   identification.)
3      MR. KINNEY:  And it's a document
4   that's dated December 5, 2003.  It's coded
5   MFI0001880 and 1881.
6   BY MR. KINNEY:
7   Q.   Mr. Baker, directing your attention --
8   this is a letter from Chad Gregory to UEP
9   members from December 5, 2003.  And as stated
10  in this letter with the attachment, correct,
11  that the UEP was asking members to certify
12  that more than 50 percent of all eggs handled
13  by our [sic] letter, including eggs produced,
14  contracted or purchased, are produced on farms
15  owned or operated by our [sic] company?
16     Do you see that, that they were
17  requesting --
18  A.   Yes.
19  Q.   -- that certification?
20  A.   Yes.
21  Q.   Who at Michael Foods was responsible for
22  responding to these kinds of requests
23  regarding Capper-Volstead from UEP?
24  A.   It would be myself or Tim Bebee.
25  Q.   And from time to time did you provide

---

207

1   certification similar to the one that's
2   included in Exhibit A to UEP?
3   A.   I have not -- I'm not familiar with this
4   particular version or this form.  I don't
5   recall seeing it.  But it's not that I didn't.
6   I just don't recall it.
7   Q.   Do you know that you -- whether you've
8   ever signed a similar certification that
9   you've provided on behalf of Michael Foods to
10  UEP?
11  A.   I think I did.
12  Q.   So this isn't -- the form of the
13  certification is something that you have seen
14  before and actually signed and returned to
15  UEP, correct?
16  A.   Yes.  Just not this version.
17     (Exhibit B marked for
18  identification.)
19  BY MR. KINNEY:
20  Q.   Let me show you what's been marked as
21  Exhibit B.  And Exhibit B is a one-page
22  document.  It has the caption United Egg
23  Producers Membership Agreement.  It's coded
24  UE0148015.
25     And do you recognize Exhibit B as a

---

208

1   membership agreement that you signed for UEP
2   on behalf of Michael Foods?
3   A.   (Reviews document.)  Yes, I do.
4   Q.   And is that your handwriting and your
5   signature at the bottom of Exhibit B?
6   A.   Yes.
7   Q.   All right.  And, correct, that Exhibit B
8   includes the certification that you signed, "I
9   hereby certify that all of the above
10  information is correct and that over
11  50 percent of all eggs handled by our company,
12  including eggs produced, contracted or
13  purchased, are produced on farms owned or
14  operated by our company"?  That's the
15  certification that you signed?
16  A.   Yes, I signed it.  But I was signing for
17  everything above it.  I guess I didn't -- I
18  either overlooked that or I didn't understand
19  exactly what that was telling me, I guess.
20  Q.   Is it your unusual practice to sign
21  things that you haven't read or don't
22  understand?
23     MR. GREENE:  Objection,
24  argumentative.
25     THE WITNESS:  No, it is not my

---

209

1   normal practice.
2   BY MR. KINNEY:
3   Q.   In any event, is that certification
4   correct or not, correct?
5   A.   It is not correct for us --
6   Q.   So it's not correct?
7   A.   -- or I mean, no, it wouldn't be.  It
8   depends what this was -- when this was --
9   Q.   When was this signed?
10  A.   I don't know.  It wasn't dated.
11  Q.   Has this been a true certification at any
12  time since the year 2000?
13  A.   I don't know.  We'd have to validate it.
14  Q.   At any time since 1997 has Michael Foods
15  produced more than 35, 40 percent of its total
16  egg needs?
17  A.   I would have to suggest that probably
18  '97.  Prior to '97, we would have met that
19  criteria.  I'm not sure after '97.
20  Q.   All right.  So -- but I asked for the
21  period 2000 -- 2000 through 2008 -- actually,
22  2000 through 2012, hasn't the split been about
23  30 -- 30 percent you produced with
24  company-owned hens and you bought the other
25  65, 70 percent on the outside?

---

**53 (Pages 206 to 209)**

**HIGHLY CONFIDENTIAL**

210

1     A.   That's what it's been in more recent
2   years. I just don't recall, I guess, the
3   exact percentages going back to the early part
4   of the 2000s.
5     Q.   But does that sound generally correct?
6     A.   That's -- I would agree. That
7   probably -- I know in recent years that would
8   be the case.
9     Q.   Did you ever ask anyone whether Michael
10   Foods qualified as a farmer under
11   Capper-Volstead when it buys 65 to 70 percent
12   of its egg requirements?
13     A.   Yes, we did.
14     Q.   Who did you ask?
15     A.   We asked UEP counsel.
16     Q.   When did you do that?
17     A.   Oh, in the last -- probably in the
18   last -- it's come up over the last few years
19   since we've had Randon Wilson. And upon their
20   review, we've --
21          MR. DAVIS: This is Evan Davis. I
22   object to the extent the question did not ask
23   for any advice that was given by UEP counsel
24   and I would object to any such line of
25   questioning.

211

1   BY MR. KINNEY:
2     Q.   So who made this request to UEP?
3     A.   I did.
4     Q.   And --
5     A.   At a meeting we talked about it.
6     Q.   This is an oral request that you made to
7   Mr. Wilson?
8     A.   Yes.
9     Q.   And how did he respond, in writing or
10   orally?
11     A.   Just orally.
12     Q.   Did you discuss the answer that you got
13   from Mr. Wilson with anybody else?
14     A.   I don't recall.
15     Q.   Did you discuss it with anybody else at
16   Michael Foods? Did you go back and say good
17   news, bad news, no news?
18     A.   It was -- nothing changed. So there was
19   no reason to -- I don't know. We were told we
20   were --
21          MR. DAVIS: Hold on. I object to
22   the extent the question again did not ask for
23   any advice that was --
24          (Tone.)
25          MR. DAVIS: -- by UEP counsel.

212

1   BY MR. KINNEY:
2     Q.   Mr. Baker --
3          MR. NEUWIRTH: Hold on. These are
4   objections that are coming in the middle of
5   answers, not questions. That's not permitted.
6   This has to stop. You cannot object in the
7   middle of an answer. You can only object to a
8   question.
9          MR. DAVIS: Wait. Mr. Neuwirth,
10   you're not the questioner. And when the
11   answer goes off from what the question was,
12   the question itself as phrased was not
13   objectionable, the answer starts to reveal
14   privileged advice that's not responsive to the
15   question, I have a duty to protect the
16   privileged advice that was given by counsel
17   for my client.
18          MR. NEUWIRTH: And I just want to
19   note for the record, which I am allowed to do,
20   that this practice of interrupting answers and
21   interposing objections to an answer is not
22   permitted and we would seek intervention of
23   the Court if it continues.
24          MR. DAVIS: I disagree with your
25   characterization of what I was doing.

213

1          MR. GREENE: If I could request,
2   Mr. Davis, could you -- if it's acceptable to
3   counsel, would you articulate your position on
4   where you're asserting privilege, what in your
5   view the witness can or cannot testify about.
6   I think that may help the witness then in
7   understanding how to avoid some of the issues.
8          MR. DAVIS: Well, quite simply, the
9   UEP maintains a privilege over advice that was
10   given by its counsel to its members, including
11   Mr. Baker. And I don't believe that the
12   questions that Mr. Kinney has posed
13   specifically asked the witness to reveal or
14   divulge any of that advice and therefore the
15   questions themselves as posed were not
16   objectionable. But I would ask that the
17   witness listen to those questions and provide
18   answers responsive to those questions that do
19   not reveal privileged advice given to him or
20   Michael Foods by counsel for UEP.
21          MR. GREENE: Do you understand?
22          THE WITNESS: Yes.
23          MR. GREENE: Okay.
24   BY MR. KINNEY:
25     Q.   Okay. With that fun interpretation, what

**HIGHLY CONFIDENTIAL**

214

1    was it that prompted you to ask Mr. Wilson
2    about whether -- about Michael Foods' status
3    under Capper-Volstead?
4    A.    Just as a matter of reference just to
5    reiterate or to reconfirm our standing.
6    Q.    Well, was there something that happened
7    that caused you to have this question in your
8    mind?  There must've been something that
9    precipitated it.
10   A.    Well, I think --
11         MR. GREENE:  Wait a minute.
12   Objection, compound and argumentative.
13   BY MR. KINNEY:
14   Q.    Please answer.
15   A.    I don't recall the exact episode or the
16   question that triggered it or somebody just
17   asked, because there has -- there's been
18   discussion from time to time about some of the
19   status and if it changed or whatever.  So I
20   think that's why we had asked the question or
21   posed the question at one point.
22   Q.    And do I understand it's your testimony
23   that -- notwithstanding raising this question
24   and getting a response from Mr. Wilson, that
25   you didn't discuss this with anybody else at

215

1    Michael Foods?
2    A.    I don't recall who I would've talked to
3    about it.
4    Q.    Did you ever talk to Tim Bebee about it?
5    A.    Most -- I don't know.  I don't remember.
6    Q.    Did you ever talk to Toby Catherman about
7    it?
8    A.    I don't remember.
9    Q.    Other than this -- can you place the time
10   frame of this meeting where you raised the
11   question about Capper-Volstead with
12   Mr. Wilson?
13   A.    No.  I really can't.  It was -- it was
14   after he was named general counsel.  I don't
15   recall the exact period.  I don't recall.
16   Q.    Other than this one discussion with
17   Mr. Wilson, have you had any other discussions
18   with him or anybody else at UEP regarding
19   whether Michael Foods qualifies as an egg
20   producer under Capper-Volstead?
21   A.    No, not to my recollection.
22   Q.    I think based on your testimony this
23   morning you said that you were a member of the
24   Long Range Planning Committee?
25   A.    Yes.

216

1    Q.    To whom did that committee report?
2    A.    I'm sorry?
3    Q.    To whom did that committee report?
4    A.    They reported back to the board of
5    directors.
6    Q.    Who asked you to be on the Long Range
7    Planning Committee?
8    A.    The chairman makes the appointments, the
9    UEP chairman.  I believe it -- I think it was
10   Roger Deffner was the chair at that point or
11   one of the chairmen.  I'm not sure.  But it's
12   the UEP chairman.
13   Q.    Did Mr. Deffner tell you why he wanted
14   you to serve on the committee?
15   A.    Not specifically, no.
16   Q.    Did he explain to you why you would be a
17   valuable member of the committee?
18   A.    Yeah, mainly because of the strategic
19   outlook or the ability to talk about
20   strategics since we're, you know, one of the
21   larger marketers in the industry.  So -- and
22   producers.  So that was my understanding.
23         (Exhibit T marked for
24   identification.)
25   BY MR. KINNEY:

217

1    Q.    I'm showing you what we've marked as
2    Exhibit T, which is a document has the caption
3    Long Range Planning Committee, August 6 and 7,
4    2007 in Salt Lake City.  It's coded MFI0615228
5    through 5230.  My first question is:  Is it
6    correct that you attended this Long Range
7    Planning Committee meeting on August 6th and
8    7th, 2007 in Salt Lake City as reflected in
9    Exhibit T, which is the meeting schedule and
10   agenda?
11   A.    (Reviews document.)  Yes, I did.
12   Q.    And is it also correct that one of the
13   agenda topics for that meeting was number 3,
14   review of Capper-Volstead, A, compliance rules
15   and current membership, B, strengthening and
16   enhancing for better utilization by Mr. Kevin
17   Haley?
18   A.    Yes, I recall.
19   Q.    All right.  And at the time was Kevin
20   Haley UEP's counsel?
21   A.    At this point he was, yes.
22   Q.    And he is no longer?
23   A.    He is no longer.
24   Q.    Does Brann and Isaacson provide any legal
25   services to UEP today that you're aware of?

**55 (Pages 214 to 217)**

**HIGHLY CONFIDENTIAL**

---

218

1    A.   Not that I'm aware of.
2    Q.   So that's all been taken over by Randon
3    Wilson?
4    A.   Yes, that's my understanding.
5    Q.   Before the committee got together in
6    Salt Lake City in August 2007, did Kevin Haley
7    provide the committee members with any
8    materials regarding Capper-Volstead?
9    A.   I don't recall.  You know, there may have
10   been a document.  I don't remember, though.  I
11   didn't -- I don't recall for sure.
12        (Exhibit TT marked for
13   identification.)
14   BY MR. KINNEY:
15   Q.   Let me also show you what's been marked
16   as Exhibit TT, which is the minutes for the
17   UEP Long Range Planning Committee meeting,
18   August 7, 2007, Salt Lake City.  It's coded
19   MFI0617085 and 7086.  And we'll be dealing
20   with -- I'll direct your attention.  It starts
21   at the top of the second page of the exhibit.
22   There's a heading:  Review UEP's
23   Capper-Volstead.
24        Do you see that?
25   A.   (Reviews document.)  Yes.

---

219

1    Q.   And that first paragraph at the top of
2    the second page, the last sentence states:
3    Haley said if a company markets or sells
4    more than twice as many eggs as they produce, then
5    this company would be questionable for
6    membership under Capper-Volstead.
7        Was there any discussion regarding that
8    statement by Mr. Haley at the meeting?
9        MR. DAVIS:  I --
10       MR. GREENE:  Mr. Davis, you were
11   saying something?
12       MR. DAVIS:  I'm sorry.  Could you
13   just read back the question?
14       THE COURT REPORTER:  One moment.
15       "And that first paragraph at the
16   top of the second page, the last sentence
17   states:  Haley said if a company markets or
18   sells more than twice as many eggs as they
19   produce, then this company would be
20   questionable for membership under
21   Capper-Volstead."
22       MR. BARNES:  Objection.  That's not
23   what it says.
24       THE COURT REPORTER:  Then question
25   then is:  Was there any discussion regarding

---

220

1    that statement by Mr. Haley at the meeting?
2        MR. GREENE:  Okay.  Mr. Davis, were
3    you going to say anything or not?
4        MR. DAVIS:  No, not to that
5    question.
6        THE WITNESS:  Well, after all, I
7    come back to the question.  The question was:
8    Was there any --
9    BY MR. KINNEY:
10   Q.   Was there any discussion about that
11   statement?
12   A.   Yeah, there was some discussion.  And I
13   don't remember all the specifics of the
14   discussion.  But I know there was discussion
15   about this.
16   Q.   Did you say or do anything when you heard
17   that statement by Mr. Haley?
18   A.   Yes -- I mean, I think there was some
19   discussion at that point, but -- I don't know.
20   I think there -- if I recall -- I don't
21   recall.  I don't know specifically where we
22   left it.
23   Q.   Well, when you heard Mr. Haley make the
24   statement that if a company markets or sells
25   more than twice as many eggs as it produces,

---

221

1    then this company would be questionable for
2    membership, did that strike any -- did that
3    remind you of Michael Foods per chance?
4    A.   Yes, it was running -- it entered my
5    mind, yes.
6    Q.   And -- and doesn't that sound exactly
7    like Michael Foods, a company that
8    produces -- that sells more than twice as many
9    eggs as it produces?
10   A.   Yeah.  And in that discussion I think
11   there was the thought -- I don't think anybody
12   knew the members numbers for sure for any of
13   the members.  But there may be -- there
14   might've been other people that were -- you
15   know, were in that category maybe where there
16   was a question, but it was a question that was
17   to be researched or -- or you know, looked
18   into.
19   Q.   Did you ever get an answer other than the
20   one -- the discussion that you had with
21   Mr. Wilson, did you get any further
22   information on that point from Mr. Haley or
23   anybody else?
24   A.   I --
25       MR. DAVIS:  I object to that

---

**HIGHLY CONFIDENTIAL**

222

1   question. That was calling for legal advice
2   beyond the scope of what's referenced in the
3   document.
4           MR. GREENE: Mr. Davis, are you
5   objecting to a yes-or-no answer?
6           MR. DAVIS: I would not object to a
7   yes-or-no answer.
8           MR. GREENE: Okay.
9           THE WITNESS: So the question --
10  BY MR. KINNEY:
11  Q.   The question is: Did you get any further
12  information on that topic from anybody?
13  A.   Not that I recall at this point, not at
14  that time.
15          (Exhibit U marked for
16  identification.)
17  BY MR. KINNEY:
18  Q.   I'm going to show you what has been
19  marked as Exhibit U, which is various
20  materials for the Long Range Planning
21  Committee, August 6th and 7th, 2007, with the
22  note "Chad's Copy." It's coded UE0148221
23  through 0148285. And direct your attention in
24  Exhibit U to the page that is coded 226. It
25  ends with 226.

223

1       Do you have that before you?
2   A.   (Reviews document.) Yes, I do.
3   Q.   All right. And I'll do my best to try
4   and read this. And then if you have any
5   corrections, you let me know. But these notes
6   of Chad Gregory from the meeting state: Item
7   number 4, Review of UEP's Capper-Volstead
8   status. Any issues with current members?
9   50 percent rule, if selling more of something
10  that has nothing to do with egg production,
11  paren, I believe it's Pilgrim's, close paren,
12  then no big deal or doesn't apply. If selling
13  more eggs, in parenthesis, egg products, close
14  parenthesis, than producing, then ineligible
15  to be member of UEP unless they rearrange or
16  define their production and processing are
17  separate then the production
18  company/area/division could be.
19      Have I read that correctly?
20  A.   That's how I would read it, I guess.
21  Q.   All right. Did you say or do anything in
22  response to Haley's statements regarding the
23  50 percent rule at the planning committee
24  meeting?
25          MR. DAVIS: I object to the extent

224

1   that the question does not exclude further
2   communications between the witness and
3   Mr. Haley.
4           MR. GREENE: In its current --
5           MR. KINNEY: I object to the
6   objection. I asked him: Did you say or do
7   anything in response to Mr. Haley's
8   statements? Enough's enough. Let him answer
9   the question.
10          MR. DAVIS: Okay. So let me make a
11  record of this. I'm trying to not interrupt
12  the witness' answer. And I'm making it very
13  clear that UEP objects to that question
14  insofar it does not exclude an answer that
15  would include legal advice given to the
16  witness or communications between the witness
17  and Mr. Haley.
18          MR. KINNEY: I'm asking the witness
19  what he did or said. I didn't ask him
20  anything about what Mr. Haley said.
21          MR. DAVIS: The witness --
22          MR. KINNEY: So your objection is
23  not well taken. It's obstructionist. It's
24  interfering with us and it's wasting time.
25          MR. DAVIS: The witness'

225

1   communications with Mr. Haley --
2           MR. KINNEY: I didn't ask for his
3   communications. I asked what he said or did.
4           MR. DAVIS: Okay. What the witness
5   said or did insofar as --
6           MR. KINNEY: That is not subject to
7   your privilege. It's not subject to any
8   privilege claim, any bona fide privilege claim
9   by UEP. You're just making objections to make
10  this more difficult than it already is. Now,
11  when you get to the point that you have a
12  proper objection, make it. Otherwise please
13  be quiet.
14  BY MR. KINNEY:
15  Q.   Do you have the question in mind?
16          MR. GREENE: Well, he couldn't --
17  nobody could have the question in mind.
18  BY MR. KINNEY:
19  Q.   Did you say or do anything in response to
20  that statement by Mr. Haley? That's the
21  question.
22          MR. DAVIS: And I renew my
23  objection.
24          MR. GREENE: And Mr. Baker, it's a
25  yes-or-no question. So you can answer it yes

**HIGHLY CONFIDENTIAL**

226

1   or no.
2          THE WITNESS:  Did I say anything to
3   Mr. --
4   BY MR. KINNEY:
5   Q.   Did you say or do anything at the meeting
6   in response to that statement by Mr. Haley?
7   A.   I honestly don't remember.
8   Q.   Is there anything that would refresh your
9   recollection on whether you did or said
10  anything in response to that statement?
11  A.   I don't know.  My recollection was that
12  this was an issue for counsel and -- I mean,
13  being -- we were one of the companies maybe
14  that had the question.  It was like, you know,
15  it wasn't -- I didn't feel it was our place.
16  They just needed to sort this out.  I think I
17  stayed out of it is my recollection.
18  Q.   When you went to meetings like the Long
19  Range Planning Committee meeting, did you
20  typically take notes?
21  A.   No, I'm a terrible note-taker.  So no, I
22  did not.
23  Q.   Okay.  Do you know whether other people
24  that were at the meeting were taking notes?
25  A.   Don't -- can't speak to that, don't know.

227

1   Q.   Do you know whether -- apart from whether
2   you did or said anything in response to
3   Mr. Haley's statement, did anybody else say or
4   do anything in response to Mr. Haley's
5   statement?
6          MR. DAVIS:  I restate my earlier
7   objection.
8          MR. GREENE:  And to avoid further
9   problems, understand that's a yes-or-no
10  question.  You can answer it yes or no.
11         THE WITNESS:  Yes.
12  BY MR. KINNEY:
13  Q.   And who said anything in response to
14  Mr. Haley's statement?
15  A.   My recollection is that Mr. Gregory,
16  Gene Gregory suggested they would -- this
17  issue would have to be further discussion or
18  tabled for further review, something to that
19  effect.  That's all I can recall.
20  Q.   And consistent with your prior testimony,
21  you're -- you did not receive any subsequent
22  information from Mr. Haley or Mr. Gregory on
23  this topic?
24  A.   I don't believe so.
25  Q.   In the notes that I read you, Chad

228

1   Gregory's notes, and I said that I thought I
2   had it right, was the reference to Pilgrim's
3   and that being Pilgrim's Pride?
4   A.   You know, I don't remember.  I saw the
5   Pilgrim's too.  I don't know.  I don't -- that
6   doesn't connect any dots for me either.
7   Q.   How long did the discussion at the
8   planning committee meeting regarding
9   Capper-Volstead last?
10  A.   Oh, I can't -- I can't speak to that.  I
11  don't recall.
12  Q.   Well, the minutes say that it was a
13  six-hour meeting.  It started at shortly
14  before 8:00 a.m. and finished at 2:00 p.m.  So
15  was it an hour, two hours, ten minutes?
16  A.   It could have been all of the above.  I
17  don't know.  I don't think it was the primary
18  focus on the meeting personally.  But that's
19  my recollection.
20  Q.   And do you still have Exhibit U in front
21  of you?  If you could turn to the page -- the
22  next page.  We were on 226.  If you could turn
23  to 227.
24         Do you have that, 227?
25  A.   Yes.

229

1   Q.   All right.  And at the top the second
2   item of Mr. Gregory's notes -- and again, I'll
3   do my best to decipher this.  And if you have
4   any corrections, let us know.  "The LRPC
5   considers..."  And I think there was the word
6   "whether," which has been scratched out.
7   "...recommending UEP stays as Capper-Volstead
8   or becomes a true trade association."
9          Have I read that correctly?
10  A.   Yes, I believe so.
11  Q.   And what does that statement refer to?
12         MR. DAVIS:  Objection, calls for
13  speculation.
14         THE WITNESS:  There was some
15  discussion on whether we needed to stay
16  Capper-Volstead at that point or be a trade
17  association.  It was just a real high-level
18  discussion.  It didn't -- I don't think it
19  took -- lasted very long.  But it was -- the
20  idea was thrown on the table, let's say.
21  BY MR. KINNEY:
22  Q.   What's the difference -- what's your
23  understanding of the difference between UEP as
24  a trade association and UEP as a cooperative?
25  A.   The trade association would -- would

58 (Pages 226 to 229)

**HIGHLY CONFIDENTIAL**

230

1    eliminate any kind of discussion on marketing,
2    supply, those kinds of issues, and would focus
3    strictly on informational, regulatory, still
4    allow lobbying, I think. But that was my
5    understanding for the ten-second version of
6    this.
7    Q.    And if you could look at Exhibit TT.
8    It's one of the ones that's before you. It's
9    the minutes of the meeting.
10   A.    Okay.
11   Q.    All right. And there's a discussion --
12   there's a reference to a discussion about
13   Mr. Haley's conducting a survey of the UEP
14   members regarding Capper-Volstead. Do you
15   recall that discussion at the committee
16   meeting in Salt Lake City?
17   A.    Vaguely.
18   Q.    And was it your understanding that that
19   was going to be a survey that would come from
20   Mr. Haley with the results to be returned to
21   Mr. Haley?
22   A.    Yes, I think that was the case.
23   Q.    And why was it done that way?
24            MR. GREENE: Objection, calls for
25   speculation.

231

1            THE WITNESS: I don't recall.
2    BY MR. KINNEY:
3    Q.    And in Exhibit U, the Chad Gregory
4    materials, if we go -- starting at the page
5    that starts 276 through the end of the
6    document, is that the survey, the
7    Capper-Volstead survey?
8    A.    (Reviews document.) Yes. It must be the
9    form that I was not familiar with earlier, I
10   think, that was similar to the other exhibit
11   you provided.
12   Q.    And who prepared the survey?
13   A.    I do not know.
14   Q.    Did you get the survey for the first time
15   when you went to the meeting in Salt Lake
16   City?
17   A.    We must have. I don't remember for sure.
18   But we must have.
19   Q.    Well, do you know whether it was sent to
20   you before you went to the meeting?
21   A.    I don't recall.
22   Q.    And the meeting minutes, again jumping to
23   Exhibit TT, the minutes, they say that the --
24   state that the survey idea was tabled. Why
25   was the survey -- the Capper-Volstead survey

232

1    tabled?
2            MR. GREENE: Objection, calls for
3    speculation.
4            THE WITNESS: I don't recall that
5    was a discussion. I don't have an answer,
6    don't recall.
7    BY MR. KINNEY:
8    Q.    All right. And then in the minutes,
9    Exhibit TT, there's -- again, on the second
10   page, the one coded 086, if you have that,
11   this is exhibit --
12   A.    Page 2, yes.
13   Q.    Page 2?
14   A.    Yes.
15   Q.    Thank you. And in -- the third full
16   paragraph states that after a considerable
17   amount of discussion, it was decided that
18   Haley would review past price discovery and
19   marketing committee minutes and see if any
20   activity was taken that might be questionable
21   and goes on to describe other things that
22   Haley would review regarding Capper-Volstead.
23            And my question is: Did you understand
24   that Kevin Haley was supposed to do this
25   review based on the discussions at the meeting

233

1    in Salt Lake City?
2    A.    No. My understanding is it was Kevin
3    Haley and staff.
4    Q.    Okay. But they were supposed to do this
5    review, correct?
6    A.    Yes.
7    Q.    And did you get a -- did Mr. Haley or
8    anyone else, staff members at UEP, provide a
9    follow up report on the results of Haley's
10   review?
11   A.    I don't know.
12   Q.    Did you ask for one?
13   A.    No, I did not.
14   Q.    And I think you said that there were two
15   meetings of the Long Range Planning Committee
16   meeting. And I think that there was one in
17   February 2007, this one in August 2007. And
18   then you said there was no more meetings?
19   A.    I don't recall -- I don't remember any
20   more meetings after this one. That's why I
21   was thinking there was two. And I don't --
22   and that's why I don't think we ever had a
23   follow-up and -- on this Long Range Planning
24   Committee. So that was the last meeting or
25   conversation on that subject --

**59 (Pages 230 to 233)**

**HIGHLY CONFIDENTIAL**

234

1  Q.   Did --
2  A.   -- that I remember.
3  Q.   Did anyone ever explain to you why
4  the -- why the planning committee went silent?
5  A.   No, not that I'm -- not that I can
6  recall.
7  Q.   When you went back to Michael Foods after
8  you'd attended the August 2007 UEP meeting in
9  Salt Lake City, did you provide an update on
10  anybody -- an update to anybody regarding
11  Capper-Volstead?
12  A.   I don't remember.  I don't recall if I
13  did or not.  I don't remember if I did an
14  email update or it might've been a verbal
15  update.  I just -- I'm not sure I can remember
16  that.
17  Q.   Have you ever discussed with anyone
18  whether Michael Foods might not qualify as an
19  egg farmer or producer under Capper-Volstead?
20        MR. DAVIS:  To clarify, this is
21  asking for a yes or no?
22        MR. KINNEY:  Yes.
23        THE WITNESS:  Okay.  Yes.
24  BY MR. KINNEY:
25  Q.   And previously you described this oral

235

1  discussion that you had with Randon Wilson.
2  That's one, correct?
3  A.   Yes.
4  Q.   Any other conversations that you've had
5  with anybody else on that topic?
6  A.   No.  I think if I did, they were internal
7  between Mr. Bebee, Mr. Catherman, myself.
8  Q.   Well, can you generally -- do you recall
9  having those kinds of discussions with
10  Mr. Catherman or Mr. Bebee?
11  A.   Not specifically, can't tell you a date
12  or time.  But I know I had one.  I just don't
13  know the date or when.
14  Q.   So from time to time you've had
15  discussions with Mr. Bebee or Mr. Catherman
16  regarding whether Michael Foods qualifies?
17  A.   Yes.
18  Q.   And what was the consensus that the three
19  of you reached, if any?
20  A.   It's something that we can't -- we don't
21  know.  We don't know the answer.  We were just
22  waiting for somebody to tell us what the
23  answer was, more or less.
24  Q.   In the minutes, Exhibit TT, again from
25  the August 7th, 2007 planning committee

236

1  meeting, in the second paragraph at the end it
2  states:  Haley said that supply management
3  recommendations written up in UEP newsletters
4  is also questionable.
5        Did the planning committee do anything in
6  response to that statement by Mr. Haley?
7        MR. GREENE:  I'm sorry.  Could you
8  just direct me to where you're reading?
9        MR. KINNEY:  Sure.  It's -- I'm
10  sorry.  It's the second full paragraph on the
11  second page, final sentence.  Do you see that?
12  "Haley said that supply management
13  recommendations written up in UEP newsletters
14  is also questionable."
15        MR. GREENE:  Thank you, John.
16        MR. KINNEY:  Sure.
17        THE WITNESS:  And again --
18  BY MR. KINNEY:
19  Q.   So the question was:  Did the
20  committee -- did any of the committee members
21  do anything in response to that statement by
22  Mr. Haley?
23  A.   No, not that I'm aware of.
24  Q.   Did the committee, for example, recommend
25  to the UEP board or UEP staff that United

237

1  Voices should no longer include supply
2  management recommendations?
3  A.   Not that I recall.
4  Q.   In Exhibit U, the Chad package.  And if
5  you go to the page that's coded 230 -- do you
6  have that?  It's the United Egg Producers
7  membership agreement.
8  A.   Yes.
9  Q.   All right.  And is that the -- that's
10  this -- the same membership agreement that you
11  signed for Michael Foods, correct?
12  A.   (Reviews document.)  It appears to be
13  that, yes.
14  Q.   Next to the certification, the one that
15  we discussed previously, there is a
16  handwritten notation:  All current members
17  have signed this.
18        Was there any discussion at the
19  Salt Lake City meeting regarding this UEP
20  certification?
21  A.   Not that I recall.  I don't recall --
22  see, I don't know when this (indicating) form
23  was done relative to those planning -- if this
24  was before or after.  I don't know.  But there
25  was no discussion that I remember about this

**HIGHLY CONFIDENTIAL**

238

1  specifically.
2  MR. KINNEY: All right. We need to
3  let the videographer change the tape.
4  THE VIDEOGRAPHER: We are going off
5  the record.
6  The time is 3:00 p.m.
7  (Recess.)
8  THE VIDEOGRAPHER: We are back on
9  the record. This marks the beginning of
10  videotape number 4 in the deposition of Terry
11  Baker.
12  The time is 3:16 p.m.
13  BY MR. KINNEY:
14  Q. Mr. Baker, did anyone tell you that there
15  were open issues under Capper-Volstead
16  regarding the protections afforded to
17  integrated companies like Michael Foods?
18  A. Not that I recall.
19  Q. Did anyone tell you that there were open
20  issues under Capper-Volstead regarding
21  agreements to limit output or supply?
22  A. I'm sorry. Say that again.
23  Q. Sure. Did anyone tell you that there
24  were open issues under Capper-Volstead
25  regarding agreements to limit output or

239

1  supply?
2  A. No, not that I'm aware of.
3  Q. Did you do anything to prepare today to
4  testify as Michael Foods' 30(b)(6)
5  representative regarding Capper-Volstead?
6  A. No, nothing specifically.
7  Q. Did you do anything to determine what
8  different or additional information others at
9  Michael Foods might have regarding
10  Capper-Volstead other than what you know
11  personally?
12  A. No, I did not.
13  Q. Did you talk with anyone at Michael Foods
14  to determine whether they had additional or
15  other information about Capper-Volstead?
16  A. No.
17  Q. Did you review any documents or other
18  materials regarding Capper-Volstead?
19  A. No.
20  (Exhibit V marked for
21  identification.)
22  BY MR. KINNEY:
23  Q. Let me show you what's been marked as
24  Exhibit V as in Victor.
25  MR. NEUWIRTH: While this

240

1  exhibit is being marked, can I please make an
2  objection on behalf of the direct purchaser
3  plaintiffs that the witness does not appear to
4  have taken any appropriate steps as a
5  corporate representative on Capper-Volstead
6  and we object to the designation and reserve
7  the right as we did with the topics this
8  morning to request that Michael Foods produce
9  a properly prepared witness on the
10  Capper-Volstead topic and also the other
11  topics where we noted this morning that the
12  witness did not seem prepared.
13  MR. RAYLE: The indirect plaintiffs
14  join in that objection.
15  MR. KINNEY: As do the direct
16  action plaintiffs.
17  MR. GREENE: We disagree, but the
18  objection is noted.
19  MR. KINNEY: And for the record,
20  Exhibit V is a November 16th, 2004 memo from
21  Brann and Isaacson. It also includes a
22  February 5, 1992 memo from Brann and Isaacson
23  regarding antitrust issues. It's coded
24  UE0944686 through 694.
25  MR. BARNES: Counsel, for the

241

1  benefit of the UEP lawyer on the phone,
2  there's also a boldface caption on the top
3  that says attorney-client privileged
4  communications.
5  MR. DAVIS: Thank you. We're not
6  claiming a privilege over this particular
7  document.
8  BY MR. KINNEY:
9  Q. Mr. Baker, did you ever see these Brann
10  and Isaacson 1992 and 2004 antitrust memos?
11  A. (Reviews document.) I did not.
12  Q. Do you know whether anyone else at
13  Michael Foods ever received or saw these
14  antitrust memos that are in Exhibit V?
15  A. Do not.
16  Q. Did you receive or see memos from Brann
17  and Isaacson regarding UEP-related antitrust
18  issues other than the two memos that are
19  included in Exhibit V?
20  MR. DAVIS: Again, you're asking
21  for a yes-or-no answer?
22  MR. KINNEY: Yes.
23  THE WITNESS: No.
24  BY MR. KINNEY:
25  Q. As far as you know, during the time frame

61 (Pages 238 to 241)

**HIGHLY CONFIDENTIAL**

242

1    that Brann and Isaacson was doing legal work
2    for UEP, did it ever represent Michael Foods?
3        A.    Not that I'm aware.
4        Q.    Has Brann and Isaacson ever represented
5    you personally?
6        A.    No.
7        Q.    Have you received memos from anyone other
8    than Brann and Isaacson regarding UEP-related
9    antitrust issues?
10       A.    No -- wait a minute.  Let me rephrase.
11   If we did get something, it would've been from
12   Haley.
13       Q.    All right.
14       A.    And I don't recall if we got something
15   that was different or that was included in
16   that minutes or the deck.  I'm a little foggy
17   on that and I don't remember.  But there may
18   have been something there.  But that would've
19   been the only thing.
20       Q.    All right.  Did you receive training at
21   Michael Foods regarding the antitrust laws?
22       A.    Like I said, I'm not clear what the --
23   when you say "training," that's fairly broad
24   or vague.  I'm not sure.
25       Q.    Well, some companies have an antitrust

243

1    compliance program, things like that.  Have
2    you ever gone to an antitrust compliance
3    program at Michael Foods?
4        A.    No, I have not.
5              (Exhibit W marked for
6    identification.)
7    BY MR. KINNEY:
8        Q.    Well, let me show you what's been marked
9    as Exhibit W, which is the business conduct
10   policy, Michael Foods Inc.  And it's coded
11   MFI0053741 through 763.
12             Are you familiar with that document?
13       A.    (Reviews document.)  Yes.
14       Q.    And did you receive a copy of this in the
15   course of your employment at Michael Foods?
16       A.    Yes.
17       Q.    Have you attended presentations regarding
18   the business conduct policy for the company?
19       A.    No.
20       Q.    Who gave you the document?
21       A.    It's an annual -- I think it's an annual
22   process we go through that you're required to
23   read off and then have a signature
24   confirmation that you have reviewed the
25   materials.

244

1        Q.    And have you done that for 2013?
2        A.    Yes.  I think so, pretty sure it was
3    earlier this year, yes.  I believe I did do it
4    earlier in '13.
5        Q.    Okay.  And directing your attention
6    within Exhibit W to -- it's toward the end,
7    the pages that start at 757.  There's a
8    section, Antitrust Compliance.
9              Do you have that before you?
10       A.    (Reviews document.)  Yes.
11       Q.    All right.  And have -- just now that you
12   have that before you, have you attended any
13   presentations at Michael Foods regarding
14   antitrust compliance?
15       A.    No, not that I'm aware of.  Other than
16   reviewing this material, I don't recall any
17   presentations on it.
18       Q.    All right.  And the antitrust compliance
19   section of the business conduct policy at the
20   top of the page that's coded 758 states:  If
21   you engage in any conduct or practice that may
22   involve the antitrust laws, you should be
23   guided by this policy and you should seek
24   advice of company legal counsel.
25             Did you ever seek advice of company

245

1    counsel in connection with any contacts with
2    UEP?
3              MR. GREENE:  It's a yes-or-no
4    question.  You can answer as such.
5              THE WITNESS:  No.
6    BY MR. KINNEY:
7        Q.    Did you ever seek advice of counsel for
8    Michael Foods on any question regarding
9    Capper-Volstead?
10       A.    No.
11       Q.    In your stack there -- sorry to make you
12   go back.  But Exhibit TT, which were the
13   minutes from the Long Range Planning Committee
14   meeting.  Do you have those, the actual
15   minutes?
16       A.    Oh, yes.
17       Q.    Okay.  The minutes on the first page of
18   Exhibit TT state that Mr. Deffner introduced
19   Randon Wilson, attorney with Jones Waldo law
20   firm, to discuss Capper-Volstead farmer
21   cooperatives and the organization of the
22   United Potato Growers Association.
23             Is this the same Randon Wilson that
24   you've referred to who is now general counsel
25   for UEP?

62 (Pages 242 to 245)

**HIGHLY CONFIDENTIAL**

246

1  A.  Yes.
2  Q.  What, if anything, did Mr. Wilson say at
3  the August 2007 committee meeting that related
4  to UEP or long-range plans for UEP?
5  A.  Well, I -- I would -- I would -- I would
6  think that most of it is covered within the
7  minutes that I could recall.  I don't know of
8  anything outside of what's already listed in
9  these minutes.
10  Q.  Okay.  And other than this presentation
11  by Mr. Wilson at the UEP meeting in August
12  2007, did you have any other contacts with
13  United Potato Growers regarding Michael Foods
14  egg products purchases or its participation in
15  the egg industry generally?
16  A.  No, I did not.
17  Q.  Do you buy the potatoes that Michael
18  Foods uses for its potato business?
19  A.  No.
20  Q.  Who is your counterpart at Michael Foods
21  who is responsible for that?
22  A.  I think -- I believe it is Rett Landers.
23  Q.  When you got back from the meeting in
24  Salt Lake City, did you ever talk to him about
25  the supply control program that United Potato

247

1  Growers had in place?
2  A.  I think I mentioned it to him.  We were
3  at the same meeting on a different topic.  But
4  I mentioned it to him just on a casual basis
5  and he was familiar with United.  But that's
6  as far as it went.
7  Q.  Was he familiar with the fact that they
8  had agreed to limit output and control supply?
9  A.  I don't know.  I thought that he was, but
10  I can't speak to that.
11  Q.  And as far as you know, has Randon Wilson
12  or his law firm ever represented Michael
13  Foods?
14  A.  Not that I'm aware of.
15  Q.  Has he ever represented you personally?
16  A.  Not that I'm aware of.
17  Q.  All right.  And we talked some this
18  morning.  So your primary responsibility at
19  the company is egg procurement currently,
20  correct?
21  A.  Yes.
22  Q.  And I believe you said -- you've been
23  doing that for how long?
24  A.  Since 1997.
25  Q.  1997.  And Mr. Catherman assisted you,

248

1  correct?
2  A.  Yes.
3  Q.  And he's retired now?
4  A.  Yes.
5  Q.  Does he do any consulting for the
6  company?
7  A.  Yes, a small amount of consulting.
8  Q.  And as between -- was there anybody else
9  directly involved in egg procurement other
10  than you and Mr. Catherman?
11  A.  We have some schedulers, logistics
12  people, directors who assist us.  There's
13  actually a total of five of us.
14  Q.  But when it comes to negotiations with
15  suppliers, it's you and Mr. Catherman?
16  A.  Primarily, yes.
17  Q.  And am I correct that you buy both liquid
18  eggs and shell eggs for Michael Foods?
19  A.  Yes.
20  Q.  And you said it's primarily liquid eggs,
21  though?
22  A.  Yes, that would be the majority.
23  Q.  And in a typical year, how much money
24  does Michael Foods spend to buy eggs or egg
25  products?

249

1  A.  Oh, depending on egg markets because
2  there's some of them -- some of those
3  purchases are based on Urner Barry and then
4  some are based -- most of them are based on
5  grain.  So, for instance, the last couple
6  years with elevated grain prices of course
7  that dollar number has been inflated.  So
8  probably in excess of a half a billion like,
9  for instance, in the last year.
10  Q.  All right.  And -- and I think you
11  testified some about liquid pounds equivalent?
12  A.  Uh-huh.
13  Q.  So in liquid pounds equivalent, what are
14  Michael Foods' current total egg needs?
15  A.  It would be approximately
16  1.2 billion-plus, I guess -- yeah, a little
17  over 1.2 billion.
18  Q.  Okay.  And of that -- 1.2 billion
19  pounds --
20  A.  Pounds.
21  Q.  -- correct?  All right.
22  And of that 1.2 billion pounds,
23  approximately how much comes from the
24  production from company-owned hens?
25  A.  Approximately 325 million to 350 million

**63 (Pages 246 to 249)**

**HIGHLY CONFIDENTIAL**

250

1  and then the balance would all be external.
2  Q.   And how have -- has the total -- that
3  1.2 billion, has that changed over time?
4  A.   It's been relatively flat the last
5  several years with -- some of what happened
6  with the economy, I think, is what we --
7  that's been our speculation and it's caused
8  some of that in -- from 2008 and 2009 on.  I
9  don't think the food service economy is
10  still -- is what we're told that accounts for
11  a good share of that.  So it's been a --
12  relatively stable.
13  Q.   And just briefly, what are liquid eggs?
14  A.   Liquid eggs are -- they can be liquid
15  whole egg.  And when I say "liquid whole egg,"
16  what we're doing is we're breaking the egg and
17  it's -- of course it's made of yolk and whites
18  or albumin and we're really just mixing both
19  parts together.  And that's what's called
20  liquid whole egg.
21  Q.   Okay.
22  A.   And that's the largest portion of our
23  demand and our supply potentially in the food
24  service arena.
25      And then you can also have the separated

251

1  products, which would be yolk, liquid egg
2  yolks and liquid egg whites.  So that's why we
3  talk about liquid whole egg like equivalent as
4  kind of the common denominators.
5  Q.   And the liquid eggs, are they typically
6  pasturized or not?
7  A.   Everything we buy is unpasturized.
8  Q.   Is there a reason why it's not
9  pasturized?
10  A.   That's what we do.  We bring it into one
11  of our facilities and then we process --
12  pasturize process and package into some other
13  format.
14  Q.   And who are Michael Foods' primary
15  suppliers for liquid eggs?
16  A.   Fremont Farms of Iowa, the Center Fresh
17  Group.  There's an LLP in Ohio called Trillium
18  Farms, T-r-i-l-l-i-u-m.  Daybreak Foods,
19  Rembrandt Foods.  And there's a host of
20  others.  That would be the major liquid
21  suppliers.  And most of -- all of that egg
22  that I just described from those people is all
23  what we call inline, in other words, we're
24  receiving it in tanker format.  It's all
25  broken on site on the production side of the

252

1  farm and then it comes off the farm in
2  tankers.
3  Q.   Okay.  And who are your primary suppliers
4  for shell eggs?
5  A.   Let's see.  In the East Coast there's --
6  our biggest share of shells is in the East
7  Coast.  But it would be a group called Wenger
8  Feeds.  There's another feed group called
9  Esbenshade, E-s-b-e-n-s-h-a-d-e, kind of like
10  it sounds, I think.
11  Q.   Right.
12  A.   And then there's a number of
13  independents, small -- smaller procedures.  In
14  the Midwest, we -- in addition to a few
15  smaller external suppliers, we also have
16  contract producers located in Nebraska, South
17  Dakota that -- it's a farmer's premises but
18  it's our birds that are covered under the
19  program.  And that's where a lot of our shell
20  comes -- in the Midwest comes off of contract
21  producers, what we call -- we have contract
22  suppliers and contract producers.
23  Q.   And the contract producers, they
24  have -- Michael Foods owns the hens, correct?
25  A.   Yes.  And it's in their facilities.

253

1  Q.   Right.  Are you familiar with the -- with
2  a company called Sunbest Papetti's,
3  P-a-p-e-t-t-i-'s?
4  A.   Yes.
5  Q.   And is Sunbest Papetti's a shell egg
6  producer?
7  A.   Yes.
8  Q.   And they're located in Iowa?
9  A.   Southwest Iowa.
10  Q.   And from -- at some time in the past they
11  were a supplier to Michael Foods?
12  A.   Yes, they were.  In the late '90s, early
13  2000s they were one of our shell suppliers.
14  Q.   Right.  And when did they cease to be a
15  supplier?
16  A.   I can't tell you the date.  It was
17  sometime in early -- I think early 2000s.
18  Q.   Is there a reason that they ceased to be
19  a supplier?
20  A.   They found a different market.  In other
21  words, they -- when they were supplying us,
22  they were supplying nest run breaking stock,
23  which we would pick up at the farm in shell
24  form and then transport it to a breaking
25  operation like in a plant -- more of a plant

**64 (Pages 250 to 253)**

**HIGHLY CONFIDENTIAL**

254

1   environment and then we would actually break
2   offline or load those eggs on a machine and
3   break them for liquid egg. What they did when
4   they switched from us is they actually put a
5   grading machine in to go into the retail shell
6   market under a marketing contract with
7   somebody else.
8       Q.   And the Papetti in Sunbest Papetti's,
9   that's the same Papetti family that owned
10  Papetti's that was acquired by Michael Foods?
11      A.   Yes, it was.
12      Q.   Was Sunbest Papetti's a UEP Certified
13  producer?
14      A.   I don't know for certain. Well -- I
15  don't know.
16      Q.   Do you know whether Sunbest Papetti's was
17  a USEM member?
18      A.   Don't know that either.
19      Q.   I think you said earlier today that
20  Michael Foods typically has long-term
21  contracts with its suppliers?
22      A.   Yes. The major -- the big suppliers we
23  do have -- we have really long-term contracts.
24      Q.   And those are usually seven years?
25      A.   Seven to ten years.

255

1       Q.   And why do you have long-term contracts?
2       A.   Just to guarantee the supply and it's
3   just a part of our overall supply chain,
4   number 1. Number 2, most of those long-term
5   supply agreements were greenfield construction
6   projects. And those projects can only be
7   financed in today's business environment with
8   a long-term marketing -- or a marketing
9   contract for the producer because most of the
10  financing world will not entertain the amount
11  of capital or loan -- you know, the financing
12  to undertake those projects without some kind
13  of a long-term marketing agreement.
14      Q.   All right. And those kinds of
15  projects -- and you talked about them earlier
16  today. So that's a project that your egg
17  supplier, they're spending the money, they're
18  building whatever the facility is, correct?
19      A.   Right.
20      Q.   And they own it, correct?
21      A.   And they own the facility and the birds.
22  And it's really a pure supply contract.
23      Q.   Right. And it's based upon the fact that
24  they have a long-term commitment from Michael
25  Foods to buy that they're able to go to the

256

1   bank or whoever and borrow the money for the
2   project, correct?
3       A.   Essentially, yes. They may have other
4   customers besides us. But in some cases -- I
5   mean, a whole site may be dedicated to us, but
6   not necessarily. It depends. There's
7   different arrangements there.
8       Q.   Right. And the pricing mechanism in your
9   supply contracts, some are tied to Urner
10  Barry, correct?
11      A.   Almost all of our -- not almost all. All
12  of our long-term contracts are grain -- more
13  or less tied to a grain formula.
14      Q.   Right. And if you have shorter term
15  contracts, sometimes they may be tied to Urner
16  Barry?
17      A.   Yes.
18      Q.   And for Urner Barry, the Urner Barry
19  quotes for what, for the nest run breaking
20  stock?
21      A.   Yeah, they quote nest run breaking stock
22  or breaking -- and that's -- if we're buying
23  shell, that would be the market probably we'd
24  point to as the indicator. Or if it's liquid,
25  they also quote unpasteurized liquid whole egg

257

1   tankers, unpasteurized white tankers and
2   unpasteurized yolk tankers. And so --
3           THE COURT REPORTER:  Hold on.
4           (Off the record.)
5   BY MR. KINNEY:
6       Q.   What's the relative cost for eggs that
7   Michael Foods produces internally versus those
8   that it buys from others?
9       A.   Our comparison shows them to be roughly
10  equivalent. Ours are usually -- depends what
11  you use for -- they're -- I'm sorry. Let me
12  start over. They're usually internal -- our
13  internal costs are lower than the external
14  long-term grain-based contract. Part of that,
15  though, depends is -- it depends on what you
16  use for a rate of return or an IRR calc on the
17  investment or the capital because we do not
18  charge our internal for the interest or the
19  financing cost. So it's kind of an accounting
20  issue really. But I think our internal is
21  normally going to be lower cost.
22      Q.   And how many -- how do you determine how
23  many eggs to buy?
24      A.   We are provided demand numbers from our
25  supply -- or our planning group out of

**HIGHLY CONFIDENTIAL**

258

1    Minneapolis, out of our corporate group.  So
2    they're rolling up the demand plans from our
3    three channels.  We roll it up biweekly,
4    monthly, annually and we look in seven- or
5    ten-year windows with assumptions on growth
6    rates.
7        Q.    And when -- in 2006, when Michael Foods
8    became a UEP Certified producer, how did that
9    affect Michael Foods' egg purchases?
10       A.    Well, as we looked at some of the
11   exhibits earlier today, it certainly caused a
12   ripple during that transition.  But we also
13   had new long-term supply contracts coming on
14   during that period.  And so we had already
15   planned for a certain amount of growth
16   occurring in '05, '06, '07 and beyond.  And so
17   we either had to secure more egg one way or
18   the other, or we had to -- as it turned out,
19   we -- we had enough contracts to get us
20   through the transition because our demand plan
21   leveled off in '07 and '08 as the economy
22   turned south a little bit.  And so we actually
23   were able to withstand that transition fairly
24   easily just because of all the new external
25   supply we had coming on board.

259

1        Q.    But generally you had to buy more eggs --
2        A.    Yes.
3        Q.    -- externally?
4        A.    Yes, we did.
5        Q.    Could you get -- you should have -- from
6    your earlier testimony Exhibit 23.  It's the
7    UEP impact analysis.
8            MR. GREENE:  2005 or 2006?
9            MR. KINNEY:  Exhibit 23.  2005.
10   BY MR. KINNEY:
11       Q.    Turning to page that's coded 308.  Is
12   this correct, that -- am I reading this
13   correctly, that when the UEP spacing
14   guidelines were fully implemented it reduced
15   the internal flock size by 4.7 million hens?
16       A.    Yes.  That's what this analysis was
17   showing.  That would be a correct assumption.
18       Q.    And that would be when you hit 67 square
19   inches?
20       A.    Yes, I think that's -- yes.
21       Q.    Okay.  And the next figure, Internal
22   Production Full Phased 4/1/2008 with the
23   9.7 million, what's that?
24       A.    Is that the portrait page (indicating)?
25       Q.    Yes.

260

1        A.    And which number?
2        Q.    Internal Production Full Phased April 1,
3    2008, 9,731,507.  What's that 9.7 million?
4        A.    Oh, that was projected layer capacity.
5    In other words, that was -- right above that
6    was 14,400,000 --
7        Q.    Oh, I see.
8        A.    -- being reduced down --
9        Q.    That's the net number?
10       A.    Or that was the assumed or projected net
11   number depending exactly how the
12   implementation went.
13       Q.    In Mr. Ostrander's memo, the first page
14   of Exhibit 23 --
15       A.    Okay.
16       Q.    -- there's a statement:  Is our current
17   cost in Gaylord roughly 2 cents per pound
18   impact from the lower density and non molt.
19          Do you see that?
20       A.    Yes.
21       Q.    Okay.  What's that mean?
22       A.    Gaylord was already in an animal welfare
23   program.  They were our Burger King site.  So
24   they had been on actually a program that
25   exceeded UEP since 2002 or '03, whenever, I

261

1    think, we implemented the Burger King animal
2    welfare program.  So there was a volume
3    involved there.  We had converted the whole --
4    because of the volume involved with the Burger
5    King demand, we were able to convert the whole
6    site.  So the whole Gaylord farm then was our
7    Burger King farm you might say for the most
8    part.  And so we had experience with that
9    farm.  So we were using them as our surrogate
10   to kind of gauge the cost.  Although they were
11   slightly different.  They were even a higher
12   cage space requirement than UEP fully phased.
13   So there was a little bit of estimating going
14   on when we were doing this.
15       Q.    Was the estimate that when Michael Foods
16   became a 100 percent UEP Certified producer
17   that there would be an additional cost that
18   Michael Foods would incur?
19       A.    Yes.
20       Q.    And that was roughly -- at this time in
21   2005 it was estimated at $0.02 a pound?
22       A.    Yes.  That was the number we were using
23   at that point.
24       Q.    And what costs would be higher once you
25   were a UEP Certified producer?

**HIGHLY CONFIDENTIAL**

262

1  A.  The primary difference is the throughput.
2  The capital -- a lot of it just related -- is
3  related all to throughput and capital because
4  the -- the facility --
5  Q.  What do you mean by throughput?
6  A.  When you reduce the capacity within, say,
7  a different facility --
8  Q.  Yes.
9  A.  -- the throughput in that facility, the
10  capital stays the same or the cost.  So
11  whatever your costs were to construct that
12  facility, they just got reduced -- you know,
13  let's say if you went from --
14  Q.  So you have fewer hens to spread the cost
15  over?
16  A.  Yes, yes.  That's exactly right.
17  Q.  All right.
18  A.  And there's -- there -- you know, all of
19  your -- and a lot of your costs -- I know
20  every producer probably has their own
21  different theory on how they approach that or
22  how they view it.  But we generally look at
23  all of the costs in those layer houses as
24  being a fixed cost.
25  Q.  And were there also costs that would be

263

1  lower if you had, for example, 4.7 million
2  fewer hens to feed?
3  A.  There was -- there was an estimate of
4  some productivity gained by giving the birds
5  more square inches that we tried to account
6  for to help offset some of that production
7  loss or capacity loss, but it doesn't offset
8  the -- you know, it doesn't come close to
9  offsetting it all.  But there is some net gain
10  there -- or not net gain.  I should say
11  there's some gain.
12  Q.  Before Michael Foods became a UEP
13  Certified producer, did it molt its flocks?
14  A.  Yes, we did.
15  Q.  And did you continue to molt its flocks
16  after it became a UEP Certified producer?
17  A.  No, we did not -- well, I shouldn't say
18  that.  We still molt on occasion depending on
19  flock -- or chick availability and other
20  things.  But the majority of our policy is to
21  not molt.  But that's really more of a
22  Tim Bebee question.
23  Q.  Okay.  In Exhibit 23, page 308 --
24  A.  On page 3 you said?
25  Q.  308.

264

1  A.  Okay.
2  Q.  There's a line item, existing -- Less:
3  Existing UEP ACC Supply with a figure of
4  7.3 million.  What's that?
5  A.  We did have UEP supply in our network
6  even in 2004 or '05 or in this period when we
7  did this.  And the reason we had UEP ACC
8  supply was it was almost like -- I guess we
9  described it as -- there were some producers
10  that we had contracts with that were supplying
11  retail shell markets where they had to be --
12  they had to convert to ACC back earlier in
13  2002, '03 and -- so we were receiving -- so
14  because of the 100 percent rule, all of their
15  eggs then became UEP ACC.  So we were
16  receiving some --
17  Q.  Whether you needed them or not?
18  A.  Yeah.  We didn't spec it.  And of course,
19  you know, that's -- but that's -- yeah, they
20  had no option.  So that was the market they
21  had.  So yeah, we -- so that's what we -- we
22  did account for that or estimate what that
23  was.  But a lot of it was -- it wasn't always
24  necessarily the right quality for us depending
25  on the product category, whatever.  There were

265

1  other issues involved.  But we did have that
2  much in our network at that moment in time.
3  Q.  Who were those suppliers who were UEP
4  Certified producers?
5  A.  One of them was -- one of the larger ones
6  at that point was Wenger, the Wenger Feed
7  Company in Pennsylvania.  And they had
8  large -- a large market or several large
9  markets that required the ACC certification.
10  Q.  And I think you testified earlier today
11  regarding Jim Dean of Center Fresh?
12  A.  Uh-huh.
13  Q.  And you served with Mr. Dean both on the
14  UEP board and the Long Range Planning
15  Committee, correct?
16  A.  Yes.
17  Q.  And Center Fresh is a significant
18  supplier today to Michael Foods?
19  A.  Yes, it is.
20  Q.  And didn't Dean tell Michael Foods that
21  he didn't agree with the UEP Certified program
22  and that until UEP develops a program for the
23  egg products industry that is not intended to
24  be a supply management but a customer-driven
25  program, Center Fresh wasn't going to get

**67 (Pages 262 to 265)**

**HIGHLY CONFIDENTIAL**

266

1  involved as a UEP Certified producer?
2  A.   I'm not -- you know, I don't -- and I'm
3  not aware of exactly his comments.  I know
4  there was -- you know, I know he had some
5  strong feelings on that, but I don't remember
6  the exact, you know, wording or how he did it.
7         (Exhibit EE marked for
8  identification.)
9  BY MR. KINNEY:
10  Q.   Let me show you what's been marked as
11  Exhibit EE.  And it's -- I believe it's
12  produced in native file format and it's coded
13  MFI0328649.
14         MR. GREENE:  John, what did you say
15  about its production?
16         MR. KINNEY:  It was produced in a
17  native file format.  That's why it doesn't
18  have coding on every page.
19         MR. GREENE:  So like an Excel?
20         MR. KINNEY:  Yes.
21  BY MR. KINNEY:
22  Q.   All right.  And directing your attention,
23  Mr. Baker, to this questionnaire, third page.
24  There's an entry for Center Fresh Egg Farm,
25  the third entry from the top.

267

1         Do you see that?
2  A.   (Reviews document.)  Yes.
3  Q.   And there's a column, UEP Intentions.
4  And it states, quote:  At this time, Center
5  Fresh does not have a certification.  Am a UEP
6  board member and do not agree with the
7  outlined program.  Until UEP develops a
8  program for the egg products industry that is
9  not intended to be a supply management, but a
10  customer driven program.  Center Fresh will
11  sit on the sidelines.
12         Do you recall getting that information
13  from Mr. Dean?
14  A.   No, I do not.
15  Q.   And there's a similar statement --
16  there's -- on that same page if you drop down,
17  there's a supplier, I'll probably mispronounce
18  it, Dooyema and Sons, D-o-o-y-e-m-a.
19  A.   "Dooyema."  "Dooyema" is how you
20  pronounce it.
21  Q.   "Dooyema."  And that also says:  At this
22  time, Dooyema and Sons does not have a
23  certification.  We do not agree with the
24  outlined program.  Until UEP develops a
25  program for the egg products industry that is

268

1  not intended to be a supply management but a
2  customer driven program, Dooyema and Sons will
3  sit on the sidelines.
4         Do you recall getting that information
5  from Dooyema?
6  A.   No, I do not.  But Dooyema was associated
7  with Center Fresh.  So that would -- probably
8  came at the same time as the Dean's.
9  Q.   Did you ever have any discussions with
10  Jim Dean or anybody else at Center Fresh or
11  Dooyema regarding the statements in this
12  questionnaire?
13  A.   I don't recall if we did specifically,
14  no.
15  Q.   Is there any reason you didn't have a
16  discussion with them?
17  A.   Well, we just knew they were not UEP.
18  Q.   Wasn't UEP.  Jim Dean was on the UEP
19  board --
20  A.   Uh-huh.
21  Q.   -- was he not?
22  A.   Yes.
23  Q.   So how much more UEP can you be?
24  A.   Well, he was not UEP Certified.
25         MR. GREENE:  Object to the

269

1  characterization, argumentative.
2         THE WITNESS:  Yeah, he was not UEP
3  certified.  I should've clarified that.
4  BY MR. KINNEY:
5  Q.   At any of the board meetings that you
6  went to with Mr. Dean, did he stand up and
7  say, "This program stinks, I'm against it,
8  it's a supply management program"?
9  A.   No, no, I never heard that, no.
10  Q.   Did he ever say anything negative about
11  the program?
12  A.   He at different points was not
13  necessarily in favor of the 100 percent rule,
14  you know, and some of those things at one
15  point.  But I don't -- I've never heard any of
16  those commentaries you're suggesting.  I don't
17  recall them anyway.
18  Q.   Are you familiar with something that was
19  called the Michael Foods Procurement Strategic
20  Sourcing Initiative?
21  A.   Yes, I am.
22  Q.   And what's that?
23  A.   It was a project that we worked on in
24  2002 -- or started in 2002 and it involved the
25  McKinsey group to work on strategic sourcing

**68 (Pages 266 to 269)**

**HIGHLY CONFIDENTIAL**

270

1  and we targeted the egg procurement group or
2  supply for that particular project.
3  Q.   And in that connection -- are you
4  familiar with -- I've seen in some of the
5  documents there's a reference to a make-or-buy
6  decision?
7  A.   Yeah.  That was, I think, one of the
8  exercises or things we went through to
9  revalidate what we were doing regarding doing
10 the long-term external supply contracts versus
11 building our own capacity.
12 Q.   Who hired McKinsey to do this, to assist?
13 A.   Well, I mean, other -- I mean, Michael
14 Foods or -- I'm not sure I understand.
15 Q.   Well, did you or -- who had the idea to
16 hire McKinsey?
17 A.   There was -- there was a former employee
18 we had that was in the purchasing area.  His
19 name was Tim Larson.  And he -- he was maybe
20 the first one who recommended we use them
21 or -- and he worked with us on that project.
22         MR. GREENE:  At any appropriate
23 point I could use a break.
24         MR. KINNEY:  Let's take it right
25 now.

271

1          THE VIDEOGRAPHER:  We are going off
2  the record.
3          The time is 3:58 p.m.
4          (Recess.)
5          THE VIDEOGRAPHER:  We are back on
6  the record.
7          The time is 4:10 p.m.
8          (Exhibit Number X marked for
9  identification.)
10 BY MR. KINNEY:
11 Q.   Mr. Baker, I'm going to show you what has
12 been marked as Exhibit X.  And it's a two-page
13 document coded MFI0018744 and 745.  It has the
14 heading Procurement Strategic Planning
15 Meeting, Wednesday, September 12th, 2001.
16         Can you tell us what this document is?
17 A.   (Reviews document.)  It was -- it was --
18 it was a summary or an outline of our
19 procurement strategy, some of our objectives
20 kind of framing up our overall program.
21 Q.   Okay.  And directing your attention
22 under -- the first page of Exhibit X under
23 section 2, the third bullet item, which refers
24 to:  Capped our capabilities for internally
25 owned and operated production facilities.  And

272

1  then with subheadings under that.
2          What does that refer to?
3  A.   That was -- that was speaking to the
4  outsourcing rather than buying -- or, I'm
5  sorry, not buying, rather than building
6  production or farm production or egg
7  production facilities, this was suggesting
8  that we would outsource them.
9  Q.   Had a decision actually been made as of
10 September 2001 whether to cap the internal
11 production facilities?
12 A.   You know, I don't remember exactly where
13 this was in context because that's really a
14 decision that we look at ongoing.  I mean,
15 it's kind of an annual -- it's not just a
16 one-time thing and we never look at it again,
17 you know.  It's reviewed on a regular basis.
18 But this suggested a little otherwise.  But we
19 really do review it regularly.
20 Q.   What's the current thinking at Michael
21 Foods, is it more cost effective to purchase
22 on the outside or to rely on building new
23 internal production capacity?
24         MR. GREENE:  Object to the form.
25         THE WITNESS:  (No response.)

273

1          MR. GREENE:  When I object, unless
2  I instruct you not to answer, it doesn't mean
3  you can't answer it.
4          THE WITNESS:  Okay.  Our --
5  currently our analysis would indicate that we
6  would -- we're outsourcing, Michael Foods is
7  outsourcing, yes.
8  BY MR. KINNEY:
9  Q.   We talked before about, which gave the
10 court reporter fits, nest run breaking stock.
11 All right.  So what is nest run breaking
12 stock?
13 A.   That would be -- we -- the other way we
14 refer to it sometimes is that's the naked egg
15 coming out of the chicken.  So, in other
16 words, in an egg production facility you have
17 all your egg belts coming probably -- I guess
18 depending what the length of the house.  All
19 the egg collection gear brings the equipment
20 to one end of the chicken house.  And then,
21 you know, it will come to a cross belt that
22 takes it on to a processing facility or a
23 packing facility of some form depending what
24 kind of farm it is.  And so what we call nest
25 run is that naked egg coming out of the

69 (Pages 270 to 273)

**HIGHLY CONFIDENTIAL**

274

1   chicken house.
2   Q.   And does -- I take it a nest run egg
3   based on something that you said with respect
4   to Sunbest Papetti's is that it's not a graded
5   egg?
6   A.   Right.  And that it could go either way
7   depending on other factors.  But yeah, at that
8   point it's eligible technically.  It could go
9   either way.
10          (Exhibit BB marked for
11   identification.)
12  BY MR. KINNEY:
13  Q.   Let me show you Exhibit BB.  Exhibit BB
14   is a document dated January 25, 2008, MFI Food
15   Ingredient Sales Meeting.  It's coded
16   MFI0038661 through 698.
17          Mr. Baker, what is Exhibit BB?
18  A.   (Reviews document.)  Oftentimes when our
19   sales groups or channels have their sales
20   meetings, they request like kind of an update,
21   just an informational update from us, from egg
22   procurement on the state of the industry as we
23   know it since we're usually the ones working
24   in UEP, working in -- or, you know, other
25   organizations.  So they oftentimes will ask

275

1   for just an informational update on, like I
2   say, industry issues, the hot topics of the
3   day and then we'll market -- what we see
4   marketwise on our internal information.
5   Q.   All right.  And directing your attention
6   within the exhibit way towards the back.  It's
7   page 36, which is coded -- the last code is
8   696.  It's called 2008 Urner Barry Markets.
9          Do you have that?
10  A.   Yes.
11  Q.   All right.  And there's a statement:
12   Construction of new or remodelled layer
13   facilities will not provide any significant
14   volume until 2009.
15          What was the -- what's the basis for that
16   statement?
17  A.   I'm not sure now out of context.  I'd
18   have to go back and look through more detail.
19   I don't know exactly if that was referring to
20   something we were doing, or if that was just a
21   general comment we made about the industry.  I
22   have to admit I can't tell you.
23  Q.   All right.  And there's a similar
24   statement if you go earlier.  It's the page
25   coded 666, which is -- this is regarding 2007

276

1   Urner Barry markets.  And there is a
2   statement:  Very limited construction of new
3   or remodelled layer facilities in 2006 and
4   2007.
5          Do you know what the basis for that
6   statement was?
7   A.   Similar to the other one.  Although this
8   one brings a little context to the first one
9   you asked about.  I think what we were
10   referring to was that because of all the
11   animal activist activities out there and a lot
12   of conversation about moving to cage-free,
13   stated ballot initiatives, those kinds of
14   issues, there was a lot of confusion in the
15   industry about expansion, what to build, you
16   know, were they -- if they built something,
17   would it be legislated out of a useful life in
18   two years or five years because this is a very
19   capital-intensive industry.  So a facility
20   is -- even a small facility is a lot of money.
21  Q.   All right.
22  A.   And so I think -- I believe that's what
23   this is about.
24          (Exhibit DD marked for
25   identification.)

277

1   BY MR. KINNEY:
2   Q.   Let me show you what's been marked as
3   Exhibit DD, which is a document that's emails
4   and everything else starting February 7, 2003.
5   And it's coded MFI0039904 through 907.
6          And my question is:  What was the reason
7   for this request for an assessment of the
8   market impact of a -- starting in 2003 if a
9   new layer hen facility were constructed with
10   an additional 5 to 10 million hens?
11  A.   (Reviews document.)  This was a follow-up
12   to the McKinsey study that you inquired about
13   earlier.  And this was a follow-up to that
14   project, sort of.  And while we thought we --
15   we had our own opinions internally, I'm
16   speaking of Mr. Catherman and myself, there
17   were those in our -- in that project group
18   that felt we needed some third party or some
19   other -- some other expert opinions on the
20   subject.
21          So that's what this was about is they
22   were -- we were soliciting some input from
23   outside economists and/or the Urner Barry
24   market report.
25  Q.   Was Michael Foods considering building

**VERITEXT REPORTING COMPANY**
(212) 279-9424          www.veritext.com          (212) 490-3430

**HIGHLY CONFIDENTIAL**

**278**

1  this new 5-to-10-million-hen inline facility?
2  A.  Yes.
3  Q.  And I take it it was not -- that project
4  did not go forward?
5  A.  Yes, we did, in fact, built several -- a
6  couple of these multiple ones.  Some of the
7  ones we talked about earlier, I don't know if
8  you recall because this was in 2003, I think,
9  pretty sure that the -- the Center Fresh
10  expansion went off as planned.  We even did a
11  secondary expansion in the Fremont Farms
12  group, Golden Oval constructed and we -- and
13  the IPRO project was for a 4 million-bird
14  greenfield site in Ohio.  So we actually
15  ignored this and we did what we were going to
16  do, because only with inline farms do we get
17  the right egg that fits our business model.
18  So it's difficult for us to find existing egg
19  supply that works or really fills all of our
20  criteria.  So that's why our previous position
21  has always been to do these kinds of projects.
22  Q.  And when you said we and these kinds of
23  projects, what we talked about before, these
24  are situations where you go to somebody like
25  Center Fresh, you make a long-term commitment

**279**

1  to buy from them, they go out and get the
2  financing, build the facility, own the
3  facility and they sell you product, correct?
4  A.  Yes.
5  Q.  Are you familiar with Primera Foods?
6  A.  Yes.
7  Q.  And are they also a producer of processed
8  egg products?
9  A.  Yes.
10  Q.  Is Primera a UEP member?
11  A.  No.
12  Q.  Does Primera own any laying hens?
13  THE WITNESS:  Can --
14  MR. GREENE:  You're the witness.
15  THE WITNESS:  Okay.  We --
16  MR. GREENE:  If there's an issue of
17  privilege we need to discuss, we can talk
18  about it.
19  THE WITNESS:  No.  No, I'm just
20  talking about is it okay for me to suggest to
21  him --
22  BY MR. KINNEY:
23  Q.  Well, let me try and make it easier for
24  you.
25  I know that there was a recent

**280**

1  transaction involving Michael Foods.
2  A.  Yes.  Okay.
3  Q.  Prior to that transaction, did Primera
4  Foods own layer hens?
5  A.  We were never sure if they -- we didn't
6  think that they did and we're still not sure
7  if they did.  But if they did -- there's a
8  question that we're unravelling right now.
9  But it was a very small number.  They did have
10  a large supply contract similar to our
11  arrangements with a greenfield project in
12  Iowa.
13  Q.  Have you ever heard of an egg producer
14  called Creekwood Farms from Wisconsin?
15  A.  Yes.
16  Q.  And do you understand that Primera
17  owned -- for some period of time Primera or
18  Primera's parent owned Creekwood Farms?
19  A.  I think I was aware of that, yeah.
20  Q.  And was Creekwood Farms a UEP producer?
21  A.  I don't know their status today.
22  Q.  Do you know during what time period
23  Primera or Primera's parent owned Creekwood?
24  A.  It's been several years ago.  And my
25  understanding was they were -- they sold out

**281**

1  or sold the farm.  And I don't know --
2  can't -- I don't know who bought them exactly.
3  MR. KINNEY:  Why don't we go off
4  the record.
5  THE VIDEOGRAPHER:  We are going off
6  the record.
7  The time is 4:24 p.m.
8  (Recess.)
9  THE VIDEOGRAPHER:  We are back on
10  the record.
11  The time is 4:27 p.m.
12
13  EXAMINATION
14
15  BY MR. RAYLE:
16  Q.  Good afternoon, Mr. Baker.  My name is
17  Merrick Rayle.  And my firm represents the
18  indirect purchasers.  I have just a -- very
19  few questions.
20  Please look at Exhibit DD again, refer to
21  that.
22  A.  (Reviews document.)  Okay.
23  Q.  And specifically on page 1 the reference
24  to Don Bell, University of California, was he
25  one of the individuals that -- with whom you

**HIGHLY CONFIDENTIAL**

282

1    consulted concerning the question posed in the
2    exhibit?
3    A.    Yes.
4    Q.    Did you regard Mr. Bell as an expert?
5    A.    Yes.
6    Q.    On what topics?
7    A.    On -- he's an economist, I think, by
8    trade. And he had also worked with UEP for an
9    extensive period. So he's very familiar with
10   the egg industry and the workings of the
11   industry.
12   Q.    Is this the only occasion on which you
13   consulted Mr. Bell?
14   A.    I don't recall. He -- I don't recall
15   anything else.
16   Q.    Did he charge you for this opinion that
17   he -- that's set out in Exhibit DD?
18   A.    You know, I don't think he did.
19   Q.    Please refer to Exhibit X, DAP Exhibit X.
20   A.    I'm sorry. Which one?
21   Q.    X. The X rated. This is a procurement
22   strategic planning meeting document.
23   A.    Oh, here it is. I got it. Sorry. Okay.
24   I have it.
25   Q.    Section 1, the second bullet: Our

283

1    competition is moved to long-term supply
2    contracts.
3         Have I read that correctly?
4    A.    Yes.
5    Q.    How did -- perhaps Mr. Kinney asked you
6    this. I may have missed it. Did you prepare
7    this document?
8    A.    Yes.
9    Q.    And how did you learn that your
10   competition, that is Michael Foods'
11   competition had moved to long-term supply
12   contracts?
13   A.    I don't recall exactly in this particular
14   example how we learned that, if it was an
15   industry rumor. I don't remember exactly
16   where we heard it. But somehow we were made
17   aware that some of our competitors were doing
18   similar long-term contracts.
19   Q.    You just don't recall how?
20   A.    I don't.
21   Q.    What percentage of Michael Foods' net
22   sales come from shell eggs sold at retail?
23   A.    I don't know that.
24   Q.    Would 3 percent sound about right?
25   A.    It's some number. I think single digits

284

1    would be accurate, but I don't know the exact
2    number.
3    Q.    I'll represent to you that that's the
4    figure that appears in the 410-K for the
5    period December 29, 2012 that was introduced
6    as DAP BBA.
7    A.    Okay.
8    Q.    You don't have it in front of you. Who
9    at Michael Foods has principal responsibility
10   for setting the price of Michael Foods shell
11   eggs sold at retail?
12   A.    That would be somebody within our retail
13   channel management group.
14   Q.    And who's the head of that management
15   group?
16   A.    Today that manager is a gentleman by the
17   name of Mark Anderson.
18   Q.    During the period 2000 through 2009, who
19   would've been the primary person to set that
20   policy?
21   A.    I don't know that I can answer. It was
22   either Mark Anderson, but I don't know for
23   sure. But the whole period would've been
24   under Mark's tenure.
25   Q.    How long has Mr. Anderson been an

285

1    employee of Michael Foods?
2    A.    I think a long time, but I'm not -- I
3    can't answer that.
4    Q.    And he's still employed?
5    A.    Yes, he's still employed.
6    Q.    Do you know whether those prices were
7    determined by reference to the Urner Barry
8    quotation?
9    A.    I'm not sure. I do not deal with that
10   area.
11   Q.    Mr. Anderson should know?
12   A.    Yes.
13   Q.    Who at Michael Foods has principal
14   responsibility for determining shell egg
15   production volume on a yearly basis, that is
16   to say how many shell eggs Michael Foods would
17   produce?
18   A.    That we produce on our company-owned
19   facilities or that we authorize from our
20   external suppliers or --
21   Q.    Company-owned facilities.
22   A.    Company owned facilities. That's kind of
23   a mutual thing that we work with the farm
24   production group. And then we -- you know, we
25   measure -- not measure but we compare that

**72 (Pages 282 to 285)**

**HIGHLY CONFIDENTIAL**

286

1    against our total projected demand on an
2    annualized basis.
3    Q.    And who would be the head of that group
4    that --
5    A.    Tim Bebee.
6    Q.    To your knowledge, did Michael Foods ever
7    enter into any sort of a commercial
8    relationship with Midwest Poultry during the
9    period 2000 through 2009?
10   A.    We have bought some shell eggs like
11   under-grades and some graded shell on a spot
12   basis from time to time, but no long-term
13   arrangements or contractual arrangements.
14   Q.    To your knowledge, did Michael Foods ever
15   enter into negotiations with Midwest Poultry
16   with a view towards forming a joint venture
17   with Midwest Poultry?
18   A.    I don't recall that we ever did that.
19   Q.    Can you turn to DAP Exhibit W, please?
20   A.    Okay.
21   Q.    I apologize. I don't have my copy. But
22   I want to go to the antitrust compliance part
23   of that document.
24        MR. BARNES: Could you slow down
25   just for one second until I find the

287

1    exhibit --
2         MR. RAYLE: Sure.
3         MR. BARNES: -- since they are not
4    in alphabetical order? Page 57.
5         THE WITNESS: Okay.
6    BY MR. RAYLE:
7    Q.    And again, if Mr. Kinney asked you this
8    question, I apologize. Do you know who
9    drafted the antitrust compliance part of this
10   document?
11   A.    No, I do not.
12   Q.    Who at Michael Foods, if anyone, has the
13   responsibility for determining whether Michael
14   Foods' employees follow the antitrust
15   compliance policy set out in this document?
16   A.    I don't know that I can answer to that.
17   I don't know. I don't know if it's human
18   resources. I'm not sure.
19   Q.    Who would -- at Michael Foods would know
20   the answer to that question?
21   A.    Somebody in our senior management group
22   or our HR department.
23   Q.    Who's the head of your HR department?
24   A.    Dennis Woodward.
25   Q.    Okay.

288

1         (Exhibit Number 28 marked for
2    identification.)
3    BY MR. RAYLE:
4    Q.    Exhibit 28 for identification is an email
5    from Mr. Bebee to various recipients. Let me
6    draw your attention to the attachment.
7         MS. ZIEMIANEK: Bates number,
8    Counsel?
9         MR. RAYLE: MFI0321384 through
10   MFI0321389.
11   BY MR. RAYLE:
12   Q.    Attached to the document is an article
13   from the Wall Street Journal dated
14   September 23, 2008 titled Federal Prosecutors
15   Probe Food Price Collusion.
16        Have you seen a copy of this article
17   prior to today, sir?
18   A.    (Reviews document.) Yes, I have.
19   Q.    Let me refer you specifically to page 2
20   of 5 in the article and the last few digits on
21   the Bates number are 86. Are you there?
22   A.    Yes.
23   Q.    Okay. Penultimate paragraph: A Michael
24   Foods executive also declined to comment and
25   said the company is -- so on and so forth.

289

1         Do you know who that Michael Foods
2    executive was, sir?
3    A.    I do not.
4    Q.    Who in 2008 would have the authority to
5    comment to the Wall Street Journal about a
6    food price collusion investigation?
7    A.    It would have to be somebody in our
8    corporate office. But beyond that, I wouldn't
9    know.
10        MR. RAYLE: That's all I have at
11   this time. Thank you.
12        MR. GREENE: Mr. Barnes, do you
13   have questions?
14        MR. BARNES: Yes, I do. Thank you,
15   Counsel. I've got a few.
16        MR. GREENE: Maybe if you would
17   take that seat over there perhaps.
18        MR. BARNES: Switch with Mr. Rayle.
19   I would be happy to.
20        THE VIDEOGRAPHER: We are going off
21   the record.
22        The time is 4:38 p.m.
23        (Recess.)
24        THE VIDEOGRAPHER: We are back on
25   the record.

73 (Pages 286 to 289)

**HIGHLY CONFIDENTIAL**

290

1    The time is 4:38 p.m.
2
3    EXAMINATION
4
5    BY MR. BARNES:
6    Q.    Mr. Baker, my name is Donald Barnes. I
7    represent one of the defendants in this
8    litigation, Rose Acre Farms. You've been
9    very, very patient today. I will try to be as
10   brief as possible so we can get you out of
11   here and you back home. I just have a few
12   things that I would like to clear up for the
13   record.
14       First of all, in answer to an earlier
15   question, you used the term "cull."
16       Do you recall that?
17   A.    Yes, I did.
18   Q.    And the question, I believe, was when you
19   joined the certified program, did you have to
20   get rid of chickens from your existing houses?
21   A.    No. I -- I think that was kind of a
22   uni -- or a joint agreement with UEP that by
23   allowing us to transition flock by flock on a
24   rotational basis, then that kind of kept us
25   out of that issue of having to destroy or

291

1    dispose of birds to get to those numbers.
2    That seemed to be rather --
3        MR. GREENE:  Let him ask the
4    question.
5    BY MR. BARNES:
6    Q.    But the term you used was "cull"?
7    A.    Yes.
8    Q.    C-u-l-l. And just so the Court and the
9    jury is clear, what does the term "cull" mean?
10   A.    That would be to remove the birds and
11   destroy them.
12   Q.    Thank you. You were asked by Mr. Kinney
13   numerous questions about the Capper-Volstead
14   Act and its application. Do you recall
15   generally that line of questioning?
16   A.    Yes.
17   Q.    Are you a lawyer, Mr. Baker?
18   A.    No.
19   Q.    Do you have a legal training?
20   A.    No.
21   Q.    Did you ever read the Capper-Volstead
22   Act?
23   A.    No.
24   Q.    Do you have any idea what the
25   Capper-Volstead Act language actually says

292

1    about the 50 percent requirement?
2    A.    No.
3    Q.    Let me direct your attention to what was
4    originally marked by Mr. Neuwirth as Baker
5    Exhibit 2. And hopefully they are in a form
6    that you can easily find that exhibit.
7        Do you have that exhibit in front of you,
8    Mr. Baker?
9    A.    Yes, I do.
10   Q.    Now, just to set the context of my
11   question, Mr. Neuwirth asked you about a
12   motion on the second page that you made which
13   was seconded by Mr. Fortin --
14       MR. GREENE:  I'm sorry, you finish,
15   but I'm going to object to the
16   characterization.
17   BY MR. BARNES:
18   Q.    Okay. Well, hopefully to cure the
19   objection that's coming --
20       MR. GREENE:  Were you talking about
21   the marketing committee?
22       MR. BARNES:  Yeah, marketing
23   committee. It says "motion."
24       MR. GREENE:  Right. But the -- it
25   says committee chairman Dolph Baker, is the

293

1    name Dolph Baker.
2        MR. BARNES:  Under that there is
3    the word "motion" with a colon.
4        MR. GREENE:  Correct.
5        MR. BARNES:  That says: It was
6    moved by Baker and seconded by Fortin. That's
7    what I was referring to.
8        MR. GREENE:  I just want to be
9    clear, that's moved by Dolph Baker.
10       MR. BARNES:  Fine. I'm -- I
11   appreciate the correction.
12   BY MR. BARNES:
13   Q.    Again, I'm not going to ask you
14   substantively about that. But that was a
15   questions -- an area that Mr. Neuwirth asked
16   you about.
17       Now I'd like to direct your attention to
18   the very last page of this set of UEP board of
19   directors meeting minutes.
20       Are you on the last page, sir?
21   A.    Yes.
22   Q.    Now, I found it interesting there's a
23   list of speakers.
24       Do you see that list?
25   A.    Yes.

**HIGHLY CONFIDENTIAL**

294

1    Q.    And it appears that there are five
2    speakers, three Ph.D.s, is that correct?
3    A.    Yes.
4    Q.    And two congressmen.
5          Do you see that?
6    A.    Yes.
7    Q.    The first Ph.D. is a Dr. Bob Brackett.
8    He's identified as the direct for the Center
9    of Food Safety, and he addressed various
10   issues.
11         Do you see that?
12   A.    Yes.
13   Q.    Do you recall MR. Brackett attending that
14   meeting?
15   A.    I do not specifically, no.
16   Q.    The next identified speaker is a
17   Dr. Ron Dehaven who is an administrator at the
18   USDA APHIS, and he addressed a number of
19   topics.
20         Do you see that reference?
21   A.    Yes.
22   Q.    Do you know Dr. Dehaven?
23   A.    I know who he is.  He's spoke at more
24   than one UEP meeting.  So I'm somewhat
25   familiar with his -- not personally, but I

295

1    do -- I'm familiar with him.
2    Q.    Has Dr. Brackett spoken at more than one
3    UEP meeting?
4    A.    I don't recall him being at any other
5    meetings.
6    Q.    Now, Dr. Dehaven from the United States
7    Department of Agriculture you testified spoke
8    at other UEP meetings, correct?
9    A.    I think so, yes.
10   Q.    Was it commonplace for representatives of
11   the United States Department of Agriculture to
12   appear at a UEP meeting and participate in the
13   meeting?
14   A.    Well, they would be scheduled to come in
15   and speak.  And then they would not
16   necessarily stay with the meeting.  Usually
17   they are in and out.  And our schedule on
18   these Washington meetings is very fluid to
19   allow for -- whether it be a congressman, a
20   senator or somebody in a higher authority with
21   a full calendar.
22   Q.    But from time to time USDA
23   representatives did attend your meetings?
24   A.    Yes.
25   Q.    Now, there are two congressmen who are

296

1    listed as speakers, Congressman Bob Goodlatte
2    from Virginia.  And these minutes indicate he
3    addressed a number of topics including animal
4    welfare.
5          Do you see that reference?
6    A.    Yes.
7    Q.    Do you have any recollection as to what
8    Congressman Goodlatte had to say about animal
9    welfare?
10   A.    No, not specifically.
11   Q.    The next reference to a congressman is to
12   Congressman Chris Chocola from Indiana.
13   Likewise, Congressman Chocola apparently
14   addressed animal welfare and guidelines at
15   your meeting.
16         Do you see that?
17   A.    Yes.
18   Q.    Do you recall what that congressman had
19   to say about animal welfare and guidelines?
20   A.    No.  Again, not specifically.
21   Q.    Was there a general concern at this
22   period of time about animal welfare issues?
23   A.    Yes, definitely.
24   Q.    One of the topics under Congressman
25   Chocola's name, right under animal welfare,

297

1    the second topic says:  Bill introduced,
2    titled, quote:  Stop Terrorism of Property,
3    close quote.
4          Do you see that?
5    A.    Yes.
6    Q.    Do you have any idea what that refers to?
7    A.    I don't -- I can't remember either what
8    that was specifically -- was dealt with.
9    Q.    Do you recall at this period of time
10   whether certain animal rights activists were
11   engaging in violent acts against people in the
12   egg industry?
13   A.    I don't remember anybody -- any acts
14   against people.  I remember farms or property
15   being -- maybe trespassing and those kinds of
16   things, but that's all my recollection.
17   Q.    Do you recall any destruction of
18   property?
19   A.    I can't remember if it was this period or
20   not, no.
21   Q.    Was -- were the activities of animal
22   rights organizations of any concern to Michael
23   Foods?
24   A.    Yes.
25   Q.    What was the nature of your concern?

75 (Pages 294 to 297)

**HIGHLY CONFIDENTIAL**

298

1 A. Well, there were a number of videos being
2 released from different organizations. And so
3 we had concerns of people unlawfully entering
4 our premises for the purpose of staging videos
5 or whatever. So yes, we had concerns.
6 Q. Would you please take a look at what was
7 previously marked as Baker Exhibit 8. Again,
8 this is another exhibit that Mr. Neuwirth
9 asked you about.
10 A. Okay.
11 Q. And again, for the record, the top email
12 is from Mr. Ostrander to you and a number of
13 other -- I assume they are all Michael Foods
14 employees, is that correct?
15 A. I think it is, yes.
16 Q. Okay. Mr. Ostrander is the big boss,
17 correct?
18 A. Correct.
19 Q. Now, if you look at Mr. Ostrander's
20 comments, in the fourth line from the bottom
21 of his email to you and the other Michael
22 Foods employees, he says: If it gets
23 publicity, it could also bring substantial
24 reaction from the folks at PETA and other
25 radical animal welfare groups.

299

1 Do you see that reference?
2 A. Yes, I do.
3 Q. Is it fair to say that in February of
4 2005 when this email was written by
5 Mr. Ostrander, Michael Foods was concerned
6 about substantial reactions from PETA and
7 other radical animal welfare groups?
8 A. Yes.
9 Q. Now, there was also a number of questions
10 directed to you about Mr. Ken Klippen. Do you
11 recall generally that examination?
12 A. Yes.
13 Q. I believe you testified that there was
14 some difference of opinion or disagreement
15 between Mr. Klippen and Mr. Gregory, is that
16 correct?
17 A. Yes.
18 Q. According to my notes, Mr. Neuwirth asked
19 you whether Mr. Klippen was promoting a,
20 quote, science-based animal welfare program,
21 and you responded yes.
22 Do you recall that testimony?
23 A. Yes.
24 Q. Was Mr. Klippen a scientist?
25 A. He was a -- I don't remember his

300

1 credentials. But yes, he was educated and
2 ultimately achieved his Ph.D., I believe.
3 Q. Didn't he work as a lobbyist for UEP?
4 A. Initially he did, yes. He was in the
5 Washington team, yes.
6 Q. Okay. Did he have -- to support his
7 animal welfare program, did he have a group of
8 recognized animal welfare scientists to
9 support him?
10 MR. GREENE: Objection, lack of
11 foundation.
12 THE WITNESS: He actually did have
13 some scientists, a group put together for a
14 scientific advisory committee. But as far as
15 the names, credentials, I can't speak to that.
16 And he accumulated a very large body of data
17 and studies initially that he worked with with
18 those folks.
19 BY MR. BARNES:
20 Q. Was the program he was promoting called
21 Process Verified?
22 A. Yes. PV -- yeah, process, something like
23 that, yes.
24 Q. And he was one of your consultants,
25 correct?

301

1 A. Yes.
2 Q. You've testified a number of times that
3 Michael Foods wanted a level playing field,
4 correct?
5 A. Yes.
6 Q. And that Michael Foods was concerned
7 about competitors and gaining a competitive
8 advantage, is that correct?
9 A. Yes.
10 Q. Isn't it a fact that other members of UEP
11 whose business model was different than
12 Michael Foods had the same kinds of concerns?
13 MR. GREENE: Objection, lack of
14 foundation.
15 THE WITNESS: Yes, it's possible.
16 BY MR. BARNES:
17 Q. Would you direct your attention back to
18 Baker Exhibit 18, please. Do you have
19 Exhibit 18 in front of you, Mr. Baker?
20 A. I do.
21 Q. And again, this was marked earlier in
22 your deposition. It's an email from you dated
23 April 26, 2006. And it's -- the subject is an
24 update on UEP board conference call.
25 Do you see that?

**HIGHLY CONFIDENTIAL**

302

1    A.    Yes.
2    Q.    Would you read the second paragraph from
3    the top to yourself, please.
4    A.    (Reviews document.)  Okay.
5    Q.    Did you read it, Mr. Baker?
6    A.    Yes.
7    Q.    Does that refresh your recollection that
8    other members of UEP from time to time also
9    were concerned about fairness and other people
10   obtaining a competitive advantage over them?
11   A.    Yes.
12   Q.    And your recollection is now refreshed
13   that that did happen, correct?
14   A.    Oh, yes.
15   Q.    Thank you.  Now, I believe you testified
16   earlier, and I want to be clear, that back in
17   the early years of 2000: 2000, 2001, '02, '03,
18   et cetera, I think you used the term "growing
19   interest" in customers who wanted some type of
20   animal care certified egg products, is that
21   correct?
22   A.    Yes.
23          MR. GREENE:  Did you mean that to
24   be a reference to the specific animal care
25   certified program --

303

1           MR. BARNES:  No.
2           MR. GREENE:  -- or just animal
3    welfare in general?
4    BY MR. BARNES:
5    Q.    Animal welfare in general in the early
6    2000s.
7    A.    Yes.
8    Q.    And it was a growing movement, correct?
9    A.    Yes, I would characterize it as at least
10   interest.  There was interest -- I call it
11   kind of a learning period too.
12   Q.    Okay.  Do you recall -- strike that.
13          I believe you testified that Sysco was
14   one of your major customers, is that correct?
15   A.    Yes.
16   Q.    Do you recall whether in the year 2002
17   Sysco expressed an interest in obtaining UEP
18   certified eggs and egg products from Michael
19   Foods?
20   A.    I'm not aware.  I'm not involved in that
21   area, so I can't -- I don't specifically know
22   that.
23          MR. BARNES:  Let's mark as our next
24   exhibit -- let's call this -- to even confuse
25   everyone more than we're confused, Defense 1.

304

1           MR. GREENE:  Defense T. Baker 1.
2           (Exhibit Defense T. Baker 1 marked
3    for identification.)
4    BY MR. BARNES:
5    Q.    Mr. Baker, would you take a moment to
6    look at what has been marked as Defense
7    Exhibit 1.  The identification number is
8    MFI0096330.  It is a one-page document which
9    contains two email messages.  The first
10   message at the top is from a Mr. Bill Goucher.
11   It's dated December 13, 2002.  And Mr. Baker
12   appears as a cc.  The subject of the top email
13   is RE:  Sysco Animal Welfare Auditing.  The
14   bottom email is from Mr. Steve Bacon, the same
15   date, to Mr. Goucher and Mr. Bebee.  The
16   subject is Sysco Animal Welfare Auditing.
17          Do you recall receiving this email?
18   A.    I do not.
19   Q.    Do you recall the substance of the email?
20   A.    No, I do not.
21   Q.    Now, does this refresh your recollection,
22   Mr. Baker, that in the year 2002, one of your
23   major customers, Sysco, had expressed an
24   interest -- and actually, according to the
25   email, it's more than an interest, the bottom

305

1    email from Mr. Bacon says they will use the
2    UEP guidelines as a standard.
3           Do you see that?
4    A.    Yes, I do.
5    Q.    Then the top email from -- who is
6    Mr. Goucher, by the way?
7    A.    In 2002 Bill Goucher was the president of
8    MFI -- Michael Foods Egg Products Company.
9    Q.    Was he your boss?
10   A.    Yeah, he was my boss at that point.
11   Q.    Mr. Bacon, who was Mr. Bacon?
12   A.    He's our vice president of quality,
13   corporate quality.
14   Q.    Now, the top email from Mr. Goucher in
15   response to Mr. Bacon talks again about
16   supplying Sysco with UEP certified product, is
17   that correct?
18   A.    Yes.
19   Q.    Now, I might have asked you this, and if
20   I'm repeating myself, I apologize.  Does this
21   refresh your recollection that in the year
22   2002, one of your major customers, Sysco,
23   desired to obtain UEP Certified product?
24   A.    Yes.  It's clear in the email that there
25   was interest.

**77 (Pages 302 to 305)**

**HIGHLY CONFIDENTIAL**

306

1    Q.    Now, the subject of commingling has come
2    up repeatedly in your deposition, correct?
3    A.    Yes.
4    Q.    And I believe UEP and certain UEP members
5    from time to time expressed concerns that UEP
6    licensees, people who had a license but were
7    not UEP Certified, would commingle UEP
8    Certified eggs with non-certified eggs.
9          Do you recall that?
10   A.    Yes.
11   Q.    Do you recall that ever happening, any
12   instance where a UEP -- pardon me, different
13   question -- strike that.
14         But you do recall commingling was
15   somewhat of a concern?
16   A.    Yes.
17   Q.    Now, would you again take a look at
18   Defense Exhibit 1 and Mr. Goucher's email on
19   the top. And Mr. Goucher says, quote: Steve,
20   we have not signed up for the UEP
21   certification, and our egg source is coming
22   from many suppliers that end up making Sysco
23   products. We may have enough outside egg
24   supply from certified UEP producers to cover
25   the Sysco volume of product, but this egg is

307

1    not segregated by product.
2          Do you see that?
3    A.    Yes.
4    Q.    "In order to ship only certified products
5    to Sysco, we would need to put together an
6    extremely complicated plan over a fairly
7    lengthy period of time."
8          Do you see that?
9    A.    Yes.
10   Q.    Does this reflect a commingling concern
11   that Michael Foods had at this period of time?
12         MR. GREENE: Object to the
13   characterization.
14         THE WITNESS: I don't believe so.
15   BY MR. BARNES:
16   Q.    Okay. But it appears, doesn't it, that
17   Mr. Goucher was concerned that you -- although
18   you might have had enough outside egg supply
19   from certified UEP producers to supply Sysco,
20   that product was not segregated.
21         Do you see that?
22   A.    Yes, that would be correct.
23   Q.    And you couldn't supply a customer with
24   certified and non-certified product when the
25   customer specified certified, could you?

308

1          MR. GREENE: Object to the
2    characterization.
3          THE WITNESS: No.
4    BY MR. BARNES:
5    Q.    And Michael Foods would never even
6    consider doing that, I assume?
7    A.    No.
8    Q.    Did this problem occur with any other
9    Michael Foods customers around the same period
10   of time as Defense Exhibit 1, the problem of
11   not being able to segregate certified from
12   uncertified product?
13         MR. GREENE: Object to the
14   characterization of not being able to
15   segregate.
16         Go ahead.
17         THE WITNESS: I'm not aware of any.
18   BY MR. BARNES:
19   Q.    Let's mark as Defense Exhibit 2 --
20         (Exhibit Defense T. Baker 2 marked
21   for identification.)
22   BY MR. BARNES:
23   Q.    Defense Exhibit 2 is a two-page set of
24   emails bearing identification numbers -- it's
25   two different sets, I'll use the MFI number,

309

1    MFI0096331, MFI0096332. The first email on
2    the first page is again an email from
3    Mr. Goucher dated January 15, 2003, to
4    Mr. Bacon, and Mr. Terry Baker is one of the
5    people copied on this email. Do you recall
6    receiving a copy of this email, Mr. Baker?
7    A.    Not specifically, no.
8    Q.    Mr. Goucher's email on the top says:
9    Need to get Vince involved on this topic as
10   well -- it says at Baker, but I assume it
11   means as Baker -- so that we have the same
12   response as everyone. We do have UEP
13   Certified producers that supply us with a
14   portion of our egg needs. We can support the
15   TB business. What does TB stand for?
16   A.    I don't know. I was --
17   Q.    Taco Bell perhaps?
18   A.    I don't know.
19   Q.    Well, if you look at the very bottom on
20   this email chain, very bottom of the page
21   there's an email from Megan Euper.
22         Do you see that?
23   A.    I do see that.
24   Q.    You see her email address?
25   A.    Yes.

78 (Pages 306 to 309)

**HIGHLY CONFIDENTIAL**

310

1   Q.   What is her email address?
2   A.   Taco Bell.
3   Q.   Back to the top email, it says:  We can
4   support the TB business with this supply.  But
5   we do not segregate this egg through our
6   facilities.  We have too much volume for
7   customers that do not require specific egg
8   supply.
9        Does this refresh your recollection that
10  there was another instance where Michael Foods
11  would have difficulty supplying certified
12  product because of its inability to segregate
13  the certified from the non-certified?
14       MR. GREENE:  Object to the
15  characterization.
16  BY MR. BARNES:
17  Q.   You can answer.
18  A.   Yes.
19  Q.   Thank you.  While you were involved with
20  UEP on the board, you're still on the board,
21  did the board get reports from time to time
22  about members who had increased their
23  production from the period 2004, let's say,
24  until 2008?
25  A.   Not that I recall.

311

1   Q.   Did you ever get reports, whether it was
2   given at a board meeting or indirectly from a
3   contact or a discussion that you had that
4   particular members of UEP were increasing
5   their production while participating as UEP
6   Certified producers?
7   A.   Anecdotally we tried to keep up or keep
8   aware if we heard a conversation or heard of a
9   building permit or something.  But it wasn't a
10  formal process.  But Toby and I tried to keep
11  up with that, yes.
12  Q.   Did you ever get reports that my client,
13  Rose Acre Farms, was increasing production
14  dramatically in North Carolina.
15       MR. GREENE:  Objection, vague.
16       MR. KINNEY:  Objection.
17  BY MR. BARNES:
18  Q.   You may answer.  There were two
19  objections, but you can answer.
20  A.   Yes, we did hear of a project they built
21  in Carolina.
22  Q.   Was that known as Hyde County?
23  A.   I don't know the name.
24  Q.   What did you hear about the Rose Acre
25  project in North Carolina, do you recall?

312

1   A.   I don't even remember a number.  I just
2   remember there was a permit and there was a
3   permitting question or something maybe.
4   That's about the extent of my recollection.
5   Q.   Okay.  Any other recollections about Rose
6   Acre increasing production even though it was
7   a member of the UEP Certified program?
8        MR. KINNEY:  Objection.
9        THE WITNESS:  Not specifically, no.
10  BY MR. BARNES:
11  Q.   Generally?
12  A.   Not generally, no, I…
13  Q.   Okay.  Before I forget, you were asked
14  about Mr. Jim Dean, correct?
15  A.   Yes.
16  Q.   And he was on the UEP board, but he was
17  not certified, correct?
18  A.   I believe that's true.
19  Q.   You also testified that the UEP Certified
20  program was voluntary, correct?
21  A.   Yes.
22  Q.   Is this an example where even a UEP board
23  member could voluntarily refuse to participate
24  in a UEP-sponsored program?
25  A.   Yes.

313

1        MR. KINNEY:  Objection.
2        MR. BARNES:  You got the answer?
3        THE COURT REPORTER:  Yes.
4   BY MR. BARNES:
5   Q.   As you can see, I'm winding down.
6   Mr. Baker, many of the documents that you've
7   looked at today consist of minutes, UEP board
8   minutes, UEP committee meeting minutes,
9   producer welfare committee and others.  Do you
10  recall generally looking at those types of
11  documents?
12  A.   Yes.
13  Q.   Many of those documents recorded votes on
14  various motions.
15       Do you recall that?
16  A.   Yes.
17  Q.   Do you recall that many of those votes
18  were split?
19  A.   Yes, I was usually in the splitting
20  group.
21  Q.   You were one of the splitters, right?
22  A.   Yes.
23  Q.   Okay.  But doesn't that indicate that
24  there was simply a difference of opinion among
25  UEP board members and committee members about

**79 (Pages 310 to 313)**

**HIGHLY CONFIDENTIAL**

314

1   particular actions to endorse?
2        MR. GREENE:  Objection,
3   argumentative.
4        THE WITNESS:  I guess I'm not sure
5   how to answer.  I'm not sure I understand the
6   question.
7   BY MR. BARNES:
8   Q.   Did you observe a healthy attitude among
9   UEP board members and committee members about
10  diverse views, people could express their
11  different views?
12       MR. GREENE:  Objection, vague.
13       MR. KINNEY:  Objection.
14       THE WITNESS:  I heard a lot of
15  expression of views.
16  BY MR. BARNES:
17  Q.   Right.
18  A.   They weren't always real civil, but I did
19  hear them, yes.
20  Q.   But I guess what I was getting at is it
21  didn't appear from the documents to be all
22  one-sided, that there were different views
23  expressed at different times?
24       MR. KINNEY:  Objection.
25  BY MR. BARNES:

315

1   Q.   Fair to say?
2   A.   I don't know.  I don't know how to
3   characterize that, I guess.
4   Q.   But there were different votes for and
5   against?
6   A.   Yes.
7   Q.   All the votes weren't always in favor,
8   were they?
9        MR. KINNEY:  In favor of what?
10       THE WITNESS:  I don't remember
11  winning many of them in that era.
12       MR. KINNEY:  Objection.
13  BY MR. BARNES:
14  Q.   None of them were always all against?
15  A.   No.
16  Q.   Mr. Baker, thank you very much.  I
17  appreciate your patience and cooperation?
18       MR. GREENE:  Do you have anything
19  more?  We're going to have some final
20  questions, but why don't you go ahead.
21       Anyone on the phone planning to ask
22  questions?
23       MR. DAVIS:  I'm going to have about
24  90 seconds worth of questions.
25       MR. GREENE:  Do you want to ask

316

1   them now?
2        MR. DAVIS:  Are you going to be
3   taking a break?
4        MR. GREENE:  We can.  Once
5   everybody is done with the questioning, I
6   would like to take a break.  But I would like
7   to get all the other questioning done first.
8        MR. DAVIS:  Sure.  I can ask mine
9   now.  That's fine.
10       MR. GREENE:  Okay.  Why don't you
11  identify yourself and go ahead and ask your
12  questions.
13
14       EXAMINATION
15
16  BY MR. DAVIS:
17  Q.   Mr. Baker, my name is Evan Davis.  I'm
18  counsel for UEP and USEM.  I just have very
19  short questions for you.  One regards to some
20  of your testimony about the 100 percent rule.
21  And I just want to clarify.  Insofar as the
22  100 percent rule required that any producer
23  who was on the certified program implement the
24  certified guidelines for 100 percent of its
25  flock, has that rule always been in place for

317

1   the duration of the certified program?
2   A.   My understanding was at the outset it was
3   not part of the initial guidelines that were
4   put together.  But in short order afterwards
5   it became part of the program.  But I don't
6   know the timeline.
7   Q.   You were questioned about a period in
8   2004 into 2005 when a change was made
9   regarding the ability of non-certified
10  producers to buy and resell certified eggs.
11  Is that separate and apart from anything that
12  deals with the 100 percent rule applying to
13  certified producers and their own egg
14  production?
15  A.   I'm not -- can you repeat that last part
16  of the question.
17       MR. GREENE:  Why don't you repeat
18  the whole question, please.
19  BY MR. DAVIS:
20  Q.   Sure.  I'll phrase it a little bit
21  differently.  You testified earlier that in
22  2004 into 2005 there was a rule and then a
23  change to a rule that pertained to the ability
24  of non-certified producers to buy and resell
25  certified eggs.

**HIGHLY CONFIDENTIAL**

318

1    Do you recall that testimony?
2    A.    Yes.
3    Q.    And additionally there was a rule called
4    the 100 percent rule that pertained to
5    certified producers and required that they
6    implement the guidelines on 100 percent of
7    their hens.
8    Do you recall that rule?
9    A.    Yes.
10   Q.    And these two rules are different from
11   one another, correct?
12   A.    Yes.
13   Q.    Okay.  But my other question just has to
14   deal with egg production and the cost of egg
15   production.  There are some costs to egg
16   production that you would consider fixed
17   costs, right?
18   A.    Yes.
19   Q.    And there are other costs to egg
20   production that one might consider variable
21   costs, is that fair?
22   A.    Yes.
23   Q.    And a few of the things that would be
24   considered variable, would feed be considered
25   a variable cost insofar as --

319

1    THE COURT REPORTER:  You cut out.
2    MR. GREENE:  Would you repeat the
3    question.
4    BY MR. DAVIS:
5    Q.    Sure.  Would feed be a variable cost
6    insofar as the fewer hens that a producer had,
7    the less feed it would need to feed those
8    hens?
9    A.    Yes, that would be -- be one of the
10   definite variables.
11   Q.    And would the same be true for pullets in
12   that if a producer placed fewer pullets, the
13   cost associated with doing so would decrease?
14   A.    The total dollars would decrease, but not
15   the cost per bird or per pullet or per unit.
16   Q.    No, not the per-unit cost but the total
17   cost would vary with the number of pullets
18   placed, is that right?
19   A.    Yes, I think that would be a correct
20   assumption.
21   MR. DAVIS:  Mr. Baker, that's all
22   the questions that I have.  Thanks very much
23   for your time.
24   THE VIDEOGRAPHER:  We only have
25   five minutes left on this videotape.

320

1    MR. GREENE:  Is that enough for you
2    or not?
3    MR. KINNEY:  I'll have to look.
4
5    FURTHER EXAMINATION
6
7    BY MR. KINNEY:
8    Q.    Do you have Exhibit 2?
9    A.    Yes.
10   Q.    Mr. Barnes asked you about these various
11   speakers that are identified, congressmen and
12   Ph.D.s and so forth.  Based on your testimony,
13   isn't it correct that when you had this
14   Washington meeting with these folks that you
15   slotted them in to accommodate their schedules
16   and their availability?
17   A.    Yes.
18   Q.    And they didn't sit through all the
19   business meetings, did they?
20   A.    Not normally, no.
21   Q.    Okay.  And Mr. Barnes also asked you
22   about commingling and how it affected Michael
23   Foods' ability to supply Sysco in particular.
24   Do you recall that -- those questions?
25   A.    Yes.

321

1    Q.    And at that same point in time, Michael
2    Foods already had a program in place to supply
3    Burger King with the eggs that met its
4    particular program requirements, correct?
5    A.    Correct.
6    Q.    So it wasn't any big deal for Michael
7    Foods to come up with a plan to segregate eggs
8    that met the particular program requirements
9    for Burger King versus Sysco, correct?
10   A.    No, because we segregated Burger King
11   eggs.
12   Q.    Right.  You already knew how to do it,
13   correct?
14   A.    Yes.
15   Q.    If Michael Foods' customers in 2003 had
16   begun to request significant amounts of
17   certified -- UEP Certified eggs, your
18   confident that Michael Foods had the ability
19   to do that kind of segregation, correct?
20   A.    Yes, I believe so.
21   Q.    And there was some questions about split
22   votes.  Ordinarily at the board level if
23   there's a split vote, whatever the majority is
24   is the prevailing view, correct?
25   A.    Yes, it's a simple majority I believe is

**81 (Pages 318 to 321)**

**HIGHLY CONFIDENTIAL**

322

1    the bylaw.
2    Q.    And that becomes the -- whatever the
3    policy is going forward for UEP?
4    A.    Yes.
5          MR. KINNEY:  Thank you.
6
7          FURTHER EXAMINATION
8
9    BY MR. BARNES:
10   Q.    Follow up question, please.  Mr. Kinney
11   just asked you or stated that it would be no,
12   quote, big deal for Michael Foods to set up a
13   program for Sysco just like they had set up
14   for Burger King.
15         Do you recall that question?
16   A.    Yes.
17         MR. GREENE:  Object to the
18   characterization.
19         Go ahead.
20   BY MR. BARNES:
21   Q.    Take another look at Defense Exhibit 1,
22   please.  That's not what that exhibit says, is
23   it?
24         MR. GREENE:  Before you answer, I
25   want to get the exhibit in front of me.

324

1    was not something Mr. Goucher would agree to?
2          MR. GREENE:  Objection,
3    argumentative, lack of foundation.
4          MR. KINNEY:  Objection.
5    BY MR. BARNES:
6    Q.    It was a big deal, wasn't it, Mr. Baker?
7          MR. GREENE:  Same objection.
8          THE WITNESS:  It's something we do.
9    Yes, it would have taken time, but it's
10   something we do.
11   BY MR. BARNES:
12   Q.    It would have been extremely complicated
13   over a fairly lengthy period of time, correct?
14         MR. GREENE:  Objection, asked and
15   answered.
16   BY MR. BARNES:
17   Q.    Correct?
18   A.    I don't know.
19   Q.    You disagree with your boss, Mr. Goucher,
20   his observation?
21         MR. GREENE:  Objection,
22   argumentative.
23   BY MR. BARNES:
24   Q.    You disagree with Mr. Goucher?
25         MR. GREENE:  Same objection.

323

1    BY MR. BARNES:
2    Q.    Defense Exhibit 1.  This is the email
3    from Mr. Goucher to Mr. Bacon with a copy to
4    you December of 2002.  This is 2002.  When did
5    you start supplying Sysco with certified
6    product?
7          MR. GREENE:  Objection, lack of
8    foundation.
9          THE WITNESS:  I'm not aware.  I
10   don't know.
11   BY MR. BARNES:
12   Q.    You obviously weren't doing it at the
13   time of this email in 2002, were you?
14         MR. KINNEY:  Objection.
15         THE WITNESS:  I don't believe so,
16   no.
17   BY MR. BARNES:
18   Q.    And the email does say:  In order to ship
19   only certified products to Sysco, we would
20   need to put together an extremely complicated
21   plan over a fairly lengthy period of time.
22   Isn't that what Mr. Goucher is telling you?
23   A.    That's what his email says, yes.
24   Q.    So I take it Mr. Kinney's
25   characterization of it wouldn't be a big deal

325

1          THE WITNESS:  Yes.
2    BY MR. BARNES:
3    Q.    You disagree with him?
4    A.    (No verbal response.)
5    Q.    Is that a yes?
6    A.    I'm not sure what you want me to say
7    here.
8    Q.    No, I want you to just respond to the
9    question and answer truthfully.
10         Mr. Goucher in this email to a number of
11   employees, including you, regarding supplying
12   Sysco with certified product pointed out a
13   problem.  He said it would be extremely
14   complicated plan over a fairly lengthy period
15   of time.  That's what he said.
16   A.    That was his take on it.
17   Q.    Okay.
18   A.    I'm not disputing his take on it.  I
19   don't know.  I was not involved, so I don't
20   know.
21   Q.    Did you ever tell Mr. Goucher you
22   disagreed with his conclusion?
23   A.    I don't know that we were involved in
24   that.  That's not -- not our purview.
25   Q.    When you say "our purview," what --

82  (Pages 322 to 325)

**HIGHLY CONFIDENTIAL**

326

1   A.   I'm egg procurement.
2   Q.   You egg procurement people?
3   A.   Yes, that's what I am referring to.
4   Q.   All right.  So that was out of your
5   bailiwick?
6   A.   That was an operational question, yes.
7        MR. BARNES:  Okay.  Thank you,
8   Mr. Baker.
9        MR. GREENE:  I'd like to take a
10  break.  I'm going to have a few questions.
11       THE VIDEOGRAPHER:  We are going off
12  the record.
13       The time is 5:24 p.m.
14       (Recess.)
15       THE VIDEOGRAPHER:  We are back on
16  the record.  This marks the beginning of
17  videotape number 5 in the deposition of
18  Terry Baker.
19       The time is 5:38 p.m.
20
21            EXAMINATION
22
23  BY MR. GREENE:
24  Q.   Mr. Baker, thank you for your patience
25  today.  I'm going to ask you first about Baker

327

1   Exhibit 23.  Do you have that in front of you?
2   A.   Yes, I do.
3   Q.   Okay.  You were asked earlier about
4   the -- some of the numbers that appear on the
5   sheet that ends 7308.  Do you have that sheet
6   in front of you?
7   A.   Yes, I do.
8   Q.   And in particular, I think you were asked
9   earlier about the line item toward the bottom
10  of the page that reads:  Total reduction in
11  production fully phased.  And there is a
12  column that says Layer Capacity.
13       Do you see that?
14  A.   Yes.
15  Q.   Okay.  And then the figure that appears
16  there is 14,861,904.
17       Do you see that?
18  A.   Yes.
19  Q.   What does that figure signify in this
20  quantitative analysis?
21  A.   The 14,861,000 was the total of the
22  projected or estimated reduction in a
23  full -- if we were to have converted our total
24  supply chain into UEP ACC at that point in
25  time, so it was the -- the 14 million was made

328

1   up of an estimated reduction of 4,722,000 of
2   internal birds, and then additionally another
3   10 million of our external supply.  So that
4   represented the total of our whole supply
5   chain being converted to ACC.
6   Q.   That was the exercise you were
7   performing, correct?
8   A.   Yes.
9   Q.   Do you recall this morning that you were
10  asked some questions about backfilling?
11  A.   Yes.
12  Q.   And about a UEP board vote regarding
13  backfilling.
14       Do you recall that?
15  A.   Yes.
16  Q.   I'd like to mark -- we'll call it Defense
17  Exhibit 3.
18       (Exhibit Defense T. Baker 3 marked
19  for identification.)
20  BY MR. GREENE:
21  Q.   Directing your attention to Defense
22  Exhibit 2 [sic], the Bates numbers here are
23  MFI0007809 through 811.
24       MR. BARNES:  Bill, it's Defense 3.
25       MR. GREENE:  I'm sorry, Defense

329

1   Exhibit 3.
2   BY MR. GREENE:
3   Q.   And the -- these are the minutes of a UEP
4   board of directors conference call dated
5   December 16, 2004, is that correct, Mr. Baker?
6   A.   Yes.
7   Q.   And you recognize this as the format of
8   UEP minutes?
9   A.   Yes.
10  Q.   Now, you testified earlier today about a
11  UEP board of directors vote that prohibited or
12  limited the practice of backfilling.
13       Do you recall that testimony?
14  A.   Yes.
15  Q.   And I want to direct your attention to
16  the motions that are -- that appear in the
17  minutes that we're talking about, Defense
18  Exhibit 3, the December 16, 2004, minutes.
19  There are a series of motions.
20       Do you see that?
21  A.   Yes, I do.
22  Q.   Okay.  And the first motion reads --
23  directing your attention to the middle of the
24  page first motion reads:  Motion, backfilling
25  is prohibited under the animal care certified

**83 (Pages 326 to 329)**

**HIGHLY CONFIDENTIAL**

330

1     program. And then the paragraph goes on -- it
2     goes on: An exception shall be made for
3     flocks that have experienced catastrophic
4     mortality. And I'm not going to read the
5     entire paragraph.
6         Do you see that the paragraph?
7     A.    Yes, I do.
8     Q.    And do you see that that motion carried?
9     Do you see that?
10    A.    Yes.
11    Q.    And the next motion is that the motion
12    limiting backfilling to only a catastrophic
13    event shall become effective immediately with
14    the exception of chicks ordered or pullets
15    currently being grown for housing through
16    June 1, 2005.
17        Did I read that correctly?
18    A.    Yes.
19    Q.    And according to the minutes, that motion
20    carried as well, correct?
21    A.    Yes.
22    Q.    And then there is another motion that
23    reads -- next motion, that: Unauthorized
24    backfilling be treated the same as cage space
25    allowance and therefore will result in a

331

1     failed audit.
2         Did I read that correctly?
3     A.    Yes.
4     Q.    And according to the minutes, that motion
5     carried as well, correct?
6     A.    Correct.
7     Q.    Now, in your experience, is it the
8     practice of UEP in creating minutes to record
9     those board members who are present or
10    participating in a UEP board meeting?
11    A.    Yes, there's always a roll call.
12    Q.    Okay. And can you look at the list of
13    names indicated as being present or
14    participating -- present on the call is the
15    way they put it. Can you look at the list of
16    the names of those persons being listed as
17    present on the call in this December 16, 2004,
18    board of directors conference call?
19    A.    (Reviews document.) Yes.
20    Q.    Do you see that list?
21    A.    I do.
22    Q.    And are you included in that list?
23    A.    No, I was not.
24    Q.    Were you present -- I should say were you
25    present on the call, the December 16, 2004,

332

1     call?
2     A.    No.
3     Q.    Okay. Having reviewed Defense Exhibit 3,
4     did you vote on the UEP board measures that
5     prohibited or limited backfilling?
6     A.    No, I was not present or available that
7     day.
8         MR. GREENE: No further questions.
9         MR. KINNEY: I have a couple of
10    questions.
11
12        FURTHER EXAMINATION
13
14    BY MR. KINNEY:
15    Q.    Mr. Baker, before you were questioned by
16    Mr. Greene we took a break. Did you discuss
17    the substance of your testimony today with
18    Mr. Greene during the break?
19    A.    During the last break?
20    Q.    Yes.
21    A.    Yes.
22    Q.    You had a discussion with him about your
23    testimony today?
24    A.    Oh, no. No, only --
25    Q.    Yes or no?

333

1     A.    No.
2     Q.    What did you do for 20 minutes, where
3     were you? You all took a break. You all went
4     off together. What did you do together?
5     A.    We were at -- discussing whether I
6     actually was -- was present for that vote.
7     Q.    So you talked about the documents that
8     you just been --
9     A.    That document.
10    Q.    -- asked about?
11    A.    Yeah, that document.
12    Q.    That's what I asked you.
13    A.    I'm sorry. I didn't know if you were
14    talking about earlier breaks, because we never
15    discussed --
16    Q.    Just now you took a break and you and
17    your lawyer talked and you came back in and he
18    asked you the questions and you gave the
19    answers?
20    A.    Yes.
21    Q.    Okay. All right. And backfilling -- he
22    asked you about backfilling. So before you a
23    became a UEP Certified producer Michael Foods
24    backfilled, right?
25    A.    Yes.

84 (Pages 330 to 333)

**HIGHLY CONFIDENTIAL**

334

1  Q.   And that was to fill gaps in flocks,
2  right?
3  A.   Yes.
4  Q.   All right.  And once you became a UEP
5  Certified producer, you could only backfill if
6  there was catastrophic mortality, right?
7  A.   That's correct.
8  Q.   You couldn't fill in the gaps anymore,
9  right?
10  A.   That's correct.
11  Q.   So you had fewer hens in your flocks,
12  right?
13       MR. GREENE:  Objection,
14  characterization.
15       And I also object that this is --
16  goes beyond redirect at this point.
17       MR. KINNEY:  This isn't beyond
18  redirect.
19       MR. GREENE:  It is definitely
20  beyond redirect.  The redirect -- I want to
21  make a record.
22       MR. KINNEY:  Make your objection.
23  Objection to form or quiet.  I don't want to
24  hear anything more.  We've been very patient
25  with speaking objections by all defense

336

1       THE VIDEOGRAPHER:  This marks the
2  end of the deposition.  We are going off the
3  record.
4       The time is 5:48 p.m.
5       (Deposition concluded at 5:48 p.m.)
6       ***************

335

1  counsel.  You have the right to say "objection
2  to form."  That's all there is under the
3  Federal Rules, and you know it.
4       MR. GREENE:  Well, you don't need
5  to point your finger.
6       MR. KINNEY:  I can point my finger
7  at anybody and raise my voice, because this
8  has been long and painful listening to you
9  people.  You've had your chance.  You've spoke
10  to your witness off the record which you
11  shouldn't have been doing.  Now, I understand
12  your objection.  Do you want to say anything
13  more before he answers the question?
14       MR. GREENE:  Well, let's remind him
15  of the question.
16       MR. KINNEY:  Would you read back
17  the question.
18       (Whereupon, the court reporter read
19  back the previous question.)
20       THE WITNESS:  Yes.
21       MR. KINNEY:  Thank you.
22       MR. GREENE:  Anybody else?
23       (No response.)
24       MR. GREENE:  We're all done?
25       The witness will read and sign.

337

1       REPORTER'S CERTIFICATE
2
STATE OF MINNESOTA   )
3                    ) ss.
COUNTY OF HENNEPIN   )
4
5       I hereby certify that I reported the
deposition of Terry L. Baker on August 22, 2013 in
6  Minneapolis, Minnesota, and that the witness was by
me first duly sworn to tell the whole truth;
7
8       That the testimony was transcribed by me and
is a true record of the testimony of the witness;
9
10       That the cost of the original has been
charged to the party who noticed the deposition, and
11  that all parties who ordered copies have been
charged at the same rate for such copies;
12
13       That I am not a relative or employee or
attorney or counsel of any of the parties, or a
14  relative or employee of such attorney or counsel;
15       That I am not financially interested in the
action and have no contract with the parties,
16  attorneys, or persons with an interest in the action
that affects or has a substantial tendency to affect
17  my impartiality;
18       That the right to read and sign the
19  deposition transcript by the witness was reserved.
20       WITNESS MY HAND AND SEAL THIS 28th day of
21  August, 2013.
22
23
24  Dana S. Anderson-Linnell
Notary Public, Hennepin County, MN
25  My commission expires 1/31/2015

85  (Pages 334 to 337)

**HIGHLY CONFIDENTIAL**

338

```
 1         ACKNOWLEDGMENT OF DEPONENT
 2         I, TERRY L. BAKER, do hereby certify
 3    that I have read the foregoing transcript of my
 4    testimony, and further certify that it is a true
 5    and accurate record of my testimony (with the
 6    exception of the corrections listed below):
 7    Page  Line          Correction
 8    ____|____|_____|_____
 9    ____|____|_____|_____
10    ____|____|_____|_____
11    ____|____|_____|_____
12    ____|____|_____|_____
13    ____|____|_____|_____
14    ____|____|_____|_____
15    ____|____|_____|_____
16    ____|____|_____|_____
17    ____|____|_____|_____
18    ____|____|_____|_____
19    ____|____|_____|_____
20
21         _____
           TERRY L. BAKER
22
      SUBSCRIBED AND SWORN TO BEFORE ME
23    THIS _____ DAY OF _____, 20___.
24
      _____    _____
25    (NOTARY PUBLIC)      MY COMMISSION EXPIRES:
```

**VERITEXT REPORTING COMPANY**
(212) 279-9424      www.veritext.com      (212) 490-3430

HIGHLY CONFIDENTIAL

1

**A**

**abiding** 108:12
**ability** 216:19 317:9
317:23 320:23
321:18
**able** 88:8 110:14
149:19 162:22
170:10 255:25
258:23 261:5
308:11,14
**absent** 200:22
**absolute** 148:2
**absolutely** 86:5
89:16 199:25
**abstain** 54:9
**acc** 9:10 75:2,9 76:7
85:15,22 86:8,13
86:20 90:14 91:9
91:20 106:5
108:20 109:1
110:4,15 111:15
114:9,20 128:13
128:16 129:1
162:22 173:1
264:3,7,12,15
265:9 327:24
328:5
**accept** 94:12 140:3
141:13
**acceptable** 158:6
213:2
**acceptance** 145:11
**accepted** 162:24
**accommodate**
320:15
**accomplished**
107:16
**account** 76:2 131:13
263:5 264:22
**accountability**
65:24 66:1
**accounting** 26:7
257:19

**accounts** 128:7
139:21 250:10
**accumulated** 300:16
**accurate** 77:22
144:21 284:1
338:5
**accustomed** 89:11
**achieved** 300:2
**acknowledge** 34:22
**acknowledged**
35:20
**acknowledgment**
338:1
**acquired** 39:15
254:10
**acquiring** 155:8
**acquisition** 39:17,21
**acre** 4:3 18:13 36:15
290:8 311:13,24
312:6
**acres** 166:23
**acronym** 75:1
**act** 168:20 195:20
197:8,21 291:14
291:22,25
**action** 3:3 12:21
51:25 70:15 71:18
181:5 193:22
194:7 240:16
337:15,15
**actionable** 12:22
**actions** 1:9 314:1
**active** 182:20
**actively** 80:2 182:11
183:4
**activism** 42:4
**activist** 276:11
**activists** 297:10
**activities** 28:12
43:24 52:14,15,24
52:25 53:2,4,8
276:11 297:21
**activity** 232:20
**acts** 297:11,13

**actual** 135:12 187:3
190:21 245:14
**adamant** 131:1
**add** 60:9 110:20
146:8 160:2 178:1
**added** 108:25
125:15,25 155:21
156:4 157:2,19
**adding** 130:23
154:25
**addition** 55:7 105:5
134:6 150:20,20
252:14
**additional** 194:10
239:8,14 261:17
277:10
**additionally** 318:3
328:2
**address** 36:3 93:5
309:24 310:1
**addressed** 294:9,18
296:3,14
**adjust** 49:20,23
**adjustments** 53:19
56:11 57:3
**administrative**
21:13
**administrator**
294:17
**admit** 54:7 275:22
**adopt** 146:9
**adopted** 78:10 80:19
102:19 105:21
108:18
**advantage** 78:9 79:2
81:13 301:8
302:10
**advice** 210:23
211:23 212:14,16
213:9,14,19 222:1
224:15 244:24,25
245:7
**advisory** 36:22 37:1
178:17 300:14

**advocated** 129:24
**affect** 258:9 337:16
**affiliated** 166:10
**affirmatively** 55:4
55:10
**afforded** 238:16
**afternoon** 25:16
188:14 281:16
**agenda** 93:6,8
217:10,13
**agent** 197:8
**ago** 93:13 140:17
280:24
**agree** 17:8 33:9
44:10 45:1 55:1,14
66:6 69:15 145:1
146:12 147:10
154:11 200:19,23
201:14 202:2
210:6 265:21
267:6,23 324:1
**agreed** 54:14 71:2
136:7 146:4,9
147:5 156:11,16
156:17 158:10,12
158:15,17 247:8
**agreeing** 44:25
**agreement** 14:8
121:20 122:12
135:20,25 136:1,3
141:20 148:10,11
148:15 150:9,19
151:15 156:9
157:9,14 159:6
162:25 170:4,7,8
170:11 174:9
191:6 207:23
208:1 237:7,10
255:13 290:22
**agreements** 156:11
158:2 238:21,25
255:5
**agrees** 44:12
**agricultural** 195:18

HIGHLY CONFIDENTIAL

2

**agriculture** 295:7
295:11
**ahead** 43:16 47:24
58:10 111:8,22
146:2 154:19
195:2 308:16
315:20 316:11
322:19
**al** 9:5,9,20 12:16
**albumin** 250:18
**alert** 8:20 96:1,2,2
**alerts** 94:25 96:24
**allay** 108:10,15,24
**allow** 43:10 80:19
81:24 91:7,17
164:10 165:9
169:18 230:4
295:19
**allowance** 139:9
330:25
**allowed** 31:20 81:14
91:17 108:6
128:16 129:1
136:5 168:24
212:19
**allowing** 77:25
290:23
**allows** 198:15
**alphabetical** 287:4
**alternative** 12:12
179:21 180:11
181:3 182:20
183:5 184:20
190:9
**alternatives** 179:25
180:15,19 182:12
**ambiguous** 31:4
**amount** 153:17
232:17 248:7
255:10 258:15
**amounted** 41:19
**amounts** 321:16
**analysis** 12:8 154:21
170:15 175:11

259:7,16 273:5
327:20
**anderson** 19:14
29:20 32:1 284:17
284:22,25 285:11
**andersonlinnell**
1:25 2:5 337:24
**anecdotally** 311:7
**angle** 110:18
**animal** 9:15 10:12
10:16 11:14 12:17
13:12 42:4 76:2
77:24 78:9 79:11
85:7,20 92:13 97:7
103:7,14,18,24
104:16,18 105:1
105:13 106:3,9
108:3 109:6,25
121:18 122:10
123:20 124:13
126:13,14 127:7
127:14,15,25
130:3 164:1 166:2
168:15 169:18
177:13 178:16,21
179:5 180:6
190:10,25 260:22
261:1 276:11
296:3,8,14,19,22
296:25 297:10,21
298:25 299:7,20
300:7,8 302:20,24
303:2,5 304:13,16
329:25
**annual** 40:19 189:18
243:21,21 272:15
**annualized** 286:2
**annually** 258:4
**answer** 27:19 35:16
35:24 43:7,11,16
44:11,13,21 45:1
49:14 57:9 60:8
62:7,14 77:21
80:14 84:9 96:16

120:19 121:2
128:24 129:7
152:6,13 199:7
211:12 212:7,11
212:13,21 214:14
221:19 222:5,7
224:8,12,14
225:25 227:10
232:5 235:21,23
241:21 245:4
273:2,3 284:21
285:3 287:16,20
290:14 310:17
311:18,19 313:2
314:5 322:24
**answered** 62:6,8
120:22,24 324:15
**answers** 212:5,20
213:18 333:19
335:13
**antitrust** 1:6 13:8
14:22 17:20
240:23 241:10,14
241:17 242:9,21
242:25 243:2
244:8,14,18,22
286:22 287:9,14
**anybody** 41:4 46:16
63:16 119:17,22
157:2 198:10
211:13,15 214:25
215:18 221:11,23
222:12 227:3
234:10,10 235:5
248:8 268:10
297:13 335:7,22
**anymore** 334:8
**anytime** 89:20
133:17
**anyway** 54:19
269:17
**ap** 70:7
**apart** 43:15 227:1

317:11
**aphis** 294:18
**apologize** 166:19
286:21 287:8
305:20
**apparent** 111:5
**apparently** 33:14
168:23 184:14
296:13
**appear** 96:6 125:11
240:3 295:12
314:21 327:4
329:16
**appearance** 36:8
**appearances** 2:10
2:23 3:1,20 4:1,20
5:1,22 6:1
**appears** 69:22 72:25
107:5,7 126:2
160:19 237:12
284:4 294:1
304:12 307:16
327:15
**application** 291:14
**applied** 158:17
**applies** 198:21
204:14
**apply** 75:7,10,15
223:12
**applying** 317:12
**appointed** 28:3
**appointments** 216:8
**appreciate** 293:11
315:17
**approach** 262:21
**appropriate** 36:7
188:5 240:4
270:22
**approval** 158:8
162:25 168:21
**approve** 85:13
141:2
**approved** 77:24
80:22 81:23 97:8

HIGHLY CONFIDENTIAL

3

147:8 168:16
169:17
**approximately**
17:14 25:1 155:21
170:11 204:1
249:15,23,25
**april** 9:10,14 11:5,9
99:23 104:9,17,19
105:2 108:2
109:25 137:3,18
142:6,10,24 144:6
144:6,17 174:24
260:2 301:23
**aranoff** 194:21
**arch** 5:8
**area** 25:6 53:11
223:18 270:18
285:10 293:15
303:21
**areas** 22:3 115:1
**arena** 133:4 250:24
**arent** 191:22
**argumentative**
32:25 35:10 61:16
61:18 88:5 208:24
214:12 269:1
314:3 324:3,22
**arizona** 167:15
**armstrong** 105:6
168:6,8,9 178:18
**arrangement**
136:11 158:5
**arrangements**
185:18 256:7
280:11 286:13,13
**arthur** 4:5 18:12
**article** 288:12,16,20
**articulate** 213:3
**aside** 178:11
**asked** 64:23,24 66:8
70:21 120:4,4
148:14 153:2
194:12 202:5,7,15
209:20 210:15

213:13 214:17,20
216:6 224:6 225:3
276:9 283:5 287:7
291:12 292:11
293:15 298:9
299:18 305:19
312:13 320:10,21
322:11 324:14
327:3,8 328:10
333:10,12,18,22
**asking** 29:16 33:7
33:11 61:20 66:19
67:10,12 71:4 74:1
74:2,3 109:17
111:4 125:6 127:7
132:14,16 138:21
138:22 139:18
145:17 181:12
192:14 206:11
224:18 234:21
241:20
**asks** 44:7 69:11
**asserting** 213:4
**assess** 122:17
**assessment** 170:21
170:25 171:3
277:7
**assessments** 173:22
174:25
**assist** 248:12 270:12
**assisted** 247:25
**associated** 31:17
48:12 76:9 268:6
319:13
**association** 199:9
229:8,17,24,25
245:22
**assume** 298:13
308:6 309:10
**assumed** 260:10
**assuming** 126:3
**assumption** 166:8
259:17 319:20
**assumptions** 258:5

**atlanta** 63:10 64:18
**attached** 11:8 100:1
100:10 103:19
106:22 107:3
137:7 144:10
172:24 175:6
288:12
**attaching** 174:25
**attachment** 99:15
102:1 103:4 104:9
104:17 107:1
206:10 288:6
**attachments** 10:20
13:8 15:17
**attempted** 129:19
**attend** 26:3 59:18
59:21 63:12,13,14
63:15 103:22
295:23
**attendance** 28:4
37:7 42:23 63:20
**attended** 42:19
50:24 63:17 81:24
83:21 106:8
122:10 124:14
126:12 127:13
128:1 164:4
202:18 203:22
204:2 217:6 234:8
243:17 244:12
**attendees** 64:25
66:9 105:6 119:23
**attending** 17:24
103:17 118:6
121:17 141:24
195:22 294:13
**attention** 97:3 206:7
218:20 222:23
244:5 266:22
271:21 275:5
288:6 292:3
293:17 301:17
328:21 329:15,23
**attitude** 314:8

**attorney** 245:19
337:13,13
**attorneyclient** 241:3
**attorneys** 17:23
337:15
**audio** 17:7
**audit** 12:17 88:7,9
108:14 177:13,14
177:16 331:1
**auditing** 13:13
304:13,16
**august** 1:16 2:2 8:9
14:13,17 16:5
17:13 52:1 69:5
217:3,7 218:6,18
222:21 233:17
234:8 235:25
246:3,11 337:5,20
**authority** 289:4
295:20
**authorize** 285:19
**availability** 263:19
320:16
**available** 155:9
187:14 332:6
**avenue** 2:17 4:6
6:15 129:16
**avoid** 213:7 227:8
**aw** 12:12
**aware** 41:3 78:2
80:6 82:21 87:19
176:19,24 196:25
197:13 203:8
217:25 218:1
236:23 239:2
242:3 244:15
247:14,16 266:3
280:19 283:17
303:20 308:17
311:8 323:9

**B**

**back** 65:11 66:7
81:6,11 82:5,25

HIGHLY CONFIDENTIAL

4

83:1 90:1 97:1
107:8 112:19
125:15,25 126:4
132:24 134:2
152:17 153:7,11
156:24 159:19
174:4 188:16
190:22 210:3
211:16 216:4
219:13 220:7
234:7 238:8
245:12 246:23
264:12 271:5
275:6,18 281:9
289:24 290:11
301:17 302:16
310:3 326:15
333:17 335:16,19
**backfill** 176:12
334:5
**backfilled** 333:24
**backfilling** 175:20
175:22,23 176:16
176:23 177:15,17
177:21 178:12
179:2,8 328:10,13
329:12,24 330:12
330:24 332:5
333:21,22
**bacon** 304:14 305:1
305:11,11,15
309:4 323:3
**bad** 211:17
**bail** 127:1
**bailiwick** 326:5
**baker** 1:15 2:1 6:5
7:3,19,21 8:3,4,7,8
8:11,15,19 9:3,4,8
9:9,13,18,19 10:3
10:7,11,15,19 11:3
11:7,11,14,18 12:3
12:7,11,15,16,20
13:3,4,7,11,15,19
14:3,7,11,15,20

15:3,7,12,16,21
16:3 17:22 19:7,18
20:2,3 26:14,15,17
26:18,20,20 27:7
29:23 30:13,19
31:8 32:5 36:25
38:19 43:8 44:19
50:2,17 51:14,21
53:16 56:3,8 63:22
68:4 72:10 83:6,12
83:19 86:3 87:25
88:17 90:4,7 98:8
98:24 99:9,11,21
104:13,25 105:19
112:13,21 113:18
117:2,13 121:5,11
121:14 122:1,21
127:10 133:2
136:21 142:9
144:4 151:24
152:10 159:22
165:25 169:6
171:18 174:18
177:10 182:7
188:23 193:9
194:4,13 205:25
206:7 212:2
213:11 225:24
238:11,14 241:9
266:23 271:11
274:17 281:16
290:6 291:17
292:4,8,25 293:1,6
293:9 298:7
301:18,19 302:5
304:1,2,5,11,22
308:20 309:4,6,10
309:11 313:6
315:16 316:17
319:21 324:6
326:8,18,24,25
328:18 329:5
332:15 337:5
338:2,21

**balance** 250:1
**ballot** 40:17 276:13
**bank** 24:25 25:5,8
26:2 256:1
**banning** 179:1
**bargaining** 197:8
**barnes** 4:4 7:9,12
18:11,11 36:5,14
36:15,17 96:18
111:17 138:15,18
219:22 240:25
286:24 287:3
289:12,14,18
290:5,6 291:5
292:17,22 293:2,5
293:10,12 300:19
301:16 303:1,4,23
304:4 307:15
308:4,18,22
310:16 311:17
312:10 313:2,4
314:7,16,25
315:13 320:10,21
322:9,20 323:1,11
323:17 324:5,11
324:16,23 325:2
326:7 328:24
**barret** 167:17,18
**barry** 15:18 203:9
203:12,24 204:9
249:3 256:10,16
256:18,18 275:8
276:1 277:23
285:7
**base** 40:12
**based** 40:14 61:22
63:19 69:1 88:17
152:9 195:21
215:22 232:25
249:3,4,4 255:23
274:3 320:12
**baseless** 152:9
**basic** 200:5
**basics** 202:11

**basis** 69:4 131:13
148:25 247:4
272:17 275:15
276:5 285:15
286:2,12 290:24
**bate** 68:2 99:13
**bates** 7:23 8:5,9,13
8:17,20 9:5,11,16
9:21 10:5,9,17,22
11:5,9,12,16,20
12:5,9,13,18,22
13:5,8,13,16,21
14:5,9,13,18,23
15:5,9,13,19,22
16:5 50:5,7,11
51:4,4 63:23 68:2
72:9 83:11,25 85:1
90:11 95:8,10 98:9
99:10,14,15 102:1
104:13,14 105:10
107:9 112:13
117:3,9 121:5
122:2,22 124:5
136:19 142:11
143:10 160:14
163:20 165:20
169:4 171:17
173:5 174:19
177:5 182:4
188:24 288:7,21
328:22
**bb** 15:12 274:10,13
274:13,17
**bba** 284:6
**bear** 174:13
**bearing** 68:1 72:8
95:7 98:9 99:10
104:13,17 112:13
121:5 122:2,22
136:19 142:11
143:9 171:16
174:19 177:5
308:24
**bears** 63:23 99:13

HIGHLY CONFIDENTIAL

99:14,15 117:2
160:13 165:20
**bebee** 99:23 107:13
107:25 109:24
123:19 167:8
172:24 177:11
179:15 181:23
202:14 206:24
215:4 235:7,10,15
263:22 286:5
288:5 304:15
**becoming** 128:4
131:6 198:3
**beginning** 90:2
114:6 159:20
238:9 326:16
**begins** 137:1
**begun** 321:16
**behalf** 2:12 3:3,11
4:3,12 5:3,13 6:3
6:12 28:12 29:6
31:22 35:6 36:12
36:15 83:7 207:9
208:2 240:2
**believe** 39:22 43:25
45:16 46:12 50:8
56:23 63:8 70:13
80:25 88:20 94:2
95:9 103:25
115:21 116:4
120:9 124:11
130:8 135:23
139:25 153:10,11
155:19 156:22
157:2,19 168:18
179:4 188:3
189:17 194:16
197:3 213:11
216:9 223:11
227:24 229:10
244:3 246:22
247:22 266:11
276:22 290:18
299:13 300:2

302:15 303:13
306:4 307:14
312:18 321:20,25
323:15
**believed** 195:18
**bell** 281:24 282:4,13
309:17 310:2
**belong** 203:5 204:10
**belonging** 101:21
**belongs** 197:16
**belt** 273:21
**belts** 273:17
**benefit** 199:1,2
241:1
**benson** 5:15 19:4
**best** 42:4 223:3
229:3
**beth** 101:11 184:21
**better** 96:20 98:3
137:22 143:19
217:16
**beyond** 34:14 153:7
200:7 204:25
222:2 258:16
289:8 334:16,17
334:20
**big** 73:10 131:4
139:20 223:12
254:22 298:16
321:6 322:12
323:25 324:6
**bigger** 131:11
149:21
**biggest** 252:6
**bill** 297:1 304:10
305:7 328:24
**billion** 249:8,17,18
249:22 250:3
**billionplus** 249:16
**bin** 74:20
**bird** 149:2 151:14
158:18 319:15
**birds** 148:8,10,23
149:5,9 158:22,23

161:24 162:11,17
176:6,7,10,11
252:18 255:21
263:4 291:1,10
328:2
**bit** 92:6 101:1
143:15 176:13
187:10 258:22
261:13 317:20
**bitterness** 184:15
**biweekly** 258:3
**bk** 79:25 80:7
**blank** 182:24
**block** 3:5 18:9
**board** 7:22 8:16
11:4 12:4 13:20
39:24 40:3,7,9,22
40:24 41:1,6 50:3
50:23 55:24 58:3,7
58:13 59:16,19
60:3 62:19 72:24
80:22 81:23 83:7
83:14,20 90:8
92:25 93:5 94:9,21
97:2 102:6 103:23
106:2 108:6,18
116:18 117:22
118:2 121:23
141:2,4,9,12,24
142:10,25 144:7
144:17 145:11
163:12,20 168:20
168:23 169:3,21
178:1 198:5,5
216:4 236:25
258:25 265:14
267:6 268:19
269:5 293:18
301:24 310:20,20
310:21 311:2
312:16,22 313:7
313:25 314:9
321:22 328:12
329:4,11 331:9,10

331:18 332:4
**bob** 104:2,3 105:17
167:24,24 294:7
296:1
**body** 300:16
**boldface** 241:2
**bona** 225:8
**bonin** 6:22 17:10
**borrow** 256:1
**boss** 298:16 305:9
305:10 324:19
**bother** 47:20
**bottom** 64:24 84:25
90:10 92:23 113:4
124:16 161:20
170:18 208:5
298:20 304:14,25
309:19,20 327:9
**bought** 205:3
209:24 281:2
286:10
**bound** 150:9
**box** 124:22 125:14
125:23 126:6
**boxes** 124:19 170:18
**brackett** 294:7,13
295:2
**brann** 14:21 217:24
240:21,22 241:9
241:16 242:1,4,8
**break** 20:4 89:19,21
133:21 188:6,8,12
254:1,3 270:23
316:3,6 326:10
332:16,18,19
333:3,16
**breaking** 23:2,21,24
24:4 115:4 250:16
253:22,24 256:19
256:21,22 273:10
273:11
**breaks** 333:14
**brian** 167:16,17,18
**brief** 145:6 202:9

HIGHLY CONFIDENTIAL

6

290:10
**briefly** 250:13
**bring** 65:24,25
251:10 298:23
**bringing** 109:14
110:2 111:20
**brings** 273:19 276:8
**broad** 242:23
**broadway** 3:15
**broken** 251:25
**brokers** 197:4
**brought** 116:8
174:12
**build** 111:2 150:6
150:10,23 151:4,6
151:17 154:15
156:18 276:15
279:2
**building** 147:20
154:22,24 255:18
270:11 272:5,22
277:25 311:9
**buildings** 159:2
**built** 276:16 278:5
311:20
**bullet** 271:23 282:25
**burger** 76:3 80:8,9
260:23 261:1,4,7
321:3,9,10 322:14
**business** 15:4 24:20
48:18 54:20 55:16
57:15,17,19 58:7
75:23 91:19 112:6
112:10 115:5
173:14,22 183:22
183:23 185:15
186:14 243:9,18
244:19 246:18
255:7 278:17
301:11 309:15
310:4 320:19
**buy** 246:17 248:17
248:24 251:7
255:25 257:23

259:1 279:1
317:10,24
**buyer** 131:1
**buyers** 139:20
**buying** 186:22,23
256:22 272:4,5
**buys** 210:11 257:8
**bylaw** 322:1
**bynum** 166:14,15
166:15
**byron** 166:12

_____
**C**
**ca** 5:18
**cage** 125:18,21
139:8 261:12
330:24
**cagefree** 276:12
**cages** 148:9 149:17
149:18,21 150:21
**calc** 257:16
**calendar** 295:21
**california** 5:16
281:24
**call** 11:4,15 12:4
13:20 23:1 60:15
100:15 101:11
138:8 168:20
169:2,14 251:23
252:21 273:24
301:24 303:10,24
328:16 329:4
331:11,14,17,18
331:25 332:1
**called** 19:19 75:9
86:10 92:22 110:4
129:6 250:19
251:17 252:7,8
253:2 269:19
275:8 280:14
300:20 318:3
**calling** 43:4 222:1
**calls** 43:9 44:6 66:17
66:24 67:21 71:11

111:17 126:20
127:20 141:6
193:1 201:16
229:12 230:24
232:2
**calmaine** 51:14 70:8
71:9
**cancelling** 97:22
**cant** 56:19 73:1
118:12 156:15
167:21 202:24
215:13 226:25
228:10,10 235:11
235:20 247:10
253:16 273:3
275:22 281:2
285:3 297:7,19
300:15 303:21
**cap** 272:10
**capabilities** 271:24
**capacities** 26:9
**capacity** 28:20
146:13 150:2
151:9,14,16,18,21
151:24 153:3,9,13
153:20,25 154:6
154:13,16,25
155:4,9 156:4,8,10
157:3,13,19 160:3
173:7 176:13
192:15 260:4
262:6 263:7
270:11 272:23
327:12
**capital** 255:11
257:17 262:2,3,10
**capitalintensive**
276:19
**capped** 271:24
**cappervolstead**
42:21,24 43:1 44:4
45:12 194:15
195:20 197:20
198:1,8,13,21

199:2,3,12,19
200:1,9,18,22
201:22 202:1,8,16
202:19,22 203:7
204:11,14,19,23
205:14 206:23
210:11 214:3
215:11,20 217:14
218:8,23 219:6,21
223:7 228:9 229:7
229:16 230:14
231:7,25 232:22
234:11,19 238:15
238:20,24 239:5
239:10,15,18
240:5,10 245:9,20
291:13,21,25
**caption** 207:22
217:2 241:2
**care** 60:16 85:20
93:18 105:13
106:4 145:17
302:20,24 329:25
**cargill** 201:10,13
**carlson** 101:12
**carolina** 311:14,21
311:25
**carolyn** 6:21 18:14
**carrie** 29:19 32:1
**carried** 52:5,17
85:25 90:19 330:8
330:20 331:5
**carry** 52:1 62:19
**case** 26:18 92:18
95:21 176:6 190:6
210:8 230:22
**cases** 60:11 93:3
196:3 256:4
**casual** 247:4
**catastrophic** 330:3
330:12 334:6
**category** 149:9
221:15 264:25
**catherman** 63:18

HIGHLY CONFIDENTIAL

99:23 100:7,10
104:8 105:7,18
107:11 181:24
189:8 190:15
202:15 215:6
235:7,10,15
247:25 248:10,15
277:16
**cathermans** 102:17
**cause** 71:24 137:13
153:20
**caused** 214:7 250:7
258:11
**cc** 304:12
**cease** 253:14
**ceased** 253:18
**cell** 17:5
**center** 46:20,24
155:20 156:1,4
157:1 251:16
265:11,17,25
266:24 267:4,10
268:7,10 278:9,25
294:8
**centric** 76:22
**cents** 260:17
**ceo** 104:3 120:21,23
172:21 191:13
**certain** 26:11 34:13
62:4 72:25 119:24
120:5,24 124:15
149:13 178:25
179:4 200:3
254:14 258:15
297:10 306:4
**certainly** 36:9
102:23 107:20
134:16 139:2
143:18 190:21
258:11
**certificate** 337:1
**certification** 77:15
169:20 206:19
207:1,8,13 208:8

208:15 209:3,11
237:14,20 265:9
267:5,23 306:21
**certified** 10:21 29:1
29:7,25 30:9,11,22
32:8,19 33:11,13
33:24 34:19 36:4
74:24 75:5,8,20
77:7 78:1,5,10
79:20 80:20 81:7
81:15,25 82:7,14
83:2 85:17,20,22
86:10,14,19,20
87:4,17 88:2,22
89:5 91:9,10
105:13 106:4,5
108:19,20 109:2,2
110:15 114:20
121:20 122:12,19
124:8,18 125:2,9
125:20 126:17
127:18 128:5,13
128:16 129:2
130:10 131:16
132:9,23 134:8,12
134:25 135:5,17
136:6 139:18
143:2 144:25
145:3 147:9
154:12 161:3,11
162:23 163:3,15
164:11,12 165:10
169:19,25 170:24
175:1 176:17
177:22 179:21
180:1,7 182:21
191:7,16 192:11
192:19,25 193:13
196:14 254:12
258:8 261:16,25
263:13,16 265:4
265:21 266:1
268:24 269:3
290:19 302:20,25

303:18 305:16,23
306:7,8,24 307:4
307:19,24,25
308:11 309:13
310:11,13 311:6
312:7,17,19
316:23,24 317:1
317:10,13,25
318:5 321:17,17
323:5,19 325:12
329:25 333:23
334:5
**certify** 206:11 208:9
337:4 338:2,4
**cetera** 302:18
**chad** 14:4 206:8
223:6 227:25
231:3 237:4
**chads** 14:17 222:22
**chain** 9:19 10:4 12:8
12:12 13:12,16
22:4 150:14
171:23 172:14
255:3 309:20
327:24 328:5
**chair** 216:10
**chairman** 51:15
53:16 56:8 64:12
93:4,11 94:18
118:1 133:2 216:8
216:9,12 292:25
**chairmans** 92:22
93:2,7
**chairs** 216:11
**challenge** 105:12
106:21
**challengers** 106:14
**chance** 43:14 64:7
95:15 221:3 335:9
**change** 238:3 317:8
317:23
**changed** 75:4,4
153:17 179:16
211:18 214:19

250:3
**changes** 94:14,18
107:6
**channel** 68:15,20
284:13
**channels** 258:3
274:19
**characterization**
58:9 81:18 82:9
118:19 146:1,6,21
155:11 212:25
269:1 292:16
307:13 308:2,14
310:15 322:18
323:25 334:14
**characterize** 303:9
315:3
**charge** 257:18
282:16
**charged** 337:10,11
**charles** 6:22 17:10
**chicago** 3:7 6:16
18:9 190:7
**chick** 263:19
**chicken** 273:15,20
274:1
**chickens** 290:20
**chicks** 330:14
**chocola** 296:12,13
**chocolas** 296:25
**choice** 75:24 76:13
76:15
**choose** 78:8,14
**chooses** 22:21 48:5
**chose** 75:20 81:13
82:15 155:2,7
186:14
**chris** 296:12
**chunk** 94:5
**circle** 93:18
**circulate** 103:11
**city** 217:4,8 218:6
218:18 230:16
231:16 233:1

**HIGHLY CONFIDENTIAL**

8

234:9 237:19
246:24
**civil** 314:18
**claim** 225:8,8
**claiming** 241:6
**claims** 110:11 199:2
203:6
**clanton** 90:13
**clarified** 269:3
**clarify** 18:20 20:7
62:9,11 99:12
162:3,6 234:20
316:21
**clark** 3:6
**clarkson** 9:9 99:22
**class** 2:13 18:22
193:19
**clear** 35:15 45:14
57:12 67:24 96:15
196:20 199:20
224:13 242:22
290:12 291:9
293:9 302:16
305:24
**clearly** 119:19
140:17,21 151:11
196:13
**client** 212:17 311:12
**close** 65:1 159:14
223:11,13 263:8
297:3
**closed** 23:23
**closely** 69:3
**closest** 202:20
**coast** 252:5,7
**cocounsel** 29:19
**code** 275:7
**coded** 206:4 207:23
217:4 218:18
222:22,24 232:10
237:5 240:23
243:10 244:20
259:11 266:12
271:13 274:15

275:7,25 277:5
**coding** 266:18
**colleagues** 202:14
**collection** 102:21
273:19
**college** 25:1,2,3,19
26:2,2,4
**collusion** 288:15
289:6
**colon** 119:7 293:3
**colorado** 167:3,4
**columbia** 4:8
**column** 267:3
327:12
**com** 2:20,21 3:9
4:10,18 5:11,20
6:10,18
**come** 21:21 25:7
58:23 59:2 86:10
97:12 126:4
140:19 174:4
180:10 196:5
202:20 210:18
220:7 230:19
263:8 273:21
283:22 295:14
306:1 321:7
**comes** 138:17 139:7
248:14 249:23
252:1,20,20
**comfortable** 133:3
**coming** 40:12 67:20
67:23 111:24,25
112:4 156:18
212:4 258:13,25
273:15,17,25
292:19 306:21
**commencing** 2:2
**comment** 31:6
140:10 275:21
288:24 289:5
**commentaries**
269:16
**commentary** 139:3

**comments** 92:22
93:2,7,11 140:15
266:3 298:20
**commercial** 286:7
**commingle** 306:7
**commingling** 85:17
87:4,17 88:2
161:25 162:12
163:3,9 306:1,14
307:10 320:22
**commission** 337:25
338:25
**commitment** 156:20
255:24 278:25
**committed** 151:12
156:12
**committee** 9:15
10:12,16 11:15
14:12,16,22 16:4
36:22 37:2 41:12
41:12,13,16 42:18
45:10,25 46:6,9
51:7,11,15 52:14
52:24,25 53:11,15
53:16,17 54:5 56:8
56:9 60:2,24 77:24
85:8 92:13 97:7
103:8,14,18,22,24
104:16,18 105:1,5
106:9,10 108:3
109:6,25 121:18
121:23 122:10
123:8,11,20
124:13 126:13,15
126:16 127:14,16
128:1 130:3
137:15 164:2,15
165:15 166:2
168:16 169:18
178:16,17 190:20
215:24 216:1,3,7
216:14,17 217:3,7
218:5,7,17 222:21
223:23 226:19

228:8 230:15
232:19 233:15,24
234:4 235:25
236:5,20,20,24
245:13 246:3
265:15 292:21,23
292:25 300:14
313:8,9,25 314:9
**committees** 28:3
41:6,9
**common** 101:4
173:15 174:1,5
178:14 251:4
**commonplace**
295:10
**communications**
43:12 131:24
190:13 224:2,16
225:1,3 241:4
**companies** 24:20
49:5,24 121:20
122:13 134:7
157:18 200:19,23
202:1 226:13
238:17 242:25
**companion** 91:5
**company** 20:14
25:13 31:7,12 35:7
39:11,13,13 59:9
63:7 70:14 71:17
76:20 77:9 82:6
86:19 109:1
114:19 134:23
166:9,16,18,22
167:4 175:9 197:5
206:13,15 208:11
208:14 219:3,5,17
219:19 220:24
221:1,7 223:18
243:18 244:24,25
247:19 248:6
253:2 265:7
285:22 288:25
305:8

**HIGHLY CONFIDENTIAL**

9

companyowned
  154:18 209:24
  249:24 285:18,21
companywide 91:10
compare 285:25
comparison 257:9
competing 186:21
competition 110:14
  283:1,10,11
competitive 186:24
  301:7 302:10
competitors 91:18
  201:10 283:17
  301:7
complaining 181:1
complete 106:21
completed 159:7
completely 54:23
  162:21
compliance 77:8,14
  81:8,12,16 82:6
  83:1 135:17,22
  136:4,14 137:21
  139:14 158:11
  161:5,13 163:16
  170:2,16,23 171:6
  171:13 173:6
  217:14 243:1,2
  244:8,14,18
  286:22 287:9,15
compliant 108:21
  128:4,17 129:3,22
  143:2
complicated 307:6
  323:20 324:12
  325:14
comply 86:14
  179:10
complying 86:20
  125:20
compound 96:18,19
  138:19 150:1
  214:12
conagra 9:21 130:20

130:22 131:16
  134:6
concern 296:21
  297:22,25 306:15
  307:10
concerned 42:13
  77:6,11 105:21
  110:12 132:21
  299:5 301:6 302:9
  307:17
concerning 29:6
  32:7 124:17 144:6
  164:8 282:1
concerns 48:14
  108:11 113:6
  114:9 144:18
  181:6 183:2 187:1
  298:3,5 301:12
  306:5
concluded 336:5
conclusion 201:17
  325:22
conclusions 44:2,7
  45:11,16,20
concrete 97:17
condition 148:16
conditions 95:1
  178:25
conduct 15:4 199:18
  243:9,18 244:19
  244:21
conducting 230:13
conference 11:4,15
  12:4 13:20 100:15
  101:11 168:20
  169:2,14 301:24
  329:4 331:18
conferences 203:23
  204:5,10
confident 156:7
  321:18
confidential 1:11
  7:21 8:3,7,11,15
  8:19 9:3,8,13,18

10:3,7,11,15,19
  11:3,7,11,14,18
  12:3,7,11,15,20
  13:3,7,11,15,19
  14:3,7,11,15,20
  15:3,7,12,16 16:3
configuration
  147:18
confirm 73:2 98:15
confirmation
  243:24
conflict 186:12,16
confuse 303:24
confused 187:9
  303:25
confusing 96:11,12
  147:13,15,16
  149:25 187:7
  195:2,15 199:5
  205:6
confusion 276:14
congressman
  295:19 296:1,8,11
  296:12,13,18,24
congressmen 294:4
  295:25 320:11
connect 228:6
connection 122:15
  245:1 270:3
consensus 235:18
consider 53:24 55:2
  97:22 98:1 129:13
  135:12 308:6
  318:16,20
considerable 232:16
consideration 97:24
  109:14 110:2,8
considerations
  154:24
considered 38:3,12
  97:12,18 114:1
  318:24,24
considering 277:25
considers 229:5

consist 313:7
consistent 227:20
consistently 130:2
constantly 184:1
constrain 146:12
construct 262:11
constructed 277:9
  278:12
construction 15:19
  151:7 155:14,16
  155:17,23 255:5
  275:12 276:2
consultants 300:24
consulted 282:1,13
consulting 248:5,7
consumed 69:2
contact 196:2,10
  311:3
contacted 132:10
contacts 30:10
  36:21,25 195:7
  199:15 245:1
  246:12
contains 304:9
contemplate 190:3
contemplating
  113:24 175:18
content 140:13
  173:17
context 201:3
  272:13 275:17
  276:8 292:10
continue 17:8
  180:23 263:15
continued 2:23 3:1
  3:20 4:1,20 5:1,22
  6:1 8:1 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  129:12 180:17
continues 212:23
continuing 91:7
  110:21 111:2,2
contract 146:14

HIGHLY CONFIDENTIAL

150:11 252:16,20
252:21,22,23
254:6 255:9,22
257:14 280:10
337:15
**contracted** 156:8
157:12 206:14
208:12
**contracts** 151:13
156:20 159:25
160:4,6,10 254:21
254:23 255:1
256:9,12,15
258:13,19 264:10
270:10 283:2,12
283:18
**contractual** 286:13
**control** 246:25
247:8
**controlled** 147:24
**controller** 21:12,23
174:14
**conversation** 113:7
181:4 189:19
190:5 233:25
276:12 311:8
**conversations** 17:4
43:13 198:4 235:4
**conversion** 135:13
162:16 175:1
**convert** 129:18
261:5 264:12
**converted** 261:3
327:23 328:5
**converting** 129:14
**coop** 203:2
**cooperation** 315:17
**cooperative** 42:2
195:18 203:7
229:24
**cooperatives** 39:9
245:21
**copied** 172:2 309:5
**copies** 27:2 337:10

337:11
**copy** 14:17 138:1
143:14,19 222:22
243:14 286:21
288:16 309:6
323:3
**corporate** 21:12
26:11 27:18 28:10
28:15,20 29:5 32:7
32:13 34:5,13,18
35:1 36:24 37:5,19
37:23 38:20 70:3
240:5 258:1 289:8
305:13
**corporation** 76:3
**correct** 22:7 24:17
28:9 32:5 38:6,11
39:23,25 49:1,8,11
49:19 50:25 51:13
56:4,16,24 58:3
60:4 62:13 64:11
69:21 72:6 75:6,12
75:13 77:13 78:3
81:4,12 82:1,7,12
83:19 85:6 86:1,3
86:4,8,13,17,22
87:9,13 88:22,23
89:1,6 91:10 92:15
94:10 98:22 99:4
99:20 100:1,7
101:12 103:2,8,15
103:16 104:10
106:16,23 108:21
109:3,7,10 112:11
113:2,8,18 114:3,7
114:10,12 116:16
117:16,20 118:22
119:5,7,11 123:21
125:21,23 128:19
129:4,22,24 130:3
130:6,12 131:16
131:21 132:23
133:12 135:18
136:17,25 137:25

140:24 141:1,5
143:7,8,16 144:4
144:12 146:19
149:12,24 151:5
151:16,19 153:24
155:13 160:25
161:8 163:4,9,10
164:2,17 165:24
166:13 168:4
169:14,22 170:6
171:9,14,22
172:13 173:4
174:10,23 175:4
179:22 180:7,20
191:8 201:21,22
203:10 206:10
207:15 208:7,10
209:4,4,5,6 210:5
217:6,12 233:5
235:2 237:11
247:20 248:1,17
249:21 252:24
255:18,20 256:2
256:10 259:12,17
265:15 279:3
293:4 294:2 295:8
298:14,17,18
299:16 300:25
301:4,8 302:13,21
303:8,14 305:17
306:2 307:22
312:14,17,20
318:11 319:19
320:13 321:4,5,9
321:13,19,24
324:13,17 328:7
329:5 330:20
331:5,6 334:7,10
**correction** 293:11
338:7
**corrections** 223:5
229:4 338:6
**correctly** 69:24
108:23 223:19

229:9 259:13
283:3 330:17
331:2
**correspondence**
29:12 31:8,14,15
**cost** 76:9,10 94:4
257:6,19,21
260:17 261:10,17
262:10,14,24
272:21 318:14,25
319:5,13,15,16,17
337:9
**costs** 77:15 140:4
257:13 261:24
262:11,19,23,25
318:15,17,19,21
**couldnt** 150:10
225:16 307:23
334:8
**couldve** 95:5 110:6
129:3
**counsel** 18:15,17
30:18 42:22,22
43:15,17 44:6,8
84:5 89:18 111:25
119:4 152:23
193:18 200:11,12
200:14 210:15,23
211:25 212:16
213:3,10,20
215:14 217:20
226:12 240:25
244:24 245:1,7,24
288:8 289:15
316:18 335:1
337:13,13
**counterpart** 246:20
**country** 23:18
185:11
**county** 311:22 337:3
337:24
**couple** 25:22 46:10
73:10 132:24
155:4 249:5 278:6

HIGHLY CONFIDENTIAL

332:9
course 24:4 80:1
81:5 101:2 130:21
145:15 155:22
159:3 243:15
249:6 250:17
264:18
court 1:1 18:23 19:9
19:13 27:1 80:15
188:22 212:23
219:14,24 257:3
273:10 291:8
313:3 319:1
335:18
cover 30:10 33:22
99:13,21 104:15
169:11 192:5
306:24
covered 63:19 246:6
252:18
covers 22:12 196:18
craig 46:12
create 77:15 157:12
created 100:2,6
106:15 175:16
creating 190:25
331:8
creation 100:10
credentials 300:1,15
creekwood 280:14
280:18,20,23
criteria 209:19
278:20
cross 273:21
cull 148:21 149:9
290:15 291:6,8,9
culled 148:22
cure 292:18
current 20:16 21:2
21:14 23:10 68:18
84:14 118:1
148:24 149:1
158:24 159:9
217:15 223:8

224:4 237:16
249:14 260:16
272:20
currently 20:9
113:24 139:17
196:14 247:19
273:5 330:15
cusp 131:7
custodian 95:23
customer 75:24 76:1
76:1,12,13,15,22
77:1 78:6,17,25
79:10,25 80:21
82:19 110:20,21
129:11,17 130:9
139:25 150:14
193:15,16,17
267:10 268:2
307:23,25
customerdriven
265:24
customers 54:22
77:17 78:16 79:4
79:19 80:3,5 89:12
111:3 128:10,18
129:4 130:16
131:5 132:10,22
133:8 135:9
139:18 140:3
145:17 180:4
185:18 197:10
256:4 302:19
303:14 304:23
305:22 308:9
310:7 321:15
cut 70:13 152:6
319:1

**D**

dakota 24:6 252:17
dan 25:25
dana 1:25 2:5 19:14
337:24
daniels 6:5 19:7

dap 14:3,7,11,15,20
15:3,7,12,16,21
16:3 282:19 284:6
286:19
data 53:9 300:16
date 17:13 73:5
235:11,13 253:16
304:15
dated 8:8,13 9:5,10
11:8 105:1 206:4
209:10 274:14
288:13 301:22
304:11 309:3
329:4
dave 168:11
david 168:11
davis 5:5 7:10 18:25
18:25 43:3,3 44:5
44:10,12 47:5
49:12 66:17,24
67:21 71:13 81:19
95:2 126:20
127:20 128:21
182:3 197:11
210:21,21 211:21
211:25 212:9,24
213:2,8 219:9,10
219:12 220:2,4
221:25 222:4,6
223:25 224:10,21
224:25 225:4,22
227:6 229:12
234:20 241:5,20
315:23 316:2,8,16
316:17 317:19
319:4,21
davisew 5:11
day 84:17 98:2
121:24 171:25
172:2 275:3 332:7
337:19 338:23
daybreak 251:18
days 39:9
daytoday 69:4

dbarnes 4:10
dd 15:16 276:24
277:3 281:20
282:17
deal 45:2 223:12
285:9 318:14
321:6 322:12
323:25 324:6
dealing 159:12
218:19
deals 317:12
dealt 297:8
dean 46:12,18 84:13
265:11,13,20
267:13 268:10,18
269:6 312:14
deans 268:8
dec 10:5
december 8:13 10:9
13:21 14:4 72:16
73:6,8,17,18,24,25
115:17 117:16,19
120:1,13 121:13
132:25 206:4,9
284:5 304:11
323:4 329:5,18
331:17,25
decided 132:8
145:16 191:15
192:18 232:17
decipher 229:3
decision 30:8 75:15
75:17 181:20
183:4,23 191:6,11
191:12,25 192:10
270:6 272:9,14
decisionmaking
74:12
decisions 37:14
38:14
deck 242:16
decline 126:7,18
127:18 155:3
declined 288:24

HIGHLY CONFIDENTIAL

**12**

decrease 319:13,14
dedicated 48:9
   256:5
defendant 26:22
defendants 290:7
defense 13:11,15,19
   303:25 304:1,2,6
   306:18 308:10,19
   308:20,23 322:21
   323:2 328:16,18
   328:21,24,25
   329:17 332:3
   334:25
deffner 8:5 46:13
   64:13 66:13 67:17
   94:18 216:10,13
   245:18
deffners 93:11
deficient 178:12
deficit 175:16
define 223:16
definite 48:15 97:19
   155:3 178:20
   319:10
definitely 83:5
   130:22 179:16
   296:23 334:19
definition 149:18,23
   204:20
definitionally 205:2
degree 26:6
dehaven 294:17,22
   295:6
deinard 2:3 4:14
   17:16 18:17
demand 65:2 66:11
   67:6 72:19 75:25
   76:8,12 78:6,25
   80:21 82:19
   129:11,12,17
   150:14 157:4,13
   187:4 193:15
   250:23 257:24
   258:2,20 261:5

286:1
demands 23:3
dennis 287:24
denominator
   173:15 174:2,5
denominators 251:4
density 146:11,23
   147:3,22 148:6,6
   149:6,17 260:18
department 287:22
   287:23 295:7,11
depended 189:24
depending 148:6
   174:8 175:24
   249:1 260:11
   263:18 264:24
   273:18,23 274:7
depends 209:8
   256:6 257:10,15
   257:15
depict 125:12
deponent 338:1
deposition 1:14 2:1
   7:19 17:7,11,15
   26:21 31:10 36:1,7
   90:3 159:21
   194:13 238:10
   301:22 306:2
   326:17 336:2,5
   337:5,10,18
derek 167:1
describe 232:21
described 24:9
   39:19 47:19
   157:20 174:14
   234:25 251:22
   264:9
describing 95:1
   121:13
description 56:6
   87:2 202:9
designated 27:21
   29:23 30:20,24
   32:14 33:2 36:24

37:19 40:16
   192:10
designating 30:6
designation 31:13
   31:18 36:2 240:6
designed 187:4
designee 40:6
   190:20 194:10,14
   195:7
desired 305:23
destroy 290:25
   291:11
destruction 297:17
detail 275:18
details 71:1 106:21
   156:6 157:24
   202:12
determine 135:3
   175:15 239:7,14
   257:22
determined 192:23
   193:11 285:7
determining 285:14
   287:13
develop 181:2 183:5
developing 179:20
   190:10,14
develops 265:22
   267:7,24
didnt 33:15,19
   52:19 54:8,14,18
   60:20 62:7,11,15
   63:15 66:1,2,3
   78:25 79:6,7,8,18
   82:18,18 92:7
   93:25 94:5 110:23
   110:25 146:12
   147:20 148:11
   149:9 151:24
   152:2,21 170:10
   187:19 194:11
   207:5 208:17,18
   214:25 218:11
   224:19 225:2

226:15 229:18
   264:18 265:20,21
   268:15 280:5
   300:3 314:21
   320:18 333:13
difference 229:22
   229:23 262:1
   299:14 313:24
different 22:2 45:6
   48:15 57:7 60:14
   65:23 96:15 115:6
   130:11,17 147:4
   162:2 175:5,24
   180:6 198:4 239:8
   242:15 247:3
   253:20 256:7
   261:11 262:7,21
   269:12 298:2
   301:11 306:12
   308:25 314:11,22
   314:23 315:4
   318:10
differentiation
   146:15
differently 317:21
difficult 88:2 225:10
   278:18
difficulty 85:16 87:3
   87:16 139:7
   310:11
digits 283:25 288:20
direct 2:12 3:3
   18:21 186:24
   193:19,22 194:7
   218:20 222:23
   236:8 240:2,15
   292:3 293:17
   294:8 301:17
   329:15
directed 299:10
directing 206:7
   244:5 266:22
   271:21 275:5
   328:21 329:23

HIGHLY CONFIDENTIAL

13

**direction** 77:4 101:5
131:2
**directly** 145:4 177:2
188:1 190:17
248:9
**directors** 7:22 8:16
11:4 12:4 13:20
39:25 40:3,7,23,25
41:2,7 50:3,23
58:3 59:16,19 60:4
80:22 83:14,21
93:5 102:7 106:3
144:7 169:3 198:6
216:5 248:12
293:19 329:4,11
331:18
**disagree** 38:23
146:6 212:24
240:17 324:19,24
325:3
**disagreed** 55:10
56:2,15 71:2 87:8
88:1 325:22
**disagreement**
299:14
**disbanded** 41:20
**discontinue** 181:21
**discontinued** 178:22
**discourage** 184:19
**discovery** 232:18
**discuss** 211:12,15
214:25 245:20
279:17 332:16
**discussed** 42:17
75:18 102:11
110:11 113:25
142:17 234:17
237:15 333:15
**discussing** 155:1
333:5
**discussion** 42:20,24
43:2,24 45:24 89:4
97:15 110:10
114:17,21 141:25

142:5,24 143:6
163:14 190:21
195:24 214:18
215:16 219:7,25
220:10,12,14,14
220:19 221:10,20
227:17 228:7
229:15,18 230:1
230:11,12,15
232:5,17 235:1
237:18,25 268:16
311:3 332:22
**discussions** 43:15
44:6,8 89:8 111:20
128:3 135:19
136:10 161:1,9
200:5 215:17
232:25 235:9,15
268:9
**disingenuous**
108:11
**disposal** 156:25
**dispose** 49:24 51:24
291:1
**disposed** 84:15
**disputing** 325:18
**dissatisfaction**
114:25 115:2
**distinguish** 26:17
**distinguishing**
88:21
**distribute** 123:9
**district** 1:1,2 4:8
**diverse** 314:10
**dividends** 73:10
**division** 20:15
185:14 197:3
223:18
**divulge** 213:14
**document** 1:8 27:12
27:24 50:1,19,20
51:3 55:19 63:6,21
64:7,9 65:8,15
68:1,11 71:14,16

72:8,17 83:10,10
83:22,24 84:3,7
92:24 95:7,16,18
95:21,23 98:9,14
98:15,20,23 99:10
99:25 100:2,5,11
101:15,17 104:13
105:3 107:2,5,7,21
109:18 112:13
113:3 114:13
117:1,13,17
118:23 121:5,15
122:2,7,8,14,22
123:5,24 124:10
136:19 137:5,25
142:20 143:9,18
144:2 160:13,22
164:3 165:19
166:3 168:19
169:15 170:14
171:16 172:5,8,10
172:16 175:3
177:4,19 182:15
188:23 189:3
206:3 207:22
208:3 217:2,11
218:10,25 222:3
223:2 231:6,8
237:12 241:7,11
243:12,13,20
244:10 267:2
271:13,16,17
274:14,18 277:3
277:11 281:22
282:22 283:7
286:23 287:10,15
288:12,18 302:4
304:8 331:19
333:9,11
**documentation**
89:14 108:9,15
**documents** 239:17
270:5 313:6,11,13
314:21 333:7

**doesnt** 35:23 71:16
182:25 221:6
223:12 228:6
263:7,8 266:17
273:2 307:16
313:23
**doing** 69:9 78:21
82:20 89:12
112:10 143:25
173:22 185:17
187:22 190:24
212:25 242:1
247:23 250:16
261:14 270:9,9
275:20 283:17
308:6 319:13
323:12 335:11
**dollar** 249:7
**dollars** 319:14
**dolph** 51:14 53:16
56:8 292:25 293:1
293:9
**don** 281:24
**donald** 4:4 18:11
36:14 290:6
**dont** 27:12,23 32:10
32:10,13,17 33:1,2
33:18 39:8 41:3,21
43:22,25 44:16
45:17,19 46:3,3,7
46:16 51:16 52:17
53:6 57:4,10 59:7
60:10,12,18,18,21
61:3,7 63:15 70:4
70:25,25 72:25
76:23 87:21,25
88:15 89:7 92:16
92:18 93:9 94:12
95:4,5,18 103:9,10
103:20 107:6
110:5,6 111:25
112:2 114:21,23
115:8,9 116:2,7,19
116:25 118:12,13

HIGHLY CONFIDENTIAL

120:9 121:21,22
123:6,9,15 129:6
131:9 132:1,2,5,6
132:11,12 133:20
134:13,13,18,19
138:11 139:1,3,19
140:14,15 141:21
141:23 142:8
143:25 147:25
148:20,21,22
149:3 152:14
156:5,5,15,23,24
157:16,16,23,23
157:23 158:21
166:18 167:3,22
168:7,9,10,18,22
169:1 177:3,24
178:2,7 179:3
180:21 181:7,14
181:18 182:22
183:1,6,9,9 185:17
186:8 188:3 192:7
192:21 194:16
195:12 196:15
197:2 198:10
200:15,17,21
202:4,17 204:20
205:1,1,8,17,18,20
205:21 207:4,6
208:21 209:10,13
210:2 211:14,19
213:11 214:15
215:2,5,5,8,14,15
218:9,10,11
220:13,19,20,21
221:11 226:7,11
226:25,25 227:24
228:4,5,5,11,17,17
229:18 231:1,17
231:21 232:4,5,6
233:11,19,19,21
233:22 234:12,12
234:13 235:12,20
235:21 237:21,22

237:24 242:14,17
244:16 246:7
247:9 250:9
254:14,15,18
266:2,5 268:13
269:15,16 272:12
275:19 278:7
280:21 281:1,2,3
282:14,14,18
283:13,15,19,20
283:23 284:1,8,21
284:22 286:18,21
287:16,17,17
295:4 297:7,13
299:25 303:21
307:14 309:16,18
311:23 312:1
315:2,2,10,20
316:10 317:5,17
323:10,15 324:18
325:19,19,23
334:23 335:4
**dooyema** 267:18,18
267:19,19,21,22
268:2,5,6,11
**dots** 228:6
**dozen** 205:3,4,11,13
**dr** 105:6 178:18
294:7,17,22 295:2
295:6
**drafted** 287:9
**dramatically** 311:14
**draw** 288:6
**drawing** 182:24
**driven** 140:1 193:16
193:17 267:10
268:2
**driver** 131:4
**drop** 93:23,25 94:10
267:16
**dropped** 92:15
173:7
**dry** 68:23
**duly** 19:19 337:6

**duration** 317:1
**duty** 212:15

**E**
**earlier** 61:1,13,25
72:4 75:2 84:15
89:20 100:15
106:12 110:23
115:7 116:13
131:20 147:12
163:11 170:13
180:3 191:3,3
194:24 198:19
227:6 231:9 244:3
244:4 254:19
255:15 258:11
259:6 264:12
265:10 275:24
277:13 278:7
290:14 301:21
302:16 317:21
327:3,9 329:10
333:14
**earliest** 172:14
**early** 75:3,3 81:4
115:17 116:1,10
121:18 130:8
161:17 210:3
253:12,17,17
302:17 303:5
**earn** 26:5
**easier** 23:4 80:15
279:23
**easily** 88:25 258:24
292:6
**east** 24:9,12 252:5,6
**eastern** 1:2 23:21
**economic** 8:20
63:10 64:18 94:25
96:1,23
**economist** 282:7
**economists** 277:23
**economy** 250:6,9
258:21

**edge** 80:3 131:7
**edible** 173:20
**educated** 300:1
**educating** 134:17
**education** 79:5
**ee** 15:21 266:7,11
**effect** 227:19
**effective** 272:21
330:13
**effectively** 108:4
**effort** 54:6 102:17
168:2
**efforts** 53:5 130:1
180:10 181:2
**egg** 1:5 5:3,4 7:22
8:19 14:8 19:1,2
20:14,17 22:12,14
22:25 23:3,7 24:1
24:8 41:12 48:9,17
49:5 50:3 54:2,2
54:21 57:6,21
58:11,12,15 63:10
64:17 69:2 70:14
70:16 71:17 73:6
73:16,22 85:18
90:14,15,16 91:7,8
91:19,20 92:15
96:1,23 120:3,8,9
139:18 150:15
168:14 173:16,18
173:18,21 174:3
185:2,5,16,20
186:13,21,23
189:5 195:16
196:22 197:5,17
197:18 203:13,17
203:23 204:18,22
204:24,25 205:5
205:13 207:22
209:16 210:12
215:19 223:10,13
234:19 237:6
246:14,15 247:19
248:9,24 249:1,14

250:15,15,16,20
251:1,2,21 253:5
254:3 255:16
256:25 258:9,17
265:23 266:24
267:8,25 270:1
272:6 273:14,16
273:17,19,25
274:2,5,21 278:17
278:18 279:8
280:13 282:10
285:14 297:12
302:20 303:18
305:8 306:21,23
306:25 307:18
309:14 310:5,7
317:13 318:14,14
318:15,19 326:1,2
**eggs** 13:16 17:19
22:13,17,18,21
23:15,19 24:5,21
48:25 49:6 57:14
58:5,16,19,24,25
59:3 66:15 67:7,19
70:16 71:19 78:1,5
79:21 80:20 81:15
82:1,7,14 85:17,18
85:21 86:19 87:4,5
87:17,18 88:3,9,22
90:14 91:9,20
93:16,24 105:14
106:4 108:19
109:3 126:8,19
127:19 128:17
129:2 130:10
131:16 134:9,12
134:25 135:5
136:6 144:25
147:9 150:15
154:12 160:2
161:3,11 163:4,15
164:11 165:10
169:18 170:1,24
173:25 180:5

185:10,20 186:20
186:23 187:5,12
187:13 196:22
200:19,23 201:15
203:13,17 205:3,4
205:11,13 206:12
206:13 208:11,12
219:4,18 220:25
221:9 223:13
248:18,18,20,24
250:13,14 251:5
251:15 252:4
254:2 257:6,23
259:1 264:15
283:22 284:11
285:16 286:10
303:18 306:8,8
317:10,25 321:3,7
321:11,17
**eight** 86:1 92:2
109:9 202:25
**eighteenth** 5:8
**eimer** 6:14
**eimerstahl** 6:18
**either** 31:14 46:7
62:7,15 116:1
162:18 176:6
200:10 208:18
228:6 254:18
258:17 274:6,9
284:22 297:7
**elected** 28:2 40:18
**elevated** 249:6
**eligible** 120:10
274:8
**eliminate** 115:25
168:2 230:1
**eliminated** 126:1
**eliminating** 122:18
126:17 127:17
170:16
**elimination** 124:8
124:18
**email** 2:20 3:9,18

4:10,18 5:11,20
6:10,18 8:7,11 9:4
9:8,19 10:3,19
11:8 12:8,12,15,20
13:3,7,12,16 15:17
68:9 69:10,17,19
72:14,22,23 98:16
98:18,24 99:3,6,13
99:21 100:2,6,14
102:1 103:5,19
104:6,9 107:3
112:22,23 113:1,4
113:6,10,13,15,17
113:21 114:9
117:15,18 118:7
118:24 119:14
120:13 121:13
130:21 131:20
137:2 138:3 144:5
144:10,15,16
171:23,24 174:24
175:6 177:10
181:23 182:8
183:15,16,17
184:18 188:25
189:7 234:14
288:4 298:11,21
299:4 301:22
304:9,12,14,17,19
304:25 305:1,5,14
305:24 306:18
309:1,2,5,6,8,20
309:21,24 310:1,3
323:2,13,18,23
325:10
**emails** 172:3,14
277:3 308:24
**emanuel** 2:16 18:3,6
**employed** 20:9,13
21:5 24:19 46:18
46:20,23 285:4,5
**employee** 40:21
69:25 270:17
285:1 337:12,13

**employees** 287:14
298:14,22 325:11
**employment** 24:23
243:15
**enable** 78:4
**enclosed** 65:6
**encountering** 184:5
**encourage** 140:2
**ended** 82:5 103:7
182:19
**endorse** 314:1
**ends** 51:3 68:3
107:9 113:12
173:5 222:25
327:5
**enforcing** 87:22
**engage** 244:21
**engaged** 115:4
196:23
**engaging** 297:11
**enhancing** 217:16
**enoughs** 224:8
**entails** 199:21
**enter** 191:6 286:7
286:15
**entered** 147:12
160:1 170:5 221:4
**entering** 298:3
**enters** 31:10
**entertain** 255:10
**entire** 27:13 30:2
31:17 330:5
**entities** 119:9
**entitled** 102:13
**entity** 20:12 157:12
203:5
**entry** 266:24,25
**environment** 254:1
255:7
**epa** 196:4,6
**episode** 214:15
**equally** 85:19
**equipment** 273:19
**equiv** 173:10

equivalent 173:11
173:16 249:11,13
251:3 257:10
era 315:11
esbenshade 252:9,9
escapes 167:21
esquire 2:14,15 3:4
3:13 4:4,13 5:5,14
6:4,13
essentially 256:3
estimate 126:3
173:9 261:15
263:3 264:22
estimated 126:7
261:21 327:22
328:1
estimating 261:13
et 9:5,9,20 12:16
302:18
euper 309:21
evan 5:5 18:25 43:3
210:21 316:17
event 181:19 209:3
330:13
events 28:22 37:10
eventually 39:10
179:7 181:16
everybody 116:6
316:5
exact 59:7 70:4 71:1
94:6 157:16
158:21 177:25
180:22 181:18
200:15,17 210:3
214:15 215:15
266:6 284:1
exactly 32:16 33:19
41:22 59:13 84:22
88:15 96:15 115:9
156:25 199:20
208:19 221:6
260:11 262:16
266:3 272:12
275:19 281:2

283:13,15
examination 7:5
19:22 194:1
281:13 290:3
299:11 316:14
320:5 322:7
326:21 332:12
examined 19:20
examining 194:21
example 162:20
236:24 263:1
283:14 312:22
exceeded 260:25
excel 266:19
exception 330:2,14
338:6
excess 249:8
excited 145:14
exclude 224:1,14
excuse 36:5 143:13
182:3
execute 79:14
110:23
executive 136:16
203:22 204:9
288:24 289:2
exercise 78:19 328:6
exercises 270:8
exhibit 7:19,21 8:3,7
8:11,15,19 9:3,8
9:13,18 10:3,7,11
10:15,19 11:3,7,11
11:14,18 12:3,7,11
12:15,20 13:3,7,11
13:15,19 14:3,7,11
14:15,20 15:3,7,12
15:16,21 16:3
26:15,15,20,24
27:3 50:2,14 63:22
64:3 68:4,5 72:10
72:10,11 83:13,16
95:10,12 98:9,11
99:10,12,17
101:25 104:13,20

107:4 112:13,15
112:22 113:12,13
117:10,14 121:5,7
121:11,14 122:2,4
122:22,24 136:21
136:22 137:1
142:13 143:11
160:15 163:22
165:21 169:7
171:19 174:18,20
177:6,10 181:25
182:1 188:19
194:13 205:25
206:1 207:2,17,21
207:21,25 208:5,7
216:23 217:2,9
218:12,16,21
222:15,19,24
228:20 230:7
231:3,10,23 232:9
232:11 235:24
237:4 239:20,24
240:1,20 241:14
241:19 243:5,9
244:6 245:12,18
259:6,9 260:14
263:23 266:7,11
271:8,12,22
274:10,13,13,17
275:6 276:24
277:3 281:20
282:2,17,19,19
286:19 287:1
288:1,4 292:5,6,7
298:7,8 301:18,19
303:24 304:2,7
306:18 308:10,19
308:20,23 320:8
322:21,22,25
323:2 327:1
328:17,18,22
329:1,18 332:3
exhibits 7:17 8:1 9:1
10:1 11:1 12:1

13:1 14:1 15:1
16:1 132:25
194:24 258:11
existing 147:18
155:8 264:2,3
278:18 290:20
expansion 276:15
278:10,11
expected 65:2 66:11
67:5
experience 21:22
37:6,25 48:17
88:17 174:13
198:15 199:9
261:8 331:7
experienced 330:3
expert 277:19 282:4
expires 337:25
338:25
explain 216:16
234:3
explained 204:17
explaining 79:10
153:12
explains 31:8
export 13:5 37:14
37:15 38:14,15
139:20 185:10,15
185:16 189:10,20
exporting 186:3,20
187:12
exports 185:6,20
187:2,23
exposed 198:4
express 314:10
expressed 10:21
89:3 130:16,18
181:6 303:17
304:23 306:5
314:23
expression 314:15
expressly 29:22
30:17,19 120:13
extended 84:17

HIGHLY CONFIDENTIAL

93:16
**extensive** 282:9
**extent** 30:9 43:9
　110:9 111:14
　128:8 196:21
　210:22 211:22
　223:25 312:4
**external** 22:13,16
　151:13 250:1
　252:15 257:13
　258:24 270:10
　285:20 328:3
**externally** 259:3
**extraordinary** 96:6
**extremely** 105:20
　307:6 323:20
　324:12 325:13

**F**
**facilities** 23:2 77:9
　90:16 147:18,23
　150:24 151:5,6,17
　154:15 158:24
　173:2 177:14
　251:11 252:25
　271:25 272:7,11
　275:13 276:3
　285:19,21,22
　310:6
**facility** 149:13,16
　150:3,7 153:17,21
　154:2,3 164:11
　165:11 169:19
　176:14 255:18,21
　262:4,7,9,12
　273:16,22,23
　276:19,20 277:9
　278:1 279:2,3
**facing** 42:5
**fact** 48:24 72:4
　102:24 103:1,11
　106:8 109:5
　120:12 129:19
　130:25 132:3,11

132:12,14 135:6
151:2 154:2
170:20 179:24
180:17 196:6,9
247:7 255:23
278:5 301:10
**factor** 183:3
**factors** 274:7
**facts** 156:25
**faegre** 6:5 19:6
**faegrebd** 6:10
**fail** 50:11
**failed** 25:20 177:15
　177:16 331:1
**fair** 23:12 28:18
　37:8 38:1,9 40:5
　102:16 299:3
　315:1 318:21
**fairly** 69:6 116:21
　131:13 153:1
　242:23 258:23
　307:6 323:21
　324:13 325:14
**fairness** 29:14 302:9
**fall** 115:9 158:20
**fallen** 42:14
**familiar** 48:16
　59:13 74:23 82:22
　123:13 179:17
　193:9 197:20,23
　201:9 203:9 207:3
　231:9 243:12
　247:5,7 253:1
　269:18 270:4
　279:5 282:9
　294:25 295:1
**family** 254:9
**far** 23:5 175:18
　199:21 241:25
　247:6,11 300:14
**farm** 21:24 22:1
　48:10 177:1,2
　196:4 252:1,1
　253:23 261:6,7,9

266:24 272:6
273:24 281:1
285:23
**farmer** 210:10
　234:19 245:20
**farmers** 204:14
　252:17
**farms** 4:3 18:13
　36:15 151:10
　167:15 206:14
　208:13 251:16,18
　278:11,16 280:14
　280:18,20 290:8
　297:14 311:13
**favor** 52:7 81:1
　164:16,23,23
　165:2,16 169:22
　179:1 269:13
　315:7,9
**favorite** 196:6
**fears** 108:15,24
**feature** 77:6 78:9
　79:2
**february** 9:5 98:17
　98:19,25 99:4,7
　233:17 240:22
　277:4 299:3
**federal** 288:14
　335:3
**feed** 252:8 263:2
　265:6 318:24
　319:5,7,7
**feeds** 252:8
**feel** 20:6 48:16
　143:22 226:15
**feeling** 138:12
　178:20
**feelings** 266:5
**felt** 77:13 88:24 98:3
　110:16 138:10
　141:4 186:12,19
　277:18
**fewer** 92:1 149:19
　149:23 262:14

263:2 319:6,12
334:11
**fide** 225:8
**field** 110:13,17
　112:3 301:3
**fifteen** 204:3
**fifth** 2:4 4:15 17:17
**figure** 259:21 264:3
　284:4 327:15,19
**file** 74:21 172:24
　266:12,17
**files** 160:8
**fill** 334:1,8
**fills** 278:19
**final** 73:4 162:25
　236:11 315:19
**finally** 141:19
**finance** 25:6
**financed** 255:7
**financial** 47:15
　53:18,24 55:17
　56:10 57:1 174:7
　174:14,25 175:12
**financially** 337:14
**financing** 255:10,11
　257:19 279:2
**find** 116:5 135:4
　147:15 170:1
　278:18 286:25
　292:6
**fine** 44:15 293:10
　316:9
**finger** 335:5,6
**finish** 80:11 133:15
　152:12,18 292:14
**finished** 152:12
　228:14
**finishing** 129:7
**firm** 245:20 247:12
　281:17
**first** 19:19 20:22
　27:8 50:18 62:12
　62:14 63:6 64:16
　74:3 75:11,21

79:24 84:10 85:11
92:20,23 95:25
96:16 98:23 99:2
100:14 101:25
102:3 113:4,11
123:2 124:22
128:9 137:2 139:5
158:16 160:18
164:5 171:23
176:19 177:21
178:4 183:17
197:25 217:5
219:1,15 231:14
245:17 260:13
270:20 271:22
276:8 290:14
294:7 304:9 309:1
309:2 316:7
326:25 329:22,24
337:6
**firsthand** 132:1
**fit** 195:3
**fits** 93:8 273:10
278:17
**five** 84:16 198:2
248:13 276:18
294:1 319:25
**fix** 54:18
**fixed** 54:16 262:24
318:16
**flat** 250:4
**fleet** 21:12
**flex** 23:4
**floated** 115:19
**flock** 49:20 53:5
71:8 72:6 73:7,16
73:23 84:16 145:1
145:21 146:12,19
147:10 159:1
171:4 176:1,7,8
259:15 263:19
290:23,23 316:25
**flockbyflock** 148:25
**flocks** 49:11,21

51:23 70:15 71:18
84:14 129:14
154:18 159:2,8
202:3 263:13,15
330:3 334:1,11
**floor** 2:17 193:21
**florida** 166:17
**flow** 148:9
**fluid** 295:18
**focus** 53:12 54:6,22
76:25 84:4,10
85:10 97:3 228:18
230:2
**focused** 48:11 57:23
57:24
**focuses** 48:15,25
**foggy** 242:16
**fold** 116:6
**folks** 97:25 115:7
298:24 300:18
320:14
**follow** 66:2 74:8,9
158:15 233:9
287:14 322:10
**followed** 73:15
79:15,25 104:1
119:7 134:14
**following** 105:22
113:23 175:14
**follows** 19:20 107:1
**followup** 44:14,17
233:23 277:11,13
**food** 15:13 68:14,20
68:22 250:9,23
274:14 288:15
289:6 294:9
**foods** 4:12 5:13 6:21
10:20 15:4 18:15
18:18 19:5 20:10
20:13,14 21:6,11
22:14,20 23:9,14
23:18 24:17 25:9
26:22 27:18 28:12
29:6,7,24 30:6,8

30:12,18,21 31:22
32:8 33:12 35:14
36:3 37:19,23 39:2
39:6,14,15,20 40:6
40:22 41:1 46:14
47:1,20 48:5 52:13
53:24 54:13 55:8
55:15 58:6,18,23
59:2,8,9,11,16,19
59:22 62:19,23
63:17 68:16,22
69:24 70:8 73:14
74:7,12,15 75:7,10
75:14,20 76:14
77:6,13,16 78:4,8
78:14 79:1 81:12
81:14 82:14,18
83:8 88:18,20,25
91:13 95:22 97:12
97:20 98:6,7 100:3
103:7 107:13
108:1 109:13
110:1 111:14
112:6,10 115:23
116:11 120:23
123:19 128:2
129:20 134:11
135:3,15,16,21
136:5,12 137:19
139:17 140:22
141:3,13 142:1,17
143:1 144:18,25
145:2,12 147:10
147:12 148:2,17
150:6 151:3,4,16
151:18,21,23
154:6,11,13,15
157:3,4,13,19
158:2,10 160:1
161:2,2,10,10
163:15 167:9
169:25 170:5,21
171:1,2,3,4,5,12
172:21 173:6,23

174:16 176:21,23
177:14,16 179:7
179:24 180:9,11
180:17 181:16
182:11,19 183:4
184:25 185:8,13
186:2,3 187:2
189:6 190:11
191:5,13,16
192:17,19,24
193:12 194:10
196:1,11 198:21
199:1 201:13
202:13,14 203:5
206:21 207:9
208:2 209:14
210:10 211:16
213:20 214:2
215:1,19 221:3,7
234:7,18 235:16
237:11 238:17
239:4,9,13 240:8
241:13 242:2,21
243:3,10,15
244:13 245:8
246:13,18,20
247:13 248:18,24
249:14 251:14,18
251:19 252:24
253:11 254:10,20
255:25 257:7
258:7,9 261:15,18
263:12 265:18,20
269:19 270:14
272:21 273:6
277:25 279:5
280:1,4 283:10,21
284:9,10 285:1,13
285:16 286:6,14
287:12,14,19
288:24 289:1
297:23 298:13,22
299:5 301:3,6,12
303:19 305:8

307:11 308:5,9
310:10 320:23
321:2,7,15,18
322:12 333:23
**forcing** 130:23
**forecasting** 175:11
**foregoing** 338:3
**foreign** 185:11
187:3
**forget** 312:13
**form** 20:23 39:10
44:13 47:22 49:12
77:18 81:19 96:10
130:9 207:4,12
231:9 237:22
253:24 272:24
273:23 292:5
334:23 335:2
**formal** 311:10
**formally** 158:17
**format** 251:13,24
266:12,17 329:7
**former** 184:11
270:17
**forming** 286:16
**forms** 174:3
**formula** 256:13
**forth** 34:17 99:7
102:17 288:25
320:12
**fortin** 51:22 63:2,3,4
63:5 85:13 166:24
292:13 293:6
**forward** 34:8 42:1,8
278:4 322:3
**forwarding** 69:17
70:6
**found** 176:22
253:20 293:22
**foundation** 47:6
77:19 87:11 95:3
111:18 125:4
191:19 192:1
197:12 201:1

205:16 300:11
301:14 323:8
324:3
**founders** 39:12
**four** 84:15
**fourth** 97:4 298:20
**frame** 114:23
215:10 241:25
**framing** 271:20
**francisco** 5:18
**fray** 183:18
**free** 20:6 77:2 84:6
150:24
**fremont** 251:16
278:11
**frequently** 93:4
173:24
**fresh** 46:20,24 118:3
118:9 119:11,15
119:24 120:2,14
155:20 156:1,4
157:1 167:7
251:16 265:11,17
265:25 266:24
267:5,10 268:7,10
278:9,25
**friedman** 5:15 19:5
**front** 15:22 29:14
31:15 33:3,5,19
92:16 156:6 195:1
228:20 284:8
292:7 301:19
322:25 327:1,6
**frozen** 68:24
**fsis** 48:13
**fulfill** 129:10
**full** 20:1 93:14,18
232:15 236:10
259:22 260:2
295:21 327:23
**fully** 259:14 261:12
327:11
**fun** 213:25
**function** 197:6

**functions** 195:11
198:18
**funneled** 178:24
**further** 90:15 91:8
109:14 114:17
172:1 193:20
221:21 222:11
224:1 227:8,17,18
320:5 322:7 332:8
332:12 338:4
**future** 154:21
**fw** 12:12

_____

## G

**gain** 145:10 263:9
263:10,11
**gained** 263:4
**gaining** 301:7
**gaps** 334:1,8
**gardner** 25:25
**gauge** 261:10
**gaylord** 260:17,22
261:6
**gear** 273:19
**gene** 8:12 9:15
12:16 72:15 105:7
113:7,22 114:5,6
137:2 145:5
177:10 227:16
**general** 18:10,15
37:6,25 43:23
68:14,19 157:6
178:11 182:18
187:17 196:17
198:12 199:17,24
200:11,11,14
202:23 215:14
245:24 275:21
296:21 303:3,5
**generally** 48:16
92:17 93:6 94:3
189:22 190:1
197:23,24 210:5
235:8 246:15

259:1 262:22
291:15 299:11
312:11,12 313:10
**generate** 115:24
**gentleman** 284:16
**genuinely** 143:22
**getting** 133:4 135:2
136:11 139:14
144:24 148:1,3,14
148:16 161:3,11
214:24 267:12
268:4 314:20
**gidley** 167:10
**give** 43:13 50:1 68:1
77:3 83:10 95:7
109:13 110:2
112:18 117:1
128:11 136:12,19
137:19 143:9
148:8 163:19
169:1 171:16
177:4 193:21
204:3
**given** 21:17 42:4
47:18 48:5 61:24
79:1 108:20
117:14,14 135:6
157:25 186:2
210:23 212:16
213:10,19 224:15
311:2
**gives** 23:4 76:15
**giving** 263:4
**glenn** 167:12,13
**go** 17:8 18:19 42:1
43:16 47:24 58:10
60:16 66:7 75:1
77:4 86:6 97:1
111:22 132:24
145:8 146:2,13
149:5,9 150:10
153:7,20 154:19
156:23 158:3
176:9 195:2

HIGHLY CONFIDENTIAL

200:10 211:16
231:4 237:5
243:22 245:12
254:5 255:25
274:6,8 275:18,24
278:4,24 279:1
281:3 286:22
308:16 315:20
316:11 322:19
**goes** 199:21 212:11
232:21 330:1,2
334:16
**going** 32:2 35:18,25
42:1 43:10 44:19
67:10 75:25 79:6
79:11 89:22 107:8
111:6 131:3 132:8
133:23 135:7,11
143:24 145:16,18
150:16 159:15
175:16 176:8,9
184:5 188:9
189:22 193:20
210:3 220:3
222:18 230:19
238:4 257:21
261:13 265:25
271:1,11 278:15
281:5 289:20
292:15 293:13
315:19,23 316:2
322:3 326:10,11
326:25 330:4
336:2
**golden** 157:5,11
278:12
**good** 17:1 19:25,25
94:4,13 178:21
183:25 184:14
211:16 250:11
281:16
**goodlatte** 296:1,8
**goucher** 304:10,15
305:6,7,14 306:19

307:17 309:3
323:3,22 324:1,19
324:24 325:10,21
**gouchers** 306:18
309:8
**government** 41:11
**graded** 274:4
286:11
**grading** 254:5
**grain** 249:5,6
256:12,13
**grainbased** 257:14
**green** 29:21
**greene** 4:13,18 7:13
18:16,16 20:19
29:9 30:2,25 31:6
31:11 32:24 35:9
38:23 43:8 44:9,19
45:3 47:22 48:20
55:20 58:8 60:7
61:15 62:2 71:11
71:25 77:18 80:10
80:13 81:17 82:8
87:10 88:4 89:15
96:10,14,19
109:16,20 112:17
117:7 118:18
123:23 124:1
125:3,10 133:14
133:17,20 141:6
143:13 145:25
146:20 147:13
149:25 151:20
152:5,11 154:17
155:10 164:19
165:1 177:23
187:7 188:4
191:18,24 192:7
193:1,7 194:18,20
199:5 200:25
201:16 205:6,15
208:23 213:1,21
213:23 214:11
219:10 220:2

222:4,8 224:4
225:16,24 227:8
230:24 232:2
236:7,15 240:17
245:3 259:8
266:14,19 268:25
270:22 272:24
273:1 279:14,16
289:12,16 291:3
292:14,20,24
293:4,8 300:10
301:13 302:23
303:2 304:1
307:12 308:1,13
310:14 311:15
314:2,12 315:18
315:25 316:4,10
317:17 319:2
320:1 322:17,24
323:7 324:2,7,14
324:21,25 326:9
326:23 328:20,25
329:2 332:8,16,18
334:13,19 335:4
335:14,22,24
**greenfield** 155:14
155:18 255:5
278:14 280:11
**gregg** 9:4,19 30:6
98:16 99:22
171:25 172:15,20
191:12
**greggs** 172:17
**gregory** 8:12 12:16
14:4 64:13 66:14
67:18 72:15,23
73:5,22 105:7
113:7 114:6
131:15,24 132:10
132:22 133:6
136:10,16 137:2
137:21 138:2,8,23
140:9,12 144:23
147:6 177:11

183:20 184:18
206:8 223:6
227:15,16,22
231:3 299:15
**gregorys** 139:6
228:1 229:2
**grew** 25:10,13
**group** 20:15 21:24
22:12 39:12 42:21
46:20,25 69:20
75:18 98:18,25
100:16,17,21
101:8 103:11
104:7 115:20
158:7 177:2
190:18 202:22
251:17 252:7,8
257:25 258:1
269:25 270:1
277:17 278:12
284:13,15 285:24
286:3 287:21
300:7,13 313:20
**groups** 274:19
298:25 299:7
**grow** 110:22 111:2
129:12
**growers** 195:8 203:4
245:22 246:13
247:1
**growing** 128:7
302:18 303:8
**grown** 330:15
**growth** 258:5,15
**guarantee** 163:9
255:2
**guaranteed** 163:3
**guaranteeing**
161:24 162:12
**guess** 18:20 25:22
35:16 57:9 74:1
76:23 88:15 94:7
120:7 182:23
184:15 197:7

HIGHLY CONFIDENTIAL

21

208:17,19 210:2
223:20 249:16
264:8 273:17
314:4,20 315:3
**guessing** 42:7 46:16
**guest** 36:6
**guests** 123:10
**guided** 244:23
**guidelines** 87:23
88:8 161:24
162:12 176:3
180:6 259:14
296:14,19 305:2
316:24 317:3
318:6
**guy** 183:25
**guys** 194:25

**H**

**hadnt** 79:15 116:8
**halebian** 3:14
**haley** 43:12,13
217:17,20 218:6
219:3,8,17 220:1
220:17,23 221:22
224:3,17,20 225:1
225:20 226:6
227:22 230:20,21
232:18,22,24
233:3,7 236:2,6,12
236:22 242:12
**haleys** 223:22 224:7
227:3,4,14 230:13
233:9
**half** 249:8
**hallways** 189:19
**hamilton** 5:6 19:1
**hand** 27:2 74:18
123:8 160:13
165:19 337:19
**handed** 112:21
121:11 138:1
144:5 160:19
165:24 177:9

188:22
**handing** 27:10
**handled** 206:12
208:11
**handwriting** 101:21
160:21,23 162:4
208:4
**handwritten** 11:12
11:19 101:16,18
103:5 160:20
164:10 165:25
237:16
**happen** 92:9 101:20
171:4 302:13
**happened** 45:20
49:17 61:7 179:13
214:6 250:5
**happening** 88:11
188:1 189:16,23
306:11
**happens** 190:2
196:17
**happy** 189:12
289:19
**hasnt** 209:22
**havent** 194:25
208:21
**head** 116:25 156:15
166:19 284:14
286:3 287:23
**headed** 126:7
**heading** 27:25 53:15
70:7 104:18
105:11 124:6
218:22 271:14
**healthy** 314:8
**hear** 132:4,19
184:21 192:14,18
311:20,24 314:19
334:24
**heard** 102:22
126:23 127:22
132:5,11,16,18
220:16,23 269:9

269:15 280:13
283:16 311:8,8
314:14
**hearing** 102:25
103:2 132:7
184:17
**hed** 89:19
**held** 17:15 21:2 28:3
44:6 126:15
**help** 137:13 182:25
213:6 263:6
**helped** 175:14
**helps** 23:2
**hen** 125:19 149:22
150:21 153:18,19
202:2 277:9
**hendrix** 166:20
**hennepin** 337:3,24
**hens** 46:1 49:24
51:24 124:23
125:1,7,14,24
126:4 148:2
149:19,23 205:10
209:24 249:24
252:24 259:15
262:14 263:2
277:10 279:12
280:4 318:7 319:6
319:8 334:11
**hes** 29:10,17 30:23
31:21 35:20,23
68:19 69:15 74:2
109:16 111:18
166:11,16 167:2,2
167:19,20 168:1
168:14 183:24
184:3 189:5 248:3
282:7,9 285:4,5
294:8,23 305:12
**hickman** 167:12,13
167:15
**high** 202:10
**higher** 261:11,24
295:20

**highlevel** 229:17
**highly** 1:11 9:3,18
11:7 12:7,11 15:3
15:7,12
**hire** 270:16
**hired** 270:12
**hit** 259:18
**hold** 21:9 119:4
211:21 212:3
257:3
**hole** 143:14,21
**home** 25:11 290:11
**honestly** 226:7
**hope** 32:2
**hopeful** 137:11
**hopefully** 292:5,18
**host** 251:19
**hosted** 64:17
**hot** 275:2
**hotel** 93:14
**hour** 143:6 228:15
**hours** 228:15
**house** 15:18 159:1
162:16,16,19
176:12 273:18,20
274:1
**houses** 262:23
290:20
**housing** 330:15
**hr** 287:22,23
**human** 127:11
287:17
**hurley** 6:4,10 19:6,6
**husbandry** 79:12
146:9,11
**hyde** 311:22

**I**

**id** 21:22 45:1 84:4
84:10 85:10
127:22 132:11
275:17 293:17
326:9 328:16
**idea** 115:19 116:5

HIGHLY CONFIDENTIAL

140:19 161:22
162:10 229:20
231:24 270:15
291:24 297:6
**identification** 26:25
50:15 64:4 68:6
72:12 83:17 95:13
98:12 99:18
104:21 112:16
117:11 121:8
122:5,25 136:23
142:14 143:12
160:16 163:23
165:22 169:8
171:20 174:21
177:7 182:2
188:20 206:2
207:18 216:24
218:13 222:16
239:21 243:6
266:8 271:9
274:11 276:25
288:2,4 304:3,7
308:21,24 328:19
**identified** 31:9
53:17 56:9 95:22
294:8,16 320:11
**identify** 17:25
316:11
**identifying** 194:23
**ignored** 62:22,23,24
66:4 74:16 278:15
**ill** 31:11 44:24
167:21 195:12
199:7 218:20
223:3 229:2
267:17 284:3
308:25 317:20
320:3
**illinois** 3:7 6:16
**im** 20:17 23:22
26:20 29:16 30:16
31:1,20 32:1 33:7
33:11,20 35:15,15

38:7,9 41:3 42:6
43:10 44:19,25
48:19 57:8 59:13
59:13 61:20 62:3
66:19 67:12,14
69:23 70:3 74:1,3
76:23 78:2,9 80:9
80:14 82:21 84:5,7
87:14,19 88:14
89:9 92:6 95:10
98:20 109:20
114:14 116:20
120:22 121:16
123:12 125:6
127:7 137:11
138:21,22 142:18
143:20 145:4
152:15 153:7,8
162:7,8 164:22,22
164:23 169:10
172:12 181:8,10
181:12 182:10,22
182:23,24 183:12
183:12 184:3
192:14 195:12
196:20,20,25
197:2,6,13 198:23
199:6,20 201:2
202:4 203:8 205:7
207:3 209:19
216:2,11 217:1
218:1 219:12
222:18 224:11,12
224:18 226:21
234:5,15 236:7,9
236:23 238:22
239:2 242:3,16,22
242:24 244:15
247:14,16 257:11
266:2,2 269:7
270:14 271:11
272:4 275:17
277:15 279:19
282:20 285:2,9

287:18 292:14,15
293:10,13 294:24
295:1 303:20,20
305:20 308:17
313:5 314:4,5
315:23 316:17
317:15 323:9
325:6,18 326:1,10
326:25 328:25
330:4 333:13
**immaterial** 59:5
**immediate** 41:4
154:21
**immediately** 40:24
51:25 141:2
330:13
**impact** 12:8 122:17
124:7,17 170:15
170:22 172:25
175:1 259:7
260:18 277:8
**impacts** 175:13
**impartiality** 337:16
**implement** 316:23
318:6
**implementation**
29:7,25 30:21 31:4
32:8,18 33:13
34:19 36:4 177:25
191:22,24 260:12
**implemented** 76:6
155:5 259:14
261:1
**implementing** 149:1
163:8 172:25
**import** 86:18
**importance** 53:13
**important** 53:25
55:8,15
**inability** 310:12
**inaccurate** 138:13
138:22,24 140:13
**inch** 158:22
**inches** 125:15,18

149:2,2 259:19
263:5
**include** 118:16
133:5 192:5
224:15 237:1
**included** 65:18
106:22 146:10
207:2 241:19
242:15 331:22
**includes** 22:6 27:16
98:16 104:15
112:22 117:15
208:8 240:21
**including** 28:2
69:20 105:6 118:8
119:10 206:13
208:12 213:10
296:3 325:11
**incorporated**
161:23 162:10
**increase** 148:6
151:18 153:19
154:16
**increased** 310:22
**increasing** 150:21
311:4,13 312:6
**increments** 158:14
**incur** 261:18
**independent** 51:17
**independents**
252:13
**index** 7:1,17 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1
**indiana** 296:12
**indianapolis** 6:8
**indicate** 101:6
151:11 273:5
296:2 313:23
**indicated** 22:5 35:23
89:19 331:13
**indicates** 104:6
192:9

HIGHLY CONFIDENTIAL

23

indicating 65:21
74:14 89:15 170:9
237:22 259:24
indications 135:1
indicator 256:24
indicators 93:15
indirect 3:11 36:12
240:13 281:18
indirectly 311:2
individual 1:14
26:10
individuals 281:25
industry 8:20 51:23
53:19,25 55:18
56:11 57:2,6,8
63:10 64:17 70:14
71:17 96:1,23
100:23 140:2
198:18 203:23
216:21 246:15
265:23 267:8,25
274:22 275:2,21
276:15,19 282:10
282:11 283:15
297:12
ineligible 223:14
inflated 249:7
information 43:5,10
71:8 122:16
187:25 202:8,16
203:17 208:10
221:22 222:12
227:22 239:8,15
267:12 268:4
275:4
informational 196:2
230:3 274:21
275:1
ingredient 15:13
68:15,20 139:20
274:15
ingredients 68:22
inhibit 84:8
initial 75:22 176:20

317:3
initially 41:17 62:6
141:13 300:4,17
initiated 113:6
initiative 50:13
269:20
initiatives 276:13
inline 251:23 278:1
278:16
innuendo 102:21
inperson 190:1
input 277:22
inquired 277:12
inquiries 110:21
134:8
inquiring 111:4
insofar 224:14
225:5 316:21
318:25 319:6
inspection 176:22
instance 249:5,9
306:12 310:10
instruct 273:2
instructing 43:6
integrated 238:17
integrity 85:15
88:10
intend 112:17
intended 30:10
265:23 267:9
268:1
intent 180:14
intention 78:21
intentions 84:14,21
267:3
inter 69:6
interacted 184:9
interaction 69:7
interest 10:21 71:9
71:23 78:16
110:21 130:10,11
130:17 257:18
302:19 303:10,10
303:17 304:24,25

305:25 337:15
interested 53:7
337:14
interesting 293:22
interests 115:6
128:7 130:17
interfere 17:6
interfering 224:24
internal 97:25
154:22,24 155:3
235:6 257:12,13
257:18,20 259:15
259:21 260:2
272:10,23 275:4
328:2
internally 113:25
171:1 257:7
271:24 277:15
international
185:13,15 186:13
interposing 212:21
interpretation
140:19 175:23,25
213:25
interrupt 224:11
interrupted 128:23
152:24
interrupting 123:17
152:8 212:20
interruption 36:6
intervention 212:22
intimately 197:22
introduced 245:18
284:5 297:1
investigation 289:6
investment 257:17
investors 59:12
invite 119:17,22
invited 119:18
involve 244:22
involved 21:19 49:5
49:6 54:3,13 75:14
87:23 135:10
171:8 175:4

179:12,14 184:6
190:12 203:16
248:9 261:3,4
265:1 266:1
269:24 303:20
309:9 310:19
325:19,23
involving 280:1
iowa 24:6 251:16
253:8,9 280:12
ipro 156:21 157:1
278:13
irr 257:16
isaacson 14:21
217:24 240:21,22
241:10,17 242:1,4
242:8
isnt 39:23 49:8 75:6
82:12 87:13 141:1
149:12 170:20
207:12 301:10
320:13 323:22
334:17
issue 54:2,4,19 57:7
58:15 89:9,11 91:5
91:6 111:6 112:3
120:14 141:22
142:16 146:11
147:4 171:9,11
183:7,8 186:25
226:12 227:17
257:20 279:16
290:25
issued 85:21 90:14
106:4 108:7
issues 14:23 42:5
48:12 57:13 58:13
111:13 113:23,24
114:2 133:1
141:18,22 183:11
183:19,21 184:8,8
196:5,11 213:7
223:8 230:2
238:15,20,24

HIGHLY CONFIDENTIAL

24

240:23 241:18
242:9 265:1 275:2
276:14 294:10
296:22
**issuing** 203:16
**item** 223:6 229:2
264:2 271:23
327:9
**items** 27:21
**ive** 21:10,10,11 22:2
27:13 30:15
112:21 117:13,14
121:10 123:15
137:8 138:1 144:4
150:13 159:11
160:18 177:9
194:11 195:17
198:14,18 269:15
270:4 289:15

**J**

**jacobson** 3:14
**january** 8:17 10:13
73:8,18,24 83:14
83:20 90:8 93:22
94:8 97:2 102:6
104:1 105:21
106:1,2,17 108:6
108:18 121:23
122:11 124:13
126:12 127:13,25
177:12 274:14
309:3
**jd** 9:9 99:22
**jeff** 105:6
**jenner** 3:5,9 18:8
**jersey** 23:22,23
24:14
**jim** 46:12 265:11
268:10,18 312:14
**jkinney** 3:9
**job** 22:5,10 25:15,24
**jobs** 21:10
**joe** 63:4,5 166:24,24

**john** 3:4 18:8 194:6
236:15 266:14
**join** 30:8 36:7 75:7
75:10,15,20 191:7
191:16 192:11,19
192:24 193:13
197:18 240:14
**joined** 39:6 105:18
290:19
**joining** 30:12 40:24
91:22 135:13
144:24
**joint** 286:16 290:22
**jones** 245:19
**journal** 288:13
289:5
**july** 25:16 137:20
**jumping** 231:22
**june** 12:5 135:23,24
141:19 159:7
169:2,13 330:16
**jury** 291:9
**justified** 82:20

**K**

**kasowitz** 5:15,20
19:4 50:5,9
**keep** 62:9 116:6
149:20 187:22
311:7,7,10
**keeping** 180:14
**kelloggs** 18:10
**ken** 12:21 179:18
180:23 183:24
184:11 190:19
299:10
**kennedy** 6:13 19:11
19:11
**kept** 46:6 183:24
290:24
**kevin** 217:16,19
218:6 232:24
233:2
**kind** 24:1 41:18

54:15 76:16
135:11 174:3
230:1 251:4 252:9
255:12 257:19
261:10 271:20
272:15 273:24
274:20 285:22
290:21,24 303:11
321:19
**kinds** 48:14 206:22
230:2 235:9
255:14 276:13
278:21,22 297:15
301:12
**king** 76:3 80:8,9
260:23 261:1,5,7
321:3,9,10 322:14
**kinney** 3:4 7:7,11,14
18:8,8 193:21
194:3,6,17 195:4,5
197:15 199:13
201:5,18 205:9,19
205:24 206:3,6
207:19 209:2
211:1 212:1
213:12,24 214:13
216:25 218:14
220:9 222:10,17
224:5,18,22 225:2
225:6,14,18 226:4
227:12 229:21
231:2 232:7
234:22,24 236:9
236:16,18 238:2
238:13 239:22
240:15,19 241:8
241:22,24 243:7
245:6 257:5 259:9
259:10 266:9,16
266:20,21 269:4
270:24 271:10
273:8 274:12
277:1 279:22
281:3 283:5 287:7

291:12 311:16
312:8 313:1
314:13,24 315:9
315:12 320:3,7
322:5,10 323:14
324:4 332:9,14
334:17,22 335:6
335:16,21
**kinneys** 323:24
**kitchen** 201:10,14
**klippen** 12:21
179:18 180:18,24
180:25 181:6,17
181:23 182:12,20
183:5 190:9,13,24
299:10,15,19,24
**klippens** 184:20
**knew** 76:4,9 116:3
132:1 152:1,20
153:5 221:12
268:17 321:12
**knocked** 111:9
**know** 20:4 26:18
27:12 33:1,2,3,15
33:24 34:1,3,4,16
34:16,17 35:5,6,23
39:2 40:9 42:13
43:22 45:6 46:4,19
47:13,21 50:12
51:16 53:9 57:10
58:22 59:1,5,6,7
60:10,12,18,19,20
60:21 61:4 63:3,7
63:16 64:6 70:25
70:25,25 72:25
73:14 76:11,23
78:21 79:11,23
87:21,22 92:18
93:9 95:16 97:19
101:22 103:9
107:6 110:22,23
111:1 112:2 116:7
116:19 118:12,13
118:14 121:21,21

HIGHLY CONFIDENTIAL

121:21,22,22
132:1,2,6,11,12
134:18 135:10
139:3 140:15
141:18,18,21,23
149:8 152:15
157:16 160:10
166:9,15 167:19
167:22 168:9
172:8 175:8,19
177:12 178:15
179:15,15 181:15
182:22 183:9
184:1 186:8
187:19 189:24
190:2 194:20,21
198:3 200:3,15,16
200:17,21 202:4
203:15 204:18
205:1,1,17,18,20
205:21 207:7
209:10,13 210:7
211:19 215:5
216:20 218:9
220:14,19,21
221:15,17 223:5
226:11,14,23,25
227:1 228:4,5,17
229:4 231:13,19
233:11 235:12,13
235:21,21 237:22
237:24 239:10
241:12,25 246:7
247:9,11 254:14
254:15,16,18
255:11 262:12,18
262:19 263:8
264:19 266:2,3,4,4
266:6 269:14
272:12,17 273:21
274:23,24 275:19
276:5,16 278:7
279:25 280:21,22
281:1,2 282:18

283:23 284:1,21
284:22 285:6,11
285:24 287:8,16
287:17,17,19
289:1,9 294:22,23
303:21 309:16,18
311:23 315:2,2
317:6 323:10
324:18 325:19,20
325:23 333:13
335:3
**knowledge** 21:25
35:13,14,22 49:3
59:12 109:13
185:9 187:17
286:6,14
**known** 25:14 39:14
311:22
**knows** 29:17
**kraft** 18:9
**krouse** 104:2,2
105:18 107:11,12
107:25 109:23
167:24
**ky** 166:20

___

**L**

**labor** 84:17
**lack** 77:19 87:10
125:3 191:18,25
197:11 200:25
205:15 300:10
301:13 323:7
324:3
**lacks** 47:5 95:2
111:18
**laid** 31:13
**lake** 217:4,8 218:6
218:18 230:16
231:15 233:1
234:9 237:19
246:24
**landers** 246:22
**language** 291:25

**large** 131:13 265:8,8
265:8 280:10
300:16
**larger** 57:18 115:1
125:21 149:18
216:21 265:5
**largescale** 151:12
**largest** 40:13 250:22
**larson** 270:19
**las** 145:7 204:7
**lasted** 229:19
**late** 73:8,17,24
116:1 253:12
**law** 245:19 247:12
**laws** 242:21 244:22
**lawsuit** 109:14
110:3,10 111:12
111:20
**lawyer** 241:1 291:17
333:17
**layer** 15:18 173:7
202:2 260:4
262:23 275:12
276:3 277:9 280:4
327:12
**layers** 40:14 46:1
127:3 147:22
148:18 149:13
150:24 151:3
153:16 154:1,6,8
154:14 155:22
173:8
**laying** 70:15 71:18
279:12
**laypeople** 79:7
112:1,5,9
**lays** 29:12
**lbs** 173:11
**lead** 126:18 127:18
190:17
**learn** 197:25 283:9
**learned** 189:15
198:8 283:14
**learning** 303:11

**leave** 60:17
**led** 170:4
**ledger** 175:12
**lee** 2:15 18:5 20:2
**leeturnerdodge**
2:21
**left** 60:22 184:12,13
220:22 319:25
**legal** 113:24 201:17
205:18 217:24
222:1 224:15
242:1 244:24
291:19
**legally** 12:22
**legislated** 276:17
**length** 273:18
**lengthy** 141:25
142:24 143:6
163:13 307:7
323:21 324:13
325:14
**leonard** 2:3 4:14,18
17:16 18:17
**letter** 8:4 9:14 14:4
14:21 29:19,20
30:1 31:3 32:1,10
64:12,17,22 65:7
65:11,19 66:13
67:8,16 73:4
104:15 137:14
161:22 162:8
192:8,8 194:23
195:1 206:8,10
**letterhead** 14:21
**letting** 177:12
**level** 22:25 110:13
110:16 112:3
130:11 148:18
162:19,19 202:10
301:3 321:22
**leveled** 258:21
**levels** 126:4 148:24
**license** 90:13 91:8
106:3 108:7

**HIGHLY CONFIDENTIAL**

26

110:24 121:19
122:12 128:19
129:4,10,16,21
135:7 136:11
144:24 146:18
147:8 148:4,15,17
150:18 151:2,19
154:12 156:9
157:14 161:3,11
163:15 170:7
176:21 180:19
306:6
**licensees** 306:6
**licenses** 85:20
108:19
**licensing** 170:4,10
**life** 25:15 176:1
276:17
**lifecycle** 176:5
**lifting** 74:18
**likewise** 296:13
**limit** 202:2 238:21
238:25 247:8
**limited** 97:15 276:2
329:12 332:5
**limiting** 330:12
**line** 64:16 66:8 67:4
69:1 130:24
183:17 210:24
264:2 291:15
298:20 327:9
338:7
**lines** 143:21
**liq** 173:10
**liquid** 22:14 23:6
54:21 150:15
173:11,15,20
248:17,20 249:11
249:13 250:13,14
250:14,15,20
251:1,2,3,5,15,20
254:3 256:24,25
**list** 27:13,20 33:3,8
33:17,17,18 36:20

72:21 118:16
119:9,15,21,23
195:13 293:23,24
331:12,15,20,22
**listed** 51:20 84:11
90:10 97:21 114:5
117:24 119:15
246:8 296:1
331:16 338:6
**listen** 213:17
**listening** 195:24
335:8
**listing** 27:16,24
119:20
**lists** 119:1
**litigation** 1:6 17:12
17:20 160:11
290:8
**little** 23:4 65:23
92:6 101:1 137:12
137:23 143:15
145:6 176:13
187:10 242:16
249:16 258:22
261:13 272:18
276:8 317:20
**llc** 6:12 19:12
**llp** 2:16 3:5,14 4:5
5:6,15 6:5,14
251:17
**load** 254:2
**loan** 255:11
**lobbying** 196:7,11
199:15 230:4
**lobbyist** 300:3
**located** 17:16
252:16 253:8
**locations** 22:15
**logan** 5:7
**logistics** 248:11
**logo** 85:15
**long** 14:12,16 16:4
21:2 41:13,15
42:18 45:9,24 46:4

46:5,9 76:17,18,21
140:17 141:5,16
144:20 186:8
200:13 215:24
216:6 217:3,6
218:17 222:20
226:18 228:7
229:19 233:15,23
245:13 247:23
265:14 284:25
285:2 335:8
**longer** 217:22,23
237:1
**longrange** 246:4
**longterm** 151:12
254:20,23 255:1,4
255:8,13,24
256:12 257:14
258:13 270:10
278:25 283:1,11
283:18 286:12
**look** 27:4,8 28:24
36:20 50:18 62:4,4
64:7 84:1,6 90:7
92:20 95:15 97:1
101:14,24 104:23
123:12 130:24
156:24 158:4
161:15 166:5
172:8 179:25
180:19 194:12
230:7 258:4
262:22 272:14,16
275:18 281:20
298:6,19 304:6
306:17 309:19
320:3 322:21
331:12,15
**looked** 56:25 66:8
89:18 102:6
158:18 170:17
171:11 174:6
221:17 258:10
313:7

**looking** 70:11 72:21
76:2,11 78:17
90:11 92:12,19
114:14 122:8
130:22 142:22
144:11 154:23
160:24 161:7
171:9 175:17
182:8,17 313:10
**looks** 70:7,12
143:14
**lose** 126:25
**loss** 70:8 263:7,7
**lost** 124:23 125:1,7
152:15
**lot** 21:22 22:2 42:7
47:16 54:6,24 79:5
79:6,9,9 114:24
115:2 134:17
190:20 196:3
252:19 262:2,19
264:23 276:11,14
276:20 314:14
**loud** 128:23
**lovell** 3:14
**low** 94:13
**lowell** 13:4 188:25
**lower** 257:13,21
260:18 263:1
**lp** 6:3 19:8
**lrpc** 229:4
**lunch** 188:6,12

———————————
**M**
———————————
**machine** 254:2,5
**madam** 27:1
**madison** 2:17
**maintain** 22:25
73:11
**maintains** 213:9
**major** 76:1 111:3
128:7 133:1
251:20 254:22
303:14 304:23

305:22
**majority** 23:5,5
116:22 248:22
263:20 321:23,25
**makeorbuy** 270:5
**makeup** 101:2
**making** 134:8
149:18 179:13
224:12 225:9
306:22
**manage** 66:14 67:18
198:17
**management** 59:22
158:7 177:2 236:2
236:12 237:2
265:24 267:9
268:1 269:8
284:13,14 287:21
**manager** 21:12
68:14,19 284:16
**managing** 65:1
66:10 67:5 147:24
**march** 112:23,25
113:2,5 171:24
**margaret** 5:14 19:3
**mark** 26:14 27:3
50:2 63:22 68:4
69:19,23 72:9 95:9
98:8 99:9 104:12
112:12 117:2
121:4 122:1,21
136:21 142:9
167:5,6 169:5
171:18 174:18
181:24 205:24
284:17,22 303:23
308:19 328:16
**marked** 26:17,24
50:14 64:3 68:5
72:11 83:16 95:12
98:11 99:17
104:20 107:4
112:15 117:10
121:7,14 122:4,24

131:20 136:22
137:1 142:13
143:11 160:15
163:22 165:21
169:7 171:19
174:20 177:6
182:1 188:19,23
194:12 205:23
206:1 207:17,20
216:23 217:1
218:12,15 222:15
222:19 239:20,23
240:1 243:5,8
266:7,10 271:8,12
274:10 276:24
277:2 288:1 292:4
298:7 301:21
304:2,6 308:20
328:18
**market** 15:18 77:2,3
78:1 81:25 85:20
90:13 91:19 93:18
94:2 95:1 105:13
106:3 110:15
122:17 124:7,17
126:7,18 127:19
161:23 162:11,22
174:2 187:4
205:12 253:20
254:6 256:23
264:20 265:8
275:3 277:8,24
**marketed** 165:10
169:19
**marketer** 185:13
**marketers** 5:4 19:2
185:2,6 216:21
**marketing** 14:22
51:7,11 52:14,24
52:25 53:8,15
58:16 60:1 69:7
108:7 110:24
129:10,16 133:4
135:6 198:16

230:1 232:19
254:6 255:8,8,13
292:21,22
**marketplace** 77:1
**markets** 53:10 69:8
92:16 94:3 219:3
219:17 220:24
249:1 264:11
265:9 275:8 276:1
**marketwise** 275:4
**marking** 26:20
83:12
**marks** 90:2 159:20
238:9 284:24
326:16 336:1
**match** 158:15
**matched** 158:24
159:9
**material** 53:12
57:11,14 58:6
244:16
**materially** 54:3,13
55:15
**materials** 104:24
123:3 175:6,9
218:8 222:20
231:4 239:18
243:25
**matter** 43:1 53:6
178:12 183:15,16
214:4
**matters** 41:24
**mcdonalds** 79:22,23
180:4
**mckinsey** 269:25
270:12,16 277:12
**mdl** 1:5
**mean** 18:21 30:18
45:15 52:9 53:5,10
62:22 66:3 67:6,8
75:8 76:24 77:1
79:4 83:6 88:15
139:2 147:20
149:4 153:6

178:18 183:14
201:4,7 209:7
220:18 226:12
256:5 260:21
262:5 270:13,13
272:14 273:2
291:9 302:23
**meaning** 56:21
**means** 56:20 204:22
309:11
**meant** 153:5 173:17
187:3
**measure** 173:17
285:25,25
**measurement**
173:13,23
**measures** 332:4
**mechanism** 256:8
**meet** 65:2 66:10
67:5 78:5 80:21
129:17 146:22
157:3,13 158:12
180:5 187:3
193:15
**meeting** 7:22 8:16
10:4,8 11:15 14:12
14:16 15:8,13 16:4
28:4 40:19 44:3
45:19,22 50:4,23
50:24 56:3 60:13
60:17 62:19 63:19
67:11,24 78:15
81:23 83:14,21
85:8 90:9 93:2
94:9 102:23,23
103:17,21,22,23
103:24,25 104:1
106:2,11,22 108:6
109:7,25 115:20
117:19,22,23
118:6,8,10,17,21
119:1,5,16,21
120:16 121:12,18
121:23,24,25

122:11,16 123:8,8
124:14 126:13,24
127:14 128:1
132:25 139:7
141:24 142:3,6,8
142:11,25 144:7
144:12,17 145:5,7
147:3 163:13,20
164:2,4,8 166:2
189:9,16,18 196:9
202:10 211:5
215:10 217:7,9,13
218:17 219:8
220:1 223:6,24
226:5,19,24 228:8
228:13,18 230:9
230:16 231:15,20
231:22 232:25
233:16,24 234:8
236:1 237:19
245:14 246:3,11
246:23 247:3
271:15 274:15
282:22 293:19
294:14,24 295:3
295:12,13,16
296:15 311:2
313:8 320:14
331:10
**meetings** 28:6 37:7
41:19,23,25 42:19
45:9 46:6,22 59:18
59:21 79:10,10
93:5 116:9 189:25
190:1 195:22,23
196:7 226:18
233:15,18,20
269:5 274:20
295:5,8,18,23
320:19
**meets** 164:11 165:11
169:20
**megan** 309:21
**member** 39:3,5,20

47:1,21 48:5 51:10
55:24 58:2 83:7
103:14 118:3
119:23,25 120:6,8
120:15 123:19
141:9 156:1
184:11,25 186:4
196:15 198:6
215:23 216:17
223:15 254:17
267:6 279:10
327:7,23
**members** 40:9 46:1
46:8 65:18 66:14
67:18 72:6,24
94:25 96:9 100:17
101:7 105:5
108:24 118:7,16
118:21 119:1,5,15
119:20 120:11
123:11 127:17
187:19 196:19,21
196:24 197:1,9
200:4 201:20,24
206:9,11 213:10
218:7 221:12,13
223:8 230:14
233:8 236:20
237:16 301:10
302:8 306:4
310:22 311:4
313:25,25 314:9,9
331:9
**membership** 14:8
28:1 40:17 43:24
47:16,20 48:7
65:25 97:22
126:25 198:22
202:23 207:23
208:1 217:15
219:6,20 221:2
237:7,10
**memo** 240:20,22
260:13

**memos** 241:10,14
241:16,18 242:7
**mention** 25:20
**mentioned** 26:1
134:6,21 150:13
163:11 191:4
247:2,4
**merely** 149:17
**meridian** 6:6
**merit** 110:17
**merrick** 3:13 36:11
36:11 281:17
**message** 68:9
304:10
**messages** 304:9
**met** 41:20 93:13
162:11 209:18
321:3,8
**method** 49:23
**methods** 49:19
54:15
**mf** 63:23
**mf1006** 95:8
**mfc** 117:6
**mfi** 15:13 69:25
95:10 98:1,5 117:6
117:7 165:20
171:17 173:2
174:19 177:5
182:5 188:24
274:14 305:8
308:25
**mfi0001880** 14:5
206:5
**mfi0002148** 12:13
**mfi0002155** 10:22
136:20
**mfi0002282** 11:20
**mfi0002285** 11:12
160:14
**mfi0005090** 12:22
**mfi0005548** 10:17
122:23
**mfi0006321** 8:20

95:11
**mfi0007809** 13:21
328:23
**mfi0016950** 11:9
143:10
**mfi0017306** 12:9
**mfi0018744** 15:10
271:13
**mfi0027797** 9:11
99:11,14
**mfi0027798** 99:16
**mfi0034198** 9:21
112:14
**mfi0038661** 15:14
274:16
**mfi0039904** 15:19
277:5
**mfi0040262** 10:5
117:9
**mfi0043142** 8:9 68:2
**mfi0043595** 13:5
**mfi0053741** 15:5
243:11
**mfi0096330** 13:13
304:8
**mfi0096331** 13:17
309:1
**mfi0096332** 309:1
**mfi0110364** 8:13
72:9
**mfi0149189** 12:18
**mfi0321384** 13:9
288:9
**mfi0321389** 288:10
**mfi0328649** 15:22
266:13
**mfi0614973** 9:6
98:10
**mfi0615228** 14:13
217:4
**mfi0615604** 8:5 64:1
**mfi0617085** 16:5
218:19
**michael** 4:12 6:21

10:20 15:4 18:15
18:18 20:10,13,14
21:6,11 22:14,20
23:8,13,18 24:17
25:9 26:22 27:18
28:12 29:6,6,24
30:6,8,12,18,21
31:22 32:7 33:12
35:13 36:3 37:19
37:23 39:2,6,14,15
39:19 40:6,22,25
47:1,20 48:4 52:13
53:24 54:13 55:8
55:15 58:6,18,22
59:1,8,8,11,15,19
59:22 62:19,23
63:16 68:16,22
69:24 73:14 74:7
74:12,15 75:7,10
75:14,20 76:14
77:6,13,16 78:4,8
78:13 79:1 81:12
81:14 82:13,18
83:7 88:18,20,25
91:13 95:22 97:12
97:20 98:5,7 100:3
103:6 107:13
108:1 109:13
110:1 111:14
112:6,10 115:23
116:11 120:23
123:19 128:2
129:20 134:11
135:3,15,16,21
136:5,12 137:19
139:17 140:22
141:2,13 142:1,17
143:1 144:18,25
145:2,12 147:10
147:12 148:1,17
150:6 151:3,4,16
151:18,21,23
154:5,11,13,15
157:3,3,13,19

158:2,10 160:1
161:2,2,10,10
163:14 167:9
169:25 170:5,21
171:1,2,3,4,5,12
172:21 173:6,23
174:16 176:21,23
177:14,15 179:7
179:24 180:9,11
180:17 181:16
182:10,19 183:3
184:25 185:8,13
186:2,3 187:1
189:6 190:11
191:5,13,16
192:17,19,24
193:12 194:9
196:1,11 198:21
199:1 201:13
202:13,14 203:5
206:21 207:9
208:2 209:14
210:9 211:16
213:20 214:2
215:1,19 221:3,7
234:7,18 235:16
237:11 238:17
239:4,9,13 240:8
241:13 242:2,21
243:3,10,15
244:13 245:8
246:13,17,20
247:12 248:18,24
249:14 251:14
252:24 253:11
254:10,20 255:24
257:7 258:7,9
261:15,18 263:12
265:18,20 269:19
270:13 272:20
273:6 277:25
280:1 283:10,21
284:9,10 285:1,13
285:16 286:6,14

287:12,13,19
288:23 289:1
297:22 298:13,21
299:5 301:3,6,12
303:18 305:8
307:11 308:5,9
310:10 320:22
321:1,6,15,18
322:12 333:23
**michigan** 6:15
**microphone** 42:11
**microphones** 17:3,6
**mid** 198:2
**middle** 98:22 102:3
  113:11 129:8
  152:5 212:4,7
  329:23
**midwest** 6:3 19:7
  24:3,9 40:12
  100:16,20 104:3,5
  104:6,7 114:25
  115:3,20 252:14
  252:20 286:8,15
  286:17
**mightve** 221:14
  234:14
**mike** 166:12,14,15
  167:10
**million** 155:22
  205:4,11,13
  249:25,25 259:15
  259:23 260:3
  263:1 264:4
  277:10 327:25
  328:3
**millionbird** 278:13
**mills** 18:10
**mind** 199:23 214:8
  221:5 225:15,17
**mine** 316:8
**minimum** 153:19
**minneapolis** 2:4
  4:16 10:8 17:17
  115:22 258:1

337:5
**minnesota** 2:4,7
  4:16 17:18 24:6
  337:2,5
**minor** 53:19 56:11
  57:2
**minus** 173:21
**minute** 172:6
  182:13 214:11
  242:10
**minutes** 7:23 8:16
  10:8,13 11:4,8,16
  12:4 13:20 15:9
  16:5 46:4 50:2,22
  51:16 52:16 53:14
  56:25 60:4 83:13
  83:20 90:8 92:21
  92:25 93:12 94:21
  97:2,5 102:7
  104:15,25 105:4
  106:23 107:2,9
  108:2 121:12
  142:10,18,22
  144:11 163:19
  164:1,17,18
  168:19 169:2,11
  169:12,16 218:16
  228:12,15 230:9
  231:22,23 232:8
  232:19 235:24
  242:16 245:13,15
  245:17 246:7,9
  293:19 296:2
  313:7,8,8 319:25
  329:3,8,17,18
  330:19 331:4,8
  333:2
**mischaracterizes**
  71:14
**mispronounce**
  267:17
**misread** 162:1
**missed** 64:19 283:6
**misstatement**

119:19
**mistake** 118:15
119:3,14
**misunderstood** 67:9
**mixing** 250:18
**mn** 337:24
**moark** 6:12 19:12
46:13 63:8 166:25
**model** 57:17,19
75:23 76:13
278:17 301:11
**molt** 51:23 73:7,9,16
73:22 260:18
263:13,15,18,21
**molting** 49:21
**moment** 57:5 60:17
71:1 92:7 134:15
147:19 158:22
167:23 181:18
190:4 198:11
219:14 265:2
304:5
**monday** 112:23,24
**money** 248:23
255:17 256:1
276:20
**month** 149:10
**monthly** 258:4
**months** 93:17
141:18 149:11
176:20
**mooney** 84:12
**morning** 17:1 19:25
194:6,11 215:23
240:8,11 247:18
328:9
**morris** 4:5 18:12
**mortality** 176:2
330:4 334:6
**motion** 51:20 52:5,8
52:10,12 53:3
60:19 61:5,14 62:1
65:20 84:11 85:2,2
85:3,3,11,14,25

86:18 87:8,16,20
90:9,19,24 91:2,3
91:14,15,16,23
92:1,2,4,10 97:6
102:4,5 105:21,25
105:25 106:15,16
106:17 107:12,16
107:18,24 108:5,5
111:9 164:8 165:7
168:21 169:17
292:12,23 293:3
329:22,24,24
330:8,11,11,19,22
330:23 331:4
**motions** 28:5 61:6
66:5 84:2 85:7
91:4,5 92:12 97:11
97:14,21 100:24
102:11,14,19
313:14 329:16,19
**motivation** 87:20
**move** 42:8 137:11
145:19,20,21
146:3
**moved** 51:21 84:12
85:12,19 90:12
107:12,24 109:24
283:1,11 293:6,9
**movement** 88:9
303:8
**moving** 73:9 114:14
276:12
**msrayle** 3:18
**multiple** 8:12
150:13 278:6
**multiples** 61:7
**mustve** 42:6 103:25
120:22 214:8
**mutual** 285:23
**mystified** 92:6
**mziemianek** 5:20

_____

**N**

**naked** 273:14,25

**name** 17:10,21 20:1
25:23,25 36:14
69:24 86:9 100:17
166:18 167:3,21
194:6 270:19
281:16 284:17
290:6 293:1
296:25 311:23
316:17
**named** 26:19 179:17
215:14
**names** 11:19 130:15
300:15 331:13,16
**national** 17:11
46:14 76:1 128:7
131:12,13
**native** 266:12,17
**natural** 148:9
**nature** 186:16
297:25
**near** 84:1 105:11
161:20
**nebraska** 24:4,6
25:10 26:4 252:16
**necessarily** 32:20
39:7 54:18 59:23
88:6 93:9 102:24
126:15 127:16
182:25 185:16
187:3 200:2
202:17 256:6
264:24 269:13
295:16
**need** 27:8 43:17
50:18 77:16
107:17 140:1
172:7 180:15
182:13 183:11
238:2 279:17
307:5 309:9 319:7
323:20 335:4
**needed** 60:14
137:10 145:8,8
175:17 176:9

226:16 229:15
264:17 277:18
**needs** 23:3 209:16
249:14 309:14
**negative** 116:21
269:10
**negotiate** 158:4
**negotiated** 158:5
**negotiating** 197:9
**negotiations** 135:15
248:14 286:15
**nest** 253:22 256:19
256:21 273:10,11
273:24 274:2
**nestle** 18:10
**net** 3:18 173:20
260:9,10 263:9,10
283:21
**network** 264:5
265:2
**neuwirth** 2:14 7:6
18:2,2,19 19:24
20:25 21:1 26:14
27:1,6 29:16,22
30:4,25 31:2,19
32:4 33:4 35:11,17
36:5,9,16,19 38:17
38:25 39:1 43:6,19
44:12,16,24 45:4,8
47:7 48:1,23 49:13
50:7,10,16 55:22
58:17 60:25 61:17
61:19 62:17 63:24
64:5 66:19,21 67:2
67:25 68:7 71:15
72:2,13 77:20
80:11,17 81:20
82:11 83:18 87:12
88:12 89:16,17
90:6 95:6,14 96:12
96:21 98:8,13 99:9
99:19 104:12,22
109:22 111:21
112:12,19,20

121:4,9 122:1,6,21
123:1 124:3 125:5
125:13 127:4,23
128:22 133:15,18
133:22 134:5
136:24 138:16,20
141:8 142:9,15
143:16 144:3
146:5,24 147:14
150:4 151:22
152:7,17,19 155:6
155:15 159:11,24
160:17 163:24
164:21 165:4,6,23
169:4,9 171:21
174:22 177:8
178:9 182:5,6
187:8 188:7,21
191:20 192:2,12
192:13 193:3,8,18
212:3,9,18 239:25
292:4,11 293:15
298:8 299:18
**never** 52:16,18,18
54:14 81:13 82:14
97:17 197:6 269:9
269:15 272:16
280:5 308:5
333:14
**new** 2:18,18 3:16,16
15:18 23:22,23
24:14 80:18 85:20
106:3,16 109:17
116:8 146:9 149:5
151:4,6,17 154:15
155:14,16,17
156:4,7,10 157:2,9
157:12,19 158:23
158:25 176:6
258:13,24 272:22
275:12 276:2
277:9 278:1
**news** 211:17,17,17
**newsletters** 236:3

236:13
**night** 189:11
**nl00217575** 10:9
121:6
**nods** 170:19
**nominated** 40:11,16
**non** 260:18
**nonacc** 121:20
122:12
**noncertified** 77:25
81:24 85:18 87:5
87:18 88:3,22
163:4 306:8
307:24 310:13
317:9,24
**nonissue** 89:14
**norco** 6:12 19:12
**norm** 118:8 119:10
189:11
**normal** 40:19 176:1
209:1
**normally** 66:4
189:25 257:21
320:20
**north** 3:6 6:6 311:14
311:25
**nos** 86:1
**notary** 2:6 337:24
338:25
**notation** 237:16
**note** 17:2 30:5 36:1
212:19 222:22
**noted** 38:24 181:17
240:11,18
**notes** 11:12,19
101:16,18 103:5
160:20,24,25
161:7,8,15 163:2,7
164:10 165:9,25
223:5 226:20,24
227:25 228:1
229:2 299:18
**notetaker** 226:21
**notice** 7:19 26:21

27:16 194:13
**noticed** 337:10
**notwithstanding**
214:23
**november** 8:3 14:23
64:14,18 240:20
**nucal** 5:13 19:5
**nudging** 135:11
**number** 26:24 27:24
28:25 36:21 38:18
38:21 40:14 45:25
49:4 50:8,11,14
51:4,4 59:6,7
63:25 64:3 68:5
72:9,11,16 83:11
83:16,25 85:1,2,3
85:3,3,11 90:3,11
92:2,5 95:8,10,12
97:6,6,21,21 98:9
98:11 99:10,14,15
99:17 102:2,5,5
104:20 105:10
106:14 107:9
112:14,15 117:2,6
117:9,10 121:6,7
122:4,24 124:5
125:24 135:8,9
136:20,22 142:11
142:13 143:10,11
147:21 148:2,17
151:3,9 153:15
154:1,7,14 159:21
160:14,15 163:20
163:22 165:20,21
169:5,7 171:19
173:5,24 174:19
174:20 177:5,6
182:1,4 187:5,13
188:19,24 194:15
195:10 200:19,23
217:13 223:7
238:10 249:7
252:12 255:4,4
260:1,9,11 261:22

271:8 280:9
283:25 284:2
288:1,7,21 294:18
296:3 298:1,12
299:9 301:2 304:7
308:25 312:1
319:17 325:10
326:17
**numbers** 50:6 63:23
104:14 117:3
122:2,22 149:10
171:17 221:12
257:24 291:1
308:24 327:4
328:22
**numerous** 291:13
**nw** 4:6

___

**O**

**object** 35:18 38:18
43:4,14,18 44:5
58:8 77:18 81:17
81:19 82:8 118:18
138:18 145:25
146:20 149:25
155:10 210:22,24
211:21 212:6,7
221:25 222:6
223:25 224:5
240:6 268:25
272:24 273:1
292:15 307:12
308:1,13 310:14
322:17 334:15
**objected** 43:9 119:4
**objecting** 222:5
**objection** 20:24,24
29:9 32:24 35:9
36:1 38:24 45:2
47:5,22 48:20
49:12 55:20 61:15
62:2 66:17,24
67:21 71:11,13,25
87:10 88:4 95:2

HIGHLY CONFIDENTIAL

96:10,20 111:17
125:3,10 126:20
127:20 128:21,23
129:6 141:6
147:13 151:20
152:9 177:23
187:7 191:18,25
193:1 197:11
199:5 200:25
201:16 205:6,15
208:23 214:12
219:22 224:6,22
225:12,23 227:7
229:12 230:24
232:2 240:2,14,18
292:19 300:10
301:13 311:15,16
312:8 313:1 314:2
314:12,13,24
315:12 323:7,14
324:2,4,7,14,21,25
334:13,22,23
335:1,12
**objectionable**
212:13 213:16
**objections** 20:22,23
212:4,21 225:9
311:19 334:25
**objective** 108:16
**objectives** 22:24
66:12,23 67:17
187:20 271:19
**objects** 224:13
**obrien** 8:8 68:10,12
68:13 69:4,21
70:21 71:4,10,23
**observation** 324:20
**observe** 314:8
**obstruct** 31:24
**obstructed** 32:3
**obstructionist**
224:23
**obtain** 305:23
**obtaining** 130:10

302:10 303:17
**obvious** 111:5
**obviously** 23:25
58:14 113:22
153:18 167:9
178:4 323:12
**occasion** 59:24
263:18 282:12
**occur** 308:8
**occurred** 82:23
142:5
**occurrence** 181:19
**occurring** 100:25
176:2 258:16
**occurs** 196:7
**october** 40:19
181:22 189:1
**offered** 25:15,24
65:5 106:16
**office** 289:8
**offices** 2:3
**offline** 23:2 254:2
**offset** 263:6,7
**offsetting** 263:9
**oftentimes** 60:22
61:9 123:9 274:18
274:25
**oh** 33:6 42:12 67:8
67:13 74:5 118:25
160:5 169:10
183:6 194:19
198:2 200:21
210:17 228:10
245:16 249:1
260:4,7 282:23
302:14 332:24
**ohio** 24:3 251:17
278:14
**okay** 20:7 24:16
25:7 26:8 27:23
28:18,24 33:6 34:9
34:22 35:17 36:20
38:25 45:3 48:3
51:13,19 56:22

59:25 61:23 62:3
63:21 68:16 74:5
80:16 84:24 93:10
95:20,24 117:8
118:3,25 124:1
127:9 129:9
132:15 133:16
148:13 153:4,14
165:4 168:11
170:13 176:25
181:11 182:15,16
185:12 187:11
189:21 192:12,16
195:14 201:12,13
205:11 213:23,25
220:2 222:8
224:10 225:4
226:23 230:10
233:4 234:23
244:5 245:17
246:10 249:18
250:21 252:3
259:21 260:15,21
263:23 264:1
271:21 273:4
279:15,20 280:2
281:22 282:23
284:7 286:20
287:5,25 288:23
292:18 298:10,16
300:6 302:4
303:12 307:16
312:5,13 313:23
316:10 318:13
320:21 325:17
326:7 327:3,15
329:22 331:12
332:3 333:21
**old** 128:15,25
**oldenkamp** 85:12
90:12 167:6
**older** 176:7,11
**once** 64:6 95:15
148:25 151:18

158:5 198:5
261:24 316:4
334:4
**onepage** 207:21
304:8
**ones** 33:3,20 130:20
131:11 156:21
230:8 265:5
274:23 278:6,7
**onesided** 314:22
**onetime** 272:16
**ongoing** 272:14
**open** 180:15 238:15
238:19,24
**operate** 90:16
**operated** 206:15
208:14 271:25
**operating** 198:16
**operation** 23:21,24
24:2,5 25:20
253:25
**operational** 326:6
**opinion** 54:17 71:2
282:16 299:14
313:24
**opinions** 277:15,19
**opportunity** 60:15
82:3 110:25 111:1
176:4
**opposed** 83:4 91:13
91:15 116:11,12
164:17,24 165:2,3
165:16 171:13
173:18
**optimism** 93:14
**option** 65:12,13
66:1 78:19 97:19
127:3 135:8
264:20
**options** 65:6,17 66:2
97:16 180:15
**oral** 211:6 234:25
**orally** 211:10,11
**order** 77:9 85:14

HIGHLY CONFIDENTIAL

86:13 108:24
146:17 287:4
307:4 317:4
323:18
**ordered** 330:14
337:10
**ordinarily** 321:22
**organization** 47:16
47:19 48:6 58:14
245:21
**organizational** 42:3
**organizations**
274:25 297:22
298:2
**organized** 195:19
**original** 39:12
110:24 161:22
162:10 337:9
**originally** 162:15
292:4
**ornoquestion** 44:25
**ostrand** 13:4 188:25
189:4,9
**ostrander** 9:4,20
30:7 98:16 99:3,22
112:24 113:1
120:12,20 172:1,2
172:15,20 191:13
191:15 192:11,18
192:23 193:11
298:12,16 299:5
**ostranders** 260:13
298:19
**outline** 271:18
**outlined** 198:18
267:7,24
**outlook** 216:19
**output** 196:19 197:1
238:21,25 247:8
**outset** 75:24 129:15
317:2
**outside** 154:23
209:25 246:8
272:22 277:23

306:23 307:18
**outsource** 155:2
272:8
**outsourcing** 155:1
155:13 272:4
273:6,7
**oval** 157:5,11
278:12
**overall** 57:17,18
255:3 271:20
**overlooked** 208:18
**oversight** 178:6
**overturned** 108:5
**owned** 147:24
205:10 206:15
208:13 254:9
271:25 280:17,18
280:23 285:22
**owner** 25:14,23
**ownership** 139:2
**owns** 252:24

_____

**P**

**package** 123:7
163:5 237:4
251:12
**packet** 10:17 14:12
14:16 104:24
105:10 123:3
**packing** 273:23
**page** 2:23 3:20 4:20
5:22 7:3 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1,22
16:1 27:23 51:3,7
60:3 63:6 64:22,24
66:7 68:3,9 83:24
83:24 84:1,12,24
84:25 85:1 90:10
92:21,23 96:1 97:4
97:5 98:23 99:2
100:14 101:24,25
101:25 102:4
103:6 104:23

105:9,12 107:8
108:2 112:18
113:5,11,12 124:5
124:12,17 137:2
139:5 142:18,19
160:20 163:25
164:5,7 169:16
170:18 171:23
173:4 193:25
218:21 219:2,16
222:24 228:21,22
231:4 232:10,12
232:13 236:11
237:5 244:20
245:17 259:11,24
260:13 263:23,24
266:18,23 267:16
271:22 275:7,24
281:23 287:4
288:19 292:12
293:18,20 309:2
309:20 327:10
329:24 338:7
**pages** 65:12 101:16
142:19 169:11
244:7
**painful** 335:8
**papetti** 254:8,9
**papettis** 253:2,3,5
254:8,10,12,16
274:4
**paragraph** 30:3,5
30:15 31:17 69:12
69:16 70:12,22,24
113:21 114:6
118:24 139:6
140:13,21 219:1
219:15 232:16
236:1,10 288:23
302:2 330:1,5,6
**paragraphs** 73:4
**pardon** 306:12
**paren** 223:11,11
**parent** 280:18,23

**parenthesis** 106:20
223:13,14
**part** 42:21 58:6
64:25 66:9 75:17
84:6 87:24 96:16
96:17 98:3 104:7
106:22 113:10,13
114:16 144:23,24
148:3 157:8
162:24 163:5
170:8 180:11
189:5 210:3 255:3
257:14 261:8
286:22 287:9
317:3,5,15
**partial** 27:20
**participants** 81:6
101:7
**participate** 41:5
52:15,20 59:15
60:24 77:10 78:14
80:24 120:11
132:9 186:6,9
196:16 197:2
295:12 312:23
**participated** 41:9
101:12 169:13
**participating** 311:5
331:10,14
**participation** 28:2
28:11 29:1 33:10
34:6 37:13 38:14
83:2 199:3 246:14
**particular** 20:12
23:17 26:5,12
28:16 39:12 43:1
55:11 60:12
101:10 115:10
116:7 149:6
153:16 154:8
198:7 207:4 241:6
270:2 283:13
311:4 314:1
320:23 321:4,8

**VERITEXT REPORTING COMPANY**
www.veritext.com
(212) 279-9424      (212) 490-3430

327:8
**particularly** 178:17
**parties** 17:8,25
  22:22 23:15 155:8
  160:1 337:10,13
  337:15
**parting** 184:15
**partner** 140:2
**parts** 250:19
**parttime** 25:19,21
**party** 277:18 337:10
**pass** 77:16 168:23
  170:10
**passage** 97:11,13,20
**passed** 62:18
**pasturize** 251:12
**pasturized** 251:6,9
**patience** 315:17
  326:24
**patient** 290:9
  334:24
**pause** 159:13
**pay** 73:10
**pearl** 168:14
**pending** 43:21 53:17
  55:17 56:9 57:1
**pennsylvania** 1:2
  4:6 5:9 23:22,25
  24:2,13 63:19
  265:7
**penultimate** 288:23
**people** 66:12 72:16
  77:2 79:6 98:18,25
  100:22 108:11
  112:5 117:25
  119:10,18,23
  126:25 127:1
  150:11 156:17
  168:1 186:22
  221:14 226:23
  248:12 251:22
  297:11,14 298:3
  302:9 306:6 309:5
  314:10 326:2

335:9
**pepper** 5:6 19:1
**pepperlaw** 5:11
**perceived** 108:25
**percent** 77:8,14
  81:7,11,15 82:6
  83:1 84:17 86:15
  86:21 89:5 91:22
  108:21 114:19
  115:14,25 116:4
  116:11,17 122:18
  124:8,18 125:2,9
  126:1,17 127:17
  128:4,17 129:2,22
  135:22 136:4,13
  137:20 139:14
  143:2 158:11
  161:4,12 163:16
  168:3 170:2,15,16
  170:22,23 171:5
  171:13 173:1,6
  206:12 208:11
  209:15,23,25
  210:11 223:9,23
  261:16 264:14
  269:13 283:24
  292:1 316:20,22
  316:24 317:12
  318:4,6
**percentage** 58:21,22
  59:1 283:21
**percentages** 210:3
**perception** 186:19
**perfectly** 44:15
**performing** 328:7
**period** 24:12 41:4
  41:10 76:4 82:13
  82:18 89:9 93:16
  94:7,24 110:15,22
  114:15,22 115:10
  115:11 136:13
  137:23 141:5,16
  144:19 157:20
  158:9 161:4,12

170:12 176:20
  180:22,23 190:11
  200:15 201:6
  209:21 215:15
  258:14 264:6
  280:17,22 282:9
  284:5,18,23 286:9
  296:22 297:9,19
  303:11 307:7,11
  308:9 310:23
  317:7 323:21
  324:13 325:14
**periodically** 49:16
  72:5 94:25 96:8,23
**permissible** 199:18
**permit** 311:9 312:2
**permitted** 212:5,22
**permitting** 312:3
**person** 35:7 92:4
  158:1 184:12
  193:9 198:7
  284:19
**personal** 28:22
  34:14 35:13,22
  38:2,11 183:19
  184:2,8 192:15
  195:23 198:14
  199:8,8
**personally** 37:1
  63:13 132:21
  171:8 179:12,14
  190:12 191:4
  228:18 239:11
  242:5 247:15
  294:25
**persons** 198:8
  331:16 337:15
**pertained** 317:23
  318:4
**perunit** 319:16
**peta** 298:24 299:6
**ph** 294:2,7 300:2
  320:12
**phased** 259:22

260:2 261:12
  327:11
**phasein** 137:12
  139:8,13 141:3,4
  141:14,16 142:1
  143:1 144:19
  158:25 163:16
  174:8
**phases** 158:13
**phasing** 158:13
  159:10
**philadelphia** 5:9
**philosophies** 76:17
**philosophy** 76:20
  101:4
**phone** 2:19 3:8,17
  4:9,17 5:10,19 6:9
  6:17 18:20,24
  60:15 241:1
  315:21
**phones** 17:5
**phrase** 38:10 58:6
  87:2 317:20
**phrased** 212:12
**pick** 17:3 133:18
  189:21 253:23
**pilgrims** 223:11
  228:2,3,5
**place** 17:5 51:25
  82:4 83:1 117:19
  166:1 215:9
  226:15 247:1
  316:25 321:2
**placed** 319:12,18
**plaintiff** 2:12
**plaintiffs** 3:3,12
  18:4,7,21,22 26:21
  27:17 193:19,22
  194:8 240:3,13,16
**plan** 46:5 51:25
  137:14 141:20
  258:20 307:6
  321:7 323:21
  325:14

HIGHLY CONFIDENTIAL

planned 258:15
278:10
planning 14:12,16
15:8 16:4 41:13,15
41:18 42:18 45:10
45:25 46:5,9
143:20 156:13
215:24 216:7
217:3,7 218:17
222:20 223:23
226:19 228:8
233:15,23 234:4
235:25 236:5
237:23 245:13
257:25 265:14
271:14 282:22
315:21
plans 246:4 258:2
plant 22:1 25:11
253:25,25
play 25:4 174:7
played 21:17
playing 110:13,17
112:3 301:3
please 17:2,4 20:6
30:5 38:7 44:23
50:11 133:14
162:2,6 172:7
182:4 193:25
214:14 225:12
240:1 281:20
282:19 286:19
298:6 301:18
302:3 317:18
322:10,22
pleased 111:9
plus 93:16 173:18
point 20:3,5 23:4
25:14 30:16 39:23
42:23 45:18,21
75:2 76:8 78:24
79:2,14,16,22 81:4
81:10 91:21 94:2
97:12 110:2,19

111:5,23 115:12
118:1 127:24
128:1,13 129:13
131:6,12 134:10
135:4,13 140:14
140:16 142:7
144:22 145:9
146:14 149:3
150:8 154:8
155:20 156:19
159:2 161:1,9,16
172:22 176:5
178:1,5 181:20
183:12 214:21
216:10 217:21
220:19 221:22
222:13 225:11
229:16 256:24
261:23 265:6
269:15 270:23
274:8 305:10
321:1 327:24
334:16 335:5,6
pointed 133:1 139:4
325:12
points 137:10
269:12
policy 15:4 77:25
78:3 82:5 105:12
243:10,18 244:19
244:23 263:20
284:20 287:15
322:3
porter 4:5 18:11
porterwright 4:10
portion 173:21
250:22 309:14
portions 123:6,12
portrait 259:24
posed 35:24 178:19
213:12,15 214:21
282:1
position 21:3,8,15
23:10 25:8 30:23

31:12,20 39:24
53:23 68:18 116:3
119:13 129:9
134:10 160:7
174:15 192:3
213:3 278:20
positions 21:8,18
28:3
possibility 32:21
114:18 157:6
possible 45:16
103:10 189:11
198:17 199:12
290:10 301:15
possibly 176:7
post 102:23 156:20
potato 195:8 203:4
245:22 246:13,18
246:25
potatoes 246:17
potential 111:12
124:7,17 135:9
potentially 91:17
127:2 250:23
poultry 6:3 19:7
104:4,5,6 203:23
286:8,15,17
pound 260:17
261:21
pounds 150:15
173:11,16 249:11
249:13,19,20,22
practical 86:17
practice 178:15,22
178:25 179:16
208:20 209:1
212:20 244:21
329:12 331:8
practices 146:10,11
pre 153:9
preamble 85:13
preceding 41:4
precipitated 214:9
precisely 94:1

preclude 185:17
precluded 91:22
precooked 201:15
prefer 77:2 117:5
prejudiced 143:23
premise 87:8 88:1
premises 200:6
252:17 298:4
preparation 175:5
prepare 28:14 33:23
33:25 34:25 35:3
35:21 37:4,22
38:20 239:3 283:6
prepared 35:19
79:19 122:16
231:12 240:9,12
preparing 38:3,13
present 6:21 17:23
22:11 23:13 40:4
41:6 46:2 49:9
103:18 158:6
185:9 331:9,13,14
331:17,24,25
332:6 333:6
presentation 202:23
246:10
presentations
202:19 204:11
243:17 244:13,17
presented 53:16
56:8 65:17 106:14
107:11 109:6
202:22
presenting 103:7
preserve 129:20
preserved 20:23
president 20:17
21:13 64:13 68:14
68:19 104:3
136:17 305:7,12
presumably 82:22
pretty 22:4 123:12
178:20 244:2
278:9

HIGHLY CONFIDENTIAL

36

prevailing 321:24
prevent 88:2,11
 89:1 129:7 143:24
preventing 85:16
 87:3,17
previous 152:12
 168:19 278:20
 335:19
previously 84:15
 107:3 130:12,18
 168:2 234:25
 237:15 298:7
price 93:16,23 94:10
 203:20 232:18
 284:10 288:15
 289:6
prices 70:17 73:11
 92:15 93:19 94:13
 197:9 249:6 285:6
pricing 203:16
 256:8
pride 228:3
primarily 24:2 48:8
 53:2 54:1,21 57:23
 57:24 68:23
 100:22 115:4
 248:16,20
primary 23:20
 155:19 156:21
 187:12 201:9
 228:17 247:18
 251:14 252:3
 262:1 284:19
primera 279:5,10
 279:12 280:3,16
 280:17,23
primeras 280:18,23
principal 284:9
 285:13
prior 21:5,9,14
 24:11,19,23 27:10
 30:11 40:21,24
 81:10 91:16
 121:24 148:15

156:12 176:3
186:7 209:18
227:20 280:3
288:17
priority 76:15
private 17:4
privilege 213:4,9
 225:7,8,8 241:6
 279:17
privileged 43:5,9
 212:14,16 213:19
 241:3
proactive 111:7
probably 21:13
 79:24 91:24 96:19
 102:20 119:2
 123:11 130:20
 131:10 135:7
 145:9 158:20
 177:3 190:5
 202:25 209:17
 210:7,17 249:8
 256:23 262:20
 267:17 268:7
 273:17
probe 288:15
problem 54:19
 87:21 88:21
 177:21 308:8,10
 325:13
problems 53:18
 55:17 56:10 57:1
 106:14 227:9
procedure 40:20
procedures 252:13
proceed 19:16 35:25
 38:22 42:4 195:3
process 21:25 22:1
 40:17 41:18 74:12
 98:4 108:14 136:7
 155:25 158:3
 159:7 196:19
 243:22 251:11,12
 300:21,22 311:10

processed 1:5 17:19
 196:22 279:7
processer 91:21
processing 25:19
 48:11,13,18,25
 49:5 57:20,25
 196:23 223:16
 273:22
processors 90:14,15
 91:7,8,18
procure 22:21 24:5
procurement 15:8
 20:18 21:19 22:6,9
 22:12 23:14 24:8
 157:25 160:7
 174:15 189:5
 247:19 248:9
 269:19 270:1
 271:14,19 274:22
 282:21 326:1,2
procures 23:18
produce 23:15
 196:22,24 200:20
 200:24 201:15
 219:4,19 240:8
 285:17,18
produced 95:21
 123:24 160:11
 185:10,21 205:11
 206:13,14 208:12
 208:13 209:15,23
 266:12,16
producer 9:14 10:8
 10:12,16 78:4
 86:14 91:20
 100:16,21 104:7
 104:16 105:1
 108:3 120:3,8
 166:17 167:3,20
 175:24 178:13
 197:18 204:19,22
 204:25 205:5,14
 215:20 234:19
 253:6 254:13

255:9 258:8
261:16,25 262:20
263:13,16 266:1
279:7 280:13,20
313:9 316:22
319:6,12 333:23
334:5
producers 5:3 7:22
 14:8 19:2 22:17
 40:13 48:9 49:10
 50:3 58:11,12,15
 73:7,16,22 77:25
 80:20 81:25 85:19
 85:21 105:20
 106:5 108:20
 115:3 116:22
 117:24 120:9
 176:2,4 190:18
 195:16 197:17
 201:25 204:15
 207:23 216:22
 237:6 252:16,21
 252:22,23 264:9
 265:4 306:24
 307:19 309:13
 311:6 317:10,13
 317:24 318:5
produces 220:25
 221:8,9 257:7
producing 49:6
 115:1 223:14
product 68:25 115:5
 128:12 130:24
 135:9 264:25
 279:3 305:16,23
 306:25 307:1,20
 307:24 308:12
 310:12 323:6
 325:12
production 21:25
 48:10,10 57:13,23
 58:5 77:9 90:16
 94:4 126:5 196:4
 203:13 223:10,16

223:17 249:24
251:25 259:22
260:2 263:6
266:15 271:25
272:6,6,7,11,23
273:16 285:15,24
310:23 311:5,13
312:6 317:14
318:14,15,16,20
327:11
**productivity** 263:4
**products** 1:5 20:14
54:21,22 57:6,21
68:21,23,24 91:19
139:18 185:16,21
186:13,21,24
196:23 203:14,17
223:13 246:14
248:25 251:1
265:23 267:8,25
279:8 302:20
303:18 305:8
306:23 307:4
323:19
**profit** 118:9 119:11
**profitable** 73:11
**program** 12:9 29:1
29:8,25 30:9,11,12
30:22 32:9,19
33:11,13,24 34:20
36:4 74:24 75:1,8
75:9,11,15,21 76:5
77:7,10,15 78:10
78:19 79:3,24 81:7
82:3 83:3 84:14,21
85:15 86:8,11
88:10 89:6 91:23
111:15 114:9
122:19 124:23
125:7,8 126:25
127:1 128:5
129:14 131:25
132:9,23 133:10
139:25 140:3

143:3 145:3,22
147:12 148:19
150:5 165:12
173:1 175:2
176:17 177:22
178:2,11 179:10
179:21 180:1,7,12
180:20 182:21
184:20 190:9,10
190:14 191:1,7,16
191:23 192:20,25
193:13 196:14,16
243:1,3 246:25
252:19 260:23,24
261:2 265:21,22
265:25 267:7,8,10
267:24,25 268:2
269:7,8,11 271:20
290:19 299:20
300:7,20 302:25
312:7,20,24
316:23 317:1,5
321:2,4,8 322:13
330:1
**programs** 79:12,12
80:2 180:5
**prohibit** 178:24
**prohibited** 176:16
329:11,25 332:5
**prohibition** 178:2
**project** 255:16
256:2 269:23
270:2,21 277:14
277:17 278:3,13
280:11 311:20,25
**projected** 260:4,10
286:1 327:22
**projecting** 159:4
175:11
**projects** 155:14,18
155:23 255:6,6,12
255:15 278:21,23
**prominent** 130:20
131:11

**promoting** 299:19
300:20
**prompted** 214:1
**pronounce** 267:20
**proper** 225:12
**properly** 240:9
**property** 297:2,14
297:18
**proposal** 115:13,18
115:19,25 116:16
137:19 141:14
142:1,25 144:19
145:13 147:8
148:1,5,15,21
161:23 162:11,23
162:24 163:2,7,14
164:9 165:8
168:15
**proposals** 158:4
**proposed** 139:13
141:3 146:7 147:2
162:15 179:5
**prosecutors** 288:14
**protect** 85:14
212:15
**protected** 201:21
**protections** 238:16
**provide** 30:13
128:11 129:16
160:2,2 206:25
213:17 217:24
218:7 233:8 234:9
275:13
**provided** 78:20 88:7
207:9 231:11
257:24
**provision** 80:19
81:2,13,22 108:17
**public** 2:6 59:9
337:24 338:25
**publicity** 298:23
**pull** 78:18
**pullet** 319:15
**pullets** 319:11,12,17

330:14
**punching** 143:14,21
**purchase** 78:1,5
80:20 81:25
134:12,25 272:21
**purchased** 79:20
206:14 208:13
**purchaser** 2:12 3:11
18:22 193:19
240:2
**purchasers** 36:12
281:18
**purchases** 23:19
246:14 249:3
258:9
**purchasing** 22:17
23:1,7 270:18
**pure** 255:22
**purported** 36:2
**purpose** 48:8 69:2
107:24 187:13,20
196:18 298:4
**purposes** 24:1 37:8
204:23
**purview** 325:24,25
**put** 20:19 32:1 33:5
34:7,17 54:6 83:1
88:10 108:13
149:4 172:24
194:25 254:4
300:13 307:5
317:4 323:20
331:15
**putting** 178:11
**pv** 300:22

**Q**

**qualifications** 29:13
**qualified** 210:10
**qualifies** 204:18
215:19 235:16
**qualify** 234:18
**quality** 264:24
305:12,13

HIGHLY CONFIDENTIAL

**quantitative** 327:20
**quarter** 128:9
**question** 20:5 27:8
  31:25 35:24 38:8
  43:4,16,20,23 44:5
  44:10,14,17,20,21
  44:22 45:7 47:23
  48:2,8,22 50:18
  53:3 56:22 57:9
  62:6,25 67:9 74:6
  80:11 81:21 87:14
  96:13 98:14,21
  107:22 109:17,21
  114:13 120:20
  121:10 122:8
  123:2 127:5
  128:25 138:19
  142:21 152:20
  153:2,6,9 160:18
  178:19 182:7
  187:9 193:5,6
  198:24 199:7
  210:22 211:22
  212:8,11,12,15
  214:7,16,20,21,23
  215:11 217:5
  219:13,24 220:5,7
  220:7 221:16,16
  222:1,9,11 224:1,9
  224:13 225:15,17
  225:21,25 226:14
  227:10 232:23
  236:19 245:4,8
  263:22 277:6
  280:8 282:1 287:8
  287:20 290:15,18
  291:4 292:11
  306:13 312:3
  314:6 317:16,18
  318:13 319:3
  322:10,15 325:9
  326:6 335:13,15
  335:17,19
**questionable** 219:5

219:20 221:1
  232:20 236:4,14
**questioned** 317:7
  332:15
**questioner** 212:10
**questioning** 29:10
  210:25 291:15
  316:5,7
**questionnaire**
  266:23 268:12
**questions** 43:11
  84:9 96:15 133:15
  138:17 193:20
  200:8 212:5
  213:12,15,17,18
  281:19 289:13
  291:13 293:15
  299:9 315:20,22
  315:24 316:12,19
  319:22 320:24
  321:21 326:10
  328:10 332:8,10
  333:18
**quick** 107:17 189:10
**quicker** 137:12
**quickly** 53:20 56:12
  57:3 86:6 174:18
**quiet** 225:13 334:23
**quinn** 2:16 18:3,6
**quinnemanuel** 2:20
  2:21
**quite** 67:24 79:13,17
  80:4 162:5 213:8
**quotation** 285:8
**quote** 65:1,1 85:14
  93:12 113:21
  256:21,25 267:4
  297:2,3 299:20
  306:19 322:12
**quotes** 256:19

_____

**R**

**radical** 298:25
  299:7

**raise** 335:7
**raised** 120:14
  144:18 153:12
  215:10
**raising** 214:23
**ramp** 136:13
**ramping** 135:16
**rampup** 161:4,12
**ranch** 6:12 19:12
**randon** 200:12,13
  210:19 218:2
  235:1 245:19,23
  247:11
**range** 14:12,16 16:4
  39:18 41:13,15
  42:18 45:9,25 46:5
  46:5,9 104:15
  200:17 215:24
  216:6 217:3,6
  218:17 222:20
  226:19 233:15,23
  245:13 265:14
**rare** 59:24
**rate** 257:16 337:11
**rated** 282:21
**rates** 258:6
**ratify** 168:21
**rayle** 3:13 7:8 31:10
  36:11,11 240:13
  281:15,17 287:2,6
  288:3,9,11 289:10
  289:18
**reach** 116:5 135:22
  137:20 171:5
  174:9
**reached** 44:2,7
  45:11,17 134:10
  135:20,25 136:1,4
  235:19
**reaction** 15:18
  65:16 116:22
  145:12 298:24
**reactions** 299:6
**read** 30:15 31:16

56:7,18 63:25 87:1
  128:24 144:15
  152:17 153:11
  208:21 219:13
  223:4,19,20
  227:25 229:9
  243:23 283:3
  291:21 302:2,5
  330:4,17 331:2
  335:16,18,25
  337:17 338:3
**reading** 69:23 138:5
  140:8 144:14,15
  236:8 259:12
**reads** 327:10 329:22
  329:24 330:23
**ready** 79:13,17 80:4
  84:9 172:9,11,12
**real** 137:11 184:4,14
  197:2,6 202:10
  229:17 314:18
**really** 22:3 41:19
  43:25 53:7,11 54:4
  54:16 79:6,7 97:17
  97:17,18 108:12
  110:25 118:12
  137:13 145:17
  178:19 179:5
  182:25 183:22
  187:20 199:20,21
  215:13 250:18
  254:23 255:22
  257:20 263:21
  272:13,19 278:19
**rearrange** 223:15
**reason** 22:20 52:11
  76:14 78:13 79:1
  86:24 89:21 91:1,3
  186:10 187:17
  191:14 193:14
  201:23 211:19
  251:8 253:18
  264:7 268:15
  277:6

HIGHLY CONFIDENTIAL

**reasonable** 38:19
166:7
**reasons** 77:5 87:15
102:14,18 116:12
171:12 180:13
**rebuild** 146:13
**rebuilding** 154:25
**recall** 33:19 41:22
43:20,25 44:3
45:12,13,15 46:7,8
46:16,23 49:16
52:7,9 61:2 63:9
63:14,15 65:16
70:2,4 72:3 74:11
77:23 80:18 84:22
87:25 88:15 89:7
90:23 93:22 94:1,5
95:4,5,17,18 99:6
103:9,10,13,17
110:9 114:22
115:12 116:2,24
121:17 122:15
123:3,6,15 127:24
130:19 132:5,7
134:13,19 136:9
137:18 138:5,11
138:23 140:14
141:12 142:4
144:22 147:7
148:1,14,20,22
150:12 153:22
156:15 157:16
158:21 167:3
168:7 170:17
177:3 180:21
181:7,18 183:2,6,8
184:17 186:10
189:15 195:9,12
198:10 202:17
207:5,6 210:2
211:14 214:15
215:2,15,15
217:18 218:9,11
220:20,21 222:13

227:19 228:11
230:15 231:1,21
232:4,6 233:19
234:6,12 235:8
237:3,21,21
238:18 242:14
244:16 246:7
267:12 268:4,13
269:17 278:8
282:14,14 283:13
283:19 286:18
290:16 291:14
294:13 295:4
296:18 297:9,17
299:11,22 303:12
303:16 304:17,19
306:9,11,14 309:5
310:25 311:25
313:10,15,17
318:1,8 320:24
322:15 328:9,14
329:13
**receive** 187:25
227:21 241:16
242:20 243:14
**received** 67:14,15
140:8 148:5
241:13 242:7
**receiving** 96:23
251:24 264:13,16
304:17 309:6
**recess** 89:25 134:1
238:7 271:4 281:8
289:23 326:14
**recipients** 8:12
69:20 72:22 288:5
**reclip** 42:10
**recognize** 50:19,21
101:20 102:10
160:20 207:25
329:7
**recognized** 140:1
300:8
**recollect** 142:7

**recollection** 28:22
37:9 38:2,12 39:8
42:17 45:7 51:17
80:5 92:3 94:17,23
96:8,22 106:7
111:19 121:1
122:9 130:5
131:17 138:12
140:7,11,16
142:23 144:16
148:23 163:12
182:9,18 204:12
215:21 226:9,11
226:17 227:15
228:19 296:7
297:16 302:7,12
304:21 305:21
310:9 312:4
**recollections** 312:5
**recommend** 51:22
84:13 236:24
**recommendation**
55:12 73:21 74:8
74:10,13 186:5,6
**recommendations**
49:10 72:5 236:3
236:13 237:2
**recommended** 56:3
270:20
**recommending**
229:7
**reconfirm** 214:5
**record** 17:2,9 20:1
20:21 36:8 89:23
90:2 94:2 128:24
130:4 133:24
134:3 137:9
159:16,18,20
188:10,17 194:5,5
212:19 224:11
238:5,9 240:19
257:4 271:2,6
281:4,6,10 289:21
289:25 290:13

298:11 326:12,16
331:8 334:21
335:10 336:3
337:8 338:5
**recorded** 93:12
313:13
**recording** 17:7
**records** 151:11
**recover** 76:10
**recovered** 70:17
**redirect** 334:16,18
334:20,20
**reduce** 49:11 53:5
70:15 71:18 72:6
145:1,21 146:18
147:10,17 148:2,5
148:17 149:8,17
187:5 262:6
**reduced** 259:14
260:8 262:12
**reduces** 150:2
**reducing** 49:20
150:20 187:13
**reduction** 71:8
84:16 327:10,22
328:1
**refer** 23:1 65:12
101:11 137:9
139:12 172:15
229:11 272:2
273:14 281:20
282:19 288:19
**reference** 51:6 63:5
85:2 173:10 214:4
228:2 230:12
270:5 281:23
285:7 294:20
296:5,11 299:1
302:24
**referenced** 55:18
60:2 84:2 102:4
108:1 222:2
**referred** 25:12
26:11 45:10 48:24

67:4 86:8 125:8
  145:6 170:14
  245:24
**referring** 26:16 53:1
  62:10 69:15 79:18
  80:8 94:18 98:5
  107:1 113:17
  121:25 125:1
  138:2 145:20
  152:4,23 154:4,7
  154:17 162:14
  201:3 275:19
  276:10 293:7
  326:3
**refers** 22:16 67:4
  175:20 271:23
  297:6
**reflect** 307:10
**reflected** 131:18
  163:1 164:5 217:8
**reflecting** 93:1
**refresh** 106:7
  142:23 144:16
  182:8,17 226:8
  302:7 304:21
  305:21 310:9
**refreshed** 302:12
**refreshes** 122:9
**refuse** 312:23
**regain** 176:12
**regard** 282:4
**regarding** 29:24
  30:7,20 44:3 45:12
  105:13 200:8
  202:19 203:12
  204:11 206:23
  215:18 218:8
  219:7,25 223:22
  228:8 230:14
  232:22 234:10
  235:16 237:19
  238:16,20,25
  239:5,9,18 240:23
  241:17 242:8,21

243:17 244:13
  245:8 246:13
  265:11 268:11
  270:9 275:25
  317:9 325:11
  328:12
**regards** 316:19
**region** 23:17,21
  40:12,13,15
**regional** 24:1 39:9
  40:11
**regions** 23:20
**regular** 69:6 272:17
**regularly** 272:19
**regulatory** 48:12
  196:3,3,8,10
  199:15 230:3
**reinstating** 116:13
**reiterate** 214:5
**rejected** 130:2
**relate** 58:14
**related** 24:20 30:11
  33:23 57:13 58:13
  76:7 91:4 110:3
  130:25 160:7
  199:10 246:3
  262:2,3
**relates** 1:8 178:20
**relating** 37:14 38:15
  185:6
**relations** 41:11
**relationship** 47:4,9
  47:12,13 69:8
  181:21 286:8
**relative** 237:23
  257:6 337:12,13
**relatively** 250:4,12
**released** 298:2
**rely** 35:22 272:22
**relying** 28:21 37:9
**remained** 82:4
  194:5
**rembrandt** 167:11
  251:19

**remember** 32:11,14
  41:24 42:25 45:5
  45:17,19,23 46:3
  46:10,11,15 57:4
  61:8 92:7,9 93:25
  103:20 107:19
  110:5,7 114:22
  115:8,9 116:19
  131:9 141:24
  142:8 149:4
  166:18 168:10,22
  177:24,25 178:3,6
  178:8 179:3
  180:21,25 181:4
  183:9 202:24
  215:5,8 218:10
  220:13 226:7
  228:4 231:17
  233:19 234:2,12
  234:13,15 237:25
  242:17 266:5
  272:12 283:15
  297:7,13,14,19
  299:25 312:1,2
  315:10
**remind** 80:10
  172:20 221:3
  335:14
**reminder** 94:6
**reminding** 183:24
**remodelled** 275:12
  276:3
**remotely** 17:24
**remove** 291:10
**renew** 225:22
**renewed** 85:21
  106:4
**repeat** 38:7 48:21
  73:19 87:14
  107:22 142:21
  161:6 198:24
  317:15,17 319:2
**repeatedly** 306:2
**repeating** 305:20

**rephrase** 40:23
  58:25 81:21
  242:10
**replace** 150:11
  151:9 159:4
**replaced** 151:14
  159:1 162:17
**replacement** 158:18
  175:18
**replacing** 159:8
**reply** 172:1
**report** 53:17 56:9
  85:8 117:18 137:7
  137:14 138:1,5,9
  138:13,24 139:6
  140:8 164:18
  216:1,3 233:9
  277:24
**reported** 1:25 53:9
  63:18 105:19
  216:4 337:4
**reporter** 2:6 18:23
  19:10,14 27:2
  80:15 188:22
  219:14,24 257:3
  273:10 313:3
  319:1 335:18
**reporters** 337:1
**reporting** 59:12,14
  108:8,25 203:20
**reports** 310:21
  311:1,12
**represent** 18:1
  27:15 34:8 95:20
  142:16 153:1
  194:7 242:2 284:3
  290:7
**representation**
  34:14
**representative**
  28:10,16,21 29:5
  32:7,13 34:5,13,18
  35:1 36:24 37:5,20
  37:23 38:21

HIGHLY CONFIDENTIAL

202:21 239:5
240:5
**representatives**
40:15 295:10,23
**represented** 53:3
105:19 242:4
247:12,15 328:4
**representing** 17:11
18:4,7,9,12 19:1,5
19:7,12,14
**represents** 281:17
**request** 82:19
172:15,18,23
211:2,6 213:1
240:8 274:20
277:7 321:16
**requested** 62:20
**requesting** 206:17
**requests** 206:22
**require** 310:7
**required** 77:8
170:22 243:22
265:9 316:22
318:5
**requirement** 77:14
81:6,11 83:2 86:15
86:21 89:5 114:19
116:1 168:3
261:12 292:1
**requirements** 59:14
108:8,9,9 109:1
125:20 135:18
146:23 147:3
148:3 164:12
165:11 169:20
210:12 321:4,8
**requiring** 82:5
150:15
**reread** 44:20,23
**rescind** 115:14
116:17
**rescinding** 114:18
**research** 195:23
**researched** 221:17

**resell** 317:10,24
**reserve** 240:6
**reserved** 337:18
**resolution** 60:1,6
62:18,20 63:1,2
109:5,12,23
**resources** 47:14,17
287:18
**respect** 23:14 28:11
28:19 32:6 62:25
74:13 274:3
**respond** 211:9 325:8
**responded** 299:21
**responding** 206:22
**response** 30:14
75:22 112:24,25
171:25 181:5
214:24 223:22
224:7 225:19
226:6,10 227:2,4
227:13 236:6,21
272:25 305:15
309:12 325:4
335:23
**responsibilities**
22:11 41:14
**responsibility**
247:18 284:9
285:14 287:13
**responsible** 206:21
246:21
**responsive** 212:14
213:18
**rest** 30:4 172:6
**restate** 45:5 48:2
227:6
**restraint** 111:15
114:1
**result** 70:16 97:13
97:23 125:2
169:24 330:25
**results** 230:20 233:9
**retail** 54:2,25 57:14
58:16,18,23 59:3

115:7 130:24
254:5 264:11
283:22 284:11,12
**retired** 248:3
**rett** 246:22
**return** 257:16
**returned** 207:14
230:20
**revalidate** 270:9
**reveal** 212:13
213:13,19
**revenues** 58:23 59:2
**reverse** 108:17
**reversed** 108:5
**review** 35:5 84:8
107:17 210:20
217:14 218:22
223:7 227:18
232:18,22,25
233:5,10 239:17
272:19
**reviewed** 243:24
272:17 332:3
**reviewing** 244:16
**reviews** 27:12 50:20
64:9 65:8,15 68:11
72:17 83:22 84:3
92:24 95:18 98:20
99:25 101:17
105:3 107:21
113:3 117:17
118:23 121:15
122:14 123:5
124:10 137:5
142:20 144:2
160:22 164:3
166:3 169:15
172:5,10,16 175:3
177:19 182:15
189:3 208:3
217:11 218:25
223:2 231:8
237:12 241:11
243:13 244:10

267:2 271:17
274:18 277:11
281:22 288:18
302:4 331:19
**rid** 290:20
**right** 31:5 55:25
56:13 57:12,15,22
57:25 62:12 63:5
64:11 78:22,23
81:8 82:23 87:5,18
88:13 97:9 101:6
104:6 106:5
111:16 112:1,4,7
112:10 115:10,12
115:23 119:1
125:14 128:15
129:18,21 133:5
140:22 141:10
146:16,25 149:7
149:20 150:5,7,18
150:24 152:7,11
154:18 155:7
163:17 167:22
169:1 170:24
171:6 173:2 180:1
182:15 190:23
191:23 193:7
195:4,14 198:10
201:11,23 205:10
205:22 208:7
209:20 217:19
223:3,21 228:2
229:1 230:11
232:8 237:9 238:2
240:7 242:13,20
244:11,18 247:17
249:10,21 252:11
253:1,14 255:14
255:19,23 256:8
256:14 260:5
262:16,17 264:24
266:22 270:24
273:11 274:6
275:5,11,23

**HIGHLY CONFIDENTIAL**

276:21 278:17
280:8 283:24
292:24 296:25
313:21 314:17
318:17 319:18
321:12 326:4
333:21,24 334:2,4
334:6,9,12 335:1
337:17
**rights** 297:10,22
**ripple** 258:12
**rise** 183:18
**roger** 8:5 46:13
166:5,6 216:10
**role** 21:17,23 23:13
25:4 69:3 70:1
100:9 115:24
157:25
**roll** 258:3 331:11
**rolling** 258:2
**ron** 294:17
**room** 17:24 60:12
60:19,22,23 61:10
200:4
**rose** 4:3 18:12 36:15
166:23 290:8
311:13,24 312:5
**rotated** 148:9,24
162:17
**rotating** 159:8
**rotational** 290:24
**rough** 126:3
**roughly** 77:23 78:11
204:16 257:9
260:17 261:20
**rule** 26:22 115:15
116:4,12,17
122:18 124:8,19
125:2,9 126:1,17
127:18 128:15,25
170:16 171:13
178:7 223:9,23
264:14 269:13
316:20,22,25

317:12,22,23
318:3,4,8
**rules** 87:22 108:13
195:19 217:14
318:10 335:3
**rumor** 283:15
**rumors** 102:21
**run** 253:22 256:19
256:21 273:10,11
273:25 274:2
**running** 221:4
**ryan** 6:4,10 19:6
168:6,8,8,9

— S —
**safety** 41:12 294:9
**sale** 57:14 58:24,24
58:25 59:2,3
185:11 187:5,14
203:13
**sales** 15:13 186:22
274:15,19,19
283:22
**salt** 217:4,8 218:6
218:18 230:16
231:15 233:1
234:9 237:19
246:24
**san** 5:18
**satisfied** 128:18
129:3 180:12
**saturday** 25:16
**saw** 33:17 92:8
124:11 130:1
186:17 228:4
241:13
**saying** 31:1,23
62:10 78:23
118:15 129:8
147:25 153:22,25
162:9 163:6
170:25 184:3
189:9 219:11
**says** 28:25 30:4,5

31:3 51:20 52:4,17
53:15 56:7 63:1
64:17,23 65:5
69:11 70:12,13
71:16 84:12 85:12
85:25 87:1,15
90:12,19 94:12
96:1 105:12,17
106:13,20 107:10
113:21 118:7
124:22 125:14
139:16,17,24
140:21,22,25
147:17 162:2,5
183:17 198:15
219:23 241:3
267:21 291:25
292:23,25 293:5
297:1 298:22
305:1 306:19
309:8,10 310:3
322:22 323:23
327:12
**sbcglobal** 3:18
**scale** 131:14
**scenarios** 114:1
174:7 202:12
**schedule** 27:25 73:9
137:12 139:8,13
158:12,15,25
217:9 295:17
**scheduled** 1:17 73:8
73:17,23 84:16
168:20 295:14
**schedulers** 248:11
**schedules** 158:18,19
320:15
**schnell** 101:11
184:22
**sciencebased** 190:25
299:20
**scientific** 36:22 37:1
178:16 300:14
**scientist** 299:24

**scientists** 300:8,13
**scope** 22:10 68:21
199:18 222:2
**scott** 3:13
**scratched** 229:6
**scribble** 162:8
**seal** 337:19
**seat** 289:17
**seated** 40:18
**sec** 109:16
**second** 51:3 60:2
64:22 69:11,16
70:11,22,23 84:4
84:11 96:17 97:4
101:24 104:23
111:10 113:12
118:24 142:17
159:14 163:25
164:7 169:16
218:21 219:2,16
229:1 232:9 236:1
236:10,11 282:25
286:25 292:12
297:1 302:2
**secondary** 278:11
**seconded** 51:22 63:2
84:13 85:13 90:13
107:13,25 109:24
292:13 293:6
**seconds** 315:24
**section** 92:22 93:1,7
102:13 244:8,19
271:23 282:25
**secure** 258:17
**see** 27:25 28:7,25
29:2 37:16 51:5,8
51:19 52:2,4 53:21
55:23 56:6,13
64:16,22 65:3,5,9
65:11,14 66:7 68:8
69:10,13 70:9,19
71:20 72:14,18
73:3,12,20 74:3,5
74:18 84:2,18,25

85:4,11,23 87:5
90:17,21 92:21
93:10,20 94:15
95:25 96:3 100:18
101:15 102:2,8,14
104:24 105:4,11
105:15,17,23
106:13,18 107:10
120:17 124:6,9,16
124:20,22 125:16
126:9 137:4,6,16
139:5,10,16,22,24
140:5 161:20
163:25 164:7,13
164:25 165:7,13
165:17 169:12
172:4,17 177:9,18
184:11 188:25
189:2,7,13 195:3
206:16 218:24
232:19 236:11
237:22 241:9,16
252:5 260:7,19
267:1 275:3
293:24 294:5,11
294:20 296:5,16
297:4 299:1
301:25 305:3
307:2,8,21 309:22
309:23,24 313:5
327:13,17 329:20
330:6,8,9 331:20
**seeing** 95:17,19
123:3 207:5
**seek** 212:22 244:23
244:25 245:7
**seeking** 27:17 147:9
**seen** 27:10,13,20
64:8,10 123:6,7,12
123:15 207:13
270:4 288:16
**seger** 166:6,10
**segment** 54:25 57:7
57:16,18

**segregate** 308:11,15
310:5,12 321:7
**segregated** 307:1,20
321:10
**segregation** 89:13
321:19
**selected** 40:10
117:24
**sell** 58:18 68:25 78:5
80:20 81:14 82:7
86:19 91:9 108:19
128:16 129:1
135:4 136:5
144:25 147:9
154:12 161:3,11
163:15 169:25
170:23 197:1
279:3
**selling** 58:16 69:8
109:2 137:10
223:9,12
**sells** 219:3,18
220:24 221:8
**seminars** 202:18
**senator** 295:20
**send** 72:5 94:25
96:8
**sending** 99:6
**senior** 59:21 64:12
158:7 287:21
**sense** 200:6
**sensitive** 17:3
**sent** 29:18,20 64:13
69:20 72:15 98:16
98:18,24 99:3,22
112:22,24 113:5
137:3 138:6 144:5
171:24 174:24
177:11 181:23
189:1,8 194:23
231:19
**sentence** 219:2,16
236:11
**separate** 43:14

103:22 223:17
317:11
**separated** 250:25
**september** 15:9
271:15 272:10
288:14
**series** 135:14 329:19
**serious** 97:18 110:7
**serve** 28:10,15 37:4
37:22 38:20
216:14
**served** 28:4 265:13
**service** 203:21 250:9
250:24
**services** 6:3 17:12
19:8 21:13 195:11
196:12 203:20
217:25
**serving** 40:2,22 41:1
**session** 188:14
**sessions** 116:9
**set** 41:17 94:21 99:7
102:17 135:21
136:12 282:17
284:19 287:15
292:10 293:18
308:23 322:12,13
**sets** 117:3 308:25
**setting** 284:10
**seven** 70:18 156:13
164:16,23,23
165:1,2,15 254:24
254:25 258:4
**sevenplusyear**
156:14
**share** 47:17 137:14
250:11 252:6
**shared** 32:23 47:14
127:16
**sheet** 166:4 327:5,5
**shell** 13:5 22:13,17
22:18,21,25 23:7
23:14,19,25 24:5,8
54:2,2,25 58:16,19

58:24,24 59:3
66:15 67:7,19 73:6
73:15,22 90:14
91:7 115:7 173:19
173:21 174:3,3
185:16,17 186:20
186:23 189:10,20
196:22 197:4
203:17 248:18
252:4,19 253:5,13
253:23 254:5
256:23 264:11
283:22 284:10
285:14,16 286:10
286:11
**shells** 252:6
**ship** 307:4 323:18
**short** 316:19 317:4
**shorter** 137:23
256:14
**shorthand** 2:5
**shortly** 228:13
**shortshelflifeliqui...**
68:24
**shortterm** 54:17,18
**shouldnt** 263:17
335:11
**shouldve** 269:3
**show** 63:21 72:8
105:4 130:4
151:11 169:12,16
173:5 181:22
205:22 207:20
218:15 222:18
239:23 243:8
266:10 271:11
274:13 277:2
**showing** 125:24
217:1 259:17
**shows** 94:8 143:5
257:9
**sic** 106:9 206:13,15
328:22
**side** 22:2 48:10,10

48:13 115:4,5
167:8 175:12
184:3 196:4
251:25
**sidelines** 267:11
268:3
**sign** 208:20 335:25
337:17
**signal** 74:19
**signature** 208:5
243:23
**signed** 136:3 148:12
150:19 156:9,22
157:14 159:6
178:4 207:8,14
208:1,8,15,16
209:9 237:11,17
306:20
**significant** 94:10
265:17 275:13
321:16
**significantly** 92:15
**signify** 327:19
**signing** 208:16
**silent** 234:4
**similar** 65:20 207:1
207:8 231:10
267:15 275:23
276:7 280:10
283:18
**similarities** 101:3
**similarity** 100:23
**simple** 31:24 321:25
**simply** 54:11 149:16
213:8 313:24
**single** 68:3 123:24
160:19 283:25
**sir** 36:13 288:17
289:2 293:20
**sit** 267:11 268:3
320:18
**site** 162:19,21
251:25 256:5
260:23 261:6

278:14
**sitting** 32:12
**situation** 57:5
**situations** 278:24
**six** 70:17 149:10
164:16 165:3,16
198:3
**sixhour** 228:13
**size** 49:11,20 53:5
70:15 71:8,18
84:16 125:18
145:1,21 146:13
146:19 147:11,11
149:14,21 171:5
202:2 259:15
**sizes** 72:6
**slaughter** 73:7,9,16
73:23
**slides** 70:8
**slightly** 115:6
261:11
**slotted** 320:15
**slow** 286:24
**small** 47:15,19,19
48:6,7 57:16 59:6
167:2,2 190:17
248:7 252:13
276:20 280:9
**smaller** 49:4 252:13
252:15
**sold** 82:14 164:12
185:24 205:3,12
280:25 281:1
283:22 284:11
**solely** 28:21
**soliciting** 277:22
**solution** 65:1 66:10
**solutions** 201:10,14
**somebody** 78:17
126:23 214:16
235:22 254:7
278:24 284:12
287:21 289:7
295:20

**someplace** 126:24
**somewhat** 294:24
306:15
**sons** 267:18,22
268:2
**soon** 189:11
**sooner** 145:23
148:19
**sorry** 23:22 38:7,9
42:15 48:19 67:15
78:10 80:9 87:14
95:8,10 98:20
109:20 120:23
123:17 142:18,20
152:16 164:22,22
164:23 169:10
182:10 216:2
219:12 236:7,10
238:22 245:11
257:11 272:5
282:20,23 292:14
328:25 333:13
**sort** 53:13 59:11
96:14 226:16
277:14 286:7
**sound** 210:5 221:6
283:24
**sounds** 78:22 252:10
**source** 306:21
**sources** 102:22
**sourcing** 22:13,16
23:6 175:15
269:20,25
**south** 2:3 4:15 6:15
17:17 24:6 252:16
258:22
**southwest** 253:9
**space** 139:8 148:8
149:19,20,22,22
149:23 150:21
153:17,19 261:12
330:24
**spacing** 259:13
**sparboe** 101:8 132:4

132:7,8,10,19
184:23,24
**speak** 78:18 111:10
116:6 118:12
226:25 228:10
247:10 295:15
300:15
**speaker** 294:16
**speakers** 293:23
294:2 296:1
320:11
**speaking** 272:3
277:16 334:25
**spec** 264:18
**special** 115:20
**specialty** 23:3
**specific** 35:4 39:8
43:22 44:1 76:5
87:21 89:12 127:5
148:20 302:24
310:7
**specifically** 29:23
30:20 39:4 46:15
46:17 60:10 61:4,8
89:8 94:20 121:3
139:4 140:10
181:8 192:9
198:10 213:13
216:15 220:21
235:11 238:1
239:6 268:13
281:23 288:19
294:15 296:10,20
297:8 303:21
309:7 312:9
**specifications** 89:13
**specifics** 57:4
220:13
**specified** 307:25
**speculation** 66:18
66:25 67:22 71:12
111:18 126:21
127:21 141:7
193:2,4 229:13

HIGHLY CONFIDENTIAL

45

230:25 232:3
250:7
**spend** 248:24
**spending** 255:17
**spent** 49:24 51:24
79:9 134:17
**spin** 65:23
**split** 209:22 313:18
321:21,23
**splitters** 313:21
**splitting** 313:19
**spoke** 104:8 121:19
122:11 294:23
295:7 335:9
**spoken** 131:15
184:18 295:2
**sponsors** 203:24
**spot** 286:11
**spread** 262:14
**spreadsheet** 15:21
**spring** 65:21 131:2
134:16 136:9
161:17
**square** 5:7 125:15
125:18 149:2
158:21 259:18
263:5
**ss** 337:3
**stability** 53:18,25
55:17 56:10 57:2
**stable** 250:12
**stack** 245:11
**staff** 70:4 88:8
115:13,24 116:3
116:16 117:23,25
119:18 133:2,3
184:12 189:5
200:10 233:3,8
236:25
**stage** 68:15
**staging** 298:4
**stahl** 6:14
**stand** 269:6 309:15
**standard** 20:20

305:2
**standing** 214:5
**standpoint** 47:15
54:1 147:16
175:15
**stands** 192:1
**start** 25:18 31:11
80:13 93:1,2 165:4
244:7 257:12
323:5
**started** 23:9 25:17
75:11,16,21 77:7
128:2 134:19,20
135:19 149:1
159:5 162:16
177:22 198:3,5
228:13 269:24
**starting** 158:20
171:23 231:4
277:4,8
**starts** 68:2 83:11
113:11 139:7
212:13 218:20
231:5
**state** 2:6 20:1 26:4
223:6 231:24
245:18 274:22
337:2
**stated** 29:23 30:17
30:19 56:24
105:22 122:17
187:20 206:9
276:13 322:11
**statement** 69:12
70:22,24 71:5
161:21 219:8
220:1,11,17,24
225:20 226:6,10
227:3,5,14 229:11
236:6,21 260:16
267:15 275:11,16
275:24 276:2,6
**statements** 223:22
224:8 268:11

**states** 1:1 5:4 19:2
36:8 48:18 49:4
185:11,22 187:6
187:15 219:2,17
232:16 236:2
244:20 267:4
295:6,11
**stating** 51:21 85:14
**status** 214:2,19
223:8 280:21
**stay** 98:3 111:8
184:2,6 186:14
229:15 295:16
**stayed** 226:17
**stays** 229:7 262:10
**stephen** 2:14 18:2
**stephenneuwirth**
2:20
**steps** 240:4
**steve** 20:19 89:15
112:17 123:23
133:17 143:13
188:4 304:14
306:19
**stewart** 3:14
**stick** 149:16
**stinks** 269:7
**stipulations** 20:20
20:20
**stock** 253:22 256:20
256:21 273:10,12
**stocker** 118:8
119:10 189:12
**stocking** 149:6
**stood** 147:19
**stop** 179:7 183:4
212:6 297:2
**stopped** 181:16
182:11
**story** 70:7
**strategic** 15:8 41:18
216:18 269:19,25
271:14 282:22
**strategics** 216:20

**strategy** 271:19
**street** 2:3,4 3:6 4:14
4:15 5:16 6:6
17:16,17 18:17
288:13 289:5
**streets** 5:8
**strengthening**
217:15
**strictly** 47:14 230:3
**strike** 221:2 303:12
306:13
**string** 113:6
**strong** 266:5
**strongly** 87:7 88:24
113:22
**structures** 42:3
93:17
**strung** 155:24
**studies** 300:17
**study** 277:12
**stuff** 53:13
**subheadings** 272:1
**subject** 9:10,20 10:4
10:20 12:8,12,17
12:21 13:4,8,12,16
15:17 41:24 42:25
43:1 72:18 183:15
183:16 225:6,7
233:25 277:20
301:23 304:12,16
306:1
**submitted** 158:19
**subscribe** 203:19
**subscribed** 338:22
**subsequent** 227:21
**substance** 86:7
304:19 332:17
**substantial** 93:23
298:23 299:6
337:16
**substantively**
293:14
**sufficient** 71:24
**suggest** 52:17 73:5

HIGHLY CONFIDENTIAL

161:18 209:17
279:20
**suggested** 74:4
113:22 126:23
144:23 145:9
161:22 162:7
227:16 272:18
**suggesting** 49:10
128:10 130:13
137:21 181:9,10
269:16 272:7
**suggestion** 73:21
163:8
**suggestions** 73:15
**suing** 97:13
**suite** 2:4 3:15 4:7,15
5:17 6:7,15 17:17
**sullivan** 2:16 18:3,6
**summary** 10:4
12:13 271:18
**summer** 161:17
**summers** 25:22,22
**summit** 63:10,12
64:18
**sunbest** 253:2,5
254:8,12,16 274:4
**sunny** 118:3,9
119:11,15,24
120:2,14
**supplier** 253:11,15
253:19 255:17
265:18 267:17
**suppliers** 151:13
248:15 251:15,21
252:3,15,22
253:13 254:21,22
265:3 285:20
306:22
**supply** 22:3 53:19
56:11 57:2,5 65:2
66:10,15 67:5,7,19
70:16 71:19 72:19
150:14 198:17
230:2 236:2,12

237:1 238:21
239:1 246:25
247:8 250:23
255:2,3,5,22 256:9
257:25 258:13,25
264:3,5,8 265:24
267:9 268:1 269:8
270:2,10 278:19
280:10 283:1,11
306:24 307:18,19
307:23 309:13
310:4,8 320:23
321:2 327:24
328:3,4
**supplying** 253:21,22
264:10 305:16
310:11 323:5
325:11
**support** 52:13,24
121:19 122:11
190:11 300:6,9
309:14 310:4
**supported** 52:21,22
53:7 168:2 180:10
**supporting** 189:10
**supposed** 33:22,25
74:19 96:16
232:24 233:4
**sure** 33:21 35:15
57:8 70:3 73:20
75:25 76:10 80:12
80:14 84:5 88:14
89:10 92:18
101:23 103:10
107:18,23 116:20
123:12 133:22
145:4 147:7 153:8
161:7 162:7,9
168:8 179:13
181:8 182:23
183:13 188:7
192:3 196:20
197:2 198:23
199:6 201:2 202:4

205:7 209:19
216:11 218:11
221:12 231:17
234:15 236:9,16
238:23 242:24
244:2 270:14
275:17 278:9
280:5,6 284:23
285:9 287:2,18
314:4,5 316:8
317:20 319:5
325:6
**surrendered** 151:15
**surrogate** 261:9
**survey** 230:13,19
231:6,7,12,14,24
231:25,25
**survive** 42:9
**sustain** 93:15
**swear** 19:15
**switch** 289:18
**switched** 81:5 254:4
**sworn** 19:19 337:6
338:22
**sysco** 13:12 131:8
134:9,21 303:13
303:17 304:13,16
304:23 305:16,22
306:22,25 307:5
307:19 320:23
321:9 322:13
323:5,19 325:12

_____

**T**

**table** 123:11 229:20
**tabled** 227:18
231:24 232:1
**taco** 309:17 310:2
**take** 20:4 24:11 27:7
27:19 50:17 51:25
55:6 57:19 60:16
77:3 78:8 79:2,18
80:7 81:13 83:3
89:19,20 95:15

107:17 111:11
113:20 133:20
145:10,16 172:7
174:12 176:4,7,11
176:15 178:10
180:9 181:5
182:14 194:12
195:12 204:3
226:20 270:24
274:2 278:3
289:17 298:6
304:5 306:17
316:6 322:21
323:24 325:16,18
326:9
**taken** 1:16 2:1 28:5
70:14 71:17
161:16 166:4
188:12 218:2
224:23 232:20
240:4 324:9
**takes** 273:22
**talented** 183:25
**talk** 86:7 145:7
154:5 175:25
194:11 215:4,6
216:19 239:13
246:24 251:3
279:17
**talked** 81:22 88:16
110:23 115:6
151:23 165:9
170:13 180:13
202:10 211:5
215:2 247:17
255:15 273:9
278:7,23 333:7,17
**talking** 24:12 42:1
79:5 102:22
110:19 112:5
131:5,8 132:22
133:8 134:18
144:8 147:5 152:1
152:21 153:3,15

HIGHLY CONFIDENTIAL

164:9 178:15
189:20 190:8
279:20 292:20
329:17 333:14
**talks** 305:15
**tally** 11:19 166:4
**tanker** 251:24
**tankers** 23:6 252:2
257:1,1,2
**tape** 159:13,14
238:3
**targeted** 270:1
**tb** 309:15,15 310:4
**team** 179:15 300:5
**technically** 274:8
**teeth** 108:14
**telephone** 5:5,14 6:4
6:13
**tell** 29:18 77:4 84:5
84:9 100:20 117:4
130:15 138:8
155:16,17 162:4
216:13 235:11,22
238:14,19,23
253:16 265:20
271:16 275:22
325:21 337:6
**telling** 134:11,24
138:23 140:12
208:19 323:22
**ten** 169:22 228:15
254:25
**tendency** 337:16
**tensecond** 230:5
**tenure** 284:24
**tenyear** 258:5
**term** 111:23 112:2
153:12,25 175:19
256:14 290:15
291:6,9 302:18
**terminated** 182:23
**terminology** 148:7
**terms** 23:7 55:11
86:6 154:6,13

187:23
**terrible** 226:21
**terrorism** 297:2
**terry** 1:15 2:1 7:3
8:4,8 9:4,9,19
12:16 13:4 17:21
19:18 20:2 90:4
98:24 105:19
113:17 118:8
119:10 127:10
137:7 159:21
193:9 238:10
309:4 326:18
337:5 338:2,21
**testified** 19:20 57:22
72:3 111:19
152:10 180:3
249:11 265:10
295:7 299:13
301:2 302:15
303:13 312:19
317:21 329:10
**testify** 29:5,11,24
30:20 31:22 32:6
32:15,18 33:12,25
34:23,25 35:12
192:10 213:5
239:4
**testimony** 27:18
30:13 48:6 55:6,9
61:2,12,22,25
214:22 215:22
227:20 259:6
299:22 316:20
318:1 320:12
329:13 332:17,23
337:7,8 338:4,5
**texas** 167:20
**thank** 18:22 20:9
36:9,16,18 42:16
50:9 124:1 232:15
236:15 241:5
289:11,14 291:12
302:15 310:19

315:16 322:5
326:7,24 335:21
**thanks** 319:22
**thats** 24:1 25:17
27:24 30:23 33:8,9
34:7,23 38:6 40:15
44:15 49:16 51:20
54:4 58:12 62:8,10
62:14 69:19 75:13
76:20 82:16 84:11
86:22 87:13 90:9
102:3 103:9
105:25 110:18
111:7,8 119:2
120:4 125:12
130:4,5 131:3,12
131:18,19 140:17
140:25 143:15,19
145:9 146:14
150:8 154:4,7
162:5 164:17,18
166:7 174:1
178:14,23,23
183:23 184:3
186:14 195:19
196:8 201:23
204:16,17 205:17
206:4 207:1
208:14 210:1,6
212:5,14 214:20
218:2,4 219:22
223:20 225:20
227:9,19 228:18
230:8 233:20,22
235:2 237:5,9
242:23 244:20
247:5 250:7,19,22
251:2,10 252:19
254:9 255:16
256:22 259:11,16
259:20 260:9
262:16 263:21
264:19,19,21
266:17 272:13

273:14 276:22
277:3,21 278:20
282:17 284:3
285:22 289:10
292:19 293:6,9
297:16 312:4,18
316:9 319:21
322:22 323:23
325:15,24 326:3
333:12 334:7,10
335:2
**theory** 262:21
**theres** 26:19 29:12
31:2 36:21 40:17
44:17 48:14 51:19
54:23 56:6 63:5
76:23 85:2 87:2
93:6 96:14 102:13
107:6 124:6 126:6
156:17 161:21,21
173:10 189:7,25
193:14 196:5,7
200:3 214:17
218:22 230:11,12
232:9 241:2 244:7
248:12 249:2
251:17,19 252:5,8
252:12 256:6
260:16 262:18
263:11 264:2
266:24 267:3,15
267:16,17 270:5
275:11,23 279:16
280:7 293:22
309:21 321:23
331:11
**theyll** 200:19,24
201:15
**theyre** 54:23,24
201:20,21,24,24
253:8 255:17,17
255:25 257:11,12
258:2
**thing** 44:18 55:1,2,3

**HIGHLY CONFIDENTIAL**

57:11 79:8 96:7
102:3 158:16
174:4 183:15
242:19 272:16
285:23
**things** 54:18 61:10
69:9 89:12 100:25
102:25 103:1
133:5 140:18
141:4,15 146:17
183:25 184:4
196:24 199:10,11
199:14 200:6
208:21 232:21
243:1 263:20
269:14 270:8
290:12 297:16
318:23
**think** 29:13 32:22
36:7 41:3,17 43:17
44:16 45:4,5 46:12
46:13,24 53:6
55:23 56:18 61:3
63:4,20 64:10
65:24 68:15 75:3
76:25 78:22 92:17
94:4 103:21 110:5
111:23,25 115:11
116:2 118:11
123:5 130:19
131:7,9,19 132:20
132:24 134:13
137:13 138:21
139:1,19 143:25
146:15 148:22
150:13 153:1
155:21 156:14,19
157:5,11,22
158:13,14,16
159:6 162:2 166:7
167:18,21 168:18
178:14,23 179:3
181:14 183:1,10
183:10 184:21

187:16,16 190:5,6
190:18,19 192:21
193:14 195:1
196:17 197:19
199:8 200:6 203:3
207:11 213:6
214:10,20 215:22
216:9 220:18,20
221:10,11 226:16
228:17 229:5,18
230:4,22 231:10
233:14,16,22
235:6 243:21
244:2 246:6,22
247:2 249:10
250:6,9 252:10
253:17 254:19
257:20 259:20
261:1 265:10
270:7 276:9,22
278:8 280:6,19
282:7,18 283:25
285:2 290:21
295:9 298:15
302:18 319:19
327:8
**thinking** 106:11
111:11 233:21
272:20
**third** 22:21 23:15
83:24 90:9 92:10
97:4 108:1 155:8
160:1 232:15
266:23,25 271:23
277:18
**thompson** 168:11
**thought** 62:5,6,8,13
67:9,10 98:1
111:13 120:21
123:17 129:15
138:24 140:12
141:15 147:5
158:6 187:18
193:15 194:4

221:11 228:1
247:9 277:14
**thoughts** 101:4
**thousand** 176:10
**threatening** 91:24
**three** 46:14 73:4
109:9 124:19
129:19 131:11
151:8 155:4
189:25 235:18
258:3 294:2
**threeyear** 155:25
**throughput** 176:13
262:1,3,5,9
**throwing** 74:19
**thrown** 229:20
**thursday** 1:16 2:1
**thwart** 181:2
**tie** 54:23
**tied** 256:9,13,15
**tim** 99:23 167:8
172:24 206:24
215:4 263:22
270:19 286:5
**time** 17:14,23 22:11
24:19 25:24 27:7
39:17,21 41:10
42:23 46:2,22
50:17 51:14 57:6
62:12,14 70:21
71:1 74:11 75:10
76:4,18,21 78:24
79:9 86:9,20 87:22
89:24 90:5 91:21
92:14 111:10
113:16 114:15,22
114:23 118:1
120:10 124:12
126:12 127:12
128:6 129:11
133:25 134:4,17
136:3,3,13 137:8
137:15,22 138:17
138:23 140:17

143:24 144:15
147:19,21 154:9
155:20 158:9
159:3,17,23
171:11 172:7
173:9 178:5
180:21,22 182:14
184:18 188:5,11
188:18 190:12,16
193:12,20 204:4
206:25,25 209:12
209:14 214:18,18
215:9 217:19
222:14 224:24
231:14 235:12,14
235:14 238:6,12
241:25 250:3
253:10 261:20
265:2 267:4,22
268:8 271:3,7
280:17,22 281:7
281:11 285:2
286:12,12 289:11
289:22 290:1
295:22,22 296:22
297:9 302:8,8
306:5,5 307:7,11
308:10 310:21,21
319:23 321:1
323:13,21 324:9
324:13 325:15
326:13,19 327:25
336:4
**timeline** 103:20
114:23 128:3
147:1,1 156:23,24
161:19 178:3
317:6
**timelines** 157:17
**times** 150:13 186:18
301:2 314:23
**timetable** 135:16,21
**timing** 49:21,24
94:1,6 182:9,19

HIGHLY CONFIDENTIAL

**title** 20:16 22:6 70:4
**titled** 288:14 297:2
**tkennedy** 6:18
**toby** 63:18 99:23
  100:6,15 103:21
  105:7,18 190:15
  190:19 215:6
  311:10
**today** 20:3,5 22:5
  25:12 26:9,15,21
  27:11 28:9 32:12
  34:17 38:22 46:21
  55:7 56:15 57:22
  61:13,25 81:22
  100:16 121:1
  123:4 130:1
  143:20 180:13
  191:3,3 192:3
  200:10 217:25
  239:3 254:19
  255:16 258:11
  265:10,18 280:21
  284:16 288:17
  290:9 313:7
  326:25 329:10
  332:17,23
**todays** 17:13 255:7
**told** 56:2,15 97:8
  116:23,24 132:2
  159:11 211:19
  250:10
**tone** 211:24
**top** 14:23 68:8 84:1
  84:11 95:25
  105:11 116:25
  156:15 166:18
  218:21 219:1,16
  229:1 241:2
  244:20 266:25
  298:11 302:3
  304:10,12 305:5
  305:14 306:19
  309:8 310:3
**topic** 28:1,11,16,20

28:25 30:10,13,14
  30:14 32:6,22
  33:10,23 34:1,2,4
  34:18,23 35:1,5,6
  35:13,14,20,21
  36:3,20,21,25 37:5
  37:9,12,16,20,24
  38:4,13,18,21
  60:23 194:15
  195:7,10 222:12
  227:23 235:5
  240:10 247:3
  297:1 309:9
**topics** 26:12 27:17
  32:11,14 33:18,21
  34:3,13 42:17
  192:4 194:10,24
  196:6 217:13
  240:7,11 275:2
  282:6 294:19
  296:3,24
**torres** 5:15 19:4
**total** 151:9 209:15
  248:13 249:14
  250:2 286:1
  319:14,16 327:10
  327:21,23 328:4
**totality** 123:16
**town** 25:13
**track** 187:22
**tracking** 31:25
**trade** 111:15 114:2
  229:8,16,24,25
  282:8
**training** 242:20,23
  291:19
**transaction** 280:1,3
**transactions** 197:4
**transcribed** 337:7
**transcribing** 27:5
**transcript** 62:5
  337:18 338:3
**transition** 141:20
  258:12,20,23

290:23
**transitional** 170:8
**transitioning**
  170:12
**transport** 253:24
**trash** 74:20
**travis** 6:13 19:11
**treat** 85:18
**treated** 330:24
**trespassing** 297:15
**tried** 76:25 184:6
  263:5 311:7,10
**trigger** 78:18
**triggered** 181:20
  214:16
**trillium** 251:17,18
**true** 24:7 69:12,22
  70:22,24 71:5
  82:16 114:16
  138:10 143:17
  170:20 178:21
  179:5 209:11
  229:8 312:18
  319:11 337:8
  338:4
**truth** 337:6
**truthfully** 325:9
**try** 22:24 50:12
  65:25,25 76:22
  88:10 98:4 143:18
  184:19 195:14
  223:3 279:23
  290:9
**trying** 30:16 65:24
  84:7 108:10,13
  111:7 116:5
  119:21 125:12
  181:2 183:18
  184:2 224:11
**tt** 16:3 218:12,16
  230:7 231:23
  232:9 235:24
  245:12,18
**tue** 10:5

**tuesday** 104:18
  113:1
**turn** 17:5 27:23
  37:12 51:2 64:21
  83:23 84:24 105:9
  124:4 228:21,22
  286:19
**turned** 78:24 258:18
  258:22
**turnerdodge** 2:15
  18:5,5 64:1 123:25
**turning** 82:25
  259:11
**twice** 219:4,18
  220:25 221:8
**two** 5:7 20:19 23:20
  24:25 25:2 26:9
  27:2 41:19,23,25
  42:18 45:9 48:14
  65:6,12,17 84:2
  90:20,23 92:8
  96:15 97:11
  101:15 103:6
  117:2 134:7
  141:18 155:24
  169:11 200:18,22
  228:15 233:14,21
  241:18 276:18
  294:4 295:25
  304:9 308:25
  311:18 318:10
**twopage** 271:12
  308:23
**twothirds** 51:6
**twoyear** 159:4
  170:11
**type** 22:9 25:4 26:5
  44:18 55:11 69:7
  96:7,24 128:19
  129:4 142:4 165:8
  174:8 302:19
**types** 53:2,4 66:5
  110:10 174:13
  313:10

**VERITEXT REPORTING COMPANY**
www.veritext.com
(212) 279-9424    (212) 490-3430

50

**typical** 92:25 248:23
**typically** 58:23 59:2
  189:21 226:20
  251:5 254:20
**typo** 119:3

**U**

**ue** 50:8
**ue0148015** 14:9
  207:24
**ue0148221** 14:18
  222:22
**ue0153007** 12:5
  169:11
**ue0153009** 11:16
  163:21
**ue0153273** 7:23
**ue0210299** 8:17
  83:11
**ue0211204** 10:13
  122:3
**ue0221301** 9:16
  104:14
**ue0292920** 11:5
  142:11
**ue0944686** 14:24
  240:24
**ue153007** 169:5
**uea** 47:1,4,9,18,21
  48:5,11,25 57:24
  120:11
**uep** 8:15 9:10,21
  10:4,11,21 11:3
  12:3,9 14:22 16:4
  28:2,5,12 29:1,7
  29:25 30:8,11,11
  30:21 32:8,19
  33:10,13,23 34:6
  34:19 36:4 37:2
  39:3,5,7,10,20,24
  40:3,7,9 41:7
  42:22 43:4,8,14,15
  44:6,8 46:1 47:4,9
  49:9 50:22 51:10

55:24 57:23 58:3,7
58:14 62:19 64:17
65:17,18 66:14
67:18 72:4,15,24
74:23 75:5 80:22
81:5,7,10,15 82:4
82:7,25 83:13,20
86:10,19 89:3 93:4
94:24 96:7,24 97:8
97:13,22 100:25
101:5 102:6 103:7
104:18 106:2
108:18,19 109:2
109:15,24 110:3
110:11,15 111:12
113:8 114:10,18
115:1,14,24
116:18 117:19,22
118:4 119:18,25
120:6,8,15 122:10
122:18 123:20
124:8,18 125:9,20
126:17 127:17
128:3,4 129:20
130:2,10 131:15
131:16,25 132:9
132:22 133:2,3,10
135:5,15,17 136:5
136:11,17 137:3
141:1,9,12 142:24
143:2 144:7
146:17 147:7,12
148:16 149:1
150:5 151:19
154:12 156:1,9
157:14 158:12,19
158:25 159:9
161:2,10 162:22
168:17 169:3,21
170:6 173:1 174:9
175:1 176:16
177:22 178:11,24
179:21,25 180:7
180:12,20 181:1

182:10,21 183:2
184:11,12,13
189:17,22,25
191:6,15,22
192:11,19,23,24
193:13 195:10,25
196:1,1,8,12,14,19
196:21,23 197:1,8
197:16,18 198:22
199:4,10 202:23
203:6 206:8,11,23
207:2,10,15 208:1
210:15,23 211:2
211:25 213:9,20
215:18 216:9,12
217:25 218:17
223:15 224:13
225:9 229:7,23,24
230:13 233:8
234:8 236:3,13,25
236:25 237:19
241:1 242:2 245:2
245:25 246:4,4,11
254:12 258:8
259:7,13 260:25
261:12,16,25
263:12,16 264:3,5
264:7,15 265:3,14
265:21,22 266:1
267:3,5,7,24
268:17,18,18,23
268:24 269:2
274:24 279:10
280:20 282:8
290:22 293:18
294:24 295:3,8,12
300:3 301:10,24
302:8 303:17
305:2,16,23 306:4
306:4,5,7,7,12,20
306:24 307:19
309:12 310:20
311:4,5 312:7,16
312:19,22 313:7,8

313:25 314:9
316:18 321:17
322:3 327:24
328:12 329:3,8,11
331:8,10 332:4
333:23 334:4
**ueprelated** 241:17
  242:8
**ueps** 9:14 12:21
  34:19 36:22 43:17
  64:12 77:24 118:2
  176:3 200:11,13
  217:20 218:22
  223:7
**uepsponsored**
  312:24
**uhhuh** 29:21 88:19
  123:22 149:15
  150:22 249:12
  265:12 268:20
**ultimate** 108:16
  158:7 191:5,10,12
**ultimately** 135:20
  145:15 147:22
  148:12 150:17
  158:10 170:5
  174:4 178:23
  300:2
**unauthorized**
  330:23
**uncertified** 308:12
**unclear** 20:6 38:9
  67:15 76:7
**undergrades** 286:11
**understand** 22:3,10
  26:8 28:19 29:4
  32:17 34:10,12
  36:23 37:18 39:19
  41:15 47:8 56:19
  56:21 66:11 67:3,6
  67:16 70:23 72:22
  74:7 79:7,8 106:25
  124:25 125:7
  131:23 139:12

154:7 156:3 185:5
190:23 192:3
194:9 195:6
198:23 199:7,11
204:13,16 205:8
208:18,22 213:21
214:22 227:9
232:23 270:14
280:16 314:5
335:11
**understanding**
21:16 30:16 47:3
47:11 48:4 66:20
66:22 71:3,7,22
75:19 76:19 84:20
86:23 107:15,23
120:7 125:6
126:11 127:6,8,10
127:12 130:12
136:2 177:20
186:1 187:11
192:22 193:4,5,11
194:14 195:17,21
198:12,20,25
199:17,24 201:19
203:18 204:21,24
213:7 216:22
218:4 229:23
230:5,18 233:2
280:25 317:2
**understandings**
102:18 193:10
**understands** 31:21
**understood** 67:11
108:23 130:16
146:16 176:15
183:20,21
**undertake** 120:19
255:12
**unfair** 138:13,15
**unfortunately**
194:25
**uni** 290:22
**unilever** 131:8

134:9,10
**unimportant** 55:3
**unique** 199:11
**unit** 319:15
**united** 1:1 5:3,4
7:21 14:8 19:1,2
48:9,18 49:4 50:3
58:12 185:10,21
187:6,14 195:7,16
196:13 203:3
207:22 236:25
237:6 245:22
246:13,25 247:5
295:6,11
**universe** 32:21
**university** 281:24
**unlawfully** 298:3
**unpasteurized**
256:25 257:1,2
**unpasturized** 251:7
**unravelling** 280:8
**unrelated** 54:24
**unusual** 208:20
**update** 9:11,20
234:9,10,14,15
274:20,21 275:1
301:24
**updated** 162:21
**upper** 114:25
**urner** 15:17 203:9
203:12,24 204:9
249:3 256:9,15,18
256:18 275:8
276:1 277:23
285:7
**urquhart** 2:16 18:3
18:6
**usda** 48:13 196:4
294:18 295:22
**use** 54:12 58:5 117:5
117:8 125:19
137:10 170:9,10
196:12 201:8
203:19 257:11,16

270:20,23 305:1
308:25
**useful** 276:17
**usem** 37:13,14
38:14,15 185:1
186:4 187:2,12,22
188:1,2 189:9,16
189:23 190:3
254:17 316:18
**usems** 38:20
**users** 69:1
**uses** 246:18
**usually** 52:21
254:24 257:10,12
274:23 295:16
313:19
**utilization** 217:16
**utilize** 176:6 203:19
**utilized** 197:6
**utilizing** 128:12

**V**

**vague** 31:4 48:20
55:21 56:19
151:20 177:23
242:24 311:15
314:12
**vaguely** 230:17
**validate** 209:13
**valley** 166:11 167:6
168:14
**valuable** 216:17
**value** 126:7,18
127:19 199:10,14
**variable** 318:20,24
318:25 319:5
**variables** 319:10
**variety** 21:10 101:1
**various** 102:22
174:7,13 222:19
288:5 294:9
313:14 320:10
**vary** 319:17
**vegas** 145:7 204:7

**venture** 286:16
**verbal** 234:14 325:4
**verbatim** 31:25
**verified** 300:21
**veritext** 17:11 19:15
**version** 27:20 207:4
207:16 230:5
**versus** 96:17 257:7
270:10 321:9
**vice** 20:17 21:12
64:12 68:13,19
136:17 305:12
**vicinity** 203:1
**victor** 239:24
**videographer** 6:22
17:1 19:9,13 42:13
89:22 90:1 133:23
134:2 159:12,15
159:19 188:9,16
238:3,4,8 271:1,5
281:5,9 289:20,24
319:24 326:11,15
336:1
**videos** 298:1,4
**videotape** 90:3
159:21 238:10
319:25 326:17
**videotaped** 1:13
**view** 85:16 87:2,16
89:3 126:14,16
127:6,15 163:1
213:5 262:22
286:16 321:24
**viewed** 148:7
**viewpoints** 100:24
**views** 314:10,11,15
314:22
**vince** 8:8 68:9,12,13
309:9
**violent** 297:11
**virginia** 296:2
**visitors** 123:10
**voice** 335:7
**voices** 237:1

**volume** 139:19
201:14 261:2,4
275:14 285:15
306:25 310:6
**voluntarily** 184:13
312:23
**voluntary** 312:20
**vote** 52:10,11,19
54:11 55:4 60:20
62:7,15 80:24 81:1
86:1 116:20
164:16 166:1,4
169:21,24 178:1
179:1 321:23
328:12 329:11
332:4 333:6
**voted** 52:7,16,18,19
54:9 59:25 60:10
60:20 61:4,5,13
62:1,7,10,16 86:24
91:1,3 92:4,9,14
97:8 109:7,9,12
110:1 116:13,17
164:15,20,22
165:15 169:20
**votes** 28:5 86:4
90:20,24 92:1,2,8
166:5 313:13,17
315:4,7 321:22
**voting** 61:2

**W**

**wabash** 166:11
**wait** 212:9 214:11
242:10
**waiting** 235:22
**waiver** 44:14,17
**wakefield** 25:10,11
**waldbaum** 25:12
39:11,13
**waldo** 245:19
**walked** 33:15
**wall** 288:13 289:5
**walmart** 130:25

131:1,25 134:7
184:19
**want** 20:4 43:13
84:7 97:3 129:7
133:19 159:13
182:14 188:8
212:18 286:22
293:8 302:16
315:25 316:21
322:25 325:6,8
329:15 334:20,23
335:12
**wanted** 36:1 62:9,11
64:25 66:9 76:5
79:20 82:7 134:12
134:24 146:8,17
216:13 301:3
302:19
**wants** 89:20
**washington** 4:8
196:9 295:18
300:5 320:14
**wasnt** 45:21 75:17
111:1 132:8,14
168:8 209:10
226:15 264:23
265:25 268:18
311:9 321:6 324:6
**wasting** 224:24
**watch** 89:18
**way** 25:18 31:5
38:10 51:6 56:19
86:18 116:5 135:4
138:14,25 150:16
170:1 182:9,18
203:19 230:23
258:17 273:13
274:6,9 275:6
305:6 331:15
**wayne** 26:4,4
101:12
**ways** 54:25
**wed** 209:13 256:23
**wednesday** 271:15

**weeks** 51:23,24
70:18 73:10 84:15
**welfare** 9:15 10:12
10:16 11:15 12:17
13:13 76:2 77:24
79:12 85:7 92:13
97:7 103:8,14,18
103:24 104:16,18
105:1 106:9 108:3
109:6,25 121:18
122:10 123:20
124:13 126:13,14
127:14,15,25
130:3 164:1 166:2
168:16 169:18
177:13 178:16,21
179:6 180:6
190:10,25 260:22
261:2 296:4,9,14
296:19,22,25
298:25 299:7,20
300:7,8 303:3,5
304:13,16 313:9
**wenger** 252:7 265:6
265:6
**went** 25:8 81:5,10
82:5 130:21 151:3
151:17 152:15
154:14 158:23
168:22 204:4
226:18 231:15,20
234:4,7 247:6
260:12 262:13
269:6 270:8
278:10 333:3
**weve** 36:6 76:25
81:21 123:7
171:22 180:13
188:23 210:19,20
217:1 334:24
**whatif** 202:12
**whats** 25:12 26:10
96:12 128:24
130:4 195:21

198:12,20 199:17
204:21 205:22
207:20 218:15
222:2 229:22,22
239:23 243:8
246:8 250:19
257:6 259:23
260:3,21 264:4
266:10 269:22
272:20 275:15
277:2
**whispering** 17:4
**white** 257:1
**whites** 250:17 251:2
**whos** 167:9 168:13
284:14 287:23
**whys** 183:21
**willardson** 46:13
**william** 4:13,18
18:16
**wilson** 200:12,13
210:19 211:7,13
214:1,24 215:12
215:17 218:3
221:21 235:1
245:19,23 246:2
246:11 247:11
**winding** 313:5
**window** 134:15
157:6,7 159:4
**windows** 156:14
258:5
**winning** 315:11
**wisconsin** 280:14
**withdraw** 127:2
**withdrawing** 61:1
61:12,25
**withstand** 258:23
**witmer** 69:19,23
**witness** 7:3 17:21
19:15,19 26:10,11
26:19 27:4 29:10
29:15,17 30:7
31:16,21 33:1

35:18,19 36:2 43:7
44:11 47:25 48:21
58:11 60:9 62:3
67:1,23 72:1 80:12
80:16 82:10 88:6
95:4 109:19
125:11 126:22
127:22 133:16
143:22 144:2
146:3,22 150:2
152:14 154:20
155:12 165:3
177:24 191:21
192:5,9 194:19
195:2 197:13
199:6 201:2 205:7
205:17 208:25
213:5,6,13,17,22
220:6 222:9 224:2
224:12,16,16,18
224:21,25 225:4
226:2 227:11
229:14 231:1
232:4 234:23
236:17 240:3,9,12
241:23 245:5
269:2 272:25
273:4 279:13,14
279:15,19 287:5
300:12 301:15
307:14 308:3,17
312:9 314:4,14
315:10 323:9,15
324:8 325:1
335:10,20,25
337:5,8,18,19
**witnesses** 194:22
**wolski** 6:21 18:14
18:14
**wont** 32:2
**woodward** 287:24
**word** 22:6 31:3
113:16 129:6
229:5 293:3

**wording** 266:6
**words** 54:12 148:8
148:25 251:23
253:21 260:5
273:16
**work** 25:18,21 69:3
94:14 98:4 174:12
174:14 180:18,23
182:20 185:6
242:1 269:25
285:23 300:3
**worked** 21:24 22:1
22:2 24:25 26:1
88:8 100:12
179:24 190:16
269:23 270:21
282:8 300:17
**working** 21:25 25:8
25:17 100:9 112:6
115:24 155:19
181:16 182:11
183:4 190:17,18
274:23,24
**workings** 282:10
**works** 190:15
278:19
**world** 197:5 255:10
**worth** 315:24
**wouldnt** 209:7
289:8 323:25
**wouldve** 46:24
60:15,16 71:9
74:16 82:20,22
110:18 128:16
129:1 181:9 215:2
242:11,18 284:19
284:23
**wright** 4:5 18:12
**write** 113:14
**writes** 73:5
**writing** 211:9
**written** 15:22 31:7
131:21 137:7
160:3 236:3,13

299:4
**wrote** 66:13 113:15
113:20 114:3
117:15 118:21
119:5,14 137:6

_____
**X**
_____
**Y**
_____

**yancey** 167:1
**yeah** 25:3,21 26:7
27:15 60:9 88:14
89:10 92:16
102:20 103:20
119:19 126:5
130:19 141:17
142:22 145:4
146:3,22 153:7
162:5 164:18
166:7 168:7
169:10 172:12
178:6 181:21
201:2,24 205:7
216:18 220:12
221:10 249:16
256:21 264:18,19
264:21 269:2
270:7 274:7
280:19 292:22
300:22 305:10
333:11
**year** 93:13 94:2
151:8 175:14
190:1 200:17
202:24 209:12
244:3 248:23
249:9 303:16
304:22 305:21
**yearly** 285:15
**years** 24:25 25:2
40:2,5 41:21,22
48:17 61:6 75:3
94:5 129:20 151:8
155:4 156:3

175:14 210:2,7,18
249:6 250:5
254:24,25 276:18
276:18 280:24
302:17
**yep** 140:23
**yesorno** 44:9,13,21
222:5,7 225:25
227:9 241:21
245:3
**yesterday** 189:9
**yolk** 250:17 251:1
257:2
**yolks** 251:2
**york** 2:18,18 3:16
3:16
**youd** 132:16 234:8
**youll** 28:21 72:3
**youre** 27:4 30:16
31:23 32:12,17
33:12,21 34:12,23
36:23 37:9 40:16
61:1 78:23 80:7
84:6,8 96:16 98:5
112:5 121:25
145:20 147:7
152:7 154:17
172:9 181:8,9
191:21 195:6
200:5 201:3 203:9
212:10 213:4
217:25 225:9
227:21 236:8
241:20 243:22
269:16 279:14
310:20
**youve** 22:5 23:13
24:8,9 27:10 32:14
34:7 37:18 38:2,12
39:18 40:6 45:10
47:18 53:23 56:15
57:12,19,22 58:2
59:25 61:24 64:6,8
95:15 157:20

HIGHLY CONFIDENTIAL

207:7,9 235:4,14
245:24 247:22
290:8 301:2 313:6
335:9,9

**Z**

**ziemianek** 5:14 19:3
19:4 288:7

**0**

**0** 93:19,24 261:21
**00** 228:14,14 238:6
**000** 260:6 327:21
328:1
**0027798** 99:11
**008** 12:5
**0148285** 222:23
**0153273** 50:8
**02** 261:21 302:17
**03** 89:24 260:25
264:13 302:17
**04** 94:1
**05** 94:3 115:9,17
122:3 157:7,8
258:16 264:6
**06** 42:6 94:3 115:18
128:9 131:2
134:16,19 135:24
157:7,8 159:6
258:16
**07** 42:6 258:16,21
**08** 169:12 258:21
**086** 232:10

**1**

**1** 7:19 12:5 13:11
26:15,20,24 28:1
30:14 65:12 85:2
93:15,19,24
142:19 188:5,11
188:12,14,18
194:13 249:16,17
249:18,22 250:3
255:4 259:22

260:2 281:23
282:25 303:25
304:1,2,7 306:18
308:10 322:21
323:2 330:16
337:25
**10** 9:13 11:16 89:24
90:5 104:13,20
163:21 188:5,11
188:12 271:7
277:10 328:3
**100** 77:8,14 81:7,11
81:15 82:6 83:1
86:15,21 89:5
91:22 108:21
114:19 115:14,25
116:4,11,17
122:18 124:8,18
125:2,9,25 126:17
127:17 128:4,17
129:2,22 135:22
136:4,13 137:20
139:14 143:2
158:11 159:2,8
161:4,12 163:16
168:3 170:2,15,16
170:22,23 171:5
171:13 173:1,6
205:13 261:16
264:14 269:13
316:20,22,24
317:12 318:4,6
**10006** 3:16
**10006321** 95:8
**10010** 2:18
**101** 5:16
**104** 9:16
**108** 51:24
**11** 9:18 112:13,15
112:22 133:25
134:4
**1100** 6:15
**1112** 7:23 50:22
**112** 9:21

**1144** 6:9
**117** 10:5
**11th** 50:4 56:23 60:3
181:22
**12** 10:3 15:9 117:2
117:10 121:14
159:17,23
**121** 10:9
**122** 10:13,17
**12th** 50:4 56:23 60:3
177:12 271:15
**13** 10:7 121:5,7,11
244:4 304:11
**136** 10:22
**13th** 112:23,25
113:5 137:3
**14** 10:11 122:2,4
173:8 260:6
327:16,21,25
**142** 11:5
**143** 11:9
**149189** 177:5
**14th** 113:2
**15** 10:15 30:14
36:21 122:22,24
309:3
**150** 2:3 4:15 17:16
**1568** 4:17
**15th** 174:24
**16** 9:10 10:19 13:21
14:23 136:21,22
137:1 238:12
329:5,18 331:17
331:25
**160** 11:12
**163** 11:16
**165** 11:20
**169** 12:5
**16th** 64:18 99:23
104:9 240:20
**17** 11:3 90:5 142:10
142:13 195:7
**171** 12:9
**17306** 171:17

**174** 12:13
**177** 12:18
**17th** 73:6,18,25
**18** 11:7 93:17
143:11 301:18,19
**182** 12:22
**188** 13:5
**1881** 14:5 206:5
**18month** 158:14
**19** 7:6 8:4 11:11
86:1 160:15
**191032799** 5:9
**1919** 4:6
**194** 7:7
**1977** 21:11 24:17,24
25:24 39:5
**1988** 39:15,18
**199** 9:21 112:14
**1990** 39:16,18
**1992** 240:22 241:10
**1997** 21:4,5,9,15,19
23:10,12 24:7
209:14 247:24,25
**19th** 64:14 104:17
104:19 105:2
108:2 189:1
**1st** 25:16 52:1 169:2
169:13

**2**

**2** 7:21 13:15 50:2,14
65:13 66:7 85:3,11
90:3 92:2 97:6,21
102:5 194:15
205:4 228:14
232:12,13 249:16
249:17,18,22
250:3 255:4
260:17 271:23
288:19 292:5
308:19,20,23
320:8 328:22
**20** 9:14 11:14
163:22 333:2

HIGHLY CONFIDENTIAL

338:23
**2000** 209:12,21,21
  209:22 284:18
  286:9 302:17,17
**20006** 4:8
**2000s** 198:2 210:4
  253:13,17 303:6
**2001** 15:9 271:15
  272:10 302:17
**2002** 1:5 76:3,6
  260:25 264:13
  269:24,24 303:16
  304:11,22 305:7
  305:22 323:4,4,13
**2003** 14:4 77:23
  78:11,21 80:4,19
  81:23 82:13 206:4
  206:9 277:4,8
  278:8 309:3
  321:15
**2004** 7:23 8:4 13:21
  14:23 40:4,21 41:5
  49:8 50:4,22 51:10
  52:1 55:16 56:23
  58:2 60:3 63:9
  64:14 65:22 94:24
  185:9 240:20
  241:10 264:6
  310:23 317:8,22
  329:5,18 331:17
  331:25
**2005** 8:9,17 9:5,10
  9:14 10:9 69:5
  70:1 81:4 82:4,13
  82:25 83:15,20
  90:8 93:22 94:9,13
  94:24 97:2 98:17
  98:19,25 99:4,7,24
  102:6 104:9,17,19
  105:2 106:2,10
  108:2 110:1
  114:12,17 116:1
  116:10 117:16,20
  120:1,13 157:20

171:24 259:8,9
  261:21 299:4
  317:8,22 330:16
**2006** 8:13 10:13
  11:5,9,16 12:5
  30:9 72:16 94:24
  112:23,25 113:2,5
  116:1,10 121:18
  122:11 124:13
  126:12 127:13,25
  130:8 134:11,23
  136:10 137:3,18
  142:10,24 144:6,7
  154:13 157:15,21
  161:17 163:12
  166:1 169:2,13
  174:6,24 176:21
  177:22 180:19
  191:7,17 192:20
  192:22 193:12
  258:7 259:8 276:3
  301:23
**2007** 14:13,17 16:5
  157:21 177:12
  181:22 189:1
  202:25 217:4,8
  218:6,18 222:21
  233:17,17 234:8
  235:25 246:3,12
  275:25 276:4
**2008** 157:21 159:7
  200:16 209:21
  250:8 259:22
  260:3 274:14
  275:8 288:14
  289:4 310:24
**2009** 250:8 275:14
  284:18 286:9
**2010** 137:20 141:14
**2012** 209:22 284:5
**2013** 1:16 2:2 17:13
  204:6 244:1 337:5
  337:20
**2015** 337:25

**202** 4:9
**205** 10:13
**206** 14:5
**207** 14:9
**20th** 171:24
**21** 11:18 142:12
  165:21 169:21
**212** 2:19
**2148** 174:19
**215** 5:10
**2153** 12:13 174:19
**2158** 10:22 136:20
**216** 14:13
**218** 16:6
**22** 1:16 2:2 12:3
  169:6,7 337:5
**222** 3:8 14:18
**224** 6:15
**226** 222:24,25
  228:22
**227** 228:23,24
**2282** 165:20
**22nd** 2:17 17:13
**23** 10:13 12:7 37:12
  38:18,21 159:17
  171:18,19 259:6,9
  260:14 263:23
  288:14 327:1
**230** 14:13 237:5
**2300** 2:4 4:15 5:17
  17:17
**237** 6:9
**239** 14:24
**23rd** 124:13 126:12
  127:13
**24** 12:11 174:18,20
  281:7 326:13
**243** 15:5
**25** 8:17 11:5,16
  12:15 177:6,10
  274:14
**25th** 83:14,20 90:8
  97:2 106:1 142:10
  144:6,17 166:1

**26** 7:19 11:9 12:20
  90:19 181:25
  182:1 195:10
  301:23
**263** 10:5 117:9
**266** 15:22
**26th** 144:6
**27** 13:3 159:23
  188:19,23 281:11
**2700** 6:7
**271** 15:10
**274** 15:14 51:5
**276** 15:19 50:8
  231:5
**28** 13:7 288:1,4
**281** 7:8
**285** 14:18
**288** 13:9
**28th** 337:19
**29** 284:5
**290** 7:9

---

**3**

**3** 8:3,9 13:19 63:22
  64:3 85:3 92:5
  97:6,21 102:5
  125:15,18 155:22
  159:21 217:13
  238:6,12 263:24
  264:4 271:3
  283:24 328:17,18
  328:24 329:1,18
  332:3
**30** 1:13,17 26:22
  29:11 30:7 31:13
  35:19 133:25
  191:21 209:23,23
  239:4
**300** 6:6
**3000** 5:7
**301** 83:25
**302** 85:1 90:11 97:5
**303** 8:17 83:12
**304** 13:13 105:10

HIGHLY CONFIDENTIAL

107:10
**3056** 4:9
**308** 9:16 13:17
  104:14 259:11
  263:23,25
**309** 12:9 171:17
**31** 337:25
**312** 3:8 6:17
**316** 7:10
**317** 6:9
**320** 7:11
**322** 7:12 8:21 95:9
**325** 249:25
**326** 7:13
**3276** 7:24
**328** 13:21
**332** 7:14 13:17
**335** 4:17
**35** 2:2 17:14 93:19
  93:24 209:15
**350** 249:25
**353** 3:6
**36** 275:7
**38** 289:22 290:1
  326:19
**389** 13:9

_____

**4**

**4** 8:7 27:24 68:4,5
  85:3 223:7 238:10
  259:15,22 263:1
  271:7 278:13
  281:7,11 289:22
  290:1 328:1
**40** 209:15
**400** 260:6
**410k** 284:4
**41406** 12:13
**415** 3:17 5:19
**4245** 5:10
**4335** 5:19
**43595** 188:24
**46** 134:4
**46204** 6:8

**48** 336:4,5
**4q** 70:8

_____

**5**

**5** 8:11 14:4 72:10,10
  72:11 155:22
  206:4,9 240:22
  277:10 288:20
  326:13,17,19
  336:4,5
**50** 7:24 206:12
  208:11 223:9,23
  292:1
**500** 4:7
**501** 3:15
**507** 260:3
**5090** 182:5
**51** 2:17
**52** 11:9 143:10
**5230** 217:5
**53** 125:15,18
**5316** 3:17
**533** 3:17
**55402** 4:16 17:18
**5571** 124:6
**5576** 10:17 122:23
**57** 287:4
**58** 188:14,18 271:3
**59** 93:19,24 149:3
**5to10millionhen**
  278:1

_____

**6**

**6** 1:13 8:15 10:5,9
  14:13,17 26:22
  29:11 30:7 31:13
  35:19 83:13,16
  191:21 217:3
  239:4
**60604** 6:16
**606543456** 3:7
**609** 8:5 64:2
**61** 3:15
**612** 4:17

**62** 51:23 149:3
**64** 8:5
**65** 209:25 210:11
**655** 5:19
**660** 6:17
**666** 275:25
**67** 259:18
**68** 8:9
**687** 14:24
**694** 240:24
**696** 275:8
**698** 15:14 274:16
**6th** 117:19 217:7
  222:21

_____

**7**

**7** 8:19 14:13,17 16:5
  28:25 32:6 33:10
  95:10,12 157:7
  217:3 218:18
  259:15,23 260:3
  263:1 264:4 277:4
**70** 209:25 210:11
**7000** 2:19
**7086** 16:6 218:19
**72** 8:13
**722** 328:1
**7308** 173:5 327:5
**731** 260:3
**745** 15:10 271:13
**75** 98:10
**757** 244:7
**758** 244:20
**763** 15:5 243:11
**7672** 6:17
**77** 25:16
**778** 4:9
**798** 102:2
**7th** 98:19,25 99:7
  217:8 222:21
  235:25

_____

**8**

**8** 1:17 2:2 8:13 9:3,5

17:14 98:9,11
  157:7 228:14
  298:7
**801** 9:11 99:16
**80md02002** 1:6
**811** 13:21 328:23
**83** 8:17
**849** 2:19
**86** 288:21
**861** 173:8 327:16,21
**8th** 72:16 98:17 99:4
  117:16 120:13
  121:13

_____

**9**

**9** 9:8 99:10,12,17
  107:4 259:23
  260:3,3
**90** 315:24
**904** 173:8 327:16
**907** 15:19 277:5
**90s** 186:8 253:12
**921** 11:5
**9350** 3:8
**94111** 5:18
**95** 8:21
**97** 209:18,18,19
**975** 9:6
**98** 9:6
**981** 5:10
**99** 9:11