# ATTACHMENT 6

HIGHLY CONFIDENTIAL

Bates, Gregory                                                    April 16, 2014

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:  PROCESSED EGG
PRODUCTS ANTITRUST              MDL NO. 2002
LITIGATION                      08-md-02002


THIS DOCUMENT RELATES TO
Publix Super Markets, Inc.      HIGHLY CONFIDENTIAL
v. United Egg Producers, et
al., No. 2:10-cv-06737 GP


                                Wednesday, April 16, 2014
                                8:30 a.m.


        Videotaped deposition of GREGORY BATES,

convened at Wasilewski Court Reporting, 1525 South

Florida Avenue, Suite 4, Lakeland, Florida 33803,

pursuant to notice, the proceedings being recorded

stenographically by Joan L. Pitt, Registered Merit

Reporter, Certified Realtime Reporter, Florida

Professional Reporter, and Notary Public of the State of

Florida.

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

2 (Pages 2 to 5)

---

**2**

A P P E A R A N C E S

On behalf of the Plaintiff Publix Super Markets, Inc.,
and Gregory Bates:
    DAVID P. GERMAINE, ESQUIRE
    Vanek, Vickers & Masini, P.C.
    55 West Monroe Street, Suite 1500
    Chicago, Illinois 60603
    312.224.1505
    dgermaine@vaneklaw.com

On behalf of the Indirect Purchaser Plaintiffs:

    MERRICK SCOTT RAYLE, ESQUIRE
    Lovell Stewart Halebian Jacobson, LLP
    61 Broadway, Suite 501
    New York, New York 10006
    415.533.5316
    msrayle@sbcglobal.net
On behalf of the Defendant/Counterclaim-Plaintiff
Cal-Maine Foods, Inc.:

    OLIVIA A. ADENDORFF, ESQUIRE
    Gibson, Dunn & Crutcher, LLP
    2100 McKinney Avenue
    Dallas, Texas 75201-6912
    214.698.3100
    oadendorff@gibsondunn.com
On behalf of the Defendant Rose Acre Farms:
    MOLLY CRABTREE, ESQUIRE (Via telephone)
    Porter, Wright, Morris & Arthur, LLP
    1919 Pennsylvania Northwest, Suite 500
    Washington, DC 20006-3434
    202.778.3050
    mcrabtree@porterwright.com

ALSO PRESENT:  GARY MARKMAN, Videographer

---

**3**

I N D E X
WITNESS                                    PAGE
GREGORY BATES
    DIRECT EXAMINATION BY MS. ADENDORFF............. 7

E X H I B I T S
DESCRIPTION                                PAGE
BATES EXHIBIT 1  ACKNOWLEDGEMENT AND CONSENT       8
BATES EXHIBIT 2  DEFENDANTS' AMENDED NOTICE OF    10
        DEPOSITION TO GREG BATES

BATES EXHIBIT 3  INTERNAL COMMUNICATIONS          69
        PUB_EGGS_008645 through 008659
BATES EXHIBIT 4  PUBLIX'S NOTICE REGARDING        81
        DIRECT PURCHASER RELATIONSHIPS

BATES EXHIBIT 5  VARIOUS E-MAILS                  88
        CM00479571 through 00479574
BATES EXHIBIT 6  CAGED LAYERS AUDIT CHECKLISTS    90
        PUB_EGGS_020802 through 020809

BATES EXHIBIT 7  URNER BARRY'S REPORTER DATED    103
        SPRING 2008
        UE0305604 through 0305607

BATES EXHIBIT 8  DIRECT ACTION PLAINTIFF         119
        PUBLIX'S SUPPLEMENTAL
        OBJECTIONS AND ANSWERS TO
        DEFENDANTS' FIRST SET OF
        INTERROGATORIES

BATES EXHIBIT 9  VARIOUS E-MAILS                 124
        PUB_EGGS_015630 through 015632
BATES EXHIBIT 10  VARIOUS E-MAILS                127
        PUB_EGGS_016558

---

**4**

BATES EXHIBIT 11  PUBLIX SUPER MARKETS, INC.,    131
        QUALIFYING QUESTIONNAIRE PUBLIX
        BRAND EGGS  PUB_EGGS_006960
        through 006963

BATES EXHIBIT 12  AUTHORIZATION FOR PROMOTIONAL  147
        CARTONS  PUB_EGGS_012876
        through 012868

BATES EXHIBIT 13  SLIDE                          150
        PUB_EGGS_012295
BATES EXHIBIT 14  PUBLIX ANIMAL WELFARE STATEMENT  156
        PUB_EGGS_020727

BATES EXHIBIT 15  JUNE 2002 REPORT FMI-NCCR      161
        ANIMAL WELFARE PROGRAM
        FMI-000015 through 000022

BATES EXHIBIT 16  LETTER DATED JULY 22, 2002     168
        PUB_EGGS_011761 through 011762
BATES EXHIBIT 17  PRODUCT SPECIFICATIONS FOR     173
        PUBLIX EGGS  PUB_EGGS_007151
        through 007157
BATES EXHIBIT 18  LETTER DATED MAY 30, 2002      178
        PUB_EGGS_011782 through 011785

BATES EXHIBIT 19  MEETING WITH BESSIE FOSTER     183
        ITEMS FOR DISCUSSION WEDNESDAY,
        JANUARY 29, 2003
        PUB_EGGS_012413
BATES EXHIBIT 20  FORMULA FOR PRICING            184
        PUB_EGGS_012953

BATES EXHIBIT 21  PRICE SHEET                    186
        PUB_EGGS_019635
BATES EXHIBIT 22  E-MAIL DATED FEBRUARY 5, 2007  187
        PUB_EGGS_015466

BATES EXHIBIT 23  MEMO DATED OCTOBER 23, 2007    190
        PUB_EGGS_015153 through 015154
BATES EXHIBIT 24  ARTICLE IN PROGRESSIVE GROCER  194
        MAGAZINE DATED JANUARY 1, 2002
        PUB_EGGS_006505 through 006507

---

**5**

BATES EXHIBIT 25  E-MAIL DATED JUNE 4, 2002      197
        PUB_EGGS_011763

BATES EXHIBIT 26  DRAFT REVISION - PUBLIX ANIMAL  201
        WELFARE STATEMENT - JULY 18,
        2008 PUB_EGGS_021031

---

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

3 (Pages 6 to 9)

---

**6**

1  P R O C E E D I N G S
2  (8:30 a.m.)
3  THE VIDEOGRAPHER: We are now on the record.
4  Today's date is Wednesday, April 16th, 2014. The
5  time is 8:30 a.m.
6  This deposition is being taken at 1525 South
7  Florida Avenue, Lakeland, Florida 33803.
8  This is the matter of Processed Egg Products
9  Antitrust Litigation, Case No. 08-md-02002, in the
10  United States District Court for the Eastern
11  District of Pennsylvania.
12  The deponent is Greg Bates.
13  Will all attorneys please voice identify
14  themselves.
15  MS. ADENDORFF: Olivia Adendorff for Defendant
16  and Counterclaim-Plaintiff Cal-Maine Foods, from
17  Gibson, Dunn & Crutcher.
18  MR. GERMAINE: David Germaine on behalf of the
19  witness and Publix Super Markets.
20  MR. RAYLE: Merrill Scott Rayle on behalf of
21  the Indirect Purchaser Class, Lovell Stewart
22  Halebian Jacobson, LLP.
23  THE VIDEOGRAPHER: Will the court reporter
24  please swear in the witness.
25  THE COURT REPORTER: Raise your right hand,

---

**7**

1  please. Do you swear or affirm the testimony you
2  give will be the truth, the whole truth, and nothing
3  but the truth?
4  THE WITNESS: I do.
5  THE COURT REPORTER: Thank you.
6  GREGORY BATES, called as a witness by the
7  Defendant/Counter-Plaintiff Cal-Maine Foods, Inc.,
8  having been first duly sworn, testified as follows:
9  DIRECT EXAMINATION
10  BY MS. ADENDORFF:
11  Q. Can you please state your full name for the
12  record?
13  A. Gregory Allen Bates.
14  Q. And, Mr. Bates, have you ever been deposed
15  before?
16  A. No.
17  Q. We're going to go over some ground rules to
18  start. First of all, you understand that while we're on
19  the record today you're testifying under the oath that
20  you just gave; correct?
21  A. Yes.
22  Q. And your testimony here can be used in a
23  courtroom, so therefore, even though there's no judge
24  and jury here, you should give testimony as if a judge
25  or jury was present. Does that make sense?

---

**8**

1  A. Yes.
2  Q. And as you've probably noticed, we have a court
3  reporter here today, so she's trying to take down
4  everything that we say. Because of that, it's important
5  that you wait until I'm entirely done with my questions
6  before giving your answer, and I will also try to wait
7  until you are totally done answering before I ask my
8  next question. Does that make sense?
9  A. Yes.
10  Q. It's also important that you give verbal
11  responses today, so don't nod your head or say uh-huh,
12  but try to say yes or no so that the court reporter can
13  have a clear record. Does that make sense?
14  A. Yes.
15  Q. And are you currently taking any medication
16  that would interfere with your ability to testify today?
17  A. No.
18  Q. Do you know of any other reason why you cannot
19  testify truthfully or fully this morning?
20  A. No.
21  Q. All right. Before the deposition, I asked your
22  counsel to give you this Acknowledgement and Consent,
23  which we will mark as Exhibit 1.
24  (Bates Exhibit 1 was marked for
25  identification.)

---

**9**

1  Do you recognize this document?
2  A. Yes.
3  Q. Did you sign this document?
4  A. Yes, I did.
5  Q. And do you understand that in signing this
6  document any confidential documents that you see from
7  other parties today during the deposition you should
8  keep confidential and not discuss outside of this
9  deposition?
10  A. Yes.
11  Q. Did you take any steps to prepare for this
12  deposition this morning?
13  A. Yes.
14  Q. What did you do to prepare?
15  A. I met with David yesterday for a couple hours.
16  Q. And did you review any documents in preparation
17  for this deposition?
18  A. No, we did not.
19  Q. And other than yesterday meeting with David,
20  did you do anything else to prepare for this deposition?
21  A. No.
22  Q. Have you discussed this deposition with anyone?
23  A. I spoke with Jimmy Wilson. Not really about my
24  deposition. He -- he told me that he was being deposed
25  again also.

---

## HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

4 (Pages 10 to 13)

**10**

1     Q. And when was that?

2     **A. Two days ago.**

3     Q. And in speaking with Mr. Wilson, did anything

4 he said refresh your recollection about topics that you

5 believed would come up during the deposition today?

6     **A. No.**

7     **(Bates Exhibit 2 was marked for**

8 **identification.)**

9     Q. You have in front of you what's been marked as

10 Exhibit 2. Do you recognize this document?

11     **A. No, I do not.**

12     Q. I represent to you that this document was sent

13 to your counsel and it is under this document that you

14 are here this morning to be deposed.

15     Do you understand that you are here to be

16 deposed in connection with In Re: Processed Egg

17 Products Antitrust Litigation?

18     **A. Yes.**

19     Q. And you understand that Publix is a plaintiff

20 in that lawsuit?

21     **A. Yes.**

22     Q. What is your current home address?

23     **A. 2101 Emerald Ridge Drive, Lakeland, Florida.**

24     Q. And how long have you lived there?

25     **A. Ten years.**

**11**

1     Q. And where did you live before that?

2     **A. On the north side of Lakeland.**

3     Q. And what was your address there?

4     **A. 1429 Timber Ridge Loop.**

5     Q. When did you move to Lakeland?

6     **A. I didn't move to Lakeland.**

7     Q. You've lived here your whole life?

8     **A. Yes.**

9     Q. Did you attend college?

10     **A. I did.**

11     Q. Where did you attend?

12     **A. Florida Southern College.**

13     Q. And did you graduate from college?

14     **A. Yes.**

15     Q. What was your degree?

16     **A. Accounting.**

17     Q. Did you have -- what year did you graduate from

18 college?

19     **A. '86.**

20     Q. And did you have any postgraduate education?

21     **A. No.**

22     Q. Do you have any other degrees or

23 certifications?

24     **A. Food safety certifications. That was a class.**

25     Q. What -- what kind of food safety certification?

**12**

1     **A. I can't remember. It's a -- it has to do with**

2 **food safety. Like operational stuff, like to do with**

3 **retail stores and restaurants. Temperatures you hold**

4 **food at and sanitation procedures. I just can't**

5 **remember the name of the --**

6     Q. And approximately when did you receive that

7 certification?

8     **A. Five years ago.**

9     Q. And what did you do in order to receive that

10 certification? Were there classes?

11     **A. There was a class and a test.**

12     Q. And for how long was that class? Was it a

13 week?

14     **A. One-day class.**

15     Q. A one-day. And you said that it mainly

16 involves procedures on how to keep food safe in a retail

17 environment; is that correct?

18     **A. Yes.**

19     Q. Are you currently employed?

20     **A. Yes.**

21     Q. Who is your employer?

22     **A. Publix Super Markets.**

23     Q. When did you join Publix?

24     **A. Thirty-one years ago.**

25     Q. And what year would that have been 31 years

**13**

1 ago? 1983?

2     **A. Yes.**

3     Q. And where did you work before you joined

4 Publix?

5     **A. I had a part-time job at a metal fabricating**

6 **shop.**

7     Q. And would that have been when you were still in

8 high school?

9     **A. No, when I was in college.**

10     Q. And when you first joined Publix, why did you

11 join Publix?

12     **A. I needed a job.**

13     Q. And what was your first job at Publix?

14 Position.

15     **A. I worked part-time in the housewares warehouse.**

16     Q. What did you do in the housewares warehouse?

17     **A. A lot of things. From -- from taking**

18 **inventory, making inventory adjustments, to stocking and**

19 **flow rack, and cleanup work.**

20     Q. And how long did you hold that position?

21     **A. A year.**

22     Q. What was your next position at Publix?

23     **A. Full-time in the frozen food warehouse.**

24     Q. And was that a similar job in terms of doing

25 inventory, stocking?

HIGHLY CONFIDENTIAL

Bates, Gregory                                                    April 16, 2014

5 (Pages 14 to 17)

## 14

1    A.  Selector.
2    Q.  Selector.  What does that position entail?
3    A.  Filling orders for stores.  You select cases
4  for store orders.  Load them on the truck.
5    Q.  So that warehouse would serve a group of
6  stores?
7    A.  Uh-huh.
8    Q.  How many stores is that warehouse,
9  approximately?  In Florida only or --
10    A.  Yes.
11    Q.  How long did you hold that position?
12    A.  Three to four years.
13    Q.  So at that point you would have graduated from
14  college?
15    A.  Yes.
16    Q.  What was your next position after frozen food
17  warehouse?
18    A.  I got a job as supervisor in the produce
19  warehouse over a shipping crew.
20    Q.  Supervisor over the shipping crew?
21    A.  Uh-huh.
22    Q.  And in that job, can you give me a little
23  description about what that entailed?
24    A.  Manage the selectors, the loading of the
25  trucks.

## 15

1    Q.  And what are selectors?
2    A.  They -- they actually fill the orders.  You
3  have a store order that's on a document, and they go
4  through the warehouse and pick each case, stack it on a
5  pallet with a -- you have pallet jacks and they load it.
6  They move up and down the aisles of the warehouse and
7  fill it, working the order, and load it on the trucks.
8    Q.  So you supervised the selectors.  What else did
9  you do as supervisor of the shipping crew?
10    A.  There's paperwork that goes along with that.
11  Evaluations.
12    Q.  And how many people did you supervise,
13  approximately?
14    A.  Thirty.
15    Q.  And what was your next position at Publix?  I
16  guess I should ask -- sorry -- how long you were in the
17  shipping crew position.
18    A.  I went from that same job, a lateral move, over
19  to the -- I was in the fresh pack.  I went into the
20  fresh pack operation in produce.  Supervisor.  Still pay
21  level job, but a little different work.  They pack --
22  they pack the produce.  Okay?  You know, you've got
23  trays of whatever, grapes, tomatoes, that's overwrapped.
24  We have machines that do that work.  We have people who
25  work on a line.  They grade the produce, pack it in the

## 16

1  trays, operate the machines.  Just a different
2  operation, but I supervised that operation also for a
3  couple years.  I can't remember the exact timing on
4  this, but this is kind of the flow of the jobs.
5    From there, I went to grocery warehouse back to
6  a shipping supervisor.  Same type of job.  Different
7  warehouse.  Different products.
8    And from there I went back to produce on a day
9  shift job, which is back to fresh pack.  Same operation
10  as before.  I had done it --
11    Q.  Hold on one second.  Say that again.  So after
12  grocery warehouse shipping supervisor, what was the next
13  one?
14    A.  Went back to produce for a fresh pack job.
15  Same job.  Different shift.  It was a day shift job.
16    Q.  Again supervisor?
17    A.  Yeah.
18    Q.  And all of these warehouses, were they each
19  separate warehouses; produce, grocery, and fresh pack?
20    A.  Produce and fresh pack were the same warehouse.
21    Q.  Okay.
22    A.  Grocery was separate.
23    Q.  But they're all here in Lakeland?
24    A.  Yes, all in the same complex.
25    Q.  Okay.  And after moving back to fresh pack

## 17

1  produce -- approximately what year was that, do you
2  know, that you moved back to fresh pack produce?
3    A.  It would be in the '90s somewhere.  I just
4  can't remember.
5    Q.  And you were day shift supervisor.  How long
6  were you day shift supervisor?
7    A.  I don't know.  I just can't remember.
8    Q.  A couple years?
9    A.  (Nodding head.)
10    Q.  And what was your next position after that?
11    A.  I was selected to be private label analyst in
12  the purchasing department.
13    Q.  What does that mean?
14    A.  I worked on helping the buying department, or
15  teams, select suppliers to make our private label items,
16  Publix branded.
17    Q.  And when did you start that position?
18    A.  I should have brought my work history with me.
19  I can't remember the specific year.  It was -- let's
20  see.  I started in '83.  Still in the '90s, because I
21  think I worked that job for about two years, and then I
22  became inventory manager, and that had to be somewhere
23  around '98, '99.
24    Q.  So you ended the private label analyst position
25  in '98 or '99?

HIGHLY CONFIDENTIAL

Bates, Gregory                                                          April 16, 2014

6 (Pages 18 to 21)

---

18

1    A.  Uh-huh, somewhere around there.
2    Q.  And in private label, what products did you
3  work on?
4    A.  A lot of nonfood products, like bath tissue,
5  pet food.
6    Q.  Did you say nonfood or nonfruit?
7    A.  Nonfood.  Sorry.  The only food item I remember
8  is coffee.  I worked on that.
9    Q.  And that seems like a big job, so do they
10 divide up the products?  Did you have a certain category
11 of products that you were in charge of?
12   A.  There were two of us that did that job, and we
13 kind of split it.  That's why I had most of the nonfood
14 items and another analyst had the food items.  So across
15 all of grocery, which is defined by center store types
16 of products.
17   Q.  And in that job, did you only select -- were
18 you only involved in selecting the supplier and then the
19 rest of the relationship was managed by someone else?
20   A.  Yes.  Once we made the selection, it was
21 managed by the buying team.
22   Q.  And was that part of the manufacturing MSP
23 department?
24   A.  That is what the MSP department does today.
25   Q.  Was that in MSP at the time?

---

19

1    A.  No.  My job as an -- as that private label
2  analyst, I don't know, a year or so after I left that
3  job they took that work and moved it into the MSP
4  department.
5    Q.  So when you were in that position, did you
6  work -- walk me through how you would choose each
7  supplier.  So somebody would come to you and say, "We
8  need a new supplier for our Publix brand bath tissue."
9  Correct?
10   A.  (Nodding head.)
11   Q.  Then what would be your next step?  Would you
12 talk to someone in another department that specifically
13 focused on bath tissue, or were you on your own?
14   A.  We would.  We would talk to the buyers and get
15 information.  There was a resource for the suppliers in
16 the industry.  Then we would research supplier lists to
17 find out any other suppliers that were out there.
18   Q.  And how did you research supplier lists?
19   A.  That's been a long time ago.  I don't really
20 remember the tools we used.
21   Q.  Would you consult books or sources of that
22 nature?
23   A.  Yes.  We didn't have the Internet.
24   Q.  So after selecting a list of suppliers, what
25 was the next step in your responsibility?

---

20

1    A.  Send a questionnaire.
2    Q.  And who drafted the questionnaire?
3    A.  I had a questionnaire already made for us that
4  was developed in the -- when we started that work, which
5  came from MSP, because they were doing that work already
6  with manufacturing suppliers.  So I did -- so we -- we
7  tailored it, put some questions that might be relevant
8  to the suppliers we were -- were going after.  So it's
9  kind of a basic questionnaire, but there may be some
10 questions that were different for the type of suppliers
11 we were going after that might be relevant.
12   Q.  Would you say the majority of the questionnaire
13 were fixed questions?
14   A.  Yes.
15   Q.  That applied to all suppliers?
16   A.  The majority of it would be, yes.
17   Q.  Can you give me an example of some of those
18 kinds of questions?
19   A.  How many facilities do you have?  What's the
20 capacity?  Where are those facilities located?  Are you
21 a public company or a private company?  We would ask for
22 financial information.
23   Q.  And what were some of the specific questions?
24 Let's just take coffee, for example, or one that you
25 particularly remember.  Give me an example of some

---

21

1  specific product questions you might ask.
2    A.  I'm not really remembering.  I don't remember
3  any specific questions, because the main purpose of that
4  was more in general information, but I know there was,
5  but I can't remember.
6    Q.  For the specific questions, who drafted those
7  questions?  Did you draft them, or did you turn those
8  over to someone else to handle that was more familiar
9  with the product?
10   A.  I would talk to the category team to see what
11 may be different and draft a question with them with
12 their help.
13   Q.  And I know you said you didn't deal much with
14 food, but would some of your questions relate to safety
15 or those kinds of issues specific to a product?
16   A.  Right, I didn't deal with the food, so then on
17 the nonfood items the questions were more around quality
18 control and their measures there, which --
19   Q.  So after you drafted this questionnaire, you
20 would send it out to the list of suppliers; correct?
21   A.  (Nodding head.)
22   Q.  And then presumably get responses; correct?
23   A.  Uh-huh.
24   Q.  And then how would you ask for bids for price?
25   A.  Send them a spreadsheet.

---

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

22

1    Q.   And what kind of spreadsheet?
2    A.   It was Lotus back then.  They would just
3  fill -- they would -- we would ask them for delivered
4  pricing.
5    Q.   And when you say "delivered pricing", what do
6  you mean?
7    A.   It means delivered to -- it includes
8  transportation, is what that means.
9    Q.   So the price would include the transportation
10 cost?
11   A.   Yeah.
12   Q.   And on those -- in those spreadsheets, would
13 price be broken down into different components, so a
14 transportation cost be a separate line item?
15   A.   No.
16   Q.   It would just be one number?
17   A.   Uh-huh.
18   Q.   So if it was one number, why did you need a
19 spreadsheet instead of just saying, "What's your
20 price?", answer, "This is our price."?
21        Was it because you were asking for multiple
22 products from one supplier?
23   A.   Oh, yeah, that's always the case.  Well, I say
24 always.  More often than not, it was multiple items that
25 a supplier would --

23

1    Q.   So, for example --
2    A.   -- bid on.
3    Q.   -- with bath tissue, it might be a 12-pack and
4  a 24-pack or something along those lines?
5    A.   Exactly.
6    Q.   And does Publix try to reduce the number of
7  products for a private label product?  In other words,
8  is it trying to get one supplier to provide as many
9  different products as possible to all its stores?
10        MR. GERMAINE:  Objection to form.  You can
11   answer if you understand the question.
12   Q.   You can answer.
13   A.   It depends.
14   Q.   It depends on what?
15   A.   It depends on the situation with the type of
16 product.  And generally, yes, it's an advantage to get
17 one supplier to give you more, because you have
18 economies of scale.  You have higher volume.  You can
19 get a lower price.
20        However, there could be instances where the
21 volume is so high and so great that you put yourself at
22 a business risk of having just one supplier, and you may
23 want the supply to be split so that you're not at risk,
24 if something happens to that one source of supply, that
25 you're not out of product for the whole company.  That's

24

1  why it depends.
2    Q.   And what were some very high volume products
3  that you dealt with in private label?
4    A.   Paper products were high volume.  Let me think.
5  That was probably the only one in my term as analyst
6  that was -- would really be considered the highest
7  volume.  Most of the other items in nonfood were not --
8  wouldn't consider as being that high, high volume than
9  other stuff.
10   Q.   For the price of all these different products
11 that you handled, were there different pricing
12 structures or different ways that the suppliers set the
13 price for different products?
14   A.   Yes.  Two basic ways.  One is just to quote a
15 price, which we -- and the other way would be a formula
16 price.
17   Q.   So if a supplier simply quoted a price, that
18 would be the fixed price of that good until the supplier
19 notified you otherwise; correct?
20   A.   We asked for that price to be good for a year,
21 but that was -- that's a point of negotiation also.  It
22 could be longer.
23        But to answer your question, outside of that
24 parameter, yes, so once you cross that line and they
25 guaranteed a year or whatever the time period is, it

25

1  would be whenever they notified us and had to justify a
2  price increase.
3    Q.   And at the end of that year, or if they
4  notified you at some different point that the price
5  would increase, would they notify you as the private
6  label analyst, or would they notify someone else?
7    A.   They'd notify the category, the buyer.
8    Q.   And the second method of pricing that you
9  mentioned was pricing by formula.  Can you explain that
10 a little more?
11   A.   Basically, it is a pricing structure that's
12 based off a couple key components that affect price for
13 the goods of whatever it is.
14   Q.   So would those key components be off of some
15 market price or list price or --
16   A.   Commodity pricing would be a big one that would
17 drive.  Like in plastic bags, it might be the cost of
18 resin.  If you're doing something -- I guess a food
19 product might go off the price of grain or something
20 like that.
21        I didn't -- I did not deal with many
22 formula-based pricing in what I did, but there were
23 other -- it was more on the food side.
24   Q.   And for formula -- formula-based pricing, does
25 that mean that the price would change every order, or it

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

8 (Pages 26 to 29)

### 26

1 could change every order if that metric was changing?
2    **A. Yes.**
3    Q. And when you were in that role, private label
4 purchasing analyst, did you have anything to do with
5 actually placing orders?
6    **A. No.**
7    Q. So once you sent out these questionnaires and
8 received the answers and then sent out the spreadsheet
9 requesting bids for price, what was the next step in the
10 process of selecting a supplier?
11    **A. We would sometimes visit facilities of**
12 **the -- the finalists, but not always.**
13    Q. When did you find it necessary to visit
14 facilities?
15    **A. In the beginning of the process, we did it**
16 **every time, but then as that work grew we -- we realized**
17 **that we could rely on audits from outside firms to**
18 **satisfy that need, so they would -- and that's really by**
19 **judging the quality control measures and stuff in the**
20 **facilities. So that was the reason for the visits**
21 **mainly.**
22      **So then the next step --**
23    Q. Did you attend the facilities visits when they
24 occurred?
25    **A. Yes.**

### 27

1    Q. And would you go with anyone else, or would you
2 be the sole Publix representative?
3    **A. We would take a person from CQA, corporate**
4 **quality assurance.**
5    Q. And what would that person's job function be?
6    **A. Their function is to manage the quality of**
7 **private label products we have.**
8    Q. And if you know, in that group, in corporate
9 quality assurance, are people assigned particular
10 product groups, or is there one person per product, or
11 how is it divided in that group, in terms of, are there
12 specialists in particular kinds of products?
13    **A. They have a large group of products, so they**
14 **have a person over all the grocery type of products, but**
15 **it's -- the work is split maybe a little differently**
16 **because there would be a person that's more expert in**
17 **the labeling, too. So there's a person for all the**
18 **grocery products, there's a person for all the fresh**
19 **department products, there's a person over the store**
20 **procedures, which is not really a product, but it's --**
21 **is my general understanding of how the work is split.**
22      MR. RAYLE: Excuse me. Did somebody just join?
23      MS. ADENDORFF: Yeah, did someone join on the
24 phone?
25      MS. CRABTREE: Molly Crabtree just joined.

### 28

1      MS. ADENDORFF: Hi, Molly.
2 BY MS. ADENDORFF:
3    Q. So after visiting these facilities, what was
4 the next step in the process of determining who the
5 supplier would be?
6    **A. We would -- we would cut product. We may have**
7 **done that before the visits, actually. I probably**
8 **missed in remembering in the process. We did both, so**
9 **all factors of information, so the finalists, we would**
10 **test the product.**
11    **So if it's nonfood product, we would send it to**
12 **an outside lab, and the CQA person did that part of**
13 **the -- the testing. So they would test the product,**
14 **make sure it was -- met standards.**
15    Q. The inside CQA person would do it if it was a
16 food product, is that what I understand?
17      You said nonfood products would go to an
18 outside lab; correct?
19    **A. Yes.**
20    Q. So would a food -- food products stay in-house?
21    **A. I didn't do the food process, so I can't**
22 **remember what -- what they were doing then.**
23    Q. So this was your first job in purchasing or
24 procurement?
25    **A. Yes.**

### 29

1    Q. Who trained you when you began that position?
2    **A. A consultant.**
3    Q. An outside consultant?
4    **A. Yes.**
5    Q. And what was the focus of that training?
6    **A. Teach me the procedures and process.**
7    Q. Were you trained on these different pricing
8 models and those sorts of issues?
9    **A. Yes.**
10    Q. So going back to the step of evaluating the
11 suppliers, after facilities visits and testing the
12 product, what was the next step?
13    **A. We would select the supplier with the -- the**
14 **whole team.**
15    Q. Can you identify for me who would be on those
16 teams?
17    **A. It would be the buying group, which would be**
18 **the category manager, the buyer, MSP person, which then**
19 **was me. They didn't call it MSP yet.**
20    Q. You were the MSP person, as you're calling it?
21    **A. Yeah.**
22    Q. Okay.
23    **A. And the person from CQA.**
24    Q. So four people?
25    **A. The director may also be on the team.**

## HIGHLY CONFIDENTIAL

Bates, Gregory                                                    April 16, 2014

9 (Pages 30 to 33)

---

**30**

1  Q. And who's the director?
2  **A. The boss of the category manager.**
3  Q. And what's the full title? Director --
4  **A. Business development director.**
5  Q. And how would you go about actually making the
6  decision? Would there be an in-person meeting?
7  **A. Yes.**
8  Q. And how long would those meetings usually last,
9  or would there be several?
10  **A. Depends on how complex the decision was or**
11  **difficult. The meeting can be 30 minutes. It can be an**
12  **hour, hour and a half. Just depends.**
13  Q. Not typically longer than a day?
14  MR. GERMAINE: Objection to form.
15  Q. You can answer.
16  **A. There could be more than one meeting.**
17  Q. And how long would this whole process take from
18  when you first knew that you needed to select a supplier
19  to when you actually made the decision?
20  **A. I don't remember a specific timeline. It would**
21  **be months, though. It's not a short thing.**
22  Q. So you started this position, I think you said,
23  around 1998; correct? How long were you in that
24  position?
25  **A. Somewhere around two years.**

---

**31**

1  Q. What was your next position at Publix?
2  **A. Inventory manager.**
3  Q. And what did you do as inventory manager?
4  **A. Ordered product.**
5  Q. For which department?
6  **A. Paper and pet food.**
7  Q. That's different than a buyer?
8  **A. Yes.**
9  Q. Can you explain to me the difference there?
10  **A. They split the buyer job. Before -- I was the**
11  **first inventory manager for Publix. Before that, the**
12  **buyer ordered the product and did all of the negotiation**
13  **with the suppliers.**
14  **They split the job up so that we could -- for**
15  **the purpose of managing -- managing inventory better.**
16  **So my only job was to manage inventory, write purchase**
17  **orders. The buyer handled everything else in the**
18  **buyer's job.**
19  Q. And for all these jobs that we've just
20  discussed, do all of these apply to all the different
21  Publix stores, or are they specific to a certain store?
22  So when you purchase paper products or when you
23  inventory manage for paper products and pet food, is
24  that for all of the Publix stores in the chain?
25  **A. Yes.**

---

**32**

1  Q. And how many Publix stores are there,
2  approximately, do you know?
3  MR. GERMAINE: Objection.
4  Q. You can answer.
5  **A. We open new stores all the time. I'm not sure**
6  **what the exact number is today.**
7  Q. Is it more than 100?
8  **A. Yes.**
9  Q. Is it more than 1,000?
10  **A. Yes.**
11  Q. And was it more than 100 when you started at
12  Publix in the '80s?
13  **A. Yes.**
14  Q. And are Publix stores -- strike that.
15  So when you worked as inventory manager, you
16  ordered paper and pet food for all of the different
17  Publix stores; correct?
18  **A. Ordered product for the warehouse. The**
19  **warehouse sent it to all the stores.**
20  Q. So you didn't necessarily know which store
21  needed how much paper?
22  **A. No.**
23  Q. How would you -- so you would simply watch
24  the -- the warehouse quantities and see when they fell
25  below a certain level, and then you would order more

---

**33**

1  product?
2  **A. That is correct.**
3  Q. But the stores would essentially place orders
4  to the warehouse; is that correct?
5  **A. Yes.**
6  Q. And you were working -- well, I don't know
7  about pet food -- but those nonperishable items?
8  **A. I was purchasing paper, plastic bags, aluminum**
9  **foil, and pet food products. That was what I was**
10  **purchasing.**
11  Q. So nonperishable. So they were delivered to
12  the warehouse and they were stored there for a while?
13  **A. Yes.**
14  Q. Before going to the stores?
15  **A. Yes.**
16  Q. And who was your supervisor when you were in
17  the inventory manager position?
18  **A. Dave Cerra.**
19  Q. And what role did Dave Cerra have?
20  **A. Category manager.**
21  Q. Of which department?
22  **A. Paper and pet food.**
23  Q. So as category manager, the inventory manager
24  would report to Dave Cerra, and would the buyer also
25  represent to Dave Cerra?

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                         April 16, 2014

---

34

A. Yes.

Q. And then who was Dave Cerra's boss, just so I can understand the hierarchy of the department.

A. **Lauren McGill.**

Q. And what position did Lauren McGill hold?

A. **Business development director.**

Q. What was the larger division that you were a part of besides paper and products -- paper products?

A. **I don't understand your question.**

Q. Was -- were you in the retail grocery unit?

A. **Yes.**

Q. And what's the formal name of that division?

A. **Grocery retail business unit.**

Q. And what was your next position after inventory manager?

A. **Buyer.**

Q. And when did you move to buyer?

A. **I can't remember the exact date, but one or two years in the inventory manager position. I really don't remember.**

Q. Do you recall if it was before or after 2000?

A. **It had to be before.**

Q. And which department were you a buyer in?

A. **Paper and pet.**

Q. So as a buyer, you would do some of the

---

35

functions that you mentioned before; correct? So can you list those job functions for me?

MR. GERMAINE: Objection to form. It's compound. You can answer the question if you understand it.

A. **Promotional activity, pricing, managing suppliers.**

Q. And when you say "managing suppliers", do you mean having a relationship with contacts at the suppliers?

A. **Having meetings with them, yes. There's a lot of paperwork of -- you take costs. Managing all the functions from a supplier to Publix. You're the main contact.**

Q. So would that supply relationship mean discussing delivery schedules, if there were problems with that?

A. **Yes, if there was problems with it.**

Q. But not otherwise?

A. **Right.**

Q. And would it involve discussing quality problems?

A. **Yes.**

Q. And would it involve discussing price changes?

A. **Yes.**

---

36

Q. What else would it involve?

A. **Promotions, which I mentioned.**

Q. Would you -- oh. In terms of managing the supply relationship, would you discuss promotions with suppliers?

A. **Yes.**

Q. And would that be because the suppliers would sometimes participate in the promotions?

A. **Yes.**

Q. So if a supplier participates in a promotion, the supplier gives Publix a discount and Publix passes that discount on to consumers?

A. **Yes.**

Q. And in that instance, would the supplier contact Publix, or would Publix contact the supplier to suggest a promotion?

A. **Both.**

Q. So you were in the paper and pet unit, and then what was your next position after that?

A. **Buyer of household and baby products.**

Q. Do you know when you began that position?

A. **A year later, approximately.**

Q. And how long were you a buyer of household and baby products?

A. **About a year.**

---

37

Q. And that job had similar functions, just for different products?

A. **Exactly.**

Q. And what was your next position at Publix?

A. **Dairy buyer.**

Q. And when did you become dairy buyer?

A. **A year after.**

Q. And can you think again real hard about when that might have been? Was it before or after 2000?

A. **I just really don't remember. You could probably get that information from David. Ask him.**

Q. Unfortunately, it's your deposition, so I have to ask you. Any -- any idea at all?

A. **I think it was before, but I can't be exact. I just can't.**

Q. And how long were you in that position?

A. **A year.**

Q. And in dairy, what products were you responsible for purchasing?

A. **Cheese, eggs, desserts.**

Q. Desserts. Would that be frozen desserts?

A. **No, it would be, like, Jell-O. Butter and margarine, and refrigerated dough, and refrigerated pickles.**

Q. So dairy is a broad category. And when you

---

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

11 (Pages 38 to 41)

---

38

1 went to each of these new departments, what did you do
2 to get familiar with the products and the suppliers?
3     A. Visiting the store looking at the sections,
4 obviously. There was some training that happened with
5 the category manager to give insights to the work, the
6 suppliers.
7     Q. Would the category manager also have
8 relationships with the suppliers?
9     A. Yes.
10     Q. So he might intervene and talk to a supplier in
11 a particular instance?
12     A. Yes.
13     Q. Any other training?
14     A. The buyer you took over from would usually have
15 some limited time to give you training.
16     Q. Now, we talked earlier about, for nonperishable
17 products, the suppliers would deliver the product to the
18 warehouse, and in the warehouse, the store would then
19 place an order from the warehouse; correct?
20     A. Correct.
21     Q. So for perishable products like eggs, for
22 example, is that process still the same?
23     A. No. Eggs were delivered by the supplier, which
24 is called DSD, direct store delivery.
25     Q. So the supplier would be in charge of

---

39

1 delivering the eggs from the production facility to each
2 individual Publix store; correct?
3     A. Yes.
4     Q. And who would supervisor that process to make
5 sure that the delivery was done on time and
6 appropriately?
7     A. The supplier managed that process. If there
8 was a problem, we would find out about it, because
9 stores would call in and complain, so that's how we
10 would know that the supplier did not make a delivery or
11 there was issues.
12     Q. And would the store complain to the buyer?
13     A. The store would complain to the supplier first
14 in most instances, because they would have phone numbers
15 of who their route people were and who their bosses
16 were; and if they couldn't get resolution, then they
17 would call the corporate office, which would be the
18 buyer, would be their main person to call to resolve an
19 issue.
20     Q. And you mentioned before, when you were in
21 paper and pet, that there was an inventory manager and a
22 buyer essentially working on the same team for the same
23 product; correct?
24     A. Right.
25     Q. Was that also the case with dairy, since some

---

40

1 of the products were delivered directly to the store?
2     A. The inventory manager job did not have
3 responsibility for DSD. So there was an inventory
4 manager for dairy but would have nothing to do with DSD
5 products. Only warehouse products.
6     Q. After one year as dairy buyer, what was your
7 next position?
8     A. Candy buyer. For one year.
9     Q. Were these formal rotations, or you just
10 happened to move every year?
11     A. I was lucky. It's -- it wasn't formal
12 rotations. Just kind of the way things worked out and
13 where they needed people. So it's kind of no rhyme or
14 reason for it. It just kind of was my path. Some
15 people spend a lot more years in categories. Usually
16 buyers aren't switched that often, but in this case I
17 was. Just kind of how it worked out.
18     Q. And when you were working as a buyer, did you
19 work in the corporate headquarters here in Lakeland?
20     A. Yes.
21     Q. What was your next position after candy buyer?
22     A. I was promoted to dairy category manager.
23     Q. And what year was that?
24     A. I think that was around 2000.
25     Q. And I know we've already touched a little bit

---

41

1 on category manager, but can you walk me through your
2 responsibilities as category manager?
3     A. It's to manage the buyers, oversee their
4 functions, which include pricing, promotions, and
5 their -- and their management of the -- of the suppliers
6 of the category. It was the category manager's
7 responsibility for product placement, which is
8 planograms, which is a shelf schematic.
9     Q. So you would actually be in charge of designing
10 how the products were displayed in the stores?
11     A. Yes.
12     Q. And would you also participate in the supplier
13 selection process?
14     A. Yes.
15     Q. Is there a name for that process?
16     A. I don't know. That's odd. When we do category
17 reviews --
18     Q. And what's a category review?
19     A. That's where we review all the products and
20 suppliers in a -- a section, say the milk section, for
21 example, and you review all of that and then decide what
22 your strategy would be, what items you would --
23     Q. Strategy with respect to what?
24     A. Products, pricing, promotion. All of those
25 functions. So that's the responsibility of the category

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Bates, Gregory                                    April 16, 2014

12 (Pages 42 to 45)

---

42

manager in the strategy. But you would decide what
items you would put in the store, take out of the store
and -- through a review. It was reviewing all of those
groups, all those products, together.
    Q. And how often did you conduct those reviews?
    A. Generally, once a year.
    Q. And as part of that review, would you consider
the suppliers selection?
    A. Depends.
    Q. When would you consider changing suppliers?
    A. We would generally review suppliers for private
label items, for Publix branded items, every three to
five years. So that's a separate process, really, from
category review, but it's kind of related.
    Q. What about suppliers for your other products?
    A. Define "other products".
    Q. Your nonprivate label products.
    A. That's handled in the category review.
    Q. And would you only change suppliers if there
was a problem with your prior supplier, or would you
just periodically rebid the item out to a group of
suppliers?
    A. Talking about private label items, we
periodically review those suppliers, like I said,
somewhere three to five years. If there's a problem,

---

43

that is a cause to do a review immediately.
    Q. You would do a review immediately?
    A. If there was a problem and that was deemed
cause. The category manager would make that decision.
    Q. How often did that occur when you were category
manager?
    A. I was category manager for a long time.
    Q. Well, I'll ask that next then. How long were
you category manager?
    A. About 16 years.
    Q. And were you category manager of dairy that
whole time?
    A. No.
    Q. How long were you category manager of dairy?
    A. Nine to 10.
    Q. So you said you started as dairy category
manager around the year 2000 but you couldn't remember
precisely; correct?
    A. It's not adding up, is it? I told you I
couldn't remember the exact years.
    Q. But around the year 2000, you thought?
    A. Let's go backwards. I spent right at six years
as category manager of frozen food. If it was nine for
dairy, that's 15 years. So 15 from 2014.
    Q. 1999?

---

44

    A. '99. So, yeah.
    Q. So you believe it was 1999 until nine years
later, so approximately 2008?
    A. Yeah.
    Q. And at that point you changed to become
category manager of frozen food?
    A. Right.
    Q. And are you still category manager of frozen
food?
    A. No.
    Q. What is your position now?
    A. Business development director of frozen food
and dairy.
    Q. And when did you get that promotion?
    A. January 2014.
    Q. And was it a promotion?
    A. Yeah. Yes.
    Q. So there was no other position between category
manager of frozen food and business development
director; is that correct?
    A. There was. I was category manager of CSD for
eight months.
    Q. What's CSD?
    A. Carbonated soft drinks and water. It's
beverages.

---

45

    Q. And when was that?
    A. My memory's getting better because that's not
that far ago, so that would be 2013, in May.
    Q. Okay. Backing up to dairy again, can you go
through -- I know we sort of touched on this a little
bit, but can you go through when you were actually
category manager of dairy, what products would have been
in your purview?
        MR. GERMAINE: Objection. Asked and answered.
    Q. You can answer.
    A. Eggs, milk, margarine, butter, dough, pickles,
dairy desserts, which is Jell-O, creamers.
    Q. And were those products the same products that
were in dairy when you were a buyer?
    A. Cheese was also in there.
        Yes, they were the same products.
    Q. And are they the same products that are now in
dairy as you are business development director of dairy?
    A. No.
    Q. What has changed?
    A. Cheese is not in there today. That's a meat
department group of items.
    Q. So now that you're business development
director, you once again oversee dairy; correct?
    A. Correct.

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                        April 16, 2014

13 (Pages 46 to 49)

46

1    Q.  And frozen food?
2    A.  Yes.
3    Q.  Are there any other products besides those two
4  categories?
5    A.  Kosher products.
6    Q.  So as category manager of dairy, focusing on
7  that position for now, from 1999 to 2008, you had a
8  buyer in dairy reporting to you; correct?
9    A.  I had two buyers.
10    Q.  And how would those two buyers divide their
11  responsibilities?
12    A.  One had eggs and cheese and desserts.  The
13  other one had the milk section, the yogurt section,
14  which included cultured products, like sour cream.
15  Cream cheese was with the cheese.
16    Q.  So two buyers.  Did you have an inventory
17  manager underneath you?
18    A.  No.  The system had changed.  We had
19  organizationally changed and took all those inventory
20  managers and put them into a separate group and they
21  were managed by a separate person.  So I did not manage
22  that person directly.
23    So there was an inventory manager, which that
24  job name changed somewhere in there to be a logistics
25  analyst, and they ordered the product.

47

1    Q.  And did logistic -- did the logistics analyst
2  work for MSP?
3    A.  No.
4    Q.  So they were still in the retail grocery unit?
5    A.  Yes.
6    Q.  And did you have anyone else who reported to
7  you when you were category manager?
8    A.  Yes.
9    Q.  Who else?
10    A.  Merchandisers.
11    Q.  And what do merchandisers do?
12    A.  Implement the shelf schematics as they change.
13    Q.  And is there a merchandiser at each store?
14    A.  No.
15    Q.  How many merchandisers are there underneath you
16  in dairy?  Would there be one?
17    A.  When?
18    Q.  Between 1999 and 2008.
19    A.  Eight or nine.
20    Q.  And they would travel to each of the different
21  stores?
22    A.  Yes.
23    Q.  And did they work only with dairy shelving?
24    A.  That system has changed.  Hold on for a second.
25  It started out with dairy merchandisers and frozen food

48

1  merchandisers.  So dairy merchandisers did only the
2  dairy.  Frozen food merchandisers did only the frozen.
3    Later we combined, and I can't remember when,
4  we combined that job.  So we had a larger number of
5  merchandisers, but they did both.  They went to stores.
6  It's a reorganization of the work.  So they went into
7  the stores and worked on both dairy and frozen, so...
8    Q.  And so they would report to both you and the
9  category manager for frozen foods at the same time?
10    A.  Yes.
11    Q.  Okay.  And, once again, you would design the
12  shelf schematics when you were category manager;
13  correct?
14    A.  Yes.
15    Q.  And then work with the merchandisers to
16  actually install them?
17    A.  Yes.
18    Q.  And as part of that schematics, you mentioned
19  promotions earlier.  Would certain products be visually
20  featured in the shelving units in order to promote them,
21  if they were on sale, for example?
22    A.  No, the shelf schematic was everyday business
23  that had nothing to do with promotion.
24    Q.  How often would you redesign the shelf
25  schematic?

49

1    A.  Once or twice a year.
2    Q.  So when you were category manager of dairy, you
3  had two buyers reporting to you and these merchandisers.
4  Did you have anyone else reporting to you?
5    A.  I had two clericals.
6    Q.  Anyone else?
7    A.  No.
8    Q.  And who did you report to?
9    A.  David Cerra.
10    Q.  Business development director?
11    A.  Business development director.
12    Q.  And did Dave Cerra have that position the
13  entire time you were category manager of dairy?
14    A.  Yes.
15    MR. GERMAINE:  Can we take a break, Olivia, in
16  a minute?
17    MS. ADENDORFF:  Yeah, we can take a break.
18    MR. GERMAINE:  Thanks.
19    THE VIDEOGRAPHER:  We are now off the record.
20  The time is 9:35 a.m.
21    (Recess from 9:35 a.m. until 9:47 a.m.)
22    THE VIDEOGRAPHER:  We're now on the record.
23  The time is 9:47 a.m.
24
25  BY MS. ADENDORFF:

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

14 (Pages 50 to 53)

---

50

1  Q.  I want to talk briefly about terminology that
2  I'll use today during the deposition.  First of all,
3  when I generally ask you questions I'm asking about the
4  period 1999 to 2008, unless I tell you otherwise.  So
5  basically the time when you were category manager of
6  dairy.
7  **A.  All right.**
8  Q.  Does that make sense?
9  And, also, I want to define the word eggs,
10  since it's at issue in this litigation.  So eggs can be
11  both egg -- shell eggs and egg products.  Do you
12  understand that?
13  **A.  Yes.**
14  Q.  And when you were category manager of dairy,
15  did you sell both shell eggs and egg products?
16  **A.  Yes.**
17  Q.  What do you understand egg products to be?
18  **A.  Egg substitutes would be what we call them, but**
19  **that would be Egg Beaters type of products.**
20  Q.  So liquid egg?
21  **A.  Yes.**
22  Q.  And what liquid egg products did you sell in
23  the stores while you were category manager of dairy?
24  **A.  Egg Beaters, Publix brand Eggstirs, which was**
25  **our -- our brand.  We sold another brand, and I don't**

---

51

1  **remember exactly what it was.  It might have been a**
2  **product from Papetti.  Liquid egg.**
3  Q.  Was it Better Than Eggs?
4  **A.  Yes, I think it was.**
5  Q.  And were there any other egg substitutes you
6  sold in the stores?
7  **A.  Not that I recall.**
8  Q.  What about powdered eggs?
9  **A.  I was not in charge of powdered eggs.**
10  Q.  That was outside of dairy?
11  **A.  Yes.  I don't know.**
12  Q.  Did you -- do you know if you sold them at
13  Publix stores?
14  **A.  I don't even know.**
15  Q.  What about frozen eggs?
16  **A.  I don't remember.**
17  Q.  You don't recall if you sold frozen eggs?
18  **A.  Correct.**
19  Q.  If you had sold frozen eggs, would they have
20  been under your purview as dairy manager?
21  MR. GERMAINE:  Objection.
22  **A.  No.**
23  Q.  Did you sell them in the frozen food department
24  when you were category manager of frozen?
25  **A.  I don't remember.**

---

52

1  Q.  And have you ever heard the term specialty
2  eggs?
3  **A.  Yes.**
4  Q.  What do you understand specialty eggs to refer
5  to?
6  **A.  Shell eggs that are different from the basic**
7  **commodity shell egg, which would mean -- an example**
8  **would be organic egg, eggs that the chickens were fed a**
9  **different diet so the egg had a different claim on it.**
10  **Like higher Omega 3's would be an example.  Free-range**
11  **eggs would be an example of a specialty egg.  So**
12  **that's --**
13  Q.  And are free-range eggs the same thing as
14  cage-free eggs?
15  **A.  I believe there's a difference, but I can't**
16  **remember what that is.**
17  Q.  Would you understand that cage-free was also a
18  specialty egg?
19  **A.  Yes.**
20  Q.  What about brown eggs?
21  **A.  Would be a specialty egg.**
22  Q.  They would be?
23  **A.  I don't know.  That's gray.  Brown eggs is just**
24  **a difference in the chicken, so that's --**
25  Q.  Today when I refer to eggs I'm excluding

---

53

1  specialty eggs from my questions.
2  **A.  Okay.**
3  Q.  And I mean specialty eggs to include organic,
4  the nutritionally-enhanced eggs that you mentioned with
5  the different claims, free-range, cage-free, and brown
6  eggs.
7  **A.  Okay.**
8  Q.  Okay?  In the Publix stores, when you sell
9  shell eggs, white shell eggs, you sell them in a variety
10  of different sizes.  So, for example, you sell both a
11  dozen eggs and 18-pack eggs; correct?
12  **A.  Right.**
13  Q.  And different sizes in terms of jumbo, extra
14  large, et cetera; correct?
15  **A.  Yes.**
16  Q.  What other varieties of shell eggs do you sell,
17  or variations?
18  **A.  I do not know every specific variety or size**
19  **from memory that we sell.**
20  Q.  So you sell different sized eggs?
21  **A.  (Nodding head.)**
22  Q.  Yes?
23  **A.  Yes.**
24  Q.  Different quantities of eggs?
25  **A.  Yes.**

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                        April 16, 2014

15 (Pages 54 to 57)

---

54

1    Q.  Do you sell different brands?
2    **A.  Yes.**
3    Q.  And what brands of eggs do you sell?
4    **A.  We sell Eggland's Best, but I would consider**
5    **that a specialty egg.**
6    Q.  What other brands?  Do you sell --
7    **A.  4Grain.**
8    Q.  4Grain.
9    **A.  That's a specialty egg too.  So qualify your**
10   **question to me, because you said --**
11   Q.  What types --
12   **A.  Do you want do we sell brands -- yeah.**
13   Q.  What types of shell eggs do you sell in the
14   stores?  So we went through different sizes, different
15   quantities.  And then are all of -- strike that.
16       Do you sell Publix brand eggs?
17   **A.  Yes.**
18   Q.  Are there any other brands of shell eggs that
19   you sell in the stores?
20   **A.  No.**
21   Q.  Only Publix brand?
22   **A.  Yes.**
23   Q.  All other branded eggs are specialty eggs; is
24   that right?
25   **A.  Yes.**

---

55

1    Q.  Are there any other varieties or differences in
2    the types of shell eggs you might sell besides size and
3    quantity?
4    **A.  I'm sorry.  Repeat that question.**
5    Q.  Are there any other differences in the types of
6    shell eggs you sell besides the size of the eggs; large,
7    jumbo, extra large, and quantities?
8    **A.  No.**
9    Q.  What about grade of eggs?
10   **A.  Could be.  I'm not sure.  I -- my memory is**
11   **that they were all Grade A.**
12   Q.  When you worked as category manager from 1999
13   to 2008, who were the egg buyers that worked for you?
14   **A.  Bessie Foster was the main one.**
15   Q.  Was she in charge of eggs?
16   **A.  Yes.**
17   Q.  Were there any others?
18   **A.  James Krebs was one of my buyers back then.  I**
19   **can't remember the time frame.**
20   Q.  Is that K-r-e-b-s?
21   **A.  Yes.**
22   Q.  Anyone else?
23   **A.  You asked specifically about eggs?**
24   Q.  Correct.
25   **A.  Darrell Lamoureux, I believe.**

---

56

1    Q.  How do you spell that?
2    **A.  L-a-m-o-u-r-e-u-x, I think, is the correct**
3    **spelling.**
4    Q.  And Darrell was the first time?
5    **A.  Yes.**
6    Q.  Other than Bessie Foster, James Kreb -- Krebs,
7    and Darrell Lamoureux, were there any other individuals
8    who worked as buyers for eggs while you were category
9    manager of dairy?
10   **A.  Not that I recall.**
11   Q.  And now that you're business development
12   director of dairy and frozen foods, who are the
13   individuals responsible for egg buying?
14   **A.  Thomas Evers is the buyer.  Micky Phillips is**
15   **the category manager.**
16   Q.  Are there any other individuals reporting to
17   you who are responsible for eggs now?
18   **A.  No.**
19   Q.  When you worked as category manager, we've
20   talked about your relationship with your buyers and your
21   merchandisers and your business development director at
22   the time.  Were there any other individuals in Publix
23   with whom you worked on egg purchasing or egg issues,
24   issues related to buying eggs or egg products?
25   **A.  The only instance would be if we went through a**

---

57

1    **review like you spoke of to select suppliers for Publix**
2    **brand eggs, and that would be the MSP person.**
3    Q.  And what about the -- I forget the acronym --
4    the corporate quality person?
5    **A.  Corporate quality person would be only with**
6    **issues of complaints or quality of any item in the**
7    **category, including eggs.**
8    Q.  So if there was a customer or store complaint,
9    you might talk to the CQA person?
10   **A.  Yes.**
11   Q.  And would the CQA person be involved with the
12   selection of suppliers process with MSP?
13   **A.  Yes.**
14   Q.  Anyone else that you worked with on issues
15   related to eggs?
16   **A.  No.**
17   Q.  And the egg buyers that we've been talking
18   about, are they responsible both for procuring shell
19   eggs and egg products?
20   **A.  Yes.**
21   Q.  Can you identify for me all the different units
22   at Publix that might purchase eggs?  Eggs or egg
23   products.  Shell eggs.
24   **A.  I may not have knowledge of all.**
25   **Manufacturing/purchasing is the only one I have**

---

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

16 (Pages 58 to 61)

---

**58**

knowledge of for our manufacturing facilities, as an
ingredient.
     Q.  And retail; correct?
     A.  What do you mean by "and retail"?
     Q.  You purchase eggs for the retail stores;
correct?
     A.  Yes.
     Q.  Are there any other purchases of eggs that you
know of within Publix?
     A.  No.
     Q.  And did you work at all with the individuals
responsible for buying eggs for the manufacturing and
purchasing division?
          MR. GERMAINE:  Objection to form.
     A.  No.
     Q.  Were you aware of who the suppliers were for
that division, for eggs?
     A.  Clarify "that division".  I think I lost you.
     Q.  You mentioned that Publix purchases eggs for
its manufacturing plant?
     A.  Right.
     Q.  And presumably someone in that department would
be purchasing those eggs, or would you be purchasing
those eggs?
     A.  Not me.

---

**59**

     Q.  Someone in that department?
     A.  Someone in that department, yes.
     Q.  Would you have any conversations with the
person in that department about eggs?
     A.  I do not recall conversing with them about
eggs.
     Q.  Do you know who their suppliers were?
     A.  No.
     Q.  So you did not in any way coordinate your
supplier relationships?
     A.  No, not that I recall.
     Q.  Let's walk through from the beginning the
process of how Publix selects suppliers and buys eggs,
for eggs specifically.  So we talked earlier a little
bit about how Publix selected suppliers when you first
started working in -- I can't remember which position it
was -- but the buying position.  Let's focus
specifically on eggs and when you were category manager
of eggs.
     A.  Okay.
     Q.  Starting with the first step, when you decide
to purchase -- excuse me -- when you decide to review or
select a supplier, you mentioned a few moments ago that
Publix reviews its Publix brand suppliers every two to
three years; correct?

---

**60**

     A.  No, I said three to five.
     Q.  Three to five.  I'm sorry.  Three to five
years.  And does that apply to its Publix brand egg
suppliers?
     A.  Yes.
     Q.  What about egg products?
     A.  Yes.
     Q.  Are there -- you mentioned earlier that in
addition to Publix brand egg products you sell some
branded egg products; correct?
     A.  Correct.
     Q.  And how often do you review the suppliers of
the branded egg products?
     A.  In the category review.
     Q.  Correct.
     A.  Which is generally about once a year.
     Q.  So since all of the shell eggs you sell are
Publix brand eggs; correct --
     A.  Correct.
     Q.  -- you would review those suppliers every three
to five years?
     A.  Yes.
     Q.  And your Publix brand egg products also every
three to five years?
     A.  That's the same thing.

---

**61**

     Q.  Shell eggs and egg products separate.
     A.  Oh.  Yes.  Sorry.
     Q.  And branded egg products in the category review
annually?
     A.  Yes.
     Q.  Okay.  And you mentioned that there might --
you might review a supplier in sort of an emergency
basis if there was a problem with a supplier; correct?
     A.  Correct.
     Q.  When you were category manager of dairy, do you
recall ever having a problem with a supplier that
necessitated an immediate review of that supplier
relationship?
     A.  In any product, or just eggs?
     Q.  In eggs or egg products.
     A.  I remember one instance in the Atlanta division
we were having some issues getting service in an area of
stores, so we reviewed -- we took some action, but that
was not to -- to replace the supplier completely.  It
was -- it ended up being just switching a few stores
from one supplier to another so that we could get good
service.  It was just too far away from them to service.
          So that's kind of a minor thing, but that's
what I remember.  It wasn't a full-out review of normal
formal review of going through the whole process.

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                            April 16, 2014

---

62

1     Q.  So you didn't bid out the business to other
2  suppliers?
3     A.  No.
4     Q.  And when -- when you decided to -- strike that.
5        When the time -- during the time when you were
6  category manager, how many times did you conduct a
7  supplier review for Publix brand shell eggs?
8     A.  I do not remember exactly.  It had to be about
9  two, at least.
10    Q.  And the same answer for egg products?
11    A.  Yes.
12    Q.  Did you do those reviews together?  So would
13  you bid out that business together, shell eggs and egg
14  products, or were those separate?
15    A.  No, they're separate.
16    Q.  So walk me through the supplier selection
17  process as it relates to eggs specifically.  So once you
18  decided it was time for a review, you would draft the
19  questionnaire; is that correct?
20    A.  Not as category manager.
21    Q.  Who drafted the questionnaire?
22    A.  MSP person.
23    Q.  And you would have input into that
24  questionnaire; is that right?
25    A.  Yes.

---

63

1     Q.  And you mentioned earlier that there are some
2  standard questions on that questionnaire?
3     A.  Yes.
4     Q.  And there are also product-specific questions?
5     A.  Could be.
6     Q.  Were there product-specific questions when it
7  came to shell eggs?
8     A.  I don't remember exactly, but there could be.
9     Q.  You don't recall any specific requirements for
10  shell eggs?
11    A.  It's been a lot of years.
12    Q.  What about for egg products?
13    A.  Same answer.
14    Q.  Were there food safety issues that you were
15  concerned about with egg suppliers specifically?
16    A.  We are concerned about food safety issues with
17  all food products, not necessarily specific to egg
18  suppliers.  So questions on the questionnaire would be
19  about their quality control procedures, which directly
20  affect their food safety.
21    Q.  And do you recall if there was animal welfare
22  questions on that questionnaire?
23    A.  I really don't remember.
24    Q.  Do you know what I mean when I say animal
25  welfare?

---

64

1     A.  Yes.
2     Q.  What do you understand animal welfare to mean?
3     A.  Treatment of animals, because there's animal
4  activist groups that have folks who are concerned about
5  that, and so food manufacturers in general have
6  practices to treat animals in a way that's good to try
7  to avoid some of that bad publicity.  Do the right
8  thing.
9     Q.  On the questionnaire for eggs, would you have
10  questions about the egg supplier's pricing structure?
11    A.  I think it was a general question of if they
12  were -- would do a formula price, I think, but I
13  couldn't tell you for sure, again, because I know that's
14  one of the -- you know, there's two ways we would ask
15  for pricing, and so there could have been.
16    Q.  And you just mentioned there's two ways you
17  would ask for pricing.  What were the two ways you would
18  ask for pricing for eggs?
19    A.  Specifically, I don't remember for sure,
20  but -- because I think in eggs we -- we had a formula
21  price, so that's the way -- we would only ask one way.
22        When I -- to interpret what my answer was, we
23  would decide in the -- in our -- in our meetings which
24  kind of pricing we were going to ask for.  So we
25  wouldn't ask the supplier to give it to us two ways.  We

---

65

1  would ask them all to give it to us only one of the
2  ways.  But there's just a plain quoted price and then
3  there's a formula price.  So, with eggs, it was a
4  formula price.
5     Q.  And when you say eggs there, are you speaking
6  about shell eggs?
7     A.  Shell eggs.
8     Q.  Only?
9     A.  Only.
10    Q.  What about for egg products?
11    A.  I don't recall which way that went.  I think it
12  was just a straight price, but I'm not sure.
13    Q.  And for the formula price for shell eggs, what
14  was the formula based on?
15    A.  I do not recall the formula, but I do know the
16  only thing I do remember is that it was -- the main base
17  was off of the Urner Barry market price.
18    Q.  And what is Urner Barry?
19    A.  It's a commodity price index.
20    Q.  And does Urner Barry provide different
21  commodity prices for different types or sizes of eggs?
22    A.  I don't know.
23    Q.  So do you know if there's just Urner Barry eggs
24  or if it's Urner Barry jumbo eggs price?
25    A.  Yeah, I don't remember.

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                                        April 16, 2014

18 (Pages 66 to 69)

---

**66**

1    Q. And is Urner Barry one price for the entire
2  country?
3    A. I don't know.
4    Q. You don't know if there's, for example, Urner
5  Barry South Central price?
6    A. No, I don't.
7    Q. When you talked about the supplier review
8  process earlier, you mentioned that as part of that
9  process you might visit facilities; is that correct?
10   A. Correct.
11   Q. Supplier facilities. Did you ever visit
12 supplier facilities for an egg supplier review?
13   A. I remember visiting an egg facility in Dover.
14   Q. And what company's facility is that?
15   A. That would be a Tampa Farms facility.
16   Q. Dover, Maryland?
17   A. No. Florida.
18   Q. Florida. Delaware?
19      Tampa Farms, you said?
20   A. Yes.
21   Q. And what did you see when you went to the Tampa
22 Farms egg facilities?
23   A. Chickens.
24   Q. Did you go in the chicken --
25   A. I did. Went in the chicken houses.

---

**67**

1    Q. And did you tour any of the processing
2  facilities?
3    A. Yes, we did.
4    Q. Did you meet with your sales contact there?
5    A. Yes, we did.
6    Q. What else did you do at Tampa Farms?
7    A. We -- we toured the facility. Had a brief
8  meeting at the end for any questions.
9    Q. And what were you looking for when you were
10 touring the facilities?
11   A. It was general knowledge for us as a buying
12 team. We had our CQA person with us, and obviously they
13 may have been looking for some other stuff, like quality
14 control issues, because that concerns their job, but
15 it's --
16   Q. You said the buying team, so were you on this
17 visit -- and who else? CQA person. Do you know who --
18   A. The buyer. The buyer.
19   Q. The buyer. Do you know who the CQA person was
20 that accompanied you?
21   A. Connie DuBois, I believe it was.
22   Q. And who was the buyer?
23   A. I'm not sure.
24   Q. When was this visit?
25   A. I'm not -- I don't remember the date or year.

---

**68**

1    Q. Was it early in your tenure as a category
2  manager of dairy?
3    A. Most likely.
4    Q. And in the facilities, were the eggs being
5  raised in cages?
6    A. Yes.
7    Q. And while you were there, did anyone explain to
8  you any regulations or their policies regarding cage
9  size?
10   A. I don't recall any conversation about that on
11 the visit.
12   Q. Have you heard the term battery-cage?
13 Battery-cage.
14   A. No.
15   Q. And you also mentioned that during the supplier
16 selection process you would taste-test products or test
17 the products?
18   A. Yes.
19   Q. And taste-test -- excuse me -- test them for
20 taste?
21   A. Yes.
22   Q. And who would handle the taste test?
23   A. CQA person.
24   Q. And what were they looking for when they were
25 taste-testing?

---

**69**

1    A. I do not remember their criteria for eggs.
2    Q. Do you remember the taste-testing ever
3  affecting your decision of supplier, choice of supplier?
4    A. In eggs, no.
5    Q. And when you say eggs, are you referring to
6  both shell eggs and egg products?
7    A. Referring to shell eggs.
8    Q. What about with egg products? Do you recall it
9  ever affecting supplier choice?
10   A. I can't remember if it did or not.
11      (Bates Exhibit 3 was marked for
12 identification.)
13   Q. In front of you you have what's been marked as
14 Exhibit 3, and you're welcome to flip through this, but
15 it's a collection of different documents.
16      If you'd turn to page -- the page at the bottom
17 that's Bates stamped 8648 at the end.
18   A. 864 --
19   Q. Eight. And Exhibit 3 is a highly confidential
20 document Bates stamped PUB_EGGS_008645 at the beginning.
21      If you'll just take a second to look at this
22 e-mail.
23   A. I'm sorry. 8645?
24   Q. 8648.
25   A. Okay.

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                                 April 16, 2014

19 (Pages 70 to 73)

---

70

1    Q.  Do you recognize this e-mail?
2    A.  No.
3    Q.  And do you know who Elise Richardson is?
4    A.  No, I do not remember Elise Richardson.
5    Q.  What about Gerald Bondoc?
6    A.  Yes.
7    Q.  Who is Gerald Bondoc?
8    A.  Worked in MSP.
9    Q.  And Steve Hicks?
10   A.  Yes.  He worked in MSP.
11   Q.  Floyd Freeman?
12   A.  Yes.  He worked in MSP also.
13   Q.  And the subject in this e-mail is "Egg
14   Substitutes"; correct?
15   A.  Yes.
16   Q.  And can you read the first paragraph of this
17   e-mail into the record?
18   A.  "The taste panel for this category proved to be
19   very informative.  Unfortunately, the product from the
20   low bidder in the auction did not compare favorably with
21   the NRB (or anything else).  Only two of the products
22   compared favorably to the NRB.  The team has recommended
23   that we go with the lowest of these two bids - Michael's
24   $999,105 resulted in a $609,895, 38.30% savings off the
25   branded product and 15.38% savings from the target

---

71

1    pricing."
2    Q.  So is this e-mail discussing a taste test of an
3    egg product?
4    MR. GERMAINE:  Objection to form.  Lacks
5    foundation.
6    Q.  Do you understand egg substitutes to mean egg
7    products?
8    A.  Egg substitutes is liquid eggs.
9    Q.  And the taste panel here, do you know -- when
10   Publix did taste-testing of eggs, would it be conducted
11   by a taste panel?
12   A.  Yes.
13   Q.  So does it appear here that this e-mail is
14   referring to a taste panel of egg substitutes, people
15   testing egg substitutes for taste?
16   MR. GERMAINE:  Objection to form.
17   A.  It is based on the criteria determined by CQA.
18   Q.  And do you recall a category review for egg
19   substitutes around October of 2002?
20   A.  No.
21   Q.  And what is NRB?
22   A.  National reference brand.
23   Q.  What is -- what does that mean within Publix?
24   A.  A private label item Publix brand has a target.
25   The target is the national reference brand.  So we're

---

72

1    trying to have a product that is equal to or better than
2    the national reference brand.  That's what it means.
3    Q.  So you would taste-test a product to see if it
4    was as tasty or more tasty than the national reference
5    brand; correct?
6    A.  Yes.
7    Q.  And Publix's goal was to purchase good-tasting
8    products?
9    A.  Yes.
10   Q.  Including egg products?
11   A.  Yes.
12   Q.  And in this e-mail, it appears that they're
13   discussing a product that did not taste as good as the
14   NRB and that it appears they decided to not choose that
15   product because of that factor.
16   When you were conducting category reviews for
17   eggs, would you ever exclude an egg product that did not
18   taste as good as the NRB?
19   A.  Yes.
20   Q.  And would you do so even if that less tasty
21   product was priced lower than the other option?
22   A.  Yes.
23   Q.  He also refers here to target pricing.  What's
24   target pricing?  I say "he".  It's a she.  Elise.
25   MR. GERMAINE:  Objection to form.

---

73

1    Q.  Let me ask, when you were conducting reviews of
2    the suppliers for eggs, would you have a certain target
3    price that you were hoping for in mind when you sent out
4    the request for prices?
5    A.  Yes, and that's probably what that's referring
6    to.  We have a strategy of what we would like to price
7    private label products at, just like you're comparing to
8    the NRB.  So that's probably what they're referring to
9    is it is a -- it's kind of a guide of where -- a range
10   of what we would want to be around.  Obviously, if the
11   pricing is too high, just like you go into the store, if
12   the Publix brand item is way above Tide, you probably
13   would not purchase it.  You'd figure Tide's better.  So,
14   yeah, that's what that is alluding to, would be my
15   perception.
16   Q.  So Publix conducted taste tests of egg
17   products.  Did it also conduct taste tests for shell
18   eggs?
19   MR. GERMAINE:  Objection to form.
20   A.  I really can't remember tasting shell eggs, so
21   I just can't remember.
22   Q.  Do you recall choosing -- do you recall if
23   while you were category manager you selected Michael's
24   as a brand for your egg products?
25   A.  I know we did business with Michael's Foods,

---

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

20 (Pages 74 to 77)

---

74

1  but I don't remember if -- it's just been a long time.
2  I don't remember specifically if we selected them or
3  not.
4      Q.   What are the most important factors in choosing
5  an egg supplier for both -- well, let's start with shell
6  eggs.  What are the most important factors in choosing a
7  shell egg supplier?
8      A.   Their ability to supply, service us, quality of
9  product, and then cost.
10     Q.   And did you list those in order of importance?
11     A.   Yes.
12     Q.   And when you said quality, what -- what, to
13  your mind, does egg quality entail?
14     A.   Best practices in the industry so that you
15  have, you know, for example, their -- in their
16  processing, so they have washed them properly so that
17  they're clean, so that there's -- to avoid food safety
18  issues, as you mentioned earlier, that type of thing.
19          So it's quality controls, so you have a good --
20  you know, less broken eggs, less eggs that -- you know,
21  they grade them.  So that you have the agreed-upon
22  grade.  Those types of things.
23     Q.   When you said best practices, does that include
24  animal welfare practices?
25     A.   It could, yes.

---

75

1      Q.   And ability, you referred to ability being the
2  most important quality.  Is that the ability to supply
3  the volume Publix needs?
4      A.   It includes the volume and the timeliness.
5      Q.   And just to focus on cost for a second, again,
6  you mentioned that the Publix brand shell eggs are
7  priced based off of a formula, whose main component is
8  Urner Barry; correct?
9      A.   Correct.
10     Q.   Focusing on egg product suppliers, what are the
11  most important qualities when determining an egg product
12  supplier?
13     A.   You're talking about egg substitutes?
14     Q.   Yes.
15     A.   It's -- it's the same three.
16     Q.   How difficult is it for Publix to change an egg
17  supplier?
18     A.   As compared to what?  That's --
19     Q.   Does Publix make any investment that would make
20  it difficult for you to choose an egg -- to switch an
21  egg supplier, or is it simply a matter of a different
22  delivery truck coming up on Mondays?
23     A.   No, it's not that simple.  There's packaging is
24  the complexity there, because Publix, generally we
25  control that label, so when you switch suppliers in any

---

76

1  private label brand, the new supplier has to get a label
2  approved, so that takes time and some effort on Publix's
3  part.
4      Q.   And who designs the Publix brand label?
5      A.   Our marketing department.
6      Q.   Do you as category manager have any input into
7  that -- into that process of designing the carton?
8      A.   I have -- yes, I have input, but I'm not the
9  decision-maker on the -- it's kind of split.  The
10  graphical components, they have the decision for that,
11  but, yes, I have input.
12     Q.   So would anyone else have input besides the
13  category manager and the marketing department?
14     A.   The supplier always has input, because they are
15  supposed to be the expert in their industry and know
16  government regulations that may be involved with
17  labeling and stuff, so it's their responsibility to make
18  sure we don't make a label that's noncompliant with any
19  regulation.
20     Q.   And once the marketing department in Publix
21  designed the label, is it the supplier that actually
22  makes the cartons and prints the labels and puts the
23  eggs in the cartons?
24     A.   Yes.
25     Q.   And when you price -- when you bid out pricing

---

77

1  for eggs, we talked about that a moment ago with the
2  general category review process, when you do that for
3  eggs and you ask for prices, do you break down that
4  price in terms of the price of the eggs and then a
5  separate line item for delivery charge and a separate
6  line item for packaging, or how does that work?
7      A.   I don't remember.  I do not remember the
8  details of the formula cost.
9      Q.   You don't -- you don't recall whether packaging
10  was included in the price?
11     A.   No, I do not recall.
12     Q.   You don't recall when delivery charges was
13  included in the price?
14     A.   Delivery charges would be included in the
15  price, but it may not be broken out separately.  I don't
16  remember what that formula looks like.
17     Q.   And as I'm thinking about this, you're
18  delivering these eggs to the stores because they can't
19  stay at a warehouse because they're perishable; correct?
20  The DSD process that we discussed?
21          MR. GERMAINE:  Objection to form.
22     Q.   The eggs that you -- shell eggs and egg
23  products that you buy, do they both go through the DSD
24  process that we discussed?  Direct store delivery?
25     A.   The shell eggs do.

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                                April 16, 2014

21 (Pages 78 to 81)

---

**78**

1    Q.  Do the egg products?
2    **A.  No, they go to the warehouse.**
3    Q.  So for the direct store delivery of shell eggs,
4    "the stores" are all however many of Publix stores;
5    right?
6    **A.  (Nodding head.)**
7    Q.  And would you have a supplier for egg -- shell
8    eggs delivering eggs to all those different stores?
9    **A.  Yes.**
10   Q.  And that would be over a wide area; right?
11   **A.  Yes.**
12   Q.  And would the charges for those eggs depend at
13   all on where those deliveries had to go and what volume
14   were going to which locations?  Would that vary?
15       MR. GERMAINE:  Objection to form.
16   **A.  The price would be -- all those costs are**
17   **rolled in as averaged, to answer the question, where**
18   **you're going with that.  So it's one price for a -- the**
19   **vendor.  So Tampa Farms' price would be for a wide area,**
20   **but it would be -- it's not different prices by store,**
21   **no.  It's one price for all that group of stores.**
22   Q.  And Tampa Farms would actually handle the whole
23   process of getting the eggs to the individual stores; is
24   that right?
25   **A.  Yes.**

---

**79**

1    Q.  And from the -- from 1999 to 2008, who were the
2    suppliers for the Publix brand shell eggs?
3    **A.  I remember doing business with Tampa Farms,**
4    **Hillandale in Jacksonville, and I think it was Country**
5    **Charm in Atlanta.  And when I first came on the desk,**
6    **I'm not sure that we did any business with Cal-Maine.  I**
7    **think Cal-Maine came on later.  As we expanded into**
8    **areas and we bought from Cal-Maine, then obviously**
9    **Cal-Maine bought Hillandale later, and so Hillandale**
10   **changed to Cal-Maine.  That's the egg suppliers I**
11   **remember.**
12   Q.  So other than Tampa Farms, Hillandale, Country
13   Charm, and Cal-Maine, were there any others?
14   **A.  Not that I recall.**
15   Q.  And you mentioned that Cal-Maine came on later,
16   but let's just take the other three.  Were those other
17   three suppliers all supplying you with shell eggs at the
18   same time?
19   **A.  Yes.**
20   Q.  So were they divided up by geographic region?
21   **A.  Yes.**
22   Q.  And what about the suppliers for egg
23   substitutes?  Liquid eggs.  Publix brand.
24   **A.  One supplier for the whole company.**
25   Q.  And who was that?

---

**80**

1    **A.  I don't remember.**
2    Q.  Was it Papetti's?
3    **A.  It may have been.**
4    Q.  Do you recall if it was Michael Foods?
5    **A.  It may have been.  That's why I don't remember.**
6    **I remember both those companies, but I don't remember**
7    **which one had the business.  It may have even been**
8    **ConAgra.  I think they were in the business too.  So I'm**
9    **just not sure.**
10   Q.  And you testified earlier that Publix also
11   purchased branded liquid eggs?
12   **A.  Yes.**
13   Q.  And I think you testified that that was a --
14   well, which brands did they purchase?
15   **A.  Which brands did we purchase?**
16   Q.  Uh-huh, of liquid branded -- liquid eggs.
17   National brands.
18   **A.  Egg Beaters.**
19   Q.  And is Egg Beaters a ConAgra product?
20   **A.  Yes.**
21   Q.  And did you purchase Better'n Eggs?
22   **A.  Yes, I remember that brand too.**
23   Q.  And is that a Michael's product?
24   **A.  I think so.**
25   Q.  Did you purchase any egg whites?

---

**81**

1    **A.  Yes.**
2    Q.  Who were the suppliers of egg whites?
3    **A.  I don't remember for sure.  Michael Foods.**
4    **(Bates Exhibit 4 was marked for**
5    **identification.)**
6    Q.  You have in front of you what's been marked as
7    Exhibit 4, and I represent to you that this is a
8    document that your attorneys have filed in this
9    litigation.  And you'll see at the top Publix's Notice
10   Regarding Direct Purchaser Relationships.
11       And underneath there, it lists three companies
12   who this document represents Publix purchased eggs or
13   egg products -- shell eggs or egg products from.
14   Cal-Maine Foods, Rose Acre Farms, and Michael Foods.
15       You mentioned that Cal-Maine Foods was a
16   supplier for Publix brand shell eggs; correct?
17   **A.  Yes.**
18   Q.  And you mentioned Michael Foods supplying egg
19   products; correct?
20   **A.  Yes.**
21   Q.  Do you recognize the name Rose Acre Farms?
22   **A.  It's familiar, but I don't remember what we**
23   **purchased or if we purchased from them.**
24   Q.  And going back to the category review process
25   where you were considering different suppliers, how many

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                     April 16, 2014

22 (Pages 82 to 85)

---

82

1  egg suppliers would you consider?  Let's take shell eggs
2  as an example.  How many shell egg suppliers would you
3  consider when you were sending out the questionnaire for
4  shell egg suppliers?
5      **A.  I don't remember at all.**
6      Q.  Would it be more than five?
7      **A.  (Shaking head.)  I don't know.**
8      Q.  Would you send the questionnaire only to your
9  existing suppliers?
10         MR. GERMAINE:  Objection to form.
11     Q.  You can answer.
12     **A.  No, we'd send it to more than to our existing**
13  **suppliers.**
14     Q.  So you testified that you had between three and
15  four suppliers for shell eggs; correct?
16     **A.  (Nodding head.)**
17     Q.  So you would -- you would send the
18  questionnaire to more than just those three to four?
19     **A.  Yes.**
20     Q.  Would it be more than 10?
21     **A.  I don't know.**
22     Q.  This might be a good time to take a break, or
23  do you want to continue?
24     **A.  We can go a little longer if you want to.  I'm**
25  **okay now.**

---

83

1      Q.  Okay.  And you testified that you purchased
2  specialty eggs for Publix when you were category
3  manager; right?
4      **A.  Yes.**
5      Q.  And can you testify specifically as to which
6  kinds of specialty eggs Publix purchased?
7      **A.  I can only tell you what I remember, which may**
8  **not be all, which won't be all-inclusive, but I do**
9  **remember purchasing 4Grain Eggs, which was a brand that**
10 **Tampa Farms created.  I remember purchasing Eggland's**
11 **Best.  There was a brand -- we bought an organic egg**
12 **from -- I think Country Hen was the brand.  And we**
13 **bought an egg that was called Davidson's Pasturized Egg**
14 **I remember.  That's what I remember.**
15     Q.  Did you purchase any cage-free eggs?
16     **A.  Yes.**
17     Q.  And during the time when you were category
18  manager, was the demand for these specialty eggs growing
19  in the stores?
20         MR. GERMAINE:  Objection to form.
21     Q.  You can answer.
22     **A.  There was growth in those items, yes, sales**
23  **growth, which --**
24     Q.  In which items specifically?  In all of them?
25     **A.  In general, in all of them, yes.**

---

84

1      Q.  So specialty eggs is a growing segment of the
2  egg market?
3      **A.  Yes.**
4      Q.  And do those specialty eggs produce higher
5  retail margins for Publix?
6      **A.  I can't remember the margins specifically.  The**
7  **prices would be higher, but --**
8      Q.  The consumer price would be higher?
9      **A.  Yeah.**
10     Q.  Would your cost be higher?
11     **A.  Yes.**
12     Q.  Is the growth in those items during that time
13  period, was that cannibalizing the sale of Publix brand
14  shell eggs?
15         MR. GERMAINE:  Objection to form.
16     **A.  I don't remember.**
17     Q.  So when you said there was growth in specialty
18  eggs, was that growth in the overall egg market?
19     **A.  I don't remember if overall eggs were growing.**
20  **The specialty eggs definitely were.**
21     Q.  Do you know if some of the specialty egg
22  products that Publix sells meet the certified humane
23  standard?
24     **A.  Meets what?**
25     Q.  Certified humane.

---

85

1      **A.  I don't remember.**
2      Q.  Do you -- are you familiar with that standard?
3      **A.  I'm not sure I remember that.  I don't remember**
4  **that particular term.**
5      Q.  You testified that for Publix brand shell eggs
6  Publix designs the packaging but the suppliers actually
7  produce and supply the packaging; correct?
8      **A.  Right, yes.**
9      Q.  Is that also true for Publix brand egg
10 products?
11     **A.  I thought that's what we were talking about.**
12  **Did I misunderstand the question?**
13     Q.  We were talking about shell egg cartons.
14     **A.  Which are Publix brand eggs for the most part.**
15     Q.  When I say egg products, I mean liquid eggs,
16  powdered eggs, egg whites.
17     **A.  Oh.  Yes.**
18     Q.  Is that true for brand -- for national brand
19 eggs?
20         MR. GERMAINE:  Objection to form.
21     **A.  No.**
22     Q.  Publix has no involvement in developing the
23  packaging of national brand eggs?
24     **A.  No.**
25     Q.  And the national brand eggs suppliers supply

---

Henderson Legal Services, Inc.

202-220-4158                        www.hendersonlegalservices.com

HIGHLY CONFIDENTIAL

Bates, Gregory                                                    April 16, 2014

23 (Pages 86 to 89)

86

1  their own packaging; correct?
2      A.  Yes.
3      Q.  Since 2008, has Publix changed its egg
4  suppliers, to your knowledge?
5      A.  I don't recall changing suppliers.  They just
6  changed ownerships, because Tampa Farms ended up getting
7  bought by Cal-Maine too.  So that's what happened.
8  There was no changes that I remember, and why I'm
9  thinking, because Hillandale was where I thought there
10 was a change, but they were just bought by Cal-Maine, so
11 that's not really a change.  So I don't recall a change
12 in egg suppliers.
13     Q.  So you mentioned that Cal-Maine purchased
14 Hillandale and Tampa Farms; correct?
15     A.  Uh-huh.
16     Q.  And so does that -- and you said that you don't
17 recall a change.  So does that mean that right now today
18 Publix's -- Publix brand shell eggs suppliers are
19 Cal-Maine -- I'll look at the list -- and Country Charm?
20     A.  To my knowledge, that's what it is.
21     Q.  And for liquid eggs, are those suppliers still
22 Michael Foods and ConAgra?
23     A.  I don't remember.  They've been through a
24 review.  I don't know what happened.
25     Q.  When was that review?  Before you became

87

1  business development director?
2      A.  Yes.
3      Q.  So you don't know the current suppliers for
4  liquid eggs?
5      A.  No.
6      Q.  Going back to quality standards for eggs, you
7  mentioned food safety and breakage and issues like that;
8  correct?
9      A.  (Nodding head.)
10     Q.  Does Publix do any audits of their egg
11 suppliers?
12     A.  To my knowledge, no, Publix does not.
13     Q.  Does Publix hire any third parties to conduct
14 audits?
15     A.  To my knowledge, Publix does not hire a third
16 party to do it.
17     Q.  To your knowledge, there's no audits of your
18 outside egg suppliers?
19     A.  There is.
20     Q.  Who conducts those audits?
21     A.  I don't know.
22     Q.  A third party conducts audits?
23     A.  Right.
24     Q.  And did you say no to my earlier question
25 because you don't know if Publix pays for them?

88

1      A.  Right.  The supplier pays for them.
2      Q.  The supplier pays for them?
3      A.  (Nodding head.)
4      Q.  The supplier -- the supplier conducts audits
5  done by third parties; correct?
6      A.  Yes.
7      Q.  And does it share that audit -- those audit
8  results with Publix?
9      A.  Yes.
10     Q.  How often are those audits conducted?
11     A.  I'm not sure.
12     Q.  Would they be annually?
13     A.  Most likely.  That would be a CQA function.
14     Q.  Do you know what those audits are looking for
15 or monitoring?
16     A.  No, I really don't.  That's a CQA question.
17         (Bates Exhibit 5 was marked for
18 identification.)
19         MS. ADENDORFF:  Did I give anyone two?
20         THE WITNESS:  You gave me two.
21 BY MS. ADENDORFF:
22     Q.  You have in front of you what's been marked as
23 Exhibit 5.  This is a confidential document --
24         (Telephone interruption.)
25         MS. ADENDORFF:  I'm sorry.

89

1      Q.  It's been Bates stamped CM00479571.
2         Looking at the top, this appears to be an
3  e-mail from Ryn McDonald to a variety of people.  Do you
4  recognize any of the names on this e-mail?
5      A.  Ken Paramore is familiar, but I cannot
6  remember.  That's the only name that is familiar.
7      Q.  What about Jeff Hardin?
8      A.  I don't remember that name.
9      Q.  And do you see underneath Ryn McDonald's name
10 it says Director of Safety Cal-Maine Foods.  Does that
11 refresh your recollection at all that Ken Paramore you
12 might know because he works at Cal-Maine Foods?
13     A.  Yes.
14     Q.  And is he the salesperson at Cal-Maine Foods,
15 to your knowledge?
16     A.  I don't remember.
17     Q.  But you believe you've had dealings with him at
18 Publix while you've been at Publix?
19     A.  I remember the name.  That's familiar, but
20 that's it.
21     Q.  In looking at the bottom, you'll see that this
22 is an e-mail from Connie DuBois.  You testified earlier
23 that Connie DuBois is in CQA for Publix; correct?
24     A.  Correct.
25     Q.  And if you look at this e-mail below, it says:

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

24 (Pages 90 to 93)

---

**90**

1  "Publix would require an annual animal welfare audit for
2  each facility."
3      This is an e-mail from August 2007. And if you
4  look at the cc line, you'll see your name, Greg Bates.
5  Do you recall this e-mail?
6      A. No.
7      Q. Does that refresh your recollection at all as
8  to how often Publix requires audits of its egg
9  suppliers?
10     A. Annually is what it says in the e-mail.
11     Q. Do you recall that? Is that true?
12     A. That would be true.
13     Q. And do you know -- or do you recall that those
14  audits have anything to do with animal welfare?
15     A. That is what the e-mail says.
16     Q. Is that true?
17     A. I have no reason to doubt it.
18     Q. And do you know -- strike that.
19        (Bates Exhibit 6 was marked for
20  identification.)
21     Q. You have in front of you Exhibit 6, a highly
22  confidential document Bates stamped PUB_EGGS_020802.
23        And you'll see that this document appears -- it
24  says at the top that it's a Caged Layers Audit
25  Checklist, and it appears to be one performed on Tampa

---

**91**

1  Farm Service. Have you ever seen a checklist like this
2  before?
3      A. No, not to my recollection.
4      Q. Do you know if Publix keeps these kinds of
5  records of audits done on egg suppliers?
6        MR. GERMAINE: Objection to form. Lacks
7  foundation.
8      A. I don't know if they keep this specific kind of
9  audit.
10     Q. Who at Publix would have had responsibility for
11  keeping any documents related to supplier audits for
12  eggs?
13     A. Connie DuBois would be the person I would
14  assume would be responsible for that in CQA.
15     Q. If an egg supplier were to fail an audit, would
16  you as category manager have found out about it?
17     A. Yes.
18     Q. Do you recall that ever occurring?
19     A. I do not remember if somebody failed an audit.
20     Q. Did you receive regular reports of audits?
21     A. No. As I recall, generally they would only
22  communicate with us if there was an issue, if somebody
23  did fail an audit or something.
24     Q. And would it be discussed as part of the
25  supplier selection process?

---

**92**

1      A. Yes.
2      Q. Would you see any documents reflecting audit
3  results during that process?
4      A. I don't really remember if -- looking at --
5  looking through audits, but I would tell you that the
6  CQA person would -- would bring that type of information
7  to the meetings so we could review if we needed it if
8  necessary.
9      Q. Looking at the first question on this audit
10  checklist, it says: "Does the layer house provide the
11  following average cage space?" And then it has: "For
12  checks hatched after April 1st, 2002, 56 square inches.
13  For chicks hatched after October 1st, 2003, 58 square
14  inches."
15     A. What line are you on? I'm sorry.
16     Q. I'm sorry. I'm at Question 1.
17     A. Okay.
18     Q. And basically it goes on to list the certain
19  dates and for each date a certain minimum average cage
20  space required. Do you see that?
21        MR. GERMAINE: Objection to form.
22     Q. It's all in that first question.
23     A. Oh, okay. Okay. I see it.
24     Q. And do you see that the number of inches there
25  increases as the date gets later?

---

**93**

1        MR. GERMAINE: Objection to form.
2      A. Yes.
3      Q. And are you aware during the time that you were
4  category manager of dairy, which this list here goes
5  from April 1st, 2002, to April 1st, 2008, that cage
6  space requirements for cage laying hens were increasing?
7  Cage space, yeah.
8      A. What was the question?
9      Q. Were you aware when you were category manager
10  of dairy that cage space requirements for egg-laying
11  hens were increasing in any way?
12     A. I recall conversations about -- with Tampa
13  Farms about cage space. I've never recall -- I don't
14  recall seeing this document or a plan like this with
15  specific size, but that was part of animal welfare,
16  having more space for chickens. So that's just the --
17  in general, remember that's --
18     Q. So you understood animal welfare for egg-laying
19  hens to involve cage space?
20     A. Yes.
21     Q. And did you understand that increasing cage
22  space would increase the animal welfare of those hens?
23        MR. GERMAINE: Objection to form.
24     A. Yes.
25        MS. ADENDORFF: That might be a good place to

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

25 (Pages 94 to 97)

---

94

1    take a break.
2        MR. GERMAINE:  Okay.
3        THE VIDEOGRAPHER:  We are now off the record.
4    The time is 10:53 a.m.
5        (Recess from 10:53 a.m. until 11:04 a.m.)
6        THE VIDEOGRAPHER:  We are now on the record.
7    The time is 11:04 a.m.
8    BY MS. ADENDORFF:
9        Q.  We spoke earlier about how individual stores
10   would place orders with the warehouse for a product, but
11   you mentioned that for shell eggs the products are
12   delivered directly to the stores.  How are orders placed
13   for each store's needs for shell eggs?
14       A.  What time frame?
15       Q.  When you were category manager.
16       A.  The egg -- the delivery person made the order.
17       Q.  By "delivery person," who do you mean?
18       A.  The route person.
19       Q.  The person for the egg supplier?
20       A.  Yes.
21       Q.  And who would he be speaking with at Publix
22   about that order?
23       A.  I don't know.  I don't know if they needed to
24   speak to anybody.  The system changed while I -- during
25   my time there.  There were -- Publix personnel would

---

95

1    actually order the eggs.
2        Q.  Personnel in each store?
3        A.  Yeah.
4        Q.  And, presumably, customers might buy some eggs
5    more than other eggs, certain brands or types of eggs,
6    and would your group take into account that demand for
7    certain brands or types of eggs when you selected your
8    suppliers?
9        A.  Yes.  That's consumer demand.
10       Q.  And would you have certain reports on that, or
11   how would you take that into account during the category
12   review process?
13       A.  They would have reports.
14       Q.  Do you remember any particular instances where
15   you looked at demand for eggs or egg products, liquid
16   eggs?
17       A.  I don't remember a particular instance, no.
18       Q.  When is the price that Publix pays for each
19   delivery of eggs set?
20       A.  Repeat the question, please.
21       Q.  When is the price that Publix pays for each
22   delivery of eggs set?
23       A.  Are you talking about the price on the shelf,
24   or are you talking about the cost from the suppliers?
25       Q.  The cost to Publix.  Sorry.  I shouldn't have

---

96

1    spoke over you.  I'll be good about that.  Cost to
2    Publix.
3        A.  The buyer manages that process.  I don't know
4    specifically what day it is.
5        Q.  Are shell eggs delivered to stores weekly?
6        A.  Depends.
7        Q.  It depends?  It might be delivered more
8    frequently or less frequently?
9        A.  More.
10       Q.  So we discussed earlier that for Publix brand
11   shell eggs Publix has a set formula involving the Urner
12   Barry index that it pays for those eggs; correct?
13       A.  Correct.
14       Q.  And the Urner Barry fluctuates over time; is
15   that right?
16       A.  Yes.
17       Q.  And so would Publix -- do you know if Publix
18   for each delivery of eggs would pay a certain price
19   based on the Urner Barry rate for that day?
20       A.  My recollection is the Urner Barry changed once
21   a week.  Therefore, the cost changed once a week.  I
22   just don't remember which exact day.  So whatever day
23   that was, the buyer processed all of that cost
24   information.  Then it would change on a specific day of
25   the week.  The cost would change.  So the delivery

---

97

1    before or after that would be appropriate.
2        Q.  Let's talk again about the actual formula and
3    how it's set.  You mentioned that Publix sends out
4    requests for prices from egg suppliers as part of the
5    supplier review or the category review process and the
6    suppliers respond with their prices, and in the case of
7    shell eggs, that would be a formula; correct?
8        A.  Correct.
9        Q.  So the supplier in the first instance provides
10   the price; right?
11       A.  Right.
12       Q.  And would you negotiate that price at that
13   point?
14       A.  Yes.
15       Q.  And did you negotiate almost every price that
16   came in the door, or was it an infrequent occurrence?
17       MR. GERMAINE:  Objection to form.
18       A.  For eggs.
19       A.  The question was in the review, once the price
20   is negotiated, the formula is negotiated, but then you
21   confused me with the second part of the question about
22   negotiating every -- rephrase that to be clear.
23       Q.  You did multiple reviews for egg suppliers
24   during the time that you were category manager; correct?
25       A.  Yes.

---

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

26 (Pages 98 to 101)

---

98

1    Q.   And when the suppliers would give you their
2  prices, would you almost always push back on those
3  prices a little bit and try to negotiate them, or would
4  it be an infrequent occurrence that you would try to
5  negotiate the prices?
6    **A.   On an ongoing basis like that, that was on the**
7  **buyers' desk.   That's part of their job, so I couldn't**
8  **really answer that.**
9    Q.   And I'm referring just to the category review
10  process.   So only during the initial bidding, you would
11  negotiate at that time?
12    **A.   That's always negotiated, yes.**
13    Q.   Okay.   And you were always negotiating those
14  prices?
15    **A.   (Nodding head.)**
16    Q.   Do you know what I mean when I say price taker
17  or price maker?
18    **A.   No.**
19    Q.   Do you know if Publix would be stuck accepting
20  the price that the egg supplier bidding initially
21  offered, or would Publix try to force that egg supplier
22  to come to its price?
23    MR. GERMAINE:   Objection to form.
24    Q.   Its own price.   What price it would want to
25  pay.   We talked about the target price earlier.

---

99

1    MR. GERMAINE:   Objection.
2    **A.   I don't know.**
3    Q.   You had target prices during the review
4  process; correct?
5    MR. GERMAINE:   Are you talking about private
6  label or branded eggs?
7    Q.   Private label shell eggs.
8    **A.   I don't know if we had a target price for shell**
9  **eggs.**
10    Q.   You did not have a target price?
11    **A.   I said I don't know if we had one.**
12    Q.   Do you know if you had a target price for egg
13  products?   Liquid eggs.
14    MR. GERMAINE:   Objection to form.
15    **A.   I don't recall.**
16    Q.   Did you have a pricing strategy going into the
17  category reviews?
18    MR. GERMAINE:   Objection to form.
19    **A.   I don't recall what the strategy was.**
20    Q.   Would you have a strategy, though?
21    **A.   Yes.**
22    Q.   And what would that strategy be based off of?
23    **A.   Be competitive.**
24    Q.   Against your competitor supermarkets?
25    **A.   Yes.**

---

100

1    Q.   So -- so that I understand that, if you'll
2  break it down a little bit, would you observe what
3  prices those supermarkets were charging its -- their
4  retail customers?
5    **A.   Yes.**
6    Q.   And then you would base your pricing strategy
7  off of aiming to price similarly for your own customers;
8  is that right?
9    **A.   It would be a consideration.**
10    Q.   And then after taking into account that
11  information, you would work backwards to try to figure
12  out what your cost of eggs needed to be?   Is that what
13  you're saying?
14    MR. GERMAINE:   Objection.
15    Q.   Explain for me a little more what pricing based
16  on competitors would look like in terms of buying the
17  eggs from the suppliers.
18    **A.   Pricing is based on competitive information and**
19  **margin.**
20    Q.   Competitive information about what they bought
21  their eggs from the suppliers for, or what they charged?
22    **A.   No, what they charge, what the retail price we**
23  **see in their store, like you were saying.   And then**
24  **margin would be another key component of how we would**
25  **price an item so it's covering our cost.**

---

101

1    Q.   And would Publix have certain margin goals for
2  each of its products?
3    **A.   Yes.**
4    Q.   And would those vary by product?
5    **A.   Yes.**
6    Q.   So you would take information about the
7  competitors' retail price and your own target margin for
8  that product, and from there you would work out what you
9  hoped to purchase the eggs from the suppliers from; is
10  that right?
11    **A.   Yes.**
12    Q.   You mentioned earlier that you recall that
13  Urner Barry changed once a week.   Who received the
14  reported Urner Barry price, or who monitored that price?
15    **A.   The buyer.**
16    Q.   And how would they know what that price was?
17  Did they receive a report?
18    **A.   I do not remember.**
19    Q.   When you were category manager from 1999 to
20  2008, do you recall if egg prices increased over that
21  time, generally, decreased, or stayed the same?
22    **A.   I don't remember.**
23    Q.   You don't recall whether egg prices increased?
24    **A.   I don't remember specifically all the prices,**
25  **so I can't tell you.**

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                                    April 16, 2014

27 (Pages 102 to 105)

---

102

1    Q.  Are eggs -- of the different products that you
2  managed in dairy, were eggs a large percentage of those
3  products?  Or what percentage of the products were eggs?
4        MR. GERMAINE:  Objection to form.
5    A.  I don't know what percentage.
6    Q.  You mentioned that you were in charge of eggs
7  and dairy and pickles and refrigerated dough and
8  different lines like that; right?
9    A.  (Nodding head.)
10   Q.  Do you know if eggs were 25 percent of the
11 products that you were focused on?
12       MR. GERMAINE:  Objection to form.
13   A.  I don't remember a specific percentage.
14   Q.  And you don't remember any general observations
15 about egg prices during the time that you were category
16 manager?
17   A.  In general, prices increased because of lots of
18 reasons across the grocery industry.  They generally
19 don't go backwards.  But specifically to eggs, I don't
20 remember.
21   Q.  Do you know why prices generally increased
22 across the grocery industry during that time?
23   A.  No.
24   Q.  Do you -- have any -- did you have any
25 conversations when you were category manager about

---

103

1  general factors or costs affecting the price of food
2  items?
3    A.  I don't remember.
4        (Bates Exhibit 7 was marked for
5        identification.)
6    Q.  You have in front of you Exhibit 7, which is a
7  confidential document Bates stamped UE0305604, and this
8  is a printout from something called Urner Barry's
9  Reporter.
10       Have you ever heard of Urner Barry's Reporter?
11   A.  I do not remember Urner Barry Reporter.
12   Q.  You did testify that you've heard of Urner
13 Barry, though; correct?
14   A.  Yes, uh-huh.
15   Q.  And as part of your job as category manager and
16 in your interactions with your buyers, did your team for
17 dairy monitor publications that might discuss pricing of
18 dairy items or of retail food items in general?
19   A.  I don't know what publications my buyers were
20 monitoring specifically.
21   Q.  Do you know if your department subscribed to
22 any magazines or industry publications that would
23 discuss the price of retail food items?
24   A.  Dairy Food Magazine was one that I remember
25 that we got, but --

---

104

1    Q.  But you don't recall subscribing to Urner
2  Barry's Reporter?
3    A.  No.
4    Q.  Okay.  Let's take a look at this first
5  paragraph on this top article here.  It says:  "The
6  Economic Research Service (ERS) is telling consumers to
7  plan for higher food prices this year."
8        And I should have mentioned the date of this
9  document.  At the very top, it says "Spring 2008".  Do
10 you see that?
11   A.  Okay.
12   Q.  Okay.  It says:  "These increases are in part
13 the result of the domino effect that many economists say
14 began with higher energy costs.  Energy costs cascade
15 through the production system and affect transportation,
16 processing, and refrigeration, to name just a few areas.
17 Compounding the situation is ethanol demand.  Red meat,
18 poultry, egg, and seafood products" -- "producers now
19 have a new source of buying competition for feed, which
20 is a major input cost.  The higher demand for corn also
21 bolsters the price of crops that compete for the same
22 planting acreage.  Consequently, the price of wheat and
23 other crops have gone up with corn."
24       Were you generally aware in the time frame that
25 you were category manager that corn prices increased?

---

105

1        MR. GERMAINE:  Objection to form.
2    Q.  Were you generally aware of increasing corn
3  prices?
4        MR. GERMAINE:  Objection.
5    Q.  You can answer.
6    A.  Yes.
7    Q.  And were you aware of increasing energy costs?
8    A.  I don't remember that specifically.
9    Q.  You don't recall the price of gas increasing
10 from 2000 to 2008?
11   A.  I couldn't tell you what the price of gas was
12 in 2008.
13   Q.  And do you recall or did you understand at the
14 time whether energy costs, feed costs, corn costs, and
15 wheat costs, four things mentioned in this article,
16 might have had any effect on the price of eggs?
17   A.  Repeat the first part of that question.
18   Q.  Do you recall in this time frame -- I'll break
19 it down one by one.  Do you recall understanding at the
20 time that you were category manager for dairy that
21 energy costs could have an effect on the price of eggs?
22   A.  The cost of energy could have the price --
23 could affect the price of everything.
24   Q.  Including eggs; correct?
25   A.  Yes.

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                                      April 16, 2014

28 (Pages 106 to 109)

---

106

1     Q.   So increasing energy costs would increase the
2 price of eggs?
3     **A.   It could.**
4     Q.   And would -- could corn prices --
5     **A.   But I don't remember specifically.   That's the**
6 **problem here.**
7     Q.   Right.   And would -- could corn prices have an
8 effect on eggs that you understood?
9     **A.   Yes.**
10     Q.   And did you understand that wheat prices could?
11     **A.   I don't remember wheat being discussed or about**
12 **being a factor in the cost of eggs going up, so, no.**
13     Q.   What about animal feed prices?
14     **A.   Yes.**
15     Q.   You do recall that being a potential factor
16 to -- to affect the price of eggs; correct?
17     **A.   Yes.**
18     Q.   And what other factors do you recall
19 understanding had an effect on the price of eggs that
20 Publix paid while you were category manager?
21     **A.   You listed energy and feed.**
22     Q.   And corn; correct?
23     **A.   And corn.**
24     Q.   Any others?
25     **A.   I remember, which I said earlier, Tampa Farms**

---

107

1 **having conversations about animal welfare, and that**
2 **would potentially affect the cost of eggs.**
3     Q.   And did you understand that animal welfare
4 would increase or decrease the cost of eggs?
5     **A.   Increase.**
6     Q.   Did you understand or did anyone explain to you
7 why that would be?
8     **A.   Those conversations were based around cages,**
9 **the birds were caged or cage size, that type of**
10 **parameter, so it would be the reason why that it may**
11 **affect the cost of eggs.   But those were just**
12 **conversations.   I don't recall specifically what any**
13 **cost amount would be.**
14     Q.   And did you understand that increasing cage
15 size would increase costs?
16     **A.   I understood it would have that potential, yes.**
17     Q.   And why -- why did you understand that that
18 would be?
19     **A.   Because that's what the supplier told me.**
20     Q.   And who was the individual at Tampa Farms that
21 you discussed this with?
22     **A.   Mike Bynum.**
23     Q.   Did you understand that by increasing cage
24 sizes egg farmers would be able to keep less eggs in one
25 barn?   I mean less hens in one barn.

---

108

1     **A.   Yes.**
2     Q.   And so you understood that increasing cage
3 sizes might decrease the population of birds in that
4 barn?
5     MR. GERMAINE:   Objection to form.
6     **A.   Did not relate it to having less population.**
7     Q.   Did you generally understand that reducing the
8 population of hens could increase the price of eggs?
9     **A.   I don't recall having those thoughts.**
10     Q.   Did you have any conversations with suppliers
11 or any third parties about flock sizes for egg-laying
12 hens?
13     **A.   No.**
14     Q.   Did you have any conversations or were you
15 aware -- strike that.
16     Were you aware of any effect that exports of
17 eggs could have on the price of eggs domestically?
18     **A.   I don't remember that being -- I just don't**
19 **remember any conversations about eggs -- egg exports.**
20     Q.   So you don't recall ever discussing egg exports
21 with any suppliers of eggs?
22     **A.   I don't.**
23     Q.   Do you know other -- any other factors that
24 might affect the price of eggs besides the ones we've
25 just discussed?

---

109

1     **A.   No.**
2     Q.   What about seasonal demand for eggs?
3     **A.   I recall that generally before Easter the cost**
4 **of eggs went up, and that would be driven on consumer**
5 **demand.**
6     Q.   So you understood that when demand was higher,
7 price would go up?
8     **A.   Yes.**
9     Q.   What about increased demand for eggs due to
10 dietary trends, for example, the high protein diets or
11 the Atkins diets?
12     MR. GERMAINE:   Objection to form.
13     **A.   I don't know.**
14     Q.   You were not aware of any effect those diets
15 had on the price of eggs?
16     **A.   I don't recall anything like that.**
17     Q.   Were you aware of any diseases or viruses that
18 could affect the flock, the hen flocks, and therefore,
19 affect supply of eggs?
20     MR. GERMAINE:   Objection to form.
21     **A.   I don't remember.**
22     Q.   You don't recall hearing any diseases that
23 might relate specifically to egg-laying hens?
24     **A.   I don't remember.**
25     Q.   Would your department have monitored factors

---

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

29 (Pages 110 to 113)

---

**110**

1  that could affect the price of eggs?

2  **A. Yes.**

3  Q. How would you monitor those factors?

4  **A. Reports, the commodity pricing of corn. We saw**

5  **some of that reporting. That was -- came from our MSP**

6  **department, as I recall. The buyer would have reviewed**

7  **some of that information. That's --**

8  Q. So the MSP department within Publix would draft

9  reports on commodity prices?

10  MR. GERMAINE: Objection to form.

11  **A. I don't know who drafted it.**

12  Q. You understood those reports coming from --

13  from the MSP department, though?

14  **A. Yes.**

15  Q. And those were not third party or external

16  reports?

17  **A. I don't know.**

18  Q. And the buyer would receive these reports?

19  **A. Yes.**

20  Q. And would the buyer ever report to you on any

21  developments that it saw in these reports he saw/she

22  saw?

23  **A. Yes.**

24  Q. How often would that occur?

25  **A. I don't remember. As needed.**

---

**111**

1  Q. As needed? Would that happen more than once a

2  year?

3  **A. I don't know.**

4  Q. Would you ever have department meetings when

5  you were in the dairy department?

6  **A. Yes.**

7  Q. And how often were those meetings?

8  **A. Weekly.**

9  Q. And who would be at those dairy meetings?

10  **A. My two buyers and myself.**

11  Q. Would the business development director -- is

12  that the right title?

13  **A. Uh-huh.**

14  Q. Would that person attend?

15  **A. No.**

16  Q. And what would you discuss at those meetings?

17  **A. Information that I had received from my boss in**

18  **a weekly meeting. Just a myriad of different**

19  **communications that involve the department, and**

20  **procedures.**

21  Q. Would buyers report to you, report things to

22  you, or would it be only you reporting things to them?

23  **A. They would report things to me also.**

24  Q. And what kinds of topics would they report to

25  you?

---

**112**

1  **A. Any issues they might be having in their job**

2  **functions that they needed guidance on.**

3  Q. And would that include managing difficult

4  relationships with suppliers?

5  **A. It could, yes.**

6  Q. Would it include problems they were having with

7  pricing?

8  **A. Yes.**

9  Q. What else might it include?

10  **A. Promotion.**

11  Q. Promotions, pricing, issues with suppliers.

12  Anything else?

13  **A. Not that I can think of.**

14  Q. You testified earlier that the formula that

15  Publix pays for its Publix store brand shell eggs is

16  based off of Urner Barry; correct?

17  **A. Right.**

18  Q. And does Publix pay a discount off of Urner

19  Barry?

20  MR. GERMAINE: Objection.

21  **A. I don't -- I don't remember.**

22  Q. So you don't recall whether the formula would

23  be subtracting from Urner Barry or adding to Urner

24  Barry?

25  **A. Correct.**

---

**113**

1  Q. And you mentioned that that formula was set in

2  the bidding process where you were selecting the

3  supplier, and you said, I believe this morning, that you

4  said that that bid would be for a price formula that

5  would last for one year; correct?

6  **A. I did say that.**

7  Q. And that's for shell eggs?

8  **A. So to clarify that a little bit, the one year**

9  **is on a price when you're on a formula price. Maybe I**

10  **didn't speak clearly. The formula price would be**

11  **until -- it would be ongoing. There wouldn't be a**

12  **one-year limit to a formula price, because it changes.**

13  **A set price was what we would put the year.**

14  Q. So when might that price change, pricing

15  formula change?

16  **A. It depends on the parameter in the formula. So**

17  **if it was based off the Urner Barry, and the Urner Barry**

18  **changes weekly, the price can change weekly.**

19  Q. When would the actual formula change, though,

20  besides the Urner Barry component?

21  **A. There's no determined time.**

22  Q. When the price -- did the price ever change

23  during the time you were category manager? The formula.

24  **A. I don't recall.**

25  Q. Do you recall that it did not change?

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                        April 16, 2014

30 (Pages 114 to 117)

---

114

1    A.  No.
2    Q.  If it changed, what would have caused that
3  change?  Would it be the supplier calling you to make
4  the change?
5       MR. GERMAINE:  Objection to form.  Calls for
6  speculation.
7    A.  The supplier --
8    Q.  You can answer.
9    A.  The supplier would have to contact the buyer.
10 That would be something they would cover in a meeting.
11   Q.  So at these weekly meetings the buyer might
12 raise that a supplier contacted them and wanted to
13 change the pricing formula?
14      MR. GERMAINE:  Objection.
15   A.  Yes.
16   Q.  With respect to eggs, do you recall any
17 specific changes to the formula during the time that you
18 were category manager?
19      MR. GERMAINE:  Objection.  Asked and answered.
20   A.  I don't remember.
21   Q.  What would the reasons be that a supplier would
22 change the formula for eggs?
23      MR. GERMAINE:  Objection to form.
24   A.  I can't answer for the supplier.
25   Q.  Would the supplier provide reasons to the buyer

---

115

1  when they were asking to change the formula?
2    A.  Yes.
3    Q.  Do you recall any reasons that egg producers
4  gave for wanting to change the pricing formula?
5    A.  No, I don't.
6    Q.  For egg products, liquid eggs, you mentioned,
7  if I'm correct, that the price was a set price, it was
8  not a formula-based price; is that correct?
9    A.  That is my recollection.
10   Q.  And how often would a set price change?
11   A.  There's no determined time.
12   Q.  In your experience, how often did the price of
13 liquid eggs or egg products change?
14   A.  I don't remember.
15   Q.  Would it be more than once a year?
16   A.  I don't remember.
17   Q.  Do you recall if egg products were -- had the
18 same exact price the entire time you were category
19 manager?
20   A.  No, they did not.
21   Q.  So they must have changed while you were
22 category manager?
23   A.  Yes.
24   Q.  But you don't recall the frequency of those
25 changes?

---

116

1    A.  Correct.
2    Q.  Do you recall any instance in which an egg
3  supplier provided a reason why the price would have
4  changed for egg products?
5    A.  I do not remember a specific instance.
6    Q.  If a supplier called and asked to change the
7  pricing formula or the set price for your egg products
8  or shell eggs, any egg products, would Publix push back
9  on that price increase?
10      MR. GERMAINE:  Objection to form.
11   A.  Yes.  Yes, we would.
12   Q.  And a period of negotiation would ensue?
13      MR. GERMAINE:  Objection.
14   A.  Yes.
15   Q.  And do you recall ever changing suppliers due
16 to increasing price for eggs?
17   A.  I don't recall.
18   Q.  Is it a certain employee at Publix's
19 responsibility to keep costs as low as possible for egg
20 purchases?
21   A.  The buyer.
22   Q.  And when you had these formulas or egg prices
23 that you received through the bidding process, did you
24 enter into a formal supply contract with your egg
25 suppliers?

---

117

1    A.  I do not remember.
2    Q.  Did you in general when you were purchasing
3  products for the dairy department have supply agreements
4  from time to time with some of your suppliers?
5       MR. GERMAINE:  Objection to form.
6    A.  What do you mean by "agreement"?
7    Q.  A written contract between you and the
8  supplier.
9    A.  I don't -- I did not sign any contract.
10   Q.  How did Publix set the terms for its
11 relationships with its suppliers?
12   A.  How did Publix do what?
13   Q.  Set the terms for its relationships with its
14 suppliers.
15   A.  Terms of agreement?
16   Q.  Terms of delivery, terms of who was going to
17 provide packaging, pricing, audit requirements that we
18 discussed earlier.  Where would all those terms be
19 memorialized?
20   A.  For the shell egg suppliers, that information
21 was given to the suppliers by MSP in that process.  And
22 the buyer also, if it wasn't MSP giving it to them, it
23 was just part of their job function that suppliers are
24 aware of all those terms and how to do business with
25 Publix.

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                        April 16, 2014

31 (Pages 118 to 121)

---

118

1    Q.  So the terms of the business relationship were
2  set during the supplier selection process that we
3  described earlier?
4    A.  Yes.
5    Q.  Were the terms of those relationships ever
6  changed outside of that process, just sort of in the
7  course of business something would come up and a term
8  would change?
9    A.  I don't remember any example of that.
10   Q.  With respect to eggs, or generally?
11   A.  Generally and with respect to eggs.
12   Q.  When Publix receives costs from its -- or
13  prices from its egg suppliers, do those prices include
14  taxes?
15   A.  I don't know.
16   Q.  You never saw a separate breakout for taxes for
17  the orders for eggs?
18   A.  I -- I do not remember seeing that, no.
19   Q.  Is Publix -- earlier we discussed qualities or
20  factors that Publix considers when selecting its egg
21  supplier.  Is it correct to summarize your testimony
22  that Publix does not always choose the lowest cost
23  supplier?
24      MR. GERMAINE:  Objection to form.
25   A.  We do not always choose the lowest cost

---

119

1  provider.
2    Q.  And that's because Publix wants to provide
3  quality goods to its consumers; correct?
4      MR. GERMAINE:  Objection to form.
5    A.  It's because cost is only one factor of the --
6  of the decision.
7    Q.  And quality is another factor; correct?
8    A.  It is.
9    Q.  And is that because Publix wants to ensure that
10  its grocery store customers receive a quality product?
11   A.  It is.
12   Q.  Because that reflects on the Publix brand?
13   A.  Yes.
14      (Bates Exhibit 8 was marked for
15  identification.)
16   Q.  You have in front of you what's been marked as
17  Exhibit 8, and this is Publix's answers to what are
18  called interrogatories, certain questions that are asked
19  in the course of litigation.  And I represent to you
20  that this is Publix's answers.
21      And if you flip to page 4, you'll see that the
22  question asks:  "If during the period covered by your
23  complaint you made purchases of products where you
24  expressly agreed that the prices would be determined, in
25  whole or in part, on the basis of an Urner Barry Price

---

120

1  Quotation, then fully describe each such agreement,
2  identifying the purchases to which each was applicable."
3      And then if you skip to the bottom of the page,
4  you'll see it says:  "Plaintiff states that, in most
5  instances, to the best of its knowledge, the price of
6  eggs and egg products it purchased from defendants was
7  based in whole or in part on an Urner Barry Price
8  Quotation.  However, Plaintiff further states that not
9  all Urner Barry Price Quotations were the same for all
10  of Plaintiff's purchases of eggs or egg products over
11  the relevant time period.  Urner Barry Price Quotations
12  can differ over time and by geographic location, among
13  other factors."
14      In general, is that response correct, to the
15  best of your knowledge?
16      MR. GERMAINE:  Objection to form.
17   Q.  Is that response correct?
18      MR. GERMAINE:  Objection to form.
19   Q.  You can answer.
20   A.  Let me read it.
21      MR. GERMAINE:  You should feel free to read the
22  whole document if you need to.
23   A.  I don't know.
24   Q.  On the last sentence there, it says:  "Urner
25  Barry Price Quotations can differ over time and by

---

121

1  geographic location, among other factors."
2      Does that refresh your recollection of whether
3  the Urner Barry quote varies over geography?
4    A.  No, because I honestly do not remember.
5    Q.  Turning to your second -- the answer to the
6  second interrogatory, which is on page 7, if you can
7  look at the first full paragraph, it says:  "Plaintiffs
8  states that, in most instances, to the best of its
9  knowledge, the prices of eggs and eggs products it
10  purchased from Defendants were based in whole or in part
11  on an Urner Barry Price Quotation.  However, Plaintiff's
12  grocery business unit purchased national brand eggs and
13  egg products and specialty eggs based on a fixed vendor
14  price list.  The prices of these eggs/egg products were
15  not, unlike Publix brand eggs and egg products,
16  explicitly based on the prevailing Urner Barry Price
17  Quotation for the subject product and region."
18      Is that correct?
19      MR. GERMAINE:  Objection to form.
20   A.  I don't know.
21   Q.  You testified earlier that the branded eggs
22  that you purchased for Publix were purchased on a fixed
23  price; correct?
24   A.  Yes.
25   Q.  And the Publix brand eggs were purchased off of

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                        April 16, 2014

32 (Pages 122 to 125)

---

122

1  Urner Barry?
2      A. Yes.
3      Q. Okay. We discussed earlier that people in your
4  department might monitor factors that could affect the
5  price of eggs; correct?
6      A. Yes.
7      Q. Did Publix do any forecasting of egg prices?
8      A. To my knowledge, I don't remember that.
9      Q. Did Publix ever consider switching from Urner
10  Barry formula-based pricing to other forms of pricing
11  for its shell eggs?
12      A. I'm not aware of that.
13      Q. Are you aware that other than Urner Barry there
14  are other commodities that you could price your egg
15  formula off of? Let me reformulate that question.
16      Other than Urner Barry, are there other indexes
17  that you could use to set the price of eggs in a
18  formula?
19      A. Yes.
20      Q. Are you aware of grain-based pricing for eggs?
21      A. Not specifically.
22      Q. Did you ever discuss any alternative pricing
23  methods with your egg suppliers?
24      A. In a general conversation, may have discussed
25  other methods, but we never asked for one. Never

---

123

1  pursued one, to my knowledge.
2      Q. Why did Publix not pursue alternative pricing
3  methods?
4      A. Because we did not want to be noncompetitive in
5  our pricing to the customer, because it was our
6  understanding that our competition prices were based off
7  of Urner Barry, assumed that, and so if we were to go to
8  another pricing method, we were afraid we would have --
9  our costs would be at times higher, and then we would --
10  cause us to be uncompetitive.
11      Q. And you testified that the number for Urner
12  Barry could change week to week; right?
13      A. Right.
14      Q. So that would cause volatility in your costs of
15  eggs; right?
16      A. Right.
17      Q. Did you ever consider switching to a flat
18  price, like you used for egg products, on shell eggs so
19  that you would have less volatility in your cost for
20  eggs?
21      A. No.
22      Q. Why not?
23      A. The reason I just stated in the last question.
24      Q. Because you understood that your competitors
25  were basing their shell egg prices off of Urner Barry?

---

124

1      A. Right.
2      (Bates Exhibit 9 was marked for
3  identification.)
4      Q. You have in front of you Exhibit 9, which is a
5  highly confidential document Bates stamped
6  PUB_EGGS_015630.
7      And looking at the top, this appears to be an
8  e-mail exchange between Jeff Cutler, apparently of
9  Golden Oval Eggs, and Mark Dobersch and Ivonne Leon
10  regarding liquid whole egg in 2007.
11      Do you recognize the name Mark Dobersch?
12      A. Yes.
13      Q. And who is Mark Dobersch?
14      A. He works in the MSP department.
15      Q. And do you recognize Ivonne Leon?
16      A. No, I do not.
17      Q. And do you know Jeff Cutler?
18      A. No, I do not.
19      Q. Have you ever heard of Golden Oval Eggs?
20      A. No.
21      Q. And, to your knowledge, did Publix retail
22  grocery department ever purchase eggs from Golden Oval
23  Eggs?
24      A. I do not remember us purchasing anything from
25  Golden Oval Eggs.

---

125

1      Q. If you look at the second e-mail down, the one
2  from Mark Dobersch -- from Mark Dobersch -- it says:
3  "Jeff, we simply cannot take this big of a hit. My
4  question is" -- "my question to you is are you willing
5  to keep this out there as it may cost you the business?"
6      Do you see that?
7      A. I do.
8      Q. And then below that, it says: "Ivonne, please
9  find that attached form with explanation of price
10  increase on the item that we currently supply to both
11  the Lakeland and Atlanta facilities."
12      So in this e-mail exchange, it appears that
13  Jeff Cutler has sent Mark Dobersch and others a price
14  increase, and then Mark Dobersch responds and says: "We
15  cannot take this big of a hit. It may cost you the
16  business."
17      When you testified that you negotiated with
18  suppliers, would this be the kind of strategy that you
19  would use in terms of, if the supplier presented to you
20  a price increase, would you let them know if it was
21  unacceptable?
22      MR. GERMAINE: Objection to form.
23      A. We ask for justification of a price increase.
24      Q. And at times would you decide those certain
25  price increases were unacceptable?

---

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

33 (Pages 126 to 129)

---

126

1  A.  I'm trying to think of an instance.  That's
2  negotiation back and forth.
3  Q.  And during negotiations, did you ever inform
4  your suppliers that you could drop them as a supplier if
5  they did not lower the price increase?
6  MR. GERMAINE:  Objection to form.
7  A.  I don't recall an instance doing that.
8  Q.  Did Publix have the ability to drop a supplier
9  if it increased the price too much?
10  MR. GERMAINE:  Objection to form.
11  A.  The decision -- the question doesn't make sense
12  to me, because when we go through a supplier review,
13  that's exactly what it is, is choosing a supplier.  So
14  that is the ability to choose our supplier, so...
15  Q.  But you also testified that the price a
16  supplier charges might change in between category
17  reviews; correct?
18  A.  Uh-huh.
19  Q.  And they might call -- you testified that a
20  supplier could call the egg buyer and inform them of a
21  price increase; correct?
22  A.  Uh-huh.
23  Q.  And then you testified that you might negotiate
24  at that point on that price increase?
25  A.  Right.

---

127

1  Q.  So during those negotiations, did you ever tell
2  a supplier, "We might just change suppliers if you don't
3  lower your price increase."?
4  MR. GERMAINE:  Objection to form.  Asked and
5  answered.
6  A.  What would happen from my chair as category
7  manager was I would request a review so we could go
8  through a supplier review.
9  Q.  So you would consider changing suppliers if the
10  price increased?
11  A.  I could.  That would be my option.  That's how
12  I would handle it.
13  (Bates Exhibit 10 was marked for
14  identification.)
15  Q.  You have in front of you Exhibit 10, a highly
16  confidential document Bates stamped PUB_EGGS_016558.
17  And this is an e-mail from Chris Smith to Jeff Cutler.
18  Do you know who Chris Smith is?
19  A.  No, I don't remember that name.
20  Q.  Do you see in the second e-mail there that it
21  says chris.smith@imc.publix.com is the "to" recipient?
22  A.  Yes, I see it.
23  Q.  Does that refresh your recollection of whether
24  Chris Smith worked for Publix?
25  A.  It does not.  I just don't remember Chris

---

128

1  Smith.
2  Q.  Do you have any reason to doubt that Chris
3  Smith works at Publix?
4  MR. GERMAINE:  Objection to form.
5  A.  I do, because I don't remember Chris Smith.
6  Q.  Would someone with the e-mail address
7  @imc.publix.com work for Publix?
8  MR. GERMAINE:  Objection to form.  Lacks
9  foundation.
10  A.  I don't know what "imc" is.  It's not the way
11  my e-mail address reads.
12  Q.  What's your e-mail address?
13  A.  Greg.bates@Publix.com.
14  Q.  And if you look at the second e-mail there, it
15  says: "Chris, it was good talking with you this
16  morning.  As discussed, we would like to offer Publix
17  flat pricing for the liquid whole egg that we currently
18  supply."
19  And what is flat pricing?
20  MR. GERMAINE:  Objection to form.
21  A.  I don't know in the context of this e-mail what
22  their definition is.
23  Q.  You mentioned that there's two forms of pricing
24  for eggs; correct?  There's formula-based and fixed
25  price.  Would flat pricing be another word for fixed

---

129

1  pricing?
2  A.  That would be my understanding of it, but I am
3  not familiar with this.  They could have a different
4  definition.
5  Q.  In the top e-mail, it says: "Chris" -- I'm
6  sorry.  "Jeff, we've been discussing this on our side
7  and are a little hesitant to agree to a flat price for
8  such a long period of time.  What are your thoughts on a
9  year time frame?"
10  So in that e-mail, it appears that Chris Smith
11  is saying a price -- a flat price for liquid eggs for
12  longer than a one-year time frame made Chris and others,
13  unspecified others, uncomfortable.
14  Why would Publix consider a one-year time frame
15  for a flat price for liquid eggs to be too long, or more
16  than a one-year time frame?
17  MR. GERMAINE:  Objection to form.
18  A.  I do not know why they made that decision or
19  statement.
20  Q.  Did you have flat prices for more than a year
21  in the retail department for egg products?
22  A.  I don't remember.
23  Q.  If -- if Publix expected that egg prices were
24  going to increase, would Publix want to lock in a fixed
25  lower price?

---

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

34 (Pages 130 to 133)

---

### 130

1  MR. GERMAINE:  Objection to form.
2  **A.  It depends.  There's risk in the situation**
3  **either way.**
4  Q.  Can you explain to me how Publix would look at
5  that risk?
6  MR. GERMAINE:  Objection to form.
7  **A.  Knowledge of the category and the factors.**
8  **Locking in a price can be good for you, as you**
9  **expressed, but if they go down, it's bad for you.  So**
10  **that's the risk.**
11  Q.  So you might not want to lock in a long-term
12  price if you expect the prices are going to fall?
13  MR. GERMAINE:  Objection to form.
14  **A.  Correct.**
15  Q.  Is that right?
16  **A.  It's not a cut and dried thing.  Like I said,**
17  **it depends on the -- on the folks making the decision**
18  **for the item at that time.**
19  Q.  And it depends on --
20  **A.  So there's no set rule.**
21  Q.  It depends on what those folks predict would
22  happen with prices; correct?
23  MR. GERMAINE:  Objection.
24  **A.  I can't speak for these folks.**
25  Q.  In your purchases of eggs, what -- what would

---

### 131

1  affect your decision to lock in a price for a longer
2  period of time?
3  **A.  What our expectation of the pricing would be,**
4  **whether it would go up or down, would be a factor in**
5  **that decision.**
6  **(Bates Exhibit 11 was marked for**
7  **identification.)**
8  Q.  You have in front of you Exhibit 11, which is a
9  highly confidential document, PUB_EGGS_006960, and at
10  the top it says Publix Super Markets, Inc. Qualifying
11  Questionnaire Publix Brand Eggs.
12  Do you recognize this document?
13  **A.  I don't remember it.  It's been a long time.**
14  Q.  Do you recognize this form generally?
15  **A.  Wow.  It's been a long time.  I don't recognize**
16  **this -- it was -- the form has changed from what we use**
17  **now. It looks --**
18  Q.  You testified earlier that when selecting
19  suppliers for Publix brand eggs you would send out a
20  questionnaire; correct?
21  **A.  Yes.**
22  Q.  And that you would have input in the questions
23  on that questionnaire?
24  **A.  Yes.**
25  Q.  And does this appear to be a questionnaire of

---

### 132

1  the type that you were referring to?
2  **A.  It does.**
3  Q.  And it seems from this questionnaire that these
4  are Cal-Maine's answers, Cal-Maine Foods' answers, to
5  your questionnaire?
6  **A.  Yes.**
7  Q.  Looking at No. 2, you see listed underneath
8  that question certain types of eggs, for example, medium
9  eggs, 12-count; large eggs, 6-count; large eggs,
10  12-count carton.  Were those the different types of
11  shell eggs that you purchased as -- for Publix's brand?
12  **A.  Yes.**
13  Q.  Turning -- go ahead.  Turning to Question No.
14  30 on page 3, do you see that it says:  "What other
15  pricing systems do you offer shell egg customers (cost
16  plus, etc.)?"
17  And then Cal-Maine answers:  "We could discuss
18  a cost plus or sliding scale (greater discount when
19  market is higher) as discussed at next meeting."  Or,
20  sorry.  "Discussed at meeting."
21  Why would Publix include a question about
22  alternative pricing systems on its questionnaire?
23  **A.  It's just another point of information.**
24  Q.  Did Publix ever consider changing to any other
25  alternative pricing metrics for its shell eggs?

---

### 133

1  **A.  I answered that question already.**
2  Q.  What was your answer?  Yes?
3  **A.  My answer was, no, we didn't pursue it because**
4  **of the -- the risk of competitiveness.**
5  Q.  And in Cal-Maine's response, it says:  "A
6  sliding scale," and then parentheses, "greater discount
7  when market is higher."
8  Do you know if Publix ever had a greater
9  discount in its egg formula when the market price or the
10  Urner Barry price for eggs was higher?
11  **A.  I do not recall.**
12  Q.  Do you recall any other factors that might have
13  changed the formula discount that Publix paid for eggs,
14  including paying on time or certain early payments for
15  deliveries?
16  **A.  No, I do not recall.**
17  Q.  Formulas never incorporated payment terms?
18  **A.  I don't -- I don't know.**
19  Q.  You don't recall?
20  **A.  Yeah, I don't recall.**
21  Q.  I think we're going to come back to this
22  exhibit, so you might want to just set it aside
23  specially.
24  **A.  Okay.**
25  Q.  In the next step of the process after you have

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                            April 16, 2014

35 (Pages 134 to 137)

---

134

1  purchased the eggs and they've been delivered to your
2  Publix stores, you mentioned earlier, I believe, that
3  the buyer sets the price that Publix charges for its
4  eggs to its retail customers; correct?
5      **A.   Correct.**
6      Q.   Who has input on that price?
7      **A.   The category manager has input.**
8      Q.   So the category manager, the buyer.  Does the
9  business development director get involved in the
10  setting of the price?
11      **A.   Generally, no.**
12      Q.   And can you describe to me how that process
13  works?  How does the buyer come up with the price?
14      **A.   There's a pricing system.**
15      Q.   Is that a computer system?
16      **A.   Yes.**
17      Q.   And is it the same pricing system for all the
18  different dairy products?
19      **A.   Yes.**
20      Q.   And what are the -- walk me through that
21  system.  What are the inputs to that system?
22          MR. GERMAINE:  Objection to form.
23      **A.   This is confidential information.**
24      Q.   We are -- we can designate it as highly
25  confidential.

---

135

1      **A.   The cost and margin, and expected margin,**
2  **which, as you stated -- the cost would be the cost from**
3  **the supplier.  Okay.  So then there's a margin**
4  **expectation, which does vary by product type, and then**
5  **there's competitive price information in there about**
6  **what we see at other retailers.  That is -- those are**
7  **the factors that go into consideration of how we sell at**
8  **retail.**
9      Q.   And for competitive price information, is it
10  the buyers' responsibility to gather that information?
11      **A.   No, it is gathered by a third party.**
12      Q.   And is that competitive price information for
13  certain locations, or is there some sort of average
14  across the country?
15      **A.   Certain locations.**
16      Q.   And how small of a region would that location
17  be?  Would it be a city or a state?
18      **A.   It is specific locations that cover all of our**
19  **market area, so it's just in the -- where we have**
20  **stores.**
21      Q.   And does the price vary that you receive on a
22  city basis even within those regions?  How is it broken
23  down?
24      **A.   Now you're getting granular.  I do not know --**
25  **it's we have price zones, so it's by zone, which is in**

---

136

1  different areas, but those areas vary widely.  Some of
2  them are a large group, a large area.  Some of them are
3  small areas.
4      Q.   And just so I have a sense of the scale you're
5  talking about, would a large area be a state, for
6  example?
7      **A.   No, not that large.**
8      Q.   Not that large.  So a region of a state?
9      **A.   (Nodding head.)**
10      Q.   And a small area would be maybe a specific
11  large city; is that right?  Just give a verbal response.
12      **A.   Yes.**
13      Q.   And for prices -- so you just talked about
14  getting competitors' prices on -- in these specific
15  zones.  Would Publix also set its price differently in
16  different regions or different store areas?
17      **A.   Yes.**
18      Q.   When Publix sets a price for eggs, how many
19  stores does that price apply to?
20          MR. GERMAINE:  Objection to form.
21      **A.   We have a price tag in every single store of**
22  **the company, so I'm not sure where -- what you're**
23  **asking.**
24      Q.   And would the prices -- the price tags in every
25  single store be the same for eggs?

---

137

1      **A.   No.**
2      Q.   And if you take a certain store's price, say
3  here in Lakeland, would all the stores in Lakeland have
4  the same price tag?
5      **A.   Not necessarily, because the zone doesn't --**
6  **may split part of a city.  The zone is an area.  It**
7  **doesn't have to be by city or county.  So --**
8      Q.   So the zones that you consider for your
9  competitors' price information, are those the same zone
10  areas that you use for setting Publix's own prices of
11  eggs?
12      **A.   Yes.**
13      Q.   So when you set a price, a specific price for
14  eggs, it's specific to a certain zone?
15      **A.   Yes.**
16      Q.   And those zones could be anywhere from the size
17  of a city to a portion of a state?
18      **A.   It can be smaller than the size of a city to**
19  **the size of, yeah, a state, that's correct.**
20      Q.   And you mentioned the pricing system is a
21  computer program.  Who sets the formula that the
22  computer program uses to output the price that you
23  ultimately charge?
24      **A.   Who sets the what?**
25      Q.   The formula.  So if you input these different

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                                    April 16, 2014

36 (Pages 138 to 141)

---

### 138

1   factors that you mentioned, the cost from the supplier,
2   the margin expectation, and the competitive price
3   information, who designed the system?  Who actually set
4   up the formula that outputs the price Publix ultimately
5   charges its consumers?
6       A.  I don't know.
7       Q.  Do you know if it was done by a third party?
8       A.  It was, to my knowledge, not done by a third
9   party.
10      Q.  Internally to Publix?
11      A.  Yes.
12      Q.  But you did not have any input in that?
13      A.  I do not set that strategy or program.
14      Q.  What is Publix's strategy for retail pricing of
15  eggs?
16      A.  To be competitive.
17      Q.  And was Publix always looking to be the lowest
18  cost supplier in the market?
19      A.  No.
20      Q.  So how did Publix define being competitive with
21  respect to eggs?
22      A.  Being within a certain percentage --
23      Q.  And do you remember what range --
24      A.  -- from the competitive price.
25          It would vary by zone and competitor.

---

### 140

1           MR. GERMAINE:  Objection to form.  Calls for
2   speculation.
3       Q.  You can answer.
4       A.  I don't want to speculate, I want to give you
5   the truth, so I can't give you a specific number.  I
6   can't remember it.
7       Q.  In your job as category manager, you supervised
8   the pricing strategy for eggs; correct?
9       A.  Uh-huh.
10      Q.  So you were familiar with the margin that
11  Publix received on its eggs?
12      A.  (Nodding head.)
13      Q.  So in that experience, on average, could you
14  give me a sense of what the margin might be?  Was it in
15  the range of 300 percent, 3 percent?  What are -- what
16  are the margins on eggs for Publix --
17          MR. GERMAINE:  Objection to form.
18      Q.  -- on average?
19          You can answer.
20          MR. GERMAINE:  If you know.
21      A.  I don't know what the specific number is.
22      Q.  Who would know other than you?
23      A.  The buyer.
24      Q.  And the buyer would have talked about that with
25  you; right?

---

### 139

1       Q.  And competitor?
2       A.  Well, same difference.  Vary by zone.
3       Q.  So if a competitor raised prices, would Publix
4   be able to raise prices as well?
5           MR. GERMAINE:  Objection to form.
6       A.  Depends, because the competitor price is not
7   the only factor.  As I stated before, margin is a
8   factor.  So if we are making our margin, we would not
9   raise our price to follow a competitor.
10      Q.  So once you achieved your goal margin, you
11  would not necessarily increase your price, even if a
12  competitor's price increased?
13      A.  That is correct.
14      Q.  Has Publix's strategy for egg pricing changed
15  over time from the beginning of when you became category
16  manager of dairy to now?
17      A.  I don't remember specifically.
18      Q.  What are the target margins for Publix for
19  shell eggs?
20      A.  I don't know what they are.
21      Q.  Would it be in the range of 5 percent, or
22  50 percent?
23          MR. GERMAINE:  Objection to form.
24      A.  I don't know specifically the number.
25      Q.  Can you give me an estimate?

---

### 141

1       A.  Not necessarily.
2       Q.  You didn't communicate with the buyer about the
3   pricing strategy of eggs?
4       A.  I did.
5       Q.  And that pricing strategy would include the
6   margin that Publix was aiming to make on its eggs;
7   correct?
8       A.  It would, but that margin was in -- is in the
9   pricing system.  It's just been a long time ago, so I
10  can't remember the -- specific numbers.
11      Q.  As business development director, do you have
12  any input in the retail pricing of eggs?
13      A.  That is the responsibility of the -- of the
14  category team, the buyer and the category manager.
15      Q.  And would you work with the category managers
16  at all to set strategy for pricing?
17      A.  No, that is their responsibility.
18      Q.  Are you familiar with the term loss leader?
19      A.  Yes.
20      Q.  What is a loss leader?
21      A.  An item that a -- retailer will put out there
22  at at or below cost to attract customers into their
23  store, so they're willing to sell it and not make any
24  money, to attract customers.
25      Q.  And they want to attract customers because

---

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

37 (Pages 142 to 145)

---

142

1 they're hoping that they will make money on other
2 products those customers buy; correct?
3 **A. That is correct.**
4 Q. Were eggs ever used as a loss leader?
5 **A. I don't recall.**
6 Q. Are eggs higher margin products than other
7 products in the dairy department, or lower?
8 **A. I don't recall specifically.**
9 Q. As category manager for dairy, were you aware
10 that shoppers at Publix Super Markets would frequently
11 buy eggs when they came in the store?
12 **A. Yes. It's a high unit moving item.**
13 Q. And because of that, was it a particularly good
14 item to use as a loss leader or for promotions?
15 MR. GERMAINE: Objection to form.
16 **A. It was a good item for a promotion.**
17 Q. Did you run egg promotions while you were
18 category manager?
19 **A. Yes.**
20 Q. How frequently would you promote eggs?
21 **A. I don't recall.**
22 Q. Are promotions done on a zone basis?
23 **A. No.**
24 Q. They could be across all Publix stores?
25 **A. They could be across all -- most of the time**

---

143

1 **they were across -- my recollection is it was across all**
2 **stores, but we have the ability for it not to be.**
3 Q. To be specific to a certain zone?
4 **A. No, specific to a certain ad version. That's a**
5 **different system when it goes by ad versions.**
6 Q. Okay. So ads in certain cities that might
7 apply to Publix stores; is that correct?
8 **A. Exactly.**
9 Q. Do you know if Publix ever ran any ads or
10 coupons on eggs while you were category manager?
11 **A. I do remember, yeah, we ran ads on eggs, and we**
12 **did have coupons on eggs for a while, and then we**
13 **stopped. We had actually coupons that were applied to**
14 **egg packages that you could peel off.**
15 Q. On the cartons?
16 **A. On the carton. Then we stopped that program.**
17 Q. Do you know approximately what time frame that
18 was?
19 **A. It was while I was category manager, and we**
20 **stopped it after I left that job.**
21 Q. What about egg products or liquid eggs? Did
22 you ever run promotions on liquid eggs?
23 **A. Yes.**
24 Q. Do you recall ever using liquid eggs as a loss
25 leader?

---

144

1 **A. No, I do not.**
2 Q. Do you recall ever issuing coupons or ads for
3 egg products?
4 **A. Ads. I don't remember coupons for the egg**
5 **substitutes.**
6 Q. What factors does Publix consider when
7 determining whether it should offer a discount or
8 promotional price on eggs?
9 **A. Incremental sales, the -- is one factor. The**
10 **profitability of the item is a factor. The demand is**
11 **a -- is a factor, which would be the, you know, the**
12 **customer demand, the draw it would have for them.**
13 Q. When you issued coupons or had discount on
14 eggs, were they specific to Publix brand eggs, or might
15 they also apply to branded eggs?
16 **A. The branded eggs too, or also.**
17 Q. And you mentioned that you might discuss a
18 promotion or a discount with the egg supplier
19 themselves; correct?
20 **A. That would be correct.**
21 Q. Did the discounts or promotions ever come from
22 the egg producer?
23 **A. On branded eggs, we would get promotions from**
24 **them. On the Publix brand, no.**
25 Q. So for the branded eggs and egg products, let's

---

145

1 say the egg producer called up the buyer and said, "We
2 want to offer a 5 percent discount on our eggs." That
3 would be 5 percent off of the cost that you paid for the
4 eggs; correct?
5 Is that correct?
6 **A. The buyer negotiates with --**
7 Q. A certain discount?
8 **A. -- a certain discount with the supplier.**
9 Q. And if the supplier wanted to do one of these
10 promotions and they offered a short-term limited
11 discount on its egg supplying, would Publix take that
12 discount and pass it on to the consumer as a promotion?
13 **A. Yes.**
14 Q. And would it pass on the entire amount of the
15 discount?
16 **A. We may pass on -- it depends.**
17 Q. What does it depend on?
18 **A. It depends on -- that's a negotiated thing**
19 **between the buyer and the supplier. So the buyer wants**
20 **to get to a certain retail promoted price, and funding**
21 **to get to that level is between them and the supplier,**
22 **so that's why it depends.**
23 Q. So the supplier is seeking to target a specific
24 retail price; is that correct?
25 **A. Generally, yes, they are.**

---

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

38 (Pages 146 to 149)

---

146

1     Q. And he's trying to work with the buyer to reach
2 that price?
3     **A. Yes.**
4     Q. Has Publix ever sold its eggs for a loss?
5     MR. GERMAINE: Objection to form.
6     **A. Yes, I can remember when I was category**
7 **manager, for Easter, we sold eggs at a loss. It was an**
8 **Easter ad. Because the price went up. The cost went**
9 **up, but we already had our ad price set and it was**
10 **beyond our capability changing the ad price, so the eggs**
11 **were sold at a loss. That's the only time I can**
12 **remember we sold eggs at a loss.**
13     Q. Do you recall when that was?
14     **A. A long time ago.**
15     Q. When you were category manager?
16     **A. When I was category manager. In the earlier**
17 **part of my term, because in the end we quit advertising**
18 **eggs at Easter, and that's because the demand was high**
19 **and customers would buy them anyways, so -- plus the**
20 **rising cost was hard to control or predict.**
21     MR. GERMAINE: Can we take a break?
22     MS. ADENDORFF: Yeah. I think we'll need to
23 take a lunch break. I think we'll go long enough
24 today.
25     MR. GERMAINE: Okay. Well, I think we may

---

147

1 have --
2     THE VIDEOGRAPHER: Go off the record?
3     MR. GERMAINE: Yeah.
4     THE VIDEOGRAPHER: We're now off the record.
5 The time is 12:19 p.m.
6     (Recess from 12:19 p.m. until 12:32 p.m.)
7     THE VIDEOGRAPHER: We're now on the record.
8 The time is 12:32 p.m.
9     (Bates Exhibit 12 was marked for
10 identification.)
11     MS. ADENDORFF: I'm sorry, I only have three
12 copies of this exhibit. I don't know if y'all can
13 share it.
14 BY MS. ADENDORFF:
15     Q. You have in front of you what's been marked
16 Exhibit 12. This is highly confidential document
17 PUB_EGGS_012867. And this says that it's an
18 authorization for promotional cartons.
19     Do you recognize this document?
20     **A. I don't recall this document. It's been a long**
21 **time.**
22     Q. And who is Bessie Foster?
23     **A. She was a buyer who worked for me.**
24     Q. Were you familiar with any particular form that
25 Publix used when you were dairy category manager to

---

148

1 authorize promotions on eggs?
2     **A. No.**
3     Q. How would Publix document specific promotions
4 it was going to run on eggs?
5     **A. We had an ad plan.**
6     Q. Any other ways to document if there was going
7 to be a price drop due to a promotion on eggs?
8     **A. A deal sheet.**
9     Q. What's a deal sheet?
10     **A. It is a cost promotion form.**
11     Q. What would --
12     **A. So that would be a form -- to your last**
13 **question, that is a form, but it's -- it is the form**
14 **whereby suppliers give costs to Publix on. So the buyer**
15 **manages that process.**
16     Q. And does this appear to be a deal sheet to you?
17     **A. No.**
18     Q. So you've never seen any form like this?
19     **A. I can't say never, but I can't remember. I**
20 **just don't remember seeing it. Obviously -- and I may**
21 **not have been, because Bessie signed it.**
22     Q. At the time, Bessie Foster did work for you,
23 though?
24     **A. Yes.**
25     Q. And this sheet appears to say that -- let's

---

149

1 flip to the second page, the Eggs Promotion Fact Sheet.
2 It says coupon value is free eggs with purchase of three
3 Grands Biscuits.
4     So does this appear to represent that Publix
5 was going to give away eggs with the purchase of Grands
6 biscuits?
7     MR. GERMAINE: Objection to form.
8     **A. It says free eggs up to a dollar, so if you**
9 **chose an egg item that was over a dollar, it wouldn't be**
10 **free. But, yes, when it's purchased with the three**
11 **biscuits.**
12     Q. And would this be an example of Publix selling
13 eggs below cost?
14     **A. No, it would not.**
15     Q. Why not?
16     **A. Because the supplier that sells the biscuits is**
17 **giving the dollar, giving the cost of the eggs to**
18 **Publix.**
19     Q. So this promotion is an example of a time when
20 a supplier of a different product would affect the price
21 of eggs?
22     **A. Not really. The price of eggs didn't change.**
23     Q. For Publix's receipts, but for its customers,
24 it would; correct?
25     **A. Yes.**

---

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

39 (Pages 150 to 153)

---

150

1   Q.  Okay.
2       (Bates Exhibit 13 was marked for
3   identification.)
4   Q.  You have in front of you Exhibit 13, a highly
5   confidential document Bates stamped PUB_EGGS_012295; is
6   that correct?
7   A.  Yes.
8   Q.  And do you recognize this document?
9   A.  No, I do not.
10  Q.  In the bottom right-hand corner of the
11  document, it says Acosta.  Do you know who Acosta is?
12  A.  It is a brokerage -- food brokerage.
13  Q.  What is a food broker?
14  A.  Third party.  They represent manufacturers to
15  retailers.
16  Q.  So they are a middleman in the buyer/purchasing
17  relationship; is that right?
18  A.  That is correct.
19  Q.  Do any -- does Acosta represent any egg
20  suppliers that you know of?
21  A.  I don't remember.
22  Q.  Looking at the slide, it says:  "Rising prices
23  increased dollar sales without hurting consumption."
24      And then it -- below the Publix logo, it
25  says:  "Fresh eggs are a $134.7 million segment.  Egg

---

151

1   substitutes are an $18.9 million segment.  Despite the
2   significant price increases, fresh egg unit sales have
3   remained stable."
4       Do you recall that the price of eggs increased
5   without hurting Publix's sales of eggs?
6   A.  I do not recall specifically.
7   Q.  Do you recall ever seeing this slide?
8   A.  No.
9   Q.  Would Publix have asked Acosta to put together
10  this slide?
11  A.  I don't know.
12  Q.  Did Publix ever ask Acosta for information
13  about the egg market?
14  A.  I don't recall.
15  Q.  Did Publix ever receive information from Acosta
16  about the egg market?
17  A.  I don't recall.
18  Q.  Did you ever meet with Acosta or any
19  representatives from Acosta?
20  A.  Yes, I have met with Acosta.
21  Q.  And would they give you presentations about the
22  retail grocery business?
23  A.  Yes.
24  Q.  And does this slide appear to be one of those
25  presentations?

---

152

1   A.  It appears to be.
2   Q.  Would you have been in the meeting where these
3   presentations would have been shown?
4       MR. GERMAINE:  Objection to form.
5   A.  Not necessarily, because the buyer is the key
6   contact.  So the buyer has most all the meetings with
7   the suppliers; category manager only in some.
8   Q.  Have you heard of the Food Marketing Institute?
9   A.  Yes.
10  Q.  What is the Food Marketing Institute?
11  A.  It's an organization for the grocery business,
12  for suppliers and retailers.  I don't know what all they
13  do, to be exact.
14  Q.  Do you know if it's a large organization?
15  A.  That would be my perception, that it is a large
16  organization.
17  Q.  Do you know if Publix is a member of FMI?
18  A.  Yes, Publix is a member.
19  Q.  Do you know if any employees from Publix hold
20  positions at FMI?
21  A.  I don't know.
22  Q.  Do you know of any Publix employees that are
23  involved with FMI?
24  A.  I don't know.
25  Q.  How do you know that Publix is a member of FMI?

---

153

1   A.  Because I've been told they were.
2   Q.  By who?
3   A.  My boss.
4   Q.  Do you know if -- do you know who Publix's CEO
5   is?
6   A.  Yes.
7   Q.  Who is it?
8   A.  Ed Crenshaw.
9   Q.  And do you know if he is involved with FMI
10  personally?
11  A.  I don't know.
12  Q.  Do you know why Publix is a member of FMI?
13  A.  Because it supports our industry.
14  Q.  So FMI works for the benefit of the industry?
15  A.  Yes.
16  Q.  Is FMI a source of information for the
17  industry?
18  A.  Yes.
19  Q.  Would you consider information from FMI
20  reliable?
21  A.  Yes.
22  Q.  And why would you consider it reliable?
23  A.  Because it is -- it supports our industry from
24  the supplier and the retailer.  Just kind of a
25  collaboration, is my limited understanding of it,

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                            April 16, 2014

40 (Pages 154 to 157)

---

154

1  between those -- the experts in our industry, so...
2          And because we -- my company, Publix, is a
3  member of it, so that means trust in the -- or
4  reliability with that organization, as my interpretation
5  of it.
6      Q.   We discussed earlier the term animal welfare.
7  Do you recall that?
8      A.   Yes.
9      Q.   And you testified that you understood animal
10 welfare with respect to egg-laying hens could involve
11 cage space; correct?
12     A.   Correct.
13     Q.   And you testified that increasing cage space
14 increases animal welfare of hens, as you understood it?
15     A.   Yes.
16     Q.   Does Publix have established animal welfare
17 guidelines?
18     A.   I don't know.
19     Q.   In your purchasing, have you ever imposed
20 animal welfare requirements on suppliers?
21     A.   What I recall us doing is asking our suppliers
22 to perform best practices in their industry, and for
23 eggs, I think that would include best practices in
24 animal welfare.
25     Q.   And who at Publix decided what best practices

---

155

1  were for each particular product?
2      A.   Each particular type of product defined as
3  what?
4      Q.   Well, animal welfare comes from certain kinds
5  of animals, and typically animal welfare standards
6  relate to each different type of animal and the proper
7  way to farm that animal.  So assuming all of that, who
8  decides best practices in relation to egg-laying hens
9  versus cows versus pork?
10     A.   That would be CQA department.
11     Q.   And do you know if CQA consults with any third
12 parties in developing those standards?
13     A.   I do not know.
14     Q.   Have you ever heard of FMI's animal welfare
15 guidelines?
16     A.   I've heard of it.
17     Q.   What do you know about it?
18     A.   Not much at all.
19     Q.   Do you recall when the guidelines came into
20 existence?
21     A.   No, I don't.  I'm thinking it may be after I
22 moved out of dairy or right at the end.  I don't know.
23     Q.   Did you play -- I think I know the answer to
24 this one, but did you play any part in the development
25 of those guidelines?

---

156

1      A.   No.
2      Q.   Do you know if anyone did at Publix?
3      A.   I do not know.
4          (Bates Exhibit 14 was marked for
5  identification.)
6      Q.   You have in front of you what's been marked
7  Exhibit 14, a highly confidential document Bates stamped
8  PUB_EGGS_020727; correct?
9      A.   Correct.
10     Q.   And at the top, this document says Publix
11 Animal Welfare Statement.  Do you recognize this
12 document?
13     A.   No, I don't.
14     Q.   Does this document refresh your recollection in
15 any way as to whether Publix has an animal welfare
16 policy?
17     A.   Not yet.  Let me read it.
18     Q.   Sure.
19     A.   So what was the question again?
20     Q.   Does this refresh your recollection as to
21 whether Publix has an animal welfare policy?
22     A.   No, it really doesn't, because I really don't
23 remember.
24     Q.   Do you see at the bottom where it says
25 July 2002?

---

157

1      A.   Uh-huh.
2      Q.   Now, looking back at the first paragraph, it
3  says: "We endorse the Animal Welfare Guidelines
4  developed by the Food Marketing Institute (FMI) and the
5  National Council of Chain Restaurants (NCCR), and we've
6  adopted these guidelines as the standard requirement for
7  our suppliers."
8          Correct?
9      A.   Correct.
10     Q.   In July 2002, were you made aware that the
11 FMA -- FMI guidelines were the standard requirement for
12 Publix's suppliers?
13     A.   I just don't remember.
14     Q.   Do you -- you dealt with suppliers of eggs;
15 correct?
16     A.   Yes.
17     Q.   And you had requirements for those suppliers;
18 right?
19     A.   Yes.
20     Q.   Do you know if compliance with the FMI
21 guidelines was one of those requirements?
22     A.   I don't remember.  I would have relied on the
23 CQA person to be a part of that or answer that question.
24     Q.   So any animal welfare requirements that were
25 part of Publix's questionnaires to suppliers or dealings

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                                                April 16, 2014

41 (Pages 158 to 161)

---

158

1  with suppliers would have come from CQA?
2      **A.  Any questions dealing with?**
3      Q.  Animal welfare requirements as they applied --
4      **A.  We had input to the questionnaire, so --**
5      Q.  So animal welfare --
6      **A.  It could have come from us or CQA, but this is**
7  **more in the realm of CQA.  That's why I'm saying this**
8  **is --**
9      Q.  Were you aware that those questionnaires
10  included any questions regarding animal welfare
11  standards?
12      **A.  I don't remember what was on the egg**
13  **questionnaire.**
14      Q.  Do you recall whether any animal welfare
15  requirements were communicated to egg suppliers while
16  you were category manager of dairy?
17      **A.  I just don't remember.**
18      Q.  Do you recall discussing animal welfare with
19  respect to egg-laying hens when you were category
20  manager of dairy?
21      **A.  Yes.  Like I mentioned before, I did remember**
22  **some of those discussions going on.**
23      Q.  And that was with Tampa Farms; is that correct?
24      **A.  Yes.**
25      Q.  Do you recall any discussions outside of your

---

159

1  discussion with Tampa Farms?
2      **A.  I had a discussion with my boss, which was**
3  **Dave Cerra at the time, and I can -- what I remember**
4  **about that is discussions that we -- we felt like FMI**
5  **should be a part of it.  So that's probably going back**
6  **to the beginning.  But, yeah, that's what I remember,**
7  **that we needed help.  We felt like the egg industry in**
8  **that needed direction or help and FMI would be a good**
9  **source for that to happen.**
10      **Outside of that discussion, I don't remember**
11  **what happened, what he did with it.**
12      Q.  Why did you feel FMI would be a good person --
13  good entity to be a part of it?
14      **A.  Because they support our industry.**
15      Q.  Was it in part so they could establish uniform
16  standards that could be applied by the industry?
17      **A.  Yes.**
18      Q.  You testified earlier that increasing animal
19  welfare standards could increase the cost of eggs;
20  right?
21      **A.  Yes.**
22      Q.  Would part of it also be that Publix wanted to
23  make sure that if it was bearing the additional cost of
24  animal welfare eggs that others in the industry were
25  also sharing that cost?

---

160

1      MR. GERMAINE:  Objection to form.
2      **A.  What was the question again?**
3      Q.  Was part of FMI -- Publix's reliance on FMI
4  because Publix was aware that increasing animal welfare
5  standards would increase the cost of eggs and it didn't
6  want to be at a competitive disadvantage with its
7  competitors as it relates to the cost of eggs?
8      MR. GERMAINE:  Objection to form.
9      **A.  We wanted animal welfare because it was -- it's**
10  **all about the quality and manufacturers going by best**
11  **practices.  Okay?  Publix, or category manager, me, I'm**
12  **not the expert in that industry.  I learn that from the**
13  **egg suppliers.  They're the experts in the industry.**
14  **And FMI is a help to that.**
15      Q.  You testified earlier that Publix wanted to
16  remain competitive in its pricing of eggs; correct?
17      **A.  Yes.**
18      Q.  And if it increased its costs by adopting
19  animal welfare standards, that would hurt its
20  competitive position relative to its competitors if
21  those competitors did not adopt animal welfare
22  standards; right?
23      MR. GERMAINE:  Objection to form.
24      MR. RAYLE:  Join.
25      **A.  It could.**

---

161

1      Q.  Did you or anyone in your department monitor
2  what other animal welfare standards your competitors
3  adopted?
4      **A.  Not that I'm aware of.  I don't remember.**
5      Q.  Do you know if Publix did any scientific
6  testing or consulted any experts on its own before
7  adopting the FMI guidelines?
8      MR. GERMAINE:  Objection to form.
9      **A.  I don't know.**
10      Q.  Do you know if the FMI guidelines had
11  provisions in them that applied specifically to
12  egg-laying hens?
13      **A.  I don't know.**
14      **(Bates Exhibit 15 was marked for**
15  **identification.)**
16      Q.  And this is Exhibit 15 Bates stamped FMI-00015.
17  Do you recognize this document?
18      **A.  I do not remember it.**
19      Q.  Do you recognize FMI's logo at the top of the
20  document?
21      **A.  Yes.**
22      Q.  And this says that it's the June 2002 Report
23  FMI-NCCR Animal Welfare Program.  Is this the report
24  that you understood Publix adopted?
25      MR. GERMAINE:  Objection to form.

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                                   April 16, 2014

42 (Pages 162 to 165)

---

162

1   A.   I don't remember Publix adopting it, so
2   obviously I don't remember this form.
3       Q.   Flipping to the second page, do you see where
4   it says "FMI-NCCR Goals" and then the first bullet point
5   is "Consistency across the US retail sector"?
6       A.   I see it.
7       Q.   Did Publix -- as you understood it, did
8   Publix's policy of animal welfare, did it want
9   consistency in animal welfare standards across the US
10  retail sector?
11      MR. GERMAINE:   Objection to form.
12      A.   The same answer applies I just gave you a
13  minute ago.  What our concern was is that our suppliers
14  do the right thing for animals, and best practices in
15  their industry, as it concerns Publix in providing the
16  best products for our customers.
17      Q.   Flipping to the next page, do you see where it
18  says "Laying Hens"?
19      A.   Yes.
20      Q.   In the first sentence under there, it says:
21  "FMI and NCCR recommend to their members the 2002
22  guideline of the United Egg Producers (UEP) for use with
23  their products of eggs and egg products."
24      Do you see that?
25      A.   I see that.

---

163

1       Q.   Does that refresh your recollection of whether
2   the FMI-NCCR Animal Welfare Guidelines contained
3   provisions relating to laying hens?
4       A.   The UEP would be for laying hens, so, yeah.
5       Q.   Are you familiar with United Egg Producers?
6       A.   Yes, I remember that.
7       Q.   What do you understand the United Egg Producers
8   is?
9       A.   What I -- what I remember about that is the egg
10  suppliers formed that association, whatever, to help in
11  forming best practices in animal welfare.  I don't know
12  if that's correct.  That's what I remember the purpose
13  of that was for.
14      Q.   Do you know -- have you ever heard of the
15  United Egg Producers Certified Program?
16      A.   Yes.  I think that's an output of that
17  organization.
18      Q.   And you understand that that relates to animal
19  welfare for egg-laying hens?
20      A.   Yes.
21      Q.   And have you ever heard of UEP's Animal Care
22  Certified Program, or the Animal -- yeah, Animal Care
23  Certified?
24      A.   Yes.
25      Q.   And do you understand that to be the same thing

---

164

1   as the UEP certified program?
2       A.   That's -- I remember they had an animal care
3   certification, because I think we might have even put a
4   seal on our eggs at one time from them.
5       Q.   So you recall that there was a logo associated
6   with that certified program?
7       A.   Yeah, that's what I remember.
8       Q.   And that that logo was on Publix's eggs?
9       A.   I don't know for sure.
10      Q.   But you do recall that you sold some eggs that
11  contained that logo?
12      A.   Yeah.
13      Q.   And the only egg cartons which you participated
14  in designing were the Publix brand eggs; correct?
15      A.   That's correct.
16      Q.   So do you recall if the logo was on Publix
17  brand cartons?
18      A.   I just don't recall.
19      Q.   Let's look back for just one second at 15,
20  Exhibit 15.  Do you see on the first page where it says:
21  "The issues covered in this report are important and
22  complicated.  Some recommendations contained within this
23  report have economic implications."
24      You testified earlier that you understood
25  increasing animal welfare standards could have an

---

165

1   economic impact; correct?
2       A.   Yes.
3       Q.   And that increasing animal welfare standards on
4   eggs could increase the cost of producing eggs?
5       A.   Yes.
6       Q.   Do you know what the United Egg Producers
7   Certified Program entails?
8       A.   I don't remember.
9       Q.   Do you know if it relates to cage space?
10      A.   I don't remember, so...
11      Q.   Do you recall if it relates to backfilling?
12      A.   I don't know what backfilling is.
13      Q.   Do you know what molting is?
14      A.   Yes.
15      Q.   Do you know if the animal welfare guidelines
16  lay out any requirements as to molting?
17      A.   I don't remember.
18      Q.   You testified earlier that you -- you recall
19  that increasing cage space for a bird could
20  increase animal -- its animal welfare; correct?
21      A.   Yeah.
22      Q.   So do you know if the FMI guidelines, animal
23  welfare guidelines, or the UEP certified program that
24  FMI endorsed had anything to do with increasing cage
25  space to increase the welfare of hens?

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                         April 16, 2014

43 (Pages 166 to 169)

---

166

1    MR. GERMAINE: Objection to form.
2    A. I just don't remember that. I don't remember
3 reading those --
4    Q. You do recall that --
5    A. -- guidelines.
6    Q. -- increasing cage space was one of the issues
7 for animal welfare?
8    A. Yes, I do remember.
9    MR. GERMAINE: Object to form.
10    Q. But you don't recall whether the program
11 addressed that issue?
12    A. Correct.
13    Q. And you don't recall if animal welfare
14 standards had any minimum cage space requirements?
15    A. Correct.
16    Q. And this morning we looked at a document where
17 it demonstrated that there was -- over a certain period
18 of years, different cage sizes were mentioned as part of
19 an audit?
20    A. (Indicating.)
21    Q. Right. Do you recall that?
22    A. Yes.
23    Q. And does that refresh your recollection at all
24 that cage spaces increased under the animal welfare
25 program during that time period?

---

167

1    MR. GERMAINE: Objection to form. Asked and
2 answered. Lacks foundation.
3    MR. RAYLE: Join.
4    Q. You can answer.
5    A. I just -- I don't remember that form. It's the
6 first time I remember seeing it was when you gave it to
7 me this morning, so...
8    Q. Do you recall the issue of whether cage spaces
9 increased over the time period that you were category
10 manager for eggs, or dairy?
11    MR. GERMAINE: Objection to form.
12    A. I don't know if it did or not.
13    Q. Do you recall cage spaces being discussed
14 during that time period?
15    A. Yes.
16    Q. And what do you recall?
17    A. That it was discussed under the -- under animal
18 welfare.
19    Q. And you understood that animal welfare related
20 to increasing cage spaces; right?
21    MR. GERMAINE: Objection. Asked and answered
22 three times.
23    Q. But you don't recall whether the animal welfare
24 standards related to cage space?
25    MR. GERMAINE: Objection. Asked and answered.

---

168

1    A. Correct.
2    (Bates Exhibit 16 was marked for
3 identification.)
4    Q. You have in front of you Exhibit 16, a highly
5 confidential document Bates stamped PUB_EGGS_011761.
6    If you could turn to the second page of that
7 document. I'll give you just a second to review it.
8    Do you recognize this document?
9    A. I do not remember it.
10    Q. Do you see at the bottom that your -- your name
11 and phone extension is listed under "Questions"?
12    A. That is my name.
13    Q. Is that your phone extension?
14    A. Yes.
15    Q. And do you see at the top that it's to all
16 Publix egg producers/suppliers from David Cerra,
17 business development director?
18    A. Yes.
19    Q. And you testified David Cerra was your boss;
20 correct?
21    A. Yes.
22    Q. And the date on this is July 2002?
23    A. Yes.
24    Q. And the subject "FMI-NCCR Animal Welfare
25 Guidelines"?

---

169

1    A. Yes.
2    Q. Do you recall in or around July 2002 sending a
3 memo or David -- Dave Cerra sending a memo to all Publix
4 egg producers and suppliers?
5    A. I just don't remember it.
6    Q. Do you have any reason to doubt that that is a
7 true memo from Publix's files?
8    MR. GERMAINE: Objection to form.
9    Q. Do you have any reason to doubt the accuracy of
10 this document?
11    MR. GERMAINE: Objection to form.
12    A. I can doubt anything. I can doubt my birthday
13 if I -- if I don't remember it. I just don't think
14 that's --
15    Q. Do you have any reason to doubt it?
16    MR. GERMAINE: Objection to form.
17    A. All I can say is I just don't remember it.
18 That's -- that's fair.
19    Q. And Dave Cerra would have discussed this with
20 you before he sent a memo to egg suppliers; correct?
21    A. I would have seen the document if he sent
22 something to suppliers with my name on it.
23    Q. And you see at the end of the first paragraph
24 it says: "Publix has adopted the FMI-NCCR Animal
25 Welfare Guidelines as the standard requirement for all

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                                    April 16, 2014

44 (Pages 170 to 173)

---

**170**

1   vendors to follow in dealing with animal welfare."
2      Correct?
3   **A. Yes.**
4     Q. Does that refresh your recollection at all of
5   whether Publix adopted the animal welfare guidelines as
6   a standard requirement for its suppliers?
7   **A. Publix wanted suppliers, requested suppliers,**
8   **to follow the guidelines.**
9     Q. And if Publix made a request of its suppliers,
10   it was because it wanted them to comply with its
11   standards; correct?
12   **A. Yes. It's a request.**
13     Q. And this memo asks in the next paragraph that
14   Publix's egg suppliers send Publix a letter whether or
15   not they're going to agree to follow those guidelines;
16   correct?
17   **A. Yes.**
18     Q. And do you know if any egg suppliers, in fact,
19   did so?
20   **A. I don't remember.**
21     Q. And do you recall any animal-- strike that.
22     Do you recall any egg suppliers contacting you
23   in response to requirements regarding animal welfare?
24   **A. I don't remember.**
25     Q. Do you remember any conversations with your

---

**171**

1   buyer about whether any egg suppliers contacted Publix
2   related to animal welfare?
3   **A. No.**
4     Q. Looking at the first page of the document, you
5   see that this is a letter from Tampa Farm Services, Mike
6   Bynum -- and you testified earlier that you know Mike
7   Bynum; correct --
8   **A. Yes.**
9     Q. -- to David Cerra, your boss; right?
10   **A. Yes.**
11     Q. And this letter says: "Dear Dave: In response
12   to your letter of July 11 concerning animal welfare,
13   please be advised that Tampa Farm Services, Inc. is
14   committed to producing eggs for Publix in accordance
15   with the recently published FMI-NCCR Animal Welfare
16   Guidelines."
17     Does this reflect to you that Tampa Farms
18   communicated to Publix that it was willing to follow
19   those guidelines?
20   **A. That's what he says.**
21     Q. And do you recall whether Tampa Farm Services,
22   in fact, followed the guidelines?
23   **A. That -- I seem to remember, yes, they did.**
24     Q. And until Cal-Maine purchased Tampa Farm
25   Services, it remained a supplier to Publix; correct?

---

**172**

1   **A. I'm sorry?**
2     Q. Until Cal-Maine purchased Tampa Farm Service,
3   it remained a supplier to Publix; correct?
4   **A. Yes.**
5     Q. Do you know who at Publix would have directed
6   Dave Cerra to write that letter?
7     MR. GERMAINE: Objection to form.
8   **A. Dave could have written it all by himself, so**
9   **the answer is no, I don't know.**
10     Q. You testified just a moment ago that you
11   remembered that Tampa Farms was following FMI's animal
12   welfare guidelines. Why -- how do you recall that?
13   **A. They were the ones we had conversations with**
14   **about the -- the standards, is my perception. That was**
15   **the UEP. And maybe I'm confused about the UEP and FMI.**
16   **I thought they were kind of the same.**
17     Q. We saw on the FMI document that FMI endorsed
18   the UEP certified program; correct?
19   **A. (Nodding head.)**
20     Q. So when we're talking about the requirements
21   there, we're talking about the UEP requirements; right?
22     MR. GERMAINE: Objection.
23   **A. Yes.**
24     Q. And when you visited Tampa Farms, did you
25   discuss the UEP certified program?

---

**173**

1   **A. I don't remember what we discussed.**
2     Q. Did you ever receive any presentations from
3   your egg buyers about the certified program?
4   **A. I don't remember.**
5     Q. Looking back at this Exhibit 11, can you look
6   at Question 27 on the third page. And, once again, this
7   is the Publix Super Markets Qualifying Questionnaire for
8   Publix Brand Eggs; right?
9   **A. Right.**
10     Q. And do you see Question 27 is: "Are your
11   plants in compliance with the FMI-NCCR Animal Welfare
12   Guidelines"?
13   **A. I see it.**
14     Q. Do you recall that being a question in the
15   questionnaire?
16   **A. I don't recall.**
17     Q. And do you see Cal-Maine's answer there is
18   "Yes"?
19   **A. I do.**
20     Q. Do you recall whether Cal-Maine followed the
21   UEP certified program?
22   **A. I don't recall.**
23     (Bates Exhibit 17 was marked for
24   identification.)
25     Q. This is Exhibit 12, a highly confidential

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                    April 16, 2014

45 (Pages 174 to 177)

174

1    document Bates stamped PUB_EGGS_007151.
2        MR. RAYLE:  Exhibit what?
3        MR. GERMAINE:  I think it's 17.
4        MS. ADENDORFF:  Seventeen.  Did I -- I'm sorry.
5    I was looking at 11 here.
6    BY MS. ADENDORFF:
7        Q.  Seventeen.  Seventeen; correct?
8        A.  Seventeen.
9        Q.  And do you recognize this document?
10       A.  No, I don't.
11       Q.  Are you familiar with Publix's product
12   specifications for its eggs?
13       A.  I don't -- I don't remember.  It's been a long
14   time ago.
15       Q.  Do you know if Publix drafts product
16   specifications for its eggs?
17       A.  That's really a question for CQA.  They're in
18   charge of the specifications, so who drafted it
19   specifically would be a question for them.
20       Q.  CQA -- in your -- to your knowledge, CQA drafts
21   the product specifications?
22       A.  To my knowledge, yes, they --
23       Q.  And are these kind of product specifications
24   relevant when you're choosing your suppliers for eggs?
25       A.  Yes.

175

1        Q.  And would you have seen such specifications
2    during that process?
3        A.  Yes.
4        Q.  Do you have any reason to doubt that this is
5    Publix's product specification for jumbo eggs in 2004?
6    It says effective 12/2004.
7        A.  No.
8        Q.  Okay.  Can you read the last sentence under
9    "Product description".
10       A.  "Product shall be in accordance with the
11   industry's animal welfare guidelines and carton shall
12   bear the "Animal Care Certified" logo."
13       Q.  And if you'd like to, you can flip through this
14   document and you'll see that it contains Publix --
15   Publix product specifications for several different
16   sizes of eggs -- there's jumbo eggs, jumbo brown, extra
17   large, et cetera -- and that at the end at the product
18   specification is that same sentence, "Product shall be
19   in accordance."  Do you see that?
20       A.  I see it.
21       Q.  And does that refresh your recollection at all
22   as to whether the Publix brand eggs bore the Animal Care
23   Certified logo or the UEP Certified logo?
24       A.  That kind of confirms what I said earlier
25   that -- about the logo, so...

176

1        Q.  And if the -- if the cartons bore that logo, it
2    would be because they complied with that program;
3    correct?
4        A.  Correct.
5        Q.  Do you know if any egg supplier to Publix has
6    ever been unable to provide certified eggs?
7        A.  I don't recall.
8        Q.  If that did occur, would Publix have chosen a
9    different supplier?
10       A.  I don't know.
11       Q.  If a supplier is unable to meet any of these
12   specifications in the product specification that the CQA
13   writes and drafts, does Publix continue to use that
14   supplier?
15       MR. GERMAINE:  Objection to form.
16       A.  Depends.
17       Q.  It depends on what?
18       A.  If a supplier can't meet specification, there's
19   got to be a reason for it, and then it becomes -- you
20   have to investigate and why and wherefores, but CQA
21   would be involved in it, so...
22       Q.  But as a policy, Publix expects its suppliers
23   to meet its requirements; correct?
24       MR. GERMAINE:  Objection to form.
25       A.  Publix expects a supplier to meet the

177

1    specification.
2        Q.  And we just --
3        A.  The specification is written by CQA.
4        Q.  Right.  And we just saw that animal welfare was
5    part of that specification; correct?
6        A.  Uh-huh, but it could change.
7        Q.  Do you know if Publix ever solicited bids from
8    non-UEP certified egg suppliers?
9        A.  I don't remember.
10       Q.  At the present time, does Publix continue to
11   require its egg suppliers to meet the UEP guidelines?
12       MR. GERMAINE:  Objection to form.
13       A.  I don't know.
14       Q.  You're business development director in charge
15   of eggs; correct?
16       A.  I am.
17       Q.  And we saw that Dave Cerra, business
18   director -- business development director in 2002, wrote
19   a memo related to animal welfare of eggs; right?
20       A.  That's right.
21       Q.  And so animal welfare of eggs is part of your
22   current job; correct?
23       A.  It is.
24       Q.  And are you testifying you don't know whether
25   Publix still has the same requirements?

HIGHLY CONFIDENTIAL

Bates, Gregory                                              April 16, 2014

46 (Pages 178 to 181)

---

178

1    A.  I'm new in the role.  Just started in January.
2  We haven't had any discussions on eggs and their
3  specifications or the requirements of what they are
4  currently.
5    Q.  Do you know -- do you know that Publix has
6  dropped its requirement that egg suppliers be UEP
7  certified?
8    A.  I do not know.
9    Q.  Do you know if the UEP Certified logo is still
10  on Publix brand eggs?  Cartons.
11    A.  I don't know.
12    Q.  Did buyers -- while you were category manager
13  of eggs, did egg -- egg suppliers ever approach you or
14  your buyer to inform you that it was raising -- they
15  were raising their prices because of animal welfare?
16    A.  I don't remember if they did or not.
17        (Bates Exhibit 18 was marked for
18    identification.)
19    Q.  This is Exhibit 18, a highly confidential
20  document, PUB_EGGS_011782.  And this appears to be a
21  letter from Tampa Farm Service, and at the end you can
22  see Mike Bynum's name, who you said you know, to Dave
23  Cerra, your boss; correct?
24    A.  Correct.
25    Q.  In May 2002.  Have you ever seen this letter

---

179

1  before?
2    A.  I do not remember seeing this letter.
3    Q.  And we just saw that Dave Cerra sent a -- sent
4  a letter to egg suppliers in July 2002 communicating
5  Publix's position on the animal welfare guidelines, so
6  this would be before that other letter; correct?
7    A.  Correct.
8    Q.  And Tampa Farm Service was a Publix supplier at
9  the time; right?
10    A.  Yes.
11    Q.  Okay.  It begins:  "Following up on our meeting
12  this past Monday, I wanted to update you on the animal
13  welfare issue as it relates to egg producers."
14        Were you aware at the time that Dave Cerra was
15  receiving updates on animal welfare from Tampa Farm
16  Service?
17    A.  I don't remember.
18    Q.  Would Dave Cerra have discussed this with you
19  at the time?
20    A.  Probably.
21    Q.  But you have no recollection of that
22  conversation?
23    A.  I just don't remember the -- I told you earlier
24  I remembered conversations about animal welfare, but to
25  this letter specifically, no, I have -- I don't

---

180

1  remember.
2    Q.  Turning to the second page of this letter, you
3  see the section marked "Estimated Cost of Animal Welfare
4  Enhancements"?
5        Yes?
6    A.  Second page?
7    Q.  Yes, "Estimated Cost of Animal Welfare
8  Enhancements."
9    A.  Okay.
10    Q.  And if you look at the -- well, if you can just
11  read those two paragraphs there underneath that.
12    A.  Okay.
13    Q.  And you see here that Mike Bynum is telling
14  Dave Cerra that increasing cage space as a result of the
15  UEP Animal Welfare Guidelines is going to decrease egg
16  production capacity; correct?  That's what this says?
17    A.  Uh-huh.
18    Q.  And that that will increase the cost of
19  production by 8 cents to 18 cents per dozen?
20    A.  Yes, I see that.
21    Q.  Do you recall discussing that with Dave Cerra
22  in 2002?
23    A.  I don't recall.
24    Q.  But you were aware that the animal welfare
25  guidelines would increase the cost of eggs?

---

181

1        MR. GERMAINE:  Objection to the form.  Asked
2  and answered.
3    A.  Yes.
4    Q.  So even before Publix made the decision to
5  communicate to its suppliers that it was requiring
6  compliance with the UEP Animal Welfare Guidelines, it
7  was aware that those guidelines could increase costs;
8  correct?
9        MR. GERMAINE:  Objection to form.  Misstates
10  prior testimony.
11    Q.  You can answer.
12    A.  Yes.
13    Q.  Can you look at the next page.  In the second
14  full paragraph, it says:  "If, however, only 50% of a
15  producer's customer base specifies enhanced animal
16  welfare eggs, then the producer would incur all of the
17  costs for certifying this company as welfare compliant."
18        Then it says, in parentheses:  "There are no
19  provisions for partial compliance.  A producer must be
20  100% enhanced welfare compliant on all hens under his
21  control directly or through affiliates or choose not to
22  participate in the program at all)."
23        Were you aware that the UEP certified program
24  required producers to be 100 percent compliant with the
25  program?

---

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

47 (Pages 182 to 185)

---

182

1    MR. GERMAINE:  Objection to form.
2    **A.  I don't recall that.**
3    Q.  Do you ever -- did you ever discuss how many
4    hens under a particular producer's control were meeting
5    the guidelines?
6    **A.  No.**
7    Q.  Anything of that nature?
8    **A.  I don't remember anything like that.**
9    Q.  Do you see at the bottom, the bold text on this
10   page, it says:  "Based on 50,000,000 dozen sold per year
11   in the Lakeland and Miami divisions of Publix, this
12   would imply an added cost for eggs in the range of
13   $4,000,000 to $9,000,000 per year."
14       When you testified that you knew animal welfare
15   could increase the cost of eggs, were you aware of that
16   magnitude of an increase?
17   **A.  No.**
18   Q.  And do you recall discussing the magnitude of
19   that -- of the cost -- any cost increase with Dave Cerra
20   around this time?
21   **A.  No.**
22   Q.  Did any egg producer, to your knowledge, ever
23   impose a surcharge on its eggs for animal welfare?
24   **A.  I don't remember.**
25   Q.  Do you recall if there was any addition to the

---

183

1    formula for Publix brand eggs to cover animal welfare
2    costs?
3    **A.  I do not remember that.**
4        **(Bates Exhibit 19 was marked for**
5    **identification.)**
6    Q.  This is Exhibit 19, a highly confidential
7    document Bates stamped PUB_EGGS_012413.
8        And Bessie Foster was the buyer that worked for
9    you; correct?
10   **A.  Correct.**
11   Q.  You see at the top of this document it says:
12   "Meeting with Bessie Foster, Items for Discussion."
13   Correct?
14   **A.  Correct.**
15   Q.  In January 2003?
16   **A.  Yes.**
17   Q.  And do you know if this agenda would have
18   related to a meeting you would have had with Bessie
19   Foster?
20   **A.  I've never seen this before.**
21   Q.  So Item No. 3 on this agenda is "Update on
22   Animal Welfare program, Certified Animal Care logo, and
23   discussion on animal welfare surcharge."
24       And then next to it, in handwriting, someone
25   has written "2¢ a dozen."

---

184

1        Does this refresh your recollection of whether
2    this was ever a 2-cent surcharge on eggs for animal
3    welfare purposes?
4        MR. GERMAINE:  Objection to form.
5    **A.  No, I don't, and I don't remember any**
6    **specifics.**
7    Q.  At the time, would Bessie Foster have told you
8    if there was a surcharge?
9    **A.  She may have; she may not have.  I don't**
10   **remember.**
11   Q.  Would she normally report changes in pricing to
12   you?  Pricing formulas.
13   **A.  A pricing formula, she should have, but I don't**
14   **remember if she did or not.**
15       **(Bates Exhibit 20 was marked for**
16   **identification.)**
17   Q.  This is Exhibit 20, highly confidential
18   document PUB_EGGS_012953.
19       Do you recognize this document?
20   **A.  No.**
21   Q.  Do you know what this document might refer to
22   or contain or why it might have been written?
23       MR. GERMAINE:  Objection to form.
24   **A.  It appears to be the formula pricing for eggs.**
25   Q.  It says at the top:  "All prices are based on

---

185

1    UB Large Southeast market except Medium."
2        Does that refresh your recollection at all as
3    whether Urner Barry has a price, region-specific price,
4    for eggs?
5    **A.  Still, no, I do not remember anything about**
6    **that.**
7    Q.  So then it goes on to list different sizes of
8    eggs that you could purchase; jumbo, extra large, large,
9    et cetera.  And then under the price column in this
10   chart, it says -5, -7, -9.  Do you know what that might
11   refer to?
12   **A.  The differential off the Urner Barry market.**
13   Q.  And would that be in percents that you would do
14   differential, or cents?
15   **A.  I don't remember.**
16   Q.  And all of these are negative; correct?
17   **A.  Yes.**
18   Q.  So all these represent a discount off of the
19   Urner Barry price?
20   **A.  Yes.**
21   Q.  And at the bottom, underneath the chart, it
22   says:  "Prices increased 2 cents per dozen 2/24/03 for
23   animal welfare issues."
24       Does that refresh your recollection at all as
25   to whether there was ever a price increase for animal

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                    April 16, 2014

48 (Pages 186 to 189)

---

186

1 welfare?
2     A. No. I've never seen this document before, so I
3 honestly don't remember.
4     (Bates Exhibit 21 was marked for
5 identification.)
6     Q. This is Exhibit 21, a highly confidential
7 document marked PUB_EGGS_019635.
8     It says at the bottom -- it appears to be a
9 printout from a Web site. It says
10 https://viewstar.publix.com. Have you ever heard of
11 Viewstar?
12     A. Never heard of it.
13     Q. Do you have any idea where this printout would
14 have come from?
15     A. I've not seen it before, so --
16     Q. And does this appear to be a price from
17 Cal-Maine for different sized eggs in -- for one week in
18 July 2005?
19     MR. GERMAINE: Objection to form.
20     A. It appears to be, yes.
21     Q. And can you explain to me -- this document
22 mentions unit cost and case cost. Can you explain to me
23 at Publix what the difference between those two were?
24     MR. GERMAINE: Objection to form.
25     A. Case cost is just the addition -- it's -- it's

---

187

1 the total price of the case. Unit would be just the
2 division of whatever the pack is, so...
3     Q. So like a carton of eggs?
4     A. Yeah. Publix large eggs at a pack of six --
5 no, the size of six, pack of 30, so...
6     Q. So 30 cartons at 29 cents a carton would be
7 that case cost --
8     A. Right.
9     Q. -- is what this means? Okay.
10     A. That's what it means.
11     Q. And do you see at the bottom, it says: "These
12 prices reflects a 2 cent per dozen increase to offset
13 costs associated with animal care certification."
14     A. I see it.
15     Q. And this is in 2005.
16     A. I see it.
17     Q. Do you recall whether in 2005 there was a
18 surcharge related to animal care certification?
19     A. I don't remember.
20     Q. Do you know who Joel Bryant is?
21     A. He's a Publix associate. He worked for MSP at
22 one time.
23     (Bates Exhibit 22 was marked for
24 identification.)
25     Q. Exhibit 22, highly confidential document Bates

---

188

1 stamped PUB_EGGS_015466.
2     This appears to be an e-mail from Mike Lindsey
3 at Tampa Farms to Joel Bryant, and the subject line is
4 "Egg Prices".
5     And Mike Lindsey, you testified, you know from
6 Tampa Farms; correct?
7     A. Correct.
8     Q. In this e-mail -- I'll give you a second to
9 look it over. Go ahead.
10     A. Okay.
11     Okay.
12     Q. Do you know why Joel Bryant would have been
13 communicating with Mike Lindsey of Tampa Farms about egg
14 prices?
15     A. MSP department sources eggs for the plants, as
16 we discussed earlier. That is the only reason that it
17 would be applicable that I'm aware of, if that was his
18 position.
19     Q. Does MSP also have involvement in your category
20 reviews where you select suppliers?
21     A. Yes.
22     Q. Could he have been communicating with Mike
23 Lindsey in regard to the retail category review?
24     A. I do not know.
25     Q. And here Mike Lindsey's communicating to Joel

---

189

1 Bryant several reasons that he believes egg prices have
2 increased; right?
3     A. Right.
4     Q. Did you have any discussion with Joel Bryant
5 about these conversations that he was having with Mike
6 Lindsey?
7     A. Not that I recall.
8     Q. Were you -- on the -- sorry. Bullet B here in
9 the e-mail, it says: "Industry standards for hen space
10 allocation under the UEP Humane Practices Certification
11 program have increased incrementally over the past five
12 years. This has resulted in a reduction of the number
13 of birds in facilities for the fourth time since 2002.
14 Fewer hens lead to fewer eggs and put downward pressure
15 on supply."
16     Does that statement reflect your understanding
17 of the impact of the UEP certified program on hen
18 supply?
19     MR. GERMAINE: Objection to form.
20     A. Not really, no.
21     Q. And, under D, you'll see that Mike Lindsey
22 lists increased demand for exports as a factor in
23 affecting egg prices. Do you -- did you ever -- did
24 Mike Lindsey ever communicate to you that increased
25 demand for exports could affect egg prices?

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                                April 16, 2014

49 (Pages 190 to 193)

---

190

1    A. I don't remember.
2    Q. Did you ever discuss with Mike Lindsey various
3  factors that could affect egg prices?
4    A. I don't remember.
5    Q. Would your buyer have discussed with Mike
6  Lindsey factors affecting egg prices?
7    A. Yes.
8    Q. Is it likely that he would have communicated
9  these same reasons to your buyer as to why egg prices
10 were changing?
11      MR. GERMAINE:  Objection to form.
12      MR. RAYLE:  Join.
13   A. I can't speak for -- for him.
14      THE VIDEOGRAPHER:  We are now off the record.
15 The time is 1:32 p.m.
16      (Recess until 1:36 p.m.)
17      THE VIDEOGRAPHER:  We are now on the record.
18 The time is 1:36 p.m.
19      (Bates Exhibit 23 was marked for
20 identification.)
21 BY MS. ADENDORFF:
22   Q. This is marked as Exhibit 23.  It's a highly
23 confidential document Bates stamped PUB_EGGS_015153.
24      And it appears to be a Publix internal memo
25 from James Lucas, category manager dairy, in

---

191

1  October 2007 to all store and grocery managers; is that
2  right?
3    A. Right.
4    Q. And the subject line is "Rising Egg Prices"?
5    A. Right.
6    Q. Does this indicate that you were no longer
7  category manager of dairy in October of 2007?
8    A. Yes, it does.
9    Q. And was James Lucas your successor?
10   A. Yes, he was.
11   Q. And was it typical or normal practice for a
12 category manager to send a memo to all store and grocery
13 managers?
14   A. Yes.
15   Q. How often did you do that?
16   A. Not often.
17   Q. And why would you have sent such a memo?
18   A. If we were getting questions or -- to give an
19 example, like the rising cost of milk.  It's in the
20 news, customers are aware of it, and so they have
21 questions when they come in the store.  So that would be
22 a situation where we would provide some explanation to
23 the stores so they can answer customers' questions.
24   Q. And would the rising price have to be pretty
25 noticeable to send out a memo about it?

---

192

1    A. Yes.
2    Q. So this memo, the subject line is "Rising Egg
3  Prices," so from that, from your experience, you would
4  assume that this memo would only be sent if rising egg
5  prices was something that was actually causing customer
6  concern or questions; right?
7      MR. GERMAINE:  Objection to form.
8    A. That's my perception.
9    Q. And in this memo, you can give it a look-over
10 if you want, James Lucas is describing some factors that
11 might be causing the cost of eggs to go up.
12   A. Okay.
13   Q. And in this memo, what are the reasons that he
14 lists that egg prices are going up?
15   A. Holiday demand, less laying hens, cost of corn
16 and the feed, and breaker market.
17   Q. And fuel and energy costs; right.
18   A. Fuel and energy at the bottom, yes.
19   Q. So the second bullet is change in flock size.
20 Do you remember ever being notified from your egg
21 suppliers about changes in flock size?
22   A. I don't remember.
23   Q. Is that something that your department would
24 have monitored to foresee any impact on the price of
25 eggs?

---

193

1      MR. GERMAINE:  Objection to form.
2    A. I don't remember.
3    Q. Do you remember if during the time that you
4  were category manager changes in flock size affected the
5  prize of eggs, to your knowledge?
6    A. No, I do not remember.
7    Q. Have you ever heard of PETA?
8    A. I have.
9    Q. What do you understand PETA to be?
10   A. Organization for animal rights.
11   Q. Have you ever heard of Humane Society or HSUS?
12   A. Yes.
13   Q. And what do you understand those -- that
14 organization to be?
15   A. Same type of thing.  For animal rights, animal
16 welfare.  Maybe that's not the right term, but the
17 treatment of animals.
18   Q. Do you recall in the early 2000s being aware
19 that PETA was putting pressure on fast food restaurants
20 or grocery stores related to animal welfare?
21   A. I remember PETA.  I don't remember what -- what
22 it was that happened with them.
23   Q. Do you remember PETA in connection to Publix?
24   A. In connection with some complaint.  That's
25 really all I remember, and I don't remember the

---

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

50 (Pages 194 to 197)

---

194

1  complaint, what it was.
2      Q.  Would that time frame be the early 2000s?
3      A.  Yes.
4      Q.  So you have some recollection that PETA or
5  someone associated with PETA was making a complaint in
6  the early 2000s to Publix?
7      A.  To be clear, sometime during my time as
8  category manager.  I don't remember when, whether it was
9  early or late 2000s, so...
10     Q.  And you testified earlier that FMI adopted
11  animal welfare guidelines, and you testified that animal
12  welfare guidelines were needed because of pressure from
13  activists; is that right?
14     A.  Yes.
15     Q.  And PETA is one such animal welfare activist;
16  correct?
17     A.  Yes.
18         (Bates Exhibit 24 was marked for
19  identification.)
20     Q.  Have you ever heard of Progressive Grocer
21  Magazine?
22     A.  I have.
23     Q.  What do you understand Progressive Grocer to
24  be?
25     A.  Just an industry magazine.

---

195

1      Q.  Did you subscribe to Progressive Grocer?
2      A.  Yes, I receive it.
3      Q.  Do you recognize this document?
4      A.  No.
5      Q.  At the top, it says Progressive Grocer, and it
6  appears to be the issue from January 1st, 2002.  And
7  then if you open to the next page, there's an article
8  saying: "Animal rights - and wrongs.  A PETA onslaught
9  humbled the likes of Burger King and McDonald's.  Now on
10  the activists' hit list:  Kroger, Safeway, Walmart, and
11  more."
12         Do you recall PETA attacking Burger King or
13  McDonald's around 2001/2002?
14     A.  I don't remember it.  This is obviously a
15  magazine article about what they were doing.
16     Q.  In looking at the bottom of the first column
17  there, it says -- there's a quote from someone named
18  Bruce Friedrich, vegan campaign coordinator for PETA,
19  and it says: "With the exception of Whole Foods,
20  none" -- he's talking about supermarkets.  Sorry.  To
21  back up a second, he's referring to supermarkets.
22         "With the exception of Whole Foods, none have
23  any kind of animal welfare standards in place at all, so
24  the most gratuitous of the animal abuses are routine
25  with grocery chains, and it needs to stop.  Our hope and

---

196

1  expectation is that with the FMI and NCCR standards, we
2  are going to see the most egregious of these ended."
3         Do you recall whether PETA was pushing retail
4  grocers to adopt the FMI and NCCR standards?
5      A.  I don't recall.
6      Q.  Looking at the next paragraph in the second
7  column -- sorry.  It's the one after that, starting with
8  "After declaring victory."
9         It says:  "After declaring victory over
10  McDonald's, Burger King, and Wendy's, PETA turned its
11  attention to the records of other companies, including
12  10 of the nation's largest grocery retailers.  On its
13  vegetarian campaign Web site GoVeg.com, PETA urges
14  consumers not to shop at Albertson's, Costco, Kroger,
15  Meijer, Publix, Safeway, Supervalu, Wal-Mart, Sam's
16  Club, and Winn Dixie until they agree to meet or exceed
17  the standards in the group settlement with McDonald's."
18         Does that refresh your recollection of whether
19  PETA was urging Publix to adopt animal welfare
20  guidelines?
21     A.  I do not remember if PETA was asking for that
22  specific animal welfare guideline.  I just remember the
23  complaints came from PETA about animal treatment.
24     Q.  And did you know at the time that PETA was
25  putting pressure on other retail grocery chains?

---

197

1      A.  Yeah.  Yes.
2      Q.  What do you recall about that?
3      A.  Because just from the fact that there's an
4  organization, they were kind of -- would include -- it
5  wasn't targeted specifically to Publix.
6      Q.  That there were several other stores?
7      A.  Yeah, that was my recollection.
8      Q.  And this list of grocery stores here, are
9  Publix competitors; right, for the ones that operate in
10  this region?  Major retail grocers?
11         MR. GERMAINE:  Objection to form.
12     A.  Meijer is not, no.  The answer to the question,
13  no.
14     Q.  Are any of -- do any of these operate in the
15  same regions as Publix?
16     A.  Yes.
17     Q.  Which ones?
18     A.  Albertson's, Costco, Kroger, Wal-Mart, Sam's
19  Club, Winn Dixie.
20     Q.  And are those competitors of Publix?
21     A.  Yes.
22     Q.  Do you know if any of those organizations are
23  members of FMI?
24     A.  I do not know.
25         (Bates Exhibit 25 was marked for

---

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

51 (Pages 198 to 201)

### 198

1 identification.)

2 Q. In front of you is Exhibit 25, and it's a

3 highly confidential document Bates stamped

4 PUB_EGGS_011763.

5 If you look at the top, it actually says "Greg

6 Bates".

7 A. It does.

8 Q. Which implies that it was actually printed from

9 your file; right?

10 A. Right.

11 Q. And it says: "From: Mike Bynum."

12 And, again, that's Mike Bynum of Tampa Farms;

13 right?

14 A. Right.

15 Q. It's to you, Dave Cerra, and Bessie Foster.

16 And that would be your boss and the buyer beneath you;

17 correct?

18 A. Correct.

19 Q. This is June 2002. The subject is "Animal

20 Welfare: Update." He says: Hi. Following up on the

21 animal welfare issue, I've advised that Kroger's CEO

22 received a letter like the one received by Charlie

23 Jenkins Jr., as well as A & P. Safeway received their

24 letter earlier. Kroger has indicated it will follow

25 FMI's guidelines on humane treatment (when they are

### 199

1 released). I'll update you if I hear anything further."

2 So in this letter Mike was updating you about

3 the animal welfare policies of other competitors;

4 correct?

5 MR. GERMAINE: Objection to form.

6 MR. RAYLE: Join.

7 A. He spoke about Kroger.

8 Q. Kroger specifically; right?

9 A. Right.

10 Q. And you just testified that Kroger is a

11 competitor of Publix; right?

12 A. Yes.

13 Q. And he's referring to a letter that Charlie

14 Jenkins Jr. received. Who is Charlie Jenkins Jr.?

15 A. At the time, he was CEO of Publix.

16 Q. And he's talking about a certain letter that

17 the CEO received. Do you know what letter that would

18 be?

19 A. I don't remember.

20 Q. Do you recall any discussions about a letter

21 regarding animal welfare that Charlie Jenkins Jr.

22 received?

23 A. I don't remember.

24 Q. And do you see he says that the Kroger CEO

25 received a similar letter?

### 200

1 A. I see that.

2 Q. Do you recall any discussions around this

3 e-mail?

4 A. No, I don't. I just don't remember.

5 Q. Did you ever ask Tampa Farms to update you on

6 animal welfare issues?

7 A. I do not remember.

8 Q. Why was Mike Bynum providing you this e-mail --

9 sending you this e-mail?

10 MR. GERMAINE: Objection to form.

11 A. I don't remember.

12 Q. It says "update". Did you ever request any

13 updates from him?

14 A. Don't remember.

15 Q. Do you know whether the letter he's referring

16 to could have been a letter from an animal activist

17 organization?

18 A. I just don't remember. You can make that

19 assumption, but I can only answer by what I know, so

20 I don't -- I don't remember.

21 Q. Do you recall any letter that Publix received

22 from an animal activist organization?

23 A. I just don't remember.

24 Q. But it appears that you would have known about

25 that at the time; correct?

### 201

1 MR. GERMAINE: Objection to form.

2 A. If the letter was directed to me, I would have

3 known about it.

4 Q. Does it appear that your group was concerned

5 with whatever this letter was?

6 MR. GERMAINE: Objection.

7 A. Yeah, it appears that way.

8 Q. Do you know of any stockholder proposal that

9 Publix faced from someone associated with PETA?

10 A. Stockholder proposal? I don't remember.

11 (Bates Exhibit 26 was marked for

12 identification.)

13 Q. This is Exhibit 26, highly confidential

14 document PUB_EGGS_021031.

15 This appears to be a draft revision of Publix's

16 animal welfare statement July 18th, 2008. Are you aware

17 that in and around July 2008, Publix revised its animal

18 welfare statement?

19 A. I don't remember.

20 Q. Do you recall receiving any update on any

21 change to Publix's animal welfare policy around 2008?

22 A. I don't recall.

23 Q. Do you know who at Publix would have been in

24 charge of making any revision to its animal welfare

25 policy?

## HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

52 (Pages 202 to 205)

---

### 202

1    A.  Should have been the CQA department, would be
2    my recollection.
3        Q.  And on the bottom of this page, it says:  "The
4    following is what currently exists on the Publix.com
5    website", right under the word "Reference".
6            Were you aware that the Publix -- Publix has a
7    public Web site?
8        A.  Yes.
9        Q.  And do you know if that Web site refers to --
10   refers or discusses in any way animal welfare?
11       A.  I don't know.
12       Q.  Would you have any involvement with drafting
13   what would be on the Web site related to animal welfare?
14       A.  No.
15       Q.  Who at Publix would be involved with that?
16       A.  CQA.
17       Q.  Are you aware today that you're testifying in
18   connection with lawsuits Publix has filed against egg
19   producers?
20       A.  Yes.
21       Q.  And what do you understand the nature of the
22   allegations at issue in this lawsuit to be?
23       A.  Price fixing by the egg producers.
24       Q.  And do you have any knowledge of what
25   activities your employer is alleging those egg producers

---

### 203

1    took?
2        A.  No.
3        Q.  Do you know if the UEP certified program is at
4    issue in this litigation?
5        A.  No.
6        Q.  Do you know that your employer is contending
7    that the UEP certified program violates the antitrust
8    laws?
9            MR. GERMAINE:  Objection to form.
10       A.  No.
11       Q.  Has anyone ever told you that the UEP certified
12   program was being challenged in this litigation?
13           MR. GERMAINE:  Objection to the extent it calls
14   for privileged information.  If you can answer that
15   without revealing the substance of conversations
16   with counsel, you can answer.
17       A.  I don't remember.
18       Q.  Has anyone ever -- have you ever discussed with
19   anyone at Publix or has anyone at Publix ever discussed
20   with you whether this lawsuit should change Publix's egg
21   buying practices?
22       A.  No.
23       Q.  Do you know whether Publix's egg buying
24   practices have changed as a result of this lawsuit?
25       A.  No.

---

### 204

1    Q.  You testified that Cal-Maine is still a
2    supplier to Publix; correct?
3        A.  Yes.
4        Q.  And you know that Cal-Maine is a defendant in
5    this lawsuit?
6        A.  Yes.
7        Q.  So you know that Publix is suing Cal-Maine?
8        A.  Yes.
9        Q.  And you know that they're suing Cal-Maine
10   relating to what you say is price fixing; correct?
11       A.  Yes.
12       Q.  But Publix is continuing to buy Cal-Maine's
13   eggs; correct?
14       A.  Yes.
15       Q.  So you've never been in a meeting where anyone
16   has discussed dropping Cal-Maine as a supplier because
17   you were suing them with respect to eggs?
18       A.  No.
19       Q.  And you're in charge of the department that
20   purchases egg from Cal-Maine; correct?
21       A.  I am now, yes.
22       Q.  As of January, you are; correct?
23       A.  As of January.
24       Q.  January?
25       A.  January.

---

### 205

1    Q.  January.  And you've never heard anyone say
2    that, "We should drop Cal-Maine as a supplier"?
3            MR. GERMAINE:  Objection.
4        A.  No.
5        Q.  What about Michael's?
6        A.  No.
7        Q.  Has anyone ever suggested to you that any
8    supplier should be dropped because they're defendants in
9    this lawsuit?
10       A.  No.
11       Q.  Do you know of any other situation in which
12   you've purchased products from a company that your
13   employer was simultaneously suing for allegations that
14   their products were illegally made or manufactured?
15           MR. GERMAINE:  Objection to form.
16       A.  No.
17       Q.  Do you know of any situation in which you've
18   paid a price for a product that you believed was
19   illegally inflated or price fixed?
20           MR. GERMAINE:  Objection to form.  I direct you
21   not to answer that question to the extent it will
22   reveal the substance of communications with counsel.
23   If you can answer it some other way, you may answer
24   it.
25       A.  I can't answer it.

---

HIGHLY CONFIDENTIAL

Bates, Gregory                                              April 16, 2014

53 (Pages 206 to 209)

---

**206**

1    Q. Has any business person ever told you, "Don't
2  buy eggs that have artificially inflated prices"?
3        MR. GERMAINE: Objection to form.
4    A. No.
5    Q. That has never come up in a business meeting?
6        MR. GERMAINE: Objection.
7    A. No.
8    Q. Do you know if Publix has continued to support
9  the UEP animal care program?
10    A. No, I do not know.
11    Q. Do you know whether Publix has continued to
12  support FMI's animal welfare guidelines?
13    A. I don't know.
14    Q. But you know that Cal-Maine is UEP certified;
15  right?
16    A. In the time period we were talking about.
17    Q. Do you know if they're certified today?
18    A. No, I don't.
19    Q. Do you know if Publix is still carrying any
20  products that are UEP certified?
21    A. I don't know.
22    Q. Do you know if Publix has made any effort to
23  make sure that they're no longer carrying products that
24  are animal care certified?
25    A. I don't know.

---

**207**

1    Q. Is animal welfare still important -- still
2  important to Publix today?
3    A. Yes.
4    Q. And so to the extent that increasing cage space
5  improves animal welfare, which we discussed earlier
6  today; right --
7        MR. GERMAINE: Objection.
8    A. You're trying to make a link there. Animal
9  welfare. Like I said earlier, the intent is for
10  suppliers to have the best practices. So I would say
11  animal welfare, has been described today, means space in
12  cage. Maybe it doesn't. So animal welfare is important
13  to Publix in the fact that it's to do the right thing
14  for animals. Defining that could be different. I
15  don't --
16    Q. And FMI adopted animal welfare guidelines;
17  right? And we saw earlier that those include the UEP
18  certified program?
19    A. We did.
20    Q. And you testified earlier that Publix trusts --
21    A. So my answer would be, is animal welfare in
22  that context, I don't know. Does that --
23    Q. So I'm confused by your answer. Say what you
24  mean again.
25    A. Okay. The FMI animal welfare procedures, you

---

**208**

1  said are they -- that's what you're saying, are they
2  important to Publix today. I don't know.
3    Q. But you testified earlier --
4    A. Because I don't know if that's changed. I
5  wasn't managing the business.
6    Q. You don't know that it has changed, though;
7  right?
8    A. I don't know if it's changed. I don't know if
9  it is, if it isn't. I don't know.
10    Q. And in frozen foods, did you have any
11  involvement with foods that were governed by the FMI
12  guidelines?
13    A. I do not recall any.
14    Q. And you know that FMI adopted animal welfare
15  guidelines, we've established that, and you testified
16  earlier that Publix trusts FMI; right?
17    A. Right.
18    Q. That FMI adopted those guidelines because it
19  believed they had animal -- positive animal welfare
20  benefits; right?
21    A. Right.
22    Q. And if I represented to you that FMI has not
23  stopped endorsing the UEP certified program, would you
24  assume that that means FMI believes that the animal
25  welfare -- sorry -- the UEP certified program continues

---

**209**

1  to have positive effects on animal welfare?
2        MR. GERMAINE: Objection to form.
3        MR. RAYLE: Join.
4    A. I would assume.
5    Q. And Publix trusts FMI and its judgment on that
6  matter, right?
7        MR. GERMAINE: Objection to form.
8    A. I don't know. Publix trusts FMI in general, is
9  what I said.
10    Q. And Publix has trusted FMI specifically to
11  formulate animal welfare guidelines that it adopted;
12  correct?
13    A. Yes.
14    Q. And, to your knowledge, Publix has made no
15  effort to create its own animal welfare program separate
16  from the FMI animal welfare program?
17    A. That is correct.
18    Q. Would Publix prefer to revert to standards with
19  smaller cages for egg-laying hens today --
20        MR. GERMAINE: Objection.
21    Q. -- as a result of this lawsuit?
22        MR. GERMAINE: Objection to the form.
23    A. I don't know.
24    Q. Do you know if Publix has considered adopting
25  any other animal welfare guidelines other than the FMI

---

HIGHLY CONFIDENTIAL

Bates, Gregory

April 16, 2014

54 (Pages 210 to 213)

---

**210**

1  program?
2  **A. I do not know.**
3  Q. Why is Publix still buying certified eggs if it
4  believes they're illegal?
5  MR. GERMAINE: Objection to form. Lacks
6  foundation. Misstates prior testimony. The witness
7  hasn't said any such thing.
8  Q. Why is Publix still buying eggs from Cal-Maine
9  if it believes that Cal-Maine is illegally fixing
10  prices?
11  MR. GERMAINE: Objection to the extent it calls
12  for privileged testimony. I direct you not to
13  answer if it reveals the substance of communication
14  with counsel. If you can answer it some other way,
15  go ahead.
16  **A. I can't answer that.**
17  Q. Why can't you?
18  **A. What was the question again?**
19  Q. Why is Publix still buying eggs from Cal-Maine
20  if it believes that Cal-Maine is illegally fixing egg
21  prices?
22  MR. GERMAINE: The same instruction.
23  **A. I don't know.**
24  Q. Have you had any discussions with your egg
25  buyers or your egg/dairy category manager about this

---

**211**

1  lawsuit?
2  **A. Egg buyer, no. Egg category manager, briefly.**
3  **He knows it was going on because Jimmy Wilson worked for**
4  **him and he was --**
5  Q. And who's Jimmy Wilson?
6  **A. He used to be the egg buyer.**
7  Q. And what did he tell you he knew about this
8  lawsuit?
9  **A. That it's basically the fact that suppliers**
10  **were price fixing. That's --**
11  Q. Has he reported to you any conversations he had
12  with his egg buyers about this lawsuit?
13  **A. No.**
14  Q. Why not switch to another producer while this
15  lawsuit is pending?
16  MR. GERMAINE: Objection to form.
17  **A. Our job is to procure products for Publix and**
18  **serve our customers, so to be real honest, we don't -- I**
19  **don't know a lot of the information about the lawsuit,**
20  **which I've said. You've asked me questions.**
21  Q. And so you testified earlier that Publix tries
22  to procure products that are quality products at a low
23  price; right?
24  **A. Correct.**
25  Q. And so if -- if Cal-Maine is still supplying

---

**212**

1  Publix, it's because Publix believes that Cal-Maine is
2  meeting those needs; right?
3  MR. GERMAINE: Objection to form.
4  **A. They are supplying products that meet the**
5  **specification.**
6  Q. Have you ever heard the term Capper-Volstead?
7  **A. Never heard that term.**
8  Q. Has anyone ever represented to you that UEP is
9  a Capper-Volstead Co-operative?
10  **A. No.**
11  Q. Has anyone ever told you that UEP or the
12  members of UEP are immune from the antitrust laws in any
13  way?
14  MR. GERMAINE: Objection to form.
15  **A. No.**
16  MS. ADENDORFF: I think that's all the
17  questions I have.
18  MR. GERMAINE: Okay.
19  MR. RAYLE: Nothing from the indirect
20  purchasers.
21  MR. GERMAINE: Anything on the phone?
22  MS. CRABTREE: None from me.
23  MR. GERMAINE: I don't have any questions
24  today. We reserve signature and designate the
25  transcript as highly confidential.

---

**213**

1  THE VIDEOGRAPHER: This concludes the
2  deposition. We are now off the record. The time is
3  2:04 p.m.
4  * * * * *

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Bates, Gregory                                          April 16, 2014

55 (Pages 214 to 216)

214

ACKNOWLEDGMENT OF DEPONENT

1
2
3          I, _____, do hereby
4    acknowledge that I have read and examined the
5    foregoing testimony, and the same is a true, correct
6    and complete transcription of the testimony given by
7    me, and any corrections appear on the attached Errata
8    Sheet signed by me.
9
10
11   _____    _____
12   (DATE)        (SIGNATURE)
13
14
15
16
17
18
19
20
21
22
23
24
25

216

CERTIFICATE OF REPORTER

1
2    STATE OF FLORIDA
3    COUNTY OF POLK
4          I, Joan L. Pitt, Registered Merit Reporter,
5    Certified Realtime Reporter and Florida Professional
6    Reporter, do hereby certify that I was authorized to
7    and did stenographically report the examination of the
8    witness named herein; that a review of the transcript
9    was requested; and that the foregoing transcript is a
10   true record of my stenographic notes.
11         I FURTHER CERTIFY that I am not a relative,
12   employee, or attorney, or counsel for any of the
13   parties, nor am I a relative or employee of any of the
14   parties' attorney or counsel connected with the action,
15   nor am I financially interested in the outcome of this
16   action.
17         DATED THIS 04/28/2014 at Lakeland, Polk County,
18   Florida.
19
20   _____
21         JOAN L. PITT, RMR, CRR, FPR
22
23
24
25

215

CERTIFICATE OF REPORTER OATH

1
2
3    STATE OF FLORIDA
4    COUNTY OF POLK
5          I, Joan L. Pitt, Registered Merit Reporter,
6    Certified Realtime Reporter, Florida Professional
7    Reporter and Notary Public in and for the State of
8    Florida at large, hereby certify that the witness named
9    herein appeared before me on 04/16/2014, and was duly
10   sworn.
11         WITNESS my hand and official seal this
12   04/28/2014.
13
14
15
16
17   _____
17   JOAN L. PITT, RMR, CRR, FPR
18   NOTARY PUBLIC - STATE OF FLORIDA
19   MY COMMISSION NO. EE 202887
20   EXPIRES:  7-20-16
21
22
23
24
25