# ATTACHMENT 7

HIGHLY CONFIDENTIAL

1

1      UNITED STATES DISTRICT COURT

2      EASTERN DISTRICT OF PENNSYLVANIA

3

4      --------------------------------

5      IN RE:  PROCESSED EGG PRODUCTS      MDL No. 2002

6      ANTITRUST LITIGATION               08-MD-02002

7      --------------------------------

8      THIS DOCUMENT APPLIES TO:

9      ALL DIRECT PURCHASER ACTIONS

10     --------------------------------

11

12          -- HIGHLY CONFIDENTIAL --

13

14              DEPOSITION OF

15              TIMOTHY BEEBE

16       Taken Thursday, July 18, 2013

17         Scheduled for 8:30 a.m.

18

19

20

21

22

23

24

25     Reported by:  Dana Anderson-Linnell

**HIGHLY CONFIDENTIAL**

**2**

1  DEPOSITION OF TIMOTHY BEBEE taken on Thursday,
2  July 18, 2013, commencing at 8:31 a.m. at the
3  offices of Leonard, Street and Deinard, 150 South
4  Fifth Street, Suite 2300, Minneapolis, Minnesota,
5  before Dana S. Anderson-Linnell, a Shorthand
6  Reporter and Notary Public in and of the State of
7  Minnesota.
8          *********************
9
10          APPEARANCES
11
12  On Behalf of the Direct Action Plaintiffs:
13  John F. Kinney, Esquire
14  JENNER & BLOCK, LLP
15  353 North Clark Street
16  Chicago, Illinois 60654-3456
17  Phone:  312.222.9350
18  Email:  jkinney@jenner.com
19
20  (Appearances continued on the next page.)
21
22
23
24
25

**3**

1  APPEARANCES (continued):
2
3  On Behalf of the Direct Purchaser Plaintiff
4  Class:
5  Ronald J. Aranoff, Esquire
6  Cory A. Greenbaum, Esquire
7  BERNSTEIN LIEBHARD, LLP
8  10 East 40th Street
9  New York, New York 10016
10  Phone:  212.779.1414
11  Email:  aranoff@bernlieb.com
12      cgreenbaum@bernlieb.com
13
14  On Behalf of the Indirect Purchaser
15  Plaintiffs:
16  Merrick Scott Rayle, Esquire
17  LOVELL, STEWART, HALEBIAN, JACOBSON, LLP
18  61 Broadway, Suite 501
19  New York, New York 10006
20  Phone:  415.533.5316
21  Email:  msrayle@sbcglobal.net
22
23  (Appearances continued on the next page.)
24
25

**4**

1  APPEARANCES (continued):
2
3  On Behalf of United Egg Producers and
4  United States Egg Marketers:
5  Evan W. Davis, Esquire (via telephone)
6  PEPPER HAMILTON, LLP
7  3000 Two Logan Square
8  Eighteenth and Arch Streets
9  Philadelphia, Pennsylvania 19103-2799
10  Phone:  215.981.4245
11  Email:  davisew@pepperlaw.com
12
13  On Behalf of Sparboe Farms Inc.:
14  Claire V.J. Joseph, Esquire
15  Troy J. Hutchinson, Esquire (via telephone)
16  BRIGGS AND MORGAN, PA
17  2200 IDS Center
18  80 South Eighth Street
19  Minneapolis, MN 55402
20  Phone:  612.977.8400
21  Email:  cjoseph@briggs.com
22      thutchinson@briggs.com
23
24  (Appearances continued on the next page.)
25

**5**

1  APPEARANCES (continued):
2
3  On Behalf of Michael Foods Inc.:
4  William L. Greene, Esquire
5  LEONARD, STREET AND DEINARD, PA
6  150 South Fifth Street, Suite 2300
7  Minneapolis, Minnesota 55402
8  Phone:  612.335.1568
9  Email:  william.greene@leonard.com
10
11  On Behalf of Michael Foods Inc.:
12  Carrie M. Anderson, Esquire (via telephone)
13  WEIL, GOTSHAL & MANGES, LLP
14  1300 Eye Street, NW, Suite 900
15  Washington, District of Columbia 20005
16  Phone:  202.682.7231
17  Email:  carrie.anderson@weil.com
18
19  (Appearances continued on the next page.)
20
21
22
23
24
25

2 (Pages 2 to 5)

**HIGHLY CONFIDENTIAL**

**6**

1  APPEARANCES (continued):
2
3  On Behalf of Ohio Fresh Eggs:
4  Bryce J. Yoder, Esquire (via telephone)
5  KEATING, MUETHING & KLEKAMP, PLL
6  One East Fourth Street, Suite 1400
7  Cincinnati, Ohio 45202
8  Phone:  513.562.1420
9  Email:  byoder@kmklaw.com
10
11  On Behalf of Rose Acre Farms Inc.:
12  Karri Allen, Esquire (via telephone)
13  PORTER WRIGHT
14  1919 Pennsylvania Avenue, NW
15  Suite 500
16  Washington, District of Columbia 20006
17  Phone:  202.778.3059
18  Email:  kallen@porterwright.com
19
20  (Appearances continued on the next page.)
21
22
23
24
25

**7**

1  APPEARANCES (continued):
2
3  On Behalf of Moark LLC and Norco Ranch:
4  Travis Kennedy, Esquire (via telephone)
5  EIMER STAHL, LLP
6  224 South Michigan Avenue, Suite 1100
7  Chicago, Illinois 60604
8  Phone:  312.660.7672
9  Email:  tkennedy@eimerstahl.com
10
11
12  ALSO PRESENT:  Carolyn V. Wolski, Michael Foods Inc.
13          Jacob Arvold, videographer
14
15
16
17
18
19
20
21
22
23
24
25

**8**

1  INDEX
2
3  WITNESS:  Timothy Bebee          PAGE
4
5  EXAMINATION BY:
6  Mr. Kinney                    19
7  Mr. Aranoff                   117
8  Mr. Rayle                     259
9  Mr. Davis                     297
10
11
12  INDEX OF EXHIBITS:
13
14  Exhibit A - Excerpt from the 2012 Form 10-K
15  for Michael Foods Group Inc.          52
16
17  Exhibit B - Excerpt from the Michael Foods'
18  Form 10-K for the year ending 2012        71
19
20  Exhibit C - March 20, 2005 email from Terry
21  Baker to various individuals, Bates MFI0017306
22  to 7309                         74
23
24
25

**9**

1  INDEX OF EXHIBITS (continued):          PAGE
2
3  Exhibit G - Michael Foods Egg Products
4  Company, Cooper Farms UEP Transition Summary  79
5
6  Exhibit H - Michael Foods Egg Products
7  Company Historical Analysis of EPC Egg
8  Procurement Costs Per Unit, Bates MFI0000161
9  to 0162                         84
10
11  Exhibit J - September 25, 2007 email from
12  Timothy Bebee to Carrie Cutler, Bates
13  MFI0019964 to 9966                100
14
15  Exhibit K - Excerpt from Michael Foods' Form
16  10-K for the year ending December 31, 1995    54
17
18  Exhibit O - Farms Division Strategic Plan
19  2000, Bates MFI0220576            108
20
21  Exhibit P - MFI0090665.xlscouncilsummary    111
22
23  Exhibit Q - Bates MFI0358332 to 8333 and
24  MFI0103704 to 3706                113
25

3 (Pages 6 to 9)

**HIGHLY CONFIDENTIAL**

**10**

1 INDEX OF EXHIBITS (continued): PAGE
2
3 Exhibit R - Letter from Chad Gregory to UEP
4 members dated December 5, 2003, Bates
5 MFI0001880 to 1881 59
6
7 Exhibit S - United Egg Producers Membership
8 Agreement, Bates UE0148015 61
9
10 Exhibit T - Excerpts from Michael Foods' Form
11 10-K for the year ending December 31, 2003 60
12
13 Exhibit V - July 15, 2013 letter from William
14 Greene to various individuals regarding the
15 Bebee deposition 37
16
17 Exhibit W - July 17, 2013 letter from William
18 Greene to various individuals regarding the
19 Bebee deposition 33
20
21 Exhibit 1 - Michael Foods Company History 120
22
23 Exhibit 2 - March 25th, 2002 United Voices
24 newsletter, Bates MFI0022860 to 2873 122
25

**11**

1 INDEX OF EXHIBITS (continued): PAGE
2
3 Exhibit 3 - Email cover sheet from Patricia
4 Huff to Timothy Bebee dated November 16th, 2006,
5 Bates MFI0358842. United Voices newsletter
6 dated November 17th, 2006, Bates MFI0358843
7 to 8850 126
8
9 Exhibit 4 - Cover email from Patricia Huff to
10 Tim Bebee dated August 2nd, 2007, Bates
11 MFI0356331. United Voices newsletter, Bates
12 MFI0356332 to 6340 129
13
14 Exhibit 5 - UEP board of directors meeting,
15 January 25th, 2005, in Atlanta, Georgia,
16 Bates MFI0613842 to 3847 134
17
18 Exhibit 6 - Email from Timothy Bebee to Dave
19 Johnson with a cc to Terry Baker dated
20 July 6th, 2007, Bates MFI0619526 to 9527 143
21
22 Exhibit 7 - Email from Timothy Bebee to Bill
23 Goucher, Bates MFI0321771 153
24
25

**12**

1 INDEX OF EXHIBITS (continued): PAGE
2
3 Exhibit 8 - Email from Gene Gregory to
4 Timothy Bebee dated January 3rd, 2003,
5 Bates MFI0111596 157
6
7 Exhibit 9 - Email from Gene Gregory to
8 Timothy Bebee with a cc to Garth Sparboe
9 dated January 28th, 2003, Bates MFI0111594 162
10
11 Exhibit 10 - Email from Timothy Bebee
12 'rshinn@neb-sandhills.net' dated March 5th,
13 2002, Bates MFI0321979 164
14
15 Exhibit 11 - Email from Gene Gregory to
16 Timothy Bebee and various individuals,
17 Bates MFI0052008 to 2010 169
18
19 Exhibit 12 - Email from Terry Baker to J.D.
20 Clarkson and Gregg Ostrander with a cc to
21 Toby Catherman and Timothy Bebee dated
22 April 16th, 2005, Bates MFI0027797 to 7801 177
23
24
25

**13**

1 INDEX OF EXHIBITS (continued): PAGE
2
3 Exhibit 13 - Cover letter from Toby Catherman
4 to Timothy Bebee dated February 17th, 2006,
5 Bates MFI0055038 to 5040 198
6
7 Exhibit 14 - Cover email from Terry Baker to
8 J.D. Clarkson and various individuals, Bates
9 MFI0033973 to 3976 201
10
11 Exhibit 15 - Document titled United Egg
12 Producers dated July 5th, 2006, Bates
13 MFI0024017 to 4026 217
14
15 Exhibit 16 - UEP Certified certification
16 for Michael Foods Egg Products Company, 2008,
17 Bates MFI0621980 to 1981 222
18
19 Exhibit 17 - UEP Certified certification
20 for Michael Foods Egg Products Company, 2009 225
21
22 Exhibit 18 - UEP Certified certification
23 for Michael Foods Egg Products Company, 2010 226
24
25

4 (Pages 10 to 13)

**HIGHLY CONFIDENTIAL**

---

**14**

INDEX OF EXHIBITS (continued):     PAGE

Exhibit 19 - Cover email from Garth Sparboe
to Timothy Bebee, Bates MFI0052347 to 2350    227

Exhibit 20 - Cover email from Toby Catherman
to Terry Baker and Timothy Bebee dated
November 3rd, 2006, Bates MFI0358967 to 8975    234

Exhibit 21 - Email from Ken Klippen to Terry
Baker, Toby Catherman and Timothy Bebee dated
October 31st, 2006, Bates MFI0358985    240

Exhibit 22 - Email from Timothy Bebee to
Terry Baker and Toby Catherman, Bates
MFI0008397 to 8398    243

Exhibit 23 - Cover email with attachment from
Timothy Bebee to Gerald Muller and various
individuals dated September 24th, 2008, Bates
MFI0321384 to 1389    246

---

**16**

INDEX OF EXHIBITS (continued):     PAGE

Exhibit 30 - Email from Timothy Bebee to Terry
Baker and Toby Catherman dated May 31, 2005,
Bates MFI0002008 to 2013    286

Exhibit 31 - Document titled Response to
Wendy's Animal Welfare Comments dated
June 15, 2002, Bates MFI0286766 to 6768    289

Exhibit 32 - Document titled Michael Foods
Inc. Animal Welfare, Bates MFI0028203 to 8207   291

Exhibit 33 - Letter to Rich Dutton from Dan
Meagher dated June 19, 2006, Bates MFI0074218
to 4219    293

Exhibit 34 - Document titled Executive
Summary, Bates MFI0271656    294

Exhibit 35 - Document titled Ad Hoc Scientific
Advisory Committee, Bates UE0368463    295

---

**15**

INDEX OF EXHIBITS (continued):     PAGE

Exhibit 24 - Cover email from Gene Gregory to
various individuals with a cc to Al Pope and
Chad Gregory, Bates MFI0002839 to 2845    257

Exhibit 25 - Document titled United Egg
Producers Animal Husbandry Guidelines for
U.S. Egg Laying Flocks, 2008 Edition, Bates
MFI0017604 to 7636    258

Exhibit 26 - Amended Deposition Notice of
Tim Bebee    268

Exhibit 27 - Email from Gregg Ostrander to
various individuals dated April 1, 2002,
Bates MFI0111951    272

Exhibit 28 - Email from Rich Dutton dated
November 15, 2001, Bates MFI0111210    277

Exhibit 29 - Document titled MFI Animal
Welfare Program Summary, Bates MFI0281887    284

---

**17**

1  THE VIDEOGRAPHER: My name is Jacob
2  Arvold of Veritext.
3  Today's date is July 18, 2013. And
4  the time is approximately 8:31 a.m.
5  This deposition is being held at
6  the office of Leonard, Street and Deinard
7  located at 150 South Fifth Street,
8  Minneapolis, Minnesota. The caption of the
9  case is In Re: Processed Egg Products
10 Antitrust Litigation in the United States
11 District Court, Eastern District of
12 Pennsylvania. The name of the witness is
13 Timothy Bebee.
14 At this time the attorneys will
15 identify themselves and the parties they
16 represent. After which, our court reporter,
17 Dana Anderson of Veritext, will swear in the
18 witness and we can proceed.
19 MR. KINNEY: Good morning,
20 Mr. Bebee. My name is John Kinney from Jenner
21 and Block in Chicago. I represent the Direct
22 Action Plaintiffs.
23 MR. ARANOFF: Ronald Aranoff,
24 Bernstein Liebhard LLP, 10 East 40th Street,
25 New York, New York 10016 on behalf of the

**5 (Pages 14 to 17)**

**HIGHLY CONFIDENTIAL**

---

**18**

1 Direct Purchaser Plaintiff Class.
2 MR. GREENBAUM: Cory Greenbaum,
3 Bernstein Liebhard, also representing the
4 Direct Purchaser Plaintiff Class.
5 MR. RAYLE: Merrick Rayle, Lovell,
6 Stewart, Halebian, Jacobson, one of the
7 attorneys representing the Indirect Purchaser
8 Plaintiffs.
9 MS. JOSEPH: Claire Joseph, Briggs
10 and Morgan here representing Sparboe Farms
11 Inc.
12 MS. WOLSKI: Carolyn Wolski. I'm
13 vice president and general counsel of Michael
14 Foods.
15 MR. GREENE: And William Greene on
16 behalf of Michael Foods from the law firm of
17 Leonard, Street and Deinard in Minneapolis.
18 THE COURT REPORTER: On the phone?
19 MS. ANDERSON: Carrie Anderson with
20 Weil, Gotshal and Manges on behalf of Michael
21 Foods.
22 MR. DAVIS: Evan Davis from Pepper
23 Hamilton on behalf of United Egg Producers and
24 United States Egg Marketers.
25 MR. HUTCHINSON: Troy Hutchinson on

---

**19**

1 behalf of Defendant Sparboe Farms Inc.
2 MR. YODER: Bryce Yoder on behalf
3 of Ohio Fresh Eggs from Keating, Muething and
4 Klekamp.
5 MS. ALLEN: Karri Allen from
6 Porter, Wright, Morris and Arthur on behalf of
7 Rose Acre Farms.
8 MR. KENNEDY: Travis Kennedy on
9 behalf of Moark LLC and Norco Ranch.
10
11 TIMOTHY BEBEE,
12 called as a witness, being first duly sworn, was
13 examined and testified as follows:
14
15 EXAMINATION
16
17 BY MR. KINNEY:
18 Q. Good morning, Mr. Bebee. As I said
19 before, my name is John Kinney from Jenner and
20 Block in Chicago, and I represent the Direct
21 Action Plaintiffs.
22 MR. KINNEY: Before start with
23 your examination, just two preliminaries.
24 Bill, can we have an agreement that
25 all objections other than form and privilege

---

**20**

1 are preserved?
2 MR. GREENE: Yes.
3 MR. KINNEY: Okay. And then -- and
4 I don't want to spend much, if any, time, but
5 we -- we being you and Ron Aranoff and Cory
6 and Merrick and I have had conversations over
7 the past couple of days regarding Mr. Bebee's
8 deposition. We've raised certain concerns.
9 You responded. We all stated our positions.
10 And I think those are stated in
11 correspondence, and we'll leave that as it is
12 unless anybody wants to put anything more on
13 the record.
14 MR. GREENE: That's fine with me.
15 MR. KINNEY: All right.
16 MR. GREENE: One other thing. I
17 believe we also typically have a stipulation
18 that an objection for one is an objection for
19 all so that we don't have to have everybody
20 repeating the same objection.
21 MR. KINNEY: I think that's fine.
22 All right.
23 BY MR. KINNEY:
24 Q. All right. Mr. Bebee, could you state
25 and spell your name for the record.

---

**21**

1 A. Timothy J. Bebee, B-e-b-e-e.
2 Q. Have you ever had your deposition taken
3 before?
4 A. Yes.
5 Q. How many times?
6 A. Once.
7 Q. And when did that happen?
8 A. It was in the mid '80s approximately.
9 Q. All right. And what was the subject
10 matter of your deposition?
11 A. It was a manure handling fertilization
12 contractual situation.
13 Q. And what party were you testifying for?
14 A. On behalf of an egg company.
15 Q. And which egg company?
16 A. It was M.G. Waldbaum.
17 Q. Have you testified under oath in any
18 other proceeding or matter since that
19 deposition in the 1980s?
20 A. No.
21 Q. Okay. All right. It might be helpful
22 then to go over some of the housekeeping kinds
23 of things for purposes of your deposition.
24 So -- and probably one of the most important
25 things is that you must respond orally to

---

6 (Pages 18 to 21)

**HIGHLY CONFIDENTIAL**

---

**22**

1  questions. It doesn't help the court reporter
2  if you shake your head or say -- you know,
3  it's best to be as oral as possible so that
4  the court reporter can take down your
5  response. Also to make life easier for our
6  court reporter, it's best if we try not to
7  speak over each other. So I will try and not
8  speak at the same time as you do. And if you
9  could try and do the same thing, it will make
10  life easier for the court reporter and we'll
11  get a cleaner transcript.
12      If you don't understand a question that I
13  or the other lawyers ask, be sure to let us
14  know, and we'll try and respond to whatever
15  your difficulties are, try and ask you a
16  better question. I'm sure that our questions
17  aren't always perfect.
18      As far as breaks, you can take a break at
19  any time, just let us know. We try and take
20  them so it doesn't interfere with a particular
21  subject that we're covering. The only thing
22  that we do ask is that you not take breaks
23  while a question is pending. We have to get
24  an answer, and then you are free to take a
25  break. And then what we were talking about in

---

**23**

1  terms of objections, Mr. Greene or other
2  attorneys may make objections to certain
3  questions that we pose. And unless Mr. Greene
4  instructs you not to answer, then you should
5  answer the question subject to the objection.
6      Do you have any questions about the
7  procedures?
8  A.  No, I understand.
9  Q.  All right. Thank you. Who is your
10  current employer?
11  A.  Michael Foods.
12  Q.  And what is Michael Foods, how would you
13  describe Michael Foods?
14      MR. GREENE:  Objection, vague.
15  (Indicating.)
16      THE WITNESS:  It's a food
17  processing company.
18  BY MR. KINNEY:
19  Q.  And is it correct that Michael Foods
20  operates in several business segments?
21  A.  Yes.
22  Q.  All right. And what are those business
23  segments?
24  A.  Egg products, potato products,
25  refrigerated distribution.

---

**24**

1  Q.  Does the -- do those entities, are they
2  known as divisions, or did they have any name
3  within Michael Foods? I think I've seen some
4  reference to the Egg Products Co., company,
5  and there's an entity Crystal Farms. What are
6  those?
7  A.  Correct, just subsidiaries of Michael
8  Foods.
9  Q.  All right. And the egg products co. is
10  the one that's responsible for the production
11  of eggs and processed egg products?
12  A.  Yes.
13  Q.  All right. And what's Crystal Farms
14  responsible for?
15  A.  Refrigerated distribution.
16  Q.  That's cheese and dairy products and
17  things like that?
18  A.  Yes.
19  Q.  Okay. And is there a name for the entity
20  that does the potato products?
21  A.  Escapes me, the name of the potato
22  company does.
23  Q.  Today in general I will refer to Michael
24  Foods and/or the egg products company. And if
25  there's any lack of clarity in what I'm asking

---

**25**

1  for, just let me know and I'll try and be more
2  specific.
3      What does the egg products company do?
4  A.  Produces eggs and purchases eggs and
5  processes eggs and sells egg products.
6  Q.  Okay. And where is the egg products
7  company based?
8  A.  Minneapolis.
9  Q.  And is there a head of the egg products
10  company?
11  A.  Yes.
12  Q.  Who is that?
13  A.  Jim Dwyer.
14  Q.  How long has Mr. Dwyer been the head of
15  the egg products company?
16  A.  A little bit over three years.
17  Q.  And before Mr. Dwyer who was the head of
18  egg products?
19  A.  Dave Johnson.
20  Q.  And for approximately how long was
21  Mr. Johnson the head of egg products?
22  A.  I don't recall exactly. I believe it was
23  less than two years.
24  Q.  And before Mr. Johnson?
25  A.  J.D. Clarkson.

---

**7 (Pages 22 to 25)**

**HIGHLY CONFIDENTIAL**

26

1    Q.   And Mr. Clarkson passed away in like
2    2006?
3    A.   I don't recall exactly.
4    Q.   How long was he the head of egg products?
5    A.   It was a few years.  I don't remember the
6    dates.
7    Q.   Who is in charge today of potato
8    products?
9    A.   Jim Dwyer is the president and CEO of
10   Michael Foods, he's overall in charge of the
11   companies.
12   Q.   Is there an individual under Mr. Dwyer
13   who is responsible for potato products in and
14   the same thing, is there a person responsible
15   for Crystal Farms?
16        MR. GREENE:  Objection, compound.
17   BY MR. KINNEY:
18   Q.   Let's take them one at a time.  Is there
19   a person who is responsible for the potato
20   products?
21   A.   Not directly.  There are general managers
22   that are in charge of different divisions.
23   Q.   Well, who is the general manager for
24   potatoes?
25   A.   There is not a general manager over

27

1    potatoes.
2    Q.   Is there a general manager for Crystal
3    Farms?
4    A.   Yes.
5    Q.   Who is that?
6    A.   Mark Anderson.
7    Q.   Anderson?
8    A.   Yes.
9    Q.   Who are the primary customers for the egg
10   products company?
11        MR. GREENE:  Objection, lack of
12   foundation.
13        THE WITNESS:  There are hundreds of
14   customers.
15   BY MR. KINNEY:
16   Q.   Who is your biggest?
17        MR. GREENE:  Same objection.
18        THE WITNESS:  I could not tell you
19   who the biggest customer is.
20   BY MR. KINNEY:
21   Q.   If you wanted to know who the biggest
22   customer is for the egg products company, who
23   would you ask?
24   A.   Jim Dwyer.
25        (Tone.)

28

1    Q.   Who else makes and sells --
2        MR. KINNEY:  Do we need to deal
3    with the ring?
4        THE COURT REPORTER:  Sure.  This is
5    Dana, the court reporter.  Did somebody just
6    join the telephone conference?
7        MR. TAKENOUCHI:  Jason Takenouchi
8    for Nu-Cal Foods.
9        THE COURT REPORTER:  Go ahead,
10   Mr. Kinney.
11        MR. KINNEY:  Okay.
12   BY MR. KINNEY:
13   Q.   Who else makes and sells the kinds of
14   products that Michael Foods does, the kinds of
15   egg products that Michael Foods does?
16        MR. GREENE:  Objection, vague and
17   lack of foundation.
18        THE WITNESS:  Sunny Fresh, Cargill
19   would be the other egg products company that
20   would --
21   BY MR. KINNEY:
22   Q.   Anybody else?
23   A.   Well, there are numerous companies.  I
24   know that Rose Acre Farms produces some egg
25   products, Sparboe Farms produces some egg

29

1    products.
2    Q.   Okay.  We're going to be talking at
3    different times today about an entity that's
4    known as United Egg Producers that we'll also
5    refer to as UEP.  Are you familiar with that
6    entity?
7    A.   Yes, I am.
8    Q.   And when did Michael Foods first become a
9    UEP member?
10   A.   I don't know the date exactly.  It was in
11   the '70s sometimes.
12   Q.   And was Waldbaum a UEP member before it
13   was acquired by Michael Foods?
14   A.   Yes.
15   Q.   And do you know how long Waldbaum had
16   been a UEP member?
17   A.   Prior to Michael Foods being involved, is
18   that the question?
19   Q.   Yes, sir.
20   A.   It would have been approximately 15 years
21   off the top of my head.
22   Q.   Same thing going back to the 1970s?
23   A.   Yes, sir.
24   Q.   All right.  And is Michael Foods
25   currently a UEP member?

8 (Pages 26 to 29)

**HIGHLY CONFIDENTIAL**

30

1    A.   Yes.
2    Q.   Has Michael Foods ever been a member of
3    UEP's affiliate, U.S. Egg?
4         MR. DAVIS:  Object to the form.
5         MR. KINNEY:  I wasn't finished with
6    the question, so you can -- you can have your
7    objection.
8         Who just joined the call?
9         MR. GREENE:  Did anyone just join?
10   John, can you start your question again.
11   BY MR. KINNEY:
12   Q.   Has Michael Foods ever been a member of
13   UEP's affiliate, U.S. Egg Marketers?
14        MR. DAVIS:  Objection.
15        THE WITNESS:  Not to my knowledge,
16   no.
17   BY MR. KINNEY:
18   Q.   Putting aside membership, has
19   UEP -- Michael Foods ever participated in a
20   USEM export?
21        MR. GREENE:  Objection, lack of
22   foundation.
23        THE WITNESS:  Not to my knowledge.
24   BY MR. KINNEY:
25   Q.   When did Michael Foods first become a UEP

31

1    Certified producer?
2    A.   It was in the summer of 2006.
3    Q.   And we'll get into the details later.
4    But basically what does it mean to be a UEP
5    Certified producer?
6    A.   You have agreed to the voluntary program
7    of trading your hens according to the
8    guidelines laid out in the UEP Certified
9    program.
10   Q.   And is Michael Foods currently a UEP
11   Certified producer?
12   A.   Yes, sir.
13   Q.   And has it been a UEP Certified producer
14   at all times since 2006?
15   A.   Yes, sir.
16   Q.   Let's see.  Is it correct you've worked
17   for Michael Foods since Michael Foods acquired
18   Waldbaum in, what, 1988?
19   A.   Yes, part of the company was purchased in
20   1988.  And I have worked for the company since
21   and prior to that.
22   Q.   And that was my next question.  How long
23   had you worked for Waldbaum?
24   A.   I had worked for the company since 1980.
25   Q.   And what's your current position or

32

1    title?
2    A.   I'm currently a consultant.
3    Q.   And how long have you been a consultant?
4    A.   Eighteen days.
5    Q.   And 19 days ago what was your position?
6    A.   Vice president over live production, farm
7    operations.
8    Q.   And was there a reason for your change
9    from VP live production to a consultant?
10   A.   Yeah, I want to put my family and myself
11   first.
12   Q.   So you can cut back on what you're doing?
13   A.   Yes, sir.
14   Q.   And where do you live?
15   A.   Wakefield, Nebraska.
16   Q.   Is that also your work address?
17   A.   Yes, sir.
18   Q.   And as VP live production were you based
19   in Wakefield?
20   A.   Yes, sir.
21   Q.   And do you understand that you're
22   testifying today both individually and as
23   Michael Foods' corporate representative
24   regarding certain topics?
25   A.   Yes, sir.

33

1    Q.   And let me show you what we've marked
2    previously as Exhibit W.
3         (Exhibit W marked for
4    identification.)
5    BY MR. KINNEY:
6    Q.   Exhibit W is a July 17, 2013 letter from
7    William Greene to various individuals
8    regarding this deposition.
9         MR. ARANOFF:  Sorry to interrupt.
10   Why are we labeling this Exhibit W?
11        MR. KINNEY:  Because I didn't know
12   how you might be numbering, and I didn't want
13   to --
14        MR. ARANOFF:  So I didn't pre-mark
15   anything.  I'm going to have the court
16   reporter.
17        MR. KINNEY:  You can mark them one
18   through whatever.
19        MR. ARANOFF:  Why don't we just
20   start with -- Bill, why don't we just start
21   with Bebee 1 and go sequentially?
22        MR. KINNEY:  No, all of my exhibits
23   are pre-marked with the exception of this,
24   that's why it's marked W.  Everything that you
25   mark you can mark one and so on.

**9 (Pages 30 to 33)**

**HIGHLY CONFIDENTIAL**

34

1          MR. ARANOFF:  Okay.
2     BY MR. KINNEY:
3     Q.    Mr. Bebee, are the topics that you are
4     going to cover as Michael Foods' corporate
5     representatives ones that are identified in
6     Exhibit W, and in particular, topics 1, 8, 10,
7     11, 12, 13, 15 and 19?
8     A.    (Reviews document.)  Yes.
9     Q.    When did anyone first discuss with you
10    whether you would be one of the persons
11    testifying as one of Michael Foods' corporate
12    representatives in depositions?
13         MR. GREENE:  Object to the extent
14    that calls for attorney-client communications.
15    And in answering the question, I don't want
16    you to reveal any information that you learned
17    or discussed with counsel.
18    BY MR. KINNEY:
19    Q.    I'm asking you when.
20    A.    I don't recall the exact date.
21    Q.    So the question -- was it within the past
22    couple -- you know, was it this week, last
23    week?  Was it before or after you became a
24    consultant?
25    A.    Before.

35

1     Q.    And you became a consultant effective
2     what date?
3     A.    July 1st.
4     Q.    With whom did you have that discussion?
5          MR. GREENE:  He's just asking for a
6     name, you can just give him a name.  And I
7     don't want any substance to be discussed.
8          THE WITNESS:  Carrie Wolski.
9     BY MR. KINNEY:
10    Q.    Anybody else?
11    A.    Are you asking who it was discussed with
12    along the way or initially?
13    Q.    Initially.
14    A.    The first time, no, it would just have
15    been Mrs. Wolski.
16    Q.    And with whom else have you had
17    discussions regarding your testifying as
18    Michael Foods' corporate representative?
19    A.    Bill Greene.
20    Q.    Anybody else?
21    A.    Doug Boettge.
22    Q.    Anybody else?
23    A.    Carrie Anderson.
24    Q.    Okay.  Anyone else?
25    A.    No.

36

1     Q.    And since on or about July 1, how many
2     discussions have you had with those
3     individuals that you just identified regarding
4     your acting as one of the corporate designees
5     for Michael Foods?
6     A.    I'm sorry, since which date?
7     Q.    Since your first conversation.
8     A.    Okay.  Okay.  Three conversations.
9     Q.    Okay.  When was the most recent one?
10    A.    Yesterday.
11    Q.    And the one yesterday was with whom?
12    A.    Bill Greene and Carrie Anderson.
13    Q.    What's your best understanding of when it
14    was decided that you actually would testify as
15    a corporate representative for the company?
16         MR. GREENE:  Objection, calls for
17    speculation, lack of foundation.
18         THE WITNESS:  Early summer of this
19    year.
20    BY MR. KINNEY:
21    Q.    As part of the -- as part of this
22    process, did you identify the topics that you
23    could testify on?
24    A.    No.
25    Q.    How were the topics identified that you

37

1     would address as Michael Foods' designee?
2          MR. GREENE:  Objection, lack of
3     foundation, calls for speculation.  And also
4     caution you, in answering you should not
5     reveal any information discussed with counsel,
6     either outside counsel, myself, Ms. Anderson
7     or with Ms. Wolski.
8          THE WITNESS:  I did not decide
9     which topics to be discussed.
10    BY MR. KINNEY:
11    Q.    Did you provide information about the
12    topics that you're knowledgeable about?
13    A.    Yes.
14    Q.    You are aware of the fact that certain of
15    the topics for which you were originally
16    designated have been eliminated?
17    A.    I am not aware of that, no.
18    Q.    You didn't know that earlier in this week
19    you were designated to testify for additional
20    topics and that those are not reflected in
21    Exhibit W?
22    A.    No.
23    Q.    And...
24         (Exhibit V marked for
25    identification.)

**10 (Pages 34 to 37)**

**HIGHLY CONFIDENTIAL**

38

BY MR. KINNEY:
1
2 Q. Let me show you what's been marked as
3 Exhibit V, as in Victor. And it's a July 15,
4 2013 letter from William Greene to various
5 individuals regarding the Bebee deposition.
6 And my question is -- first is: Have you seen
7 Exhibit V before?
8 A. (Reviews document.) Yes, I have.
9 Q. All right. And are there not certain
10 topics reflected on Exhibit V that are not
11 reflected on Exhibit W, and in particular,
12 topics 3, 4, 5, 6, 24 and 25?
13 A. Yes.
14 Q. All right. Does that refresh your
15 recollection that there have been certain
16 topics that were -- for whom you were
17 originally designated as the representative
18 that have now been taken out?
19 A. Yes.
20 Q. Did you participate in discussions with
21 Mr. Greene and others regarding the change in
22 the topics for which you're the corporate
23 designee?
24 MR. GREENE: It's a yes or no
25 question. You can answer it yes or no. But

39

1 other than that, I don't want you to reveal
2 any attorney-client communications.
3 THE WITNESS: Yes.
4 BY MR. KINNEY:
5 Q. Did you ask for that change?
6 MR. GREENE: Objection. That calls
7 for attorney-client communications.
8 MR. KINNEY: No, it doesn't.
9 MR. GREENE: Sure it does.
10 MR. KINNEY: Of course not. It's a
11 straightforward question; did he ask for it.
12 BY MR. KINNEY:
13 Q. Did you, Mr. Bebee, ask for that change?
14 MR. GREENE: Right.
15 BY MR. KINNEY:
16 Q. I'm not asking you to get into any
17 conversations that you had with Mr. Greene.
18 Did you ask for that change?
19 MR. GREENE: And I'm objecting.
20 MR. KINNEY: Are you going to
21 instruct him to answer or not answer?
22 MR. GREENE: I'm going to instruct
23 him not to answer the question.
24 BY MR. KINNEY:
25 Q. Do you follow your counsel's advice?

40

1 A. Yes.
2 Q. Are there any topics that you are going
3 to testify to today where you're
4 testifying -- where you're not testifying
5 based at least on part on your personal
6 knowledge?
7 MR. GREENE: Objection, confusing.
8 BY MR. KINNEY:
9 Q. Let me explain it to you. The other way
10 is: Are there any topics that you are going
11 to testify to today where you had no personal
12 knowledge and what you did was you educated
13 yourself so that you could testify on that
14 topic today?
15 MR. GREENE: Same objection.
16 THE WITNESS: No.
17 BY MR. KINNEY:
18 Q. For the topics that you are the designee,
19 are there others at Michael Foods who have
20 knowledge or information regarding those
21 topics?
22 A. Yes.
23 Q. For the topics that you are going to
24 cover today as the corporate designee, what
25 did you do to prepare to testify?

41

1 A. Couple decades of experience.
2 Q. Did you meet with your lawyers to prepare
3 to testify regarding those topics?
4 A. I met with my lawyers.
5 Q. Sure. And how many meetings did you have
6 to prepare for your deposition?
7 A. I believe it was three, as I earlier
8 answered.
9 Q. So three. I'm not sure that you said
10 three before. So you had one yesterday?
11 A. Yes.
12 Q. And when were the other two?
13 A. Had a meeting in June and a meeting I
14 believe in late May.
15 Q. And the meeting in June, who participated
16 in that?
17 A. Bill Greene and Carolyn Wolski.
18 Q. And the one in late May?
19 A. Bill Greene and Doug Boettge.
20 Q. The meeting yesterday was here in
21 Minneapolis?
22 A. Yes.
23 Q. All right. And the one in June was
24 where?
25 A. Here in Minneapolis.

11 (Pages 38 to 41)

**HIGHLY CONFIDENTIAL**

42

1    Q.    And same for the one in late May?
2    A.    Yes, sir.
3    Q.    Okay.  Other than the face-to-face -- the
4    three face-to-face meetings did you have
5    telephone calls to prepare for your
6    deposition?
7    A.    I don't recall any telephone calls other
8    than to talk about a meeting timing.
9    Q.    And for the topics that you're going to
10   cover as reflected on Exhibit W, what did you
11   do to determine whether Michael Foods, the
12   company, had additional or other information
13   beyond your personal knowledge?
14   A.    I didn't do anything.
15   Q.    Okay.  To prepare for your testimony as
16   the corporate designee, did you review
17   documents?
18   A.    Yes.
19   Q.    Were the documents ones that you
20   identified?
21   A.    No.
22   Q.    These were ones that were shown to you by
23   your counsel?
24   A.    Yes.
25   Q.    To prepare to testify here today, did you

43

1    meet or talk with anyone at Michael Foods
2    other than your lawyers?
3    A.    No.
4    Q.    Did you -- you didn't talk to Terry Baker
5    or Toby Catherman?
6    A.    The only discussion I had with
7    Terry Baker was just to make him aware that I
8    was giving my deposition on this date.
9    Q.    And when did you talk to Terry Baker to
10   tell him that?
11   A.    I don't recall.  Since it's been
12   scheduled.
13   Q.    So you didn't ask Mr. Baker or
14   Mr. Catherman whether they had any additional
15   or different information on the topics that
16   you're going to cover as the corporate
17   representative?
18   A.    Absolutely not.
19   Q.    If you could look at Exhibit W, which is
20   the July 17, 2013, letter.  There are two
21   footnotes.  One is for topic 1 and the other
22   is for topic 15.  And they both say
23   essentially the same thing, that your
24   testimony is limited -- on those topics is
25   limited to your own personal knowledge and

44

1    participation in those topics, is that
2    correct?
3    A.    Yes, sir.
4    Q.    All right.  And do you understand that
5    others at Michael Foods have knowledge about
6    topics 1 and 15?
7    A.    Yes, sir.
8    Q.    Did you have any understanding who, other
9    than you, will also testify as the company's
10   representative regarding topics 1 and 15?
11   A.    No.
12   Q.    Overall, what's your best estimate of how
13   much time you spent to prepare to testify in
14   your deposition?
15   A.    Twenty hours.
16   Q.    Did you participate in any search for
17   documents, searches for documents that were
18   requested as part of the discovery in this
19   case?
20   A.    I provided what I made available, what
21   existed.
22   Q.    All right.  And these were documents that
23   you had in Nebraska?
24   A.    Yes, sir.
25   Q.    Were all those documents at your office,

45

1    or did you have any at home?
2    A.    They were all at my office.
3    Q.    And did that include electronic
4    documents, things on your computer?
5    A.    Yes, sir.
6    Q.    Do you still -- as a consultant, are you
7    still based in Wakefield, Nebraska?
8    A.    Yes, sir.
9    Q.    Okay.  And has it been determined how
10   long you will serve as a consultant to Michael
11   Foods?
12   A.    Yes.
13   Q.    And how long is that?
14   A.    Ten months.
15   Q.    Ten months?
16   A.    At that point in time it will be
17   reviewed.
18   Q.    Did you ask others within Michael Foods
19   to look for documents as part of the
20   discovery?
21   A.    I did not, no.
22   Q.    We talked a little bit before about
23   Waldbaum.  What was or is MG Waldbaum?
24   A.    It is the company that -- the legal
25   entity that the egg producing operations fall

**12 (Pages 42 to 45)**

**HIGHLY CONFIDENTIAL**

46

1    under.
2    Q.    And before Waldbaum was part of Michael
3    Foods, what business was it engaged in?
4    A.    Egg products.
5    Q.    And did it have layer hens that produced
6    eggs?
7    A.    Yes.
8    Q.    And what did you do -- this is
9    pre-Michael Foods, what did you do for
10   Waldbaum? I think you said you started there
11   in 1980?
12   A.    Yes, I held a number of positions over
13   time and built up and took more responsibility
14   as time went on.
15   Q.    Okay. And was it the focus of your
16   various positions on the layer hen side of
17   Waldbaum's operations?
18   A.    Yes, it was. I did have one short stint
19   where I was in processing plant management.
20   Q.    And when you -- once Waldbaum became part
21   of Michael Foods, did you continue to focus on
22   the layer hen side of the business?
23   A.    Yes.
24   Q.    Okay. When did you get the title VP live
25   production?

47

1    A.    It was in approximately '92.
2    Q.    And between 1988 and 1992, during that
3    entire time frame were you working on layer
4    hen kinds of issues?
5    A.    The time that I was involved in the
6    processing plant was approximately '91, so
7    that's that short period where I was not
8    working with the farms and the layers.
9    Q.    And let's just take since you've been VP
10   live production. As VP live production what
11   were your responsibilities?
12   A.    To oversee all the farm operations and
13   everything that has to do with operating and
14   running those.
15   Q.    And did your responsibilities as VP live
16   production change at all over time from 1992
17   forward?
18   A.    No, just configurations of farms may have
19   changed; but the responsibilities, no.
20   Q.    And as VP live production, to whom did
21   you report?
22   A.    The president of the egg company.
23   Q.    And I know you may have had a lot of
24   people, but who are the primary people who
25   report -- reported directly to you as VP live

48

1    production?
2    A.    The operations managers at the farms, the
3    company veterinarian, the company
4    nutritionist, contract flock manager.
5    Q.    So there's an operations manager at each
6    of the farms?
7    A.    Yes, sir.
8    Q.    And --
9    A.    I should say at each of the locations
10   there are multiple farms at -- at --
11   communities, so there may be one manager
12   at -- in a community.
13   Q.    All right. As VP live production, what
14   kinds of reports did you prepare on a regular
15   basis?
16   A.    For my superior?
17   Q.    Yes.
18   A.    Is that the question?
19         Main report was a monthly scorecard of
20   key indicators and productivity and results
21   along with a quarterly project update.
22   Q.    Is there a name for the quarterly project
23   update other than quarterly project update?
24   A.    Actually, no.
25   Q.    And the two reports that you mentioned,

49

1    the key indicators and the quarterly project
2    update, did you submit those electronically?
3    A.    Yes, sir.
4    Q.    As VP live production, what reports did
5    you receive on a regular basis?
6    A.    The monthly financial reports. Most
7    other reports are as needed or as I called for
8    them.
9    Q.    Did you get --
10   A.    Excuse me, I did -- do receive a farm
11   operations manager's monthly report or a
12   report -- basically a report from my direct
13   reports on their monthly activities.
14   Q.    Okay.
15   A.    Also did receive a monthly UEP compliance
16   report.
17   Q.    All right. And who prepared that monthly
18   UEP compliance report?
19   A.    Kori Leske.
20   Q.    And where is Kori based?
21   A.    Le Sueur, Minnesota.
22   Q.    We talked briefly before about UEP. What
23   is United Egg Producers?
24         MR. GREENE: Objection, vague.
25         THE WITNESS: It's a producer

**13 (Pages 46 to 49)**

**HIGHLY CONFIDENTIAL**

---

**50**

1  organization developed to meet the needs of
2  egg producers in regard to regulatory issues,
3  environmental, animal welfare, food safety
4  issues.
5  BY MR. KINNEY:
6  Q.    Does UEP sell the output of its members?
7  A.    Does it what?
8  Q.    Does it solve the production of its
9  members?
10  A.    No.
11  Q.    Does UEP act as the bargaining agent for
12  its members to negotiate prices with the
13  customers?
14        MR. GREENE:  Objection, lack of
15  foundation.
16        THE WITNESS:  No.
17  BY MR. KINNEY:
18  Q.    Who belongs to UEP?
19        MR. GREENE:  Objection, lack of
20  foundation.
21        THE WITNESS:  I certainly can't
22  name off all the companies, but I understand
23  there are about 210 million of the 280 million
24  birds, the companies that represent those
25  birds, that they are members of UEP.

**51**

1  BY MR. KINNEY:
2  Q.    Are there any requirements for being a
3  member in UEP?
4        MR. DAVIS:  Objection, lack of
5  foundation.
6        THE WITNESS:  Pay dues.
7  BY MR. KINNEY:
8  Q.    Any other requirement you can think of to
9  be a UEP member?
10  A.    You have to be an egg producer, I
11  believe.
12  Q.    And what is an egg producer?
13        MR. GREENE:  Objection, vague.
14        THE WITNESS:  Someone that owns
15  chickens and farms and produces eggs.
16  BY MR. KINNEY:
17  Q.    Right.  So I own three hens in my
18  backyard, can I join UEP?
19        MR. GREENE:  Objection.  Hold it.
20  Give me a chance to object.  Objection, calls
21  for speculation and lack of foundation.
22        THE WITNESS:  As far as I know, you
23  could be a member.
24  BY MR. KINNEY:
25  Q.    So as far as you know, there's no

**52**

1  requirement in terms of the number of hens
2  that you have to have or the number of eggs
3  you produce to be a UEP member?
4  A.    Not to my knowledge.
5  Q.    Is Michael Foods an egg farmer?
6  A.    Yes.
7  Q.    I'm going to show you what's been marked
8  as Exhibit A --
9        (Exhibit Number A marked for
10  identification.)
11  BY MR. KINNEY:
12  Q.    -- which is an excerpt from the 2012 Form
13  10-K for Michael Foods Group Inc.  And
14  directing your attention in Exhibit A to the
15  third page, there is a heading General.
16        Do you see that?
17  A.    Yes, sir.
18        MR. GREENE:  John, just for the
19  record, can you just elaborate this is not the
20  entire 10-K.  Can you just elaborate on what
21  this excerpt is from the 10-K?
22        MR. KINNEY:  It's what I want to
23  direct his attention to.
24        MR. GREENE:  Okay.  For the record,
25  there's five pages total, some pages blank and

**53**

1  some pages portions are blank.
2        Go ahead and ask your question.
3  BY MR. KINNEY:
4  Q.    All right.  So in this filing with the
5  SEC for the year end 2012, Michael Foods
6  describes itself stating, quote:  We are a
7  diversified producer and distributor of food
8  products in three segments; egg products,
9  refrigerated potato products and cheese and
10  other dairy case products.
11        Does that say anything about Michael
12  Foods being an egg farmer?
13        MR. GREENE:  Objection, the
14  document speaks for itself.
15        MR. RAYLE:  Move to strike the
16  objection.
17        MR. KINNEY:  Wait a minute.  I'm
18  happy to go along with certain objections
19  certainly for privilege.  But, you know, at
20  some point the speaking objections are
21  ridiculous.  You had your chance to prepare
22  the witness.  I don't want to hear things
23  like, "The document speaks for itself."  It's
24  a nonsensical objection.  You'll have your
25  chance -- you know, if you don't like our

**14 (Pages 50 to 53)**

**HIGHLY CONFIDENTIAL**

54

1    questions, you can ask him on redirect.
2            But speaking objections are highly
3    improper, they are not provided for in the
4    Federal Rules of Civil Procedure, and I will
5    kindly ask that you refrain from doing them.
6            MR. GREENE:  I disagree to your
7    characterization of the objection.  But you've
8    made your point for the record.
9            MR. RAYLE:  Madam reporter, would
10   you note my objection to that question.  I
11   move to strike it, the objection.  It's
12   improper.
13   BY MR. KINNEY:
14   Q.   All right.  After all of that, do you
15   have the question in mind -- does the 10-K say
16   anything about Michael Foods being an egg
17   farmer?
18   A.   It says that we are a producer.
19   Q.   It says you are a diversified producer
20   and distributor of food products in three
21   segments, egg products, correct?
22   A.   Yes, sir.
23   Q.   Let me show you what's been marked
24   previously as Exhibit K.
25           (Exhibit K marked for

55

1    identification.)
2    BY MR. KINNEY:
3    Q.   For the record, Exhibit K is an excerpt
4    from Michael Foods' Form 10-K for the year
5    ending December 31, 1995.  And directing your
6    attention in Exhibit K on the third page of
7    the document, up -- the last full paragraph
8    before there's a heading Refrigerated
9    Distribution.
10           Do you see that?
11   A.   Yes.
12   Q.   All right.  And the paragraph above that
13   it states that:  The company's shell egg and
14   egg products businesses are fully integrated
15   from the production and maintenance of laying
16   flocks through processing of shell eggs and
17   further processed egg products.
18           Is that a correct statement?
19   A.   Yes.
20   Q.   Is it correct that historically a portion
21   of Michael Foods and the Waldbaum egg
22   production and processing facilities were
23   located in Nebraska?
24   A.   Yes.
25   Q.   And are you familiar with the provision

56

1    in the Nebraska State Constitution that
2    prohibited corporations from engaging in
3    farming or ranching in Nebraska?
4            MR. GREENE:  Objection to the form
5    of the question.
6            THE WITNESS:  Somewhat familiar.
7    BY MR. KINNEY:
8    Q.   Okay.  And in Exhibit K that you have
9    before you, if you go the second page from the
10   end of the document, there's a heading, do you
11   see it, Nebraska Constitutional Provision?
12   A.   I see it.
13   Q.   And it states -- at the bottom of that
14   paragraph it refers to the constitutional
15   provision that we just discussed and states:
16   The company believes that the egg production
17   facilities of Waldbaum are part of Waldbaum's
18   integrated facilities for the production,
19   processing and distribution of egg products
20   and therefore that any agricultural land
21   presently owned by Waldbaum is being used for
22   non-farming and non-ranching purposes.
23           Is that a correct statement based on your
24   knowledge?
25           MR. GREENE:  Objection, the

57

1    question is vague and also object to the
2    extent it calls for a legal conclusion.
3            THE WITNESS:  Would you please
4    repeat the question.
5    BY MR. KINNEY:
6    Q.   Sure.  That statement that I read to you
7    that starts:  The company believes... and so
8    on that's in the paragraph under Nebraska
9    Constitutional Provision in Exhibit K, is that
10   a correct statement?
11           MR. GREENE:  Same objection.
12   BY MR. KINNEY:
13   Q.   And in particular, that the -- that the
14   land used by Waldbaum is therefore not being
15   used for farming or ranching purposes?
16   A.   Correct.
17   Q.   Are you familiar with something that's
18   referred to as the Capper-Volstead Act?
19   A.   Somewhat familiar with it.
20   Q.   And just what's your general
21   understanding of what Capper-Volstead is?
22           MR. DAVIS:  I just want to state an
23   objection to any legal advice that was
24   provided to the witness from counsel for UEP.
25   BY MR. KINNEY:

**15 (Pages 54 to 57)**

**HIGHLY CONFIDENTIAL**

58

1   Q.   Do you have the question in mind?
2   A.   Would you repeat it, please.
3   Q.   Sure.  What's your understanding of what
4   Capper-Volstead provides for generally?
5   A.   That you have to have some ownership of
6   hens to comply.
7   Q.   Do you have any understanding of how
8   Capper-Volstead applies to UEP?
9   A.   Not specifically.
10   Q.   Do you have any understanding of how
11   Capper-Volstead applies to Michael Foods'
12   participation in UEP?
13   A.   No.
14   Q.   Who at Michael Foods, based on your
15   knowledge and experience, is most
16   knowledgeable about Capper-Volstead?
17   A.   Terry Baker.
18   Q.   And if you had a question about
19   Capper-Volstead, is Terry Baker the person
20   that you'd ask?
21   A.   He may be the person that I would start
22   with.
23   Q.   Have you ever asked Terry Baker questions
24   about Capper-Volstead?
25   A.   No.

59

1   Q.   Have you ever asked anybody else at
2   Michael Foods questions about Capper-Volstead?
3   A.   No.
4   Q.   Did Michael Foods ever provide
5   certificates or statements of compliance with
6   Capper-Volstead to UEP?
7   A.   I don't know.
8        (Exhibit R marked for
9   identification.)
10   BY MR. KINNEY:
11   Q.   Let me show you what we've marked as
12   Exhibit R.  And for the record, Exhibit R is a
13   letter from Chad Gregory to UEP members dated
14   December 5, 2003.  It's coded MFI0001880,
15   1881.
16        Have you had a chance to take a look at
17   Exhibit R?
18   A.   Yes.
19   Q.   All right.  And did you see this letter
20   and the attached Capper-Volstead certification
21   form in or about December 2003?
22   A.   No.
23   Q.   Have you ever seen this?
24   A.   Yes.
25   Q.   When was the first time you saw it?

60

1   A.   Yesterday.
2   Q.   Did you see -- prior to yesterday did you
3   ever see any other requests from UEP for
4   Capper-Volstead certifications?
5   A.   No.
6   Q.   Did Michael Foods, to your knowledge,
7   provide certifications that more than
8   50 percent of all eggs handled by Michael
9   Foods, including eggs produced, contracted or
10   purchased, are produced on farms owned or
11   operated by Michael Foods?
12   A.   I'm not aware of that.
13        (Exhibit T marked for
14   identification.)
15   BY MR. KINNEY:
16   Q.   Let me show you what we've marked as
17   Exhibit T.  Exhibit T is excerpts from the
18   Michael Foods' Form 10-K for the year ending
19   December 31, 2003.
20        And Mr. Bebee, my question is directing
21   your attention to the third page of Exhibit T,
22   the last full paragraph on page 2 which starts
23   in 2003.
24        Do you see that?
25   A.   Yes.

61

1   Q.   All right.  And is it correct as stated
2   in Exhibit T that in 2003 approximately
3   30 percent of the divisions, and the divisions
4   being the egg products divisions, egg needs
5   were satisfied by production from our owned
6   hens with a balance being purchased under
7   third-party egg procurement contracts in the
8   spot market?
9   A.   Are you asking me if that's --
10   Q.   Is that a correct statement?
11   A.   To the best of my knowledge, yes.
12   Q.   As part of Michael Foods UEP membership,
13   was Michael Foods asked to certify that over
14   50 percent of all eggs that Michael Foods
15   handled were produced on farms owned or
16   operated by Michael Foods?
17   A.   I don't know that.
18        (Exhibit S marked for
19   identification.)
20   BY MR. KINNEY:
21   Q.   Let me show you what's been marked as
22   Exhibit S.  For the record, Exhibit S is a
23   one-page document that has the caption United
24   Egg Producers Membership Agreement coded
25   UE0148015.

16 (Pages 58 to 61)

**HIGHLY CONFIDENTIAL**

---

**62**

1    A.    (Reviews document.)
2    Q.    Have you seen that before?
3         MR. GREENE:  Would counsel be
4    willing to frame that question to exclude
5    communications with counsel as in apart
6    from --
7    BY MR. KINNEY:
8    Q.    Apart from your meetings and
9    conversations with your counsel to prepare for
10   your deposition have you seen Exhibit S
11   before?
12   A.    No.
13   Q.    Are the handwriting and signatory on
14   Exhibit S Terry Bakers?
15   A.    It appears to be, yes.
16   Q.    Did you ever discuss, whether it's
17   Exhibit S, or any other UEP membership
18   agreement with Mr. Baker?
19   A.    Certainly discussed becoming a member of
20   the certified program.
21   Q.    Did you ever discuss with Mr. Baker the
22   certification that's included in this
23   agreement which states:  Certification, I
24   hereby certify that all of the above
25   information is correct and that over

---

**63**

1    50 percent of all eggs handled by our company,
2    including eggs produced, contracted or
3    purchased, are produced on farms owned or
4    operated by our company?
5    A.    I do not recall such a conversation.
6    Q.    And is it your understanding that
7    throughout the decade the 2000s, from 2000
8    forward, that Michael Foods has satisfied less
9    than 50 percent of its total egg needs from
10   company-owned production?
11   A.    Would you repeat the question.
12   Q.    Let's take the time frame from 2000 to
13   the present.  Is it your understanding during
14   that entire time frame that Michael Foods
15   obtained less than 50 percent of its total egg
16   needs from company-owned hens?
17   A.    Yes.
18   Q.    And wasn't it usually in the 30 percent
19   range?
20   A.    Yes, sir.
21   Q.    Have you ever -- I'm not asking for what
22   it is, it's just a question of have you ever
23   sought or received advice on whether Michael
24   Foods is an egg farmer or an egg producer for
25   Capper-Volstead purposes?

---

**64**

1    A.    No.
2    Q.    Have you ever asked anyone, any nonlawyer
3    at Michael Foods whether Michael Foods is an
4    egg producer for Capper-Volstead purposes?
5    A.    No.
6    Q.    Have you ever -- and again, I'm not
7    asking for what the advice is.  Have you ever
8    sought or received advice on whether UEP is a
9    qualified Capper-Volstead cooperative?
10   A.    No.
11   Q.    Have you ever asked any non-lawyers at
12   Michael Foods whether UEP is a qualified
13   Capper-Volstead cooperative?
14   A.    No.
15   Q.    Let's see, I -- you've attended from time
16   to time UEP meetings, correct?
17   A.    Yes, I have.
18   Q.    And as part of those meetings, do you
19   from time to time meet informally with other
20   attendees to have dinner, to go out to a ball
21   game or have a drink?
22   A.    Sure.
23   Q.    Okay.  Have you ever discussed within
24   those informal settings whether all UEP
25   members are egg producers?

---

**65**

1    A.    Not that I recall.
2    Q.    Have you ever discussed in those
3    situations whether UEP is a Capper-Volstead
4    cooperative?
5    A.    Not that I recall.
6    Q.    Can you recall what kinds of things you
7    discussed with the other attendees in those
8    informal settings at UEP meetings?
9    A.    Mainly personal items.
10   Q.    Have you ever heard of a law firm by the
11   name of Bran and Isaacson?
12   A.    Yes, I have.
13   Q.    Do you know understand Bran and Isaacson
14   is counsel for UEP?
15   A.    I understand that.
16   Q.    As far as you know has Bran and Isaacson
17   ever represented Michael Foods?
18   A.    Not to my knowledge.
19   Q.    Have they ever represented you?
20   A.    No.
21   Q.    Have you ever asked anyone for
22   information on whether Michael Foods is an egg
23   farmer for Capper-Volstead purposes?
24        MR. DAVIS:  I'll object insofar as
25   the question calls for advice provided from

---

**17 (Pages 62 to 65)**

**HIGHLY CONFIDENTIAL**

66

1     counsel for UEP.
2          THE WITNESS:  No.
3     BY MR. KINNEY:
4     Q.   Have you asked anyone for information on
5     whether UEP is a qualified Capper-Volstead
6     cooperative?
7          MR. DAVIS:  Same objection.
8          THE WITNESS:  No.
9     BY MR. KINNEY:
10    Q.   Does Michael Foods belong to any entity
11    other than UEP that claims to be a
12    Capper-Volstead cooperative?
13         MR. GREENE:  Objection, lack of
14    foundation.
15         THE WITNESS:  Not to my knowledge.
16    BY MR. KINNEY:
17    Q.   Are you familiar with Urner Barry?
18    A.   Yes.
19    Q.   And have you ever attended -- Urner Barry
20    sponsors -- I think they are called executive
21    conferences for the egg and poultry industry,
22    have you ever attended any of those?
23    A.   Never.
24    Q.   Do you know whether anybody else at
25    Michael Foods has?

67

1     A.   Yes.
2     Q.   Who has?
3     A.   Terry Baker.
4     Q.   Anybody else?
5     A.   Toby Catherman, Pat Melena, Lowell
6     Ostrand.
7     Q.   Anybody else?
8     A.   Those are the only ones I know for sure.
9     Q.   Who are the largest producers of eggs
10    today, what company?
11         MR. GREENE:  Objection, lack of
12    foundation.
13         THE WITNESS:  I don't know the
14    order exactly.  But Cal-Maine Foods is a large
15    one.  Rose Acre Farms is a large one.
16    BY MR. KINNEY:
17    Q.   Any others?
18    A.   Sparboe is a large producers, producer.
19    Daybreak Foods is a large producer.
20    Q.   Any others?
21    A.   Ohio Fresh.  I have trouble keeping track
22    of the names, how they change over time.
23    Q.   Okay.  How does Michael Foods rank as an
24    egg producer?
25    A.   I don't focus on that.  But I believe

68

1     we're about fifth in bird numbers.
2     Q.   And I know you said you don't pay careful
3     attention.  But is it your impression that
4     Michael Foods' ranking as an egg producer has
5     changed over time?
6     A.   Yes.
7     Q.   Has it gone down in the rankings?
8     A.   Yes.
9     Q.   Who at Michael Foods is most
10    knowledgeable about layer hen flock size and
11    reasons for changes in flock sizes?
12    A.   Probably myself.
13    Q.   I'm sorry?
14    A.   Myself.
15    Q.   So is there anybody at Michael Foods who
16    is more knowledgeable about flock size --
17    about its flock size than you?
18    A.   About its company-owned flock size, no.
19    Q.   Okay.  So if you had questions about
20    Michael Foods' flock size, you'd ask yourself,
21    you would already know it?
22    A.   I wouldn't guarantee that I would know
23    the answer to every question, but I would get
24    it from one of my people.
25    Q.   Right.  Okay.  Who at Michael Foods is

69

1     most knowledgeable about chick hatch or chick
2     purchases?
3     A.   There are other people that know more
4     details than I do.  But from an overall
5     standpoint, it should be myself.
6     Q.   Okay.  And who at Michael Foods is most
7     knowledgeable about its egg production volume?
8     A.   That would be myself.
9     Q.   And who is most knowledgeable about
10    Michael Foods' egg production costs?
11    A.   It would be myself.
12    Q.   Who at Michael Foods is most
13    knowledgeable about new facilities for layer
14    hens that Michael Foods constructed or
15    acquired?
16    A.   Myself.
17    Q.   And who at Michael Foods is most
18    knowledgeable about renovations or remodeling
19    of existing facilities for layer hens at
20    Michael Foods?
21    A.   Myself.
22    Q.   In its SEC filings, the 10-Ks, Michael
23    Foods used to refer to itself as the second
24    largest producer of eggs or the fourth largest
25    producer of eggs and there is no longer any

18 (Pages 66 to 69)

**HIGHLY CONFIDENTIAL**

**70**

1  statement about how it ranks as an egg
2  producer. Do you know why that statement was
3  eliminated?
4        MR. GREENE: Objection, lack of
5  foundation.
6        THE WITNESS: No, I don't.
7  BY MR. KINNEY:
8  Q.   Did anybody consult with you about that?
9  A.   No.
10 Q.   Since 2000, has Michael Foods' flock size
11 increased or decreased?
12 A.   Decreased.
13 Q.   From approximately what to what? What
14 was the high, what was the low?
15 A.   We were at approximately 13 and a half
16 million and now we're at approximately ten and
17 a half million.
18 Q.   When you started at Michael Foods in or
19 about 1998, how many layer hens did Michael
20 Foods have then?
21 A.   I would have to check. I don't recall.
22 Q.   It was something less than 13.5 million?
23 A.   I'm not sure without checking.
24 Q.   Okay. And from the time you joined the
25 company, joined Michael Foods in 1988 from --

**71**

1  generally for some period of time did the
2  flock size increase?
3  A.   I would have to go back and check the
4  actual flock numbers. Pretty much maintained
5  until -- for the most part until signing on
6  the UEP program.
7  Q.   So things were pretty much the same in
8  that 13.5 million range until about 2006?
9  A.   Generally. There was some ups and downs,
10 but always is.
11       MR. GREENE: John, how are we
12 looking in terms of a break? At some
13 point -- some time soon?
14       MR. KINNEY: Right now is fine.
15       THE VIDEOGRAPHER: Off record.
16 The time is 9:42.
17       (Recess.)
18       THE VIDEOGRAPHER: We are back on
19 the record.
20       The time is 9:55.
21       (Exhibit B marked for
22 identification.)
23 BY MR. KINNEY:
24 Q.   Mr. Bebee, let me show you what's been
25 marked as Exhibit B, which is an excerpt from

**72**

1  the Michael Foods' Form 10-K for the year
2  ending 2012.
3        MR. GREENE: Do you have one for
4  me, John?
5        MR. KINNEY: I'm sorry.
6  BY MR. KINNEY:
7  Q.   Directing your attention to the second
8  page of Exhibit B is the list of facilities, a
9  complete and correct list of the locations
10 where Michael Foods has layer hens or pullets
11 today?
12 A.   Where we have company-owned hens or owned
13 facilities? Which did you say?
14 Q.   Is it a complete list of locations where
15 Michael Foods has layer hens or pullets today?
16 A.   No, it is not.
17 Q.   What's not included?
18 A.   Contract flocks.
19 Q.   Okay. We'll talk about those. With the
20 exception of the contract -- the hens that are
21 housed at contract facilities, does this
22 reflect all the locations where Michael Foods
23 has layer hens or pullets?
24 A.   Yes, it does.
25 Q.   And just so we understand -- so using

**73**

1  Gaylord, Minnesota, for example, it says: Egg
2  production, pullet houses. Does that mean it
3  has both layer hens and pullets?
4        MR. GREENE: Wait just for a
5  minute.
6        THE WITNESS: Well, if you will
7  notice, it is listed separately.
8  BY MR. KINNEY:
9  Q.   Right.
10 A.   Egg production --
11 Q.   I see.
12 A.   -- will be laying hens. And egg
13 production pullet houses would be where birds
14 are grown.
15 Q.   All right. Great. So the pullet houses
16 are Gaylord, Minnesota; Wakefield, Nebraska
17 and Plainfield, Nebraska, correct?
18 A.   Yes.
19 Q.   I've seen references in some of the
20 documents to something called Lake Prairie.
21 What's that?
22 A.   That's the name of the farm in Le Sueur,
23 Minnesota.
24 Q.   Same thing, there have been references to
25 something called Golden Egg?

**19 (Pages 70 to 73)**

**HIGHLY CONFIDENTIAL**

---

**74**

1  A.   There is the layer farm at Gaylord,
2  Minnesota.
3  Q.   Somebody from Nebraska.  What and where
4  is Big Bread?
5  A.   That is at Wakefield, Nebraska.
6  Q.   And if even worse, what and where is
7  Husker Pride?
8  A.   That is also at Wakefield, Nebraska.
9  Q.   Did you name those?
10  A.   No.
11  Q.   Do all the hens have to be dressed in
12  little red sweaters?
13  A.   No, that would not be the norm.
14       (Exhibit C marked for
15  identification.)
16  BY MR. KINNEY:
17  Q.   Let me show you what we've marked as
18  Exhibit C.  Which is a March 20, 2005 email
19  from Terry Baker to various individuals.  And
20  it's coded MFI0017306 through 309.  And the
21  attachment, is -- there's a
22  reference to a file UEP impact analysis,
23  March 21, 2005.
24       Have you seen Exhibit C prior to the
25  preparation for your deposition?

---

**75**

1  A.   Well, I don't remember the document
2  specifically.  But I have no reason to believe
3  that I haven't seen it.
4  Q.   Okay.  And dropping down there's an email
5  from Terry Baker, Sunday, March 20, 2005,
6  12:42 p.m.
7       Do you see that?
8  A.   I see that.
9  Q.   All right.  And it states:  As per Greg's
10  request, I have attached a file that Tim and I
11  put together to project the impact of
12  implementing the UEP ACC program for MFI.
13       Is the attachment something that you and
14  Terry Baker prepared?
15  A.   It appears to be.
16  Q.   And the Gregg -- as per Gregg's request,
17  is that Gregg Ostrander?
18  A.   That's what the email suggests.
19  Q.   And what was the purpose of this cage
20  density impact analysis that's attached to the
21  email?
22  A.   I believe it to be a document that would
23  give a read on the impact of signing onto the
24  program.
25  Q.   All right.  So if you implemented the UEP

---

**76**

1  cage spacing allowances is what it would mean
2  at Michael Foods?
3  A.   Yes.
4  Q.   And this was showing that if you
5  implemented the cage spacing guidelines, it
6  would reduce the flock size at Michael Foods?
7  A.   Yes.
8  Q.   Did you have any -- once you and
9  Terry Baker put this impact analysis together,
10  did you have any meetings or discussions with
11  others at Michael Foods regarding the study?
12  A.   I don't remember.
13  Q.   In 2005 you were based in Nebraska.
14  Where was Terry Baker based?
15  A.   Nebraska.
16  Q.   And let's see, when was the first year
17  that you -- that Michael Foods started
18  implementing the UEP cage spacing guidelines?
19  A.   When we signed on in 2006.
20  Q.   All right.  And it was with -- when --
21  you started populating houses effective when?
22  A.   We would have populated them according to
23  the schedule after that date.
24  Q.   Right.  So sometime maybe after the
25  middle of 2006 as you started putting -- did

---

**77**

1  you do it so that as -- as you in effect
2  populated a house, a new house, that you would
3  implement the spacing guidelines?
4       MR. GREENE:  Objection, confusing.
5       THE WITNESS:  A new house of birds?
6  Is that your question?
7  BY MR. KINNEY:
8  Q.   Yes.
9  A.   Yes.
10  Q.   That's when you would implement it?
11  A.   Yes.
12  Q.   And so what -- how did that affect the
13  flock size for 2007?
14  A.   I don't remember the numbers
15  specifically.
16  Q.   Okay.  But since 2006 to the present it's
17  gone from about 13.5 to 10.5?
18  A.   Approximately, yes.
19  Q.   Is there a formula that Michael Foods
20  uses to convert shell eggs to what it calls
21  liquid equivalent pounds?
22  A.   I don't deal with the conversion
23  formulas.
24  Q.   All right.  And we talked a little bit
25  before about contract growers.  How many

---

**20 (Pages 74 to 77)**

**HIGHLY CONFIDENTIAL**

78

1  contract growers does Michael Foods use?
2  A.   Currently we have four different
3  producers.
4  Q.   And in the past did you use more contract
5  producers?
6  A.   Yes.
7  Q.   Okay.  How many more?
8  A.   In the '60s we had as many as 70
9  approximately.
10  Q.   And since 2000, approximately how many
11  did you have?
12  A.   It was -- there might have been one more
13  than there is currently, a couple -- they have
14  dropped off over time.  And I don't recall the
15  timing exactly of when they did.
16  Q.   Okay.  And for the contract folks, does
17  Michael Foods own the layer hens that are
18  housed at the contract producers?
19  A.   Yes.
20  Q.   And the four different producers today,
21  where are they located?
22  A.   They're located in Nebraska and South
23  Dakota.
24  Q.   And approximately -- of the 10.5 million
25  hens, approximately how many of those today

79

1  are housed at contract growers?
2  A.   Approximately 1.4 million birds.
3  Q.   And have you had -- you know, back when
4  you had 70 contract growers, was it a higher
5  number that you housed at --
6  A.   It actually was approximately the same
7  number, approximately a million and a half
8  birds.
9  Q.   Okay.  So that's been kind of a
10  consistent number, about 1.5 million
11  company-owned hens are housed at contract
12  growers' facilities?
13  A.   Yes, there have been some dips, typical
14  dips over time and houses that have gone away
15  and houses that come into the picture as new
16  houses too.
17       (Exhibit G marked for
18  identification.)
19  BY MR. KINNEY:
20  Q.   Let me show you what's been marked as
21  Exhibit G.  For the record, it's a document
22  that has the caption Michael Foods Egg
23  Products Company, Cooper Farms UEP Transition
24  Summary.  It's a two-page document.  It's
25  produced as a native file, and it's identified

80

1  as MFI0097528.xls6-27-07.  And the other one
2  is 7607.
3       Mr. Bebee, what is Cooper Farms?
4       MR. GREENE:  Can I just ask, was
5  this produced as a single document?
6       MR. KINNEY:  I believe so.
7       MR. GREENE:  Thank you.
8       MR. KINNEY:  You're welcome.
9       THE WITNESS:  I know it is one of
10  the farms that eggs are procured from.
11  BY MR. KINNEY:
12  Q.   Oh, okay.  Cooper Farms isn't a contract
13  grower?
14  A.   No, not as we define where we own the
15  chickens.
16  Q.   What about these other farms like
17  Lennartz Farm, is Lennartz Farms is --
18  A.   None of these on this report or pages are
19  contract --
20  Q.   Okay.
21  A.   -- farms where we own the birds, company
22  owns the birds.
23  Q.   All right.  And are you familiar with
24  this UEP transition summary that's --
25  A.   No.

81

1  Q.   No.  Do you know who prepared it?
2  A.   No, I don't.
3  Q.   When Michael Foods became a UEP Certified
4  producer, did it require suppliers to comply
5  with the UEP guidelines?
6       MR. GREENE:  Objection, lack of
7  foundation.
8       THE WITNESS:  I'm not the one
9  that's knowledgeable about that.
10  BY MR. KINNEY:
11  Q.   Who would be?
12  A.   Terry Baker and Toby Catherman would more
13  than likely be.
14  Q.   What about for your contract growers that
15  are housing Michael Foods' owned layer hens,
16  did they have to comply with the UEP
17  guidelines?
18  A.   Yes.
19  Q.   What are the documents or reports at
20  Michael Foods that track layer hen
21  populations?
22  A.   We have an SAP flock and feed system is
23  where the majority of the information is
24  tracked.  We also have some specific
25  UEP-required documentation to fill out.

21 (Pages 78 to 81)

**HIGHLY CONFIDENTIAL**

82

1    Q.    And within the SAP system, is there any
2    particular -- by title, any particular report
3    or reports that track layer hen population?
4    A.    Flock progress report would be the name
5    of the main report.
6    Q.    Does the flock progress report include
7    egg production?
8    A.    Yes.
9    Q.    Is there a report within SAP that tracks
10   the costs related to layer hens and egg
11   production?
12   A.    Only partial cost-only fee, only-fee
13   cost.
14   Q.    And is there a name or title for that
15   report?
16   A.    That would also be on the flock progress
17   report.
18   Q.    What about other costs of labor and
19   things like that --
20   A.    Not on that report.  That report would
21   just include production information, eggs laid
22   and egg weight and the feed consumed by the
23   birds and the cost of that feed.
24   Q.    Is there any report that tracks other
25   kinds of costs that are related to egg

83

1    production?
2    A.    Yes.
3    Q.    And what's that?
4    A.    I don't deal with those reports.  Once
5    again, I get summary reports at month end from
6    our controller.
7    Q.    Who deals with those other costs?
8    A.    That would be Nancy Breitkreutz.
9    Q.    Can you spell her name?
10   A.    I'll try.  B-r-e-i-t-k-r-e-i-t-z [sic].
11   Q.    And -- that's pretty good.  I don't know.
12   Sounds good to me.  Of course I have a partner
13   named Jim Malysiak.  So you try and spell
14   that.
15       Where is Nancy based?
16   A.    Wakefield.
17   Q.    What's your best estimate of the number
18   of eggs that the company-owned hens produced
19   in 2012?
20   A.    That would be approximately -- trying to
21   recollect, I think it would be approximately
22   280 million dozen.
23   Q.    And we talked before about how the flock
24   has gone down from 13 and a half to
25   10.5 million.  Has egg production gone down in

84

1    proportion to the flock size reduction?
2    A.    Egg production has actually improved
3    slightly as the birds have had more space.
4    And mortality has improved also, which equates
5    to more overall production.  We actually have
6    also decreased in production overall because
7    of proprietary customer-based programs where
8    we have taken birds out, which equates to less
9    dozens overall and the liquid being produced.
10   Q.    All right.
11       (Exhibit H marked for
12   identification.)
13   BY MR. KINNEY:
14   Q.    I'll show you what we've marked as
15   Exhibit H.  And it's a two-page document coded
16   MFI0000161 and 162.  And it has a heading
17   Michael Foods Egg Products Company Historical
18   Analysis of EPC Egg Procurement Costs Per
19   Unit.
20       Mr. Bebee, what's Exhibit H?
21   A.    (Reviews document.)  It appears to be a
22   report that portrays the cost of the procured
23   liquid.
24   Q.    Okay.  And in the upper right-hand corner
25   of the first page there's a block "Prep By"

85

1    with the initials KSW.
2        Do you know who KSW is?
3    A.    I have an idea who it is, but I don't
4    know.
5    Q.    Okay.  What's your idea?
6    A.    Kim White probably is who produced this.
7    Q.    All right.  And who is Kim White?
8    A.    She's on the accounting staff.
9    Q.    And where is she based?
10   A.    Wakefield.
11   Q.    Do you know what the data sources are
12   that are used to prepare this report?
13   A.    No.
14   Q.    Okay.  Do you know for what purpose this
15   is prepared?
16   A.    No.
17   Q.    Do you know to whom it's distributed?
18   A.    No.
19   Q.    Is this anything that you used in the
20   ordinary course of your business as VP of live
21   production?
22   A.    No, I dealt with internal production.
23   Q.    Okay.  But here there is -- there --
24   directing your attention to the first page of
25   Exhibit H, if we start up at the very top,

22 (Pages 82 to 85)

**HIGHLY CONFIDENTIAL**

---

86

1     there's a bracket "EPC Internal Production."
2         Do you see that? And then there is also
3     "EPC Purchased Liquid and Shell Cost."
4     A.   I see that.
5     Q.   So is the EPC internal production -- so
6     where it has, for example, shell egg volume
7     and shell egg cost for the week ending
8     September 28, 2002, is that the volume and the
9     cost per dozen for eggs produced by
10    company-owned hens?
11    A.   It appears to be.
12    Q.   Over time how do the costs for Michael
13    Foods compare on eggs produced internally
14    versus the cost to acquire eggs on the
15    outside?
16         MR. GREENE: Objection, lack of
17    foundation.
18         THE WITNESS: I'm not the best
19    qualified to answer that question.
20    BY MR. KINNEY:
21    Q.   Do you know who -- who would be? If you
22    had a question about how those two costs
23    compare, who would you ask?
24    A.   Nancy Breitkreutz, the controller.
25    Q.   Who makes the decision how much -- how

---

87

1     many eggs to get from internal production
2     versus purchasing on the outside?
3     A.   Procurement does.
4     Q.   And for egg procurement is that
5     Terry Baker and Toby Catherman?
6     A.   Yes.
7     Q.   Do you know during what time frame this
8     historical analysis was prepared? This
9     particular one looks like October 2003.
10    A.   All I know is what I see on the report.
11    Q.   All right. Thank you. Since 2000, what
12    expansions did Michael Foods make to any of
13    its facilities for layer hens?
14    A.   We added a contract flock. We actually
15    added two contract flocks since 2000. We
16    replaced -- also, in one of the complexes we
17    replaced birds that were lost in a fire on one
18    of the sites and a house that burned to the
19    ground -- or burned -- was totalled.
20    Q.   Okay. Did you build any new houses?
21    A.   We built the one new house that --
22    Q.   To replace the one that burned down?
23    A.   Yes.
24    Q.   And was the new house bigger than the old
25    house?

---

88

1     A.   It actually was.
2     Q.   How much bigger?
3     A.   About 70,000 birds.
4     Q.   It was 70,000 birds more or 70,000 total?
5     A.   More.
6     Q.   More. So --
7     A.   More.
8     Q.   Okay. Did you build any other new
9     facilities for layer hens?
10    A.   We did not on our own company farms, no.
11    Q.   And at your contract grower facilities
12    did they build some new houses?
13    A.   One farm did add two houses -- are you
14    talking from 2000 to present?
15    Q.   Yes.
16    A.   Okay.
17    Q.   Is that correct, your testimony?
18    A.   We have -- we have also added a cage-free
19    house in South Dakota with 60,000 birds
20    approximately three years ago.
21    Q.   Okay. Anything else?
22    A.   Two houses at Sunnyside Farms.
23    Q.   That's a contract flock?
24    A.   Yes. And they total approximately
25    480,000 birds.

---

89

1     Q.   And -- but the 480 is part of about the
2     1.5 million that are at the contract growers?
3     A.   Yes.
4     Q.   The cage-free house in South Dakota with
5     the 60,000 birds, is that owned by Michael
6     Foods or is that a contract grower?
7     A.   It's a contract grower. We own the
8     birds.
9     Q.   What's the name of the contract grower
10    with the cage-free house?
11    A.   Van Vuren.
12    Q.   And Sunnyside that you mentioned, they're
13    where?
14    A.   In Firth, Nebraska.
15    Q.   And the Michael Foods house that burned
16    down, where was that?
17    A.   Le Sueur, Minnesota.
18    Q.   And when -- when was it replaced?
19    A.   It was in 2007.
20    Q.   Was the fire in 2007 as well?
21    A.   No, it was earlier. I don't remember the
22    date exactly.
23    Q.   Is there a report at Michael Foods that
24    tracks costs or projects to either build new
25    facilities or renovate existing facilities?

---

23 (Pages 86 to 89)

**HIGHLY CONFIDENTIAL**

90

1    A.    There isn't one report.  It's -- the
2  information is within our capital management
3  system and our capital management people keep
4  track of all those costs using numerous
5  reports and I cannot tell you the names of the
6  reports.
7    Q.    Do you have to -- so, for example, with
8  the -- to replace the house that burned down
9  did you have to make a request for capital
10  authorization, whatever they call it at
11  Michael Foods?
12    A.    Yes.
13    Q.    And who has to review and approve
14  requests for capital expenditures?
15    A.    It's generated by the operations manager.
16  It has to go through myself and through the --
17  our controller and on up through the ranks to
18  upper management for approval and actually to
19  the board if it exceeds a certain amount,
20  board of directors.
21    Q.    As between Terry Baker and Toby
22  Catherman, I think I saw something that one's
23  responsible for egg procurement west and the
24  other east.  Is that your understanding?
25    A.    Well, Toby Catherman actually reported to

91

1  Terry Baker.
2    Q.    All right.  So the principal person
3  responsible for egg procurement is
4  Terry Baker?
5    A.    Yes.
6    Q.    Is there any geographic allocation that
7  you are familiar with between the two, who
8  does what?
9    A.    Well, I know that in general Toby
10  Catherman did most of the goings-on or the
11  work to do on the East Coast and Terry did --
12  it was split, yes.
13    Q.    Okay.  And are they both still at Michael
14  Foods?
15    A.    No, Toby Catherman has retired.
16    Q.    Oh, okay.  When did he retire?
17    A.    Several months ago.  I don't remember
18  exactly.
19    Q.    And Terry Baker does -- is responsible
20  overall for egg procurement today?
21    A.    He does have assistance.  Toby Catherman
22  has been replaced.
23    Q.    Okay.  All right.  Does Michael Foods
24  breed and hatch its own chicks?
25    A.    No.

92

1    Q.    Did it ever have its own hachery?
2    A.    No.
3    Q.    Did Waldbaum?
4    A.    No.
5    Q.    Who are the primary chick suppliers for
6  Michael Foods?
7    A.    Hy-Line, Bovans and Lohmann.
8    Q.    Could you spell those?  I know Hy-line.
9  Hy-line is H-y-l-i-n-e.
10    A.    Bovans is B-o-v-a-n-s.  And they come
11  from company by the name of Centurion.  And
12  the Lohmann actually comes through Hy-Line.
13    Q.    How many chicks does Michael Foods buy
14  each year?
15    A.    That would be approximately six to
16  7 million.
17    Q.    And who at Michael Foods is responsible
18  for chick purchases?
19    A.    There are a number of people that
20  actually follow through with the actual
21  purchase, pullet farm managers and operations
22  managers that actually do the actual
23  purchasing and scheduling.  I have been
24  involved when we have negotiated prices for
25  baby chicks.  Some are negotiable and some are

93

1  not.
2    Q.    What's your best estimate of on kind of a
3  blended basis what the cost is per chick
4  today?
5    A.    Today it's about $0.77 a bird.
6    Q.    And is that higher than in the past?
7    A.    Yes.
8    Q.    I thought I saw documents in the past it
9  was more in the 50-cent range?
10    A.    It's been at least in the 60s for --
11  since feed really took off, that has driven
12  the cost of the birds up.
13    Q.    Okay.  What determines the number of
14  chicks that Michael Foods buys each year?
15    A.    The laying hens schedule, on the needs to
16  replace the birds.
17    Q.    Okay.  Do you have a planned lifecycle
18  for the layer hens that the company owns?
19    A.    Yes, we do.  The lifecycle is
20  approximately 85 weeks of age, of total age in
21  the laying house.
22    Q.    And at what age do you typically put the
23  pullets in the laying house?
24    A.    Sixteen weeks of age.  It varies.  Some
25  by their growth status.

**24 (Pages 90 to 93)**

**HIGHLY CONFIDENTIAL**

94

1  Q.   Okay.  So -- but the total lifespan would
2  be the 85 weeks plus the 16 weeks?
3  A.   Less.
4  Q.   How far in advance do you have to decide
5  on the number of chicks that you'll buy?
6  A.   We're usually doing that at least a year
7  in advance.
8  Q.   Can you cancel a chick purchase order?
9  A.   Yes, depending on how much time, how
10  close you are to a delivery.
11  Q.   If you are closer to the delivery, there
12  may be a financial penalty?
13  A.   We've never got into that, but it is
14  possible that you could deal with that.
15  Q.   Okay.  We talked a little bit about
16  pullets.  Just for the record, could you tell
17  us what a pullet is?
18  A.   Sure.  A pullet is what the bird is
19  referred to in the growing house.  It's what
20  it's referred to from day-old to approximately
21  16 weeks, at which time it is mature enough to
22  begin the egg production, egg-producing cycle.
23  So it's basically the period, growing period
24  of the young bird when it is not mature enough
25  to lay eggs.

95

1  Q.   And I apologize.  I can't remember if I
2  asked.  What -- approximately how many pullets
3  does Michael Foods have today?
4  A.   At any one point in time we have on the
5  ground about 3.8 million at any given time.
6  Q.   All right.  And does Michael Foods raise
7  all its own pullets?
8  A.   We have to periodically purchased an
9  outside flock if we do not have -- if the
10  schedule doesn't match up to our pullets being
11  grown.
12  Q.   Okay.  Is there any particular company
13  that you use as a pullet supplier when you
14  have to buy on the outside?
15  A.   No, no one in particular.  The pullet
16  number I gave you was high.  It's probably
17  closer to 3 million at one time.  That's an
18  estimate.
19  Q.   Okay.
20  A.   Because there's always birds out of
21  production and cleanup phases and all of that
22  going on.
23  Q.   So you talked about approximately
24  85 weeks in the layer henhouse.  So what do
25  you do after 85 weeks with the hens?

96

1  A.   They are sent to a processor for --
2  Q.   Okay.  And generally what do they use the
3  meat from spent hens for?
4  A.   Some of the birds go to -- what's
5  referred to as a live processing where the
6  birds are processed live and the meat is
7  actually used for human food for like chicken
8  nuggets and soups and processed patties and
9  whatnot.  The other portion actually goes to a
10  rendered, renderer-type facility where it's
11  produced into feedstuffs.
12  Q.   And do you get paid for the hens that go
13  to the processors?
14  A.   Yes, we do.
15  Q.   Is there any particular person who -- at
16  Michael Foods who is responsible for flock
17  disposal?
18  A.   Yes.
19  Q.   Who is that?
20  A.   Harry Dykstra.
21  Q.   Where is he based?
22  A.   South Dakota.
23  Q.   Does -- what's a feed mill?
24  A.   It's the facility that actually produces
25  the finished feed and prepares it to be

97

1  shipped to the chicken houses and to the
2  birds.
3  Q.   Does Michael Foods own and operate its
4  own feed mills?
5  A.   Yes, we have a number of feed mills.
6  Q.   Does Michael Foods grow corn or soybeans?
7  A.   No.
8  Q.   You buy that?
9  A.   We buy corn and soybean meal.
10  Q.   What is backfilling?
11  A.   It's replacing mortality.  In cages where
12  maybe a bird or birds has died, it is going
13  back and replacing that bird or birds.
14  Q.   Okay.  And do you backfill to maintain
15  the size of the flock in the house?
16  A.   That would be the reason somebody would
17  backfill, yes.
18  Q.   Okay.  And if you don't backfill, then
19  you are going to have further hens -- I'm
20  sorry, fewer hens in the house, correct?
21  A.   Correct.
22  Q.   Okay.  Does Michael Foods backfill
23  flocks?
24  A.   No.
25  Q.   Did it ever?

25 (Pages 94 to 97)

HIGHLY CONFIDENTIAL

98

1    A.    Yes.
2    Q.    Okay.  And did it stop doing it when it
3    became a UEP Certified producer?
4    A.    Yes.
5    Q.    And as a result, that means because you
6    don't backfill, you can't fill the gaps in
7    your flocks?
8    A.    Correct.
9    Q.    What's molting?
10   A.    It's resting the bird, actually taking
11   the bird out of production and giving its
12   system a rest so that it can come back into
13   production and be -- produce eggs at a high
14   rate once the bird is rejuvenated.
15   Q.    Does Michael Foods molt its flock?
16   A.    Periodically.  It's an exception to the
17   system where we make molt to make our schedule
18   work.
19   Q.    And how long -- when you molt, how long
20   are the hens out of production?
21   A.    Approximately a month.
22   Q.    Okay.  So what determines whether you'll
23   molt and when you'll molt and how much you'll
24   molt?
25   A.    Sure.  The reason we're doing any molting

99

1    in recent times here is usually because of our
2    construction or renovation schedule.  Every
3    year we renovate houses because the systems
4    are old and tired and beyond their useful
5    life.  So if we -- we may choose to molt
6    flocks just to make the whole schedule work,
7    to make sure that we got birds matched up when
8    the houses are ready to come back into
9    production or it may be another flock that you
10   have to shift just to make the schedule work.
11   Q.    Okay.  In a typical year is there some
12   average number of flocks that you molt?
13   A.    No, not really.  I believe last year we
14   molted -- I think we molted four flocks in
15   total.
16   Q.    And the four flocks were how many hens?
17   A.    In Nebraska it would have been about
18   200,000 birds.  And in Minnesota I believe it
19   was about 120,000.
20   Q.    Okay.
21         MR. KINNEY:  I think we need to
22   take a break.
23         THE VIDEOGRAPHER:  This is the end
24   of disk one in the deposition of Tim Bebee.
25         We are off the record at 10:41.

100

1         (Recess.)
2         THE VIDEOGRAPHER:  This is the
3    beginning of disk two in the deposition of
4    Timothy Bebee.  We are back on the record.
5    The time is 10:51.
6         (Exhibit Number J marked for
7    identification.)
8    BY MR. KINNEY:
9    Q.    Mr. Bebee, let me show you what we've
10   marked as Exhibit J.  And it's a September 25,
11   2007 email from you to Carrie Cutler coded
12   MFI0019965 -- I'm sorry.  Actually, it's 19964
13   through 19966.  And the attachment is
14   something called Internal Production Key
15   Indicators and Drivers.  And it's dated
16   September 21, 2007.
17        What is Exhibit J?
18   A.    (Reviews document.)  It is an explanation
19   to the monthly scorecard that was produced of
20   key indicators for the farm areas.
21   Q.    And I think you -- you referred earlier
22   today to the monthly scorecard.  Is that the
23   document that is the final page of Exhibit J?
24   A.    Yes, it is.
25   Q.    And just for purposes of clarity, this --

101

1    the final page of Exhibit J has the title
2    Internal Production Key Indicators and
3    Drivers.  Is that the same as the monthly
4    scorecard?
5    A.    Yes.
6    Q.    Okay.  And I take it since it's called
7    monthly, the scorecard is prepared monthly?
8    A.    Yes.
9    Q.    Okay.  Is there a particular person who
10   is responsible for preparing the monthly
11   scorecard?
12   A.    That would be myself.
13   Q.    Okay.  And are there particular data
14   sources that you use to compile and prepare
15   the monthly scorecard?
16   A.    Yes.
17   Q.    And what are those?
18   A.    It would be the month-end cost reports
19   come out -- coming out of the accounting
20   department.
21   Q.    All right.
22   A.    Would be the SAP, the flock and feed
23   system, and it would also be reports from the
24   operations managers and my direct reports.
25   Q.    Okay.  All right.  And this particular

26 (Pages 98 to 101)

**HIGHLY CONFIDENTIAL**

---

**102**

1  document, Exhibit J, the monthly scorecard is
2  from September 2007. During what time frame
3  did you prepare the monthly scorecards?
4  A.  I don't remember the actual date that I
5  started, but it has been for a number of years
6  now until the present.
7  Q.  Okay. All right. Was there a reason
8  that you started preparing it?
9  A.  I was asked to produce it.
10  Q.  Who asked you to?
11  A.  That would have been the president of the
12  company.
13  Q.  And at the time that was who?
14  A.  I believe they were started when J.D.
15  Clarkson was in place. I'm not sure on that.
16  Q.  Okay. All right. And there's a
17  reference in the -- in your -- I'm sorry. Let
18  me start -- who is Carrie Cutler?
19  A.  The administrative assistant for Dave
20  Johnson at the time.
21  Q.  Okay. So the Dave that you are referring
22  to Dave's direct reports is Dave Johnson?
23  A.  Yes.
24  Q.  And he was CEO?
25  A.  Yes.

---

**103**

1  Q.  Okay. Is it correct that you prepared a
2  draft email to send the scorecard to Dave
3  Johnson, that's what the second part of the
4  email chain is, starts, "Dave, here's a report
5  that conveys..."?
6  A.  Are you asking did I send this email to
7  Dave?
8  Q.  Yes.
9  A.  I have no reason to believe that I did
10  not.
11  Q.  Okay. And in the second paragraph of the
12  email to Dave, the one that starts:
13  Year-to-date plan numbers, do you see that?
14  A.  Yes.
15  Q.  Okay. And later in that same paragraph:
16  We don't currently produce year-to-date
17  forecast numbers, so the year-to-date plan
18  number will have to do.
19  What's the difference between a
20  year-to-date forecast number and a
21  year-to-date plan number?
22  A.  The plan was the original budget that was
23  set usually two to four months prior -- two
24  months prior to the start of the year. A
25  forecast would be if there was an update along

---

**104**

1  the way with the latest and greatest
2  information.
3  Q.  And as VP of live production how did you
4  use the monthly scorecard?
5  A.  I used it as a kind of report card on
6  how -- how the results were doing, how the
7  flocks -- really just as it states, the key
8  indicators and drivers for what we were
9  experiencing and how production was going.
10  Q.  Okay. And when we talked about plan, so
11  every year you would do a plan?
12  A.  Yes.
13  Q.  And so if we were talking about 2008, so
14  sometime in the second half of 2007 you do the
15  plan for 2008?
16  A.  Yes.
17  Q.  And what goes into your plan?
18  A.  We do generate -- it starts with a bird
19  schedule to predict how many dozens we are
20  going to predict for a certain -- for the next
21  year or depending on whether you are doing a
22  plan or a forecast. But specifically for the
23  plan, the forecasted bird output would go into
24  that. We estimate our labor, our maintenance
25  costs and any costs that would go into the

---

**105**

1  cost of production. We also generate a
2  projected capital improvement schedule of
3  actual dollars spent for upgrades.
4  Q.  Is -- does the plan have a name? Is it
5  called, you know, the farm plan or --
6  A.  The plan pretty much covers it, the plan.
7  Q.  The plan.
8  A.  But certainly there is a plan for every
9  department.
10  Q.  Okay.
11  A.  Farms versus procurement --
12  Q.  Is it -- right.
13  A.  -- versus processing.
14  MR. GREENE: You can't speak over
15  each other.
16  MR. KINNEY: Yeah. No, it's my
17  problem. I should wait. I apologize.
18  BY MR. KINNEY:
19  Q.  Is the plan part of the SAP system or is
20  it something different, separate from --
21  A.  It's separate.
22  Q.  And was your plan -- was there a process
23  to review and approve your plan?
24  A.  Yes.
25  Q.  And who participated in that?

---

**HIGHLY CONFIDENTIAL**

---

106

1  A.  Upper management and our CFO and a number
2  of people in his area.
3  Q.  Okay.  And how did you -- to whom did you
4  submit your plan?
5  A.  The process is everything is rolled up by
6  the controller and her staff and it rolls on
7  up to corporate through the corporate
8  accounting people on up to the CFO and then
9  the top management.
10  Q.  All right.  But when you have -- when you
11  are submitting your plan you submit it to the
12  controller?
13  A.  Yes.
14  Q.  Who is that?
15  A.  Nancy Breitkreutz.
16  Q.  All right.  And in your memo to Dave
17  Johnson, you give explanations for various
18  line items and columns in the monthly
19  scorecard.  Is there anything in those
20  descriptions that you are aware of that's not
21  complete and correct?
22  A.  Nothing that I am aware of, no.
23  Q.  Okay.  In the monthly scorecard where you
24  have -- under Layers, do you see that?
25  A.  Yes.

---

107

1  Q.  And there's cost per dozen to produce.
2  And so, for example, is this for January 2007,
3  the first month?
4  A.  Yes.
5  Q.  And it's 0.3974.  So that's .3974 cents
6  per dozen to produce?
7  A.  39 --
8  Q.  Yeah, 39 --
9  A.  -- .74 cents.
10  Q.  Yeah, 39.74 cents.  Thank you.
11  All right.  And what's included in that
12  cost?  Is that all-in costs or is it what you
13  said before, just things like feed?
14  A.  It's all-in costs.
15  Q.  Okay.  And is that an actual figure for
16  January of 2007?  That was your actual cost to
17  produce a dozen eggs in January 2007?
18  A.  I would believe it to be, yes.
19  Q.  Okay.  And the same thing then, Dozens
20  Produced, under that is the number of dozens
21  of eggs that the company-owned hens produced
22  in January 2007?
23  A.  I believe it to be, yes.
24  Q.  All right.  And feed conversion pounds
25  per dozen, that's -- what is that?  That's the

---

108

1  number of pounds -- it took 3.49 pounds of
2  feed to produce a dozen eggs?
3  A.  Yes.
4  Q.  And the percentage production is what?
5  A.  How many birds per hundred would lay an
6  egg a day.
7  Q.  And the percentage mortality rate per
8  week?
9  A.  Yeah, how many would die collectively on
10  all the farms for that period on a percentage
11  basis.
12  Q.  Okay.  And then this includes what we
13  discussed earlier this morning, the number of
14  flocks molted?
15  A.  Yes.
16  Q.  Okay.  And then there is -- also I see
17  there's a number of UEP flocks converted.  So
18  are those the flocks that are going in with
19  the new spacing guidelines?
20  A.  Yes.
21  (Exhibit O marked for
22  identification.)
23  BY MR. KINNEY:
24  Q.  Let me show you what we've marked as
25  Exhibit O.  And it's -- Exhibit O is a

---

109

1  one-page document coded MFI0220576.  And it
2  has the heading Farms Division Strategic Plan
3  2000.
4  A.  (Reviews document.)
5  Q.  Have you had a chance to take a look at
6  Exhibit O?
7  A.  Yes.
8  Q.  And what is this?
9  A.  It's an explanation of the goal
10  improvement areas desired in 2000 to be
11  accomplished.
12  Q.  Is this something you prepared?
13  A.  It appears to be.
14  Q.  And to whom do you submit something like
15  Exhibit O?
16  A.  I don't remember specifically this
17  particular version.  Normally it would go to
18  my direct reports and my superior.
19  Q.  And your direct superior is whom?
20  A.  Jim Dwyer.
21  Q.  The president?
22  A.  Yes.
23  Q.  Okay.  And this particular document
24  refers to "Strategic Plan 2000."  How often
25  did you participate in preparing strategic

---

28 (Pages 106 to 109)

**HIGHLY CONFIDENTIAL**

---

**110**

1 plans?
2 A. It varies. We do not do an updated
3 farm-specific strategic plan every year.
4 Q. Do you know who determines when there
5 will be a new strategic plan?
6 A. I would.
7 Q. I'm sorry?
8 A. I would.
9 Q. Do you know who initiates --
10 A. I would have determined --
11 Q. Oh, you would have --
12 A. -- when this strategic plan would have --
13 Q. Oh, for the farms division.
14 In Exhibit O under Most Efficient
15 Production Processes, number 3, continuation
16 of layer expansion, what is the "Bloomfield
17 near complete"?
18 A. We added a hen to each cage at that
19 facility, and it must have carried over into
20 2000 from '99.
21 Q. And the next one is: Wakefield complete
22 later 2000. What was that?
23 A. The same type of work in that Wakefield
24 complexes.
25 Q. To add a hen to each cage?

---

**111**

1 A. Yes.
2 Q. And the last one: Minnesota completed
3 2001, what was that?
4 A. Same type of work at Gaylord and
5 Le Sueur.
6 Q. At Michael Foods I've seen references to
7 something. What's the black book?
8 A. That would be the monthly result book,
9 the way it was referred to years ago, the
10 month-end results.
11 Q. Is it called something else now?
12 A. It isn't really produced in a full book
13 form like it used to be. So I am not aware of
14 a term that rolls it all up today.
15 Q. But for the farm operations, is the best
16 summary of results the monthly scorecard?
17 A. Yes.
18 (Exhibit P marked for
19 identification.)
20 BY MR. KINNEY:
21 Q. Let me show you what we've marked as
22 Exhibit P.
23 A. (Reviews document.)
24 Q. It's a one-page document. Exhibit P is a
25 one-page document and it has the -- it was

---

**112**

1 produced in native file. It has the
2 designation MFI0090665.xlscouncil,
3 c-o-u-n-c-i-l, summary.
4 Mr. Bebee, what's Exhibit P?
5 A. It appears to be a recap of the
6 productivity results related to productivity
7 campaign or efforts in place for 2005.
8 Q. Okay. And there are councils that are
9 referred to in Exhibit P, operations, PSM and
10 farm ops. Is farm ops your area?
11 A. Yes, it is.
12 Q. And what is PSM?
13 A. Purchase supply management.
14 Q. And operations?
15 A. Basically that is the plant operations.
16 Q. Who was on the farm ops council?
17 A. All people that would report to me,
18 managers, supervisors and in some cases hourly
19 people, hourly employees also.
20 Q. Okay. And then there are these
21 categories in Exhibit P, 2005 commitment, 2005
22 plan. What are those?
23 A. It's differences. The plan is what was
24 put into the plan originally. The commitment
25 is the outlook for improvement over the plan

---

**113**

1 that council expects to realize.
2 Q. And then there are also references
3 incremental to plan and neutral to plan. What
4 are those?
5 A. Some -- the ones that are referred to as
6 neutral were actually built into the plan.
7 And incremental would be the actual
8 improvements to the plan.
9 Q. And then there's one other column there,
10 Unrealized Commitment. What's that?
11 A. Let's see.
12 Q. It's in the bottom part going across the
13 fourth one, Unrealized Commitment.
14 A. Hasn't taken place yet. To be -- to
15 happen basically.
16 (Exhibit Q marked for
17 identification.)
18 BY MR. KINNEY:
19 Q. Let me show you what's been marked as
20 Exhibit Q. And it's -- Exhibit Q is two
21 documents, one is coded MFI0358332 and 33.
22 And the other is MFI0103704 through 706.
23 MR. GREENE: John, two questions
24 about this. Was this produced as a single
25 document?

---

**HIGHLY CONFIDENTIAL**

---

**114**

1      MR. KINNEY:  No, they were produced
2   as (indicating), but they're --
3      MR. GREENE:  You're combining them
4   as an exhibit?
5      MR. KINNEY:  Yes.  Correct.
6      MR. GREENE:  And there is shading
7   on the documents.  Is that part of the
8   original document?
9      MR. KINNEY:  Yes.
10      MR. GREENE:  Thank you.
11      MR. KINNEY:  And I did it this way
12   because it was easier -- one has less shading
13   than the other, thought it would be easier to
14   read.
15   BY MR. KINNEY:
16   Q.   All right.  Mr. Bebee, there is a
17   reference in Exhibit Q to legacy council
18   overview.  What are the legacy councils?
19   A.   It's the councils that have existed for
20   several years.
21   Q.   And are they the same as what we
22   discussed a few minutes ago, the PSM farm ops
23   and operations?
24   A.   Yes.
25   Q.   Who is Chuck Bailey?

---

**115**

1   A.   He is the former -- excuse me, yeah,
2   Bailey, he's the former VP over plant
3   operations.
4   Q.   And who is Tim Larson?
5   A.   Former VP over purchasing procurement.
6   Q.   Okay.  There's a reference here to a
7   supplier choice team.  Do you know what that
8   is?
9   A.   That would be one of the teams within the
10   farm operations.  It's the egg producing team.
11   Q.   And what does the supplier choice team do
12   or what did it do?
13   A.   They work on efficiencies of internal
14   production and production costs, work on
15   continuous improvement.
16   Q.   There is a reference to breaking recovery
17   mortality, the team is looking at to save
18   costs.  Do you know what those are?
19   A.   Now you are talking about two different
20   things there because breaking and recovery are
21   the issues that affect the liquid produced out
22   of the breaking rooms.  And the mortality
23   is -- certainly has to do with the henhouses.
24   Q.   Okay.
25   A.   It's two different teams actually.

---

**116**

1   Q.   All right.  And there's a reference to an
2   animal welfare team.  Was that -- did that
3   have to do with the layer hens?
4   A.   Yes.
5   Q.   And who was on that animal welfare team?
6   A.   I would have to go back and look up
7   names.  I don't -- Kori Leske was the leader
8   of the team.  There was a number of people
9   that were actually on the team.
10   Q.   Were you part of the animal welfare team?
11   A.   I wasn't specifically on the team, but I
12   had oversight in all of the teams.
13   Q.   If you turn to the top of page 2, the
14   first paragraph, it says:  For farms,
15   Tim Bebee and the cost him agreed that the
16   monthly black book should provide us with a
17   measure of performance against goals.
18      What does that mean?  What's that
19   referring to?
20   A.   It appears to be referring to the
21   month-end results should communicate how we
22   were doing with the list of goals, the list of
23   team goals.
24   Q.   All right.  But as we discussed, the best
25   information about performance at the farm

---

**117**

1   level is the -- is your monthly scorecard?
2   A.   Yes.
3   Q.   Okay.
4      MR. KINNEY:  I think I'm finished
5   with my part.  What I would suggest is we take
6   a five-minute break, just check my notes and
7   switch places if that's okay.
8      MR. GREENE:  Sure.
9      THE VIDEOGRAPHER:  Off the record.
10   The time is 11:20.
11   (Recess.)
12      THE VIDEOGRAPHER:  We are back on
13   the record.
14      The time is 11:30.
15
16      EXAMINATION
17
18   BY MR. ARANOFF:
19   Q.   Good morning, Mr. Bebee.  My name is Ron
20   Aranoff.  I'm going to be continuing the
21   examination today.
22      We met earlier, correct?
23   A.   Yes.
24   Q.   And as I said before, thank you for being
25   here today.  We appreciate it.

---

**30 (Pages 114 to 117)**

**HIGHLY CONFIDENTIAL**

118

1    A.   Sure.
2    Q.   I just want to for purposes of setting
3    some background and segueing from one examiner
4    to another just ask a couple of basic
5    questions.
6         I think you testified earlier that
7    Michael Foods became a UEP Certified company
8    in the summer of 2006, is that correct?
9    A.   I did testify to that, yes.
10   Q.   And that's accurate to the best of your
11   knowledge?
12   A.   Yes, to the best of my knowledge.
13   Q.   And I think you also testified earlier
14   that Michael Foods did not export eggs through
15   the USEM, correct?
16   A.   Yes.
17   Q.   And that's accurate, right?
18   A.   To the best of my knowledge, yes.
19   Q.   Did Michael Foods export eggs through any
20   other cooperative that you can think of?
21   A.   Not that I know of.
22   Q.   Okay.  Do you know whether Michael Foods
23   exports eggs outside of any cooperative?
24   A.   I know that Michael Foods exports egg
25   products.

119

1    Q.   Okay.  And to who does it export egg
2    products?
3    A.   I could not tell you specifically.
4    Q.   Do you know whether those exports are
5    domestic or international?
6    A.   They would be international to be
7    exports.
8    Q.   Okay.
9    A.   Yes.
10   Q.   And do you have any idea what continent
11   per se that they were exported to?
12   A.   I just know that over the years we have
13   exported egg products to Japan.  That's the
14   only one that I know.
15   Q.   Okay.  Do you know whether those exports
16   were done through an export broker?
17   A.   No, I don't.
18   Q.   Who at the company would be most familiar
19   with the export practices of Michael Foods?
20   A.   Vince O'Brien.
21   Q.   I think also a little bit earlier you
22   testified about an entity called Crystal
23   Farms.
24        Do you remember that?
25   A.   Yes, I do.

120

1    Q.   All right.  And am I correct that you
2    testified earlier that Crystal Farms is a
3    wholly-owned subsidiary of Michael Foods?
4    A.   Yes.
5    Q.   All right.  And do you know since when
6    Crystal Farms has been a wholly-owned
7    subsidiary of Michael Foods?
8    A.   No, I don't.
9    Q.   If I told you that they had been a
10   wholly-owned subsidiary of Michael Foods since
11   1987, would that be -- would that refresh your
12   recollection?
13   A.   No.
14        (Exhibit Number 1 marked for
15   identification.)
16   BY MR. ARANOFF:
17   Q.   Mr. Bebee, I'm showing you what's been
18   marked as Bebee Number 1 for purposes of
19   identification.  This is a document two pages
20   in length titled Michael Foods Company History
21   on the upper left-hand corner.  It bears the
22   Michael Foods emblem also on the left-hand
23   corner.
24        Do you recognize this document,
25   Mr. Bebee?

121

1    A.   (Reviews document.)  I have not seen this
2    document before.
3    Q.   Okay.  I will represent to you that this
4    is a copy of information about Michael Foods
5    that was taken off the Michael Foods website
6    on July 16th of 2013 at 12:07 p.m.  And you
7    can check me because it says so at the bottom
8    right-hand side corner of the document.
9         Do you see that?
10   A.   I see that.
11   Q.   I'd like to just -- have you had a chance
12   to look at the document, Mr. Bebee?
13   A.   I've glanced at it.
14   Q.   The only question I'm going to ask you
15   about this document is in the middle --
16   slightly above the middle of the page under
17   the heading Timeline 1926.  I'll give you a
18   second to read it.  You can, of course, peruse
19   the rest of the document if you would like.
20   But the only questions I'm going to ask are
21   based upon where I just referred you to.
22   A.   (Reviews document.)  Okay.
23   Q.   And if you'll notice under Timeline 1926,
24   there's an indication there, the last sentence
25   of that paragraph says:  Crystal Farms joined

31 (Pages 118 to 121)

**HIGHLY CONFIDENTIAL**

---

**122**

1  Michael Foods in 1987.
2      Do you see that?
3  A.  Yes, I do.
4  Q.  Do you have any reason to think that
5  that's not accurate?
6  A.  No.
7  Q.  Okay.  You can put that document away.
8      And again, you testified that Michael
9  Foods did no exports through the USEM, is that
10  correct?
11  A.  To the best of my knowledge.
12      (Exhibit Number 2 marked for
13  identification.)
14  BY MR. ARANOFF:
15  Q.  Mr. Bebee, do you know what the United
16  Voices is?
17  A.  Yes, I do.
18  Q.  What is United Voices?
19  A.  It's a communication coming out of United
20  Egg Producers office.
21  Q.  Okay.  And are you the one at Michael
22  Foods that receives the United Voices
23  newsletters?
24  A.  I am one of many.
25  Q.  Okay.  Showing you what's been marked as

---

**123**

1  Bebee 2 for purposes of identification.  This
2  is a multi-page document dated March 25th,
3  2002 United Voices newsletter bearing Bates
4  stamp MFI0022860 and continuing, I believe,
5  consecutively through MFI0022873.
6      Do you see that?  I'll give you a minute
7  to peruse it, Mr. Bebee.  And I'm going to ask
8  you questions only with respect to the first
9  page of the document.
10  A.  (Reviews document.)  Okay.
11  Q.  You'll see that the first paragraph under
12  Certified Companies says the following:  The
13  following egg production companies have filed
14  an "application for certification" with UEP
15  and have therefore committed to implementing
16  animal husbandry guidelines.  By this
17  commitment, these companies will begin to
18  phase in the cage space allowance with chicks
19  hatched after April 1st, 2002 and phase in the
20  guidelines for beak trimming, molting,
21  handling and transportation starting on
22  July 1st, 2002.
23      Did you see where I read that, Mr. Bebee?
24  A.  Yes, I did.
25  Q.  Did I read that correctly?

---

**124**

1  A.  I believe you did.
2  Q.  And if you look at the second paragraph,
3  it says:  Provisional certification numbers
4  are now being assigned for each company in the
5  order by which the applications were received.
6  These companies will be authorized to trade
7  eggs using the provisional certification
8  number until an audit has been conducted, at
9  which time a fully certified status will be
10  achieved.  The list shown below is in the
11  order by which applications were received by
12  the UEP office.
13      Did you see that?
14  A.  Yes, I did.
15  Q.  And did I read that correctly?
16  A.  You did.
17  Q.  If you then look down to the companies
18  that were listed right underneath, Mr. Bebee,
19  you'll see number 13.  Number 13 says Crystal
20  Farms, is that correct?
21  A.  It does.
22  Q.  And is there any reason to believe that
23  Crystal Farms did not apply for application --
24  did not apply for certification as of
25  March 25th, 2002?

---

**125**

1      MR. GREENE:  Objection, lack of
2  foundation.
3      THE WITNESS:  I don't believe this
4  to be Crystal Farms of Michael Foods.
5  BY MR. ARANOFF:
6  Q.  Who do you believe this to be?
7  A.  There is a Crystal Farms in the south I'm
8  aware of.  It's more than likely them.
9  Q.  And how are you able to make that
10  distinction, sir?
11  A.  Because I know we did not apply to be on
12  the program this early.
13  Q.  Well, what indication do you have here
14  that the Crystal Farms listed in 13 is not the
15  Crystal Farms that is part of Michael -- the
16  wholly-owned subsidiary of Michael Foods?
17      MR. GREENE:  Objection,
18  argumentative.
19      THE WITNESS:  There's no indication
20  on this page of that.
21  BY MR. ARANOFF:
22  Q.  There's no indication -- would you agree
23  that there's no indication that it's not the
24  Crystal Farms that's part of Michael Foods?
25      MR. GREENE:  Same objection.

---

**32  (Pages 122 to 125)**

**HIGHLY CONFIDENTIAL**

---

**126**

1      THE WITNESS:  I would agree to
2   that.
3   BY MR. ARANOFF:
4      Q.   Okay.
5           (Exhibit Number 3 marked for
6   identification.)
7   BY MR. ARANOFF:
8      Q.   Mr. Bebee, I'm showing you what's been
9   marked as Bebee 3 for purposes of
10  identification.  The front page is an email
11  cover sheet from Patricia Huff to you dated
12  November 16th, 2006 labeled Attachment United
13  Voices Current.  That's Bates stamped
14  MFI0358842.  Following that is an another
15  United Voices newsletter.  This one dated
16  November 17th, 2006 bearing the Bates stamp
17  MFI0358843 and continuing through MFI0358850.
18  Take a minute to take a look at the document
19  please and then we will -- I'll ask you some
20  questions.  My focus will largely be -- or
21  entirely be on the first two pages of the
22  document.
23     A.   (Reviews document.)  Okay.
24     Q.   Okay.  You'll see that this is again a
25  United Voices newsletter.  The document -- the

---

**127**

1   title of this particular one is Value of a
2   Timely Export.
3           Do you see that?
4      A.   I see that.
5      Q.   I read that correctly?
6      A.   Yes, you did.
7      Q.   Okay.  The first paragraph of this
8   newsletter says:  The members of United States
9   Egg Marketers, open paren, USEM, close paren,
10  voted on October 20th to approve an export for
11  delivery of 90 container loads, open paren,
12  76,500 cases, close paren, of shell eggs.  On
13  that date, the Urner Barry Midwest large quote
14  was $0.74 and the mid range central breaking
15  stock quote was $0.29.  The export was taken
16  at an approximate price of $0.38 per dozen and
17  therefore considerably above farm prices on
18  the date of the sale.
19           I read that correctly?
20     A.   Yes.
21     Q.   And just so that the record is clear,
22  does Michael Foods deal at all in shell eggs?
23     A.   We do sell shell eggs to Crystal Farms --
24  to our Crystal Farms division or transfer
25  shell eggs.

---

**128**

1      Q.   What are transfer shell eggs, Mr. Bebee?
2      A.   Transfer the eggs to Crystal Farms
3   Refrigerated Distribution Company.
4      Q.   And then if you look at the second
5   paragraph, it says:  The market began to react
6   to the export by October 24th when USEM began
7   to supply or purchase eggs to fill the export.
8   By November 15th the Midwest large quote had
9   risen to $1.05 per dozen and the quotes for
10  other regions had moved to even higher levels.
11  This was the first time that Urner Barry's
12  quote has been above a dollar since
13  March 2004.
14           Do you see that?
15     A.   Yes.
16     Q.   Did I read that correctly?
17     A.   Yes.
18     Q.   If you look at the last paragraph on the
19  same page, it says:  We would like to
20  acknowledge and extend our thanks to the
21  following USEM members and encourage those
22  that are not members to express their thanks
23  as well.
24           Do you see that?
25     A.   I see that.

---

**129**

1      Q.   And I read that correctly?
2      A.   Yes.
3      Q.   If you turn to the second page of the
4   newsletter, which is Bates stamped MFI0358844,
5   you'll see that the third company listed is
6   Crystal Farms.
7           Do you see that?
8      A.   I see that.
9      Q.   And is that, to the best of your
10  knowledge, the Crystal Farms of Michael Foods?
11     A.   No.  To the best of my knowledge, it is
12  not.
13     Q.   Is there any indication on this that this
14  is a different Crystal Farms from the
15  wholly-owned subsidiary that's part of Michael
16  Foods?
17           MR. GREENE:  Objection,
18  argumentative.
19           THE WITNESS:  No.
20           (Exhibit Number 4 marked for
21  identification.)
22  BY MR. ARANOFF:
23     Q.   Mr. Bebee, I'll show you what's been
24  marked as Bebee 4 for purposes of
25  identification.  Again, this is a cover

---

33 (Pages 126 to 129)

**HIGHLY CONFIDENTIAL**

---

**130**

1  email -- the first page of which is a cover
2  email from Patricia Huff to Tim Bebee dated
3  Thursday, August 2nd, 2007.
4      First, who is Patricia Huff?
5  A.  (Reviews document.)  She's on the staff
6  of UEP at that point in time.
7  Q.   Okay.  And again, if you take a look,
8  you'll see after the first cover page, which
9  is identified as MFI0356331, there is another
10  United Voices newsletter running what I
11  believe is consecutively from Bates MFI0356332
12  consecutively through MFI0356340.  I'll give
13  you a second to take a look at this document,
14  familiarize yourself.  I am primarily focused
15  on the first page of the United Voices
16  newsletter.
17  A.  (Reviews document.)  Okay.
18  Q.   Are you aware, Mr. Bebee, of any efforts
19  made by the UEP to manage supply among its
20  members?
21      MR. DAVIS:  Objection to form.
22      THE WITNESS:  I'm aware of a
23  request to molt birds early or take flocks out
24  earlier.
25  BY MR. ARANOFF:

---

**131**

1  Q.   And in your opinion, Mr. Bebee, do you
2  believe those to be efforts to manage supply?
3  A.  Well, yes.
4  Q.   Okay.  If you'll look at the document
5  that I put in front of you, you'll see that in
6  the -- slightly below the middle of the page
7  under the title July 1st Flock Inventory, and
8  again, this document is dated August 1st of
9  2007, you'll notice that there's a bolded
10  sentence right above a large bolded division
11  line and it says:  It could be good timing for
12  egg producers to take care of their business
13  by disposing of or molting hens two, dash,
14  three weeks earlier than previously scheduled.
15      Do you see where I read that, Mr. Bebee?
16  A.  I see that.
17  Q.   Did I read that correctly?
18  A.  Yes, you did.
19  Q.   Okay.  And is this -- would this be one
20  of the examples of managing supply that you
21  just referenced?
22  A.  Yes.
23  Q.   Okay.  Would it be fair to say that --
24  Mr. Bebee, that one of the benefits of
25  managing supply is an increase in prices?

---

**132**

1      MR. GREENE:  Objection, lack of
2  foundation.
3      MR. DAVIS:  Objection to form, lack
4  of foundation.
5      THE WITNESS:  I am not able to
6  answer that question.  I don't know.
7      MR. ARANOFF:  Can we hand the
8  witness what was previously marked as Bebee K.
9  It was a prior exhibit.
10  BY MR. ARANOFF:
11  Q.   I'll give you a minute to find it.  Take
12  your time.
13  A.  (Reviews document.)
14  Q.   Were you able to find it?
15  A.  I found it.
16  Q.   Take a minute.  Again, we're referencing
17  what's been previously marked as Bebee K for
18  purposes of identification.  I want to direct
19  your attention to what is page 3 of 62.
20  You'll take a look, be able to see it at the
21  top of the page.  And I want to direct your
22  attention to the middle of the page.  You'll
23  see two carrots that look kind of like that
24  (indicating) and there is page 3.  You'll be
25  able to see it it's right here (indicating).

---

**133**

1  I'm going to try to show you and make it a
2  little easier.  I'm going to reference
3  specifically the paragraph that starts:  Shell
4  eggs...  So if you want to just take a minute
5  to familiarize yourself with that.  I'd like
6  to ask you some questions, please.
7  A.  (Reviews document.)  Okay.
8  Q.   So again, this was referenced earlier
9  this morning by Mr. Kinney.  This is Bebee K,
10  Exhibit K.  And in the middle of the page it
11  says:  Shell eggs are essentially a commodity
12  and are sold based upon reported egg prices.
13      Do you see that?
14  A.  I see that.
15  Q.   Did I read that correctly?
16  A.  Yes, you did.
17  Q.   "Egg prices in turn are significantly
18  influenced by shift in supply and demand.
19      Do you see that?
20  A.  I see that.
21  Q.   Do you have any reason to doubt the
22  accuracy of what is contained in Bebee K?
23      MR. GREENE:  Objection, lack of
24  foundation.
25      THE WITNESS:  No reason to doubt

---

**34 (Pages 130 to 133)**

**HIGHLY CONFIDENTIAL**

**134**

1    it.
2         (Exhibit Number 5 marked for
3    identification.)
4    BY MR. ARANOFF:
5    Q.   I've shown you what's been marked as
6    Bebee 5 for purposes of identification.  This
7    is a UEP board of directors meeting from
8    January 25th, 2005 in Atlanta, Georgia.  It's
9    a multi-page document bearing Bates numbers
10   MFI0613842 through MFI0613847.  I'm going
11   to -- just for purposes of making this a
12   little bit easier on you, Mr. Bebee, my focus
13   is going to be on the attendees on the first
14   page.  And then on the top of page 3 there's
15   one motion.  The second motion is what I would
16   like you to focus on.  But obviously you are
17   free to peruse the document as you like.
18   A.   (Reviews document.)
19   Q.   All set?
20   A.   Yes.
21   Q.   I'm sorry.  Okay.  All right.  So again,
22   these are minutes from the January 25th, 2005
23   UEP board of directors meeting in Atlanta,
24   Georgia.  Do you -- before you looked at this,
25   do you have any independent recollection of

**135**

1    that meeting in particular?
2    A.   No.
3    Q.   Okay.  You'll see that under Board
4    Members and Staff Terry Baker is listed as
5    having attended the meeting.
6         Do you see that?  It's the fourth line
7    from the bottom.
8    A.   I see that.
9    Q.   Okay.  And under member and -- Members
10   and Guests, which is the second group, you'll
11   notice that you're listed as the fourth person
12   on the attendee list?
13   A.   Yes.
14   Q.   Okay.  And then also two lines down from
15   you the second person from the left is
16   Toby Catherman, right?
17   A.   Yes.
18   Q.   And both Mr. Baker and Mr. Catherman in
19   addition to yourself are employees or at least
20   at the time were employees of Michael Foods,
21   correct?
22   A.   Yes.
23   Q.   You'll -- you have no reason to believe
24   then based upon these minutes that you weren't
25   at this meeting, right?

**136**

1    A.   Correct.
2    Q.   And the same would be true for -- to the
3    best of your knowledge, for Mr. Baker and
4    Mr. Catherman, correct?
5    A.   Correct.
6    Q.   If you'll look at page 3, there are at
7    the top of the page -- and maybe I didn't do
8    the best job of directing you there.  So I'm
9    sorry about that.  But you'll see at the top
10   of the page there are two motions.  I'd like
11   to focus your attention on the second one if
12   you wouldn't mind, Mr. Beebe.  And it says in
13   bold:  Motion, colon, it was moved by
14   Mooney...
15        Who is Mooney?  Do you know who Mooney
16   is?
17   A.   I know Wayne Mooney.
18   Q.   And to the best of your knowledge, is
19   this -- the person referenced here Wayne
20   Mooney?
21   A.   If he was listed as attending, I would
22   think that it probably is.
23   Q.   Okay.  "...and seconded by Dean..."  Do
24   you know who Dean is?
25   A.   I would only speculate that it's Jim

**137**

1    Dean.
2    Q.   Thank you.  "...to recommend that the
3    current 'intentions program' for flocks to be
4    disposed of four weeks earlier than previously
5    scheduled and/or flock size reduction five
6    percent be extended through Labor Day."
7         Do you see that, where I read that?
8    A.   Yes.
9    Q.   I read that correctly?
10   A.   Yes.
11   Q.   Okay.  And then after that it says
12   carried, is that correct?
13   A.   Yes, it does.
14   Q.   So a couple of questions on this.  Do you
15   have any understanding of what the intentions
16   program is or was, Mr. Bebee?
17   A.   Well, it appears to be affecting the
18   disposal times of flocks.
19   Q.   Do you have any understanding as you sit
20   here today as to why intentions program is in
21   quotes?
22   A.   No, I don't.
23   Q.   Okay.  And is it fair to say that this
24   motion was passed by virtue of the fact that
25   it says carried afterwards?

35 (Pages 134 to 137)

**HIGHLY CONFIDENTIAL**

138

1  A.  I believe that would be fair to say, yes.
2  Q.  And to the best of your knowledge, did
3  Michael Foods comply with the -- with the
4  motion as articulated here?
5  A.  No, we never adjusted our flocks based
6  off UEP recommendations.
7  Q.  Okay.  Is there any notation here that
8  Michael Foods dissented from this motion?
9  A.  No.
10 Q.  Do you have any evidence or any
11 correspondence that would indicate that
12 Michael Foods did not agree with this motion?
13     MR. GREENE:  Objection,
14 argumentative.
15     THE WITNESS:  I have no way of
16 knowing that.
17 BY MR. ARANOFF:
18 Q.  Having attended this meeting -- and we
19 discussed earlier that you were present for
20 this meeting.  Having attended this meeting
21 when this motion carried, did you say anything
22 to voice a dissent to this motion?
23 A.  I don't remember.  It's been a lot of
24 years ago.
25 Q.  To the best of your knowledge, did you

139

1  send an email or anything else indicating your
2  dissent with this motion?
3  A.  I have no idea.
4  Q.  To the best of your knowledge, did
5  Mr. Baker or Mr. Catherman voice any dissent
6  to this motion?
7  A.  I would have no idea what they did.
8  Q.  If there was a dissent to this motion,
9  would it have been recorded someplace?
10     MR. GREENE:  Objection, lack of
11 foundation.
12     THE WITNESS:  I don't know that.
13 BY MR. ARANOFF:
14 Q.  Well, let's just -- for purposes of
15 illustration, if you could turn to the second
16 to last -- third to last page of this
17 document.  You'll see that there is a number
18 of motions beginning at the bottom of the --
19 bottom of the page and then continuing to the
20 top of the next page.  I'm not really that
21 interested in the substance of the motion.
22 Just for illustrative purposes, take a look at
23 motion number 1.  Do you see motion number 1
24 at the bottom of the page?
25 A.  Yes.

140

1  Q.  It says carried unanimously, right?
2  A.  It does say that.
3  Q.  And then motion number 2 says:  The
4  motion carried with a vote of 19 yes and eight
5  nos.
6      Do you see that?
7  A.  I see that.
8  Q.  So is it fair to say that when there is a
9  dissent to a motion at a UEP meeting, there
10 are times where those dissents are recorded?
11     MR. GREENE:  Objection,
12 argumentative.
13     THE WITNESS:  You are asking
14 whether they are recorded or not?
15 BY MR. ARANOFF:
16 Q.  Yes.
17 A.  Well, this would portray that they are
18 recorded.
19 Q.  Okay.  And again, on the motion that we
20 were talking about before that I read into the
21 record where it said carried, moving back to
22 the top of page 3, right, the motion that we
23 talked about involving Wayne Mooney and
24 seconded by Jim Dean, it just says carried and
25 there is no indication anywhere of there being

141

1  any nos to that motion, correct?
2  A.  There's no indication here.  That's
3  correct.
4  Q.  Okay.  Are you familiar with something
5  called the 100 percent rule?
6  A.  Yes, I'm familiar with that.
7  Q.  What is the 100 percent rule, Mr. Bebee?
8  A.  My understanding of the meeting is that
9  if you -- the meaning is if you sign onto the
10 UEP Certified program, that you are required
11 to include all of your farm operations at all
12 locations.
13 Q.  Okay.  And I know we may have covered
14 this earlier, but I'm just going to kind of
15 double back for purposes of foundation.  The
16 UEP has a lot of different committees,
17 correct?
18 A.  Has a number of committees, yes.
19 Q.  Right.  And one of those committees is
20 the animal welfare committee, right?
21 A.  That would be one of them.
22 Q.  One of those is an environmental
23 committee, right?
24 A.  That's correct.
25 Q.  And one of them would be a scientific

36 (Pages 138 to 141)

**HIGHLY CONFIDENTIAL**

142

1 committee, right?
2 A.   Yeah, that's not made up of members but
3 it is a committee.
4 Q.   Okay.  What does the animal welfare
5 committee do?
6 A.   It deals with the issues associated with
7 the certified program in terms of taking care
8 of the birds.
9 Q.   And when you say taking care of birds,
10 making sure that the birds are treated
11 humanely, is that fair?
12 A.   Humanely is a questionable term in my
13 mind.
14 Q.   Fair enough.  Okay.  So give me an
15 idea -- when you say -- when we're talking
16 about animal welfare, what are some of the
17 things that would come under the rubric of the
18 animal welfare committee?
19 A.   Beak trimming, molting, cage space,
20 transportation and handling.
21 Q.   And what are the kinds of things that
22 would come under the auspices of the UEP's
23 environmental committee?
24 A.   Regulatory issues, compliance with
25 byproducts and air quality.

143

1 Q.   When you say "regulatory issues," you are
2 talking about issues as they pertain to the
3 environment?
4 A.   Yes, and government, the -- any of the
5 regulatory agencies --
6 Q.   So --
7 A.   -- As far as complying to those.
8 Q.   Sorry.  So somebody that's -- so as a
9 member of the member of the environmental
10 committee, is it fair to say that that
11 committee was responsible to ensure compliance
12 with, for example, the USDA?
13 A.   No.
14 Q.   Okay.  The USDA -- you know what I mean
15 when I say USDA, right?
16 A.   Yes, I do.
17 Q.   The USDA is a governmental agency, is it
18 not?
19 A.   It is.
20 Q.   So why is -- why would the environmental
21 committee not be responsible for interacting
22 with the USDA?
23 A.   That would fall under the food safety
24 committee.
25     (Exhibit Number 6 marked for

144

1 identification.)
2 BY MR. ARANOFF:
3 Q.   Mr. Bebee, the court reporter has marked
4 as Bebee 6 for purposes of identification.
5 This is a two-page document bearing Bates
6 numbers MFI0619526 to MFI0619527.  It's an
7 email from you to Dave Johnson with a cc to
8 Terry Baker.  The date is Friday, July 6th,
9 2007.  And the subject is UEP Feedback, UEP.
10     Take a minute to take a look at the
11 document.  I want to ask you a few questions.
12 My questions are going to focus on the
13 first -- second two paragraphs of the
14 document.
15 A.   (Reviews document.)
16 Q.   Have you had a chance to look at that,
17 Mr. Bebee?
18 A.   Yes.
19 Q.   Besides -- just so that we're -- just so
20 that I'm clear, besides the animal welfare
21 committee and the environmental committee, are
22 you on any other UEP committees?
23 A.   No.
24 Q.   Have you ever been on any other UEP
25 committees?

145

1 A.   Not that I recall.
2 Q.   Okay.  So first of all, who is Dave
3 Johnson as it relates to this email?
4 A.   He's a former CEO of Michael Foods.
5 Q.   Is -- when you say "former CEO," is
6 Mr. Johnson still with the company?
7 A.   No.
8 Q.   Where is Mr. Johnson today?  And I say
9 that hoping you are not going to say he's no
10 longer living.
11 A.   I honestly don't know where he is.
12 Q.   Okay.  Well, hopefully he's alive and
13 well someplace.  Okay.  So you don't know
14 where Mr. Johnson is today.  But he has no --
15 he doesn't have any working relationship or
16 consulting relationship at this point with
17 Michael Foods to the best of your knowledge?
18 A.   To the best of my knowledge, he does not.
19 Q.   Okay.  So if you'll look at the second
20 paragraph of the document that I've put in
21 front of you, it says:  Basically the animal
22 welfare-related issues, open paren,
23 guidelines, et cetera, close paren, are hashed
24 out in the committee and brought to the board
25 for approval.

37 (Pages 142 to 145)

HIGHLY CONFIDENTIAL

146

1        What board is being referenced here?
2    A.    The UEP board of directors.
3    Q.    Okay.  Were you ever a member of the UEP
4    board of directors?
5    A.    Yes, I was.
6    Q.    Okay.  And from when to when were you a
7    member of the UEP board of directors?
8    A.    It was a short period around the year
9    2000.
10   Q.    And not since then?
11   A.    No.
12   Q.    Is there anyone that was on the UEP board
13   of directors from Michael Foods after you
14   between now -- between your completion as a
15   member of the board and today?
16   A.    Terry Baker is on the board and has been
17   for some time.
18   Q.    Do you know -- do you have an
19   understanding as you sit here today when he
20   joined the board?
21   A.    No.
22   Q.    Is it your understanding that he has been
23   on the board continuously throughout that
24   period?
25   A.    I don't know that.

147

1    Q.    Is he on the UEP board of directors
2    today?
3    A.    Yes, he is.
4    Q.    And just for a little bit of background,
5    I think you testified under examination by
6    Mr. Kinney earlier today that you are now a
7    consultant to Michael Foods, right?
8    A.    Correct.
9    Q.    And you've been that for the last
10   18 days, correct?
11   A.    Yes.
12   Q.    Are you still a member of the UEP?  When
13   I say "you," do you still attend meetings and
14   intend to attend meetings and the like?
15   A.    Well, I haven't since July 1st, but I
16   plan to.
17   Q.    And when you plan to -- well, withdrawn.
18         So, for example, if there's a UEP meeting
19   in August of 2013, would it be your intentions
20   to attend?
21   A.    Yes, it would.
22   Q.    And when you attend meetings going
23   forward is it your intention to attend on
24   behalf of Michael Foods or on behalf of
25   yourself personally?

148

1    A.    On behalf of Michael Foods.
2    Q.    Okay.  So if we continue in that second
3    paragraph, it says:  Over time, the committee
4    has dealt with, open paren, what I would
5    consider, close paren, marketing-type issues
6    along with bird welfare guideline stuff, which
7    I would question whether that has been
8    appropriate, i.e., the 100 percent rule.  For
9    the most part, the committee works out the
10   on-farm-related stuff.
11         Have I read that correctly?
12   A.    Yes.
13   Q.    Okay.  When you say "marketing-type
14   issues," what do you mean?
15   A.    I really don't know what I meant by that.
16   Q.    Can you tell me what you think it means
17   as you sit here today?
18         MR. GREENE:  I'll object.  It calls
19   for speculation.
20         THE WITNESS:  Possibly affecting
21   the supply.
22   BY MR. ARANOFF:
23   Q.    Okay.  And just so that the record is
24   clear, you don't know what you meant by this in
25   marketing-type issues when you wrote this in

149

1    2007?
2    A.    That is correct.
3    Q.    Okay.  And then when you say:  Along with
4    bird welfare guideline stuff, which I would
5    question whether that has been appropriate,
6    i.e., the 100 percent rule, what is it that
7    you were questioning whether it was
8    appropriate with respect to the 100 percent
9    rule?
10   A.    I believe it to be whether or not all of
11   the farms had to be signed on versus a
12   customer requested situation.
13   Q.    Okay.  And then you'll see that the
14   second paragraph -- or the third paragraph of
15   the document but the second paragraph that
16   we're reading says:  Our main issue with the
17   program is the 100 percent rule.
18         Do you see that?
19   A.    I see that.
20   Q.    I read that correctly?
21   A.    Yes.
22   Q.    Okay.  When you say "our," you mean --
23   that's Michael Foods, not -- isn't that right?
24   When you say "our," you are referring to "our"
25   as Michael Foods, right?

38 (Pages 146 to 149)

**HIGHLY CONFIDENTIAL**

---

150

1  A.  That was the opinion at the time, yes.
2  Q.  Okay.
3  A.  That was our issue.
4  Q.  Right.  "Thankfully it was officially
5  determined by UEP legal counsel about one and
6  a half years ago that the birds that produces
7  our procured eggs do not have to be on the
8  program, is that right?  I read that
9  correctly?
10  A.  Yes.
11  Q.  And when you were talking about the UEP
12  legal counsel, who in particular were you
13  referring to?
14  A.  I don't remember who it was at that time.
15  Q.  Is it possible it was Irv Isaacson?
16  A.  It is possible.
17  Q.  Is it possible it was Kevin Haley?
18  A.  It is possible.  I don't know the timing.
19  Q.  Just so that we're clear -- and I think
20  you testified to this under examination from
21  Mr. Kinney, but let's just make sure we've got
22  it clear.  Irv Isaacson was not your personal
23  lawyer, is that correct?
24  A.  That's correct.
25  Q.  And he also was not the lawyer for

---

151

1  Michael Foods at any time, correct?
2  A.  To the best of my knowledge, that's
3  correct.
4  Q.  Okay.  And Kevin Haley is not your
5  personal lawyer, is he?
6  A.  That would be correct.
7  Q.  And he was never, to the best of your
8  knowledge, the personal attorney -- or the
9  company's attorney for Michael Foods, is that
10  correct?
11  A.  To the best of my knowledge, that's
12  correct.
13  Q.  Now, again, reading this second sentence
14  of this third paragraph:  Thankfully it was
15  officially determined by UEP legal counsel
16  about one and a half years ago that the birds
17  that produces our procured eggs do not have to
18  be on the program.
19     To the best of your knowledge, is that
20  still the case today, that your procured eggs
21  do not have to be UEP Certified?
22  A.  I can tell you that they don't have to
23  be.  It's not a mandatory program, yes.
24  Q.  Okay.  And when you say "it's not a
25  mandatory program," has that always been the

---

152

1  case or is that now the case?
2  A.  It's all --
3     MR. GREENE:  Objection, confusing.
4  BY MR. ARANOFF:
5  Q.  Did you understand my question?
6  A.  Yes.
7  Q.  Okay.
8  A.  It's always been the case.
9  Q.  Mr. Bebee, are you familiar with a person
10  by the name of Bill Goucher or it may be
11  "Goucher"?  I'm not sure how it's pronounced.
12  A.  I am familiar with him, yes.
13  Q.  Is it pronounced "Goucher" or "Goucher"?
14  A.  "Goucher."
15  Q.  You are familiar with Mr. Goucher?
16  A.  Yes, I am.
17  Q.  Who is Mr. Goucher?
18  A.  Former president of Michael Foods Egg
19  Products Company.
20  Q.  And is Mr. Goucher at all affiliated with
21  the company?  When I say "company," I mean
22  Michael Foods today.
23  A.  I don't know that.
24  Q.  You don't know if he's affiliated with
25  the company or not?

---

153

1  A.  Correct.
2  Q.  Is he still employed by Michael Foods?
3  A.  Not to my knowledge.
4  Q.  Do you know if he has any professional
5  relationship at the moment with Michael Foods?
6  A.  I do not.
7  Q.  Do you know if he has a professional
8  relationship with at all with any of the
9  Michael Foods wholly-owned subsidiaries?
10  A.  I do not.
11  Q.  Do you know where Mr. Goucher is today?
12  A.  I heard that he lives in Kansas City.
13  Don't know if that's true or current.
14  Q.  Do you maintain any personal relationship
15  at all with Mr. Goucher or with Dave Johnson?
16  A.  No.
17     (Exhibit Number 7 marked for
18  identification.)
19  BY MR. ARANOFF:
20  Q.  Mr. Bebee, I'm showing you what's been
21  marked as Bebee 7 for purposes of
22  identification.  It's a single-page email from
23  you to Bill Goucher with the Michael Foods
24  MFI legend at the bottom 0321771.  It's an
25  email dated October 9th, 2000 from you to Bill

---

39 (Pages 150 to 153)

**HIGHLY CONFIDENTIAL**

154

1  Goucher.  The subject is UEP.  It says:  Just
2  a reminder that I am going to the UEP meeting
3  today through Friday.  Interesting note, just
4  found out that I was not re-elected to be on
5  the board this coming year.
6      You see where I read that?
7  A.  Yes.
8  Q.  I read that correctly?
9  A.  Yes.
10  Q.  Do you have an understanding as to why
11  you weren't re-elected to be on the board?
12  A.  Only speculation.
13  Q.  And what's the best -- your best
14  knowledge as to why you weren't re-elected to
15  be on the board?  Why do you think you weren't
16  re-elected to be on the board?
17  A.  Too much pushback.
18  Q.  On what issues?
19  A.  Animal welfare.
20  Q.  When you say "too much pushback," what do
21  you mean you had too much pushback on animal
22  welfare issues?
23  A.  Disagreement.
24  Q.  And when you say "disagreement," you are
25  talking about a disagreement with the UEP?

155

1  A.  UEP, direction they were headed.
2  Q.  Okay.  And that -- I assume that by
3  association you disagreed not only with the
4  UEP but also with UEP members that were
5  following the UEP instructions, correct?
6  A.  I believe that would be safe to say, yes.
7  Q.  Okay.  And then the second paragraph --
8  the second sentence of this email says:  Got a
9  feeling that other producers don't like the
10  fact that we don't agree on and participate in
11  the export and marketing programs.
12      Do you see that?
13  A.  I see that.
14  Q.  Did I read that correctly?
15  A.  Yes, you did.
16  Q.  Which producers in particular were you
17  referencing in this email?
18  A.  I have no idea.
19  Q.  When you say you have no idea, you
20  obviously had an idea at the time, right?
21  A.  It appears so.  That's what the email
22  states.
23  Q.  But as you sit here today you have no
24  recollection of which producers didn't like
25  the fact that you wouldn't agree on and

156

1  participate in the export and marketing
2  program?
3  A.  That is correct, I don't.
4  Q.  If I said would Sparboe Farms be one of
5  those people, would that refresh your
6  recollection?
7  A.  No, it would not.  I have no idea who.
8  Q.  You have no --
9  A.  I have no idea.
10  Q.  Is there anything that you can think of,
11  Mr. Bebee, that I could put in front of you
12  that might refresh your recollection as to who
13  were the other procedures that didn't like the
14  fact that you wouldn't agree on and
15  participate in the export and marketing
16  programs?
17  A.  I don't know what it would be.
18  Q.  Okay.  Do you know a gentleman,
19  Mr. Bebee, by the name of Mike Bynum?
20  A.  Yes, I do.
21  Q.  Who is Mike Bynum?
22  A.  Past president of UEP.
23  Q.  Okay.  And is Mr. -- when you say "past
24  president," do you know from when Mr. Bynum
25  was the president of UEP?

157

1  A.  No, I don't.
2  Q.  When to when?
3  A.  No.
4  Q.  Do you know where -- is Mr. Bynum, to the
5  best of your knowledge, associated with the
6  UEP at the present time?
7  A.  I haven't seen or heard of him for
8  several years.  So --
9  Q.  Is it fair to say that you had no contact
10  with him recently?
11  A.  That would be fair to say.
12  Q.  He doesn't attend UEP meetings any
13  longer?
14  A.  I have not seen him for several years.
15  Q.  Okay.
16      (Exhibit Number 8 marked for
17  identification.)
18  BY MR. ARANOFF:
19  Q.  Mr. Bebee, I'm showing you what's been
20  marked as Bebee 8 for purposes of
21  identification.  It's a single-page email from
22  Gene to Tim Bebee, subject:  Reply to your
23  email.  It has a dual Bates number on it.  One
24  is Bates number is MFN017794.  It also is
25  Bates stamped MFI0111596.  It's an email dated

**40 (Pages 154 to 157)**

**HIGHLY CONFIDENTIAL**

158

1 January 3rd, 2003. Give you a few seconds to
2 take a look at it, then I'm going to ask you a
3 couple of questions based upon the second
4 paragraph.
5 A. (Reviews document.)
6 Q. All set, Mr. Bebee?
7 A. Yes.
8 Q. Okay. First, you see that this is from
9 Gene and then there is an email address, which
10 is g_greg@mindspring.com.
11 Do you see where I am reading?
12 A. Yes.
13 Q. To the best of your knowledge, is that
14 Gene Gregory?
15 A. To the best of my knowledge, it is.
16 Q. And Gene Gregory is who?
17 A. He is the executive director of United
18 Egg Producers.
19 Q. Okay. And you'll see that in the second
20 paragraph it says: Mike Bynum, as UEP's new
21 chairman, felt that the members of the animal
22 welfare committee hereafter should be those
23 that have signed onto the program and are
24 implementing UEP's guidelines. Since Michael
25 Foods has not signed onto the program, you

159

1 were not reassigned to this committee.
2 So does this refresh your recollection as
3 to, first, when Mike Bynum became the UEP's
4 new chairman, at least roughly?
5 A. That's the way it reads, yes.
6 Q. And so that's roughly January of 2003,
7 right?
8 A. Yes.
9 Q. Okay. And does this also refresh your
10 recollection as to why you weren't re-elected
11 to the animal welfare committee?
12 A. Yes, it does.
13 Q. Okay. And what is your understanding
14 here based on this document as to why you
15 weren't re-elected to the animal welfare
16 committee?
17 A. Since we weren't signed onto the
18 certified program, they wanted to keep me off
19 the committee.
20 Q. So it's fair to say that since you
21 weren't signed onto the UEP certification
22 program, you weren't re-elected to the animal
23 welfare committee, correct?
24 A. Well, I was re-elected. I don't remember
25 the time frame of it.

160

1 Q. Okay. Let me say it better. I won't say
2 re-elected. I'll say appointed. You weren't
3 appointed to the animal welfare committee,
4 correct?
5 A. That's a correct term, yes.
6 Q. And is it your understanding based upon
7 this that in addition to -- withdrawn.
8 Is it your understanding that in addition
9 to not signing onto the UEP certification --
10 well, withdrawn.
11 Is it also your opinion that part of that
12 was Michael Foods' reluctance to become
13 100 percent compliant in accordance with the
14 100 percent rule?
15 MR. GREENE: Objection, confusing.
16 BY MR. ARANOFF:
17 Q. Do you understand what I am asking you?
18 A. Yes, I understand.
19 Q. Okay.
20 A. I'm not exactly sure of the timing of all
21 of those issues.
22 Q. Okay.
23 A. We were not pleased with the 100 percent
24 rule.
25 Q. And is it your understanding as you sit

161

1 here today that one of the reasons why you
2 weren't appointed back onto the animal welfare
3 committee was because Michael Foods refused to
4 comply with the 100 percent rule?
5 MR. DAVIS: Objection.
6 THE WITNESS: I don't recall if at
7 this point in time that was the issue or not.
8 BY MR. ARANOFF:
9 Q. Did it later become an issue?
10 A. Yes.
11 Q. And is it fair to say that later you were
12 not appointed to the animal welfare committee
13 because of Michael Foods' reluctance and
14 refusal to comply with the 100 percent rule?
15 A. I don't know that.
16 MR. GREENE: Object, lack of
17 foundation.
18 Go ahead.
19 BY MR. ARANOFF:
20 Q. You don't know that. Okay.
21 MR. GREENE: Can I whisper to the
22 witness about a break for a moment?
23 MR. ARANOFF: Sure.
24 THE VIDEOGRAPHER: Off record.
25 The time is 12:27.

41 (Pages 158 to 161)

**HIGHLY CONFIDENTIAL**

---

162

1    (Off the record.)
2    (Exhibit Number 9 marked for
3 identification.)
4    THE VIDEOGRAPHER:  We are back on
5 the record.
6    The time is 12:35.
7 BY MR. ARANOFF:
8 Q.   Mr. Bebee, I'm handing you what's been
9 marked as Bebee 9 for purposes of
10 identification.  This is a single-page email
11 purportedly from Gene Gregory.
12    We established that before, right?
13 A.   Yes.
14 Q.   Okay.  From Gene Gregory to you with a cc
15 to Garth Sparboe, subject is Committee.  And
16 it's dated January 28th, 2003.  It bears the
17 Bates stamp MFI0111594.
18    Do you see that?
19 A.   Yes.
20 Q.   Okay.  And just it's a one-sentence
21 email.  Just take a read-through of it and
22 then I'll ask you a question.
23 A.   (Reviews document.)  Okay.  I'm ready.
24 Q.   Okay.  Tim -- the email says:  Tim, Have
25 heard from Mike Bynum and he is agreeable to

---

163

1 putting you back on the animal welfare
2 committee.  Gene.
3    Do you see that?
4 A.   Yes.
5 Q.   I read that correctly?
6 A.   Yes, you did.
7 Q.   Do you have -- again, Mike Bynum is the
8 chairman of the UEP at this time?
9 A.   The email earlier would tell us that,
10 yes.
11 Q.   Okay.  And do you have an understanding
12 as you sit here today as to why you were put
13 back on the animal welfare committee in
14 January of 2003?
15 A.   Only speculation.
16 Q.   Okay.  And what is your best
17 understanding as to why you were put back on
18 the animal welfare committee?
19    MR. GREENE:  Objection, lack of
20 foundation.
21    THE WITNESS:  Pushback.
22 BY MR. ARANOFF:
23 Q.   Pushback from who?
24 A.   Me.
25 Q.   Okay.

---

164

1    (Exhibit Number 10 marked for
2 identification.)
3 BY MR. ARANOFF:
4 Q.   I'm going to hand you what's been marked
5 Bebee 10 for purposes of identification.
6    Do you have it in front of you,
7 Mr. Bebee?
8 A.   Yes, I do.
9 Q.   For identification, this is an email from
10 you to an email address, which is:  Internal
11 quote, rshinn@neb-sandhills.net, close
12 internal quote.  The subject is Layer Industry
13 Info.  It's dated March 5th, 2002.  It bears
14 Bates stamp MFI0321979.
15    Give you a minute to take a look at this.
16 But before I do, do you have any idea who you
17 sent this email to on the basis of the email
18 address in the To line?
19 A.   Yes, it's Rich Shinn.
20 Q.   And who is Rich Shinn?
21 A.   Turkey producer in Nebraska.
22 Q.   Do you know what company Mr. Shinn is
23 with?
24 A.   I believe the name of his company was
25 Shinn's Turkeys, but I'm not sure of that.

---

165

1 Q.   I would have guessed Sandhills, but that
2 just goes to show you.  All right.  Anyway.
3    Okay.  So it's -- okay.  Take a look at
4 the -- my -- just take a read-through and
5 we'll go from there.  It's just a short
6 document.
7 A.   (Reviews document.)  Okay.
8 Q.   It says -- first line says:  Shell
9 egg industry situation.
10    Do you see that?
11 A.   I see that.
12 Q.   Do you have an understanding as you sit
13 here today about what the shell egg industry
14 situation that you are responding to is?
15 A.   Exactly what it says.
16 Q.   Okay.  So it says:  The industry in
17 oversupply causing depressed market prices for
18 many companies below cost of production.
19    Do you see that?
20 A.   I see that.
21 Q.   Okay.  And is it fair to say that that is
22 the shell egg industry situation that you are
23 reporting to Mr. Shinn about?
24 A.   Yes, that would appear to be safe to say.
25 Q.   Okay.  Then the document continues:

---

42 (Pages 162 to 165)

**HIGHLY CONFIDENTIAL**

166

1   Sales volumes are down in general due to the
2   economy and 9/11.
3        Do you see that?
4   A.   Yes.
5   Q.   And then if you skip down a couple of
6   paragraphs, it says:  For this reason, the
7   companies are demanding changes on the farms;
8   more spaces per bird in the cages, cease
9   forced molting, stricter air quality standards
10  in the buildings, to name a few.
11       Do you see that?
12  A.   Yes.
13  Q.   Okay.  Are these, to the best of your
14  knowledge, changes that were implemented as a
15  result of the shell egg industry situation?
16       MR. GREENE:  Object to the way that
17  document was excerpted as it was read to the
18  witness.
19       MR. ARANOFF:  Okay.
20       THE WITNESS:  Would you repeat the
21  question.
22       MR. ARANOFF:  Can we have that
23  back.
24       (Whereupon, the court reporter read
25  back the previous question.)

167

1        THE WITNESS:  No.
2   BY MR. ARANOFF:
3   Q.   They were not?
4   A.   No.
5   Q.   Okay.  It then says:  The industry,
6   United Egg Producers, has been working on
7   changing standards based on science, but many
8   of the companies are using their own
9   standards.  It is turning into a contest with
10  the chain companies.  UEP has developed a
11  phase-in period, open paren, less birds per
12  cage, close paren.
13       Do you see that?
14  A.   Yes.
15  Q.   Okay.  Do you have an understanding as
16  you sit here today about what you meant when
17  you said:  The industry, open paren, United
18  Egg Producers, close paren, has been working
19  on changing standards based on science?  What
20  does that mean?
21  A.   That means that the producers, United Egg
22  Producers are listening to the scientific
23  committee and their recommendations to take
24  into consideration for guidelines on animal
25  welfare care.

168

1   Q.   And what did you mean when you said it is
2   turning into a contest with the chain
3   companies?
4   A.   Some of the companies implemented their
5   own program.  For example, Burger King, who we
6   supply, implemented their own welfare
7   guidelines.
8   Q.   And when you say chain --
9        MR. GREENE:  Do you want me to let
10  them in?
11       MR. ARANOFF:  Yeah.
12       (Off the record.)
13  BY MR. ARANOFF:
14  Q.   Right before the gentleman came into the
15  room, I was going to ask you:  When you are
16  talking about chain companies, you are
17  referencing franchise chains like Burger King,
18  correct?
19  A.   Yes.
20  Q.   Those kind of companies?
21  A.   Yes.
22  Q.   Okay.  And then the next paragraph down
23  says:  Many in the industry think this will
24  correct the oversupply situation, open paren,
25  birds taken from cages to give more space thus

169

1   reducing the overall bird numbers.  One
2   problem is if and when this happens, the
3   market may firm up and people will start
4   expanding again.  In a few years time the
5   supply and demand situation could be back to a
6   problem.
7        Do you see that?
8   A.   I see that.
9   Q.   Did that accurately reflect your opinion
10  as of March of 2002?
11  A.   It must have.  I wrote it.
12  Q.   Okay.
13       (Exhibit Number 11 marked for
14  identification.)
15  BY MR. ARANOFF:
16  Q.   I handed you, Mr. Bebee, what's been
17  marked as Bebee 11 for purposes of
18  identification.  It's a three-page document
19  with a cover email up front.  And it's dual
20  Bates numbered, begins with MFC00157940.  It
21  also begins with MFI0052008.  Continues
22  sequentially through MFC00157941_00002 as well
23  as MFI0052010.
24       I think I forgot to mention my primary
25  focus will be the fifth -- last part of the

43 (Pages 166 to 169)

**HIGHLY CONFIDENTIAL**

170

1  fifth paragraph and then beginning on the
2  bottom of the page "So you ask how..."
3  through the first full paragraph on the next
4  page. Sorry about that.
5  A.   (Reviews document.)  Okay.
6  Q.   So this is an email from Gene Gregory.
7  You are -- it's sent to you among other
8  people, correct?
9  A.   Yes.
10  Q.   Okay.  Just real quick, do you know who
11  Kurt Kreher is?
12  A.   Yes.
13  Q.   Who is Kurt Kreher?
14  A.   An egg producer --
15  Q.   With what company?
16  A.   -- on the East Coast.  I believe the name
17  of the company is Kreher's Eggs.
18  Q.   Okay.  And who is Bob Krouse?
19  A.   Another egg producer from Indiana.
20  Q.   Do you know what company?
21  A.   Midwest Poultry, I believe.
22  Q.   All right.  And Kurt Lausecker?
23  A.   Yes.
24  Q.   Do you know who he is?  Who's he?
25  A.   He's a producer that used to be with a

171

1  company by the name of Day Lay.
2  Q.   Okay.  Steve Storm?
3  A.   Yes.  He is with Cal-Maine Foods.
4  Q.   Okay.  Mike Bynum, I skipped him.  But
5  Mike Bynum, correct, he's the UEP chairman we
6  referenced before, right?
7  A.   Not at this time in '02.
8  Q.   But it's the same person, right?
9  A.   Yes.
10  Q.   And Joe Fortin, he's with Moark, is that
11  right?
12  A.   I believe that's right.
13  Q.   Okay.  Garth Sparboe is with Sparboe
14  Farms?
15  A.   That's correct.
16  Q.   David Thompson, do you know who he is?
17  A.   I don't remember the name of his company.
18  Q.   But he's, to the best of your knowledge,
19  an egg producer?
20  A.   Egg producer in Illinois.
21  Q.   Joe Arias?
22  A.   He's an egg producer from Texas.
23  Q.   Do you know what company?
24  A.   Or no, it's not Texas.  I don't think
25  that's correct.  Valley Fresh Foods possibly.

172

1  I'm not sure.
2  Q.   Tim Bebee is you obviously, right?
3  A.   I believe so.
4  Q.   Bob Gornichec, do you know him?
5  A.   Yes.
6  Q.   Where is he from?
7  A.   I don't remember the name of his company.
8  Q.   Dave Rettig?
9  A.   Yes.
10  Q.   What company is he from?
11  A.   Rembrandt Enterprises.
12  Q.   And the last name is KY Hendrix, right?
13  A.   K.Y.
14  Q.   He goes by K.Y. or does he go by KY?
15  A.   K.Y.  Rose Acre Farms.
16  Q.   And it's cc'd to Chad Gregory.  Do you
17  know who Chad Gregory is?
18  A.   Yes, I do.
19  Q.   And he's related to Gene Gregory?
20  A.   Yes, he is.
21  Q.   He's his son?
22  A.   Yes, he is.
23  Q.   Does he have a position at the UEP?
24  A.   Yes, he does.
25  Q.   What's his position there?

173

1  A.   Currently he is the president.
2  Q.   Okay.  And the subject of this email from
3  Gene -- this cover email from Gene Gregory to
4  all the people we just talked about, right, is
5  in all caps:  You should implement guidelines,
6  right?
7  A.   That's what it says.
8  Q.   Okay.  Now, if you look at the second
9  page of the document, again at the top in all
10  caps and I believe in bold it also says:  You
11  should implement guidelines, an editorial by
12  Gene Gregory.
13       Although an editorial by Gene Gregory is
14  not in caps, right?
15  A.   Yes.  Correct.
16  Q.   If you look at the fifth paragraph, the
17  last sentence says:  As we reduce the flock
18  size, hopefully profits will be realized which
19  can be reinvested in this new construction.
20       Do you see that?
21  A.   I see that.
22  Q.   And so is it fair to say that Gene
23  Gregory at the time was recommending the
24  reduction of flock size?
25       MR. DAVIS:  Objection to form,

44  (Pages 170 to 173)

**HIGHLY CONFIDENTIAL**

---

**174**

1  calls for speculation.
2      THE WITNESS:  It would appear so.
3  BY MR. ARANOFF:
4    Q.   Okay.  And then you'll see in the second
5  to last paragraph or the last full paragraph
6  on that same page it says:  So you ask how I
7  will recover my cost?  A special committee has
8  been established for the purpose of developing
9  a price discovery system that will allow eggs
10  from certified companies to be traded and for
11  the market reporter to publish a separate
12  quote for certified eggs.
13      Do you see that?
14    A.   Yes.
15    Q.   Okay.  I read that correctly?
16    A.   Yes.
17    Q.   And again, to the best of your knowledge,
18  this is what Gene Gregory was recommending to
19  the UEP members?
20      MR. DAVIS:  Objection, calls for
21  speculation.
22      THE WITNESS:  It's what's stated.
23  BY MR. ARANOFF:
24    Q.   Okay.  And just so that we're clear, when
25  it talks about -- do you know what was meant

---

**175**

1  by price discovery system?
2    A.   No.
3      MR. DAVIS:  Objection, calls for
4  speculation.
5      THE WITNESS:  No.
6  BY MR. ARANOFF:
7    Q.   Okay.  Do you know what a market reporter
8  is?
9      MR. DAVIS:  Same objection.
10      THE WITNESS:  No, I don't.
11  BY MR. ARANOFF:
12    Q.   Okay.  And then the next paragraph says:
13  There, however, is another way to recover the
14  cost.  Some may think of this as only a supply
15  adjustment program and those that implement
16  the guidelines will realize an increased cost
17  while those that stand on the sideline will
18  benefit equally.  So let's just review the
19  costs of the first step of the phase-in plan.
20  Remember that this step calls for chicks
21  hatched after April 1st, 2002 and before
22  October 1st, 2003 to place those pullets in
23  the layer house at a "house average" of
24  56 inches per hen.
25      Do you see that?

---

**176**

1    A.   Yes.
2    Q.   Aside from the coughing attack I had, did
3  I read that correctly?
4    A.   You did.
5    Q.   And is it your understanding that this
6  was -- reflects a recommendation made by Gene
7  Gregory to UEP members?
8      MR. DAVIS:  Objection, calls for
9  speculation, misstates the document.
10      THE WITNESS:  Those words are put
11  in print.  That's all I can verify.
12  BY MR. ARANOFF:
13    Q.   And they were put in print by Gene
14  Gregory?
15    A.   Yes.
16    Q.   And to the best of your knowledge, they
17  were disseminated to all of the folks that we
18  talked about earlier when we started
19  referencing the document, in particular,
20  Mr. Fortin, Mr. Kreher, Mr. Krouse, Mr. Bynum,
21  Mr. Lausecker, Mr. Storm, Mr. Sparboe,
22  Mr. Thompson, Mr. Arias, you, Mr. Bebee, Bob
23  Gornichec, Mr. Rettig, Mr. Hendrix with a copy
24  to Chad Gregory, correct?
25    A.   That is what the email shows us.

---

**177**

1      MR. ARANOFF:  Let's take the lunch
2  break now and then we'll go from there.
3      THE VIDEOGRAPHER:  This is the end
4  of disk two in the deposition of Tim Bebee.
5  We are off the record at 12:54.
6      (Lunch break taken at 12:54 p.m.)
7
8      AFTERNOON SESSION, 1:48 p.m.
9
10      THE VIDEOGRAPHER:  This is the
11  beginning of disk three in the deposition of
12  Timothy Bebee.
13  We are back on the record at 1:48.
14  MR. ARANOFF:
15    Q.   Mr. Bebee, you had an opportunity to have
16  lunch?
17    A.   Yes, sir.
18    Q.   Did you discuss your testimony at all,
19  the substance of your testimony with anyone
20  during the lunch break?
21    A.   No.
22      (Exhibit Number 12 marked for
23  identification.)
24  BY MR. ARANOFF:
25    Q.   Mr. Bebee, the court reporter has placed

---

**45 (Pages 174 to 177)**

**HIGHLY CONFIDENTIAL**

178

1 in front of you what's been marked as Bebee 12
2 for purposes of identification. This is a --
3 the first page is a cover email from
4 Terry Baker to J.D. Clarkson and Gregg
5 Ostrander with a cc to Toby Catherman and to
6 yourself dated April 16th, 2005. The entire
7 document is Bates stamped MFI0027797 and it
8 continues continuously through MFI0027801.
9      First, if you take a look at the
10 document, Mr. Bebee, you'll see at the upper
11 left-hand corner in bold it says: Bebee, Tim
12 J., correct?
13 A.    (Reviews document.) Yes.
14 Q.    So is it fair to say that this came out
15 of your production, to the best of your
16 knowledge, it came off of your email?
17 A.    It appears so, yes.
18 Q.    Now, if you will look at page 2 of the
19 document, you'll see that it says UEP Animal
20 Welfare Committee, Tuesday, April 19th, 2005,
21 right?
22 A.    Yes.
23 Q.    Do you recognize this document? I
24 realize I may not have given you a chance to
25 look at it. So why don't I do that.

179

1 A.    (Reviews document.)
2 Q.    Have you had a chance to look at it?
3 A.    Yes.
4 Q.    Okay. All right. But first, just
5 turning back to the first page of the
6 document, the subject of the cover email is
7 UEP ACC Update.
8      Do you see where I am reading?
9 A.    Yes.
10 Q.    Okay. And UEP is United Egg Producers,
11 right?
12 A.    Yes.
13 Q.    What does ACC stand for?
14 A.    I believe it stands for the animal
15 welfare program.
16 Q.    If I said to you that it stood for the
17 animal care -- animal care certified, would
18 that be an accurate description of that
19 mnemonic?
20 A.    I believe that would be right, yes.
21 Q.    And is there any distinction in your
22 mind, Mr. Bebee, between the animal welfare
23 program and animal care certified as indicated
24 in the subject line of this email?
25 A.    Not in my mind, no.

180

1 Q.    Are you aware of any difference between
2 ACC and AWP or animal welfare program?
3 A.    No.
4 Q.    So in your mind they are one in the same?
5 A.    Yes.
6 Q.    And do you believe that to be the case
7 among those of you that are in the industry?
8      MR. DAVIS: Objection, calls for
9 speculation.
10     THE WITNESS: I can't speak for
11 others in the industry.
12 BY MR. ARANOFF:
13 Q.    Okay. Now, turning to page 2. At the
14 top of the page it says UEP Animal Welfare
15 Committee, right?
16 A.    It does say that, yes.
17 Q.    And it's dated Tuesday, April 19th, 2005?
18 A.    Yes.
19 Q.    And then beneath it it says: Discussion
20 of alternative to Atlanta motions on ACC
21 marketing by non-certified producers and
22 marketers, right?
23 A.    Yes, it does say that.
24 Q.    I read that correctly?
25 A.    Yes, you did.

181

1 Q.    And below that are two motions, right:
2 Motion number 2 - it was moved by Oldenkamp
3 and seconded by Fortin to approve the preamble
4 and motion stating: Colon, open quote, bold,
5 In order to protect the integrity of the ACC
6 program and logo and in view of the difficulty
7 in preventing the commingling of certified
8 eggs with non-certified eggs and to treat all
9 egg producers equal, it is hereby moved that
10 no new licenses to market animal care
11 certified eggs will be issued or renewed to
12 producers who are not ACC certified, period,
13 close quote, close bold.
14     And then it says the motion carried with
15 a vote of 19 yes and eight nos.
16     Do you see that?
17 A.    I see that.
18 Q.    I read it correctly?
19 A.    Yes, you did.
20 Q.    Then there is: Motion number 3 - It was
21 moved by Oldenkamp and seconded by Clanton
22 that, open bold, open quote, a license to
23 market ACC eggs may be issued to shell egg
24 processors and further egg processors who do
25 not own or operate egg production facilities,

46 (Pages 178 to 181)

**HIGHLY CONFIDENTIAL**

182

1  period, close quote, close bold.  The motion
2  carried with 26 yes and two no votes.
3      Do you see that?
4  A.   Yes.
5  Q.   And I read that correctly?
6  A.   Yes.
7  Q.   Beneath it you'll see that there are
8  reasons for motions.
9      Do you see that?
10 A.   Yes.
11 Q.   And by the way, do you have an
12 understanding as you sit here today as to who
13 drafted this document?
14 A.   No.
15 Q.   Had you seen documents like this before?
16 A.   I've seen minutes of meetings.
17 Q.   But have you ever seen a document that
18 would be similar or identical to a discussion
19 of alternatives to any UEP initiatives?
20 A.   Would you repeat the question.
21      MR. ARANOFF:  Can I have that back,
22 please.
23      (Whereupon, the court reporter read
24 back the previous question.)
25      THE WITNESS:  Are you asking me

183

1  have I seen a specific document?
2  BY MR. ARANOFF:
3  Q.   Let me try it a different way.  I'm
4  asking you whether it was commonplace for
5  documents like the one that I have put in
6  front of you, which is Bebee 12, if you've
7  ever seen these kind of documents before or if
8  this was rare to receive something like this?
9      MR. GREENE:  Objection, vague.
10     THE WITNESS:  I've seen minutes to
11 meetings.
12 BY MR. ARANOFF:
13 Q.   Okay.  And then you see where it says
14 reasons for motions, right?
15 A.   Yes.
16 Q.   Okay.  And would you agree with me that
17 when it's talking about reasons for motions,
18 it's talking about the two motions above that
19 I just read into the record?
20 A.   It would lead you to believe that, yes.
21 Q.   Okay.  And it says:  Reasons for motions.
22 One, effort to gain 100 percent participation.
23     Do you see that?
24 A.   Yes.
25 Q.   And am I correct when I say that this

184

1  would be the same as saying effort to gain
2  compliance with the 100 percent rule?
3      MR. GREENE:  Objection, lack of
4  foundation.
5      THE WITNESS:  Not necessarily.
6  BY MR. ARANOFF:
7  Q.   Okay.  Do you see on number 3 where it
8  says, "Reaction to the marketplace where in a
9  non-certified marketer can offer a discount on
10 shell eggs which are not ACC versus ACV"?
11 A.   I see that.
12 Q.   Do you have an understanding about what
13 that means?
14 A.   Yes.
15 Q.   What does that mean?
16      MR. DAVIS:  Objection, calls for
17 speculation.
18      THE WITNESS:  In my opinion, it's
19 just an issue where ACC certified eggs may be
20 mixed with conventional eggs --
21 BY MR. ARANOFF:
22 Q.   Okay.
23 A.   -- will be an issue.
24 Q.   And then it says:  This is a competitive
25 advantage since they may have lower cost on

185

1  their own production.
2      Do you have an understanding as you sit
3  here today as to why there is a competitive
4  advantage?
5      MR. GREENE:  Again, objection, lack
6  of foundation.
7      THE WITNESS:  I have an idea.
8  BY MR. ARANOFF:
9  Q.   And what's your idea?
10 A.   Well, there is a cost to the program.
11 Q.   Okay.
12 A.   So if there were eggs that were sold as
13 being certified that were not, did not come
14 from birds that were on the program, it could
15 be an advantage.
16 Q.   Okay.  And then you see number 4.  It
17 says:  Sunny Fresh and Michaels are gaining a
18 competitive advantage in the egg product
19 market versus certified egg processors due to
20 cost structure.
21     Do you see that?
22 A.   I see that.
23 Q.   Do you have an understanding as to who
24 Sunny Fresh is?
25 A.   Yes.

**47 (Pages 182 to 185)**

**HIGHLY CONFIDENTIAL**

186

```
1    Q.   And who is that?
2    A.   Cargill.
3    Q.   And is it correct that when you say
4    Cargill you are talking about Cargill Kitchen
5    Solutions?
6    A.   I believe that is correct, yes.
7    Q.   And Michaels as referenced in item 4, do
8    you have an understanding that that's Michael
9    Foods?
10        MR. GREENE:  Again, objection, lack
11   of foundation.
12   BY MR. ARANOFF:
13   Q.   You can answer that.
14   A.   I believe that's who was being spoken
15   about here.
16   Q.   Okay.  And then it says, continuing on:
17   Both SF...  Would you agree that SF is Sunny
18   Fresh?
19   A.   It would lead you to believe that that is
20   the case.
21   Q.   "...and MFI..."  Would you believe that
22   that's Michael Foods?
23   A.   I believe that's -- would be correct.
24   Q.   "...have a major supply networks which
25   are non-certified but are on long-term
```

187

```
1    grain-based pricing programs."
2         Do you see that?
3    A.   Yes.
4    Q.   I read that correctly?
5    A.   Yes.
6    Q.   Now, if you go down to problems
7    created/unanswered by motions, see that at the
8    bottom of the same page?
9    A.   Yes.
10   Q.   Number 1 says:  Limits free trade of
11   eggs.
12        Do you see that?
13   A.   Yes.
14   Q.   I read that correctly?
15   A.   Yes.
16   Q.   And then if you turn the page and you
17   look at number 8 on the top of the page about
18   a quarter of the way down -- see where it says
19   number 8?  "As economic pressures build, may
20   force participants to leave the program to
21   reduce cost."
22        Do you see that?
23   A.   Yes.
24   Q.   I read that correctly?
25   A.   Yes.
```

188

```
1    Q.   Now, if you look at the second to the
2    last page of the document that I handed you,
3    there is a motion in the middle of the page,
4    right?
5    A.   Yes.
6    Q.   And it says, quote -- it's -- all of what
7    I am about to read is in bold, the entire
8    quote.  And it says, quote:  In order to
9    expand the marketing and use of animal care
10   certified eggs and egg products, UEP will
11   offer licenses to non-certified marketers.
12   All non-certified marketers must consent to a
13   monthly reporting program with third-party
14   audits.  All licensees must comply with all
15   rules pertaining to commingling,
16   representation and use of logo to protect the
17   integrity of the ACC program.  A license can
18   be withdrawn from a licensee within 30 days of
19   any audit violation if not corrected to the
20   satisfaction of the UEP executive board,
21   period, close quote, end bold.
22        Do you see that?
23   A.   Yes.
24   Q.   Did I read that correctly?
25   A.   Yes.
```

189

```
1    Q.   Okay.  Do you have an understanding as to
2    what -- the motion that I just read, do you
3    know what that motion was?
4    A.   I have an idea.
5    Q.   Okay.  And what's your idea?
6    A.   It is in regard to allowing companies to
7    have non-certified -- the ability to market
8    eggs even though they do not have production,
9    own production.
10   Q.   Okay.  And is it your understanding that
11   this was a proposed motion?
12   A.   That is what the email portrays.
13   Q.   Okay.  And do you have an understanding
14   as to who was the person or company that
15   proposed this motion?
16   A.   No.
17   Q.   Okay.  Now, if you look down after the
18   motion on the document that's in front of you,
19   you'll see some handwriting, correct?
20   A.   Yes.
21   Q.   First, you see it says -- is this your
22   handwriting?
23   A.   It appears to be.
24   Q.   Okay.  And it says:  Four, colon, Roger,
25   Bob, me, right?
```

48 (Pages 186 to 189)

**HIGHLY CONFIDENTIAL**

---

190

1    A.   Yes.
2    Q.   Okay.  And the -- who is the Roger that's
3    referenced here, do you know?
4    A.   No, I don't because there are more than
5    one Roger.
6    Q.   Well, do you have a recollection as you
7    sit here now as to who the Roger is here?
8    A.   No.
9    Q.   And you see then it says Bob underneath
10   it?
11   A.   Yes.
12   Q.   Okay.  Who is Bob?
13   A.   I'm not sure.
14   Q.   And then you said "me," right?
15   A.   It does.
16   Q.   Is "me" Tim Bebee?
17   A.   I believe that would be correct.
18   Q.   Okay.  And then it says to the -- and
19   I'll read it.  You can correct me if I am
20   wrong since this is your handwriting.  I'm
21   going to do my best.  "Gene..."  I can't read
22   the first word.  Can you read that for me?
23   A.   Thinking it's "made."
24   Q.   "...made the comment that we are selling
25   product with an AW stamp."

---

191

1        Do you see that?
2    A.   Yes.
3    Q.   Okay.  Do you have an understanding as to
4    why you wrote that?
5    A.   I would be speculating.
6    Q.   Well, you wrote it, right?
7    A.   It does appear.
8    Q.   Okay.  So if you wrote it, why did you
9    write that?
10   A.   Apparently because I thought that Gene
11   feels that we were selling product with the
12   stamp without the approval.
13   Q.   And were you, in fact, doing that?
14   A.   I have no idea.  I don't get involved in
15   the selling of product.
16   Q.   Okay.  But you acknowledge that that was
17   your handwriting and something that you wrote
18   at the time, correct?
19   A.   Yes.
20   Q.   Now, if you turn the page, you'll see
21   additional handwriting, correct?
22   A.   Correct.
23   Q.   Okay.  And again, to the best of your
24   knowledge, the items on the final page of
25   Bebee 12 is your handwriting as well, correct?

---

192

1    A.   It appears so.
2    Q.   Okay.  And then you'll see number 2,
3    right?  You see number 2?
4    A.   I see number 2.
5    Q.   And it says:  Tough time...  I think the
6    word is "challenging," is that right?
7    A.   That's what it looks like.
8    Q.   And then that's crossed out.  Would you
9    agree with that?
10   A.   Yes.
11   Q.   And then it says "defending," right?
12   A.   Yes.
13   Q.   "...in court if it would ever come to
14   that."
15       Did I read that correctly?
16   A.   It appears to say that.
17   Q.   Okay.  Do you have an understanding as to
18   what you were referencing in this document
19   under number 2?  What would you have a tough
20   time defending in court if it ever came to
21   that?
22   A.   I could only speculate.
23   Q.   Well, you wrote it, right?  We
24   established that, right?
25   A.   Yep.

---

193

1    Q.   So you wouldn't be speculating because
2    you are the person that actually wrote it.
3    So --
4    A.   I don't know --
5        MR. GREENE:  Object to that.
6    That's argumentative and I object to that.
7        MR. ARANOFF:  Okay.
8    BY MR. ARANOFF:
9    Q.   Could you answer the question to the best
10   of your ability, please?
11   A.   Well, I can answer, I guess, what I
12   believe today.  I don't know what I was
13   thinking at that point in time.
14   Q.   Okay.  What do you believe today?  What
15   would you have a tough time defending in court
16   if it ever would come to that?
17       MR. GREENE:  Object to the
18   characterization of the note.
19       MR. ARANOFF:  I'm just reading it.
20       MR. GREENE:  Yeah, you are not
21   reading all of it, Ron.  You are going to read
22   the middle of the page on number 2.
23       MR. ARANOFF:  Okay.  That's fine.
24   BY MR. ARANOFF:
25   Q.   Go ahead.

49 (Pages 190 to 193)

**HIGHLY CONFIDENTIAL**

194

1    A.    I would say you would have a tough time
2    defending selling product with a stamp on if
3    you didn't have approval to do that.
4    Q.    And that's your understanding -- that's
5    your understanding now, but you are not sure
6    if that was your understanding back when you
7    actually wrote the document, correct?
8    A.    No, I cannot be sure of what I was
9    writing in 2005.
10    Q.    Okay.  And then you'll see number 3.  It
11    says:  Was not made to address AW concern the
12    more things we do.
13          Do you see that?
14    A.    I see that.
15    Q.    Did I read that correctly?
16    A.    It appears that you did.
17    Q.    Do you have an understanding as to what
18    you meant at the time you wrote that?
19    A.    I have no idea.
20    Q.    Do you have an understanding today what
21    that means?
22    A.    No, I don't.
23    Q.    Okay.  Then you'll see number 4.
24    "Restrict who..."  Can you read the word after
25    "who"?

195

1    A.    I'm not sure what that word is.
2    Q.    Okay.  Restrict who, ineligible word, can
3    sell product...  Can you read the word after
4    that?
5    A.    I think it's supposed to be to with one
6    O.
7    Q.    Okay.  To.  Then it seems to say "creates
8    barrier," right?
9    A.    It appears to say that.
10    Q.    Okay.  Dash, never be done before, dash,
11    beyond.
12          Do you see that?
13    A.    I see that.
14    Q.    Okay.  And do you have an understanding
15    of what you meant when you wrote this?
16    A.    No.
17    Q.    Do you have an understanding today what
18    that means?
19    A.    No.
20    Q.    Did you -- when's the last time you saw
21    the handwritten portions of this document?
22    Did you see these in preparation for your
23    deposition today?
24          MR. GREENE:  Objection.  I'm -- as
25    to that question and what he saw in

196

1    preparation, I'll instruct the witness not to
2    answer.
3    BY MR. ARANOFF:
4    Q.    Well, if you saw it at the direction of
5    Mr. Greene, that may be -- may be an
6    appropriate objection.  If you saw it
7    independently, then that wouldn't be an
8    appropriate objection.
9          MR. GREENE:  If you want to phrase
10    the question to exclude what you think is the
11    appropriate objection, it may end up getting
12    through the problem.
13    BY MR. ARANOFF:
14    Q.    Let me ask you a question.  Since the
15    time that you have written this document until
16    today, have you seen this document?
17    A.    No.
18    Q.    Have you -- so you have not seen this in
19    preparation for your testimony today other
20    than potentially with Mr. Greene?
21    A.    No.
22          MR. ARANOFF:  One moment, please.
23    BY MR. ARANOFF:
24    Q.    Going back to number 2 in the document
25    where it says:  Tough time challenging, which

197

1    is crossed out, defending in court if it would
2    ever come to that, is it possible that that
3    meant that there would be a difficult time
4    defending the 100 percent rule?
5          MR. GREENE:  Objection --
6    BY MR. ARANOFF:
7    Q.    Is that possible?
8          MR. GREENE:  Sorry.  Objection,
9    calls for speculation.
10          THE WITNESS:  I don't believe so
11    reading it now, no.
12    BY MR. ARANOFF:
13    Q.    But is it possible that that's what you
14    meant then?
15          MR. GREENE:  Same objection.
16          THE WITNESS:  I don't believe it's
17    related to the 100 percent rule.
18    BY MR. ARANOFF:
19    Q.    Why do you say that -- withdrawn.
20          What indication do you have that leads
21    you to that belief?
22    A.    There's nothing in there that leads me to
23    believe it has anything to do with the
24    100 percent rule.
25    Q.    Well, let's turn then for a moment, if

50  (Pages 194 to 197)

**HIGHLY CONFIDENTIAL**

198

1   you wouldn't mind, back to the second page of
2   the document. And under Reasons For Motions
3   on the second page of the document, number 1
4   says: Effort to gain 100 percent
5   participation.
6          Do you see that?
7   A.   I see that.
8   Q.   I read that correctly?
9   A.   Yes, you did.
10  Q.   Okay. So when we then turn to the last
11  page of the document, which under number 2
12  says: Tough time challenging, which is
13  crossed out, defending in court if it would
14  ever come to that, is it possible that you
15  were referencing the effort to gain
16  100 percent participation?
17         MR. GREENE: Objection, calls for
18  speculation.
19  BY MR. ARANOFF:
20  Q.   Is it possible?
21  A.   Anything is possible.
22  Q.   Okay.
23         (Exhibit Number 13 marked for
24  identification.)
25  BY MR. ARANOFF:

199

1   Q.   Okay. The court reporter has put in
2   front of you what's been marked Bebee 13 for
3   purposes of identification. I'll give you a
4   second to take a look at it. This is a cover
5   letter from Toby Catherman to Tim Bebee dated
6   Friday, February 17th, 2006. The subject is
7   Producer Committee for Animal Welfare
8   Committee. It's Bates stamped MFI0055038
9   through MFI0055040.
10  A.   (Reviews document.)
11  Q.   Have you had a chance to look at it?
12  A.   I am looking at it.
13  Q.   Sorry. I thought you were done.
14  A.   (Reviews document.) Okay.
15  Q.   All set? Okay. So again, this is a
16  cover email -- the first page of which is a
17  cover email from Toby Catherman to you,
18  correct?
19  A.   Yes.
20  Q.   And the attachment is Minutes Animal
21  Welfare.
22         Do you see that?
23  A.   Yes.
24  Q.   Okay. Now, if we turn to the actual
25  document, you'll see that this is the producer

200

1   committee for animal welfare committee
2   conference call February 15th, 2006.
3          Do you see that?
4   A.   Yes.
5   Q.   And among the listed committee members is
6   Tim Bebee. That's you?
7   A.   Yes.
8   Q.   Okay. And members and staff. And you've
9   got Toby Catherman in there.
10         Do you see that?
11  A.   Yes.
12  Q.   Okay. Now, if you turn to the third page
13  of the document, you'll see there is a
14  paragraph that begins "Speaking..."?
15  A.   Yes.
16  Q.   "Speaking on behalf of Michael Foods,
17  Toby Catherman and Tim Bebee expressed the
18  view that the license/marketing agreement
19  should be approved without any requirement for
20  becoming a UEP Certified company."
21         Do you see that?
22  A.   Yes.
23  Q.   Why did you believe that to be the case?
24  A.   Why did I believe it should be approved,
25  is that your question?

201

1   Q.   Yes.
2   A.   So that we could market certified eggs
3   without being a member ourselves for our own
4   birds.
5   Q.   Is it your view -- withdrawn.
6          Is there any difference in eggs that are
7   non -- in the quality of eggs that are non-UEP
8   Certified in comparison with eggs that are UEP
9   Certified in your opinion?
10  A.   In my opinion, no.
11  Q.   So to be clear, you don't believe that
12  there is any benefit to a customer when they
13  receive a UEP Certified egg in -- compared to
14  somebody who doesn't receive a UEP Certified
15  egg, is that correct?
16         MR. GREENE: Object to the
17  characterization and object argumentative.
18  BY MR. ARANOFF:
19  Q.   Is that correct?
20  A.   Regarding quality there's no difference.
21         (Exhibit Number 14 marked for
22  identification.)
23  BY MR. ARANOFF:
24  Q.   Mr. Bebee, showing you what's been marked
25  Bebee 14 for purposes of identification.

51 (Pages 198 to 201)

**HIGHLY CONFIDENTIAL**

---

202

1 Again, the first page of which is a cover
2 email from Terry Baker to J.D. Clarkson,
3 S. O'Brien, S. Vince, Tim Bebee and
4 Toby Catherman. The subject is Michael Foods
5 Interest Expressed in UEP Certified. This is
6 a multi-page document bearing competing Bates
7 numbers. The first is MFC00018744 and
8 continuing to MFC00018745_00003. It also has
9 the Bates number MFI0033973 and continues to
10 MFI0033976. I'll give you a second to take a
11 look at that and then I'll ask you some
12 questions.
13 A. (Reviews document.) Okay.
14 Q. Okay. First of all, if you look at who
15 received this email, do you know who
16 J.D. Clarkson is?
17 A. Yes, I know who he was.
18 Q. Who was he?
19 A. President of the egg company.
20 Q. Which egg company?
21 A. Michael Foods Egg Products Company.
22 Q. Okay. Is Mr. Clarkson still affiliated
23 with Michael --
24 A. He's deceased.
25 Q. Sorry to hear that. Okay.

---

203

1 What about Mr. O'Brien?
2 A. He's the general manager of the
3 ingredients division of the company.
4 Q. And when you say "the company," I'm not
5 trying to be difficult, you mean Michael
6 Foods, right?
7 A. Yes.
8 Q. And who is S. Vince -- or maybe it's not
9 S. Vince. Maybe it's S. Vince O'Brien.
10 A. It is.
11 Q. Okay. Sorry. And you're Tim Bebee
12 obviously. And we've spoken about
13 Mr. Catherman. He's also employed by Michael
14 Foods, correct?
15 A. Was.
16 Q. Was.
17 A. He's retired.
18 Q. Okay. All right. So when you turn the
19 page then, you'll see that the -- the document
20 starting on page 2 is titled Michael Foods
21 Interest Expressed in UEP Certified.
22 Do you see that?
23 A. Yes.
24 Q. And it's reported by Gene Gregory --
25 A. Yes.

---

204

1 Q. -- right? And the first paragraph says:
2 On April 10th I met with Mr. J.D. Clarkson,
3 open paren, president and chief operating
4 office [sic], close paren, Terry Baker and
5 Tim Bebee in the corporate office of Michael
6 Foods in Minnetonka, Minnesota.
7 Do you see that?
8 A. Yes.
9 Q. Okay. Then it says: Following up on the
10 February 15th conference call of the producer
11 committee, I've been working with Terry and
12 Tim on a plan whereby Michael Foods might
13 become a fully, quote, certified, close quote,
14 company on some type of timeline as discussed
15 by members of our committee during discussions
16 on February 15th, correct?
17 A. Yes.
18 Q. Okay. Do you have an understanding as
19 you sit here today as to why at this time
20 Michael Foods was expressing an interest in
21 becoming UEP Certified?
22 A. I can only say it was because we were
23 considering joining the program.
24 Q. Why? Why did you now consider joining
25 the program?

---

205

1 MR. GREENE: Objection, lack of
2 foundation.
3 BY MR. ARANOFF:
4 Q. You can answer.
5 A. Because it was something that we felt
6 would be proper to do at the time.
7 Q. Well, let me back up a second.
8 There was a time when you made a
9 conscious decision that you were not going to
10 join the UEP Certified program, correct?
11 MR. GREENE: Objection to the
12 characterization.
13 THE WITNESS: I would say we
14 definitely did not rush into it.
15 BY MR. ARANOFF:
16 Q. Okay. But it was more than that, right?
17 A. It was more than...
18 Q. Wasn't that you weren't going to rush
19 into it, you made a -- when I say "you," I'm
20 referring to Michael Foods. Can we agree to
21 that for the moment?
22 A. Sure.
23 Q. Okay. There was a time, was there not,
24 where Michael Foods made a decision that it
25 was not interested in entering the UEP

---

52 (Pages 202 to 205)

**HIGHLY CONFIDENTIAL**

206

1    Certified program, is that correct?
2         MR. GREENE:  Object to the
3    characterization.
4         THE WITNESS:  I wasn't the
5    decision-making person.
6    BY MR. ARANOFF:
7    Q.   Okay.  Who was?
8    A.   Gregg Ostrander.
9    Q.   And there was a time, specifically the
10   summer of 2006, which is what I think you
11   testified to earlier, where Michael Foods did
12   enter the UEP Certified program, is that
13   correct?
14   A.   That's correct.
15   Q.   Okay.  So my question to you is:  Do you
16   have an understanding as you sit here now as
17   to why Michael Foods decided to join the UEP
18   Certified program in the summer of 2006?
19        MR. GREENE:  Objection, lack of
20   foundation.
21        THE WITNESS:  No.
22   BY MR. ARANOFF:
23   Q.   You'll see that in the middle of the
24   document -- withdrawn.
25        And the person -- just to be clear, the

207

1    person that would be able to answer that
2    question, in your view, is Gregg Ostrander,
3    correct?
4    A.   In my opinion, yes.
5    Q.   Is there anybody else that might be able
6    to answer that question other than
7    Mr. Ostrander, to the best of your knowledge?
8    A.   He was the decision-maker.
9    Q.   In making that kind of decision, would he
10   have consulted with anybody else at the
11   company?
12        MR. GREENE:  Objection, calls for
13   speculation.
14        THE WITNESS:  You would have to ask
15   him that question.
16   BY MR. ARANOFF:
17   Q.   Do you know whether Terry Baker consulted
18   with Mr. Ostrander with respect to Michael
19   Foods' decision to become UEP Certified?
20   A.   I don't know.
21   Q.   But you didn't participate in any
22   discussion with Mr. Ostrander with respect to
23   Michael Foods' decision to become UEP
24   Certified in the summer of 2006?
25   A.   I gave him supporting information along

208

1    the way.
2    Q.   What kind of information did you provide
3    to him?
4    A.   Bird population, expectations.
5    Q.   At the time, and when I say "at the
6    time," I'm referring to the summer of 2006,
7    was it your opinion that Michael Foods should
8    or should not enter the UEP Certified program?
9         MR. GREENE:  Objection, lack of
10   foundation.
11        THE WITNESS:  It was my opinion
12   that we should join it, yes.
13   BY MR. ARANOFF:
14   Q.   And did you have a reason as to why
15   you -- why that was your opinion?
16   A.   Yes.  It verified doing the right things
17   in the chicken houses.
18   Q.   And when you say "the right things in the
19   chicken houses," what does that mean?
20   A.   Taking care of the birds according to the
21   guidelines on the ACC program.
22   Q.   Was anybody at the UEP applying pressure
23   on Michael Foods to join the UEP Certified
24   program?
25        MR. GREENE:  Objection, vague,

209

1    calls for speculation.
2         THE WITNESS:  Not that I recall.
3    BY MR. ARANOFF:
4    Q.   Okay.  So if you look at the middle of
5    the document, it says:  The difficulty comes
6    in meeting the phase-in schedule for the cage
7    space allowance.  Michael Foods says that they
8    currently have no customers asking for, quote,
9    certified, close quote, egg products and they
10   don't think the volume will ever be big among
11   ingredient buyers and export accounts.
12        Do you see that?
13   A.   I see that.
14   Q.   I read that correctly?
15   A.   Yes, you did.
16   Q.   Okay.  And it says:  They still believe
17   that the program should be customer driven but
18   have recognized that they need to be a partner
19   with the industry and encourage their
20   customers to accept the program and its costs.
21        Do you see that?
22   A.   I see that.
23   Q.   And this is a report by Gene Gregory?
24   A.   Yes.
25   Q.   And do you have any reason to believe

**53 (Pages 206 to 209)**

**HIGHLY CONFIDENTIAL**

**210**

1  that this does not reflect Michael Foods'
2  position at the time?
3          MR. GREENE: Objection, lack of
4  foundation, calls for speculation.
5          THE WITNESS: These are Gene
6  Gregory's words. They are not our words.
7  BY MR. ARANOFF:
8  Q.   But you understand, and we read this
9  before, that these are Gene Gregory's words
10  based upon a meeting on April 10th with
11  J.D. Clarkson, who at the time was the
12  president and chief operating officer of
13  Michael Foods, correct?
14  A.   Yes.
15  Q.   And Terry Baker, who was an employee of
16  Michael Foods, correct?
17  A.   Yes.
18  Q.   And Tim Bebee, that's you --
19  A.   That's right.
20  Q.   -- right? Okay. Okay. And do you have
21  an understanding as to what efforts, if any,
22  were to be undertaken to encourage their
23  customers to accept the program and its costs?
24          MR. GREENE: Objection, lack of
25  foundation.

**211**

1          THE WITNESS: No, I did not deal
2  with the customers.
3  BY MR. ARANOFF:
4  Q.   Okay. Now, if you'll look down at the
5  bottom of the document, you'll see that
6  there's a division of the document called Pro.
7      Do you see that?
8  A.   Yes.
9  Q.   Okay. And if you'll look at number 2 --
10  well, let me back up.
11      If you look at number 1, under Pro it
12  says: Michael Foods recognizes that they
13  would much rather be a part of the industry
14  program, open quote, UEP Certified -- I'm
15  sorry, open paren, UEP Certified, close paren,
16  than create and market their own program.
17      Do you see that?
18  A.   I see that.
19  Q.   I read that correctly?
20  A.   Yes.
21  Q.   Okay. And then you see number 2: They
22  recognize the policies on backfilling and
23  commingling and agree with those policies.
24      And again, this is what Gene Gregory
25  wrote, right?

**212**

1  A.   Yes.
2  Q.   And to the to the best of your knowledge,
3  is this based upon the meeting on April 10th
4  that Mr. Gregory had with Mr. Clarkson,
5  Mr. Baker and with you?
6          MR. GREENE: Objection, calls for
7  speculation.
8          THE WITNESS: To the best of my
9  knowledge.
10  BY MR. ARANOFF:
11  Q.   And if you look at number 6 under Pros,
12  it says: They understand that guidelines for
13  beak trimming, molting, handling and
14  transportation have to be met almost
15  immediately and are in agreement.
16      Do you see that?
17  A.   Yes.
18  Q.   The same question: Does this accurately
19  reflect, to the best of your knowledge, what
20  Gene Gregory wrote in accordance with your
21  April 10th meeting?
22          MR. GREENE: Objection, confusing.
23          THE WITNESS: To the best of my
24  knowledge.
25  BY MR. ARANOFF:

**213**

1  Q.   Yes?
2  A.   Yes.
3  Q.   And then it says: Seven, They understand
4  that they would be required to file monthly
5  compliance reports of eggs purchased and sold.
6      Do you see that?
7  A.   Yes.
8  Q.   Does that also accurately reflect what
9  Gene Gregory thought based upon your
10  April 10th meeting with him?
11          MR. GREENE: Objection, calls for
12  speculation.
13          THE WITNESS: That's what the email
14  says.
15  BY MR. ARANOFF:
16  Q.   Okay. And if you'll look at the last
17  page of the document, the last paragraph, it
18  says: I realize that once again I personally
19  have stuck my neck out to be chopped off, but
20  I believe it is my obligation to find ways to
21  bring as many companies onto the program as
22  possible and stop this fight that is going on
23  in our industry. We are far better off to be
24  united.
25      Do you see that?

**54 (Pages 210 to 213)**

**HIGHLY CONFIDENTIAL**

214

1    A.   Yes.
2    Q.   I read that correctly?
3    A.   Yes.
4    Q.   Okay.  What -- do you have an
5    understanding as to what Mr. Gregory meant
6    when he said "stop this fight"?
7         MR. GREENE:  Objection, calls for
8    speculation.
9         THE WITNESS:  Disagreement in the
10   industry.
11   BY MR. ARANOFF:
12   Q.   On what?
13   A.   The program.
14   Q.   When you say "the program," you mean the
15   UEP Certified program?
16   A.   Yes.
17   Q.   And do you have an understanding as to
18   what was meant by "we are far better off to be
19   united"?  Do you know what Mr. Gregory meant
20   by that?
21        MR. GREENE:  Again, objection,
22   calls for speculation.
23        THE WITNESS:  Well, looks obvious
24   to me.
25   BY MR. ARANOFF:

215

1    Q.   Okay.  It's not as obvious to me.  So why
2    don't you tell me what your thought is.
3    A.   He's commenting on he thinks the industry
4    should be united.
5    Q.   Okay.  And when you say "united," united
6    meaning in the UEP Certified program, correct?
7         MR. DAVIS:  Objection, calls for
8    speculation.
9         THE WITNESS:  I don't know what he
10   meant too specifically there.
11   BY MR. ARANOFF:
12   Q.   Right.  But again -- I mean,
13   notwithstanding the objections, this is
14   based -- this -- this notes and these -- and
15   this report, okay, is based on a meeting that
16   Gene Gregory had with you and other people
17   from Michael Foods, correct?
18   A.   That's what it says.
19        MR. DAVIS:  Objection,
20   argumentative and calls for speculation.
21   BY MR. ARANOFF:
22   Q.   You can answer.
23   A.   That's what it points out.
24   Q.   I know you testified about this earlier,
25   but I'm not sure if we got an answer.  So I

216

1    apologize if it's repetitive.  But one
2    question:  Do you have an understanding about
3    what the term "backfilling" means?
4    A.   Yes, I do.
5    Q.   I think you testified to it earlier.  I'm
6    not sure if you did.  But could you just
7    briefly describe what is meant by
8    "backfilling"?
9    A.   It means that when there's a loss of a
10   bird or birds in cages, you can go back later
11   and refill with additional birds to fill the
12   cages back up.  It typically happens during a
13   molt process when -- when the flock is out of
14   production and you don't disturb the birds as
15   much as when they were out of production.  It
16   is not typical to do it at any other time.  It
17   doesn't make sense because you disrupt the
18   flock and disrupt the production.  So it is
19   typically done when a flock is in a molt
20   process and out of production.
21   Q.   Referencing specifically 2007, do you
22   have a recollection of whether or not Michael
23   Foods engaged in any backfilling?
24   A.   We were doing some backfilling prior to
25   being on the program, yes.

217

1    Q.   Okay.  And there came a time when you
2    stopped backfilling?
3    A.   I believe it was when we signed onto the
4    program.
5    Q.   Was that mandated by the UEP
6    certification program, that you stopped
7    backfilling?
8    A.   Yes.
9         (Exhibit Number 15 marked for
10   identification.)
11   BY MR. ARANOFF:
12   Q.   I've put in front of you -- or actually
13   the court reporter has, Mr. Bebee, a document
14   titled United Egg Producers.  It's dated
15   July 5th, 2006.  It was sent to Terry Baker.
16   It is Bates ranged MFI0024017 and it continues
17   sequentially, I believe, through MFI0024026.
18   I'll give you a minute to take a look at it
19   and I'll ask you a couple of short questions.
20   A.   (Reviews document.)
21        MR. ARANOFF:  While you are looking
22   at that, can we go off the record for a
23   second, please.
24        THE VIDEOGRAPHER:  Off the record.
25   The time is 2:35.

**55 (Pages 214 to 217)**

**HIGHLY CONFIDENTIAL**

---

**218**

1         (Recess.)

2         THE VIDEOGRAPHER: We are back on

3 the record.

4         The time is 2:39.

5         MR. ARANOFF: Okay. Back on the

6 record.

7 BY MR. ARANOFF:

8   Q.   So Mr. Bebee, I've put in front of you

9 what's been marked Bebee 15 for purposes of

10 identification. Hopefully you've had a chance

11 to at least peruse the document and you should

12 take whatever time you need. Again, this is a

13 UEP document dated July 5th, 2006. I've

14 already read the Bates number.

15     Do you recognize this document,

16 Mr. Bebee?

17   A.   It appears to be the document that

18 acknowledges our signing onto the animal

19 certified program.

20   Q.   Okay. And in particular it assigns to

21 Michael Foods the certification number I

22 believe it's 345?

23   A.   I believe that is correct.

24   Q.   And it assigns you the certified -- it

25 says: For the purposes of marketing certified

---

**219**

1 eggs, during your transition we have assigned

2 you the license agreement number 509.

3     Do you see that?

4   A.   I see that.

5   Q.   And it says: Your customers may want to

6 know your number.

7     See that?

8   A.   Yes.

9   Q.   Okay. And then that letter is signed by

10 Gene Gregory, the senior vice president of the

11 UEP, correct?

12   A.   Yes.

13   Q.   All right. And then you'll see that the

14 next several pages are non-certified license

15 agreement for marketing of UEP Certified eggs.

16 It's three pages long. And it's signed by --

17 purportedly signed by Gene Gregory on behalf

18 of the United Egg Producers and Terry Baker on

19 behalf of Michael Foods.

20     You see that?

21   A.   Yes.

22   Q.   Okay. You have no reason to believe --

23 well, withdrawn.

24     Do these documents appear authentic to

25 you?

---

**220**

1   A.   Yes.

2   Q.   Is there anything in here that causes you

3 to believe that they are not authentic

4 documents?

5   A.   No.

6   Q.   Okay. Now, continuing on, on the sixth

7 page you'll see that there is an email from

8 Gene Gregory to you and Terry Baker, right?

9   A.   Yes.

10   Q.   And that's an email from Gene Gregory

11 dated August 2nd, 2006?

12   A.   Yes.

13   Q.   And it came from your files, Tim Bebee,

14 right?

15   A.   Yes.

16   Q.   All right. And the cover email from Gene

17 Gregory -- the subject actually is Michael

18 Foods Space Schedule.

19     Do you see that?

20   A.   Yes.

21   Q.   And I believe if you look at the suffix

22 of the document, you'll see it says

23 MichaelFoodsspaceschedule.xls.

24     You see that?

25   A.   Yes.

---

**221**

1   Q.   Are you a computer guy, Mr. Bebee? Do

2 you know a little bit about computers?

3   A.   A little bit.

4   Q.   And so do you know what the xls suffix

5 stands for?

6   A.   It's an Excel spreadsheet.

7   Q.   Correct. It is. Okay. And it has an

8 attachment on it. And it says Michael Foods

9 Space Schedule.

10     You see that?

11   A.   Yes.

12   Q.   All right. Then there's -- the email

13 says: Tim and Terry, Based upon the schedule

14 provided by Tim, we have created the attached

15 spreadsheet. Please check it carefully to

16 make sure I have not made any mistakes.

17     Do you see that?

18   A.   Yes.

19   Q.   Now, if you will look at the next three

20 pages of the document, it says Michael Foods

21 Egg Products - UEP Certified Schedule, right?

22   A.   Yes.

23   Q.   Okay. And just so that the record is

24 clear, the full schedule is a Bates stamp

25 MFI0024023 to MFI0024025.

---

**VERITEXT REPORTING COMPANY**
(212) 279-9424      www.veritext.com      (212) 490-3430

**HIGHLY CONFIDENTIAL**

222

1      Do you see that?
2    A.   Yes.
3    Q.   Does this accurately reflect the Michael
4  Foods Egg Products UEP Certified Schedule to
5  the best of your knowledge?
6    A.   To the best of my knowledge, yes.
7    Q.   Is there anything in here that causes you
8  to believe that this document is not
9  authentic?
10   A.   No.
11      (Exhibit Number 16 marked for
12  identification.)
13  BY MR. ARANOFF:
14   Q.   Mr. Bebee, showing you what's been marked
15  UEP -- sorry, showing you what's been marked
16  Bebee 16 for purposes of identification.  It's
17  a two-page document bearing the Bates number
18  MFI0621980 through MFI0621981.  I'll give you
19  a second to take a look at it and ask you some
20  what I hope will be simple questions.
21   A.   (Reviews document.)  Okay.  I'm ready.
22   Q.   Do you recognize this document?
23   A.   Yes.
24   Q.   Okay.  And is it correct that this is the
25  UEP Certified certification for Michael Foods

223

1  Egg Products Company?
2    A.   Yes.
3    Q.   Okay.  And it says:  The above-named
4  company has successfully passed an animal
5  welfare audit conducted by USDA during the
6  calendar year 2008, right?
7    A.   Yes.
8    Q.   And it says:  Having passed the audit
9  confirms that the company has met the
10  requirements established by UEP in order to be
11  recognized as a UEP Certified company and has
12  implemented UEP's guidelines endorsed by FMI
13  and NCCR.
14      You see that?
15   A.   Yes.
16   Q.   Do you know what FMI is?
17   A.   Food Marketing Institute, I believe.
18   Q.   Okay.  And do you know what NCCR is?
19   A.   Something to do with national chain
20  restaurants.
21   Q.   Okay.
22   A.   I don't remember what the second C is.
23   Q.   All right.  And it says:  This
24  certification authorizes the company to
25  include the United Egg Producers certified

224

1  logo on the company's egg packaging and
2  authorizes the use of the logo upon egg
3  packaging of their retail and food service
4  accounts when requested.
5      I read that correctly?
6    A.   Yes.
7    Q.   "This certificate may also be used to
8  identify eggs traded within the industry as
9  having been produced by an UEP Certified
10  company."
11      I read that correctly?
12   A.   Yes.
13   Q.   "The certification number 345 has been
14  assigned to the company."
15      You see that?
16   A.   Yes.
17   Q.   Okay.  It's signed by Gene Gregory for
18  the United Egg Producers?
19   A.   Yes.
20   Q.   It's dated June 10th, 2008, is that
21  correct?
22   A.   Yes.
23   Q.   It bears the seal of the UEP -- of "UEP
24  Certified" and "United Egg Producers
25  Certified" in the lower right and lower

225

1  left-hand corner?
2    A.   Yes.
3    Q.   Do you have any reason to believe that
4  this document is not authentic?
5    A.   I have no reason to believe that.
6    Q.   Okay.  And just so that we're clear, it
7  came with a cover letter from Gene Gregory to
8  Terry Baker dated June 10th, 2008, which is
9  the second page of the document, correct?
10   A.   Yes.
11   Q.   Okay.
12      (Exhibit Number 17 marked for
13  identification.)
14  BY MR. ARANOFF:
15   Q.   Showing you, Mr. Bebee, what has been
16  marked as Bebee 17 for purposes of
17  identification.  Take a look at it and then
18  I'll ask you some questions.
19   A.   (Reviews document.)  I'm ready.
20   Q.   Okay.  Is it fair to say that this
21  document, Bebee 17, at least the first page of
22  which is the same as Bebee 16 except for the
23  change from 2008 to 2009?
24   A.   Yes.
25   Q.   And would you agree with me -- well,

**HIGHLY CONFIDENTIAL**

226

1  withdrawn.
2      Is there anything on this document that
3  would lead you to believe it's anything but
4  authentic?
5  A.  No.
6  Q.  So just to be clear, you believe this to
7  be an authentic document?
8  A.  Yes.
9          MR. ARANOFF:  Next.
10         (Exhibit Number 18 marked for
11 identification.)
12 BY MR. ARANOFF:
13 Q.  Mr. Bebee, showing you what's been marked
14 Bebee 18 for purposes of identification.
15     Do you see that?
16 A.  (Reviews document.)  Yes.
17 Q.  This is the same document, would you
18 agree, as Bebee 16 and Bebee 17 except that
19 the date supplied is 2010 -- except that it's
20 been changed to 2010.
21     Do you see that?
22 A.  Yes.
23 Q.  Any other changes that you can see on the
24 document between Bebee 16, 17 and 18 other
25 than date?

227

1  A.  Other than it's addressed to me versus
2  Terry Baker.
3  Q.  Fair enough.  Other than that?
4  A.  No.
5  Q.  Okay.  Is there any reason -- withdrawn.
6      Do you agree with me that this document
7  is authentic?
8  A.  Yes.
9  Q.  Okay.
10         MR. GREENE:  Do we want to take a
11 break?
12         MR. ARANOFF:  Anytime.
13         MR. GREENE:  Why don't we take a
14 break.
15         MR. ARANOFF:  Okay.
16         THE VIDEOGRAPHER:  Off record.
17     The time is 2:48.
18     (Recess.)
19         THE VIDEOGRAPHER:  We're back on
20 the record.
21     The time is 3:02.
22     (Exhibit Number 19 marked for
23 identification.)
24 BY MR. ARANOFF:
25 Q.  Mr. Bebee, put in front of you what's

228

1  been marked as Bebee 19 for purposes of
2  identification.  This has a cover email from
3  Garth Sparboe to you.  It has an attachment
4  called Mueller_doc.  And then it has a
5  document -- a memorandum attached to it.  The
6  Bates number of the document is -- it has
7  competing Bates numbers, MFC00164386 through
8  MFC00164387_00003.  It also has Bates number
9  MFI0052347 through MFI0052350.  Give you a
10 second to take a look at it, the document and
11 then I'll ask you a few questions.
12 A.  (Reviews document.)  Okay.
13 Q.  All set?
14 A.  Yes.
15 Q.  Okay.  This is a memorandum to Al Pope,
16 president, Gene Gregory, senior vice
17 president, and the board of directors of
18 United Egg Producers.
19     Do you see that?
20 A.  Yes.
21 Q.  And it's from the undersigned.
22     Do you see that?
23 A.  Yes.
24 Q.  Do you have -- and it's dated
25 January 11th, 2003.

229

1      Do you see that?
2  A.  Yes.
3  Q.  And the subject is United Egg Producers
4  UEP Animal Husbandry Guidelines Request For
5  Reconsideration.
6      Do you see that?
7  A.  Yes.
8  Q.  The document that I have handed you is
9  unsigned at the end of the last page, would be
10 page 4 of the document.
11     Do you see that?
12 A.  Yes.
13 Q.  But it references that the memorandum is
14 from the undersigned, do you see that, which
15 is on the top of the second page of the
16 document?
17     Do you see that?
18 A.  Yes.
19 Q.  Do you have an understanding as to
20 whether or not you signed this document or a
21 copy of it?
22 A.  No.
23 Q.  You don't have an understanding if you
24 signed it?
25 A.  No.

58 (Pages 226 to 229)

**HIGHLY CONFIDENTIAL**

230

1    Q.   Is it possible you signed it?
2    A.   I don't believe it's possible, no,
3    because I'm not the decision-maker on the
4    program.
5    Q.   Do you know whether anyone from Michael
6    Foods signed this document?  Just so that the
7    record is clear, I don't mean this specific
8    document because I will concede that the
9    document as proffered is unsigned.  My
10   question is:  Do you know whether anyone
11   signed this document on behalf of Michael
12   Foods?
13   A.   No, I don't.
14   Q.   Do you know an individual, Mr. Bebee,
15   named Ken Klippen?
16   A.   Yes.
17   Q.   Who is Mr. Klippen?
18   A.   He's a former UEP employee.
19   Q.   Okay.  Do you know where Mr. Klippen is
20   employed today?
21   A.   No, I don't.
22   Q.   Have you had any contact with
23   Mr. Klippen?
24   A.   He has sent me emails over time.
25   Q.   Right.  When's the last time you received

231

1    an email from Mr. Klippen?
2    A.   Couple months ago possibly.
3    Q.   Okay.  And in connection with what?
4    A.   Status of the egg bill.
5    Q.   When you say "egg bill," what would you
6    be referring to specifically?
7    A.   The campaign to have a national rule put
8    into place for animal housing numbers.
9    Q.   Okay.  And when you say "egg bill," that
10   would be a formal bill like a form of
11   legislation?
12   A.   That's what it was being worked towards.
13   That was the goal.
14   Q.   And to what governmental agency would
15   that bill have been -- proposed bill have been
16   submitted to, to the best of your knowledge?
17   A.   To what government agency?
18   Q.   Yeah.
19   A.   I'm -- I don't believe it was for a
20   government agency or to a government agency.
21   Q.   Let me try to break it down.  Was this
22   egg bill something that was proposed to be
23   submitted to the United States Congress?
24   A.   Yes.
25   Q.   So it would be a bill proposed to go to

232

1    the U.S. House of Representatives?
2    A.   Yes.
3    Q.   And/or the United States Senate?
4    A.   Yes.
5    Q.   And the bill would be with respect, to
6    the best of your knowledge, to cage
7    specifications?
8    A.   Yes.
9    Q.   Would there be anything else contained in
10   that bill, to the best of your knowledge, as
11   it relates to this case?
12   A.   Not that I recall.
13   Q.   Well, let me ask this question:  Would
14   the bill, to the best of your knowledge,
15   contain any issues pertaining to backfilling?
16   A.   I don't remember if that was included or
17   not.
18   Q.   Hatch reduction?
19   A.   I don't believe so.  It's just relative
20   to housing within layer systems.
21   Q.   Do you have a copy of this bill anywhere?
22   A.   I believe I could produce it.
23   Q.   Do you know whether you've produced it in
24   this case?
25   A.   It's taken place since 2008.

233

1    Q.   Okay.  Who was the person that sponsored
2    this bill, do you know?
3    A.   I don't remember specifically.
4    Q.   Do you know whether the bill has actually
5    been proffered to the U.S. Congress or
6    presented to the U.S. Congress?
7         MR. GREENE:  Objection, vague.
8         THE WITNESS:  It's been dealt with
9    in the Senate Ag Committee.
10   BY MR. ARANOFF:
11   Q.   And do you know the result of the Senate
12   Ag Committee's decision on the bill?
13   A.   To not bring it forward.
14   Q.   To not bring it forward?
15   A.   Yes.
16   Q.   Do you know the date of the bill?
17   A.   No.
18   Q.   Do you know the index number or
19   indication number on the bill?
20   A.   No, I don't remember it.
21   Q.   But you have a copy of it, right?
22   A.   I could find it.
23   Q.   Okay.  All right.  Did Michael Foods ever
24   have any relationship with Ken Klippen,
25   professional relationship?

**59 (Pages 230 to 233)**

**HIGHLY CONFIDENTIAL**

234

1   A.   What do you mean by "professional
2   relationship"?
3   Q.   Well, did you ever have any discussions
4   with Ken Klippen in a professional manner
5   about anything?
6   A.   I know that there were some discussions
7   held with him, yes.
8   Q.   About what?
9   A.   I was not involved in the discussions.
10  Q.   You had no business contact with
11  Mr. Klippen?
12  A.   No, I didn't personally, no.
13  Q.   Who did at Michael Foods?
14  A.   I don't know specifically.
15  Q.   Do you know whether Michael Foods ever
16  retained Mr. Klippen for any services related
17  to the egg industry?
18  A.   Not for sure.
19  Q.   Okay.
20        (Exhibit Number 20 marked for
21  identification.)
22  BY MR. ARANOFF:
23  Q.   Mr. Bebee, showing you what's been marked
24  Bebee 20 for purposes of identification.
25  First page is a cover email from

235

1   Toby Catherman to Terry Baker and to you dated
2   November 3rd, 2006.  The subject is Proposal
3   For Conference Call on Tuesday, November 7th.
4   And then the Bates number of the document is
5   MFI0358967 and it continues on to MFI0358975.
6   Give you a second to take a look at it --
7   A.   (Reviews document.)
8   Q.   -- and then I'll ask you some questions.
9   A.   (Reviews document.)
10  Q.   All set?
11  A.   Yep.
12  Q.   Okay.  So if you'll look at the second
13  page of the document, it's titled A Proposal.
14  The select committee on developing an animal
15  welfare program utilizing the framework
16  provided by the USDA/AMS process verified
17  program.
18       Do you see that?
19  A.   Yes.
20  Q.   Do you know what AMS in the title stands
21  for?
22  A.   Yes.
23  Q.   What does that mean?
24  A.   So it's a division of USDA.  Animal -- I
25  don't remember the M.  I'm sorry.  I don't

236

1   remember specifically what the acronym stands
2   for.
3   Q.   But it's a division of USDA?
4   A.   Yes.
5   Q.   And have you ever seen this proposal
6   before, Mr. Bebee?
7   A.   Well, the email is stating that I was
8   copied on it.
9   Q.   Do you have a recollection of having
10  received this?
11  A.   All I can tell you is an alternative
12  program was being considered.
13  Q.   Okay.  And this was an alternative
14  program, am I correct, to the UEP's certified
15  program?
16  A.   Yes.
17  Q.   Okay.  And is it fair to say from this
18  document that Michael Foods was considering
19  participating in this program?
20        MR. GREENE:  Objection, lack of
21  foundation.
22        THE WITNESS:  I don't know if it's
23  fair to say that they were considering it or
24  not.
25  BY MR. ARANOFF:

237

1   Q.   Okay.  Well, let me he ask you this:  You
2   see -- let's take a look at the administrative
3   and lobbyist services agreement on page 4.
4   It's not page 4 of the document.  It's page 4
5   of the proposal.  This page right here
6   (indicating).  Doing my best to identify it
7   for you.
8   A.   Okay.
9   Q.   Bates number MFI0358971.  Do you see that
10  there is some proposal here:  The consulting
11  agreement is made this blank day of blank
12  2006, open paren, open quote, effective date,
13  close quote, close paren, by and between the
14  group, which is -- the group is italicized,
15  comprised of egg production and further egg
16  processing facilities listed below and Ken
17  Klippen, Klippen and Associates, open paren,
18  Klippen, close paren, having a principal place
19  of business with an address in Audubon, PA
20  19407.
21        Do you see that?
22  A.   Yes.
23  Q.   And if you look at the last page of the
24  document under the group, you see number 10,
25  Michael Foods, Terry Baker, Tim Bebee and

**60 (Pages 234 to 237)**

**HIGHLY CONFIDENTIAL**

---

238

1  Toby Catherman?
2      Do you see that?
3  A.  Yes.
4  Q.  So would this be a proposal to, among
5  other companies, Michael Foods about joining
6  the alternative to the UEP Certified program,
7  the Klippen animal welfare program?
8      MR. GREENE:  Objection, calls for
9  speculation.
10     THE WITNESS:  It appears that
11 that's what it is.
12 BY MR. ARANOFF:
13 Q.  Do you know whether or not Michael Foods
14 ever signed onto this program?
15 A.  No, I do not know.
16 Q.  And you testified before that you did not
17 interact directly with Mr. Klippen, is that
18 right?
19 A.  Would that mean speaking to him directly?
20 Q.  Speaking to him would be one way, yeah.
21 You never spoke to Mr. Klippen about this
22 program?
23 A.  I may have been on a conference call.
24 I'm not sure.
25 Q.  Okay.  Did you ever meet with him about

---

239

1  the program?
2  A.  No.
3  Q.  Okay.  And just for purposes of orienting
4  time, you'll look at the date on the top of
5  the proposal is November 2006.
6      Do you see that?
7  A.  Yes.
8  Q.  Okay.  And this is slightly after, is it
9  not, when the -- when Michael Foods entered
10 the UEP Certified program, is that correct?
11 A.  A few months after, yes.
12 Q.  And just so that the record is clear, do
13 you have an understanding as you sit here now
14 as to why shortly after entering the UEP
15 Certified program in the summer of 2006
16 Michael Foods was looking at a competing
17 program of Ken Klippen?
18     MR. GREENE:  Objection, lack of
19 foundation.
20     THE WITNESS:  No.
21 BY MR. ARANOFF:
22 Q.  Okay.  Do you know who at Michael Foods
23 interacted directly with Ken Klippen?
24 A.  I know that Terry Baker interacted with
25 him.

---

240

1  Q.  Okay.  And just one other thing.  To the
2  best of your knowledge, does this represent
3  the proposal that Mr. Klippen made to Michael
4  Foods, to the best of your knowledge?
5      MR. GREENE:  Objection, lack of
6  foundation.
7      THE WITNESS:  I have no reason to
8  believe otherwise.
9  BY MR. ARANOFF:
10 Q.  Okay.
11     (Exhibit Number 21 marked for
12 identification.)
13 BY MR. ARANOFF:
14 Q.  Showing you what's been marked as
15 Bebee 21 for purposes of identification.  It's
16 a one-page email with a letter in the body of
17 it from Ken Klippen.  Bates number is
18 MFI0358985.  It's from -- it's an email dated
19 October 31st, 2006 from Ken Klippen to
20 Terry Baker, Toby Catherman and yourself.  The
21 subject is Yesterday's Meeting.  And again,
22 it's dated October 31st, 2006.  I'll give you
23 a minute to look at it and then I'll ask you a
24 question.
25 A.  (Reviews document.)  Okay.

---

241

1  Q.  You'll see that this is a -- body of
2  the email is a letter from Ken Klippen to
3  Terry, Toby and Tim.  Would you agree?
4  A.  Yes.
5  Q.  Okay.  And it's -- and the Terry is
6  Terry Baker, right?
7  A.  That's what the email address says.
8  Q.  And the Toby is Toby Catherman, right?
9  A.  Yes.
10 Q.  And the Tim is Tim Bebee, correct?
11 A.  Yes.
12 Q.  And it says:  Dear Terry, Toby and Tim,
13 Many thanks for taking time out of your
14 schedule to attend yesterday's egg industry
15 meeting at the Marriott O'Hare Hotel.  It was
16 a productive meeting many of you said as it
17 provided the forum to talk about an
18 alternative animal welfare program that would
19 not mandate 100 percent of your production to
20 be in compliance.  A customer-driven program
21 is defensible as retailers are looking for
22 assurances of a program that meets their
23 needs, not a program requiring your production
24 to be 100 percent under a solitary set of
25 guidelines.  After all, you are selling eggs

---

61 (Pages 238 to 241)

**HIGHLY CONFIDENTIAL**

242

1  to your customer, not the animal rights
2  organizations who will never be satisfied, nor
3  ultimately accept any caged layer production.
4      Do you see that?
5  A.   I see that.
6  Q.   First, does this refresh your
7  recollection of your attending a meeting at
8  the Marriott O'Hare Hotel with Mr. Catherman,
9  Mr. Baker and Mr. Klippen?
10  A.   I don't remember ever being in person in
11  a meeting.
12  Q.   You have no reason to doubt the
13  authenticity of this, do you?
14  A.   The only thing would be if he's
15  addressing it to all three of us and we were
16  not all three there.
17  Q.   But you have no reason to believe that
18  that's the case based upon this, do you?
19          MR. GREENE:  Objection to the
20  characterization.
21          THE WITNESS:  Other than not
22  remembering being there?
23  BY MR. ARANOFF:
24  Q.   Right.
25  A.   Other than that, no.

243

1          (Exhibit Number 22 marked for
2  identification.)
3  BY MR. ARANOFF:
4  Q.   Showing you what's been marked as
5  Bebee 22 for purposes of identification.  It's
6  an email from you to Terry Baker and
7  Toby Catherman, Bates numbers MFI0008397 to
8  MFI0008398.
9  A.   (Reviews document.)
10  Q.   My primary focus is going to be on
11  page 2, Mr. Bebee, item number 2.
12  A.   (Reviews document.)  Okay.
13  Q.   You'll see that on page 2 of the document
14  under number 2 -- well, let me back up.
15      The beginning of the paragraph says:  On
16  December 12th, Mike McLeod, Randy Green and I
17  met in Washington, D.C. with USDA
18  representatives Craig Morris, Lloyd Day and
19  Ken Clayton.  We expressed the following
20  concerns.  Number 2, we stated that any
21  program built around animal welfare should be
22  based on science.  That doesn't mean it has to
23  be identical to the UEP Certified program.
24  But if it doesn't at least meet the standards
25  that our scientific advisory committee have

244

1  established, we would question whether it can
2  be advertised as an animal welfare program to
3  consumers and customers in a truthful way.
4      Do you see that?
5  A.   Yes.
6  Q.   Did you -- you received this via email,
7  is that correct?
8  A.   That's what the document states.
9  Q.   And did you have any recollection of
10  having received this?
11  A.   No.
12  Q.   And do you agree with the information
13  contained in item 2?
14          MR. GREENE:  Objection, confusing.
15  BY MR. ARANOFF:
16  Q.   Well, I just read you number 2.  Do you
17  agree with that?
18  A.   Do I -- is the question do I agree that
19  all programs should consider the scientific
20  committee's recommendations?
21  Q.   Yes.
22  A.   Wouldn't say that it's a requirement, no.
23  Q.   Okay.  So you would disagree with this?
24          MR. GREENE:  Objection to the
25  characterization.

245

1  BY MR. ARANOFF:
2  Q.   Well, let me make it a little easier
3  because maybe my question wasn't the greatest
4  question in the world.
5      Do you agree -- I know you are not the
6  "we," but:  We stated that any program built
7  around animal welfare should be based on
8  science.
9      Do you believe that an animal welfare
10  program should be based on science?
11  A.   Yes.
12  Q.   To the best of your knowledge, was Ken
13  Klippen's alternative animal welfare program
14  based upon science?
15          MR. GREENE:  Objection, lack of
16  foundation.
17          THE WITNESS:  I would have to go
18  back and study it.  I can't answer that
19  sitting here right now.
20  BY MR. ARANOFF:
21  Q.   Okay.  But to the best of your knowledge?
22          MR. GREENE:  Same objection.
23          THE WITNESS:  Same answer.
24  BY MR. ARANOFF:
25  Q.   I just want to run through a couple of

62 (Pages 242 to 245)

**HIGHLY CONFIDENTIAL**

246

1    people, see if you know any of them.
2        Do you know who Gerald Muller is?
3    A.   Yes.
4    Q.   Who is Gerald Muller?
5    A.   Wakefield Farms' operations manager.
6    Q.   Do you know who Dave Morton is?
7    A.   Yes, currently the VP of live production
8    for Michael Foods.
9    Q.   Who is Jeff Erickson?
10   A.   He is the operations manager of Michael
11   Foods Minnesota, farm operations.
12   Q.   Okay.  Who is Kevin Roberson?
13   A.   Nutritionist for Michael Foods.
14   Q.   And who is Lauren Keske [sic]?
15   A.   I don't know Lauren Keske.
16   Q.   Sorry, I read that wrong.  Who is Korin
17   Leske?
18   A.   He is a nutritionist and animal welfare
19   coordinator for Michael Foods.
20   Q.   And who is Mark Waltz?
21   A.   A former manager at the Gaylord Farm.
22        (Exhibit Number 23 marked for
23   identification.)
24   BY MR. ARANOFF:
25   Q.   Mr. Bebee, do you have a recollection of

247

1    having read a Wall Street Journal article
2    dated approximately September 23rd, 2008
3    titled Federal Prosecutors Probe Food Price
4    Collusion?  Do you have a recollection of
5    that?
6    A.   No, I did not read the article.
7    Q.   Showing you what's been marked as
8    Bebee 23 for purposes of identification.  This
9    is a multi-page document bearing Bates number
10   MFI0321384 through MFI0321389.  The first page
11   is a cover email from Tim Bebee to Gerald
12   Muller, Dave Morton, Jeff Erickson, Kevin
13   Roberson, Korin Leske and Mark Waltz from
14   Tim Bebee.  It's dated September 24th, 2008.
15   The subject is Antitrust.  And it contains an
16   attachment that says:
17   Federalprosecutorsprobefoodpricecollusion-wsj.
18   com.pdf.  I'll give you a minute to take a
19   look at the document and then I'll ask you
20   some questions.
21   A.   (Reviews document.)  Okay.
22   Q.   All set?
23   A.   Yep.
24   Q.   Okay.  When is the last time you saw this
25   document?

248

1    A.   I don't know.  But the email portrays
2    that I saw it and sent it on in September of
3    2008.
4    Q.   Did you see this -- aside from something
5    that may have been shown to you by counsel,
6    did you review this document in preparation
7    for your deposition today?
8    A.   No.
9    Q.   Okay.  So you've read this.  Is it fair
10   to say that you saw this at least as of
11   September 24th, 2008?
12   A.   That's what the email portrays.
13   Q.   Okay.  And you sent this document to the
14   people on the To list of the email, is that
15   correct?
16   A.   That's what the email portrays.
17   Q.   Okay.  And it -- and you wrote -- or
18   typed, I should say:  This is why I am very
19   sensitive on comparing, open paren, actual
20   discussions, close paren, with competitors at
21   this time.
22        Do you see that?
23   A.   Yes.
24   Q.   Okay.  Why did you send this to the
25   people on this email?

249

1        MR. GREENE:  I'm just going to --
2    I'm going to allow the witness to answer.  But
3    I'm going to caution because we're
4    dealing with legal matters, that if there are
5    any discussions with counsel that are
6    somewhere in the picture here, you shouldn't
7    disclose those.  And if you need to talk to me
8    about such discussions, we can take a break.
9    But subject to that, you can go ahead and
10   answer the question.
11   BY MR. KINNEY:
12   Q.   And the only thing I will add to that is
13   if you are not answering the question
14   completely or not answering the question at
15   all because of your attorney's admonition, I
16   would like you to indicate that.  In other
17   words, if you have an answer that you're not
18   answering because of advice of counsel, I'd
19   like to know that that's what you're doing.
20   Don't just say no.
21   A.   Would you repeat the question.
22   Q.   Yeah.
23        MR. ARANOFF:  Can we have my
24   original question back.
25        (Whereupon, the court reporter read

**63 (Pages 246 to 249)**

**HIGHLY CONFIDENTIAL**

250

1    back the previous question.)
2        THE WITNESS:  Because I wanted to
3    make them aware of it.
4    BY MR. ARANOFF:
5    Q.   Okay.  Were there discussions among
6    competitors, Michael Foods or others, that you
7    are aware of that were ongoing at this time
8    that caused you to send this email?
9    A.   No.
10   Q.   How do you know that?
11   A.   I'm not aware of any.
12   Q.   So you just saw this -- you just saw this
13   article and decided to pass it along with no
14   reason whatsoever other than you just thought
15   it would be helpful?
16       MR. GREENE:  Objection to the
17   characterization and argumentative.
18       THE WITNESS:  I don't ever want my
19   people to have discussions with competitors.
20   BY MR. ARANOFF:
21   Q.   Okay.  Does Michael Foods have a formal
22   antitrust policy as part of its corporate
23   department or as part of something that's
24   circulated to its employees?
25   A.   I'm not aware of the policy if there is

251

1    one.
2    Q.   Have you ever received any antitrust
3    training from anyone at Michael Foods or from
4    any outside entity?
5    A.   Not to my knowledge.
6    Q.   Okay.  Have you ever signed any
7    certification or signed any form with respect
8    to antitrust or anticompetitive compliance
9    issues at Michael Foods?
10       MR. GREENE:  Objection.  You may
11   have misspoke.  I'll let -- objection,
12   confusing the way the question was phrased.
13   BY MR. ARANOFF:
14   Q.   Have you ever had to sign any document at
15   all attesting to your understanding as to not
16   engaging in any antitrust or anticompetitive
17   conduct as an employee at Michael Foods?
18   A.   Yes.
19   Q.   You had to?
20   A.   Yes.
21   Q.   Okay.  When was that?
22   A.   I don't remember the date.
23   Q.   Are those forms in writing?
24   A.   Yes.
25   Q.   Do you know whether those forms were

252

1    collected in response to any document requests
2    in this case?
3    A.   I don't know.
4    Q.   Do you know -- well, withdrawn.
5        At any point in time during the pendency
6    of this case were you asked to collect
7    documents and turn them over to your counsel?
8    A.   We -- I presented any documents.  Counsel
9    determined what documents would -- were
10   associated with this case.
11   Q.   But you did a collection on behalf of
12   yourself, correct?
13   A.   Basically counsel come and look through
14   all of my information and made the decision on
15   what to include.
16   Q.   Okay.  And when they did that they
17   checked your computer?
18   A.   Yes.
19   Q.   And that's your office computer?
20   A.   It was all done corporately, I
21   understand.
22   Q.   Okay.  And were hard copy documents
23   searched as well?
24   A.   Yes.
25   Q.   Okay.  Do you work from home at all?

253

1    A.   Rarely, some.
2    Q.   Okay.  Did you ever conduct business on
3    your home computer?
4    A.   No.
5    Q.   Never?
6    A.   Nope.
7    Q.   Okay.  Was your home computer ever -- was
8    your home computer also searched by corporate
9    for responsive documents in this case, to the
10   best of your knowledge?
11   A.   I don't have a home computer.
12   Q.   No computer at home?
13   A.   My wife has one, but I don't do any
14   business with it.
15   Q.   Do you use it at all?
16   A.   Yes, I get on the internet.
17   Q.   Was that computer searched?
18   A.   No.
19   Q.   Is there anyplace else where you might
20   have documents that would be relevant or
21   responsive to this lawsuit other than what
22   we've mentioned so far?
23   A.   Nothing that wasn't considered and
24   reviewed --
25   Q.   Okay.

**64 (Pages 250 to 253)**

**HIGHLY CONFIDENTIAL**

254

1  A.  -- or included.
2  Q.  To the best of your knowledge, did you --
3  now that you are -- withdrawn.
4      Now that you are a consultant to Michael
5  Foods and not an employee for the last
6  18 days, have you taken any documents or files
7  from the Michael Foods office to Nebraska?
8  A.  I office out of Nebraska.
9  Q.  So you have documents there?
10  A.  Yeah, that's where my office is.  That's
11  where all the documents are.
12  Q.  And to the best of your knowledge, do you
13  have a copy of the certification that you
14  referenced that you signed about antitrust
15  compliance?
16  A.  I didn't keep a copy, no.
17  Q.  Did you have to submit that copy to
18  anybody after you signed it?
19  A.  It was done electronically.  I don't
20  remember.  I don't think I actually signed
21  anything.  It was -- I believe it was
22  submitted electronically.
23  Q.  Does -- to the best of your knowledge,
24  did every employee at the company have to sign
25  that certification?

255

1      MR. GREENE:  Objection, lack of
2  foundation.
3      THE WITNESS:  I don't know.
4  BY MR. ARANOFF:
5  Q.  Have you ever been contacted by any
6  member of the United States Government with
7  respect to antitrust issues at Michael Foods?
8  A.  No.
9  Q.  And when I say -- I just want to make the
10  record clear.  Anybody from the Department of
11  Justice?
12  A.  No.
13  Q.  And nobody from the Department of Justice
14  contacted you with respect to any antitrust
15  issues in the egg industry?
16  A.  No.
17  Q.  Aside from the people that are listed on
18  this email, do you have any recollection of
19  having sent this article?  And again, the
20  article we're talking about is Federal
21  Prosecutors Probe Food Price Collusion.  Do
22  you have a recollection of having sent that to
23  anyone else?
24  A.  No, I didn't have recollection of even
25  sending this.  I don't have any recollection

256

1  of sending it to anyone else.
2  Q.  I just want to make sure we're clear.
3      Did you send this to Garth Sparboe?
4  A.  Not that I recall.
5  Q.  Do you recall ever having discussed the
6  contents of this article with anyone beyond
7  just forwarding it with the statement "This is
8  why I'm very sensitive on comparing actual
9  discussions with competitors at this time"?
10  A.  Only with counsel.
11  Q.  Okay.  Besides -- I don't want to know
12  what you discussed with counsel.  Did you
13  discuss this with anybody else at the company
14  other than -- orally after you had sent this
15  (indicating)?
16  A.  Not that I recall.
17  Q.  You never discussed this with Terry
18  Baker?
19  A.  I don't recall it.
20  Q.  Okay.  And Toby Catherman?
21  A.  I don't recall it.
22  Q.  Did any -- to the best of your knowledge,
23  did any of the people on this email,
24  Mr. Muller, Mr. Morton, Mr. Erickson
25  Mr. Roberson, Mr. Leske or Mr. Waltz, send you

257

1  a response to your email, to the best of your
2  knowledge, after having sent this to them?
3  A.  I don't remember any responses.
4      (Exhibit Number 24 marked for
5  identification.)
6  BY MR. ARANOFF:
7  Q.  Show you what's been marked as Bebee 24.
8  Again, just to try to save some time, what
9  really I want to do with this document,
10  Mr. Bebee, is just have you look at the main
11  document, which is Timeline of Key Animal
12  Welfare Motions, I'll read the Bates number in
13  a second, and just see if you can tell me
14  whether this document appears to be authentic
15  to you.  So this document that I have handed
16  you, which is Bebee 24, has a cover email from
17  Gene Gregory to a whole host of people, one of
18  which, I think, is you, yeah, one of which is
19  Tim Bebee, okay, with a cc to Al Pope and Chad
20  Gregory.  The subject is the Timeline of Key
21  Animal Welfare Motions.  Okay.  It bears Bates
22  number MFI0002839 to MFI002845 [sic].  And
23  you'll see that the second page is Timeline of
24  Key Animal Welfare Motions.
25      Do you recognize this document,

65 (Pages 254 to 257)

**HIGHLY CONFIDENTIAL**

258

```
1    Mr. Bebee?
2    A.    (Reviews document.)  I don't remember it.
3    Q.    Okay.  Do you have any reason to believe
4    that this document is anything but authentic?
5    A.    No.
6    Q.    Okay.
7          (Exhibit Number 25 marked for
8    identification.)
9    BY MR. ARANOFF:
10   Q.    I'm showing you what's been marked as
11   Bebee 25 now for purposes of identification.
12   It is a document titled United Egg Producers
13   Animal Husbandry Guidelines for U.S. Egg
14   Laying Flocks, 2008 Edition, Copyright 2003,
15   United Egg Producers, All Rights Reserved.  It
16   is a multi-page document bearing MFI0017604
17   through MFI0017636.
18        Again, Mr. Bebee, I'm going to have you
19   take a look at this.  And really the only
20   thing I want to know is whether you have any
21   reason to believe that this is anything but
22   authentic.
23   A.    (Reviews document.)  I have no reason to
24   believe it is anything but authentic.
25   Q.    And to the best of your knowledge
```

259

```
1    generally, do you believe that Michael Foods
2    is in compliance with this document?
3    A.    Yes.
4          MR. ARANOFF:  We can go off the
5    record at this point.
6          THE VIDEOGRAPHER:  Off record.
7    The time is 3:49.
8          (Off the record.)
9          THE VIDEOGRAPHER:  This is the
10   beginning of disk four in the deposition of
11   Timothy Bebee.
12        We are back on the record at 4:00.
13
14           EXAMINATION
15
16   BY MR. RAYLE:
17   Q.    Good afternoon, Mr. Beebe.  My name is
18   Merrick Rayle.  I'm one of the lawyers
19   representing the indirect purchaser plaintiffs
20   in this case.
21   A.    Okay.
22   Q.    Let me redraw your attention to
23   Exhibit 23, if I could.  Specifically on
24   page 2 of that document, and that's 10321386,
25   there is a heading, Series of Exports.
```

260

```
1          Do you see that, sir?
2    A.    Yes.
3    Q.    Okay.  And right above that is reference
4    to a Michael Foods executive.  Do you know who
5    that executive was?
6    A.    No, I don't.
7    Q.    Were you asked by anyone to make any
8    comments concerning the substance of this --
9    of the article that was marked as Exhibit 23?
10   A.    No.
11   Q.    Okay.  And on that same page there's a
12   reference to SK Foods Incorporated of Lemoore,
13   California.
14        Do you see that?
15   A.    Yes.
16   Q.    Have you ever met or had a conversation
17   with anybody affiliated with SK Foods?
18   A.    No, I haven't.
19   Q.    Are you acquainted with a gentleman who's
20   name is Scott Salyer, S-a-l-y-e-r?
21   A.    No.
22   Q.    Who is Diane Sparish, S-p-a-r-i-s-h, if
23   you know?
24   A.    She's an employee of Michael Foods.
25   Q.    How long has she been employed by Michael
```

261

```
1    Foods?
2    A.    I do not know that.
3    Q.    Is she an officer currently?
4    A.    Not to my knowledge.
5    Q.    Was she ever a vice president, general
6    manager?
7    A.    I don't remember if she held that
8    position or not.  That's possible.
9    Q.    Okay.  Would you pull Bebee S, please.
10   A.    Is there a number?
11   Q.    It's just Bebee S.
12   A.    Sorry.  Okay.
13   Q.    Do you have that in front of you?
14   A.    Yes.
15           MR. GREENE:  Give me just a moment.
16   I'm having trouble finding mine.  You can go
17   ahead.
18           MR. RAYLE:  Okay.
19   BY MR. RAYLE:
20   Q.    Does your handwriting appear on that
21   document, sir?
22   A.    No, I do not see my handwriting on this.
23   Q.    Does your signature appear on the
24   document?
25   A.    No.
```

**66 (Pages 258 to 261)**

**HIGHLY CONFIDENTIAL**

262

1   Q.   Who signed this particular document?
2   A.   It appears to be Terry Baker.
3   Q.   Okay.  And there's no date on the
4   document, correct?
5   A.   That is correct.
6   Q.   Do you have any idea about when the
7   document would have been prepared?
8   A.   No --
9        MR. GREENE:  Objection, lack of
10  foundation.
11       MR. RAYLE:  Move to strike.
12       THE WITNESS:  No, I do not.
13  BY MR. RAYLE:
14  Q.   Now, you testified this morning that you
15  devoted 20 hours to preparing for this
16  deposition.
17       Do you recall that?
18  A.   Yes, I do.
19  Q.   During any part of that 20-hour
20  preparation did you meet with persons who were
21  not lawyers?
22  A.   No.
23  Q.   So was there a lawyer present during
24  every one of those 20 hours preparing for the
25  deposition?

263

1   A.   Yes.
2   Q.   Okay.  You also testified that you
3   currently are a consultant, correct?
4   A.   Correct.
5   Q.   Have you entered into any written
6   consultancy agreements with Michael Foods?
7   A.   Yes.
8   Q.   All right.  And what are the nature of
9   your responsibilities as a -- or duties as a
10  consultant?
11  A.   To work on special projects.
12  Q.   Is this litigation considered a special
13  project, to your knowledge?
14  A.   No.
15  Q.   What kind of special projects are you
16  assigned to currently?
17  A.   As I mentioned earlier, it's the change
18  of a feed supply on one of our contract
19  situations or contract farms, the pullet
20  supply, cage-free pullet supply --
21  Q.   Okay.  That's good.  I don't want you to
22  have to repeat what you said this morning.
23  You named everything this morning that is
24  currently on your plate as a consultant, is
25  that correct?

264

1   A.   Yes, I did.
2   Q.   And those duties, those projects may
3   expand as we go forward?
4   A.   It's possible.
5   Q.   Does the consultancy agreement have any
6   term, or time limits set, any dates?
7   A.   It's through May of 2014 at this point.
8   Q.   Now, have you ever heard the phrase
9   "information known or reasonably available" to
10  a -- in the context of a deposition?
11  A.   Not that I recall.
12  Q.   Not a phrase that you've heard before?
13  A.   Not that I remember.
14  Q.   Okay.  Now, I believe you testified this
15  morning -- although I don't know the record is
16  entirely clear, but you've been designated as
17  the corporate representative for Michael Foods
18  in connection with the topics listed in
19  Exhibit W, is that correct?
20  A.   (Reviews document.)
21  Q.   On page 2 of Exhibit W you'll see a
22  reference to topic 1, topic 8, et cetera?
23  A.   Yes.
24  Q.   Now, drawing your attention to topic 13,
25  can you tell us, please, what you did, if

265

1   anything, to prepare to give testimony in
2   connection with that topic as the corporate
3   representative of Michael Foods?
4   A.   I have done nothing other than actually
5   seeing to it that the guidelines were followed
6   over the past several years.
7   Q.   All right.  With respect to topic 15,
8   contacts with UEP SCIENTIFIC ADVISORY
9   committee, what specifically, if anything, did
10  you do to prepare yourself to give testimony
11  as the corporate representative of Michael
12  Foods on that topic?
13       MR. GREENE:  Objection, incomplete
14  description of topic 15 which has a footnote.
15  BY MR. RAYLE:
16  Q.   Same question.
17  A.   I have done nothing to prepare for this
18  case regarding contacting any of the
19  scientific advisory committee members.
20  Q.   With respect to topic 19, what, if
21  anything, did you do to prepare yourself to
22  testify as the corporate representative of
23  Michael Foods here today?
24  A.   We discussed it in our meeting yesterday.
25       MR. GREENE:  Objection -- well, you

67 (Pages 262 to 265)

**HIGHLY CONFIDENTIAL**

266

1     said it. I'm sure Mr. Rayle doesn't want you
2     to disclose communications with counsel. So
3     in answering your questions I'm going to
4     instruct you not to discuss your
5     communications with counsel and otherwise you
6     can answer his questions.
7     BY MR. RAYLE:
8     Q. Yeah, let me emphasize. I have zero
9     interest in what Mr. Greene thinks about this
10    case. I don't need to know what you
11    discussed.
12    A. Okay. Nothing.
13    Q. Now, in being designated the corporate
14    representative of Michael Foods for purposes
15    of the topics that we've just discussed, what
16    is your understanding, if you have one, of
17    your -- of your role as the corporate
18    representative?
19    A. Representative?
20    Q. Of Michael Foods?
21    A. For what?
22    Q. Pursuant to the notice that was served on
23    you for your deposition and with respect to
24    the matters outlined in the exhibit that you
25    have in front of you, those eight topics.

267

1     A. I'm the person most aware of these topics
2     relative to the internal production of Michael
3     Foods.
4     Q. All right. And to prepare yourself for
5     this deposition, other than meeting with your
6     attorneys, you did nothing else in terms of
7     talking to other employees, current or former,
8     of Michael Foods, is that correct?
9     A. That would be correct.
10    Q. So you didn't make any effort, if I
11    understand your testimony, to, for example,
12    taking topic 13, discover all information
13    known or reasonably available to Michael Foods
14    with respect to that topic, is that correct?
15           MR. GREENE: Object to the
16    characterization.
17           THE WITNESS: We made all the
18    information available relative to the topic.
19    BY MR. RAYLE:
20    Q. Did you speak with any non-attorney in
21    connection with that topic to determine what
22    other people knew or what other information
23    was reasonably available to Michael Foods in
24    connection with that topic?
25    A. No.

268

1     Q. All right.
2           MR. RAYLE: Let's mark this as the
3     exhibit next in order.
4           (Exhibit Number 26 marked for
5     identification.)
6     BY MR. RAYLE:
7     Q. Exhibit 26, Mr. Witness, is titled
8     Amended Deposition Notice of Tim Bebee, is it
9     not?
10    A. (Reviews document.) Yes.
11    Q. Have you ever seen this document prior to
12    today?
13    A. I don't believe I have, no.
14           MR. RAYLE: Can I have that answer.
15           (Whereupon, the court reporter read
16    back the previous answer.)
17    BY MR. RAYLE:
18    Q. It's dated June 28th, 2013, is that
19    correct? Front page, first page.
20    A. Yes.
21    Q. Now, were you told on or about June 28th
22    that your deposition was going to be taken,
23    had been noticed for today?
24    A. I don't know what day I was told. I
25    don't recall specifically.

269

1     Q. At the time you were told that your
2     deposition would be taken here today, were you
3     also told that you would be asked to act as
4     Michael Foods' corporate representative with
5     respect to certain topics?
6     A. Was I asked that in June --
7     Q. Yes.
8     A. -- is that your question?
9     Q. Yes.
10    A. Don't remember that question
11    specifically.
12    Q. Do you recall if you were so advised
13    anytime prior to June 28th of 2013?
14    A. To speak to certain topics?
15    Q. Yes, to speak as Michael Foods' corporate
16    representative.
17    A. Other than knowing I was going to be
18    deposed and speak on the issue, nothing more
19    specific than that.
20    Q. So you have no memory of being told that
21    in connection with your deposition you would
22    be testifying with respect to your own
23    personal knowledge and you would also be
24    testifying as a corporate representative of
25    Michael Foods, is that correct?

68 (Pages 266 to 269)

**HIGHLY CONFIDENTIAL**

270

1      MR. GREENE: Object to the
2 characterization.
3      MR. RAYLE: Move to strike.
4      THE WITNESS: So I need to answer?
5      MR. GREENE: If you --
6      THE WITNESS: I was made aware that
7 I would be testifying and being deposed on the
8 issues that I was involved in and aware of.
9 BY MR. RAYLE:
10 Q.    And were you advised that you would be
11 testifying not only based on your own personal
12 knowledge but also with respect to information
13 known or reasonably available to Michael Foods
14 in connection with those topics?
15      MR. GREENE: I'm going to object.
16      And you can answer the question,
17 but I don't -- in answering I don't want you
18 to disclose any communications with counsel.
19      THE WITNESS: I'll follow my
20 counsel's direction on that and not answer.
21      MR. RAYLE: Are you instructing him
22 not to answer?
23      MR. GREENE: I'm not instructing
24 him not to answer. I'm instructing him to be
25 cautious that his answer should not include

271

1 any communications with counsel.
2      THE WITNESS: I'm speaking to the
3 issues that I am involved with and aware of.
4 BY MR. RAYLE:
5 Q.    In what capacity?
6 A.    VP of live production at the time.
7 Q.    And that was -- that was the -- that was
8 the position you held when you were employed,
9 correct?
10 A.    I'm still employed. I'm just in a
11 different role.
12 Q.    All right. Your employed as a
13 consultant?
14 A.    Yes.
15 Q.    But were you at any time told, I'm going
16 to ask you one more time, that in addition to
17 testifying at a deposition based on your own
18 personal knowledge in that position you've
19 just described, in addition to that role you
20 would also be testifying as the corporate
21 representative of Michael Foods in connection
22 with the eight topics that are delineated in
23 the exhibit that you just looked at?
24      MR. GREENE: Objection, asked and
25 answered.

272

1      THE WITNESS: Yes, on those topics.
2 BY MR. RAYLE:
3 Q.    Do you recognize the phrase "corporate
4 representative"?
5 A.    Yes.
6 Q.    And have you been told that you are
7 Michael Foods' corporate representative in
8 connection with those topics?
9 A.    Yes.
10      (Exhibit Number 27 marked for
11 identification.)
12 BY MR. RAYLE:
13 Q.    Exhibit 27, for identification is
14 MFN018821 and MF10111951 [sic], a one-page
15 document dated April 1, 2002 from Mr. -- copy
16 of an email apparently from Mr. Ostrander, to,
17 among others, yourself. And then below that
18 is an email from you.
19      Do you see that?
20 A.    Yes.
21 Q.    I want to draw your attention to the
22 email that bears your name from Tim -- from
23 Bebee, Tim J., Wednesday, March 27, 2002, at
24 2:19 p.m. to Mr. Goucher and Mr. Ostrander,
25 subject UEP Animal Welfare Meeting.

273

1      Do you see that, sir?
2 A.    Yes.
3 Q.    Read through that, if you would. I'm
4 going to ask you some questions.
5 A.    (Reviews document.) Okay.
6 Q.    Now, as of March 27, 2002, at 2:19 p.m.
7 what was your position with Michael Foods?
8 A.    Vice president of live production.
9 Q.    What was the position of Mr. Bill L.
10 Goucher at that time?
11 A.    President of the egg company.
12 Q.    What was the position of Mr. Gregg A.
13 Ostrander at that time?
14 A.    CEO of Michael Foods.
15 Q.    You state in the opening paragraph,
16 second sentence: As you might expect, I was
17 one of the few bad guys often voting against
18 the motions made.
19      Do you recall using that language
20 referring to yourself as one of the few bad
21 guys?
22 A.    I don't remember the email specifically.
23 But it is in print, so it must have taken
24 place.
25 Q.    Well, today can you tell us what the

69 (Pages 270 to 273)

**HIGHLY CONFIDENTIAL**

274

1  context of that observation was, what you
2  intended to convey, being one of the few bad
3  guys?
4  A.  No.
5  Q.  Do you recall any of the other bad guys?
6  A.  No.
7  Q.  And the next paragraph -- or the next
8  sentence, rather, you say that:  Other major
9  producers represented and on the committee
10  were Cal-Maine, Rose Acres, Kofkoff, now part
11  of Land O' Lakes, Buckeye, Midwest Poultry
12  Services, Sparboe and Day Lay.
13  Do you see that?
14  A.  Yes.
15  Q.  And you say:  All but Buckeye have signed
16  onto the program.
17  Did you mean to say that each of those
18  companies that you refer to as major producers
19  other than Buckeye had agreed to sign onto the
20  UEP animal welfare committee --
21  A.  That's what this is portraying, appears
22  to be.
23  Q.  -- or program rather.  And you refer to
24  the executive board in the last sentence.
25  What is the executive -- what executive board

275

1  are you referring to there, sir?
2  A.  It appears to be the executive UEP board.
3  Q.  Were you a member of the executive UEP
4  board at that time?
5  A.  No.
6  Q.  Did Michael Foods have any representative
7  on the UEP executive board at that time?
8  A.  We had a member on the board, but
9  not -- not sure what this means by executive
10  board.
11  Q.  What was -- who was the member of the
12  board?
13  A.  Terry Baker I believe.  I believe he was
14  on at this time I'm not even sure of that --
15  Q.  All right.
16  A.  -- without checking dates specifically.
17  Q.  Under highlights towards the end -- draw
18  your attention to the last three what I'll
19  call bullet points starting with:  All are
20  concerned about cheating if the whole industry
21  does not participate.
22  Do you see that?
23  A.  Yes.
24  Q.  What did you mean by that observation,
25  sir, specifically what did you mean by

276

1  "cheating"?
2  A.  More than likely it meant that someone
3  selling eggs that were not certified.
4  Q.  Did you believe that was cheating?
5  A.  I must have at the time.
6  Q.  The next bullet is:  Many commented on
7  the issue that they are not receiving pressure
8  from their customers.
9  What does that mean, or what did you
10  intend to convey there, sir, receiving
11  pressure from the customers to do what?
12  A.  Well, based on what this says, is that
13  customers were not asking for an animal
14  welfare program.
15  Q.  Okay.  Then you say:  Most all agree that
16  at this point, it is a tool to resurrect -- to
17  resurrect the market problem.
18  Do you see that, sir?
19  A.  I see that.
20  Q.  What did you mean to convey with that
21  sentence?  First of all, what is the "it"?
22  What does "it" mean?  What's that refer to?
23  A.  Well, I believe that what it meant at the
24  time is the certified program.
25  Q.  That would be the animal welfare

277

1  committee or the animal welfare program or
2  some other program?
3  A.  That would be the program.
4  Q.  Which -- the animal welfare program?
5  A.  ACC program.
6  Q.  When you say "to resurrect the market
7  problems," what were you referring to there?
8  A.  Not 100 percent sure.  But more than
9  likely affect the supply.
10  Q.  Supply in what context, sir?
11  A.  The number of eggs being produced.
12  Q.  Okay.
13  (Exhibit Number 28 marked for
14  identification.)
15  BY MR. RAYLE:
16  Q.  Exhibit 28 is a copy of an email from
17  Rich Dutton sent Thursday, November 15, 2001.
18  It's numbered MF10111210 [sic].  Ask you to
19  look through that.
20  A.  (Reviews document.)  Okay.
21  Q.  All right.  On this -- I think I misread
22  the number.  Let me restate that.  It's MFI
23  MF101111210 [sic].  It could be MFI, sorry.
24  MFI0111210.
25  As of November 15, 2001, what was

70  (Pages 274 to 277)

**HIGHLY CONFIDENTIAL**

---

**278**

1  Mr. Dutton's position if you know, sir?
2  A.   Veterinarian.
3  Q.   That is a doctor of veterinary medicine?
4  A.   Yes.
5  Q.   DVM.  Was he employed by Michael Foods at
6  that time?
7  A.   Yes, he was.
8  Q.   And this email relates to the UEP
9  committee for animal welfare, does it not?
10  A.   That's what it states.
11  Q.   Okay.  Do you recall receiving a copy of
12  this -- do you recall receiving this email?
13  A.   No.
14  Q.   Now, there's a reference in the third
15  paragraph to Mr. Ken Looper.  Do you know who
16  Mr. Looper was in November 2001?
17  A.   Yes.
18  Q.   Who was he?
19  A.   He was an employee of Cal-Maine Foods.
20  Q.   There is a reference to Mr. Joe Fortin.
21  Who is Mr. Fortin, if you know?
22  A.   He was an employee of Kofkoff Egg Farms.
23  Q.   At the very end of -- is it Dr. Dutton?
24  A.   Yes, sir.
25  Q.   Call him doctor.  End of Dr. Dutton's

---

**279**

1  email, there is a sentence says:  Actually I
2  had the feeling that several of the
3  individuals felt this was a way to get out of
4  the low egg prices and save them from
5  disaster.
6       Do you see that?
7  A.   I see that.
8  Q.   What did you understand or what do you
9  understand Dr. Dutton to be stating and making
10  that comment?
11       MR. GREENE:  Objection, calls for
12  speculation.
13  BY MR. RAYLE:
14  Q.   What do you understand?  What's your
15  understanding, sir?
16       MR. GREENE:  Same objection.
17       MR. RAYLE:  Move to strike.
18       THE WITNESS:  He's stating his
19  opinion apparently.
20  BY MR. RAYLE:
21  Q.   And what is that opinion as you
22  understand it?
23       MR. GREENE:  Same objection.
24       You can go ahead.
25       THE WITNESS:  Just what it says.

---

**280**

1  BY MR. RAYLE:
2  Q.   Let me draw your attention again to Bebee
3  Exhibit K.  It's a 10-K filed as of 1996.
4       MR. GREENE:  What year?
5       MR. RAYLE:  1996.  Looks like this
6  (indicating).  He was questioned about it by
7  Mr. Aranoff most recently and Mr. Kinney this
8  morning.
9  BY MR. RAYLE:
10  Q.   Do you have it?
11  A.   Yes.
12  Q.   Okay.  Look at the third page, if you
13  would, please.
14  A.   Third?
15  Q.   Third page.
16  A.   Find it.
17  Q.   The fourth paragraph starting out:  Shell
18  eggs are essentially a commodity and are sold
19  based upon reported egg prices.
20       Do you see that language?
21  A.   Yes.
22  Q.   What is your understanding of the term
23  shell eggs?
24  A.   Eggs that still have a shell on them
25  versus an egg product or liquid egg.

---

**281**

1  Q.   Okay.  You can put that aside.
2       Now, in connection with the animal
3  welfare program, Mr. Bebee, are you aware of
4  any studies that were done with respect to the
5  effect of the animal welfare program on the
6  retail prices of shell eggs?
7  A.   No.
8  Q.   Did you from time to time in your
9  capacity as an employee of Michael Foods have
10  occasion to receive reports concerning retail
11  prices of shell eggs?
12  A.   There might have been figures included in
13  the United Voices newsletters.  I don't
14  remember exactly.
15  Q.   Were you aware of any studies conducted
16  at any time in the context of the animal
17  welfare program in connection with the effect
18  of that program on the supply of shell eggs
19  available on the market?
20  A.   I don't remember any specifically.
21  Q.   Do you remember any studies in general?
22  A.   No.
23  Q.   Okay.  Now, can you tell us -- and I
24  apologize if you -- if you answered this
25  question earlier.  When did -- when did

---

71 (Pages 278 to 281)

**HIGHLY CONFIDENTIAL**

282

1    Michael Foods become a participant in the
2    animal welfare program for the first time?
3    A.    In the summer of 2006.
4    Q.    Okay.  And once Michael Foods entered
5    that program did the supply of shell eggs
6    increase or decrease?
7              MR. GREENE:  Objection, vague.
8              THE WITNESS:  The supply in the
9    country or --
10   BY MR. RAYLE:
11   Q.    Yes.
12   A.    -- what supply are you talking about?
13   Q.    The supply in the country, first of all.
14   A.    I have no idea.
15   Q.    All right.  Did Michael Foods
16   participation in the welfare program, was that
17   a factor, to your knowledge, in supplying
18   shell eggs to the market after you entered the
19   program?
20   A.    I have no idea.
21   Q.    Who would be the best person for me to
22   depose to elicit that information, that's from
23   Michael Foods, that is?
24             MR. GREENE:  Objection, confusing.
25             THE WITNESS:  I don't know.

283

1    BY MR. RAYLE:
2    Q.    How did Michael Foods -- how did -- who
3    at Michael Foods made the supply decisions
4    with respect to how many shell eggs they would
5    put on the market?
6    A.    The sales department sells the product so
7    they would determine how much product is
8    produced -- how much product is produced.
9    Q.    All right.  And how much product is
10   produced, the sales department determines
11   that, is that correct?
12   A.    They make the sales, so yes, they would
13   determine the volume of output.
14   Q.    And as at the time that Michael Foods
15   became active in the animal welfare program in
16   the summer of 2006 who was in charge of sales
17   at Michael Foods?
18   A.    Well, there's people in charge of
19   different divisions, general managers of --
20   Q.    Is there any one person that would be on
21   top of that pyramid, so to speak?
22   A.    No.
23   Q.    How many such persons would there
24   be -- would be involved in making those
25   decisions?

284

1    A.    There's three divisions.
2    Q.    Okay.  Do you remember the three division
3    heads in the summer of 2006, who they were?
4    A.    Not sure on the dating.  I could tell you
5    who they are today, but I couldn't verify
6    2006.
7    Q.    What documents would I have to consult to
8    ascertain that information?
9    A.    I don't know specifically what documents;
10   organizational chart.
11   Q.    Okay.
12             (Exhibit Number 29 marked for
13   identification.)
14   BY MR. RAYLE:
15   Q.    Exhibit 29 for identification is
16   MFI0281887, a one-page document titled
17   MFI Animal Welfare Program Summary.
18        Have you seen this document before to
19   your recollection, sir?
20   A.    No, I haven't seen this particular
21   document.
22   Q.    Okay.  Now, was there a time during your
23   employment at Michael Foods that the various
24   components of what I will call the
25   beak-trimming policy were in effect where it

285

1    says Beak Trimming, and then it has four bulls
2    bullets next to the side of it?
3    A.    Would you repeat the question.
4              MR. RAYLE:  Restate it.
5              (Whereupon, the court reporter read
6    back the previous question.)
7              MR. RAYLE:  By that I mean the four
8    bullets next to Beam Trimming.
9              THE WITNESS:  Once we signed on to
10   the certified program, all of these attributes
11   were -- were followed.
12   BY MR. RAYLE:
13   Q.    So that would be after the summer of
14   2006 --
15   A.    Yes.
16   Q.    -- for a point in time?
17   A.    Yes.
18   Q.    And then prior to the time you signed
19   onto the program, you being Michael Foods, did
20   you have a beak-trimming policy?
21   A.    Yes.
22   Q.    What was that?
23   A.    To trim the birds 18 days or younger.
24   Q.    Okay.  Now, there's a reference to:
25   Skilled crews will be used to ensure quality.

**HIGHLY CONFIDENTIAL**

286

1 Do you see that, sir?
2 A. Yes.
3 Q. Do you have an understanding what the
4 phrase "skilled crews" refers to?
5 A. Yes, I do.
6 Q. Could you share that with us, please.
7 A. To be properly trained to do an
8 appropriate job of the trimming.
9 Q. So do they have a beak-trimming training
10 program at Michael Foods?
11 A. Yes.
12 Q. Who was in charge of that in the summer
13 of 2006?
14 A. Each manager of each farm was responsible
15 to see to it that the training took place.
16 Q. Okay. You can put that aside.
17 MR. GREENE: I'll just note for the
18 record there is a fax band on Exhibit 29 that
19 I assume is not part of the document as
20 produced.
21 MR. RAYLE: Any time you see a fax
22 band that is absolutely correct.
23 (Exhibit Number 30 marked for
24 identification.)
25 BY MR. RAYLE:

287

1 Q. Exhibit 30 for identification, a
2 multi-page document MFI0002008 through to and
3 including MFI0002013. And it purports to be
4 an email from Mr. Bebee, Tuesday, May 31,
5 2005, to Mr. Baker -- Messrs. Baker and
6 Catherman, subject Animal Welfare Program.
7 Do you see that, sir?
8 A. Yes.
9 Q. Did you prepare this email, sir?
10 A. That's what it appears -- it appears to
11 be the case.
12 Q. And your first sentence is: This
13 document is an SOP that could be -- that could
14 be used for a welfare program.
15 Do you see that?
16 A. Yes.
17 Q. And when you use the acronym SOP what
18 were you referring to?
19 A. Standard operating procedure.
20 Q. And then there is a multi-page document,
21 next page in, Michael Foods Inc. Egg Products
22 Company Animal Well Being Standard Operating
23 Procedures, Gaylord, Minnesota. Now, was this
24 standard operating procedure in effect at the
25 Gaylord, Minnesota farm of Michael Foods Inc.

288

1 in May of 2005?
2 A. No, it was actually more stringent than
3 this. And we were giving the birds more space
4 than this document lists and trimming the
5 birds at a different timing.
6 Q. When you say "this document," you are
7 referring to the Gaylord, Minnesota document?
8 A. The document that you just produced?
9 Q. Yes.
10 A. Yes.
11 Q. Okay. Then you say --
12 MR. RAYLE: Let me hear his answer.
13 (Whereupon, the court reporter read
14 back the previous question.)
15 BY MR. RAYLE:
16 Q. When you say "more stringent," you mean
17 the policy ultimately adopted by Midwest [sic]
18 Foods generally, is that what you're referring
19 to?
20 MR. GREENE: Objection. I think
21 you misspoke when you said Midwest Foods.
22 THE WITNESS: I'm sorry. Michael
23 Foods.
24 MR. GREENE: Can you ask the
25 question again.

289

1 MR. RAYLE: Read it.
2 THE COURT REPORTER: "When you say
3 more stringent, you mean a policy ultimately
4 adopted by Michael Foods?"
5 BY MR. RAYLE:
6 Q. Was more stringent than the program
7 that's attached to this document?
8 A. The Gaylord program is a
9 customer-specific program that was done for a
10 specific customer, Burger King. And we were
11 giving the birds 75 inches each and the beak
12 trimming was ten days or less.
13 Q. Okay.
14 A. This one states different figures than
15 that.
16 Q. When you say "this one" --
17 A. This (indicating) document states
18 different numbers.
19 Q. Different procedures?
20 A. Yes.
21 Q. All right. And when you refer to the BK
22 stuff in the second sentence, you are
23 referring to Burger King, is that correct?
24 A. Yes, sir.
25 (Exhibit Number 31 marked for

**73 (Pages 286 to 289)**

**HIGHLY CONFIDENTIAL**

290

1    identification.)
2    BY MR. RAYLE:
3    Q.    Exhibit 31 for identification is titled
4    Response to Wendy's Animal Welfare Comments
5    dated June 15, 2002.  And the numbers are
6    MFI0286766 through MFI0286768.
7         My first question, sir, is whether you've
8    seen the original or a copy of this document
9    prior to this deposition today?
10   A.   I don't remember the document.
11   Q.   Do you recall comments by Wendy's in
12   connection with the animal welfare program at
13   any time?
14   A.   I remember discussions that -- I remember
15   that we had discussions with Wendy's personnel
16   about a proprietary program for them.
17   Q.   For Wendy's -- specifically Wendy's?
18   A.   Yes.
19   Q.   When you say "proprietary program," that
20   would be a program that would be deployed only
21   in connection with Wendy's, is that correct?
22   A.   Yes.
23   Q.   Do you recall, sir, whether at any time
24   after Michael Foods became active in the
25   animal welfare program in the summer of 2006,

291

1    whether any time after that time you attended
2    any meetings at which the effect of the animal
3    welfare program on retail prices of shell eggs
4    was discussed?
5    A.   I don't remember attending any such
6    meetings.
7    Q.   Do you recall having any conversations
8    with anyone along those lines independent of
9    the meeting?
10   A.   No.
11        (Phone ringing.)
12        THE VIDEOGRAPHER:  Off record.
13        The time is 4:50.
14        (Recess.)
15        THE VIDEOGRAPHER:  Back on the
16   record.
17        The time is 4:52.
18        (Exhibit Number 32 marked for
19   identification.)
20   BY MR. RAYLE:
21   Q.   Exhibit 32 for identification is titled
22   Michael Foods Inc. Animal Welfare,
23   MFI0028203 [sic] through MFI0028207.  And my
24   first question, sir, is -- there are
25   handwritten jottings in the upper right-hand

292

1    portion of this document.  Do you recognize in
2    whose hand those jottings were written?
3    A.   (Reviews document.)  They appear to be
4    mine.
5    Q.   Can you read into the record what is
6    being said there, please.
7    A.   Can I read into the record?
8    Q.   Yeah.  In other words, would you recite,
9    read your -- translate your handwriting for
10   us, if you would?
11   A.   Terry's, Monday a.m. 1/16/06, Ken's
12   include some of Terry's and myself comments.
13   Q.   Now, the document recites -- it's divided
14   into several paragraphs.  But it starts out:
15   Our Mission Statement.
16        Do you see that, sir?
17   A.   Yes.
18   Q.   Who prepared -- first of all, who
19   prepared this document?
20   A.   I don't recall.
21   Q.   Who at Michael Foods determined what the
22   mission statement that's mentioned in the
23   document, what that mission statement would
24   be, who made that -- who was the decider on
25   that issue?

293

1    A.   I don't know.
2    Q.   Now, can you tell us -- and I'm speaking
3    to the whole document, all of it, every part
4    of it, can you tell us the persons who
5    were -- who were involved in the preparation
6    of this document?
7    A.   No, I can't.
8    Q.   Can you tell us whether this document
9    was -- at any time was disseminated to your
10   employer's employees?
11   A.   No.
12   Q.   You can't tell us whether it was.
13   A.   No, I can't tell you.
14   Q.   Okay.
15        (Exhibit Number 33 marked for
16   identification.)
17   BY MR. RAYLE:
18   Q.   Exhibit 33 for identification purports to
19   be a letter to Dr. Dutton from a Mr. Dan
20   Meagher.  And the identification numbers are
21   MFI0074218 through MFI0074219 and the date is
22   June 19, 2006.
23        And my first question is:  Who, if you
24   know, is Mr. Dan Meagher?
25   A.   I don't know him.

74 (Pages 290 to 293)

**HIGHLY CONFIDENTIAL**

294

1    Q.   There is a reference to Mr. Meagher being
2    the chairman of something called the further
3    processor division.
4        Do you have any idea what that division
5    is or means?
6    A.   There is a further processing division of
7    UEP.
8    Q.   UEP?
9    A.   Yes.
10   Q.   And there are copies -- where it says:
11   Identical letters are sent to the following
12   individuals, and then we have individuals of
13   Moark, Egg Safety Center, Rose Acre Farms,
14   Rembrandt Enterprises and ISE.
15       Do you see that?
16   A.   I do.
17   Q.   Have you seen an original or a copy of
18   this letter prior to today?
19   A.   No.
20       (Exhibit Number 34 marked for
21   identification.)
22   BY MR. RAYLE:
23   Q.   Exhibit 34 for identification, sir, is
24   titled Executive Summary marked Highly
25   Confidential, MFI0271656.  I'll ask you if

295

1    you've seen the original or a copy of this
2    document prior to today?
3    A.   I don't recall this document.
4    Q.   Let me just make sure I'm clear.  You
5    don't recall whether you've seen this document
6    prior to today, is that correct?
7    A.   That's correct.
8        (Exhibit Number 35 marked for
9    identification.)
10   BY MR. RAYLE:
11   Q.   Exhibit 35 is UE0368463 titled Ad Hoc
12   Scientific Advisory Committee.  And it lists
13   the members, one of whom is Dr. Rich Dutton,
14   Michael Foods.  And my question is:  Was
15   Dr. Rich Dutton a member of the ad hoc
16   scientific advisory committee at any time?
17   A.   He was supporting different committees.
18   I don't know the timing of this specifically
19   and would have to check dates --
20   Q.   Uh-huh.
21   A.   -- and records.
22   Q.   Did Michael Foods employ more than one
23   veterinarian?
24   A.   Yes.
25   Q.   How many veterinarians were employed by

296

1    Michael Foods in the summer of 2006, if you
2    know?
3    A.   That would be two.
4    Q.   Who would -- one would be Dr. Dutton?
5    A.   Yes.
6    Q.   And who would the other one be, sir?
7    A.   Dr. Jeff Erickson.
8        MR. RAYLE:  I think I'm finished,
9    but I would like to confer with my colleagues
10   for a moment.
11       MR. DAVIS:  I'd like to move to
12   strike all testimony with regard to the former
13   exhibit as an incomplete exhibit and cause
14   misleading testimony.
15       MR. RAYLE:  Noted.
16       THE VIDEOGRAPHER:  Off record.
17   The time is 4:59.
18       (Recess.)
19       MR. RAYLE:  The indirect purchaser
20   plaintiffs have no further questions at this
21   time of this witness.
22       THE VIDEOGRAPHER:  Back on the
23   record.
24   The time is 5:32.
25       MR. GREENE:  The plaintiffs

297

1    finished their questioning.  Any of the
2    counsel on the phone have any questions on
3    redirect?
4        MR. DAVIS:  This is Evan Davis.  I
5    have one to two questions about one document.
6        MR. ARANOFF:  Okay.
7        MR. GREENE:  Go ahead, Evan.
8        MR. DAVIS:  It's Exhibit 27.
9        MR. GREENE:  We're on.
10       The witness has Exhibit 27 in front
11   of him.
12
13           EXAMINATION
14
15   BY MR. DAVIS:
16   Q.   Mr. Bebee, my name is Evan Davis from
17   Pepper Hamilton.  I represent United Egg
18   Producers and United States Egg Marketers.  I
19   will make this extremely brief.
20       If you look on Exhibit 27, you were asked
21   about a bullet point near the bottom:  All are
22   concerned about cheating if the whole industry
23   does not participate.
24       Do you see that line?
25   A.   Yes.

**75 (Pages 294 to 297)**

**HIGHLY CONFIDENTIAL**

**298**

1  Q.    When you reference cheating, are you
2  referring to a concern about producers selling
3  non-certified eggs and labeling those eggs as
4  certified?
5          MR. ARANOFF:  Objection.
6          THE WITNESS:  That is what I meant
7  to get across, yes.
8  BY MR. DAVIS:
9  Q.    The concern that these eggs would be
10  mislabeled?
11          MR. ARANOFF:  Objection.
12          THE WITNESS:  Yes.
13          MR. DAVIS:  That's all that I have.
14  Thank you, Mr. Bebee.
15          MR. GREENE:  I don't have any
16  questions.  The witness will read and sign.
17          MR. ARANOFF:  Okay.
18          THE VIDEOGRAPHER:  This concludes
19  the videotaped deposition of Tim Bebee
20  consisting of four tapes.
21          We are off the record at 5:34.
22          (Deposition concluded at 5:34 p.m.)
23          * * * * * * * * * * * * * * *
24
25

**300**

1          ACKNOWLEDGMENT OF DEPONENT
2          I, TIMOTHY BEEBE, do hereby certify
3  that I have read the foregoing transcript of my
4  testimony, and further certify that it is a true
5  and accurate record of my testimony (with the
6  exception of the corrections listed below):
7  Page   Line                  Correction
8  ____|____|_____|_____
9  ____|____|_____|_____
10  ____|____|_____|_____
11  ____|____|_____|_____
12  ____|____|_____|_____
13  ____|____|_____|_____
14  ____|____|_____|_____
15  ____|____|_____|_____
16  ____|____|_____|_____
17  ____|____|_____|_____
18  ____|____|_____|_____
19  ____|____|_____|_____
20
21          _____
22          TIMOTHY BEEBE
         SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS _____ DAY OF _____, 20___.
24  _____      _____
25  (NOTARY PUBLIC)      MY COMMISSION EXPIRES:

**299**

1          REPORTER'S CERTIFICATE
2
   STATE OF MINNESOTA   )
3                       ) ss.
   COUNTY OF HENNEPIN   )
4
         I hereby certify that I reported the
5  deposition of Timothy Bebee on July 18, 2013 in
   Minneapolis, Minnesota, and that the witness was by
6  me first duly sworn to tell the whole truth;
7
         That the testimony was transcribed by me
8  and is a true record of the testimony of the
   witness;
9
10         That the cost of the original has been
   charged to the party who noticed the deposition,
11  and that all parties who ordered copies have been
   charged at the same rate for such copies;
12
13         That I am not a relative or employee or
   attorney or counsel of any of the parties, or a
14  relative or employee of such attorney or counsel;
15         That I am not financially interested in the
   action and have no contract with the parties,
16  attorneys, or persons with an interest in the
   action that affects or has a substantial tendency
17  to affect my impartiality;
18         That the right to read and sign the
   deposition transcript by the witness was reserved.
19
20         WITNESS MY HAND AND SEAL THIS 30th day of
   July, 2013.
21
22
23
24  Dana S. Anderson-Linnell
   Notary Public, Hennepin County, MN
25  My commission expires 1/31/2015.

**VERITEXT REPORTING COMPANY**
(212) 279-9424          www.veritext.com          (212) 490-3430

**HIGHLY CONFIDENTIAL**

1

**A**

**ability** 189:7 193:10
**able** 125:9 132:5,14
  132:20,25 207:1,5
**abovenamed** 223:3
**absolutely** 43:18
  286:22
**acc** 75:12 179:7,13
  180:2,20 181:5,12
  181:23 184:10,19
  188:17 208:21
  277:5
**accept** 209:20
  210:23 242:3
**accomplished**
  109:11
**accounting** 85:8
  101:19 106:8
**accounts** 209:11
  224:4
**accuracy** 133:22
**accurate** 118:10,17
  122:5 179:18
  300:5
**accurately** 169:9
  212:18 213:8
  222:3
**achieved** 124:10
**acknowledge**
  128:20 191:16
**acknowledges**
  218:18
**acknowledgment**
  300:1
**acquainted** 260:19
**acquire** 86:14
**acquired** 29:13
  31:17 69:15
**acre** 6:11 19:7 28:24
  67:15 172:15
  294:13
**acres** 274:10
**acronym** 236:1

287:17
**act** 50:11 57:18
  269:3
**acting** 36:4
**action** 2:12 17:22
  19:21 299:15,16
**actions** 1:9
**active** 283:15
  290:24
**activities** 49:13
**actual** 71:4 92:20,22
  102:4 105:3
  107:15,16 113:7
  199:24 248:19
  256:8
**acv** 184:10
**ad** 16:21 295:11,15
**add** 88:13 110:25
  249:12
**added** 87:14,15
  88:18 110:18
**addition** 135:19
  160:7,8 271:16,19
**additional** 37:19
  42:12 43:14
  191:21 216:11
**address** 32:16 37:1
  158:9 164:10,18
  194:11 237:19
  241:7
**addressed** 227:1
**addressing** 242:15
**adjusted** 138:5
**adjustment** 175:15
**administrative**
  102:19 237:2
**admonition** 249:15
**adopted** 288:17
  289:4
**advance** 94:4,7
**advantage** 184:25
  185:4,15,18
**advertised** 244:2
**advice** 39:25 57:23

63:23 64:7,8 65:25
  249:18
**advised** 269:12
  270:10
**advisory** 16:22
  243:25 265:8,19
  295:12,16
**affect** 77:12 115:21
  277:9 299:17
**affiliate** 30:3,13
**affiliated** 152:20,24
  202:22 260:17
**afternoon** 177:8
  259:17
**ag** 233:9,12
**age** 93:20,20,22,24
**agencies** 143:5
**agency** 143:17
  231:14,17,20,20
**agent** 50:11
**ago** 32:5 88:20
  91:17 111:9
  114:22 138:24
  150:6 151:16
  231:2
**agree** 125:22 126:1
  138:12 155:10,25
  156:14 183:16
  186:17 192:9
  205:20 211:23
  225:25 226:18
  227:6 241:3
  244:12,17,18
  245:5 276:15
**agreeable** 162:25
**agreed** 31:6 116:15
  274:19
**agreement** 10:8
  19:24 61:24 62:18
  62:23 200:18
  212:15 219:2,15
  237:3,11 264:5
**agreements** 263:6
**agricultural** 56:20

**ahead** 28:9 53:2
  161:18 193:25
  249:9 261:17
  279:24 297:7
**air** 142:25 166:9
**al** 15:4 228:15
  257:19
**alive** 145:12
**allen** 6:12 19:5,5
**allin** 107:12,14
**allocation** 91:6
**allow** 174:9 249:2
**allowance** 123:18
  209:7
**allowances** 76:1
**allowing** 189:6
**alternative** 180:20
  236:11,13 238:6
  241:18 245:13
**alternatives** 182:19
**amended** 15:12
  268:8
**amount** 90:19
**ams** 235:16,20
**analysis** 9:7 74:22
  75:20 76:9 84:18
  87:8
**anderson** 5:12,17
  17:17 18:19,19
  27:6,7 35:23 36:12
  37:6
**andersonlinnell**
  1:25 2:5 299:24
**animal** 15:8,22 16:8
  16:12 50:3 116:2,5
  116:10 123:16
  141:20 142:4,16
  142:18 144:20
  145:21 154:19,21
  158:21 159:11,15
  159:22 160:3
  161:2,12 163:1,13
  163:18 167:24
  178:19 179:14,17

HIGHLY CONFIDENTIAL

2

179:17,22,23
180:2,14 181:10
188:9 199:7,20
200:1 218:18
223:4 229:4 231:8
235:14,24 238:7
241:18 242:1
243:21 244:2
245:7,9,13 246:18
257:11,21,24
258:13 272:25
274:20 276:13,25
277:1,4 278:9
281:2,5,16 282:2
283:15 284:17
287:6,22 290:4,12
290:25 291:2,22
**answer** 22:24 23:4,5
38:25 39:21,21,23
68:23 86:19 132:6
186:13 193:9,11
196:2 205:4 207:1
207:6 215:22,25
245:18,23 249:2
249:10,17 266:6
268:14,16 270:4
270:16,20,22,24
270:25 288:12
**answered** 41:8
271:25 281:24
**answering** 34:15
37:4 249:13,14,18
266:3 270:17
**anticompetitive**
251:8,16
**antitrust** 1:6 17:10
247:15 250:22
251:2,8,16 254:14
255:7,14
**anybody** 20:12
28:22 35:10,20,22
59:1 66:24 67:4,7
68:15 70:8 207:5
207:10 208:22

254:18 255:10
256:13 260:17
**anyplace** 253:19
**anytime** 227:12
269:13
**anyway** 165:2
**apart** 62:5,8
**apologize** 95:1
105:17 216:1
281:24
**apparently** 191:10
272:16 279:19
**appear** 165:24
174:2 191:7
219:24 261:20,23
292:3
**appearances** 2:10
2:20 3:1,23 4:1,24
5:1,19 6:1,20 7:1
**appears** 62:15 75:15
84:21 86:11
109:13 112:5
116:20 137:17
155:21 178:17
189:23 192:1,16
194:16 195:9
218:17 238:10
257:14 262:2
274:21 275:2
287:10,10
**application** 123:14
124:23
**applications** 124:5
124:11
**applies** 1:8 58:8,11
**apply** 124:23,24
125:11
**applying** 208:22
**appointed** 160:2,3
161:2,12
**appreciate** 117:25
**appropriate** 148:8
149:5,8 196:6,8,11
286:8

**approval** 90:18
145:25 191:12
194:3
**approve** 90:13
105:23 127:10
181:3
**approved** 200:19,24
**approximate** 127:16
**approximately** 17:4
21:8 25:20 29:20
47:1,6 61:2 70:13
70:15,16 77:18
78:9,10,24,25 79:2
79:6,7 83:20,21
88:20,24 92:15
93:20 94:20 95:2
95:23 98:21 247:2
**april** 12:22 15:16
123:19 175:21
178:6,20 180:17
204:2 210:10
212:3,21 213:10
272:15
**aranoff** 3:5,11 8:7
17:23,23 20:5 33:9
33:14,19 34:1
117:18,20 120:16
122:14 125:5,21
126:3,7 129:22
130:25 132:7,10
134:4 138:17
139:13 140:15
144:2 148:22
152:4 153:19
157:18 160:16
161:8,19,23 162:7
163:22 164:3
166:19,22 167:2
168:11,13 169:15
174:3,23 175:6,11
176:12 177:1,14
177:24 180:12
182:21 183:2,12
184:6,21 185:8

186:12 193:7,8,19
193:23,24 196:3
196:13,22,23
197:6,12,18
198:19,25 201:18
201:23 205:3,15
206:6,22 207:16
208:13 209:3
210:7 211:3
212:10,25 213:15
214:11,25 215:11
215:21 217:11,21
218:5,7 222:13
225:14 226:9,12
227:12,15,24
233:10 234:22
236:25 238:12
239:21 240:9,13
242:23 243:3
244:15 245:1,20
245:24 246:24
249:23 250:4,20
251:13 255:4
257:6 258:9 259:4
280:7 297:6 298:5
298:11,17
**arch** 4:8
**area** 106:2 112:10
**areas** 100:20 109:10
**arent** 22:17
**argumentative**
125:18 129:18
138:14 140:12
193:6 201:17
215:20 250:17
**arias** 171:21 176:22
**arthur** 19:6
**article** 247:1,6
250:13 255:19,20
256:6 260:9
**articulated** 138:4
**arvold** 7:13 17:2
**ascertain** 284:8
**aside** 30:18 176:2

HIGHLY CONFIDENTIAL

3

248:4 255:17
281:1 286:16
**asked** 58:23 59:1
61:13 64:2,11
65:21 66:4 95:2
102:9,10 252:6
260:7 269:3,6
271:24 297:20
**asking** 24:25 34:19
35:5,11 39:16 61:9
63:21 64:7 103:6
140:13 160:17
182:25 183:4
209:8 276:13
**assigned** 124:4
219:1 224:14
263:16
**assigns** 218:20,24
**assistance** 91:21
**assistant** 102:19
**associated** 142:6
157:5 252:10
**associates** 237:17
**association** 155:3
**assume** 155:2
286:19
**assurances** 241:22
**atlanta** 11:15 134:8
134:23 180:20
**attached** 59:20
75:10,20 221:14
228:5 289:7
**attachment** 14:18
74:21 75:13
100:13 126:12
199:20 221:8
228:3 247:16
**attack** 176:2
**attend** 147:13,14,20
147:22,23 157:12
241:14
**attended** 64:15
66:19,22 135:5
138:18,20 291:1

**attendee** 135:12
**attendees** 64:20
65:7 134:13
**attending** 136:21
242:7 291:5
**attention** 52:14,23
55:6 60:21 68:3
72:7 85:24 132:19
132:22 136:11
259:22 264:24
272:21 275:18
280:2
**attesting** 251:15
**attorney** 151:8,9
299:13,14
**attorneyclient** 34:14
39:2,7
**attorneys** 17:14
18:7 23:2 249:15
267:6 299:16
**attributes** 285:10
**audit** 124:8 188:19
223:5,8
**audits** 188:14
**audubon** 237:19
**august** 11:10 130:3
131:8 147:19
220:11
**auspices** 142:22
**authentic** 219:24
220:3 222:9 225:4
226:4,7 227:7
257:14 258:4,22
258:24
**authenticity** 242:13
**authorization** 90:10
**authorized** 124:6
**authorizes** 223:24
224:2
**available** 44:20
264:9 267:13,18
267:23 270:13
281:19
**avenue** 6:14 7:6

**average** 99:12
175:23
**aw** 190:25 194:11
**aware** 37:14,17 43:7
60:12 106:20,22
111:13 125:8
130:18,22 180:1
250:3,7,11,25
267:1 270:6,8
271:3 281:3,15
**awp** 180:2

**B**
**baby** 92:25
**back** 29:22 32:12
71:3,18 79:3 97:13
98:12 99:8 100:4
116:6 117:12
140:21 141:15
161:2 162:4 163:1
163:13,17 166:23
166:25 169:5
177:13 179:5
182:21,24 194:6
196:24 198:1
205:7 211:10
216:10,12 218:2,5
227:19 243:14
245:18 249:24
250:1 259:12
268:16 285:6
288:14 291:15
296:22
**backfill** 97:14,17,18
97:22 98:6
**backfilling** 97:10
211:22 216:3,8,23
216:24 217:2,7
232:15
**background** 118:3
147:4
**backyard** 51:18
**bad** 273:17,20 274:2
274:5

**bailey** 114:25 115:2
**baker** 8:21 11:19
12:19 13:7 14:7,11
14:15 16:4 43:4,7
43:9,13 58:17,19
58:23 62:18,21
67:3 74:19 75:5,14
76:9,14 81:12 87:5
90:21 91:1,4,19
135:4,18 136:3
139:5 144:8
146:16 178:4
202:2 204:4
207:17 210:15
212:5 217:15
219:18 220:8
225:8 227:2 235:1
237:25 239:24
240:20 241:6
242:9 243:6
256:18 262:2
275:13 287:5,5
**bakers** 62:14
**balance** 61:6
**ball** 64:20
**band** 286:18,22
**bargaining** 50:11
**barrier** 195:8
**barry** 66:17,19
127:13
**barrys** 128:11
**based** 25:7 32:18
40:5 45:7 49:20
56:23 58:14 76:13
76:14 83:15 85:9
96:21 121:21
133:12 135:24
138:5 158:3
159:14 160:6
167:7,19 210:10
212:3 213:9
215:14,15 221:13
242:18 243:22
245:7,10,14

HIGHLY CONFIDENTIAL

4

270:11 271:17
276:12 280:19
**basic** 118:4
**basically** 31:4 49:12
94:23 112:15
113:15 145:21
252:13
**basis** 48:15 49:5
93:3 108:11
164:17
**bates** 8:21 9:8,12,19
9:23 10:4,8,24
11:5,6,10,11,16,20
11:23 12:5,9,13,17
12:22 13:5,8,12,17
14:4,8,12,15,20
15:5,9,17,20,23
16:5,9,12,15,19,22
123:3 126:13,16
129:4 130:11
134:9 144:5
157:23,24,25
162:17 164:14
169:20 178:7
199:8 202:6,9
217:16 218:14
221:24 222:17
228:6,7,8 235:4
237:9 240:17
243:7 247:9
257:12,21
**beak** 123:20 142:19
212:13 285:1
289:11
**beaktrimming**
284:25 285:20
286:9
**beam** 285:8
**bearing** 123:3
126:16 134:9
144:5 202:6
222:17 247:9
258:16
**bears** 120:21 162:16

164:13 224:23
257:21 272:22
**bebee** 2:1 8:3 9:12
10:15,19 11:4,10
11:18,22 12:4,8,11
12:16,21 13:4 14:4
14:7,11,14,19
15:13 16:3 17:13
17:20 19:11,18
20:24 21:1,1 33:21
34:3 38:5 39:13
60:20 71:24 80:3
84:20 99:24 100:4
100:9 112:4
114:16 116:15
117:19 120:17,18
120:25 121:12
122:15 123:1,7,23
124:18 126:8,9
128:1 129:23,24
130:2,18 131:1,15
131:24 132:8,17
133:9,22 134:6,12
137:16 141:7
144:3,4,17 152:9
153:20,21 156:11
156:19 157:19,20
157:22 158:6
162:8,9 164:5,7
169:16,17 172:2
176:22 177:4,12
177:15,25 178:1
178:10,11 179:22
183:6 190:16
191:25 199:2,5
200:6,17 201:24
201:25 202:3
203:11 204:5
210:18 217:13
218:8,9,16 220:13
221:1 222:14,16
225:15,16,21,22
226:13,14,18,18
226:24 227:25

228:1 230:14
234:23,24 236:6
237:25 240:15
241:10 243:5,11
246:25 247:8,11
247:14 257:7,10
257:16,19 258:1
258:11,18 259:11
261:9,11 268:8
272:23 280:2
281:3 287:4
297:16 298:14,19
299:5
**bebees** 20:7
**becoming** 62:19
200:20 204:21
**beebe** 1:15 136:12
259:17 300:2,21
**began** 128:5,6
**beginning** 100:3
139:18 170:1
177:11 243:15
259:10
**begins** 169:20,21
200:14
**behalf** 2:12 3:3,14
4:3,13 5:3,11 6:3
6:11 7:3 17:25
18:16,20,23 19:1,2
19:6,9 21:14
147:24,24 148:1
200:16 219:17,19
230:11 252:11
**belief** 197:21
**believe** 20:17 25:22
41:7,14 51:11
67:25 74:21 75:2
75:22 80:6 99:13
99:18 102:14
103:9 107:18,23
123:4 124:1,22
125:3,6 130:11
131:2 135:23
138:1 149:10

155:6 164:24
170:16,21 171:12
172:3 173:10
179:14,20 180:6
183:20 186:6,14
186:19,21,23
190:17 193:12,14
197:10,16,23
200:23,24 201:11
209:16,25 213:20
217:3,17 218:22
218:23 219:22
220:3,21 222:8
223:17 225:3,5
226:3,6 230:2
231:19 232:19,22
240:8 242:17
245:9 254:21
258:3,21,24 259:1
264:14 268:13
275:13,13 276:4
276:23
**believes** 56:16 57:7
**belong** 66:10
**belongs** 50:18
**beneath** 180:19
182:7
**benefit** 175:18
201:12
**benefits** 131:24
**bernlieb** 3:11,12
**bernstein** 3:7 17:24
18:3
**best** 22:3,6 36:13
44:12 61:11 83:17
86:18 93:2 111:15
116:24 118:10,12
118:18 122:11
129:9,11 136:3,8
136:18 138:2,25
139:4 145:17,18
151:2,7,11,19
154:13,13 157:5
158:13,15 163:16

HIGHLY CONFIDENTIAL

5

166:13 171:18
174:17 176:16
178:15 190:21
191:23 193:9
207:7 212:2,8,19
212:23 222:5,6
231:16 232:6,10
232:14 237:6
240:2,4 245:12,21
253:10 254:2,12
254:23 256:22
257:1 258:25
282:21
**better** 22:16 160:1
213:23 214:18
**beyond** 42:13 99:4
195:11 256:6
**big** 74:4 209:10
**bigger** 87:24 88:2
**biggest** 27:16,19,21
**bill** 11:22 19:24
33:20 35:19 36:12
41:17,19 152:10
153:23,25 231:4,5
231:9,10,15,15,22
231:25 232:5,10
232:14,21 233:2,4
233:12,16,19
273:9
**bird** 68:1 93:5 94:18
94:24 97:12,13
98:10,11,14
104:18,23 148:6
149:4 166:8 169:1
208:4 216:10
**birds** 50:24,25
73:13 77:5 79:2,8
80:21,22 82:23
84:3,8 87:17 88:3
88:4,19,25 89:5,8
93:12,16 95:20
96:4,6 97:2,12,13
99:7,18 108:5
130:23 142:8,9,10

150:6 151:16
167:11 168:25
185:14 201:4
208:20 216:10,11
216:14 285:23
288:3,5 289:11
**bit** 25:16 45:22
77:24 94:15
119:21 134:12
147:4 221:2,3
**bk** 289:21
**black** 111:7 116:16
**blank** 52:25 53:1
237:11,11
**blended** 93:3
**block** 2:14 17:21
19:20 84:25
**bloomfield** 110:16
**board** 11:14 90:19
90:20 134:7,23
135:3 145:24
146:1,2,4,7,12,15
146:16,20,23
147:1 154:5,11,15
154:16 188:20
228:17 274:24,25
275:2,4,7,8,10,12
**bob** 170:18 172:4
176:22 189:25
190:9,12
**body** 240:16 241:1
**boettge** 35:21 41:19
**bold** 136:13 173:10
178:11 181:4,13
181:22 182:1
188:7,21
**bolded** 131:9,10
**book** 111:7,8,12
116:16
**bottom** 56:13
113:12 121:7
135:7 139:18,19
139:24 153:24
170:2 187:8 211:5

297:21
**bovans** 92:7,10,10
**bracket** 86:1
**bran** 65:11,13,16
**bread** 74:4
**break** 22:18,25
71:12 99:22 117:6
161:22 177:2,6,20
227:11,14 231:21
249:8
**breaking** 115:16,20
115:22 127:14
**breaks** 22:18,22
**breed** 91:24
**breitkreitz** 83:10
**breitkreutz** 83:8
86:24 106:15
**brief** 297:19
**briefly** 49:22 216:7
**briggs** 4:16,21,22
18:9
**bring** 213:21 233:13
233:14
**broadway** 3:18
**broker** 119:16
**brought** 145:24
**bryce** 6:4 19:2
**buckeye** 274:11,15
274:19
**budget** 103:22
**build** 87:20 88:8,12
89:24 187:19
**buildings** 166:10
**built** 46:13 87:21
113:6 243:21
245:6
**bullet** 275:19 276:6
297:21
**bullets** 285:2,8
**bulls** 285:1
**burger** 168:5,17
289:10,23
**burned** 87:18,19,22
89:15 90:8

**business** 23:20,22
46:3,22 85:20
131:12 234:10
237:19 253:2,14
**businesses** 55:14
**buy** 92:13 94:5
95:14 97:8,9
**buyers** 209:11
**buys** 93:14
**bynum** 156:19,21
156:24 157:4
158:20 159:3
162:25 163:7
171:4,5 176:20
**byoder** 6:9
**byproducts** 142:25

**C**

**cage** 75:19 76:1,5,18
110:18,25 123:18
142:19 167:12
209:6 232:6
**caged** 242:3
**cagefree** 88:18 89:4
89:10 263:20
**cages** 97:11 166:8
168:25 216:10,12
**calendar** 223:6
**california** 260:13
**call** 30:8 90:10
200:2 204:10
235:3 238:23
275:19 278:25
284:24
**called** 19:12 49:7
66:20 73:20,25
100:14 101:6
105:5 111:11
119:22 141:5
211:6 228:4 294:2
**calls** 34:14 36:16
37:3 39:6 42:5,7
51:20 57:2 65:25
77:20 148:18

HIGHLY CONFIDENTIAL

6

174:1,20 175:3,20
176:8 180:8
184:16 197:9
198:17 207:12
209:1 210:4 212:6
213:11 214:7,22
215:7,20 238:8
279:11
**calmaine** 67:14
171:3 274:10
278:19
**campaign** 112:7
231:7
**cancel** 94:8
**cant** 50:21 95:1 98:6
105:14 180:10
190:21 245:18
293:7,12,13
**capacity** 271:5
281:9
**capital** 90:2,3,9,14
105:2
**cappervolstead**
57:18,21 58:4,8,11
58:16,19,24 59:2,6
59:20 60:4 63:25
64:4,9,13 65:3,23
66:5,12
**caps** 173:5,10,14
**caption** 17:8 61:23
79:22
**card** 104:5
**care** 131:12 142:7,9
167:25 179:17,17
179:23 181:10
188:9 208:20
**careful** 68:2
**carefully** 221:15
**cargill** 28:18 186:2
186:4,4
**carolyn** 7:12 18:12
41:17
**carrie** 5:12,17 9:12
18:19 35:8,23

36:12 100:11
102:18
**carried** 110:19
137:12,25 138:21
140:1,4,21,24
181:14 182:2
**carrots** 132:23
**case** 17:9 44:19
53:10 151:20
152:1,1,8 180:6
186:20 200:23
232:11,24 242:18
252:2,6,10 253:9
259:20 265:18
266:10 287:11
**cases** 112:18 127:12
**categories** 112:21
**catherman** 12:21
13:3 14:6,11,15
16:4 43:5,14 67:5
81:12 87:5 90:22
90:25 91:10,15,21
135:16,18 136:4
139:5 178:5 199:5
199:17 200:9,17
202:4 203:13
235:1 238:1
240:20 241:8
242:8 243:7
256:20 287:6
**cause** 296:13
**caused** 250:8
**causes** 220:2 222:7
**causing** 165:17
**caution** 37:4 249:3
**cautious** 270:25
**cc** 11:19 12:8,20
15:4 144:7 162:14
178:5 257:19
**ccd** 172:16
**cease** 166:8
**center** 4:17 294:13
**central** 127:14
**cents** 107:5,9,10

**centurion** 92:11
**ceo** 26:9 102:24
145:4,5 273:14
**certain** 20:8 23:2
32:24 37:14 38:9
38:15 53:18 90:19
104:20 269:5,14
**certainly** 50:21
53:19 62:19 105:8
115:23
**certificate** 224:7
299:1
**certificates** 59:5
**certification** 13:15
13:19,22 59:20
62:22,23 123:14
124:3,7,24 159:21
160:9 217:6
218:21 222:25
223:24 224:13
251:7 254:13,25
**certifications** 60:4,7
**certified** 13:15,19
13:22 31:1,5,8,11
31:13 62:20 81:3
98:3 118:7 123:12
124:9 141:10
142:7 151:21
159:18 174:10,12
179:17,23 181:7
181:11,12 184:19
185:13,19 188:10
200:20 201:2,8,9
201:13,14 202:5
203:21 204:13,21
205:10 206:1,12
206:18 207:19,24
208:8,23 209:9
211:14,15 214:15
215:6 218:19,24
218:25 219:15
221:21 222:4,25
223:11,25 224:9
224:24,25 236:14

238:6 239:10,15
243:23 276:3,24
285:10 298:4
**certify** 61:13 62:24
299:4 300:2,4
**cetera** 145:23
264:22
**cfo** 106:1,8
**cgreenbaum** 3:12
**chad** 10:3 15:5
59:13 172:16,17
176:24 257:19
**chain** 103:4 167:10
168:2,8,16 223:19
**chains** 168:17
**chairman** 158:21
159:4 163:8 171:5
294:2
**challenging** 192:6
196:25 198:12
**chance** 51:20 53:21
53:25 59:16 109:5
121:11 144:16
178:24 179:2
199:11 218:10
**change** 32:8 38:21
39:5,13,18 47:16
67:22 225:23
263:17
**changed** 47:19 68:5
226:20
**changes** 68:11 166:7
166:14 226:23
**changing** 167:7,19
**characterization**
54:7 193:18
201:17 205:12
206:3 242:20
244:25 250:17
267:16 270:2
**charge** 26:7,10,22
283:16,18 286:12
**charged** 299:10,11
**chart** 284:10

cheating 275:20
276:1,4 297:22
298:1
check 70:21 71:3
117:6 121:7
221:15 295:19
checked 252:17
checking 70:23
275:16
cheese 24:16 53:9
chicago 2:16 7:7
17:21 19:20
chick 69:1,1 92:5,18
93:3 94:8
chicken 96:7 97:1
208:17,19
chickens 51:15
80:15
chicks 91:24 92:13
92:25 93:14 94:5
123:18 175:20
chief 204:3 210:12
choice 115:7,11
choose 99:5
chopped 213:19
chuck 114:25
cincinnati 6:7
circulated 250:24
city 153:12
civil 54:4
cjoseph 4:21
claims 66:11
claire 4:14 18:9
clanton 181:21
clarity 24:25 100:25
clark 2:15
clarkson 12:20 13:8
25:25 26:1 102:15
178:4 202:2,16,22
204:2 210:11
212:4
class 3:4 18:1,4
clayton 243:19
cleaner 22:11

cleanup 95:21
clear 127:21 144:20
148:24 150:19,22
174:24 201:11
206:25 221:24
225:6 226:6 230:7
239:12 255:10
256:2 264:16
295:4
close 94:10 127:9,12
145:23 148:5
164:11 167:12,18
181:13,13 182:1,1
188:21 204:4,13
209:9 211:15
237:13,13,18
248:20
closer 94:11 95:17
coast 91:11 170:16
coded 59:14 61:24
74:20 84:15
100:11 109:1
113:21
colleagues 296:9
collect 252:6
collected 252:1
collection 252:11
collectively 108:9
collusion 247:4
255:21
colon 136:13 181:4
189:24
columbia 5:15 6:16
column 113:9
columns 106:18
com 2:18 3:11,12
4:11,21,22 5:9,17
6:9,18 7:9 158:10
247:18
combining 114:3
come 79:15 92:10
98:12 99:8 101:19
142:17,22 185:13
192:13 193:16

197:2 198:14
252:13
comes 92:12 209:5
coming 101:19
122:19 154:5
commencing 2:2
comment 190:24
279:10
commented 276:6
commenting 215:3
comments 16:8
260:8 290:4,11
292:12
commingling 181:7
188:15 211:23
commission 299:25
300:25
commitment 112:21
112:24 113:10,13
123:17
committed 123:15
committee 16:22
141:20,23 142:1,3
142:5,18,23
143:10,11,21,24
144:21,21 145:24
148:3,9 158:22
159:1,11,16,19,23
160:3 161:3,12
162:15 163:2,13
163:18 167:23
174:7 178:20
180:15 199:7,8
200:1,1,5 204:11
204:15 233:9
235:14 243:25
265:9,19 274:9,20
277:1 278:9
295:12,16
committees 141:16
141:18,19 144:22
144:25 233:12
244:20 295:17
commodity 133:11

280:18
commonplace 183:4
communicate
116:21
communication
122:19
communications
34:14 39:2,7 62:5
266:2,5 270:18
271:1
communities 48:11
community 48:12
companies 26:11
28:23 50:22,24
123:12,13,17
124:6,17 165:18
166:7 167:8,10
168:3,4,16,20
174:10 189:6
213:21 238:5
274:18
company 9:4,7
10:21 13:16,20,23
21:14,15 23:17
24:4,22,24 25:3,7
25:10,15 27:10,22
28:19 31:19,20,24
36:15 42:12 45:24
47:22 48:3,3 56:16
57:7 63:1,4 67:10
70:25 79:23 80:21
84:17 88:10 92:11
93:18 95:12
102:12 118:7
119:18 120:20
124:4 128:3 129:5
145:6 152:19,21
152:21,25 164:22
164:24 170:15,17
170:20 171:1,17
171:23 172:7,10
189:14 200:20
202:19,20,21
203:3,4 204:14

207:11 223:1,4,9
223:11,24 224:10
224:14 254:24
256:13 273:11
287:22
**companyowned**
63:10,16 68:18
72:12 79:11 83:18
86:10 107:21
**companys** 44:9
55:13 151:9 224:1
**compare** 86:13,23
**compared** 201:13
**comparing** 248:19
256:8
**comparison** 201:8
**competing** 202:6
228:7 239:16
**competitive** 184:24
185:3,18
**competitors** 248:20
250:6,19 256:9
**compile** 101:14
**complete** 72:9,14
106:21 110:17,21
**completed** 111:2
**completely** 249:14
**completion** 146:14
**complexes** 87:16
110:24
**compliance** 49:15
49:18 59:5 142:24
143:11 184:2
213:5 241:20
251:8 254:15
259:2
**compliant** 160:13
**comply** 58:6 81:4,16
138:3 161:4,14
188:14
**complying** 143:7
**components** 284:24
**compound** 26:16
**comprised** 237:15

**computer** 45:4
221:1 252:17,19
253:3,7,8,11,12,17
**computers** 221:2
**concede** 230:8
**concern** 194:11
298:2,9
**concerned** 275:20
297:22
**concerning** 260:8
281:10
**concerns** 20:8
243:20
**concluded** 298:22
**concludes** 298:18
**conclusion** 57:2
**conduct** 251:17
253:2
**conducted** 124:8
223:5 281:15
**confer** 296:9
**conference** 28:6
200:2 204:10
235:3 238:23
**conferences** 66:21
**confidential** 1:12
294:25
**configurations**
47:18
**confirms** 223:9
**confusing** 40:7 77:4
152:3 160:15
212:22 244:14
251:12 282:24
**congress** 231:23
233:5,6
**connection** 231:3
264:18 265:2
267:21,24 269:21
270:14 271:21
272:8 281:2,17
290:12,21
**conscious** 205:9
**consecutively** 123:5

130:11,12
**consent** 188:12
**consider** 148:5
204:24 244:19
**considerably** 127:17
**consideration**
167:24
**considered** 236:12
253:23 263:12
**considering** 204:23
236:18,23
**consistent** 79:10
**consisting** 298:20
**constitution** 56:1
**constitutional** 56:11
56:14 57:9
**constructed** 69:14
**construction** 99:2
173:19
**consult** 70:8 284:7
**consultancy** 263:6
264:5
**consultant** 32:2,3,9
34:24 35:1 45:6,10
147:7 254:4 263:3
263:10,24 271:13
**consulted** 207:10,17
**consulting** 145:16
237:10
**consumed** 82:22
**consumers** 244:3
**contact** 157:9
230:22 234:10
**contacted** 255:5,14
**contacting** 265:18
**contacts** 265:8
**contain** 232:15
**contained** 133:22
232:9 244:13
**container** 127:11
**contains** 247:15
**contents** 256:6
**contest** 167:9 168:2
**context** 264:10

274:1 277:10
281:16
**continent** 119:10
**continuation** 110:15
**continue** 46:21
148:2
**continued** 2:20 3:1
3:23 4:1,24 5:1,19
6:1,20 7:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
**continues** 165:25
169:21 178:8
202:9 217:16
235:5
**continuing** 117:20
123:4 126:17
139:19 186:16
202:8 220:6
**continuous** 115:15
**continuously** 146:23
178:8
**contract** 48:4 72:18
72:20,21 77:25
78:1,4,16,18 79:1
79:4,11 80:12,19
81:14 87:14,15
88:11,23 89:2,6,7
89:9 263:18,19
299:15
**contracted** 60:9
63:2
**contracts** 61:7
**contractual** 21:12
**controller** 83:6
86:24 90:17 106:6
106:12
**conventional** 184:20
**conversation** 36:7
63:5 260:16
**conversations** 20:6
36:8 39:17 62:9
291:7
**conversion** 77:22

HIGHLY CONFIDENTIAL

9

107:24
**convert** 77:20
**converted** 108:17
**convey** 274:2 276:10
276:20
**conveys** 103:5
**cooper** 9:4 79:23
80:3,12
**cooperative** 64:9,13
65:4 66:6,12
118:20,23
**coordinator** 246:19
**copied** 236:8
**copies** 294:10
299:11,11
**copy** 121:4 176:23
229:21 232:21
233:21 252:22
254:13,16,17
272:15 277:16
278:11 290:8
294:17 295:1
**copyright** 258:14
**corn** 97:6,9
**corner** 84:24 120:21
120:23 121:8
178:11 225:1
**corporate** 32:23
34:4,11 35:18 36:4
36:15 38:22 40:24
42:16 43:16 106:7
106:7 204:5
250:22 253:8
264:17 265:2,11
265:22 266:13,17
269:4,15,24
271:20 272:3,7
**corporately** 252:20
**corporations** 56:2
**correct** 23:19 24:7
31:16 44:2 54:21
55:18,20 56:23
57:10,16 61:1,10
62:25 64:16 72:9

73:17 88:17 97:20
97:21 98:8 103:1
106:21 114:5
117:22 118:8,15
120:1 122:10
124:20 135:21
136:1,4,5 137:12
141:1,3,17,24
147:8,10 149:2
150:23,24 151:1,3
151:6,10,12 153:1
155:5 156:3
159:23 160:4,5
168:18,24 170:8
171:5,15,25
173:15 176:24
178:12 183:25
186:3,6,23 189:19
190:17,19 191:18
191:21,22,25
194:7 199:18
201:15,19 203:14
204:16 205:10
206:1,13,14 207:3
210:13,16 215:6
215:17 218:23
219:11 221:7
222:24 224:21
225:9 236:14
239:10 241:10
244:7 248:15
252:12 262:4,5
263:3,4,25 264:19
267:8,9,14 268:19
269:25 271:9
283:11 286:22
289:23 290:21
295:6,7
**corrected** 188:19
**correction** 300:7
**corrections** 300:6
**correctly** 123:25
124:15 127:5,19
128:16 129:1

131:17 133:15
137:9 148:11
149:20 150:9
154:8 155:14
163:5 174:15
176:3 180:24
181:18 182:5
187:4,14,24
188:24 192:15
194:15 198:8
209:14 211:19
214:2 224:5,11
**correspondence**
20:11 138:11
**cory** 3:6 18:2 20:5
**cost** 82:13,23 84:22
86:3,7,9,14 93:3
93:12 101:18
105:1 107:1,12,16
116:15 165:18
174:7 175:14,16
184:25 185:10,20
187:21 299:10
**costonly** 82:12
**costs** 9:8 69:10
82:10,18,25 83:7
84:18 86:12,22
89:24 90:4 104:25
104:25 107:12,14
115:14,18 175:19
209:20 210:23
**coughing** 176:2
**couldnt** 284:5
**council** 112:3,16
113:1 114:17
**councils** 112:8
114:18,19
**counsel** 18:13 34:17
37:5,6 42:23 57:24
62:3,5,9 65:14
66:1 150:5,12
151:15 248:5
249:5,18 252:7,8
252:13 256:10,12

266:2,5 270:18
271:1 297:2
299:13,14
**counsels** 39:25
270:20
**country** 282:9,13
**county** 299:3,24
**couple** 20:7 34:22
41:1 78:13 118:4
137:14 158:3
166:5 217:19
231:2 245:25
**course** 39:10 83:12
85:20 121:18
**court** 1:1 17:11,16
18:18 22:1,4,6,10
28:4,5,9 33:15
144:3 166:24
177:25 182:23
192:13,20 193:15
197:1 198:13
199:1 217:13
249:25 268:15
285:5 288:13
289:2
**cover** 11:3,9 13:3,7
14:3,6,18 15:3
34:4 40:24 42:10
43:16 126:11
129:25 130:1,8
169:19 173:3
178:3 179:6 199:4
199:16,17 202:1
220:16 225:7
228:2 234:25
247:11 257:16
**covered** 141:13
**covering** 22:21
**covers** 105:6
**craig** 243:18
**create** 211:16
**created** 187:7
221:14
**creates** 195:7

**HIGHLY CONFIDENTIAL**

crews 285:25 286:4
crossed 192:8 197:1
  198:13
crystal 24:5,13
  26:15 27:2 119:22
  120:2,6 121:25
  124:19,23 125:4,7
  125:14,15,24
  127:23,24 128:2
  129:6,10,14
current 23:10 31:25
  126:13 137:3
  153:13 267:7
currently 29:25
  31:10 32:2 78:2,13
  103:16 173:1
  209:8 246:7 261:3
  263:3,16,24
customer 27:19,22
  149:12 201:12
  209:17 242:1
  289:10
customerbased 84:7
customerdriven
  241:20
customers 27:9,14
  50:13 209:8,20
  210:23 211:2
  219:5 244:3 276:8
  276:11,13
customerspecific
  289:9
cut 32:12
cutler 9:12 100:11
  102:18
cycle 94:22

**D**

dairy 24:16 53:10
dakota 78:23 88:19
  89:4 96:22
dan 16:14 293:19,24
dana 1:25 2:5 17:17
  28:5 299:24

dash 131:13 195:10
  195:10
data 85:11 101:13
date 17:3 29:10
  34:20 35:2 36:6
  43:8 76:23 89:22
  102:4 127:13,18
  144:8 226:19,25
  233:16 237:12
  239:4 251:22
  262:3 293:21
dated 10:4 11:4,6,10
  11:19 12:4,9,12,21
  13:4,12 14:7,11,20
  15:16,19 16:4,8,15
  59:13 100:15
  123:2 126:11,15
  130:2 131:8
  153:25 157:25
  162:16 164:13
  178:6 180:17
  199:5 217:14
  218:13 220:11
  224:20 225:8
  228:24 235:1
  240:18,22 247:2
  247:14 268:18
  272:15 290:5
dates 26:6 264:6
  275:16 295:19
dating 284:4
dave 11:18 25:19
  102:19,21,22
  103:2,4,7,12
  106:16 144:7
  145:2 153:15
  172:8 246:6
  247:12
daves 102:22
david 171:16
davis 4:5 8:9 18:22
  18:22 30:4,14 51:4
  57:22 65:24 66:7
  130:21 132:3

161:5 173:25
  174:20 175:3,9
  176:8 180:8
  184:16 215:7,19
  296:11 297:4,4,8
  297:15,16 298:8
  298:13
daview 4:11
day 108:6 137:6
  171:1 237:11
  243:18 268:24
  274:12 299:20
  300:23
daybreak 67:19
dayold 94:20
days 20:7 32:4,5
  147:10 188:18
  254:6 285:23
  289:12
deal 28:2 77:22 83:4
  94:14 127:22
  211:1
dealing 249:4
deals 83:7 142:6
dealt 85:22 148:4
  233:8
dean 136:23,24
  137:1 140:24
dear 241:12
decade 63:7
decades 41:1
deceased 202:24
december 9:16 10:4
  10:11 55:5 59:14
  59:21 60:19
  243:16
decide 37:8 94:4
decided 36:14
  206:17 250:13
decider 292:24
decision 86:25 205:9
  205:24 207:9,19
  207:23 233:12
  252:14

decisionmaker
  207:8 230:3
decisionmaking
  206:5
decisions 283:3,25
decrease 282:6
decreased 70:11,12
  84:6
defendant 19:1
defending 192:11,20
  193:15 194:2
  197:1,4 198:13
defensible 241:21
define 80:14
definitely 205:14
deinard 2:3 5:5 17:6
  18:17
delineated 271:22
delivery 94:10,11
  127:11
demand 133:18
  169:5
demanding 166:7
density 75:20
department 101:20
  105:9 250:23
  255:10,13 283:6
  283:10
depending 94:9
  104:21
deployed 290:20
deponent 300:1
depose 282:22
deposed 269:18
  270:7
deposition 1:14 2:1
  10:15,19 15:12
  17:5 20:8 21:2,10
  21:19,23 33:8 38:5
  41:6 42:6 43:8
  44:14 62:10 74:25
  99:24 100:3 177:4
  177:11 195:23
  248:7 259:10

HIGHLY CONFIDENTIAL

11

262:16,25 264:10
266:23 267:5
268:8,22 269:2,21
271:17 290:9
298:19,22 299:5
299:10,18
**depositions** 34:12
**depressed** 165:17
**describe** 23:13
216:7
**described** 271:19
**describes** 53:6
**description** 179:18
265:14
**descriptions** 106:20
**designated** 37:16,19
38:17 264:16
266:13
**designation** 112:2
**designee** 37:1 38:23
40:18,24 42:16
**designees** 36:4
**desired** 109:10
**details** 31:3 69:4
**determine** 42:11
267:21 283:7,13
**determined** 45:9
110:10 150:5
151:15 252:9
292:21
**determines** 93:13
98:22 110:4
283:10
**developed** 50:1
167:10
**developing** 174:8
235:14
**devoted** 262:15
**diane** 260:22
**didnt** 33:11,12,14
37:18 42:14 43:4
43:13 136:7
155:24 156:13
194:3 207:21

234:12 254:16
255:24 267:10
**die** 108:9
**died** 97:12
**difference** 103:19
180:1 201:6,20
**differences** 112:23
**different** 26:22 29:3
43:15 78:2,20
105:20 115:19,25
129:14 141:16
183:3 271:11
283:19 288:5
289:14,18,19
295:17
**difficult** 197:3 203:5
**difficulties** 22:15
**difficulty** 181:6
209:5
**dinner** 64:20
**dips** 79:13,14
**direct** 1:9 2:12 3:3
17:21 18:1,4 19:20
49:12 52:23
101:24 102:22
109:18,19 132:18
132:21
**directing** 52:14 55:5
60:20 72:7 85:24
136:8
**direction** 155:1
196:4 270:20
**directly** 26:21 47:25
238:17,19 239:23
**director** 158:17
**directors** 11:14
90:20 134:7,23
146:2,4,7,13 147:1
228:17
**disagree** 54:6
244:23
**disagreed** 155:3
**disagreement**
154:23,24,25

214:9
**disaster** 279:5
**disclose** 249:7 266:2
270:18
**discount** 184:9
**discover** 267:12
**discovery** 44:18
45:20 174:9 175:1
**discuss** 34:9 62:16
62:21 177:18
256:13 266:4
**discussed** 34:17
35:7,11 37:5,9
56:15 62:19 64:23
65:2,7 108:13
114:22 116:24
138:19 204:14
256:5,12,17
265:24 266:11,15
291:4
**discussion** 35:4 43:6
180:19 182:18
207:22
**discussions** 35:17
36:2 38:20 76:10
204:15 234:3,6,9
248:20 249:5,8
250:5,19 256:9
290:14,15
**disk** 99:24 100:3
177:4,11 259:10
**disposal** 96:17
137:18
**disposed** 137:4
**disposing** 131:13
**disrupt** 216:17,18
**disseminated**
176:17 293:9
**dissent** 138:22 139:2
139:5,8 140:9
**dissented** 138:8
**dissents** 140:10
**distinction** 125:10
179:21

**distributed** 85:17
**distribution** 23:25
24:15 55:9 56:19
128:3
**distributor** 53:7
54:20
**district** 1:1,2 5:15
6:16 17:11,11
**disturb** 216:14
**diversified** 53:7
54:19
**divided** 292:13
**division** 9:18 109:2
110:13 127:24
131:10 203:3
211:6 235:24
236:3 284:2 294:3
294:4,6
**divisions** 24:2 26:22
61:3,3,4 283:19
284:1
**doc** 228:4
**doctor** 278:3,25
**document** 1:8 13:11
15:7,22 16:7,11,18
16:21 34:8 38:8
53:14,23 55:7
56:10 61:23 62:1
75:1,22 79:21,24
80:5 84:15,21
100:18,23 102:1
109:1,4,23 111:23
111:24,25 113:25
114:8 120:19,24
121:1,2,8,12,15,19
121:22 122:7
123:2,9,10 126:18
126:22,23,25
130:5,13,17 131:4
131:8 132:13
133:7 134:9,17,18
139:17 144:5,11
144:14,15 145:20
149:15 158:5

**HIGHLY CONFIDENTIAL**

159:14 162:23
165:6,7,25 166:17
169:18 170:5
173:9 176:9,19
178:7,10,13,19,23
179:1,6 182:13,17
183:1 188:2
189:18 192:18
194:7 195:21
196:15,16,24
198:2,3,11 199:10
199:14,25 200:13
202:6,13 203:19
206:24 209:5
211:5,6 213:17
217:13,20 218:11
218:13,15,17
220:22 221:20
222:8,17,21,22
225:4,9,19,21
226:2,7,16,17,24
227:6 228:5,6,10
228:12 229:8,10
229:16,20 230:6,8
230:9,11 235:4,7,9
235:13 236:18
237:4,24 240:25
243:9,12,13 244:8
247:9,19,21,25
248:6,13 251:14
252:1 257:9,11,14
257:15,25 258:2,4
258:12,16,23
259:2,24 261:21
261:24 262:1,4,7
264:20 268:10,11
272:15 273:5
277:20 284:16,18
284:21 286:19
287:2,13,20 288:4
288:6,7,8 289:7,17
290:8,10 292:1,3
292:13,19,23
293:3,6,8 295:2,3

295:5 297:5
**documentation**
  81:25
**documents** 42:17,19
  44:17,17,22,25
  45:4,19 73:20
  81:19 93:8 113:21
  114:7 182:15
  183:5,7 219:24
  220:4 252:7,8,9,22
  253:9,20 254:6,9
  254:11 284:7,9
**doesnt** 22:1,20 39:8
  95:10 145:15
  157:12 201:14
  216:17 243:22,24
  266:1
**doing** 32:12 54:5
  94:6 98:2,25 104:6
  104:21 116:22
  191:13 208:16
  216:24 237:6
  249:19
**dollar** 128:12
**dollars** 105:3
**domestic** 119:5
**dont** 20:4,19 22:12
  25:22 26:3,5 29:10
  33:19,20 34:15,20
  35:7 39:1 42:7
  43:11 53:22,25
  59:7 61:17 67:13
  67:25 68:2 70:6,21
  75:1 76:12 77:14
  77:22 78:14 81:2
  83:4,11 85:3 89:21
  91:17 97:18 98:6
  102:4 103:16
  109:16 116:7
  119:17 120:8
  125:3 132:6
  137:22 138:23
  139:12 145:11,13
  146:25 148:15,24

150:14,18 151:22
  152:23,24 153:13
  155:9,10 156:3,17
  157:1 159:24
  161:6,15,20
  171:17,24 172:7
  175:10 178:25
  190:4 191:14
  193:4,12 194:22
  197:10,16 201:11
  207:20 209:10
  215:2,9 216:14
  223:22 227:13
  229:23 230:2,7,13
  230:21 231:19
  232:16,19 233:3
  233:20 234:14
  235:25,25 236:22
  242:10 246:15
  248:1 249:20
  250:18 251:22
  252:3 253:11,13
  254:19,20 255:3
  255:25 256:11,19
  256:21 257:3
  258:2 260:6 261:7
  263:21 264:15
  266:10 268:13,24
  268:25 269:10
  270:17,17 273:22
  281:13,20 282:25
  284:9 290:10
  291:5 292:20
  293:1,25 295:3,5
  295:18 298:15
**double** 141:15
**doubt** 133:21,25
  242:12
**doug** 35:21 41:19
**downs** 71:9
**dozen** 83:22 86:9
  107:1,6,17,25
  108:2 127:16
  128:9

**dozens** 84:9 104:19
  107:19,20
**dr** 278:23,25 279:9
  293:19 295:13,15
  296:4,7
**draft** 103:2
**drafted** 182:13
**draw** 272:21 275:17
  280:2
**drawing** 264:24
**dressed** 74:11
**drink** 64:21
**driven** 93:11 209:17
**drivers** 100:15
  101:3 104:8
**dropped** 78:14
**dropping** 75:4
**dual** 157:23 169:19
**due** 166:1 185:19
**dues** 51:6
**duly** 19:12 299:6
**duties** 263:9 264:2
**dutton** 15:19 16:14
  277:17 278:23
  279:9 293:19
  295:13,15 296:4
**duttons** 278:1,25
**dvm** 278:5
**dwyer** 25:13,14,17
  26:9,12 27:24
  109:20
**dykstra** 96:20

**E**
**earlier** 37:18 41:7
  89:21 100:21
  108:13 117:22
  118:6,13 119:21
  120:2 130:24
  131:14 133:8
  137:4 138:19
  141:14 147:6
  163:9 176:18
  206:11 215:24

HIGHLY CONFIDENTIAL

13

216:5 263:17
281:25
**early** 36:18 125:12
130:23
**easier** 22:5,10
114:12,13 133:2
134:12 245:2
**east** 3:8 6:6 17:24
90:24 91:11
170:16
**eastern** 1:2 17:11
**economic** 187:19
**economy** 166:2
**edition** 15:9 258:14
**editorial** 173:11,13
**educated** 40:12
**effect** 77:1 281:5,17
284:25 287:24
291:2
**effective** 35:1 76:21
237:12
**efficiencies** 115:13
**efficient** 110:14
**effort** 183:22 184:1
198:4,15 267:10
**efforts** 112:7 130:18
131:2 210:21
**egg** 1:5 4:3,4 9:3,6,7
10:7 13:11,16,20
13:23 15:7,9 17:9
18:23,24 21:14,15
23:24 24:4,9,11,24
25:3,5,6,9,15,18
25:21 26:4 27:9,22
28:15,19,24,25
29:4 30:3,13 45:25
46:4 47:22 49:23
50:2 51:10,12 52:5
53:8,12 54:16,21
55:13,14,17,21
56:16,19 61:4,4,7
61:24 63:9,15,24
63:24 64:4,25
65:22 66:21 67:24

68:4 69:7,10 70:1
73:1,10,12,25
79:22 82:7,10,22
82:25 83:25 84:2
84:17,18 86:6,7
87:4 90:23 91:3,20
94:22 108:6
115:10 118:24
119:1,13 122:20
123:13 127:9
131:12 133:12,17
152:18 158:18
165:9,13,22
166:15 167:6,18
167:21 170:14,19
171:19,20,22
179:10 181:9,23
181:24,25 185:18
185:19 188:10
201:13,15 202:19
202:20,21 209:9
217:14 219:18
221:21 222:4
223:1,25 224:1,2
224:18,24 228:18
229:3 231:4,5,9,22
234:17 237:15,15
241:14 255:15
258:12,13,15
273:11 278:22
279:4 280:19,25
280:25 287:21
294:13 297:17,18
**eggproducing** 94:22
**eggs** 6:3 19:3 24:11
25:4,4,5 46:6
51:15 52:2 55:16
60:8,9 61:14 63:1
63:2 67:9 69:24,25
77:20 80:10 82:21
83:18 86:9,13,14
87:1 94:25 98:13
107:17,21 108:2
118:14,19,23

124:7 127:12,22
127:23,25 128:1,2
128:7 133:4,11
150:7 151:17,20
170:17 174:9,12
181:8,8,11,23
184:10,19,20
185:12 187:11
188:10 189:8
201:2,6,7,8 213:5
219:1,15 224:8
241:25 276:3
277:11 280:18,23
280:24 281:6,11
281:18 282:5,18
283:4 291:3 298:3
298:3,9
**eight** 140:4 181:15
266:25 271:22
**eighteen** 32:4
**eighteenth** 4:8
**eighth** 4:18
**eimer** 7:5
**eimerstahl** 7:9
**either** 37:6 89:24
**elaborate** 52:19,20
**electronic** 45:3
**electronically** 49:2
254:19,22
**elicit** 282:22
**eliminated** 37:16
70:3
**email** 2:18 3:11,21
4:11,21 5:9,17 6:9
6:18 7:9 8:20 9:11
11:3,9,18,22 12:3
12:7,11,15,19 13:7
14:3,6,10,14,18
15:3,15,19 16:3
74:18 75:4,18,21
100:11 103:2,4,6
103:12 126:10
130:1,2 139:1
144:7 145:3

153:22,25 155:8
155:17,21 157:21
157:23,25 158:9
162:10,21,24
163:9 164:9,10,17
164:17 169:19
170:6 173:2,3
176:25 178:3,16
179:6,24 189:12
199:16,17 202:2
202:15 213:13
220:7,10,16
221:12 228:2
231:1 234:25
236:7 240:16,18
241:2,7 243:6
244:6 247:11
248:1,12,14,16,25
250:8 255:18
256:23 257:1,16
272:16,18,22
273:22 277:16
278:8,12 279:1
287:4,9
**emails** 230:24
**emblem** 120:22
**emphasize** 266:8
**employ** 295:22
**employed** 153:2
203:13 230:20
260:25 271:8,10
271:12 278:5
295:25
**employee** 210:15
230:18 251:17
254:5,24 260:24
278:19,22 281:9
299:13,14
**employees** 112:19
135:19,20 250:24
267:7 293:10
**employer** 23:10
**employers** 293:10
**employment** 284:23

HIGHLY CONFIDENTIAL

encourage 128:21
  209:19 210:22
endorsed 223:12
engaged 46:3
  216:23
engaging 56:2
  251:16
ensure 143:11
  285:25
enter 206:12 208:8
entered 239:9 263:5
  282:4,18
entering 205:25
  239:14
enterprises 172:11
  294:14
entire 47:3 52:20
  63:14 178:6 188:7
entirely 126:21
  264:16
entities 24:1
entity 24:5,19 29:3,6
  45:25 66:10
  119:22 251:4
environment 143:3
environmental 50:3
  141:22 142:23
  143:9,20 144:21
epc 9:7 84:18 86:1,3
  86:5
equal 181:9
equally 175:18
equates 84:4,8
equivalent 77:21
erickson 246:9
  247:12 256:24
  296:7
escapes 24:21
esquire 2:13 3:5,6
  3:16 4:5,14,15 5:4
  5:12 6:4,12 7:4
essentially 43:23
  133:11 280:18
established 162:12

174:8 192:24
  223:10 244:1
estimate 44:12
  83:17 93:2 95:18
  104:24
et 145:23 264:22
evan 4:5 18:22
  297:4,7,16
everybody 20:19
evidence 138:10
exact 34:20
exactly 25:22 26:3
  29:10 67:14 78:15
  89:22 91:18
  160:20 165:15
  281:14
examination 8:5
  19:15,23 117:16
  117:21 147:5
  150:20 259:14
  297:13
examined 19:13
examiner 118:3
example 73:1 86:6
  90:7 107:2 143:12
  147:18 168:5
  267:11
examples 131:20
exceeds 90:19
excel 221:6
exception 33:23
  72:20 98:16 300:6
excerpt 8:14,17 9:15
  52:12,21 55:3
  71:25
excerpted 166:17
excerpts 10:10
  60:17
exclude 62:4 196:10
excuse 49:10 115:1
executive 16:18
  66:20 158:17
  188:20 260:4,5
  274:24,25,25

275:2,3,7,9 294:24
exhibit 8:14,17,20
  9:3,6,11,15,18,21
  9:23 10:3,7,10,13
  10:17,21,23 11:3,9
  11:14,18,22 12:3,7
  12:11,15,19 13:3,7
  13:11,15,19,22
  14:3,6,10,14,18
  15:3,7,12,15,19,22
  16:3,7,11,14,18,21
  33:2,3,6,10 34:6
  37:21,24 38:3,7,10
  38:11 42:10 43:19
  52:8,9,14 54:24,25
  55:3,6 56:8 57:9
  59:8,12,12,17
  60:13,17,17,21
  61:2,18,22,22
  62:10,14,17 71:21
  71:25 72:8 74:14
  74:18,24 79:17,21
  84:11,15,20 85:25
  100:6,10,17,23
  101:1 102:1
  108:21,25,25
  109:6,15 110:14
  111:18,22,24
  112:4,9,21 113:16
  113:20,20 114:4
  114:17 120:14
  122:12 126:5
  129:20 132:9
  133:10 134:2
  143:25 153:17
  157:16 162:2
  164:1 169:13
  177:22 198:23
  201:21 217:9
  222:11 225:12
  226:10 227:22
  234:20 240:11
  243:1 246:22
  257:4 258:7

259:23 260:9
  264:19,21 266:24
  268:3,4,7 271:23
  272:10,13 277:13
  277:16 280:3
  284:12,15 286:18
  286:23 287:1
  289:25 290:3
  291:18,21 293:15
  293:18 294:20,23
  295:8,11 296:13
  296:13 297:8,10
  297:20
exhibits 8:12 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 33:22
existed 44:21 114:19
existing 69:19 89:25
expand 188:9 264:3
expanding 169:4
expansion 110:16
expansions 87:12
expect 273:16
expectations 208:4
expects 113:1
expenditures 90:14
experience 41:1
  58:15
experiencing 104:9
expires 299:25
  300:25
explain 40:9
explanation 100:18
  109:9
explanations 106:17
export 30:20 118:14
  118:19 119:1,16
  119:19 127:2,10
  127:15 128:6,7
  155:11 156:1,15
  209:11
exported 119:11,13
exports 118:23,24

HIGHLY CONFIDENTIAL

119:4,7,15 122:9
  259:25
**express** 128:22
**expressed** 200:17
  202:5 203:21
  243:19
**expressing** 204:20
**extend** 128:20
**extended** 137:6
**extent** 34:13 57:2
**extremely** 297:19
**eye** 5:14

**F**

**facetoface** 42:3,4
**facilities** 55:22
  56:17,18 69:13,19
  72:8,13,21 79:12
  87:13 88:9,11
  89:25,25 181:25
  237:16
**facility** 96:10,24
  110:19
**fact** 37:14 137:24
  155:10,25 156:14
  191:13
**factor** 282:17
**fair** 131:23 137:23
  138:1 140:8
  142:11,14 143:10
  157:9,11 159:20
  161:11 165:21
  173:22 178:14
  225:20 227:3
  236:17,23 248:9
**fall** 45:25 143:23
**familiar** 29:5 55:25
  56:6 57:17,19
  66:17 80:23 91:7
  119:18 141:4,6
  152:9,12,15
**familiarize** 130:14
  133:5
**family** 32:10

**far** 22:18 51:22,25
  65:16 94:4 143:7
  213:23 214:18
  253:22
**farm** 32:6 47:12
  49:10 73:22 74:1
  80:17 88:13 92:21
  100:20 105:5
  111:15 112:10,10
  112:16 114:22
  115:10 116:25
  127:17 141:11
  246:11,21 286:14
  287:25
**farmer** 52:5 53:12
  54:17 63:24 65:23
**farming** 56:3 57:15
**farms** 4:13 6:11 9:4
  9:18 18:10 19:1,7
  24:5,13 26:15 27:3
  28:24,25 47:8,18
  48:2,6,10 51:15
  60:10 61:15 63:3
  67:15 79:23 80:3
  80:10,12,16,17,21
  88:10,22 105:11
  108:10 109:2
  110:13 116:14
  119:23 120:2,6
  121:25 124:20,23
  125:4,7,14,15,24
  127:23,24 128:2
  129:6,10,14
  149:11 156:4
  166:7 171:14
  172:15 246:5
  263:19 278:22
  294:13
**farmspecific** 110:3
**fax** 286:18,21
**february** 13:4 199:6
  200:2 204:10,16
**federal** 54:4 247:3
  255:20

**federalprosecutor...**
  247:17
**fee** 82:12
**feed** 81:22 82:22,23
  93:11 96:23,25
  97:4,5 101:22
  107:13,24 108:2
  263:18
**feedback** 144:9
**feedstuffs** 96:11
**feeling** 155:9 279:2
**feels** 191:11
**felt** 158:21 205:5
  279:3
**fertilization** 21:11
**fewer** 97:20
**fifth** 2:4 5:6 17:7
  68:1 169:25 170:1
  173:16
**fight** 213:22 214:6
**figure** 107:15
**figures** 281:12
  289:14
**file** 74:22 75:10
  79:25 112:1 213:4
**filed** 123:13 280:3
**files** 220:13 254:6
**filing** 53:4
**filings** 69:22
**fill** 81:25 98:6 128:7
  216:11
**final** 100:23 101:1
  191:24
**financial** 49:6 94:12
**financially** 299:15
**find** 132:11,14
  213:20 233:22
  280:16
**finding** 261:16
**fine** 20:14,21 71:14
  193:23
**finished** 30:5 96:25
  117:4 296:8 297:1
**fire** 87:17 89:20

**firm** 18:16 65:10
  169:3
**first** 19:12 29:8
  30:25 32:11 34:9
  35:14 36:7 38:6
  59:25 76:16 84:25
  85:24 107:3
  116:14 123:8,11
  126:21 127:7
  128:11 130:1,4,8
  130:15 134:13
  144:13 145:2
  158:8 159:3 165:8
  170:3 175:19
  178:3,9 179:4,5
  189:21 190:22
  199:16 202:1,7,14
  204:1 225:21
  234:25 242:6
  247:10 268:19
  276:21 282:2,13
  287:12 290:7
  291:24 292:18
  293:23 299:6
**firth** 89:14
**five** 52:25 137:5
**fiveminute** 117:6
**flock** 48:4 68:10,11
  68:16,17,18,20
  70:10 71:2,4 76:6
  77:13 81:22 82:4,6
  82:16 83:23 84:1
  87:14 88:23 95:9
  96:16 97:15 98:15
  99:9 101:22 131:7
  137:5 173:17,24
  216:13,18,19
**flocks** 15:9 55:16
  72:18 87:15 97:23
  98:7 99:6,12,14,16
  104:7 108:14,17
  108:18 130:23
  137:3,18 138:5
  258:14

HIGHLY CONFIDENTIAL

16

**fmi** 223:12,16
**focus** 46:15,21
  67:25 126:20
  134:12,16 136:11
  144:12 169:25
  243:10
**focused** 130:14
**folks** 78:16 176:17
**follow** 39:25 92:20
  270:19
**followed** 265:5
  285:11
**following** 123:12,13
  126:14 128:21
  155:5 204:9
  243:19 294:11
**follows** 19:13
**food** 23:16 50:3 53:7
  54:20 96:7 143:23
  223:17 224:3
  247:3 255:21
**foods** 5:3,11 7:12
  8:15,17 9:3,6,15
  10:10,21 13:16,20
  13:23 16:11 18:14
  18:16,21 23:11,12
  23:13,19 24:3,8,24
  26:10 28:8,14,15
  29:8,13,17,24 30:2
  30:12,19,25 31:10
  31:17,17 32:23
  34:4,11 35:18 36:5
  37:1 40:19 42:11
  43:1 44:5 45:11,18
  46:3,9,21 52:5,13
  53:5,12 54:16 55:4
  55:21 58:11,14
  59:2,4 60:6,9,11
  60:18 61:12,13,14
  61:16 63:8,14,24
  64:3,3,12 65:17,22
  66:10,25 67:14,19
  67:23 68:4,9,15,20
  68:25 69:6,10,12

69:14,17,20,23
70:10,18,20,25
72:1,10,15,22 76:2
76:6,11,17 77:19
78:1,17 79:22 81:3
81:15,20 84:17
86:13 87:12 89:6
89:15,23 90:11
91:14,23 92:6,13
92:17 93:14 95:3,6
96:16 97:3,6,22
98:15 111:6 118:7
118:14,19,22,24
119:19 120:3,7,10
120:20,22 121:4,5
122:1,9,22 125:4
125:16,24 127:22
129:10,16 135:20
138:3,8,12 145:4
145:17 146:13
147:7,24 148:1
149:23,25 151:1,9
152:18,22 153:2,5
153:9,23 158:25
160:12 161:3,13
171:3,25 186:9,22
200:16 202:4,21
203:6,14,20 204:6
204:12,20 205:20
205:24 206:11,17
207:19,23 208:7
208:23 209:7
210:1,13,16
211:12 215:17
216:23 218:21
219:19 220:18
221:8,20 222:4,25
230:6,12 233:23
234:13,15 236:18
237:25 238:5,13
239:9,16,22 240:4
246:8,11,13,19
250:6,21 251:3,9
251:17 254:5,7

255:7 259:1 260:4
260:12,17,24
261:1 263:6
264:17 265:3,12
265:23 266:14,20
267:3,8,13,23
269:4,15,25
270:13 271:21
272:7 273:7,14
275:6 278:5,19
281:9 282:1,4,15
282:23 283:2,3,14
283:17 284:23
285:19 286:10
287:21,25 288:18
288:21,23 289:4
290:24 291:22
292:21 295:14,22
296:1
**footnote** 265:14
**footnotes** 43:21
**force** 187:20
**forced** 166:9
**forecast** 103:17,20
  103:25 104:22
**forecasted** 104:23
**foregoing** 300:3
**forgot** 169:24
**form** 8:14,18 9:15
  10:10 19:25 30:4
  52:12 55:4 56:4
  59:21 60:18 72:1
  111:13 130:21
  132:3 173:25
  231:10 251:7
**formal** 231:10
  250:21
**former** 115:1,2,5
  145:4,5 152:18
  230:18 246:21
  267:7 296:12
**forms** 251:23,25
**formula** 77:19
**formulas** 77:23

**fortin** 171:10 176:20
  181:3 278:20,21
**forum** 241:17
**forward** 47:17 63:8
  147:23 233:13,14
  264:3
**forwarding** 256:7
**found** 132:15 154:4
**foundation** 27:12
  28:17 30:22 36:17
  37:3 50:15,20 51:5
  51:21 66:14 67:12
  70:5 81:7 86:17
  125:2 132:2,4
  133:24 139:11
  141:15 161:17
  163:20 184:4
  185:6 186:11
  205:2 206:20
  208:10 210:4,25
  236:21 239:19
  240:6 245:16
  255:2 262:10
**four** 78:2,20 99:14
  99:16 103:23
  137:4 189:24
  259:10 285:1,7
  298:20
**fourth** 6:6 69:24
  113:13 135:6,11
  280:17
**frame** 47:3 62:4
  63:12,14 87:7
  102:2 159:25
**framework** 235:15
**franchise** 168:17
**free** 22:24 134:17
  187:10
**fresh** 6:3 19:3 28:18
  67:21 171:25
  185:17,24 186:18
**friday** 144:8 154:3
  199:6
**front** 126:10 131:5

**VERITEXT REPORTING COMPANY**
**www.veritext.com**
(212) 279-9424        (212) 490-3430

HIGHLY CONFIDENTIAL

17

145:21 156:11
164:6 169:19
178:1 183:6
189:18 199:2
217:12 218:8
227:25 261:13
266:25 268:19
297:10
**full** 55:7 60:22
111:12 170:3
174:5 221:24
**fully** 55:14 124:9
204:13
**further** 55:17 97:19
181:24 237:15
294:2,6 296:20
300:4

**G**

**gain** 183:22 184:1
198:4,15
**gaining** 185:17
**game** 64:21
**gaps** 98:6
**garth** 12:8 14:3
162:15 171:13
228:3 256:3
**gaylord** 73:1,16
74:1 111:4 246:21
287:23,25 288:7
289:8
**gene** 12:3,7,15 15:3
157:22 158:9,14
158:16 162:11,14
163:2 170:6
172:19 173:3,3,12
173:13,22 174:18
176:6,13 190:21
191:10 203:24
209:23 210:5,9
211:24 212:20
213:9 215:16
219:10,17 220:8
220:10,16 224:17

225:7 228:16
257:17
**general** 18:13 24:23
26:21,23,25 27:2
52:15 57:20 91:9
166:1 203:2 261:5
281:21 283:19
**generally** 58:4 71:1
71:9 96:2 259:1
288:18
**generate** 104:18
105:1
**generated** 90:15
**gentleman** 156:18
168:14 260:19
**geographic** 91:6
**georgia** 11:15 134:8
134:24
**gerald** 14:19 246:2
246:4 247:11
**getting** 196:11
**give** 35:6 51:20
75:23 106:17
121:17 123:6
130:12 132:11
142:14 158:1
164:15 168:25
199:3 202:10
217:18 222:18
228:9 235:6
240:22 247:18
261:15 265:1,10
**given** 95:5 178:24
**giving** 43:8 98:11
288:3 289:11
**glanced** 121:13
**go** 21:22 28:9 33:21
53:2,18 56:9 64:20
71:3 90:16 96:4,12
104:23,25 109:17
116:6 161:18
165:5 172:14
177:2 187:6
193:25 216:10

217:22 231:25
245:17 249:9
259:4 261:16
264:3 279:24
297:7
**goal** 109:9 231:13
**goals** 116:17,22,23
**goes** 96:9 104:17
165:2 172:14
**going** 29:2,22 33:15
34:4 39:20,22 40:2
40:10,23 42:9
43:16 52:7 95:22
97:12,19 104:9,20
108:18 113:12
117:20 121:14,20
123:7 133:1,2
134:10,13 141:14
144:12 145:9
147:22 154:2
158:2 164:4
168:15 190:21
193:21 196:24
205:9,18 213:22
243:10 249:1,2,3
258:18 266:3
268:22 269:17
270:15 271:15
273:4
**goingson** 91:10
**golden** 73:25
**good** 17:19 19:18
83:11,12 117:19
131:11 259:17
263:21
**gornichec** 172:4
176:23
**gotshal** 5:13 18:20
**goucher** 11:23
152:10,11,13,13
152:14,15,17,20
153:11,15,23
154:1 272:24
273:10

**government** 143:4
231:17,20,20
255:6
**governmental**
143:17 231:14
**grainbased** 187:1
**great** 73:15
**greatest** 104:1 245:3
**green** 243:16
**greenbaum** 3:6 18:2
18:2
**greene** 5:4,9 10:14
10:18 18:15,15
20:2,14,16 23:1,3
23:14 26:16 27:11
27:17 28:16 30:9
30:21 33:7 34:13
35:5,19 36:12,16
37:2 38:4,21,24
39:6,9,14,17,19,22
40:7,15 41:17,19
49:24 50:14,19
51:13,19 52:18,24
53:13 54:6 56:4,25
57:11 62:3 66:13
67:11 70:4 71:11
72:3 73:4 77:4
80:4,7 81:6 86:16
105:14 113:23
114:3,6,10 117:8
125:1,17,25
129:17 132:1
133:23 138:13
139:10 140:11
148:18 152:3
160:15 161:16,21
163:19 166:16
168:9 183:9 184:3
185:5 186:10
193:5,17,20
195:24 196:5,9,20
197:5,8,15 198:17
201:16 205:1,11
206:2,19 207:12

HIGHLY CONFIDENTIAL

208:9,25 210:3,24
212:6,22 213:11
214:7,21 227:10
227:13 233:7
236:20 238:8
239:18 240:5
242:19 244:14,24
245:15,22 249:1
250:16 251:10
255:1 261:15
262:9 265:13,25
266:9 267:15
270:1,5,15,23
271:24 279:11,16
279:23 280:4
282:7,24 286:17
288:20,24 296:25
297:7,9 298:15
**greg** 158:10
**gregg** 12:20 15:15
75:16,17 178:4
206:8 207:2
273:12
**greggs** 75:16
**gregory** 10:3 12:3,7
12:15 15:3,5 59:13
158:14,16 162:11
162:14 170:6
172:16,17,19
173:3,12,13,23
174:18 176:7,14
176:24 203:24
209:23 211:24
212:4,20 213:9
214:5,19 215:16
219:10,17 220:8
220:10,17 224:17
225:7 228:16
257:17,20
**gregorys** 210:6,9
**gregs** 75:9
**ground** 87:19 95:5
**group** 8:15 52:13
135:10 237:14,14

237:24
**grow** 97:6
**grower** 80:13 88:11
89:6,7,9
**growers** 77:25 78:1
79:1,4,12 81:14
89:2
**growing** 94:19,23
**grown** 73:14 95:11
**growth** 93:25
**guarantee** 68:22
**guess** 193:11
**guessed** 165:1
**guests** 135:10
**guideline** 148:6
149:4
**guidelines** 15:8 31:8
76:5,18 77:3 81:5
81:17 108:19
123:16,20 145:23
158:24 167:24
168:7 173:5,11
175:16 208:21
212:12 223:12
229:4 241:25
258:13 265:5
**guy** 221:1
**guys** 273:17,21
274:3,5

**H**
**hachery** 92:1
**halebian** 3:17 18:6
**haley** 150:17 151:4
**half** 70:15,17 79:7
83:24 104:14
150:6 151:16
**hamilton** 4:6 18:23
297:17
**hand** 132:7 164:4
292:2 299:20
**handed** 169:16
188:2 229:8
257:15

**handing** 162:8
**handled** 60:8 61:15
63:1
**handling** 21:11
123:21 142:20
212:13
**handwriting** 62:13
189:19,22 190:20
191:17,21,25
261:20,22 292:9
**handwritten** 195:21
291:25
**happen** 21:7 113:15
**happens** 169:2
216:12
**happy** 53:18
**hard** 252:22
**harry** 96:20
**hashed** 145:23
**hasnt** 113:14
**hatch** 69:1 91:24
232:18
**hatched** 123:19
175:21
**havent** 75:3 147:15
157:7 260:18
284:20
**head** 22:2 25:9,14
25:17,21 26:4
29:21
**headed** 155:1
**heading** 52:15 55:8
56:10 84:16 109:2
121:17 259:25
**heads** 284:3
**hear** 53:22 202:25
288:12
**heard** 65:10 153:12
157:7 162:25
264:8,12
**held** 17:5 46:12
234:7 261:7 271:8
**help** 22:1
**helpful** 21:21

250:15
**hen** 46:16,22 47:4
68:10 81:20 82:3
110:18,25 175:24
**hendrix** 172:12
176:23
**henhouse** 95:24
**henhouses** 115:23
**hennepin** 299:3,24
**hens** 31:7 46:5
51:17 52:1 58:6
61:6 63:16 69:14
69:19 70:19 72:10
72:12,15,20,23
73:3,12 74:11
78:17,25 79:11
81:15 82:10 83:18
86:10 87:13 88:9
93:15,18 95:25
96:3,12 97:19,20
98:20 99:16
107:21 116:3
131:13
**heres** 103:4
**hes** 26:10 35:5 115:2
145:4,9,12 152:24
170:25 171:5,10
171:18,22 172:19
172:21 202:24
203:2,13,17 215:3
230:18 242:14
279:18
**high** 70:14 95:16
98:13
**higher** 79:4 93:6
128:10
**highlights** 275:17
**highly** 1:12 54:2
294:24
**historical** 9:7 84:17
87:8
**historically** 55:20
**history** 10:21
120:20

HIGHLY CONFIDENTIAL

hoc 16:21 295:11,15
hold 51:19
home 45:1 252:25
  253:3,7,8,11,12
honestly 145:11
hope 222:20
hopefully 145:12
  173:18 218:10
hoping 145:9
host 257:17
hotel 241:15 242:8
hourly 112:18,19
hours 44:15 262:15
  262:24
house 77:2,2,5 87:18
  87:21,24,25 88:19
  89:4,10,15 90:8
  93:21,23 94:19
  97:15,20 175:23
  175:23 232:1
housed 72:21 78:18
  79:1,5,11
housekeeping 21:22
houses 73:2,13,15
  76:21 79:14,15,16
  87:20 88:12,13,22
  97:1 99:3,8 208:17
  208:19
housing 81:15 231:8
  232:20
huff 11:4,9 126:11
  130:2,4
human 96:7
humanely 142:11,12
hundred 108:5
hundreds 27:13
husbandry 15:8
  123:16 229:4
  258:13
husker 74:7
hutchinson 4:15
  18:25,25
hyline 92:7,8,9,9,12

**I**

id 121:11 133:5
  136:10 249:18
  296:11
idea 85:3,5 119:10
  139:3,7 142:15
  155:18,19,20
  156:7,9 164:16
  185:7,9 189:4,5
  191:14 194:19
  262:6 282:14,20
  294:4
identical 182:18
  243:23 294:11
identification 33:4
  37:25 52:10 55:1
  59:9 60:14 61:19
  71:22 74:15 79:18
  84:12 100:7
  108:22 111:19
  113:17 120:15,19
  122:13 123:1
  126:6,10 129:21
  129:25 132:18
  134:3,6 144:1,4
  153:18,22 157:17
  157:21 162:3,10
  164:2,5,9 169:14
  169:18 177:23
  178:2 198:24
  199:3 201:22,25
  217:10 218:10
  222:12,16 225:13
  225:17 226:11,14
  227:23 228:2
  234:21,24 240:12
  240:15 243:2,5
  246:23 247:8
  257:5 258:8,11
  268:5 272:11,13
  277:14 284:13,15
  286:24 287:1
  290:1,3 291:19,21

293:16,18,20
  294:21,23 295:9
identified 34:5 36:3
  36:25 42:20 79:25
  130:9
identify 17:15 36:22
  224:8 237:6
ids 4:17
ill 25:1 65:24 83:10
  84:14 121:17
  123:6 126:19
  129:23 130:12
  132:11 148:18
  160:2 162:22
  190:19 196:1
  199:3 202:10,11
  217:18,19 222:18
  225:18 228:11
  235:8 240:22,23
  247:18,19 251:11
  257:12 270:19
  275:18 286:17
  294:25
illinois 2:16 7:7
  171:20
illustration 139:15
illustrative 139:22
im 18:12 22:16
  24:25 32:2 33:15
  34:19 36:6 39:16
  39:19,22 41:9 52:7
  53:17 60:12 63:21
  64:6 68:13 70:23
  72:5 81:8 86:18
  97:19 100:12
  102:15,17 110:7
  117:4,20 120:17
  121:14,20 123:7
  125:7 126:8
  130:22 133:1,2
  134:10,21 136:8
  139:20 141:6,14
  144:20 152:11
  153:20 157:19

158:2 160:20
  162:8,23 164:4,25
  172:1 183:3
  190:13,20 193:19
  195:1,24 203:4
  205:19 208:6
  211:14 215:25
  216:5 222:21
  225:19 230:3
  231:19 235:25
  238:24 249:1,2,3
  250:11,25 256:8
  258:10,18 259:18
  261:16 266:1,3
  267:1 270:15,23
  270:24 271:2,10
  271:10,15 273:3
  275:14 288:22
  293:2 295:4 296:8
immediately 212:15
impact 74:22 75:11
  75:20,23 76:9
impartiality 299:17
implement 77:3,10
  173:5,11 175:15
implemented 75:25
  76:5 166:14 168:4
  168:6 223:12
implementing 75:12
  76:18 123:15
  158:24
important 21:24
impression 68:3
improper 54:3,12
improved 84:2,4
improvement 105:2
  109:10 112:25
  115:15
improvements
  113:8
inches 175:24
  289:11
include 45:3 82:6,21
  141:11 223:25

HIGHLY CONFIDENTIAL

20

252:15 270:25
292:12
**included** 62:22
72:17 107:11
232:16 254:1
281:12
**includes** 108:12
**including** 60:9 63:2
287:3
**incomplete** 265:13
296:13
**incorporated**
260:12
**increase** 71:2
131:25 282:6
**increased** 70:11
175:16
**incremental** 113:3,7
**independent** 134:25
291:8
**independently**
196:7
**index** 8:1,12 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 233:18
**indiana** 170:19
**indicate** 138:11
249:16
**indicated** 179:23
**indicating** 23:15
114:2 132:24,25
139:1 237:6
256:15 280:6
289:17
**indication** 121:24
125:13,19,22,23
129:13 140:25
141:2 197:20
233:19
**indicators** 48:20
49:1 100:15,20
101:2 104:8
**indirect** 3:14 18:7

259:19 296:19
**individual** 26:12
230:14
**individually** 32:22
**individuals** 8:21
10:14,18 12:16
13:8 14:20 15:4,16
33:7 36:3 38:5
74:19 279:3
294:12,12
**industry** 66:21
164:12 165:9,13
165:16,22 166:15
167:5,17 168:23
180:7,11 209:19
211:13 213:23
214:10 215:3
224:8 234:17
241:14 255:15
275:20 297:22
**ineligible** 195:2
**influenced** 133:18
**info** 164:13
**informal** 64:24 65:8
**informally** 64:19
**information** 34:16
37:5,11 40:20
42:12 43:15 62:25
65:22 66:4 81:23
82:21 90:2 104:2
116:25 121:4
207:25 208:2
244:12 252:14
264:9 267:12,18
267:22 270:12
282:22 284:8
**ingredient** 209:11
**ingredients** 203:3
**initially** 35:12,13
**initials** 85:1
**initiates** 110:9
**initiatives** 182:19
**insofar** 65:24
**institute** 223:17

**instruct** 39:21,22
196:1 266:4
**instructing** 270:21
270:23,24
**instructions** 155:5
**instructs** 23:4
**integrated** 55:14
56:18
**integrity** 181:5
188:17
**intend** 147:14
276:10
**intended** 274:2
**intention** 147:23
**intentions** 137:3,15
137:20 147:19
**interact** 238:17
**interacted** 239:23
239:24
**interacting** 143:21
**interest** 202:5
203:21 204:20
266:9 299:16
**interested** 139:21
205:25 299:15
**interesting** 154:3
**interfere** 22:20
**internal** 85:22 86:1
86:5 87:1 100:14
101:2 115:13
164:10,12 267:2
**internally** 86:13
**international** 119:5
119:6
**internet** 253:16
**interrupt** 33:9
**inventory** 131:7
**involved** 29:17 47:5
92:24 191:14
234:9 270:8 271:3
283:24 293:5
**involving** 140:23
**irv** 150:15,22
**isaacson** 65:11,13

65:16 150:15,22
**ise** 294:14
**isnt** 80:12 90:1
111:12 149:23
**issue** 149:16 150:3
161:7,9 184:19,23
269:18 276:7
292:25
**issued** 181:11,23
**issues** 47:4 50:2,4
115:21 142:6,24
143:1,2 145:22
148:5,14,25
154:18,22 160:21
232:15 251:9
255:7,15 270:8
271:3
**italicized** 237:14
**item** 186:7 243:11
244:13
**items** 65:9 106:18
191:24
**ive** 24:3 73:19 111:6
121:13 134:5
145:20 182:16
183:10 204:11
217:12 218:8,13

**J**

**jacob** 7:13 17:1
**jacobson** 3:17 18:6
**january** 11:15 12:4
12:9 107:2,16,17
107:22 134:8,22
158:1 159:6
162:16 163:14
228:25
**japan** 119:13
**jason** 28:7
**jeff** 246:9 247:12
296:7
**jenner** 2:14,18
17:20 19:19
**jim** 25:13 26:9

**HIGHLY CONFIDENTIAL**

27:24 83:13
109:20 136:25
140:24
**jkinney** 2:18
**job** 136:8 286:8
**joe** 171:10,21
278:20
**john** 2:13 17:20
19:19 30:10 52:18
71:11 72:4 113:23
**johnson** 11:19 25:19
25:21,24 102:20
102:22 103:3
106:17 144:7
145:3,6,8,14
153:15
**join** 28:6 30:9 51:18
205:10 206:17
208:12,23
**joined** 30:8 70:24,25
121:25 146:20
**joining** 204:23,24
238:5
**joseph** 4:14 18:9,9
**jottings** 291:25
292:2
**journal** 247:1
**july** 1:16 2:2 10:13
10:17 11:20 13:12
17:3 33:6 35:3
36:1 38:3 43:20
121:6 123:22
131:7 144:8
147:15 217:15
218:13 299:5,20
**june** 16:9,15 41:13
41:15,23 224:20
225:8 268:18,21
269:6,13 290:5
293:22
**justice** 255:11,13

**K**

**kallen** 6:18

**kansas** 153:12
**karri** 6:12 19:5
**keating** 6:5 19:3
**keep** 90:3 159:18
254:16
**keeping** 67:21
**ken** 14:10 230:15
233:24 234:4
237:16 239:17,23
240:17,19 241:2
243:19 245:12
278:15
**kennedy** 7:4 19:8,8
**kens** 292:11
**keske** 246:14,15
**kevin** 150:17 151:4
246:12 247:12
**key** 48:20 49:1
100:14,20 101:2
104:7 257:11,20
257:24
**kim** 85:6,7
**kind** 79:9 93:2
104:5 132:23
141:14 168:20
183:7 207:9 208:2
263:15
**kindly** 54:5
**kinds** 21:22 28:13
28:14 47:4 48:14
65:6 82:25 142:21
**king** 168:5,17
289:10,23
**kinney** 2:13 8:6
17:19,20 19:17,19
19:22 20:3,15,21
20:23 23:18 26:17
27:15,20 28:2,10
28:11,12,21 30:5
30:11,17,24 33:5
33:11,17,22 34:2
34:18 35:9 36:20
37:10 38:1 39:4,8
39:10,12,15,20,24

40:8,17 50:5,17
51:1,7,16,24 52:11
52:22 53:3,17
54:13 55:2 56:7
57:5,12,25 59:10
60:15 61:20 62:7
66:3,9,16 67:16
70:7 71:14,23 72:5
72:6 73:8 74:16
77:7 79:19 80:6,8
80:11 81:10 84:13
86:20 99:21 100:8
105:16,18 108:23
111:20 113:18
114:1,5,9,11,15
117:4 133:9 147:6
150:21 249:11
280:7
**kitchen** 186:4
**klekamp** 6:5 19:4
**klippen** 14:10
230:15,17,19,23
231:1 233:24
234:4,11,16
237:17,17,18
238:7,17,21
239:17,23 240:3
240:17,19 241:2
242:9
**klippens** 245:13
**kmklaw** 6:9
**knew** 267:22
**know** 22:2,14,19
25:1 27:21 28:24
29:10,15 33:11
34:22 37:18 47:23
51:22,25 53:19,25
59:7 61:17 65:13
65:16 66:24 67:8
67:13 68:2,21,22
69:3 70:2 79:3
80:9 81:1 83:11
85:2,4,11,14,17
86:21 87:7,10 91:9

92:8 105:5 110:4,9
115:7,18 118:21
118:22,24 119:4
119:12,14,15
120:5 122:15
125:11 132:6
136:15,17,24
139:12 141:13
143:14 145:11,13
146:18,25 148:15
148:24 150:18
152:23,24 153:4,7
153:11,13 156:17
156:18,24 157:4
161:15,20 164:22
170:10,20,24
171:16,23 172:4
172:17 174:25
175:7 189:3 190:3
193:4,12 202:15
202:17 207:17,20
214:19 215:9,24
219:6 221:2,4
223:16,18 230:5
230:10,14,19
232:23 233:2,4,11
233:16,18 234:6
234:14,15 235:20
236:22 238:13,15
239:22,24 245:5
246:1,2,6,15 248:1
249:19 250:10
251:25 252:3,4
255:3 256:11
258:20 260:4,23
261:2 264:15
266:10 268:24
278:1,15,21
282:25 284:9
293:1,24,25
295:18 296:2
**knowing** 138:16
269:17
**knowledge** 30:15,23

HIGHLY CONFIDENTIAL

22

40:6,12,20 42:13
43:25 44:5 52:4
56:24 58:15 60:6
61:11 65:18 66:15
118:11,12,18
122:11 129:10,11
136:3,18 138:2,25
139:4 145:17,18
151:2,8,11,19
153:3 154:14
157:5 158:13,15
166:14 171:18
174:17 176:16
178:16 191:24
207:7 212:2,9,19
212:24 222:5,6
231:16 232:6,10
232:14 240:2,4
245:12,21 251:5
253:10 254:2,12
254:23 256:22
257:2 258:25
261:4 263:13
269:23 270:12
271:18 282:17
**knowledgeable**
37:12 58:16 68:10
68:16 69:1,7,9,13
69:18 81:9
**known** 24:2 29:4
264:9 267:13
270:13
**kofkoff** 274:10
278:22
**kori** 49:19,20 116:7
**korin** 246:16 247:13
**kreher** 170:11,13
176:20
**krehers** 170:17
**krouse** 170:18
176:20
**ksw** 85:1,2
**kurt** 170:11,13,22
**ky** 172:12,14

**L**

**labeled** 126:12
**labeling** 33:10 298:3
**labor** 82:18 104:24
137:6
**lack** 24:25 27:11
28:17 30:21 36:17
37:2 50:14,19 51:4
51:21 66:13 67:11
70:4 81:6 86:16
125:1 132:1,3
133:23 139:10
161:16 163:19
184:3 185:5
186:10 205:1
206:19 208:9
210:3,24 236:20
239:18 240:5
245:15 255:1
262:9
**laid** 31:8 82:21
**lake** 73:20
**lakes** 274:11
**land** 56:20 57:14
274:11
**language** 273:19
280:20
**large** 67:14,15,18,19
127:13 128:8
131:10
**largely** 126:20
**largest** 67:9 69:24
69:24
**larson** 115:4
**late** 41:14,18 42:1
**latest** 104:1
**lauren** 246:14,15
**lausecker** 170:22
176:21
**law** 18:16 65:10
**lawsuit** 253:21
**lawyer** 150:23,25
151:5 262:23

**lawyers** 22:13 41:2
41:4 43:2 259:18
262:21
**lay** 94:25 108:5
171:2 274:12
**layer** 46:5,16,22
47:3 68:10 69:13
69:19 70:19 72:10
72:15,23 73:3 74:1
78:17 81:15,20
82:3,10 87:13 88:9
93:18 95:24
110:16 116:3
164:12 175:23
232:20 242:3
**layers** 47:8 106:24
**laying** 15:9 55:15
73:12 93:15,21,23
258:14
**le** 49:21 73:22 89:17
111:5
**lead** 183:20 186:19
226:3
**leader** 116:7
**leads** 197:20,22
**learned** 34:16
**leave** 20:11 187:20
**left** 135:15
**lefthand** 120:21,22
178:11 225:1
**legacy** 114:17,18
**legal** 45:24 57:2,23
150:5,12 151:15
249:4
**legend** 153:24
**legislation** 231:11
**lemoore** 260:12
**length** 120:20
**lennartz** 80:17,17
**leonard** 2:3 5:5,9
17:6 18:17
**leske** 49:19 116:7
246:17 247:13
256:25

**letter** 10:3,13,17
13:3 16:14 33:6
38:4 43:20 59:13
59:19 199:5 219:9
225:7 240:16
241:2 293:19
294:18
**letters** 294:11
**level** 117:1
**levels** 128:10
**license** 181:22
188:17 200:18
219:2,14
**licensee** 188:18
**licensees** 188:14
**licenses** 181:10
188:11
**liebhard** 3:7 17:24
18:3
**life** 22:5,10 99:5
**lifecycle** 93:17,19
**lifespan** 94:1
**limited** 43:24,25
**limits** 187:10 264:6
**line** 106:18 131:11
135:6 164:18
165:8 179:24
297:24 300:7
**lines** 135:14 291:8
**liquid** 77:21 84:9,23
86:3 115:21
280:25
**list** 72:8,9,14 116:22
116:22 124:10
135:12 248:14
**listed** 73:7 124:18
125:14 129:5
135:4,11 136:21
200:5 237:16
255:17 264:18
300:6
**listening** 167:22
**lists** 288:4 295:12
**litigation** 1:6 17:10

HIGHLY CONFIDENTIAL

263:12
**little** 25:16 45:22
74:12 77:24 94:15
119:21 133:2
134:12 147:4
221:2,3 245:2
**live** 32:6,9,14,18
46:24 47:10,10,15
47:20,25 48:13
49:4 85:20 96:5,6
104:3 246:7 271:6
273:8
**lives** 153:12
**living** 145:10
**llc** 7:3 19:9
**lloyd** 243:18
**llp** 2:14 3:7,17 4:6
5:13 7:5 17:24
**loads** 127:11
**lobbyist** 237:3
**located** 17:7 55:23
78:21,22
**locations** 48:9 72:9
72:14,22 141:12
**logan** 4:7
**logo** 181:6 188:16
224:1,2
**lohmann** 92:7,12
**long** 25:14,20 26:4
29:15 31:22 32:3
45:10,13 98:19,19
219:16 260:25
**longer** 69:25 145:10
157:13
**longterm** 186:25
**look** 43:19 45:19
59:16 109:5 116:6
121:12 124:2,17
126:18 128:4,18
130:7,13 131:4
132:20,23 136:6
139:22 144:10,16
145:19 158:2
164:15 165:3

173:8,16 178:9,18
178:25 179:2
187:17 188:1
189:17 199:4,11
202:11,14 209:4
211:4,9,11 212:11
213:16 217:18
220:21 221:19
222:19 225:17
228:10 235:6,12
237:2,23 239:4
240:23 247:19
252:13 257:10
258:19 277:19
280:12 297:20
**looked** 134:24
271:23
**looking** 71:12
115:17 199:12
217:21 239:16
241:21
**looks** 87:9 192:7
214:23 280:5
**looper** 278:15,16
**loss** 216:9
**lost** 87:17
**lot** 47:23 138:23
141:16
**lovell** 3:17 18:5
**low** 70:14 279:4
**lowell** 67:5
**lower** 184:25 224:25
224:25
**lunch** 177:1,6,16,20

———————
**M**
**madam** 54:9
**main** 48:19 82:5
149:16 257:10
**maintain** 97:14
153:14
**maintained** 71:4
**maintenance** 55:15
104:24

**major** 186:24 274:8
274:18
**majority** 81:23
**making** 134:11
142:10 207:9
279:9 283:24
**malysiak** 83:13
**manage** 130:19
131:2
**management** 46:19
90:2,3,18 106:1,9
112:13
**manager** 26:23,25
27:2 48:4,5,11
90:15 203:2 246:5
246:10,21 261:6
286:14
**managers** 26:21
48:2 49:11 92:21
92:22 101:24
112:18 283:19
**managing** 131:20,25
**mandate** 241:19
**mandated** 217:5
**mandatory** 151:23
151:25
**manges** 5:13 18:20
**manner** 234:4
**manure** 21:11
**march** 8:20 10:23
12:12 74:18,23
75:5 123:2 124:25
128:13 164:13
169:10 272:23
273:6
**mark** 27:6 33:17,25
33:25 246:20
247:13 268:2
**marked** 33:1,3,24
37:24 38:2 52:7,9
54:23,25 59:8,11
60:13,16 61:18,21
71:21,25 74:14,17
79:17,20 84:11,14

100:6,10 108:21
108:24 111:18,21
113:16,19 120:14
120:18 122:12,25
126:5,9 129:20,24
132:8,17 134:2,5
143:25 144:3
153:17,21 157:16
157:20 162:2,9
164:1,4 169:13,17
177:22 178:1
198:23 199:2
201:21,24 217:9
218:9 222:11,14
222:15 225:12,16
226:10,13 227:22
228:1 234:20,23
240:11,14 243:1,4
246:22 247:7
257:4,7 258:7,10
260:9 268:4
272:10 277:13
284:12 286:23
289:25 291:18
293:15 294:20,24
295:8
**market** 61:8 128:5
165:17 169:3
174:11 175:7
181:10,23 185:19
189:7 201:2
211:16 276:17
277:6 281:19
282:18 283:5
**marketer** 184:9
**marketers** 4:4 18:24
30:13 127:9
180:22 188:11,12
297:18
**marketing** 155:11
156:1,15 180:21
188:9 200:18
218:25 219:15
223:17

HIGHLY CONFIDENTIAL

marketingtype
148:5,13,25
marketplace 184:8
marriott 241:15
242:8
match 95:10
matched 99:7
matter 21:10,18
matters 249:4
266:24
mature 94:21,24
mcleod 243:16
mdl 1:5
meagher 16:15
293:20,24 294:1
meal 97:9
mean 31:4 73:2 76:1
116:18 143:14
148:14 149:22
152:21 154:21
167:20 168:1
184:15 203:5
208:19 214:14
215:12 230:7
234:1 235:23
238:19 243:22
274:17 275:24,25
276:9,20,22 285:7
288:16 289:3
meaning 141:9
215:6
means 98:5 148:16
167:21 184:13
194:21 195:18
216:3,9 275:9
294:5
meant 148:15,24
167:16 174:25
194:18 195:15
197:3,14 214:5,18
214:19 215:10
216:7 276:2,23
298:6
measure 116:17

meat 96:3,6
medicine 278:3
meet 41:2 43:1 50:1
64:19 238:25
243:24 262:20
meeting 11:14 41:13
41:13,15,20 42:8
134:7,23 135:1,5
135:25 138:18,20
138:20 140:9
141:8 147:18
154:2 209:6
210:10 212:3,21
213:10 215:15
240:21 241:15,16
242:7,11 265:24
267:5 272:25
291:9
meetings 41:5 42:4
62:8 64:16,18 65:8
76:10 147:13,14
147:22 157:12
182:16 183:11
291:2,6
meets 241:22
melena 67:5
member 29:9,12,16
29:25 30:2,12 51:3
51:9,23 52:3 62:19
135:9 143:9,9
146:3,7,15 147:12
201:3 255:6 275:3
275:8,11 295:15
members 10:4 50:6
50:9,12,25 59:13
64:25 127:8
128:21,22 130:20
135:4,9 142:2
155:4 158:21
174:19 176:7
200:5,8 204:15
265:19 295:13
membership 10:7
30:18 61:12,24

62:17
memo 106:16
memorandum
228:5,15 229:13
memory 269:20
mention 169:24
mentioned 48:25
89:12 253:22
263:17 292:22
merrick 3:16 18:5
20:6 259:18
messrs 287:5
met 41:4 117:22
204:2 212:14
223:9 243:17
260:16
mf10028203 291:23
mf101111210
277:23
mf10111210 277:18
mf10111951 272:14
mfc00018744 202:7
mfc00018745 202:8
mfc00157940
169:20
mfc00157941
169:22
mfc00164386 228:7
mfc00164387 228:8
mfi 15:22 75:12
153:24 186:21
277:22,23 284:17
mfi0000161 9:8
84:16
mfi0001880 10:5
59:14
mfi0002008 16:5
287:2
mfi0002013 287:3
mfi0002839 15:5
257:22
mfi0008397 14:16
243:7
mfi0008398 243:8

mfi0017306 8:21
74:20
mfi0017604 15:10
258:16
mfi0017636 258:17
mfi0019964 9:13
mfi0019965 100:12
mfi0022860 10:24
123:4
mfi0022873 123:5
mfi0024017 13:13
217:16
mfi0024023 221:25
mfi0024025 221:25
mfi0024026 217:17
mfi0027797 12:22
178:7
mfi0027801 178:8
mfi0028203 16:12
mfi0028207 291:23
mfi002845 257:22
mfi0033973 13:9
202:9
mfi0033976 202:10
mfi0052008 12:17
169:21
mfi0052010 169:23
mfi0052347 14:4
228:9
mfi0052350 228:9
mfi0055038 13:5
199:8
mfi0055040 199:9
mfi0074218 16:15
293:21
mfi0074219 293:21
mfi0090665 9:21
112:2
mfi0097528 80:1
mfi0103704 9:24
113:22
mfi0111210 15:20
277:24
mfi0111594 12:9

**HIGHLY CONFIDENTIAL**

| | | | |
|---|---|---|---|
| 162:17 | **mfi0621980** 13:17 | 122:1,8,21 125:4 | 292:21 295:14,22 |
| **mfi0111596** 12:5 | 222:18 | 125:15,16,24 | 296:1 |
| 157:25 | **mfi0621981** 222:18 | 127:22 129:10,15 | **michaelfoodsspac...** |
| **mfi0111951** 15:17 | **mfn017794** 157:24 | 135:20 138:3,8,12 | 220:23 |
| **mfi0220576** 9:19 | **mfn018821** 272:14 | 145:4,17 146:13 | **michaels** 185:17 |
| 109:1 | **mg** 45:23 | 147:7,24 148:1 | 186:7 |
| **mfi0271656** 16:19 | **michael** 5:3,11 7:12 | 149:23,25 151:1,9 | **michigan** 7:6 |
| 294:25 | 8:15,17 9:3,6,15 | 152:18,22 153:2,5 | **mid** 21:8 127:14 |
| **mfi0281887** 15:23 | 10:10,21 13:16,20 | 153:9,23 158:24 | **middle** 76:25 121:15 |
| 284:16 | 13:23 16:11 18:13 | 160:12 161:3,13 | 121:16 131:6 |
| **mfi0286766** 16:9 | 18:16,20 23:11,12 | 186:8,22 200:16 | 132:22 133:10 |
| 290:6 | 23:13,19 24:3,7,23 | 202:4,21,23 203:5 | 188:3 193:22 |
| **mfi0286768** 290:6 | 26:10 28:14,15 | 203:13,20 204:5 | 206:23 209:4 |
| **mfi0321384** 14:21 | 29:8,13,17,24 30:2 | 204:12,20 205:20 | **midwest** 127:13 |
| 247:10 | 30:12,19,25 31:10 | 205:24 206:11,17 | 128:8 170:21 |
| **mfi0321389** 247:10 | 31:17,17 32:23 | 207:18,23 208:7 | 274:11 288:17,21 |
| **mfi0321771** 11:23 | 34:4,11 35:18 36:5 | 208:23 209:7 | **mike** 156:19,21 |
| **mfi0321979** 12:13 | 37:1 40:19 42:11 | 210:1,13,16 | 158:20 159:3 |
| 164:14 | 43:1 44:5 45:10,18 | 211:12 215:17 | 162:25 163:7 |
| **mfi0356331** 11:11 | 46:2,21 52:5,13 | 216:22 218:21 | 171:4,5 243:16 |
| 130:9 | 53:5,11 54:16 55:4 | 219:19 220:17 | **mill** 96:23 |
| **mfi0356332** 11:12 | 55:21 58:11,14 | 221:8,20 222:3,25 | **million** 50:23,23 |
| 130:11 | 59:2,4 60:6,8,11 | 230:5,11 233:23 | 70:16,17,22 71:8 |
| **mfi0356340** 130:12 | 60:18 61:12,13,14 | 234:13,15 236:18 | 78:24 79:2,7,10 |
| **mfi0358332** 9:23 | 61:16 63:8,14,23 | 237:25 238:5,13 | 83:22,25 89:2 |
| 113:21 | 64:3,3,12 65:17,22 | 239:9,16,22 240:3 | 92:16 95:5,17 |
| **mfi0358842** 11:5 | 66:10,25 67:23 | 246:8,10,13,19 | **mills** 97:4,5 |
| 126:14 | 68:4,9,15,20,25 | 250:6,21 251:3,9 | **mind** 54:15 58:1 |
| **mfi0358843** 11:6 | 69:6,10,12,14,17 | 251:17 254:4,7 | 136:12 142:13 |
| 126:17 | 69:20,22 70:10,18 | 255:7 259:1 260:4 | 179:22,25 180:4 |
| **mfi0358844** 129:4 | 70:19,25 72:1,10 | 260:24,25 263:6 | 198:1 |
| **mfi0358850** 126:17 | 72:15,22 76:2,6,11 | 264:17 265:3,11 | **mindspring** 158:10 |
| **mfi0358967** 14:8 | 76:17 77:19 78:1 | 265:23 266:14,20 | **mine** 261:16 292:4 |
| 235:5 | 78:17 79:22 81:3 | 267:2,8,13,23 | **minneapolis** 2:4 |
| **mfi0358971** 237:9 | 81:15,20 84:17 | 269:4,15,25 | 4:19 5:7 17:8 |
| **mfi0358975** 235:5 | 86:12 87:12 89:5 | 270:13 271:21 | 18:17 25:8 41:21 |
| **mfi0358985** 14:12 | 89:15,23 90:11 | 272:7 273:7,14 | 41:25 299:5 |
| 240:18 | 91:13,23 92:6,13 | 275:6 278:5 281:9 | **minnesota** 2:4,7 5:7 |
| **mfi0613842** 11:16 | 92:17 93:14 95:3,6 | 282:1,4,15,23 | 17:8 49:21 73:1,16 |
| 134:10 | 96:16 97:3,6,22 | 283:2,3,14,17 | 73:23 74:2 89:17 |
| **mfi0613847** 134:10 | 98:15 111:6 118:7 | 284:23 285:19 | 99:18 111:2 204:6 |
| **mfi0619526** 11:20 | 118:14,19,22,24 | 286:10 287:21,25 | 246:11 287:23,25 |
| 144:6 | 119:19 120:3,7,10 | 288:22 289:4 | 288:7 299:2,5 |
| **mfi0619527** 144:6 | 120:20,22 121:4,5 | 290:24 291:22 | **minnetonka** 204:6 |

minute 53:17 73:5
123:6 126:18
132:11,16 133:4
144:10 164:15
217:18 240:23
247:18
minutes 114:22
134:22 135:24
182:16 183:10
199:20
mislabeled 298:10
misleading 296:14
misread 277:21
mission 292:15,22
292:23
misspoke 251:11
288:21
misstates 176:9
mistakes 221:16
mixed 184:20
mn 4:19 299:24
mnemonic 179:19
moark 7:3 19:9
171:10 294:13
molt 98:15,17,19,23
98:23,24 99:5,12
130:23 216:13,19
molted 99:14,14
108:14
molting 98:9,25
123:20 131:13
142:19 166:9
212:13
moment 153:5
161:22 196:22
197:25 205:21
261:15 296:10
monday 292:11
month 83:5 98:21
107:3
monthend 101:18
111:10 116:21
monthly 48:19 49:6
49:11,13,15,17

100:19,22 101:3,7
101:7,10,15 102:1
102:3 104:4
106:18,23 111:8
111:16 116:16
117:1 188:13
213:4
months 45:14,15
91:17 103:23,24
231:2 239:11
mooney 136:14,15
136:15,17,20
140:23
morgan 4:16 18:10
morning 17:19
19:18 108:13
117:19 133:9
262:14 263:22,23
264:15 280:8
morris 19:6 243:18
mortality 84:4
97:11 108:7
115:17,22
morton 246:6
247:12 256:24
motion 134:15,15
136:13 137:24
138:4,8,12,21,22
139:2,6,8,21,23,23
140:3,4,9,19,22
141:1 181:2,4,14
181:20 182:1
188:3 189:2,3,11
189:15,18
motions 136:10
139:18 180:20
181:1 182:8
183:14,17,18,21
187:7 198:2
257:12,21,24
273:18
move 53:15 54:11
262:11 270:3
279:17 296:11

moved 128:10
136:13 181:2,9,21
moving 140:21
msrayle 3:21
mueller 228:4
muething 6:5 19:3
muller 14:19 246:2
246:4 247:12
256:24
multipage 123:2
134:9 202:6 247:9
258:16 287:2,20
multiple 48:10

**N**

name 17:1,12,20
19:19 20:25 24:2
24:19,21 35:6,6
48:22 50:22 65:11
73:22 74:9 82:4,14
83:9 89:9 92:11
105:4 117:19
152:10 156:19
164:24 166:10
170:16 171:1,17
172:7,12 259:17
260:20 272:22
297:16
named 83:13 230:15
263:23
names 67:22 90:5
116:7
nancy 83:8,15 86:24
106:15
national 223:19
231:7
native 79:25 112:1
nature 263:8
nccr 223:13,18
near 110:17 297:21
nebraska 32:15
44:23 45:7 55:23
56:1,3,11 57:8
73:16,17 74:3,5,8

76:13,15 78:22
89:14 99:17
164:21 254:7,8
nebsandhills 12:12
164:11
necessarily 184:5
neck 213:19
need 28:2 99:21
209:18 218:12
249:7 266:10
270:4
needed 49:7
needs 50:1 61:4 63:9
63:16 93:15
241:23
negotiable 92:25
negotiate 50:12
negotiated 92:24
net 3:21 12:12
164:11
networks 186:24
neutral 113:3,6
never 66:23 94:13
138:5 151:7
195:10 238:21
242:2 253:5
256:17
new 3:9,9,19,19
17:25,25 69:13
77:2,5 79:15 87:20
87:21,24 88:8,12
89:24 108:19
110:5 158:20
159:4 173:19
181:10
newsletter 10:24
11:5,11 123:3
126:15,25 127:8
129:4 130:10,16
newsletters 122:23
281:13
non 201:7
nonattorney 267:20
noncertified 180:21

HIGHLY CONFIDENTIAL

181:8 184:9
186:25 188:11,12
189:7 219:14
298:3
**nonfarming** 56:22
**nonlawyer** 64:2
**nonlawyers** 64:11
**nonranching** 56:22
**nonsensical** 53:24
**nonuep** 201:7
**nope** 253:6
**norco** 7:3 19:9
**norm** 74:13
**normally** 109:17
**north** 2:15
**nos** 140:5 141:1
181:15
**notary** 2:6 299:24
300:25
**notation** 138:7
**note** 54:10 154:3
193:18 286:17
**noted** 296:15
**notes** 117:6 215:14
**notice** 15:12 73:7
121:23 131:9
135:11 266:22
268:8
**noticed** 268:23
299:10
**notwithstanding**
215:13
**november** 11:4,6
14:8 15:20 126:12
126:16 128:8
235:2,3 239:5
277:17,25 278:16
**nucal** 28:8
**nuggets** 96:8
**number** 46:12 52:1
52:2,9 79:5,7,10
83:17 92:19 93:13
94:5 95:16 97:5
99:12 100:6 102:5

103:18,20,21
106:1 107:20
108:1,13,17
110:15 116:8
120:14,18 122:12
124:8,19,19 126:5
129:20 134:2
139:17,23,23
140:3 141:18
143:25 153:17
157:16,23,24
162:2 164:1
169:13 177:22
181:2,20 184:7
185:16 187:10,17
187:19 192:2,3,4
192:19 193:22
194:10,23 196:24
198:3,11,23
201:21 202:9
211:9,11,21
212:11 217:9
218:14,21 219:2,6
222:11,17 224:13
225:12 226:10
227:22 228:6,8
233:18,19 234:20
235:4 237:9,24
240:11,17 243:1
243:11,14,20
244:16 246:22
247:9 257:4,12,22
258:7 261:10
268:4 272:10
277:11,13,22
284:12 286:23
289:25 291:18
293:15 294:20
295:8
**numbered** 169:20
277:18
**numbering** 33:12
**numbers** 68:1 71:4
77:14 103:13,17

124:3 134:9 144:6
169:1 202:7 228:7
231:8 243:7
289:18 290:5
293:20
**numerous** 28:23
90:4
**nutritionist** 48:4
246:13,18
**nw** 5:14 6:14

_____

**O**

**oath** 21:17
**object** 30:4 34:13
51:20 57:1 65:24
148:18 161:16
166:16 193:5,6,17
201:16,17 206:2
267:15 270:1,15
**objecting** 39:19
**objection** 20:18,18
20:20 23:5,14
26:16 27:11,17
28:16 30:7,14,21
36:16 37:2 39:6
40:7,15 49:24
50:14,19 51:4,13
51:19,20 53:13,16
53:24 54:7,10,11
56:4,25 57:11,23
66:7,13 67:11 70:4
77:4 81:6 86:16
125:1,17,25
129:17 130:21
132:1,3 133:23
138:13 139:10
140:11 152:3
160:15 161:5
163:19 173:25
174:20 175:3,9
176:8 180:8 183:9
184:3,16 185:5
186:10 195:24
196:6,8,11 197:5,8

197:15 198:17
205:1,11 206:19
207:12 208:9,25
210:3,24 212:6,22
213:11 214:7,21
215:7,19 233:7
236:20 238:8
239:18 240:5
242:19 244:14,24
245:15,22 250:16
251:10,11 255:1
262:9 265:13,25
271:24 279:11,16
279:23 282:7,24
288:20 298:5,11
**objections** 19:25
23:1,2 53:18,20
54:2 215:13
**obligation** 213:20
**obrien** 119:20 202:3
203:1,9
**observation** 274:1
275:24
**obtained** 63:15
**obvious** 214:23
215:1
**obviously** 134:16
155:20 172:2
203:12
**occasion** 281:10
**october** 14:12 87:9
127:10 128:6
153:25 175:22
240:19,22
**offer** 184:9 188:11
**office** 17:6 44:25
45:2 122:20
124:12 204:4,5
252:19 254:7,8,10
**officer** 210:12 261:3
**offices** 2:3
**officially** 150:4
151:15
**oh** 80:12 91:16

110:11,13
**ohare** 241:15 242:8
**ohio** 6:3,7 19:3
67:21
**okay** 20:3 21:21
24:19 25:6 28:11
29:2 34:1 35:24
36:8,8,9 42:3,15
45:9 46:15,24
49:14 52:24 56:8
64:23 67:23 68:19
68:25 69:6 70:24
72:19 75:4 77:16
78:7,16 79:9 80:12
80:20 84:24 85:5
85:14,23 87:20
88:8,16,21 91:13
91:16,23 93:13,17
94:1,15 95:12,19
96:2 97:14,18,22
98:2,22 99:11,20
101:6,9,13,25
102:7,16,21 103:1
103:11,15 104:10
105:10 106:3,23
107:15,19 108:12
108:16 109:23
112:8,20 115:6,24
117:3,7 118:22
119:1,8,15 121:3
121:22 122:7,21
122:25 123:10
126:4,23,24 127:7
130:7,17 131:4,19
131:23 133:7
134:21 135:3,9,14
136:23 137:11,23
138:7 140:19
141:4,13 142:4,14
143:14 145:2,12
145:13,19 146:3,6
148:2,13,23 149:3
149:13,22 150:2
151:4,24 152:7

155:2,7 156:18,23
157:15 158:8,19
159:9,13 160:1,19
160:22 161:20
162:14,20,23,24
163:11,16,25
165:3,3,7,8,16,21
165:25 166:13,19
167:5,15 168:22
169:12 170:5,10
170:18 171:2,4,13
173:2,8 174:4,15
174:24 175:7,12
179:4,10 180:13
183:13,16,21
184:7,22 185:11
185:16 186:16
189:1,5,10,13,17
189:24 190:2,12
190:18 191:3,8,16
191:23 192:2,17
193:7,14,23
194:10,23 195:2,7
195:10,14 198:10
198:22 199:1,14
199:15,24 200:8
200:12 202:13,14
202:22,25 203:11
203:18 204:9,18
205:16,23 206:7
206:15 209:4,16
210:20,20 211:4,9
211:21 213:16
214:4 215:1,5,15
217:1 218:5,20
219:9,22 220:6
221:7,23 222:21
222:24 223:3,18
223:21 224:17
225:6,11,20 227:5
227:9,15 228:12
228:15 230:19
231:3,9 233:1,23
234:19 235:12

236:13,17 237:1,8
238:25 239:3,8,22
240:1,10,25 241:5
243:12 244:23
245:21 246:12
247:21,24 248:9
248:13,17,24
250:5,21 251:6,21
252:16,22,25
253:2,7,25 256:11
256:20 257:19,21
258:3,6 259:21
260:3,11 261:9,12
261:18 262:3
263:2,21 264:14
266:12 273:5
276:15 277:12,20
278:11 280:12
281:1,23 282:4
284:2,11,22
285:24 286:16
288:11 289:13
293:14 297:6
298:17
**old** 87:24 99:4
**oldenkamp** 181:2
181:21
**once** 21:6 46:20
76:8 83:4 98:14
213:18 282:4
285:9
**onepage** 61:23
109:1 111:24,25
240:16 272:14
284:16
**ones** 34:5 42:19,22
67:8 90:22 113:5
**onesentence** 162:20
**onfarmrelated**
148:10
**ongoing** 250:7
**onlyfee** 82:12
**open** 127:9,11
145:22 148:4

167:11,17 168:24
181:4,22,22 204:3
211:14,15 237:12
237:12,17 248:19
**opening** 273:15
**operate** 97:3 181:25
**operated** 60:11
61:16 63:4
**operates** 23:20
**operating** 47:13
204:3 210:12
287:19,22,24
**operations** 32:7
45:25 46:17 47:12
48:2,5 49:11 90:15
92:21 101:24
111:15 112:9,14
112:15 114:23
115:3,10 141:11
246:5,10,11
**opinion** 131:1 150:1
160:11 169:9
184:18 201:9,10
207:4 208:7,11,15
279:19,21
**opportunity** 177:15
**ops** 112:10,10,16
114:22
**oral** 22:3
**orally** 21:25 256:14
**order** 67:14 94:8
124:5,11 181:5
188:8 223:10
268:3
**ordered** 299:11
**ordinary** 85:20
**organization** 50:1
**organizational**
284:10
**organizations** 242:2
**orienting** 239:3
**original** 103:22
114:8 249:24
290:8 294:17

295:1 299:10
**originally** 37:15
38:17 112:24
**ostrand** 67:6
**ostrander** 12:20
15:15 75:17 178:5
206:8 207:2,7,18
207:22 272:16,24
273:13
**outlined** 266:24
**outlook** 112:25
**output** 50:6 104:23
283:13
**outside** 37:6 86:15
87:2 95:9,14
118:23 251:4
**overall** 26:10 44:12
69:4 84:5,6,9
91:20 169:1
**oversee** 47:12
**oversight** 116:12
**oversupply** 165:17
168:24
**overview** 114:18
**owned** 56:21 60:10
61:5,15 63:3 72:12
81:15 89:5
**ownership** 58:5
**owns** 51:14 80:22
93:18

**P**
**pa** 4:16 5:5 237:19
**packaging** 224:1,3
**page** 2:20 3:23 4:24
5:19 6:20 8:3 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 52:15 55:6
56:9 60:21,22 72:8
84:25 85:24
100:23 101:1
116:13 121:16
123:9 125:20

126:10 128:19
129:3 130:1,8,15
131:6 132:19,21
132:22,24 133:10
134:14,14 136:6,7
136:10 139:16,19
139:20,24 140:22
170:2,4 173:9
174:6 178:3,18
179:5 180:13,14
187:8,16,17 188:2
188:3 191:20,24
193:22 198:1,3,11
199:16 200:12
202:1 203:19,20
213:17 220:7
225:9,21 229:9,10
229:15 234:25
235:13 237:3,4,4,5
237:23 243:11,13
247:10 257:23
259:24 260:11
264:21 268:19,19
280:12,15 287:21
300:7
**pages** 52:25,25 53:1
80:18 120:19
126:21 219:14,16
221:20
**paid** 96:12
**paragraph** 55:7,12
56:14 57:8 60:22
103:11,15 116:14
121:25 123:11
124:2 127:7 128:5
128:18 133:3
145:20 148:3
149:14,14,15
151:14 155:7
158:4,20 168:22
170:1,3 173:16
174:5,5 175:12
200:14 204:1
213:17 243:15

273:15 274:7
278:15 280:17
**paragraphs** 144:13
166:6 292:14
**paren** 127:9,9,11,12
145:22,23 148:4,5
167:11,12,17,18
168:24 204:3,4
211:15,15 237:12
237:13,17,18
248:19,20
**part** 31:19 36:21,21
40:5 44:18 45:19
46:2,20 56:17
61:12 64:18 71:5
89:1 103:3 105:19
113:12 114:7
116:10 117:5
125:15,24 129:15
148:9 160:11
169:25 211:13
250:22,23 262:19
274:10 286:19
293:3
**partial** 82:12
**participant** 282:1
**participants** 187:20
**participate** 38:20
44:16 109:25
155:10 156:1,15
207:21 275:21
297:23
**participated** 30:19
41:15 105:25
**participating**
236:19
**participation** 44:1
58:12 183:22
198:5,16 282:16
**particular** 22:20
34:6 38:11 57:13
82:2,2 87:9 95:12
95:15 96:15 101:9
101:13,25 109:17

109:23 127:1
135:1 150:12
155:16 176:19
218:20 262:1
284:20
**parties** 17:15 299:11
299:13,15
**partner** 83:12
209:18
**party** 21:13 299:10
**pass** 250:13
**passed** 26:1 137:24
223:4,8
**pat** 67:5
**patricia** 11:3,9
126:11 130:2,4
**patties** 96:8
**pay** 51:6 68:2
**pdf** 247:18
**penalty** 94:12
**pendency** 252:5
**pending** 22:23
**pennsylvania** 1:2
4:9 6:14 17:12
**people** 47:24,24
68:24 69:3 90:3
92:19 106:2,8
112:17,19 116:8
156:5 169:3 170:8
173:4 215:16
246:1 248:14,25
250:19 255:17
256:23 257:17
267:22 283:18
**pepper** 4:6 18:22
297:17
**pepperlaw** 4:11
**percent** 60:8 61:3
61:14 63:1,9,15,18
137:6 141:5,7
148:8 149:6,8,17
160:13,14,23
161:4,14 183:22
184:2 197:4,17,24

HIGHLY CONFIDENTIAL

198:4,16 241:19
241:24 277:8
**percentage** 108:4,7
108:10
**perfect** 22:17
**performance**
116:17,25
**period** 47:7 71:1
94:23,23 108:10
146:8,24 167:11
181:12 182:1
188:21
**periodically** 95:8
98:16
**person** 26:14,19
58:19,21 91:2
96:15 101:9
135:11,15 136:19
152:9 171:8
189:14 193:2
206:5,25 207:1
233:1 242:10
267:1 282:21
283:20
**personal** 40:5,11
42:13 43:25 65:9
150:22 151:5,8
153:14 269:23
270:11 271:18
**personally** 147:25
213:18 234:12
**personnel** 290:15
**persons** 34:10
262:20 283:23
293:4 299:16
**pertain** 143:2
**pertaining** 188:15
232:15
**peruse** 121:18 123:7
134:17 218:11
**phase** 123:18,19
175:19 209:6
**phasein** 167:11
175:19 209:6
**phases** 95:21

**philadelphia** 4:9
**phone** 2:17 3:10,20
4:10,20 5:8,16 6:8
6:17 7:8 18:18
291:11 297:2
**phrase** 196:9 264:8
264:12 272:3
286:4
**phrased** 251:12
**picture** 79:15 249:6
**place** 102:15 112:7
113:14 175:22
231:8 232:25
237:18 273:24
286:15
**placed** 177:25
**places** 117:7
**plainfield** 73:17
**plaintiff** 3:3 18:1,4
17:22 18:8 19:21
259:19 296:20,25
**plan** 9:18 103:13,17
103:21,22 104:10
104:11,15,17,22
104:23 105:4,5,6,6
105:7,8,19,22,23
106:4,11 109:2,24
110:3,5,12 112:22
112:23,24,25
113:3,3,6,8 147:16
147:17 175:19
204:12
**planned** 93:17
**plans** 110:1
**plant** 46:19 47:6
112:15 115:2
**plate** 263:24
**please** 57:3 58:2
126:19 133:6
182:22 193:10
196:22 217:23
221:15 261:9
264:25 280:13

286:6 292:6
**pleased** 160:23
**pll** 6:5
**plus** 94:2
**point** 45:16 53:20
54:8 71:13 95:4
130:6 145:16
161:7 193:13
252:5 259:5 264:7
276:16 285:16
297:21
**points** 215:23
275:19
**policies** 211:22,23
**policy** 250:22,25
284:25 285:20
288:17 289:3
**pope** 15:4 228:15
257:19
**populated** 76:22
77:2
**populating** 76:21
**population** 82:3
208:4
**populations** 81:21
**porter** 6:13 19:6
**porterwright** 6:18
**portion** 55:20 96:9
292:1
**portions** 53:1
195:21
**portray** 140:17
**portraying** 274:21
**portrays** 84:22
189:12 248:1,12
248:16
**pose** 23:3
**position** 31:25 32:5
172:23,25 210:2
261:8 271:8,18
273:7,9,12 278:1
**positions** 20:9 46:12
46:16
**possible** 22:3 94:14

150:15,16,17,18
197:2,7,13 198:14
198:20,21 213:22
230:1,2 261:8
264:4
**possibly** 148:20
171:25 231:2
**potato** 23:24 24:20
24:21 26:7,13,19
53:9
**potatoes** 26:24 27:1
**potentially** 196:20
**poultry** 66:21
170:21 274:11
**pounds** 77:21
107:24 108:1,1
**practices** 119:19
**prairie** 73:20
**preamble** 181:3
**predict** 104:19,20
**preliminaries** 19:23
**premark** 33:14
**premarked** 33:23
**premichael** 46:9
**prep** 84:25
**preparation** 74:25
195:22 196:1,19
248:6 262:20
293:5
**prepare** 40:25 41:2
41:6 42:5,15,25
44:13 48:14 53:21
62:9 85:12 101:14
102:3 265:1,10,17
265:21 267:4
287:9
**prepared** 49:17
75:14 81:1 85:15
87:8 101:7 103:1
109:12 262:7
292:18,19
**prepares** 96:25
**preparing** 101:10
102:8 109:25

HIGHLY CONFIDENTIAL

262:15,24
**present** 7:12 63:13
  77:16 88:14 102:6
  138:19 157:6
  262:23
**presented** 233:6
  252:8
**presently** 56:21
**preserved** 20:1
**president** 18:13
  26:9 32:6 47:22
  102:11 109:21
  152:18 156:22,24
  156:25 173:1
  202:19 204:3
  210:12 219:10
  228:16,17 261:5
  273:8,11
**pressure** 208:22
  276:7,11
**pressures** 187:19
**pretty** 71:4,7 83:11
  105:6
**preventing** 181:7
**previous** 166:25
  182:24 250:1
  268:16 285:6
  288:14
**previously** 33:2
  54:24 131:14
  132:8,17 137:4
**price** 127:16 174:9
  175:1 247:3
  255:21
**prices** 50:12 92:24
  127:17 131:25
  133:12,17 165:17
  279:4 280:19
  281:6,11 291:3
**pricing** 187:1
**pride** 74:7
**primarily** 130:14
**primary** 27:9 47:24
  92:5 169:24

243:10
**principal** 91:2
  237:18
**print** 176:11,13
  273:23
**prior** 29:17 31:21
  60:2 74:24 103:23
  103:24 132:9
  216:24 268:11
  269:13 285:18
  290:9 294:18
  295:2,6
**privilege** 19:25
  53:19
**pro** 211:6,11
**probably** 21:24
  68:12 85:6 95:16
  136:22
**probe** 247:3 255:21
**problem** 105:17
  169:2,6 196:12
  276:17
**problems** 187:6
  277:7
**procedure** 54:4
  287:19,24
**procedures** 23:7
  156:13 287:23
  289:19
**proceed** 17:18
**proceeding** 21:18
**process** 36:22
  105:22 106:5
  216:13,20 235:16
**processed** 1:5 17:9
  24:11 55:17 96:6,8
**processes** 25:5
  110:15
**processing** 23:17
  46:19 47:6 55:16
  55:22 56:19 96:5
  105:13 237:16
  294:6
**processor** 96:1

294:3
**processors** 96:13
  181:24,24 185:19
**procured** 80:10
  84:22 150:7
  151:17,20
**procurement** 9:8
  61:7 84:18 87:3,4
  90:23 91:3,20
  105:11 115:5
**produce** 52:3 98:13
  102:9 103:16
  107:1,6,17 108:2
  232:22
**produced** 46:5 60:9
  60:10 61:15 63:2,3
  79:25 80:5 83:18
  84:9 85:6 86:9,13
  96:11 100:19
  107:20,21 111:12
  112:1 113:24
  114:1 115:21
  224:9 232:23
  277:11 283:8,8,10
  286:20 288:8
**producer** 31:1,5,11
  31:13 49:25 51:10
  51:12 53:7 54:18
  54:19 63:24 64:4
  67:18,19,24 68:4
  69:24,25 70:2 81:4
  98:3 164:21
  170:14,19,25
  171:19,20,22
  199:7,25 204:10
**producers** 4:3 10:7
  13:12 15:8 18:23
  29:4 49:23 50:2
  61:24 64:25 67:9
  67:18 78:3,5,18,20
  122:20 131:12
  155:9,16,24
  158:18 167:6,18
  167:21,22 179:10

180:21 181:9,12
  217:14 219:18
  223:25 224:18,24
  228:18 229:3
  258:12,15 274:9
  274:18 297:18
  298:2
**produces** 25:4 28:24
  28:25 51:15 96:24
  150:6 151:17
**producing** 45:25
  115:10
**product** 185:18
  190:25 191:11,15
  194:2 195:3
  280:25 283:6,7,8,9
**production** 24:10
  32:6,9,18 46:25
  47:10,10,16,20
  48:1,13 49:4 50:8
  55:15,22 56:16,18
  61:5 63:10 69:7,10
  73:2,10,13 82:7,11
  82:21 83:1,25 84:2
  84:5,6 85:21,22
  86:1,5 87:1 94:22
  95:21 98:11,13,20
  99:9 100:14 101:2
  104:3,9 105:1
  108:4 110:15
  115:14,14 123:13
  165:18 178:15
  181:25 185:1
  189:8,9 216:14,15
  216:18,20 237:15
  241:19,23 242:3
  246:7 267:2 271:6
  273:8
**productive** 241:16
**productivity** 48:20
  112:6,6
**products** 1:5 9:3,6
  13:16,20,23 17:9
  23:24,24 24:4,9,11

HIGHLY CONFIDENTIAL

24:16,20,24 25:3,5
25:6,9,15,18,21
26:4,8,13,20 27:10
27:22 28:14,15,19
28:25 29:1 46:4
53:8,8,9,10 54:20
54:21 55:14,17
56:19 61:4 79:23
84:17 118:25
119:2,13 152:19
188:10 202:21
209:9 221:21
222:4 223:1
287:21
**professional** 153:4,7
233:25 234:1,4
**proffered** 230:9
233:5
**profits** 173:18
**program** 15:23 31:6
31:9 62:20 71:6
75:12,24 125:12
137:3,16,20
141:10 142:7
149:17 150:8
151:18,23,25
156:2 158:23,25
159:18,22 168:5
175:15 179:15,23
180:2 181:6
185:10,14 187:20
188:13,17 204:23
204:25 205:10
206:1,12,18 208:8
208:21,24 209:17
209:20 210:23
211:14,16 213:21
214:13,14,15
215:6 216:25
217:4,6 218:19
230:4 235:15,17
236:12,14,15,19
238:6,7,14,22
239:1,10,15,17

241:18,20,22,23
243:21,23 244:2
245:6,10,13
274:16,23 276:14
276:24 277:1,2,3,4
277:5 281:3,5,17
281:18 282:2,5,16
282:19 283:15
284:17 285:10,19
286:10 287:6,14
289:6,8,9 290:12
290:16,19,20,25
291:3
**programs** 84:7
155:11 156:16
187:1 244:19
**progress** 82:4,6,16
**prohibited** 56:2
**project** 48:21,22,23
49:1 75:11 263:13
**projected** 105:2
**projects** 89:24
263:11,15 264:2
**pronounced** 152:11
152:13
**proper** 205:6
**properly** 286:7
**proportion** 84:1
**proposal** 235:2,13
236:5 237:5,10
238:4 239:5 240:3
**proposed** 189:11,15
231:15,22,25
**proprietary** 84:7
290:16,19
**pros** 212:11
**prosecutors** 247:3
255:21
**protect** 181:5
188:16
**provide** 37:11 59:4
60:7 116:16 208:2
**provided** 44:20 54:3
57:24 65:25

221:14 235:16
241:17
**provides** 58:4
**provision** 55:25
56:11,15 57:9
**provisional** 124:3,7
**psm** 112:9,12
114:22
**public** 2:6 299:24
300:25
**publish** 174:11
**pull** 261:9
**pullet** 73:2,13,15
92:21 94:17,18
95:13,15 263:19
263:20
**pullets** 72:10,15,23
73:3 93:23 94:16
95:2,7,10 175:22
**purchase** 92:21 94:8
112:13 128:7
**purchased** 31:19
60:10 61:6 63:3
86:3 95:8 213:5
**purchaser** 1:9 3:3
3:14 18:1,4,7
259:19 296:19
**purchases** 25:4 69:2
92:18
**purchasing** 87:2
92:23 115:5
**purportedly** 162:11
219:17
**purports** 287:3
293:18
**purpose** 75:19 85:14
174:8
**purposes** 21:23
56:22 57:15 63:25
64:4 65:23 100:25
118:2 120:18
123:1 126:9
129:24 132:18
134:6,11 139:14

139:22 141:15
144:4 153:21
157:20 162:9
164:5 169:17
178:2 199:3
201:25 218:9,25
222:16 225:16
226:14 228:1
234:24 239:3
240:15 243:5
247:8 258:11
266:14
**pursuant** 266:22
**pushback** 154:17,20
154:21 163:21,23
**put** 20:12 32:10
75:11 76:9 93:22
112:24 122:7
131:5 145:20
156:11 163:12,17
176:10,13 183:5
199:1 217:12
218:8 227:25
231:7 281:1 283:5
286:16
**putting** 30:18 76:25
163:1
**pyramid** 283:21

**Q**

**qualified** 64:9,12
66:5 86:19
**quality** 142:25
166:9 201:7,20
285:25
**quarter** 187:18
**quarterly** 48:21,22
48:23 49:1
**question** 22:12,16
22:23 23:5 29:18
30:6,10 31:22
34:15,21 38:6,25
39:11,23 48:18
53:2 54:10,15 56:5

HIGHLY CONFIDENTIAL

33

57:1,4 58:1,18
60:20 62:4 63:11
63:22 65:25 68:23
77:6 86:19,22
121:14 132:6
148:7 149:5 152:5
162:22 166:21,25
182:20,24 193:9
195:25 196:10,14
200:25 206:15
207:2,6,15 212:18
216:2 230:10
232:13 240:24
244:1,18 245:3,4
249:10,13,14,21
249:24 250:1
251:12 265:16
269:8,10 270:16
281:25 285:3,6
288:14,25 290:7
291:24 293:23
295:14
**questionable** 142:12
**questioned** 280:6
**questioning** 149:7
297:1
**questions** 22:1,16
23:3,6 54:1 58:23
59:2 68:19 113:23
118:5 121:20
123:8 126:20
133:6 137:14
144:11,12 158:3
202:12 217:19
222:20 225:18
228:11 235:8
247:20 266:3,6
273:4 296:20
297:2,5 298:16
**quick** 170:10
**quote** 53:6 127:13
127:15 128:8,12
164:11,12 174:12
181:4,13,22 182:1

188:6,8,8,21
204:13,13 209:8,9
211:14 237:12,13
**quotes** 128:9 137:21

---

**R**

**raise** 95:6
**raised** 20:8
**ranch** 7:3 19:9
**ranching** 56:3 57:15
**randy** 243:16
**range** 63:19 71:8
93:9 127:14
**ranged** 217:16
**rank** 67:23
**ranking** 68:4
**rankings** 68:7
**ranks** 70:1 90:17
**rare** 183:8
**rarely** 253:1
**rate** 98:14 108:7
299:11
**rayle** 3:16 8:8 18:5,5
53:15 54:9 259:16
259:18 261:18,19
262:11,13 265:15
266:1,7 267:19
268:2,6,14,17
270:3,9,21 271:4
272:2,12 277:15
279:13,17,20
280:1,5,9 282:10
283:1 284:14
285:4,7,12 286:21
286:25 288:12,15
289:1,5 290:2
291:20 293:17
294:22 295:10
296:8,15,19
**react** 128:5
**reaction** 184:8
**read** 57:6 75:23
114:14 121:18
123:23,25 124:15

127:5,19 128:16
129:1 131:15,17
133:15 137:7,9
140:20 148:11
149:20 150:8
154:6,8 155:14
163:5 166:17,24
174:15 176:3
180:24 181:18
182:5,23 183:19
187:4,14,24 188:7
188:24 189:2
190:19,21,22
192:15 194:15,24
195:3 198:8
209:14 210:8
211:19 214:2
218:14 224:5,11
244:16 246:16
247:1,6 248:9
249:25 257:12
268:15 273:3
285:5 288:13
289:1 292:5,7,9
298:16 299:18
300:3
**reading** 149:16
151:13 158:11
179:8 193:19,21
197:11
**reads** 159:5
**readthrough** 162:21
165:4
**ready** 99:8 162:23
222:21 225:19
**real** 170:10
**realize** 113:1 175:16
178:24 213:18
**realized** 173:18
**really** 93:11 99:13
104:7 111:12
139:20 148:15
257:9 258:19
**reason** 32:8 75:2

97:16 98:25 102:7
103:9 122:4
124:22 133:21,25
135:23 166:6
208:14 209:25
219:22 225:3,5
227:5 240:7
242:12,17 250:14
258:3,21,23
**reasonably** 264:9
267:13,23 270:13
**reasons** 68:11 161:1
182:8 183:14,17
183:21 198:2
**reassigned** 159:1
**recall** 25:22 26:3
34:20 42:7 43:11
63:5 65:1,5,6
70:21 78:14 145:1
161:6 209:2
232:12 256:4,5,16
256:19,21 262:17
264:11 268:25
269:12 273:19
274:5 278:11,12
290:11,23 291:7
292:20 295:3,5
**recap** 112:5
**receive** 49:5,10,15
183:8 201:13,14
281:10
**received** 63:23 64:8
124:5,11 202:15
230:25 236:10
244:6,10 251:2
**receives** 122:22
**receiving** 276:7,10
278:11,12
**recess** 71:17 100:1
117:11 218:1
227:18 291:14
296:18
**recite** 292:8
**recites** 292:13

**VERITEXT REPORTING COMPANY**
www.veritext.com
(212) 279-9424     (212) 490-3430

**HIGHLY CONFIDENTIAL**

recognize 120:24
178:23 211:22
218:15 222:22
257:25 272:3
292:1
recognized 209:18
223:11
recognizes 211:12
recollect 83:21
recollection 38:15
120:12 134:25
155:24 156:6,12
159:2,10 190:6
216:22 236:9
242:7 244:9
246:25 247:4
255:18,22,24,25
284:19
recommend 137:2
recommendation
176:6
recommendations
138:6 167:23
244:20
recommending
173:23 174:18
reconsideration
229:5
record 20:13,25
52:19,24 54:8 55:3
59:12 61:22 71:15
71:19 79:21 94:16
99:25 100:4 117:9
117:13 127:21
140:21 148:23
161:24 162:1,5
168:12 177:5,13
183:19 217:22,24
218:3,6 221:23
227:16,20 230:7
239:12 255:10
259:5,6,8,12
264:15 286:18
291:12,16 292:5,7

296:16,23 298:21
299:8 300:5
recorded 139:9
140:10,14,18
records 295:21
recover 174:7
175:13
recovery 115:16,20
red 74:12
redirect 54:1 297:3
redraw 259:22
reduce 76:6 173:17
187:21
reducing 169:1
reduction 84:1
137:5 173:24
232:18
reelected 154:4,11
154:14,16 159:10
159:15,22,24
160:2
refer 24:23 29:5
69:23 274:18,23
276:22 289:21
reference 24:4
74:22 102:17
114:17 115:6,16
116:1 133:2 260:3
260:12 264:22
278:14,20 285:24
294:1 298:1
referenced 131:21
133:8 136:19
146:1 171:6 186:7
190:3 254:14
references 73:19,24
111:6 113:2
229:13
referencing 132:16
155:17 168:17
176:19 192:18
198:15 216:21
referred 57:18
94:19,20 96:5

100:21 111:9
112:9 113:5
121:21
referring 102:21
116:19,20 149:24
150:13 205:20
208:6 231:6
273:20 275:1
277:7 287:18
288:7,18 289:23
298:2
refers 56:14 109:24
286:4
refill 216:11
reflect 72:22 169:9
210:1 212:19
213:8 222:3
reflected 37:20
38:10,11 42:10
reflects 176:6
refrain 54:5
refresh 38:14
120:11 156:5,12
159:2,9 242:6
refrigerated 23:25
24:15 53:9 55:8
128:3
refusal 161:14
refused 161:3
regard 50:2 189:6
296:12
regarding 10:14,18
20:7 32:24 33:8
35:17 36:3 38:5,21
40:20 41:3 44:10
76:11 201:20
265:18
regions 128:10
regular 48:14 49:5
regulatory 50:2
142:24 143:1,5
reinvested 173:19
rejuvenated 98:14
related 82:10,25

112:6 172:19
197:17 234:16
relates 145:3 232:11
278:8
relationship 145:15
145:16 153:5,8,14
233:24,25 234:2
relative 232:19
267:2,18 299:13
299:14
relevant 253:20
reluctance 160:12
161:13
rembrandt 172:11
294:14
remember 26:5 75:1
76:12 77:14 89:21
91:17 95:1 102:4
109:16 119:24
138:23 150:14
159:24 171:17
172:7 175:20
223:22 232:16
233:3,20 235:25
236:1 242:10
251:22 254:20
257:3 258:2 261:7
264:13 269:10
273:22 281:14,20
281:21 284:2
290:10,14,14
291:5
remembering
242:22
reminder 154:2
remodeling 69:18
rendered 96:10
renderertype 96:10
renewed 181:11
renovate 89:25 99:3
renovation 99:2
renovations 69:18
repeat 57:4 58:2
63:11 166:20

182:20 249:21
263:22 285:3
**repeating** 20:20
**repetitive** 216:1
**replace** 87:22 90:8
93:16
**replaced** 87:16,17
89:18 91:22
**replacing** 97:11,13
**reply** 157:22
**report** 47:21,25
48:19 49:11,12,12
49:16,18 80:18
82:2,4,5,6,9,15,17
82:20,20,24 84:22
85:12 87:10 89:23
90:1 103:4 104:5
112:17 209:23
215:15
**reported** 1:25 47:25
90:25 133:12
203:24 280:19
299:4
**reporter** 2:6 17:16
18:18 22:1,4,6,10
28:4,5,9 33:16
54:9 144:3 166:24
174:11 175:7
177:25 182:23
199:1 217:13
249:25 268:15
285:5 288:13
289:2
**reporters** 299:1
**reporting** 165:23
188:13
**reports** 48:14,25
49:4,6,7,13 81:19
82:3 83:4,5 90:5,6
101:18,23,24
102:22 109:18
213:5 281:10
**represent** 17:16,21
19:20 50:24 121:3

240:2 297:17
**representation**
188:16
**representative**
32:23 35:18 36:15
38:17 43:17 44:10
264:17 265:3,11
265:22 266:14,18
266:19 269:4,16
269:24 271:21
272:4,7 275:6
**representatives**
34:5,12 232:1
243:18
**represented** 65:17
65:19 274:9
**representing** 18:3,7
18:10 259:19
**request** 75:10,16
90:9 130:23 229:4
**requested** 44:18
149:12 224:4
**requests** 60:3 90:14
252:1
**require** 81:4
**required** 141:10
213:4
**requirement** 51:8
52:1 200:19
244:22
**requirements** 51:2
223:10
**requiring** 241:23
**reserved** 258:15
299:18
**respect** 123:8 149:8
207:18,22 232:5
251:7 255:7,14
265:7,20 266:23
267:14 269:5,22
270:12 281:4
283:4
**respond** 21:25 22:14
**responded** 20:9

**responding** 165:14
**response** 16:7 22:5
252:1 257:1 290:4
**responses** 257:3
**responsibilities**
47:11,15,19 263:9
**responsibility** 46:13
**responsible** 24:10
24:14 26:13,14,19
90:23 91:3,19
92:17 96:16
101:10 143:11,21
286:14
**responsive** 253:9,21
**rest** 98:12 121:19
**restate** 277:22 285:4
**restaurants** 223:20
**resting** 98:10
**restrict** 194:24
195:2
**result** 98:5 111:8
166:15 233:11
**results** 48:20 104:6
111:10,16 112:6
116:21
**resurrect** 276:16,17
277:6
**retail** 224:3 281:6
281:10 291:3
**retailers** 241:21
**retained** 234:16
**retire** 91:16
**retired** 91:15 203:17
**rettig** 172:8 176:23
**reveal** 34:16 37:5
39:1
**review** 42:16 90:13
105:23 175:18
248:6
**reviewed** 45:17
253:24
**reviews** 34:8 38:8
62:1 84:21 100:18
109:4 111:23

121:1,22 123:10
126:23 130:5,17
132:13 133:7
134:18 144:15
158:5 162:23
165:7 170:5
178:13 179:1
199:10,14 202:13
217:20 222:21
225:19 226:16
228:12 235:7,9
240:25 243:9,12
247:21 258:2,23
264:20 268:10
273:5 277:20
292:3
**rich** 15:19 16:14
164:19,20 277:17
295:13,15
**ridiculous** 53:21
**right** 20:15,22,24
21:9,21 23:9,22
24:9,13 29:24 38:9
38:14 39:14 41:23
44:4,22 48:13
49:17 51:17 53:4
54:14 55:12 59:19
61:1 68:25 71:14
73:9,15 75:9,25
76:20,24 77:24
80:23 84:10 85:7
87:11 91:2,23 95:6
101:21,25 102:7
102:16 105:12
106:10,16 107:11
107:24 114:16
116:1,24 118:17
120:1,5 124:18
131:10 132:25
134:21 135:16,25
140:1,22 141:19
141:20,23 142:1
143:15 147:7
149:23,25 150:4,8

155:20 159:7
162:12 165:2
168:14 170:22
171:6,8,11,12
172:2,12 173:4,6
173:14 178:21
179:4,11,20
180:15,22 181:1
183:14 188:4
189:25 190:14
191:6 192:3,6,11
192:23,24 195:8
203:6,18 204:1
205:16 208:16,18
210:19,20 211:25
215:12 219:13
220:8,14,16
221:12,21 223:6
223:23 224:25
230:25 233:21,23
237:5 238:18
241:6,8 242:24
245:19 260:3
263:8 265:7 267:4
268:1 271:12
275:15 277:21
282:15 283:9
289:21 299:18
**righthand** 84:24
121:8 291:25
**rights** 242:1 258:15
**ring** 28:3
**ringing** 291:11
**risen** 128:9
**roberson** 246:12
247:13 256:25
**roger** 189:24 190:2
190:5,7
**role** 266:17 271:11
271:19
**rolled** 106:5
**rolls** 106:6 111:14
**ron** 20:5 117:19
193:21

**ronald** 3:5 17:23
**room** 168:15
**rooms** 115:22
**rose** 6:11 19:7 28:24
67:15 172:15
274:10 294:13
**roughly** 159:4,6
**rshinn** 12:12 164:11
**rubric** 142:17
**rule** 141:5,7 148:8
149:6,9,17 160:14
160:24 161:4,14
184:2 197:4,17,24
231:7
**rules** 54:4 188:15
**run** 245:25
**running** 47:14
130:10
**rush** 205:14,18

___

### S

**safe** 155:6 165:24
**safety** 50:3 143:23
294:13
**sale** 127:18
**sales** 166:1 283:6,10
283:12,16
**salyer** 260:20,20
**sandhills** 165:1
**sap** 81:22 82:1,9
101:22 105:19
**satisfaction** 188:20
**satisfied** 61:5 63:8
242:2
**save** 115:17 257:8
279:4
**saw** 59:25 90:22
93:8 195:20,25
196:4,6 247:24
248:2,10 250:12
250:12
**saying** 184:1
**says** 54:18,19 73:1
116:14 121:7,25

123:12 124:3,19
127:8 128:5,19
131:11 133:11
136:12 137:11,25
140:1,3,24 145:21
148:3 149:16
154:1 155:8
158:20 162:24
165:8,8,15,16
166:6 167:5
168:23 173:7,10
173:17 174:6
175:12 178:11,19
180:14,19 181:14
183:13,21 184:8
184:24 185:17
186:16 187:10,18
188:6,8 189:21,24
190:9,18 192:5,11
194:11 196:25
198:4,12 204:1,9
209:5,7,16 211:12
212:12 213:3,14
213:18 215:18
218:25 219:5
220:22 221:8,13
221:20 223:3,8,23
241:7,12 243:15
247:16 276:12
279:1,25 285:1
294:10
**sbcglobal** 3:21
**schedule** 76:23
93:15 95:10 98:17
99:2,6,10 104:19
105:2 209:6
220:18 221:9,13
221:21,24 222:4
241:14
**scheduled** 1:17
43:12 131:14
137:5
**scheduling** 92:23
**science** 167:7,19

243:22 245:8,10
245:14
**scientific** 16:21
141:25 167:22
243:25 244:19
265:8,19 295:12
295:16
**scorecard** 48:19
100:19,22 101:4,7
101:11,15 102:1
103:2 104:4
106:19,23 111:16
117:1
**scorecards** 102:3
**scott** 3:16 260:20
**se** 119:11
**seal** 224:23 299:20
**search** 44:16
**searched** 252:23
253:8,17
**searches** 44:17
**sec** 53:5 69:22
**second** 56:9 69:23
72:7 103:3,11
104:14 121:18
124:2 128:4 129:3
130:13 134:15
135:10,15 136:11
139:15 144:13
145:19 148:2
149:14,15 151:13
155:7,8 158:3,19
173:8 174:4 188:1
198:1,3 199:4
202:10 205:7
217:23 222:19
223:22 225:9
228:10 229:15
235:6,12 257:13
257:23 273:16
289:22
**seconded** 136:23
140:24 181:3,21
**seconds** 158:1

**see** 31:16 52:16
55:10 56:11,12
59:19 60:2,3,24
64:15 73:11 75:7,8
76:16 86:2,4 87:10
103:13 106:24
108:16 113:11
121:9,10 122:2
123:6,11,23
124:13,19 126:24
127:3,4 128:14,24
128:25 129:5,7,8
130:8 131:5,15,16
132:20,23,25
133:13,14,19,20
135:3,6,8 136:9
137:7 139:17,23
140:6,7 149:13,18
149:19 154:6
155:12,13 158:8
158:11,19 162:18
163:3 165:10,11
165:19,20 166:3
166:11 167:13
169:7,8 173:20,21
174:4,13 175:25
178:10,19 179:8
181:16,17 182:3,7
182:9 183:13,23
184:7,11 185:16
185:21,22 187:2,7
187:12,18,22
188:22 189:19,21
190:9 191:1,20
192:2,3,4 194:10
194:13,14,23
195:12,13,22
198:6,7 199:22,25
200:3,10,13,21
203:19,22 204:7
206:23 209:12,13
209:21,22 211:5,7
211:17,18,21
212:16 213:6,25

219:3,4,7,13,20
220:7,19,22,24
221:10,17 222:1
223:14 224:15
226:15,21,23
228:19,22 229:1,6
229:11,14,17
235:18 237:2,9,21
237:24 238:2
239:6 241:1 242:4
242:5 243:13
244:4 246:1 248:4
248:22 257:13,23
260:1,14 261:22
264:21 272:19
273:1 274:13
275:22 276:18,19
279:6,7 280:20
286:1,15,21 287:7
287:15 292:16
294:15 297:24
**seeing** 265:5
**seen** 24:3 38:6 59:23
62:2,10 73:19
74:24 75:3 111:6
121:1 157:7,14
182:15,16,17
183:1,7,10 196:16
196:18 236:5
268:11 284:18,20
290:8 294:17
295:1,5
**segments** 23:20,23
53:8 54:21
**segueing** 118:3
**select** 235:14
**sell** 50:6 127:23
195:3
**selling** 190:24
191:11,15 194:2
241:25 276:3
298:2
**sells** 25:5 28:1,13
283:6

**senate** 232:3 233:9
233:11
**send** 103:2,6 139:1
248:24 250:8
256:3,25
**sending** 255:25
256:1
**senior** 219:10
228:16
**sense** 216:17
**sensitive** 248:19
256:8
**sent** 96:1 164:17
170:7 217:15
230:24 248:2,13
255:19,22 256:14
257:2 277:17
294:11
**sentence** 121:24
131:10 151:13
155:8 173:17
273:16 274:8,24
276:21 279:1
287:12 289:22
**separate** 105:20,21
174:11
**separately** 73:7
**september** 9:11
14:20 86:8 100:10
100:16 102:2
247:2,14 248:2,11
**sequentially** 33:21
169:22 217:17
**series** 259:25
**serve** 45:10
**served** 266:22
**service** 224:3
**services** 234:16
237:3 274:12
**session** 177:8
**set** 103:23 134:19
158:6 199:15
228:13 235:10
241:24 247:22

264:6
**setting** 118:2
**settings** 64:24 65:8
**seven** 213:3
**sf** 186:17,17
**shading** 114:6,12
**shake** 22:2
**share** 286:6
**sheet** 11:3 126:11
**shell** 55:13,16 77:20
86:3,6,7 127:12,22
127:23,25 128:1
133:3,11 165:8,13
165:22 166:15
181:23 184:10
280:17,23,24
281:6,11,18 282:5
282:18 283:4
291:3
**shes** 85:8 130:5
260:24
**shift** 99:10 133:18
**shinn** 164:19,20,22
165:23
**shinns** 164:25
**shipped** 97:1
**short** 46:18 47:7
146:8 165:5
217:19
**shorthand** 2:5
**shortly** 239:14
**shouldnt** 249:6
**show** 33:1 38:2 52:7
54:23 59:11 60:16
61:21 71:24 74:17
79:20 84:14 100:9
108:24 111:21
113:19 129:23
133:1 165:2 257:7
**showing** 76:4
120:17 122:25
126:8 153:20
157:19 201:24
222:14,15 225:15

HIGHLY CONFIDENTIAL

226:13 234:23
240:14 243:4
247:7 258:10
**shown** 42:22 124:10
134:5 248:5
**shows** 176:25
**sic** 83:10 204:4
246:14 257:22
272:14 277:18,23
288:17 291:23
**side** 46:16,22 121:8
285:2
**sideline** 175:17
**sign** 141:9 251:14
254:24 274:19
298:16 299:18
**signatory** 62:13
**signature** 261:23
**signed** 76:19 149:11
158:23,25 159:17
159:21 217:3
219:9,16,17
224:17 229:20,24
230:1,6,11 238:14
251:6,7 254:14,18
254:20 262:1
274:15 285:9,18
**significantly** 133:17
**signing** 71:5 75:23
160:9 218:18
**similar** 182:18
**simple** 222:20
**single** 80:5 113:24
**singlepage** 153:22
157:21 162:10
**sir** 29:19,23 31:12
31:15 32:13,17,20
32:25 42:2 44:3,7
44:24 45:5,8 48:7
49:3 52:17 54:22
63:20 125:10
177:17 260:1
261:21 273:1
275:1,25 276:10

276:18 277:10
278:1,24 279:15
284:19 286:1
287:7,9 289:24
290:7,23 291:24
292:16 294:23
296:6
**sit** 137:19 146:19
148:17 155:23
160:25 163:12
165:12 167:16
182:12 185:2
190:7 204:19
206:16 239:13
**sites** 87:18
**sitting** 245:19
**situation** 21:12
149:12 165:9,14
165:22 166:15
168:24 169:5
**situations** 65:3
263:19
**six** 92:15
**sixteen** 93:24
**sixth** 220:6
**size** 68:10,16,17,18
68:20 70:10 71:2
76:6 77:13 84:1
97:15 137:5
173:18,24
**sizes** 68:11
**sk** 260:12,17
**skilled** 285:25 286:4
**skip** 166:5
**skipped** 171:4
**slightly** 84:3 121:16
131:6 239:8
**sold** 133:12 185:12
213:5 280:18
**solitary** 241:24
**solutions** 186:5
**solve** 50:8
**somebody** 28:5 74:3
97:16 143:8

201:14
**someplace** 139:9
145:13
**somewhat** 56:6
57:19
**son** 172:21
**soon** 71:13
**sop** 287:13,17
**sorry** 33:9 36:6
68:13 72:5 97:20
100:12 102:17
110:7 134:21
136:9 143:8 170:4
197:8 199:13
202:25 203:11
211:15 222:15
235:25 246:16
261:12 277:23
288:22
**sought** 63:23 64:8
**sounds** 83:12
**soups** 96:8
**sources** 85:11
101:14
**south** 2:3 4:18 5:6
7:6 17:7 78:22
88:19 89:4 96:22
125:7
**soybean** 97:9
**soybeans** 97:6
**space** 84:3 123:18
142:19 168:25
209:7 220:18
221:9 288:3
**spaces** 166:8
**spacing** 76:1,5,18
77:3 108:19
**sparboe** 4:13 12:8
14:3 18:10 19:1
28:25 67:18 156:4
162:15 171:13,13
176:21 228:3
256:3 274:12
**sparish** 260:22,22

**speak** 22:7,8 105:14
180:10 267:20
269:14,15,18
283:21
**speaking** 53:20 54:2
200:14,16 238:19
238:20 271:2
293:2
**speaks** 53:14,23
**special** 174:7 263:11
263:12,15
**specific** 25:2 81:24
183:1 230:7
269:19 289:10
**specifically** 58:9
75:2 77:15 104:22
109:16 116:11
119:3 133:3 206:9
215:10 216:21
231:6 233:3
234:14 236:1
259:23 265:9
268:25 269:11
273:22 275:16,25
281:20 284:9
290:17 295:18
**specifications** 232:7
**speculate** 136:25
192:22
**speculating** 191:5
193:1
**speculation** 36:17
37:3 51:21 148:19
154:12 163:15
174:1,21 175:4
176:9 180:9
184:17 197:9
198:18 207:13
209:1 210:4 212:7
213:12 214:8,22
215:8,20 238:9
279:12
**spell** 20:25 83:9,13
92:8

**HIGHLY CONFIDENTIAL**

spend 20:4
spent 44:13 96:3
  105:3
split 91:12
spoke 238:21
spoken 186:14
  203:12
sponsored 233:1
sponsors 66:20
spot 61:8
spreadsheet 221:6
  221:15
square 4:7
ss 299:3
staff 85:8 106:6
  130:5 135:4 200:8
stahl 7:5
stamp 123:4 126:16
  162:17 164:14
  190:25 191:12
  194:2 221:24
stamped 126:13
  129:4 157:25
  178:7 199:8
stand 175:17 179:13
standard 287:19,22
  287:24
standards 166:9
  167:7,9,19 243:24
standpoint 69:5
stands 179:14 221:5
  235:20 236:1
start 19:22 30:10
  33:20,20 58:21
  85:25 102:18
  103:24 169:3
started 46:10 70:18
  76:17,21,25 102:5
  102:8,14 176:18
starting 123:21
  203:20 275:19
  280:17
starts 57:7 60:22
  103:4,12 104:18

133:3 292:14
state 2:6 20:24 56:1
  57:22 273:15
  299:2
stated 20:9,10 61:1
  174:22 243:20
  245:6
statement 55:18
  56:23 57:6,10
  61:10 70:1,2 256:7
  292:15,22,23
statements 59:5
states 1:1 4:4 17:10
  18:24 55:13 56:13
  56:15 62:23 75:9
  104:7 127:8
  155:22 231:23
  232:3 244:8 255:6
  278:10 289:14,17
  297:18
stating 53:6 181:4
  236:7 279:9,18
status 93:25 124:9
  231:4
step 175:19,20
steve 171:2
stewart 3:17 18:6
stint 46:18
stipulation 20:17
stock 127:15
stood 179:16
stop 98:2 213:22
  214:6
stopped 217:2,6
storm 171:2 176:21
straightforward
  39:11
strategic 9:18 109:2
  109:24,25 110:3,5
  110:12
street 2:3,4,15 3:8
  4:18 5:5,6,14 6:6
  17:6,7,24 18:17
  247:1

streets 4:8
stricter 166:9
strike 53:15 54:11
  262:11 270:3
  279:17 296:12
stringent 288:2,16
  289:3,6
structure 185:20
stuck 213:19
studies 281:4,15,21
study 76:11 245:18
stuff 148:6,10 149:4
  289:22
subject 21:9 22:21
  23:5 144:9 154:1
  157:22 162:15
  164:12 173:2
  179:6,24 199:6
  202:4 220:17
  229:3 235:2
  240:21 247:15
  249:9 257:20
  272:25 287:6
submit 49:2 106:4
  106:11 109:14
  254:17
submitted 231:16
  231:23 254:22
submitting 106:11
subscribed 300:22
subsidiaries 24:7
  153:9
subsidiary 120:3,7
  120:10 125:16
  129:15
substance 35:7
  139:21 177:19
  260:8
substantial 299:16
successfully 223:4
sueur 49:21 73:22
  89:17 111:5
suffix 220:21 221:4
suggest 117:5

suggests 75:18
suite 2:4 3:18 5:6,14
  6:6,15 7:6
summary 9:4 15:23
  16:19 79:24 80:24
  83:5 111:16 112:3
  284:17 294:24
summer 31:2 36:18
  118:8 206:10,18
  207:24 208:6
  239:15 282:3
  283:16 284:3
  285:13 286:12
  290:25 296:1
sunday 75:5
sunny 28:18 185:17
  185:24 186:17
sunnyside 88:22
  89:12
superior 48:16
  109:18,19
supervisors 112:18
supplied 226:19
supplier 95:13
  115:7,11
suppliers 81:4 92:5
supply 112:13 128:7
  130:19 131:2,20
  131:25 133:18
  148:21 168:6
  169:5 175:14
  186:24 263:18,20
  263:20 277:9,10
  281:18 282:5,8,12
  282:13 283:3
supplying 282:17
supporting 207:25
  295:17
supposed 195:5
sure 22:13,16 28:4
  39:9 41:5,9 57:6
  58:3 64:22 67:8
  70:23 94:18 98:25
  99:7 102:15 117:8

HIGHLY CONFIDENTIAL

40

118:1 142:10
150:21 152:11
160:20 161:23
164:25 172:1
190:13 194:5,8
195:1 205:22
215:25 216:6
221:16 234:18
238:24 256:2
266:1 275:9,14
277:8 284:4 295:4
**swear** 17:17
**sweaters** 74:12
**switch** 117:7
**sworn** 19:12 299:6
300:22
**system** 81:22 82:1
90:3 98:12,17
101:23 105:19
174:9 175:1
**systems** 99:3 232:20

---

**T**

**take** 22:4,18,22,24
26:18 47:9 59:16
63:12 99:22 101:6
109:5 117:5
126:18,18 130:7
130:13,23 131:12
132:11,16,20
133:4 139:22
144:10,10 158:2
162:21 164:15
165:3,4 167:23
177:1 178:9 199:4
202:10 217:18
218:12 222:19
225:17 227:10,13
228:10 235:6
237:2 247:18
249:8 258:19
**taken** 1:16 2:1 21:2
38:18 84:8 113:14
121:5 127:15

168:25 177:6
232:25 254:6
268:22 269:2
273:23
**takenouchi** 28:7,7
**talk** 42:8 43:1,4,9
72:19 241:17
249:7
**talked** 45:22 49:22
77:24 83:23 94:15
95:23 104:10
140:23 173:4
176:18
**talking** 22:25 29:2
88:14 104:13
115:19 140:20
142:15 143:2
150:11 154:25
168:16 183:17,18
186:4 255:20
267:7 282:12
**talks** 174:25
**tapes** 298:20
**team** 115:7,10,11,17
116:2,5,8,9,10,11
116:23
**teams** 115:9,25
116:12
**telephone** 4:5,15
5:12 6:4,12 7:4
28:6 42:5,7
**tell** 27:18 43:10 90:5
94:16 119:3
148:16 151:22
163:9 215:2
236:11 257:13
264:25 273:25
281:23 284:4
293:2,4,8,12,13
299:6
**ten** 45:14,15 70:16
289:12
**tendency** 299:16
**term** 111:14 142:12

160:5 216:3 264:6
280:22
**terms** 23:1 52:1
71:12 142:7 267:6
**terry** 8:20 11:19
12:19 13:7 14:7,10
14:15 16:3 43:4,7
43:9 58:17,19,23
62:14 67:3 74:19
75:5,14 76:9,14
81:12 87:5 90:21
91:1,4,11,19 135:4
144:8 146:16
178:4 202:2 204:4
204:11 207:17
210:15 217:15
219:18 220:8
221:13 225:8
227:2 235:1
237:25 239:24
240:20 241:3,5,6
241:12 243:6
256:17 262:2
275:13
**terrys** 292:11,12
**testified** 19:13 21:17
118:6,13 119:22
120:2 122:8 147:5
150:20 206:11
215:24 216:5
238:16 262:14
263:2 264:14
**testify** 36:14,23
37:19 40:3,11,13
40:25 41:3 42:25
44:9,13 118:9
265:22
**testifying** 21:13
32:22 34:11 35:17
40:4,4 269:22,24
270:7,11 271:17
271:20
**testimony** 42:15
43:24 88:17

177:18,19 196:19
265:1,10 267:11
296:12,14 299:7,8
300:4,5
**texas** 171:22,24
**thank** 23:9 80:7
87:11 107:10
114:10 117:24
137:2 298:14
**thankfully** 150:4
151:14
**thanks** 128:20,22
241:13
**thats** 20:14,21 24:10
24:16 29:3 33:24
47:7 57:8,17 61:9
62:22 73:22 75:18
75:20 77:10 79:9
80:24 81:9 83:11
88:23 95:17 103:3
106:20 107:5,25
107:25 117:7
118:10,17 119:13
122:5 125:24
126:13 129:15
141:2,24 142:2
143:8 149:23
150:24 151:2,11
153:13 155:21
159:5,6 160:5
171:12,15,25
173:7 176:11
186:8,14,22,23
189:18 190:2
192:7,8 193:6,23
194:4,4 197:13
200:6 206:14
210:18,19 213:13
215:18,23 220:10
231:12 238:11
241:7 242:18
244:8 248:12,16
249:19 250:23
252:19 254:10,10

VERITEXT REPORTING COMPANY
www.veritext.com
(212) 279-9424     (212) 490-3430

259:24 261:8
263:21 274:21
278:10 282:22
287:10 289:7
292:22 295:7
298:13
**theres** 24:5,25 48:5
51:25 52:25 55:8
56:10 74:21 75:4
84:25 86:1 95:20
102:16 107:1
108:17 113:9
115:6 116:1
121:24 125:19,22
125:23 131:9
134:14 141:2
147:18 197:22
201:20 211:6
216:9 221:12
260:11 262:3
278:14 283:18
284:1 285:24
**theyre** 78:22 89:12
114:2
**thing** 20:16 22:9,21
26:14 29:22 43:23
73:24 107:19
240:1 242:14
249:12 258:20
**things** 21:23,25
24:17 45:4 53:22
65:6 71:7 82:19
107:13 115:20
142:17,21 194:12
208:16,18
**think** 20:10,21 24:3
46:10 51:8 66:20
83:21 90:22 99:14
99:21 100:21
117:4 118:6,13,20
119:21 122:4
136:22 147:5
148:16 150:19
154:15 156:10

168:23 169:24
171:24 175:14
192:5 195:5
196:10 206:10
209:10 216:5
254:20 257:18
277:21 288:20
296:8
**thinking** 190:23
193:13
**thinks** 215:3 266:9
**third** 52:15 55:6
60:21 129:5
139:16 149:14
151:14 200:12
278:14 280:12,14
280:15
**thirdparty** 61:7
188:13
**thompson** 171:16
176:22
**thought** 93:8 114:13
191:10 199:13
213:9 215:2
250:14
**three** 25:16 36:8
41:7,9,10 42:4
51:17 53:8 54:20
88:20 131:14
177:11 219:16
221:19 242:15,16
275:18 284:1,2
**threepage** 169:18
**thursday** 1:16 2:1
130:3 277:17
**thutchinson** 4:22
**tim** 11:10 15:13
75:10 99:24 115:4
116:15 130:2
157:22 162:24,24
172:2 177:4
178:11 190:16
199:5 200:6,17
202:3 203:11

204:5,12 210:18
220:13 221:13,14
237:25 241:3,10
241:10,12 247:11
247:14 257:19
268:8 272:22,23
298:19
**time** 17:4,14 20:4
22:8,19,19 26:18
35:14 44:13 45:16
46:13,14 47:3,5,16
59:25 63:12,14
64:15,16,19,19
67:22 68:5 70:24
71:1,13,16,20
78:14 79:14 86:12
87:7 94:9,21 95:4
95:5,17 100:5
102:2,13,20
117:10,14 124:9
128:11 130:6
132:12 135:20
146:17 148:3
150:1,14 151:1
155:20 157:6
159:25 161:7,25
162:6 163:8 169:4
171:7 173:23
191:18 192:5,20
193:13,15 194:1
194:18 195:20
196:15,25 197:3
198:12 204:19
205:6,8,23 206:9
208:5,6 210:2,11
216:16 217:1,25
218:4,12 227:17
227:21 230:24,25
239:4 241:13
247:24 248:21
250:7 252:5 256:9
257:8 259:7 264:6
269:1 271:6,15,16
273:10,13 275:4,7

275:14 276:5,24
278:6 281:8,8,16
282:2 283:14
284:22 285:16,18
286:21 290:13,23
291:1,1,13,17
293:9 295:16
296:17,21,24
**timeline** 121:17,23
204:14 257:11,20
257:23
**timely** 127:2
**times** 21:5 29:3
31:14 99:1 137:18
140:10
**timing** 42:8 78:15
131:11 150:18
160:20 288:5
295:18
**timothy** 1:15 2:1 8:3
9:12 11:4,18,22
12:4,8,11,16,21
13:4 14:4,7,11,14
14:19 16:3 17:13
19:11 21:1 100:4
177:12 259:11
299:5 300:2,21
**tired** 99:4
**title** 32:1 46:24 82:2
82:14 101:1 127:1
131:7 235:20
**titled** 13:11 15:7,22
16:7,11,18,21
120:20 203:20
217:14 235:13
247:3 258:12
268:7 284:16
290:3 291:21
294:24 295:11
**tkennedy** 7:9
**toby** 12:21 13:3 14:6
14:11,15 16:4 43:5
67:5 81:12 87:5
90:21,25 91:9,15

HIGHLY CONFIDENTIAL

91:21 135:16
178:5 199:5,17
200:9,17 202:4
235:1 238:1
240:20 241:3,8,8
241:12 243:7
256:20
**today** 24:23 26:7
29:3 32:22 40:3,11
40:14,24 42:25
67:10 72:11,15
78:20,25 91:20
93:4,5 95:3 100:22
111:14 117:21,25
137:20 145:8,14
146:15,19 147:2,6
148:17 151:20
152:22 153:11
154:3 155:23
161:1 163:12
165:13 167:16
182:12 185:3
193:12,14 194:20
195:17,23 196:16
196:19 204:19
230:20 248:7
265:23 268:12,23
269:2 273:25
284:5 290:9
294:18 295:2,6
**todays** 17:3
**told** 120:9 268:21,24
269:1,3,20 271:15
272:6
**tone** 27:25
**tool** 276:16
**top** 29:21 85:25
106:9 116:13
132:21 134:14
136:7,9 139:20
140:22 173:9
180:14 187:17
229:15 239:4
283:21

**topic** 40:14 43:21,22
264:22,22,24
265:2,7,12,14,20
267:12,14,18,21
267:24
**topics** 32:24 34:3,6
36:22,25 37:9,12
37:15,20 38:10,12
38:16,22 40:2,10
40:18,21,23 41:3
42:9 43:15,24 44:1
44:6,10 264:18
266:15,25 267:1
269:5,14 270:14
271:22 272:1,8
**total** 52:25 63:9,15
88:4,24 93:20 94:1
99:15
**totalled** 87:19
**tough** 192:5,19
193:15 194:1
196:25 198:12
**track** 67:21 81:20
82:3 90:4
**tracked** 81:24
**tracks** 82:9,24 89:24
**trade** 124:6 187:10
**traded** 174:10 224:8
**trading** 31:7
**trained** 286:7
**training** 251:3 286:9
286:15
**transcribed** 299:7
**transcript** 22:11
299:18 300:3
**transfer** 127:24
128:1,2
**transition** 9:4 79:23
80:24 219:1
**translate** 292:9
**transportation**
123:21 142:20
212:14
**travis** 7:4 19:8

**treat** 181:8
**treated** 142:10
**trim** 285:23
**trimming** 123:20
142:19 212:13
285:1,8 286:8
288:4 289:12
**trouble** 67:21
261:16
**troy** 4:15 18:25
**true** 136:2 153:13
299:8 300:4
**truth** 299:6
**truthful** 244:3
**try** 22:6,7,9,14,15
22:19 25:1 83:10
83:13 133:1 183:3
231:21 257:8
**trying** 83:20 203:5
**tuesday** 178:20
180:17 235:3
287:4
**turkey** 164:21
**turkeys** 164:25
**turn** 116:13 129:3
133:17 139:15
187:16 191:20
197:25 198:10
199:24 200:12
203:18 252:7
**turning** 167:9 168:2
179:5 180:13
**twenty** 44:15
**two** 4:7 19:23 25:23
41:12 43:20 48:25
86:22 87:15 88:13
88:22 91:7 100:3
103:23,23 113:20
113:23 115:19,25
120:19 126:21
131:13 132:23
135:14 136:10
144:13 177:4
181:1 182:2

183:18 296:3
297:5
**twopage** 79:24
84:15 144:5
222:17
**type** 110:23 111:4
204:14
**typed** 248:18
**typical** 79:13 99:11
216:16
**typically** 20:17
93:22 216:12,19

**U**

**ue0148015** 10:8
61:25
**ue0368463** 16:22
295:11
**uep** 9:4 10:3 11:14
13:15,19,22 29:5,9
29:12,16,25 30:19
30:25 31:4,8,10,13
49:15,18,22 50:6
50:11,18,25 51:3,9
51:18 52:3 57:24
58:8,12 59:6,13
60:3 61:12 62:17
64:8,12,16,24 65:3
65:8,14 66:1,5,11
71:6 74:22 75:12
75:25 76:18 79:23
80:24 81:3,5,16
98:3 108:17 118:7
123:14 124:12
130:6,19 134:7,23
138:6 140:9
141:10,16 144:9,9
144:22,24 146:2,3
146:7,12 147:1,12
147:18 150:5,11
151:15,21 154:1,2
154:25 155:1,4,4,5
156:22,25 157:6
157:12 159:21

HIGHLY CONFIDENTIAL

43

160:9 163:8
167:10 171:5
172:23 174:19
176:7 178:19
179:7,10 180:14
182:19 188:10,20
200:20 201:8,13
201:14 202:5
203:21 204:21
205:10,25 206:12
206:17 207:19,23
208:8,22,23
211:14,15 214:15
215:6 217:5
218:13 219:11,15
221:21 222:4,15
222:25 223:10,11
224:9,23,23 229:4
230:18 238:6
239:10,14 243:23
265:8 272:25
274:20 275:2,3,7
278:8 294:7,8
**ueprequired** 81:25
**ueps** 30:3,13 142:22
158:20,24 159:3
223:12 236:14
**uhhuh** 295:20
**ultimately** 242:3
288:17 289:3
**unanimously** 140:1
**unanswered** 187:7
**underneath** 124:18
190:9
**undersigned** 228:21
229:14
**understand** 22:12
23:8 32:21 44:4
50:22 65:13,15
72:25 152:5
160:17,18 210:8
212:12 213:3
252:21 267:11
279:8,9,14,22

**understanding**
36:13 44:8 57:21
58:3,7,10 63:6,13
90:24 137:15,19
141:8 146:19,22
154:10 159:13
160:6,8,25 163:11
163:17 165:12
167:15 176:5
182:12 184:12
185:2,23 186:8
189:1,10,13 191:3
192:17 194:4,5,6
194:17,20 195:14
195:17 204:18
206:16 210:21
214:5,17 216:2
229:19,23 239:13
251:15 266:16
279:15 280:22
286:3
**undertaken** 210:22
**unit** 9:8 84:19
**united** 1:1 4:3,4
10:7,23 11:5,11
13:11 15:7 17:10
18:23,24 29:4
49:23 61:23
122:15,18,19,22
123:3 126:12,15
126:25 127:8
130:10,15 158:17
167:6,17,21
179:10 213:24
214:19 215:4,5,5
217:14 219:18
223:25 224:18,24
228:18 229:3
231:23 232:3
255:6 258:12,15
281:13 297:17,18
**unrealized** 113:10
113:13
**unsigned** 229:9

230:9
**update** 48:21,23,23
49:2 103:25 179:7
**updated** 110:2
**upgrades** 105:3
**upper** 84:24 90:18
106:1 120:21
178:10 291:25
**ups** 71:9
**urner** 66:17,19
127:13 128:11
**usda** 143:12,14,15
143:17,22 223:5
235:16,24 236:3
243:17
**use** 78:1,4 95:13
96:2 101:14 104:4
188:9,16 224:2
253:15 287:17
**useful** 99:4
**usem** 30:20 118:15
122:9 127:9 128:6
128:21
**uses** 77:20
**usually** 63:18 94:6
99:1 103:23
**utilizing** 235:15

---

**V**

**vague** 23:14 28:16
49:24 51:13 57:1
183:9 208:25
233:7 282:7
**valley** 171:25
**value** 127:1
**van** 89:11
**varies** 93:24 110:2
**various** 8:21 10:14
10:18 12:16 13:8
14:19 15:4,16 33:7
38:4 46:16 74:19
106:17 284:23
**verified** 208:16
235:16

**verify** 176:11 284:5
**veritext** 17:2,17
**version** 109:17
**versus** 86:14 87:2
105:11,13 149:11
184:10 185:19
227:1 280:25
**veterinarian** 48:3
278:2 295:23
**veterinarians**
295:25
**veterinary** 278:3
**vice** 18:13 32:6
219:10 228:16
261:5 273:8
**victor** 38:3
**videographer** 7:13
17:1 71:15,18
99:23 100:2 117:9
117:12 161:24
162:4 177:3,10
217:24 218:2
227:16,19 259:6,9
291:12,15 296:16
296:22 298:18
**videotaped** 298:19
**view** 181:6 200:18
201:5 207:2
**vince** 119:20 202:3
203:8,9,9
**violation** 188:19
**virtue** 137:24
**voice** 138:22 139:5
**voices** 10:23 11:5,11
122:16,18,22
123:3 126:13,15
126:25 130:10,15
281:13
**volume** 69:7 86:6,8
209:10 283:13
**volumes** 166:1
**voluntary** 31:6
**vote** 140:4 181:15
**voted** 127:10

HIGHLY CONFIDENTIAL

44

votes 182:2
voting 273:17
vp 32:9,18 46:24
  47:9,10,15,20,25
  48:13 49:4 85:20
  104:3 115:2,5
  246:7 271:6
vuren 89:11

**W**

wait 53:17 73:4
  105:17
wakefield 32:15,19
  45:7 73:16 74:5,8
  83:16 85:10
  110:21,23 246:5
waldbaum 21:16
  29:12,15 31:18,23
  45:23,23 46:2,10
  46:20 55:21 56:17
  56:21 57:14 92:3
waldbaums 46:17
  56:17
wall 247:1
waltz 246:20 247:13
  256:25
want 20:4 32:10
  33:12 34:15 35:7
  39:1 52:22 53:22
  57:22 118:2
  132:18,21 133:4
  144:11 168:9
  196:9 219:5
  227:10 245:25
  250:18 255:9
  256:2,11 257:9
  258:20 263:21
  266:1 270:17
  272:21
wanted 27:21
  159:18 250:2
wants 20:12
washington 5:15
  6:16 243:17

wasnt 30:5 63:18
  116:11 205:18
  206:4 245:3
  253:23
way 35:12 40:9
  104:1 111:9
  114:11 138:15
  159:5 166:16
  175:13 182:11
  183:3 187:18
  208:1 238:20
  244:3 251:12
  279:3
wayne 136:17,19
  140:23
ways 213:20
website 121:5
wednesday 272:23
week 34:22,23 37:18
  86:7 108:8
weeks 93:20,24 94:2
  94:2,21 95:24,25
  131:14 137:4
weight 82:22
weil 5:13,17 18:20
welcome 80:8
welfare 15:23 16:8
  16:12 50:3 116:2,5
  116:10 141:20
  142:4,16,18
  144:20 148:6
  149:4 154:19,22
  158:22 159:11,15
  159:23 160:3
  161:2,12 163:1,13
  163:18 167:25
  168:6 178:20
  179:15,22 180:2
  180:14 199:7,21
  200:1 223:5
  235:15 238:7
  241:18 243:21
  244:2 245:7,9,13
  246:18 257:12,21

257:24 272:25
  274:20 276:14,25
  277:1,4 278:9
  281:3,5,17 282:2
  282:16 283:15
  284:17 287:6,14
  290:4,12,25 291:3
  291:22
welfarerelated
  145:22
wendys 16:8 290:4
  290:11,15,17,17
  290:21
went 46:14
west 90:23
weve 20:8 33:1
  59:11 60:16 74:17
  84:14 94:13 100:9
  108:24 111:21
  150:21 203:12
  253:22 266:15
whatnot 96:9
whats 24:13 31:25
  36:13 38:2 44:12
  52:7 54:23 57:20
  58:3 61:21 71:24
  72:17 73:21 79:20
  83:3,17 84:20 85:5
  89:9 93:2 96:4,23
  98:9 103:19
  107:11 111:7
  112:4 113:10,19
  116:18 120:17
  122:25 126:8
  129:23 132:17
  134:5 153:20
  154:13 157:19
  162:8 164:4
  169:16 172:25
  174:22 178:1
  185:9 189:5 199:2
  201:24 218:9
  222:14,15 226:13
  227:25 234:23

240:14 243:4
  247:7 257:7
  258:10 276:22
  279:14
whatsoever 250:14
whens 195:20
  230:25
whisper 161:21
white 85:6,7
whollyowned 120:3
  120:6,10 125:16
  129:15 153:9
whos 170:24 260:19
wife 253:13
william 5:4,9 10:13
  10:17 18:15 33:7
  38:4
willing 62:4
withdrawn 147:17
  160:7,10 188:18
  197:19 201:5
  206:24 219:23
  226:1 227:5 252:4
  254:3
witness 8:3 17:12,18
  19:12 23:16 27:13
  27:18 28:18 30:15
  30:23 35:8 36:18
  37:8 39:3 40:16
  49:25 50:16,21
  51:6,14,22 53:22
  56:6 57:3,24 66:2
  66:8,15 67:13 70:6
  73:6 77:5 80:9
  81:8 86:18 125:3
  125:19 126:1
  129:19 130:22
  132:5,8 133:25
  138:15 139:12
  140:13 148:20
  161:6,22 163:21
  166:18,20 167:1
  174:2,22 175:5,10
  176:10 180:10

HIGHLY CONFIDENTIAL

45

182:25 183:10
184:5,18 185:7
196:1 197:10,16
205:13 206:4,21
207:14 208:11
209:2 210:5 211:1
212:8,23 213:13
214:9,23 215:9
233:8 236:22
238:10 239:20
240:7 242:21
245:17,23 249:2
250:2,18 255:3
262:12 267:17
268:7 270:4,6,19
271:2 272:1
279:18,25 282:8
282:25 285:9
288:22 296:21
297:10 298:6,12
298:16 299:5,8,18
299:20
**wolski** 7:12 18:12
18:12 35:8,15 37:7
41:17
**wont** 160:1
**word** 190:22 192:6
194:24 195:1,2,3
**words** 176:10 210:6
210:6,9 249:17
292:8
**work** 32:16 91:11
98:18 99:6,10
110:23 111:4
115:13,14 252:25
263:11
**worked** 31:16,20,23
31:24 231:12
**working** 47:3,8
145:15 167:6,18
204:11
**works** 148:9
**world** 245:4
**worse** 74:6

**wouldnt** 68:22
136:12 155:25
156:14 193:1
196:7 198:1
244:22
**wright** 6:13 19:6
**write** 191:9
**writing** 194:9
251:23
**written** 196:15
263:5 292:2
**wrong** 190:20
246:16
**wrote** 148:25 169:11
191:4,6,8,17
192:23 193:2
194:7,18 195:15
211:25 212:20
248:17

___

**X**

**xls** 220:23 221:4
**xls62707** 80:1
**xlscouncil** 112:2
**xlscouncilsummary**
9:21

___

**Y**

**yeah** 32:10 105:16
107:8,10 108:9
115:1 142:2
168:11 193:20
231:18 238:20
249:22 254:10
257:18 266:8
292:8
**year** 8:18 9:16 10:11
36:19 53:5 55:4
60:18 72:1 76:16
92:14 93:14 94:6
99:3,11,13 103:24
104:11,21 110:3
146:8 154:5 223:6
280:4

**years** 25:16,23 26:5
29:20 88:20 102:5
111:9 114:20
119:12 138:24
150:6 151:16
157:8,14 169:4
265:6
**yeartodate** 103:13
103:16,17,20,21
**yep** 192:25 235:11
247:23
**yesterday** 36:10,11
41:10,20 60:1,2
265:24
**yesterdays** 240:21
241:14
**yoder** 6:4 19:2,2
**york** 3:9,9,19,19
17:25,25
**youd** 58:20 68:20
**youll** 53:24 94:5
98:22,23,23
121:23 123:11
124:19 126:24
129:5 130:8 131:4
131:5,9 132:20,22
132:24 135:3,10
135:23 136:6,9
139:17 145:19
149:13 158:19
174:4 178:10,19
182:7 189:19
191:20 192:2
194:10,23 199:25
200:13 203:19
206:23 211:4,5,9
213:16 219:13
220:7,22 235:12
239:4 241:1
243:13 257:23
264:21
**young** 94:24
**younger** 285:23
**youre** 32:12,21

37:12 38:22 40:3,4
42:9 43:16 80:8
114:3 135:11
203:11 249:17,19
288:18
**youve** 31:16 47:9
54:7 64:15 147:9
183:6 200:8
218:10 232:23
248:9 264:12,16
271:18 290:7
295:1,5

___

**Z**

**zero** 266:8

___

**0**

**0** 93:5 107:5 127:14
127:15,16
**00** 259:12
**000** 88:3,4,4,19,25
89:5 99:18,19
**00002** 169:22
**00003** 202:8 228:8
**0162** 9:9
**02** 171:7 227:21
**0321771** 153:24
**05** 128:9
**06** 292:11
**07** 121:6
**08md02002** 1:6

___

**1**

**1** 10:21 15:16 33:21
34:6 36:1 43:21
44:6,10 79:2,10
89:2 120:14,18
128:9 139:23,23
177:8,13 187:10
198:3 211:11
264:22 272:15
292:11 299:25
**10** 3:8 12:11 17:24
34:6 77:17 78:24

HIGHLY CONFIDENTIAL

83:25 99:25 100:5
164:1,5 237:24
**100** 9:13 141:5,7
148:8 149:6,8,17
160:13,14,23
161:4,14 183:22
184:2 197:4,17,24
198:4,16 241:19
241:24 277:8
**10006** 3:19
**10016** 3:9 17:25
**10321386** 259:24
**108** 9:19
**10k** 8:14,18 9:16
10:11 52:13,20,21
54:15 55:4 60:18
72:1 280:3
**10ks** 69:22
**10th** 204:2 210:10
212:3,21 213:10
224:20 225:8
**11** 12:15 34:7
117:10,14 166:2
169:13,17
**1100** 7:6
**111** 9:21
**113** 9:24
**117** 8:7
**11th** 228:25
**12** 12:19 34:7 75:6
121:6 161:25
162:6 177:5,6,22
178:1 183:6
191:25
**120** 10:21 99:19
**122** 10:24
**126** 11:7
**129** 11:12
**12th** 243:16
**13** 13:3 34:7 70:15
70:22 71:8 77:17
83:24 124:19,19
125:14 198:23
199:2 264:24

267:12
**1300** 5:14
**134** 11:16
**1389** 14:21
**14** 13:7 201:21,25
**1400** 6:6
**1414** 3:10
**1420** 6:8
**143** 11:20
**15** 10:13 13:11
15:20 16:9 29:20
34:7 38:3 43:22
44:6,10 217:9
218:9 265:7,14
277:17,25 290:5
**150** 2:3 5:6 17:7
**153** 11:23
**1568** 5:8
**157** 12:5
**15th** 128:8 200:2
204:10,16
**16** 13:15 94:2,21
222:11,16 225:22
226:18,24 292:11
**162** 12:9 84:16
**164** 12:13
**169** 12:17
**16th** 11:4 12:22
121:6 126:12
178:6
**17** 10:17 13:19 33:6
43:20 225:12,16
225:21 226:18,24
**177** 12:22
**17th** 11:6 13:4
126:16 199:6
**18** 1:16 2:2 13:22
17:3 147:10
226:10,14,24
254:6 285:23
299:5
**1881** 10:5 59:15
**19** 8:6 14:3 16:15
32:5 34:7 140:4

181:15 227:22
228:1 265:20
272:24 273:6
293:22
**191032799** 4:9
**1919** 6:14
**1926** 121:17,23
**19407** 237:20
**1970s** 29:22
**198** 13:5
**1980** 31:24 46:11
**1980s** 21:19
**1981** 13:17
**1987** 120:11 122:1
**1988** 31:18,20 47:2
70:25
**1992** 47:2,16
**1995** 9:16 55:5
**1996** 280:3,5
**19964** 100:12
**19966** 100:13
**1998** 70:19
**19th** 178:20 180:17
**1st** 35:3 123:19,22
131:7,8 147:15
175:21,22

---

**2**

**2** 10:23 60:22
116:13 122:12
123:1 140:3
178:18 180:13
181:2 192:2,3,4,19
193:22 196:24
198:11 203:20
211:9,21 217:25
218:4 227:17
243:11,11,13,14
243:20 244:13,16
259:24 264:21
272:24 273:6
**20** 8:20 14:6 74:18
75:5 117:10
234:20,24 262:15

262:24 300:23
**200** 99:18
**2000** 9:19 63:7,12
70:10 78:10 87:11
87:15 88:14 109:3
109:10,24 110:20
110:22 146:9
153:25
**20005** 5:15
**20006** 6:16
**2000s** 63:7
**2001** 15:20 111:3
277:17,25 278:16
**2002** 1:5 10:23
12:13 15:16 16:9
86:8 123:3,19,22
124:25 164:13
169:10 175:21
272:15,23 273:6
290:5
**2003** 10:4,11 12:4,9
59:14,21 60:19,23
61:2 87:9 158:1
159:6 162:16
163:14 175:22
228:25 258:14
**2004** 128:13
**2005** 8:20 11:15
12:22 16:4 74:18
74:23 75:5 76:13
112:7,21,21 134:8
134:22 178:6,20
180:17 194:9
287:5 288:1
**2006** 11:4,6 13:4,12
14:8,12 16:15 26:2
31:2,14 71:8 76:19
76:25 77:16 118:8
126:12,16 199:6
200:2 206:10,18
207:24 208:6
217:15 218:13
220:11 235:2
237:12 239:5,15

VERITEXT REPORTING COMPANY
www.veritext.com
(212) 279-9424     (212) 490-3430

HIGHLY CONFIDENTIAL

240:19,22 282:3
283:16 284:3,6
285:14 286:13
290:25 293:22
296:1
**2007** 9:11 11:10,20
77:13 89:19,20
100:11,16 102:2
104:14 107:2,16
107:17,22 130:3
131:9 144:9 149:1
216:21
**2008** 13:16 14:20
15:9 104:13,15
223:6 224:20
225:8,23 232:25
247:2,14 248:3,11
258:14
**2009** 13:20 225:23
**201** 13:9
**2010** 12:17 13:23
226:19,20
**2012** 8:14,18 52:12
53:5 72:2 83:19
**2013** 1:16 2:2 10:13
10:17 16:5 17:3
33:6 38:4 43:20
121:6 147:19
268:18 269:13
299:5,20
**2014** 264:7
**2015** 299:25
**202** 5:16 6:17
**20hour** 262:19
**20th** 127:10
**21** 14:10 74:23
100:16 240:11,15
**210** 50:23
**212** 3:10
**215** 4:10
**217** 13:13
**22** 14:14 243:1,5
**2200** 4:17
**222** 2:17 13:17

**224** 7:6
**225** 13:20
**226** 13:23
**227** 14:4
**23** 14:18 246:22
247:8 259:23
260:9
**2300** 2:4 5:6
**234** 14:8
**2350** 14:4
**23rd** 247:2
**24** 15:3 38:12 257:4
257:7,16
**240** 14:12
**243** 14:16
**246** 14:21
**24th** 14:20 128:6
247:14 248:11
**25** 9:11 15:7 38:12
100:10 258:7,11
**257** 15:5
**258** 15:10
**259** 8:8
**25th** 10:23 11:15
123:2 124:25
134:8,22
**26** 15:12 182:2
268:4,7
**268** 15:13
**27** 15:15 161:25
272:10,13,23
273:6 297:8,10,20
**272** 15:17
**277** 15:20
**28** 15:19 86:8
277:13,16
**280** 50:23 83:22
**284** 15:23
**2845** 15:5
**286** 16:5
**2873** 10:24
**289** 16:9
**28th** 12:9 162:16
268:18,21 269:13

**29** 15:22 127:15
284:12,15 286:18
**291** 16:12
**293** 16:16
**294** 16:19
**295** 16:22
**297** 8:9
**2nd** 11:10 130:3
220:11

_____

**3**

**3** 11:3 38:12 95:5,17
108:1 110:15
126:5,9 132:19,24
134:14 136:6
140:22 181:20
184:7 194:10
227:21 259:7
**30** 1:17 16:3 61:3
63:18 117:14
188:18 286:23
287:1
**3000** 4:7
**3059** 6:17
**309** 74:20
**30th** 299:20
**31** 2:2 9:16 10:11
16:4,7 17:4 55:5
60:19 287:4
289:25 290:3
299:25
**312** 2:17 7:8
**31st** 14:12 240:19
240:22
**32** 16:11 291:18,21
296:24
**33** 10:19 16:14
113:21 293:15,18
**335** 5:8
**34** 16:18 294:20,23
298:21,22
**345** 218:22 224:13
**35** 16:21 162:6
217:25 295:8,11

**353** 2:15
**37** 10:15
**3706** 9:24
**38** 127:16
**3847** 11:16
**39** 107:7,8,10 218:4
**3974** 107:5,5
**3976** 13:9
**3rd** 12:4 14:8 158:1
235:2

_____

**4**

**4** 11:9 38:12 79:2
129:20,24 185:16
186:7 194:23
229:10 237:3,4,4
259:12 291:13,17
296:17
**4026** 13:13
**40th** 3:8 17:24
**41** 99:25
**415** 3:20
**42** 71:16 75:6
**4219** 16:16
**4245** 4:10
**45202** 6:7
**48** 177:8,13 227:17
**480** 88:25 89:1
**49** 108:1 259:7

_____

**5**

**5** 10:4 11:14 38:12
59:14 70:22 71:8
77:17,17 78:24
79:10 83:25 89:2
134:2,6 296:24
298:21,22
**50** 60:8 61:14 63:1,9
63:15 291:13
**500** 6:15 127:12
**501** 3:18
**5040** 13:5
**509** 219:2
**50cent** 93:9

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **51** 100:5 | **75** 289:11 |
| **513** 6:8 | **76** 127:12 |
| **52** 8:15 291:17 | **7607** 80:2 |
| **5316** 3:20 | **7636** 15:10 |
| **533** 3:20 | **7672** 7:8 |
| **54** 9:16 177:5,6 | **77** 93:5 |
| **55** 71:20 | **778** 6:17 |
| **55402** 4:19 5:7 | **779** 3:10 |
| **56** 175:24 | **7801** 12:22 |
| **562** 6:8 | **79** 9:4 |
| **59** 10:5 296:17 | **7th** 235:3 |
| **5th** 12:12 13:12 | |
|   164:13 217:15 | **8** |
|   218:13 | **8** 1:17 2:2 12:3 17:4 |
| |   34:6 95:5 157:16 |
| **6** |   157:20 187:17,19 |
| **6** 11:18 38:12 |   264:22 |
|   143:25 144:4 | **80** 4:18 |
|   212:11 | **80s** 21:8 |
| **60** 10:11 88:19 89:5 | **8207** 16:12 |
| **60604** 7:7 | **8333** 9:23 |
| **606543456** 2:16 | **8398** 14:16 |
| **60s** 78:8 93:10 | **84** 9:9 |
| **61** 3:18 10:8 | **8400** 4:20 |
| **612** 4:20 5:8 | **85** 93:20 94:2 95:24 |
| **62** 132:19 |   95:25 |
| **6340** 11:12 | **8850** 11:7 |
| **660** 7:8 | **8975** 14:8 |
| **6768** 16:9 | |
| **682** 5:16 | **9** |
| **6th** 11:20 144:8 | **9** 12:7 71:16,20 |
| |   162:2,9 166:2 |
| **7** | **90** 127:11 |
| **7** 11:22 92:16 | **900** 5:14 |
|   153:17,21 | **91** 47:6 |
| **70** 78:8 79:4 88:3,4 | **92** 47:1 |
|   88:4 | **9350** 2:17 |
| **706** 113:22 | **9527** 11:20 |
| **70s** 29:11 | **977** 4:20 |
| **71** 8:18 | **981** 4:10 |
| **7231** 5:16 | **99** 110:20 |
| **7309** 8:22 | **9966** 9:13 |
| **74** 8:22 107:9,10 | **9th** 153:25 |
|   127:14 | |

**VERITEXT REPORTING COMPANY**
www.veritext.com
(212) 279-9424      (212) 490-3430