# ATTACHMENT 8

**HIGHLY CONFIDENTIAL**

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3    _____

)

4    IN RE:  PROCESSED EGG          )

PRODUCTS ANTITRUST            )

5    LITIGATION                    )

_____)MDL No. 2002

6    )08-MD-0200

THIS DOCUMENT APPLIES TO:    )

7    ALL ACTIONS                  )

_____)

8

9

10

11

12

13    -- HIGHLY CONFIDENTIAL --

14    VIDEOTAPED DEPOSITION OF DONALD L. BELL

15    Riverside, California

16    Tuesday, August 20, 2013

17

18

19

20

21    Reported by:

22    DENISE BARDSLEY

23    CSR No. 11241

24

25

**HIGHLY CONFIDENTIAL**

**2**

1        IN THE UNITED STATES DISTRICT COURT
2       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
3   _____
               )
4  IN RE: PROCESSED EGG    )
   PRODUCTS ANTITRUST     )
5  LITIGATION           )
   _____)MDL No. 2002
6             )08-MD-0200
   THIS DOCUMENT APPLIES TO:   )
7  ALL ACTIONS         )
   _____)
8
9
10
11
12      Videotaped deposition of DONALD L. BELL,
13  taken on behalf of The Direct Purchaser Plaintiffs,
14  at 3500 Market Street, Riverside, California,
15  beginning at 10:01 a.m. and ending at 1:16 p.m.
16  on Tuesday, August 20, 2013, before DENISE
17  BARDSLEY, Certified Shorthand Reporter No. 11241.
18
19
20
21
22
23
24
25

**3**

1  APPEARANCES:
2
3  For The Direct Purchaser Plaintiffs:
4    QUINN EMANUEL URQUHART & SULLIVAN, LLP
5    BY: STEIG D. OLSON
6    Attorney at Law
7    51 Madison Avenue, 22nd Floor
8    New York, New York 10010
9    (212) 849-7152
10   steigolson@quinnemanuel.com
11
12  For The Direct Purchaser Plaintiffs:
13   HAUSFELD, LLP
14   BY: JAMES J. PIZZIRUSSO
15   Attorney at Law
16   1604 Locust Street, 2nd Floor
17   Philadelphia, Pennsylvania 19103
18   (215) 985-3270
19   jpizzirusso@hausfeldllp.com
20
21
22
23
24
25

**4**

1  APPEARANCES (continued):
2
3  For The Indirect Purchaser Plaintiffs:
4    MILBERG LLP
5    One Pennsylvania Plaza
6    New York, New York 10119
7    (646) 733-5727
8    (No appearance.)
9
10  For Indirect Action Plaintiffs:
11   LOVELL STEWART HALEBIAN & JACOBSON LLP
12   BY: MERRICK SCOTT RAYLE
13   Attorney at Law
14   61 Broadway, Suite 501
15   New York, New York 10006
16   (212) 608-1900
17   msrayle@sbcglobal.net
18
19  For Weaver Brothers:
20   DISNMORE & SHOHL LLP
21   1100 Courthouse Plaza SW
22   10 North Ludlow Street
23   Dayton, Ohio 45402
24   (937) 463-4928
25   (No appearance.)

**5**

1  APPEARANCES (continued):
2
3  For the Deponent:
4    UNIVERSITY OF CALIFORNIA
5    BY: MICHAEL R. GOLDSTEIN
6    Attorney at Law
7    1111 Franklin Street, 8th Floor
8    Oakland, California 94607
9    (510) 987-9895
10   michael.goldstein@ucop.edu
11
12  For Midwest Poultry Services:
13   FAEGRE BAKER DANIELS
14   BY: KATHY L. OSBORN
15   Attorney at Law
16   300 North Meridian Street, Suite 2700
17   Indianapolis, Indiana 46204-1750
18   (317) 237-1144
19   kathy.osborn@faegrebd.com
20   (Telephonic appearance.)
21
22
23
24
25

2 (Pages 2 to 5)

**HIGHLY CONFIDENTIAL**

---

**6**

1  APPEARANCES (continued):
2
3  For RW Sauder, Inc.:
4      DECHERT LLP
5      2929 Arch Street
6      Philadelphia, Pennsylvania 19104
7      (215) 994-2421
8      (No appearance.)
9
10 For United Egg Producers and the United States Egg
11 Marketers:
12     PEPPER HAMILTON, LLP
13     BY: WHITNEY REDDING
14     Attorney at Law
15     3000 Two Logan Square
16     Philadelphia, Pennsylvania 19103
17     (215) 981-4714
18     reddingw@pepperlaw.com
19     (Telephonic appearance.)
20
21
22
23
24
25

---

**7**

1  APPEARANCES (continued):
2
3  For Giant Eagle, Inc.:
4      MARCUS & SHAPIRA LLP
5      One Oxford Center, 35th Floor
6      Pittsburgh, Pennsylvania 15219
7      (412) 338-3344
8      (No appearance.)
9
10 For Cal-Maine Foods, Inc.:
11     GIBSON, DUNN & CRUTCHER LLP
12     2100 McKinney Avenue
13     Dallas, Texas 75201-6912
14     (214) 698-3279
15     (No appearance.)
16
17 For Sparboe Farms, Inc.:
18     BRIGGS AND MORGAN
19     2200 IDS Center
20     80 South 8th Street
21     Minneapolis, Minnesota 55402
22     (612) 977-8415
23     (No appearance.)
24
25

---

**8**

1  APPEARANCES (continued):
2
3  For Rose Acre Farms:
4      PORTER, WRIGHT, MORRIS & ARTHUR
5      BY: KARRI ALLEN
6      Attorney at Law
7      1919 Pennsylvania Avenue NW, Suite 500
8      Washington, D.C. 20006
9      (202) 778-3056
10     kallen@porterwright.com
11     (Telephonic appearance.)
12
13 For Nu-Cal Foods, Inc.:
14     KASOWITZ BENSON TORRES & FRIEDMAN, LLP
15     BY: JASON S. TAKENOUCHI
16     Attorney at Law
17     101 California Street
18     San Francisco, California 94111
19     (415) 655-4335
20     jtakenouchi@kasowitz.com
21
22
23
24
25

---

**9**

1  APPEARANCES (continued):
2
3  For Hillandale Farms, Inc., Hillandale Farms East,
4  Inc., Hillandale Gettysburg LP and Hillandale Farms
5  of Pa., Inc.:
6      BUCHANAN, INGERSOLL & ROONEY
7      Two Liberty Place
8      50 South 16th Street, Suite 3200
9      Philadelphia, Pennsylvania 19102
10     (215) 665-3884
11     (No appearance.)
12
13 For the Direct Action Plaintiffs:
14     JENNER & BLOCK
15     BY: STEPHEN R. BROWN
16     BY: RICHARD CAMPBELL (Telephonic appearance)
17     Attorneys at Law
18     353 North Clark Street, Suite 4500
19     Chicago, Illinois 60654-3456
20     (312) 840-7282
21     stephenbrown@jenner.com
22     richardcampbell@jenner.com
23
24
25

---

3 (Pages 6 to 9)

**HIGHLY CONFIDENTIAL**

10

1   APPEARANCES (continued):
2
3   For Michael Foods:
4       LEONARD, STREET & DEINARD
5       BY: PETER J. SCHWINGLER
6       Attorney at Law
7       150 South Fifth Street, Suite 2300
8       Minneapolis, Minnesota  55402
9       612 335-7023
10      peterschwingler@leonard.com
11      (Telephonic appearance.)
12
13  For Moark LLC and Norco Ranch, Inc.
14      EIMER STAHL, LLP
15      BY:  TRAVIS KENNEDY
16      Attorney at Law
17      224 South Michigan Avenue, Suite 1300
18      Chicago, Illinois  60604
19      (312) 660-7604
20      tkennedy@eimerstahl.com
21      (Telephonic appearance.)
22
23
24
25

11

1   APPEARANCES (continued):
2
3   For Winn-Dixie, Inc., Roundy's Supermarkets, Inc.,
4   C&S Wholesaler Grocers, Inc., and H.J. Heinz
5   Company, L.P.:
6       BAKER & McKENZIE LLP
7       300 East Randolph Street
8       Chicago, Illinois  60601
9       (312) 861-3735
10      (No appearance.)
11
12  For Ohio Fresh Eggs:
13      KEATING MUETHING & KLEKAMP PLL
14      BY: JOSEPH M. CALLOW, JR.
15      Attorney at Law
16      One East Fourth Street, Suite 1400
17      Cincinnati, Ohio  45202-3752
18      (513) 579-6400
19      jcallow@kmklaw.com
20      (Telephonic appearance.)
21
22  Videographer:
23      SCOTT SLATER, VERITEXT
24
25

12

1                    INDEX
2   WITNESS                          EXAMINATION
3   DONALD L. BELL
4
5
6       BY MR. OLSON                      19
7
8
9
10              EXHIBITS
11  EXHIBIT         DESCRIPTION         PAGE
12  Exhibit 1    E-mail from Gene Gregory to      22
13               Jeff Armstrong, et al., 4/13/09
14               Bates No. SF003886
15
16  Exhibit 2    Managing the Nation's Laying     51
17               Flock 1992 by Don Bell
18               Bates Nos. BELL-D-00031284 to -295
19
20  Exhibit 3    UEP United Voices, 2/22/99       70
21               Bates Nos. UE0064537 to -539
22
23
24
25

13

1   INDEX (Continued):
2
3               EXHIBITS
4   EXHIBIT         DESCRIPTION         PAGE
5   Exhibit 4    Cooperative Extension, University   83
6               of California, Egg Economics
7               Update, No. 154, 4/15/94
8               Bates Nos. KRGEG00020640 to -43
9
10  Exhibit 5    UEP Fax to Don Bell and Lee      85
11               Schrader from Gene W. Gregory,
12               7/1/99
13               Bates Nos. BEL-D-00026787 to -788
14
15  Exhibit 6    Cooperative Extension, University   92
16               of California letter to Al Pope
17               from Donald Bell, 3/17/95
18               Bates No. BEL-D-0032755
19
20  Exhibit 7    Cooperative Extension, University   93
21               of California letter to Gene
22               Gregory from Don Bell, 7/2/99
23               Bates Nos. BELL007698 to -709
24
25

4 (Pages 10 to 13)

**HIGHLY CONFIDENTIAL**

**14**

1  INDEX (Continued):
2
3              EXHIBITS
4  EXHIBIT        DESCRIPTION        PAGE
5  Exhibit 8  UEP United Egg Voices, 8/2/99    104
6            Bates Nos. UE0064456 to -459
7
8  Exhibit 9  E-mail to Animal Welfare        108
9            Committee from Don Bell, 12/22/99
10           Bates Nos. BELL004041 to -42
11
12 Exhibit 10  United States Egg Marketers,    114
13            Inc. Letter to Don Bell from
14            Jerry Faulkner
15            Bates Nos. BELL004353 to -354
16
17 Exhibit 11  Recommendations for UEP Animal  116
18            Welfare Guidelines Submitted by
19            a Scientific Advisory Committee
20            on Animal Welfare, 9/2000
21            Bates Nos. UE0208684 to -703
22
23
24
25

**16**

1  Riverside, California, Tuesday, August 20, 2013
2            10:01 a.m.
3
4       THE VIDEOGRAPHER:  Good morning.
5       We are on the record at 10:01 a.m. on
6  August 20th, 2013.  This is the video-recorded
7  deposition of Mr. Donald Bell.  My name is Scott
8  Slater, here with our court reporter, Denise
9  Bardsley.  We are here from Veritext Legal Solutions
10 at the request of counsel for direct purchaser
11 plaintiffs.  This deposition is being held at 3500
12 Market Street in the city of Riverside, California
13 92501.
14      The caption of this case is In Re:
15 Processed Egg Products Antitrust Litigation, Case
16 No. 2002 08-MD-0200.
17      Please note that audio and video recording
18 will take place unless all parties agree to go off
19 the record.  The microphones are sensitive and may
20 pick up whispers, private conversations or cellular
21 interference.
22      I am not authorized to administer an oath,
23 I am not related to any party in this action, nor am
24 I financially interested in the outcome in any way.
25      May I please have an agreement from all

**15**

1  INDEX (Continued):
2
3              EXHIBITS
4  EXHIBIT        DESCRIPTION        PAGE
5  Exhibit 12  E-mail from Gene Gregory to     132
6            Don Bell, 12/12/00
7            Bates Nos. UE0840403 to -404
8
9  Exhibit 13  Economic Consultant Agreement   133
10           with Donald Bell
11           Bates Nos. UE0790640, UE0790641,
12           UE0790542
13
14 Exhibit 14  Cooperative Extension, University 135
15           of California, An Egg Economics
16           Update, 12/31/00
17           Bates Nos. BELL-D-000028020 to -031
18
19 Exhibit 15  Don Bell's Table Egg Layer       144
20           Flock Projections and Economic
21           Commentary - 2002, 4/15/02
22           Bates Nos. BELL002774 to -777
23
24
25

**17**

1  parties that we may proceed.
2       MR. OLSON:  Yes.
3       THE VIDEOGRAPHER:  Agreed?
4       MR. GOLDSTEIN:  Yes.
5       MR. TAKENOUCHI:  Yes.
6       THE VIDEOGRAPHER:  Thank you.
7       At this time will counsel and all present
8  please identify themselves for the record.
9       MR. OLSON:  Why don't we start with the
10 people on the phone.  Can you guys identify
11 yourselves?
12      MR. CAMPBELL:  Richard Campbell, Jenner &
13 Block, for the Kraft plaintiffs.
14      MS. REDDING:  Whitney Redding, Pepper
15 Hamilton, for United Egg Producers and United States
16 Egg Marketers.
17      MR. SCHWINGLER:  Peter Schwingler,
18 Leonard, Street & Deinard, for Michael Foods.
19      MR. OLSON:  Anyone else on the phone?
20      MR. KENNEDY:  Travis Kennedy from Eimer
21 Stahl for Moart, LLC, and Norco Ranch, Inc.
22      MS. ALLEN:  Kari Allen from Porter, Wright,
23 Morris & Arthur on behalf of Rose Acre Farms, Inc.
24      MR. CALLOW:  Joe Callow for Ohio Fresh
25 Eggs.

5 (Pages 14 to 17)

**HIGHLY CONFIDENTIAL**

---

**18**

1  MR. OLSON: Anyone else?
2  MS. OSBORN: Kathy Osborn for Midwest
3  Poultry Services.
4  MR. OLSON: Anyone else?
5  All right. This is Steig Olson from Quinn
6  Emanuel Urquhart & Sullivan for the direct purchaser
7  plaintiffs.
8  MR. PIZZIRUSSO: James Pizzirusso, Hausfeld
9  LLP, for the direct purchaser plaintiffs.
10  MR. BROWN: Stephen Brown from Jenner &
11  Block for Direct Action Plaintiffs, Kraft, Kellogg,
12  General Mills and Nestle.
13  MR. RAYLE: Merrick Rayle, Lovell, Stewart,
14  Halebian & Jacobson, for the indirect plaintiffs.
15  MR. TAKENOUCHI: Jason Takenouchi,
16  Kasowitz, Benson, Torres & Friedman, for Defendant
17  Nu-Cal Foods.
18  MR. GOLDSTEIN: Michael Goldstein from the
19  Regents of the University of California. I'm
20  counsel for Mr. Bell.
21  And with us here today is Kristen Erving, a
22  paralegal.
23  THE WITNESS: Donald Bell.
24  MR. OLSON: You don't need to do that yet.
25  THE VIDEOGRAPHER: Thank you very much.

---

**19**

1  Will the court reporter please administer
2  the oath.
3
4  DONALD L. BELL,
5  having been administered an oath, was examined and
6  testified as follows:
7
8  EXAMINATION
9  BY MR. OLSON:
10  Q  Good morning, Mr. Bell.
11  A  Good morning.
12  Q  Could you please state your full name and
13  current address for the record.
14  A  Donald D. Bell, B-e-l-l. 5918 Intervale,
15  I-n-t-e-r-v-a-l-e, Drive, Riverside, California
16  92506.
17  Q  Thank you.
18  Have you ever been deposed before?
19  A  Yes.
20  Q  When was the last time you were deposed?
21  A  Oh, maybe 15 years ago.
22  Q  What type of case was it?
23  A  Let's see, several different types of
24  cases. I think we've had individual lawsuits about
25  the feeding of any flocks, about the indemnification

---

**20**

1  with the United States Department of Agriculture.
2  We had one here in Riverside, I can't remember what
3  the details of that one were, but that was a two-day
4  hearing of some kind. Maybe less than six.
5  Q  Okay. Well, let me go over just a couple
6  ground rules, since it's been awhile.
7  First of all, at any time today if you need
8  to take a break for any reason, don't hesitate to
9  let us know. Understood?
10  A  Uh-huh.
11  Q  I'm going to do my best to ask clear
12  questions today. If I ask a question that's unclear
13  to you, I'd ask that you stop me and ask for a
14  clarification.
15  Is that fair?
16  A  Uh-huh. That's fine.
17  MR. GODLSTEIN: Before we go on, was that
18  uh-huh a yes or no?
19  THE WITNESS: Yes.
20  MR. GODLSTEIN: Thank you.
21  BY MR. OLSON:
22  Q  If you don't ask for a clarification, I'll
23  assume you understood the question.
24  Is that fair?
25  A  Yes.

---

**21**

1  Q  You're doing a great job of this, but just
2  to reiterate the point, because we have a court
3  reporter today, we have to do our best not to speak
4  over each other. And in answering questions, please
5  answer verbally, and yes or no as opposed to
6  gestures.
7  Fair enough?
8  A  Yes.
9  Q  All right. Now, how are you feeling today,
10  sir?
11  A  I'm feeling about normal for me, a little
12  backache, but that's okay.
13  Q  Okay. And, as I said, if you need to
14  stretch your back or anything, let us know.
15  Is there anything today about your health
16  or otherwise that would stop you from being able to
17  answer my questions truthfully to the best of your
18  knowledge?
19  A  Not to the best of my knowledge.
20  Q  And if you ever start to tire and your mind
21  is feeling fuzzy or anything, again, I'd ask that
22  you stop and let us know.
23  Will you do that?
24  A  Yes.
25  Q  Thank you.

---

**6 (Pages 18 to 21)**

**HIGHLY CONFIDENTIAL**

22

1       Are you employed today?
2    A  No.  I'm retired.
3    Q  How long have you been retired?
4    A  Since 2001.
5    Q  When was the last time that you received
6  any compensation for any type of job or consulting
7  project involving the egg industry?
8    A  There's correspondence to that effect when
9  I gave the United Egg Producers a wish to terminate
10  my relationship because of my age and lack of close
11  contact with the industry.  That might have been --
12  I'd hate to give it to you, because it is in
13  correspondence.
14    Q  Okay.  And so I think I know what you're
15  referring to, so why don't we just introduce the
16  document that goes to that.
17       From time to time today I'll hand you
18  documents.  Sometimes I'll -- it will be important
19  for you to look at the whole document, other times
20  maybe just portions.  But if you ever think you need
21  to look at the whole document, just let us know.
22       (Deposition Exhibit 1 was marked for
23       identification by the court reporter
24       and is attached hereto.)
25  BY MR. OLSON:

23

1    Q  I'm handing you what's been marked Bell 1.
2       MR. TAKENOUCHI:  Steig, for housekeeping
3  purposes, can you note the Bates number?
4       MR. OLSON:  We already talked about that.
5       MR. TAKENOUCHI:  Okay.
6       MR. OLSON:  And Bell 1 is Bates-stamped
7  SF003886.
8    Q  And you can keep it in front of you.
9       Can you just start by identifying this as
10  an e-mail written by Gene Gregory on April 13, 2009
11  and you were copied and it was sent to a number of
12  people?
13    A  That's true, yes.
14    Q  Okay.  Is this the type of correspondence
15  that you're referring to?
16    A  Yes, this is what I was referring to.
17    Q  All right.  And this indicates that you had
18  informed UEP in early 2009 that you were going to
19  finally retire effective July 1, 2009, correct?
20       MR. TAKENOUCHI:  Objection to form.
21       THE WITNESS:  Yes.
22       MR. OLSON:  What's the objection?
23       MR. TAKENOUCHI:  Leading.
24  BY MR. OLSON:
25    Q  The answer is yes?

24

1    A  The answer is yes.
2    Q  Okay.  After that date of July 1, 2009,
3  have you done any work or consulting in the egg
4  industry that you were paid for?
5    A  No.
6    Q  Now, you referred to retiring in 2001.
7       What did you retire from from 2001?
8    A  Well, my position was University of
9  California poultry specialist statewide.  Now my
10  title is emeritus in that same title.
11    Q  Okay.  So after 2001 you became emeritus?
12    A  Yes.
13    Q  And what is a poultry specialist?
14    A  A poultry specialist is one of the staff of
15  the state land grant institution in the cooperative
16  extension, not university extension, but cooperative
17  extension.
18       This organization is part of the role of
19  the university to teach, research and extend
20  information.
21       My role was to work with the poultry
22  industry of California, mostly in educational,
23  research areas.
24    Q  Did you teach courses in that position?
25    A  Just adult courses from time to time, but

25

1  nothing formal.
2    Q  And over what period did you hold that
3  position?
4    A  55 years.
5    Q  Does that go through 2001 or through to the
6  present?
7    A  Can I correct myself?
8    Q  Yes.
9    A  I had several positions in the same general
10  area.  As I got older, I got -- I had changes in
11  title.  Okay?  But it is all doing the same thing.
12    Q  Okay.  And approximately when did you start
13  in that position?
14    A  1958.
15    Q  Now, over the course of your career in that
16  position and afterwards, did you make any
17  contributions to UEP and its members?
18       MR. TAKENOUCHI:  Objection.
19       MR. OLSON:  What's the objection?
20       MR. TAKENOUCHI:  Contributions, what does
21  that mean?
22       THE WITNESS:  I don't know what that means
23  either.
24  BY MR. OLSON:
25    Q  Okay.  Did you contribute any reports or

7 (Pages 22 to 25)

HIGHLY CONFIDENTIAL

26

1   analyses to UEP and its members?
2       A   Yes.
3           MR. GODLSTEIN:  I'm sorry, Steve.  Before
4   you go on, I want to move his microphone up a little
5   because he's folding his arms and he may be
6   impairing the record.
7           THE WITNESS:  I'll keep it down.
8           MR. GOLDSTEIN:  I want you to be able to
9   fold your arms if you want to.
10          I'm sorry.
11  BY MR. OLSON:
12      Q   Over approximately what -- strike that.
13          Approximately when did you start
14  contributing reports and analyses to UEP's members?
15          MR. TAKENOUCHI:  Object to form,
16  contributing reports and analyses.
17          MR. GODLSTEIN:  Go ahead.
18          THE WITNESS:  I'll try to answer that
19  question.
20          Since the formation of UAP.  I don't know
21  what year that was, but since the beginning.
22  BY MR. OLSON:
23      Q   And approximately when did you stop doing
24  that?
25      A   Theoretically, I'm still doing it today.

27

1       Q   And why do you say that?
2       A   Because I'm still working 20 hours a week.
3       Q   And what do you do in those 20 hours a
4   week?
5       A   We write, edit and publish industry-wide
6   newsletters.
7       Q   You say "We," who is we?
8       A   The Iowa State Egg Industry Center.  I'm on
9   the board of directors.
10      Q   And are those newsletters sent to UEP?
11      A   Sent to 1,000 egg producers in the United
12  States and their allied industries.
13      Q   How long were you affiliated with UEP,
14  specifically?
15          MR. TAKENOUCHI:  Objection to form,
16  "affiliated," the term is vague.
17          MR. OLSON:  I'll ask when I want a
18  clarification; otherwise you can just object to
19  form.
20          MR. TAKENOUCHI:  Okay.  You asked me for
21  clarification before.
22          MR. OLSON:  No -- right.  I didn't ask this
23  time or the last time.
24          THE WITNESS:  As I say, I began working in
25  cooperation at the beginning of their organization

28

1   with their chairperson.  And, of course, I've always
2   had the relationship with their members on a
3   one-on-one basis in my regular duties.
4   BY MR. OLSON:
5       Q   But was there a period when you were
6   retained to provide industry statistics and economic
7   reports for UEP?
8       A   Yes.
9       Q   When did that cease?
10      A   Cease or start?
11      Q   Cease.
12      A   Cease.  I assume it's the same date we just
13  talked about, 2009 when I terminated.
14      Q   And when did that start?
15      A   I was afraid you'd ask me that.
16      Q   Approximately.
17      A   I would say it might have been a ten-year
18  relationship.
19      Q   Now, what type of reports did you prepare
20  for UEP and its members?
21      A   Prior to my working with UEP, in fact since
22  the beginning of 1958, I've always written economic
23  reports for the industry.  And UEP asked that I
24  continue this work with them and with their members.
25  And the Iowa State Egg Center now is continuing that

29

1   work also.
2       Q   And so you referred to economic reports
3   that UEP asked you to provide.  How would you
4   describe those economic reports?
5       A   Well, we had three regular newsletters on
6   economics -- pardon me, four.  And they would be on
7   anything to do with the egg industry, primarily the
8   table egg industry.
9           And then when we worked out a relationship
10  with UEP.  We started what we called a memo,
11  m-e-m-o, along the same lines, but everything was
12  different or from a different approach.
13      Q   What do you mean from a different approach?
14      A   Just looking at it from the right side and
15  the left side and from an economic standpoint, from
16  a sociological standpoint, from local, regional,
17  international views.  Any one subject, you don't
18  want to put it all on one piece of paper.  So you
19  might have a series of papers on a given part of one
20  of the discussions.
21      Q   Now, of the reports that you prepared for
22  UEP and its members, did you prepare reports that
23  projected the size of the nation's table egg laying
24  flock?
25      A   Yes, we do that.  We've done that since the

8 (Pages 26 to 29)

**HIGHLY CONFIDENTIAL**

---

30

1 beginning every month.
2     Q  Did you prepare analyses of the
3 relationship between flock size and income in the
4 egg industry?
5     A  Yes.
6        MR. TAKENOUCHI:  Objection to form.
7 BY MR. OLSON:
8     Q  And what was the purpose of those types of
9 reports and analyses?
10     A  Well, they are all aimed at maintaining a
11 healthy industry.  Healthy is usually interpreted as
12 being economically sound.  And you're working with a
13 mass audience as opposed to individuals.
14        Individual consulting without a fee is
15 available at all times for any of these discussions,
16 but as we feel -- as I feel the needs of the
17 industry, along with any given line, I will tend to
18 emphasize that for a time period.
19     Q  And how did analyses of the relationship --
20        (Interruption in the proceedings.)
21        MR. OLSON:  Who joined?  Who joined the
22 deposition?  Did someone join?
23     Q  All right.  How did the analyses that you
24 prepared of the relationship between flock size and
25 income relate to maintaining a healthy industry?

---

31

1     A  Well, first of all, we have to be concerned
2 about costs, and then we have to be concerned about
3 income.
4        The greatest income is from eggs in this
5 particular case: that's almost 100 percent of it.
6 At times it might have been as low as 90 percent,
7 but it is normally -- today it is about a hundred.
8        Costs are predominantly feed.  And so we
9 place a lot of emphasis on feed costs and feed
10 consumption, factors affecting feed consumption and
11 so on.  And then the other costs make up the balance
12 of -- and so between the two, costs and income, we
13 have a measure of the well-being of the industry.
14     Q  And what was the purpose of projecting the
15 size of the nation's table egg laying flock and
16 looking at flock size?
17        MR. TAKENOUCHI:  Objection: form.
18        THE WITNESS:  Well -- excuse me.
19 BY MR. OLSON:
20     Q  You can answer the question.
21     A  I can answer it?
22        There are many, many reasons why prices
23 change.  And the main one that's recognized is the
24 size of the flock.  More eggs, less price; less
25 eggs, more price.

---

32

1     Q  Now, would it be fair to say that one focus
2 of your work was providing sound data that UEP could
3 use to help persuade its members to manage egg
4 supply?
5        MR. TAKENOUCHI:  Objection to form.
6        THE WITNESS:  Yes.
7 BY MR. OLSON:
8     Q  And based on your years of experience being
9 affiliated with UEP, would it be fair to say that
10 one of the things that UEP did was to try to
11 persuade its members to manage egg supply?
12        MR. TAKENOUCHI:  Objection to form,
13 "affiliated."
14        THE WITNESS:  Would you state the question
15 again, please?
16 BY MR. OLSON:
17     Q  Sure.  Based on your years of experience
18 being affiliated with UEP, would it be fair to say
19 that one of the things that UEP did was to try to
20 persuade its members to manage egg supply?
21     A  Yes.
22        MR. TAKENOUCHI:  Same objection.
23 BY MR. OLSON:
24     Q  And did you think that was an important
25 thing to do?

---

33

1     A  Yes.
2     Q  And did UEP, from time to time, ask for
3 your assistance in doing that?
4        MR. TAKENOUCHI:  Objection to form.
5        THE WITNESS:  I'd say yes and no.
6 BY MR. OLSON:
7     Q  Did UEP, from time to time, ask for you to
8 prepare reports or analyses that would help it
9 persuade its members to manage egg supply?
10        MR. TAKENOUCHI:  Objection to form.
11        THE WITNESS:  I'd have to say yes and no
12 again.
13 BY MR. OLSON:
14     Q  And what's the yes part?
15     A  The yes part is that everyone associated
16 with the egg industry recognizes the relationship
17 between volume of production, bird members and
18 price.  And it's -- the relationships are fairly
19 well established.
20        Anything that I would say -- that we have
21 too many chickens, that we don't have enough
22 chickens -- in a hundred examples, not just in so
23 many words, but in a hundred different examples,
24 applications, that that would be one of my roles,
25 uh-huh.

9 (Pages 30 to 33)

**HIGHLY CONFIDENTIAL**

---

34

1      Q   And one of your roles was to provide data
2  that would help the industry balance the supply of
3  eggs with the demand for eggs, right?
4      A   That's right.  We provided a one-source
5  place to go for statistics.  The statistics didn't
6  start with me, but they were focused by me on the
7  problem.
8      Q   And were there times that UEP or its
9  leaders, like Gene Gregory, for example, would ask
10  you to develop plans for the industry at times when
11  there was an oversupply of eggs in the market?
12      MR. TAKENOUCHI:  Objection to form.
13      THE WITNESS:  Yes.
14  BY MR. OLSON:
15      Q   And were there times when you were invited
16  to give presentations to the UEP board of directors
17  regarding ideas for how to balance supply of eggs
18  with demand?
19      A   Yes.
20      Q   And were there times when you were invited
21  to USEM meetings?  And are you familiar with what
22  USEM is?
23      A   I've never been invited to their meetings.
24      Q   Are you sure?
25      A   Are you talking about the egg

---

35

1  marketing association -- producers --
2      Q   Sorry.  United States Egg Marketers.
3      A   I may have been to their meeting once,
4  but -- I think I'll have to say I may have been.
5  There are so many different organizations, and --
6  associated with the egg industry, including Urner
7  Barry and so on.
8      But I seem to recall that I might have had
9  a meeting with the marketing association, but
10  certainly nothing routinely.
11      Q   But do you recall being asked to provide
12  data and analyses to help support USEM with the
13  flock reduction program?
14      A   Yes and no.  I guess you'll have to explain
15  what the flock reduction program is.
16      Q   Well, to your knowledge, what is a flock
17  reduction program?
18      A   Well, it could be cage density.  That's
19  probably the most visible.  It could be when we
20  worked with them for a national marketing order to
21  license production and I wrote several papers, so
22  it's a difficult one to answer with one word.
23      Q   It could include a number of different
24  things, is that your point?
25      A   Yes, I guess.

---

36

1      Q   Now, the first one you mentioned is cage
2  density.  How can cage density be used in a flock
3  reduction program?
4      MR. TAKENOUCHI:  Objection to form.  We are
5  just talking about --
6      MR. OLSON:  Please no speaking objections.
7  You objected to form.  Thank you.
8      MR. TAKENOUCHI:  I'm trying to
9  understand --
10      MR. OLSON:  You objected to form, and
11  that's fine.
12      THE WITNESS:  Cage density to most people
13  means how much space do you give your chickens, and
14  that also is related to how many birds you put in
15  the cage.  It's not necessarily the number of birds
16  you have in the nation, that's not cage density.
17  That's hen population.
18      Cage density, I first started my research
19  with the extension service in about 1963 with cage
20  density experiments.  At that time most cages held
21  one bird.  The industry readily found that that was
22  not the way to go, it was not the economic way to go
23  and so they went to two.
24      What does that do?  That increases the
25  population by a hundred percent.  And then they went

---

37

1  to three, and so on, and so on.
2      So cage density is one of the easiest
3  things to correct and to demonstrate that this is
4  too much or too little.
5  BY MR. OLSON:
6      Q   And how does cage density relate to flock
7  reduction, specifically?
8      A   The same thing.  The -- if we're interested
9  in reducing the flock size because the profitability
10  of the industry is absent, that's one of the first
11  things that anybody can do.  And it's also not only
12  useful to the industry as a whole, but it is
13  extremely useful to the individual who is going
14  bankrupt.
15      There's always the individual --
16  individual's needs as opposed to the industry's
17  needs.
18      Q   Now, are these points about cage density
19  that you were just making ones that you communicated
20  to UEP and its members?
21      A   All the time --
22      MR. TAKENOUCHI:  Objection to form.
23      THE WITNESS:  All the time, yes.
24  BY MR. OLSON:
25      Q   And it would be fair to say that -- that

---

10 (Pages 34 to 37)

**HIGHLY CONFIDENTIAL**

---

**38**

1  you recognize, based on your work for the industry,
2  that one way UEP members could manage egg supply was
3  by adopting guidelines relating to cage density?
4      MR. TAKENOUCHI: Objection to form.
5      THE WITNESS: Yes.
6  BY MR. OLSON:
7      Q  And one way of adopting those guidelines
8  would be to adopt welfare guidelines?
9      MR. TAKENOUCHI: Objection to form.
10     THE WITNESS: Welfare guidelines is a broad
11 series of management tools that does not just
12 include cage density, but cage density is one of the
13 issues that can contribute to this.
14     So -- go ahead.
15 BY MR. OLSON:
16     Q  And one of the things that welfare
17 guidelines could be used for is to manage supply?
18     MR. TAKENOUCHI: Objection to form.
19     THE WITNESS: That is an outcome of
20 managing cage density, would be to manage the flock
21 size, but it's also a way of managing the flock's
22 health and welfare and other issues that are in
23 demand by the industry, by the people associated
24 with the industry.
25 BY MR. OLSON:

---

**40**

1  improve margins for the individual producers.
2  BY MR. OLSON:
3      Q  But you recognize that molting also
4  affected output, right?
5      A  Everything affects output.
6      Q  Molting does?
7      A  Go ahead with the rest of them, but
8  everything affects output.
9      Q  Including molting, right?
10     A  Yes, up and down.
11     Q  But, in general, your work indicated to you
12 that using molting affected output down?
13     MR. TAKENOUCHI: Objection to form.
14 BY MR. OLSON:
15     Q  Right?
16     A  One of the outcomes of the replacement
17 program which includes molting, is average egg
18 production will be less.
19     Q  And were there times when UEP, as part of
20 its efforts to address supply issues, would
21 recommend early molting programs to its members?
22     MR. TAKENOUCHI: Objection; lacks
23 foundation.
24 BY MR. OLSON:
25     Q  To your knowledge?

---

**39**

1      Q  Now, you -- we were talking about factors
2  that impact national egg supply and we've been
3  talking about cage density.
4      I take it, as a result of your work in the
5  industry, you identified other factors that would
6  affect national egg supply; is that right?
7      A  Yes.
8      Q  And let me identify a factor, and you let
9  us know if it's one you identified as playing a
10 major role --
11     A  Yes.
12     Q  -- in affecting national egg production.
13     The degree of flock recycling, is that a
14 factor?
15     A  Yes.
16     Q  And that refers to the molting process,
17 correct?
18     A  Recycling means molting, yes.
19     Q  And as part of your work, you recognized
20 that molting could be a way of impacting national
21 egg production?
22     MR. TAKENOUCHI: Objection to form.
23     THE WITNESS: That would not be the goal of
24 anything I've ever done on molting. The goal of
25 using molting is to reduce costs and, therefore,

---

**41**

1      A  Yes.
2      Q  And what is the purpose of recommending an
3  early molting program in order -- how does that
4  relate to managing supply?
5      MR. TAKENOUCHI: Objection; foundation.
6      THE WITNESS: When you molt chickens, that
7  particular flock goes to zero production. And if
8  the country is overproducing, then a number of
9  farmers going to zero production over given a period
10 of time is beneficial to the industry because it
11 reduces egg members.
12 BY MR. OLSON:
13     Q  Is there an additional way that molting can
14 be used to manage supply, other than that period
15 when there is zero production?
16     A  The average rate of lay would be about 10
17 percent less year in, year out.
18     And if we have 10 percent too many
19 chickens, that's one way of remedying that problem.
20     Q  So would it be fair to say that in times of
21 low margins in the egg industry, molting can make
22 economic sense?
23     A  Absolutely, yes, yes.
24     Q  Thank you. But in terms of high profits,
25 high margins, molting makes less sense?

---

**11 (Pages 38 to 41)**

**HIGHLY CONFIDENTIAL**

42

1    A   Well, the answer is yes.
2    Q   Now, as far as other factors that affect
3  the size of national egg production, how about the
4  age of hens?
5    A   Yes.
6    Q   How does that affect the size of national
7  egg production?
8    A   Well, the older the chickens, the fewer the
9  eggs.
10      And so if you do molt, you're going to
11  increase their average age by 30 or 40 weeks, which
12  is considerable.  Or if you let your flocks go
13  without molting, you're going to keep them for a
14  longer period without molting, and so the same thing
15  is going to happen.
16    Q   And how about the use of exports, can that
17  have a large impact on national egg production?
18      MR. TAKENOUCHI:  Objection to form.
19      THE WITNESS:  Yes.
20  BY MR. OLSON:
21    Q   And how does the use of exports affect the
22  size of national egg production?
23    A   Well, the current problem in Mexico is a
24  prime example.  They are short of eggs because of a
25  disease problem.  They go to their neighbor, the

43

1  United States, and buy eggs.  And when you take eggs
2  off the market, your market goes up.
3    Q   And, to your knowledge, did UEP, or
4  affiliated groups with UEP, engage in exports for
5  that reason?
6      MR. TAKENOUCHI:  Objection to form,
7  foundation.
8      THE WITNESS:  I can't tell you the motive
9  of UEP or their organizations to do that.
10  Obviously, there are eggs that don't move on the
11  local market and, therefore, new markets have to be
12  sought.
13  BY MR. OLSON:
14    Q   And, really, I'm just trying to ask a
15  question about your level of knowledge.  How
16  knowledgeable were you about UEP or USEM's export
17  practices?
18      MR. TAKENOUCHI:  Objection to form.
19      MR. OLSON:  What's the objection?
20      MR. TAKENOUCHI:  Compound.
21      THE WITNESS:  Just what I read in the trade
22  press.
23  BY MR. OLSON:
24    Q   Fair enough.
25      Now, based on your work in the egg

44

1  industry, you understood that the egg industry could
2  make more money with fewer birds, right?
3    A   Yes.
4    Q   That's something you mentioned before
5  today, right?
6    A   Yes.
7    Q   And that's a fact that you would stress to
8  UEP and its members?
9    A   Yes.
10    Q   Now, as part of your work for the egg
11  industry, did you also come to understand that
12  increasing floor space allowances could be difficult
13  for an individual producer on its own to justify?
14    A   Yes.
15    Q   Because if a producer just increases floor
16  space allowances on its own, that might reduce its
17  profits, right?
18    A   Reduces volume of production, yes.
19    Q   But did you also recognize that increasing
20  floor space allowances could be justified for a
21  producer if it knew that a significant number of
22  other producers were also going to do it?
23      MR. TAKENOUCHI:  Objection to form,
24  speculation.
25      THE WITNESS:  First of all, if you take the

45

1  range of modifying your density from low to high,
2  you can go too far on either end, too few or too
3  many.
4      My concern in evaluating this is what does
5  it return for dollar invested.  And four birds in a
6  three-bird cage is too many, one or two birds is too
7  few.  So the answer is yes and no.
8      To the individual, the industry is mainly
9  interested in modifying the total population, and
10  they have to have individual people to cooperate and
11  do that.
12  BY MR. OLSON:
13    Q   But I just want to focus on this problem of
14  increasing floor space allowances across the
15  industry.
16    A   Sure.
17    Q   It might be good for everyone in the
18  industry, as long as you don't go too far, right?
19      MR. TAKENOUCHI:  Objection to form.
20  BY MR. OLSON:
21    Q   Is that the point you were making?
22    A   Each farmer has to judge for his own sake.
23      You would only benefit three eggs per bird
24  if you reduce your density.  I might be involved in
25  20 eggs.  Your answer is different than my answer.

**12 (Pages 42 to 45)**

HIGHLY CONFIDENTIAL

46

1       The nation has to look at the averages.
2   And if someone is going to recommend, such as myself
3   or UEP or anyone else that's in the advisory
4   business, you have to be talking to the average
5   company.  And the average is not necessarily for you
6   or for him.  But, using a model, computer model,
7   what have you, you can say that, well, on the
8   average, it doesn't pay to put the fourth bird in
9   the cage.
10      Q   Okay.  So let's say that recommendation is
11  made.  Now, looking at the individual -- an
12  individual producer, if they are worried that they
13  are going to do it but they are going to be the only
14  one to do it, that may be hard to justify because
15  they're reducing their volume but not getting a
16  larger benefit, fair?
17      A   Uh-huh.
18          MR. TAKENOUCHI:  Objection to form.
19          MR. OLSON:  You have to say yes.
20          MR. GODLSTEIN:  Say yes.
21          THE WITNESS:  Yes.
22  BY MR. OLSON:
23      Q   But that same producer might be more
24  willing to follow that recommendation if it knew
25  that a large percentage of the industry was also

47

1   going to do it, fair?
2           MR. TAKENOUCHI:  Objection to form,
3   speculation.
4           THE WITNESS:  They are all competitors to
5   each other, and they don't want a different set of
6   rules for me than for you.
7   BY MR. OLSON:
8       Q   So the answer is that is fair, one might be
9   more willing to do it if you knew that others were
10  going to do it as well?
11          MR. TAKENOUCHI:  Objection to form.
12          THE WITNESS:  I think that would -- yes,
13  the answer is yes.
14  BY MR. OLSON:
15      Q   And that's one of the problems that faced
16  UEP in working with its members to manage egg
17  supply, right?
18      A   Yes.
19      Q   In other words, if an individual producer
20  is doing it on its own, it might be against its
21  self-interest to increase floor space allowance, but
22  would be in its interest if it was done jointly
23  across the industry?
24          MR. TAKENOUCHI:  Objection; misstates prior
25  testimony.

48

1   BY MR. OLSON:
2       Q   Is that fair?
3       A   It would be, quote unquote, more fair if
4   everyone followed exactly the same rules.  But it's
5   not economically fair to impose a rule on you when
6   you don't need that rule or to me when I do.
7       Q   Maybe my use of the word "fair" was
8   confusing the question.  I'm sorry.
9       A   Okay.
10      Q   I'm asking if I'm describing the problem
11  fairly.  And the problem facing UEP is that you want
12  to increase floor space allowance to manage egg
13  supply.  It's not in an individual producer's
14  self-interest to do that on its own, but it might be
15  if producers were doing it jointly?
16          MR. TAKENOUCHI:  Objection: lacks
17  foundation, speculation.
18          THE WITNESS:  I think you have a very
19  difficult question there, because in all degrees of
20  fairness or current experiences, cage density, you
21  only get three eggs, I get 20, that's why we analyze
22  each company by itself.
23          And then once you have all that knowledge
24  of all these companies, you never have a hundred
25  percent, of course, as you know, but you say, well,

49

1   this is the rule of thumb or this is what most
2   people are doing and they are going down the wrong
3   path.  For their personal success or failure, if
4   they are going down the wrong track, if you use the
5   model.
6           But this person over here, that's an
7   exceedingly good manager or this person is a
8   terrible manager, they have totally different
9   reactions.  These people over here will go broke --
10  bankrupt.  These people over here may make a very
11  good living.  So it's a matter of audience.  And
12  when I use the word "average," there really is no
13  such thing.  But you do have variable audience out
14  there that these things we are talking about affect
15  everybody differently.
16  BY MR. OLSON:
17      Q   Did you have ideas for how UEP could help
18  egg producers manage egg supply jointly?
19          MR. TAKENOUCHI:  Objection to form.
20          THE WITNESS:  Clarify your question.
21  BY MR. OLSON:
22      Q   Did you have ideas for how UEP could help
23  egg producers work together to manage egg supply?
24          MR. TAKENOUCHI:  Same objection.
25          THE WITNESS:  Well, I've used the

13 (Pages 46 to 49)

**HIGHLY CONFIDENTIAL**

---

**50**

1  expression persuasion as opposed to regulation.
2  There are examples of regulation where you and I
3  both must do the same thing. Europe is a good
4  example of that going on right now. Cages are
5  disallowed in countries that still wish to run
6  cages.
7      So persuasion without penalty is a pretty
8  good tool. If you can do it by friendship and
9  relationship, if you can do it by example, but
10 you're trying to persuade people to look at their
11 books, look at their records, look at it from this
12 viewpoint and this viewpoint. Are you considering
13 taxes, are you considering labor costs, and so on.
14 So persuasion and education is a very important part
15 of this.
16 BY MR. OLSON:
17     Q  Do you recall making a recommendation that
18 UEP take a stronger stand on the issue of space
19 allowances?
20     A  Sure, yes.
21     Q  And what was the reason for that
22 recommendation?
23     MR. TAKENOUCHI:  Objection to form.
24     THE WITNESS:  Because I know that if we
25 reduce the number of birds in the United States,

**51**

1  that the egg producers in the United States will
2  have a more profitable relationship, set of results.
3      I've looked at costs and income and profits
4  for 55 years, and I've done studies every year for
5  55 years, so I feel like I have a feel for the
6  general health of this industry. And, therefore, I
7  think I'm entitled to use my experience to make
8  recommendations.
9      (Deposition Exhibit 2 was marked for
10     identification by the court reporter
11     and is attached hereto.)
12 BY MR. OLSON:
13     Q  Let me hand you what we've marked Bell 2.
14     A  Sure. Yeah, I've seen this.
15     Q  Okay. Just give me a moment here.
16     And Bell 2 is Bates-stamped, for the
17 record, BELL-D-00031284 through -31295.
18     Mr. Bell, can you identify this document
19 for us: in other words, just generally describe what
20 it is?
21     A  This is, obviously, a speech and these are,
22 obviously, slides, and it was done in 1992, and I
23 don't know where.
24     Q  And the title of this speech was "Managing
25 the Nation's Laying Flock"?

**52**

1      A  That's true.
2      Q  And that's the topic you spoke on over the
3  course of your 55 years, correct?
4      A  Yes.
5      Q  So we touched on a lot of these issues, but
6  I just wanted to go over a couple of them.
7      Let's look at slide 8 on the second page.
8  The slide is entitled, "Production Change vs Egg
9  Income"?
10     A  Yes.
11     Q  And there is a little graph here, and the
12 reference to a 1:4.5 ratio.
13     Can you just describe what information is
14 conveyed on slide 8?
15     A  This is titled, "Production Change vs Egg
16 Income," and then it says, "(1:4.15 ratio)."
17     It says that for each 1 percent change in
18 production, that the egg price will change in the
19 opposite direction 4 1/2 percent. Percent, not
20 cents. Percent, not cents. And then the graph
21 depicts that relationship.
22     Q  So, in other words -- okay. Fair enough.
23 Let's move on.
24     Let's look at slide 14 titled "Factors" --
25     A  14?

**53**

1      Q  Yes. It is titled, "Factors Which Have
2  Largest Impact on National Egg Production."
3      A  Uh-huh.
4      Q  And listed are "Cage Density," "Flock
5  Recycling," "Age" and "Exports."
6      Do you see that?
7      A  That's where you got your questions from.
8      Q  And we discussed those factors already,
9  right?
10     A  Yes.
11     Q  Under "Exports" you wrote, "'Release valve'
12 for surplus production."
13     Can you explain what that means?
14     A  Release valve is when pressure gets a
15 little high -- a little too high for your cooking or
16 whatever it is you're running a plant of some kind.
17 Release valve allows some of the volume to escape,
18 and I guess that's why I used that term.
19     Q  And was that something that was practiced
20 in the U.S. egg industry, to your knowledge?
21     MR. TAKENOUCHI:  Objection to form.
22     THE WITNESS:  The percentage of eggs that
23 have gone overseas, which includes Mexico, it's
24 usually the Asian market, and we have product eggs,
25 as well as shellings.

**14 (Pages 50 to 53)**

**HIGHLY CONFIDENTIAL**

---

**54**

1      Historically, it's been about 2 percent.
2  That's not much, but if you apply that 2 percent to
3  the formula that we just looked at, it becomes 9,
4  doesn't it?  4 1/2 times 2.
5  BY MR. OLSON:
6      Q   Right.
7      A   That 2 was the total.  If you change the 2
8  to the 4 and increase your exports, that's what
9  we're talking about.
10      Now, nobody says our eggs have to stay
11  within our boundaries, because that's a market too,
12  t-o-o.  And, therefore, individual companies will
13  choose that market, especially if the price is
14  depressed.
15      Q   All right.  Let's look at slide 37.  It is
16  titled "Supply Management Systems."
17      A   37?  Okay.
18      Q   Are you there?
19      A   Uh-huh -- yes.
20      Q   And I think we've touched on some of these
21  points as well.  Here you lay out in bullet form
22  four different supply management systems, right?
23      A   Yes.
24      Q   The first one is "Quota schemes," and you
25  say that they've usually failed; is that right?

---

**55**

1      A   Yes.
2      Q   The second one is "Voluntary -
3  Self-Interest."  The third is "Guidelines," it says
4  "(e.g. welfare)"?
5      A   Yes.
6      Q   And the last one is, "Persuasion based upon
7  sound data," and it says, "e.g. UEP"?
8      A   Yes.
9      Q   The point you're making, particularly the
10  last bullet, is that as of this time, early 1990,
11  UEP, UEP supply management system, was a
12  persuasion-based approach using data?
13      MR. TAKENOUCHI:  Objection to form,
14  foundation.
15      THE WITNESS:  Not exclusively.  I think
16  they were involved -- this would also be involved in
17  voluntary -- I think they would also be involved in
18  guidelines.
19  BY MR. OLSON:
20      Q   Okay.  And here is a place where you're
21  pointing out that welfare guidelines can be used as
22  a supply management system, correct?
23      MR. TAKENOUCHI:  Objection to form.
24      THE WITNESS:  I'm not giving you a -- I'm
25  not weighting these or they are not in any

---

**56**

1  specific -- well, they are in a specific order.  But
2  I'm not giving more weight to one versus the other,
3  I guess, is what I'm trying to say.
4      The welfare question has certain natural
5  outcomes, many outcomes, positive and negative.  And
6  so I don't want you to get the opinion that that's
7  the only reason why we have welfare.
8  BY MR. OLSON:
9      Q   We're going to get into those.
10      A   Okay.
11      Q   But I just wanted to -- as far as the
12  information being conveyed on this slide 37 --
13      A   Basically, yes.
14      Q   -- in the early 1990s was one possible
15  supply management system using welfare guidelines?
16      A   That's an example, yes.
17      Q   And that's something that you recognized at the
18  time, right?
19      A   Yes.
20      Q   And is that something that you discussed
21  with the folks at UEP, like Mr. Gregory or Al Pope?
22      MR. TAKENOUCHI:  Objection; form.
23      THE WITNESS:  This was written in 1992,
24  right?  When did Mr. Gregory come on board?
25      I'm not supposed to ask questions.

---

**57**

1  BY MR. OLSON:
2      Q   You know, that's a fair one, and I should
3  know.  Maybe we'll try to get the answer to that for
4  you.  But I'm referring to at any time.  Speak at
5  any time.
6      A   Ask the question again.
7      Q   Okay.  This idea of using welfare
8  guidelines as part of a supply management system, is
9  that one you recall discussing at any time with
10  Al Pope or Gene Gregory?
11      MR. TAKENOUCHI:  Objection; form.
12      THE WITNESS:  Well, the fact that it's here
13  in this document and then they receive this document
14  and they may send this document to their membership
15  and they have a board of directors.  So I would
16  expect this particular slide, as you selected this
17  particular slide, to be discussed.
18  BY MR. OLSON:
19      Q   And is it possible that on other occasions
20  you would have discussed that topic with UEP
21  officers or its board of directors?
22      MR. TAKENOUCHI:  Objection; form,
23  speculation.
24      THE WITNESS:  This slide?
25  BY MR. OLSON:

---

**15 (Pages 54 to 57)**

**HIGHLY CONFIDENTIAL**

58

1    Q   No, just that concept.
2    A   That concept?
3        MR. TAKENOUCHI:  Objection to form.
4        THE WITNESS:  Well, I know what you're
5    driving at, but --
6    BY MR. OLSON:
7    Q   Well, I'm actually just wondering, and it's
8    fair whenever I ask a question to say "I just don't
9    recall."  I asked you a question if you recall
10   discussing it.  You pointed to a slide --
11   A   I don't have a photographic memory.
12       MR. GODLSTEIN:  Don, you're doing a great
13   job, but try to remember what Steig said to you
14   about not talking over him when he's talking, and
15   he'll do the same for you, so we don't drive our
16   court reporter crazy.  Okay?
17       THE WITNESS:  Thank you.
18       In the conversations with UEP officials
19   and/or members, board members, or just plain old
20   members, I'm sure we spelled out that if you do this
21   from a welfare standpoint, that it's going to have
22   effects on price.
23       And if you allow 67 square inches -- are
24   you familiar with that number?
25   BY MR. OLSON:

59

1    Q   Yes.
2    A   And Don Bell says you should give them 72,
3    you know there's -- or the other direction, that you
4    can affect it up or down, the results, because
5    Don Bell is not going to say that 72 is the number,
6    nor is the welfare committee or anything like that.
7        So I hope, in my discussions with UEP, that
8    the principles will be on the table and that we will
9    give an equal fairness to too many chickens or too
10   few chickens, because they are both involved.
11   Q   And would it be fair to say that you
12   recognized at some point that the primary way to
13   reduce nationwide chick hatch was through a
14   long-term cage space program?
15       MR. TAKENOUCHI:  Objection to form.
16       THE WITNESS:  Cage space program, is that
17   what you said?
18       Hatches hasn't even come into the
19   discussion yet, so you brought it in there.
20   BY MR. OLSON:
21   Q   Okay.  Sorry.  We're just talking about
22   nationwide egg production.
23       Would it be fair to say that, based on your
24   work, at a certain point you recognized that the
25   primary way the industry could manage nationwide egg

60

1    production was to use a long-term cage space
2    program?
3    A   That's one of the easiest ways, easiest to
4    demonstrate.
5    Q   Just to pause there, do you recall
6    approximately when you reached the conclusion that
7    that would be one of the easiest ways to accomplish
8    that goal?
9    A   Well, the question of optimum cage space,
10   one of the outcomes is it is going to change the
11   volume of eggs.  And we've already discussed the
12   volume of egg relationship to egg price.
13       So the very first experiment I did in the
14   early '60s that showed a dramatic difference in egg
15   numbers, but from the same cage, that's the start of
16   a 55-year recommendation, and it still exists today.
17   Q   And was there a time when you concluded
18   that in the United States an industry-wide program
19   involving cage space guidelines was the best way to
20   manage U.S. egg supply?
21       MR. TAKENOUCHI:  Object to form.
22       THE WITNESS:  It would result -- it would
23   get results the fastest, it would be the easiest to
24   apply, but everyone wouldn't be in agreement with
25   it.

61

1    BY MR. OLSON:
2    Q   And were these concepts about that type of
3    approach being fast and easy to apply ones that you
4    discussed with UEP and its officials from time to
5    time?
6    A   Yes, uh-huh.
7    Q   Now, we've talked about animal welfare
8    briefly.
9        MR. GODLSTEIN:  Steig, before we go on,
10   we've been going about an hour now.  Would this be a
11   convenient time to take a ten-minute break?
12       MR. OLSON:  Sure, if the witness would like
13   that, that would be fine.
14       MR. GODLSTEIN:  Thanks.
15       THE VIDEOGRAPHER:  We are off the record.
16   The time is 11:00 a.m.
17       (Recess.)
18       THE VIDEOGRAPHER:  We are back on the
19   record.  The time is 11:15 a.m.
20       MR. GODLSTEIN:  So let's go for another
21   hour or so, and then at that point I'd like to step
22   out with Mr. Bell and see where we are and whether
23   we can keep going a little longer or what, and then
24   we'll make a decision at that point.  Okay?
25       MR. OLSON:  Absolutely.

**16 (Pages 58 to 61)**

**HIGHLY CONFIDENTIAL**

---

**62**

1  Q  Mr. Bell, if you don't even make an hour
2  and want to break before then, let us know.
3  A  Keep at it.
4  Q  Okay.  Now, before the break, this concept
5  of chick hatch came up.  Now, is one way to reduce
6  egg supply focusing on reducing chick hatch?
7  A  Yes.
8  Q  And what is -- generally speaking, what is
9  chick hatch reduction?
10  A  Chick hatch is adult chickens six months
11  pre, prior to the adult chicken.  So it takes six
12  months to grow.  So if you have an indication that
13  you have an increase in chick hatch, this is also an
14  indication you're going to have more adult chickens
15  six months later.
16  And so it was given a lot of attention in
17  earlier years, the direction of chick hatch, but
18  there are so many factors -- if a person is going
19  broke, he doesn't buy as many chicks, and that's the
20  same as the total volume, it's the whole industry.
21  If the industry is in trouble, they won't buy as
22  many chicks.  They don't buy as many chicks, and
23  that's what gives us cycles.  The cycle in the
24  industry is about five years, and that's why we talk
25  about five-year averages, because that's the period

---

**63**

1  of time when you have to consider all these issues.
2  Q  And was this a challenge in the industry,
3  how to try to address the cyclical nature of chick
4  hatch and egg production?
5  A  It is a cyclical fact of life, and you
6  can -- I've got charts I've used in my speeches
7  where you can see a profitable industry, too many
8  chicks, too many adults, too many eggs, an
9  unprofitable industry and then back around.
10  And so this has got to be realized, because
11  it is a cyclic industry.  You can't just look at one
12  year at a time and say it means anything.
13  Q  Now, did you give some thought as part of
14  your work for the egg industry on how to overcome
15  the cyclical nature and have a long-term solution to
16  the supply issue?
17  A  Yes, we've made a proposal with UEP and
18  presented at one of their meetings about quotas.  A
19  quota is a regulatory concept.
20  Q  And --
21  A  Go ahead.
22  Q  And aside from quotas, did you have other
23  ideas about how to address the long-term solution
24  for the supply issue?
25  A  The entire list that you have copies of

---

**64**

1  factors affecting egg price, all of these have to be
2  considered collectively.
3  Q  And when you refer to that list, you're
4  referring to the list in Bell Exhibit 2, the slide
5  you prepared in the early '90s?
6  A  Which one was it?
7  Q  Exhibit 2, slide 37?
8  A  37.  That and other documents that you
9  folks all have.  You came to my house and took all
10  my documents, remember?
11  Q  We didn't take all your documents.
12  A  Oh, yes, you did, you did.  You searched
13  under my carpet.
14  Q  We'll hold that to one side.
15  A  Okay.
16  Q  Would it be fair to say that one way that
17  was discussed to provide a long-term solution to the
18  supply issue was to have a long-term cage space
19  program?
20  MR. TAKENOUCHI:  Objection to form.
21  THE WITNESS:  I'm sure it was discussed by
22  some people.  I don't -- I'm trying to think if I
23  did it.  You want to know if I did it?
24  BY MR. OLSON:
25  Q  Yes, if you were involved in the

---

**65**

1  discussions.
2  A  Well, obviously, I am concerned about
3  managing the nation's laying flock from the
4  standpoint of the health of the industry.  And if
5  that's one -- we listed four of them over here, or
6  whatever it is, there is a longer list someplace
7  else that you've got.  Many, many, many factors.
8  Anything that the farmer does to reduce
9  cost or increase income, bird numbers are involved.
10  Q  All right.  Let's talk about the --
11  actually, another issue came up before the break.
12  You were talking about cage sizes, and you mentioned
13  67 inches versus 72 inches.
14  A  Right.
15  Q  Now, you were a member of the Scientific
16  Advisory Committee, correct?
17  A  Yes.
18  Q  Why didn't the Scientific Advisory
19  Committee just insist on a minimum of 72 inches for
20  every hen?
21  MR. TAKENOUCHI:  Objection: leading.
22  THE WITNESS:  The optimum numbers battered
23  around the industry worldwide and the United States
24  varies from 150 inches to 50 inches.  So the
25  committee -- now we're talking about the industry

---

**17 (Pages 62 to 65)**

**HIGHLY CONFIDENTIAL**

66

1  advisory committee, right?
2  BY MR. OLSON:
3      Q   We'll call it the Scientific Advisory
4  Committee --
5      A   Scientific, that's fine.
6          Several people were assigned this question,
7  to take a look at the research.
8          Well, the research is just enormous on this
9  question.  And all the answers aren't the same.
10     Q   But no one is really -- there's no
11  reputable research saying 50 inches is optimal for
12  the welfare of hens, is there?
13         MR. TAKENOUCHI:  Objection to form.
14         THE WITNESS:  I said economically optimal.
15  BY MR. OLSON:
16     Q   Oh, economically optimal?  Understood.
17     A   Most of the research went on pre humane
18  society, if you understand what I'm talking about.
19  All the research that went on before that had to do
20  with production efficiencies, economics, how many
21  eggs, you know, mortality, all those things.
22         The human society insisted that you needed
23  to bring in welfare issues, such as frustration,
24  peck order, a totally different ball game than I was
25  involved with.

67

1          We had measurable things.  I don't know
2  whether you're frustrated right this moment or not,
3  you see, we're supposed to do that with the chicken.
4  I can't tell humans if they are frustrated or if
5  you're high on the peck order or low on the peck
6  order.  But there is about 20 different behavioral
7  characteristics that the scientists who work in that
8  area are concerned about.
9          Well, on the advisory committee we had one
10  or two that had that background.  I didn't have that
11  background.  I didn't -- I was only interested in
12  egg numbers, egg size, mortality and what it all
13  meant economically.
14     Q   And is that why you were chosen for the
15  Scientific Advisory Committee, to your knowledge?
16         MR. TAKENOUCHI:  Objection; foundation.
17         THE WITNESS:  I was asked to be on the
18  committee by UEP.
19  BY MR. OLSON:
20     Q   By who at UEP?
21     A   Good question.  Gene or Al, I'm not sure
22  which.  The rest of the committee was appointed by
23  the appointed chair.
24     Q   And what do you recall about being asked by
25  UEP to be on the committee?

68

1      A   What do I recall?
2      Q   I mean, do you recall the conversation, do
3  you recall how it happened, do you recall anything
4  about it?
5      A   No.  It's just a long-term relationship
6  with these people, all the way to the farmer, that
7  they endorsed me to be on the committee and they
8  wished me to be on the committee because of my
9  experience.
10     Q   Your experience with economic issues?
11     A   All issues, all the welfare issues, except
12  for these frustration issues, yeah.
13     Q   That's what I want to understand.
14     A   I mean, density, molting, beak trimming,
15  housing, all those issues.
16     Q   If we talk about density, for example --
17     A   Sure.
18     Q   -- did you have experience on how density
19  would affect the welfare of the chicken?
20         MR. TAKENOUCHI:  Objection to form,
21  definition of "welfare."
22         THE WITNESS:  It is what you include in the
23  welfare.
24         As far as frustration is concerned, no.  As
25  far as egg numbers are concerned, yes.  As far as

69

1  mortality -- mortality is a welfare issue, and
2  mortality, yes.
3  BY MR. OLSON:
4      Q   Okay.  So your experience with those types
5  of issues that you --
6      A   Measurable issues.
7      Q   Measurable and economic issues?
8      A   Yes.  Together, yes.
9      Q   All right.  Now, wouldn't it be fair to say
10  that from the standpoint of the hen, a minimum of 72
11  inches is required to let a hen do any of the
12  natural behaviors that a hen does, like stretch its
13  wings?
14         MR. TAKENOUCHI:  Objection; leading.  It
15  doesn't distinguish between different types of hens.
16         THE WITNESS:  That question when you added
17  stretch their wings is a matter of physical size and
18  movability around the cage.  Part of the rules say
19  they can't even touch each other.
20  BY MR. OLSON:
21     Q   Which rule?
22     A   Part of the Proposition 2.
23     Q   Okay.  But I'm just talking --
24     A   I know you're not, but that's a welfare --
25     Q   Isn't the scientific consensus that for a

18 (Pages 66 to 69)

**HIGHLY CONFIDENTIAL**

---

70

1 hen just to stretch out its wings it needs a minimum
2 of 72 inches? No?
3 A No.
4 Q Okay. Now, over what period -- do you
5 recall when you started working on the Scientific
6 Advisory Committee?
7 A Day 1.
8 Q So this is sometime in 1999?
9 A You have the record.
10 Q I believe we have February 1999. Does that
11 sound about right?
12 A (No audible response.)
13 MR. OLSON: I'll introduce that.
14 THE WITNESS: When you are retired, years
15 go very fast.
16 MR. OLSON: That's fair.
17 (Deposition Exhibit 3 was marked for
18 identification by the court reporter
19 and is attached hereto.)
20 BY MR. OLSON:
21 Q Let me hand you what we marked Bell 3.
22 This was previously Gregory 6.
23 A Thank you.
24 Q It is a United Voices publication.
25 Mr. Bell, did you receive United Voices

---

71

1 publications?
2 A Yes.
3 Q All right. And this publication is dated
4 February 22nd, 1999.
5 Do you see that?
6 A Yes.
7 Q And it refers to --
8 A The first meetings.
9 Q -- the first meeting, the February 12th and
10 13th?
11 A Yes.
12 Q Does that refresh your recollection about
13 when you started?
14 A Yes.
15 Q Now, this has a list of the members of the
16 Scientific Advisory Committee on the right-hand
17 side --
18 A Yes.
19 Q -- do you see that?
20 A Yes.
21 Q Is that an accurate list, to your
22 knowledge, of who the members --
23 A At that time, yes.
24 MR. GODLSTEIN: Just slow down a little bit
25 because you're jumping before he gets to finish his

---

72

1 question.
2 THE WITNESS: Sorry.
3 BY MR. OLSON:
4 Q So just to be clear, the members listed on
5 the right-hand side of this document, to your
6 knowledge, were the members of the Scientific
7 Advisory Committee as of February 1999, correct?
8 A They were not the only members.
9 Q Were there other members?
10 A I don't remember when Bill Chase became a
11 member.
12 Q Okay.
13 A But Bill Chase was one of the early
14 members, and he was veterinarian from a private
15 company.
16 Q But as of early 1999, at least these people
17 identified --
18 A At least, yeah.
19 Q -- were members of the committee, correct?
20 A Right.
21 Q Now, when you served -- you can put that
22 down.
23 When did you stop serving on the Scientific
24 Advisory Committee?
25 A Isn't that part of the termination?

---

73

1 Q Was that when you finally retired July 1,
2 2009?
3 A Did it say anything about the committee?
4 Q Yes, it does. It says it will end your
5 role.
6 A Yes, as a member of the Scientific Advisory
7 Committee, so that will be the date.
8 Q So you served on that committee over
9 approximately early 1999 through July 2009, correct?
10 A Sounds like ten years, right.
11 Q About ten years.
12 During the period that you served on the
13 Scientific Advisory Committee, were you paid any
14 form of compensation by UEP?
15 A I believe all I received was expenses to go
16 to the meetings, because I had no funds otherwise.
17 Q Mr. Bell, isn't it the case that you were
18 paid by UEP --
19 A Oh, I was on retainer, of course.
20 Q That's what I want to talk about.
21 A You didn't ask it that way.
22 Q Oh, sorry.
23 So during this period -- during most of the
24 period you were on the Scientific Advisory
25 Committee, you were on retainer by UEP?

---

**19 (Pages 70 to 73)**

**HIGHLY CONFIDENTIAL**

---

74

1      A   Yes.
2      Q   And as part of that retainer, you were paid
3   approximately $15,000 a year, correct?
4      A   Approximately, yes.
5      Q   Okay.  And you received compensation to
6   attend Scientific Advisory Committee meetings as
7   well?
8          MR. TAKENOUCHI:  Objection to form,
9   "compensation."
10         THE WITNESS:  Expenses were the only
11   additional to my retainer fee.  My retainer fee paid
12   for about two days of my time a month, and I gave
13   them a lot more than two days.
14  BY MR. OLSON:
15     Q   So when you say "expenses," you're
16   referring to things like travel expenses?
17     A   To get to Chicago, or wherever it was.
18     Q   As part of your work for UEP during that
19   period, you were -- did you also go on other trips
20   unrelated to the Scientific Advisory Committee?
21     A   Other trips?
22         MR. TAKENOUCHI:  Objection; misstates prior
23   testimony.
24         THE WITNESS:  About 400 of them.
25  BY MR. OLSON:

---

75

1      Q   Okay.  And UEP would compensate you for
2   those --
3      A   No, no, no.  The inviter would pay my
4   expenses to go to other meetings.  That's the
5   question you asked.
6      Q   Okay.  And from time to time UEP would
7   invite you to attend meetings?
8      A   To attend the annual meeting and make a
9   presentation.
10     Q   And you would be paid for that as well?
11     A   Just transportation, just the expenses.
12     Q   Okay.  What do you recall about what you
13   were told was the initial assignment of the
14   Scientific Advisory Committee?
15     A   I suppose it has a lot to do with
16   recommendations.
17     Q   And I don't want you to speculate at all.
18     A   Okay.  Okay.  All right.
19   No, I don't remember it at all.
20     Q   Okay.  Do you recall whether the mandate of
21   that committee changed over time?
22     A   The mandate of the committee?
23         MR. TAKENOUCHI:  Objection to form.
24         THE WITNESS:  The mandate, yes, changed
25   over time as we finished one section and added a

---

76

1   new.  For example, we started out with adult hens,
2   we then moved to growing pullets, which are younger
3   chickens, and then we went to alternative housing.
4   Alternative housing wasn't part of the original
5   mandate.
6          So there was four or five categories in the
7   original mandate, and as we -- I don't know what
8   they are talking about today, but the committee
9   still exists and they are addressing current issues,
10   I guess.
11  BY MR. OLSON:
12     Q   Now, let's talk about, particularly, the
13   early years of the committee.  How often would the
14   committee meet, generally?
15     A   Oh, I don't think more than twice a year,
16   maybe.
17     Q   And would those be in-person meetings?
18     A   In person?
19     Q   Yes.
20     A   Always.
21     Q   And was there any -- were there any formal
22   rules that you were aware of that governed how the
23   meetings would take place?
24     A   No.  Same kind of meeting as we have right
25   here.  We have a chairperson, and if somebody has

---

77

1   something to say, they raise their hand, I guess.
2      Q   So an open discussion?
3      A   An open discussion, right.
4      Q   Do you recall there being any procedure for
5   taking notes of those discussions or minutes of the
6   meetings?
7      A   We didn't have a stenographer, somebody --
8   I think the chair would ask somebody to take some
9   notes.  Or each of us had an assignment in the first
10   place, and you're supposed to bring copies of what
11   you're -- of what your report is.
12         If it is cage density, this person is
13   supposed to bring a report on cage density or
14   transportation or whatever it may be.
15         But as far as word for word or anything,
16   no.
17     Q   So if we wanted to look for a collection of
18   minutes or notes of the meetings, do you have an
19   idea of where we would look?
20     A   Well, I would assume UEP would have a file
21   on us.  I've got a partial file.  I don't -- I can't
22   store everything, but the chairperson probably has a
23   file, that would be Jeff Armstrong.  And UEP -- I
24   mean, if they are doing their business, they would
25   certainly have a file.

---

**20 (Pages 74 to 77)**

**HIGHLY CONFIDENTIAL**

78

1    Q   And a representative of UEP would always
2    attend the meetings; is that right?
3         MR. TAKENOUCHI:  Objection; form.
4         MR. OLSON:  Strike that.
5    Q   Would a representative from UEP attend the
6    meetings?
7         MR. TAKENOUCHI:  Objection to form.
8         THE WITNESS:  Most or all.
9    BY MR. OLSON:
10   Q   Was that Gene Gregory?
11   A   Most or all.
12   Q   Did you have an understanding of why
13   Mr. Gregory attended the Scientific Advisory
14   Committee meetings?
15        MR. TAKENOUCHI:  Objection to form,
16   foundation.
17        THE WITNESS:  Yes.
18   BY MR. OLSON:
19   Q   What was your understanding?
20   A   Wanted to see how we were progressing on a
21   multitude of topics.  Not just animal welfare, per
22   se, not just the cage density, per se, but the total
23   assignment of recommending the ways we handle our
24   chickens.
25   Q   And would Mr. Gregory participate in the

79

1    discussion of -- that occurred at these meetings?
2    A   I think he took a pretty low key -- he
3    didn't want to interfere with what we said, or he
4    certainly wouldn't tell us what to say.  We were a
5    bunch of people who each had 20, 30, 40 years of
6    experience doing research and communications and so
7    on, and I think he took a back seat.
8    Q   But from time to time would he share his
9    views?
10   A   He would do what?
11   Q   Share his views?
12   A   We knew his views because he had his
13   newsletter that you showed me here, and we all
14   received that.  And he's interviewed or given
15   speeches all over the place, so we have a pretty
16   good idea what his views were.
17   Q   And would he share those views from time to
18   time at the meetings?
19   A   With the committee?
20   Q   Yes.
21   A   He might report back to us that the UEP
22   board of directors or their Animal Welfare Committee
23   thinks you're being too hard on your recommendations
24   or that you haven't discussed this part of the
25   recommendation.  Sure, he would have comments, but

80

1    that wasn't -- that wasn't the big feature.
2    Q   Now, as part of your work on the Scientific
3    Advisory Committee, did you believe it was important
4    to be practical and realistic about the changes egg
5    producers were asked to make?
6    A   I'm always that way, yes.
7    Q   And you were that way on the committee as
8    well?
9    A   Yes.
10   Q   Did you believe, as part of your work on
11   that committee, that it was important to consider
12   how any changes would impact the profitability of
13   the industry?
14   A   Absolutely, yes.
15   Q   And as part of your work on the committee,
16   did you consider whether any changes would be
17   acceptable to egg producers?
18   A   Well, obviously, I gave a different weight
19   to each item.  Some I thought would be readily
20   acceptable by the industry, and they were, and
21   others I thought -- well, an example, 72 inches, as
22   you brought up, that was the opinion of one of our
23   committee persons who did the report that that's as
24   far as you have to go space wise.
25   Q   That that should be the minimum?

81

1    A   That should be the maximum.
2    Q   The minimum?
3    A   Maximum.
4    Q   You didn't set the maximum height --
5    A   Oh, pardon me.  That that number would be
6    the -- let me just think what you're saying here.
7    Q   Let me try it.
8    A   Go ahead.
9    Q   I think you're saying it is phased in over
10   time?
11   A   Yes, of course.
12   Q   There is an ultimate number.  Someone
13   thought that ultimate number should be 72?
14   A   I thought that our evidence showed that it
15   could go higher than 72, and I didn't win that
16   argument.
17        So the person who wrote this paper reviewed
18   all the literature she could find and decided that
19   67 would be the number.
20        Now I read in the press today that they
21   want to give one chicken per acre.
22   Q   And who is this person you're referring to?
23   A   Right now?
24   Q   No, when you said that --
25   A   That would be the person who did the

21 (Pages 78 to 81)

**HIGHLY CONFIDENTIAL**

---

82

1  report, Joy Mench.
2      Q   Just to be clear, you believe Ms. Mench
3  said that --
4          MR. GODLSTEIN:  Doctor.
5  BY MR. OLSON:
6      Q   Doctor, thank you.
7          Dr. Mench said the number in the guidelines
8  should not be 72, it should be 67?
9      A   67.  That's where she plateaus the response
10 of the chickens.  Nobody has worked with the 140 or
11 150.
12         Europeans, they have rules of that nature,
13 but we are now talking about colony cages, and
14 nobody has worked with, nobody has -- when I say
15 they haven't worked with them, they haven't done
16 statistically valid replicated studies with
17 replications.  Replications, meaning you repeat the
18 results, repeat the results, and you are consistent
19 with your answer.
20         People who do anecdotal-type things, I
21 don't pay attention to them.  They are not science.
22     Q   So how was this decision where you were
23 saying it should be 72 and she was saying it should
24 be 67, how was the decision ultimately made?
25     A   It was finally made to use the 67 inch.

---

83

1      Q   But what was the process of resolving that
2  dispute?
3      A   I suppose she took -- I don't know if she
4  took all the research she could pull together -- I
5  need to differentiate here between my research and
6  her research.  Okay?
7          But she pulled together all the published
8  data that she could find and plotted against
9  production, or whatever it was that she was looking.
10 I'm sure she didn't look at it from an economic
11 standpoint, because most scientists don't use the
12 dollar sign.  I do, and that's where my optimum
13 might be different than her optimum or maximum, or
14 whatever you want to say.
15         So my work, by the way, is not published as
16 often as her work, because she's used to publishing
17 in all the journals.  I publish in these newsletters
18 that you have right there in front of you.  That's
19 where I publish my results.
20         (Deposition Exhibit 4 was marked for
21         identification by the court reporter
22         and is attached hereto.)
23 BY MR. OLSON:
24     Q   All right.  Let me hand you what we've
25 marked Bell 4.

---

84

1      A   "When More Means Less."  Okay.
2      Q   This is a document that is Bates-stamped
3  KRGEG00020640 through -43, and is Pope Exhibit 3.
4          Are you familiar with this document,
5  Mr. Bell?
6      A   Yes, I wrote it.
7      Q   This is an Egg Economics Update that you
8  wrote in April of 1994?
9      A   Number 154, yes.
10     Q   And it is titled, "When More Means Less"?
11     A   Yes.
12     Q   And what is the point that you are making
13 here?
14     A   When we have more chickens, the industry
15 makes less money.  And it is all spelled out in the
16 graphics form.  That's the justification that's
17 stated.
18     Q   And the conclusion that you have here is
19 "that for each 1 million hen change," that is in the
20 number of hens, "prices change in the opposite
21 direction by about 1 cent per dozen"?
22     A   I don't see where you're seeing that, but
23 you should show me -- oh, here down at the bottom.
24 That's exactly right.
25     Q   All right.  You can put that aside.

---

85

1          (Deposition Exhibit 5 was marked for
2          identification by the court reporter
3          and is attached hereto.)
4  BY MR. OLSON:
5      Q   Let me hand you what we marked Bell 5.
6      A   Remember, that was written in 1994.  Okay?
7      Q   But I take it the fundamental conclusion
8  that you made in that point about more meaning less,
9  that never changed, right?
10         MR. TAKENOUCHI:  Objection to form.
11         THE WITNESS:  It changes individual years,
12 that's why I stress the need to look at five years
13 at a time.
14         So if you just take one year, that rule
15 doesn't apply.  You have to look at a series of
16 years.  And it's over time that that rule applies.
17         Now, with our egg prices today versus what
18 they were ten years ago, the answer is going to be
19 different because we have dollar eggs now and we had
20 50 cent eggs then.
21 BY MR. OLSON:
22     Q   Is the specific number of the change going
23 to be different, or is the conclusion about more
24 meaning less going to be different?
25     A   I think more meaning less will hold true

---

22 (Pages 82 to 85)

**HIGHLY CONFIDENTIAL**

86

1  forever, unless you have regulatory government
2  involvement, or something like that. But free
3  enterprise, I think, it holds forever.
4       What do we have here?
5       Q  I've handed you what's been marked Bell 5.
6  It is Bates-stamped BELL-D-00032755.
7       And let me know when you've reviewed it.
8       A  You want me to read it in detail?
9       Q  Just skim it and let us know when you're
10 done.
11      MALE VOICE ON THE TELEPHONE: I'm sorry.
12 Can you repeat that number again, please?
13      MR. OLSON: BELL-D-00032755.
14      MALE VOICE ON THE TELEPHONE: Thank you.
15      THE WITNESS: Okay. I think I understand.
16 BY MR. OLSON:
17      Q  Now, can you identify this as a letter you
18 sent to Al Pope on March 17, 1995?
19      A  Yes, uh-huh.
20      Q  And it refers to some UEP members bashing
21 molting.
22      Do you know what that's referring to?
23      A  It's a controversial subject that everyone
24 went from no molting to practically everyone went to
25 molting.

87

1       And during that transition period there is
2  going to be considerable disagreement. And talking
3  about -- let's see.
4       "Molting is not responsible for
5  overproduction any more than feed is," that's sort
6  of my concluding sentence there in the middle of the
7  discussion.
8       Q  I take it during this transition period
9  some people thought molting was the cause of
10 overproduction?
11      A  Some people would blame everything but
12 themselves, of course, yes.
13      Q  And the point you make here is that, in
14 fact, molting --
15      A  Reduces costs.
16      Q  -- reduces costs?
17      A  But it lowers production as an outcome.
18 But what is the individual poultryman concerned
19 about? His profitability. And if he loses some
20 production, then he grits or bites his teeth, or
21 whatever you say, and says, well, that's just one of
22 the costs of molting. But the main thing is he
23 doesn't have to buy so many chickens.
24      Q  And so for those reasons, you wrote to
25 Mr. Pope that you think UEP would do its membership

88

1  a much greater service by recommending an increase
2  in the use of molting rather than its elimination,
3  right?
4       MR. TAKENOUCHI: Objection to form.
5       THE WITNESS: That's what it says.
6  BY MR. OLSON:
7       Q  And that was your view at the time?
8       A  Do I still agree with it?
9       Q  No. Was that your view at the time?
10      A  That's what it says. That was my view,
11 yeah.
12      Q  And molting -- at this time when you're
13 talking about molting you're talking about -- it's
14 called induced molting?
15      A  That's the new term, yeah.
16      Q  And that involves not giving a hen any feed
17 for a period of time?
18      A  At that time, that was the way to do it.
19 And it's always been the best way, but it is also
20 more controversial.
21      Q  And then you say, "another option would be
22 for UEP to take a stronger stand on the question of
23 space allowances."
24      Do you see that?
25      A  Getting my longstanding recommendation,

89

1  again, to this person.
2       Q  So your point is this is the type of
3  recommendation you made to Mr. Pope on multiple
4  occasions?
5       A  I wouldn't just stop talking to him just
6  about molting if I had a chance to dig him on the
7  other.
8       Q  And what did you mean by "UEP taking a
9  stronger stand on the question of space allowances"?
10      A  This was written before the advisory
11 committee, right, 1997?
12      Q  Right.
13      A  That's the time limits. When it was
14 written was before any of these recommendations, 67
15 inches, any of that was brought forward.
16      So at that time people were going 48
17 inches, 45 inches. And, you know, that's way beyond
18 our analyses, economic or otherwise. And you could
19 lose 30, 40 eggs per bird.
20      Q  What did you have in mind about UEP taking
21 a stronger stand on that question?
22      A  In their persuasion capability with their
23 newsletters, wherever that one went, Industry Voices
24 it is called, to encourage people or persuade people
25 to take a harder look at your density question. If

23 (Pages 86 to 89)

HIGHLY CONFIDENTIAL

90

1  you look at the NAHMS study, N-A-H-M-S study, it was
2  a federal study of density across the United States,
3  and molting, by the way, and you see this wide range
4  of participation and, therefore, you have a lot of
5  opportunity for people going overboard or not doing
6  it enough and putting in too many chickens, putting
7  in too few chickens.
8      And it takes a national survey to
9  demonstrate that. And then if UEP is on the ball,
10  they'll say, well, this portion of our industry has,
11  obviously, gone too far.
12    Q  So this was written in mid-1995. Would it
13  be fair to say that by the end of the 1990s UEP was
14  prepared to take your advice to take a stronger
15  stand on the question of space allowances?
16      MR. TAKENOUCHI: Objection to form,
17  misstates prior testimony.
18      THE WITNESS: Well, the fact that they --
19  the fact that they put together an advisory
20  committee means they needed scientific evidence for
21  their recommendation. That's the way they looked at
22  it.
23      There was also extreme pressure from the
24  humane society that UEP do these -- make these
25  decisions. We've never satisfied the humane society

91

1  completely, but they are coming and at least talking
2  to each other.
3  BY MR. OLSON:
4    Q  But the cage space guidelines that UEP
5  ultimately put into place --
6    A  Yes.
7    Q  -- was an example of UEP taking a stronger
8  stand in this question of space allowances, fair?
9      MR. TAKENOUCHI: Objection to form,
10  misstates prior testimony.
11      THE WITNESS: They -- they took the
12  intermediate road and got the outside specialists to
13  come in and study these issues, otherwise it
14  wouldn't have been done. So I think UEP did a
15  tremendous thing to pull the committee together, let
16  them do their work, make their recommendations and
17  follow them as much as they could.
18  BY MR. OLSON:
19    Q  And that was an example of UEP taking a
20  stronger stand on the question of cage space
21  allowances?
22      MR. TAKENOUCHI: Objection to form, asked
23  and answered, misstates prior testimony.
24      THE WITNESS: Yes, that was one of the
25  issues, yes.

92

1      (Deposition Exhibit 6 was marked for
2      identification by the court reporter
3      and is attached hereto.)
4  BY MR. OLSON:
5    Q  All right. Let me hand you what we marked
6  Bell 6.
7      So I'm really just focused on the first
8  page. I'll identify this as a document --
9    A  Which one is the first page? It says June
10  29th?
11    Q  No, the July 1, 1999.
12    A  That's the second one.
13    Q  It is Bates-stamped BELL-D-00026787 through
14  -88.
15    A  Okay.
16    Q  Mr. Bell, can you identify this as a fax
17  correspondence you received from Gene Gregory on
18  July 1, 1999?
19    A  Yes, that's one that I received, yes.
20    Q  And it refers to an emergency meeting of
21  UEP's marketing committee.
22      Do you see that?
23    A  Yes, I see that.
24    Q  From time to time did you attend meetings
25  of UEP's marketing committee?

93

1    A  I can't recall.
2    Q  Mr. Gregory asks, in connection with that
3  upcoming meeting, that you and Mr. Schrader prepare
4  something for UEP.
5      Do you see that?
6    A  Yes.
7    Q  And he describes it as a 12-month supply
8  plan to meet the market needs that provides a
9  reasonable return on investment.
10      Do you see that?
11    A  Yes, uh-huh.
12    Q  And how did you understand that request?
13  What was Mr. Gregory asking for, to your knowledge?
14      MR. TAKENOUCHI: Objection; foundation.
15      THE WITNESS: I have no recollection of
16  sending a report of this type to Gene Gregory, or
17  anyone else, unless there are components of it which
18  might have come out of some of our flock's modeling.
19  Our models tell us some of those answers, but I
20  don't find in my files anywhere this particular
21  response.
22      (Deposition Exhibit 7 was marked for
23      identification by the court reporter
24      and is attached hereto.)
25  BY MR. OLSON:

24 (Pages 90 to 93)

**HIGHLY CONFIDENTIAL**

94

1    Q   All right.  Well, let me hand you what we
2  marked Bell 7.
3    A   Okay.
4        That's from me.
5    Q   And you see it is dated the next day?
6    A   That's a pretty good response, isn't it?
7    Q   It's fast work.
8        So let me identify this for the record as
9  Bates stamp BELL007698 through -7709.
10    A   These are right out of my regular
11  newsletter.
12    Q   Okay.  Well, first, can you just identify
13  this document as one that you sent to --
14    A   Yes.
15    Q   -- Mr. Gregory on July 2nd, 1999, right?
16    A   Yes.
17    Q   And at the beginning you have some tables,
18  and those are the ones you're saying are right out
19  of your newsletter?
20    A   Yes.
21    Q   And if you keep paging through and get
22  through --
23    A   The last page?
24    Q   -- the second-to-the-last page --
25    A   Right.

95

1    Q   -- it is titled, "Estimated Break-even
2  Beginning Hen Inventory for 1999" --
3    A   Yes.
4    Q   -- "to 2000 for Break-even or Better
5  Situation."
6        Do you see that?
7    A   Yes.
8    Q   Have you reviewed this page?
9    A   No, I haven't read it, but it's, obviously,
10  an editorial add-on to the statistics pages.
11    Q   Okay.
12    A   So he asked us for the statistics and the
13  plan, and I sent him what was immediately available,
14  and in one day that is pretty fast.  And the rest of
15  it I sat down at probably 3:00 in the morning and
16  typed out my editorial about that.
17    Q   Okay.
18    A   And I haven't read it in years, so I don't
19  know --
20    Q   All right.  Let's look at that page.
21    A   Okay.  Go ahead.
22    Q   You're talking about how to achieve a
23  break-even or better situation?
24    A   Uh-huh.
25    Q   So that means either break even or make

96

1  some profits, right?
2    A   That's what it says, yeah.
3    Q   Okay.  If you look at the opening sentences
4  do you see where you say, "Correction in the size of
5  the nation's layer flock can be obtained by one of
6  several ways"?
7    A   Yes.
8    Q   And then under that you give four different
9  ways that the egg industry can correct the size of
10  its flock, right?
11    A   I have to read that.
12    Q   Please do.  Let me know when you're done.
13    A   Yeah, I read the four of them, yes.
14    Q   So you're giving four ways of correcting
15  the size of the nation's -- four ideas?
16    A   Right.
17    Q   And what's going on here is the industry is
18  facing extremely low egg prices --
19    A   I assume so.
20    Q   Well, in fact, you say that, right?
21    A   Okay.  I said it, that's fine.
22    Q   "Extremely low egg prices," so your idea is
23  to change supply to correct that problem, right?
24    A   Yes.
25    Q   Just looking at number 2, it says, "Extra

97

1  birds must be removed from the nation's flock
2  permanently."
3    A   Yes.
4    Q   What were you referring to there?
5    A   Surplus birds, over demand.
6    Q   Do what with surplus birds?
7    A   Get rid of them.
8    Q   How do you do them?
9    A   Kill them.
10    Q   Mr. Bell, do you find any irony in the fact
11  that while you were a member of the Scientific
12  Advisory Committee you were recommending just
13  disposing of hens?
14        MR. TAKENOUCHI:  Objection to form,
15  speculation.
16        THE WITNESS:  No, I have never been able to
17  separate my brain into 20 percent and 80 percent, so
18  I'm me.  And you get the whole thing.  I'm either on
19  the committee or my day-by-day life.  Since I'm paid
20  for two days of my time, I think I have 20 other
21  days that I can do whatever I want and think
22  whatever I want, write whatever I want, communicate.
23  Okay?  So, no, I don't -- I think this is totally
24  within my realm.
25  BY MR. OLSON:

25 (Pages 94 to 97)

**HIGHLY CONFIDENTIAL**

98

1     Q   Number 4 refers to an industry-wide policy
2   of a minimum floor space allowance that would result
3   in a more ideal national flock size?
4     A   Right.
5     Q   And that was a suggestion that you were
6   making at this time for UEP?
7     A   Yeah.
8     Q   And, in fact, UEP ended up adopting that?
9     A   No.  The 48 inches at that time was what 15
10  to 20 percent of the birds were kept, at less than
11  48 inches.
12        So I suggested here that if 48 were adopted
13  as the minimum space allowance, but you know what
14  happened is it became 67 eventually.
15    Q   It became a higher number?
16    A   Yeah.
17    Q   Right.
18    A   And I've recommended early stages 72.  72
19  square inches -- early stages of a recommendation,
20  but those recommendations change.
21    Q   But putting the specific numbers aside, the
22  gist of the recommendation here was to adopt a
23  minimum floor space allowance to help the
24  profitability of the industry?
25    A   Of course, yes.

99

1     Q   And the suggestion, as it's laid out here,
2   doesn't relate to animal welfare, right?
3     A   I wouldn't say that.
4     Q   Well, here there is no -- it's not being
5   suggested --
6     A   The word isn't used in there, not being
7   used in the text.
8     Q   The outcome of this suggestion is an
9   economic one?
10    A   That's what causes the suggestion, is that
11  the -- my experience with cage density shows that
12  that's an extreme that we shouldn't recommend.
13    Q   Now, if you turn to the next page, this one
14  is entitled, "A Twelve Month Supply Plan to Meet the
15  Market Needs that Provides a Reasonable Return on
16  Investment."
17        Do you see that?
18    A   Yes.
19    Q   And that's specifically what Mr. Gregory
20  asked you to prepare, correct?
21    A   That's part of the request, yes.
22    Q   Do you recall other times that Mr. Gregory,
23  or others in UEP, requested you propose plans for
24  managing egg output?
25    A   I would say frequently, because that was a

100

1   major issue, was that we have too many chickens.  So
2   that's always going to be a question, that's always
3   going to be a target.
4     Q   And in this one, again, you suggest that
5   molting should be included as part of a national
6   program, because that results in a lower level of
7   egg production, right?
8     A   Yes, of course.  Yes.
9     Q   Now, you talked about UEP making efforts to
10  persuade its members --
11    A   Uh-huh.
12    Q   -- and identified the newsletters
13  Mr. Gregory edited?
14    A   Uh-huh.
15    Q   Beyond the newsletters, to your knowledge,
16  what other types of efforts did UEP make to persuade
17  its members to manage egg supply?
18    A   Well, all of their programs are voluntary,
19  so I'm not just sure where voluntary comes into
20  persuasion.
21        You know, whether you reduce your bird
22  numbers, that was a voluntary decision on each
23  person's part.
24    Q   Were you ever at UEP meetings where members
25  were asked to sign commitment forms about following

101

1   programs, to your knowledge, to your recollection?
2     A   I don't recall it personally.  Of course,
3   the progress of having people participate was
4   reported in their newsletters, that we now have
5   50 percent, we now have 70 percent, we now have
6   90 percent.  And those -- that's all anybody really
7   needs to know.
8     Q   Why do you say that?
9     A   Because the rest of it is confidential
10  company information.  I don't want you to know that
11  I'm participating or not participating.
12    Q   By name?
13    A   By name.
14    Q   But it's helpful to know that others are
15  participating?
16    A   And that's where the 70 percent comes in,
17  the 80 percent comes in, yeah.
18    Q   And why is it helpful for an individual
19  producer to know that 70 percent or 80 percent of
20  others are participating?
21        MR. TAKENOUCHI:  Objection; foundation,
22  calls for speculation.
23        THE WITNESS:  You said that earlier.  You
24  want to know you're in step.  You want to know this
25  has a good chance of working.  It starts out in

26 (Pages 98 to 101)

**HIGHLY CONFIDENTIAL**

---

**102**

1    somebody's mind, and they put it down on paper and
2    they have a committee and eventually you get a --
3    what do you call it? --
4    BY MR. OLSON:
5        Q  Program?
6        A  No.
7        Q  Proposal?
8        A  Where everybody votes -- referendum.
9            You eventually have a referendum and you
10   may do a national referendum on some law, and laws
11   have been thrown out added to a national referendum.
12           But you don't want to put yourself out
13   there without having some idea what the industry is
14   doing as a whole.  And I think that kind of a
15   progress that we now have 50, we now have 70, that's
16   enough to encourage people to say, well, I guess I
17   should get on board too.
18       Q  Now, Mr. Gregory, you've worked --
19       A  I'm not Mr. Gregory.
20       Q  I apologize.
21           Mr. Bell, you've worked in the egg industry
22   for over 45 years?
23       A  Yes.
24       Q  And you've been affiliated with a variety
25   of organization that do work for the egg industry?

---

**103**

1        A  Yes.
2            MR. TAKENOUCHI:  Objection to form.
3    BY MR. OLSON:
4        Q  And you've worked for and done consulting
5    work for a number of individual egg producers?
6        A  Yes.
7        Q  What number would you put that at?
8        A  Well, it started out with a county, 400
9    producers with all of them.  You go statewide with
10   2,000 producers, I may work with 25 percent of them,
11   because they are too far away from my office.  Okay?
12           When I began as a statewide specialist,
13   then I started to branch out nationally, and now you
14   start to do newsletters to everybody, no -- getting
15   stuff out intentionally.
16           And then when I get to do international,
17   that involves organizations in other countries,
18   so --
19       Q  Now, in addition to this national work --
20       A  Yes.
21       Q  -- did you continue to do some consulting
22   for individual egg producers?
23       A  Yes.
24       Q  You've done that your whole career?
25       A  Whenever we get a request from somebody

---

**104**

1    that their barn burned down and they need some
2    values for their chickens, they get a hold of me,
3    because we've developed computer models to calculate
4    these things.  So I'm not the only person out there
5    giving advice, as you know.
6            (Deposition Exhibit 8 was marked for
7            identification by the court reporter
8            and is attached hereto.)
9    BY MR. OLSON:
10       Q  Let me hand you what's been marked Bell
11   8 -- actually, could you put that down for a moment.
12       A  Okay.
13       Q  Going back to Bell 7, these ideas that you
14   gave to Mr. Gregory --
15       A  Okay.
16       Q  -- do you recall specifically the ideas
17   about different ways to correct the size of the
18   nation's layer flock?  Do you recall discussing
19   these with Mr. Gregory or others at UEP after you
20   provided --
21       A  After I gave him this?
22       Q  Right.
23       A  Probably no.
24       Q  I'm just asking if you recall.
25       A  Well, I don't recall, no.

---

**105**

1        Q  All right.  Now I've handed you what we've
2    marked Gregory 8 -- Bell 8.  Sorry.
3        A  Which one are we looking at?  Molting?
4        Q  This is a UEP publication.  Let me read the
5    Bates number into the record.
6            It is UE0064456 through -64459.  It was
7    Gregory Exhibit 11.  That's why I have Gregory on
8    the brain.
9            All right.  Let me just first ask if you
10   can identify this as United Voices --
11       A  That's their regular every two weeks, I
12   believe it is.
13       Q  And you received these generally, correct?
14       A  I keep about half of them, throw half of
15   them away.
16       Q  All right.  So if you look at beginning at
17   the bottom right of the second page there is a part
18   that said, "Roller Coaster Egg Price Quotes," and
19   maybe if you could just skim that --
20       A  Okay.
21       Q  -- and skim page 3.
22       A  Who wrote it?
23       Q  Well, I believe this is Mr. Gregory.
24       A  Him.  Okay.  Boy, that's a terrible --
25   there it is over there, market outlook.

---

**27 (Pages 102 to 105)**

**HIGHLY CONFIDENTIAL**

## 106

1      Do I have to read the whole thing?

2    Q  If you just skim it.

3    A  Okay. Go ahead.

4    Q  Just the question is can you see that -- if

5 you look at the top right of page 3, Mr. Gregory

6 says, "You will also be asked if you would

7 participate in a supply adjustment program."

8      Do you see where it says that?

9    A  Yes, I see that.

10    Q  And then underneath do you see where

11 Mr. Gregory has reproduced the suggestions you made

12 about the corrections in the nation's flock size?

13    A  Yes.

14    Q  And it has those four including the

15 industry-wide policy of a --

16    A  Is this shortly after those other letters?

17    Q  It is the next month.

18    A  The next month. Okay. Go ahead.

19    Q  And it includes this one about the minimum

20 floor space allowance.

21    A  Uh-huh.

22    Q  Now, based on your knowledge of the

23 industry, do you have an understanding of who would

24 have received this type of document?

25    MR. TAKENOUCHI: Objection; foundation.

## 107

1    THE WITNESS: Are those four points the

2 same exact points that I had in my letter?

3 BY MR. OLSON:

4    Q  Right.

5    A  Okay. Part of my editorial?

6    Q  Right.

7    A  Okay.

8    Q  So this is just a background question. I

9 mean, I take it you're aware that this United Voices

10 was sent to UEP members and even others?

11    A  Well, it's sent to their entire membership

12 list, to my knowledge, and I don't remember this

13 being a response to my earlier letter. I don't read

14 some of these things --

15    Q  So you don't recall seeing this at the

16 time?

17    A  I don't recall, but it is right out of

18 here, so it's okay.

19    Q  Just my question is: Does this refresh

20 your recollection about any follow-up discussions

21 you had with, really, anyone about these ideas?

22    A  This is the first I've known about it.

23    Q  Okay. Put that aside.

24    A  I'm sure it's been the subject of

25 discussion, but I have no personal knowledge.

## 108

1    (Deposition Exhibit 9 was marked for

2    identification by the court reporter

3    and is attached hereto.)

4 BY MR. OLSON:

5    Q  Let me hand you what we've marked Bell 9.

6    Why don't you briefly review this, please.

7    It is Bates-stamped BELL004041 through -42.

8    Why don't we change tape now.

9    THE VIDEOGRAPHER: Okay. Off the record.

10 We are off the record. The time is 12:11 p.m. on

11 August 20th, 2013. This is the end of video number

12 1 of the continuing deposition of Mr. Donald Bell.

13    (Recess.)

14    THE VIDEOGRAPHER: We are on the record.

15 The time is 12:16 p.m. on August 20th, 2013. This

16 is the beginning of video number 2 of the deposition

17 of Mr. Donald Bell.

18 BY MR. OLSON:

19    Q  Mr. Bell, can you identify Exhibit 9 as an

20 e-mail you wrote to what you were calling the Animal

21 Welfare Committee on December 22nd, 1999?

22    A  Yes, I do.

23    Q  This is what we called today the Scientific

24 Advisory Committee?

25    A  Yes.

## 109

1    MR. TAKENOUCHI: Objection; form.

2 BY MR. OLSON:

3    Q  And what you discuss in this e-mail is the

4 issue of cage space and how much cage space the

5 committee should recommend generally, correct?

6    A  Yes.

7    Q  And you begin that discussion by saying,

8 "Even though the subject is mainly one on selecting

9 cage density based on current economic parameters,"

10 and you go on.

11    What were you referring to when you say,

12 "based on current economic parameters"?

13    A  I think we probably were looking at

14 averages, which vary from year to year, as opposed

15 to a set of recommendations which would be over a

16 long time period. So I think that's probably the

17 emphasis there.

18    Q  But what economic parameters was the

19 committee considering in this regard?

20    A  That -- the committee, at that time, in

21 early sitting of the committee, would probably have

22 placed most of its emphasis on egg production and

23 mortality, and not until they were pressured into

24 welfare-type issues much later by the humane

25 society.

28 (Pages 106 to 109)

HIGHLY CONFIDENTIAL

110

1      So I would assume that "current economic
2  parameters" means the cost of production and the
3  price of eggs.
4      Q   And one of the points you make here is that
5  in putting together the guidelines, the committee
6  needs to recognize that the egg producer is in
7  business to make a living, right?
8      A   Yes.
9      Q   And the Scientific Advisory Committee needs
10  to think about investments, cost, performance and
11  profits, and consider all those things in the
12  program that was going to be adopted, right?
13      A   I'm not finding your keywords.
14      Q   Oh, sorry.  If you look at point 2.
15      A   Point 2 down here.  Okay.  Yes, I see it.
16  Okay.
17      Q   Point 2 and 3, what you're saying is when
18  the committee makes its recommendations, it needs to
19  consider that the egg producer is in business to
20  make a living and it needs to consider investments,
21  cost, performance and profits, right?
22      A   I guess there is a word -- "consider" or
23  "consideration" might need to be explained, but
24  that's what I wrote, so that's what they got.
25  "Consider" means one of many things that you have to

111

1  consider.
2      Q   Okay.  But these are things that needed to
3  be considered --
4      A   Exactly.
5      Q   -- in your view?
6      And the committee did consider those
7  things?
8      MR. TAKENOUCHI:  Objection; foundation.
9      THE WITNESS:  Among the welfare issues that
10  we're primarily concerned with.  The economics would
11  be more important to me, probably, because, as I
12  said, as a main reason people change is economic
13  reasons.  That's why they change anything, and we
14  are talking about change here.
15  BY MR. OLSON:
16      Q   And one of the points you make here in that
17  regard is you thought an unrealistically high
18  recommendation would fail to persuade anyone, right?
19      A   Where did you read that now?
20      Q   The third full paragraph.
21      A   The third full paragraph.
22      Q   Do you see where you say, "I'm also
23  concerned that an unrealistically high
24  recommendation would fail to persuade anyone"?
25      A   You're in the second part of that?  Where

112

1  are you in the third one?  I can't see it in the
2  third paragraph.
3      Q   Do you see the paragraph that says, "I am
4  primarily concerned"?
5      A   Yes, okay.
6      Q   The third sentence there.
7      A   Oh, third sentence, you said "third
8  paragraph."
9      Q   It is the third sentence in the third
10  paragraph.
11      A   "I am also concerned."  Okay.  I was
12  reading down here, number 3.
13      Q   Do you see that?
14      A   That's saying that if you allowed an acre
15  of land for each chicken, that you wouldn't persuade
16  anybody to make any changes, because you've given
17  them way more than is required to satisfy the
18  welfare.
19      Q   And, in fact, has this document refreshed
20  your recollection that at this time some on the
21  committee were thinking that 72 inches was the right
22  number?
23      A   Yes.  72 inches is sort of a magic number.
24  Because of the size of cages that were present at
25  the time, you divide the total space of the cage by

113

1  1, 2, 3 or 4, or some other number, and 72 comes out
2  a good, usable number.
3      Q   And you made the point on the second page
4  of this that you were against 72 square inches as a
5  number because it could not be economically
6  justified, right?
7      A   Yes.  And it also goes back to the question
8  of a standard for everybody, 72 inches for you might
9  be the right number, for me it is the wrong number.
10  So we have methods of analyzing the issue for you
11  and for me separately.
12      And if we want to use something for the
13  entire industry, well, then, we'll develop a set of
14  parameters, and we'll say that that's too much or
15  that's too little.
16      Q   And you thought in coming up with the
17  parameters, the committee had to consider practical
18  issues and be realistic, right?
19      A   Absolutely, yes.
20      Q   And not recommend practices that weren't
21  economically justified?
22      A   Especially in the next paragraph where it
23  says such as Economic Union of Europe to just copy
24  what they do verbatim and thinking that's going to
25  apply to the United States.  That's a very important

29 (Pages 110 to 113)

**HIGHLY CONFIDENTIAL**

114

1  statement.
2      And that's what we've done, we've adopted
3  some of their technology and management from Europe
4  word for word, and it's not for the United States.
5      Q  Okay.  All right.  I think that's all on
6  this document.  Do you want to take a break now?
7      MR. GODLSTEIN:  Yes, let's take a break.
8      THE VIDEOGRAPHER:  We are off the record.
9  The time is 12:23 p.m.
10     (Recess.)
11     THE VIDEOGRAPHER:  We are back on the
12  record.  The time is 12:36 p.m.
13     (Deposition Exhibit 10 was marked for
14         identification by the court reporter
15         and is attached hereto.)
16  BY MR. OLSON:
17     Q  I've handed you what's been marked Bell
18  Exhibit 10.  It's Bates-stamped BELL004353 through
19  -4354.
20     And can you identify this as a document
21  that you received from Jerry Faulkner of the United
22  States Egg Marketers sometime prior to January 18th,
23  2000?
24     A  Yes, it was -- it is.
25     Q  And it references you agreeing to come

115

1  present a report to the USEM membership on January
2  18th, 2000, correct?
3      A  Yes.
4      Q  And does that refresh your recollection
5  that you were invited to --
6      A  Yes.
7      Q  -- present to USEM?
8      Okay.  Just briefly, at the bottom of page
9  1, do you see where it says, "Following your
10  presentation, the membership will take up the
11  subject of reducing each member's total hen numbers
12  during this year through slaughter, rendering, et
13  cetera, as well as cutting chick placements"?
14     A  Yes.
15     Q  It says, "Your presentation will 'set the
16  stage' for consideration of these flock reduction
17  programs."
18     Do you see that?
19     A  Yes.
20     Q  Do you recall this meetings?
21     A  Vaguely.  I think I mentioned it earlier
22  that I thought I had been to one.  And when I saw
23  Faulkner's name, then I recognized it.  I was,
24  frankly, thinking of one of his successor, and
25  that's why I couldn't relate it.

116

1      But I don't know if this has got the hard
2  copy set of slides or anything like that.
3      Q  I don't think I have that.
4      A  Okay.
5      Q  And if you look at the next page where it
6  says "Also, Don" -- do you see that?
7      A  Yes.
8      Q  -- "let me know how to adequately
9  compensate you for your time and effort for this
10  presentation."
11     Do you recall how you were compensated?
12     A  I have no idea.  At least expenses.
13     Q  Okay.  You can put that aside.
14     (Deposition Exhibit 11 was marked for
15         identification by the court reporter
16         and is attached hereto.)
17  BY MR. OLSON:
18     Q  Now let me hand you what's been marked Bell
19  11.
20     A  Thank you.  Okay.
21     Q  This is a document entitled,
22  "Recommendations for UEP Animal Welfare Guidelines,"
23  dated September 2000, Bates-stamped UE0208684
24  through -208703.
25     And can you generally identify this

117

1  document for us, Mr. Bell?
2      A  Well, it appears to be a set of guidelines
3  that the advisory committee gave to UEP, but I don't
4  know whether it was a final copy of this particular
5  document or whether it was -- the fact that it says
6  "confidential" at the bottom makes me think it was
7  an in-progress report.
8      Q  Well, I can tell you that it was
9  represented to us by UEP counsel and Gene Gregory
10  that this is the final copy.
11     A  This is the final?
12     Q  If that's helpful.
13     A  This is an old copy, of course.  The
14  current one is around 210 -- 2010, or something.
15     Q  Okay.  Let's just look at a couple -- but,
16  in any case, this document, to the extent it was the
17  final one, would have been the initial set of
18  recommendations?
19     A  It follows our first meeting in 1999,
20  right.
21     Q  Right.
22     A  So it would be -- I'm sure this is the
23  first document, quote unquote.
24     Q  That was the official recommendations
25  of the Scientific Advisory Committee?

30 (Pages 114 to 117)

**HIGHLY CONFIDENTIAL**

118

1    A   But I don't know how far this goes.  Has
2   UEP accepted this at this point?
3    Q   Well, I can't answer that one for you.
4    A   Okay.
5    Q   Let's just page through it a little bit.
6   If you go a few pages in, there is a headline that
7   says, "Beak Trimming Laying Strains of Chickens"?
8    A   Yes.
9    Q   Were you involved in forming
10  recommendations about beak trimming?
11   A   In this particular -- wait.  I probably
12  commented on it, because we've done a lot of
13  research on it in the committee, but I think this
14  was written by Scotti Hester, one of the members, I
15  believe this is, and she's fantastic.  And I don't
16  think there is any aspect that I would have
17  disagreed with.
18   Q   All right.  So if you look at where it says
19  "Beak Trimming Recommendations for UEP Guidelines,"
20  probably the next page.
21   A   Oh, next page?  Go ahead.
22   Q   The first recommendation there, do you see
23  it?  "Where possible, producers should select
24  genetic stocks that require little or no beak
25  trimming"?

119

1    A   That's the easy way out, yes.
2    Q   And that's the recommendation of the
3   Scientific Advisory Committee, correct?
4        MR. TAKENOUCHI:  Objection to form.
5        THE WITNESS:  That would be the first
6   recommendation.  I don't --
7   BY MR. OLSON:
8    Q   Their first recommendation?
9    A   Yes.
10   Q   And do you know if UEP adopted that
11  recommendation --
12   A   Doesn't this represent the final copy, or
13  not?
14   Q   Well, this is the Scientific Advisory
15  Committee guidelines.  I'm saying in the UEP
16  producer guidelines, do you know if --
17   A   I don't think they would have changed that.
18  That's not an argumentative thing.
19   Q   That was not a controversial
20  recommendation?
21   A   It's like motherhood, you wouldn't complain
22  about motherhood, would you?
23   Q   I certainly wouldn't.
24       All right.  If we look at the next heading,
25  this is the one that says, "Housing, Space

120

1   Allowances, and Environment."
2    A   On the page -- there we go.
3    Q   Do you see that heading?
4    A   Got it.
5    Q   Now, I take it, Mr. Bell, that with regard
6   to housing, cage space density wasn't the only issue
7   the scientific committee thought was important?
8    A   I would hope not.
9    Q   The committee also thought feeder space was
10  important, right?
11       MR. TAKENOUCHI:  Objection to form.
12       THE WITNESS:  I personally did, because I
13  was -- I was one of the first ones to do work with
14  feeder space, and we demonstrated up to 6 inches.
15  But if you look at the final part of this thing, I'm
16  not sure whether we wound up with 4 inches or we
17  wound up with enough space for all the birds to eat
18  at the same time.
19  BY MR. OLSON:
20   Q   If you look -- go ahead and page towards
21  the recommendations, "Housing Recommendations For
22  Caged Hens for the UEP Guidelines"?
23   A   Where are we?  Conclusion, or what?
24  "Housing Recommendations" -- go ahead.
25   Q   If you look at point 4 --

121

1    A   Go ahead.
2    Q   What does point 4 indicate about the
3   consensus of the Scientific Advisory Committee?
4    A   Well, it says 4 inches.
5    Q   Minimum 4 inches per bird?
6    A   Yes.  Do you want me to continue or you've
7   had enough answer?
8    Q   Let me try a couple questions.
9    A   Go ahead.  You forget you're talking to an
10  extension person.
11   Q   And who, on the committee, was principally
12  responsible for this section, to your knowledge?
13   A   This was written, like I say, by Scotti
14  Hester.  If you go to the front of the page --
15   Q   The beak trimming?
16   A   Scotti Hester.
17   Q   That's a woman?
18   A   That's a lady.
19   Q   Okay.  Did Dr. Hester also draft the
20  housing --
21   A   We're on housing now?
22   Q   Yes.
23   A   Okay.  Pardon me.
24       Housing, if it involves a lot of cage
25  density, it was probably done by Joy Mench, and I

**HIGHLY CONFIDENTIAL**

---

122

1  think she probably had a co-writer.  It wasn't me, I
2  think, even though -- let me see, did I -- I
3  probably submit -- yeah, we were all asked to submit
4  our thinking about each person's original draft.
5      Q  And then you all signed off on the final?
6      A  We all signed off on the final.  I don't
7  think we were antagonistic about anything at that
8  point.
9      Q  And would it be fair to say that the
10  consensus of the advisory committee is that feeder
11  space was a critical element affecting welfare?
12      MR. TAKENOUCHI:  Objection; form, leading,
13  foundation.
14      THE WITNESS:  The committee, I don't think,
15  was as firm as I was.  Remember, we had -- worldwide
16  we had over 50 million chickens working on the
17  feeder space part of that.  And they bought and
18  built all over the world.  And up to that point, up
19  to that point, 4 inches was kind of the exception.
20  BY MR. OLSON:
21      Q  And if you look back at the prior page, the
22  one that ends in -92?
23      MR. GODLSTEIN:  Go one page.
24      THE WITNESS:  Okay.
25      MR. GODLSTEIN:  Back.

---

123

1      THE WITNESS:  The other way?
2      MR. GODLSTEIN:  Yes.
3      THE WITNESS:  Okay.  Go ahead.
4  BY MR. OLSON:
5      Q  All right.  Do you see where it says
6  towards the top, "The research on space allowances
7  can be summarized as follows"?
8      A  Yes.  Go ahead.
9      Q  And if you look at the last bullet there,
10  second sentence says, "Feeder space is a critical
11  element affecting" --
12      A  Yes.
13      Q  -- "affecting welfare," right?
14      Was that the view of the committee?
15      MR. TAKENOUCHI:  Objection; foundation.
16      THE WITNESS:  I believed it was, but not to
17  the point of the exact number.
18  BY MR. OLSON:
19      Q  Well, if you look at the bottom of that
20  bullet --
21      A  Yeah.
22      Q  -- doesn't it say 4 inches of feed- --
23      A  It does, but eventually not too much later
24  this became enough so that all the chickens could
25  eat at the same time, and the 4 inches was

---

124

1  abandoned.  I went as far as 6.
2      Q  Now, did the UEP producer guidelines, to
3  your knowledge, ever accept this recommendation that
4  4 inches of feeder space must be provided to hens?
5      A  Well, unless this is -- this is not -- you
6  say this is not the first document?  You say it's a
7  draft from the committee, right?
8      Q  This is the final --
9      A  Draft?
10      Q  Well, the final -- it's not a draft.  It's
11  the final initial guidelines.
12      A  It's not the publication?
13      Q  It is not the UEP publication.  This is the
14  Scientific Advisory Committee --
15      A  Scientific Advisory Committee, at this
16  point, but I don't think the first published one to
17  the general public used the word 4 inches.  Okay?
18      Q  Are you talking about the UEP guidelines?
19      A  No, I'm talking about the UEP published
20  guidelines in -- definitely in 2010 and 2008, and
21  there's been about three or four versions of this
22  thing.
23      The very first one of these things that was
24  publicly released to their members, to their
25  members, I'm not sure whether it says 4 or enough

---

125

1  for all the chickens.
2      Q  Fair enough.
3      Now, feeder space is important, as I
4  understand it, because within hens there is a
5  pecking order, right?
6      A  Go ahead.
7      Q  And there's some --
8      A  Demonstrate your knowledge.
9      Q  Let me try and tell me if I'm right.
10      There are some that are socially dominant?
11      A  Yes.
12      Q  And there are some that are socially --
13      A  Recessive.
14      Q  -- recessive?
15      And the concern is that the socially
16  dominant ones won't let the socially recessive ones
17  eat enough unless there is enough feeder space for
18  all the hens?
19      MR. TAKENOUCHI:  Objection to form.
20  BY MR. OLSON:
21      Q  Is that a fair characterization?
22      A  That's fair.  It is more complex than that,
23  but go ahead.
24      Q  How would you describe it, the importance
25  of feeder space?

---

32  (Pages 122 to 125)

**HIGHLY CONFIDENTIAL**

126

1      A   First of all, you have dominant birds
2   picking over the food and taking out the -- mostly
3   the grain, which is like dessert, you know, they
4   prefer that.  And that's where the carbohydrate --
5   that's where the energy is.
6          So you are starting to imbalance the diet
7   by limiting the feeder space.
8          Pictures that we drew about the original
9   cage space issue is that maybe three birds would be
10  at the feed trough and one bird would have to stand
11  in the back.
12         And when you change the bird numbers, you
13  change about four things.  You change the colony
14  size, you change the feeder space, you change the
15  amount of water -- watering per bird.
16         So to separate the feeder space from the
17  floor space, that's a difficult exercise, to
18  separate which is most important.  All the eggs that
19  you lose are feeder space, all the eggs you lose are
20  floor space, it is very difficult.
21         We developed formulas in our research where
22  you could assign numbers to each element, because we
23  had all kinds of cases.  You go out in the field and
24  the farmer doesn't have a clue.
25      Q   Now, as far as the floor space aspect, the

127

1   first bullet here indicates that the conclusion of
2   the research, and it says, "Numerous studies" --
3      A   Go ahead.
4      Q   -- "have shown that decreasing space
5   allowances in cages to below approximately 72 square
6   inches per hen significantly reduces henhouse egg
7   production and increases mortality," right?
8          MR. TAKENOUCHI:  Objection: misstates the
9   document.
10         THE WITNESS:  Yes.  That's an open-ended
11  amount of space.
12  BY MR. OLSON:
13     Q   72 square inches?
14     A   72 is one, but then we got below that.  You
15  are talking about the -- where are we at here?  The
16  different study, "numerous studies."  Okay.  There
17  was a range of about 67 to 86.
18         Okay.  So 67, 80, 86, you're going to get a
19  curve of the issue here.
20         70 -- now, what Joy Mench says is that once
21  you get to 72, you're just about done.  Well, the
22  problem -- just about done all the effective.  You
23  could add a square foot to that and you wouldn't add
24  any more eggs.
25         And why does she say that?  Because most of

128

1   the research has been in that range.
2          I personally have done research beyond that
3   range, and I've -- I gave her copies showing
4   continuing decrease in production beyond 72, and
5   certainly beyond 67.
6      Q   Continuing decrease?
7      A   Decrease in production -- pardon me,
8   increase in production --
9      Q   Increase in production?
10     A   -- as you went to the higher numbers.
11         You picked me up on that one quick.
12     Q   Right.  So above -- your research indicated
13  that above 72, the hens keep producing more.
14         Did your research look at the mortality
15  issue?
16     A   Oh, yeah, always does.
17     Q   Above 72?
18     A   Always does that.
19     Q   And the mortality rates get better above
20  72 --
21     A   They get better, go down with increasing
22  space.
23     Q   Yes.  And if you look at the fourth bullet
24  here, the committee says, "Measurements of white
25  leghorn hens show that they require about 65 to 83

129

1   square inches to perform even the most basic
2   behaviors, standing comfortably and resting, and
3   more room is required to perform other" --
4      A   Yeah.
5      Q   Was that consistent with your research too?
6      A   Well, we didn't look at the wing flapping,
7   you know, we didn't look at behavioral things.  We
8   did practical research that the farmer could
9   duplicate.
10         And he can count eggs and he can weigh the
11  eggs and he can weigh the chickens and he can look
12  at the mortality, but he can't sit out there with a
13  TV camera determining how many flaps per hour the
14  chickens wave their wings.  That's got to be done in
15  a laboratory.
16     Q   All right.  One more quick question on this
17  document.  If you turn to the molting section --
18     A   Got it.
19     Q   -- and I'm looking at the recommendation
20  part, the document ends in -98.  It says, "Molting
21  Recommendations for UEP Guidelines."
22     A   Yeah.
23     Q   Basically the committee concluded that
24  there were animal welfare concerns with molting
25  through forced starvation, right?

33 (Pages 126 to 129)

**HIGHLY CONFIDENTIAL**

---

### 130

1      A   Feed withdrawal.
2      Q   And that that feed withdrawal raised
3   genuine animal welfare concerns; is that fair?
4          MR. TAKENOUCHI:  Object to the form.
5          THE WITNESS:  Say that again.
6   BY MR. OLSON:
7      Q   The committee concluded that the feed
8   withdrawal raised animal welfare concerns?
9      A   Yes.
10     Q   And encouraged producers and researchers to
11  develop alternatives?
12     A   Yes.
13     Q   And recommended that in the meantime the
14  shortest period of feed withdrawal period should be
15  used?
16     A   Yes.
17     Q   And did you have an understanding at that
18  time of what the shortest period of feed withdrawal
19  possible was?
20     A   Yes.
21     Q   And what was that?
22     A   Oh, you don't want me to do that, do you?
23  You said yes or no.  That's okay.  I'm kidding you.
24         We experimented with as short as four or
25  five days and as long as 16 days.

### 131

1          When I first heard anybody was using ten
2   days, I was amazed, I didn't believe it.  But as we
3   did maybe 30 or 40 experiments a year, it sort of
4   appeared that you could improve results by going up
5   to ten days, maybe in some cases 12 days.
6          So we put a set of conditions.  We said
7   that you could only have so much body weight loss,
8   so that means you had to weigh the chickens every
9   day.  You could only have so much mortality, so you
10  count the dead birds until you got to a certain
11  level, or you say definitely don't go more than 14
12  or 16 days.
13     Q   But my question is:  Was there an
14  understanding at the time of what the shortest
15  period --
16     A   Well, that's what I told you.  I said --
17     Q   Four or five days?
18     A   -- we started with four or five days.
19  You've got to get the birds out of production and
20  into a rest.  And the shortest you can do is put
21  them right back on a laying mesh and you get this
22  flush of production right at the beginning, but they
23  poop out towards the end.
24     Q   So it's possible to induce hens into a molt
25  by depriving them of food for only four or five

### 132

1   days?
2      A   We've done away with that.  We don't take
3   feed away at all today.
4      Q   I'm talking about this time.
5      A   Back then, I don't think anybody would have
6   gone that short.  It was experimental.
7      Q   Wasn't McDonald's insisting --
8      A   I don't know about McDonald's.  I've gotten
9   their letters through the years.  They probably
10  didn't want us to take the feed away at all.  I
11  don't know.
12         (Deposition Exhibit 12 was marked for
13         identification by the court reporter
14         and is attached hereto.)
15  BY MR. OLSON:
16     Q   Let me hand you what we've marked
17  Exhibit 12.
18     A   What do we have here?
19         MR. GODLSTEIN:  Do you have one more?
20         THE WITNESS:  I've seen this before.
21  BY MR. OLSON:
22     Q   This is Bates-stamped UE0840403 through
23  -404.
24         And can you identify it as an e-mail
25  Mr. Gregory wrote to you on December 12, 2000?

### 133

1      A   Yes.
2      Q   And it's referring to the terms of your
3   contract with UEP?
4      A   That's correct.
5      Q   And it indicates you had proposed to be
6   paid about $18,000 a year, and Mr. Gregory had --
7   offered to compromise at $15,000, correct?
8      A   Let me see.  Where does it say -- there it
9   is -- you have proposed 18-.  Could we reach a
10  compromise at 15- -- that's what we wound up doing,
11  yeah.  I think it was 1,250 a month.  I think that's
12  15-, isn't it?
13     Q   Right.  You can put that away.
14         (Deposition Exhibit 13 was marked for
15         identification by the court reporter
16         and is attached hereto.)
17  BY MR. OLSON:
18     Q   Let me hand you what's marked Bell
19  Exhibit 13 very briefly.
20         This is Bates-stamped UE0790540 through
21  -542.
22         I'll just ask if you can identify this as
23  the executed financial consulting agreement between
24  you and UEP?
25     A   Yes, it is.

**34  (Pages 130 to 133)**

**HIGHLY CONFIDENTIAL**

---

134

1    Q   And it indicates that you would be paid at
2  a rate of --
3    A   Yes.
4    Q   -- $1,250 per month?
5    A   I'm not supposed to interrupt you.  I'm
6  sorry.
7        Yes.
8    Q   And also that if you are requested to
9  attend UEP committee and board of director meetings,
10  you would be reimbursed at a rate of 500 per day,
11  plus travel and lodging expenses.
12       Do you see that?
13    A   Yes.
14    Q   Is that consistent with how you were paid
15  over the years?
16    A   I don't recall the 500-per-day part of it.
17  The travel and lodging, obviously they paid for it.
18  The 500 a day is essentially, I guess, of what I'm
19  being paid up here for a month of 2 1/2 days a month
20  or something like that.  But it's just to take care
21  of the extra, the extra costs, my time.  I've
22  already given them the 1,250's worth, and going to
23  this special meeting, they have to pay for that too.
24    Q   Yeah, I just wanted you to verify this is
25  the terms of the --

---

135

1    A   I'm sorry.  I haven't seen this letter for
2  ages.
3    Q   Okay.  You can put that aside.
4    A   Okay.
5        What is this on the back?  Anything?  Oh,
6  it is taxpayer identification.
7        Go ahead.
8        (Deposition Exhibit 14 was marked for
9        identification by the court reporter
10        and is attached hereto.)
11  BY MR. OLSON:
12    Q   Let me hand you what we've marked as Bell
13  14.
14    A   Something I remember.
15    Q   This is a document Bates-stamped
16  BELL-D-00028020 through -31.
17        And I'll ask if you can identify this as an
18  Egg Economics Update dated December 31, 2000 that
19  you authored?
20    A   Yes, yes.
21    Q   Okay.  And you recall this particular
22  update?
23    A   Yes.
24    Q   And what it addresses is the economic
25  implications of reducing cage density in the U.S.,

---

136

1  right?
2    A   Yes.
3    Q   And that's what was being proposed by the
4  advisory committee at this time?
5        MR. TAKENOUCHI:  Objection; form, misstates
6  prior testimony.
7  BY MR. OLSON:
8    Q   Right?
9    A   The proposal that we have here, we talked
10  about earlier, was dated 2000, was it?
11    Q   September 2000.
12    A   September 2000?
13        This letter was dated December 2000.  So it
14  was probably my attempt to show both sides of the
15  issue from an economic standpoint or several sides
16  of the issue, which is my normal obligation to my
17  clients.
18        And I do not know whether this was a
19  specific request on the part of anybody or whether
20  it just became my idea and something to comment on.
21    Q   Okay.  Now, if you look at the third
22  paragraph --
23    A   Go ahead.
24    Q   Why don't you review that third paragraph
25  that starts, "The guidelines."

---

137

1    A   On the first page?
2    Q   Yes.  Let me know when you're done.
3    A   Okay.
4    Q   All right.  You end it by saying, "Major
5  economic issues are involved with the question of
6  space and compliance with the specific space
7  allowance recommendations will be difficult to
8  accomplish by persuasion alone."
9        Do you see that?
10    A   Yes.
11    Q   And what did you mean by that?
12    A   This is very -- at the root issue of bird
13  numbers that I can have in my chicken house.
14        And everything that I do on this farm has
15  to do with efficient use of facilities, egg
16  processing plants, feed mills, chicken houses, and
17  so on, and so it's a multi-faceted question and
18  problem.
19        And it would be, and I think it has turned
20  out to be, one of the most difficult for people to
21  accept all aspects of that.  I think they lost
22  membership because -- because of too -- these
23  requirements are too stringent.  But that's why I
24  said.
25    Q   All right.  And if you look at page 4,

---

**VERITEXT REPORTING COMPANY**
(212) 279-9424          www.veritext.com          (212) 490-3430

**HIGHLY CONFIDENTIAL**

---

138

1  there is a heading that says, "Economic Benefits
2  From Reducing Cage Density"?
3      A  Yes, yes.
4      Q  And there is a subheading that says,
5  "National Participation to Balance Supply With
6  Demand."
7          Do you see that?
8      A  Uh-huh.
9      Q  You say, "A broad industry-wide acceptance
10 of the historically proven fact that the industry
11 makes more with less (more profits with less hens)
12 would be the greatest windfall of following the UEP
13 proposed guidelines."
14         Do you see that?
15     A  I sure do.
16     Q  And that was your view at the time, right?
17     A  Yes.
18     Q  And then in bold underlined it says, "The
19 task is to devise the method and motivation to
20 accomplish it voluntarily."
21         Do you see that?
22     A  Yes.
23     Q  And how was that ultimately done?
24         MR. TAKENOUCHI:  Object to form.
25         THE WITNESS:  How is what?

---

139

1  BY MR. OLSON:
2      Q  Ultimately done.
3      A  Ultimately done?
4      Q  Yes.
5      A  What are you saying?  I'm not sure.
6      Q  How was that task of encouraging national
7  participation --
8      A  Well, I assume --
9      Q  -- accomplished?
10     A  -- at the time this was written maybe
11 20 percent of the industry was acceptable to the
12 idea, eventually maybe 80 percent.
13         Windfall is something that's unexpected.
14 Unexpected, so it is not planned.  It is an
15 unexpected result that these things happen.
16         We didn't go in there -- nobody went in
17 there and said let's reduce the bird numbers by
18 20 million.  Because back here someplace we said
19 that they are paying for a million.  So we didn't
20 have a target.
21     Q  I don't want to focus on the windfall part.
22 This idea of devising a method and motivation to
23 accomplish --
24     A  Uh-huh, yes.
25     Q  -- was that method and motivation ever

---

140

1  identified, to your knowledge, or how was that
2  solved?
3          MR. TAKENOUCHI:  Objection to form.
4          THE WITNESS:  Well, it says, "Following the
5  UEP proposed guidelines."  Then it says, "The task
6  is to devise the method and motivation to accomplish
7  it voluntarily."
8          And that still exists today, it existed
9  when the program was first introduced.
10 BY MR. OLSON:
11     Q  When you say "the program," you're talking
12 about the UEP-certified program?
13     A  Yes, yes.
14     Q  And that was the method to accomplish this?
15         MR. TAKENOUCHI:  Objection to form.
16 BY MR. OLSON:
17     Q  That program?
18         MR. TAKENOUCHI:  Objection to form.
19         THE WITNESS:  Let me think what you're
20 saying here.
21         "To devise the method and motivation to
22 accomplish it voluntarily."
23 BY MR. OLSON:
24     Q  Right.
25     A  To make more money with less hens.

---

141

1      Q  Right.  My question is:  The UEP-certified
2  program was the method that was devised to
3  accomplish that goal, correct?
4          MR. TAKENOUCHI:  Objection; misstates prior
5  testimony, speculation.
6          THE WITNESS:  I claim there the task is to
7  devise, which means it hasn't been accomplished at
8  that point --
9  BY MR. OLSON:
10     Q  Right.
11     A  -- or accepted at that point.
12     Q  And at this point, the certified
13 certification expert --
14     A  I don't even use the word "certified."
15     Q  So do you know what you're referring to,
16 the method that was devised to accomplish this?
17     A  I say it's a task.  And I didn't come right
18 in there and say the only way to do this is to
19 reduce the cages, I didn't say that.  But we've
20 referred to that with examples within this whole
21 document.
22     Q  Let me try this way.  You say, "The task to
23 devise the method and motivation to accomplish it
24 voluntarily," was that task ever accomplished?
25     A  I would say it was accomplished 80 percent,

---

36 (Pages 138 to 141)

**HIGHLY CONFIDENTIAL**

142

1  yeah.
2      Q   And you were referring to the UEP certified
3  program participation?
4      A   Well, we are talking about cage density now
5  and we're talking about the size of requirements,
6  yes, and that was accomplished X percent by the
7  auditing procedure.
8          Are you familiar with that?
9      Q   Yes.
10     A   That the farms were audited by outside
11  auditors, and did you meet your goal, did you meet
12  your target.  And I don't know what the penalty was
13  if you did that, but anyway.
14     Q   All right.  Now, if you look at page 11 --
15     A   Yeah.
16     Q   -- in your summary.
17     A   Got it.
18     Q   The third sentence says, "Increasing floor
19  space allowances are difficult to justify for the
20  individual farm, but if enough producers follow this
21  practice, industry profits will be considerably
22  higher as supply and demand reach a more optimum
23  balance."
24         Do you see that?
25     A   Yes.

143

1      Q   And I know we've touched on this before,
2  but what were you referring to there?  What's the
3  point you're making there?
4          MR. TAKENOUCHI:  Objection to form.
5          THE WITNESS:  One thing follows another.
6  Increasing space means you reduce the population.
7  Reducing the population reduces the production.
8  Reducing the production brings profitability back
9  into line or a reasonable profitability.  Not
10  excessive profitability, a reasonable.
11 BY MR. OLSON:
12     Q   But this aspect about increasing floor
13  space allowances are difficult to justify for the
14  individual farm --
15     A   That's because he's got a hundred-case-
16  an-hour machine and now you want him to run it at 80
17  cases because you're going to reduce his burden
18  numbers.  He knows that right off the bat.  He knows
19  his feed mill is going to be shut down one day a
20  week.  He knows he's going to have to lay off some
21  labor, and they've been working for him for 25
22  years.
23         So, you know, it's easy to say that and
24  easy for me to recommend something like that, but
25  they have to implement it.  I mean, that's what the

144

1  whole thing is about, you follow the guidelines.
2          And you tell a person he has to reduce his
3  flock size by 20 percent, sure he can go build
4  another chicken house for that 20 percent, he can do
5  that --
6      Q   But that's expensive?
7      A   But that's expensive.  And he's got -- he's
8  already got the chickens and he's got a transition
9  period to shift from 100 to 80.  But when it comes
10  time in the deadline and the audit says you still
11  have 100 percent, and whatever the penalty is, I'm
12  not aware of, but that's the issue.
13     Q   All right.  You can put that aside.
14         (Deposition Exhibit 15 was marked for
15          identification by the court reporter
16          and is attached hereto.)
17 BY MR. OLSON:
18     Q   Let me hand you what we've marked Bell 15.
19         MR. GODLSTEIN:  Can we make that the last
20  document for the day?
21         MR. OLSON:  Yes.
22         Unfortunately, this is a document I just
23  have two extra copies of.
24         It is Bates-stamped BELL002774 through
25  -2777.

145

1      Q   And can you identify this as a document
2  that you authored on April 15th, 2002?
3      A   This is called a memo, and this was started
4  with my first relationship with UEP, which I've told
5  them that I would do, and it would be all economic,
6  it would be -- it would parallel some of the other
7  reports that we also told them we would continue to
8  produce.
9          I'm not sure about this particular -- well,
10  you want to go ahead and ask questions.  Go ahead.
11     Q   That's helpful.
12         This memo is something that UEP -- that you
13  were compensated by UEP for writing?
14         MR. TAKENOUCHI:  Objection to form,
15  misstates prior testimony.
16         THE WITNESS:  That's what we promised to
17  include in our services.
18 BY MR. OLSON:
19     Q   That's a better way of putting it.  Thank
20  you.
21         You say this was written under the
22  sponsorship of UEP?
23     A   Yes.
24     Q   Just backing up, this Egg Economics Update
25  from the last exhibit, how would you describe this

**HIGHLY CONFIDENTIAL**

146

1  type of document?
2      A   Well, that was, I believe, started in 1983.
3  And it grew out of all of our surveys and studies
4  about the price of eggs and the cost of production.
5      So it was intended to cover a broad range
6  of subjects dealing with economics of the egg
7  industry.
8      Q   And who would you send it to, typically?
9      A   Every producer and the allied industry
10  person that requested to be on the mailing list.
11     Q   Was it a large mailing list?
12     A   Our original, when that thing was started,
13  it was probably a thousand.  Today we are -- we have
14  a totally different industry that's shrunk, and
15  we're still at a thousand.
16     Q   Okay.  All right.  Sorry.
17     Now, back to Bell Exhibit 15, what you call
18  the memo?
19     A   Yes.
20     Q   This is sometimes called a flock
21  projection?
22     A   No, it isn't.
23     Q   Okay.
24     A   It says there "flock projection," but this
25  is not the official -- this is a memo.

147

1      Q   A memo, okay.  All right.
2      And the subject of this one was the effect
3  on egg prices and flock performance of reducing cage
4  density, right?
5      A   Yes.
6      Q   And the first thing you say is, "Reducing
7  the nation's average cage density can have numerous
8  positive effects on the income and costs of
9  individual producers in the industry as a whole,"
10  right?
11     A   Yes.
12     Q   Now, who are these memos distributed to?
13     A   I have no idea, but I believe UEP sent it
14  to all their members.
15     Q   So you would send it to UEP, and they
16  would --
17     A   Yes, I sent the original to UEP.
18     Q   All right.
19     Let's just go to the fourth paragraph that
20  starts, "A one-million hen reduction."
21     A   Yes.
22     Q   You say, "We commonly hear the excuse that
23  'If we do it, there is no guarantee that my
24  competitor will do it.'"
25     Do you see that?

148

1      A   Uh-huh.
2      Q   What are you referring to there?
3      MR. TAKENOUCHI:  Objection; foundation.
4      THE WITNESS:  Where do you see -- oh,
5  competitor, next paragraph.  Okay.
6      You notice that we are talking about 69
7  points instead of one cent, and that's because we
8  are talking about a different time period.
9  BY MR. OLSON:
10     Q   Okay.
11     A   Today that number is probably somewhat
12  less.
13     1 million is possible within several
14  individual companies, but half of its reduction
15  could be accomplished by two to five companies in
16  the whole United States by just reducing their bird
17  numbers count by one.
18     Q   And then I want to focus to the next
19  sentence.
20     A   "We commonly hear the excuse 'If we do it,
21  there is no guarantee my competitor would do it.'
22  So I gained a competitive advantage because I didn't
23  do it.  The one guy has a hundred birds in his house
24  and I've only got 80 and I've lost competitive
25  advantage.

149

1      Q   So is that the type of thing you would hear
2  expressed --
3      A   That's the type of thing.
4      Q   -- by producers during the course of your
5  work?
6      A   That's right.
7      Q   Now let's look at page 3.
8      A   Page 3?  Okay.
9      Q   These are some data you provided.
10     A   Statistics, right.
11     Q   Statistic.  I wanted to look at number 6
12  called "Force Molting."
13     A   You are on page 33?
14     Q   Yes.
15     A   Excuse me.  Go ahead.
16     Q   All right.  And there is data regarding
17  force molting?
18     A   Yes.
19     Q   Now, this force molting, that's the forced
20  starvation of feed withdrawal from the hen, right?
21     A   At that time that was a very common way,
22  yes.
23     Q   And what this indicates is that from 2000
24  to 2001 molting increased, right?
25     A   Let me explain something.  Okay?

38  (Pages 146 to 149)

**HIGHLY CONFIDENTIAL**

---

150

1      This does not say what percentage of the
2   chickens are molted, it says what percentage of the
3   chickens have been molted or are being molted.
4      Q   Okay.
5      A   Actually, at this point in time probably
6   two-thirds to 70 percent of all chickens were
7   molted.
8      Q   Okay.
9      A   Do you follow the difference between that
10  statement?
11     Q   I think so.
12     A   Okay.  Go ahead.
13     Q   And what you show here is from 2000 to
14  2001 --
15     A   There was a slight increase.
16     Q   -- force molting, there was an increase?
17     A   In January and for the two months.  And we
18  would start to think, well, January and February, is
19  this thing going to go three or four months, is it
20  going to keep going?  If it keeps going, then people
21  will start to say, well, maybe it is going to result
22  in less eggs.
23     Q   And also there was more molting happening
24  in January and February of 2002 than January and
25  February of 2000?

---

151

1      A   That's what it says, yeah.  And then 2002
2   you went back down.
3      Q   No, but 2002 is still more than what's
4   happening in 2000?
5      A   Oh, yeah, yeah, yeah.  This is normal
6   fluctuation.
7      Q   Okay.  But it's an increase -- just stick
8   with me for a moment.
9      A   Go ahead.
10     Q   In both 2001 and 2002 there was more
11  molting happening than in the same period --
12     A   Yes, exactly.
13     Q   And isn't it kind of odd that was happening
14  when the guidelines say that force molting has
15  animal welfare problems?
16     A   No.
17         MR. TAKENOUCHI:  Objection to form,
18  misstates prior testimony.
19  BY MR. OLSON:
20     Q   Why did molting increase if the Scientific
21  Advisory Committee --
22     A   Because they decided economically that it
23  was justified.
24     Q   And it wasn't prohibited either, was it?
25     A   Never prohibited.

---

152

1         MR. TAKENOUCHI:  Objection to form.
2         THE WITNESS:  That's the one letter we
3   wrote way back here that says it is not a matter of
4   molting versus not molting, it is a matter of egg
5   production.
6   BY MR. OLSON:
7      Q   And if you look at point 7, slaughter -- do
8   you see that?
9      A   Go ahead.
10     Q   That's the number of birds that are
11  slaughtered?
12     A   In a USDA slaughter plant.
13     Q   Yes.  And from 2000 to 2002 there was an
14  increase in the number of birds that were
15  slaughtered --
16     A   That's what it says.
17     Q   -- as well?
18         All right.  That's all.  We can take a
19  break.
20         THE VIDEOGRAPHER:  Off the record.
21         We are off the record.  The time is 1:16
22  p.m.
23         (TIME NOTED:  1:16 p.m.)
24
25

---

153

1         ACKNOWLEDGMENT OF DEPONENT
2      I, DONALD L. BELL, do hereby certify
3   that I have read the foregoing transcript of my
4   testimony, and further certify that it is a true
5   and accurate record of my testimony (with the
6   exception of the corrections listed below):
7   Page  Line          Correction
8   ____|____|_____|_____
9   ____|____|_____|_____
10  ____|____|_____|_____
11  ____|____|_____|_____
12  ____|____|_____|_____
13  ____|____|_____|_____
14  ____|____|_____|_____
15  ____|____|_____|_____
16  ____|____|_____|_____
17  ____|____|_____|_____
18  ____|____|_____|_____
19  ____|____|_____|_____
20
21        _____
          DONALD L. BELL
22
    SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS _____ DAY OF _____, 20___.
24
25  (NOTARY PUBLIC)      MY COMMISSION EXPIRES:

---

39  (Pages 150 to 153)

**HIGHLY CONFIDENTIAL**

154

1       I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4       That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were placed under oath; that a
8   true and correct record of the proceedings was made
9   by me using machine shorthand which was thereafter
10  transcribed under my direction; further, that the
11  foregoing is an accurate transcription thereof.
12      I further certify that I am neither
13  financially interested in the action nor a relative
14  or employee of any attorney of any of the parties.
15      IN WITNESS WHEREOF, I have this date
16  subscribed my name.
17  Dated:  8/23/13
18
19

20         DENISE BARDSLEY
            CSR No. 11241
21
22
23
24
25

40 (Page 154)

HIGHLY CONFIDENTIAL

Page 153

1           ACKNOWLEDGMENT OF DEPONENT

2       I, DONALD X. BELL, do hereby certify

3   that I have read the foregoing transcript of my

4   testimony, and further certify that it is a true

5   and accurate record of my testimony (with the

6   exception of the corrections listed below):

7   Page      Line                    Correction

| Page | Line | | Correction |
|------|------|-----------------------|-------------------------|
| 17 | 21 | Moart | Moark |
| passim | | DONALD L. BELL | DONALD D. BELL |
| 19 | 25 | "feeding of any flocks" | "feeding of layer flocks" |
| 26 | 20 | UAP | UEP |
| 41 | 9 | "over given a period" | "over a given period" |
| 52 | 16 | "1:4.15" | "1:4.5" |
| 53 | 25 | "as well as shellings" | "as well as shell eggs" |
| 66 | 22 | "human society" | "humane society" |
| 131 | 3 | | delete "a year" |
| 149 | 20 | of | or |
| passim | | GODLSTEIN | GOLDSTEIN |
| | | | |

20              Donald D. Bell

21   _____
                DONALD X. BELL

22

    SUBSCRIBED AND SWORN TO BEFORE ME

23   THIS _____ DAY OF _____, 20

24   _____

25   (NOTARY PUBLIC)        MY COMMISSION EXPIRES:

State of California County of Riverside
Subscribed and sworn to (or affirmed) before me
on this 29th day of October, 2013
by Donald D Bell
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature _____ (Seal)

June 28th, 2017



**HIGHLY CONFIDENTIAL**

1

## A

**abandoned** 124:1
**able** 21:16 26:8
  97:16
**absent** 37:10
**absolutely** 41:23
  61:25 80:14
  113:19
**accept** 124:3 137:21
**acceptable** 80:17,20
  139:11
**acceptance** 138:9
**accepted** 118:2
  141:11
**accomplish** 60:7
  137:8 138:20
  139:23 140:6,14
  140:22 141:3,16
  141:23
**accomplished** 139:9
  141:7,24,25 142:6
  148:15
**accurate** 71:21
  153:5 154:11
**achieve** 95:22
**acknowledgment**
  153:1
**acre** 8:3 17:23 81:21
  112:14
**action** 4:10 9:13
  16:23 18:11
  154:13
**actions** 1:7 2:7
**add** 127:23,23
**added** 69:16 75:25
  102:11
**addition** 103:19
**additional** 41:13
  74:11
**addon** 95:10
**address** 19:13 40:20
  63:3,23
**addresses** 135:24

**addressing** 76:9
**adequately** 116:8
**adjustment** 106:7
**administer** 16:22
  19:1
**administered** 19:5
**adopt** 38:8 98:22
**adopted** 98:12
  110:12 114:2
  119:10
**adopting** 38:3,7
  98:8
**adult** 24:25 62:10
  62:11,14 76:1
**adults** 63:8
**advantage** 148:22
  148:25
**advice** 90:14 104:5
**advisory** 14:19 46:3
  65:16,18 66:1,3
  67:9,15 70:6 71:16
  72:7,24 73:6,13,24
  74:6,20 75:14
  78:13 80:3 89:10
  90:19 97:12
  108:24 110:9
  117:3,25 119:3,14
  121:3 122:10
  124:14,15 136:4
  151:21
**affect** 39:6 42:2,6,21
  49:14 59:4 68:19
**affiliated** 27:13,16
  32:9,13,18 43:4
  102:24
**afraid** 28:15
**age** 22:10 42:4,11
  53:5
**ages** 135:2
**ago** 19:21 85:18
**agree** 16:18 88:8
**agreed** 17:3
**agreeing** 114:25
**agreement** 15:9

  16:25 60:24
  133:23
**agriculture** 20:1
**ahead** 26:17 38:14
  40:7 63:21 81:8
  95:21 106:3,18
  118:21 120:20,24
  121:1,9 123:3,8
  125:6,23 127:3
  135:7 136:23
  145:10,10 149:15
  150:12 151:9
  152:9
**aimed** 30:10
**al** 12:13 13:16 56:21
  57:10 67:21 86:18
**allen** 8:5 17:22,22
**allied** 27:12 146:9
**allow** 58:23
**allowance** 47:21
  48:12 98:2,13,23
  106:20 137:7
**allowances** 44:12,16
  44:20 45:14 50:19
  88:23 89:9 90:15
  91:8,21 120:1
  123:6 127:5
  142:19 143:13
**allowed** 112:14
**allows** 53:17
**alternative** 76:3,4
**alternatives** 130:11
**amazed** 131:2
**amount** 126:15
  127:11
**analyses** 26:1,14,16
  30:2,9,19,23 33:8
  35:12 89:18
**analyze** 48:21
**analyzing** 113:10
**anecdotaltype** 82:20
**anhour** 143:16
**animal** 14:8,17,20
  61:7 78:21 79:22

  99:2 108:20
  116:22 129:24
  130:3,8 151:15
**annual** 75:8
**answer** 21:5,17
  23:25 24:1 26:18
  31:20,21 35:22
  42:1 45:7,25,25
  47:8,13 57:3 82:19
  85:18 118:3 121:7
**answered** 91:23
**answering** 21:4
**answers** 66:9 93:19
**antagonistic** 122:7
**antitrust** 1:4 2:4
  16:15
**anybody** 37:11
  101:6 112:16
  131:1 132:5
  136:19
**anyway** 142:13
**apologize** 102:20
**appearance** 4:8,25
  5:20 6:8,19 7:8,15
  7:23 8:11 9:11,16
  10:11,21 11:10,20
**appearances** 3:1 4:1
  5:1 6:1 7:1 8:1 9:1
  10:1 11:1
**appeared** 131:4
**appears** 117:2
**applications** 33:24
**applies** 1:6 2:6
  85:16
**apply** 54:2 60:24
  61:3 85:15 113:25
**appointed** 67:22,23
**approach** 29:12,13
  55:12 61:3
**approximately**
  25:12 26:12,13,23
  28:16 60:6 73:9
  74:3,4 127:5
**april** 23:10 84:8

HIGHLY CONFIDENTIAL

145:2
**arch** 6:5
**area** 25:10 67:8
**areas** 24:23
**arent** 66:9
**argument** 81:16
**argumentative** 119:18
**arms** 26:5,9
**armstrong** 12:13 77:23
**arthur** 8:4 17:23
**asian** 53:24
**aside** 63:22 84:25 98:21 107:23 116:13 135:3 144:13
**asked** 27:20 28:23 29:3 35:11 58:9 67:17,24 75:5 80:5 91:22 95:12 99:20 100:25 106:6 122:3
**asking** 48:10 93:13 104:24
**asks** 93:2
**aspect** 118:16 126:25 143:12
**aspects** 137:21
**assign** 126:22
**assigned** 66:6
**assignment** 75:13 77:9 78:23
**assistance** 33:3
**associated** 33:15 35:6 38:23
**association** 35:1,9
**assume** 20:23 28:12 77:20 96:19 110:1 139:8
**attached** 22:24 51:11 70:19 83:22 85:3 92:3 93:24 104:8 108:3

114:15 116:16 132:14 133:16 135:10 144:16
**attempt** 136:14
**attend** 74:6 75:7,8 78:2,5 92:24 134:9
**attended** 78:13
**attention** 62:16 82:21
**attorney** 3:6,15 4:13 5:6,15 6:14 8:6,16 10:6,16 11:15 154:14
**attorneys** 9:17
**audible** 70:12
**audience** 30:13 49:11,13
**audio** 16:17
**audit** 144:10
**audited** 142:10
**auditing** 142:7
**auditors** 142:11
**august** 1:16 2:16 16:1,6 108:11,15
**authored** 135:19 145:2
**authorized** 16:22
**available** 30:15 95:13
**avenue** 3:7 7:12 8:7 10:17
**average** 40:17 41:16 42:11 46:4,5,8 49:12 147:7
**averages** 46:1 62:25 109:14
**aware** 76:22 107:9 144:12
**awhile** 20:6

———————
**B**
**back** 21:14 61:18 63:9 79:7,21 104:13 113:7

114:11 122:21,25 126:11 131:21 132:5 135:5 139:18 143:8 146:17 151:2 152:3
**backache** 21:12
**background** 67:10 67:11 107:8
**backing** 145:24
**baker** 5:13 11:6
**balance** 31:11 34:2 34:17 138:5 142:23
**ball** 66:24 90:9
**bankrupt** 37:14 49:10
**bardsley** 1:22 2:17 16:9 154:20
**barn** 104:1
**barry** 35:7
**based** 32:8,17 38:1 43:25 55:6 59:23 106:22 109:9,12
**bashing** 86:20
**basic** 129:1
**basically** 56:13 129:23
**basis** 28:3
**bat** 143:18
**bates** 12:14,18,21 13:8,13,18,23 14:6 14:10,15,21 15:7 15:11,17,22 23:3 94:9 105:5
**batesstamped** 23:6 51:16 84:2 86:6 92:13 108:7 114:18 116:23 132:22 133:20 135:15 144:24
**battered** 65:22
**beak** 68:14 118:7,10 118:19,24 121:15

**began** 27:24 103:12
**beginning** 2:15 26:21 27:25 28:22 30:1 94:17 95:2 105:16 108:16 131:22
**behalf** 2:13 17:23
**behavioral** 67:6 129:7
**behaviors** 69:12 129:2
**beld00026787** 13:13
**beld0032755** 13:18
**believe** 70:10 73:15 80:3,10 82:2 105:12,23 118:13 118:15 131:2 146:2 147:13
**believed** 123:16
**bell** 1:14 2:12 12:3 12:17 13:10,17,22 14:9,13 15:6,10 16:7 18:20,23 19:4 19:10,14,14 23:1,6 51:13,16,18 59:2,5 61:22 62:1 64:4 70:21,25 73:17 83:25 84:5 85:5 86:5 92:6,16 94:2 97:10 102:21 104:10,13 105:2 108:5,12,17,19 114:17 116:18 117:1 120:5 133:18 135:12 144:18 146:17 153:2,21
**bell002774** 15:22 144:24
**bell004041** 14:10 108:7
**bell004353** 14:15 114:18
**bell007698** 13:23

HIGHLY CONFIDENTIAL

3

94:9
**belld000028020**
15:17
**belld00026787**
92:13
**belld00028020**
135:16
**belld00031284**
12:18 51:17
**belld00032755** 86:6
86:13
**bells** 15:19
**beneficial** 41:10
**benefit** 45:23 46:16
**benefits** 138:1
**benson** 8:14 18:16
**best** 20:11 21:3,17
21:19 60:19 88:19
**better** 95:4,23
128:19,21 145:19
**beyond** 89:17
100:15 128:2,4,5
**big** 80:1
**bill** 72:10,13
**bird** 33:17 36:21
45:23 46:8 65:9
89:19 100:21
121:5 126:10,12
126:15 137:12
139:17 148:16
**birds** 36:14,15 44:2
45:5,6 50:25 97:1
97:5,6 98:10
120:17 126:1,9
131:10,19 148:23
152:10,14
**bit** 71:24 118:5
**bites** 87:20
**blame** 87:11
**block** 9:14 17:13
18:11
**board** 27:9 34:16
56:24 57:15,21
58:19 79:22

102:17 134:9
**body** 131:7
**bold** 138:18
**books** 50:11
**bottom** 84:23
105:17 115:8
117:6 123:19
**bought** 122:17
**boundaries** 54:11
**boy** 105:24
**brain** 97:17 105:8
**branch** 103:13
**break** 20:8 61:11
62:2,4 65:11 95:25
114:6,7 152:19
**breakeven** 95:1,4,23
**briefly** 61:8 108:6
115:8 133:19
**briggs** 7:18
**bring** 66:23 77:10
77:13
**brings** 143:8
**broad** 38:10 138:9
146:5
**broadway** 4:14
**broke** 49:9 62:19
**brothers** 4:19
**brought** 59:19 80:22
89:15
**brown** 9:15 18:10
18:10
**buchanan** 9:6
**build** 144:3
**built** 122:18
**bullet** 54:21 55:10
123:9,20 127:1
128:23
**bunch** 79:5
**burden** 143:17
**burned** 104:1
**business** 46:4 77:24
110:7,19
**buy** 43:1 62:19,21
62:22 87:23

### C

**cage** 35:18 36:1,2,12
36:15,16,18,19
37:2,6,18 38:3,12
38:12,20 39:3 45:6
46:9 48:20 53:4
59:14,16 60:1,9,15
60:19 64:18 65:12
69:18 77:12,13
78:22 91:4,20
99:11 109:4,4,9
112:25 120:6
121:24 126:9
135:25 138:2
142:4 147:3,7
**caged** 120:22
**cages** 36:20 50:4,6
82:13 112:24
127:5 141:19
**calculate** 104:3
**california** 1:15 2:14
5:4,8 8:17,18 13:6
13:16,21 15:15
16:1,12 18:19
19:15 24:9,22
154:2
**call** 66:3 102:3
146:17
**called** 29:10 88:14
89:24 108:23
145:3 146:20
149:12
**calling** 108:20
**callow** 11:14 17:24
17:24
**calls** 101:22
**calmaine** 7:10
**camera** 129:13
**campbell** 9:16 17:12
17:12
**cant** 20:2 43:8 63:11
67:4 69:19 77:21
93:1 112:1 118:3

129:12
**capability** 89:22
**caption** 16:14
**carbohydrate** 126:4
**care** 134:20
**career** 25:15 103:24
**carpet** 64:13
**case** 16:14,15 19:22
31:5 73:17 117:16
**cases** 19:24 126:23
131:5 143:17
**categories** 76:6
**cause** 87:9
**causes** 99:10
**cease** 28:9,10,11,12
**cellular** 16:20
**cent** 84:21 85:20
148:7
**center** 7:5,19 27:8
28:25
**cents** 52:20,20
**certain** 56:4 59:24
131:10
**certainly** 35:10
77:25 79:4 119:23
128:5
**certification** 141:13
**certified** 2:17
141:12,14 142:2
154:1
**certify** 153:2,4
154:3,12
**cetera** 115:13
**chair** 67:23 77:8
**chairperson** 28:1
76:25 77:22
**challenge** 63:2
**chance** 89:6 101:25
**change** 31:23 52:8
52:15,17,18 54:7
60:10 84:19,20
85:22 96:23 98:20
108:8 111:12,13
111:14 126:12,13

HIGHLY CONFIDENTIAL

4

126:13,14,14
**changed** 75:21,24
  85:9 119:17
**changes** 25:10 80:4
  80:12,16 85:11
  112:16
**characteristics** 67:7
**characterization**
  125:21
**charts** 63:6
**chase** 72:10,13
**chicago** 9:19 10:18
  11:8 74:17
**chick** 59:13 62:5,6,9
  62:10,13,17 63:3
  115:13
**chicken** 62:11 67:3
  68:19 81:21
  112:15 137:13,16
  144:4
**chickens** 33:21,22
  36:13 41:6,19 42:8
  59:9,10 62:10,14
  76:3 78:24 82:10
  84:14 87:23 90:6,7
  100:1 104:2 118:7
  122:16 123:24
  125:1 129:11,14
  131:8 144:8 150:2
  150:3,6
**chicks** 62:19,22,22
  63:8
**choose** 54:13
**chosen** 67:14
**cincinnati** 11:17
**city** 16:12
**claim** 141:6
**clarification** 20:14
  20:22 27:18,21
**clarify** 49:20
**clark** 9:18
**clear** 20:11 72:4
  82:2
**clients** 136:17

**close** 22:10
**clue** 126:24
**coaster** 105:18
**collection** 77:17
**collectively** 64:2
**colony** 82:13 126:13
**com** 3:10,19 5:19
  6:18 8:10,20 9:21
  9:22 10:10,20
  11:19
**come** 44:11 56:24
  59:18 91:13 93:18
  114:25 141:17
**comes** 100:19
  101:16,17 113:1
  144:9
**comfortably** 129:2
**coming** 91:1 113:16
**comment** 136:20
**commentary** 15:21
**commented** 118:12
**comments** 79:25
**commission** 153:25
**commitment** 100:25
**committee** 14:9,19
  59:6 65:16,19,25
  66:1,4 67:9,15,18
  67:22,25 68:7,8
  70:6 71:16 72:7,19
  72:24 73:3,7,8,13
  73:25 74:6,20
  75:14,21,22 76:8
  76:13,14 78:14
  79:19,22 80:3,7,11
  80:15,23 89:11
  90:20 91:15 92:21
  92:25 97:12,19
  102:2 108:21,24
  109:5,19,20,21
  110:5,9,18 111:6
  112:21 113:17
  117:3,25 118:13
  119:3,15 120:7,9
  121:3,11 122:10

122:14 123:14
  124:7,14,15
  128:24 129:23
  130:7 134:9 136:4
  151:21
**common** 149:21
**commonly** 147:22
  148:20
**communicate** 97:22
**communicated**
  37:19
**communications**
  79:6
**companies** 48:24
  54:12 148:14,15
**company** 11:5 46:5
  48:22 72:15
  101:10
**compensate** 75:1
  116:9
**compensated**
  116:11 145:13
**compensation** 22:6
  73:14 74:5,9
**competitive** 148:22
  148:24
**competitor** 147:24
  148:5,21
**competitors** 47:4
**complain** 119:21
**completely** 91:1
**complex** 125:22
**compliance** 137:6
**components** 93:17
**compound** 43:20
**compromise** 133:7
  133:10
**computer** 46:6
  104:3
**concept** 58:1,2 62:4
  63:19
**concepts** 61:2
**concern** 45:4 125:15
**concerned** 31:1,2

65:2 67:8 68:24,25
  87:18 111:10,23
  112:4,11
**concerns** 129:24
  130:3,8
**concluded** 60:17
  129:23 130:7
**concluding** 87:6
**conclusion** 60:6
  84:18 85:7,23
  120:23 127:1
**conditions** 131:6
**confidential** 1:13
  101:9 117:6
**confusing** 48:8
**connection** 93:2
**consensus** 69:25
  121:3 122:10
**consider** 63:1 80:11
  80:16 110:11,19
  110:20,22,25
  111:1,6 113:17
**considerable** 42:12
  87:2
**considerably** 142:21
**consideration**
  110:23 115:16
**considered** 64:2
  111:3
**considering** 50:12
  50:13 109:19
**consistent** 82:18
  129:5 134:14
**consultant** 15:9
**consulting** 22:6 24:3
  30:14 103:4,21
  133:23
**consumption** 31:10
  31:10
**contact** 22:11
**continue** 28:24
  103:21 121:6
  145:7
**continued** 4:1 5:1

HIGHLY CONFIDENTIAL

5

6:1 7:1 8:1 9:1
10:1 11:1 13:1
14:1 15:1
**continuing** 28:25
108:12 128:4,6
**contract** 133:3
**contribute** 25:25
38:13
**contributing** 26:14
26:16
**contributions** 25:17
25:20
**controversial** 86:23
88:20 119:19
**convenient** 61:11
**conversation** 68:2
**conversations** 16:20
58:18
**conveyed** 52:14
56:12
**cooking** 53:15
**cooperate** 45:10
**cooperation** 27:25
**cooperative** 13:5,15
13:20 15:14 24:15
24:16
**copied** 23:11
**copies** 63:25 77:10
128:3 144:23
**copy** 113:23 116:2
117:4,10,13
119:12
**correct** 23:19 25:7
37:3 39:17 52:3
55:22 65:16 72:7
72:19 73:9 74:3
96:9,23 99:20
104:17 105:13
109:5 115:2 119:3
133:4,7 141:3
154:8
**correcting** 96:14
**correction** 96:4
153:7

**corrections** 106:12
153:6
**correspondence**
22:8,13 23:14
92:17
**cost** 65:9 110:2,10
110:21 146:4
**costs** 31:2,8,9,11,12
39:25 50:13 51:3
87:15,16,22
134:21 147:8
**couldnt** 115:25
**counsel** 16:10 17:7
18:20 117:9
**count** 129:10 131:10
148:17
**countries** 50:5
103:17
**country** 41:8
**county** 103:8
**couple** 20:5 52:6
117:15 121:8
**course** 25:15 28:1
48:25 52:3 73:19
81:11 87:12 98:25
100:8 101:2
117:13 149:4
**courses** 24:24,25
**court** 1:1 2:1 16:8
19:1 21:2 22:23
51:10 58:16 70:18
83:21 85:2 92:2
93:23 104:7 108:2
114:14 116:15
132:13 133:15
135:9 144:15
**courthouse** 4:21
**cover** 146:5
**cowriter** 122:1
**crazy** 58:16
**critical** 122:11
123:10
**crutcher** 7:11
**csr** 1:23 154:20

**current** 19:13 42:23
48:20 76:9 109:9
109:12 110:1
117:14
**curve** 127:19
**cutting** 115:13
**cycle** 62:23
**cycles** 62:23
**cyclic** 63:11
**cyclical** 63:3,5,15

**D**

**dallas** 7:13
**daniels** 5:13
**data** 32:2 34:1 35:12
55:7,12 83:8 149:9
149:16
**date** 24:2 28:12 73:7
154:15
**dated** 71:3 94:5
116:23 135:18
136:10,13 154:17
**day** 70:7 94:5 95:14
131:9 134:10,18
143:19 144:20
153:23
**daybyday** 97:19
**days** 74:12,13 97:20
97:21 130:25,25
131:2,5,5,12,17,18
132:1 134:19
**dayton** 4:23
**dead** 131:10
**deadline** 144:10
**dealing** 146:6
**december** 108:21
132:25 135:18
136:13
**dechert** 6:4
**decided** 81:18
151:22
**decision** 61:24 82:22
82:24 100:22
**decisions** 90:25

**decrease** 128:4,6,7
**decreasing** 127:4
**defendant** 18:16
**definitely** 124:20
131:11
**definition** 68:21
**degree** 39:13
**degrees** 48:19
**deinard** 10:4 17:18
**demand** 34:3,18
38:23 97:5 138:6
142:22
**demonstrate** 37:3
60:4 90:9 125:8
**demonstrated**
120:14
**denise** 1:22 2:16
16:8 154:20
**density** 35:18 36:2,2
36:12,16,18,20
37:2,6,18 38:3,12
38:12,20 39:3 45:1
45:24 48:20 53:4
68:14,16,18 77:12
77:13 78:22 89:25
90:2 99:11 109:9
120:6 121:25
135:25 138:2
142:4 147:4,7
**department** 20:1
**depicts** 52:21
**deponent** 5:3 153:1
**deposed** 19:18,20
**deposition** 1:14 2:12
16:7,11 22:22
30:22 51:9 70:17
83:20 85:1 92:1
93:22 104:6 108:1
108:12,16 114:13
116:14 132:12
133:14 135:8
144:14
**depressed** 54:14
**depriving** 131:25

HIGHLY CONFIDENTIAL

6

**describe** 29:4 51:19
 52:13 125:24
 145:25
**describes** 93:7
**describing** 48:10
**description** 12:11
 13:4 14:4 15:4
**dessert** 126:3
**detail** 86:8
**details** 20:3
**determining** 129:13
**develop** 34:10
 113:13 130:11
**developed** 104:3
 126:21
**devise** 138:19 140:6
 140:21 141:7,23
**devised** 141:2,16
**devising** 139:22
**didnt** 27:22 34:5
 64:11 65:18 67:10
 67:11 73:21 77:7
 79:3 81:4,15 83:10
 129:6,7 131:2
 132:10 139:16,19
 141:17,19 142:13
 148:22
**diet** 126:6
**difference** 60:14
 150:9
**different** 19:23
 29:12,12,13 33:23
 35:5,23 45:25 47:5
 49:8 54:22 66:24
 67:6 69:15 80:18
 83:13 85:19,23,24
 96:8 104:17
 127:16 146:14
 148:8
**differentiate** 83:5
**differently** 49:15
**difficult** 35:22 44:12
 48:19 126:17,20
 137:7,20 142:19

143:13
**dig** 89:6
**direct** 2:13 3:3,12
 9:13 16:10 18:6,9
 18:11
**direction** 52:19 59:3
 62:17 84:21
 154:10
**director** 134:9
**directors** 27:9 34:16
 57:15,21 79:22
**disagreed** 118:17
**disagreement** 87:2
**disallowed** 50:5
**discuss** 109:3
**discussed** 53:8
 56:20 57:17,20
 60:11 61:4 64:17
 64:21 79:24
**discussing** 57:9
 58:10 104:18
**discussion** 59:19
 77:2,3 79:1 87:7
 107:25 109:7
**discussions** 29:20
 30:15 59:7 65:1
 77:5 107:20
**disease** 42:25
**disnmore** 4:20
**disposing** 97:13
**dispute** 83:2
**distinguish** 69:15
**distributed** 147:12
**district** 1:1,2 2:1,2
**divide** 112:25
**doctor** 82:4,6
**document** 1:6 2:6
 22:16,19,21 51:18
 57:13,13,14 72:5
 84:2,4 92:8 94:13
 106:24 112:19
 114:6,20 116:21
 117:1,5,16,23
 124:6 127:9

129:17,20 135:15
 141:21 144:20,22
 145:1 146:1
**documents** 22:18
 64:8,10,11
**doesnt** 46:8 54:4
 62:19 69:15 85:15
 87:23 99:2 119:12
 123:22 126:24
**doing** 21:1 25:11
 26:23,25 33:3
 47:20 48:15 49:2
 58:12 77:24 79:6
 90:5 102:14
 133:10
**dollar** 45:5 83:12
 85:19
**dominant** 125:10,16
 126:1
**don** 12:17 13:10,22
 14:9,13 15:6,19
 58:12 59:2,5 116:6
**donald** 1:14 2:12
 12:3 13:17 15:10
 16:7 18:23 19:4,14
 108:12,17 153:2
 153:21
**dont** 17:9 18:24
 20:8,22 22:15
 25:22 26:20 29:17
 33:21 43:10 45:18
 47:5 48:6 51:23
 56:6 58:8,11,15
 62:1,22 64:22 67:1
 72:10 75:17,19
 76:7,15 77:21
 82:21 83:3,11
 84:22 93:20 95:18
 97:23 101:2,10
 102:12 104:25
 107:12,13,15,17
 108:6,8 116:1,3
 117:3 118:1,15
 119:6,17 122:6,14

124:16 130:22
 131:11 132:2,5,8
 132:11 134:16
 136:24 139:21
 141:14 142:12
**dozen** 84:21
**dr** 82:7 121:19
**draft** 121:19 122:4
 124:7,9,10
**dramatic** 60:14
**drew** 126:8
**drive** 19:15 58:15
**driving** 58:5
**dunn** 7:11
**duplicate** 129:9
**duties** 28:3

**E**

**eagle** 7:3
**earlier** 62:17 101:23
 107:13 115:21
 136:10
**early** 23:18 40:21
 41:3 55:10 56:14
 60:14 64:5 72:13
 72:16 73:9 76:13
 98:18,19 109:21
**easiest** 37:2 60:3,3,7
 60:23
**east** 9:3 11:7,16
**eastern** 1:2 2:2
**easy** 61:3 119:1
 143:23,24
**eat** 120:17 123:25
 125:17
**economic** 15:9,20
 28:6,22 29:2,4,15
 36:22 41:22 68:10
 69:7 83:10 89:18
 99:9 109:9,12,18
 110:1 111:12
 113:23 135:24
 136:15 137:5
 138:1 145:5

HIGHLY CONFIDENTIAL

7

**economically** 30:12
48:5 66:14,16
67:13 113:5,21
151:22
**economics** 13:6
15:15 29:6 66:20
84:7 111:10
135:18 145:24
146:6
**edit** 27:5
**edited** 100:13
**editorial** 95:10,16
107:5
**edu** 5:10
**education** 50:14
**educational** 24:22
**effect** 22:8 147:2
**effective** 23:19
127:22
**effects** 58:22 147:8
**efficiencies** 66:20
**efficient** 137:15
**effort** 116:9
**efforts** 40:20 100:9
100:16
**egg** 1:4 2:4 6:10,10
13:6 14:5,12 15:15
15:19 16:15 17:15
17:16 22:7,9 24:3
27:8,11 28:25 29:7
29:8,23 30:4 31:15
32:3,11,20 33:9,16
34:25 35:2,6 38:2
39:2,6,12,21 40:17
41:11,21 42:3,7,17
42:22 43:25 44:1
44:10 47:16 48:12
49:18,18,23,23
51:1 52:8,15,18
53:2,20 59:22,25
60:12,12,14,20
62:6 63:4,14 64:1
67:12,12 68:25
80:4,17 84:7 85:17

96:9,18,22 99:24
100:7,17 102:21
102:25 103:5,22
105:18 109:22
110:6,19 114:22
127:6 135:18
137:15 145:24
146:6 147:3 152:4
**eggs** 11:12 17:25
31:4,24,25 34:3,3
34:11,17 42:9,24
43:1,1,10 45:23,25
48:21 53:22,24
54:10 60:11 63:8
66:21 85:19,20
89:19 110:3
126:18,19 127:24
129:10,11 146:4
150:22
**eimer** 10:14 17:20
**eimerstahl** 10:20
**either** 25:23 45:2
95:25 97:18
151:24
**element** 122:11
123:11 126:22
**elimination** 88:2
**email** 12:12 14:8
15:5 23:10 108:20
109:3 132:24
**emanuel** 3:4 18:6
**emergency** 92:20
**emeritus** 24:10,11
**emphasis** 31:9
109:17,22
**emphasize** 30:18
**employed** 22:1
**employee** 154:14
**encourage** 89:24
102:16
**encouraged** 130:10
**encouraging** 139:6
**ended** 98:8
**endorsed** 68:7

**ends** 122:22 129:20
**energy** 126:5
**engage** 43:4
**enormous** 66:8
**enterprise** 86:3
**entire** 63:25 107:11
113:13
**entitled** 51:7 52:8
99:14 116:21
**environment** 120:1
**equal** 59:9
**erving** 18:21
**escape** 53:17
**especially** 54:13
113:22
**essentially** 134:18
**established** 33:19
**estimated** 95:1
**et** 12:13 115:12
**europe** 50:3 113:23
114:3
**europeans** 82:12
**evaluating** 45:4
**eventually** 98:14
102:2,9 123:23
139:12
**everybody** 49:15
102:8 103:14
113:8
**evidence** 81:14
90:20
**exact** 107:2 123:17
**exactly** 48:4 84:24
111:4 151:12
**examination** 12:2
19:8
**examined** 19:5
**example** 34:9 42:24
50:4,9 56:16 68:16
76:1 80:21 91:7,19
**examples** 33:22,23
50:2 141:20
**exceedingly** 49:7
**exception** 122:19

153:6
**excessive** 143:10
**exclusively** 55:15
**excuse** 31:18 147:22
148:20 149:15
**executed** 133:23
**exercise** 126:17
**exhibit** 12:11,12,16
12:20 13:4,5,10,15
13:20 14:4,5,8,12
14:17 15:4,5,9,14
15:19 22:22 51:9
64:4,7 70:17 83:20
84:3 85:1 92:1
93:22 104:6 105:7
108:1,19 114:13
114:18 116:14
132:12,17 133:14
133:19 135:8
144:14 145:25
146:17
**exhibits** 12:10 13:3
14:3 15:3
**existed** 140:8
**exists** 60:16 76:9
140:8
**expect** 57:16
**expenses** 73:15
74:10,15,16 75:4
75:11 116:12
134:11
**expensive** 144:6,7
**experience** 32:8,17
51:7 68:9,10,18
69:4 79:6 99:11
**experiences** 48:20
**experiment** 60:13
**experimental** 132:6
**experimented**
130:24
**experiments** 36:20
131:3
**expert** 141:13
**expires** 153:25

HIGHLY CONFIDENTIAL

**explain** 35:14 53:13
  149:25
**explained** 110:23
**export** 43:16
**exports** 42:16,21
  43:4 53:5,11 54:8
**expressed** 149:2
**expression** 50:1
**extend** 24:19
**extension** 13:5,15
  13:20 15:14 24:16
  24:16,17 36:19
  121:10
**extent** 117:16
**extra** 96:25 134:21
  134:21 144:23
**extreme** 90:23 99:12
**extremely** 37:13
  96:18,22

**F**

**faced** 47:15
**facilities** 137:15
**facing** 48:11 96:18
**fact** 28:21 44:7
  57:12 63:5 87:14
  90:18,19 96:20
  97:10 98:8 112:19
  117:5 138:10
**factor** 39:8,14
**factors** 31:10 39:1,5
  42:2 52:24 53:1,8
  62:18 64:1 65:7
**faegre** 5:13
**faegrebd** 5:19
**fail** 111:18,24
**failed** 54:25
**failure** 49:3
**fair** 20:15,24 21:7
  32:1,9,18 37:25
  41:20 43:24 46:16
  47:1,8 48:2,3,5,7
  52:22 57:2 58:8
  59:11,23 64:16

69:9 70:16 90:13
  91:8 122:9 125:2
  125:21,22 130:3
**fairly** 33:18 48:11
**fairness** 48:20 59:9
**familiar** 34:21
  58:24 84:4 142:8
**fantastic** 118:15
**far** 42:2 45:2,18
  56:11 68:24,25,25
  77:15 80:24 90:11
  103:11 118:1
  124:1 126:25
**farm** 137:14 142:20
  143:14
**farmer** 45:22 65:8
  68:6 126:24 129:8
**farmers** 41:9
**farms** 7:17 8:3 9:3,3
  9:4 17:23 142:10
**fast** 61:3 70:15 94:7
  95:14
**fastest** 60:23
**faulkner** 14:14
  114:21
**faulkners** 115:23
**fax** 13:10 92:16
**feature** 80:1
**february** 70:10 71:4
  71:9 72:7 150:18
  150:24,25
**federal** 90:2
**fee** 30:14 74:11,11
**feed** 31:8,9,9,10
  87:5 88:16 123:22
  126:10 130:1,2,7
  130:14,18 132:3
  132:10 137:16
  143:19 149:20
**feeder** 120:9,14
  122:10,17 123:10
  124:4 125:3,17,25
  126:7,14,16,19
**feeding** 19:25

**feel** 30:16,16 51:5,5
**feeling** 21:9,11,21
**fewer** 42:8 44:2
**field** 126:23
**fifth** 10:7
**file** 77:20,21,23,25
**files** 93:20
**final** 117:4,10,11,17
  119:12 120:15
  122:5,6 124:8,10
  124:11
**finally** 23:19 73:1
  82:25
**financial** 133:23
**financially** 16:24
  154:13
**find** 81:18 83:8
  93:20 97:10
**finding** 110:13
**fine** 20:16 36:11
  61:13 66:5 96:21
**finish** 71:25
**finished** 75:25
**firm** 122:15
**first** 20:7 31:1 36:1
  36:18 37:10 44:25
  54:24 60:13 71:8,9
  77:9 92:7,9 94:12
  105:9 107:22
  117:19,23 118:22
  119:5,8 120:13
  124:6,16,23 126:1
  127:1 131:1 137:1
  140:9 145:4 147:6
**five** 62:24 76:6
  85:12 130:25
  131:17,18,25
  148:15
**fiveyear** 62:25
**flapping** 129:6
**flaps** 129:13
**flock** 12:17 15:20
  29:24 30:3,24
  31:15,16,24 35:13

35:15,16 36:2 37:6
  37:9 38:20 39:13
  41:7 51:25 53:4
  65:3 96:5,10 97:1
  98:3 104:18
  106:12 115:16
  144:3 146:20,24
  147:3
**flocks** 19:25 38:21
  42:12 93:18
**floor** 3:7,16 5:7 7:5
  44:12,15,20 45:14
  47:21 48:12 98:2
  98:23 106:20
  126:17,20,25
  142:18 143:12
**fluctuation** 151:6
**flush** 131:22
**focus** 32:1 45:13
  139:21 148:18
**focused** 34:6 92:7
**focusing** 62:6
**fold** 26:9
**folding** 26:5
**folks** 56:21 64:9
**follow** 46:24 91:17
  142:20 144:1
  150:9
**followed** 48:4
**following** 100:25
  115:9 138:12
  140:4
**follows** 19:6 117:19
  123:7 143:5
**followup** 107:20
**food** 126:2 131:25
**foods** 7:10 8:13 10:3
  17:18 18:17
**foot** 127:23
**force** 149:12,17,19
  150:16 151:14
**forced** 129:25
  149:19
**foregoing** 153:3

HIGHLY CONFIDENTIAL

154:4,6,11
**forever** 86:1,3
**forget** 121:9
**form** 23:20 26:15
27:15,19 30:6
31:17 32:5,12 33:4
33:10 34:12 36:4,7
36:10 37:22 38:4,9
38:18 39:22 40:13
42:18 43:6,18
44:23 45:19 46:18
47:2,11 49:19
50:23 53:21 54:21
55:13,23 56:22
57:11,22 58:3
59:15 60:21 64:20
66:13 68:20 73:14
74:8 75:23 78:3,7
78:15 84:16 85:10
88:4 90:16 91:9,22
97:14 103:2 109:1
119:4 120:11
122:12 125:19
130:4 136:5
138:24 140:3,15
140:18 143:4
145:14 151:17
152:1
**formal** 25:1 76:21
**formation** 26:20
**forming** 118:9
**forms** 100:25
**formula** 54:3
**formulas** 126:21
**forth** 154:5
**forward** 89:15
**found** 36:21
**foundation** 40:23
41:5 43:7 48:17
55:14 67:16 78:16
93:14 101:21
106:25 111:8
122:13 123:15
148:3

**four** 29:6 45:5 54:22
65:5 76:6 96:8,13
96:14,15 106:14
107:1 124:21
126:13 130:24
131:17,18,25
150:19
**fourth** 11:16 46:8
128:23 147:19
**francisco** 8:18
**franklin** 5:7
**frankly** 115:24
**free** 86:2
**frequently** 99:25
**fresh** 11:12 17:24
**friedman** 8:14 18:16
**friendship** 50:8
**front** 23:8 83:18
121:14
**frustrated** 67:2,4
**frustration** 66:23
68:12,24
**full** 19:12 111:20,21
**fundamental** 85:7
**funds** 73:16
**further** 153:4
154:10,12
**fuzzy** 21:21

_____

**G**

**gained** 148:22
**game** 66:24
**gene** 12:12 13:11,21
15:5 23:10 34:9
57:10 67:21 78:10
92:17 93:16 117:9
**general** 18:12 25:9
40:11 51:6 124:17
**generally** 51:19 62:8
76:14 105:13
109:5 116:25
**genetic** 118:24
**genuine** 130:3
**gestures** 21:6

**getting** 46:15 88:25
103:14
**gettysburg** 9:4
**giant** 7:3
**gibson** 7:11
**gist** 98:22
**give** 22:12 34:16
36:13 51:15 59:2,9
63:13 81:21 96:8
**given** 29:19 30:17
41:9 62:16 79:14
112:16 134:22
**gives** 62:23
**giving** 55:24 56:2
88:16 96:14 104:5
**go** 16:18 20:5,17
25:5 26:4,17 34:5
36:22,22 38:14
40:7 42:12,25 45:2
45:18 49:9 52:6
61:9,20 63:21
70:15 73:15 74:19
75:4 80:24 81:8,15
95:21 103:9 106:3
106:18 109:10
118:6,21 120:2,20
120:24 121:1,9,14
122:23 123:3,8
125:6,23 126:23
127:3 128:21
131:11 135:7
136:23 139:16
144:3 145:10,10
147:19 149:15
150:12,19 151:9
152:9
**goal** 39:23,24 60:8
141:3 142:11
**godlstein** 20:17,20
26:3,17 46:20
58:12 61:9,14,20
71:24 82:4 114:7
122:23,25 123:2
132:19 144:19

**goes** 22:16 41:7 43:2
113:7 118:1
**going** 20:11 23:18
37:13 41:9 42:10
42:13,15 44:22
46:2,13,13 47:1,10
49:2,4 50:4 56:9
58:21 59:5 60:10
61:10,23 62:14,18
85:18,22,24 87:2
89:16 90:5 96:17
100:2,3 104:13
110:12 113:24
127:18 131:4
134:22 143:17,19
143:20 150:19,20
150:20,20,21
**goldstein** 5:5,10
17:4 18:18,18 26:8
**good** 16:4 19:10,11
45:17 49:7,11 50:3
50:8 67:21 79:16
94:6 101:25 113:2
**gotten** 132:8
**governed** 76:22
**government** 86:1
**grain** 126:3
**grant** 24:15
**graph** 52:11,20
**graphics** 84:16
**great** 21:1 58:12
**greater** 88:1
**greatest** 31:4 138:12
**gregory** 12:12 13:11
13:22 15:5 23:10
34:9 56:21,24
57:10 70:22 78:10
78:13,25 92:17
93:2,13,16 94:15
99:19,22 100:13
102:18,19 104:14
104:19 105:2,7,7
105:23 106:5,11
117:9 132:25

HIGHLY CONFIDENTIAL

10

133:6
**grew** 146:3
**grits** 87:20
**grocers** 11:4
**ground** 20:6
**groups** 43:4
**grow** 62:12
**growing** 76:2
**guarantee** 147:23
    148:21
**guess** 35:14,25
    53:18 56:3 76:10
    77:1 102:16
    110:22 134:18
**guidelines** 14:18
    38:3,7,8,10,17
    55:3,18,21 56:15
    57:8 60:19 82:7
    91:4 110:5 116:22
    117:2 118:19
    119:15,16 120:22
    124:2,11,18,20
    129:21 136:25
    138:13 140:5
    144:1 151:14
**guy** 148:23
**guys** 17:10

**H**

**halebian** 4:11 18:14
**half** 105:14,14
    148:14
**hamilton** 6:12 17:15
**hand** 22:17 51:13
    70:21 77:1 83:24
    85:5 92:5 94:1
    104:10 108:5
    116:18 132:16
    133:18 135:12
    144:18
**handed** 86:5 105:1
    114:17
**handing** 23:1
**handle** 78:23

**happen** 42:15
    139:15
**happened** 68:3
    98:14
**happening** 150:23
    151:4,11,13
**hard** 46:14 79:23
    116:1
**harder** 89:25
**hasnt** 59:18 141:7
**hatch** 59:13 62:5,6,9
    62:10,13,17 63:4
**hatches** 59:18
**hate** 22:12
**hausfeld** 3:13 18:8
**hausfeldllp** 3:19
**havent** 79:24 82:15
    82:15 95:9,18
    135:1
**heading** 119:24
    120:3 138:1
**headline** 118:6
**health** 21:15 38:22
    51:6 65:4
**healthy** 30:11,11,25
**hear** 147:22 148:20
    149:1
**heard** 131:1
**hearing** 20:4
**height** 81:4
**heinz** 11:4
**held** 16:11 36:20
**hell** 58:15
**help** 32:3 33:8 34:2
    35:12 49:17,22
    98:23
**helpful** 101:14,18
    117:12 145:11
**hen** 36:17 65:20
    69:10,11,12 70:1
    84:19 88:16 95:2
    115:11 127:6
    147:20 149:20
**henhouse** 127:6

**hens** 42:4 66:12
    69:15 76:1 84:20
    97:13 120:22
    124:4 125:4,18
    128:13,25 131:24
    138:11 140:25
**hereto** 22:24 51:11
    70:19 83:22 85:3
    92:3 93:24 104:8
    108:3 114:15
    116:16 132:14
    133:16 135:10
    144:16
**hes** 26:5 58:14 79:14
    143:15,20 144:7,7
    144:8
**hesitate** 20:8
**hester** 118:14
    121:14,16,19
**high** 41:24,25 45:1
    53:15,15 67:5
    111:17,23
**higher** 81:15 98:15
    128:10 142:22
**highly** 1:13
**hillandale** 9:3,3,4,4
**historically** 54:1
    138:10
**hold** 25:2 64:14
    85:25 104:2
**holds** 86:3
**hope** 59:7 120:8
**hour** 61:10,21 62:1
    129:13
**hours** 27:2,3
**house** 64:9 137:13
    144:4 148:23
**housekeeping** 23:2
**houses** 137:16
**housing** 68:15 76:3
    76:4 119:25 120:6
    120:21,24 121:20
    121:21,24
**human** 66:22

**humane** 66:17 90:24
    90:25 109:24
**humans** 67:4
**hundred** 31:7 33:22
    33:23 36:25 48:24
    148:23
**hundredcase** 143:15

**I**

**id** 20:13 21:21 22:12
    33:5,11 61:21
**idea** 57:7 77:19
    79:16 96:22
    102:13 116:12
    136:20 139:12,22
    147:13
**ideal** 98:3
**ideas** 34:17 49:17,22
    63:23 96:15
    104:13,16 107:21
**identification** 22:23
    51:10 70:18 83:21
    85:2 92:2 93:23
    104:7 108:2
    114:14 116:15
    132:13 133:15
    135:6,9 144:15
**identified** 39:5,9
    72:17 100:12
    140:1
**identify** 17:8,10
    39:8 51:18 86:17
    92:8,16 94:8,12
    105:10 108:19
    114:20 116:25
    132:24 133:22
    135:17 145:1
**identifying** 23:9
**ids** 7:19
**ill** 20:22 22:17,18
    26:7,18 27:17 35:4
    70:13 92:8 133:22
    135:17
**illinois** 9:19 10:18

**HIGHLY CONFIDENTIAL**

11:8
**im** 18:19 20:11
  21:11 22:2 23:1
  26:3,10,25 27:2,8
  36:8 43:14 48:8,10
  48:10 51:7 55:24
  55:24 56:2,3,25
  57:4 58:7,20 64:21
  64:22 66:18 67:21
  69:23 80:6 83:10
  86:11 92:7 97:18
  97:18,19 100:19
  101:11 102:19
  104:4,24 107:24
  110:13 111:22
  117:22 119:15
  120:15 124:19,25
  125:9 129:19
  130:23 132:4
  134:5,5,18 135:1
  139:5 144:11
  145:9
**imbalance** 126:6
**immediately** 95:13
**impact** 39:2 42:17
  53:2 80:12
**impacting** 39:20
**impairing** 26:6
**implement** 143:25
**implications** 135:25
**importance** 125:24
**important** 22:18
  32:24 50:14 80:3
  80:11 111:11
  113:25 120:7,10
  125:3 126:18
**impose** 48:5
**improve** 40:1 131:4
**inch** 82:25
**inches** 58:23 65:13
  65:13,19,24,24
  66:11 69:11 70:2
  80:21 89:15,17,17
  98:9,11,19 112:21

112:23 113:4,8
  120:14,16 121:4,5
  122:19 123:22,25
  124:4,17 127:6,13
  129:1
**include** 35:23 38:12
  68:22 145:17
**included** 100:5
**includes** 40:17
  53:23 106:19
**including** 35:6 40:9
  106:14
**income** 30:3,25 31:3
  31:4,12 51:3 52:9
  52:16 65:9 147:8
**increase** 42:11
  47:21 48:12 54:8
  62:13 65:9 88:1
  128:8,9 150:15,16
  151:7,20 152:14
**increased** 149:24
**increases** 36:24
  44:15 127:7
**increasing** 44:12,19
  45:14 128:21
  142:18 143:6,12
**indemnification**
  19:25
**index** 12:1 13:1 14:1
  15:1
**indiana** 5:17
**indianapolis** 5:17
**indicate** 121:2
**indicated** 40:11
  128:12
**indicates** 23:17
  127:1 133:5 134:1
  149:23
**indication** 62:12,14
**indirect** 4:3,10
  18:14
**individual** 19:24
  30:14 37:13,15
  40:1 44:13 45:8,10

46:11,12 47:19
  48:13 54:12 85:11
  87:18 101:18
  103:5,22 142:20
  143:14 147:9
  148:14
**individuals** 30:13
  37:16
**induce** 131:24
**induced** 88:14
**industries** 27:12
**industry** 22:7,11
  24:4,22 27:8 28:6
  28:23 29:7,8 30:4
  30:11,17,25 31:13
  33:16 34:2,10 35:6
  36:21 37:10,12
  38:1,23,24 39:5
  41:10,21 44:1,1,11
  45:8,15,18 46:25
  47:23 51:6 53:20
  59:25 62:20,21,24
  63:2,7,9,11,14
  65:4,23,25 80:13
  80:20 84:14 89:23
  90:10 96:9,17
  98:24 102:13,21
  102:25 106:23
  113:13 138:10
  139:11 142:21
  146:7,9,14 147:9
**industrys** 37:16
**industrywide** 27:5
  60:18 98:1 106:15
  138:9
**information** 24:20
  52:13 56:12
  101:10
**informed** 23:18
**ingersoll** 9:6
**initial** 75:13 117:17
  124:11
**inperson** 76:17
**inprogress** 117:7

**insist** 65:19
**insisted** 66:22
**insisting** 132:7
**institution** 24:15
**intended** 146:5
**intentionally** 103:15
**interest** 47:22
**interested** 16:24
  37:8 45:9 67:11
  154:13
**interfere** 79:3
**interference** 16:21
**intermediate** 91:12
**international** 29:17
  103:16
**interpreted** 30:11
**interrupt** 134:5
**interruption** 30:20
**intervale** 19:14,15
**interviewed** 79:14
**introduce** 22:15
  70:13
**introduced** 140:9
**inventory** 95:2
**invested** 45:5
**investment** 93:9
  99:16
**investments** 110:10
  110:20
**invite** 75:7
**invited** 34:15,20,23
  115:5
**inviter** 75:3
**involved** 45:24
  55:16,16,17 59:10
  64:25 65:9 66:25
  118:9 137:5
**involvement** 86:2
**involves** 88:16
  103:17 121:24
**involving** 22:7 60:19
**iowa** 27:8 28:25
**irony** 97:10
**isnt** 69:25 72:25

73:17 94:6 99:6
133:12 146:22
151:13
**issue** 50:18 63:16,24
64:18 65:11 69:1
100:1 109:4
113:10 120:6
126:9 127:19
128:15 136:15,16
137:12 144:12
**issues** 38:13,22
40:20 52:5 63:1
66:23 68:10,11,11
68:12,15 69:5,6,7
76:9 91:13,25
109:24 111:9
113:18 137:5
**item** 80:19
**ive** 28:1,22 34:23
39:24 49:25 51:3,4
51:14 63:6,6 77:21
86:5 98:18 105:1
107:22 114:17
128:3 132:8,20
134:21 145:4
148:24,24

**J**

**jacobson** 4:11 18:14
**james** 3:14 18:8
**january** 114:22
115:1 150:17,18
150:24,24
**jason** 8:15 18:15
**jcallow** 11:19
**jeff** 12:13 77:23
**jenner** 9:14,21,22
17:12 18:10
**jerry** 14:14 114:21
**job** 21:1 22:6 58:13
**joe** 17:24
**join** 30:22
**joined** 30:21,21
**jointly** 47:22 48:15

49:18
**joseph** 11:14
**journals** 83:17
**joy** 82:1 121:25
127:20
**jpizzirusso** 3:19
**jr** 11:14
**jtakenouchi** 8:20
**judge** 45:22
**july** 23:19 24:2 73:1
73:9 92:11,18
94:15
**jumping** 71:25
**june** 92:9
**justification** 84:16
**justified** 44:20
113:6,21 151:23
**justify** 44:13 46:14
142:19 143:13

**K**

**kallen** 8:10
**kari** 17:22
**karri** 8:5
**kasowitz** 8:14,20
18:16
**kathy** 5:14,19 18:2
**keating** 11:13
**keep** 23:8 26:7
42:13 61:23 62:3
94:21 105:14
128:13 150:20
**keeps** 150:20
**kellogg** 18:11
**kennedy** 10:15
17:20,20
**kept** 98:10
**key** 79:2
**keywords** 110:13
**kidding** 130:23
**kill** 97:9
**kind** 20:4 53:16
76:24 102:14
122:19 151:13

**kinds** 126:23
**klekamp** 11:13
**kmklaw** 11:19
**knew** 44:21 46:24
47:9 79:12
**know** 20:9 21:14,22
22:14,21 25:22
26:20 39:9 48:25
50:24 51:23 57:2,3
58:4 59:3 62:2
64:23 66:21 67:1
69:24 76:7 83:3
86:7,9,22 89:17
95:19 96:12 98:13
100:21 101:7,10
101:14,19,24,24
104:5 116:1,8
117:4 118:1
119:10,16 126:3
129:7 132:8,11
136:18 137:2
141:15 142:12
143:1,23
**knowledge** 21:18,19
35:16 40:25 43:3
43:15 48:23 53:20
67:15 71:22 72:6
93:13 100:15
101:1 106:22
107:12,25 121:12
124:3 125:8 140:1
**knowledgeable**
43:16
**known** 107:22
**knows** 143:18,18,20
**kraft** 17:13 18:11
**krgeg00020640** 13:8
84:3
**kristen** 18:21

**L**

**labor** 50:13 143:21
**laboratory** 129:15
**lack** 22:10

**lacks** 40:22 48:16
**lady** 121:18
**laid** 99:1
**land** 24:15 112:15
**large** 42:17 46:25
146:11
**larger** 46:16
**largest** 53:2
**law** 3:6,15 4:13 5:6
5:15 6:14 8:6,16
9:17 10:6,16 11:15
102:10
**laws** 102:10
**lawsuits** 19:24
**lay** 41:16 54:21
143:20
**layer** 15:19 96:5
104:18
**laying** 12:16 29:23
31:15 51:25 65:3
118:7 131:21
**leaders** 34:9
**leading** 23:23 65:21
69:14 122:12
**lee** 13:10
**left** 29:15
**legal** 16:9
**leghorn** 128:25
**leonard** 10:4,10
17:18
**letter** 13:16,21
14:13 86:17 107:2
107:13 135:1
136:13 152:2
**letters** 106:16 132:9
**level** 43:15 100:6
131:11
**liberty** 9:7
**license** 35:21
**life** 63:5 97:19
**limiting** 126:7
**limits** 89:13
**line** 30:17 143:9
153:7

HIGHLY CONFIDENTIAL

13

lines 29:11
list 63:25 64:3,4
　65:6 71:15,21
　107:12 146:10,11
listed 53:4 65:5 72:4
　153:6
literature 81:18
litigation 1:5 2:5
　16:15
little 21:11 26:4
　37:4 52:11 53:15
　53:15 61:23 71:24
　113:15 118:5,24
living 49:11 110:7
　110:20
llc 10:13 17:21
llp 3:4,13 4:4,11,20
　6:4,12 7:4,11 8:14
　10:14 11:6 18:9
local 29:16 43:11
locust 3:16
lodging 134:11,17
logan 6:15
long 22:3 27:13
　45:18 109:16
　130:25
longer 42:14 61:23
　65:6
longstanding 88:25
longterm 59:14 60:1
　63:15,23 64:17,18
　68:5
look 22:19,21 46:1
　50:10,11,11 52:7
　52:24 54:15 63:11
　66:7 77:17,19
　83:10 85:12,15
　89:25 90:1 95:20
　96:3 105:16 106:5
　110:14 116:5
　117:15 118:18
　119:24 120:15,20
　120:25 122:21
　123:9,19 128:14

128:23 129:6,7,11
　136:21 137:25
　142:14 149:7,11
　152:7
looked 51:3 54:3
　90:21
looking 29:14 31:16
　46:11 83:9 96:25
　105:3 109:13
　129:19
lose 89:19 126:19,19
loses 87:19
loss 131:7
lost 137:21 148:24
lot 31:9 52:5 62:16
　74:13 75:15 90:4
　118:12 121:24
lovell 4:11 18:13
low 31:6 41:21 45:1
　67:5 79:2 96:18,22
lower 100:6
lowers 87:17
lp 9:4
ludlow 4:22

_____

## M

machine 143:16
　154:9
madison 3:7
magic 112:23
mailing 146:10,11
main 31:23 87:22
　111:12
maintaining 30:10
　30:25
major 39:10 100:1
　137:4
making 37:19 45:21
　50:17 55:9 84:12
　98:6 100:9 143:3
male 86:11,14
manage 32:3,11,20
　33:9 38:2,17,20
　41:14 47:16 48:12

49:18,23 59:25
　60:20 100:17
management 38:11
　54:16,22 55:11,22
　56:15 57:8 114:3
manager 49:7,8
managing 12:16
　38:20,21 41:4
　51:24 65:3 99:24
mandate 75:20,22
　75:24 76:5,7
march 86:18
marcus 7:4
margins 40:1 41:21
　41:25
marked 22:22 23:1
　51:9,13 70:17,21
　83:20,25 85:1,5
　86:5 92:1,5 93:22
　94:2 104:6,10
　105:2 108:1,5
　114:13,17 116:14
　116:18 132:12,16
　133:14,18 135:8
　135:12 144:14,18
market 2:14 16:12
　34:11 43:2,2,11
　53:24 54:11,13
　93:8 99:15 105:25
marketers 6:11
　14:12 17:16 35:2
　114:22
marketing 35:1,9,20
　92:21,25
markets 43:11
mass 30:13
matter 49:11 69:17
　152:3,4
maximum 81:1,3,4
　83:13
mcdonalds 132:7,8
mckenzie 11:6
mckinney 7:12
mdl 1:5 2:5

mean 25:21 29:13
　68:2,14 77:24 89:8
　107:9 137:11
　143:25
meaning 82:17 85:8
　85:24,25
means 25:22 36:13
　39:18 53:13 63:12
　84:1,10 90:20
　95:25 110:2,25
　131:8 141:7 143:6
meant 67:13
measurable 67:1
　69:6,7
measure 31:13
measurements
　128:24
meet 76:14 93:8
　99:14 142:11,11
meeting 35:3,9 71:9
　75:8 76:24 92:20
　93:3 117:19
　134:23
meetings 34:21,23
　63:18 71:8 73:16
　74:6 75:4,7 76:17
　76:23 77:6,18 78:2
　78:6,14 79:1,18
　92:24 100:24
　115:20 134:9
member 65:15
　72:11 73:6 97:11
members 25:17 26:1
　26:14 28:2,20,24
　29:22 32:3,11,20
　33:9,17 37:20 38:2
　40:21 41:11 44:8
　47:16 58:19,19,20
　71:15,22 72:4,6,8
　72:9,14,19 86:20
　100:10,17,24
　107:10 115:11
　118:14 124:24,25
　147:14

HIGHLY CONFIDENTIAL

14

membership 57:14
87:25 107:11
115:1,10 137:22
memo 29:10,11
145:3,12 146:18
146:25 147:1
memory 58:11
memos 147:12
mench 82:1,2,7
121:25 127:20
mentioned 36:1
44:4 65:12 115:21
meridian 5:16
merrick 4:12 18:13
mesh 131:21
method 138:19
139:22,25 140:6
140:14,21 141:2
141:16,23
methods 113:10
mexico 42:23 53:23
michael 5:5,10 10:3
17:18 18:18
michigan 10:17
microphone 26:4
microphones 16:19
mid1995 90:12
middle 87:6
midwest 5:12 18:2
milberg 4:4
mill 143:19
million 84:19
122:16 139:18,19
148:13
mills 18:12 137:16
mind 21:20 89:20
102:1
minimum 65:19
69:10 70:1 80:25
81:2 98:2,13,23
106:19 121:5
minneapolis 7:21
10:8
minnesota 7:21 10:8

minutes 77:5,18
misstates 47:24
74:22 90:17 91:10
91:23 127:8 136:5
141:4 145:15
151:18
moark 10:13
moart 17:21
model 46:6,6 49:5
modeling 93:18
models 93:19 104:3
modifying 45:1,9
molt 41:6 42:10
131:24
molted 150:2,3,3,7
molting 39:16,18,20
39:24,25 40:3,6,9
40:12,17,21 41:3
41:13,21,25 42:13
42:14 68:14 86:21
86:24,25 87:4,9,14
87:22 88:2,12,13
88:14 89:6 90:3
100:5 105:3
129:17,20,24
149:12,17,19,24
150:16,23 151:11
151:14,20 152:4,4
moment 51:15 67:2
104:11 151:8
money 44:2 84:15
140:25
month 30:1 74:12
99:14 106:17,18
133:11 134:4,19
134:19
months 62:10,12,15
150:17,19
morgan 7:18
morning 16:4 19:10
19:11 95:15
morris 8:4 17:23
mortality 66:21
67:12 69:1,1,2

109:23 127:7
128:14,19 129:12
131:9
motherhood 119:21
119:22
motivation 138:19
139:22,25 140:6
140:21 141:23
motive 43:8
movability 69:18
move 26:4 43:10
52:23
moved 76:2
msrayle 4:17
muething 11:13
multifaceted 137:17
multiple 89:3
multitude 78:21

N

nahms 90:1,1
name 16:7 19:12
101:12,13 115:23
154:16
nation 36:16 46:1
national 35:20 39:2
39:6,12,20 42:3,6
42:17,22 53:2 90:8
98:3 100:5 102:10
102:11 103:19
138:5 139:6
nationally 103:13
nations 12:16 29:23
31:15 51:25 65:3
96:5,15 97:1
104:18 106:12
147:7
nationwide 59:13,22
59:25
natural 56:4 69:12
nature 63:3,15
82:12
necessarily 36:15
46:5

need 18:24 20:7
21:13 22:20 48:6
83:5 85:12 104:1
110:23
needed 66:22 90:20
111:2
needs 30:16 37:16
37:17 70:1 93:8
99:15 101:7 110:6
110:9,18,20
negative 56:5
neighbor 42:25
neither 154:12
nestle 18:12
net 4:17
never 34:23 48:24
85:9 90:25 97:16
151:25
new 3:8,8 4:6,6,15
4:15 43:11 76:1
88:15
newsletter 79:13
94:11,19
newsletters 27:6,10
29:5 83:17 89:23
100:12,15 101:4
103:14
norco 10:13 17:21
normal 21:11
136:16 151:5
normally 31:7
north 4:22 5:16 9:18
nos 12:18,21 13:8,13
13:23 14:6,10,15
14:21 15:7,11,17
15:22
notary 153:25
note 16:17 23:3
noted 152:23
notes 77:5,9,18
notice 148:6
nucal 8:13 18:17
number 23:3,11
35:23 36:15 41:8

HIGHLY CONFIDENTIAL

44:21 50:25 58:24
59:5 81:5,12,13,19
82:7 84:9,20 85:22
86:12 96:25 98:1
98:15 103:5,7
105:5 108:11,16
112:12,22,23
113:1,2,5,9,9
123:17 148:11
149:11 152:10,14
**numbers** 60:15 65:9
65:22 67:12 68:25
98:21 100:22
115:11 126:12,22
128:10 137:13
139:17 143:18
148:17
**numerous** 127:2,16
147:7
**nw** 8:7

**O**

**oakland** 5:8
**oath** 16:22 19:2,5
154:7
**object** 26:15 27:18
60:21 130:4
138:24
**objected** 36:7,10
**objection** 23:20,22
25:18,19 27:15
30:6 31:17 32:5,12
32:22 33:4,10
34:12 36:4 37:22
38:4,9,18 39:22
40:13,22 41:5
42:18 43:6,18,19
44:23 45:19 46:18
47:2,11,24 48:16
49:19,24 50:23
53:21 55:13,23
56:22 57:11,22
58:3 59:15 64:20
65:21 66:13 67:16

68:20 69:14 74:8
74:22 75:23 78:3,7
78:15 85:10 88:4
90:16 91:9,22
93:14 97:14
101:21 103:2
106:25 109:1
111:8 119:4
120:11 122:12
123:15 125:19
127:8 136:5 140:3
140:15,18 141:4
143:4 145:14
148:3 151:17
152:1
**objections** 36:6
**obligation** 136:16
**obtained** 96:5
**obviously** 43:10
51:21,22 65:2
80:18 90:11 95:9
134:17
**occasions** 57:19
89:4
**occurred** 79:1
**odd** 151:13
**offered** 133:7
**office** 103:11
**officers** 57:21
**official** 117:24
146:25
**officials** 58:18 61:4
**oh** 19:21 64:12
66:16 73:19,22
76:15 81:5 84:23
110:14 112:7
118:21 128:16
130:22 135:5
148:4 151:5
**ohio** 4:23 11:12,17
17:24
**okay** 20:5 21:12,13
22:14 23:5,14 24:2
24:11 25:11,12,25

27:20 46:10 48:9
51:15 52:22 54:17
55:20 56:10 57:7
58:16 59:21 61:24
62:4 64:15 69:4,23
70:4 72:12 74:5
75:1,6,12,18,18,20
83:6 84:1 85:6
86:15 92:15 94:3
94:12 95:11,17,21
96:3,21 97:23
103:11 104:12,15
105:20,24 106:3
106:18 107:5,7,18
107:23 108:9
110:15,16 111:2
112:5,11 114:5
115:8 116:4,13,20
117:15 118:4
121:19,23 122:24
123:3 124:17
127:16,18 130:23
135:3,4,21 136:21
137:3 146:16,23
147:1 148:5,10
149:8,25 150:4,8
150:12 151:7
**old** 58:19 117:13
**older** 25:10 42:8
**olson** 3:5 12:6 17:2
17:9,19 18:1,4,5
18:24 19:9 20:21
22:25 23:4,6,22,24
25:19,24 26:11,22
27:17,22 28:4 30:7
30:21 31:19 32:7
32:16,23 33:6,13
34:14 36:6,10 37:5
37:24 38:6,15,25
40:2,14,24 41:12
42:20 43:13,19,23
45:12,20 46:19,22
47:7,14 48:1 49:16
49:21 50:16 51:12

54:5 55:19 56:8
57:1,18,25 58:6,25
59:20 61:1,12,25
64:24 66:2,15
67:19 69:3,20
70:13,16,20 72:3
74:14,25 76:11
78:4,9,18 82:5
83:23 85:4,21
86:13,16 88:6 91:3
91:18 92:4 93:25
97:25 102:4 103:3
104:9 107:3 108:4
108:18 109:2
111:15 114:16
116:17 119:7
120:19 122:20
123:4,18 125:20
127:12 130:6
132:15,21 133:17
135:11 136:7
139:1 140:10,16
140:23 141:9
143:11 144:17,21
145:18 148:9
151:19 152:6
**once** 35:3 48:23
127:20
**onemillion** 147:20
**oneonone** 28:3
**ones** 37:19 61:3
94:18 120:13
125:16,16
**onesource** 34:4
**open** 77:2,3
**openended** 127:10
**opening** 96:3
**opinion** 56:6 80:22
**opportunity** 90:5
**opposed** 21:5 30:13
37:16 50:1 109:14
**opposite** 52:19
84:20
**optimal** 66:11,14,16

HIGHLY CONFIDENTIAL

16

optimum 60:9 65:22
    83:12,13 142:22
option 88:21
order 35:20 41:3
    56:1 66:24 67:5,6
    125:5
organization 24:18
    27:25 102:25
organizations 35:5
    43:9 103:17
original 76:4,7
    122:4 126:8
    146:12 147:17
osborn 5:14,19 18:2
    18:2
outcome 16:24
    38:19 87:17 99:8
outcomes 40:16
    56:5,5 60:10
outlook 105:25
output 40:4,5,8,12
    99:24
outside 91:12
    142:10
overboard 90:5
overcome 63:14
overproducing 41:8
overproduction
    87:5,10
overseas 53:23
oversupply 34:11
oxford 7:5

**P**
pa 9:5
page 12:11 13:4
    14:4 15:4 52:7
    92:8,9 94:23,24
    95:8,20 99:13
    105:17,21 106:5
    113:3 115:8 116:5
    118:5,20,21 120:2
    120:20 121:14
    122:21,23 137:1

137:25 142:14
    149:7,8,13 153:7
pages 95:10 118:6
paging 94:21
paid 24:4 73:13,18
    74:2,11 75:10
    97:19 133:6 134:1
    134:14,17,19
paper 29:18 81:17
    102:1
papers 29:19 35:21
paragraph 111:20
    111:21 112:2,3,8
    112:10 113:22
    136:22,24 147:19
    148:5
paralegal 18:22
parallel 145:6
parameters 109:9
    109:12,18 110:2
    113:14,17
pardon 29:6 81:5
    121:23 128:7
part 24:18 29:19
    33:14,15 39:19
    40:19 44:10 50:14
    57:8 63:13 69:18
    69:22 72:25 74:2
    74:18 76:4 79:24
    80:2,10,15 99:21
    100:5,23 105:17
    107:5 111:25
    120:15 122:17
    129:20 134:16
    136:19 139:21
partial 77:21
participate 78:25
    101:3 106:7
participating
    101:11,11,15,20
participation 90:4
    138:5 139:7 142:3
particular 31:5 41:7
    57:16,17 93:20

117:4 118:11
    135:21 145:9
particularly 55:9
    76:12
parties 16:18 17:1
    154:14
party 16:23
path 49:3
pause 60:5
pay 46:8 75:3 82:21
    134:23
paying 139:19
peck 66:24 67:5,5
pecking 125:5
penalty 50:7 142:12
    144:11
pennsylvania 1:2
    2:2 3:17 4:5 6:6,16
    7:6 8:7 9:9
people 17:10 23:12
    36:12 38:23 45:10
    49:2,9,10 50:10
    64:22 66:6 68:6
    72:16 79:5 82:20
    87:9,11 89:16,24
    89:24 90:5 101:3
    102:16 111:12
    137:20 150:20
pepper 6:12 17:14
pepperlaw 6:18
percent 31:5,6
    36:25 41:17,18
    48:25 52:17,19,19
    52:20 54:1,2 97:17
    97:17 98:10 101:5
    101:5,6,16,17,19
    101:19 103:10
    139:11,12 141:25
    142:6 144:3,4,11
    150:6
percentage 46:25
    53:22 150:1,2
perform 129:1,3
performance

110:10,21 147:3
period 25:2 28:5
    30:18 41:9,14
    42:14 62:25 70:4
    73:12,23,24 74:19
    87:1,8 88:17
    109:16 130:14,14
    130:18 131:15
    144:9 148:8
    151:11
permanently 97:2
person 49:6,7 62:18
    76:18 77:12 81:17
    81:22,25 89:1
    104:4 121:10
    144:2 146:10
personal 49:3
    107:25
personally 101:2
    120:12 128:2
persons 80:23
    100:23 122:4
persuade 32:3,11,20
    33:9 50:10 89:24
    100:10,16 111:18
    111:24 112:15
persuasion 50:1,7
    50:14 55:6 89:22
    100:20 137:8
persuasionbased
    55:12
peter 10:5 17:17
peterschwingler
    10:10
phased 81:9
philadelphia 3:17
    6:6,16 9:9
phone 17:10,19
photographic 58:11
physical 69:17
pick 16:20
picked 128:11
picking 126:2
pictures 126:8

piece 29:18
pittsburgh 7:6
pizzirusso 3:14 18:8
18:8
place 9:7 16:18 31:9
34:5 55:20 76:23
77:10 79:15 91:5
154:5
placed 109:22 154:7
placements 115:13
plain 58:19
plaintiffs 2:13 3:3
3:12 4:3,10 9:13
16:11 17:13 18:7,9
18:11,14
plan 93:8 95:13
99:14
planned 139:14
plans 34:10 99:23
plant 53:16 152:12
plants 137:16
plateaus 82:9
playing 39:9
plaza 4:5,21
please 16:17,25 17:8
19:1,12 21:4 32:15
36:6 86:12 96:12
108:6
pll 11:13
plotted 83:8
plus 134:11
point 21:2 35:24
45:21 55:9 59:12
59:24 61:21,24
84:12 85:8 87:13
89:2 110:14,15,17
113:3 118:2
120:25 121:2
122:8,18,19
123:17 124:16
141:8,11,12 143:3
150:5 152:7
pointed 58:10
pointing 55:21

points 37:18 54:21
107:1,2 110:4
111:16 148:7
policy 98:1 106:15
poop 131:23
pope 13:16 56:21
57:10 84:3 86:18
87:25 89:3
population 36:17,25
45:9 143:6,7
porter 8:4 17:22
porterwright 8:10
portion 90:10
portions 22:20
position 24:8,24
25:3,13,16
positions 25:9
positive 56:5 147:8
possible 56:14 57:19
118:23 130:19
131:24 148:13
poultry 5:12 18:3
24:9,13,14,21
poultryman 87:18
practical 80:4
113:17 129:8
practically 86:24
practice 142:21
practiced 53:19
practices 43:17
113:20
pre 62:11 66:17
predominantly 31:8
prefer 126:4
prepare 28:19 29:22
30:2 33:8 93:3
99:20
prepared 29:21
30:24 64:5 90:14
present 17:7 25:6
112:24 115:1,7
presentation 75:9
115:10,15 116:10
presentations 34:16

presented 63:18
press 43:22 81:20
pressure 53:14
90:23
pressured 109:23
pretty 50:7 79:2,15
94:6 95:14
previously 70:22
price 31:24,25 33:18
52:18 54:13 58:22
60:12 64:1 105:18
110:3 146:4
prices 31:22 84:20
85:17 96:18,22
147:3
primarily 29:7
111:10 112:4
primary 59:12,25
prime 42:24
principally 121:11
principles 59:8
prior 28:21 47:24
62:11 74:22 90:17
91:10,23 114:22
122:21 136:6
141:4 145:15
151:18 154:7
private 16:20 72:14
probably 35:19
77:22 95:15
104:23 109:13,16
109:21 111:11
118:11,20 121:25
122:1,3 132:9
136:14 146:13
148:11 150:5
problem 34:7 41:19
42:23,25 45:13
48:10,11 96:23
127:22 137:18
problems 47:15
151:15
procedure 77:4
142:7

proceed 17:1
proceedings 30:20
154:4,6,8
process 39:16 83:1
processed 1:4 2:4
16:15
processing 137:16
produce 145:8
producer 44:13,15
44:21 46:12,23
47:19 101:19
110:6,19 119:16
124:2 146:9
producers 6:10
17:15 22:9 27:11
35:1 40:1 44:22
48:13,15 49:18,23
51:1 80:5,17 103:5
103:9,10,22
118:23 130:10
142:20 147:9
149:4
producing 128:13
product 53:24
production 33:17
35:21 39:12,21
40:18 41:7,9,15
42:3,7,17,22 44:18
52:8,15,18 53:2,12
59:22 60:1 63:4
66:20 83:9 87:17
87:20 100:7
109:22 110:2
127:7 128:4,7,8,9
131:19,22 143:7,8
146:4 152:5
products 1:4 2:4
16:15
profitability 37:9
80:12 87:19 98:24
143:8,9,10
profitable 51:2 63:7
profits 41:24 44:17
51:3 96:1 110:11

HIGHLY CONFIDENTIAL

110:21 138:11 142:21
**program** 35:13,15 35:17 36:3 40:17 41:3 59:14,16 60:2 60:18 64:19 100:6 102:5 106:7 110:12 140:9,11 140:12,17 141:2 142:3
**programs** 40:21 100:18 101:1 115:17
**progress** 101:3 102:15
**progressing** 78:20
**prohibited** 151:24 151:25
**project** 22:7
**projected** 29:23
**projecting** 31:14
**projection** 146:21 146:24
**projections** 15:20
**promised** 145:16
**proposal** 63:17 102:7 136:9
**propose** 99:23
**proposed** 133:5,9 136:3 138:13 140:5
**proposition** 69:22
**proven** 138:10
**provide** 28:6 29:3 34:1 35:11 64:17
**provided** 34:4 104:20 124:4 149:9
**provides** 93:8 99:15
**providing** 32:2
**public** 124:17 153:25
**publication** 70:24 71:3 105:4 124:12

124:13
**publications** 71:1
**publicly** 124:24
**publish** 27:5 83:17 83:19
**published** 83:7,15 124:16,19
**publishing** 83:16
**pull** 83:4 91:15
**pulled** 83:7
**pullets** 76:2
**purchaser** 2:13 3:3 3:12 4:3 16:10 18:6,9
**purpose** 30:8 31:14 41:2
**purposes** 23:3
**put** 29:18 36:14 46:8 72:21 84:25 90:19 91:5 102:1 102:12 103:7 104:11 107:23 116:13 131:6,20 133:13 135:3 144:13
**putting** 90:6,6 98:21 110:5 145:19

**Q**

**question** 20:12,23 26:19 31:20 32:14 43:15 48:8,19 49:20 56:4 57:6 58:8,9 60:9 66:6,9 67:21 69:16 72:1 75:5 88:22 89:9,21 89:25 90:15 91:8 91:20 100:2 106:4 107:8,19 113:7 129:16 131:13 137:5,17 141:1
**questions** 20:12 21:4,17 53:7 56:25 121:8 145:10

**quick** 128:11 129:16
**quinn** 3:4 18:5
**quinnemanuel** 3:10
**quota** 54:24 63:19
**quotas** 63:18,22
**quote** 48:3 117:23
**quotes** 105:18

**R**

**raise** 77:1
**raised** 130:2,8
**ranch** 10:13 17:21
**randolph** 11:7
**range** 45:1 90:3 127:17 128:1,3 146:5
**rate** 41:16 134:2,10
**rates** 128:19
**ratio** 52:12,16
**rayle** 4:12 18:13,13
**reach** 133:9 142:22
**reached** 60:6
**reactions** 49:9
**read** 43:21 81:20 86:8 95:9,18 96:11 96:13 105:4 106:1 107:13 111:19 153:3
**readily** 36:21 80:19
**reading** 112:12
**realistic** 80:4 113:18
**realized** 63:10
**really** 43:14 49:12 66:10 92:7 101:6 107:21
**realm** 97:24
**reason** 20:8 43:5 50:21 56:7 111:12
**reasonable** 93:9 99:15 143:9,10
**reasons** 31:22 87:24 111:13
**recall** 35:8,11 50:17 57:9 58:9,9 60:5

67:24 68:1,2,3,3 70:5 75:12,20 77:4 93:1 99:22 101:2 104:16,18,24,25 107:15,17 115:20 116:11 134:16 135:21
**receive** 57:13 70:25
**received** 22:5 73:15 74:5 79:14 92:17 92:19 105:13 106:24 114:21
**recess** 61:17 108:13 114:10
**recessive** 125:13,14 125:16
**recognize** 38:1 40:3 44:19 110:6
**recognized** 31:23 39:19 56:17 59:12 59:24 115:23
**recognizes** 33:16
**recollection** 71:12 93:15 101:1 107:20 112:20 115:4
**recommend** 40:21 46:2 99:12 109:5 113:20 143:24
**recommendation** 46:10,24 50:17,22 60:16 79:25 88:25 89:3 90:21 98:19 98:22 111:18,24 118:22 119:2,6,8 119:11,20 124:3 129:19
**recommendations** 14:17 51:8 75:16 79:23 89:14 91:16 98:20 109:15 110:18 116:22 117:18,24 118:10 118:19 120:21,21

HIGHLY CONFIDENTIAL

120:24 129:21
137:7
**recommended**
98:18 130:13
**recommending** 41:2
78:23 88:1 97:12
**record** 16:5,19 17:8
19:13 26:6 51:17
61:15,19 70:9 94:8
105:5 108:9,10,14
114:8,12 152:20
152:21 153:5
154:8
**recording** 16:17
**records** 50:11
**recycling** 39:13,18
53:5
**redding** 6:13 17:14
17:14
**reddingw** 6:18
**reduce** 39:25 44:16
45:24 50:25 59:13
62:5 65:8 100:21
139:17 141:19
143:6,17 144:2
**reduces** 41:11 44:18
87:15,16 127:6
143:7
**reducing** 37:9 46:15
62:6 115:11
135:25 138:2
143:7,8 147:3,6
148:16
**reduction** 35:13,15
35:17 36:3 37:7
62:9 115:16
147:20 148:14
**refer** 64:3
**reference** 52:12
**references** 114:25
**referendum** 102:8,9
102:10,11
**referred** 24:6 29:2
141:20

**referring** 22:15
23:15,16 57:4 64:4
74:16 81:22 86:22
97:4 109:11 133:2
141:15 142:2
143:2 148:2
**refers** 39:16 71:7
86:20 92:20 98:1
**refresh** 71:12
107:19 115:4
**refreshed** 112:19
**regard** 109:19
111:17 120:5
**regarding** 34:17
149:16
**regents** 18:19
**regional** 29:16
**regular** 28:3 29:5
94:10 105:11
**regulation** 50:1,2
**regulatory** 63:19
86:1
**reimbursed** 134:10
**reiterate** 21:2
**relate** 30:25 37:6
41:4 99:2 115:25
**related** 16:23 36:14
**relating** 38:3
**relationship** 22:10
28:2,18 29:9 30:3
30:19,24 33:16
50:9 51:2 52:21
60:12 68:5 145:4
**relationships** 33:18
**relative** 154:13
**release** 53:11,14,17
**released** 124:24
**remedying** 41:19
**remember** 20:2
58:13 64:10 72:10
75:19 85:6 107:12
122:15 135:14
**removed** 97:1
**rendering** 115:12

**repeat** 82:17,18
86:12
**replacement** 40:16
**replicated** 82:16
**replications** 82:17
82:17
**report** 77:11,13
79:21 80:23 82:1
93:16 115:1 117:7
**reported** 1:21 101:4
**reporter** 2:17 16:8
19:1 21:3 22:23
51:10 58:16 70:18
83:21 85:2 92:2
93:23 104:7 108:2
114:14 116:15
132:13 133:15
135:9 144:15
154:2
**reports** 25:25 26:14
26:16 28:7,19,23
29:2,4,21,22 30:9
33:8 145:7
**represent** 119:12
**representative** 78:1
78:5
**represented** 117:9
**reproduced** 106:11
**reputable** 66:11
**request** 16:10 93:12
99:21 103:25
136:19
**requested** 99:23
134:8 146:10
**require** 118:24
128:25
**required** 69:11
112:17 129:3
**requirements**
137:23 142:5
**research** 24:19,23
36:18 66:7,8,11,17
66:19 79:6 83:4,5
83:6 118:13 123:6

126:21 127:2
128:1,2,12,14
129:5,8
**researchers** 130:10
**resolving** 83:1
**response** 70:12 82:9
93:21 94:6 107:13
**responsible** 87:4
121:12
**rest** 40:7 67:22
95:14 101:9
131:20
**resting** 129:2
**result** 39:4 60:22
98:2 139:15
150:21
**results** 51:2 59:4
60:23 82:18,18
83:19 100:6 131:4
**retained** 28:6
**retainer** 73:19,25
74:2,11,11
**retire** 23:19 24:7
**retired** 22:2,3 70:14
73:1
**retiring** 24:6
**return** 45:5 93:9
99:15
**review** 108:6 136:24
**reviewed** 81:17 86:7
95:8
**richard** 9:16 17:12
**richardcampbell**
9:22
**rid** 97:7
**right** 18:5 21:9
23:17 27:22 29:14
30:23 34:3,4 39:6
40:4,9,15 44:2,5
44:17 45:18 47:17
50:4 53:9 54:6,15
54:22,25 56:18,24
65:10,14 66:1 67:2
69:9 70:11 71:3

HIGHLY CONFIDENTIAL

72:20 73:10 75:18
76:24 77:3 78:2
81:23 83:18,24
84:24,25 85:9 88:3
89:11,12 92:5 94:1
94:10,15,18,25
95:20 96:1,10,16
96:20,23 98:4,17
99:2 100:7 104:22
105:1,9,16,17
106:5 107:4,6,17
110:7,12,21
111:18 112:21
113:6,9,18 114:5
117:20,21 118:18
119:24 120:10
123:5,13 124:7
125:5,9 127:7
128:12 129:16,25
131:21,22 133:13
136:1,8 137:4,25
138:16 140:24
141:1,10,17
142:14 143:18
144:13 146:16
147:1,4,10,18
149:6,10,16,20,24
152:18
**righthand** 71:16
72:5
**riverside** 1:15 2:14
16:1,12 19:15 20:2
**road** 91:12
**role** 24:18,21 39:10
73:5
**roles** 33:24 34:1
**roller** 105:18
**room** 129:3
**rooney** 9:6
**root** 137:12
**rose** 8:3 17:23
**roundys** 11:3
**routinely** 35:10
**rule** 48:5,6 49:1

69:21 85:14,16
**rules** 20:6 47:6 48:4
69:18 76:22 82:12
**run** 50:5 143:16
**running** 53:16
**rw** 6:3

───────────

**S**

**sake** 45:22
**san** 8:18
**sat** 95:15
**satisfied** 90:25
**satisfy** 112:17
**sauder** 6:3
**saw** 115:22
**saying** 66:11 81:6,9
82:23,23 94:18
109:7 110:17
112:14 119:15
137:4 139:5
140:20
**says** 52:16,17 54:10
55:3,7 59:2 73:4
87:21 88:5,10 99:2
96:2,25 106:6,8
112:3 113:23
115:9,15 116:6
117:5 118:7,18
119:25 121:4
123:5,10 124:25
127:2,20 128:24
129:20 138:1,4,18
140:4,5 142:18
144:10 146:24
150:2 151:1 152:3
152:16
**sbcglobal** 4:17
**schemes** 54:24
**schrader** 13:11 93:3
**schwingler** 10:5
17:17,17
**science** 82:21
**scientific** 14:19
65:15,18 66:3,5

67:15 69:25 70:5
71:16 72:6,23 73:6
73:13,24 74:6,20
75:14 78:13 80:2
90:20 97:11
108:23 110:9
117:25 119:3,14
120:7 121:3
124:14,15 151:20
**scientists** 67:7 83:11
**scott** 4:12 11:23
16:7
**scotti** 118:14 121:13
121:16
**se** 78:22,22
**searched** 64:12
**seat** 79:7
**second** 52:7 55:2
92:12 105:17
111:25 113:3
123:10
**secondtothelast**
94:24
**section** 75:25 121:12
129:17
**see** 19:23 53:6 61:22
63:7 67:3 71:5,19
78:20 84:22 87:3
88:24 90:3 92:22
92:23 93:5,10 94:5
95:6 96:4 99:17
106:4,8,9,10
110:15 111:22
112:1,3,13 115:9
115:18 116:6
118:22 120:3
122:2 123:5 133:8
134:12 137:9
138:7,14,21
142:24 147:25
148:4 152:8
**seeing** 84:22 107:15
**seen** 51:14 132:20
135:1

**select** 118:23
**selected** 57:16
**selecting** 109:8
**selfinterest** 47:21
48:14 55:3
**send** 57:14 146:8
147:15
**sending** 93:16
**sense** 41:22,25
**sensitive** 16:19
**sent** 23:11 27:10,11
86:18 94:13 95:13
107:10,11 147:13
147:17
**sentence** 87:6 112:6
112:7,9 123:10
142:18 148:19
**sentences** 96:3
**separate** 97:17
126:16,18
**separately** 113:11
**september** 116:23
136:11,12
**series** 29:19 38:11
85:15
**served** 72:21 73:8
73:12
**service** 36:19 88:1
**services** 5:12 18:3
145:17
**serving** 72:23
**set** 47:5 51:2 81:4
109:15 113:13
115:15 116:2
117:2,17 131:6
154:5
**sf003886** 12:14 23:7
**shapira** 7:4
**share** 79:8,11,17
**shellings** 53:25
**shes** 83:16 118:15
**shift** 144:9
**shohl** 4:20
**short** 42:24 130:24

HIGHLY CONFIDENTIAL

132:6
**shortest** 130:14,18
 131:14,20
**shorthand** 2:17
 154:1,9
**shortly** 106:16
**shouldnt** 99:12
**show** 84:23 128:25
 136:14 150:13
**showed** 60:14 79:13
 81:14
**showing** 128:3
**shown** 127:4
**shows** 99:11
**shrunk** 146:14
**shut** 143:19
**side** 29:14,15 64:14
 71:17 72:5
**sides** 136:14,15
**sign** 83:12 100:25
**signed** 122:5,6
**significant** 44:21
**significantly** 127:6
**sir** 21:10
**sit** 129:12
**sitting** 109:21
**situation** 95:5,23
**six** 20:4 62:10,11,15
**size** 29:23 30:3,24
 31:15,16,24 37:9
 38:21 42:3,6,22
 67:12 69:17 96:4,9
 96:15 98:3 104:17
 106:12 112:24
 126:14 142:5
 144:3
**sizes** 65:12
**skim** 86:9 105:19,21
 106:2
**slater** 11:23 16:8
**slaughter** 115:12
 152:7,12
**slaughtered** 152:11
 152:15

**slide** 52:7,8,14,24
 54:15 56:12 57:16
 57:17,24 58:10
 64:4,7
**slides** 51:22 116:2
**slight** 150:15
**slow** 71:24
**socially** 125:10,12
 125:15,16
**society** 66:18,22
 90:24,25 109:25
**sociological** 29:16
**solution** 63:15,23
 64:17
**solutions** 16:9
**solved** 140:2
**somebody** 76:25
 77:7,8 103:25
**somebodys** 102:1
**someplace** 65:6
 139:18
**somewhat** 148:11
**sorry** 26:3,10 35:2
 48:8 59:21 72:2
 73:22 86:11 105:2
 110:14 134:6
 135:1 146:16
**sort** 87:5 112:23
 131:3
**sought** 43:12
**sound** 30:12 32:2
 55:7 70:11
**sounds** 73:10
**south** 7:20 9:8 10:7
 10:17
**space** 36:13 44:12
 44:16,20 45:14
 47:21 48:12 50:18
 59:14,16 60:1,9,19
 64:18 80:24 88:23
 89:9 90:15 91:4,8
 91:20 98:2,13,23
 106:20 109:4,4
 112:25 119:25

120:6,9,14,17
 122:11,17 123:6
 123:10 124:4
 125:3,17,25 126:7
 126:9,14,16,17,19
 126:20,25 127:4
 127:11 128:22
 137:6,6 142:19
 143:6,13
**sparboe** 7:17
**speak** 21:3 57:4
**speaking** 36:6 62:8
**special** 134:23
**specialist** 24:9,13,14
 103:12
**specialists** 91:12
**specific** 56:1,1 85:22
 98:21 136:19
 137:6
**specifically** 27:14
 37:7 99:19 104:16
**speculate** 75:17
**speculation** 44:24
 47:3 48:17 57:23
 97:15 101:22
 141:5
**speech** 51:21,24
**speeches** 63:6 79:15
**spelled** 58:20 84:15
**spoke** 52:2
**sponsorship** 145:22
**square** 6:15 58:23
 98:19 113:4 127:5
 127:13,23 129:1
**staff** 24:14
**stage** 115:16
**stages** 98:18,19
**stahl** 10:14 17:21
**stamp** 94:9
**stand** 50:18 88:22
 89:9,21 90:15 91:8
 91:20 126:10
**standard** 113:8
**standing** 129:2

**standpoint** 29:15,16
 58:21 65:4 69:10
 83:11 136:15
**start** 17:9 21:20
 23:9 25:12 26:13
 28:10,14 34:6
 60:15 103:14
 150:18,21
**started** 29:10 36:18
 70:5 71:13 76:1
 103:8,13 131:18
 145:3 146:2,12
**starting** 126:6
**starts** 101:25 136:25
 147:20
**starvation** 129:25
 149:20
**state** 19:12 24:15
 27:8 28:25 32:14
 154:2
**stated** 84:17
**statement** 114:1
 150:10
**states** 1:1 2:1 6:10
 14:12 17:15 20:1
 27:12 35:2 43:1
 50:25 51:1 60:18
 65:23 90:2 113:25
 114:4,22 148:16
**statewide** 24:9
 103:9,12
**statistic** 149:11
**statistically** 82:16
**statistics** 28:6 34:5,5
 95:10,12 149:10
**stay** 54:10
**steig** 3:5 18:5 23:2
 58:13 61:9
**steigolson** 3:10
**stenographer** 77:7
**step** 61:21 101:24
**stephen** 9:15 18:10
**stephenbrown** 9:21
**steve** 26:3

HIGHLY CONFIDENTIAL

22

stewart 4:11 18:13
stick 151:7
stocks 118:24
stop 20:13 21:16,22
  26:23 72:23 89:5
store 77:22
strains 118:7
street 2:14 3:16 4:22
  5:7,16 6:5 7:20
  8:17 9:8,18 10:4,7
  11:7,16 16:12
  17:18
stress 44:7 85:12
stretch 21:14 69:12
  69:17 70:1
strike 26:12 78:4
stringent 137:23
stronger 50:18
  88:22 89:9,21
  90:14 91:7,20
studies 51:4 82:16
  127:2,16 146:3
study 90:1,1,2 91:13
  127:16
stuff 103:15
subheading 138:4
subject 29:17 86:23
  107:24 109:8
  115:11 147:2
subjects 146:6
submit 122:3,3
submitted 14:18
subscribed 153:22
  154:16
success 49:3
successor 115:24
suggest 100:4
suggested 98:12
  99:5
suggestion 98:5 99:1
  99:8,10
suggestions 106:11
suite 4:14 5:16 8:7
  9:8,18 10:7,17

  11:16
sullivan 3:4 18:6
summarized 123:7
summary 142:16
supermarkets 11:3
supply 32:4,11,20
  33:9 34:2,17 38:2
  38:17 39:2,6 40:20
  41:4,14 47:17
  48:13 49:18,23
  54:16,22 55:11,22
  56:15 57:8 60:20
  62:6 63:16,24
  64:18 93:7 96:23
  99:14 100:17
  106:7 138:5
  142:22
support 35:12
suppose 75:15 83:3
supposed 56:25 67:3
  77:10,13 134:5
sure 32:17 34:24
  45:16 50:20 51:14
  58:20 61:12 64:21
  67:21 68:17 79:25
  83:10 100:19
  107:24 117:22
  120:16 124:25
  138:15 139:5
  144:3 145:9
surplus 53:12 97:5,6
survey 90:8
surveys 146:3
sw 4:21
sworn 153:22
system 55:11,22
  56:15 57:8
systems 54:16,22

_____

**T**
table 15:19 29:8,23
  31:15 59:8
tables 94:17
take 16:18 20:8 39:4

43:1 44:25 50:18
  61:11 64:11 66:7
  76:23 77:8 85:7,14
  87:8 88:22 89:25
  90:14,14 107:9
  114:6,7 115:10
  120:5 132:2,10
  134:20 152:18
taken 2:13 154:4
takenouchi 8:15
  17:5 18:15,15 23:2
  23:5,20,23 25:18
  25:20 26:15 27:15
  27:20 30:6 31:17
  32:5,12,22 33:4,10
  34:12 36:4,8 37:22
  38:4,9,18 39:22
  40:13,22 41:5
  42:18 43:6,18,20
  44:23 45:19 46:18
  47:2,11,24 48:16
  49:19,24 50:23
  53:21 55:13,23
  56:22 57:11,22
  58:3 59:15 60:21
  64:20 65:21 66:13
  67:16 68:20 69:14
  74:8,22 75:23 78:3
  78:7,15 85:10 88:4
  90:16 91:9,22
  93:14 97:14
  101:21 103:2
  106:25 109:1
  111:8 119:4
  120:11 122:12
  123:15 125:19
  127:8 130:4 136:5
  138:24 140:3,15
  140:18 141:4
  143:4 145:14
  148:3 151:17
  152:1
takes 62:11 90:8
talk 62:24 65:10

68:16 73:20 76:12
talked 23:4 28:13
  61:7 100:9 136:9
talking 34:25 36:5
  39:1,3 46:4 49:14
  54:9 58:14,14
  59:21 65:12,25
  66:18 69:23 76:8
  82:13 87:2 88:13
  88:13 89:5 91:1
  95:22 111:14
  121:9 124:18,19
  127:15 132:4
  140:11 142:4,5
  148:6,8
tape 108:8
target 100:3 139:20
  142:12
task 138:19 139:6
  140:5 141:6,17,22
  141:24
taxes 50:13
taxpayer 135:6
teach 24:19,24
technology 114:3
teeth 87:20
telephone 86:11,14
telephonic 5:20 6:19
  8:11 9:16 10:11,21
  11:20
tell 43:8 67:4 79:4
  93:19 117:8 125:9
  144:2
ten 73:10,11 85:18
  131:1,5
tend 30:17
tenminute 61:11
tenyear 28:17
term 27:16 53:18
  88:15
terminate 22:9
terminated 28:13
termination 72:25
terms 41:24 133:2

HIGHLY CONFIDENTIAL

23

134:25
**terrible** 49:8 105:24
**testified** 19:6
**testifying** 154:7
**testimony** 47:25
74:23 90:17 91:10
91:23 136:6 141:5
145:15 151:18
153:4,5
**texas** 7:13
**text** 99:7
**thank** 17:6 18:25
19:17 20:20 21:25
36:7 41:24 58:17
70:23 82:6 86:14
116:20 145:19
**thanks** 61:14
**thats** 20:12,16 21:12
23:13 31:5,23 34:4
35:18 36:11,16,17
37:10 41:19 44:4,7
46:3 47:15 48:21
49:6 52:1,2 53:7
53:18 54:2,8,11
56:6,16,17 57:2
60:3,15 62:19,23
62:24,25 65:5 66:5
68:13 69:24 70:16
73:20 75:4 80:23
82:9 83:12,18
84:16,16,24 85:12
86:22 87:5,21 88:5
88:10,15 89:13,17
90:21 92:12,19
94:4,6 96:2,21
99:10,12,19,21
100:2,2 101:6,16
102:15 105:7,11
105:24 109:16
110:24,24 111:13
112:14 113:14,15
113:24,25 114:2,5
115:25 117:12
119:1,2,18 121:17

121:18 125:22
126:4,5,17 127:10
129:14 130:23
131:16 133:4,10
133:11 136:3
137:23 139:13
143:15,25 144:6,7
144:12 145:11,16
145:19 146:14
148:7 149:3,6,19
151:1 152:2,10,16
152:18
**theoretically** 26:25
**thereof** 154:11
**theres** 22:8 37:15
59:3 66:10 124:21
125:7
**theyll** 90:10
**theyre** 46:15
**theyve** 54:25 143:21
**thing** 25:11 32:25
37:8 42:14 49:13
50:3 87:22 91:15
97:18 106:1
119:18 120:15
124:22 143:5
144:1 146:12
147:6 149:1,3
150:19
**things** 32:10,19
35:24 37:3,11
38:16 49:14 66:21
67:1 74:16 82:20
104:4 107:14
110:11,25 111:2,7
124:23 126:13
129:7 139:15
**think** 19:24 22:14
22:20 32:24 35:4
47:12 48:18 51:7
54:20 55:15,17
64:22 76:15 77:8
79:2,7 81:6,9
85:25 86:3,15

87:25 91:14 97:20
97:21,23 102:14
109:13,16 110:10
114:5 115:21
116:3 117:6
118:16 119:17
122:1,2,7,14
124:16 132:5
133:11,11 137:19
137:21 140:19
150:11,18
**thinking** 112:21
113:24 115:24
122:4
**thinks** 79:23
**third** 55:3 111:20,21
112:1,2,6,7,7,9,9
136:21,24 142:18
**thought** 63:13 80:19
80:21 81:13,14
87:9 111:17
113:16 115:22
120:7,9
**thousand** 146:13,15
**three** 29:5 37:1
45:23 48:21
124:21 126:9
150:19
**threebird** 45:6
**throw** 105:14
**thrown** 102:11
**thumb** 49:1
**time** 17:7 19:20 20:7
22:5,17,17 24:25
24:25 27:23,23
30:18 33:2,2,7,7
36:20 37:21,23
41:10 55:10 56:18
57:4,5,9 60:17
61:4,5,11,16,19
63:1,12 71:23
74:12 75:6,6,21,25
79:8,8,17,18 81:10
85:13,16 88:7,9,12

88:17,18 89:13,16
92:24,24 97:20
98:6,9 107:16
108:10,15 109:16
109:20 112:20,25
114:9,12 116:9
120:18 123:25
130:18 131:14
132:4 134:21
136:4 138:16
139:10 144:10
148:8 149:21
150:5 152:21,23
154:5
**times** 22:19 30:15
31:6 34:8,10,15,20
40:19 41:20 54:4
99:22
**tire** 21:20
**title** 24:10,10 25:11
51:24
**titled** 52:15,24 53:1
54:16 84:10 95:1
**tkennedy** 10:20
**today** 18:21 20:7,12
21:3,9,15 22:1,17
26:25 31:7 44:5
60:16 76:8 81:20
85:17 108:23
132:3 140:8
146:13 148:11
**told** 75:13 131:16
145:4,7
**tool** 50:8
**tools** 38:11
**top** 106:5 123:6
**topic** 52:2 57:20
**topics** 78:21
**torres** 8:14 18:16
**total** 45:9 54:7
62:20 78:22
112:25 115:11
**totally** 49:8 66:24
97:23 146:14

touch 69:19
touched 52:5 54:20
    143:1
track 49:4
trade 43:21
transcribed 154:10
transcript 153:3
transcription
    154:11
transition 87:1,8
    144:8
transportation
    75:11 77:14
travel 74:16 134:11
    134:17
travis 10:15 17:20
tremendous 91:15
trimming 68:14
    118:7,10,19,25
    121:15
trips 74:19,21
trouble 62:21
trough 126:10
true 23:13 52:1
    85:25 153:4 154:8
truthfully 21:17
try 26:18 32:10,19
    57:3 58:13 63:3
    81:7 121:8 125:9
    141:22
trying 36:8 43:14
    50:10 56:3 64:22
tuesday 1:16 2:16
    16:1
turn 99:13 129:17
turned 137:19
tv 129:13
twelve 99:14
twice 76:15
two 6:15 9:7 31:12
    36:23 45:6 67:10
    74:12,13 97:20
    105:11 144:23
    148:15 150:17

twoday 20:3
twothirds 150:6
type 19:22 22:6
    23:14 28:19 61:2
    89:2 93:16 106:24
    146:1 149:1,3
typed 95:16
types 19:23 30:8
    69:4,15 100:16
typically 146:8

U

uap 26:20
ucop 5:10
ue0064456 14:6
    105:6
ue0064537 12:21
ue0208684 14:21
    116:23
ue0790540 133:20
ue0790542 15:12
ue0790640 15:11
ue0790641 15:11
ue0840403 15:7
    132:22
uep 12:20 13:10
    14:5,17 23:18
    25:17 26:1 27:10
    27:13 28:7,20,21
    28:23 29:3,10,22
    32:2,9,10,18,19
    33:2,7 34:8,16
    37:20 38:2 40:19
    43:3,4,9,16 44:8
    46:3 47:16 48:11
    49:17,22 50:18
    55:7,11,11 56:21
    57:20 58:18 59:7
    61:4 63:17 67:18
    67:20,25 73:14,18
    73:25 74:18 75:1,6
    77:20,23 78:1,5
    79:21 86:20 87:25
    88:22 89:8,20 90:9

90:13,24 91:4,7,14
    91:19 93:4 98:6,8
    99:23 100:9,16,24
    104:19 105:4
    107:10 116:22
    117:3,9 118:2,19
    119:10,15 120:22
    124:2,13,18,19
    129:21 133:3,24
    134:9 138:12
    140:5 142:2 145:4
    145:12,13,22
    147:13,15,17
uepcertified 140:12
    141:1
ueps 26:14 92:21,25
uhhuh 20:10,16,18
    33:25 46:17 53:3
    54:19 61:6 86:19
    93:11 95:24
    100:11,14 106:21
    138:8 139:24
    148:1
ultimate 81:12,13
ultimately 82:24
    91:5 138:23 139:2
    139:3
unclear 20:12
underlined 138:18
underneath 106:10
undersigned 154:1
understand 36:9
    44:11 66:18 68:13
    86:15 93:12 125:4
understanding
    78:12,19 106:23
    130:17 131:14
understood 20:9,23
    44:1 66:16
unexpected 139:13
    139:14,15
unfortunately
    144:22
union 113:23

united 1:1 2:1 6:10
    6:10 12:20 14:5,12
    17:15,15 20:1 22:9
    27:11 35:2 43:1
    50:25 51:1 60:18
    65:23 70:24,25
    90:2 105:10 107:9
    113:25 114:4,21
    148:16
university 5:4 13:5
    13:15,20 15:14
    18:19 24:8,16,19
unprofitable 63:9
unquote 48:3
    117:23
unrealistically
    111:17,23
unrelated 74:20
upcoming 93:3
update 13:7 15:16
    84:7 135:18,22
    145:24
urner 35:6
urquhart 3:4 18:6
usable 113:2
usda 152:12
use 32:3 42:16,21
    48:7 49:4,12 51:7
    60:1 82:25 83:11
    88:2 113:12
    137:15 141:14
useful 37:12,13
usem 34:21,22
    35:12 115:1,7
usems 43:16
usually 30:11 53:24
    54:25

V

vague 27:16
vaguely 115:21
valid 82:16
values 104:2
valve 53:11,14,17

HIGHLY CONFIDENTIAL

variable 49:13
varies 65:24
variety 102:24
vary 109:14
verbally 21:5
verbatim 113:24
verify 134:24
veritext 11:23 16:9
versions 124:21
versus 56:2 65:13
 85:17 152:4
veterinarian 72:14
video 16:17 108:11
 108:16
videographer 11:22
 16:4 17:3,6 18:25
 61:15,18 108:9,14
 114:8,11 152:20
videorecorded 16:6
videotaped 1:14
 2:12
view 88:7,9,10 111:5
 123:14 138:16
viewpoint 50:12,12
views 29:17 79:9,11
 79:12,16,17
visible 35:19
voice 86:11,14
voices 12:20 14:5
 70:24,25 89:23
 105:10 107:9
volume 33:17 44:18
 46:15 53:17 60:11
 60:12 62:20
voluntarily 138:20
 140:7,22 141:24
voluntary 55:2,17
 100:18,19,22
votes 102:8
vs 52:8,15

**W**

wait 118:11
want 26:4,8,9 27:17

29:18 45:13 47:5
 48:11 56:6 62:2
 64:23 68:13 73:20
 75:17 79:3 81:21
 83:14 86:8 97:21
 97:22,22 101:10
 101:24,24 102:12
 113:12 114:6
 121:6 130:22
 132:10 139:21
 143:16 145:10
 148:18
wanted 52:6 56:11
 77:17 78:20
 134:24 149:11
washington 8:8
wasnt 76:4 80:1,1
 120:6 122:1 132:7
 151:24
water 126:15
watering 126:15
wave 129:14
way 16:24 36:22,22
 38:2,7,21 39:20
 41:13,19 59:12,25
 60:19 62:5 64:16
 68:6 73:21 80:6,7
 83:15 88:18,19
 89:17 90:3,21
 112:17 119:1
 123:1 141:18,22
 145:19 149:21
 152:3
ways 60:3,7 78:23
 96:6,9,14 104:17
weaver 4:19
week 27:2,4 143:20
weeks 42:11 105:11
weigh 129:10,11
 131:8
weight 56:2 80:18
 131:7
weighting 55:25
welfare 14:8,18,20

38:8,10,16,22 55:4
 55:21 56:4,7,15
 57:7 58:21 59:6
 61:7 66:12,23
 68:11,19,21,23
 69:1,24 78:21
 79:22 99:2 108:21
 111:9 112:18
 116:22 122:11
 123:13 129:24
 130:3,8 151:15
welfaretype 109:24
wellbeing 31:13
went 36:23,25 66:17
 66:19 76:3 86:24
 86:24 89:23 124:1
 128:10 139:16
 151:2
weve 19:24 29:25
 39:2 51:13 54:20
 60:11 61:7,10
 63:17 83:24 90:25
 104:3 105:1 108:5
 114:2,2 118:12
 132:2,16 135:12
 141:19 143:1
 144:18
whats 23:1,22 25:19
 33:14 43:19 86:5
 96:17 104:10
 114:17 116:18
 133:18 143:2
 151:3
whereof 154:15
whispers 16:20
white 128:24
whitney 6:13 17:14
wholesaler 11:4
wide 90:3
willing 46:24 47:9
win 81:15
windfall 138:12
 139:13,21
wing 129:6

wings 69:13,17 70:1
 129:14
winndixie 11:3
wise 80:24
wish 22:9 50:5
wished 68:8
withdrawal 130:1,2
 130:8,14,18
 149:20
witness 12:2 18:23
 20:19 23:21 25:22
 26:7,18 27:24
 31:18 32:6,14 33:5
 33:11 34:13 36:12
 37:23 38:5,10,19
 39:23 41:6 42:19
 43:8,21 44:25
 46:21 47:4,12
 48:18 49:20,25
 50:24 53:22 55:15
 55:24 56:23 57:12
 57:24 58:4,17
 59:16 60:22 61:12
 64:21 65:22 66:14
 67:17 68:22 69:16
 70:14 72:2 74:10
 74:24 75:24 78:8
 78:17 85:11 86:15
 88:5 90:18 91:11
 91:24 93:15 97:16
 101:23 107:1
 111:9 119:5
 120:12 122:14,24
 123:1,3,16 127:10
 130:5 132:20
 138:25 140:4,19
 141:6 143:5
 145:16 148:4
 152:2 154:15
witnesses 154:6
woman 121:17
wondering 58:7
wont 62:21 125:16
word 35:22 48:7

HIGHLY CONFIDENTIAL

26

49:12 77:15,15
99:6 110:22 114:4
114:4 124:17
141:14
**words** 33:23 47:19
51:19 52:22
**work** 24:3,21 28:24
29:1 32:2 38:1
39:4,19 40:11
43:25 44:10 49:23
59:24 63:14 67:7
74:18 80:2,10,15
83:15,16 91:16
94:7 102:25 103:5
103:10,19 120:13
149:5
**worked** 29:9 35:20
82:10,14,15
102:18,21 103:4
**working** 27:2,24
28:21 30:12 47:16
70:5 101:25
122:16 143:21
**world** 122:18
**worldwide** 65:23
122:15
**worried** 46:12
**worth** 134:22
**wouldnt** 60:24 69:9
79:4 89:5 91:14
99:3 112:15
119:21,23 127:23
**wound** 120:16,17
133:10
**wright** 8:4 17:22
**write** 27:5 97:22
**writing** 145:13
**written** 23:10 28:22
56:23 85:6 89:10
89:14 90:12
118:14 121:13
139:10 145:21
**wrong** 49:2,4 113:9
**wrote** 35:21 53:11

81:17 84:6,8 87:24
105:22 108:20
110:24 132:25
152:3

---

**X**

---

**Y**

**yeah** 51:14 68:12
72:18 88:11,15
96:2,13 98:7,16
101:17 122:3
123:21 128:16
129:4,22 133:11
134:24 142:1,15
151:1,5,5,5
**year** 26:21 41:17,17
51:4 63:12 74:3
76:15 85:14
109:14,14 115:12
131:3 133:6
**years** 19:21 25:4
32:8,17 51:4,5
52:3 62:17,24
70:14 73:10,11
76:13 79:5 85:11
85:12,16,18 95:18
102:22 132:9
134:15 143:22
**york** 3:8,8 4:6,6,15
4:15
**youd** 28:15
**youll** 35:14
**younger** 76:2
**youre** 21:1 22:14
23:15 30:12 42:10
42:13 50:10 53:16
55:9,20 58:4,12
62:14 64:3 67:2,5
69:24 71:25 74:15
77:10,11 79:23
81:6,9,22 84:22
86:9 88:12,13
94:18 95:22 96:12

96:14 101:24
107:9 110:17
111:25 121:9
127:18,21 137:2
140:11,19 141:15
143:3,17
**youve** 65:7 86:7
102:18,21,24
103:4,24 112:16
121:6 131:19

---

**Z**

**zero** 41:7,9,15

---

**0**

**00** 15:6,16 61:16
95:15
**000** 27:11 74:3
103:10 133:6,7
**01** 2:15 16:2,5
**02** 15:21
**031** 15:17
**08md0200** 1:6 2:6
16:16
**09** 12:13

---

**1**

**1** 2:15 12:12 13:12
22:22 23:1,6,19
24:2 27:11 52:12
52:16,17,19 54:4
70:7 73:1 84:19,21
92:11,18 108:12
113:1 115:9
133:11 134:4,19
134:22 148:13
152:21,23
**10** 2:15 4:22 14:12
16:2,5 41:16,18
114:13,18
**100** 31:5 144:9,11
**10006** 4:15
**10010** 3:8
**101** 8:17

**10119** 4:6
**104** 14:5
**108** 14:8
**11** 14:17 61:16,19
105:7 108:10
116:14,19 142:14
**1100** 4:21
**1111** 5:7
**11241** 1:23 2:17
154:20
**114** 14:12
**116** 14:17
**12** 14:9 15:5,6,6,16
108:10,15 114:9
114:12 131:5
132:12,17,25
**12month** 93:7
**12th** 71:9
**13** 12:13 15:9 23:10
133:14,19 154:17
**1300** 10:17
**132** 15:5
**133** 15:9
**135** 15:14
**13th** 71:10
**14** 15:14 52:24,25
131:11 135:8,13
**140** 82:10
**1400** 11:16
**144** 15:19
**15** 13:7 15:19,21
19:21 52:16 61:19
74:3 98:9 133:7,10
133:12 144:14,18
146:17
**150** 10:7 65:24
82:11
**15219** 7:6
**154** 13:7 84:9
**15th** 145:2
**16** 2:15 108:15
130:25 131:12
152:21,23
**1604** 3:16

HIGHLY CONFIDENTIAL

**16th** 9:8
**17** 13:17 86:18
**18** 133:6,9
**18th** 114:22 115:2
**19** 12:6
**19102** 9:9
**19103** 3:17 6:16
**19104** 6:6
**1919** 8:7
**1958** 25:14 28:22
**1963** 36:19
**1983** 146:2
**1990** 55:10
**1990s** 56:14 90:13
**1992** 12:17 51:22
  56:23
**1994** 84:8 85:6
**1995** 86:18
**1997** 89:11
**1999** 70:8,10 71:4
  72:7,16 73:9 92:11
  92:18 94:15 95:2
  108:21 117:19

─────────
**2**
─────────

**2** 12:16,20 13:22
  14:5 51:9,13,16
  52:19 54:1,2,4,4,7
  54:7 64:4,7 69:22
  96:25 103:10
  108:16 110:14,15
  110:17 113:1
  134:19,19
**20** 1:16 2:16 16:1
  27:2,3 45:25 48:21
  67:6 79:5 97:17,20
  98:10 139:11,18
  144:3,4 153:23
**2000** 14:20 95:4
  114:23 115:2
  116:23 132:25
  135:18 136:10,11
  136:12,13 149:23
  150:13,25 151:4

152:13
**20006** 8:8
**2001** 22:4 24:6,7,11
  25:5 149:24
  150:14 151:10
**2002** 1:5 2:5 15:21
  16:16 145:2
  150:24 151:1,3,10
  152:13
**2008** 124:20
**2009** 23:10,18,19
  24:2 28:13 73:2,9
**2010** 117:14 124:20
**2013** 1:16 2:16 16:1
  16:6 108:11,15
**202** 8:9
**208703** 116:24
**20th** 16:6 108:11,15
**210** 117:14
**2100** 7:12
**212** 3:9 4:16
**214** 7:14
**215** 3:18 6:7,17 9:10
**22** 12:12,20 14:9
**2200** 7:19
**224** 10:17
**22nd** 3:7 71:4
  108:21
**23** 114:9 154:17
**2300** 10:7
**2371144** 5:18
**25** 103:10 143:21
**250** 133:11 134:4
**250s** 134:22
**2700** 5:16
**2777** 144:25
**2929** 6:5
**295** 12:18
**29th** 92:10
**2nd** 3:16 94:15

─────────
**3**
─────────

**3** 12:20 13:17 70:17
  70:21 84:3 95:15

105:21 106:5
  110:17 112:12
  113:1 149:7,8
**30** 42:11 79:5 89:19
  131:3
**300** 5:16 11:7
**3000** 6:15
**31** 15:16 135:16,18
**312** 9:20 10:19 11:9
**31295** 51:17
**317** 5:18
**3200** 9:8
**33** 149:13
**3357023** 10:9
**3383344** 7:7
**3500** 2:14 16:11
**353** 9:18
**354** 14:15
**35th** 7:5
**36** 114:12
**37** 54:15,17 56:12
  64:7,8

─────────
**4**
─────────

**4** 12:13 13:5,7 15:21
  52:12,16,19 54:4,8
  83:20,25 98:1
  113:1 120:16,25
  121:2,4,5 122:19
  123:22,25 124:4
  124:17,25 137:25
**40** 42:11 79:5 89:19
  131:3
**400** 74:24 103:8
**404** 15:7 132:23
**412** 7:7
**415** 8:19
**42** 14:10 108:7
**43** 13:8 84:3
**4354** 114:19
**45** 89:17 102:22
**4500** 9:18
**452023752** 11:17
**45402** 4:23

**459** 14:6
**462041750** 5:17
**4634928** 4:24
**48** 89:16 98:9,11,12

─────────
**5**
─────────

**5** 13:10 52:12 85:1,5
  86:5
**50** 9:8 65:24 66:11
  85:20 101:5
  102:15 122:16
**500** 8:7 134:10,18
**500perday** 134:16
**501** 4:14
**51** 3:7 12:16
**510** 5:9
**513** 11:18
**539** 12:21
**542** 133:21
**55** 25:4 51:4,5 52:3
**55402** 7:21 10:8
**55year** 60:16
**5796400** 11:18
**5918** 19:14

─────────
**6**
─────────

**6** 13:15 70:22 92:1,6
  120:14 124:1
  149:11
**60601** 11:8
**60604** 10:18
**606543456** 9:19
**6081900** 4:16
**60s** 60:14
**61** 4:14
**612** 7:22 10:9
**64459** 105:6
**646** 4:7
**65** 128:25
**6554335** 8:19
**6607604** 10:19
**6653884** 9:10
**67** 58:23 65:13
  81:19 82:8,9,24,25

HIGHLY CONFIDENTIAL

89:14 98:14
127:17,18 128:5
**69** 148:6
**6983279** 7:14

---

**7**

**7** 13:12,20,22 93:22
94:2 104:13 152:7
**70** 12:20 101:5,16
101:19 102:15
127:20 150:6
**703** 14:21
**709** 13:23
**72** 59:2,5 65:13,19
69:10 70:2 80:21
81:13,15 82:8,23
98:18,18 112:21
112:23 113:1,4,8
127:5,13,14,21
128:4,13,17,20
**7335727** 4:7
**752016912** 7:13
**7709** 94:9
**777** 15:22
**7783056** 8:9
**788** 13:13

---

**8**

**8** 14:5,5 52:7,14
104:6,11 105:2,2
154:17
**80** 7:20 97:17
101:17,19 127:18
139:12 141:25
143:16 144:9
148:24
**83** 13:5 128:25
**8407282** 9:20
**8497152** 3:9
**85** 13:10
**86** 127:17,18
**8613735** 11:9
**88** 92:14
**8th** 5:7 7:20

---

**9**

**9** 14:8,20 54:3 108:1
108:5,19
**90** 31:6 101:6
**90s** 64:5
**92** 13:15 122:22
**92501** 16:13
**92506** 19:16
**93** 13:20
**937** 4:24
**94** 13:7
**94111** 8:18
**94607** 5:8
**95** 13:17
**9778415** 7:22
**98** 129:20
**9814714** 6:17
**9853270** 3:18
**9879895** 5:9
**99** 12:20 13:12,22
14:5,9
**9942421** 6:7