# ATTACHMENT 9

**HIGHLY CONFIDENTIAL**

155

1        IN THE UNITED STATES DISTRICT COURT

2      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3    _____

                                    )

4    IN RE:  PROCESSED EGG          )

     PRODUCTS ANTITRUST             )

5    LITIGATION                     )

     _____)MDL No. 2002

6                                   )08-MD-0200

     THIS DOCUMENT APPLIES TO:      )

7    ALL ACTIONS                    )

     _____)

8

9

10

11

12

13              -- HIGHLY CONFIDENTIAL --

14      VIDEOTAPED DEPOSITION OF DONALD L. BELL

15              Riverside, California

16          Wednesday, August 21, 2013

17                  Volume II

18

19

20

21   Reported by:

22   DENISE BARDSLEY

23   CSR No. 11241

24

25

**HIGHLY CONFIDENTIAL**

---

**156**

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE EASTERN DISTRICT OF PENNSYLVANIA
3  _____ )
4  IN RE:  PROCESSED EGG      )
   PRODUCTS ANTITRUST         )
5  LITIGATION                 )
   _____)MDL No. 2002
6                  )08-MD-0200
   THIS DOCUMENT APPLIES TO:   )
7  ALL ACTIONS                )
   _____)
8
9
10
11
12      Videotaped deposition of DONALD L. BELL,
13  Volume II, taken on behalf of The Direct Purchaser
14  Plaintiffs, at 3500 Market Street, Riverside,
15  California, beginning at 10:09 a.m. and ending at
16  3:53 p.m. on Wednesday, August 21, 2013, before
17  DENISE BARDSLEY, Certified Shorthand Reporter
18  No. 11241.
19
20
21
22
23
24
25

---

**157**

1  APPEARANCES:
2
3  For The Direct Purchaser Plaintiffs:
4     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
5     BY:  STEIG D. OLSON
6     Attorney at Law
7     51 Madison Avenue, 22nd Floor
8     New York, New York  10010
9     (212) 849-7152
10    steigolson@quinnemanuel.com
11
12 For The Direct Purchaser Plaintiffs:
13    HAUSFELD, LLP
14    BY:  JAMES J. PIZZIRUSSO
15    Attorney at Law
16    1604 Locust Street, 2nd Floor
17    Philadelphia, Pennsylvania  19103
18    (215) 985-3270
19    jpizzirusso@hausfeldllp.com
20
21
22
23
24
25

---

**158**

1  APPEARANCES (continued):
2
3  For The Indirect Purchaser Plaintiffs:
4     MILBERG LLP
5     One Pennsylvania Plaza
6     New York, New York  10119
7     (646) 733-5727
8     (No appearance.)
9
10 For Indirect Purchaser Plaintiffs
11    LOVELL STEWART HALEBIAN & JACOBSON LLP
12    BY:  MERRICK SCOTT RAYLE
13    Attorney at Law
14    61 Broadway, Suite 501
15    New York, New York  10006
16    (212) 608-1900
17    msrayle@sbcglobal.net
18
19
20
21
22
23
24
25

---

**159**

1  APPEARANCES (continued):
2
3  For the Deponent:
4     UNIVERSITY OF CALIFORNIA
5     BY:  MICHAEL R. GOLDSTEIN
6     Attorney at Law
7     1111 Franklin Street, 8th Floor
8     Oakland, California  94607
9     (510) 987-9895
10    michael.goldstein@ucop.edu
11
12 For Midwest Poultry Services:
13    FAEGRE BAKER DANIELS
14    BY:  KATHY L. OSBORN
15    Attorney at Law
16    300 North Meridian Street, Suite 2700
17    Indianapolis, Indiana  46204-1750
18    (317) 237-1144
19    kathy.osborn@faegrebd.com
20    (Telephonic appearance.)
21
22
23
24
25

---

2  (Pages 156 to 159)

**HIGHLY CONFIDENTIAL**

160

1  APPEARANCES (continued):
2
3  For RW Sauder,Inc.:
4     DECHERT LLP
5     2929 Arch Street
6     Philadelphia, Pennsylvania  19104
7     (215) 994-2421
8     (No appearance.)
9
10  For United Egg Producers and the United States Egg
11  Marketers:
12     PEPPER HAMILTON, LLP
13     BY:  WHITNEY REDDING
14     Attorney at Law
15     3000 Two Logan Square
16     Philadelphia, Pennsylvania  19103
17     (215) 981-4714
18     reddingw@pepperlaw.com
19     (Telephonic appearance.)
20
21
22
23
24
25

162

1  APPEARANCES (continued):
2
3  For Rose Acre Farms:
4     PORTER, WRIGHT, MORRIS & ARTHUR
5     BY:  KARRI ALLEN
6     BY:  JOHN C. MONICA, JR.
7     Attorneys at Law
8     1919 Pennsylvania Avenue NW, Suite 500
9     Washington, D.C.  20006
10     (202) 778-3056
11     kallen@porterwright.com
12     (Telephonic appearance.)
13
14  For Nu-Cal Foods, Inc.:
15     KASOWITZ BENSON TORRES & FRIEDMAN, LLP
16     BY:  JASON S. TAKENOUCHI
17     Attorney at Law
18     101 California Street
19     San Francisco, California  94111
20     (415) 655-4335
21     jtakenouchi@kasowitz.com
22
23
24
25

161

1  APPEARANCES (continued):
2
3  For Giant Eagle, Inc.:
4     MARCUS & SHAPIRA LLP
5     One Oxford Center, 35th Floor
6     Pittsburgh, Pennsylvania  15219
7     (412) 338-3344
8     (No appearance.)
9
10  For Cal-Maine Foods, Inc.:
11     GIBSON, DUNN & CRUTCHER LLP
12     2100 McKinney Avenue
13     Dallas, Texas  75201-6912
14     (214) 698-3279
15     (No appearance.)
16
17  For Sparboe Farms, Inc.:
18     BRIGGS AND MORGAN
19     2200 IDS Center
20     80 South 8th Street
21     Minneapolis, Minnesota  55402
22     (612) 977-8415
23     (No appearance.)
24
25

163

1  APPEARANCES (continued):
2
3  For Hillandale Farms, Inc., Hillandale Farms East,
4  Inc., Hillandale Gettysburg LP and Hillandale Farms
5  of Pa., Inc.:
6     BUCHANAN, INGERSOLL & ROONEY
7     Two Liberty Place
8     50 South 16th Street, Suite 3200
9     Philadelphia, Pennsylvania  19102
10     (215) 665-3884
11     (No appearance.)
12
13  For the Direct Action Plaintiffs:
14     JENNER & BLOCK
15     BY:  STEPHEN R. BROWN
16     BY:  RICHARD CAMPBELL (Telephonic appearance)
17     Attorneys at Law
18     353 North Clark Street, Suite 4500
19     Chicago, Illinois  (312) 840-7282
20     (312) 840-7282
21     stephenbrown@jenner.com
22     richardcampbell@jenner.com
23
24
25

3 (Pages 160 to 163)

**HIGHLY CONFIDENTIAL**

164

```
1    APPEARANCES (continued):
2
3    For Defendant Michael Foods:
4        WEIL, GOTSHAL & MANGES LLP
5        1300 Eye Street N.W., Suite 900
6        Washington, D.C.  20005
7        (202) 682-7231
8        (No appearance.)
9
10   For Weaver Brothers:
11       DISNMORE & SHOHL LLP
12       1100 Courthouse Plaza SW
13       10 North Ludlow Street
14       Dayton, Ohio  45402
15       (937) 463-4928
16       (No appearance.)
17
18
19
20
21
22
23
24
25
```

166

```
1    APPEARANCES (continued):
2
3    For Michael Foods:
4        LEONARD, STREET & DEINARD
5        BY: PETER J. SCHWINGLER
6        Attorney at Law
7        150 South Fifth Street, Suite 2300
8        Minneapolis, Minnesota  55402
9        612 335-7023
10       peterschwingler@leonard.com
11       (Telephonic appearance.)
12
13   For Ohio Fresh Eggs:
14       KEATING MUETHING & KLEKAMP PLL
15       BY:  BRYCE YODER
16       Attorney at Law
17       One East Fourth Street, Suite 1400
18       Cincinnati, Ohio  45202-3752
19       (513) 579-6400
20       jcallow@kmklaw.com
21       (Telephonic appearance.)
22
23
24
25
```

165

```
1    APPEARANCES (continued):
2
3    For Moark LLC and Norco Ranch, Inc.
4        EIMER STAHL, LLP
5        BY:  TRAVIS KENNEDY
6        Attorney at Law
7        224 South Michigan Avenue, Suite 1300
8        Chicago, Illinois  60604
9        (312) 660-7604
10       tkennedy@eimerstahl.com
11       (Telephonic appearance.)
12
13   For Winn-Dixie, Inc., Roundy's Supermarkets, Inc.,
14   C&S Wholesaler Grocers, Inc., and H.J. Heinz
15   Company, L.P.:
16       BAKER & McKENZIE LLP
17       300 East Randolph Street
18       Chicago, Illinois  60601
19       (312) 861-3735
20       (No appearance.)
21
22
23
24
25
```

167

```
1    APPEARANCES (continued):
2
3    Videographer:
4        SCOTT SLATER, VERITEXT
```

4 (Pages 164 to 167)

**HIGHLY CONFIDENTIAL**

**168**

INDEX

WITNESS                              EXAMINATION
DONALD L. BELL
Volume II

        BY MR. OLSON            175
        BY MR. RAYLE            257
        BY MR. TAKENOUCHI       263

EXHIBITS

EXHIBIT          DESCRIPTION          PAGE
Exhibit 16   United Voices newsletter,       174
             7/29/02

Exhibit 17   Animal Welfare Report for       202
             2003 Area Meetings
             Bates Nos. CM00430620 - -633

Exhibit 18   Don Bell's Table Egg Layer      208
             Flock Projections and Economic
             Commentary - 2003, No. 35
             Bates Nos. BELL002761 - -763

**170**

INDEX (Continued):

EXHIBITS

EXHIBIT          DESCRIPTION          PAGE
Exhibit 23   Unresolved Animal Welfare       236
             Issues (Feeder Space)
             Bates Nos. BELL-D-00028597 - -599

Exhibit 24   E-mail string                   244
             Bates Nos. UE0918791 - -796

Exhibit 25   University of Illinois letter   246
             to Gene Gregory from Ken W.
             Koelkebeck, 10/2/02, with
             attachment
             Bates Nos. BELL-D-00028111 - -131

Exhibit 26   E-mail string                   252
             Bates No. UC_E00055875

Exhibit 27   Introduction to the US Table-Egg 257
             Industry
             Bates Nos. BELL-D-00000024 - -042

**169**

INDEX (Continued):

EXHIBITS

EXHIBIT          DESCRIPTION          PAGE
Exhibit 19   E-mail from Don Bell to Al      214
             Pope, 3/24/04, with attachment
             Bates Nos. UE0880125 - -127

Exhibit 20   Don Bell's Table Egg Layer      219
             Flock Projections and Economic
             Commentary - 2004, No. 44
             Bates Nos. BELL-D-00028600 - -611

Exhibit 21   Shell Egg Marketing Committee,  227
             10/20/04, New Orleans Minutes
             Bates Nos. UE0153245 - -246

Exhibit 22   Joint Meeting of UEP Scientific 232
             Advisory Committee and UEP
             Producer Committee For Animal
             Welfare, June 10-11, 2004,
             Chicago, Illinois, Minutes
             Bates Nos. UE0294465 - -468

**171**

INDEX (Continued):

EXHIBITS

EXHIBIT          DESCRIPTION          PAGE
Exhibit 28   U.S. Farm and Retail Egg Price  260
             Relationships - 1982 to 2005,
             Changing Share of the Consumer's
             Egg Dollar
             Bates Nos. UE0155821 - -831

Exhibit 29   Cooperative Extension, University 325
             of California, No. 217, 7/12/99,
             An Egg Economics Update, Donald
             Bell, Poultry Specialist

5 (Pages 168 to 171)

**HIGHLY CONFIDENTIAL**

**172**

1    Riverside, California, Wednesday, August 21, 2013
2              10:09 a.m.
3
4        THE VIDEOGRAPHER:  Good morning.
5    We are on the record at approximately 10:09
6    a.m. on August 21st, 2013.
7        This is the video-recorded deposition of
8    Don Bell, Volume II.  My name is Stan Beverly, here
9    with our court reporter, Denise Bardsley.  We're
10   here from Veritext National Deposition and
11   Litigation Services at the request of counsel for
12   the Direct Purchaser Plaintiffs.
13       This deposition is being held at 3500
14   Market Street in the city of Riverside.  The caption
15   of this case is In Re:  Processed Egg Products
16   Antitrust Litigation, Case No. 200208-MB-200.
17       Please note that audio and video recording
18   will take place unless all parties agree to go off
19   the record.  Microphones are sensitive and may pick
20   up whispers, private conversations and cellular
21   interference.
22       I'm not authorized to administer an oath, I
23   am not related to any party in this action, nor am I
24   financially interested in the outcome in any way.
25       May I please have an agreement from all

**173**

1    parties that we can proceed.
2        MR. OLSON:  Yes.
3        MR. GODLSTEIN:  Yes.
4        MR. RAYLE:  Yes.
5        THE VIDEOGRAPHER:  At this time will
6    counsel and all present identify themselves for the
7    record.
8        MR. OLSON:  Let's start on the phone.
9    Could the folks on the phone identify themselves.
10       MR. CAMPBELL:  Richard Campbell, Jenner &
11   Block for the Kraft plaintiffs.
12       MS. REDDING:  Whitney Redding, Pepper
13   Hamilton, for United Egg Producers and United States
14   Egg Marketers.
15       MR. SCHWINGLER:  Peter Schwingler, Leonard,
16   Street & Deinard, for Michael Foods.
17       MS. OSBORN:  Kathy Osborn for Midwest
18   Poultry, with Faegre Baker Daniels.
19       MR. MONICA:  John Monica and Kerri Allen
20   from Porter, Wright, Morris & Arthur, Rose Acre
21   Farms.
22       MS. KENNEDY:  Travis Kennedy from Eimer
23   Stahl, for Moart, LLC, and Norco Ranch, Inc.
24       MR. YODER:  Bryce Yoder from Keating
25   Muething & Klekamp, on behalf of Ohio Fresh Eggs.

**174**

1        MR. OLSON:  Anyone else?
2        All right.  This is Steig Olson from Quinn
3    Emanuel Urquhart & Sullivan for the Direct Purchaser
4    Plaintiffs.
5        MR. PIZZIRUSSO:  James Pizzirusso, Hausfeld
6    LLP, Direct Purchaser Plaintiffs.
7        MR. BROWN:  Stephen Brown from Jenner &
8    Block for Direct Action Plaintiff, Kraft, General
9    Mills and Nestle.
10       MR. RAYLE:  Merrick Rayle from Lovell
11   Stewart Halebian & Jacobson for the Indirect
12   Purchaser Plaintiffs.
13       MR. TAKENOUCHI:  Jason Takenouchi of
14   Kasowitz Benson Torres & Friedman, LLP, for
15   Defendant Nu-Cal Foods, Inc.
16       MR. GODLSTEIN:  Michael Goldstein with the
17   Regents of the University of California for the
18   witness, Mr. Bell.  And with me here today is
19   Kristen Erving, our paralegal.
20       THE VIDEOGRAPHER:  The witness will be
21   sworn in and counsel may begin the examination.
22   //
23   //
24
25

**175**

1            DONALD L. BELL,
2    having been administered an oath, was examined and
3    testified as follows:
4
5              EXAMINATION
6    BY MR. OLSON:
7        Q   Good morning, Mr. Bell.
8        A   Good morning.
9        Q   How are you today?
10       A   Feeling good.
11       Q   Good.  Are you prepared to testify
12   truthfully to the best of your knowledge today?
13       A   Yes.
14       Q   Okay.  And as with yesterday, if at any
15   time you need to take a break or do anything to
16   refresh yourself, just let us know.
17       A   Yes.
18           (Deposition Exhibit 16 was marked for
19           identification by the court reporter
20           and is attached hereto.)
21   BY MR. OLSON:
22       Q   Thank you.
23           All right.  I've handed you what's been
24   marked Bell Exhibit 16.  This is a document
25   Bates-stamped UE0135717 through -135726.

**6 (Pages 172 to 175)**

**HIGHLY CONFIDENTIAL**

176

1    And, Mr. Bell, have you had a chance to
2  briefly look at this document?
3    A  Very briefly, uh-huh.
4    Q  Okay.  Can you identify it as a United
5  Voices publication dated July 29, 2002?
6    A  Yes, I can.
7    Q  And it attaches a -- what you've referred
8  to as a memoranda that you've prepared under the
9  sponsorship of UEP: is that right?
10    A  That's correct.  We called it a memo, but
11  that's okay.
12    Q  A memo.
13    And the date of this memo is July 16, 2002;
14  is that --
15    A  Yes, sir.
16    Q  All right.  And the title of it is,
17  "Several Possible Scenarios Resulting From UEP's New
18  Husbandry Guidelines"; is that right?
19    A  Yes.
20    Q  And, specifically, it is a discussion of
21  what aspect of the husbandry guidelines?
22    A  The introduction refers to the effects of
23  the industry's potential reduction of cage
24  densities.  That seems to be the foremost --
25    Q  So, in other words, what you're looking at

177

1  are scenarios regarding the cage density aspect of
2  the guidelines?
3    A  Yes.  Yes, sir.
4    Q  Okay.  And who asked you, if anyone, to
5  prepare this memo?
6    A  Well, the introduction says, "Gene Gregory
7  asked me," and at that time I'm not sure whether he
8  was president or vice president of UEP.
9    Q  So Mr. Gregory from UEP had asked you to
10  prepare --
11    A  Yes, sir.
12    Q  -- this memo?
13    And at this time you were on retainer by
14  UEP to prepare these types of documents, correct?
15    A  Yes.
16    Q  All right.  If you look at the "Background"
17  section it refers to the cage space standards that
18  UEP had developed.
19    Do you see that?
20    A  Yes.
21    Q  And it says, "The standards described the
22  stepwise introduction of increased space
23  allowances."
24    What were you referring to there?
25    A  "Standards described the stepwise" -- in

178

1  other words, it would be a transition period under
2  which everyone has an opportunity to get their goal.
3    It's impossible to get to your goal
4  overnight, so it's a -- apparently it's about a
5  six-year -- in the table, a six-year period to
6  eventually get to your goal.
7    Q  And you refer, actually, to a seven-year
8  period in this discussion?
9    A  Okay.  That's --
10    Q  Do you see that?
11    A  Well, I don't see where -- where is that --
12  I see that, yes.
13    Q  Do you see where you write, "the producer's
14  committee has advised that such changes shall take
15  place over a seven-year period from 2002 to 2008 in
16  order to cause the least disruption in production
17  and marketing processes."
18    Do you see that?
19    A  That would be the UEP's committee and not
20  the Scientific Advisory Committee.
21    Q  Right.  And is that consistent with your
22  knowledge of why the UEP producer committee decided
23  that there should be this seven-year period?
24    A  It could have been more, it could have been
25  less.  I assume this was some kind of a compromise

179

1  among the members.
2    Q  But the goal was to avoid or to minimize
3  disruption in production?
4    MR. TAKENOUCHI:  Objection; foundation.
5    THE WITNESS:  Yes.
6  BY MR. OLSON:
7    Q  Did you attend meetings of the UEP producer
8  committee?
9    A  No.
10    Q  Never?
11    A  Never, never, never?  They may have been
12  part of the annual meeting where I made a
13  presentation.  There was no formal attendance at
14  their meetings.  I don't think they really
15  encouraged it.  They may have had the chairperson of
16  our -- of the scientific committee.
17    If I attended, it would have been in
18  association with their annual meeting.
19    Q  Now, strictly from the standpoint of supply
20  management, did you anticipate any benefit from the
21  fact that the guidelines involved this stepwise
22  increase of cage space allowances over a seven-year
23  period?
24    MR. TAKENOUCHI:  Objection to form.
25    THE WITNESS:  Obviously, the intent of

7 (Pages 176 to 179)

HIGHLY CONFIDENTIAL

180

1 reducing the overpopulation of chickens was intended
2 to take time. This was an animal welfare issue, and
3 it couldn't be done without extreme disruption of
4 individual companies' replacement policies.
5     It takes five to six months to grow a young
6 chicken. And then there's another eight or ten
7 flocks alive that are producing eggs for the
8 company. And overnight would totally disrupt the
9 marketing of eggs and the supply of eggs in the
10 United States.
11 BY MR. OLSON:
12     Q  Let me try it again.
13        Putting the disruption issue to one side --
14     A  Okay. Go ahead.
15     Q  As we discussed yesterday, the goal of
16 supply management and balancing supply and demand
17 was one you thought was important?
18     A  I do.
19     Q  Focusing on that goal, did you anticipate
20 benefits to the industry resulting from the fact
21 that the guidelines contemplated a stepwise
22 stepwise increase of cage space allowances?
23        MR. TAKENOUCHI: Objection to the extent
24 the term "benefits" is unclear.
25        THE WITNESS: I anticipated a partial

181

1 benefit the first year, more benefit the second year
2 and final benefit the seventh year. That would be
3 the ultimate benefit.
4 BY MR. OLSON:
5     Q  And how about years three through six?
6     A  The same, I'm not giving you every single
7 year, but --
8     Q  Okay. So just to be clear --
9     A  -- progressively.
10     Q  -- a progressive benefit over the course of
11 the seven years?
12     A  Yes.
13        MR. TAKENOUCHI: Objection to form.
14 BY MR. OLSON:
15     Q  And just to be clear, you anticipated a
16 progressive benefit over the course of the seven
17 years?
18     A  Yes.
19     Q  And why was that?
20     A  Because everyone was not required to comply
21 every year to the same extent. They were required
22 to comply by the seventh year. And that's when
23 everyone should have gotten to their goal of flock
24 size, density, the whole issue.
25     Q  But even for those folks who were signed up

182

1 from day 1, did you anticipate a benefit from their
2 stepwise increase over each of the seven years, a
3 benefit in the industry?
4        MR. TAKENOUCHI: Objection; speculation.
5        THE WITNESS: The benefits could only go to
6 year 7. If you started the very first year and took
7 care of your entire responsibility, then you were
8 going to have the lower density for the entire seven
9 years. But you didn't have to meet the obligations,
10 except for these dates here that are on this chart.
11 So you were not required to do it in the first year.
12 BY MR. OLSON:
13     Q  Right. Well, let's make sure we're
14 speaking the same language.
15     A  Go ahead.
16     Q  Your point is under the program, a producer
17 wasn't required to get to 67 inches right away?
18     A  Right.
19     Q  But there were requirements for each year
20 under the program, right?
21     A  Yes. That's what is spelled out here.
22 There is a different total allowance for each year.
23     Q  Right. And those numbers are going up; in
24 other words, each year a producer had to increase
25 the space allowance?

183

1     A  Uh-huh -- yes.
2     Q  So my question is, for those producers who
3 signed up on year 1 and met their space allowance
4 for year 1 and then for year 2, year 3, did you
5 anticipate a benefit to the industry that was
6 progressive over those years?
7     A  A partial benefit, yes.
8        MR. TAKENOUCHI: Objection to form.
9 BY MR. OLSON:
10     Q  And why do you say "a partial benefit"?
11     A  Because it's not 100 percent.
12     Q  Okay. But it would be a progressive
13 benefit?
14     A  Progressive benefit, based upon the entire
15 population and which ones decided to go all the way
16 at the beginning or only go, as the table shows, up
17 to a certain level of square inches.
18        No one is required to have 67 square inches
19 in the first year or the second. The question of
20 logistics, how do you accomplish this, is an
21 independent problem for every producer because they
22 don't all have the same size cage.
23        You cannot reduce everybody the same amount
24 each year because they are starting with larger
25 cages and smaller cages.

8 (Pages 180 to 183)

**HIGHLY CONFIDENTIAL**

---

**184**

1    Q   And now stepping back for the industry as a
2  whole, did you anticipate, based on the work and
3  analysis you had done, a progressive benefit over
4  the course of the seven years for the industry as a
5  whole?
6       MR. TAKENOUCHI:  Objection to form.
7       THE WITNESS:  I think I've said that
8  already, yes.
9  BY MR. OLSON:
10   Q   And that benefit would be in terms of
11 better management of supply and better prices?
12      MR. TAKENOUCHI:  Objection; restates prior
13 testimony.  Objection to form.
14      THE WITNESS:  The result of -- of the
15 animal welfare plan and the implementation of it and
16 the dates of it and the individual companies'
17 responses, all of these things have to be taken into
18 consideration.
19 BY MR. OLSON:
20   Q   And the benefit of that plan was what?
21   A   It would have accrued to the entire
22 industry.
23   Q   And the benefit that would have accrued to
24 the entire industry was what?
25   A   Higher prices.

---

**185**

1    Q   Now, in this piece you mention a couple of
2  variables that you looked at in your modeling, true?
3    A   Yes.
4    Q   Sometimes I have to ask just preliminary
5  questions like that.
6    A   Okay.
7    Q   And one of those was this concept of
8  backfilling: is that right?
9    A   Yes.
10   Q   You anticipated that some backfilling would
11 occur and that it was variable in how this would
12 unfold?
13   A   Would you refer to the comment about
14 backfilling?
15   Q   Yes.  If you look at page 2.
16   A   Page 2?
17      MR. TAKENOUCHI:  Counsel, I'm just going to
18 object to the form of these questions.  It's unclear
19 whether he's reading from the document or --
20      MR. OLSON:  You can just object to form.
21 That's fine.
22   Q   Now, on page 2 --
23   A   Item 1 here?
24   Q   Yes.  You say, "Increases in hen counts by
25 backfilling cages at 'push-out' time or by utilizing

---

**186**

1  previously unused farms or houses may have
2  occurred."
3       Do you see that?
4    A   Yes, sir.
5    Q   And so this concept of backfilling was
6  something that you anticipated might occur?
7    A   That would -- that would make the analysis
8  less certain because it's an individual choice to
9  backfill or not to backfill, and it would probably
10 never make the final outcome off by more than 5 or
11 10 percent, because you only have so many empty
12 cages.  And, also, it's a policy for many companies
13 not to backfill at all.
14   Q   But just as a preliminary point --
15   A   Uh-huh.
16   Q   -- the idea that some companies might
17 backfill was a possibility you recognized?
18   A   Yes.
19      MR. TAKENOUCHI:  Objection to form.
20 BY MR. OLSON:
21   Q   Now, if you turn to the next page -- well,
22 actually, still at the bottom of 2, another variable
23 you mentioned was the introduction of new houses or
24 farms.
25      Do you see that --

---

**187**

1    A   Yes.
2    Q   -- heading?
3       And then it's discussed a little bit more
4  on the next page.
5    A   Uh-huh.
6    Q   And --
7    A   Yes, sir.
8    Q   -- if you look, there is a large paragraph
9  there that starts "The model looks at."
10      Why don't you review that paragraph to
11 yourself?
12   A   I did.
13   Q   Okay.
14   A   The model looks at different growth rates
15 in the industry, beginning in 2002 going to 2010.
16   Q   And when you refer to growth rates, what --
17   A   Numbers of chickens or numbers of eggs.
18      MR. GODLSTEIN:  Don, you're doing a really
19 great job, but I want to remind you to wait for
20 Steig to get his entire question out before you jump
21 in with your answer.
22      THE WITNESS:  Okay.
23 BY MR. OLSON:
24   Q   At the end of that paragraph you write, "It
25 is hoped that the industry will be able to sustain

---

**9 (Pages 184 to 187)**

**HIGHLY CONFIDENTIAL**

---

188

1  an improved supply/demand relationship as a result
2  of these major changes."
3      Do you see that?
4  A  Yes.
5  Q  Why was that the hope?
6  A  Due to the average or annual variation of
7  profitability in the industry, it's not considered
8  to be 100 percent profitable, and my own
9  interpretation of this is that it's -- it has a lot
10  of problems with earnings, and therefore, price.
11  Q  And why was there hope at this time that
12  the cage space guidelines could lead to a sustained
13  improvement in the supply/demand relationship?
14      MR. TAKENOUCHI:  Objection: lack of
15  personal knowledge to the extent he's speaking for
16  anyone other than himself.
17      THE WITNESS:  The existence of a single
18  chicken house has a maximum capacity and it has a
19  UEP recommended capacity.  And until -- and once
20  you've reached the UEP number, the only way that you
21  can affect the population in the United States is
22  either through productivity of the individual
23  chicken, which it does increase every year, or by
24  someone building a new complex or new houses,
25  because the new capacity of that house is a

---

189

1  constant.
2  BY MR. OLSON:
3  Q  Now, this possibility of producers building
4  new complexes and housing is something that you
5  considered as well, in your work?
6  A  Yes, that's the growth factor.
7  Q  And one of the factors that you point out
8  here is that type of -- or building new housing
9  was going to be more expensive?
10      MR. TAKENOUCHI:  Objection; misstates the
11  document.
12      THE WITNESS:  Does it actually say that?
13  BY MR. OLSON:
14  Q  Well, do you see where you say in the next
15  sentence, "More expensive housing" --
16  A  I see it, I see it, yeah.
17  Q  -- "(as a result of lower cage density)
18  should delay start-up decisions and financing"?
19  A  Immediately if you build --
20      MR. GODLSTEIN:  Wait for him to finish the
21  question.
22      THE WITNESS:  Excuse me.  I thought he was
23  finished.
24  BY MR. OLSON:
25  Q  I was.

---

190

1      Go ahead.
2      MR. TAKENOUCHI:  Objection to form.
3      THE WITNESS:  Immediately the house is
4  going to cost more per bird as you remove 20 percent
5  of the birds.  The per-bird cost is going to go up.
6      Costs, in general, go up annually with the
7  economics of the time.  Lumber costs go up and the
8  metal costs go up, and so on, so that, I think, is a
9  very conservative estimate.
10  BY MR. OLSON:
11  Q  What's a conservative estimate?
12  A  The numbers that are quoted.
13  Q  About how --
14  A  $15 versus 10.
15  Q  Okay.  So you -- in other words, it's
16  possible that housing costs were even going to be
17  more expensive than you estimated here as a result
18  of the guidelines?
19      MR. TAKENOUCHI:  Objection --
20      THE WITNESS:  No, I think that's taken that
21  into consideration.  I think that's what we're
22  talking about.
23  BY MR. OLSON:
24  Q  I'm just trying to understand what you are
25  saying was conservative.

---

191

1  A  I think the $15 is a conservative result of
2  what we're talking about.
3  Q  Now, in order for the egg industry to
4  benefit as a whole from these guidelines, was there
5  any limit, in your view, on how many new housing
6  complexes should be built?
7  A  Well, we have to keep up with the human
8  population in the United States.  As the human
9  population goes up 1 percent a year, which is
10  3 million, theoretically you need 3 million more
11  chickens, just to keep the status quo.
12      Now, if the consumption of eggs goes down,
13  and, of course, those numbers are going to change.
14      You have to take into consideration the
15  increasing productivity of the chickens at the rate
16  of half a percent a year.  Over that seven-year
17  period, you would be projecting another 3 1/2
18  percent production, and that's -- and that's a lot.
19  That's 10 million birds.
20  Q  So, in other words, the egg industry, even
21  under the guidelines, might need to increase
22  production to some extent?
23  A  If you look at the statistics that we
24  produce in our newsletter, you'll see that the layer
25  numbers in the United States have been very

---

10  (Pages 188 to 191)

HIGHLY CONFIDENTIAL

192

1  constant, very constant layer numbers.  Now,
2  remember I told you productivity of each chicken has
3  changed --
4      So all these factors, you've got the
5  consumers' reaction to newspaper clippings about
6  cholesterol or other factors, other health factors.
7  You have some disease epidemics that have occurred
8  that will scare people away from eating eggs.  And
9  so, you know, there's multiple factors going on.
10  And all of these -- if we considered every single
11  one of them, the story might be totally different,
12  but you have to take a center position.
13      Q  Well, I'd like to focus on this factor of
14  building new housing complexes.
15      A  Yes.
16      Q  Are you aware of efforts by UEP to persuade
17  its members not to overbuild as a result of the
18  increased space allowances under the guidelines?
19      MR. TAKENOUCHI:  Objection; form.
20      THE WITNESS:  There are several answers to
21  that question.  Do you want them all?
22  BY MR. OLSON:
23      Q  Yes.  Let's start with the first one.
24      A  One suggestion and recommendation to
25  members is that they don't build brand-new -- add on

193

1  facilities to what they've already got and that they
2  buy someone else out.
3      Q  And that was a suggestion and
4  recommendation made by UEP?
5      A  UEP, right.
6      So the intent there is to try to stabilize
7  the bird numbers.  Once you accomplish the stable
8  bird numbers, you don't want people going out there
9  and doubling their number of houses, do you?  And --
10      You have to say yes or no.  He can't get
11  you -- you're nodding your head.
12      MR. GODLSTEIN:  You can't ask him questions
13  unless it is to clarify something.
14      Go ahead.
15      THE WITNESS:  Okay.  Go ahead.  That's
16  another one.
17  BY MR. OLSON:
18      Q  Okay.  So that was the first suggestion and
19  recommendation?
20      A  Can I add on?
21      Q  Sure.
22      MR. TAKENOUCHI:  Objection; lacks
23  foundation.
24      THE WITNESS:  Houses only last so long, and
25  equipment, and therefore, they are only efficient

194

1  for so many years and then they start to fall down.
2  So there is ongoing replacement of houses all the
3  time.
4      And when they have a requirement to have 80
5  percent of the population in any given house, the
6  new house will be designed with that in mind and it
7  will be a new hundred percent.  It won't be an 80
8  percent, it will be a hundred percent of that new
9  house.
10  BY MR. OLSON:
11      Q  Okay.  So we were talking about your
12  knowledge of efforts by UEP to persuade its members
13  not to overbuild as a result of the increased space
14  allowances under the guidelines, and you just
15  identified one, but you indicated there were others.
16      A  I --
17      MR. TAKENOUCHI:  Objection to form.
18      THE WITNESS:  -- have no knowledge --
19      MR. TAKENOUCHI:  Mr. Bell, could you let me
20  finish the objection: please?
21      Objection to the form he's not identified
22  who at UEP is supposedly making these
23  recommendations.
24      THE WITNESS:  I have no knowledge of
25  them -- to your specific question about building

195

1  houses.  Their recommendations would be that we do
2  not -- do not grow in numbers of birds or
3  production.  Those are two different things.
4  BY MR. OLSON:
5      Q  Okay.  And what do you recall about
6  caution -- or UEP cautioning its members not to grow
7  in numbers of birds or production?
8      MR. TAKENOUCHI:  Objection to form.
9      THE WITNESS:  Well, that's for my own
10  personal opinion -- viewpoint.  The fact that they
11  send out my newsletter with my recommendations on
12  that means that they are in somewhat of an agreement
13  with what I'm saying.
14  BY MR. OLSON:
15      Q  Because you personally cautioned against
16  producers growing in numbers of birds and
17  production?
18      A  Yes.  I cannot point to their actual
19  document.  Maybe this kind of a newsletter here, it
20  would say something to that effect.  But the add on,
21  which is my letter, certainly would, over time, say
22  that too many birds is detrimental.
23      Q  And, specifically in the context of the
24  increased space allowances under the program, you
25  cautioned against reacting to that by growing the

**HIGHLY CONFIDENTIAL**

196

1  number of birds and production and cautioned against
2  doing that?
3      A   The two are independent of one another.
4  Once you get to this lower number, and then you have
5  no recommendations, regulations or anything else
6  that keeps you from -- other than maintaining the
7  capacity of those houses, you have nothing that will
8  keep you from building the second house.  And that's
9  what you're cautioning the industry not to do.
10     Q   All right.  Now let's look at page 4 of the
11 document in front of you.  There is a heading that
12 says "Results" --
13     A   Okay.
14     Q   -- and you're summing up some of your work
15 here.  Have you had a chance to just briefly review
16 the "Results" section?
17     A   You want me to read it?
18     Q   Please.
19     A   Okay.  I've glanced through it.
20     Q   All right.  I want to make sure that we
21 understand this.
22         So you are modeling the effect here -- or
23 you're reporting possible outcomes from the effect
24 of the cage space guidelines, right?
25         MR. TAKENOUCHI:  Objection; misstates the

197

1  document.
2          THE WITNESS:  Partially.
3  BY MR. OLSON:
4      Q   Yeah.  And you have a couple different ways
5  of looking at it.  One is the results, if there was
6  100 percent compliance and no growth?
7      A   Yes.
8      Q   And then you also look at 50 percent
9  compliance and 10 percent sustained growth rate.
10 Those are basically the two ways you look at it
11 here, right?
12     A   I assume you're correct.  I haven't read it
13 in detail.
14     Q   Well, just what you report here in the
15 "Results" section?
16     A   Okay.  Well, you'll have to show the
17 specific sentence you are talking about.
18         Are you in "Results"?  Which item?
19     Q   Okay.  So number 1 says with a hundred
20 percent compliance and no growth, right?
21     A   Uh-huh.
22     Q   You estimated that chicks hatched in 2009
23 would be down over 26 percent, correct?
24     A   Yes, sir.
25     Q   And then if you look at number 4 you say

198

1  even with 50 percent compliance and at a 10 percent
2  sustained growth rate, the nation's flock in 2009
3  would still be smaller than it was today?
4      A   Yes.
5      Q   So you had maybe an aggressive assumption
6  and a conservative assumption there showing a range?
7      A   I would have tried to bracket the possible
8  conditions, yes.
9      Q   All right.  And when you say in number 6,
10 "total industry farm egg income," subtracting -- and
11 you subtract 35 cents per dozen.
12         Do you see that?
13     A   I see that.
14     Q   Why are you subtracting 35 cents per dozen?
15     A   I'm not sure I know.
16     Q   Fair enough.  In your "Comments" section at
17 the bottom --
18     A   Yes.
19     Q   -- you say, "We don't expect everyone to
20 believe the precise numbers that are listed in the
21 tables, but the general directions should be of
22 interest to everyone in table-egg production."
23         Do you see that?
24     A   Yes, sir.
25     Q   Why did you believe the general direction

199

1  would be of interest?
2      A   Well, this is always -- there is always a
3  disclaimer in most everything we write.  So you
4  don't want to say this is a black-and-white
5  situation, so you do use a disclaimer statement.
6          But in looking at different scenarios, the
7  direction is what's important.  It's -- is it a
8  factual direction, and I believe it was, I believe
9  it is.
10     Q   And what's the direction that you're
11 reporting here?
12     A   Well, we're basically, once again, talking
13 about the egg numbers or bird numbers and price, and
14 so we're talking about the gross income of the
15 industry here in item 7, or whatever.  So we're
16 looking at multiplying bird numbers, times
17 productivity, times price, holding, we'll say, feed
18 price constant, so you can look at the effective
19 income.  And you can run your models through
20 different scenarios, that's what we've done, and
21 saying, well, the general direction is with
22 reduction of bird numbers, income of industry will
23 rise.
24     Q   And the direction is the more producers
25 that participate --

**HIGHLY CONFIDENTIAL**

**200**

```
 1      A  That's part of it.
 2      Q  Let me just finish this one.
 3          And the direction is the more producers
 4  that participate, the better prices and the better
 5  profits for all producers?
 6      A  I would say that's a generally true
 7  statement, but it still goes back to eggs, total
 8  eggs, whether there are more producers, that may or
 9  may not be the case.
10          As you know, we have this tremendous
11  concentration.  If we have one more large farm, that
12  affects the price of all eggs in the United States.
13      Q  With that caveat noted, the direction
14  you're referring to here is the more participation,
15  the better for everyone?
16      A  Well, the fewer eggs you produce, the
17  better it is for everyone.  Participation -- let's
18  just say you have 95 percent participation and they
19  were all tiny little farms.  That wouldn't --
20      Q  Okay.
21      A  -- accomplish much.
22      Q  But if you measure participation in terms
23  of -- and I take it this was your point, so I'll
24  start again.
25          If you measure participation in terms of
```

**201**

```
 1  eggs --
 2      A  Yes.
 3      Q  -- the more producers -- the more eggs that
 4  are produced under the program --
 5      A  Yes.
 6      Q  -- the more -- the better prices and the
 7  better profits for all producers?
 8          MR. TAKENOUCHI:  Objection to form,
 9  misstates prior testimony.
10          THE WITNESS:  Yes, but I'd like to add to
11  that.
12  BY MR. OLSON:
13      Q  Sure.
14      A  Okay.  There's only so much history
15  involving extremely high egg prices or high egg
16  prices, period, so the analyses have to deal with
17  history.
18          And history says that, within a range,
19  these events are related.
20          When you go to conditions like we have
21  today, and we have totally different cost structure,
22  totally different price structure and you have
23  nothing to predict it on.
24          It's just like I read the other day that
25  Mexico prices of eggs were 80 -- no, $2.00 -- $8.00
```

**202**

```
 1  a dozen, that's what they were when they had this
 2  disease problem.  That's totally unpredictable.  No
 3  one would have predicted that, and it's the same
 4  thing with when our feed prices double, no one would
 5  have predicted that would have happened or the
 6  results, just the general.
 7      Q  We'll circle back to that, but just so your
 8  testimony is clear, the direction that you were
 9  saying in July of 2002 that should be of interest to
10  everyone is that the more eggs that are produced
11  under the UEP program, the better prices for the
12  industry as a whole?
13      A  The fewer eggs, not the more.  You said
14  "more."
15      Q  The higher percentage of eggs that are
16  subject to the program.
17      A  That makes fewer eggs.
18      Q  Right.
19      A  Okay.  You didn't say that.
20      Q  All right.  So the higher percentage of
21  eggs that are subject to the program, the better
22  prices and profits for all producers?
23      A  Yes.
24      Q  You can set that aside.
25          Before I hand you this document, you
```

**203**

```
 1  testified yesterday that you would generally receive
 2  Gene Gregory's United Voices publication.  Would,
 3  from time to time, you review editorials by Gene
 4  Gregory that he wrote on these topics?
 5      A  Yes.
 6          (Deposition Exhibit 17 was marked for
 7          identification by the court reporter
 8          and is attached hereto.)
 9  BY MR. OLSON:
10      Q  Let me hand you what we marked Bell 17.
11          And I'm only going to ask you to look at a
12  portion of this, which is towards where you are.  It
13  is towards the back.
14          MR. TAKENOUCHI:  Can we have the Bates
15  number, please?
16  BY MR. OLSON:
17      Q  And it's -- the heading is, "Reason Why
18  Industry Could Have Period of Profitability.
19  Editorial By:  Gene Gregory."
20      A  Yes.
21      Q  And the Bates number --
22      A  Go ahead.
23      Q  You can start looking at it while I read
24  this.
25          The Bates number is CM00430620 through
```

**13 (Pages 200 to 203)**

**HIGHLY CONFIDENTIAL**

204

1  -633.
2      So why don't you just briefly skim that
3  editorial and let me know when you're done, and then
4  later if you want to read it in more depth, you can.
5      A  All right.
6      Q  All right.  Now, do you recall, after
7  looking at this, whether you've seen this editorial
8  before?
9      A  Having read this editorial?
10     Q  Yes.
11     A  I would do it automatically.
12     Q  Okay.  So -- okay.
13         Now, in this editorial Mr. Gregory is
14  referring to the fact that egg prices have reached
15  very high levels.
16     A  And the date is 2003?
17     Q  August of 2003.
18     A  August.  Okay.
19     Q  Do you see that?
20     A  I see it.
21     Q  And is that consistent with your knowledge?
22         MR. TAKENOUCHI:  Objection to foundation.
23  It's not clear he's testifying he's actually read
24  this particular editorial.
25         MR. OLSON:  All right.  Thank you.  We

205

1  don't need speaking objections.
2         THE WITNESS:  I can never recall the price
3  of eggs three months ago.
4  BY MR. OLSON:
5      Q  All right.  Fair enough.
6         In any case, just to orient ourselves, it
7  appears in August 2003 eggs prices have --
8      A  And, of course, that's the summertime, and
9  summertime is usually the lowest price for the year.
10     Q  Right.  And, in fact, Mr. Gregory reports
11  the Urner Barry quote had reached a level in the
12  summer of 2003 that had never previously been
13  recorded.
14         Do you see that right at the very
15  beginning?
16     A  That's -- well, he had a quote of a dollar.
17  Urner Barry quoted, not what the producer gets, by
18  any means.  It's a benchmark.
19         So if he's comparing apples and apples, and
20  then I guess he's made -- he's researched the
21  subject.
22         I would have my own data on the monthly egg
23  prices that I maintain, and I could go back and
24  verify it if you want me to.  I didn't make any
25  attempt to verify it.

206

1      Q  That's fine.  Let's put that aside.
2         All right.  If you look at the paragraph in
3  the middle of this page, it says, "UEP's Animal
4  Husbandry Guidelines."
5      A  Yes.
6      Q  And in there Mr. Gregory writes, "the fact
7  that approximately 200 companies have begun
8  implementing the program, this has caused a flock
9  production and will continue to do so for some
10  time."
11         Do you see that?
12     A  Yes.
13     Q  And then in the next paragraph do you see
14  where he says, "The hatch reduction to meet the
15  Animal Husbandry Guidelines began with chicks
16  hatched after April 1, 2002"?
17     A  Yes.
18     Q  Now based -- to your knowledge, is there a
19  relevant distinction between flock reduction and a
20  hatch reduction in this context?
21     A  They should be -- they should be
22  correlated.
23         Remember there is a six-year -- five- to
24  six-month delay when one occurs and the other --
25  they become hens.

207

1         I think I indicated yesterday the hatch
2  used to be a very important indicator of what's
3  going to happen in the future.
4         I report the hatch every month.  It comes
5  in the United States Department of Agriculture
6  figures.
7         In most cases I believe their numbers, but
8  some things they are a little weak on.
9      Q  All right.  So -- but would it be fair to
10  say the cage space guidelines were expected to lead
11  to both a flock reduction and a hatch reduction?
12     A  Not necessarily a hatch reduction, but the
13  objective of reducing the flock size would affect
14  the total number of eggs that are laid.
15         As far as affecting hatch, the hatch goes
16  up and down as a result of the failure to make
17  enough earnings.
18         And you want to cut that back in the
19  future.  I can't afford my chicks today, so I don't
20  hatch them.
21     Q  All right.  I want to focus on one point
22  here where, at the top of the next page, the one
23  that ends in -631 --
24     A  Okay.
25     Q  This is just a preliminary question.  Do

14  (Pages 204 to 207)

**HIGHLY CONFIDENTIAL**

---

**208**

1  you see in the first couple of paragraphs there
2  Mr. Gregory is making the point that to the extent
3  the industry needs to build new facilities --
4      A  Let's see --
5      Q  -- that it should only be done to replace
6  the loss reduction?
7      A  In the first three paragraphs someplace?
8      MR. GODLSTEIN:  Are you starting from the
9  bottom of the page?
10     MR. OLSON:  Well, hold on.  Hold on.
11     Q  All right.  Let's try it this way.  In the
12  middle of the page Mr. Gregory says, "Two companies
13  have recently provided UEP with performance of
14  farms.  We have attempted to use this as a model to
15  calculate how many hens we need to replace the low
16  reduction."
17     A  Yes.
18     Q  Do you know if you worked on that model?
19     A  Did I?
20     Q  Yes.
21     A  I don't believe so.  I think this is --
22  they named the company, didn't they?
23     Q  Well, if you look two pages, it is the last
24  page in the document, it ends in -633?
25     A  Yes.

---

**209**

1      Q  There is this model for replacement of loss
2  production.
3      A  Well, if he had developed it, then I didn't
4  develop it.
5      Q  Just my question is, looking at this, do
6  you know if that's something that you worked on?
7      A  Well --
8      MR. GODLSTEIN:  See the model?
9      THE WITNESS:  This model down here?
10     MR. GOLDSTEIN:  Yes.
11  BY MR. OLSON:
12     Q  Right.
13     A  I think he's basing that on gathering data
14  from two of his cooperating farms, and I don't do
15  that.  I based it on larger samples of the entire
16  nation or all of California, or whatever it is.  I
17  don't just take two farms and say that it means
18  anything.
19  BY MR. OLSON:
20     Q  Okay.  You can put that aside.  I just
21  wanted to know if you've worked on that model.
22         (Deposition Exhibit 18 was marked for
23          identification by the court reporter
24          and is attached hereto.)
25  BY MR. OLSON:

---

**210**

1      Q  Let me hand you what we marked Bell 18.
2      A  Okay.  "High Egg Prices and Molting."
3      Go ahead.
4      Q  And this is a document Bates-stamped
5  BELL002761 through -2763.
6      And can you identify this, Mr. Bell, as one
7  of the memos you wrote under the sponsorship of UEP
8  dated December 10th, 2003?
9      A  Yes, sir.
10     Q  It's titled, "High Egg Prices and Molting
11  How Egg Prices Affect the Decision to Molt," right?
12     A  Yes.
13     Q  Now, from the first sentence of your memo
14  you're indicating that based on the data that you
15  looked at, the industry, by the end of 2003, was
16  experiencing some of the highest producer egg prices
17  in history, right?
18     A  That's what it says, yes.
19     Q  And then in the document you look at how
20  that affects decisions, the economics of the
21  decision of a producer to molt?
22     A  Yes.
23     Q  And if you look at page 2 at the end of the
24  second paragraph from the top, you write, "Obviously
25  current egg price levels do not justify molting."

---

**211**

1      Do you see that?
2      A  When it underlines "current" -- what does
3  it say about current?  -- it underlines the word
4  "current"?
5      Q  Right.
6      A  So it says -- the other statement is
7  relative to general prices and so on.
8      The current says that the relationship at
9  this moment is that you shouldn't molt, right, "do
10  not justify molting."
11     So if you look at all of the possibilities
12  of molting price there is a relationship, but you
13  can go too far and you don't go far enough.
14     Individual companies can make a lot more
15  money molting, other companies can make a lot more
16  money not molting and so you can condemn it -- I
17  think we had another document that some of the
18  members were condemning it, per se.  Well, that's
19  just not --
20     Q  But from the point of view of economics,
21  the point you make here is that, in general, molting
22  appears to be justified only under low margin
23  combinations of low egg prices and high pullet
24  prices?
25     A  Did I say "only"?

---

**HIGHLY CONFIDENTIAL**

212

1  Q  Do you see where you say, "In general,
2  molting appears to be just identified only under low
3  margin combinations of low prices and high" --
4  A  I did say "only," yeah.
5  Q  And that was your view at the time?
6  A  Obviously, yes.
7  Q  And the point you're making here is under
8  these very high egg prices --
9  A  These are not high egg prices.
10  Q  Well, you referred to them as the
11  highest --
12  A  I mean compared to today.
13  Q  Okay.  Well, let's just talk -- in late
14  2003 the where egg prices were the highest in
15  history, the point you're making here is you no
16  longer justify molting as an economic matter; is
17  that right?
18  A  I don't think so.
19  MR. TAKENOUCHI:  Objection to form,
20  misstates prior testimony.
21  THE WITNESS:  I'll have to read it a third
22  time and make sure I'm understanding you -- "appears
23  to be justified" --
24  MR. GODLSTEIN:  I don't think your answer
25  got on the record.

213

1  Did you hear him say "I don't think so"?
2  You have to speak up.
3  THE WITNESS:  I don't think so.
4  BY MR. OLSON:
5  Q  Let's just try the question again so we
6  can -- so the point you're making here is that as an
7  economic matter, in general, molting appears to be
8  justified only under low margin combinations of low
9  egg prices and high pullet prices, right?
10  MR. TAKENOUCHI:  Objection to form,
11  misstates prior testimony.
12  THE WITNESS:  Well, the question of
13  "appears" means with the evidence that we have
14  available in front of us, which this is a
15  newsletter, it appears that way.  I'm making a case
16  for that it doesn't apply to everybody, it doesn't
17  apply to every set of high prices and low prices and
18  costs and income and so on.
19  The title of the entire paper has to do
20  with high egg prices and molting.  Well, they are
21  experiencing high egg prices apparently at this
22  time.  People are questioning should we be molting,
23  and we are talking about generalities that the
24  molting is primarily a benefit under low-profit
25  situations or no-profit situations.

214

1  So in my thinking when we have 40 percent
2  of our years are below cost, we're selling eggs to
3  our buyers below cost 40 -- 40 percent of the time,
4  then what -- how are we supposed to determine what
5  we're going to do with the next flock about molting?
6  It is not a matter of the next flock, it is a matter
7  of the company's policy.  The company's policy is to
8  molt or not to molt.  And you can't look at just ups
9  and downs of a moment in time.
10  So it's -- I don't know.  I don't see that
11  I've done anything wrong.
12  BY MR. OLSON:
13  Q  Oh, no, I don't mean to suggest you did
14  anything wrong.  I was just -- these questions are
15  just to make sure we're understanding what was being
16  said here.
17  A  Have I explained it?
18  Q  Well, what you're saying here is that in
19  light of the current egg price levels, molting was
20  not economically justified?
21  MR. TAKENOUCHI:  Objection to form.
22  THE WITNESS:  I would have to know what the
23  current egg price was at the time, because, like I
24  say, in general, molting is done during low margin
25  periods -- pardon me, that's not a good statement.

215

1  It's more justifiable under low margin periods.
2  In California it's always been the thing to
3  do, and everybody did it.  And it started in
4  Washington state where they did it every flock once
5  or twice, once or twice molting.
6  California followed into it.  And now there
7  are parts of the country, New England, for example,
8  nobody molts.
9  BY MR. OLSON:
10  Q  Okay.  You can put that aside.
11  (Deposition Exhibit 19 was marked for
12  identification by the court reporter
13  and is attached hereto.)
14  MR. OLSON:  I've handed you what we've
15  marked Bell 19.
16  MR. GODLSTEIN:  Before we start with Bell
17  19, why don't we take a break.
18  MR. OLSON:  Okay.
19  THE VIDEOGRAPHER:  The time is
20  approximately 11:03 a.m., and we're going off the
21  record.
22  (Recess.)
23  THE VIDEOGRAPHER:  The time is
24  approximately 11:19 a.m., and we're back on the
25  record.

16  (Pages 212 to 215)

**HIGHLY CONFIDENTIAL**

216

BY MR. OLSON:

Q   All right, Mr. Bell, we're looking at Bell Exhibit 19.  Can you identify this as an e-mail you sent to Al Pope and Gene Gregory on March 24th, 2004 with an attachment that's one of your memos.

MR. TAKENOUCHI:  Can we get a Bates number?

MR. OLSON:  UE00088125 through -127.

Q   And do you recall preparing this memo?

A   Yes.

Q   Do you recall discussing it with Al Pope and Gene Gregory?

A   Only in e-mail form.

Q   Do you recall discussions other than what we're looking at here in Bell 19?

A   About this same subject?

Q   Right.

A   About this newsletter?

Q   Right.

A   No, I don't recall any discussion about it, except for the e-mail.

Q   Okay.  Fair enough.  So let's look at the memo.  And it is dated March 1, 2004, and it's titled, "What a Difference a Year Makes," and it is one you prepared, correct?

A   Yes.

217

Q   When you say "What a Difference a Year Makes," you're referring to, at least in part, the prices that were at favorable levels at the time?

A   I would say I was looking at total margin, total net income.  That's the number we're quoting here.

Q   When you say "net income," that means profits?

A   Good question.  It would be income minus costs.

Q   Okay.

A   But not taxes or anything of that.

Q   But for a layperson sometimes that's just --

A   I think you're okay.

Q   -- it is just referred to as profits?

And what you report here is over the course of the year, the conditions in the industry that prevailed led to an improvement in industry revenue of $1 billion or more?

MR. TAKENOUCHI:  Objection to form.

BY MR. OLSON:

Q   Is that right?

A   That's conclusions.  The table indicates it is mostly egg price was the reason.

218

Q   The improved egg price led to --

A   Yes.

Q   -- an improvement in revenue of a billion dollars or more?

A   Yes.

Q   And as far as the reasons for those improved prices, you identify various factors, including that the industry successfully held hen numbers down, right?

MR. TAKENOUCHI:  Objection to form.

THE WITNESS:  In Dallas it shows a very small up to your appearance reduction in bird numbers and a considerable elevation in price, and that's the concept of a ratio of a production change to price that we talked about earlier.

BY MR. OLSON:

Q   And one thing that you observed during this period is that the industry had successfully held hen numbers down, correct?

A   That's what the statement says, yes.

Q   And that no increases in production had been made to compensate for a larger human population?

A   Right, that would have taken another 3 million, as I indicated earlier, annually.

219

Q   And those results were consistent with your expectations of the results of the cage space program being implemented?

MR. TAKENOUCHI:  Objection to form, misstates prior testimony.

BY MR. OLSON:

Q   Is that right?

Q   Would you restate it?

Q   Yes.  Those results about hen numbers and production, were those consistent with your expectations about the implementation of the increased cage space allowance guidelines?

MR. TAKENOUCHI:  Objection; form, misstates prior testimony.

THE WITNESS:  I don't think I state that in the letter itself.  I say there are many theories why prices exceeded everyone's expectations, but we believe they were affected by a combination of supply and demand, circumstances that elevated prices beyond historical experience, so I don't think I can agree with your premise.

BY MR. OLSON:

Q   But putting aside what's stated in the document, your expectation, based on the work you've done, was that the implementation of the cage space

17 (Pages 216 to 219)

**HIGHLY CONFIDENTIAL**

220

1 guidelines was going to affect supply in a manner
2 consistent with what's reported here?
3     A  We -- in other -- in other reports that
4 we've already discussed, that would be the
5 relationship that we would expect.
6     Q  All right. You can put that aside.
7     (Deposition Exhibit 20 was marked for
8     identification by the court reporter
9     and is attached hereto.)
10 BY MR. OLSON:
11     Q  Let me hand you what we've marked Bell 20.
12 This is Bates-stamped BELL-D-0028600 through -28605.
13     And, Mr. Bell, can you identify this as a
14 memo that you wrote dated July 23, 2004 and titled,
15 "Arguments For and Against Back Filling Table Egg
16 Layer Flocks"?
17     A  Yes.
18     Q  Now, we've seen in some other memos that
19 you say that Gene Gregory had asked you to look at
20 the subject of the memo. Do you recall whether
21 Mr. Gregory asked you to look at backfilling?
22     A  I --
23     MR. TAKENOUCHI: Objection to form.
24     THE WITNESS: I have a feeling that he
25 asked me to write this one, because I don't usually

221

1 use the word "backfilling." I think that's more of
2 an industry word than one I would use.
3 BY MR. OLSON:
4     Q  And do you recall at this time that
5 backfilling was something that Gregory was concerned
6 about?
7     A  He would be concerned with anything that
8 diluted the effects of their cage density policies.
9     Q  And would it be fair to say that there was
10 some concern by Mr. Gregory and others at this time
11 that backfilling was a loophole of sorts in those
12 cage density policies?
13     A  I personally would be opposed to
14 backfilling, more from a social, chicken social, and
15 from a disease potential. Historically, we never
16 recommend backfilling.
17     Also from identification of a flock, we
18 lose total identification when we mix birds from
19 other flocks. And I depend very heavily on flock
20 identity and flock performance in all of our
21 studies, model building, and so on.
22     So this, I'm pretty sure, I was asked to
23 talk about this, and I hope -- I haven't reread it
24 today, but I hope it was fair to both sides.
25     Q  Well -- and we'll get to that. But just as

222

1 these preliminary questions going back to
2 Mr. Gregory's interest in this, and you referred to
3 Mr. Gregory being concerned with anything that
4 diluted the effects of the cage density policies.
5     A  Yes.
6     Q  Just to refocus on that for a moment, my
7 question was, were you aware of a concern by
8 Mr. Gregory at this time that backfilling was a
9 loophole of sorts in those cage density policies?
10     MR. TAKENOUCHI: Objection; lack of
11 personal knowledge.
12     THE WITNESS: The recommendations of UEP
13 and the agreements that people made relative to
14 density were for a maximum number of birds.
15     If a person had normal mortality versus a
16 catastrophic mortality, there's two different
17 thoughts about backfilling.
18     If your house is only -- if you're only
19 allowed 80 percent of your original, you originally
20 had 100 percent, now 80, and you lost half of them
21 due to a catastrophic emergency, then he would make
22 a very big claim to somebody to replace those
23 missing birds, because they are going to be missing
24 for one or two years. That's the whole concept.
25     So you have people that are having

223

1 excessive mortality. And what I mean by "excessive
2 mortality," it would be, say, from 10 points -- .1
3 percent a week to 40 or 50, and so that's a four- to
4 fivefold difference in mortality.
5     So it's an offer from the system to the
6 individual members who need to do this, who need to
7 do this because it reduces their hen numbers way
8 more than normal.
9 BY MR. OLSON:
10     Q  Okay. Let's put aside the issue of
11 excessive mortality.
12     A  Okay.
13     Q  Putting aside that issue, were you aware of
14 a concern at this time in 2004 that the use of
15 backfilling in cases of normal mortality was
16 undercutting the purposes of the cage density
17 guidelines?
18     MR. TAKENOUCHI: Objection to form.
19     THE WITNESS: Any backfilling would
20 increase the population and would defeat the
21 original effect of reducing the profitability.
22 BY MR. OLSON:
23     Q  And that was a concern that Mr. Gregory had
24 at this time, was it --
25     MR. TAKENOUCHI: Objection to form.

18 (Pages 220 to 223)

**HIGHLY CONFIDENTIAL**

224

```
 1            MR. OLSON:  Strike that.
 2       Q   Was that a concern that Mr. Gregory had at
 3   this time, to your knowledge?
 4       A   He would have been confronted with -- from
 5   individual members that this is a concern to me as
 6   an individual member, and if there is enough of
 7   that, then it is a concern to UEP as well.  And if
 8   there is enough concern to that, then he would turn
 9   it over to somebody else.
10       These are my pros and cons, my advantages,
11   my disadvantages, as I perceive them, but there are
12   undoubtedly others.
13       Q   If you look at just -- I think to get to
14   your summary here, if you look at the sentence at
15   the bottom of page 3 that's cut off there, it starts
16   with, "If enough producers adopt the practice of" --
17   and then it continues on to the next page
18   "backfilling, we would be faced with an additional 2
19   to 2.5 percent laying hens and a resultant egg price
20   depression of 10 percent or 5 to 6 cents per dozen
21   (or more)."
22       Do you see that?
23       A   Yes.
24       Q   And was that a concern that you had at this
25   time, that the practice of backfilling could lead to
```

225

```
 1   that?
 2       A   After he asked me to give some thought to
 3   this subject, and this -- a paper like this might
 4   take me a day's worth of thought, as opposed to five
 5   minutes here, but that's my conclusions about that
 6   one issue of the backfilling.
 7       Q   And that raised concerns for you?
 8       A   Well, that's a significant amount of money.
 9       Q   And you then, in bold, underlined --
10   basically cautioned individual producers not to
11   engage in that practice, right?
12       A   Yes.  I'm concerned about multiple small
13   amounts giving us a large amount.  And if you just
14   look at one little thing and say that it only
15   affects the industry by a penny a hen, well, you
16   multiply that by almost 300,000 -- 300 million, and
17   then you are talking about the real money.  But if
18   you are also relating it to the profitability of the
19   industry where you're talking about maybe 25 to 50
20   cents, well, 1 cent a hen is several percentage
21   points.
22       Q   And do you recall whether at this time
23   Mr. Gregory shared your concern that the use of
24   backfilling in the industry could hurt the
25   industry's profitability?
```

226

```
 1            MR. TAKENOUCHI:  Objection; asked and
 2   answered.
 3            THE WITNESS:  He asked me to give a
 4   two-sided viewpoint in the first place.  So he was
 5   concerned, enough of his people were concerned, that
 6   they should address it.  And he didn't feel like he
 7   was capable of doing it himself and I was available,
 8   and so he, undoubtedly, asked me to give it some
 9   thought.
10   BY MR. OLSON:
11       Q   All right.  And then you attach, as you'll
12   see on page 5, an article entitled, "Potential
13   Health Risks of Backfilling at Molt."
14       Do you see that?
15       A   Yes.
16       Q   By Kenton Kreager of Hy-Line International?
17       A   Yes.
18       Q   What is Hy-Line International?
19       A   Yes.
20       Q   What is Hy-Line International?
21       A   It is the largest producer of baby chicks.
22       Q   So it's an egg producer?
23            MR. TAKENOUCHI:  No --
24   BY MR. OLSON:
25       Q   Oh, chick producer?
```

227

```
 1       A   Chick producer.
 2       Q   And do you see at the bottom Mr. Kreager,
 3   the bottom paragraphs says, "Transfers of back-fill
 4   hens from within the same complex should be safe, as
 5   all houses within a complex are usually of the same
 6   vaccination history and exposure."
 7       Do you see that?
 8       A   Yes, I see that.
 9       Q   Was that consistent with your knowledge?
10       A   Say it again.
11       Q   Was that consistent with your knowledge?
12            MR. TAKENOUCHI:  Objection to form.
13            THE WITNESS:  I would not be -- he's a
14   veterinarian, by the way, so he's a doctor.
15       I feel highly that he's a very experienced
16   person, and he visits many, many more farms than I
17   do and gets involved in their individual problems.
18       I would have been more strongly -- I
19   wouldn't have said the same vaccination history
20   between houses, maybe similar, but not the same.
21   Most companies have a vaccination policy, but it
22   does change over time.
23       The chickens on a given farm at any point
24   in time in a complex -- the definition of a complex
25   is multiple ages and there may be eight to ten
```

**19 (Pages 224 to 227)**

**HIGHLY CONFIDENTIAL**

---

228

1 different houses, eight to ten different ages and
2 they are -- that's also a two-year span.
3      So what's being recommended today has not
4 been recommended two years ago.
5 BY MR. OLSON:
6      Q  All right.  Thank you.  You can put that
7 aside.
8      (Deposition Exhibit 21 was marked for
9      identification by the court reporter
10      and is attached hereto.)
11 BY MR. OLSON:
12      Q  I'm handing you what's been marked Bell 21.
13 I'm going to have to get the Bates stamp of
14 this document.
15      It is UE0153245 through -246.
16      Mr. Bell, can you identify this as the
17 minutes of a shell egg marketing committee meeting
18 in October 20th, 2004 that you attended?
19      A  Yes.
20      Q  And do you recall why you attended this
21 meeting?
22      A  This was nine years ago; is that right?
23 Nine years ago.  I made presentations at three or
24 four or five of their annual meetings.  I would have
25 to go back in my diary and figure out what the

---

229

1 subject was.  I don't see it listed here.
2      Q  You know, Mr. Bell, if I ask you if you
3 recall something and you don't, you're entitled to
4 say that.  You don't have to --
5      A  I don't have to give you an explanation?
6      Q  If you don't know the answer, that's fine.
7      A  I want to give you an explanation.  Okay.
8 I do not recall what the subject was.
9      Q  I appreciate your willingness to be
10 helpful.  I just want you to know that I have to ask
11 the questions.  If you don't recall something from
12 nine years ago, that's fair.
13      A  That doesn't help you much, but go ahead.
14      Q  Okay.  Thank you.
15      But if we look through it and it jogs your
16 memory, let us know.
17      I just want to look at the -- there is a
18 heading at the bottom that says, "Industry
19 Statistics and Economics," the bottom of page 1 and
20 spills over to page 2.
21      Why don't you just review that section.
22      A  Ken Looper was their vice president.  He
23 presented -- he was a very big man on statistics.
24      We corresponded -- his company is the
25 largest company in the United States, it was then

---

230

1 also, and he and I correspond quite a bit because we
2 do have common interest.
3      He reported the Chilson report, Chilson is
4 an accounting firm that, at that time, was heavily
5 used in the industry and he had a lot of company
6 data across the country.  All that was treated
7 confidentially between companies.
8      "Gregory presented further reports and
9 pleaded with the attendees to take care of business
10 by reducing their flock age" --
11      MR. TAKENOUCHI:  Just for the record, it
12 seems like Mr. Bell --
13      MR. OLSON:  Please, do not interrupt the
14 witness.
15      MR. TAKENOUCHI:  Well, there is no question
16 here.
17      MR. OLSON:  Okay.  But what are you doing
18 speaking?
19      MR. TAKENOUCHI:  Objection; there is no
20 question pending.
21      MR. OLSON:  You're going to object in the
22 middle of him talking?
23      THE WITNESS:  I thought I was supposed to
24 go over what it says.
25 BY MR. OLSON:

---

231

1      Q  Okay.  And have you read it?
2      A  I'm trying to read it.
3      Q  Okay.  You don't have to read it out loud.
4      A  Okay.  Okay.  There is a statement about
5 stop backfilling.
6      Is that your question?
7      Q  Well, that was going to be my question.
8      All right.  So you see a reference to Gene
9 Gregory pleading with the attendees at the meeting
10 to take care of business by reducing their flock
11 age, stop backfilling and the use of old depreciated
12 houses?
13      A  Yes, I do see that.
14      Q  Does that refresh your recollection on
15 views expressed by Mr. Gregory at the time about
16 this use of backfilling?
17      A  This was four months beyond -- four or five
18 months beyond my complete article here that we just
19 talked about.
20      Now, the problem has not been resolved in
21 four months.
22      MR. GODLSTEIN:  Don, Steig's question was
23 does that refresh your recollection about --
24 BY MR. OLSON:
25      Q  About Mr. Gregory's views on backfilling in

---

20  (Pages 228 to 231)

**HIGHLY CONFIDENTIAL**

232

1  2004.
2      A  I understand he's still concerned.
3      Q  And Mr. Gregory, at this meeting that you
4  attended, pleaded with producers to stop
5  backfilling: is that your understanding?
6      MR. TAKENOUCHI:  Objection to form.
7      THE WITNESS:  Along with several other
8  things.
9  BY MR. OLSON:
10     Q  And these other things are reducing their
11 flock age.
12     What does that refer to?
13     MR. TAKENOUCHI:  Objection to form.
14     THE WITNESS:  I'm trying to think what
15 reducing the flock age would result in.
16     To me it would result in higher
17 productivity per bird.
18 BY MR. OLSON:
19     Q  If you're not sure what Mr. Gregory is
20 referring to, that's fine.
21     A  Okay.  I don't know.
22     Q  Okay.  And when Mr. Gregory pleaded with
23 the attendees to take care of business by -- and
24 refers to the use of old depreciated houses, do you
25 know what that was referring to?

233

1      A  I can't -- I do not know what he is getting
2  at.
3      Q  Okay.  You can put that aside.
4      (Deposition Exhibit 22 was marked for
5          identification by the court reporter
6          and is attached hereto.)
7  BY MR. OLSON:
8      Q  Let me hand you what is marked Bell 22, and
9  this document is Bates-stamped UE0294465 through
10 -4468.
11     I'll ask you, Mr. Bell, if you can identify
12 this as the minutes of a joint meeting of the UEP
13 Scientific Advisory Committee and UEP Producer
14 Committee For Animal Welfare dated June 10th and
15 11th, 2004?
16     A  Yes.
17     Q  And do you recall this meeting?
18     A  Vaguely.
19     Q  Do you recall why a joint meeting of the
20 Scientific Advisory Committee and the producer
21 committee was held at this time?
22     A  No, I don't.
23     Q  Do you recall discussions about the issue
24 of feeder space guidelines around this time?
25     A  Apparently we discussed it at this meeting

234

1  and would have discussed it in our own Scientific
2  Advisory Committee.
3      Q  And in the Scientific Advisory Committee,
4  and I believe we went over this yesterday, do you
5  recall that that committee said that there should be
6  a minimum of 4 inches of feeder space per hen?
7      MR. TAKENOUCHI:  Objection; vague as to
8  time.
9      THE WITNESS:  Yes.
10 BY MR. OLSON:
11     Q  But the producer committee at UEP didn't
12 put that 4 inch requirement in the guidelines?
13     MR. TAKENOUCHI:  Objection to form.
14     THE WITNESS:  I don't know about the
15 manuscript that you've handed out here yesterday,
16 whether that was the final member copy or if that
17 was a draft copy.
18 BY MR. OLSON:
19     Q  I believe you're referring to the
20 scientific committee guidelines and not the producer
21 guidelines.
22     But, in any case, do you recall that the
23 Scientific Advisory Committee learned that under the
24 cage space guidelines that were being implemented by
25 UEP, birds were actually getting less feeder space

235

1  than they had previously?
2      MR. TAKENOUCHI:  Objection; form.
3  BY MR. OLSON:
4      Q  Well, actually, why don't I refer you to --
5  if you look at the opening comments by Chairman
6  Bahan.
7      Do you see that?
8      A  Yes.
9      Q  Who is Paul Bahan?
10     A  He is a producer.  And he was the chairman
11 of the UEP animal welfare committee.
12     Q  And do you see where Mr. Bahan -- the
13 minutes say he stated that the scientific committee
14 had supported UEP's feeder space guidelines until it
15 became known that the new deeper cage was actually
16 reducing feeder space?
17     MR. TAKENOUCHI:  Objection; misstates the
18 document.
19     THE WITNESS:  I think that that's a true
20 statement.  The cage manufacturers did start to
21 change the shape of their cages in order to, more or
22 less, address this issue, but they never did get to
23 the 4 inches of feeder space.
24 BY MR. OLSON:
25     Q  So would it be correct to say that under

**HIGHLY CONFIDENTIAL**

236

1 the UEP program as of mid-2004, as that program was
2 implemented, birds are actually getting less feeder
3 space, in some cases, than they had before?
4     MR. TAKENOUCHI: Objection; foundation,
5 lacks personal knowledge. Objection to form.
6 BY MR. OLSON:
7     Q Was that your understanding?
8     A I don't know of anybody that's made that --
9 drawn that conclusion, because they were getting
10 less than 4 inches before until a much earlier stage
11 when they got 4 inches of feeder space. Then the
12 changes of the cage dimensions itself, I don't think
13 anybody has said that this is equal to this or
14 anything like that.
15     (Deposition Exhibit 23 was marked for
16     identification by the court reporter
17     and is attached hereto.)
18 BY MR. OLSON:
19     Q Let me hand you what we've marked Bell 23.
20     A Are you through with this one?
21     Q Yes.
22     This is Bates-stamped BELL-D-00028597
23 through -28599.
24     And why don't you briefly review the
25 document and let us know when you're done.

237

1     A Are we only concerned about the feeder
2 space at this point?
3     Q No.
4     A Go ahead and you can give it a try.
5     Q Do you recall -- well, first can you
6 identify this as a document that you prepared titled
7 "Unresolved Animal Welfare Issues"?
8     A I believe I did, but I don't see any
9 indication of that.
10     Q I can tell you that in the metadata that
11 came with the documents it is indicated it is dated
12 August 2004?
13     A 2004?
14     Q Yes.
15     So there is a heading that says "Feeder
16 Space."
17     A Yes.
18     Q And what this report says is the Scientific
19 Advisory Committee wrote in their September 2000
20 recommendations, which is the date of the document,
21 the exhibit we've looked at previously, and that is
22 the following regarding feeder space, and that is that a
23 minimum feeder space of 4 inches per bird should be
24 allocated such that all birds can feed
25 simultaneously.

238

1     Do you see that?
2     A Yes.
3     Q But then when UEP adopted its guideline, it
4 took out the "4 inches per bird," right?
5     MR. TAKENOUCHI: Objection; foundation.
6     THE WITNESS: That's what I recognized,
7 yes.
8 BY MR. OLSON:
9     Q And then if you read the rest of this, does
10 it refresh your recollection that under the UEP
11 program that was implemented, it actually became a
12 concern that feeder space was being reduced from
13 what it was previously?
14     A Up through the fourth paragraph -- fourth
15 paragraph, we're progressing with time, so it is a
16 chronological discussion up to that point. We
17 haven't resolved -- well go ahead to the next
18 paragraph.
19     Q What the fourth paragraph says is the
20 majority of cage equipment at the time of the
21 program being introduced provided 2.8 inches of
22 feeder space.
23     A Yes.
24     Q For 56 square inches.
25     So that's less than 4 inches?

239

1     A That's correct.
2     Q And the next paragraph says with the new
3 cages that were being implemented, feeder space was
4 actually being produced -- was actually being
5 reduced and sometimes only providing 2.23 inches of
6 feeder space, correct?
7     MR. TAKENOUCHI: Objection to form.
8     THE WITNESS: No, I don't see that in the
9 fourth -- one, two, three, fourth paragraph.
10 BY MR. OLSON:
11     Q Fifth paragraph.
12     A I'm on the fourth. We talked about going
13 from 2.8 to 3.35. So that's during the transition
14 period as you're increasing from 56 inches to 67.
15     Q And that's what was -- that's what --
16     A At that point we still haven't -- let me
17 finish my thought.
18     That hasn't gotten into the manufacturers
19 reshaping the cage.
20     Q All right. Now look at the next paragraph.
21     A Okay. I understand that paragraph.
22     Q All right. So the next one says that,
23 actually, feeder space was being reduced under some
24 of the cages that met the UEP guidelines.
25     MR. TAKENOUCHI: Objection; form, no

22 (Pages 236 to 239)

HIGHLY CONFIDENTIAL

240

1    question pending.
2    BY MR. OLSON:
3        Q   Right?
4        A   They were heading in a direction away from
5    where they were originally on feeder space.
6        Q   So on feeder space things were getting
7    worse?
8        A   Not getting rosy.
9        Q   All right.  Now, on cage configuration,
10   that's the next topic of this document --
11       A   Okay.  Got it.
12       Q   -- the scientific committee wrote that,
13   "Cage configuration should be such that manure drop from
14   birds in upper cage levels does not drop on birds in
15   lower level cages."
16           And that's --
17       A   Common sense.
18       Q   -- common sense from a welfare standpoint,
19   right?
20       A   Yes.
21       Q   But what this lays out is that producers
22   hadn't been meeting that recommendation under the
23   program either, right?
24           MR. TAKENOUCHI:  Objection to form,
25   leading, misstates the record.

241

1            THE WITNESS:  I never thought of this
2    before, but the individual components saying that
3    there is eight components or ten components of the
4    guidelines, I assume that the timetable applies to
5    all of them.  No?  How do you come to that
6    conclusion?
7    BY MR. OLSON:
8        Q   Well, we don't need to go back and forth on
9    this.
10       A   Okay.
11       Q   But what this says is in June of 2004 there
12   had been a recognition that producers had not
13   followed that recommendation about manure dropping
14   directly on birds in lower cages.
15       A   May I comment?
16       Q   Let's just state that's what this document
17   indicates, right?
18       A   All right.
19       Q   What's your comment?
20       A   You do not have the ability to change
21   overnight.  If the cage house was designed that way,
22   it's going to stay that way until you tear the house
23   down.
24           But on the bird density question, you can
25   change that overnight by just removing a bird.  So

242

1    it's a different procedure that you can accomplish.
2            I don't believe anybody has been shut down
3    for his manure to be continuing to be dropping
4    through on years 1, 2, 3, 4, 5 and 6.
5        Q   I don't either.
6            Do you see the next heading, "Usable Floor
7    Space and Cage Height"?
8        A   Let's see -- yes, yes.
9        Q   And this refers to what the Scientific
10   Advisory Committee recommended about floor space and
11   cage height.  And I'll let you read that to
12   yourself.
13       A   Go ahead.  I understand.
14       Q   And then it says, "UEP adopted the
15   following recommendation," and in doing so it took
16   out two sentences of what the advisory committee
17   recommended, didn't it?
18           MR. TAKENOUCHI:  Objection to form, lack of
19   foundation.
20   BY MR. OLSON:
21       Q   Well, and to be specific, the Scientific
22   Advisory Committee referred to, "A cage height of 16
23   to 17 inches generally being acceptable for small
24   Leghorn strains, while larger strains will require
25   taller cages."

243

1            Do you see that?
2        A   I see it.
3        Q   And the UEP guidelines took that aspect
4    out, right?
5            MR. TAKENOUCHI:  Objection to form.
6            THE WITNESS:  I believe they substituted
7    "to stand comfortably upright."  I don't see that --
8    well, no, that's part of the advisory committee's
9    also.
10           So what was left out is what you just said,
11   the cage height issue --
12   BY MR. OLSON:
13       Q   And that being left out raised concerns as
14   well from a welfare standpoint, right?
15           MR. TAKENOUCHI:  Objection to form, lack of
16   personal knowledge.
17           THE WITNESS:  I'm not following what you're
18   saying.
19   BY MR. OLSON:
20       Q   We can move on.  Do you see the section on
21   the last page entitled "Back Filling"?
22       A   Yes.
23       Q   And it says, "When the original guidelines
24   were written, backfilling was allowed only when
25   unexpected starter pullets were grown."

23 (Pages 240 to 243)

**HIGHLY CONFIDENTIAL**

244

1      Do you see that?
2      A  I have no idea what that means.
3      Q  That's what I was going to ask.  All right.
4  You can put that aside.
5      I need to take a break.
6      Let's go off the record.
7      THE VIDEOGRAPHER:  The time is
8  approximately 11:54 a.m., and we're going off the
9  record.
10     (Recess.)
11     (Deposition Exhibit 24 was marked for
12     identification by the court reporter
13     and is attached hereto.)
14     THE VIDEOGRAPHER:  The time is
15 approximately 1:10 p.m., and we're back on the
16 record.
17 BY MR. OLSON:
18     Q  Okay.  Mr. Bell, I've handed you what has
19 been marked Bell Exhibit 24.  It is Bates-stamped
20 UE0918791 through -796.
21     I can see you flipping through the
22 document.  When you've had a brief chance to
23 familiarize yourself with the document, please let
24 me know.
25     And I want to really focus, if I can, just

245

1  on one e-mail.  This is going to be brief.
2      A  Go ahead.
3      Q  It is the one on the second page that is
4  from Don Lucy Bell dated Friday, May 30th, 2008 at
5  1:02 p.m.
6      A  Yes.
7      Q  Now, donlucybell@charter.net, is that your
8  e-mail address?
9      A  That's our personal address, yes.
10     Q  That's one that you use?
11     A  Now a hundred percent.
12     Q  And so can you identify that e-mail as one
13 you wrote and sent to Gene Gregory on May 30, 2008?
14     A  Yes, I wrote the individual -- part of
15 this.
16     MR. GODLSTEIN:  By the way, before you ask
17 another question, the noise next door, Don, is that
18 distracting you?
19     THE WITNESS:  No.
20 BY MR. OLSON:
21     Q  If it is, let us know.
22     Now, I just want to look at the -- I
23 believe it is the third full paragraph of your
24 e-mail that starts "I recall."
25     A  What page?

246

1      Q  The next page, and it is in -93.
2      A  Third, "I recall."
3      Q  I would just like you to confirm that these
4  were your words.
5      It says, "I recall many years ago that we
6  also recommended 72 square inches for cages.  We
7  also recommended against molting.  Then, we
8  suggested that molting gives better returns and now,
9  under present economic conditions, we'll be
10 emphasizing no-molt programs.  Things change,
11 assumptions need to be changed, economics plays a
12 major role in all such decisions," and then it
13 continues.
14     Were those your words?
15     A  Yes.
16     Q  Okay.  You can put that aside.
17     (Deposition Exhibit 25 was marked for
18     identification by the court reporter
19     and is attached hereto.)
20 BY MR. OLSON:
21     Q  Let me hand you what we marked Bell
22 Exhibit 25.
23     And this document was produced from your
24 file.  And, for the record, there is a Bates stamp
25 at the bottom of the BELL-D-0002811.

247

1      And I would just like you to generally
2  identify this document for us.
3      A  It appears to be a letter from Ken
4  Koelkebeck at the University of Illinois to Gene
5  relative to molting, non-feed withdrawal molting.
6      Q  And Mr. Koelkebeck had been involved in
7  2002 doing research on the effectiveness of non-feed
8  withdrawal molting:  is that --
9      A  Yes.
10     MR. TAKENOUCHI:  Objection to form.
11 BY MR. OLSON:
12     Q  And you were familiar with his research?
13     A  Yes.
14     Q  Let's just turn to page 18 of the research.
15 That's the summary.  There is the heading "Summary
16 and Take Home Message."
17     Q  And it begins -- well, actually, before we
18 get there, at the bottom there is acknowledgement.
19 It says, "The authors would like to thank Don Bell
20 at the University of California, Robert Pierre,
21 California Egg Commission, Dr. Mark Farmer, Sr., of
22 Ridley Feed Ingredients, Inc., and Gene Gregory of
23 United Egg Producers for their financial support" --
24     A  This is his letter and this is his
25

**HIGHLY CONFIDENTIAL**

248

1  acknowledgement.
2      Q   Right.
3      A   But I differentiate between my part of that
4  acknowledgement and others.
5      Q   Okay.  And do you know why you were being
6  thanked?
7      A   Thanked for advice and literature and
8  research.
9          But it sounds like that I'm involved in the
10  financial support.
11     Q   And you weren't?
12     A   No.
13     Q   Okay.  So, to your understanding, he's
14  thanking you for advice and --
15     A   Whatever -- yes.
16     Q   Okay.  All right.  Back to the "Summary and
17  Take Home Message."
18     A   Okay.
19     Q   I'm going to read the first sentence.  It
20  says, "In summary, the results of this study
21  indicate that feeding a wheat middlings diet, wheat
22  middlings and corn combination diet, or corn gluten
23  feed molt diet to initiate a molt in commercial
24  layers may be effective alternative feeding programs
25  compared to traditional feed removal methods."

249

1          Do you see that?
2      A   Yes.
3      Q   Was that your understanding of the summary
4  of the research that Mr. --
5      A   In his particular research --
6          MR. TAKENOUCHI:  Objection; lack of
7  personal knowledge about whether he's reading it.
8          THE WITNESS:  Yes.
9  BY MR. OLSON:
10     Q   Okay.  Thank you.
11         Now, Mr. Bell, did you ever have
12  discussions with Mr. Gregory -- that is,
13  Gene Gregory -- or Al Pope about any limits on what
14  could be done to manage supply in the United States
15  under the antitrust laws?
16         MR. TAKENOUCHI:  Objection to form.
17         THE WITNESS:  First of all, there was an
18  assumption that they were exempt because they were a
19  cooperative.  That's my assumption.  I've never
20  asked an attorney for their opinion about that
21  question.
22  BY MR. OLSON:
23     Q   And did you ever discuss with Gene Gregory
24  or Al Pope whether there were any limits about what
25  could be done to manage supply in the United States

250

1  under the antitrust laws?
2      A   Well, yes, in many of our manuscripts that
3  we've gone through already, many ideas are
4  submitted, many of the relationships are discussed.
5  Most of it boils down to that we need to -- the
6  industry -- excuse me for using the word "we."
7          The industry needs to reduce the number of
8  eggs they produce, especially during hard times.
9      Q   And did you have any discussions with
10  Gene Gregory or Al Pope about whether there were any
11  limits or prohibitions under the antitrust laws
12  about what could be done to have the industry reduce
13  the number of eggs that they produce?
14     A   I'm not an expert in laws about -- of that
15  nature.  We -- or I felt it was perfectly within my
16  realm to be concerned about their economic
17  well-being, and that this was a subject of managing
18  the industry as opposed to managing the individual
19  farm and that we were not doing anything illegal.
20     Q   And let me just try to focus you
21  specifically on my question.  I appreciate what --
22  your efforts to be helpful, but just try to focus on
23  this specific aspect.
24     A   Okay.
25     Q   I'm asking whether you recall specifically

251

1  anything Gene Gregory or Al Pope told you about
2  limits on what could be done or things that could
3  not be done?
4      A   No.
5      Q   And so this would include during the period
6  you were on retainer by UEP to write your memos, you
7  never received any guidance about what could be done
8  or said under the antitrust laws?
9          MR. TAKENOUCHI:  Objection; misstates prior
10  testimony.  Objection to form.
11         THE WITNESS:  No discussion was ever made
12  with me of the antitrust laws.
13  BY MR. OLSON:
14     Q   Now, when you -- let's talk about the
15  process of you preparing these memos while you were
16  on retainer by UEP.  We've seen that sometimes
17  Mr. Gregory would suggest a topic for you, right?
18     A   Yes.
19     Q   Sometimes would you come up with a topic on
20  your own?
21     A   95 percent of the time, yes.
22     Q   And then when you finished the memo, what
23  would you do?
24     A   I would e-mail it to Mr. Gregory.
25     Q   And would Mr. Gregory -- were there ever

25 (Pages 248 to 251)

**HIGHLY CONFIDENTIAL**

---

**252**

1  times that Mr. Gregory wrote back to you and asked
2  you to make changes in what you had prepared?
3      A   No.
4      Q   That never happened?
5      A   Not to my knowledge.
6          (Deposition Exhibit 26 was marked for
7          identification by the court reporter
8          and is attached hereto.)
9  BY MR. OLSON:
10     Q   Let me hand you what we've marked Bell 26.
11         And why don't you take out Exhibit 15.
12     A   1-5?
13     Q   Yes.
14     A   What do we have here, a new one?
15     Q   Yes.
16     A   You want to talk about that first?
17     Q   Pull out 15 and put that to the side, and
18  I'd like you to look at what we've marked as 26.
19         MR. TAKENOUCHI:  Can we get the Bates
20  number?
21         MR. OLSON:  Yes.  The Bates -- Number 26 is
22  UC_E00055875.
23     Q   Now, Mr. Bell, can you identify Bell 26 as
24  an e-mail you received from Gene Gregory on April
25  17th, 2002?

---

**253**

1      A   Yes.
2      Q   And Mr. Gregory is responding to an e-mail
3  that you sent to him on April 16th, 2002 in which
4  you had attached one of your economic memos; is that
5  right?
6      A   Yes, yes.
7      Q   And that's the memo that's Exhibit 15,
8  right?
9      A   Yes.
10     Q   And does Bell Exhibit 26 refresh your
11  recollection about Mr. Gregory requesting that you
12  make changes?
13     A   Yes.  I interpreted that as editorial
14  suggestions, not necessarily that I responded to
15  that, but he was suggesting this.
16     Q   So in Bell Exhibit 26 Mr. Gregory is making
17  a suggestion about changes in your economic memo in
18  regard to your discussion of the -- what he calls
19  UEP cage density reduction proposal.
20         Do you see that?
21     A   Let me have a minute, please?
22     Q   Sure.
23     A   Do you have the original?
24     Q   I don't know if 15 is the original or not.
25  Do you?

---

**254**

1      A   My draft that I would have sent him, this
2  is a finished product.
3      Q   How can you tell it is a finished product?
4      A   It is what we are talking about.  It is an
5  evolution.  I wrote something, he's giving comments
6  about it and there must be a product.
7          Did I respond to his suggestion?
8      Q   We haven't found that in your e-mails.
9      A   Okay.
10     Q   Do you know whether you did or not?
11     A   Let me look at the dates again.  This is
12  written on April 15 and he's come back on the 17th
13  two days later and made his comments, and then what
14  happened?
15     Q   That's what I was going to ask you.
16     A   I don't know -- I don't know what the -- he
17  wanted me to respond.
18         Do I have a response here?  Here we go.
19  No, that's not a response to that letter.
20         There is a 16, but that's one day earlier.
21         So do we have anything on the 18th or 19th
22  that would say I disagree with you or that I prefer
23  my own wording?
24     Q   We've looked.  We haven't seen whether you
25  did or not?

---

**255**

1      A   Okay.
2      Q   So let's back up a little bit.
3      A   Okay.  Go ahead.
4      Q   For the sake of the record, what
5  Mr. Gregory asks you to do is to make a change in
6  how you discussed UEP's cage density reduction
7  proposal, right?
8          MR. TAKENOUCHI:  Objection to form.
9          THE WITNESS:  That's the way I read it,
10  yes.
11  BY MR. OLSON:
12     Q   And he says that, "I would prefer that we
13  focus upon these changes being animal husbandry
14  guidelines, which results in increased space for
15  hens," right?
16     A   That's what he says.
17     Q   And he says, "I don't want anyone to think
18  of this as the supply reduction program, even though
19  we know the effect will be the same in the short
20  term," that's what he says, right?
21     A   That's what he says.
22     Q   And you, sitting here today, do you
23  remember how you responded?
24     A   No, but I think I responded to you often
25  enough here that I don't consider -- that I do

---

**26 (Pages 252 to 255)**

**HIGHLY CONFIDENTIAL**

256

1  consider it an economic issue. And to separate
2  cause and effect which came first, the chicken or
3  the egg, and these questions, I'm just not sure how
4  to respond to you -- as a supply reduction program,
5  some people -- some people may have suggested this,
6  some people may have worked with this, some people
7  have -- may have voted for it, but in my role we
8  weren't working on welfare.
9      Q   And do you --
10     A   Go ahead.
11     Q   Did you have an understanding that
12 Gene Gregory was concerned about the program being
13 discussed as a supply reduction program?
14         MR. TAKENOUCHI: Objection; lack of
15 personal knowledge.
16         THE WITNESS: I think editor, and he is the
17 ultimate editor, because he has to put it out, would
18 be concerned about somebody's phraseology and
19 emphasis, degrees of emphasis relative to his own
20 emphasis.
21         I wrote it from my viewpoint, and it's not
22 perfect. So he apparently thought the tone or the
23 emphasis was somewhat controversial and wanted me to
24 reconsider it in his letter.
25 BY MR. OLSON:

257

1      Q   Do you recall any other times that
2  Mr. Gregory warned you about how to characterize the
3  program?
4          MR. TAKENOUCHI: Objection to form,
5  misstates prior testimony.
6          THE WITNESS: Of all the correspondence
7  that we've had, I really can't recall anything
8  specific.
9          MR. OLSON: Okay. So at this point I'm
10 prepared to pass the witness on the understanding
11 that we've reserved some time today in case we need
12 it, hopefully we won't, but just in case we do, and
13 on the understanding that we have with Mr. Goldstein
14 that after we complete our review of the documents
15 that have been recently produced and are yet to be
16 produced, that we can come back for some amount of
17 time, additional time, that we'll discuss.
18         MR. GODLSTEIN: Agreed.
19
20             EXAMINATION
21 BY MR. RAYLE:
22     Q   Good afternoon, sir, my name is Merrick
23 Rayle. As I told you earlier, I represent the
24 Indirect Purchaser Plaintiffs.
25         (Deposition Exhibit 27 was marked for

258

1  identification by the court reporter
2  and is attached hereto.)
3  BY MR. RAYLE:
4      Q   I'll hand you a document, Exhibit 27 for
5  identification, and ask you to turn to page 26. The
6  last two digits of the Bates number is -26.
7      A   Got you.
8          Go ahead.
9          MR. TAKENOUCHI: For the record, it is
10 Bates BELL-D-00000024.
11         MR. RAYLE: Thank you.
12     Q   And particularly section 49-B?
13     A   Go ahead.
14     Q   Generally, can you identify what this
15 document is, sir?
16     A   A chapter in the textbook.
17     Q   And the name of the textbook is?
18     A   "Commercial Meat" -- "Poultry, Meat and Egg
19 Production."
20     Q   Thank you.
21         And did you author this particular --
22     A   I was the senior editor, and I authored
23 about a third of the book.
24     Q   Okay. And in the third paragraph of
25 section 49-B, it starts out, "In the United States,

259

1  United Egg Producers Association makes a strong
2  effort" -- that section right there --
3      A   Yes.
4      Q   Down a little bit there is a -- I think the
5  last sentence of that paragraph reads, "Even though
6  the recommendations are not heeded by everyone,
7  generally it has enough impact on the nation's flock
8  size to result in higher egg prices for everyone."
9          Do you see that, sir?
10     A   Yes.
11     Q   Can you tell us what was meant by the
12 phrase "to result in higher egg prices for
13 everyone"?
14     A   "To result in higher egg prices for
15 everyone"?
16         As I've indicated before, every egg affects
17 every other egg, and so microscopically one farm
18 increasing their flock by 100,000 chickens is going
19 to affect everybody else, because that's just more
20 eggs to sell. So I believe that is a true
21 statement.
22     Q   And would you include in the phrase
23 "everyone," would that include any consumer who
24 purchases shell eggs from retail stores?
25     A   Obviously, consumers pay more than farmers

27 (Pages 256 to 259)

**HIGHLY CONFIDENTIAL**

260

1  get. And so if the farmer is trying to cover his
2  costs and he tries to increase his price, who pays
3  for it? The consumer.
4      Q  Thank you. You can put that aside, sir.
5      (Deposition Exhibit 28 was marked for
6      identification by the court reporter
7      and is attached hereto.)
8  BY MR. RAYLE:
9      Q  This is the last exhibit, for me, at least.
10     Exhibit 28, for identification, is titled,
11 "U.S. Farm and Retail Price Relationships - 1982 to
12 2005."
13     Have I correctly read that, sir?
14     A  Yes.
15     Q  The Bates number is UE0155821 and it goes
16 through -831.
17     I'd ask you to turn, if you would, please,
18 to page 10 in the upper right-hand corner where the
19 Bates number ends in -30.
20     A  10 and what else?
21     Q  The lower right-hand corner, the last three
22 numbers are -830.
23     A  Yes.
24     Q  First, can you identify what this document
25 is?

261

1      A  This page or the entire document?
2      Q  The entire document.
3      A  This was the subject of a speech I gave --
4  I'm not sure where, I usually don't put that down --
5  on the subject of marketing.
6      Q  Under -- sorry.
7      A  My sources for U.S. farm prices are
8  different than my sources for retailing prices. I
9  believe I indicate sources somewhere.
10     Q  On --
11     A  The emphasis of this article is how the
12 differences are changing.
13     Q  All right. Under the category "General
14 Conclusions," there are four bullets there.
15     A  Yes.
16     Q  And then under that is written, "The
17 increases in spread between farm prices and retail
18 prices appears to be a permanent change."
19     Do you see that, sir?
20     A  Oh, you're down in the bottom now?
21     Q  Yes, sir.
22     A  It's a true statement.
23     Q  Thank you.
24     Now, go to the very first page, fifth
25 paragraph, last sentence.

262

1      A  I'm on the graph here.
2      Q  No, the very first page.
3      A  Oh, the very first page.
4      Go ahead.
5      Q  The fifth paragraph, last sentence, "This
6  rather close agreement between the changes in price
7  between the two series indicates that retailers are
8  generally responding to changes in the marketplace
9  with comparable shelf prices changes."
10     Do you see that, sir?
11     A  It is saying it is basically parallel.
12     MR. RAYLE: Nothing further, sir.
13     Thank you for your time and patience.
14     THE WITNESS: That's it?
15     MR. RAYLE: That's it.
16     THE WITNESS: Thank you, sir.
17     MR. RAYLE: Thank you.
18     MR. OLSON: Let's go off the record.
19     THE VIDEOGRAPHER: This concludes media
20 number 1 in the video deposition of Don Bell, Volume
21 II. The time is approximately 1:37 p.m., and we are
22 going off the record.
23     (Recess.)
24     THE VIDEOGRAPHER: This marks the beginning
25 of media number 2 in the video deposition of

263

1  Don Bell, Volume II. The time is approximately 1:51
2  p.m., and we're back on the record.
3
4      EXAMINATION
5  BY MR. TAKENOUCHI:
6      Q  Good afternoon, Mr. Bell. Thanks for
7  taking the time out of your day for this.
8      My name is Jason Takenouchi. I'm here on
9  behalf of Nu-Cal Foods. I'm going to ask you some
10 questions to try and clarify some of your testimony
11 from today and also from yesterday. And there are
12 also some other areas we'll talk about.
13     A  Fine.
14     Q  Now initially I'm going to go through a few
15 documents you've already seen and just ask you some
16 follow-up questions.
17     If at any point you need to take a break,
18 please let me know.
19     Is there any reason you can't give your --
20 continue to give your full and fair and complete
21 testimony today?
22     A  I didn't quite hear that.
23     Q  Is there any reason you can't give your
24 full and complete --
25     A  No, there isn't.

28 (Pages 260 to 263)

**HIGHLY CONFIDENTIAL**

264

1    Q    -- testimony today?
2    A    No, I'm fine.
3    Q    Okay.  Look at Bell 17.  And the Bates
4    number on the first page is CM430620.  I think it is
5    in front of you.
6    A    Yes.
7    Q    I think your questions earlier about an
8    editorial that's in the middle of that packet there,
9    the Bates number is -630 at the end --
10    A    Yes.
11    Q    It is the one that says the reasons why.
12    Now, if you look on there, a little below the middle
13    part of the page, do you see a paragraph starting
14    "UEP's Animal Husbandry Guidelines"?
15    A    Yes.
16    Q    Could you read that first sentence there?
17    A    "UEP's animal husbandry guidelines were
18    never intended as a supply management program."
19    Q    Okay.  Now, I think when you were
20    questioned about that before you weren't paying
21    attention to some other language there, but for that
22    particular portion of that sentence, did you
23    understand that to be the case?
24    A    That was what I understand to be our
25    mission as a committee.

265

1    Q    Okay.  So this statement here was
2    consistent with what your understanding of the
3    mission was?
4    A    Yes.
5    MR. OLSON:  Objection to form.
6    BY MR. TAKENOUCHI:
7    Q    And when you say, "our mission as a
8    committee," what do you mean?
9    A    The committee's mission that they were
10    requested to study and recommend was not a supply
11    management program, but, instead, it was an animal
12    welfare committee, and that's what we emphasized.
13    Q    And you're referring to the Scientific
14    Advisory Committee, correct?
15    A    Yes.
16    Q    Are there any animal welfare benefits to
17    reduce the cage density?
18    A    Yes.
19    Q    And what are those?
20    A    Chickens would have -- would produce less
21    eggs at more dense conditions.  They will die at a
22    higher rate, they will crack more eggs.  They will
23    have more health problems, as they are crowded, and
24    they may pick at each other more if they are
25    crowded.

266

1    Is this your question?
2    Q    Yes.
3    A    Yes.  And that's why the committee on
4    animal welfare, Scientific Advisory Committee for
5    animal welfare, we placed as much emphasis as they
6    did on the question of cage density.
7    Q    Now, is this knowledge about the benefits
8    of cage density, was this something that only
9    happened in the 2000 time frame or was this
10    something that there was research on before 2000?
11    MR. OLSON:  Objection to form.
12    THE WITNESS:  I started my research in
13    about 1960 on cage density, and over time you still
14    see people researching this question.
15    The current issue is very difficult to
16    scientifically address.
17    BY MR. TAKENOUCHI:
18    Q    But before 2000, had there been research on
19    the benefits of cage density?
20    A    Oh, yes, much research.
21    Q    And were you aware of that research?
22    A    Oh, yes.
23    Q    Do you know why cage density came up in the
24    context of the Scientific Advisory Committee's work?
25    A    Like I indicated, because of its impact on

267

1    the welfare of the chickens.  The research -- I
2    listed half a dozen right now, reasons, and the
3    drive behind the committee's formation was the
4    result of the humane society's concern about animal
5    welfare.  And that was the pressure, tens of
6    thousands of dollars were being spent to argue their
7    point, the humane society, as well as United Egg
8    Producers.  It had to be resolved, and it still has
9    to be resolved.
10    Q    Around that time were there other entities
11    that were making changes or demanding changes about
12    animal welfare?
13    A    There's just a list as long as your arm of
14    activist organizations that are promoting animal
15    welfare as they interpret it.  Some of it may
16    emphasize cages, some of it may emphasize molting,
17    some may emphasize beak trimming, some of it
18    just they don't like animals to be used.  That's a
19    very big problem.
20    Q    And was this an issue back in 2000, 1999?
21    A    Yes, it was.  Yes, it was.
22    MR. GODLSTEIN:  Don, if you could just try
23    to remember with Jason, as you did with Steig, to
24    let him get his full question out before you begin
25    to answer.

29  (Pages 264 to 267)

**HIGHLY CONFIDENTIAL**

268

1      THE WITNESS:  I'm sorry.
2      MR. OLSON:  And even if you would give me a
3  pause in case I have an objection, that would be
4  great too.
5  BY MR. TAKENOUCHI:
6      Q  You can put that away for now, and let's
7  look at Bell 16.
8      A  16?
9      Q  Yes.
10      This is Bates number UE135717 on the first
11  page.
12      I think you were asked a little bit -- you
13  were questioned a little bit about this document.
14  The first part of it is United Voices and the second
15  part looks like a copy of commentary you did in
16  2002.
17      A  Yes.
18      Q  Okay.  So looking at your commentary in
19  2002 --
20      A  Yes.
21      Q  -- I just wanted to draw your attention to
22  the fourth page here, the second -- the fourth page.
23      A  I have the fourth page now.
24      Q  It has the comments on the bottom there?
25      A  Comments, yes.

269

1      Q  Underneath that comments section there is a
2  website address, animalscience.ucdavis.edu/avian.
3      A  Yes.
4      Q  What is that?
5      A  It's a website.
6      Q  Do you know what website that is?
7      A  Avian sciences, all relating to poultry.
8      Q  And how are you familiar with that website?
9      A  I contribute to it, I promote it.  It's our
10  communication tools of computer literate clients.
11      Q  And what, exactly, is on that website?
12      A  Everything on poultry -- turkeys, broilers,
13  eggs, hatchery, feed, management, disease, et
14  cetera, et cetera, et cetera.
15      Q  So are reports like this one on the
16  website?
17      A  I believe the memos -- is that what we're
18  talking about, this memo?
19      Q  This here.
20      A  I believe it is on there, I can't swear to
21  it.  The website was basically retired when
22  Dr. Ernst, who controlled the website, retired about
23  five or seven years ago.
24      It was updated, I noticed, by somebody, and
25  I hadn't figured out who, maybe once or twice since

270

1  then until now.
2      And so if you want to see current, we'll
3  say, 2007, '8, '9, '10, and so on, that those
4  documents may not be in there.
5      Q  Okay.  So looking a back at this particular
6  report from July of 2002, do you believe this report
7  was on the website?
8      MR. OLSON:  Objection to form.
9      THE WITNESS:  2002?  It would be under a
10  memo, and I guess Dr. Ernst would have considered
11  that a newsletter, and so there is a heading
12  "Newsletters."  And then there is all the names of
13  all of our newsletters, there may be six or eight
14  different newsletters that we write.
15      I do not know for sure whether he would
16  include memos or not.
17  BY MR. TAKENOUCHI:
18      Q  Okay.  It's possible?
19      MR. OLSON:  Objection to form.
20      THE WITNESS:  I think strongly possible,
21  yes, but it was his decision.  These are all
22  original, so I assume he would have thought they
23  should be on the website.
24  BY MR. TAKENOUCHI:
25      Q  And you say you promoted this website,

271

1  correct?
2      A  In our newsletters, this statement right
3  there is promoting it.
4      Q  Did you promote it in any other ways?
5      A  With this particular letter here every
6  time, I would write an article from time to time
7  saying why you should get into our website, what are
8  the subjects on our website.  I would feel there
9  is -- we've communicated enough times that people
10  would know that it exists, but it exists with 20 or
11  30 or 50 other websites in poultry that are produced
12  by other universities and so on.
13      Q  Okay.  Now, looking at this document the
14  first part is the United Voices newsletter and the
15  second part --
16      A  Yes.
17      Q  -- is your memo.
18      Now, this did not come from your
19  production.
20      Do you have any basis to believe that your
21  memo was distributed to people along with this
22  United Voices newsletter attached?
23      A  I do not know why it is attached here with
24  a staple unless it was.
25      It was -- at the top "Don Bell's

30 (Pages 268 to 271)

**HIGHLY CONFIDENTIAL**

272

1 newsletter," right there, so it was sent to
2 everybody on their mailing list that gets the United
3 Voices.
4    Q  Well, did you receive a copy of United
5 Voices attaching your report to it?
6    A  Well, I assume I did if everyone else did.
7    Q  Okay.  Do you remember getting that?  As
8 you sit here today, do you remember getting a copy
9 of your report attached to United Voices?
10    A  I cannot specifically if I got the one
11 dated July 29, 2002, specifically.
12    Q  Okay.
13    A  But I do get all of their newsletters.
14    Q  Yeah, I understand that.
15        I want to show you -- referring back to --
16 take a look at Bell 19.  This is Bates-numbered UE
17 880125.
18        And this is another -- it's a commentary
19 you wrote in March 2004.
20    A  Yes.
21    Q  Do you remember being asked about this
22 earlier today?
23    A  Yes.  Yes, we talked about it.
24    Q  And so on here, on the last page here,
25 there, again, is that same website.

273

1        Do you see that?
2    A  Yes, yes it is.
3    Q  And it says, "New items are added monthly."
4        Do you see that language?
5    A  Yes.
6    Q  Do you think this memo was on the website?
7        MR. OLSON:  Objection; form.
8        THE WITNESS:  If it was on the website, it
9 would be under newsletters and not under new items.
10 New items refers to miscellaneous things.
11 BY MR. TAKENOUCHI:
12    Q  Do you see any reason why this newsletter
13 won't have been on the website?
14        MR. OLSON:  Objection to form.
15        THE WITNESS:  Well, it is one of the
16 series, I don't know how many we wrote altogether,
17 but I don't know if he would be selective in leaving
18 things out or putting things in, I don't know.  I
19 don't know that.
20 BY MR. TAKENOUCHI:
21    Q  Okay.  So this memo talks about some egg
22 prices around this time in March 2004?
23    A  Yes.
24    Q  After March 2004, was there a change in egg
25 prices?

274

1    A  Let me read that here.
2        There's about 20 to 30 egg price changes a
3 year in the nation.  Half of them --
4    Q  Let's look -- go ahead.
5    A  Half of them go up and half of them go
6 down.
7        Now you're asking specifically 2004?
8    Q  The period after this, mid to late 2004
9 going into 2005, was there a price trend in that
10 period that you recall?
11        MR. OLSON:  Objection to form.
12        THE WITNESS:  Well, this time is right
13 after the avian influenza problem on the East Coast
14 where 2 million birds, I believe, were disposed or
15 killed.  That, in itself, raised the price of eggs
16 for the next year or two for the nation.
17        After that was over with and production
18 came back to normal, the rest of the nation took
19 their retail egg prices down to where it was.
20 California left it where it was because they had
21 shown that that pricing policy that they used at
22 that time was effective.
23 BY MR. TAKENOUCHI:
24    Q  So after the avian influenza in effect in
25 2004, prices dropped again?

275

1        MR. TAKENOUCHI:  Objection to form.
2        THE WITNESS:  But not in California.
3 BY MR. TAKENOUCHI:
4    Q  Except in California.
5        MR. OLSON:  Same objection.
6 BY MR. TAKENOUCHI:
7    Q  Go ahead and put that aside.
8        If you could pull out Bell 27.  And I
9 believe you testified this was a chapter of a book
10 you wrote --
11    A  Yes.
12    Q  -- you wrote this chapter in a book?
13    A  Yes.
14    Q  Was this book publicly available?
15    A  Oh, yes, if you could afford it.
16    Q  Did you write this for any particular
17 client?
18    A  No.  This is an exercise that those of us
19 in academia, the need to publish or perish, you
20 know.  Occasionally you write a book or chapter of a
21 book and the -- the predecessor -- I think this was
22 the 5th edition of this book, by the way.  It was
23 started by another individual back in the '70s, I
24 think, and then this is the 5th edition.  This is
25 the first edition that had any pictures -- is there

**VERITEXT REPORTING COMPANY**
(212) 279-9424          www.veritext.com          (212) 490-3430

**HIGHLY CONFIDENTIAL**

---

**276**

1  any pictures in that? I don't see any pictures.
2      Anyway, this is a 1,400 page book. The
3  previous one, I think, was around 7- or 800. And we
4  brought in 18 authors, total, including myself, as
5  opposed to one.
6      And so what we were trying to do here is be
7  more comprehensive, get more opinions, more subject
8  specialization. I think we have 52 chapters, each
9  one on a different subject.
10     Q  So this was an academic exercise as opposed
11  to something you wrote for a particular entity or
12  person; is that correct?
13     MR. OLSON:  Objection to form.
14     THE WITNESS:  It was a continuation of a
15  book that had been in existence for 30 years or so.
16     So when the publisher comes to you and
17  says, "Will you update this book?" you try to fight
18  that as much as you can, and then finally you agree,
19  but you're going to do it in a different way, you're
20  going to change the name of the book, you're going
21  to get your coauthors, you're going to make the book
22  bigger and more comprehensive. And as editor --
23  senior editor, all those differentiations were put
24  into place.
25  BY MR. TAKENOUCHI:

---

**277**

1      Q  I think when you were asked earlier about
2  this particular book and some of the phrases in
3  here, you talked about pricing.
4      Are there different levels of pricing, you
5  said?
6      A  Absolutely.
7      Q  Okay. And are those different levels?
8      A  Way more than you can add up. You have to
9  read one of my papers on pricing.
10     Q  Are you trying to sell me a paper?
11     A  No. There is an encyclopedia that you can
12  read the whole chapter on pricing that I wrote and
13  one on marketing.
14     But, anyway, they start with the base price
15  that the farmer gets for given egg size, weight. So
16  you start off with a peewee egg, which is the
17  smallest egg we sell. At the farm level that price
18  may be 10, 15 cents a dozen. But you don't sell
19  them to the consumer, you sell them bulk or
20  whatever.
21     And then you get six sizes altogether, all
22  the way up to extra large -- jumbo, pardon me. Each
23  one of those has a different price, you get more
24  weight with each one. That's at the farm level.
25     Q  Okay.

---

**278**

1      A  He sells them to a -- either he has his own
2  processing plant or he sells them to the distributor
3  who does the processing.
4      So you have to tack on the processing costs
5  to this price. This is the price I'm most familiar
6  with. It is called the production price. It does
7  not include processing, it does not include an egg
8  carton, it does not include transportation, it does
9  not include shelving or retailing. So these other
10  costs that I just tried to list here that can go all
11  the way to specialty eggs.
12     Q  Now, I think you said the focus of your
13  work was on the farmer, the producer price?
14     A  That's right.
15     Q  Did you -- strike that.
16     A  Uh-huh.
17     Q  Go ahead and put that aside, and let's talk
18  about Bell 22, Bates number BELL-D-28597.
19     Do you remember being questioned about
20  this?
21     A  Today or yesterday, yes.
22     Q  Okay. Now, at the time when the Scientific
23  Advisory Committee was looking at feeder space
24  issues, how old was the research that the committee
25  was using in doing its analysis?

---

**279**

1      A  How old was the research --
2      Q  The research.
3      A  -- that they were considering?
4      I think my paper, written in '76 or so,
5  you'd have to go to the bibliography to find out.
6  But that was the one that stimulated the discussion
7  of more feeder space systems. It had a biological
8  benefit, performance wise and economic, but the
9  industry went so far with their adoption of this
10  procedure and we went all the way to 6 inches, by
11  the way, and then they started to experience it, and
12  most of the experience was positive on the
13  biological.
14     But when they started to pencil it out
15  economically, they said, well I have to buy 2 more
16  inches of feeder space, that's feed trough. That
17  costs money.
18     Q  I'm just focusing on --
19     MR. OLSON:  Hold on. Were you finished?
20     THE WITNESS:  What do you want?
21     MR. OLSON:  Oh, I thought you were still
22  continuing with your answer.
23     THE WITNESS:  Well, I was.
24     MR. OLSON:  I thought so too.
25  BY MR. TAKENOUCHI:

---

**32 (Pages 276 to 279)**

**HIGHLY CONFIDENTIAL**

280

1    Q   Just focusing on this period in 2004, if I
2  could refer you to that heading "Scientific Studies
3  on Feeder Space" --
4    A   Yes, go ahead.
5    Q   -- do you see that sentence in the middle
6  there, "They confirmed that most of the research was
7  more than 20 years old"?
8    A   Yes.
9    Q   Do you see that?
10   A   Yes.
11   Q   So it said, "They confirmed that most of
12 the research was more than 20 years old and that
13 genetics and production practices had certainly
14 changed since the last research project."
15      So at this point in 2004, was the research
16 on feeder space outdated?
17      MR. OLSON:  Objection to form.
18      THE WITNESS:  I would have problems with
19 this no research for 20 years, something like that.
20 "They confirmed most of the research was more than
21 20 years old."
22      I have files of research after my original
23 research that confirmed our results, and I don't
24 consider that none.
25 BY MR. TAKENOUCHI:

281

1    Q   Okay.  And your original research was 1976;
2  is that right?
3    A   I think that's the date I had.  It's in all
4  of my documents someplace.
5    Q   I think you testified yesterday about hen
6  density.
7    A   Yes.
8    Q   And I can't remember if you testified about
9  hen population.
10      Do you remember that?
11   A   I'm sure we said something about total hen
12 numbers versus birds in a cage, I'm sure we talked
13 about that.
14   Q   So what's the difference, if there is any,
15 between hen density and hen population?
16   A   Well, hen population you are talking about
17 a farm or a state or a region or a country.  That's
18 the total numbers of birds in that definition.
19      Density, it usually refers to in a given
20 unit or given enclosure -- enclosure is probably a
21 better word.  Humane people don't like the word
22 cages, by the way.  And cages have been around since
23 the '30s, the 1930s.
24      But anyway, density refers to how much
25 space they have and how many birds are in that unit

282

1  and so on.
2       And all these factors -- the feeder space,
3  the water, the height, the depth, the shape -- this
4  is a regular cage shaped like that.  The reverse
5  cage is shaped like that.  And so the feeder trough
6  is here, now it's here.  So shape is a big important
7  thing.
8       So three or four or five elements of
9  describing a cage, and they all fit together.  They
10 all have a role.
11   Q   You're talking about cage configuration and
12 design, right?
13   A   Go ahead.
14   Q   But I guess what I'm asking about is the
15 distinction between hen density and I guess cage
16 density versus the hen population.
17      Are those different concepts?
18   A   Well, the first two that you mentioned, hen
19 density and cage density, I think would be the
20 same --
21   Q   Okay.
22   A   -- they are just synonymous.
23      The population is a totally different
24 thing.  It is how many birds, not in one cage.
25      The rest of it has to do with how many

283

1  birds you put in here and how dense are they and the
2  space, whatever the size is, that's an enclosure.
3       It could be as few as three or four birds,
4  it could be as many as 50 to a hundred.  But that's
5  density.
6       But population is how many of these do you
7  have all over the place.  And you are counting for
8  five birds here, five birds there, five birds there,
9  five birds there, all over the United States.
10   Q   Now, I think you testified earlier about
11 some of the benefits of giving hens more space?
12   A   Yes.
13   Q   And I think you said something about
14 productivity.
15      Do you remember that?
16   A   Productivity means eggs.
17   Q   Okay.  So how does giving hens more space
18 result in more eggs?
19      MR. OLSON:  Objection to form.
20      THE WITNESS:  It is their response to being
21 crowded.  What's the total length of time?  Normally
22 there is good evidence in the 50- to 80-square-inch
23 range per bird that there is a step-by-step
24 regression relationship in that question, so -- have
25 I answered your question yet or do you want to

33 (Pages 280 to 283)

**HIGHLY CONFIDENTIAL**

284

1  restate it?
2  BY MR. TAKENOUCHI:
3      Q  Okay. I'll restate it.
4      Does giving hens more space result in more
5  eggs?
6      MR. OLSON: Objection to form.
7      THE WITNESS: Yes.
8  BY MR. TAKENOUCHI:
9      Q  And how, exactly, does it --
10     A  How does it happen?
11     Q  Yes.
12     A  It is part of the peck order, which is a
13 sociological phenomena, that relates to chicken or
14 people, or whatever. It relates to access to the
15 feed and to the water. It relates to -- I think
16 that's enough.
17     Q  So let me refer you to Bell 9. I think it
18 was yesterday.
19     The Bates number is BELL 4041, and this is
20 a December 22nd, 1999 e-mail.
21     I want to draw your attention to the second
22 page here.
23     A  Second page?
24     Q  You testified to some of this yesterday.
25 But that second-to-the-last paragraph there, and the

285

1  last sentence of that paragraph, it says, "What
2  would be real exciting would be to see entire new
3  complexes built on these principles."
4      Do you remember what you meant by that?
5      A  Sure. Yeah, it's basically -- it would be
6  exciting if everybody listened to me and did what I
7  said, that would be the most exciting things. So if
8  I've said I've done research on reverse cages, for
9  example, or molting or any of these things, if
10 everybody read it, everybody followed it through,
11 that would be very exciting to me.
12     Q  Go ahead and put that away. I understand
13 what you're saying.
14     A  You understand what I'm saying?
15     Q  Let's look at Bell 2 for a second. This is
16 Bates number BELL-D-31284. We looked at this
17 yesterday.
18     A  Got it. Go ahead.
19     Q  It is a slide. It looks like it is
20 PowerPoint or something.
21     A  I've given the slide talks all my life, so
22 I suppose so -- it looks like PowerPoint.
23     Q  Okay. So the first page there has a date
24 of 1992.
25     Do you see that?

286

1      A  Yes.
2      Q  Do you think that's when you produced this
3  or created this slide --
4      MR. OLSON: Objection to form.
5      THE WITNESS: It looks like I didn't -- oh,
6  here it is up here, in the title it says 1992.
7  January 1992. Down here it was just substantiation
8  of the date. Up at the top corner you'll see a
9  handwritten 92/12.
10 BY MR. TAKENOUCHI:
11     Q  So do you think you wrote this in 1992?
12     A  Well, it looks like 12 would be December,
13 maybe, of '92. I don't know what the 12 is. I
14 really don't. They have January '92 and over here
15 you've got 12. I don't know what the difference is.
16     Q  Do you think you wrote this in 1992?
17     A  Yes, 1992 is definitely --
18     Q  So 1992 was 21 years ago, roughly?
19     MR. OLSON: Objection to form.
20 BY MR. TAKENOUCHI:
21     Q  Do you remember creating this particular
22 slide?
23     A  I gave many talks on this subject. I gave
24 over 450 talks in my career. It is very difficult
25 to remember which one is which.

287

1      This is in my own documentation at my
2  house.
3      Q  Okay. Do you remember sitting down 21
4  years ago and creating this?
5      A  No, no. This could have been in any
6  location, and we'll assume '92 is correct.
7      Q  Do you remember giving this particular
8  presentation or copy of this to any particular
9  person?
10     A  I might have given this to five different
11 groups, so I don't know right today what group this
12 was given to first, second, third, fourth or fifth.
13     Q  Let's say there were five, do you know
14 which five groups you may have given it to?
15     A  I do --
16     MR. OLSON: Hold on. Objection to form.
17     THE WITNESS: I have it in my records every
18 single talk I've ever given at my house. It does
19 not say it on this document.
20 BY MR. TAKENOUCHI:
21     Q  So sitting here today you don't have
22 independent recollection who you may have given this
23 to?
24     A  I have no idea.
25     Q  Is it possible you never gave this to

34 (Pages 284 to 287)

**HIGHLY CONFIDENTIAL**

288

1  anyone at UEP?
2      MR. OLSON:  Objection to form.
3      THE WITNESS:  Say that again.
4  BY MR. TAKENOUCHI:
5      Q  Is it possible you never gave this slide to
6  anyone at UEP?
7      A  It's possible, it's possible.
8      Q  So apologies for going backwards, but let's
9  look at Bell 21 and also Bell 22.  If you could have
10  those two in front of you?
11      A  21 and 22.
12      Q  These are minutes of, it looks like,
13  different meetings in 2004?
14      A  Yes.
15      Q  If you look in the bottom right of both
16  these documents there is a Bates number which is
17  fancy speak for a numbering system to show who
18  produced it.  And these are both produced by United
19  Egg.
20      Do you see that?
21      A  They were provided by United Egg?
22      Q  Yes, United Egg.
23      Do you see that?
24      A  Go ahead.
25      Q  I think you testified before you may have

289

1  attended these meetings?
2      A  I did.  I think my name is on the list.
3      Q  Okay.  It's on the list.
4      Did you prepare these minutes?
5      A  No.
6      Q  Do you remember ever receiving a copy of
7  these minutes?
8      A  Well, I should have, as a member of the
9  committee.  I'm sure -- I'm sure -- I don't know
10  whether I could find them today, but I think they
11  usually have the courtesy of giving everyone who
12  attended a copy of the minutes, yes.
13      Q  So I that you're referring to Bell 22.
14  Maybe let's put that aside for now.
15      Looking at Bell 21 --
16      A  Okay.
17      Q  -- it is the Shell Egg Marketing Committee
18  minutes for October 20, 2004.
19      A  Okay.
20      Q  So this is not the Scientific Advisory
21  Committee?
22      A  It is not the Scientific Advisory, and I
23  don't see my name on it and, therefore, I guess I
24  wasn't --
25      Q  Well, your name is on here, but here is my

290

1  question --
2      A  It is?  Where is my name?  There it is.
3  Okay.
4      Q  Sitting here today, do you remember getting
5  a copy of these minutes?
6      A  No, I don't remember specifically getting
7  stacks of paper, no.
8      Q  And you wouldn't have created these
9  minutes, right?
10      A  I did not create it.
11      Q  Okay.  And now going to Bell 22 --
12      A  May we stay with 21 for a minute?
13      Q  Sure.
14      A  If this is nine years ago -- is that right?
15  Nine years ago? -- I believe I was asked to give a
16  talk on a -- on a subject, and I don't want to tell
17  you the subject because I'm not sure, but I think
18  that's why I was invited in the first place, not for
19  any other reason.
20      Q  Okay.  So looking at Bell 22 now --
21      A  Uh-huh.
22      Q  -- now again, this is Bates number
23  UE294465 --
24      A  Yes.
25      Q  -- sitting here today do you remember

291

1  receiving these particular minutes?
2      A  Do I remember receiving these minutes?  I
3  can't say.  I do not recall this specific, but I
4  would expect 99 percent chance that I did.
5      Q  So sitting here today, do you have any
6  independent recollection, other than just reading
7  the document about what happened at this meeting?
8      A  I was in Chicago --
9      Q  Other than reading the document, do
10  you remember the --
11      MR. OLSON:  Let's have him just answer the
12  question.
13      MR. TAKENOUCHI:  Is that the objection,
14  Counsel?  You can object if you'd like.
15      MR. OLSON:  Yes, it is an objection.  You
16  are interrupting him when he gives an answer you
17  don't like.
18  BY MR. TAKENOUCHI:
19      Q  Other than reading the document, do you
20  have any independent recollection of what happened
21  at this meeting in 2004, other than reading the
22  document?
23      MR. OLSON:  And he started to say, "I was
24  in Chicago."
25      THE WITNESS:  All I can recall is that we

**HIGHLY CONFIDENTIAL**

292

1  had a meeting of this group in Chicago somewhere in
2  that time period. But like most meetings, I don't
3  recall what they said.
4  BY MR. TAKENOUCHI:
5      Q   Okay. So sitting here today you don't
6  recall what happened at this meeting?
7      A   No.
8      MR. GODLSTEIN: You mean correct? You said
9  "No," and your answer may be ambiguous given the way
10  the question is asked.
11      THE WITNESS: You're right, you're right,
12  you're right. So I do not remember specifically
13  what went on at this meetings except from these
14  minutes.
15  BY MR. TAKENOUCHI:
16      Q   Let's go to Bell 3, if you could.
17      A   Which one?
18      Q   Bell 3.
19      A   3?
20      Q   And, actually, let's pull out Bell 11, too,
21  while we're at it.
22      So focusing -- let's focus on Bell 11 to
23  start off with.
24      A   That's the wrong one. 11?
25      Q   Yes, September 2000, "Recommendations for

293

1  UEP Animal Welfare Guidelines."
2      A   Yes.
3      Q   Do you remember being asked about this
4  yesterday?
5      A   Yes.
6      Q   I want to direct your attention to the
7  third page in this document.
8      A   Third page?
9      Q   It is the one that has --
10      A   The list?
11      Q   Yes, the list.
12      A   Go ahead.
13      Q   Now, at the bottom of this list after
14  Dr. Janice Swanson's name and her affiliation --
15      A   Yes.
16      Q   -- there is a line that says "Support."
17      A   Yes.
18      Q   And then it lists two names.
19      A   Yes.
20      Q   Do you know what "support" meant?
21      A   If we have any questions that they could
22  help us with. We were independent as far as the
23  welfare issues. They were there to listen and I
24  suppose to report back to their members, what have
25  you.

294

1      I think Barrie Wilcox probably was
2  president at that time, and we know about Gene.
3      Q   When you say "president," president of
4  what?
5      A   President of United Egg Producers.
6      Q   Okay.
7      A   They have a hired, full-time general
8  manager, Al Pope and Gene Gregory. I don't see his
9  title here, but it's a hired person.
10      Q   Were Wilcox and Gregory voting members of
11  the Scientific Advisory Committee?
12      A   No, no, neither one were voting members.
13      MR. OLSON: Objection to form.
14  BY MR. TAKENOUCHI:
15      Q   Let me restate the question. If you could
16  let me finish --
17      A   I got your question.
18      Q   No, I got you. You're getting ahead of me.
19  Let me finish just for the record.
20      A   Go ahead.
21      Q   Were Barrie Wilcox and Gene Gregory voting
22  members of the Scientific Advisory Committee?
23      MR. OLSON: Objection to form.
24      THE WITNESS: No.
25  BY MR. TAKENOUCHI:

295

1      Q   Now, referring you to Bell Number 3 --
2      A   3?
3      Q   -- which is the United Voices newsletter.
4      A   I got it.
5      Q   Do you see how there is a list on that
6  first page of members of the committee?
7      A   Yes, yes.
8      Q   Okay. So it shows "Gene Gregory's - UEP
9  Staff Support."
10      Do you see that?
11      A   Yes.
12      Q   It doesn't list Barrie Wilcox --
13      A   Yes, it does, it list it under "Staff
14  Support." I guess it is more important that he's
15  got his own farm --
16      Q   Sure. But was Wilcox a voting member of
17  the --
18      A   No.
19      Q   -- Scientific Advisory Committee?
20      MR. OLSON: Objection to form.
21      THE WITNESS: Excuse me.
22      No.
23  BY MR. TAKENOUCHI:
24      Q   Just to clean it up, was Barrie Wilcox a
25  member of the Scientific Advisory Committee --

36 (Pages 292 to 295)

**HIGHLY CONFIDENTIAL**

296

1         MR. OLSON:  Objection to form.
2    BY MR. TAKENOUCHI:
3         Q   -- a voting member?
4         A   No.
5         Q   So go ahead and put those to the side.
6         A   You'll note the names are slightly
7    different on the two lists.
8         Q   Okay.  Yes, thank you.
9             Let's look at Bell 13.
10        A   13.
11        Q   This is the economic consultant agreement.
12        A   Oh.
13        Q   The Bates is UE 790540.
14        A   Okay.
15        Q   Now, this agreement on that second
16   paragraph with the numbers, actually --
17        A   Yes.
18        Q   -- there's four numbers there --
19        A   Yes.
20        Q   -- what are you listing there?  What's
21   being listed there?
22        A   These are all --
23            MR. OLSON:  Objection -- objection to form.
24            THE WITNESS:  These are all newsletters.  I
25   do not see the memo in there.  It might have been

297

1    added later.  The Egg Economics Update went back to
2    about 1983, I believe.  It started out as a weekly,
3    they became a monthly.
4             The U.S. Monthly Flock Projection was an
5    attempt to take the statistics that the USDA
6    provided and make a projection of how many layers
7    that would result in for the next -- it could be as
8    long as two years.
9             The next one is "Statistical," that's just
10   a bunch of tables and graphs from a variety of
11   sources, not just the USDA, but a variety of
12   sources.
13            The last one, "Regional Egg Production Cost
14   Estimates," that would involve -- it says feed is a
15   big cost.  We would get -- we would get cost
16   estimates from the industry on either finished feed
17   for a long number of years, we did it that way, by
18   sampling feed mills, and the emphasis was
19   California.
20            And then later on we started to synthesis
21   feed costs by looking at the ingredients and the
22   formula of the feed.
23            So those are the four basic things that are
24   still being carried on today, and they started as
25   much as 20 to 30 years ago.

298

1    BY MR. TAKENOUCHI:
2         Q   So your -- so this consultant agreement
3    lists those things, those reports you just
4    mentioned.
5             Did your consultant agreement with UEP
6    include compensation for your service on the
7    Scientific Advisory Committee?
8         A   No.  I was on a retainer for just my time.
9    I think I said earlier that I received expenses.  I
10   don't recall ever receiving an honorarium or a
11   special check or anything like that.
12            So it was my -- it was assumed that I would
13   attend the committee meeting, that's why they wanted
14   me on there in the first place.
15            And that was just part of my regular
16   activity.
17        Q   Okay.  You mean part of your regular
18   activities was to serve on the Scientific Advisory
19   Committee?
20            MR. OLSON:  Objection to form.
21            THE WITNESS:  And to -- let me see how you
22   said that.
23   BY MR. TAKENOUCHI:
24        Q   I'll withdraw that and clean it up a little
25   bit.

299

1         A   Okay.
2         Q   I'm just focusing now on the task you
3    agreed to do as part of your economic consultant
4    agreement.
5         A   Yes.
6         Q   And try to differentiate that from the
7    tasks outside the agreement.
8             So was the service on the Scientific
9    Advisory Committee part of this agreement or was it
10   something outside of this agreement?
11            MR. OLSON:  Objection to form.
12            THE WITNESS:  No, the task on the
13   Scientific Advisory Committee, I guess, started in
14   '99, right?
15            This agreement here is dated 2001.  That
16   coincides with my retirement period.  And I
17   continued to do these newsletters through Iowa State
18   University, counterpart -- the industry needs this
19   information, but the lawsuits and everything going
20   on have prevented UEP from continuing this type of
21   activity, statistical activity, pricing and so on,
22   cost of production.
23            So now it's done at the Egg Industry Center
24   at Iowa State University, with a fellow editor, and
25   it is financed by the American Egg Board.  And I

**HIGHLY CONFIDENTIAL**

300

1  never did require financing when I did it, but they
2  make things bigger and better.
3       But -- so it's continuing because the
4  industry said without this kind of information we'd
5  be lost.
6  BY MR. TAKENOUCHI:
7       Q  And that was the information that you
8  agreed to --
9       A  Those things.
10      Q  And those things being this list here on
11 this economic consultant agreement?
12          MR. OLSON:  Objection to form.
13          THE WITNESS:  Yes.
14          MR. TAKENOUCHI:  Okay.
15      Q  The transcript doesn't pick up --
16      A  I'm being bad.
17      Q  That's all right, that's all right.  We'll
18 take care of it.
19          So, again, I just wanted to understand the
20 distinction here and understand whether -- whether
21 the services you were providing pursuant to this
22 agreement that are listed here -- correct?
23      A  Uh-huh.
24      Q  Now, the Scientific Advisory Committee is
25 not listed on this agreement, correct?

301

1           MR. OLSON:  Objection to form.
2           THE WITNESS:  The fourth, fifth
3  paragraph -- second one from the bottom and the
4  bottom one, it talks about special events or special
5  projects or attending meetings, and it is spelled
6  out there that we'd even negotiate compensation for
7  that extra time.  That's all extra time.
8  BY MR. TAKENOUCHI:
9       Q  Were you ever paid, other than expenses and
10 lodging, for your services on the Scientific
11 Advisory Committee?
12          MR. OLSON:  Objection to form.
13          THE WITNESS:  I don't think so.  Just the
14 travel expenses and my ongoing relationship --
15 ongoing agreement.
16 BY MR. TAKENOUCHI:
17      Q  That answer was a little unclear to me.
18      A  You want more?
19      Q  Okay.  Other than expenses and lodging,
20 taking that out of the equation --
21      A  Okay, okay.
22      Q  -- were you ever paid for your services on
23 the Scientific Advisory Committee?
24          MR. OLSON:  Objection to form.
25          THE WITNESS:  As a member of the Scientific

302

1  Advisory Committee, was I ever paid for that --
2  BY MR. TAKENOUCHI:
3       Q  Yes.
4       A  -- separately?  No.
5       Q  Let's put that aside and look at Bell
6  Exhibit 4.
7           MR. OLSON:  Do you have an estimate how
8  much longer we're going here?
9           MR. TAKENOUCHI:  I do not.
10          THE WITNESS:  Okay.
11 BY MR. TAKENOUCHI:
12      Q  So I think this is a document you were
13 questioned about yesterday.  This is a 1994 Egg
14 Economics Update.
15          Do you see that?
16      A  Yes.
17      Q  Now, a couple things I'd like to ask you
18 about this document.
19          If you look at the upper left of the first
20 page here --
21      A  Go ahead.
22      Q  -- it says "Cooperative Extension"?
23      A  Yes.
24      Q  What does that refer to?
25          MR. OLSON:  Objection to form, asked and

303

1  answered.
2           THE WITNESS:  You want the answer?
3  BY MR. TAKENOUCHI:
4       Q  Yes.
5       A  You'll notice there's two things on the
6  upper line, "Cooperative Extension," "University of
7  California."  It's a part, a department, a group of
8  people who do extension work, which means you extend
9  the university from the campus, away from the
10 campus.
11          And cooperative extension, originally it
12 was all agriculture, all agriculture.
13          It now -- it also at some point in time
14 picked up the 4H -- our 4H program for the youth
15 related to agriculture, also home advisors, which is
16 the homemaker.
17          And I believe around this time period we
18 might have had a staff of 4- to 500 statewide.
19          And there's an extension service --
20 cooperative extension in every land grant university
21 state.
22      Q  So let me break it up in two parts here.
23          What is a land grant university?
24      A  Land grant is where the state got money
25 from the federal government to establish a

38 (Pages 300 to 303)

**HIGHLY CONFIDENTIAL**

---

304

1  University of California or Arizona State
2  University, or whatever, and that was an educational
3  format.  It included three things, research, on-site
4  teaching, like UC Riverside here, and the third
5  would be cooperative extension.
6       Now we also have university extension,
7  which is night classes --
8       THE VIDEOGRAPHER:  We have to go off the
9  record.  The power shut down.
10      MR. TAKENOUCHI:  Okay.
11      THE VIDEOGRAPHER:  The time is
12  approximately 2:39 p.m., and we're going off the
13  record.
14      (Recess.)
15      THE VIDEOGRAPHER:  This marks the beginning
16  of media number 3 in the video deposition of
17  Don Bell, Volume II.
18      The time is approximately 3:06 p.m., and
19  we're back on the record.
20      And just to let you know, we lost power for
21  a few minutes, and we may have lost the last
22  question and answer, so I think we're going to
23  repeat the last question and answer.
24      MR. TAKENOUCHI:  For the folks on the
25  phone, we're just going to go back to the last full

---

305

1  answer we have on video to recap it so the witness
2  has it in context and then I'll just reask the
3  question that got interrupted by the power outage.
4       So if the court reporter could read back
5  the response to --
6       MR. OLSON:  Didn't we get an answer to what
7  a land grant university was?
8       MR. TAKENOUCHI:  So the tape got cut off.
9  So what do you want?
10      MR. OLSON:  I'll stipulate to what a land
11  grant university is.
12      MR. TAKENOUCHI:  What is a land grant
13  university, Steig?
14      MR. OLSON:  What do you think it is?
15  Whatever it says in the dictionary, we'll stipulate
16  to.
17      MR. TAKENOUCHI:  Could you read back the
18  last full answer he had -- question and answer.
19  I'll just reask it.
20      Q   Mr. Bell, what is a land grant university?
21      A   A land grant university originated in 1859,
22  or something of that type.  It established an
23  institution of higher learning for each state.
24      It was called a land grant because the
25  federal government provided land for each state of

---

306

1  which they could develop their institution.  Well,
2  it's only one per state.
3       Go ahead.
4       Q   So what's the relationship between the
5  cooperative extension and the land grant university?
6       A   A land grant university has three basic
7  roles.  One is on-site teaching, and we think in
8  terms of younger students.  We have a research role,
9  which is a major role in every kind of field.  The
10 third is extension, which is -- follows all the
11 others over time and so on, and it's a matter of
12 taking what's at the university campus itself to all
13 corners of the state and -- with an emphasis in
14 agriculture, but not exclusively.
15      Q   And what funds the cooperative extension?
16 Where does the money come from?
17      A   Well, it varies, but it usually is
18 considered to come from federal sources, the county
19 that you're in for the local program and for the
20 state of California -- for the University of
21 California.  My salary, for example, comes from --
22 originally from the State of California to the
23 University of California.
24      The local expenses of maintaining an office
25 and staff is usually the county's.  The normal

---

307

1  breakdown is something like 25/25/50 percent.  So
2  the University of California through the -- the
3  State of California through the University of
4  California would be the highest portion of that,
5  about half, and tied directly to the USDA and grants
6  to work on universal problems of the entire country.
7       Q   So just so I understand, you said 25/25/50.
8       50 was California, what is the other 25/25?
9       A   County and federal would be each about 25.
10      Q   And what's the source of the federal funds?
11      MR. OLSON:  Objection to form.
12      THE WITNESS:  Your taxes.
13 BY MR. TAKENOUCHI:
14      Q   I guess what egg does it come out of?  Does
15 it come out of the Department of Agriculture or --
16      A   The U.S. Department of Agriculture uses
17 funds to do this, this, this and this, and part of
18 it has to do with research at the local level.
19      And I can't give you the exact breakdown of
20 everything that they do, but there are all kinds of
21 national programs of which the nation, as a whole,
22 supports the local expenses.
23      Q   Who was your employer before 2001?
24      A   University of California.
25      Q   Okay.  So was the cooperative extension --

---

**39 (Pages 304 to 307)**

**HIGHLY CONFIDENTIAL**

---

308

1      A   Always there.
2      Q   Okay.  But was the cooperative extension
3  your employer too or was it --
4      A   The cooperative extension is part of the
5  University of California.
6      Q   Okay.
7      A   My immediate supervisor would be a
8  University of California person in an administrative
9  role, each of the offices of which we have 50 or
10  more.
11      Q   And what was your title?
12      A   It's been two different titles through my
13  career.  It started out as a farm advisor in a given
14  county.  Then it became a multi-county position.
15  Then it went back to a one-county position.  And
16  then it became statewide poultry specialist.
17      Q   So during your employment with the
18  cooperative extension, what were you supposed to do?
19  What were the goals of your job?
20      A   Education from a technological standpoint,
21  solution of problems of our farmers.  When I started
22  out, we had 400 egg farmers in one county, so in the
23  state we had over 2,000.
24          And so those are the people we worked with.
25  Some were very good cooperators, sought you out,

---

309

1  asked you problems, phoned you up, very close
2  relationships.  Others had nothing to do with you
3  because they didn't think that the -- that the,
4  quote unquote, government should be doing these
5  kinds of things free, these are free services,
6  sponsored by the University of California.
7      Q   So was there government oversight over what
8  you did for the cooperative exchange -- or the
9  cooperative extension?
10          MR. OLSON:  Objection to form.
11          THE WITNESS:  I would say the federal
12  government would look at the statewide programs,
13  fund them or not.  Probably funding or not is the
14  way you control your programs.  If you don't give
15  them money, you're not going to have a program.
16          Your supervisor, in my case, would be a
17  regional director, and he would have -- each one
18  would have more or less knowledge of what you're
19  doing on a day-by-day basis.
20          So there is a reporting system, of course,
21  we have to report what we're doing.
22          You shouldn't work into your write-up while
23  you're doing it, how you're doing it, what's the
24  industry payoff of what you're doing, why are you
25  doing that, this question you asked, why are you

---

310

1  working with the egg producers.  That's a major
2  commodity in California.  Why are you working on a
3  particular project, economics?  Because I've
4  convinced my administrators that that's a very
5  important subject for the egg industry, and so on.
6  BY MR. TAKENOUCHI:
7      Q   And you talked about a write-up.  What do
8  you mean by a write-up?
9      A   I guess I said write-up.
10          Write-up would be the proposal in the first
11  place to do something and to redo -- continue in the
12  second year and so on through whatever time period.
13  And then the so what, the write-up would be so what.
14      Q   Would these be written reports you would
15  distribute to someone?
16      A   They'd be mainly in-house.  I didn't
17  have -- some people have a committee of farmers that
18  they communicate with in some way, around a table or
19  report sharing or whatever it may be.
20          I did so much extensive writing, as we've
21  been pulling out here, that the flow of information
22  is pretty well documented.
23          Whether anybody looks at this particular
24  newsletter and says, "Don, I don't think you should
25  be doing that," no.  You have pretty much control

---

311

1  over what you do.
2      Q   Did any of your supervisors have access to
3  the reports you did, like this Bell Number 4?
4      A   They all do, all my supervisors.  You would
5  usually only have one supervisor at a time, but
6  there's a chain all the way up to the president of
7  the university.  He doesn't read many reports.
8      Q   Did you have any contact with the USDA
9  during your time working for the cooperative
10  extension?
11      A   Most of the hard data on a national basis
12  comes from them or other agencies of the federal
13  government.  We also have state government.  We do
14  the same thing with them.  We have access to their
15  groups, agencies.
16          Go ahead.
17      Q   Okay.  So looking at this document, Bell
18  Number 4, this is a 1994 Egg Economics Update.
19      A   Yes.
20      Q   And maybe you can explain this to me.  I'm
21  looking at the bottom of the first page there.  Do
22  you see in the very small type -- I apologize for
23  that -- it says, "In accordance with applicable
24  federal laws and university policy, University of
25  California does not discriminate"?

---

**HIGHLY CONFIDENTIAL**

312

1      Do you see that language?
2    A   Yes.
3    Q   On the very bottom it says, "University of
4  California and the United States Department of
5  Agriculture cooperating."
6      What does that mean?
7    A   That means they are sharing on the
8  expenses.  They don't list the county, because
9  that's not required in this particular format.
10     This is required on every document that we
11  do, this particular statement.  I don't think it's
12  going to be on the e-mail, but on any kind of
13  official publication they want to know who to blame
14  and who not to discriminate against and so on.
15     I'd rather say who we didn't
16  discriminate -- who we did discriminate is a shorter
17  list than who we don't discriminate.  That's my
18  personal view.
19   Q   So you were instructed that you had to put
20  this disclaimer --
21   A   Absolutely.
22   Q   -- at the bottom of every report?
23   A   Yes.
24   Q   Now, in this period, 1994, were you on
25  contract with UEP?

313

1    A   No, I don't -- I think we decided that we
2  started that in 2001, didn't we, on contract?
3    Q   So 1994 --
4    A   Another document here.
5    Q   So in 1994 you were just working for the
6  cooperative extension?
7    A   No, no -- yes, I was working for the
8  cooperative extension, and the UEP relationship
9  didn't start until -- what did we say, 2001?
10   Q   Yes.
11   A   Purely cooperative extension.  My title
12  was, at this point in time, poultry specialist.
13   Q   So looking at this report with the
14  disclaimer at the bottom there, was this report a
15  result of federal financing?
16     MR. OLSON:  Objection; form.
17     THE WITNESS:  Indirectly.  Indirectly.  You
18  helped pay for it too, thank you.
19     The fact that they may have had 25 percent
20  participation in the University of California,
21  period, it doesn't imply that 25 percent of my
22  expenses, no.  It may be a quarter of a percent.
23  But, you know, that's a grand total.  So the fact
24  that it says USDA cooperating, I suppose if you
25  started to get off base or you started to lie to

314

1  your clients, or whatever, that eventually the USDA
2  people would come in and say that person is not
3  doing what they are supposed to be doing.  That
4  would be their control -- ultimate control.  I've
5  never been involved in anybody questioning my
6  program.
7  BY MR. TAKENOUCHI:
8    Q   But did they have the ability at the USDA
9  to question what you are doing?
10     MR. OLSON:  Objection to form.
11     THE WITNESS:  I'm not going to comment on
12  that because I don't know how the government works.
13  BY MR. TAKENOUCHI:
14   Q   Most of us don't.
15     But your understanding was that the USDA
16  would have the ability to regulate what you're
17  doing?
18     MR. OLSON:  Objection to form.
19  BY MR. TAKENOUCHI:
20   Q   Is that correct?
21   A   Purely theoretical.  Purely theoretical.
22     The concern of this statement in here, it
23  has to do that no one can be exempt from your
24  services.
25   Q   Okay.  And that was because there were

315

1  strings attached to getting federal funds and state
2  funds?
3      MR. OLSON:  Objection to form.
4      THE WITNESS:  Well, they have the final
5  say-so.  If they don't get the funds, we're going to
6  be 25 percent short of funds.  So we follow all the
7  national programs, don't we.
8      If -- we were taking about sexual
9  orientation here a long, long time ago.
10  BY MR. TAKENOUCHI:
11   Q   I think we're a little far afield on that.
12   A   Is that far afield?
13   Q   I think for this discussion.
14   A   Go ahead.
15   Q   But -- so taking you back to 1994, was the
16  USDA aware of these reports you were putting out?
17     MR. OLSON:  Objection form.
18     THE WITNESS:  This report.
19  BY MR. TAKENOUCHI:
20   Q   The reports in general, was --
21   A   The reports in general?
22   Q   Yes.
23   A   Individual department people would be, the
24  poultry specialist for the United States would be.
25  But once you get into wheat farmers, wheat

41 (Pages 312 to 315)

**HIGHLY CONFIDENTIAL**

316

1  specialists, or departments of engineering, whatever
2  it may be, at the USDA level there is no such thing,
3  but other departments that have very little to do
4  with chickens, they would not be exposed at all to
5  this and they couldn't absorb it even if they tried.
6      Q   Are there USDA departments that focus on
7  chickens?
8      A   Absolutely, yes.
9      Q   Okay.  So in those departments that focus
10  on chickens, would those folks have been aware of
11  these reports you're putting out?
12      MR. OLSON:  Objection to form.
13      THE WITNESS:  Some would.  Some would.
14      There's all kinds of interest in chickens.
15  Like my cousins would say, you're a chicken
16  inspector.  No, I'm not a chicken inspector.
17      So there's all different people who work
18  with chickens.  I'm talking about thousands at the
19  federal level, institutional level, and so on.
20      So people who are interested in egg laying
21  chickens in California, we would have no problem
22  with covering them, but --
23  BY MR. TAKENOUCHI:
24      Q   So looking at some of the reports you've
25  already talked about --

317

1      A   Yes.
2      Q   -- and I think you've mentioned kind of
3  your history of writing these kinds of analyses for
4  a while --
5      A   Yes.
6      Q   -- this analysis here in Bell 4 talking
7  about supply of eggs and possible price effects, is
8  that something that you just discovered in 1994 or
9  did you have some knowledge of that before 1994?
10      MR. OLSON:  Objection; form.
11      THE WITNESS:  We have been tracking this
12  kind of information since I began in 1958.
13  BY MR. TAKENOUCHI:
14      Q   Okay.
15      A   It starts with the original source.  And
16  the original source is the farmer.
17      USDA would be a parallel source, but they
18  go back to the farmer.  The farmer is the one who
19  has these kinds of numbers.
20      Now, some of these numbers are constructed
21  by me, taking what's reported, what you know from
22  this source and this source and this source, and
23  it's very difficult to find this last column, for
24  example, on page 1.
25      Q   Okay.

318

1      A   It is the theme behind the whole
2  newsletter.
3      Q   Okay.  And so this theme about supply and
4  price issues, is that what you're talking about?
5      A   Yes.
6      MR. OLSON:  Objection to form.
7  BY MR. TAKENOUCHI:
8      Q   This theme about supply and price issues,
9  was that in just this report or did you have many
10  reports over time that dealt with that issue?
11      MR. OLSON:  Objection; form.
12      THE WITNESS:  It's been discussed by me in
13  multiple reports.  I can't say many, but the concept
14  here of a production versus the value of that
15  production right here, that's what that is, has been
16  the subject of several reports.
17  BY MR. TAKENOUCHI:
18      Q   Do you know when you first started
19  recommending to producers that they might want to
20  look at their supply issues if they were concerned
21  about being a viable business?
22      A   I didn't -- I haven't said this before, but
23  it was inferred, that 40 percent of the time your
24  clients are losing money.  And that is a repeatable
25  concept as far as I went back in my career.  And I

319

1  started in 1957 with the year '57 analysis, and I
2  started in January of '58.
3      My experience was that that was frequent
4  enough, either -- either one month after another,
5  one year after another, or for that period that
6  that's a serious problem.
7      And when you relate it to the number of
8  eggs that are produced and the size of the flock and
9  all that, it's a very important relationship.
10      So much of my program had to do with
11  bringing that into line.
12      Approximately in a five-year period -- I
13  believe I testified to this yesterday, five or
14  six-year period is a cycle.
15      What I mean by a cycle, it means from good
16  to poor to bad to poor back to good annually.
17      And so I would say that there's two years
18  of poor, two years of fair, one year of good in
19  every cycle.  That's an important concept that maybe
20  outsiders don't realize, is that it's not a
21  continuously good or bad industry.  It's an
22  up-and-down situation.
23      One of the highest peaks of profitability
24  we had was in the last four or five years, and it
25  had to do with the high cost of corn and so on.  But

42 (Pages 316 to 319)

**HIGHLY CONFIDENTIAL**

320

1 the up was in three months and the down was in three
2 months.
3     Q And just to take that issue for a second,
4 you said the high price of corn?
5     A Yes.
6     Q Don't farmers -- do farmers have to pay for
7 corn? I'm not sure how -- prices may have gone
8 high, but didn't costs go up as well?
9     MR. OLSON: Objection; form.
10     THE WITNESS: Well, corn is the cost. Corn
11 is 65 percent of your cost.
12     So the price of corn being sold overseas
13 went way up. It went up to 30, 35 percent of the
14 total.
15     The amount that went into ethanol
16 production for fuel, that takes off a portion of the
17 feed stuffs that the poultrymen are used to using
18 and elevates the price of the remainder.
19     And so those things happening, and some of
20 those were -- you could blame on the federal
21 government for policies on fuel and so on. But
22 there's only so many acres to grow corn. And so I
23 got -- I started thinking maybe we're going to have
24 to contract with the corn grower to supply me only
25 with my corn.

321

1 BY MR. TAKENOUCHI:
2     Q Okay. So going back to the reports you did
3 for the cooperative extension, I think I'd asked if
4 you remembered when you first started telling
5 individual farmers or writing in newsletters that
6 there is a relationship between the supply of eggs
7 and the price of eggs?
8     A Soon as I was convinced that this was an
9 ongoing problem.
10     Q And when was that?
11     A Well, I can't tell you. It would have been
12 post 1958, because I would have to experience these
13 records coming in from my cooperators that said that
14 this is happening so often that it's pushing people
15 out of business.
16     Q And I understand past 1958, but can you put
17 it roughly in time? Is it the '70s, the '60s, the
18 '80s?
19     A Now, remember I told you that the cycles
20 are five years, so -- and you have two bad years in
21 a row and here is five years later you have it
22 again.
23     I can't tell you which year at the
24 beginning that this whole thing started, but it was
25 there long enough, frequently enough to start to say

322

1 something about that issue. I can't tell you the
2 first letter I ever wrote about that, I can't tell
3 you.
4     Q Was this before this Bell number 4 in 1994?
5     A Probably.
6     Q Do you think it is fair to say that the
7 USDA was aware of the recommendations made for
8 dealing with supply and price during this period?
9     MR. OLSON: Objection; form.
10     THE WITNESS: The economists were in the
11 nation -- in the USDA, rather, there might have been
12 10 or 20 economists that were concerned about
13 poultry.
14     Today it's just two or three statisticians,
15 but not Ph.D. economists working in poultry.
16 BY MR. TAKENOUCHI:
17     Q Looking back at this period in the 1990s,
18 did you see it as part of your job at the
19 cooperative extension to give advice to farmers
20 about how to deal with supply and price issues?
21     A Yes, I felt that was part of my
22 responsibility, yes.
23     Q Did you feel it was part of your mission?
24     MR. OLSON: Objection to form.
25     THE WITNESS: Mission is a broader concept

323

1 than procedures. I've felt -- I've always felt that
2 the -- that my mission is to work for a healthy
3 industry economically, and that's a moving target.
4 BY MR. TAKENOUCHI:
5     Q Do you think that the USDA was aware of the
6 recommendations you were making in the 1990s about
7 how to better match supply and, therefore, increase
8 price?
9     A The economists --
10     MR. OLSON: Objection to form.
11     THE WITNESS: There are economists I've
12 worked with all my life would be, yes.
13 BY MR. TAKENOUCHI:
14     Q And why do you say that?
15     A Why do I say that? Because it's true.
16     Q Did you talk with anyone about that?
17     A Oh, yes. There are so few economists
18 involved -- remember, all my data comes from the
19 USDA -- not all of it, but some of the bare material
20 comes -- because they have a better collection
21 system. I can get on the phone and find out what
22 one person is doing, but they have a thorough
23 collection system. I don't always agree with it,
24 their sampling procedures and so on.
25     But if I don't agree with it, then I modify

43 (Pages 320 to 323)

**HIGHLY CONFIDENTIAL**

---

324

1  it. I modify it and I say this is my
2  interpretation.
3      Q  But you talk with USDA economists about
4  your recommendation about how to better match supply
5  and demand and, therefore, affect prices?
6      A  Yes.
7      MR. OLSON:  Objection to form.
8  BY MR. TAKENOUCHI:
9      Q  Did anyone at the USDA ever tell you that
10  you shouldn't be making these kind of
11  recommendations?
12      A  No.
13      Q  Did anyone at any other government entity
14  ever tell you you shouldn't be making those
15  recommendations?
16      A  No.
17      Q  Sir, I want to refer you to Bell 8.
18      A  8.
19      Q  This is that August 2nd, 1999 United
20  Voices.
21      A  Okay. Go ahead.
22      Q  And I think what we were looking at in this
23  document was on page 3, and I believe there's four
24  numbers there -- 1, 2, 3, 4 -- those
25  recommendations. I don't know how to characterize

---

325

1  those.
2      Can I have this marked next in order,
3  please.
4      (Deposition Exhibit 29 was marked for
5      identification by the court reporter
6      and is attached hereto.)
7  BY MR. TAKENOUCHI:
8      Q  Sir, you've been handed what has been
9  marked as Bell 29.
10      A  Are we looking at 3 or 29?
11      Q  Let's look at 29, but leave 3 on the table.
12      A  Leave that for later?
13      Q  Yes.
14      MR. OLSON:  We're looking at 8?
15      THE WITNESS:  29.
16  BY MR. TAKENOUCHI:
17      Q  Yes, 8. Leave 8 on the table, but we're
18  looking at 29.
19      A  Okay.
20      Q  Do you recognize this document?
21      A  Yes.
22      MR. TAKENOUCHI:  For the record, this is
23  Egg Economics Update dated July 12, 1999.
24      Q  What is this document?
25      A  Yes -- pardon me.

---

326

1      Q  What is this?
2      A  It's a newsletter.
3      Q  Okay.
4      A  Number 217 in a series.
5      Q  Okay.
6      MR. OLSON:  Does this document have a Bates
7  number?
8      MR. TAKENOUCHI:  It does not have a Bates
9  number.
10      MR. OLSON:  It hasn't been produced?
11      MR. TAKENOUCHI:  It was on the public
12  website for the cooperative extension.
13      MR. OLSON:  But it hasn't been produced?
14      MR. TAKENOUCHI:  No.
15      Q  So drawing your attention here to this
16  document --
17      MR. OLSON:  All right. We'll just have a
18  standing objection to the questions about the
19  document that apparently hasn't been produced.
20      MR. TAKENOUCHI:  Okay.
21      Q  So looking at this document, on the first
22  page there, Mr. Bell, do you see that headline
23  there?
24      A  Yes.
25      Q  It says, "California's Egg Industry Record

---

327

1  One Week Loss - $2 million"?
2      A  Yes, I see that.
3      Q  What does that mean?
4      A  That means that the eggs were being sold at
5  a price $2 million less than it cost them to produce
6  them.
7      Q  And was that a problem?
8      A  Was that a problem? What do you think?
9  Excuse me, I'm not supposed to ask that.
10      It's a problem if you lose money, yes, in
11  anything.
12      Q  Was it a particular problem for the egg
13  industry? People lose money all the time, right?
14      MR. OLSON:  Objection to form.
15      THE WITNESS:  At those levels, I think you
16  see as much as a 22-cent loss per dozen. Every
17  dozen eggs you produce, you lose 22 cents a dozen.
18  It doesn't take too long before you can't pay your
19  feed bill or any of the other costs, and it's part
20  of being pushed out of business.
21  BY MR. TAKENOUCHI:
22      Q  I want to draw your attention to the second
23  page.
24      A  Go ahead. The second page.
25      Q  The title here is, "Removing Flocks Early

---

44 (Pages 324 to 327)

**HIGHLY CONFIDENTIAL**

328

1   That Fail to Cover Variable Costs of Production."
2       A   Uh-huh.
3       Q   Do you remember making this recommendation?
4       A   Yes.
5       Q   And what is the recommendation?
6       A   That if you're not covering your costs and
7   you don't have any foreseeable future that you will,
8   you'd better get rid of them.
9       Q   Now, why would you have to recommend this?
10  Isn't that basic economics or basic business sense?
11      MR. OLSON:  Objection to form.
12      THE WITNESS:  Well, thank you.
13  BY MR. TAKENOUCHI:
14      Q   Why do you have to recommend this?
15  Shouldn't people know that anyway?
16      A   Why do you have to refresh people on the
17  facts of life?  That's what this is.  This is a
18  demonstration of these relationships.  And you are
19  trying to give an example, and what you're really
20  trying to do is encourage them to run the analysis
21  themselves.
22      And the way you run the analysis yourself
23  is you take one flock at a time, not the entire
24  company, one flock at a time, and determine what its
25  costs are and what its income is.

329

1       Now, its income is going to be varied -- we
2   talked about this yesterday -- egg quality goes
3   down, egg production goes down so every flock is
4   unique.
5       So you then have to step forward and say
6   what's it going to be next week and the month after
7   and the month after.
8       And if they don't match, then you should
9   get rid of them now before they've accumulated
10  losses.
11      Q   So drawing your attention to the third page
12  of this document --
13      A   Third page.  Okay.  Is there a third page?
14      Q   Yes.
15      A   There it is.  Go ahead.
16      Q   There you are.
17      So if you look at that, do you see those
18  four bullet points there?
19      A   Yes.
20      Q   Do you recognize this?
21      A   I did this report, yes.
22      Q   Okay.  Are these the same bullet points
23  that are in Bell Number 8?
24      MR. OLSON:  Objection; form.
25      THE WITNESS:  We have to get Bell Number 8

330

1   out, I guess.
2   BY MR. TAKENOUCHI:
3       Q   I think it is right there in front of you.
4       A   This one?  Yes, here is number 8.  Go
5   ahead.
6       Q   If you can compare what you have in the
7   document in front of you, Bell 29, with that page in
8   Bell 8, do those look like the same recommendations?
9       MR. OLSON:  Objection; form.
10      THE WITNESS:  I'm sure the general tone is
11  the same.  The numbers are monthly versus annually.
12  It would take a while to -- what's the dates on
13  these two reports?  '99 and -- '99 -- they are
14  almost exactly the same date.  This one -- is this
15  one from this one?  This date here is August '99.
16  This date is July '99.  So this one preempts this
17  one.  And I can't imagine that my thinking process
18  has changed.
19  BY MR. TAKENOUCHI:
20      Q   So referring to Bell Number 29 with the
21  date of July 12th, 1999 --
22      A   Okay.  Go ahead.
23      Q   -- you'll notice that this one has that
24  University of California disclaimer on the bottom
25  there?

331

1       A   On the letter itself.
2       Q   Would this document have been pubically
3   available back in 1999?
4       MR. OLSON:  Objection to form.
5       THE WITNESS:  Oh, yeah.  This is page 4 --
6   page 3 of a single cover sheet, so this entire --
7   this document down at the bottom is one sheet, but
8   it is in two or three articles, two or three
9   comments.
10  BY MR. TAKENOUCHI:
11      Q   And these are the kinds of articles and
12  reports that you would make pubically available?
13      A   Sure, I would prefer to do one subject at a
14  time, but what we're talking about, losses and where
15  we are headed as a result and removing flocks early
16  as an alternative or possibility.  So it's just a
17  series of thoughts leading to solution of the first
18  thought.
19      MR. OLSON:  Objection to form.
20  BY MR. TAKENOUCHI:
21      Q   So referring to -- so with reference to
22  Bell Number 29 here, this July 12th, 1999 --
23      A   That's what I'm looking at.
24      Q   Okay.  At that point when you wrote this
25  document, were you a contractor for UEP?

**HIGHLY CONFIDENTIAL**

332

1     A   No.  I don't think I became a contractor
2   with UEP until 2001, did I?  Isn't that right?
3     Q   Yes, it is.
4     A   Nobody is listening.
5     Q   We're listening.
6     A   There is a document here that says when I
7   did become.  I think it was 2001.  That's when I
8   retired, so it makes sense.
9     Q   Okay.  So I just have one more line of
10  questions here.
11        MR. GODLSTEIN:  Before you start, at some
12  point I'm going to ask you for a time of testimony
13  because I feel like we're starting to get close to
14  our seven-hour mark, and at that point I want to be
15  able to put an objection on the record.
16        MR. TAKENOUCHI:  Do a break and we'll get a
17  count.
18        MR. OLSON:  Do we really need a break?  Why
19  don't we put the objection on now and he can finish.
20        MR. TAKENOUCHI:  We're just burning up
21  time.  Let's take a two-minute break.
22        Let's go off record.
23        THE VIDEOGRAPHER:  The time is
24  approximately 3:42 p.m.  We're going off the record.
25        (Recess.)

333

1         THE VIDEOGRAPHER:  The time is
2   approximately 3:44 p.m., and we're back on the
3   record.
4   BY MR. TAKENOUCHI:
5     Q   Mr. Bell, directing your attention to Bell
6   Number 14, Bates number BELL-D-28020, if you look on
7   the eighth page of this document, do you see at the
8   bottom there it says, "The Europeans have" --
9     A   I'm trying to find the Number 8.
10    Q   The Bates numbers.
11    A   My page number, not yours.  I got it.
12        Go ahead.
13    Q   Do you see that bottom paragraph saying,
14  "The Europeans have recognized"?
15    A   Yes.
16    Q   Okay.  What were you saying in this
17  paragraph?
18    A   Basically how long to implement the
19  recommendations or requirements of the plan, the
20  animal welfare plan.
21        The Europeans recognized the need that you
22  couldn't do it overnight, that it would take some
23  time, and this is the application of that same
24  principle to enacting these rules in the United
25  States.

334

1     Q   What would have happened if there hadn't
2   been this phasing-in period for these cage space
3   guidelines?
4         MR. OLSON:  Objection; form.
5         THE WITNESS:  Well, an example is you might
6   get all the attorneys in the United States getting
7   after the regulators and saying that you're going to
8   put the whole business -- whole business out of
9   business.
10        There's an example of that when the United
11  States Department of Agriculture came into
12  de-populate chickens that had a disease.  The
13  Californians said wait a minute, you can't do that
14  overnight and went to court and it stopped it.  The
15  USDA was stopped.
16        And so then they said, well, we have to
17  have more time to make these decisions and develop
18  policy.  That's what's going on here.  You just
19  don't make changes overnight with six-month-old
20  bunch of birds, you don't kill six-month-old birds.
21        So just from logistic standpoint, the
22  transition period is very critical.
23  BY MR. TAKENOUCHI:
24    Q   If there hadn't been that transition period
25  for the cage space portion of the guidelines, what

335

1   would the effect have been on egg prices?
2         MR. OLSON:  Object to form.
3         THE WITNESS:  Well, I don't think it would
4   be enforceable to think that anybody could do it
5   overnight.  Transition can be as much as one day,
6   one year, ten years, whatever.
7         We know what this was requested here as far
8   as transition period, but if it was a transition
9   period of one year, it would have been a
10  catastrophe.
11  BY MR. TAKENOUCHI:
12    Q   And what would be the price effects of that
13  catastrophe?
14    A   Probably you couldn't pay for the eggs, and
15  then the market would be disrupted, eggs would not
16  travel across the country.
17        Price would escalate, the consumer would
18  have to foot the bill, and then you might even have
19  a shortage.
20        You might have a shortage to the point that
21  a supermarket chain might just run out of eggs,
22  period, for a day or two, if there was no orderly
23  transition.
24    Q   You can put that aside.  I just have a
25  couple final questions here.

46 (Pages 332 to 335)

**HIGHLY CONFIDENTIAL**

336

1      Mr. Bell, do you think the Scientific
2  Advisory Committee was a sham designed to just
3  rubber-stamp an effort by egg producers to inflate
4  prices?
5      A  Absolutely not.
6      MR. OLSON:  Object to form.
7  BY MR. TAKENOUCHI:
8      Q  Let me ask it again.  Give him a second to
9  object and you can answer.
10     A  Go ahead.
11     Q  Mr. Bell, do you think the Scientific
12  Advisory Committee was just a sham to rubber-stamp
13  an effort by egg producers to inflate prices?
14     MR. OLSON:  Objection to form.
15     THE WITNESS:  Now am I supposed to answer?
16  I said "Absolutely not."
17  BY MR. TAKENOUCHI:
18     Q  At any time while the committee was doing
19  its work, did anyone ever tell you that the
20  Scientific Advisory Committee was a sham designed to
21  rubber-stamp a conspiracy to inflate egg prices?
22     MR. OLSON:  Objection to form.
23     THE WITNESS:  No.
24  BY MR. TAKENOUCHI:
25     Q  Did any members of the Scientific Advisory

337

1  Committee ever say that they felt their role was to
2  help the industry suppress the supply of eggs and,
3  thereby, increase egg prices?
4      A  No.
5      MR. OLSON:  Objection to form.
6  BY MR. TAKENOUCHI:
7      Q  If the goal of the Scientific Advisory
8  Committee had been to inflate egg prices, do you
9  think the members of the Scientific Advisory
10  Committee would have participated in the committee?
11     A  Not the specific members --
12     MR. OLSON:  Objection to form.
13     THE WITNESS:  The composition of the
14  committee would be totally different.  If the issue
15  was health of the industry or economic health or
16  what have you, this committee had its expertise in
17  animal welfare, period.
18     I was the only one that ever was concerned
19  about the economics of what was going on or being
20  recommended, but animal welfare was the driver in
21  this committee.
22     MR. GODLSTEIN:  It is getting late in the
23  day.  Just try to remember Steig.  Give him a minute
24  after his question.
25     THE WITNESS:  How much longer?

338

1      MR. GODLSTEIN:  Don't just jump over Jason
2  and answer.  So pause before you answer.
3      THE WITNESS:  Well, I thought we were
4  limited on time here.
5      MR. GODLSTEIN:  We're not limited on time,
6  but everybody has to say something.
7      THE WITNESS:  That's fine, and I'll stay as
8  long as I can.  I thought people can't say what
9  they're objecting to.
10     MR. OLSON:  He's asking you to take a brief
11  pause after the question.
12  BY MR. TAKENOUCHI:
13     Q  Mr. Bell, did you initiate any discussions
14  during your service on the Scientific Advisory
15  Committee where you had the goal of increasing egg
16  prices?
17     A  I didn't have the role of increasing egg
18  prices as a member of the committee.
19     I'm able to separate -- I'm able to
20  separate topics, and today we're going to talk about
21  animal welfare and tomorrow I'm going to still be
22  concerned about egg prices.
23     Q  That's all.  I think there might be some on
24  the phone who might have questions.  Thank you.
25     MR. MONICA:  This is John Monica.  We're

339

1  not going to be asking questions.  We've got an
2  annoying fire alarm, so we're waiving it.
3      THE WITNESS:  I didn't think the topic was
4  that hot.
5      MR. TAKENOUCHI:  Is there anyone else on
6  the phone?
7      Okay.  I don't hear anything.
8      THE WITNESS:  Are they all together in one
9  place?
10     MR. OLSON:  So for the sake of everyone,
11  Mr. Bell, we don't have any pressing need for
12  additional questions at this time.
13     As we've discussed with Mr. Bell's counsel,
14  documents are still being produced that we're going
15  to review.  We understand that we're going to be
16  given the opportunity to come back for some
17  additional time that we'll discuss with Mr. Bell's
18  counsel.
19     MR. GODLSTEIN:  Correct.
20     MR. OLSON:  Thank you.
21     THE VIDEOGRAPHER:  This concludes today's
22  video deposition of Don Bell, Volume II.  The total
23  number of media used was 3.  The time is
24  approximately 3:53 p.m., and we're off the record.
25     (TIME NOTED:  3:53 p.m.)

47  (Pages 336 to 339)

**HIGHLY CONFIDENTIAL**

340

1        ACKNOWLEDGMENT OF DEPONENT
2        I, DONALD L. BELL, do hereby certify
3  that I have read the foregoing transcript of my
4  testimony, and further certify that it is a true
5  and accurate record of my testimony (with the
6  exception of the corrections listed below):
7  Page  Line        Correction
8  ___|___|_____|_____
9  ___|___|_____|_____
10  ___|___|_____|_____
11  ___|___|_____|_____
12  ___|___|_____|_____
13  ___|___|_____|_____
14  ___|___|_____|_____
15  ___|___|_____|_____
16  ___|___|_____|_____
17  ___|___|_____|_____
18  ___|___|_____|_____
19  ___|___|_____|_____
20
21      _____
        DONALD L. BELL
22
  SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS _____ DAY OF _____, 20___.
24
  _____  _____
25  (NOTARY PUBLIC)    MY COMMISSION EXPIRES:

341

1      I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4      That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were placed under oath; that a
8  true and correct record of the proceedings was made
9  by me using machine shorthand which was thereafter
10  transcribed under my direction; further, that the
11  foregoing is an accurate transcription thereof.
12      I further certify that I am neither
13  financially interested in the action nor a relative
14  or employee of any attorney of any of the parties.
15      IN WITNESS WHEREOF, I have this date
16  subscribed my name.
17  Dated:  8/26/13
18
19
      _____
20      DENISE BARDSLEY
      CSR No. 11241
21
22
23
24
25

48 (Pages 340 to 341)

**HIGHLY CONFIDENTIAL**

1

---

**A**

ability 241:20 314:8
  314:16
able 187:25 332:15
  338:19,19
absolutely 277:6
  312:21 316:8
  336:5,16
absorb 316:5
academia 275:19
academic 276:10
acceptable 242:23
access 284:14 311:2
  311:14
accomplish 183:20
  193:7 200:21
  242:1
accounting 230:4
accrued 184:21,23
accumulated 329:9
accurate 340:5
  341:11
acknowledgement
  247:19 248:1,4
acknowledgment
  340:1
acre 162:3 173:20
acres 320:22
action 163:13
  172:23 174:8
  341:13
actions 155:7 156:7
activist 267:14
activities 298:18
activity 298:16
  299:21,21
actual 195:18
add 192:25 193:20
  195:20 201:10
  277:8
added 273:3 297:1
additional 224:18
  257:17 339:12,17

address 226:6
  235:22 245:8,9
  266:16 269:2
administer 172:22
administered 175:2
administrative
  308:8
administrators
  310:4
adopt 224:16
adopted 238:3
  242:14
adoption 279:9
advantages 224:10
advice 248:7,14
  322:19
advised 178:14
advisor 308:13
advisors 303:15
advisory 169:19
  178:20 233:13,20
  234:2,3,23 237:19
  242:10,16,22
  243:8 265:14
  266:4,24 278:23
  289:20,22 294:11
  294:22 295:19,25
  298:7,18 299:9,13
  300:24 301:11,23
  302:1 336:2,12,20
  336:25 337:7,9
  338:14
affect 188:21 207:13
  210:11 220:1
  259:19 324:5
affiliation 293:14
afford 207:19
  275:15
afield 315:11,12
afternoon 257:22
  263:6
age 230:10 231:11
  232:11,15
agencies 311:12,15

ages 227:25 228:1
aggressive 198:5
ago 205:3 228:4,22
  228:23 229:12
  246:5 269:23
  286:18 287:4
  290:14,15 297:25
  315:9
agree 172:18 219:21
  276:18 323:23,25
agreed 257:18 299:3
  300:8
agreement 172:25
  195:12 262:6
  296:11,15 298:2,5
  299:4,7,9,10,15
  300:11,22,25
  301:15
agreements 222:13
agriculture 207:5
  303:12,12,15
  306:14 307:15,16
  312:5 334:11
ahead 180:14
  182:15 190:1
  193:14,15 203:22
  210:3 229:13
  237:4 238:17
  242:13 245:2
  255:3 256:10
  258:8,13 262:4
  274:4 275:7
  278:17 280:4
  282:13 285:12,18
  288:24 293:12
  294:18,20 296:5
  302:21 306:3
  311:16 315:14
  324:21 327:24
  329:15 330:5,22
  333:12 336:10
al 169:5 216:4,10
  249:13,24 250:10
  251:1 294:8

alarm 339:2
alive 180:7
allen 162:5 173:19
allocated 237:24
allowance 182:22,25
  183:3 219:12
allowances 177:23
  179:22 180:22
  192:18 194:14
  195:24
allowed 222:19
  243:24
alternative 248:24
  331:16
altogether 273:16
  277:21
ambiguous 292:9
american 299:25
amount 183:23
  225:8,13 257:16
  320:15
amounts 225:13
analyses 201:16
  317:3
analysis 184:3 186:7
  278:25 317:6
  319:1 328:20,22
animal 168:17
  169:20 170:5
  180:2 184:15
  206:3,15 233:14
  235:11 237:7
  255:13 264:14,17
  265:11,16 266:4,5
  267:4,12,14 293:1
  333:20 337:17,20
  338:21
animals 267:18
animalscience 269:2
annoying 339:2
annual 179:12,18
  188:6 228:24
annually 190:6
  218:25 319:16

HIGHLY CONFIDENTIAL

2

330:11
**answer** 187:21
212:24 229:6
267:25 279:22
291:11,16 292:9
301:17 303:2
304:22,23 305:1,6
305:18,18 336:9
336:15 338:2,2
**answered** 226:2
283:25 303:1
**answers** 192:20
**anticipate** 179:20
180:19 182:1
183:5 184:2
**anticipated** 180:25
181:15 185:10
186:6
**antitrust** 155:4
156:4 172:16
249:15 250:1,11
251:8,12
**anybody** 236:8,13
242:2 310:23
314:5 335:4
**anyway** 276:2
277:14 281:24
328:15
**apologies** 288:8
**apologize** 311:22
**apparently** 178:4
213:21 233:25
256:22 326:19
**appearance** 158:8
159:20 160:8,19
161:8,15,23
162:12 163:11,16
164:8,16 165:11
165:20 166:11,21
218:12
**appearances** 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1

167:1
**appears** 205:7
211:22 212:2,22
213:7,13,15 247:3
261:18
**apples** 205:19,19
**applicable** 311:23
**application** 333:23
**applies** 155:6 156:6
241:4
**apply** 213:16,17
**appreciate** 229:9
250:21
**approximately**
172:5 206:7
215:20,24 244:8
244:15 262:21
263:1 304:12,18
319:12 332:24
333:2 339:24
**april** 206:16 252:24
253:3 254:12
**arch** 160:5
**area** 168:18
**areas** 263:12
**argue** 267:6
**arguments** 220:15
**arizona** 304:1
**arm** 267:13
**arthur** 162:4 173:20
**article** 226:12
231:18 261:11
271:6
**articles** 331:8,11
**aside** 202:24 206:1
209:20 215:10
219:23 220:6
223:10,13 228:7
233:3 244:4
246:16 260:4
275:7 278:17
289:14 302:5
335:24
**asked** 177:4,7,9

220:19,21,25
221:22 225:2
226:1,3,8 249:20
252:1 268:12
272:21 277:1
290:15 292:10
293:3 302:25
309:1,25 321:3
**asking** 250:25 274:7
282:14 338:10
339:1
**asks** 255:5
**aspect** 176:21 177:1
243:3 250:23
**association** 179:18
259:1
**assume** 178:25
197:12 241:4
270:22 272:6
287:6
**assumed** 298:12
**assumption** 198:5,6
249:18,19
**assumptions** 246:11
**attach** 226:11
**attached** 175:20
203:8 209:24
215:13 220:9
228:10 233:6
236:17 244:13
246:19 252:8
253:4 258:2 260:7
271:22,23 272:9
315:1 325:6
**attaches** 176:7
**attaching** 272:5
**attachment** 169:6
170:15 216:5
**attempt** 205:25
297:5
**attempted** 208:14
**attend** 179:7 298:13
**attendance** 179:13
**attended** 179:17

228:18,20 232:4
289:1,12
**attendees** 230:9
231:9 232:23
**attending** 301:5
**attention** 264:21
268:21 284:21
293:6 326:15
327:22 329:11
333:5
**attorney** 157:6,15
158:13 159:6,15
160:14 162:17
165:6 166:6,16
249:20 341:14
**attorneys** 162:7
163:17 334:6
**audio** 172:17
**august** 155:16
156:16 172:1,6
204:17,18 205:7
237:12 324:19
330:15
**author** 258:21
**authored** 258:22
**authorized** 172:22
**authors** 247:20
276:4
**automatically**
204:11
**available** 213:14
226:7 275:14
331:3,12
**avenue** 157:7
161:12 162:8
165:7
**average** 188:6
**avian** 269:2,7
274:13,24
**avoid** 179:2
**aware** 192:16 222:7
223:13 266:21
315:16 316:10
322:7 323:5

**B**

baby 226:21
back 184:1 200:7
  202:7 203:13
  205:23 207:18
  215:24 220:15
  222:1 228:25
  241:8 243:21
  244:15 248:16
  252:1 254:12
  255:2 257:16
  263:2 267:20
  270:5 272:15
  274:18 275:23
  293:24 297:1
  304:19,25 305:4
  305:17 308:15
  315:15 317:18
  318:25 319:16
  321:2 322:17
  331:3 333:2
  339:16
backfill 186:9,9,13
  186:17 227:3
backfilling 185:8,10
  185:14,25 186:5
  220:21 221:1,5,11
  221:14,16 222:8
  222:17 223:15,19
  224:18,25 225:6
  225:24 226:13
  231:5,11,16,25
  232:5 243:24
background 177:16
backwards 288:8
bad 300:16 319:16
  319:21 321:20
bahan 235:6,9,12
baker 159:13
  165:16 173:18
balancing 180:16
bardsley 155:22
  156:17 172:9

341:20
bare 323:19
barrie 294:1,21
  295:12,24
barry 205:11,17
base 277:14 313:25
based 183:14 184:2
  206:18 209:15
  210:14 219:24
basic 297:23 306:6
  328:10,10
basically 197:10
  199:12 225:10
  262:11 269:21
  285:5 333:18
basing 209:13
basis 271:20 309:19
  311:11
bates 168:19,24
  169:7,12,16,23
  170:7,10,16,19,23
  171:9 203:14,21
  203:25 216:6
  228:13 246:24
  252:19,21 258:6
  258:10 260:15,19
  264:3,9 268:10
  278:18 284:19
  285:16 288:16
  290:22 296:13
  326:6,8 333:6,10
batesnumbered
  272:16
batesstamped
  175:25 210:4
  220:12 233:9
  236:22 244:19
beak 267:17
began 206:15
  317:12
beginning 156:15
  183:16 187:15
  205:15 262:24
  304:15 321:24

begins 247:18
begun 206:7
behalf 156:13
  173:25 263:9
believe 198:20,25
  199:8,8 207:7
  208:21 219:18
  234:4,19 237:8
  242:2 243:6
  245:23 259:20
  261:9 269:17,20
  270:6 271:20
  274:14 275:9
  290:15 297:2
  303:17 319:13
  324:23
bell 155:14 156:12
  168:3 169:5
  171:14 172:8
  174:18 175:1,7,24
  176:1 194:19
  203:10 210:1,6
  215:15,16 216:2,2
  216:14 220:11,13
  228:12,16 229:2
  230:12 233:8,11
  236:19 244:18,19
  245:4 246:21
  247:20 249:11
  252:10,23,23
  253:10,16 262:20
  263:1,6 264:3
  268:7 272:16
  275:8 278:18
  284:17,19 285:15
  288:9,9 289:13,15
  290:11,20 292:16
  292:18,20,22
  295:1 296:9 302:5
  304:17 305:20
  311:3,17 317:6
  322:4 324:17
  325:9 326:22
  329:23,25 330:7,8

330:20 331:22
  333:5,5 336:1,11
  338:13 339:11,22
  340:2,21
bell002761 168:24
  210:5
belld00000024
  170:23 258:10
belld0002811
  246:25
belld00028111
  170:16
belld00028597
  170:7 236:22
belld00028600
  169:12
belld0028600
  220:12
belld28020 333:6
belld28597 278:18
belld31284 285:16
bells 168:21 169:9
  271:25 339:13,17
benchmark 205:18
benefit 179:20 181:1
  181:1,2,3,10,16
  182:1,3 183:5,7,10
  183:13,14 184:3
  184:10,20,23
  191:4 213:24
  279:8
benefits 180:20,24
  182:5 265:16
  266:7,19 283:11
benson 162:15
  174:14
best 175:12
better 184:11,11
  200:4,4,15,17
  201:6,7 202:11,21
  246:8 281:21
  300:2 323:7,20
  324:4 328:8
beverly 172:8

HIGHLY CONFIDENTIAL

4

**beyond** 219:20
  231:17,18
**bibliography** 279:5
**big** 222:22 229:23
  267:19 282:6
  297:15
**bigger** 276:22 300:2
**bill** 327:19 335:18
**billion** 217:20 218:3
**biological** 279:7,13
**bird** 190:4 193:7,8
  199:13,16,22
  218:12 232:17
  237:23 238:4
  241:24,25 283:23
**birds** 190:5 191:19
  195:2,7,16,22
  196:1 221:18
  222:14,23 234:25
  236:2 237:24
  240:14,14 241:14
  274:14 281:12,18
  281:25 282:24
  283:1,3,8,8,8,9
  334:20,20
**bit** 187:3 230:1
  255:2 259:4
  268:12,13 298:25
**blackandwhite**
  199:4
**blame** 312:13
  320:20
**block** 163:14 173:11
  174:8
**board** 299:25
**boils** 250:5
**bold** 225:9
**book** 258:23 275:9
  275:12,14,20,21
  275:22 276:2,15
  276:17,20,21
  277:2
**bottom** 186:22
  198:17 208:9

224:15 227:2,3
  229:18,19 246:25
  247:19 261:20
  268:24 288:15
  293:13 301:3,4
  311:21 312:3,22
  313:14 330:24
  331:7 333:8,13
**bracket** 198:7
**brandnew** 192:25
**break** 175:15
  215:17 244:5
  263:17 303:22
  332:16,18,21
**breakdown** 307:1
  307:19
**brief** 244:22 245:1
  338:10
**briefly** 176:2,3
  196:15 204:2
  236:24
**briggs** 161:18
**bringing** 319:11
**broader** 322:25
**broadway** 158:14
**broilers** 269:12
**brothers** 164:10
**brought** 276:4
**brown** 163:15 174:7
  174:7
**bryce** 166:15 173:24
**buchanan** 163:6
**build** 189:19 192:25
  208:3
**building** 188:24
  189:3,8 192:14
  194:25 196:8
  221:21
**built** 191:6 285:3
**bulk** 277:19
**bullet** 329:18,22
**bullets** 261:14
**bunch** 297:10
  334:20

**burning** 332:20
**business** 230:9
  231:10 232:23
  318:21 321:15
  327:20 328:10
  334:8,8,9
**buy** 193:2 279:15
**buyers** 214:3

—————————

**C**

**cage** 176:23 177:1
  177:17 179:22
  180:22 183:22
  188:12 189:17
  196:24 207:10
  219:2,12,25 221:8
  221:12 222:4,9
  223:16 234:24
  235:15,20 236:12
  238:20 239:19
  240:9,13,14
  241:21 242:7,11
  242:22 243:11
  253:19 255:6
  265:17 266:6,8,13
  266:19,23 281:12
  282:4,5,9,11,15,19
  282:24 334:2,25
**cages** 183:25,25
  185:25 186:12
  235:21 239:3,24
  240:15 241:14
  242:25 246:6
  267:16 281:22,22
  285:8
**calculate** 208:15
**california** 155:15
  156:15 159:4,8
  162:18,19 171:12
  172:1 174:17
  209:16 215:2,6
  247:21,22 274:20
  275:2,4 297:19
  303:7 304:1

306:20,21,22,23
  307:2,3,4,8,24
  308:5,8 309:6
  310:2 311:25
  312:4 313:20
  316:21 330:24
  341:2
**californians** 334:13
**californias** 326:25
**called** 176:10 278:6
  305:24
**calls** 253:18
**calmaine** 161:10
**campbell** 163:16
  173:10,10
**campus** 303:9,10
  306:12
**cant** 193:10,12
  207:19 214:8
  233:1 257:7
  263:19,23 269:20
  281:8 291:3
  307:19 318:13
  321:11,23 322:1,2
  327:18 330:17
  334:13 338:8
**capable** 226:7
**capacity** 188:18,19
  188:25 196:7
**caption** 172:14
**care** 182:7 230:9
  231:10 232:23
  300:18
**career** 286:24
  308:13 318:25
**carried** 297:24
**carton** 278:8
**case** 172:15,16
  200:9 205:6
  213:15 234:22
  257:11,12 264:23
  268:3 309:16
**cases** 207:7 223:15
  236:3

HIGHLY CONFIDENTIAL

catastrophe 335:10
335:13
catastrophic 222:16
222:21
category 261:13
cause 178:16 256:2
caused 206:8
caution 195:6
cautioned 195:15,25
196:1 225:10
cautioning 195:6
196:9
caveat 200:13
cellular 172:20
cent 225:20
center 161:5,19
192:12 299:23
cents 198:11,14
224:20 225:20
277:18 327:17
certain 183:17
186:8
certainly 195:21
280:13
certified 156:17
341:1
certify 340:2,4
341:3,12
cetera 269:14,14,14
chain 311:6 335:21
chairman 235:5,10
chairperson 179:15
chance 176:1 196:15
244:22 291:4
change 191:13
218:14 227:22
235:21 241:20,25
246:10 255:5
261:18 273:24
276:20
changed 192:3
280:14 330:18
changes 178:14
188:2 236:12

252:2 253:12,17
255:13 262:6,8,9
267:11,11 274:2
334:19
changing 171:7
261:12
chapter 258:16
275:9,12,20
277:12
chapters 276:8
characterize 257:2
324:25
chart 182:10
charter 245:7
check 298:11
chicago 163:19
165:8,18 169:22
291:8,24 292:1
chick 226:25 227:1
chicken 180:6
188:18,23 192:2
221:14 256:2
284:13 316:15,16
chickens 180:1
187:17 191:11,15
227:23 259:18
265:20 267:1
316:4,7,10,14,18
316:21 334:12
chicks 197:22
206:15 207:19
226:21
chilson 230:3,3
choice 186:8
cholesterol 192:6
chronological
238:16
cincinnati 166:18
circle 202:7
circumstances
219:19
city 172:14
claim 222:22
clarify 193:13

263:10
clark 163:18
classes 304:7
clean 295:24 298:24
clear 181:8,15 202:8
204:23
client 275:17
clients 269:10 314:1
318:24
clippings 192:5
close 262:6 309:1
332:13
cm00430620 168:19
203:25
cm430620 264:4
coast 274:13
coauthors 276:21
coincides 299:16
collection 323:20,23
column 317:23
com 157:10,19
159:19 160:18
162:11,21 163:21
163:22 165:10
166:10,20
combination 219:18
248:22
combinations
211:23 212:3
213:8
come 241:5 251:19
254:12 257:16
271:18 306:16,18
307:14,15 314:2
339:16
comes 207:4 276:16
306:21 311:12
323:18,20
comfortably 243:7
coming 321:13
comment 185:13
241:15,19 314:11
commentary 168:23
169:11 268:15,18

272:18
comments 198:16
235:5 254:5,13
268:24,25 269:1
331:9
commercial 248:23
258:18
commission 247:22
340:25
committee 169:14
169:19,20 178:14
178:19,20,22
179:8,16 228:17
233:13,14,20,21
234:2,3,5,11,20,23
235:11,13 237:19
240:12 242:10,16
242:22 264:25
265:8,12,14 266:3
266:4 278:23,24
289:9,17,21
294:11,22 295:6
295:19,25 298:7
298:13,19 299:9
299:13 300:24
301:11,23 302:1
310:17 336:2,12
336:18,20 337:1,8
337:10,10,14,16
337:21 338:15,18
committees 243:8
265:9 266:24
267:3
commodity 310:2
common 230:2
240:17,18
communicate
310:18
communicated
271:9
communication
269:10
companies 180:4
184:16 186:12,16

HIGHLY CONFIDENTIAL

6

206:7 208:12
211:14,15 227:21
230:7
**company** 165:15
180:8 208:22
229:24,25 230:5
328:24
**companys** 214:7,7
**comparable** 262:9
**compare** 330:6
**compared** 212:12
248:25
**comparing** 205:19
**compensate** 218:22
**compensation** 298:6
301:6
**complete** 231:18
257:14 263:20,24
**complex** 188:24
227:4,5,24,24
**complexes** 189:4
191:6 192:14
285:3
**compliance** 197:6,9
197:20 198:1
**comply** 181:20,22
**components** 241:2,3
241:3
**composition** 337:13
**comprehensive**
276:7,22
**compromise** 178:25
**computer** 269:10
**concentration**
200:11
**concept** 185:7 186:5
218:14 222:24
318:13,25 319:19
322:25
**concepts** 282:17
**concern** 221:10
222:7 223:14,23
224:2,5,7,8,24
225:23 238:12

267:4 314:22
**concerned** 221:5,7
222:3 225:12
226:5,5 232:2
237:1 250:16
256:12,18 318:20
322:12 337:18
338:22
**concerns** 225:7
243:13
**concludes** 262:19
339:21
**conclusion** 236:9
241:6
**conclusions** 217:24
225:5 261:14
**condemn** 211:16
**condemning** 211:18
**conditions** 198:8
201:20 217:18
246:9 265:21
**confidential** 155:13
**confidentially** 230:7
**configuration** 240:9
240:13 282:11
**confirm** 246:3
**confirmed** 280:6,11
280:20,23
**confronted** 224:4
**cons** 224:10
**conservative** 190:9
190:11,25 191:1
198:6
**consider** 255:25
256:1 280:24
**considerable** 218:13
**consideration**
184:18 190:21
191:14
**considered** 188:7
189:5 192:10
270:10 306:18
**considering** 279:3
**consistent** 178:21

204:21 219:1,10
220:2 227:9,11
265:2
**conspiracy** 336:21
**constant** 189:1
192:1,1 199:18
**constructed** 317:20
**consultant** 296:11
298:2,5 299:3
300:11
**consumer** 259:23
260:3 277:19
335:17
**consumers** 171:7
192:5 259:25
**consumption**
191:12
**contact** 311:8
**contemplated**
180:21
**context** 195:23
206:20 266:24
305:2
**continuation** 276:14
**continue** 206:9
263:20 310:11
**continued** 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
169:1 170:1 171:1
299:17
**continues** 224:17
246:13
**continuing** 242:3
279:22 299:20
300:3
**continuously** 319:21
**contract** 312:25
313:2 320:24
**contractor** 331:25
332:1
**contribute** 269:9
**control** 309:14

310:25 314:4,4
**controlled** 269:22
**controversial**
256:23
**conversations**
172:20
**convinced** 310:4
321:8
**cooperating** 209:14
312:5 313:24
**cooperative** 171:11
249:19 302:22
303:6,11,20 304:5
306:5,15 307:25
308:2,4,18 309:8,9
311:9 313:6,8,11
321:3 322:19
326:12
**cooperators** 308:25
321:13
**copy** 234:16,17
268:15 272:4,8
287:8 289:6,12
290:5
**corn** 248:22,22
319:25 320:4,7,10
320:10,12,22,24
320:25
**corner** 260:18,21
286:8
**corners** 306:13
**correct** 176:10
177:14 197:12,23
216:24 218:19
235:25 239:1,6
265:14 271:1
276:12 287:6
292:8 300:22,25
314:20 339:19
341:8
**correction** 340:7
**corrections** 340:6
**correctly** 260:13
**correlated** 206:22

correspond 230:1
corresponded 229:24
correspondence 257:6
cost 190:4,5 201:21 214:2,3 297:13,15 297:15 299:22 319:25 320:10,11 327:5
costs 190:6,7,8,16 213:18 217:10 260:2 278:4,10 279:17 297:21 320:8 327:19 328:1,6,25
couldnt 180:3 316:5 333:22 335:14
counsel 172:11 173:6 174:21 185:17 291:14 339:13,18
count 332:17
counterpart 299:18
counting 283:7
country 215:7 230:6 281:17 307:6 335:16
counts 185:24
county 306:18 307:9 308:14,22 312:8
countys 306:25
couple 185:1 197:4 208:1 302:17 335:25
course 181:10,16 184:4 191:13 205:8 217:17 309:20
court 155:1 156:1 172:9 175:19 203:7 209:23 215:12 220:8 228:9 233:5

236:16 244:12 246:18 252:7 258:1 260:6 305:4 325:5 334:14
courtesy 289:11
courthouse 164:12
cousins 316:15
cover 260:1 328:1 331:6
covering 316:22 328:6
crack 265:22
create 290:10
created 286:3 290:8
creating 286:21 287:4
critical 334:22
crowded 265:23,25 283:21
crutcher 161:11
csr 155:23 341:20
current 210:25 211:2,3,4,8 214:19 214:23 266:15 270:2
cut 207:18 224:15 305:8
cycle 319:14,15,19
cycles 321:19

### D

dallas 161:13 218:11
daniels 159:13 173:18
data 205:22 209:13 210:14 230:6 311:11 323:18
date 176:13 204:16 237:20 281:3 285:23 286:8 330:14,15,16,21 341:15
dated 176:5 210:8

216:22 220:14 233:14 237:11 245:4 272:11 299:15 325:23 341:17
dates 182:10 184:16 254:11 330:12
day 182:1 201:24 254:20 263:7 335:5,22 337:23 340:23
daybyday 309:19
days 225:4 254:13
dayton 164:14
deal 201:16 322:20
dealing 322:8
dealt 318:10
december 210:8 284:20 286:12
dechert 160:4
decided 178:22 183:15 313:1
decision 210:11,21 270:21
decisions 189:18 210:20 246:12 334:17
deeper 235:15
defeat 223:20
defendant 164:3 174:15
definitely 286:17
definition 227:24 281:18
degrees 256:19
deinard 166:4 173:16
delay 189:18 206:24
demand 180:16 188:1,13 219:19 324:5
demanding 267:11
demonstration 328:18

denise 155:22 156:17 172:9 341:20
dense 265:21 283:1
densities 176:24
density 177:1 181:24 182:8 189:17 221:8,12 222:4,9,14 223:16 241:24 253:19 255:6 265:17 266:6,8,13,19,23 281:6,15,19,24 282:15,16,19,19 283:5
department 207:5 303:7 307:15,16 312:4 315:23 334:11
departments 316:1 316:3,6,9
depend 221:19
deponent 159:3 340:1
depopulate 334:12
deposition 155:14 156:12 172:7,10 172:13 175:18 203:6 209:22 215:11 220:7 228:8 233:4 236:15 244:11 246:17 252:6 257:25 260:5 262:20,25 304:16 325:4 339:22
depreciated 231:11 232:24
depression 224:20
depth 204:4 282:3
described 177:21,25
describing 282:9
description 168:13 169:4 170:4 171:4

design 282:12
designed 194:6
  241:21 336:2,20
detail 197:13
determine 214:4
  328:24
detrimental 195:22
develop 209:4 306:1
  334:17
developed 177:18
  209:3
diary 228:25
dictionary 305:15
didnt 182:9 202:19
  205:24 208:22
  209:3 226:6
  234:11 242:17
  263:22 286:5
  305:6 309:3
  310:16 312:15
  313:2,9 318:22
  320:8 338:17
  339:3
die 265:21
diet 248:21,22,23
difference 216:23
  217:1 223:4
  281:14 286:15
differences 261:12
different 182:22
  187:14 192:11
  195:3 197:4 199:6
  199:20 201:21,22
  222:16 228:1,1
  242:1 261:8
  270:14 276:9,19
  277:4,7,23 282:17
  282:23 287:10
  288:13 296:7
  308:12 316:17
  337:14
differentiate 248:3
  299:6
differentiations

276:23
difficult 266:15
  286:24 317:23
digits 258:6
diluted 221:8 222:4
dimensions 236:12
direct 156:13 157:3
  157:12 163:13
  172:12 174:3,6,8
  293:6
directing 333:5
direction 198:25
  199:7,8,10,21,24
  200:3,13 202:8
  240:4 341:10
directions 198:21
directly 241:14
  307:5
director 309:17
disadvantages
  224:11
disagree 254:22
disclaimer 199:3,5
  312:20 313:14
  330:24
discovered 317:8
discriminate 311:25
  312:14,16,16,17
discuss 249:23
  257:17 339:17
discussed 180:15
  187:3 220:4
  233:25 234:1
  250:4 255:6
  256:13 318:12
  339:13
discussing 216:10
discussion 176:20
  178:8 216:19
  238:16 251:11
  253:18 279:6
  315:13
discussions 216:13
  233:23 249:12

250:9 338:13
disease 192:7 202:2
  221:15 269:13
  334:12
disnmore 164:11
disposed 274:14
disrupt 180:8
disrupted 335:15
disruption 178:16
  179:3 180:3,13
distinction 206:19
  282:15 300:20
distracting 245:18
distribute 310:15
distributed 271:21
distributor 278:2
district 155:1,2
  156:1,2
doctor 227:14
document 155:6
  156:6 175:24
  176:2 185:19
  189:11 195:19
  196:11 197:1
  202:25 208:24
  210:4,19 211:17
  219:24 228:14
  233:9 235:18
  236:25 237:6,20
  240:10 241:16
  244:22,23 246:23
  247:2 258:4,15
  260:24 261:1,2
  268:13 271:13
  287:19 291:7,9,19
  291:22 293:7
  302:12,18 311:17
  312:10 313:4
  324:23 325:20,24
  326:6,16,19,21
  329:12 330:7
  331:2,7,25 332:6
  333:7
documentation

287:1
documented 310:22
documents 177:14
  237:11 257:14
  263:15 270:4
  281:4 288:16
  339:14
doesnt 213:16,16
  229:13 295:12,13
  300:15 311:7
  313:21 327:18
doing 187:18 196:2
  226:7 230:17
  242:15 247:7
  250:19 278:25
  309:4,19,21,23,23
  309:24,25 310:25
  314:3,3,9,17
  323:22 336:18
dollar 171:8 205:16
dollars 218:4 267:6
don 168:21 169:5,9
  172:8 187:18
  231:22 245:4,17
  247:20 262:20
  263:1 267:22
  271:25 304:17
  310:24 339:22
donald 155:14
  156:12 168:3
  171:13 175:1
  340:2,21
donlucybell 245:7
dont 178:11 179:14
  183:22 187:10
  192:25 193:8
  198:19 199:4
  204:2 205:1
  207:19 208:21
  209:14,17 211:13
  212:18,24 213:1,3
  214:10,10,13
  215:17 216:19
  219:15,20 220:25

229:1,3,4,5,6,11
229:21 231:3
232:21 233:22
234:14 235:4
236:8,12,24 237:8
239:8 241:8 242:2
242:5 243:7
252:11 253:24
254:16,16 255:17
255:25 261:4
267:18 273:16,17
273:18,19 276:1
277:18 280:23
281:21 286:13,14
286:15 287:11,21
289:9,23 290:6,16
291:17 292:2,5
294:8 298:10
301:13 309:14
310:24 312:8,11
312:17 313:1
314:12,14 315:5,7
319:20 320:6
323:23,25 324:25
328:7 329:8 332:1
332:19 334:19,20
335:3 338:1 339:7
339:11
**door** 245:17
**double** 202:4
**doubling** 193:9
**downs** 214:9
**dozen** 198:11,14
202:1 224:20
267:2 277:18
327:16,17,17
**dr** 247:22 269:22
270:10 293:14
**draft** 234:17 254:1
**draw** 268:21 284:21
327:22
**drawing** 326:15
329:11
**drawn** 236:9

**drive** 267:3
**driver** 337:20
**drop** 240:14
**dropped** 274:25
**dropping** 241:13
242:3
**due** 188:6 222:21
**dunn** 161:11

─────────────
**E**
**e00055875** 170:19
252:22
**eagle** 161:3
**earlier** 218:15,25
236:10 254:20
257:23 264:7
272:22 277:1
283:10 298:9
**early** 327:25 331:15
**earnings** 188:10
207:17
**east** 163:3 165:17
166:17 274:13
**eastern** 155:2 156:2
**eating** 192:8
**economic** 168:22
169:10 212:16
213:7 246:9
250:16 253:4,17
256:1 279:8
296:11 299:3
300:11 337:15
**economically**
214:20 279:15
323:3
**economics** 171:13
190:7 210:20
211:20 229:19
246:11 297:1
302:14 310:3
311:18 325:23
328:10 337:19
**economists** 322:10
322:12,15 323:9

323:11,17 324:3
**edition** 275:22,24,25
**editor** 256:16,17
258:22 276:22,23
299:24
**editorial** 203:19
204:3,7,9,13,24
253:13 264:8
**editorials** 203:3
**edu** 159:10 269:2
**education** 308:20
**educational** 304:2
**effect** 195:20 196:22
196:23 223:21
255:19 256:2
274:24 335:1
**effective** 199:18
248:24 274:22
**effectiveness** 247:7
**effects** 176:22 221:8
222:4 317:7
335:12
**efficient** 193:25
**effort** 259:2 336:3
336:13
**efforts** 192:16
194:12 250:22
**egg** 155:4 156:4
160:10,10 168:21
169:9,14 171:5,8
171:13 172:15
173:13,14 191:3
191:20 198:10
199:13 201:15,15
204:14 205:22
210:2,10,11,16,25
211:23 212:8,9,14
213:9,20,21
214:19,23 217:25
218:1 220:15
224:19 226:22
228:17 247:22,24
256:3 258:18
259:1,8,12,14,16

259:17 267:7
273:21,24 274:2
274:19 277:15,16
277:17 278:7
288:19,21,22
289:17 294:5
297:1,13 299:23
299:25 302:13
307:14 308:22
310:1,5 311:18
316:20 325:23
326:25 327:12
329:2,3 335:1
336:3,13,21 337:3
337:8 338:15,17
338:22
**eggs** 166:13 173:25
180:7,9,9 187:17
191:12 192:8
200:7,8,12,16
201:1,3,25 202:10
202:13,15,17,21
205:3,7 207:14
214:2 250:8,13
259:20,24 265:21
265:22 269:13
274:15 278:11
283:16,18 284:5
317:7 319:8 321:6
321:7 327:4,17
335:14,15,21
337:2
**eight** 180:6 227:25
228:1 241:3
270:13
**eighth** 333:7
**eimer** 165:4 173:22
**eimerstahl** 165:10
**either** 188:22
240:23 242:5
278:1 297:16
319:4,4
**elements** 282:8
**elevated** 219:19

HIGHLY CONFIDENTIAL

10

elevates 320:18
elevation 218:13
email 169:5 170:9
　170:18 216:3,12
　216:20 245:1,8,12
　245:24 251:24
　252:24 253:2
　284:20 312:12
emails 254:8
emanuel 157:4
　174:3
emergency 222:21
emphasis 256:19,19
　256:20,23 261:11
　266:5 297:18
　306:13
emphasize 267:16
　267:16,17
emphasized 265:12
emphasizing 246:10
employee 341:14
employer 307:23
　308:3
employment 308:17
empty 186:11
enacting 333:24
enclosure 281:20,20
　283:2
encourage 328:20
encouraged 179:15
encyclopedia
　277:11
ends 207:23 208:24
　260:19
enforceable 335:4
engage 225:11
engineering 316:1
england 215:7
entire 182:7,8
　183:14 184:21,24
　187:20 209:15
　213:19 261:1,2
　285:2 307:6
　328:23 331:6

entities 267:10
entitled 226:12
　229:3 243:21
entity 276:11 324:13
epidemics 192:7
equal 236:13
equation 301:20
equipment 193:25
　238:20
ernst 269:22 270:10
erving 174:19
escalate 335:17
especially 250:8
establish 303:25
established 305:22
estimate 190:9,11
　302:7
estimated 190:17
　197:22
estimates 297:14,16
et 269:13,14,14
ethanol 320:15
europeans 333:8,14
　333:21
events 201:19 301:4
eventually 178:6
　314:1
everybody 183:23
　213:16 215:3
　259:19 272:2
　285:6,10,10 338:6
everyones 219:17
evidence 213:13
　283:22
evolution 254:5
exact 307:19
exactly 269:11
　284:9 330:14
examination 168:2
　174:21 175:5
　257:20 263:4
examined 175:2
example 215:7
　285:9 306:21

317:24 328:19
　334:5,10
exceeded 219:17
exception 340:6
excessive 223:1,1,11
exchange 309:8
exciting 285:2,6,7
　285:11
exclusively 306:14
excuse 189:22 250:6
　295:21 327:9
exempt 249:18
　314:23
exercise 275:18
　276:10
exhibit 168:13,14,17
　168:21 169:4,5,9
　169:14,18 170:4,5
　170:9,12,18,21
　171:4,5,11 175:18
　175:24 203:6
　209:22 215:11
　216:3 220:7 228:8
　233:4 236:15
　237:21 244:11,19
　246:17,22 252:6
　252:11 253:7,10
　253:16 257:25
　258:4 260:5,9,10
　302:6 325:4
exhibits 168:12
　169:3 170:3 171:3
existence 188:17
　276:15
exists 271:10,10
expect 198:19 220:5
　291:4
expectation 219:24
expectations 219:2
　219:11,17
expected 207:10
expenses 298:9
　301:9,14,19
　306:24 307:22

312:8 313:22
expensive 189:9,15
　190:17
experience 219:20
　279:11,12 319:3
　321:12
experienced 227:15
experiencing 210:16
　213:21
expert 250:14
expertise 337:16
expires 340:25
explain 311:20
explained 214:17
explanation 229:5,7
exposed 316:4
exposure 227:6
expressed 231:15
extend 303:8
extension 171:11
　302:22 303:6,8,11
　303:19,20 304:5,6
　306:5,10,15
　307:25 308:2,4,18
　309:9 311:10
　313:6,8,11 321:3
　322:19 326:12
extensive 310:20
extent 180:23
　181:21 188:15
　191:22 208:2
extra 277:22 301:7
　301:7
extreme 180:3
extremely 201:15
eye 164:5

F

faced 224:18
facilities 193:1
　208:3
fact 179:21 180:20
　195:10 204:14
　205:10 206:6

HIGHLY CONFIDENTIAL

313:19,23
**factor** 189:6 192:13
**factors** 189:7 192:4
192:6,6,9 218:7
282:2
**facts** 328:17
**factual** 199:8
**faegre** 159:13
173:18
**faegrebd** 159:19
**fail** 328:1
**failure** 207:16
**fair** 198:16 205:5
207:9 216:21
221:9,24 229:12
263:20 319:18
322:6
**fall** 194:1
**familiar** 247:12
269:8 278:5
**familiarize** 244:23
**fancy** 288:17
**far** 207:15 211:13
211:13 218:6
279:9 293:22
315:11,12 318:25
335:7
**farm** 171:5 198:10
200:11 227:23
250:19 259:17
260:11 261:7,17
277:17,24 281:17
295:15 308:13
**farmer** 247:22
260:1 277:15
278:13 317:16,18
317:18
**farmers** 259:25
308:21,22 310:17
315:25 320:6,6
321:5 322:19
**farms** 161:17 162:3
163:3,3,4 173:21
186:1,24 200:19

208:14 209:14,17
227:16
**favorable** 217:3
**federal** 303:25
305:25 306:18
307:9,10 309:11
311:12,24 313:15
315:1 316:19
320:20
**feed** 199:17 202:4
237:24 247:23
248:23,25 269:13
279:16 284:15
297:14,16,18,21
297:22 320:17
327:19
**feeder** 170:6 233:24
234:6,25 235:14
235:16,23 236:2
236:11 237:1,15
237:22,23 238:12
238:22 239:3,6,23
240:5,6 278:23
279:7,16 280:3,16
282:2,5
**feeding** 248:21,24
**feel** 226:6 227:15
271:8 322:23
332:13
**feeling** 175:10
220:24
**fellow** 299:24
**felt** 250:15 322:21
323:1,1 337:1
**fewer** 200:16 202:13
202:17
**field** 306:9
**fifth** 166:7 239:11
261:24 262:5
287:12 301:2
**fight** 276:17
**figure** 228:25
**figured** 269:25
**figures** 207:6

**file** 246:24
**files** 280:22
**filling** 220:15
243:21
**final** 181:2 186:10
234:16 315:4
335:25
**finally** 276:18
**financed** 299:25
**financial** 247:24
248:10
**financially** 172:24
341:13
**financing** 189:18
300:1 313:15
**find** 279:5 289:10
317:23 323:21
333:9
**fine** 185:21 206:1
229:6 232:20
263:13 264:2
338:7
**finish** 189:20 194:20
200:2 239:17
294:16,19 332:19
**finished** 189:23
251:22 254:2,3
279:19 297:16
**fire** 339:2
**firm** 230:4
**first** 181:1 182:6,11
183:19 192:23
193:18 208:1,7
210:13 226:4
237:5 248:19
249:17 252:16
256:2 260:24
261:24 262:2,3
264:4,16 268:10
268:14 271:14
275:25 282:18
285:23 287:12
290:18 295:6
298:14 302:19

310:10 311:21
318:18 321:4
322:2 326:21
331:17
**fit** 282:9
**five** 180:5 206:23
225:4 228:24
231:17 269:23
282:8 283:8,8,8,9
287:10,13,14
319:13,24 321:20
321:21
**fivefold** 223:4
**fiveyear** 319:12
**flipping** 244:21
**flock** 168:22 169:10
181:23 198:2
206:8,19 207:11
207:13 214:5,6
215:4 221:17,19
221:20 230:10
231:10 232:11,15
259:7,18 297:4
319:8 328:23,24
329:3
**flocks** 180:7 220:16
221:19 327:25
331:15
**floor** 157:7,16 159:7
161:5 242:6,10
**flow** 310:21
**focus** 192:13 207:21
244:25 250:20,22
255:13 278:12
292:22 316:6,9
**focusing** 180:19
279:18 280:1
292:22 299:2
**folks** 173:9 181:25
304:24 316:10
**follow** 315:6
**followed** 215:6
241:13 285:10
**following** 237:22

HIGHLY CONFIDENTIAL

242:15 243:17
**follows** 175:3
306:10
**followup** 263:16
**foods** 161:10 162:14
164:3 166:3
173:16 174:15
263:9
**foot** 335:18
**foregoing** 340:3
341:4,6,11
**foremost** 176:24
**foreseeable** 328:7
**form** 179:24 181:13
183:8 184:6,13
185:18,20 186:19
190:2 192:19
194:17,21 195:8
201:8 212:19
213:10 214:21
216:12 217:21
218:10 219:4,13
220:23 223:18,25
227:12 232:6,13
234:13 235:2
236:5 239:7,25
240:24 242:18
243:5,15 247:10
249:16 251:10
255:8 257:4 265:5
266:11 270:8,19
273:7,14 274:11
275:1 276:13
280:17 283:19
284:6 286:4,19
287:16 288:2
294:13,23 295:20
296:1,23 298:20
299:11 300:12
301:1,12,24
302:25 307:11
309:10 313:16
314:10,18 315:3
315:17 316:12

317:10 318:6,11
320:9 322:9,24
323:10 324:7
327:14 328:11
329:24 330:9
331:4,19 334:4
335:2 336:6,14,22
337:5,12
**formal** 179:13
**format** 304:3 312:9
**formation** 267:3
**formula** 297:22
**forth** 241:8 341:5
**forward** 329:5
**found** 254:8
**foundation** 179:4
193:23 204:22
236:4 238:5
242:19
**four** 223:3 228:24
231:17,17,21
261:14 282:8
283:3 296:18
297:23 319:24
324:23 329:18
**fourth** 166:17
238:14,14,19
239:9,9,12 268:22
268:22,23 287:12
301:2
**frame** 266:9
**francisco** 162:19
**franklin** 159:7
**free** 309:5,5
**frequent** 319:3
**frequently** 321:25
**fresh** 166:13 173:25
**friday** 245:4
**friedman** 162:15
174:14
**front** 196:11 213:14
264:5 288:10
330:3,7
**fuel** 320:16,21

**full** 245:23 263:20
263:24 267:24
304:25 305:18
**fulltime** 294:7
**fund** 309:13
**funding** 309:13
**funds** 306:15 307:10
307:17 315:1,2,5,6
**further** 230:8
262:12 340:4
341:10,12
**future** 207:3,19
328:7

## G

**gathering** 209:13
**gene** 170:13 177:6
203:2,3,19 216:4
216:11 220:19
231:8 245:13
247:4,23 249:13
249:23 250:10
251:1 252:24
256:12 294:2,8,21
295:8
**general** 174:8 190:6
198:21,25 199:21
202:6 211:7,21
212:1 213:7
214:24 261:13
294:7 315:20,21
330:10
**generalities** 213:23
**generally** 200:6
203:1 242:23
247:1 258:14
259:7 262:8
**genetics** 280:13
**getting** 233:1 234:25
236:2,9 240:6,8
272:7,8 290:4,6
294:18 315:1
334:6 337:22
**gettysburg** 163:4

**giant** 161:3
**gibson** 161:11
**give** 225:2 226:3,8
229:5,7 237:4
263:19,20,23
268:2 290:15
307:19 309:14
322:19 328:19
336:8 337:23
**given** 194:5 227:23
277:15 281:19,20
285:21 287:10,12
287:14,18,22
292:9 308:13
339:16
**gives** 246:8 291:16
**giving** 181:6 225:13
254:5 283:11,17
284:4 287:7
289:11
**glanced** 196:19
**gluten** 248:22
**go** 172:18 180:14
182:5,15 183:15
183:16 190:1,5,6,7
190:8 193:14,15
201:20 203:22
205:23 210:3
211:13,13 228:25
229:13 230:24
237:4 238:17
241:8 242:13
244:6 245:2
254:18 255:3
256:10 258:8,13
261:24 262:4,18
263:14 274:4,5,5
275:7 278:10,17
279:5 280:4
282:13 285:12,18
288:24 292:16
293:12 294:20
296:5 302:21
304:8,25 306:3

**HIGHLY CONFIDENTIAL**

13

311:16 315:14
317:18 320:8
324:21 327:24
329:15 330:4,22
332:22 333:12
336:10
**goal** 178:2,3,6 179:2
180:15,19 181:23
337:7 338:15
**goals** 308:19
**godlstein** 173:3
174:16 187:18
189:20 193:12
208:8 209:8
212:24 215:16
231:22 245:16
257:18 267:22
292:8 332:11
337:22 338:1,5
339:19
**goes** 191:9,12 200:7
207:15 260:15
329:2,3
**going** 182:8,23
185:17 187:15
189:9 190:4,5,16
191:13 192:9
193:8 203:11
207:3 214:5
215:20 220:1
222:1,23 228:13
230:21 231:7
239:12 241:22
244:3,8 245:1
248:19 254:15
259:18 262:22
263:9,14 274:9
276:19,20,20,21
288:8 290:11
299:19 302:8
304:12,22,25
309:15 312:12
314:11 315:5
320:23 321:2

329:1,6 332:12,24
334:7,18 337:19
338:20,21 339:1
339:14,15
**goldstein** 159:5,10
174:16 209:10
257:13
**good** 172:4 175:7,8
175:10,11 214:25
217:9 257:22
263:6 283:22
308:25 319:15,16
319:18,21
**gotshal** 164:4
**gotten** 181:23
239:18
**government** 303:25
305:25 309:4,7,12
311:13,13 314:12
320:21 324:13
**grand** 313:23
**grant** 303:20,23,24
305:7,11,12,20,21
305:24 306:5,6
**grants** 307:5
**graph** 262:1
**graphs** 297:10
**great** 187:19 268:4
**gregory** 170:13
177:6,9 203:4,19
204:13 205:10
206:6 208:2,12
216:4,11 220:19
220:21 221:5,10
222:3,8 223:23
224:2 225:23
230:8 231:9,15
232:3,19,22
245:13 247:23
249:12,13,23
250:10 251:1,17
251:24,25 252:1
252:24 253:2,11
253:16 255:5

256:12 257:2
294:8,10,21
**gregorys** 203:2
222:2 231:25
295:8
**grocers** 165:14
**gross** 199:14
**group** 287:11 292:1
303:7
**groups** 287:11,14
311:15
**grow** 180:5 195:2,6
320:22
**grower** 320:24
**growing** 195:16,25
**grown** 243:25
**growth** 187:14,16
189:6 197:6,9,20
198:2
**guess** 205:20 270:10
282:14,15 289:23
295:14 299:13
307:14 310:9
330:1
**guidance** 251:7
**guideline** 238:3
**guidelines** 176:18
176:21 177:2
179:21 180:21
188:12 190:18
191:4,21 192:18
194:14 196:24
206:4,15 207:10
219:12 220:1
223:17 233:24
234:12,20,21,24
235:14 239:24
241:4 243:3,23
255:14 264:14,17
293:1 334:3,25

**H**

**hadnt** 240:22
269:25 334:1,24

**halebian** 158:11
174:11
**half** 191:16 222:20
267:2 274:3,5,5
307:5
**hamilton** 160:12
173:13
**hand** 202:25 203:10
210:1 220:11
233:8 236:19
246:21 252:10
258:4
**handed** 175:23
215:14 234:15
244:18 325:8
**handing** 228:12
**handwritten** 286:9
**happen** 207:3
284:10
**happened** 202:5
252:4 254:14
266:9 291:7,20
292:6 334:1
**happening** 320:19
321:14
**hard** 250:8 311:11
**hasnt** 239:18 326:10
326:13,19
**hatch** 206:14,20
207:1,4,11,12,15
207:15,20
**hatched** 197:22
206:16
**hatchery** 269:13
**hausfeld** 157:13
174:5
**hausfeldllp** 157:19
**havent** 197:12
221:23 238:17
239:16 254:8,24
318:22
**head** 193:11
**headed** 331:15
**heading** 187:2

HIGHLY CONFIDENTIAL

14

196:11 203:17
229:18 237:15
240:4 242:6
247:15 270:11
280:2
**headline** 326:22
**health** 192:6 226:13
265:23 337:15,15
**healthy** 323:2
**hear** 213:1 263:22
339:7
**heavily** 221:19
230:4
**hedges** 157:4
**heeded** 259:6
**height** 242:7,11,22
243:11 282:3
**heinz** 165:14
**held** 172:13 218:8
218:18 233:21
**help** 229:13 293:22
337:2
**helped** 313:18
**helpful** 229:10
250:22
**hen** 185:24 218:8,19
219:9 223:7
225:15,20 234:6
281:5,9,11,15,15
281:16 282:15,16
282:18
**hens** 206:25 208:15
224:19 227:4
255:15 283:11,17
284:4
**hereto** 175:20 203:8
209:24 215:13
220:9 228:10
233:6 236:17
244:13 246:19
252:8 258:2 260:7
325:6
**hes** 185:19 188:15
194:21 204:23,23

205:19,20,20
209:13 227:13,14
227:15 232:2
248:13 249:7
254:5,12 295:14
338:10
**high** 201:15,15
204:15 210:2,10
211:23 212:3,8,9
213:9,17,20,21
319:25 320:4,8
**higher** 184:25
202:15,20 232:16
259:8,12,14
265:22 305:23
**highest** 210:16
212:11,14 307:4
319:23
**highly** 155:13
227:15
**hillandale** 163:3,3,4
163:4
**hired** 294:7,9
**historical** 219:20
**historically** 221:15
**history** 201:14,17
201:18 210:17
212:15 227:6,19
317:3
**hold** 208:10,10
279:19 287:16
**holding** 199:17
**home** 247:16 248:17
303:15
**homemaker** 303:16
**honorarium** 298:10
**hope** 188:5,11
221:23,24
**hoped** 187:25
**hopefully** 257:12
**hot** 339:4
**house** 188:18,25
190:3 194:5,6,9
196:8 222:18

241:21,22 287:2
287:18
**houses** 186:1,23
188:24 193:9,24
194:2 195:1 196:7
227:5,20 228:1
231:12 232:24
**housing** 189:4,8,15
190:16 191:5
192:14
**human** 191:7,8
218:22
**humane** 267:4,7
281:21
**hundred** 194:7,8
197:19 245:11
283:4
**hurt** 225:24
**husbandry** 176:18
176:21 206:4,15
255:13 264:14,17
**hyline** 226:16,18,20

I

**id** 192:13 201:10
252:18 260:17
302:17 312:15
321:3
**idea** 186:16 244:2
287:24
**ideas** 250:3
**identification**
175:19 203:7
209:23 215:12
220:8 221:17,18
228:9 233:5
236:16 244:12
246:18 252:7
258:1,5 260:6,10
325:5
**identified** 194:15,21
212:2
**identify** 173:6,9
176:4 210:6 216:3

218:7 220:13
228:16 233:11
237:6 245:12
247:2 252:23
258:14 260:24
**identity** 221:20
**ids** 161:19
**ii** 155:17 156:13
168:3 172:8
262:21 263:1
304:17 339:22
**ill** 200:23 212:21
233:11 242:11
258:4 284:3
298:24 305:2,10
305:19 338:7
**illegal** 250:19
**illinois** 163:19 165:8
165:18 169:22
170:12 247:4
**im** 172:22 177:7
181:6 185:17
190:24 195:13
198:15 203:11
212:22 213:15
221:22 225:12
228:12,13 231:2
232:14 239:12
243:17 248:9,19
250:14,25 256:3
257:9 261:4 262:1
263:8,9,14 264:2
268:1 278:5
279:18 281:11,12
282:14 285:14
289:9,9 290:17
299:2 300:16
311:20 314:11
316:16,18 320:7
327:9 330:10
331:23 332:12
333:9 338:19,19
338:21
**imagine** 330:17

**HIGHLY CONFIDENTIAL**

15

immediate 308:7
immediately 189:19
190:3
impact 259:7 266:25
implement 333:18
implementation
184:15 219:11,25
implemented 219:3
234:24 236:2
238:11 239:3
implementing 206:8
imply 313:21
important 180:17
199:7 207:2 282:6
295:14 310:5
319:9,19
impossible 178:3
improved 188:1
218:1,7
improvement
188:13 217:19
218:3
inch 234:12
inches 182:17
183:17,18 234:6
235:23 236:10,11
237:23 238:4,21
238:24,25 239:5
239:14 242:23
246:6 279:10,16
include 251:5
259:22,23 270:16
278:7,7,8,9 298:6
included 304:3
including 218:8
276:4
income 198:10
199:14,19,22
213:18 217:5,7,9
328:25 329:1
increase 179:22
180:22 182:2,24
188:23 191:21
223:20 260:2

323:7 337:3
increased 177:22
192:18 194:13
195:24 219:12
255:14
increases 185:24
218:21 261:17
increasing 191:15
239:14 259:18
338:15,17
independent 183:21
196:3 287:22
291:6,20 293:22
index 168:1 169:1
170:1 171:1
indiana 159:17
indianapolis 159:17
indicate 248:21
261:9
indicated 194:15
207:1 218:25
237:11 259:16
266:25
indicates 217:24
241:17 262:7
indicating 210:14
indication 237:9
indicator 207:2
indirect 158:3,10
174:11 257:24
indirectly 313:17,17
individual 180:4
184:16 186:8
188:22 211:14
223:6 224:5,6
225:10 227:17
241:2 245:14
250:18 275:23
315:23 321:5
industry 170:22
180:20 182:3
183:5 184:1,4,22
184:24 187:15,25
188:7 191:3,20

196:9 198:10
199:15,22 202:12
203:18 208:3
210:15 217:18,19
218:8,18 221:2
225:15,19,24
229:18 230:5
250:6,7,12,18
279:9 297:16
299:18,23 300:4
309:24 310:5
319:21 323:3
326:25 327:13
337:2,15
industrys 176:23
225:25
inferred 318:23
inflate 336:3,13,21
337:8
influenza 274:13,24
information 299:19
300:4,7 310:21
317:12
ingersoll 163:6
ingredients 247:23
297:21
inhouse 310:16
initially 263:14
initiate 248:23
338:13
inspector 316:16,16
institution 305:23
306:1
institutional 316:19
instructed 312:19
intended 180:1
264:18
intent 179:25 193:6
interest 198:22
199:1 202:9 222:2
230:2 316:14
interested 172:24
316:20 341:13
interference 172:21

international
226:16,18,20
interpret 267:15
interpretation
188:9 324:2
interpreted 253:13
interrupt 230:13
interrupted 305:3
interrupting 291:16
introduced 238:21
introduction 170:21
176:22 177:6,22
186:23
invited 290:18
involve 297:14
involved 179:21
227:17 247:6
248:9 314:5
323:18
involving 201:15
iowa 299:17,24
isnt 263:25 328:10
332:2
issue 180:2,13
181:24 223:10,13
225:6 233:23
235:22 243:11
256:1 266:15
267:20 318:10
320:3 322:1
337:14
issues 170:6 237:7
278:24 293:23
318:4,8,20 322:20
item 185:23 197:18
199:15
items 273:3,9,10
ive 175:23 184:7
196:19 214:11
215:14 244:18
249:19 259:16
285:8,8,21 287:18
310:3 314:4 323:1
323:1,11

HIGHLY CONFIDENTIAL

**J**

jacobson 158:11
174:11
james 157:14 174:5
janice 293:14
january 286:7,14
319:2
jason 162:16 174:13
263:8 267:23
338:1
jcallow 166:20
jenner 163:14,21,22
173:10 174:7
job 187:19 308:19
322:18
jogs 229:15
john 162:6 173:19
338:25
joint 169:18 233:12
233:19
jpizzirusso 157:19
jr 162:6
jtakenouchi 162:21
july 176:5,13 202:9
220:14 270:6
272:11 325:23
330:16,21 331:22
jumbo 277:22
jump 187:20 338:1
june 169:21 233:14
241:11
justifiable 215:1
justified 211:22
212:23 213:8
214:20
justify 210:25
211:10 212:16

**K**

kallen 162:11
karri 162:5
kasowitz 162:15,21
174:14

kathy 159:14,19
173:17
keating 166:14
173:24
keep 191:7,11 196:8
keeps 196:6
ken 170:13 229:22
247:3
kennedy 165:5
173:22,22
kenton 226:16
kerri 173:19
kill 334:20
killed 274:15
kind 178:25 195:19
300:4 306:9
312:12 317:2,12
324:10
kinds 307:20 309:5
316:14 317:3,19
331:11
klekamp 166:14
173:25
kmklaw 166:20
know 175:16 192:9
198:15 200:10
204:3 208:18
209:6,21 214:10
214:22 229:2,6,10
229:16 232:21,25
233:1 234:14
236:8,25 244:24
245:21 248:5
253:24 254:10,16
254:16 255:19
263:18 266:23
269:6 270:15
271:10,23 273:16
273:17,18,19
275:20 286:13,15
287:11,13 289:9
293:20 294:2
304:20 312:13
313:23 314:12

317:21 318:18
324:25 328:15
335:7
knowledge 175:12
178:22 188:15
194:12,18,24
204:21 206:18
222:11 224:3
227:9,11 236:5
243:16 249:7
252:5 256:15
266:7 309:18
317:9
known 235:15
koelkebeck 170:14
247:4,6
kraft 173:11 174:8
kreager 226:16
227:2
kristen 174:19

**L**

lack 188:14 222:10
242:18 243:15
249:6 256:14
lacks 193:22 236:5
laid 207:14
land 303:20,23,24
305:7,10,12,20,21
305:24,25 306:5,6
language 182:14
264:21 273:4
312:1
large 187:8 200:11
225:13 277:22
larger 183:24
209:15 218:22
242:24
largest 226:21
229:25
late 212:13 274:8
337:22
law 157:6,15 158:13
159:6,15 160:14

162:7,17 163:17
165:6 166:6,16
laws 249:15 250:1
250:11,14 251:8
251:12 311:24
lawsuits 299:19
layer 168:21 169:9
191:24 192:1
220:16
layers 248:24 297:6
laying 224:19
316:20
layperson 217:13
lays 240:21
lead 188:12 207:10
224:25
leading 240:25
331:17
learned 234:23
learning 305:23
leave 325:11,12,17
leaving 273:17
led 217:19 218:1
left 243:10,13
274:20 302:19
leghorn 242:24
length 283:21
leonard 166:4,10
173:15
letter 170:12 195:21
219:16 247:3,25
254:19 256:24
271:5 322:2 331:1
level 183:17 205:11
240:15 277:17,24
307:18 316:2,19
316:19
levels 204:15 210:25
214:19 217:3
240:14 277:4,7
327:15
liberty 163:7
lie 313:25
life 285:21 323:12

**HIGHLY CONFIDENTIAL**

17

328:17
light 214:19
limit 191:5
limited 338:4,5
limits 249:13,24
  250:11 251:2
line 293:16 303:6
  319:11 332:9
  340:7
list 267:13 272:2
  278:10 289:2,3
  293:10,11,13
  295:5,12,13
  300:10 312:8,17
listed 198:20 229:1
  267:2 296:21
  300:22,25 340:6
listen 293:23
listened 285:6
listening 332:4,5
listing 296:20
lists 293:18 296:7
  298:3
literate 269:10
literature 248:7
litigation 155:5
  156:5 172:11,16
little 187:3 200:19
  207:8 225:14
  255:2 259:4
  264:12 268:12,13
  298:24 301:17
  315:11 316:3
llc 165:3 173:23
llp 157:4,13 158:4
  158:11 160:4,12
  161:4,11 162:15
  164:4,11 165:4,16
  174:6,14
local 306:19,24
  307:18,22
location 287:6
locust 157:16
lodging 301:10,19

logan 160:15
logistic 334:21
logistics 183:20
long 193:24 267:13
  297:8,17 315:9,9
  321:25 327:18
  333:18 338:8
longer 212:16 302:8
  337:25
look 176:2 177:16
  185:15 187:8
  191:23 196:10
  197:8,10,25
  199:18 203:11
  206:2 208:23
  210:19,23 211:11
  214:8 216:21
  220:19,21 224:13
  224:14 225:14
  229:15,17 235:5
  239:20 245:22
  252:18 254:11
  264:3,12 268:7
  272:16 274:4
  285:15 288:9,15
  296:9 302:5,19
  309:12 318:20
  325:11 329:17
  330:8 333:6
looked 185:2 210:15
  237:21 254:24
  285:16
looking 176:25
  197:5 199:6,16
  203:23 204:7
  209:5 216:2,14
  217:4 268:18
  270:5 271:13
  278:23 289:15
  290:20 297:21
  311:17,21 313:13
  316:24 322:17
  324:22 325:10,14
  325:18 326:21

331:23
looks 187:9,14
  268:15 285:19,22
  286:5,12 288:12
  310:23
looper 229:22
loophole 221:11
  222:9
lose 221:18 327:10
  327:13,17
losing 318:24
loss 208:6 209:1
  327:1,16
losses 329:10 331:14
lost 222:20 300:5
  304:20,21
lot 188:9 191:18
  211:14,15 230:5
loud 231:3
lovell 158:11 174:10
low 208:15 211:22
  211:23 212:2,3
  213:8,8,17 214:24
  215:1
lower 182:8 189:17
  196:4 240:15
  241:14 260:21
lowest 205:9
lowprofit 213:24
lp 163:4
lucy 245:4
ludlow 164:13
lumber 190:7

––––––––––––
**M**

machine 341:9
madison 157:7
mailing 272:2
maintain 205:23
maintaining 196:6
  306:24
major 188:2 246:12
  306:9 310:1
majority 238:20

making 194:22
  208:2 212:7,15
  213:6,15 253:16
  267:11 323:6
  324:10,14 328:3
man 229:23
manage 249:14,25
management
  179:20 180:16
  184:11 264:18
  265:11 269:13
manager 294:8
managing 250:17,18
manges 164:4
manner 220:1
manufacturers
  235:20 239:18
manure 240:13
  241:13 242:3
manuscript 234:15
manuscripts 250:2
march 216:4,22
  272:19 273:22,24
marcus 161:4
margin 211:22
  212:3 213:8
  214:24 215:1
  217:4
mark 247:22 332:14
marked 175:18,24
  203:6,10 209:22
  210:1 215:11,15
  220:7,11 228:8,12
  233:4,8 236:15,19
  244:11,19 246:17
  246:21 252:6,10
  252:18 257:25
  260:5 325:2,4,9
market 156:14
  172:14 335:15
marketers 160:11
  173:14
marketing 169:14
  178:17 180:9

228:17 261:5
277:13 289:17
**marketplace** 262:8
**marks** 262:24
304:15
**match** 323:7 324:4
329:8
**material** 323:19
**matter** 212:16 213:7
214:6,6 306:11
**maximum** 188:18
222:14
**mckenzie** 165:16
**mckinney** 161:12
**mdl** 155:5 156:5
**mean** 212:12 214:13
223:1 265:8 292:8
298:17 310:8
312:6 319:15
327:3
**means** 195:12
205:18 209:17
213:13 217:7
244:2 283:16
303:8 312:7
319:15 327:4
**meant** 259:11 285:4
293:20
**measure** 200:22,25
**meat** 258:18,18
**media** 262:19,25
304:16 339:23
**meet** 182:9 206:14
**meeting** 169:18
179:12,18 228:17
228:21 231:9
232:3 233:12,17
233:19,25 240:22
291:7,21 292:1,6
298:13
**meetings** 168:18
179:7,14 228:24
288:13 289:1
292:2,13 301:5

**member** 224:6
234:16 289:8
295:16,25 296:3
301:25 338:18
**members** 179:1
192:17,25 194:12
195:6 211:18
223:6 224:5
293:24 294:10,12
294:22 295:6
336:25 337:9,11
**memo** 176:10,12,13
177:5,12 210:13
216:8,22 220:14
220:20 251:22
253:7,17 269:18
270:10 271:17,21
273:6,21 296:25
**memoranda** 176:8
**memory** 229:16
**memos** 210:7 216:5
220:18 251:6,15
253:4 269:17
270:16
**mention** 185:1
**mentioned** 186:23
282:18 298:4
317:2
**meridian** 159:16
**merrick** 158:12
174:10 257:22
**message** 247:16
248:17
**met** 183:3 239:24
**metadata** 237:10
**metal** 190:8
**methods** 248:25
**mexico** 201:25
**michael** 159:5,10
164:3 166:3
173:16 174:16
**michigan** 165:7
**microphones**
172:19

**microscopically**
259:17
**mid** 274:8
**mid2004** 236:1
**middle** 206:3 208:12
230:22 264:8,12
280:5
**middlings** 248:21,22
**midwest** 159:12
173:17
**milberg** 158:4
**million** 191:10,10
191:19 218:25
225:16 274:14
327:1,5
**mills** 174:9 297:18
**mind** 194:6
**minimize** 179:2
**minimum** 234:6
237:23
**minneapolis** 161:21
166:8
**minnesota** 161:21
166:8
**minus** 217:9
**minute** 253:21
290:12 334:13
337:23
**minutes** 169:15,22
225:5 228:17
233:12 235:13
288:12 289:4,7,12
289:18 290:5,9
291:1,2 292:14
304:21
**miscellaneous**
273:10
**missing** 222:23,23
**mission** 264:25
265:3,7,9 322:23
322:25 323:2
**misstates** 189:10
196:25 201:9
212:20 213:11

219:5,13 235:17
240:25 251:9
257:5
**mix** 221:18
**moark** 165:3
**moart** 173:23
**model** 187:9,14
208:14,18 209:1,8
209:9,21 221:21
**modeling** 185:2
196:22
**models** 199:19
**modify** 323:25
324:1
**molt** 210:11,21
211:9 214:8,8
226:13 248:23,23
**molting** 210:2,10,25
211:10,12,15,16
211:21 212:2,16
213:7,20,22,24
214:5,19,24 215:5
246:7,8 247:5,5,8
267:16 285:9
**molts** 215:8
**moment** 211:9
214:9 222:6
**money** 211:15,16
225:8,17 279:17
303:24 306:16
309:15 318:24
327:10,13
**monica** 162:6
173:19,19 338:25
338:25
**month** 207:4 319:4
329:6,7
**monthly** 205:22
273:3 297:3,4
330:11
**months** 180:5 205:3
231:17,18,21
320:1,2
**morgan** 161:18

HIGHLY CONFIDENTIAL

morning 172:4
175:7,8
morris 162:4 173:20
mortality 222:15,16
223:1,2,4,11,15
move 243:20
moving 323:3
msrayle 158:17
muething 166:14
173:25
multicounty 308:14
multiple 192:9
225:12 227:25
318:13
multiply 225:16
multiplying 199:16

**N**

name 172:8 257:22
258:17 263:8
276:20 289:2,23
289:25 290:2
293:14 341:16
named 208:22
names 270:12
293:18 296:6
nation 209:16 274:3
274:16,18 307:21
322:11
national 172:10
307:21 311:11
315:7
nations 198:2 259:7
nature 250:15
necessarily 207:12
253:14
need 175:15 191:10
191:21 205:1
208:15 223:6,6
241:8 244:5
246:11 250:5
257:11 263:17
275:19 332:18
333:21 339:11

needs 208:3 250:7
299:18
negotiate 301:6
neither 294:12
341:12
nestle 174:9
net 158:17 217:5,7
245:7
never 179:10,11,11
179:11 186:10
205:2,12 221:15
235:22 241:1
249:19 251:7
252:4 264:18
287:25 288:5
300:1 314:5
new 157:8,8 158:6,6
158:15,15 169:15
176:17 186:23
188:24,24,25
189:4,8 191:5
192:14 194:6,7,8
208:3 215:7
235:15 239:2
252:14 273:3,9,10
285:2
newsletter 168:14
191:24 195:11,19
213:15 216:17
270:11 271:14,22
272:1 273:12
295:3 310:24
318:2 326:2
newsletters 270:12
270:13,14 271:2
272:13 273:9
296:24 299:17
321:5
newspaper 192:5
night 304:7
nine 228:22,23
229:12 290:14,15
nodding 193:11
noise 245:17

nomolt 246:10
nonfeed 247:5,7
noprofit 213:25
norco 165:3 173:23
normal 222:15
223:8,15 274:18
306:25
normally 283:21
north 159:16 163:18
164:13
nos 168:19,24 169:7
169:12,16,23
170:7,10,16,23
171:9
notary 340:25
note 172:17 296:6
noted 200:13 339:25
notice 303:5 330:23
noticed 269:24
nucal 162:14 174:15
263:9
number 188:20
193:9 196:1,4
197:19,25 198:9
203:15,21,25
207:14 216:6
217:5 222:14
250:7,13 252:20
252:21 258:6
260:15,19 262:20
262:25 264:4,9
268:10 278:18
284:19 285:16
288:16 290:22
295:1 297:17
304:16 311:3,18
319:7 322:4 326:4
326:7,9 329:23,25
330:4,20 331:22
333:6,6,9,11
339:23
numbering 288:17
numbers 182:23
187:17,17 190:12

191:13,25 192:1
193:7,8 195:2,7,16
198:20 199:13,13
199:16,22 207:7
218:9,13,19 219:9
223:7 260:22
281:12,18 296:16
296:18 317:19,20
324:24 330:11
333:10
nw 162:8

**O**

oakland 159:8
oath 172:22 175:2
341:7
object 185:18,20
230:21 291:14
335:2 336:6,9
objecting 338:9
objection 179:4,24
180:23 181:13
182:4 183:8 184:6
184:12,13 186:19
188:14 189:10
190:2,19 192:19
193:22 194:17,20
194:21 195:8
196:25 201:8
204:22 212:19
213:10 214:21
217:21 218:10
219:4,13 220:23
222:10 223:18,25
226:1 227:12
230:19 232:6,13
234:7,13 235:2,17
236:4,5 238:5
239:7,25 240:24
242:18 243:5,15
247:10 249:6,16
251:9,10 255:8
256:14 257:4
265:5 266:11

HIGHLY CONFIDENTIAL

268:3 270:8,19
273:7,14 274:11
275:1,5 276:13
280:17 283:19
284:6 286:4,19
287:16 288:2
291:13,15 294:13
294:23 295:20
296:1,23,23
298:20 299:11
300:12 301:1,12
301:24 302:25
307:11 309:10
313:16 314:10,18
315:3,17 316:12
317:10 318:6,11
320:9 322:9,24
323:10 324:7
326:18 327:14
328:11 329:24
330:9 331:4,19
332:15,19 334:4
336:14,22 337:5
337:12
**objections** 205:1
**objective** 207:13
**obligations** 182:9
**observed** 218:17
**obviously** 179:25
　210:24 212:6
　259:25
**occasionally** 275:20
**occur** 185:11 186:6
**occurred** 186:2
　192:7
**occurs** 206:24
**october** 228:18
　289:18
**offer** 223:5
**office** 306:24
**offices** 308:9
**official** 312:13
**oh** 214:13 226:25
　261:20 262:3

266:20,22 275:15
279:21 286:5
296:12 323:17
331:5
**ohio** 164:14 166:13
　166:18 173:25
**okay** 175:14 176:4
　176:11 177:4
　178:9 180:14
　181:8 183:12
　185:6 187:13,22
　190:15 193:15,18
　194:11 195:5
　196:13,19 197:16
　197:19 200:20
　201:14 202:19
　204:12,12,18
　207:24 209:20
　210:2 212:13
　215:10,18 216:21
　217:11,15 223:10
　223:12 229:7,14
　230:17 231:1,3,4,4
　232:21,22 233:3
　239:21 240:11
　241:10 244:18
　246:16 248:5,13
　248:16,18 249:10
　250:24 254:9
　255:1,3 257:9
　258:24 264:3,19
　265:1 268:18
　270:5,18 271:13
　272:7,12 273:21
　277:7,25 278:22
　281:1 282:21
　283:17 284:3
　285:23 287:3
　289:3,16,19 290:3
　290:11,20 292:5
　294:6 295:8 296:8
　296:14 298:17
　299:1 300:14
　301:19,21,21

302:10 304:10
307:25 308:2,6
311:17 314:25
316:9 317:14,25
318:3 321:2
324:21 325:19
326:3,5,20 329:13
329:22 330:22
331:24 332:9
333:16 339:7
**old** 231:11 232:24
　278:24 279:1
　280:7,12,21
**oliver** 157:4
**olson** 157:5 168:6
　173:2,8 174:1,2
　175:6,21 179:6
　180:11 181:4,14
　182:12 183:9
　184:9,19 185:20
　186:20 187:23
　189:2,13,24
　190:10,23 192:22
　193:17 194:10
　195:4,14 197:3
　201:12 203:9,16
　204:25 205:4
　208:10 209:11,19
　209:25 213:4
　214:12 215:9,14
　215:18 216:1,7
　217:22 218:16
　219:6,22 220:10
　221:3 223:9,22
　224:1 226:10,24
　228:5,11 230:13
　230:17,21,25
　231:24 232:9,18
　233:7 234:10,18
　235:3,24 236:6,18
　238:8 239:10
　240:2 241:7
　242:20 243:12,19
　244:17 245:20

246:20 247:11
249:9,22 251:13
252:9,21 255:11
256:25 257:9
262:18 265:5
266:11 268:2
270:8,19 273:7,14
274:11 275:5
276:13 279:19,21
279:24 280:17
283:19 284:6
286:4,19 287:16
288:2 291:11,15
291:23 294:13,23
295:20 296:1,23
298:20 299:11
300:12 301:1,12
301:24 302:7,25
305:6,10,14
307:11 309:10
313:16 314:10,18
315:3,17 316:12
317:10 318:6,11
320:9 322:9,24
323:10 324:7
325:14 326:6,10
326:13,17 327:14
328:11 329:24
330:9 331:4,19
332:18 334:4
335:2 336:6,14,22
337:5,12 338:10
339:10,20
**once** 188:19 193:7
　196:4 199:12
　215:4,5 269:25
　315:25
**onecounty** 308:15
**ones** 183:15
**ongoing** 194:2
　301:14,15 321:9
**onsite** 304:3 306:7
**opening** 235:5
**opinion** 195:10

HIGHLY CONFIDENTIAL

249:20
**opinions** 276:7
**opportunity** 178:2
339:16
**opposed** 221:13
225:4 250:18
276:5,10
**order** 178:16 191:3
235:21 284:12
325:2
**orderly** 335:22
**organizations**
267:14
**orient** 205:6
**orientation** 315:9
**original** 222:19
223:21 243:23
253:23,24 270:22
280:22 281:1
317:15,16
**originally** 222:19
240:5 303:11
306:22
**originated** 305:21
**orleans** 169:15
**osborn** 159:14,19
173:17,17
**outage** 305:3
**outcome** 172:24
186:10
**outcomes** 196:23
**outdated** 280:16
**outside** 299:7,10
**outsiders** 319:20
**overbuild** 192:17
194:13
**overnight** 178:4
180:8 241:21,25
333:22 334:14,19
335:5
**overpopulation**
180:1
**overseas** 320:12
**oversight** 309:7

**oxford** 161:5
_____
**P**
**pa** 163:5
**packet** 264:8
**page** 168:13 169:4
170:4 171:4
185:15,16,22
186:21 187:4
196:10 206:3
207:22 208:9,12
208:24 210:23
224:15,17 226:12
229:19,20 243:21
245:3,25 246:1
247:14 258:5
260:18 261:1,24
262:2,3 264:4,13
268:11,22,22,23
272:24 276:2
284:22,23 285:23
293:7,8 295:6
302:20 311:21
317:24 324:23
326:22 327:23,24
329:11,13,13
330:7 331:5,6
333:7,11 340:7
**pages** 208:23
**paid** 301:9,22 302:1
**paper** 213:19 225:3
277:10 279:4
290:7
**papers** 277:9
**paragraph** 187:8,10
187:24 206:2,13
210:24 238:14,15
238:18,19 239:2,9
239:11,20,21
245:23 258:24
259:5 261:25
262:5 264:13
284:25 285:1
296:16 301:3

333:13,17
**paragraphs** 208:1,7
227:3
**paralegal** 174:19
**parallel** 262:11
317:17
**pardon** 214:25
277:22 325:25
**part** 179:12 200:1
217:2 243:8
245:14 248:3
264:13 268:14,15
271:14,15 284:12
298:15,17 299:3,9
303:7 307:17
308:4 322:18,21
322:23 327:19
**partial** 180:25 183:7
183:10
**partially** 197:2
**participate** 199:25
200:4
**participated** 337:10
**participation**
200:14,17,18,22
200:25 313:20
**particular** 204:24
249:5 258:21
264:22 270:5
271:5 275:16
276:11 277:2
286:21 287:7,8
291:1 310:3,23
312:9,11 327:12
**particularly** 258:12
**parties** 172:18 173:1
341:14
**parts** 215:7 303:22
**party** 172:23
**pass** 257:10
**patience** 262:13
**paul** 235:9
**pause** 268:3 338:2
338:11

**pay** 259:25 313:18
320:6 327:18
335:14
**paying** 264:20
**payoff** 309:24
**pays** 260:2
**peaks** 319:23
**peck** 284:12
**peewee** 277:16
**pencil** 279:14
**pending** 230:20
240:1
**pennsylvania** 155:2
156:2 157:17
158:5 160:6,16
161:6 162:8 163:9
**penny** 225:15
**people** 192:8 193:8
213:22 222:13,25
226:5 256:5,5,6,6
266:14 271:9,21
281:21 284:14
303:8 308:24
310:17 314:2
315:23 316:17,20
321:14 327:13
328:15,16 338:8
**pepper** 160:12
173:12
**pepperlaw** 160:18
**perbird** 190:5
**perceive** 224:11
**percent** 183:11
186:11 188:8
190:4 191:9,16,18
194:5,7,8,8 197:6
197:8,9,20,23
198:1,1 200:18
214:1,3 222:19,20
223:3 224:19,20
245:11 251:21
291:4 307:1
313:19,21,22
315:6 318:23

**VERITEXT REPORTING COMPANY**
www.veritext.com
(212) 279-9424     (212) 490-3430

HIGHLY CONFIDENTIAL

320:11,13
**percentage** 202:15
  202:20 225:20
**perfect** 256:22
**perfectly** 250:15
**performance**
  208:13 221:20
  279:8
**period** 178:1,5,8,15
  178:23 179:23
  191:17 201:16
  203:18 218:18
  239:14 251:5
  274:8,10 280:1
  292:2 299:16
  303:17 310:12
  312:24 313:21
  319:5,12,14 322:8
  322:17 334:2,22
  334:24 335:8,9,22
  337:17
**periods** 214:25
  215:1
**perish** 275:19
**permanent** 261:18
**person** 222:15
  227:16 276:12
  287:9 294:9 308:8
  314:2 323:22
**personal** 188:15
  195:10 222:11
  236:5 243:16
  245:9 249:7
  256:15 312:18
**personally** 195:15
  221:13
**persuade** 192:16
  194:12
**peter** 166:5 173:15
**peterschwingler**
  166:10
**ph** 322:15
**phasingin** 334:2
**phenomena** 284:13

**philadelphia** 157:17
  160:6,16 163:9
**phone** 173:8,9
  304:25 323:21
  338:24 339:6
**phoned** 309:1
**phrase** 259:12,22
**phraseology** 256:18
**phrases** 277:2
**pick** 172:19 265:24
  300:15
**picked** 303:14
**pictures** 275:25
  276:1,1
**piece** 185:1
**pierre** 247:21
**pittsburgh** 161:6
**pizzirusso** 157:14
  174:5,5
**place** 163:7 172:18
  178:15 226:4
  276:24 283:7
  290:18 298:14
  310:11 339:9
  341:5
**placed** 266:5 341:7
**plaintiff** 174:8
**plaintiffs** 156:14
  157:3,12 158:3,10
  163:13 172:12
  173:11 174:4,6,12
  257:24
**plan** 184:15,20
  333:19,20
**plant** 278:2
**plays** 246:11
**plaza** 158:5 164:12
**pleaded** 230:9 232:4
  232:22
**pleading** 231:9
**please** 172:17,25
  194:20 196:18
  203:15 230:13
  244:23 253:21

260:17 263:18
  325:3
**pll** 166:14
**point** 182:16 186:14
  189:7 195:18
  200:23 207:21
  208:2 211:20,21
  212:7,15 213:6
  227:23 237:2
  238:16 239:16
  257:9 263:17
  267:7 280:15
  303:13 313:12
  331:24 332:12,14
  335:20
**points** 223:2 225:21
  329:18,22
**policies** 180:4 221:8
  221:12 222:4,9
  320:21
**policy** 186:12 214:7
  214:7 227:21
  274:21 311:24
  334:18
**poor** 319:16,16,18
**pope** 169:6 216:4,10
  249:13,24 250:10
  251:1 294:8
**population** 183:15
  188:21 191:8,9
  194:5 218:23
  223:20 281:9,15
  281:16 282:16,23
  283:6
**porter** 162:4 173:20
**porterwright**
  162:11
**portion** 203:12
  264:22 307:4
  320:16 334:25
**position** 192:12
  308:14,15
**positive** 279:12
**possibilities** 211:11

**possibility** 186:17
  189:3 331:16
**possible** 176:17
  190:16 196:23
  198:7 270:18,20
  287:25 288:5,7,7
  317:7
**post** 321:12
**potential** 176:23
  221:15 226:12
**poultry** 159:12
  171:14 173:18
  258:18 269:7,12
  271:11 308:16
  313:12 315:24
  322:13,15
**poultrymen** 320:17
**power** 304:9,20
  305:3
**powerpoint** 285:20
  285:22
**practice** 224:16,25
  225:11
**practices** 280:13
**precise** 198:20
**predecessor** 275:21
**predict** 201:23
**predicted** 202:3,5
**preempts** 330:16
**prefer** 254:22
  255:12 331:13
**preliminary** 185:4
  186:14 207:25
  222:1
**premise** 219:21
**prepare** 177:5,10,14
  289:4
**prepared** 175:11
  176:8 216:24
  237:6 252:2
  257:10
**preparing** 216:8
  251:15
**present** 173:6 246:9

presentation 179:13 287:8
presentations 228:23
presented 229:23 230:8
president 177:8,8 229:22 294:2,3,3,5 311:6
pressing 339:11
pressure 267:5
pretty 221:22 310:22,25
prevailed 217:19
prevented 299:20
previous 276:3
previously 186:1 205:12 235:1 237:21 238:13
price 171:5 188:10 199:13,17,18 200:12 201:22 205:2,9 210:25 211:12 214:19,23 217:25 218:1,13 218:15 224:19 260:2,11 262:6 274:2,9,15 277:14 277:17,23 278:5,5 278:6,13 317:7 318:4,8 320:4,12 320:18 321:7 322:8,20 323:8 327:5 335:12,17
prices 184:11,25 200:4 201:6,15,16 201:25 202:4,11 202:22 204:14 205:7,23 210:2,10 210:11,16 211:7 211:23,24 212:3,8 212:9,14 213:9,9 213:17,17,20,21 217:3 218:7

219:17,20 259:8 259:12,14 261:7,8 261:17,18 262:9 273:22,25 274:19 274:25 320:7 324:5 335:1 336:4 336:13,21 337:3,8 338:16,18,22
pricing 274:21 277:3,4,9,12 299:21
primarily 213:24
principle 333:24
principles 285:3
prior 184:12 201:9 212:20 213:11 219:5,14 251:9 257:5 341:7
private 172:20
probably 186:9 281:20 294:1 309:13 322:5 335:14
problem 183:21 202:2 231:20 267:19 274:13 316:21 319:6 321:9 327:7,8,10 327:12
problems 188:10 227:17 265:23 280:18 307:6 308:21 309:1
procedure 242:1 279:10
procedures 323:1 323:24
proceed 173:1
proceedings 341:4,6 341:8
process 251:15 330:17
processed 155:4 156:4 172:15

processes 178:17
processing 278:2,3 278:4,7
produce 191:24 200:16 250:8,13 265:20 327:5,17
produced 201:4 202:10 239:4 246:23 257:15,16 271:11 286:2 288:18,18 319:8 326:10,13,19 339:14
producer 169:20 178:22 179:7 182:16,24 183:21 205:17 210:16,21 226:21,22,25 227:1 233:13,20 234:11,20 235:10 278:13
producers 160:10 173:13 178:13 183:2 189:3 195:16 199:24 200:3,5,8 201:3,7 202:22 224:16 225:10 232:4 240:21 241:12 247:24 259:1 267:8 294:5 310:1 318:19 336:3,13
producing 180:7
product 254:2,3,6
production 178:16 179:3 191:18,22 195:3,7,17 196:1 198:22 206:9 209:2 218:14,21 219:10 258:19 271:19 274:17 278:6 280:13 297:13 299:22 318:14,15 320:16

328:1 329:3
productivity 188:22 191:15 192:2 199:17 232:17 283:14,16
products 155:4 156:4 172:15
profitability 188:7 203:18 223:21 225:18,25 319:23
profitable 188:8
profits 200:5 201:7 202:22 217:8,16
program 182:16,20 195:24 201:4 202:11,16,21 206:8 219:3 236:1 236:1 238:11,21 240:23 255:18 256:4,12,13 257:3 264:18 265:11 303:14 306:19 309:15 314:6 319:10
programs 246:10 248:24 307:21 309:12,14 315:7
progressing 238:15
progressive 181:10 181:16 183:6,12 183:14 184:3
progressively 181:9
prohibitions 250:11
project 280:14 310:3
projecting 191:17
projection 297:4,6
projections 168:22 169:10
projects 301:5
promote 269:9 271:4
promoted 270:25
promoting 267:14

**HIGHLY CONFIDENTIAL**

271:3
proposal 253:19
  255:7 310:10
pros 224:10
provided 208:13
  238:21 288:21
  297:6 305:25
providing 239:5
  300:21
pubically 331:2,12
public 326:11
  340:25
publication 176:5
  203:2 312:13
publicly 275:14
publish 275:19
publisher 276:16
pull 252:17 275:8
  292:20
pullet 211:23 213:9
pullets 243:25
pulling 310:21
purchaser 156:13
  157:3,12 158:3,10
  172:12 174:3,6,12
  257:24
purchases 259:24
purely 313:11
  314:21,21
purposes 223:16
pursuant 300:21
pushed 327:20
pushing 321:14
pushout 185:25
put 206:1 209:20
  215:10 220:6
  223:10 228:6
  233:3 234:12
  244:4 246:16
  252:17 256:17
  260:4 261:4 268:6
  275:7 276:23
  278:17 283:1
  285:12 289:14

296:5 302:5
312:19 321:16
332:15,19 334:8
335:24
putting 180:13
  219:23 223:13
  273:18 315:16
  316:11

_____

**Q**

quality 329:2
quarter 313:22
question 183:2,19
  187:20 189:21
  192:21 194:25
  207:25 209:5
  213:5,12 217:9
  222:7 230:15,20
  231:6,7,22 240:1
  241:24 245:17
  249:21 250:21
  266:1,6,14 267:24
  283:24,25 290:1
  291:12 292:10
  294:15,17 304:22
  304:23 305:3,18
  309:25 314:9
  337:24 338:11
questioned 264:20
  268:13 278:19
  302:13
questioning 213:22
  314:5
questions 185:5,18
  193:12 214:14
  222:1 229:11
  256:3 263:10,16
  264:7 293:21
  326:18 332:10
  335:25 338:24
  339:1,12
quinn 157:4 174:2
quinnemanuel
  157:10

quite 230:1 263:22
quo 191:11
quote 205:11,16
  309:4
quoted 190:12
  205:17
quoting 217:5

_____

**R**

raised 225:7 243:13
  274:15
ranch 165:3 173:23
randolph 165:17
range 198:6 201:18
  283:23
rate 191:15 197:9
  198:2 265:22
rates 187:14,16
ratio 218:14
rayle 158:12 168:7
  173:4 174:10,10
  257:21,23 258:3
  258:11 260:8
  262:12,15,17
reached 188:20
  204:14 205:11
reacting 195:25
reaction 192:5
read 196:17 197:12
  201:24 203:23
  204:4,9,23 212:21
  231:1,2,3 238:9
  242:11 248:19
  255:9 260:13
  264:16 274:1
  277:9,12 285:10
  305:4,17 311:7
  340:3
reading 185:19
  249:7 291:6,9,19
  291:21
reads 259:5
real 225:17 285:2
realize 319:20

really 179:14 187:18
  244:25 257:7
  286:14 328:19
  332:18
realm 250:16
reask 305:2,19
reason 203:17
  217:25 263:19,23
  273:12 290:19
reasons 218:6
  264:11 267:2
recall 195:5 204:6
  205:2 216:8,10,13
  216:19 220:20
  221:4 225:22
  228:20 229:3,8,11
  233:17,19,23
  234:5,22 237:5
  245:24 246:2,5
  250:25 257:1,7
  274:10 291:3,25
  292:3,6 298:10
recap 305:1
receive 203:1 272:4
received 251:7
  252:24 298:9
receiving 289:6
  291:1,2 298:10
recess 215:22
  244:10 262:23
  304:14 332:25
recognition 241:12
recognize 325:20
  329:20
recognized 186:17
  238:6 333:14,21
recollection 231:14
  231:23 238:10
  253:11 287:22
  291:6,20
recommend 221:16
  265:10 328:9,14
recommendation
  192:24 193:4,19

HIGHLY CONFIDENTIAL

240:22 241:13
242:15 324:4
328:3,5
**recommendations**
194:23 195:1,11
196:5 222:12
237:20 259:6
292:25 322:7
323:6 324:11,15
324:25 330:8
333:19
**recommended**
188:19 228:3,4
242:10,17 246:6,7
337:20
**recommending**
318:19
**reconsider** 256:24
**record** 172:5,19
173:7 212:25
215:21,25 230:11
240:25 244:6,9,16
246:24 255:4
258:9 262:18,22
263:2 294:19
304:9,13,19
325:22 326:25
332:15,22,24
333:3 339:24
340:5 341:8
**recorded** 205:13
**recording** 172:17
**records** 287:17
321:13
**redding** 160:13
173:12,12
**reddingw** 160:18
**redo** 310:11
**reduce** 183:23 250:7
250:12 265:17
**reduced** 238:12
239:5,23
**reduces** 223:7
**reducing** 180:1

207:13 223:21
230:10 231:10
232:10,15 235:16
**reduction** 176:23
199:22 206:14,19
206:20 207:11,11
207:12 208:6,16
218:12 253:19
255:6,18 256:4,13
**refer** 178:7 185:13
187:16 232:12
235:4 280:2
284:17 302:24
324:17
**reference** 231:8
331:21
**referred** 176:7
212:10 217:16
222:2 242:22
**referring** 177:24
200:14 204:14
217:2 232:20,25
234:19 265:13
272:15 289:13
295:1 330:20
331:21
**refers** 176:22
177:17 232:24
242:9 273:10
281:19,24
**refocus** 222:6
**refresh** 175:16
231:14,23 238:10
253:10 328:16
**regard** 253:18
**regarding** 177:1
237:22
**regents** 174:17
**region** 281:17
**regional** 297:13
309:17
**regression** 283:24
**regular** 282:4
298:15,17

**regulate** 314:16
**regulations** 196:5
**regulators** 334:7
**relate** 319:7
**related** 172:23
201:19 303:15
**relates** 284:13,14,15
**relating** 225:18
269:7
**relationship** 188:1
188:13 211:8,12
220:5 283:24
301:14 306:4
313:8 319:9 321:6
**relationships** 171:6
250:4 260:11
309:2 328:18
**relative** 211:7
222:13 247:5
256:19 341:13
**relevant** 206:19
**remainder** 320:18
**remember** 192:2
206:23 255:23
267:23 272:7,8,21
278:19 281:8,10
283:15 285:4
286:21,25 287:3,7
289:6 290:4,6,25
291:2,10 292:12
293:3 321:19
323:18 328:3
337:23
**remembered** 321:4
**remind** 187:19
**removal** 248:25
**remove** 190:4
**removing** 241:25
327:25 331:15
**repeat** 304:23
**repeatable** 318:24
**replace** 208:5,15
222:22
**replacement** 180:4

194:2 209:1
**report** 168:17
197:14 207:4
217:17 230:3
237:18 270:6,6
272:5,9 293:24
309:21 310:19
312:22 313:13,14
315:18 318:9
329:21
**reported** 155:21
220:2 230:3
317:21
**reporter** 156:17
172:9 175:19
203:7 209:23
215:12 220:8
228:9 233:5
236:16 244:12
246:18 252:7
258:1 260:6 305:4
325:5 341:2
**reporting** 196:23
199:11 309:20
**reports** 205:10
220:3 230:8
269:15 298:3
310:14 311:3,7
315:16,20,21
316:11,24 318:10
318:13,16 321:2
330:13 331:12
**represent** 257:23
**request** 172:11
**requested** 265:10
335:7
**requesting** 253:11
**require** 242:24
300:1
**required** 181:20,21
182:11,17 183:18
312:9,10
**requirement** 194:4
234:12

HIGHLY CONFIDENTIAL

26

requirements
182:19 333:19
reread 221:23
research 247:7,12
247:14 248:8
249:4,5 266:10,12
266:18,20,21
267:1 278:24
279:1,2 280:6,12
280:14,15,19,20
280:22,23 281:1
285:8 304:3 306:8
307:18
researched 205:20
researching 266:14
reserved 257:11
reshaping 239:19
resolved 231:20
238:17 267:8,9
respond 254:7,17
256:4
responded 253:14
255:23,24
responding 253:2
262:8
response 254:18,19
283:20 305:5
responses 184:17
responsibility 182:7
322:22
rest 238:9 274:18
282:25
restate 219:8 284:1
284:3 294:15
restates 184:12
result 184:14 188:1
189:17 190:17
191:1 192:17
194:13 207:16
232:15,16 259:8
259:12,14 267:4
283:18 284:4
297:7 313:15
331:15

resultant 224:19
resulting 176:17
180:20
results 196:12,16
197:5,15,18 202:6
219:1,2,9 248:20
255:14 280:23
retail 171:5 259:24
260:11 261:17
274:19
retailers 262:7
retailing 261:8
278:9
retainer 177:13
251:6,16 298:8
retired 269:21,22
332:8
retirement 299:16
returns 246:8
revenue 217:19
218:3
reverse 282:4 285:8
review 187:10
196:15 203:3
229:21 236:24
257:14 339:15
richard 163:16
173:10
richardcampbell
163:22
rid 328:8 329:9
ridley 247:23
right 174:2 175:23
176:9,16,18
177:16 178:21
182:13,17,18,20
182:23 185:8
193:5 196:10,20
196:24 197:11,20
198:9 202:18,20
204:5,6,25 205:5
205:10,14 206:2
207:9,21 208:11
209:12 210:11,17

211:5,9 212:17
213:9 216:2,16,18
217:23 218:9,24
219:7 220:6
225:11 226:11
228:6,22 231:8
238:4 239:20,22
240:3,9,19,23
241:17,18 243:4
243:14 244:3
248:2,16 251:17
253:5,8 255:7,15
255:20 259:2
261:13 267:2
271:2 272:1
274:12 278:14
281:2 282:12
287:11 288:15
290:9,14 292:11
292:11,12 299:14
300:17,17 318:15
326:17 327:13
330:3 332:2
righthand 260:18
260:21
rise 199:23
risks 226:13
riverside 155:15
156:14 172:1,14
304:4
robert 247:21
role 246:12 256:7
282:10 306:8,9
308:9 337:1
338:17
roles 306:7
rooney 163:6
rose 162:3 173:20
rosy 240:8
roughly 286:18
321:17
roundys 165:13
row 321:21
rubberstamp 336:3

336:12,21
rules 333:24
run 199:19 328:20
328:22 335:21
rw 160:3

**S**

safe 227:4
sake 255:4 339:10
salary 306:21
samples 209:15
sampling 297:18
323:24
san 162:19
sauder 160:3
saying 190:25
195:13 199:21
202:9 214:18
241:2 243:18
262:11 271:7
285:13,14 333:13
333:16 334:7
says 177:6,21
196:12 197:19
201:18 206:3,14
208:12 210:18
211:6,8 218:20
227:3 229:18
230:24 237:15,18
238:19 239:2,22
241:11 242:14
243:23 246:5
247:20 248:20
255:12,16,17,20
255:21 264:11
273:3 276:17
285:1 286:6
293:16 297:14
302:22 305:15
310:24 311:23
312:3 313:24
326:25 332:6
333:8
sayso 315:5

HIGHLY CONFIDENTIAL

27

sbcglobal 158:17
scare 192:8
scenarios 176:17
    177:1 199:6,20
schwingler 166:5
    173:15,15
sciences 269:7
scientific 169:18
    178:20 179:16
    233:13,20 234:1,3
    234:20,23 235:13
    237:18 240:12
    242:9,21 265:13
    266:4,24 278:22
    280:2 289:20,22
    294:11,22 295:19
    295:25 298:7,18
    299:8,13 300:24
    301:10,23,25
    336:1,11,20,25
    337:7,9 338:14
scientifically 266:16
scott 158:12 167:4
se 211:18
second 181:1 183:19
    196:8 210:24
    245:3 268:14,22
    271:15 284:21,23
    285:15 287:12
    296:15 301:3
    310:12 320:3
    327:22,24 336:8
secondtothelast
    284:25
section 177:17
    196:16 197:15
    198:16 229:21
    243:20 258:12,25
    259:2 269:1
see 177:19 178:10
    178:11,12,13,18
    186:3,25 188:3
    189:14,16,16
    191:24 198:12,13

198:23 204:19,20
205:14 206:11,13
208:1,4 209:8
211:1 212:1
214:10 224:22
226:12,14 227:2,7
227:8 229:1 231:8
231:13 235:7,12
237:8 238:1 239:8
242:6,8 243:1,2,7
243:20 244:1,21
249:1 253:20
259:9 261:19
262:10 264:13
266:14 270:2
273:1,4,12 276:1
280:5,9 285:2,25
286:8 288:20,23
289:23 294:8
295:5,10 296:25
298:21 302:15
311:22 312:1
322:18 326:22
327:2,16 329:17
333:7,13
seen 204:7 220:18
251:16 254:24
263:15
selective 273:17
sell 259:20 277:10
277:17,18,19
selling 214:2
sells 278:1,2
send 195:11
senior 258:22
276:23
sense 240:17,18
328:10 332:8
sensitive 172:19
sent 216:4 245:13
253:3 254:1 272:1
sentence 189:15
197:17 210:13
224:14 248:19

259:5 261:25
262:5 264:16,22
280:5 285:1
sentences 242:16
separate 256:1
338:19,20
separately 302:4
september 237:19
292:25
series 262:7 273:16
326:4 331:17
serious 319:6
serve 298:18
service 298:6 299:8
303:19 338:14
services 159:12
172:11 300:21
301:10,22 309:5
314:24
set 202:24 213:17
341:5
seven 181:11,16
182:2,8 184:4
269:23
sevenhour 332:14
seventh 181:2,22
sevenyear 178:7,15
178:23 179:22
180:21 191:16
sexual 315:8
sham 336:2,12,20
shape 235:21 282:3
282:6
shaped 282:4,5
shapira 161:4
share 171:7
shared 225:23
sharing 310:19
312:7
sheet 331:6,7
shelf 262:9
shell 169:14 228:17
259:24 289:17
shelving 278:9

shohl 164:11
short 255:19 315:6
shortage 335:19,20
shorter 312:16
shorthand 156:17
341:1,9
shouldnt 211:9
309:22 324:10,14
328:15
show 197:16 272:15
288:17
showing 198:6
shown 274:21
shows 183:16
218:11 295:8
shut 242:2 304:9
side 180:13 252:17
296:5
sides 221:24
signed 181:25 183:3
significant 225:8
similar 227:20
simultaneously
237:25
single 181:6 188:17
192:10 287:18
331:6
sir 176:15 177:3,11
186:4 187:7
197:24 198:24
210:9 257:22
258:15 259:9
260:4,13 261:19
261:21 262:10,12
262:16 324:17
325:8
sit 272:8
sitting 255:22 287:3
287:21 290:4,25
291:5 292:5
situation 199:5
319:22
situations 213:25,25
six 180:5 181:5

HIGHLY CONFIDENTIAL

270:13 277:21
**sixmonth** 206:24
**sixmonthold** 334:19
334:20
**sixyear** 178:5,5
206:23 319:14
**size** 181:24 183:22
207:13 259:8
277:15 283:2
319:8
**sizes** 277:21
**skim** 204:2
**slater** 167:4
**slide** 285:19,21
286:3,22 288:5
**slightly** 296:6
**small** 218:12 225:12
242:23 311:22
**smaller** 183:25
198:3
**smallest** 277:17
**social** 221:14,14
**society** 267:7
**societys** 267:4
**sociological** 284:13
**sold** 320:12 327:4
**solution** 308:21
331:17
**somebody** 222:22
224:9 269:24
**somebodys** 256:18
**someplace** 208:7
281:4
**somewhat** 195:12
256:23
**soon** 321:8
**sorry** 261:6 268:1
**sorts** 221:11 222:9
**sought** 308:25
**sounds** 248:9
**source** 307:10
317:15,16,17,22
317:22,22
**sources** 261:7,8,9

297:11,12 306:18
**south** 161:20 163:8
165:7 166:7
**space** 170:6 177:17
177:22 179:22
180:22 182:25
183:3 188:12
192:18 194:13
195:24 196:24
207:10 219:2,12
219:25 233:24
234:6,24,25
235:14,16,23
236:3,11 237:2,16
237:22,23 238:12
238:22 239:3,6,23
240:5,6 242:7,10
255:14 278:23
279:7,16 280:3,16
281:25 282:2
283:2,11,17 284:4
334:2,25
**span** 228:2
**sparboe** 161:17
**speak** 213:2 288:17
**speaking** 182:14
188:15 205:1
230:18
**special** 298:11 301:4
301:4
**specialist** 171:14
308:16 313:12
315:24
**specialists** 316:1
**specialization** 276:8
**specialty** 278:11
**specific** 194:25
197:17 242:21
250:23 257:8
291:3 337:11
**specifically** 176:20
195:23 250:21,25
272:10,11 274:7
290:6 292:12

**speculation** 182:4
**speech** 261:3
**spelled** 182:21 301:5
**spent** 267:6
**spills** 229:20
**sponsored** 309:6
**sponsorship** 176:9
210:7
**spread** 261:17
**square** 160:15
183:17,18 238:24
246:6
**sr** 247:22
**stabilize** 193:6
**stable** 193:7
**stacks** 290:7
**staff** 295:9,13
303:18 306:25
**stage** 236:10
**stahl** 165:4 173:23
**stamp** 228:13
246:24
**stan** 172:8
**stand** 243:7
**standards** 177:17,21
177:25
**standing** 326:18
**standpoint** 179:19
240:18 243:14
308:20 334:21
**staple** 271:24
**start** 173:8 192:23
194:1 200:24
203:23 215:16
235:20 277:14,16
292:23 313:9
321:25 332:11
**started** 182:6 215:3
266:12 275:23
279:11,14 291:23
297:2,20,24
299:13 308:13,21
313:2,25,25
318:18 319:1,2

320:23 321:4,24
**starter** 243:25
**starting** 183:24
208:8 264:13
332:13
**starts** 187:9 224:15
245:24 258:25
317:15
**startup** 189:18
**state** 215:4 219:15
241:16 281:17
299:17,24 303:21
303:24 304:1
305:23,25 306:2
306:13,20,22
307:3 308:23
311:13 315:1
341:2
**stated** 219:23
235:13
**statement** 199:5
200:7 211:6
214:25 218:20
231:4 235:20
259:21 261:22
265:1 271:2
312:11 314:22
**states** 155:1 156:1
160:10 173:13
180:10 188:21
191:8,25 200:12
207:5 229:25
249:14,25 258:25
283:9 312:4
315:24 333:25
334:6,11
**statewide** 303:18
308:16 309:12
**statistical** 297:9
299:21
**statisticians** 322:14
**statistics** 191:23
229:19,23 297:5
**status** 191:11

**HIGHLY CONFIDENTIAL**

29

stay 241:22 290:12
  338:7
steig 157:5 174:2
  187:20 267:23
  305:13 337:23
steigolson 157:10
steigs 231:22
step 329:5
stepbystep 283:23
stephen 163:15
  174:7
stephenbrown
  163:21
stepping 184:1
stepwise 177:22,25
  179:21 180:22
  182:2
stewart 158:11
  174:11
stimulated 279:6
stipulate 305:10,15
stop 231:5,11 232:4
stopped 334:14,15
stores 259:24
story 192:11
strains 242:24,24
street 156:14 157:16
  159:7,16 160:5
  161:20 162:18
  163:8,18 164:5,13
  165:17 166:4,7,17
  172:14 173:16
strictly 179:19
strike 224:1 278:15
string 170:9,18
strings 315:1
strong 259:1
strongly 227:18
  270:20
structure 201:21,22
students 306:8
studies 221:21 280:2
study 248:20 265:10
stuffs 320:17

subject 202:16,21
  205:21 216:15
  220:20 225:3
  229:1,8 250:17
  261:3,5 276:7,9
  286:23 290:16,17
  310:5 318:16
  331:13
subjects 271:8
submitted 250:4
subscribed 340:22
  341:16
substantiation
  286:7
substituted 243:6
subtract 198:11
subtracting 198:10
  198:14
successfully 218:8
  218:18
suggest 214:13
  251:17
suggested 246:8
  256:5
suggesting 253:15
suggestion 192:24
  193:3,18 253:17
  254:7
suggestions 253:14
suite 158:14 159:16
  162:8 163:8,18
  164:5 165:7 166:7
  166:17
sullivan 174:3
summary 224:14
  247:15,15 248:16
  248:20 249:3
summer 205:12
summertime 205:8
  205:9
summing 196:14
supermarket
  335:21
supermarkets

165:13
supervisor 308:7
  309:16 311:5
supervisors 311:2,4
supply 179:19 180:9
  180:16,16 184:11
  188:1,13 219:19
  220:1 249:14,25
  255:18 256:4,13
  264:18 265:10
  317:7 318:3,8,20
  320:24 321:6
  322:8,20 323:7
  324:4 337:2
support 247:24
  248:10 293:16,20
  295:9,14
supported 235:14
supports 307:22
suppose 285:22
  293:24 313:24
supposed 214:4
  230:23 308:18
  314:3 327:9
  336:15
supposedly 194:22
suppress 337:2
sure 177:7 182:13
  193:21 196:20
  198:15 201:13
  212:22 214:15
  221:22 232:19
  253:22 256:3
  261:4 270:15
  281:11,12 285:5
  289:9,9 290:13,17
  295:16 320:7
  330:10 331:13
sustain 187:25
sustained 188:12
  197:9 198:2
sw 164:12
swansons 293:14
swear 269:20

sworn 174:21
  340:22
synonymous 282:22
synthesis 297:20
system 223:5 288:17
  309:20 323:21,23
systems 279:7

**T**

table 168:21 169:9
  178:5 183:16
  217:24 220:15
  310:18 325:11,17
tableegg 170:21
  198:22
tables 198:21
  297:10
tack 278:4
take 172:18 175:15
  178:14 180:2
  191:14 192:12
  200:23 209:17
  215:17 225:4
  230:9 231:10
  232:23 244:5
  247:16 248:17
  252:11 263:17
  272:16 297:5
  300:18 320:3
  327:18 328:23
  330:12 332:21
  333:22 338:10
taken 156:13 184:17
  190:20 218:24
  341:4
takenouchi 162:16
  168:8 174:13,13
  179:4,24 180:23
  181:13 182:4
  183:8 184:6,12
  185:17 186:19
  188:14 189:10
  190:2,19 192:19
  193:22 194:17,19

| | | | |
|---|---|---|---|
| 195:8 196:25 | 333:4 334:23 | 321:11,23 322:1,2 | 200:1,6 202:1,2 |
| 201:8 203:14 | 335:11 336:7,17 | 324:9,14 336:19 | 205:8,16 206:1 |
| 204:22 212:19 | 336:24 337:6 | **telling** 321:4 | 209:6 210:18 |
| 213:10 214:21 | 338:12 339:5 | **ten** 180:6 227:25 | 211:18 214:25 |
| 216:6 217:21 | **takes** 180:5 320:16 | 228:1 241:3 335:6 | 216:5 217:5,13,24 |
| 218:10 219:4,13 | **talk** 212:13 221:23 | **tens** 267:5 | 218:14,20 221:1 |
| 220:23 222:10 | 251:14 252:16 | **term** 180:24 255:20 | 222:24 223:3 |
| 223:18,25 226:1 | 263:12 278:17 | **terms** 184:10 200:22 | 224:15 225:5,8 |
| 226:23 227:12 | 287:18 290:16 | 200:25 306:8 | 228:2 229:6,12 |
| 230:11,15,19 | 323:16 324:3 | **testified** 175:3 203:1 | 232:20 235:19 |
| 232:6,13 234:7,13 | 338:20 | 275:9 281:5,8 | 236:8 238:6,25 |
| 235:2,17 236:4 | **talked** 218:15 | 283:10 284:24 | 239:1,13,15,15 |
| 238:5 239:7,25 | 231:19 239:12 | 288:25 319:13 | 240:10,16 241:16 |
| 240:24 242:18 | 272:23 277:3 | **testify** 175:11 | 243:8 244:3 245:9 |
| 243:5,15 247:10 | 281:12 310:7 | **testifying** 204:23 | 245:10 247:15 |
| 249:6,16 251:9 | 316:25 329:2 | 341:7 | 249:19 253:7,7 |
| 252:19 255:8 | **talking** 190:22 | **testimony** 184:13 | 254:15,19,20 |
| 256:14 257:4 | 191:2 194:11 | 201:9 202:8 | 255:9,16,20,21 |
| 258:9 263:5,8 | 197:17 199:12,14 | 212:20 213:11 | 259:19 262:14,15 |
| 265:6 266:17 | 213:23 225:17,19 | 219:5,14 251:10 | 264:8 265:12 |
| 268:5 270:17,24 | 230:22 254:4 | 257:5 263:10,21 | 266:3 267:18 |
| 273:11,20 274:23 | 269:18 281:16 | 264:1 332:12 | 277:24 278:14 |
| 275:1,3,6 276:25 | 282:11 316:18 | 340:4,5 | 279:16 281:3,17 |
| 279:25 280:25 | 317:6 318:4 | **texas** 161:13 | 283:2,4 284:16 |
| 284:2,8 286:10,20 | 331:14 | **textbook** 258:16,17 | 286:2 290:18 |
| 287:20 288:4 | **talks** 273:21 285:21 | **thank** 175:22 | 292:24 297:9 |
| 291:13,18 292:4 | 286:23,24 301:4 | 204:25 228:6 | 298:13 300:17,17 |
| 292:15 294:14,25 | **taller** 242:25 | 229:14 247:20 | 301:7 310:1,4 |
| 295:23 296:2 | **tape** 305:8 | 249:10 258:11,20 | 312:9,17 313:23 |
| 298:1,23 300:6,14 | **target** 323:3 | 260:4 261:23 | 318:15 319:6,19 |
| 301:8,16 302:2,9 | **task** 299:2,12 | 262:13,16,17 | 323:3 328:17 |
| 302:11 303:3 | **tasks** 299:7 | 296:8 313:18 | 331:23 332:7 |
| 304:10,24 305:8 | **taxes** 217:12 307:12 | 328:12 338:24 | 334:18 338:7,23 |
| 305:12,17 307:13 | **teaching** 304:4 | 339:20 | **theme** 318:1,3,8 |
| 310:6 314:7,13,19 | 306:7 | **thanked** 248:6,7 | **theoretical** 314:21 |
| 315:10,19 316:23 | **tear** 241:22 | **thanking** 248:14 | 314:21 |
| 317:13 318:7,17 | **technological** | **thanks** 263:6 | **theoretically** 191:10 |
| 321:1 322:16 | 308:20 | **thats** 176:10,11 | **theories** 219:16 |
| 323:4,13 324:8 | **telephonic** 159:20 | 178:9 181:22 | **thereof** 341:11 |
| 325:7,16,22 326:8 | 160:19 162:12 | 182:21 185:21 | **theres** 180:6 192:9 |
| 326:11,14,20 | 163:16 165:11 | 189:6 190:20,21 | 201:14 222:16 |
| 327:21 328:13 | 166:11,21 | 191:18,18,19 | 267:13 274:2 |
| 330:2,19 331:10 | **tell** 237:10 254:3 | 193:15 195:9 | 296:18 303:5 |
| 331:20 332:16,20 | 259:11 290:16 | 196:8 199:20 | 311:6 316:14,17 |

HIGHLY CONFIDENTIAL

31

319:17 320:22
324:23 334:10
**theyre** 338:9
**theyve** 193:1 329:9
**thing** 202:4 215:2
218:17 225:14
282:7,24 311:14
316:2 321:24
**things** 184:17 195:3
207:8 232:8,10
240:6 246:10
251:2 273:10,18
273:18 285:7,9
297:23 298:3
300:2,9,10 302:17
303:5 304:3 309:5
320:19
**think** 179:14 184:7
190:8,20,21 191:1
207:1 208:21
209:13 211:17
212:18,24 213:1,3
217:15 219:15,21
221:1 224:13
232:14 235:19
236:12 255:17,24
256:16 259:4
264:4,7,19 268:12
270:20 273:6
275:21,24 276:3,8
277:1 278:12
279:4 281:3,5
282:19 283:10,13
284:15,17 286:2
286:11,16 288:25
289:2,10,13
290:17 294:1
298:9 301:13
302:12 304:22
305:14 306:7
309:3 310:24
312:11 313:1
315:11,13 317:2
321:3 322:6 323:5

324:22 327:8,15
330:3 332:1,7
335:3,4 336:1,11
337:9 338:23
339:3
**thinking** 214:1
320:23 330:17
**third** 212:21 245:23
246:2 258:23,24
287:12 293:7,8
304:4 306:10
329:11,13,13
**thorough** 323:22
**thought** 180:17
189:22 225:2,4
226:9 230:23
239:17 241:1
256:22 270:22
279:21,24 331:18
338:3,8
**thoughts** 222:17
331:17
**thousands** 267:6
316:18
**three** 181:5 205:3
208:7 228:23
239:9 260:21
282:8 283:3 304:3
306:6 320:1,1
322:14 331:8,8
**tied** 307:5
**time** 173:5 175:15
177:7,13 180:2
185:25 188:11
190:7 194:3
195:21 203:3,3
206:10 212:5,22
213:22 214:3,9,23
215:19,23 217:3
221:4,10 222:8
223:14,24 224:3
224:25 225:22
227:22,24 230:4
231:15 233:21,24

234:8 238:15,20
244:7,14 251:21
257:11,17,17
262:13,21 263:1,7
266:9,13 267:10
271:6,6,6 273:22
274:12,22 278:22
283:21 292:2
294:2 298:8 301:7
301:7 303:13,17
304:11,18 306:11
310:12 311:5,9
313:12 315:9
318:10,23 321:17
327:13 328:23,24
331:14 332:12,21
332:23 333:1,23
334:17 336:18
338:4,5 339:12,17
339:23,25 341:5
**times** 199:16,17
250:8 252:1 257:1
271:9
**timetable** 241:4
**tiny** 200:19
**title** 176:16 213:19
286:6 294:9
308:11 313:11
327:25
**titled** 210:10 216:23
220:14 237:6
260:10
**titles** 308:12
**tkennedy** 165:10
**today** 174:18 175:9
175:12 198:3
201:21 207:19
212:12 221:24
228:3 255:22
257:11 263:11,21
264:1 272:8,22
278:21 287:11,21
289:10 290:4,25
291:5 292:5

297:24 322:14
338:20
**todays** 339:21
**told** 192:2 251:1
257:23 321:19
**tomorrow** 338:21
**tone** 256:22 330:10
**tools** 269:10
**top** 207:22 210:24
271:25 286:8
**topic** 240:10 251:17
251:19 339:3
**topics** 203:4 338:20
**torres** 162:15
174:14
**total** 182:22 198:10
200:7 207:14
217:4,5 221:18
276:4 281:11,18
283:21 313:23
320:14 339:22
**totally** 180:8 192:11
201:21,22 202:2
282:23 337:14
**tracking** 317:11
**traditional** 248:25
**transcribed** 341:10
**transcript** 300:15
340:3
**transcription**
341:11
**transfers** 227:3
**transition** 178:1
239:13 334:22,24
335:5,8,8,23
**transportation**
278:8
**travel** 301:14
335:16
**travis** 165:5 173:22
**treated** 230:6
**tremendous** 200:10
**trend** 274:9
**tried** 198:7 278:10

HIGHLY CONFIDENTIAL

32

**tries** 260:2
**trimming** 267:17
**trough** 279:16 282:5
**true** 185:2 200:6
  235:19 259:20
  261:22 323:15
  340:4 341:8
**truthfully** 175:12
**try** 180:12 193:6
  208:11 213:5
  237:4 250:20,22
  263:10 267:22
  276:17 299:6
  337:23
**trying** 190:24 231:2
  232:14 260:1
  276:6 277:10
  328:19,20 333:9
**turkeys** 269:12
**turn** 186:21 224:8
  247:14 258:5
  260:17
**twice** 215:5,5
  269:25
**two** 160:15 163:7
  195:3 196:3
  197:10 208:12,23
  209:14,17 222:16
  222:24 228:4
  239:9 242:16
  254:13 258:6
  262:7 274:16
  282:18 288:10
  293:18 296:7
  297:8 303:5,22
  308:12 319:17,18
  321:20 322:14
  330:13 331:8,8
  335:22
**twominute** 332:21
**twosided** 226:4
**twoyear** 228:2
**type** 189:8 299:20
  305:22 311:22

**types** 177:14

**U**
**uc** 170:19 252:22
  304:4
**ucdavis** 269:2
**ucop** 159:10
**ue** 272:16 296:13
**ue00088125** 216:7
**ue0135717** 175:25
**ue0153245** 169:16
  228:15
**ue0155821** 171:9
  260:15
**ue0294465** 169:23
  233:9
**ue0880125** 169:7
**ue0918791** 170:10
  244:20
**ue135717** 268:10
**ue294465** 290:23
**uep** 169:18,19 176:9
  177:8,9,14,18
  178:22 179:7
  188:19,20 192:16
  193:4,5 194:12,22
  195:6 202:11
  208:13 210:7
  222:12 224:7
  233:12,13 234:11
  234:25 235:11
  236:1 238:3,10
  239:24 242:14
  243:3 251:6,16
  253:19 288:1,6
  293:1 295:8 298:5
  299:20 312:25
  313:8 331:25
  332:2
**ueps** 176:17 178:19
  206:3 235:14
  255:6 264:14,17
**uhhuh** 176:3 183:1
  186:15 187:5

  197:21 278:16
  290:21 300:23
  328:2
**ultimate** 181:3
  256:17 314:4
**unclear** 180:24
  185:18 301:17
**undercutting**
  223:16
**underlined** 225:9
**underlines** 211:2,3
**underneath** 269:1
**undersigned** 341:1
**understand** 190:24
  196:21 232:2
  239:21 242:13
  264:23,24 272:14
  285:12,14 300:19
  300:20 307:7
  321:16 339:15
**understanding**
  212:22 214:15
  232:5 236:7
  248:13 249:3
  256:11 257:10,13
  265:2 314:15
**understood** 246:11
**undoubtedly** 224:12
  226:8
**unexpected** 243:25
**unfold** 185:12
**unique** 329:4
**unit** 281:20,25
**united** 155:1 156:1
  160:10,10 168:14
  173:13,13 176:4
  180:10 188:21
  191:8,25 200:12
  203:2 207:5
  229:25 247:24
  249:14,25 258:25
  259:1 267:7
  268:14 271:14,22
  272:2,4,9 283:9

  288:18,21,22
  294:5 295:3 312:4
  315:24 324:19
  333:24 334:6,10
**universal** 307:6
**universities** 271:12
**university** 159:4
  170:12 171:11
  174:17 247:4,21
  299:18,24 303:6,9
  303:20,23 304:1,2
  304:6 305:7,11,13
  305:20,21 306:5,6
  306:12,20,23
  307:2,3,24 308:5,8
  309:6 311:7,24,24
  312:3 313:20
  330:24
**unpredictable** 202:2
**unquote** 309:4
**unresolved** 170:5
  237:7
**unused** 186:1
**upanddown** 319:22
**update** 171:13
  276:17 297:1
  302:14 311:18
  325:23
**updated** 269:24
**upper** 240:14
  260:18 302:19
  303:6
**upright** 243:7
**ups** 214:8
**urner** 205:11,17
**urquhart** 157:4
  174:3
**usable** 242:6
**usda** 297:5,11 307:5
  311:8 313:24
  314:1,8,15 315:16
  316:2,6 317:17
  322:7,11 323:5,19
  324:3,9 334:15

HIGHLY CONFIDENTIAL

33

**use** 199:5 208:14
221:1,2 223:14
225:23 231:11,16
232:24 245:10
**uses** 307:16
**usually** 205:9
220:25 227:5
261:4 281:19
289:11 306:17,25
311:5
**utilizing** 185:25

_____
**V**
**vaccination** 227:6
227:19,21
**vague** 234:7
**vaguely** 233:18
**value** 318:14
**variable** 185:11
186:22 328:1
**variables** 185:2
**variation** 188:6
**varied** 329:1
**varies** 306:17
**variety** 297:10,11
**various** 218:7
**verify** 205:24,25
**veritext** 167:4
172:10
**versus** 190:14
222:15 281:12
282:16 318:14
330:11
**veterinarian** 227:14
**viable** 318:21
**vice** 177:8 229:22
**video** 172:17 262:20
262:25 304:16
305:1 339:22
**videographer** 167:3
172:4 173:5
174:20 215:19,23
244:7,14 262:19
262:24 304:8,11

304:15 332:23
333:1 339:21
**videorecorded**
172:7
**videotaped** 155:14
156:12
**view** 191:5 211:20
212:5 312:18
**viewpoint** 195:10
226:4 256:21
**views** 231:15,25
**visits** 227:16
**voices** 168:14 176:5
203:2 268:14
271:14,22 272:3,5
272:9 295:3
324:20
**volume** 155:17
156:13 168:3
172:8 262:20
263:1 304:17
339:22
**voted** 256:7
**voting** 294:10,12,21
295:16 296:3

_____
**W**
**wait** 187:19 189:20
334:13
**waiving** 339:2
**want** 187:19 192:21
193:8 196:17,20
199:4 204:4
205:24 207:18,21
229:7,10,17
244:25 245:22
252:16 255:17
270:2 272:15
279:20 283:25
284:21 290:16
293:6 301:18
303:2 305:9
312:13 318:19
324:17 327:22

332:14
**wanted** 209:21
254:17 256:23
268:21 298:13
300:19
**warned** 257:2
**washington** 162:9
164:6 215:4
**wasnt** 182:17
289:24
**water** 282:3 284:15
**way** 172:24 183:15
188:20 208:11
213:15 223:7
227:14 241:21,22
245:16 255:9
275:22 276:19
277:8,22 278:11
279:10,11 281:22
292:9 297:17
309:14 310:18
311:6 320:13
328:22
**ways** 197:4,10 271:4
**weak** 207:8
**weaver** 164:10
**website** 269:2,5,6,8
269:11,16,21,22
270:7,23,25 271:7
271:8 272:25
273:6,8,13 326:12
**websites** 271:11
**wed** 300:4 301:6
**wednesday** 155:16
156:16 172:1
**week** 223:3 327:1
329:6
**weekly** 297:2
**weight** 277:15,24
**weil** 164:4
**welfare** 168:17
169:21 170:5
180:2 184:15
233:14 235:11

237:7 240:18
243:14 256:8
265:12,16 266:4,5
267:1,5,12,15
293:1,23 333:20
337:17,20 338:21
**wellbeing** 250:17
**went** 234:4 279:9,10
292:13 297:1
308:15 318:25
320:13,13,15
334:14
**weve** 199:20 215:14
220:4,11,18
236:19 237:21
250:3 251:16
252:10,18 254:24
257:7,11 271:9
310:20 339:1,13
**whats** 175:23
190:11 199:7,10
207:2 219:23
220:2 228:3,12
241:19 281:14
283:21 296:20
306:4,12 307:10
309:23 317:21
329:6 330:12
334:18
**wheat** 248:21,21
315:25,25
**whereof** 341:15
**whispers** 172:20
**whitney** 160:13
173:12
**wholesaler** 165:14
**wilcox** 294:1,10,21
295:12,16,24
**willingness** 229:9
**winndixie** 165:13
**wise** 279:8
**withdraw** 298:24
**withdrawal** 247:5,8
**witness** 168:2

HIGHLY CONFIDENTIAL

34

174:18,20 179:5
179:25 180:25
182:5 184:7,14
187:22 188:17
189:12,22 190:3
190:20 192:20
193:15,24 194:18
194:24 195:9
197:2 201:10
205:2 209:9
212:21 213:3,12
214:22 218:11
219:15 220:24
222:12 223:19
226:3 227:13
230:14,23 232:7
232:14 234:9,14
235:19 238:6
239:8 241:1 243:6
243:17 245:19
249:8,17 251:11
255:9 256:16
257:6,10 262:14
262:16 266:12
268:1 270:9,20
273:8,15 274:12
275:2 276:14
279:20,23 280:18
283:20 284:7
286:5 287:17
288:3 291:25
292:11 294:24
295:21 296:24
298:21 299:12
300:13 301:2,13
301:25 302:10
303:2 305:1
307:12 309:11
313:17 314:11
315:4,18 316:13
317:11 318:12
320:10 322:10,25
323:11 325:15
327:15 328:12

329:25 330:10
331:5 334:5 335:3
336:15,23 337:13
337:25 338:3,7
339:3,8 341:15
**witnesses** 341:6
**wont** 194:7 257:12
273:13
**word** 211:3 221:1,2
250:6 281:21,21
**wording** 254:23
**words** 176:25 178:1
182:24 190:15
191:20 246:4,14
**work** 184:2 189:5
196:14 219:24
266:24 278:13
303:8 307:6
309:22 316:17
323:2 336:19
**worked** 208:18
209:6,21 256:6
308:24 323:12
**working** 256:8
310:1,2 311:9
313:5,7 322:15
**works** 314:12
**worse** 240:7
**worth** 225:4
**wouldnt** 200:19
227:19 290:8
**wright** 162:4 173:20
**write** 178:13 187:24
199:3 210:24
220:25 251:6
270:14 271:6
275:16,20
**writes** 206:6
**writeup** 309:22
310:7,8,9,10,13
**writing** 310:20
317:3 321:5
**written** 243:24
254:12 261:16

279:4 310:14
**wrong** 214:11,14
292:24
**wrote** 203:4 210:7
220:14 237:19
240:12 245:13,14
252:1 254:5
256:21 272:19
273:16 275:10,12
276:11 277:12
286:11,16 322:2
331:24

---

**X**

---

**Y**

**yeah** 189:16 197:4
212:4 272:14
285:5 331:5
**year** 181:1,1,2,7,21
181:22 182:6,6,11
182:19,22,24
183:3,4,4,4,19,24
188:23 191:9,16
205:9 216:23
217:1,18 274:3,16
310:12 319:1,5,18
321:23 335:6,9
**years** 181:5,11,17
182:2,9 183:6
184:4 194:1 214:2
222:24 228:4,22
228:23 229:12
242:4 246:5
269:23 276:15
280:7,12,19,21
286:18 287:4
290:14,15 297:8
297:17,25 319:17
319:18,24 321:20
321:20,21 335:6
**yesterday** 175:14
180:15 203:1
207:1 234:4,15

263:11 278:21
281:5 284:18,24
285:17 293:4
302:13 319:13
329:2
**yoder** 166:15 173:24
173:24
**york** 157:8,8 158:6
158:6,15,15
**youd** 279:5 291:14
328:8
**youll** 191:24 197:16
226:11 286:8
296:6 303:5
330:23
**young** 180:5
**younger** 306:8
**youre** 176:25 187:18
193:11 196:9,14
196:23 197:12
199:10 200:14
204:3 210:14
212:7,15 213:6
214:18 217:2,15
222:18 225:19
229:3 230:21
232:19 234:19
236:25 239:14
243:17 261:20
265:13 274:7
276:19,19,20,21
282:11 285:13
289:13 292:11,11
292:12 294:18
306:19 309:15,18
309:23,23,24
314:16 316:11,15
318:4 328:6,19
334:7
**youth** 303:14
**youve** 176:7,8
188:20 192:4
204:7 209:21
219:24 234:15

HIGHLY CONFIDENTIAL

35

244:22 263:15
286:15 316:24
317:2 325:8

**Z**

**0**

**00** 201:25,25
**000** 225:16 259:18
308:23
**02** 168:15 170:14
245:5
**03** 215:20
**04** 169:6,15
**042** 170:23
**06** 304:18
**08md0200** 155:6
156:6
**09** 156:15 172:2,5

**1**

**1** 182:1 183:3,4
185:23 191:9,17
197:19 206:16
216:22 217:20
223:2 225:20
229:19 242:4
244:15 245:5
262:20,21 263:1
276:2 317:24
324:24
**10** 156:15 164:13
169:15 170:14
172:2,5 186:11
190:14 191:19
197:9 198:1 223:2
224:20 244:15
260:18,20 270:3
277:18 322:12
**100** 183:11 188:8
197:6 222:20
259:18
**10006** 158:15
**10010** 157:8

**101** 162:18
**1011** 169:21
**10119** 158:6
**10th** 210:8 233:14
**11** 215:20,24 244:8
292:20,22,24
**1100** 164:12
**1111** 159:7
**11241** 155:23
156:18 341:20
**11th** 233:15
**12** 171:12 286:9,12
286:13,15 325:23
**127** 169:7 216:7
**12th** 330:21 331:22
**13** 296:9,10 341:17
**1300** 164:5 165:7
**131** 170:16
**135726** 175:25
**14** 333:6
**1400** 166:17
**15** 190:14 191:1
252:11,12,17
253:7,24 254:12
277:18
**150** 166:7
**15219** 161:6
**16** 168:14 175:18,24
176:13 242:22
254:20 268:7,8
**1604** 157:16
**16th** 163:8 253:3
**17** 168:17 203:6,10
242:23 264:3
**174** 168:14
**175** 168:6
**17th** 252:25 254:12
**18** 168:21 209:22
210:1 247:14
276:4
**1859** 305:21
**18th** 254:21
**19** 169:5 215:11,15
215:17,24 216:3

216:14 272:16
**19102** 163:9
**19103** 157:17
160:16
**19104** 160:6
**1919** 162:8
**1930s** 281:23
**1957** 319:1
**1958** 317:12 321:12
321:16
**1960** 266:13
**1976** 281:1
**1982** 171:6 260:11
**1983** 297:2
**1990s** 322:17 323:6
**1992** 285:24 286:6,7
286:11,16,17,18
**1994** 302:13 311:18
312:24 313:3,5
315:15 317:8,9
322:4
**1999** 267:20 284:20
324:19 325:23
330:21 331:3,22
**19th** 254:21

**2**

**2** 170:14 183:4
185:15,16,22
186:22 191:17
201:25 210:23
224:18,19 229:20
238:21 239:5,13
242:4 262:25
274:14 279:15
285:15 304:12
308:23 324:24
327:1,5
**20** 169:9,15 190:4
220:7,11 271:10
274:2 280:7,12,19
280:21 289:18
297:25 322:12
340:23

**200** 206:7
**2000** 237:19 266:9
266:10,18 267:20
292:25
**20005** 164:6
**20006** 162:9
**2001** 299:15 307:23
313:2,9 332:2,7
**2002** 155:5 156:5
176:5,13 178:15
187:15 202:9
206:16 247:7
252:25 253:3
268:16,19 270:6,9
272:11
**200208mb200**
172:16
**2003** 168:18,23
204:16,17 205:7
205:12 210:8,15
212:14
**2004** 169:11,21
216:4,22 220:14
223:14 228:18
232:1 233:15
237:12,13 241:11
272:19 273:22,24
274:7,8,25 280:1
280:15 288:13
289:18 291:21
**2005** 171:6 260:12
274:9
**2007** 270:3
**2008** 178:15 245:4
245:13
**2009** 197:22 198:2
**2010** 187:15
**2013** 155:16 156:16
172:1,6
**202** 162:10 164:7
168:17
**208** 168:21
**20th** 228:18
**21** 155:16 156:16

HIGHLY CONFIDENTIAL

36

169:14 172:1
228:8,12 286:18
287:3 288:9,11
289:15 290:12
**2100** 161:12
**212** 157:9 158:16
**214** 161:14 169:5
**215** 157:18 160:7,17
163:10
**217** 171:12 326:4
**219** 169:9
**21st** 172:6
**22** 169:18 233:4,8
278:18 288:9,11
289:13 290:11,20
327:17
**2200** 161:19
**224** 165:7
**227** 169:14
**22cent** 327:16
**22nd** 157:7 284:20
**23** 170:5 220:14
236:15,19 239:5
**2300** 166:7
**232** 169:18
**236** 170:5
**2371144** 159:18
**24** 169:6 170:9
244:11,19
**244** 170:9
**246** 169:16 170:12
228:15
**24th** 216:4
**25** 170:12 225:19
246:17,22 307:1,1
307:7,7,8,8,9
313:19,21 315:6
**252** 170:18
**257** 168:7 170:21
**26** 170:18 197:23
252:6,10,18,21,23
253:10,16 258:5,6
341:17
**260** 171:5

**263** 168:8
**27** 170:21 257:25
258:4 275:8
**2700** 159:16
**2763** 210:5
**28** 171:5 260:5,10
**28599** 236:23
**28605** 220:12
**29** 168:15 171:11
176:5 272:11
325:4,9,10,11,15
325:18 330:7,20
331:22
**2929** 160:5
**2nd** 157:16 324:19

_____

**3**

**3** 156:16 169:6
183:4 191:10,10
191:17 218:25
224:15 239:13
242:4 292:16,18
292:19 295:1,2
304:16,18 324:23
324:24 325:10,11
331:6 332:24
333:2 339:23,24
339:25
**30** 245:13 260:19
271:11 274:2
276:15 297:25
320:13
**300** 159:16 165:17
225:16,16
**3000** 160:15
**30s** 281:23
**30th** 245:4
**312** 163:19,20 165:9
165:19
**317** 159:18
**3200** 163:8
**325** 171:11
**3357023** 166:9
**3383344** 161:7

**35** 168:23 198:11,14
239:13 320:13
**3500** 156:14 172:13
**353** 163:18
**35th** 161:5
**37** 262:21
**39** 304:12

_____

**4**

**4** 196:10 197:25
234:6,12 235:23
236:10,11 237:23
238:4,25 242:4
302:6 303:18
311:3,18 317:6
322:4 324:24
331:5
**40** 214:1,3,3 223:3
318:23
**400** 276:2 308:22
**4041** 284:19
**412** 161:7
**415** 162:20
**42** 332:24
**44** 169:11 333:2
**4468** 233:10
**450** 286:24
**4500** 163:18
**452023752** 166:18
**45402** 164:14
**462041750** 159:17
**4634928** 164:15
**468** 169:23
**49b** 258:12,25
**4h** 303:14,14

_____

**5**

**5** 186:10 224:19,20
226:12 242:4
**50** 163:8 197:8
198:1 223:3
225:19 271:11
283:4,22 307:1,7,8
308:9

**500** 162:8 303:18
**501** 158:14
**51** 157:7 263:1
**510** 159:9
**513** 166:19
**52** 276:8
**53** 156:16 339:24,25
**54** 244:8
**55402** 161:21 166:8
**56** 238:24 239:14
**57** 319:1
**5796400** 166:19
**58** 319:2
**599** 170:7
**5th** 275:22,24

_____

**6**

**6** 198:9 224:20
242:4 279:10
**60601** 165:18
**60604** 165:8
**6081900** 158:16
**60s** 321:17
**61** 158:14
**611** 169:12
**612** 161:22 166:9
**630** 264:9
**631** 207:23
**633** 168:19 204:1
208:24
**646** 158:7
**65** 320:11
**6554335** 162:20
**6607604** 165:9
**6653884** 163:10
**67** 182:17 183:18
239:14
**6827231** 164:7
**6983279** 161:14

_____

**7**

**7** 168:15 171:12
182:6 199:15
276:3

**HIGHLY CONFIDENTIAL**

**70s** 275:23 321:17
**72** 246:6
**7335727** 158:7
**752016912** 161:13
**76** 279:4
**763** 168:24
**7783056** 162:10
**790540** 296:13
**796** 170:10 244:20

**8**

**8** 201:25 238:21
  239:13 270:3
  324:17,18 325:14
  325:17,17 329:23
  329:25 330:4,8
  333:9 341:17
**80** 161:20 194:4,7
  201:25 222:19,20
**800** 276:3
**80s** 321:18
**80squareinch**
  283:22
**830** 260:22
**831** 171:9 260:16
**8407282** 163:19,20
**8497152** 157:9
**8613735** 165:19
**880125** 272:17
**8th** 159:7 161:20

**9**

**9** 270:3 284:17
**900** 164:5
**92** 286:9,13,14
  287:6
**93** 246:1
**937** 164:15
**94111** 162:19
**94607** 159:8
**95** 200:18 251:21
**9778415** 161:22
**9814714** 160:17
**9853270** 157:18

**9879895** 159:9
**99** 171:12 291:4
  299:14 330:13,13
  330:15,16
**9942421** 160:7