# ATTACHMENT 11

Page 1

```
 1     IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
               TWENTY-NINTH JUDICIAL DISTRICT
 2                       - - -

 3   ASSOCIATED WHOLESALE GROCERS
     INC., et al.,
 4           Plaintiffs,

 5
     vs.                           Case No. 10CV2171
 6

 7   UNITED EGG PRODUCERS, et al.,
             Defendant.
 8
                         - - -
 9

10           Oral deposition of PHYLLIS M. BLIZZARD,

11   taken at Pepper Hamilton LLP, 3000 Two Logan Square,

12   18th and Arch Streets, Philadelphia, Pennsylvania,

13   on Friday, February 15, 2013, beginning at

14   approximately 9:00 a.m., before Maureen E.

15   Broderick, Registered Professional Reporter and

16   Notary Public in and of the Commonwealth of

17   Pennsylvania.

18

19

20

21

22

23

24

25
```

CONFIDENTIAL

## Page 2

```
 1   APPEARANCES
 2   STUEVE SIEGEL HANSON LLP
     BY:  PATRICK J. STUEVE, ESQUIRE
 3   BY:  BARRETT J. VAHLE, ESQUIRE
     460 Nichols Road
 4   Suite 200
     Kansas City, MO 64112
 5   (816) 714-7132
     stueve@stuevesiegel.com
 6   Counsel for Plaintiffs
 7   PEPPER HAMILTON LLP
     BY:  ROBIN F. SUMNER, ESQUIRE
 8   BY:  JAN LEVINE, ESQUIRE
     BY:  MATTHEW LEVINE, ESQUIRE
 9   300 Two Logan Square
     18th and Arch Streets
10   Philadelphia, PA 19103-2799
     (215)981-4652
11   sumnerr@pepperlaw.com
     Counsel for USEM
12
     (Via telephone)
13   GIBSON, DUNN & CRUTCHER LLP
     BY:  JASON C. McKENNEY, ESQUIRE
14   2100 McKinney Avenue
     Dallas, TX 75201
15   (214) 698-3100
     jmckenney@gibsondunn.com
16   Counsel for Cal-Maine Foods
17   (Via telephone)
     CROWELL & MORING LLP
18   BY:  KATHLEEN CLAIR, ESQUIRE
     1001 Pennsylvania Avenue, N.W.
19   Washington, DC 20004
     (202) 624-2500
20   kclair@crowell.com
     Counsel for Daybreak Foods
21
22
23
24
25
```

## Page 3

```
 1   APPEARANCES:  (Cont'd)
 2   (Via telephone)
     BUCHANAN INGERSOLL & ROONEY PC
 3   BY:  WENDELYNNE NEWTON, ESQUIRE
     BY:  MACKENZIE BAIRD, ESQUIRE
 4   Two Liberty Place
     50 S. 16th Street, Suite 3200
 5   Philadelphia, PA 19102
     (215) 665-8700
 6   wendelynne.newton@bipc.com
     Counsel for Hillandale Farms of Pa., Inc.
 7                  Hillandale Farms, Inc.
 8                  Hillandale Farms East, Inc.
 9                  Hillandale-Gettysburg, L.P.
     (Via telephone)
10   EIMER STAHL LLP
     BY:  ARIN ARAGONA, ESQUIRE
11   224 South Michigan Ave, Suite 1100
     Chicago, IL 60604
12   (312) 660-7600
     aaragona@eimerstahl.com
13   Counsel for Moark/Norco Ranch/Land
     O'Lakes
14
     (Via telephone)
15   BY:  CARRIE M. ANDERSON, ESQUIRE
     WIEL, GOTSHAL & MANGES LLP
16   1300 Eye Street, N.W.
     Washington, DC 20005
17   (202) 682-7231
     carrie.anderson@weil.com
18   Counsel for Michael Foods
19   (Via telephone)
     KEATING MEUTHING & KLEKAMP PPL
20   BY:  JOSEPH M. CALLOW, JR., ESQUIRE
     One East Fourth Street, Suite 1400
21   Cincinnati, OH 45202
     (513) 579-6400
22   jcallow@kmklaw.com
     Counsel for Ohio Fresh Eggs
23
     (Via telephone)
24   PORTER WRIGHT MORRIS & ARTHUR, LLP
     BY:  JOHN C. MONICA, ESQUIRE
25   1919 Pennsylvania Avenue, NW Suite 500
     Washington, DC 20069-3434
```

## Page 4

```
 1   (202) 778-3000
 2   jmonica@porterwright.com
 3   Counsel for Rose Acre Farm
 4   APPEARANCES:  (Cont'd)
 5   (Via telephone)
     FAEGRE BAKER DANIELS LLP
 6   BY:  KATHY L. OSBORN, ESQUIRE
     300 N. Meridian Street, Suite 2700
 7   Indianapolis, IN 46204
     (317) 237-8261
 8   kathy.osborn@faegrebd.com
     Counsel for Midwest Poultry
 9
     (Via telephone)
10   KASOWITZ, BENSON, TORRES AND
     FRIEDMAN LLP
11   BY:  ASHLEY E. ZITRIN, ESQUIRE
     101 California Street, Suite 2050
12   San Francisco, CA 94111
     (415) 421-6140
13   azitrin@kasowitz.com
     Counsel for NuCal Foods, Inc.
14
     (Via telephone)
15   BRIGGS and MORGAN
     BY:  TROY J. HUTCHINSON, ESQUIRE
16   2200 IDS Center
     80 South Eighth Street
17   Minneapolis, MN 55402
     (612) 977-8400
18   Counsel for Sparboe Farms
19
20
21
22
23
24
25
```

## Page 5

```
 1
 2
 3
 4                   EXAMINATION INDEX
 5   WITNESS                               PAGE
 6   Phyllis M. Blizzard
 7     By Mr. Stueve              9  314  356
       By Ms. Sumner               291  351
 8
 9
10                    EXHIBIT INDEX
11   NAME          DESCRIPTION            PAGE
12   Blizzard
13   Exhibit 1      Notice of Deposition    11
14   Exhibit 2      Proposal of Management  51
                    of USEM
15
     Exhibit 3      UEP Webpage             96
16
     Exhibit 4      UEP Webpage            102
17
     Exhibit 5      Xeroxed photograph     103
18
     Exhibit 6      5/30/00 UEP Memo       104
19
     Exhibit 7      UEP Minutes - Board of 113
20                  Directors
21   Exhibit 8      7/24/00 UEP Memo       114
22   Exhibit 9      8/29/00 UEP Memo       132
23   Exhibit 10     "Kansas"               140
24   Exhibit 11     Joint Resolution       152
                    document
25
     Exhibit 12     Members Having Signed  166
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 6

| | | |
|---|---|---|
| 1 | Export Commitment | |
| 2 Exhibit 13 | Case Volume For Exports | 168 |
| 3 Exhibit 14 | Plant List | 174 |
| 4 | EXHIBIT INDEX (Cont'd) | |
| 5 NAME | DESCRIPTION | PAGE |
| 6 Exhibit 15 | Compilation of invoices | 190 |
| 7 Exhibit 16 | USEM Organizational Meeting | 196 |
| 9 Exhibit 17 | USEM Nominating committee Meeting Conference Call - 11/13/00 | 207 |
| 11 Exhibit 18 | UEP Memo | 209 |
| 12 Exhibit 19 | Export Commitment Share of 50 Loads | 216 |
| 13 Exhibit 20 | USEM Members - September 2001 | 218 |
| 15 Exhibit 21 | 10/15/01 UEP Invoice | 218 |
| 16 Exhibit 22 | USEM Annual Membership Meeting 10/18/01 | 220 |
| 17 Exhibit 23 | USEM 10/25/01 Conference Call | 227 |
| 19 Exhibit 24 | 11/30/01 UEP Invoice | 234 |
| 20 Exhibit 25 | 12/01/01 UEP Invoice | 236 |
| 21 Exhibit 26 | USEM Membership Agreement and Export Commitment | 238 |
| 23 Exhibit 27 | 2/11/02 United Voices publication | 240 |
| 24 Exhibit 28 | Export - Pack or Purchase list | 243 |

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191  Fax:
CONFIDENTIAL  UE_DEP_0000006

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 7

| | | |
|---|---|---|
| 1 Exhibit 29 | USEM Membership Agreement and Export Commitment | 244 |
| 4 | EXHIBIT INDEX (Cont'd) | |
| 5 NAME | DESCRIPTION | PAGE |
| 6 Exhibit 30 | 2/7/03 USEM Memo | 246 |
| 7 Exhibit 31 | USEM Annual Membership Meeting, 10/22/04 - New Orleans | 248 |
| 9 Exhibit 32 | 4/30/06 UFR Urban Forest Recyclers invoice | 254 |
| 11 Exhibit 33 | 5/2/06 UEP Invoice | 256 |
| 12 Exhibit 34 | 6/8/06 Letter | 258 |
| 13 Exhibit 35 | 11/22/06 E-mail | 260 |
| 14 Exhibit 36 | 11/28/06 UEP Memo | 262 |
| 15 Exhibit 37 | 11/22/06 USEM Memo | 263 |
| 16 Exhibit 38 | 11/7/06 USEM memo | 266 |
| 17 Exhibit 39 | United Voices publication | 267 |
| 18 Exhibit 40 | 12/21/06 E-mail | 270 |
| 19 Exhibit 41 | 12/21/06 Minutes | 271 |
| 20 Exhibit 42 | 2007 USEM Membership Agreement and Export Commitment | 273 |
| 22 Exhibit 43 | 1/23/07 Minutes | 276 |
| 23 Exhibit 44 | Plaintiff's First Requests for Admissions | 277 |
| 25 Exhibit 45 | 1/1/08 USE Detailed Income Statement | 299 |

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191  Fax:
CONFIDENTIAL  UE_DEP_0000007

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 8

| | | |
|---|---|---|
| 1 Exhibit 46 | Report of Nominating Committee for USEM, 10/05 | 302 |
| 5 | EXHIBIT INDEX (Cont'd) | |
| 6 NAME | DESCRIPTION | PAGE |
| 7 Exhibit 47 | UEP Management Fees | 304 |
| 8 Exhibit 48 | Export Totals 2008 | 304 |
| 9 Exhibit 49 | 10/10/02 Minutes | 305 |
| 10 Exhibit 50 | Case Volume for Exports | 306 |
| 11 Exhibit 51 | Case Volume for Exports | 308 |
| 12 Exhibit 52 | Case Volume for Exports | 309 |
| 13 Exhibit 53 | case Volume for Exports | 310 |
| 14 Exhibit 54 | By-Laws, Articles of Incorporation | 351 |

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191  Fax:
CONFIDENTIAL  UE_DEP_0000008

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 9

```
 5              - - -
 6        PHYLLIS M. BLIZZARD, having been
 7        first duly sworn to tell the
 8        truth, was examined and
 9        testified as follows:
10              - - -
11     COURT REPORTER:  Stipulations?
12     MS. SUMNER:  We'll read and sign.
13              - - -
14     EXAMINATION
15              - - -
16 BY MR. STUEVE:
17     Q   Good morning, Ms. Blizzard.  My name is
18 Patrick Stueve.  We just met.
19     A   Yes, good morning.
20     Q   I represent Associated Wholesale Grocers
21 in a lawsuit against various defendants, including
22 USEM.  Are you familiar with that entity?
23     A   U.S. Egg Marketers, yes, sir.
24     Q   And so you've been identified -- I'm going
25 to refer to U.S. Egg Marketers as USEM; is that
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191  Fax:
CONFIDENTIAL  UE_DEP_0000009

## Page 10

```
1   okay?
2       A    Sure.
3       Q    Do you have another nickname for the
4   entity?
5       A    U.S. Egg Marketers.  That's fine.
6       Q    But USEM is okay with you if I use that?
7       A    Yes, sir.
8       Q    Before we get started here, why don't we
9   go ahead and identify who is all present.  I'll
10  start with myself.
11          MR. STUEVE:  Patrick Stueve here, along
12      with my partner, Barrett Vahle, for the
13      plaintiff.
14          MS. SUMNER:  Robin Sumner, Pepper Hamilton
15      LLC for United States Egg Marketers, along with
16      Jan Levine and Matt Levine.
17      MR. STUEVE:  Who is on the phone?
18          MS. ANDERSON:  Carrie Anderson for Michael
19      Foods.
20          MS. ZITRIN:  Ashley Zitrin for NuCal.
21          MR. McKENNEY:  Jason McKenney for
22      Cal-Maine Foods.
23          MS. OSBORN:  Kathy Osborn for Midwest
24      Poultry Services.
25          MS. CLAIR:  Kathleen Clair of Crowell &
```

## Page 11

```
1           Moring for Daybreak Foods, Incorporated.
2           MR. ARAGONA:  Arin Aragona for Moark Egg
3       Corporation, Norco Ranch, Inc., and Land
4       O'Lakes, Inc.
5           MS. NEWTON:  Wendy Newton and Mackenzie
6       Baird for Hillandale Farms of PA, Inc.,
7       Hillandale Farms, Inc., and Hillandale
8       Gettysburg LP.
9           MR. MONICA:  John Monica and Karri Allen
10      for Rose Acre Farms.
11          MR. CALLOW:  Joe Callow for Ohio Fresh.
12      MR. STUEVE:  Anybody else?
13      (No response.)
14      MR. STUEVE:  I'm going to proceed.
15      Did someone just join?
16      (No response.)
17  BY MR. STUEVE:
18      Q    So you've been identified by USEM to
19  answer, on behalf of USEM, certain questions that
20  we've posed.  Let me show you what's been marked as
21  Exhibit No. 1.
22               (Exhibit Blizzard 1 was marked
23                   for identification.)
24  BY MR. STUEVE:
25      Q    Can you confirm this is Plaintiff's Notice
```

## Page 12

```
1   of Videotape Deposition of Defendant United States
2   Egg Marketers, Inc., pursuant to KSA62 30(b)(6)?
3           THE WITNESS:  This is regarding today,
4       correct?
5   BY MR. STUEVE:
6       Q    If you have a question, I'll clarify it.
7       A    Yes, sir, I'm sorry.
8       Q    Let me start with Exhibit No. 1, this
9   question:  Have you seen this document before, or do
10  you know?
11      A    Oh, yes.  Yes.
12      Q    And do you understand that you've been
13  identified by USEM to testify on its behalf in
14  response to the topics that are listed there, one
15  through ten?
16      A    Yes, sir.
17      Q    Now, these questions relate to a lawsuit,
18  as indicated earlier, brought by Associated
19  Wholesale Grocers.  Are you aware of the lawsuit?
20      A    Yes, I am.
21      Q    Do you have an understanding of the nature
22  of the lawsuit?
23      A    Yes.
24      Q    What is that?
25      A    It's -- I guess maybe I don't.  It's just
```

## Page 13

```
1   against U.S. Egg Marketers and, I think, United Egg
2   Producers also.
3       Q    Are you aware of any of the other
4   defendants that have been named in the case?
5       A    I saw a list of them, but I'd have to see
6   it again to exactly --
7       Q    Are you aware of the nature of the claims
8   that have been brought against USEM?
9       A    Yes.
10      Q    And what is your understanding?
11      A    Forgive me, I've just gone blank.  Forgive
12  me.
13      Q    It's okay.  Have you ever given a
14  deposition before?
15      A    No, sir, I have not.
16      Q    That's okay.  Let me go over a few ground
17  rules since you haven't given a deposition before.
18  I will be asking the questions.  The court reporter
19  will be recording both my questions and your
20  answers, and so it's important that you give me
21  verbal responses so she can record that.
22           It's also important for you to let me
23  get my question out before you answer.
24      A    Yes, sir.
25      Q    And I'll remind you of that if that
```

PHYLLIS BLIZZARD 2/15/2013

Page 14

1  becomes a problem.
2          Your counsel that's here today has
3  the opportunity to object to my questions.  After
4  she has done so, you should go ahead and answer my
5  question unless she's instructed you not to answer.
6          If you need to take a break, just let
7  me know and we'll take a break.
8     A    Thank you.
9     Q    You understand that your testimony is
10 under oath?
11    A    Yes, sir, I do.
12    Q    And that you've sworn to tell the truth,
13 the whole truth, and nothing but the truth?
14    A    Yes, sir.
15    Q    And do you understand that if you were to
16 testify at trial in this case and that testimony
17 were different than the deposition testimony today,
18 that I can use this testimony to impeach you at
19 trial?  Do you understand that?
20    A    Yes, sir, I do.
21    Q    So it's important that you understand my
22 question before you answer it.  All right?
23    A    Okay.
24    Q    If you don't understand my question, let
25 me know, and I will rephrase it until you do

---

PHYLLIS BLIZZARD 2/15/2013

Page 15

1  understand it.  All right?
2     A    Yes, sir.
3     Q    If you answer my question, though, I'm
4  going to assume that you understood it.  Fair
5  enough?
6     A    Yes.
7     Q    So let me start with, if you would, if you
8  can tell me what your current position is with USEM.
9     A    CEO of U.S. Egg Marketers.
10    Q    What are your current responsibilities?
11    A    Exporting and upkeep of our membership of
12 U.S. Egg Marketers.
13    Q    Do you have any other responsibilities?
14    A    Well, I work for UEP.
15    Q    Okay.
16    A    And I also do domestic broker --
17 brokerage.
18    Q    For UEP?
19    A    That is correct.
20    Q    In fact, you are an employee of UEP; is
21 that correct?
22    A    I am an employee of UEP.
23    Q    So you are -- your compensation is paid by
24 UEP, not USEM; is that correct?
25    A    That is correct.

---

PHYLLIS BLIZZARD 2/15/2013

Page 16

1     Q    Are all of your benefits paid by UEP?
2     A    That is correct.
3     Q    And who do you report to?
4     A    The president of UEP.
5     Q    And who is that?
6     A    Currently it is Chad Gregory.
7     Q    Are there any employees of USEM?
8     A    No, sir.
9     Q    If you would, looking at deposition
10 Exhibit No. 1, I'm going to focus my questions first
11 starting out on topics number one, which is USEM's
12 organizational structure; topic number two, the
13 relationship between USEM and UEP, including any
14 financial relationships, shared employees, agents,
15 members and/or officers and shared resources.
16         Do you see that?
17    A    Yes, sir, I do.
18    Q    And then topic number three, which is
19 USEM's membership agreement, including the criteria
20 for membership and any financial obligations of
21 membership.
22         Do you see that?
23    A    I do, sir.
24         I did see this.  I beg your pardon.
25 I have seen this.  I'm sorry I didn't say that

---

PHYLLIS BLIZZARD 2/15/2013

Page 17

1  before.
2     Q    That's fine.  You're referring to
3  Exhibit No. 1?
4     A    That is correct.
5     Q    Now, was that in preparation for your
6  deposition today?
7     A    That was in discussion, yes, yes, sir.
8     Q    What did you do to prepare yourself for
9  this deposition to respond to the topics that have
10 been identified in Exhibit No. 1?
11    A    I talked with counsel.  I have spoken with
12 a couple of people in the office also:  Gene Gregory
13 and Sherry Shedd and Linda Reickard.
14    Q    Anyone else?
15    A    Derreck Nassar, I would say,
16 D-E-R-R-E-C-K, but briefly.  Mainly Sherry and
17 Linda.
18    Q    Let me walk through these.  You identified
19 Gene Gregory, who you report to, right?
20    A    Gene Gregory is past president.
21    Q    When did he step down?
22    A    This year, first of this year, January 1.
23    Q    So prior to January 1 of this year, did
24 you report to Gene Gregory?
25    A    That is correct.

PHYLLIS BLIZZARD 2/15/2013

Page 18

```
 1      Q    And he's the father of Chad Gregory, who
 2   is the current president?
 3      A    That is correct.
 4      Q    And would that have been true from 2000 up
 5   through January 1 of 2013?
 6      A    Yes, sir.
 7      Q    That you would have reported to Gene
 8   Gregory --
 9      A    He was -- Al Pope was also there.
10      Q    Was he someone you also reported to when
11   he was there?
12      A    No.  It was mainly Gene.  He was my
13   advisor, I guess.
14      Q    And is it fair to say that you reported to
15   him from approximately -- I'm just trying to get the
16   time frame down -- 2000 through January of 2013?
17      A    It was the end of 2000.  September 15th, I
18   think was my -- the day I started, 2000.
19      Q    So approximately September of 2000 up
20   through January of this year, reported to Gene
21   Gregory, who was the president of UEP up through
22   January of this year, correct?
23      A    Yes.  But he was not president the entire
24   time.
25      Q    And for that portion of time he was not
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                   UE_DEP_0000018

---

PHYLLIS BLIZZARD 2/15/2013

Page 19

```
 1   president, who was?
 2      A    Al Pope.
 3      Q    And while he was president, did you also
 4   report to him?
 5      A    Mainly reported to Gene.
 6      Q    And when Al Pope was president, what
 7   position did Gene have?
 8      A    I think he was vice president.
 9      Q    Of UEP?
10      A    That is correct.
11      Q    When we're referring to Al Pope as
12   president, we're talking about UEP, not USEM?
13      A    Oh, absolutely.  UEP.
14      Q    You're currently reporting to Chad
15   Gregory, who is now the president of UEP, and that's
16   been effective January of 2013?
17      A    Yes.
18      Q    Now, when did you speak in preparation for
19   your deposition today to the past president, Gene
20   Gregory?
21      A    First of the week, and on occasion before.
22      Q    Let's talk about the first time.  When was
23   that?
24      A    First time I talked to him?
25      Q    Yeah, about your deposition.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                   UE_DEP_0000019

---

PHYLLIS BLIZZARD 2/15/2013

Page 20

```
 1      A    Oh, about the deposition?
 2      Q    Mm-hmm.
 3      A    It was probably the week before, just
 4   on --
 5      Q    Approximately two weeks ago?
 6      A    I would say.
 7      Q    And does he still office at UEP's
 8   headquarters?
 9      A    He is.  He's in three or four hours a day.
10      Q    And is that where you met with him?
11      A    Yes.
12      Q    In person?
13      A    Yes, sir.
14      Q    And what did you discuss?
15      A    Just generalities about U.S. Egg
16   Marketers.
17      Q    What do you mean by that?
18      A    I'm trying to remember.  I'm sorry.
19      Q    That's okay.
20      A    It was just generalities about U.S. Egg
21   Marketers.
22      Q    Right.  Let me just -- what I'm trying to
23   do, this is a conversation that took place
24   approximately two weeks ago with Mr. Gregory; is
25   that correct?
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                   UE_DEP_0000020

---

PHYLLIS BLIZZARD 2/15/2013

Page 21

```
 1      A    Yes.
 2      Q    And approximately how long did it last?
 3      A    I mean, he walked in my office, we may
 4   have talked for five minutes, and then he walked
 5   out.
 6      Q    And to the best of your recollection, what
 7   do you recall talking to him about during that
 8   meeting two weeks ago?
 9      A    In particular -- I'm sorry, I'm at a loss.
10   I've been so showered with stuff for the last couple
11   of days, I'm -- I'm sorry, I don't know.
12      Q    When did you -- you said you met with him
13   a second time.  Would that have been this past week?
14      A    Yes.  He just came in and wished me good
15   luck for coming up here.
16      Q    And was that also at the offices of UEP?
17      A    Yes, sir, that it was.
18      Q    And was there somebody else in the room
19   when he met with you the second time?
20      A    No.  No.
21      Q    And then when did you meet with Sherry
22   Shedd?
23      A    Yes.  This was in preparation for the
24   affidavits, because we went through all the records
25   of accounting with Sherry and with Linda both.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                   UE_DEP_0000021

## Page 22

1  Q   What is Sherry Shedd's position with UEP?
2  A   I think she's vice president of finance.
3  I know she's in our -- is our accounting
4  division.
5  Q   In UEP?
6  A   That is correct.
7  Q   And does she assist in the financial
8  records of USEM?
9  A   Yes.
10  Q   Is she an employee of UEP?
11  A   Yes.
12  Q   Paid by UEP?
13  A   Yes.
14  Q   And when do you recall meeting with her
15  concerning your affidavits?
16  A   I don't recall the date.  I'd have to look
17  back on them.
18  Q   And what, did you work with her in
19  preparation of the contents of the affidavit?
20  A   Yes, just to make sure that they were a
21  correct statement.
22  Q   Did you prepare the affidavit, or was it
23  presented to you?
24  A   It was presented to me.
25  Q   Who presented it to you?

## Page 23

1  A   Pepper Hamilton.
2  Q   Pepper Hamilton, which is the law firm
3  that is present here representing you today?
4  A   Yes, sir.
5  Q   Who else met with you concerning the
6  affidavit other than Sherry Shedd?  Anyone else?
7  A   Linda Reickard, but she was in our Iowa
8  office.
9  Q   When you say "our Iowa office," is that
10  UEP's Iowa office?
11  A   Yes.  Forgive me, yes.
12  Q   And what is her position with UEP?
13  A   She was a vice president and has now since
14  retired.
15  Q   VP of what?
16  A   I'm not sure.
17  Q   What was her role before retiring from
18  UEP?
19  A   Well, she did the invoicing, and she kept
20  the flock numbers for U.S. Egg Marketers, and that's
21  why we talked.
22  Q   And when you say "invoicing," what do you
23  mean?
24  A   I would write up a load of eggs that went
25  out for an export, send it to her, and she would

## Page 24

1  keep record to see how to pay.
2  Q   And when did she leave UEP?
3  A   She left at the same time Gene Gregory
4  did.
5  Q   Approximately January of this year?
6  A   Yes, I think so.
7  Q   Who took over her role?
8  A   No one -- oh, excuse me.  Sherry now does
9  it all.
10  Q   And has Sherry Shedd been with UEP since
11  2000?
12  A   Yes.
13  Q   And Linda Reickard, was she with UEP from
14  approximately September of 2000 up through January
15  of this year?
16  A   Yes.
17  Q   She was an employee during that entire
18  time period by UEP, paid by UEP; is that correct?
19  A   Yes, sir, that's correct.
20  Q   But she provided services related to the
21  activities of USEM, is that correct, as you've just
22  described them?
23  A   Yes, she did.
24  Q   Did Sherry Shedd keep the financial
25  records of USEM?

## Page 25

1  A   I'm not sure exactly where the division
2  is.  I know they both were in charge of both of
3  that -- of the financial part.
4  Q   Have you ever seen any financial records
5  of USEM that's separate and distinct from UEP's
6  financial records?
7  A   It's always separate, yes, sir.
8  Q   Do you know what kinds of financial
9  records are kept by USEM?
10  A   Just a financial statement, to the best of
11  my knowledge.
12  Q   Do you know what's on that financial
13  statement?
14  A   No, sir.
15  Q   Have you had any responsibility for
16  maintaining the financial records of USEM?
17  A   No, sir.
18  Q   Now, you said that she also -- you had
19  communications with her about the affidavit.  Was
20  that by phone?
21  A   Yes, sir, it was.
22  Q   And the best of your recollection, these
23  communications would have been prior to these
24  affidavits being filed in court; is that right?
25  A   Yes.  To prepare them, yes, sir.

PHYLLIS BLIZZARD 2/15/2013

Page 26

1    Q    Now, have you had any communication with
2  either Ms. Shedd or Ms. Reickard since your
3  communications concerning the affidavit?
4    A    You mean in the last week?
5    Q    Yeah.
6    A    Monday I talked to Sherry because I was in
7  the office Monday.
8    Q    Did you talk about the deposition?
9    A    No, sir.
10   Q    Do you recall approximately when these
11 discussions would have taken place with respect to
12 the affidavits?  Would this have been several weeks
13 ago, or you just don't know?
14   A    No.  Prior to when I signed them.
15   Q    Now, you also mentioned that you spoke
16 with Derreck Nassar in preparation for your
17 deposition; is that correct?
18   A    Very briefly, yes, sir.
19   Q    When did that occur?
20   A    About the same time as preparing for the
21 affidavit.
22   Q    Now, have you reviewed the affidavit in
23 preparation for your deposition today?
24   A    I looked over it, yes, with counsel.
25   Q    When did you do that?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                          Fax:
CONFIDENTIAL                                  UE_DEP_0000026

---

PHYLLIS BLIZZARD 2/15/2013

Page 27

1    A    Yesterday, I think.
2    Q    And then when were your meetings with
3  counsel in preparation for your deposition?
4    A    The last two days, yesterday and the day
5  before.
6    Q    Where did those occur?
7    A    In this building.
8    Q    This would be the offices of your counsel?
9    A    Pepper Hamilton, yes, sir.
10   Q    Who was present for those meetings?
11   A    The three lawyers you see right there.
12   Q    We got them right here in person.
13        And in addition to the affidavits,
14 did you look at other documents to prepare yourself
15 to testify on behalf of the corporation?
16   A    Yes, sir.
17   Q    And what documents did you look at?
18   A    The bylaws and some of the minutes and the
19 membership agreement, et cetera.
20   Q    What else can you specifically identify?
21   A    Some invoices.
22   Q    Do you remember which ones?
23   A    No, sir.
24   Q    Do you know what they pertained to?
25   A    U.S. Egg Marketers.

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                          Fax:
CONFIDENTIAL                                  UE_DEP_0000027

---

PHYLLIS BLIZZARD 2/15/2013

Page 28

1    Q    But were these export orders?
2    A    Yes.
3    Q    What else did you look at?
4    A    That's all I can think of.
5    Q    Now, prior to September of 2001, it's my
6  understanding, or approximately around that time,
7  that USEM merged with UEP; is that correct?
8    A    No.  It's prior to September 2000.
9    Q    Excuse me.  Prior to September 2001.  So
10 let me focus on September 2000 -- approximately
11 around that time -- excuse me -- 2000, USEM merged
12 into UEP; is that correct?
13   A    USEM went under a management agreement
14 with United Egg Producers.
15   Q    And that would have been approximately
16 around September of 2000?
17   A    I think it was September 15, 2000, if I'm
18 not mistaken.
19   Q    Prior to that time, what was your position
20 with USEM?
21   A    I worked for Jerry Faulkner, and I just
22 handled the exports and helped with the marketing
23 conference call.
24   Q    And prior to September of 2000, were you
25 an employee of USEM?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                          Fax:
CONFIDENTIAL                                  UE_DEP_0000028

---

PHYLLIS BLIZZARD 2/15/2013

Page 29

1    A    I was an employee of U.S. Egg Marketers,
2  yes, sir.
3    Q    Which I'm referring to as USEM?
4    A    Yes.
5    Q    That's okay.
6        And what was your title?  Do you
7  remember?
8    A    I don't even know that I had a title.  I
9  did export, and I also did domestic trading.
10   Q    And those are basically your
11 responsibilities today with respect to the
12 activities of USEM, correct?
13   A    Very similar, yes.
14   Q    Are there any other activities that you do
15 on behalf of --
16   A    No, I'm sorry.  I'm CEO of U.S. Egg
17 Marketers now.
18   Q    I understand you have that title.
19   A    Yes.
20   Q    What I'm asking you, though, with respect
21 to your responsibilities that you're performing for
22 this entity, USEM, is it fair to say that those are
23 the same as they were prior to September of 2000?
24   A    I have more responsibilities now.
25   Q    For USEM?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                          Fax:
CONFIDENTIAL                                  UE_DEP_0000029

PHYLLIS BLIZZARD  2/15/2013

Page 30

```
 1     A    Yes.  After 2010.
 2     Q    After 2010?
 3     A    Yes, sir.
 4     Q    So from September of 2000 up through
 5  September 2010, were your responsibilities basically
 6  the same for USEM that they were prior to the
 7  merger?
 8         MS. SUMNER:  Objection to form.
 9  BY MR. STUEVE:
10     Q    You can go ahead.
11     A    I mean, I just do domestic trading, and I
12  helped -- we had a conference call and I did that.
13         And this is after 2000, correct?
14     Q    Right.
15     A    Yes.
16     Q    So what I'm asking is, you handled exports
17  prior to September of 2000 for USEM, right?  As an
18  employee of USEM, correct?  Is that right?
19     A    Yes.
20     Q    And then you also handled marketing
21  conference calls that were occurring on a weekly
22  basis prior to September of 2000; is that correct?
23     A    I helped with them.  Jerry Faulkner was in
24  charge of them.
25     Q    Right.  After September of 2000, your
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                        UE_DEP_0000030

---

PHYLLIS BLIZZARD  2/15/2013

Page 31

```
 1  responsibilities for USEM remained the same,
 2  correct, for the most part?
 3     A    For the most part, yes, sir.
 4     Q    And then when did you get the CEO title?
 5     A    I think it was the latter part of 2010.
 6     Q    And prior -- so I am going to focus from
 7  September of 2000, merger of USEM and UEP, up
 8  through September of 2010, did you have a title?
 9         MS. SUMNER:  Object to form.
10  BY MR. STUEVE:
11     Q    You can go ahead and answer.
12     A    I did not have a title, no, sir.
13     Q    And then you were given this title in
14  approximately September of 2010 by whom?
15     A    The Board.
16     Q    And did anyone explain to you why they
17  were giving you the title of CEO?
18     A    I was the most logical one for the job.
19     Q    Was there a CEO of USEM prior to September
20  of 2010?
21     A    Gene was -- as manager of USEM under UEP,
22  he did most of the negotiations and stuff like that.
23  And it moved to me handling it.
24     Q    So prior to September of 2010, you're
25  referring to --
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                        UE_DEP_0000031

---

PHYLLIS BLIZZARD  2/15/2013

Page 32

```
 1     A    Gene Gregory.
 2     Q    Gene Gregory.  He was, in fact, the CEO of
 3  USEM?
 4     A    CEO versus president.  I don't know.  He
 5  was just in charge with UEP.  He was in charge of
 6  doing that for U.S. Egg Marketers under the
 7  management agreement.
 8     Q    And in September of 2010 when you were
 9  given the title of CEO of USEM, what additional
10  responsibilities did you get?
11     A    I did more of the negotiation with the
12  actual exporters and notifying the members, et
13  cetera.
14     Q    You had some of that responsibility,
15  though, before September 2010, did you not?
16     A    No.
17     Q    You never negotiated with the exporters?
18     A    No.
19     Q    So from September of 2000 up to
20  September 2010, Gene Gregory of UEP was the one that
21  would be negotiating with the exporters on behalf of
22  USEM; is that correct?
23     A    I would say yes.
24         MS. SUMNER:  Object to form.
25  BY MR. STUEVE:
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                        UE_DEP_0000032

---

PHYLLIS BLIZZARD  2/15/2013

Page 33

```
 1     Q    You can go ahead and answer.
 2     A    I was in charge of it after 2010.  I
 3  helped with it before then, I guess would be the
 4  correct response.
 5         MR. STUEVE:  If you would read back my
 6     question.  Because there was an objection, I
 7     think you may not have heard it all the way.
 8              - - -
 9             (Whereupon, the Reporter read
10             back a preceding portion of the
11             testimony as directed:
12             "Q.  So from September of 2000
13             up to September 2010, Gene
14             Gregory of UEP was the one that
15             would be negotiating with the
16             exporters on behalf of USEM; is
17             that correct?")
18         THE WITNESS:  Yes and no.  Because I would
19     do part of it.  I'm sorry.
20  BY MR. STUEVE:
21     Q    So he had a principal role in that from
22  September of 2000 up to September 2010, and you
23  assisted in that during that time period?
24     A    I did, yes, sir.  That's probably better.
25     Q    So you did have some responsibilities with
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                        UE_DEP_0000033

PHYLLIS BLIZZARD 2/15/2013

Page 34

```
1    respect to negotiation with exports; is that
2    correct?
3         A    Right.
4         Q    And then after September 2010 when you
5    were given the CEO title, did you have sole
6    responsibility for that?
7         A    Yes, sir.
8         Q    Any other change in responsibility?
9         A    No, sir.
10        Q    So pre-merger now, I am talking about
11   September of 2010, where were USEM's offices
12   located?
13             MS. SUMNER:  Object to form.
14   BY MR. STUEVE:
15        Q    Go ahead.
16        A    Merger?  2010 you said.
17        Q    Yeah.  I'm moving back now to September of
18   2000 when UEP took over the management of USEM.
19        Okay.
20        Q    I'm focusing on prior to that time period.
21   Mr. Faulkner was the president of USEM?
22        A    Yes, sir, he was.
23        Q    He was paid a salary by USEM; is that
24   correct?
25        A    Yes, sir.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                          UE_DEP_0000034

---

PHYLLIS BLIZZARD 2/15/2013

Page 35

```
1         Q    And you were also an employee of USEM; is
2    that correct?
3         A    Yes, sir.
4         Q    Paid by USEM?
5         A    Prior to 2000, yes, sir.
6         Q    And where were the offices of USEM located
7    at that time?
8         A    Tucker, Georgia.
9         Q    And where in Tucker, Georgia?  I'm going
10   back to prior to September of 2000.
11        A    It was on Howell Mill Road, if I recall.
12        Q    And was this a freestanding building mor
13   did you have office space there?
14        A    If I'm not mistaken, it was an office
15   condo.
16        Q    Were there any other employees of USEM
17   other than Mr. Faulkner and you?
18        A    Yes, sir.
19        Q    Who else?
20        A    By name?
21        Q    Yes.
22        A    Jim Flemming, Patrice Komisarow, Sue
23   Silver, Kyle Faulkner, and Carol Morrow.
24        Q    And would those all have been employees of
25   USEM paid by USEM?
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                          UE_DEP_0000035

---

PHYLLIS BLIZZARD 2/15/2013

Page 36

```
1         A    Yes, sir.
2         Q    Did USEM share any office space with UEP
3    at that time?
4         A    Prior to 2000 --
5         Q    Right.
6         A    -- September 2000, no, sir.
7         Q    Your offices were in a separate location;
8    is that correct?
9         A    Yes, sir.
10        Q    Did UEP have any management
11   responsibilities of USEM prior to September of 2000?
12        A    No, sir.
13        Q    Did USEM have officers and directors at
14   that time?
15        A    Repeat the question, please.
16        Q    So I'm focusing from September 2000 prior
17   to that time, did USEM have officers?
18        A    Yes, sir.
19        Q    Who were they?
20        A    I do not recall.
21        Q    Were you an officer?
22        A    No.
23        Q    Was Mr. Faulkner an officer?
24        A    He was president.
25        Q    As I understand it, he resigned or retired
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                          UE_DEP_0000036

---

PHYLLIS BLIZZARD 2/15/2013

Page 37

```
1    during this time period in which USEM merged into
2    UEP; is that correct?
3              MS. SUMNER:  Object to form.
4    BY MR. STUEVE:
5         Q    You can go ahead and answer.
6         A    He retired and was very ill and died.
7         Q    What were the responsibilities of
8    Mr. Faulkner for USEM when he was the president?
9         A    He would negotiate with exporters, and
10   basically after the negotiation was complete, he
11   would hand me the work and I would do the rest for
12   the export.
13        Q    Is it fair to say his responsibilities
14   were very similar to what Gene Gregory did when he
15   took over?
16        A    I would say they were similar, yes, sir.
17        Q    And when you say he would hand you over,
18   what would he give you?
19        A    He would just notify me that a certain
20   export was negotiated, and then I would arrange all
21   the transportation and documentation for the export.
22        Q    What responsibility did -- is it Carol
23   Morrow?
24        A    Carol Morrow was Jerry's assistant.
25        Q    I'm sorry, Jerry who?
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                          UE_DEP_0000037

PHYLLIS BLIZZARD 2/15/2013

Page 38

1    A    Jerry Faulkner.

2    Q    What about, was it Kyle --

3    A    Kyle Faulkner was his son.

4    Q    What was his responsibility?

5    A    And he answered the phone.

6    Q    And what about Sue?

7    A    Sue and Patrice were in the accounting

8    division.

9    Q    And were their responsibilities taken over

10   by employees of UEP after September of 2000?

11   A    Yes, sir, in the management agreement,

12   yes, sir.

13   Q    And would that have been Ms. Shedd and

14   Ms. Reickard?

15   A    Yes, sir.

16   Q    And then what about, is it Komisarow?

17   A    That's Patrice.  She and Sue were the

18   accounting division.

19   Q    Now, did -- at that time did USEM have any

20   egg traders?

21   A    Me.

22   Q    Did you serve that function as well?

23   A    Yes, sir.

24   Q    So if a USEM member could not fulfill its

25   commitment through its own egg production, you would

---

PHYLLIS BLIZZARD 2/15/2013

Page 39

1    then place or attempt to purchase eggs on their

2    behalf prior to September of 2000?

3    A    Yes, sir.

4    Q    Were there any other egg traders for USEM

5    at that time?

6    A    Not -- no, sir.

7    Q    And then after September of 2000, did you

8    continue your responsibilities as an egg trader for

9    UEP?

10   A    Yes, sir, when we were not exporting.

11   Q    If you -- would you also, though, assist

12   in fulfilling the export order acquiring eggs for a

13   USEM member who could not fulfill its obligations

14   with its own egg production, after September of

15   2000?

16   A    Yes.  As a UEP, they would ask -- if they

17   could not -- if a U.S. Egg Marketer member could not

18   fulfill their own obligation, they would ask a UEP

19   trader to buy their eggs.

20   Q    I'm focusing post-September 2000:  That

21   would be true as well, correct?

22   A    Yes.

23   Q    And would you assist in those trades?

24   A    Sometimes I did, yes.

25   Q    I'm focusing after --

---

PHYLLIS BLIZZARD 2/15/2013

Page 40

1    A    After 2000, right.

2    Q    So do you recall who from UEP approached

3    USEM about the prospect of them being taken over by

4    UEP?

5         MS. SUMNER:  Object to form.

6         THE WITNESS:  No.

7    BY MR. STUEVE:

8    Q    You can go ahead.

9    A    I do not.

10   Q    Were you involved in any of the

11   negotiations?

12   A    No, sir.

13   Q    Who handled that on behalf of USEM?

14   A    Jerry Faulkner.

15   Q    Now, when did you find out that UEP was

16   taking over the operations of USEM?

17        MS. SUMNER:  Object to form.

18        THE WITNESS:  I don't remember.

19   BY MR. STUEVE:

20   Q    But at some point in September of 2000,

21   you were told that you were no longer going to be an

22   employee of USEM and you were going to be an

23   employee of UEP; is that correct?

24   A    I was given the opportunity to work for

25   UEP.

---

PHYLLIS BLIZZARD 2/15/2013

Page 41

1    Q    That's how it was presented to you?

2    A    Yes.

3    Q    Fair enough.  Who presented that

4    opportunity to you?

5    A    I think I discussed it with Jerry

6    Faulkner.

7    Q    And what did Jerry tell you; do you

8    remember?

9    A    No, I do not.

10   Q    But you do recall being advised that you

11   would no longer be an employee of USEM, you would be

12   an employee of UEP; is that correct?

13   A    That is correct.

14   Q    And were you told that the rest of the

15   USEM staff was being let go?

16   A    That's what I was told, yes, sir.

17   Q    And were you told that all of their

18   responsibilities would be taken over by UEP?

19   A    Yes, sir.

20   Q    And were you told by Jerry that his

21   responsibilities would be taken over by UEP

22   President Gene Gregory?

23   A    Yes, I would say.

24   Q    And, in fact, did all of those things

25   occur approximately in September of 2000?

PHYLLIS BLIZZARD 2/15/2013

Page 42

1    A    Yes, I would say.

2    Q    Prior to September of 2000, did USEM pay

3  rent for its office space?

4    A    Before 2000?

5    Q    Yes.

6    A    Yes.

7    Q    Did it pay for the cost of the computers

8  that it used?

9    A    U.S. Egg Marketers?

10    Q    Yes.

11    A    Yes.

12    Q    Did it pay for the cost of the copiers and

13  other equipment that it used?

14    A    Prior to 2000, yes, sir.

15    Q    And it paid for all of the staffs'

16  salaries and benefits, correct?

17    A    Yes, sir.

18    Q    Now, after September of 2000, did you move

19  from the USEM offices?

20    A    Yes, sir.

21    Q    And --

22    A    It was vacated.

23    Q    It was vacated.  Where did you go?

24    A    UEP, their office was at Northridge,

25  that's right.  It was in Atlanta.

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                          UE_DEP_0000042

---

PHYLLIS BLIZZARD 2/15/2013

Page 43

1    Q    And did you move to those offices?

2    A    I moved to that office, yes, sir.

3    Q    And was that their headquarters?

4    A    Yes, sir, that was their office, their

5  Atlanta office.

6    Q    Did you understand that that was UEP's

7  headquarters?

8    A    Yes.

9    Q    And were you provided an office?

10    A    I shared an office.

11    Q    With whom?

12    A    Billie Jo Corell.

13    Q    And who is Billie Jo Corell?

14    A    She was an egg trader for UEP.

15    Q    So they placed you in the location where

16  other UEP egg traders were located; is that correct?

17    A    Yes.  There was just the two of us, yes,

18  sir.

19    Q    Now, any other staff that was with USEM,

20  did they move over to UEP?

21    A    No, sir.

22    Q    And was your office space then paid for by

23  UEP?

24        MS. SUMNER:  Object to the form.

25        THE WITNESS:  I was an employee of UEP.

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                          UE_DEP_0000043

---

PHYLLIS BLIZZARD 2/15/2013

Page 44

1  BY MR. STUEVE:

2    Q    Right.  So it's your understanding that --

3  you weren't -- you're not aware of you personally or

4  anyone at USEM being charged for office space that

5  you used; is that correct?

6    A    Unless it was part of the management

7  agreement.

8    Q    You're not aware of it, sitting here

9  today?

10    A    Right.

11    Q    And I assume the computer that you used,

12  the phones that you used, the copiers that you used,

13  those were all paid for by UEP; is that correct?

14    A    Yes.

15    Q    I assume to the extent Mr. Gregory, both

16  Gene and Chad, to the extent they are engaged in

17  activities on behalf of USEM, that their computers,

18  their office space, their telephones, all of that is

19  being paid for by UEP; is that correct?

20        MS. SUMNER:  Object to form.

21        THE WITNESS:  To the best of my knowledge,

22    yes.

23  BY MR. STUEVE:

24    Q    You're not aware of any such distinctions

25  taking place, is that correct, that certain costs

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                          UE_DEP_0000044

---

PHYLLIS BLIZZARD 2/15/2013

Page 45

1  are being allocated to USEM?

2    A    But USEM pays UEP for a management

3  agreement.  So that --

4    Q    We'll get to that.  Let's put the

5  management agreement aside.

6        Are you aware of any allocation of

7  office space, computers, telephones, copiers, the

8  cost of those being allocated to USEM, that you're

9  aware of?

10        MS. SUMNER:  Object to form.

11        THE WITNESS:  It would be part of the

12    management agreement.

13  BY MR. STUEVE:

14    Q    That's not my question.  We're going to

15  get to the management agreement, we're going to walk

16  through it.  My question is, let's put the

17  management agreement aside for a moment.

18        Are you aware of any allocation,

19  specific allocation that identified office space --

20  what I mean by office space -- rent, computers,

21  telephones, copiers, those costs that are being

22  allocated to USEM?

23        MS. SUMNER:  Object to form.

24        THE WITNESS:  It's a part of the

25    management agreement.  I know, I have to keep

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                          UE_DEP_0000045

PHYLLIS BLIZZARD 2/15/2013

Page 46

```
1         saying that.
2    BY MR. STUEVE:
3         Q    You don't have to keep saying that.  I
4    need you to answer my question.  I'm asking you,
5    have you seen any allocation, what I'm talking about
6    is a document or a financial record that allocates
7    the cost of office space, computers, telephones, and
8    other equipment that's used by USEM, that -- those
9    costs being allocated to USEM, are you aware of such
10   allocation?
11             MS. SUMNER:  I'm going to object to form.
12   And also, this is getting harassing.  She's
13   answered the same question three times.
14             MR. STUEVE:  She hasn't answered my
15   question.
16             MS. SUMNER:  She has answered the
17   question.  She's responded to the question
18   three times.  This is the last time.
19             MR. STUEVE:  Well, let me just -- I'll be
20   real clear here.  If that's the position you're
21   going to take, then we will get the judge on
22   the line.  Because I'm quite confident the
23   Court will conclude she has not answered the
24   question.
25   BY MR. STUEVE:
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                      UE_DEP_0000046

---

PHYLLIS BLIZZARD 2/15/2013

Page 47

```
1         Q    I hope you know I'm not trying to harass
2    you.  I've been very patient this morning with you.
3    You have not given a deposition before.  I'm letting
4    you clarify the question.
5              But if you would, if you -- I'm going
6    to have her read back my question.  If you'd just
7    answer my question, I'd appreciate it.
8              - - -
9              (Whereupon, the Reporter read
10             back a preceding portion of the
11             testimony as directed:
12             "Q.  You don't have to keep
13             saying that.  I need you to
14             answer my question.  I'm asking
15             you, have you seen any
16             allocation, what I'm talking
17             about is a document or a
18             financial record that allocates
19             the cost of office space,
20             computers, telephones, and other
21             equipment that's used by USEM,
22             that -- those costs being
23             allocated to USEM, are you aware
24             of such allocation?")
25             THE WITNESS:  Back to my original
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                      UE_DEP_0000047

---

PHYLLIS BLIZZARD 2/15/2013

Page 48

```
1    statement, part of the management agreement,
2    U.S. Egg Marketers pays UEP for office space,
3    bookkeeping, separate bank accounts.  We are
4    completely separate.  So I would -- I would say
5    that is part of the management agreement.
6         I'm not trying to be hard to deal with
7    either.
8    BY MR. STUEVE:
9         Q    What I'm asking you, though, is, have you
10   seen --
11        A    In a financial statement?
12        Q    Yeah.  I'm asking if you've seen a
13   document, whether it's a financial statement or some
14   other written document that allocates office space,
15   computers, copiers, cost of telephones, other
16   equipment that is used in order to implement these
17   export trades allocated to USEM?  Is that fair to
18   say you have not seen such a document?
19        A    It would be in a financial statement that
20   U.S. Egg Marketers pays for the use of this,
21   especially during an export.  We pay for the
22   accounting, we pay for the check writing, we pay to
23   use the copiers because they're UEP's.
24        Q    What I'm asking you, though, is -- because
25   I want to know, I'm going to ask you to identify the
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                      UE_DEP_0000048

---

PHYLLIS BLIZZARD 2/15/2013

Page 49

```
1    document if there is such a document.
2         Are you aware of any document that
3    you've seen that allocates copying costs, telephone
4    service, office space, other equipment that's
5    utilized to implement these export trades, allocated
6    to USEM?  Have you seen such a document?
7         A    I would say it would have to be in a U.S.
8    Egg Marketers' financial statement, yes, sir.
9         Q    Can you, sitting here today, identify that
10   document?
11        A    No, sir.
12        Q    And have you seen any document that
13   allocates a portion of your salary paid by UEP --
14        A    I am --
15        Q    -- hold on.
16             Have you seen a document that
17   allocates your -- a portion of your salary to USEM
18   for the activities that you do for USEM?
19        A    No, sir.  I'm an employee of UEP.
20        Q    Now, prior to September of 2000, how was
21   USEM funded?
22        A    I really do not know.
23        Q    Did it have dues that it charged its
24   members?
25        A    All the records are gone.  I do not recall
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                      UE_DEP_0000049

## Page 50

PHYLLIS BLIZZARD 2/15/2013

Page 50

```
1   prior to 2000.
2        Q    You don't recall if they charged dues?
3        A    No, sir, I don't.
4        Q    Do you recall whether or not it generated
5   any profits from the export trades that it made?
6        A    No, sir, I do not.
7        Q    You don't know one way or the other?
8        A    No, sir.  Jerry was in charge.
9        Q    But somehow USEM was able to pay your
10  salary?
11       A    Yes, sir.
12       Q    Mr. Faulkner's salary?
13       A    Yes, sir.
14       Q    And the other staff members that you
15  identified; is that right?
16       A    Yes, sir.
17       Q    Do you ever remember seeing any financial
18  statements?
19       A    No, sir.
20       Q    Whether or not it was making a profit or a
21  loss?
22       A    No, sir.
23       Q    And you're not aware of any dues that were
24  assessed on members?
25       A    No, sir.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                          Fax:

CONFIDENTIAL                                  UE_DEP_0000050

## Page 51

PHYLLIS BLIZZARD 2/15/2013

Page 51

```
1        Q    Whether or not that took place, you just
2   don't know?
3        A    I really do not know.
4        Q    Do you know whether there was a fee that
5   you generated from your egg trades that was charged
6   to USEM members prior to September of 2000?
7        A    I would think it would have to be, but I
8   never saw the records.
9        Q    Do you know if those records still exist?
10       A    No, sir, they do not.  I think they were
11  all destroyed.  Jerry Faulkner died in 2003.
12                    (Exhibit Blizzard 2 was marked
13                    for identification.)
14  BY MR. STUEVE:
15       Q    Just so you know for the record, when I
16  hand you documents, I'm labeling them with an
17  exhibit number so when we go back and read the
18  transcript, we know what document you're referring
19  to.  So that's the reason we do that.
20       A    Thank you.
21       Q    Let me show you what's been marked as
22  Exhibit 2.
23       A    Okay.
24       Q    Have you seen that document?
25       A    Yes, sir.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                          Fax:

CONFIDENTIAL                                  UE_DEP_0000051

## Page 52

PHYLLIS BLIZZARD 2/15/2013

Page 52

```
1        Q    And when do you recall seeing that?
2        A    In counsel.
3        Q    In preparation for your depo today?
4        A    Yes, sir.
5        Q    Had you seen it prior to that time?
6        A    No, sir.
7        Q    If we could, do you believe that this
8   document would have been generated sometime prior to
9   September of 2000?
10       A    Yes, sir.
11       Q    And it identifies, it says, Proposal for
12  management of United States Egg Marketers, USEM,
13  presented by United Egg Producer staff Al Pope and
14  Gene Gregory.
15            And you've identified those two
16  individuals earlier; is that correct?
17       A    Yes, sir, that's correct.
18       Q    Now, were you present at this
19  presentation?
20       A    No, sir.
21            MS. SUMNER:  Object to form.
22            Give me a second.
23  BY MR. STUEVE:
24       Q    Do you know who was on behalf of USEM?
25            MS. SUMNER:  Object to form.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                          Fax:

CONFIDENTIAL                                  UE_DEP_0000052

## Page 53

PHYLLIS BLIZZARD 2/15/2013

Page 53

```
1            THE WITNESS:  No, I do not know.
2   BY MR. STUEVE:
3        Q    It says in the second paragraph, With the
4   exception of three members, all USEM members are
5   members of UEP.
6            Did I read that correctly?
7        A    You did.
8        Q    Now, post-September 2000 up to the
9   present, is it fair to say that nearly all of USEM
10  members are UEP members?
11       A    Without looking at records, I would say --
12  I need to look at records to double check, but I
13  would say yes.
14       Q    Are you aware, sitting here today, any
15  members of UEP that -- excuse me, USEM that are not
16  members of UEP?
17       A    Sitting here today?
18       Q    Right.
19            MS. SUMNER:  Object to the form.
20            THE WITNESS:  Today, 2013, they are all
21  UEP members.
22  BY MR. STUEVE:
23       Q    Do you know how long that's been the case,
24  to the best of your recollection?
25       A    No, sir.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                          Fax:

CONFIDENTIAL                                  UE_DEP_0000053

PHYLLIS BLIZZARD 2/15/2013

Page 54

```
1       Q    In the third paragraph there, it says, We
2   believe that it's in the best interests of all UEP
3   members, including those with dual membership in UEP
4   and USEM, that we formulate a plan whereby we not
5   only provide management for USEM, but also to
6   increase the number of producers participating in
7   USEM programs for export.
8            Did I read that correctly?
9       A    Yes, sir.
10      Q    And after September of 2000, did UEP try
11  to expand the number of USEM members?
12      A    Sure.  That was their goal.
13      Q    And how was that done; do you know?  How
14  were they solicited?
15      A    They were called by other U.S. Egg
16  Marketers members, I would say.
17      Q    Did you participate in trying to expand
18  the membership?
19      A    No, sir.
20      Q    Were there communications that went out
21  from UEP on a regular basis to its members?
22           MS. SUMNER:  Object to form.
23           THE WITNESS:  Not without looking would I
24  know.
25  BY MR. STUEVE:
```

PHYLLIS BLIZZARD 2/15/2013

Page 55

```
1       Q    I'll show you some examples, and that may
2   refresh your recollection.
3            Has the membership in USEM increased
4   since September of 2000?
5       A    Yes, sir.
6       Q    Would you say substantially?
7       A    It did, yes.
8       Q    And that would have been through efforts
9   by UEP to expand membership; is that fair to say?
10      A    It was by efforts of other U.S. Egg
11  Marketers members to expand the membership.
12      Q    Those also would have been members of UEP;
13  is that correct?
14      A    Yes.
15      Q    It was also by efforts of the president of
16  UEP, correct?
17      A    Yes, sir.
18      Q    Gene Gregory?
19      A    Yes, sir.
20      Q    Now, if you go down to -- it says, We
21  would propose the following, and it says, One, UEP
22  would accept the management responsibilities
23  effective September 1, 2000.  With USEM having a
24  month-to-month office lease arrangement, we would
25  propose that the office be closed effective
```

PHYLLIS BLIZZARD 2/15/2013

Page 56

```
1   September 30, 2000.
2            And consistent with your
3   recollection, you believe the office space was
4   closed, is that correct, in 2000, USEM's offices?
5       A    U.S. Egg Marketers' separate office was.
6   But this has no date on it and no signature.  I know
7   that there was a lot of negotiations.  So I'm not
8   sure this is the final.
9       Q    Right.  I think it's clear from the face
10  of the document that this is the proposal, correct?
11      A    One of them.
12      Q    What I'm asking you, though, is, is it
13  fair to say, though, what was identified under
14  number one under the proposal, in fact, occurred?
15      A    That the U.S. Egg Marketers' office was
16  closed?
17      Q    Right.
18      A    Yes.
19      Q    You were the only employee of USEM that
20  went over to UEP; is that correct?
21      A    That was hired by UEP, yes, sir.
22      Q    And you became a UEP employee as of
23  September of 2000, right?
24      A    Yes, sir.
25      Q    And that since September 2000, USEM has
```

PHYLLIS BLIZZARD 2/15/2013

Page 57

```
1   had no employees, correct?
2       A    That is correct.
3       Q    All of its operations and functions are
4   all being performed by UEP employees, correct?
5       A    Yes.
6       Q    Now, number three says that USEM will
7   remain a separate organization from UEP, that USEM
8   maintain their present Capper-Volstead Act
9   cooperative status.
10           Did I read that correctly?
11      A    That's number two?
12      Q    Yes.
13      A    Yes.
14      Q    And then three, UEP would manage USEM very
15  much like it currently does for UEA.  What is "UEA"?
16      A    It's another division.  It's another area
17  that UEP manages.
18      Q    And what is that division or area?  Do you
19  know what they do?
20      A    No, sir, I do not.
21      Q    Do you have any responsibilities for them?
22      A    No, sir, I do not.
23      Q    Do you know what employees at UEP had
24  responsibilities for --
25      A    No, sir, I do not.
```

PHYLLIS BLIZZARD 2/15/2013

Page 58

```
1    Q    I'm sorry.  This is the tough part about
2   depositions because we're all conversationalists,
3   which we like to cut people off, and I know you're
4   not doing it intentionally.
5    A    I am not.
6    Q    I will remind you, but don't -- I
7   understand it's hard.
8    A    Please.
9    Q    Let me, just so the record is clear,
10  you're not aware of what, if any, UEP employees,
11  what responsibilities they may or may not have for
12  UEA; is that fair to say?
13   A    That is correct.
14   Q    Now, did anyone explain to you why it
15  was -- why USEM just didn't become UEP, a part of
16  UEP?
17   A    Can you repeat the question?
18   Q    Yeah.  Why was it necessary, did anyone
19  explain to you that -- to keep this separate entity,
20  USEM?  Did anyone explain to you why?
21   A    No.
22   Q    Did you ever ask?
23   A    No.
24   Q    It never caused you to wonder why you were
25  employed by UEP and all of your salaries and
```

PHYLLIS BLIZZARD 2/15/2013

Page 59

```
1   benefits were being paid by UEP; that there were no
2   USEM employees; there was no office of USEM; and yet
3   there was still this entity called USEM?
4    A    I just knew that they tried to replace
5   Jerry Faulkner and they could not find anyone, so I
6   was offered a job with United Egg Producers, and I
7   was very grateful to have a job.
8    Q    Right.  When you say "they," you're
9   talking about the folks at UEP that --
10   A    United Egg Producers.
11   Q    -- that tried to find a replacement for
12  Jerry?
13   A    No.  No.  No.
14   Q    Who is "they"?
15   A    U.S. Egg Marketers.
16   Q    Who at U.S. Egg Marketers was trying to
17  find a replacement for Jerry?  Who?
18   A    The Board, the chairman.  I think -- I'm
19  not sure who the chairman was then.  But that's what
20  they were trying to do, U.S. Egg Marketers.
21   Q    So when they couldn't find a replacement,
22  did anyone explain to you why that they continued to
23  try to maintain this entity, USEM?
24   A    They thought it was necessary for export,
25  to maintain that.
```

PHYLLIS BLIZZARD 2/15/2013

Page 60

```
1    Q    The exports could have been done within
2   UEP, correct?
3    A    I do not know.
4    Q    Now, under number ten, it says that there
5   not be separate export committees for USEM and UEP.
6             Do you see that, number ten?
7    A    Yes, sir, I see it.
8    Q    Do you know, is there an export committee
9   for USEM?
10   A    There is a separate Board of Directors for
11  USEM.
12   Q    I'm sorry, that's not my question.  I'm
13  asking you about committees for USEM.  Is there an
14  export committee for USEM?
15   A    Yes --
16        MS. SUMNER:  Object to the form and the
17  time period.
18        THE WITNESS:  It's completely separate.
19  BY MR. STUEVE:
20   Q    I understand that that's what you're
21  prepared to say today, but you need to --
22   A    But it's the truth.
23   Q    Well, I understand that there is an entity
24  out there called USEM.
25   A    Yes, sir.
```

PHYLLIS BLIZZARD 2/15/2013

Page 61

```
1    Q    We're trying to figure out what that
2   really means.  So if you would, under USEM are there
3   any committees?
4        MS. SUMNER:  Object to the form.
5   BY MR. STUEVE:
6    Q    That you're aware of.
7    A    It is no longer called an export
8   committee.  This -- at this time.
9    Q    When did that take place?
10   A    2010, I think.
11   Q    And prior to 2010, was there an expert
12  committee for USEM?
13   A    I think that's what it was called, yes,
14  sir.
15   Q    And were the members of that committee
16  also the members of the UEP's export committee, to
17  the best of your knowledge?
18   A    No.  It was all separate.
19   Q    I'm not asking you about what -- what I'm
20  asking, do you know if there was any overlap between
21  the members of the export committee for USEM and UEP
22  prior to September of 2010?
23   A    No.
24   Q    So it's your testimony that to the best of
25  your knowledge, there were separate people on USEM's
```

PHYLLIS BLIZZARD  2/15/2013

Page 62

1   export committee and UEP's export committee?

2       A    UEP didn't have an export committee.

3       Q    Prior to September of 2010?

4       A    Yes.

5       Q    So prior to September of 2010, there was

6   one export committee that you're aware of, and that

7   was under USEM; is that right?

8       A    Yes, sir.

9       Q    After September of 2010, that committee

10  was created at UEP; is that right?

11          MS. SUMNER:  Object.

12          THE WITNESS:  No, sir.  No, sir.  It was

13      still U.S. Egg Marketers.  It was just renamed

14      Board of Directors.

15  BY MR. STUEVE:

16      Q    Of --

17      A    U.S. Egg Marketers, yes, sir.

18      Q    Was there a Board of Directors prior to

19  September of 2010 of USEM that you're aware of?

20      A    At -- it was an export.  I think it was

21  called an export committee prior to 2010.

22      Q    What I'm asking you is -- remember, I'm

23  asking you, this is under oath, ma'am.

24      A    I know, I know.

25      Q    Prior to September of 2010, are you aware

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                              UE_DEP_0000062

---

PHYLLIS BLIZZARD  2/15/2013

Page 63

1   of a Board of Directors for USEM?

2       A    They were all Board members.  There was an

3   elected group of four that was a chairman, a vice

4   president, a secretary and a treasurer.  And then

5   there were six to eight members that were added to

6   that committee and they were an export

7   committee/executive committee.

8       Q    Ma'am, if you would answer my question.

9   Prior to September of 2010, there was an export

10  committee, as I understand your testimony, for USEM;

11  is that correct?

12      A    For U.S. Egg Marketers, yes, there was an

13  export committee.

14      Q    Prior to September of 2010, was there a

15  Board of Directors that you were aware of for USEM?

16      A    Yes.

17      Q    And it was called a Board of Directors?

18      A    I do not know.

19      Q    Have you seen any minutes for a Board of

20  Directors meeting for USEM prior to September of

21  2010?

22      A    I really am trying.  I'm not ignoring you.

23      Q    Are you aware -- if you can answer my

24  question, are you aware of any Board of Directors

25  minutes for USEM prior to September of 2010?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                              UE_DEP_0000063

---

PHYLLIS BLIZZARD  2/15/2013

Page 64

1       A    They were called Board of Directors, yes,

2   sir.

3       Q    I'm asking -- if you'd answer my question.

4   Are you saying that you saw minutes of Board of

5   Directors meetings for USEM prior to September 2010?

6   That's my question.

7       A    I'm sorry, because I really don't know if

8   they were classified as Board of Directors.  I know

9   they were all Board members.  I don't know when the

10  division came that they went from the

11  executive/export committee to the Board of

12  Directors.  I'm being very honest.  I don't know.

13      Q    But to the best of your recollection, that

14  occurred sometime in September of 2010; is that

15  right?

16      A    I think it actually happened before that,

17  2009.

18      Q    So let's move back.  Prior to 2009, there

19  was an export committee for USEM?

20      A    Yes.

21      Q    And after 2009, that committee became a

22  Board of Directors; is that correct?

23      A    Yes, sir.

24      Q    Do you know why the Board of Directors was

25  created after 2009?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                              UE_DEP_0000064

---

PHYLLIS BLIZZARD  2/15/2013

Page 65

1       A    No, sir.

2           MS. SUMNER:  Object to form.

3           THE WITNESS:  I do not.

4   BY MR. STUEVE:

5       Q    Did you attend the export committee

6   meetings prior to September -- or prior to 2009, did

7   you attend those?

8       A    Did I attend the U.S. Egg Marketers

9   meetings?

10      Q    Yeah.

11      A    Yes, sir.

12      Q    Did you take minutes of those meetings?

13      A    No, sir.

14      Q    Who did?

15      A    Mr. Gregory.

16      Q    Were those circulated?

17      A    Yes, sir.

18      Q    Were those circulated as export committee

19  meeting minutes?

20      A    They were kept in a notebook, yes, sir.

21      Q    And were they entitled "Export Committee

22  Meeting Minutes"?

23      A    It was U.S. Egg Marketers meeting

24  minutes -- minutes meeting -- meeting minutes,

25  excuse me.

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                              UE_DEP_0000065

PHYLLIS BLIZZARD  2/15/2013

Page 66

1    Q    And were those meetings recorded by

2  tape-recording?

3    A    No, sir.

4    Q    They were not?

5    A    To the best of my knowledge, no.

6    Q    And this export committee, were there any

7  other committees that you're aware of for USEM from

8  September of 2000 up to 2009, other than the export

9  committee?

10   A    I think they had a nominating committee,

11  yes, sir, at the beginning.

12   Q    And other than the nominating committee at

13  the beginning, was there any other committee, other

14  than the export committee, up through 2009?

15   A    Not to my knowledge, no, sir.

16   Q    And then after 2009 up to the present,

17  there's a Board of Directors for USEM; is that

18  correct?

19   A    Yes, sir.

20   Q    Is there any other group other than the

21  Board of Directors for USEM?

22   A    No, sir.

23   Q    And when you sat in on the export

24  committee meetings, what was discussed?  What was

25  the subject matter of those meetings?

PHYLLIS BLIZZARD  2/15/2013

Page 67

1    A    Of the U.S. Egg Marketers committee

2  meetings?

3    Q    Yes.

4    A    It was discussed about an export

5  possibility, marketing calls, and I think that was,

6  you know, basically the financial situation, et

7  cetera, et cetera.  But mainly export opportunities.

8    Q    And would Gene Gregory sit in on these

9  export committee meetings?

10   A    U.S. Egg Marketers meetings, yes, sir, he

11  would.

12   Q    Any other employees of UEP besides you and

13  Mr. Gregory sitting in on the export committee

14  meetings?  And I am focusing on from September of

15  2000 up through 2009.

16   A    Yes, sir, usually staff was also present.

17   Q    UEP staff?

18   A    Yes.

19   Q    And who?

20   A    Anywhere range from Al Pope, Billie Jo

21  Corell, and I think I have seen Ken Klippen's name

22  on there.

23   Q    Who is Ken Klippen?

24   A    He was a former UEP employee.

25   Q    What were his responsibilities?

PHYLLIS BLIZZARD  2/15/2013

Page 68

1    A    He was in Washington, D.C., and that's the

2  best I know.

3    Q    Where would these export committee

4  meetings take place?

5    A    The U.S. Egg Marketers meetings usually

6  took place at the same time as the United Egg

7  Producers annual meeting, for economic reasons, yes,

8  sir.

9    Q    And were these U.S. export committee

10  meetings only once a year?

11   A    Basically, U.S. Egg Marketers had a

12  meeting once a year, yes, sir.

13   Q    Were there any other meetings of the

14  export committee other than once a year?

15   A    U.S. Egg Marketers export committee/Board

16  meetings usually were by conference call if we had

17  an opportunity for export, yes, sir.

18   Q    I'm focusing, though, prior to 2009.

19  We'll get to post-2009.

20        In addition to the annual export

21  committee meeting, which would take place at the

22  same time as UEP's annual meeting, there would be

23  other meetings of the export committee; is that

24  correct?

25        MS. SUMNER:  Object to form.

PHYLLIS BLIZZARD  2/15/2013

Page 69

1        THE WITNESS:  No.  U.S. Egg Marketers

2  would have a meeting at the same time.  In the

3  same location, a completely different office,

4  or conference room.  Excuse me.

5  BY MR. STUEVE:

6    Q    Other than that meeting that was held at

7  the same time of UEP's annual meeting, were there

8  other meetings of the export committee from

9  September of 2000 to 2009 when the export committee

10  was in place?

11        MS. SUMNER:  Object to form.

12        THE WITNESS:  Not physically.

13  BY MR. STUEVE:

14   Q    But there would be phone calls; is that

15  correct?

16   A    Yes, sir.

17   Q    And how frequently would those occur?

18   A    Only when an opportunity came up for an

19  export.

20   Q    And who would participate?  Would it be

21  the same folks who would participate in those calls

22  as the annual meeting?

23   A    It was the export committee or Board --

24  prior to, it was the export committee that would

25  talk over the phone usually.

PHYLLIS BLIZZARD 2/15/2013

Page 70

1    Q    And would staff members be included in
2  that as well, those phone calls?
3    A    Only anyone that was at the office, or
4  like Billie Jo may have sat on it.
5    Q    Would Gene Gregory sit in on those?
6    A    Yes.
7    Q    And would you sit in on those?
8    A    Yes.
9    Q    And were there minutes taken of those
10 export committee meetings?
11   A    Gene Gregory took minutes, yes, sir.
12   Q    Now, prior to September of 2000, did UEP
13 have an export committee?
14   A    I do not know.
15   Q    Has UEP ever had an export committee from
16 September of 2000 up to the present time, that
17 you're aware of?
18   A    No.
19   Q    Now, if you would, in 11, it says that UEP
20 encouraged greater participation from all its
21 members in export commitments, with those
22 commitments being to USEM instead of to UEP.
23        Do you remember that?
24   A    I remember reading this.  But again, this
25 is not -- this is part of the negotiations, and I

---

PHYLLIS BLIZZARD 2/15/2013

Page 71

1  was not aware of it.
2    Q    Did you talk to Mr. Gregory in preparation
3  for your deposition today about this --
4    A    This, no, sir.
5    Q    It says, All USEM and UEP members will be
6  required to sign an export commitment form.
7        Do you see that?
8    A    Which number, sir?
9    Q    I'm on number 11, I'm sorry.
10   A    Okay.
11   Q    Okay.
12   A    Okay.
13   Q    Now, it's your understanding that, in
14 fact, USEM members do, in fact, sign an export
15 commitment form; is that correct?
16   A    Yes.
17   Q    Do you know if there's any other export
18 commitment form that's signed by UEP members?
19   A    No.
20   Q    Not that you're aware of?
21   A    Not that I'm aware of.
22   Q    The only export commitment form that
23 you're aware of is the form that USEM members sign;
24 is that correct?
25   A    That is correct, sir.

---

PHYLLIS BLIZZARD 2/15/2013

Page 72

1    Q    Now, there are non-USEM members that do
2  participate in export programs sponsored by USEM; is
3  that correct?
4    A    Occasionally, yes, sir.
5    Q    And who solicits those non-USEM members to
6  participate?
7    A    Solicits?
8    Q    How do the non-USEM members find out
9  that -- about the export order that they can
10 participate in?
11   A    It's -- usually it's being talked about by
12 the industry, I would say.
13   Q    How does the industry find out about it?
14 Does UEP communicate to its members that there's an
15 export order that's been placed?
16   A    It's not announced initially.  It's --
17 well, Gene would announce it in the United Voices, I
18 would say.
19   Q    United Voices is a newsletter, if you
20 will --
21   A    Yes, sir.
22   Q    -- that's prepared by UEP that's sent out
23 to all of its members; is that correct?
24   A    Yes, sir.
25   Q    So UEP members located in the State of

---

PHYLLIS BLIZZARD 2/15/2013

Page 73

1  Kansas, for example, would receive that
2  communication, right?
3    A    I would say they would.
4    Q    And in those communications, if USEM was
5  placing an export order, that information would be
6  contained in United Voices that would be sent to
7  Kansas UEP members, correct?
8    A    Say it again, please.
9        MR. STUEVE:  Read it back to her, please.--
10             - - -
11           (Whereupon, the Reporter read
12            back a preceding portion of the
13            testimony as directed:
14            "Q.  And in those
15            communications, if USEM was
16            placing an export order, that
17            information would be contained
18            in United Voices that would be
19            sent to Kansas UEP members,
20            correct?")
21        THE WITNESS:  Yes, I would say.
22 BY MR. STUEVE:
23   Q    Now, if you would, in paragraph 14 --
24        MR. STUEVE:  Actually, why don't we --
25 we've been going for about an hour here, little

PHYLLIS BLIZZARD 2/15/2013

Page 74

```
1     over an hour.  Do you mind if we take a quick
2     restroom break here?
3           THE WITNESS:  No.  That will be fine.
4           (Off the record.)
5           MR. HUTCHINSON:  This is Troy Hutchinson
6     for Sparboe Farms.  I've been on from the
7     beginning.  I got knocked off right when we
8     were taking the roll call.
9           MR. STUEVE:  I can assure you, Troy, we
10    were not responsible for that.
11          MR. HUTCHINSON:  No, no.  It was my issue.
12    BY MR. STUEVE:
13    Q     Ms. Blizzard, we're back on the record,
14    and again, if you need to take a break at any time,
15    just let me know.  Otherwise, I'm going to keep
16    plowing ahead here, okay?
17    A     Yes.
18    Q     I got a couple of clean-up questions.
19          You had mentioned that in
20    approximately September of 2010, you were given the
21    title of CEO; is that correct?
22    A     Yes.
23    Q     Did you ask for that title?
24    A     No.
25    Q     Who proposed giving you that title?
```

PHYLLIS BLIZZARD 2/15/2013

Page 75

```
1     A     My Board -- the U.S. Egg Marketers Board.
2     Q     And how do you know that?
3     A     Because it was in a meeting.
4     Q     That you attended?
5     A     Yes, it was.
6     Q     What do you recall about the U.S. Egg
7     Marketers meeting about you being given the CEO
8     title?
9     A     U.S. Egg Marketers said that I was the
10    most logical one for the title, CEO.
11    Q     But did anyone explain to you why it was
12    necessary to give you that title?
13    A     No, sir.
14    Q     Did you ask?
15    A     No, sir.
16    Q     Did you get a pay raise?
17    A     No, sir.
18    Q     Did they also discuss why you were given
19    the responsibility of negotiating the exports?
20    A     No, sir.
21    Q     Did you ask?
22    A     No, sir.
23    Q     Do you have an understanding as to why?
24    A     I, again, was the most logical one for the
25    position.
```

PHYLLIS BLIZZARD 2/15/2013

Page 76

```
1     Q     Well, Mr. Gregory was still with the
2     company, correct?
3     A     Mm-hmm.
4     Q     With UEP?
5     A     Yes, sir.
6     Q     And he was the one that had primary
7     responsibility for negotiating with -- I want to
8     make sure we're clear on this, on these exports
9     we're talking about European entities or Canadian
10    entities that would actually place the order; is
11    that correct?
12    A     European buyers, yes, sir.
13    Q     And prior to September 2010, that
14    responsibility of negotiating with them was handled
15    by Mr. Gregory; is that correct?
16    A     Mostly, yes, sir.
17    Q     And after September 2010, it was you
18    primarily; is that right?
19    A     Yes, sir.
20    Q     Anyone else?
21    A     No, sir.
22    Q     Did Mr. Gregory completely stop performing
23    that function?
24    A     Yes, sir.
25    Q     And he's still, though, the president of
```

PHYLLIS BLIZZARD 2/15/2013

Page 77

```
1     UEP, correct?
2     A     Yes, sir.
3     Q     And a full-time employee, correct?
4     A     Yes, sir.
5     Q     Did anyone explain to you why Mr. Gregory
6     was no longer going to participate in these
7     negotiations at all?
8     A     No, sir.
9     Q     Did you ask anyone?
10    A     No, sir.  Again, I was the most logical
11    one for the position.
12    Q     I understand when you say "position," but
13    the only additional responsibility was negotiating
14    with the European buyers.
15          And what I'm asking you is, did
16    anyone explain to you why, after September 2010,
17    Mr. Gregory would no longer have any involvement in
18    that?
19    A     No, sir.
20    Q     Did anyone else at UEP have any
21    involvement with negotiations with European buyers
22    after September 2010 other than you?
23    A     No, sir.
24    Q     And even though you were given this
25    additional responsibility, you did not -- and title,
```

PHYLLIS BLIZZARD 2/15/2013

Page 78

```
1   you did not get a pay raise at that time; is that
2   correct?
3        A   Yes, sir.
4        Q   Did you ask for one?
5        A   No, sir.
6        Q   Who makes the determination -- let me ask
7   you this:  Prior to September of 2010, who at UEP
8   would make the determination that an export should
9   take place to a European market?
10       MS. SUMNER:  Object to form.
11       THE WITNESS:  No one at UEP.
12  BY MR. STUEVE:
13       Q   No one.  Mr. Gregory had no involvement?
14       A   You said after 2010?
15       Q   No, prior to September --
16       A   Oh, I'm sorry.  Say your question again.
17       Q   Prior to September of 2010, who at UEP
18  made the determination whether or not an export to a
19  European market should take place?
20       MS. SUMNER:  Same objection to form.
21       THE WITNESS:  We were called by an
22   exporter.  We would take it to the Board.
23  BY MR. STUEVE:
24       Q   Who would they call prior to September of
25  2010?
```

PHYLLIS BLIZZARD 2/15/2013

Page 79

```
1        A   Either Gene or I -- or myself.
2        Q   And then would Mr. Gregory make a
3   determination whether or not that should be
4   submitted to the USEM folks for further discussion?
5        A   Gene and I would organize a U.S. Egg
6   Marketers -- this is prior?
7        Q   Mm-hmm.
8        A   -- and export committee call, yes, sir.
9        Q   And was an export committee call arranged
10  every time you or Mr. Gregory were contacted by a
11  foreign buyer?
12       A   No, sir.
13       Q   How often -- percentage of the time that
14  either -- that Mr. Gregory was called by a foreign
15  buyer that that was actually presented to the export
16  committee?
17       A   I would say every time it was taken to the
18  chairman and it was discussed, and it was a mutual
19  decision, depending upon various reasons, price,
20  everything, whether it would go to the executive
21  committee -- or export committee, excuse me.
22       Q   Was that 50 percent of the time, less than
23  50 percent of the time, more than 50 percent of the
24  time?
25       A   I would say way more than 50 percent, yes,
```

PHYLLIS BLIZZARD 2/15/2013

Page 80

```
1   sir.
2        Q   But who was the chair of the export
3   committee prior to September of 2010?
4        A   Larry Seger was, up until when he died.
5   And then it was Dolph Baker.
6        Q   And so the best of your recollection,
7   prior to September 2010, there would be a
8   conversation between you, Mr. Gregory and the chair
9   of the export committee to determine whether or not
10  it should be presented to the export committee?
11       A   Yes, sir.
12       Q   Anyone else involved in those discussions?
13       A   No, sir.
14       Q   Now, after September of 2010, who would
15  make the decision to present it to the export
16  committee?
17       A   Myself and the chairman, which is Dolph
18  Baker.
19       Q   Did you have any communications with
20  Mr. Gregory?
21       A   No.
22       Q   Were you told not to have any
23  communications with Mr. Gregory?
24       A   No.
25       Q   Why wouldn't you continue to have
```

PHYLLIS BLIZZARD 2/15/2013

Page 81

```
1   communications with Mr. Gregory after
2   September 2010?
3        A   Because I was the new CEO of U.S. Egg
4   Marketers and it was my responsibility.
5        Q   I understand that.  But you had that
6   responsibility prior to September 2010, you were
7   involved in that decision, correct?
8        A   Not as fully as I was now.
9        Q   Right.  But why didn't you communicate to
10  Mr. Gregory after September 2010 concerning whether
11  or not an export order should be taken?
12       A   There was no reason to.
13       Q   No reason to?
14       A   There was no reason to.
15       Q   Now, your testimony is that you don't
16  recall at any time talking to Mr. Gregory after
17  September of 2010 about an export order?
18       A   He would not be in the decision-making.
19  It may have been discussed, but he was not in the
20  decision-making.
21       Q   Let me ask you that, then, to be clear.
22  After September 2010, you would acknowledge that you
23  would have had communications with him about
24  potential export order, but he was not involved in
25  the decision-making; is that correct?
```

PHYLLIS BLIZZARD  2/15/2013

Page 82

```
1      A    Yes, sir.
2      Q    And was it -- were there -- do you recall
3  anyone else, after September 2010, besides you --
4  you had some discussions with Mr. Gregory concerning
5  potential export order.
6               Anyone else at UEP you would have
7  spoken with after September of 2010 about a
8  potential export order, other than Mr. Gregory?
9      A    We're in the same office together.  We
10 just -- it may have been talked about.
11     Q    With who else?
12     A    Chad Gregory, possibly.  That was it.
13     Q    And what was his position after
14 September 2010?
15     A    He was still vice president until 2013.
16     Q    Would you also talk to the egg traders as
17 well?
18     A    I'm smiling, forgive me.  I am the egg
19 trader.
20     Q    There are no other egg traders at UEP?
21     A    There are not, not now.
22     Q    When did that take place?
23     A    Various years.  Billie Jo retired.
24     Q    So best of your recollection, how long
25 have you handled exclusively the egg trading
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                    UE_DEP_0000082

---

PHYLLIS BLIZZARD  2/15/2013

Page 83

```
1  responsibilities at UEP?
2      A    I'm not sure of her retirement year.
3      Q    Who?
4      A    Billie Jo, I'm sorry.
5      Q    But would it have been over five years
6  ago, best of your recollection?
7      A    I would say it would be.
8      Q    So --
9      A    But without looking at paperwork, I'm
10 really not sure.
11     Q    That's what I'm asking you.  Your best
12 estimate, it was over five years ago --
13     A    Mm-hmm.
14     Q    -- you'd have to look at the records, but
15 since her retirement, you've been the only egg
16 trader at UEP?
17     A    Derreck Nassar helped for maybe one year,
18 maybe not even one year.
19     Q    But other than that, it's been you?
20     A    Yes.
21     Q    When did Dolph Baker join UEP?
22     A    Join UEP, I have no idea.
23     Q    Does he -- let me back up.  What is his
24 role with UEP, Dolph Baker?
25     A    With UEP?
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                    UE_DEP_0000083

---

PHYLLIS BLIZZARD  2/15/2013

Page 84

```
1  Q    Yeah.
2      A    I do not know.  U.S. Egg Marketers, he's
3  our chairman.
4      Q    Do you know if his company is a member of
5  UEP?
6      A    Yes, his company is.
7      Q    What's the name of his company?
8      A    His company is Cal-Maine Foods.
9      Q    Right.  Do you know how long Cal-Maine
10 Foods has been a member of USEM?
11     A    Probably from the onset.
12     Q    And do you know whether or not he was a
13 member of the export committee prior to 2009?
14     A    He took over when Larry Seger died, and I
15 don't remember the year he died.
16     Q    Would that have been --
17     A    2008 or something like that.
18     Q    So after that point in time, he took over
19 as chair of what was then the export committee?
20     A    U.S. Egg Marketers export committee, yes,
21 sir.
22     Q    And then now that group is called Board of
23 Directors; is that right?
24     A    That is correct.
25     Q    Is he still the chair of the Board of
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                    UE_DEP_0000084

---

PHYLLIS BLIZZARD  2/15/2013

Page 85

```
1  Directors?
2      A    Yes, sir.
3      Q    And is he still the owner of Cal-Maine?
4      A    I don't know his title.  I want to say
5  he's president.
6      Q    He's a senior officer of Cal-Maine, to the
7  best of your recollection; is that correct?
8      A    Yes, sir.
9      Q    Do you know that Cal-Maine has an egg
10 production facility in Kansas?
11     A    They have a farm in Chase, Kansas, yes,
12 sir.
13     Q    Are you familiar with it?
14     A    I just know that it's there.
15     Q    And do you know that -- can you confirm
16 it's been there since September of 2000?
17     A    Not exactly.
18     Q    Can you confirm it's been there for a long
19 time?
20     A    Yes, sir.
21     Q    Now, if we could turn back --
22          MR. STUEVE:  I apologize.  I was drinking
23 water.  I've got a bad cold and so I'm trying
24 to keep my voice moist, so I don't want to be
25 the pun of jokes after State of the Union.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                    UE_DEP_0000085

## Page 86

PHYLLIS BLIZZARD  2/15/2013

Page 86

```
1          There's no videotape here.  I apologize if I'm
2     stopping in the middle of my question, I'm just
3     trying to keep my voice going here.  Okay.
4  BY MR. STUEVE:
5     Q    If we could turn back to Exhibit No. 2, it
6  says on -- back to paragraph 10, it says, All income
7  from export sales will become income to UEP.
8               Do you see that there?
9     A   I do, sir.
10    Q    And is that your understanding as to how
11 the financial records have been handled?
12    A   No, sir.
13    Q    It's not?
14    A   No, sir.
15    Q    And how do you believe they've been
16 handled?
17    A    Well, again, this is not a complete
18 document, there's not a signature.  I believe this
19 was part of the negotiation.  And U.S. Egg Marketers
20 is completely separate from UEP.
21        MR. STUEVE:  I'll move to strike the
22    answer as nonresponsive.
23 BY MR. STUEVE:
24    Q    I understand that you've been prepared for
25 your deposition today.  If you would, so we can get
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                Fax:

CONFIDENTIAL                                      UE_DEP_0000086

## Page 87

PHYLLIS BLIZZARD  2/15/2013

Page 87

```
1  done today, if you would just answer the question
2  that I ask.
3               I'll have her read it back.  And,
4  again, if you don't understand my question, I'll
5  rephrase it.
6         MS. LEVINE:  Before you ask that question,
7     there's an e-mail that's not clear that the
8     phone line is set up.
9               - - -
10              (Whereupon, the Reporter read
11              back a preceding portion of the
12              testimony as directed:
13              "Q.  And how do you believe
14              they've been handled?")
15 BY MR. STUEVE:
16    Q    Do you understand my question?
17              So since September of 2000, how do
18 you believe the income from export sales that USEM
19 may have been involved in has been handled?
20    A    U.S. Egg Marketers is completely separate
21 from UEP.
22    Q    Do you know how the income, though, has
23 been booked on the books of USEM, if at all?
24    A    It's completely separate checking account.
25    Q    Are you familiar with the financial
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                Fax:

CONFIDENTIAL                                      UE_DEP_0000087

## Page 88

PHYLLIS BLIZZARD  2/15/2013

Page 88

```
1  records of UEP?
2     A    I have not seen the financial records of
3  UEP.
4     Q    Do you know whether or not there is any
5  item on the financial records, whether it's a
6  profit/loss or income statement, that reflects
7  income or losses from USEM?
8     A    To my knowledge, it would be on U.S. Egg
9  Marketers profit and loss.
10    Q    I'm not asking you to speculate.  I'm
11 asking you to answer my question.
12        MR. STUEVE:  If you could read it back.
13 BY MR. STUEVE:
14    Q    If you don't know, ma'am, that's fine.
15 You can just tell me you don't know.
16        MR. STUEVE:  Can you read it back to her,
17    please.
18              - - -
19              (Whereupon, the Reporter read
20              back a preceding portion of the
21              testimony as directed:
22              "Q.  Do you know whether or not
23              there is any item on the
24              financial records, whether it's
25              a profit/loss or income
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                Fax:

CONFIDENTIAL                                      UE_DEP_0000088

## Page 89

PHYLLIS BLIZZARD  2/15/2013

Page 89

```
1              statement, that reflects income
2              or losses from USEM?")
3         THE WITNESS:  On the UEP statement?
4  BY MR. STUEVE:
5     Q    Yes.
6     A    No, I do not know.
7     Q    And have you ever seen a USEM profit and
8  loss statement or income statement?
9     A    It may have been in a U.S. Egg Marketers
10 folder at a meeting.
11    Q    But sitting here today, can you recall
12 seeing a financial statement, whether it's an income
13 statement or profit and loss statement, a cash flow
14 statement, for USEM?
15    A    Yes.
16    Q    Which one of those?
17    A    A financial statement, which is --
18    Q    I'm sorry.  You go ahead and finish your
19 answer.
20    A    Again, I'm not an accountant.
21    Q    Right.  That's what -- if you can
22 understand what -- I'm trying to figure out, when
23 you say "financial statement," what do you mean?  So
24 if there's a document out there, maybe we can
25 identify it.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                Fax:

CONFIDENTIAL                                      UE_DEP_0000089

PHYLLIS BLIZZARD 2/15/2013

Page 90

1         Q    Do you know, when you say "financial
2 statement," have you seen an income statement for
3 USEM?
4         A    It would be put in the U.S. Egg Marketers
5 folders for their Board meetings.
6         Q    And do you recall how many pages those
7 financial statements are?
8         A    No, sir.
9         Q    Have you ever prepared a budget for USEM?
10         A    No, sir.
11         Q    Now, if you could turn to the next page,
12 and this is UEI18 of Exhibit 2, up under 16, it
13 says, As a cost-saving measure, we would recommend
14 that ECI and Urner Barry subscription and
15 memberships be discontinued.  These would be
16 available through UEP.
17         Did I read that correctly?
18         A    Yes, sir, you did.
19         Q    Did that, in fact, occur?
20         A    To the best of my knowledge.
21         Q    Do you use -- as part of your
22 responsibilities for USEM, do you use ECI and Urner
23 Barry?
24         A    No, sir.
25         Q    You don't use Urner Barry?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191           Fax:
CONFIDENTIAL           UE_DEP_0000090

PHYLLIS BLIZZARD 2/15/2013

Page 91

1         A    With UEP, I do.  Not for U.S. Egg
2 Marketers, I do not.
3         Q    When you are, though, executing a trade in
4 order to fill a USEM order, export order, don't you
5 use Urner Barry?
6         A    I would say yes.
7         Q    And when you're negotiating,
8 post-September 2010, with European or foreign
9 buyers, do you not rely on Urner Barry?
10         A    The market is looked at, yes, sir.
11         Q    And yet, as far as you know, USEM pays no
12 subscription fee to either ECI or Urner Barry; is
13 that correct?
14         A    Specifically, I'm not sure.  I would say
15 it's part of the management agreement.
16         Q    Now, if you would, go down to Financial
17 Considerations.  It says, USEM members currently are
18 paying membership dues at the rate of 1.25 -- a
19 dollar twenty-five cents -- per case of total
20 production.  Members report monthly their cases
21 produced in the previous month.  USEM then invoices
22 for the cases reported by the member.
23         Did I read that correctly?
24         A    You read that correctly.
25         Q    Does that refresh your recollection as to

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191           Fax:
CONFIDENTIAL           UE_DEP_0000091

PHYLLIS BLIZZARD 2/15/2013

Page 92

1 how dues were assessed by USEM, best of your
2 knowledge?
3         A    I was not a part of the negotiation.
4         Q    I'm not talking about the negotiation.
5 This is talking about what USEM was doing prior to
6 September 2000.
7         It says, USEM members currently are
8 paying membership dues at the rate of $1.25 per case
9 of total production.
10         Did I read that correctly?
11         A    You did.
12         Q    And is that consistent with your
13 recollection?
14         A    I'm sorry.  I do not recall that.
15         Q    Do you have any facts that would dispute
16 that statement?
17         A    Before 2000, no, sir.
18         Q    Then it says, Members report monthly their
19 cases produced in the previous month.
20         Are you aware of any facts that would
21 dispute that statement?
22         A    Again, this was before 2000, and I do not
23 have any records.
24         Q    Sitting here today, you're not aware of
25 any facts that would dispute that statement; is that

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191           Fax:
CONFIDENTIAL           UE_DEP_0000092

PHYLLIS BLIZZARD 2/15/2013

Page 93

1 correct?
2         A    Correct or incorrect.  No, sir.
3         Q    It says, USEM then invoices for the cases
4 reported by the member.
5         Do you see that?
6         A    Yes, sir.
7         Q    Who would have handled that at USEM?
8         A    Jerry Faulkner.
9         Q    Now, after September 2010, there are no
10 additional dues that have to be paid to be a member
11 of USEM other than UEP dues, correct?
12         MS. SUMNER:  Object to form.
13         THE WITNESS:  You said 2010?
14 BY MR. STUEVE:
15         Q    I'm sorry.  I got my dates mixed up.  See,
16 you're helping me out here.  I appreciate it.
17         After September -- we'll focus on
18 September 2000.  After September 2000, after the
19 USEM was taken over by UEP, to be a USEM member
20 required no additional dues other than the dues
21 being paid to UEP, correct?
22         MS. SUMNER:  Object to form.
23         THE WITNESS:  U.S. Egg Marketers was
24      managed by UEP.  There were dues that began in
25      2000 -- excuse me.  No.  It was a management

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191           Fax:
CONFIDENTIAL           UE_DEP_0000093

PHYLLIS BLIZZARD 2/15/2013

Page 94

1        fee. I beg your pardon.
2   BY MR. STUEVE:
3        Q    So after September 2000, it's correct to
4   say that USEM members did not have to pay any dues
5   other than the dues they were already paying as a
6   member of UEP, correct?
7        MS. SUMNER: Object to the form.
8        THE WITNESS: I would have to see the
9   years. I do not recall.
10  BY MR. STUEVE:
11       Q    Is that the best of your recollection?
12       MS. SUMNER: Same objection.
13       THE WITNESS: I do not recall.
14  BY MR. STUEVE:
15       Q    Well --
16       A    Honestly.
17       MR. STUEVE: Counsel, she's supposed to be
18  prepared to testify on behalf of USEM with
19  respect to how -- their finances, how they're
20  funded. And so, I've got some documents,
21  but did you prepare her to answer these
22  questions?
23       MS. SUMNER: I think what she's telling
24  you is because it fluctuated over time, it
25  would help her to see the documents, and then

---

PHYLLIS BLIZZARD 2/15/2013

Page 95

1        she can explain to you for particular time
2   periods what -- that she's prepared to explain
3   what the due situation was for particular
4   years, but she's going to need the assistance
5   of the documents because it changes over time.
6        MR. STUEVE: Got it. Okay.
7   BY MR. STUEVE:
8        Q    Now, if you would, in the third paragraph
9   under Financial Considerations, it says, The
10  objective of this management agreement would be to
11  provide virtually the same service while reducing
12  the membership due rates for all USEM members. This
13  appears to be possible through the consolidation of
14  the two offices.
15       Did I read that correctly?
16       A    You did, sir.
17       Q    And, in fact, after September 2010, the
18  services being provided by USEM were -- after
19  September of 2000 -- start over.
20       After September of 2000, the services
21  being provided by USEM were virtually the same as
22  they were offering prior to September of 2000,
23  correct?
24       A    U.S. Egg Marketers was simply for export
25  purposes and a marketing conference call. That is

---

PHYLLIS BLIZZARD 2/15/2013

Page 96

1   all that U.S. Egg Marketers was responsible for.
2        Q    And if you would answer my question.
3        So the services that U.S. Egg
4   Marketers was providing prior to September of 2000
5   was virtually the same as they were providing after
6   September of 2000, correct?
7        A    Define "services."
8        Q    Just what you -- your definition that you
9   just gave me.
10       A    I would say yes.
11       Q    Now, U.S. Marketers -- USEM does not have
12  its own website, correct?
13       A    That is correct.
14       (Exhibit Blizzard 3 was marked
15       for identification.)
16  BY MR. STUEVE:
17       Q    Let's me show you what's been marked as
18  Exhibit No. 3. Can you confirm that this is -- if
19  you would, you can look up at the upper right-hand
20  corner of Exhibit No. 3. That's the URL for the
21  UEP's website?
22       A    United Egg Producers, yes, sir.
23       Q    And it's unitedegg.org; is that right?
24       A    Yes, sir.
25       Q    And there are -- you're familiar with this

---

PHYLLIS BLIZZARD 2/15/2013

Page 97

1   website; is that correct?
2        A    Yes, sir.
3        Q    Again, this is UEP's website. Can you
4   confirm that there's several -- under the brand and
5   name of United Egg Producers, there's "About Us" --
6        A    Mm-hmm.
7        Q    -- and then there's several other topics
8   there. One of them is "Member Services"; is that
9   correct?
10       A    Yes, sir.
11       Q    We've printed off that page, and I'll show
12  that to you in just a moment.
13       But the -- if you would, over on the
14  second page -- by the way, on the bottom right-hand
15  corner, you can see that it's dated February 13,
16  2013, 11:37 a.m.?
17       A    Mm-hmm.
18       Q    Can you confirm, to the best of your
19  knowledge, that this is the current content on UEP's
20  website?
21       A    A particular --
22       Q    We'll go back to the first page, if you
23  would. Look down at the bottom. See the date stamp
24  there?
25       A    Yes.

PHYLLIS BLIZZARD 2/15/2013

Page 98

1    Q    Can you confirm, best of your knowledge,
2 that this is the "About Us" page on the United Egg
3 Producers website currently?
4    A    Yes.
5    Q    If you could, to the second page, could
6 you confirm that under the "Member Services," you'll
7 see it's highlighted now, that this is the "Member
8 Services" page for United Egg Producers?
9    A    Yes.
10   Q    And under "Member Services" is the
11 reference to U.S. Egg Marketers, correct?
12   A    Yes.
13   Q    And is there any other page that you're
14 aware of on the website that identifies U.S. Egg
15 Marketers other than the "Member Services" page of
16 UEP's website?
17   A    There may be an identification under
18 "About Us," but this is United Egg Producers
19 website.
20   Q    Now, under U.S. Egg Marketers, there --
21 first of all, if you look under -- it has the
22 headquarters under "Contact United Egg," and it has
23 Chad Gregory, and it has his title as president and
24 CEO, right?
25   A    Yes.

---

PHYLLIS BLIZZARD 2/15/2013

Page 99

1    Q    And it has, under David Inall, senior vice
2 president?
3    A    Yes.
4    Q    When did he join UEP?
5    A    It was mid to late January of 2013.
6    Q    What are his responsibilities?
7    A    He's a new senior vice president, new.  I
8 think he is taking care of environmental -- yes,
9 environmental.
10   Q    Could you be more specific?  What do you
11 mean by "environmental"?
12   A    Environmental issues.
13   Q    Like what, just generally what are we
14 talking about?
15   A    He deals with the D.C. people, Washington,
16 D.C. people, and checks with the farms.  I don't
17 know that his title has been truly established, to
18 my knowledge.
19   Q    Does he have any responsibilities with
20 respect to exports?
21   A    No.
22   Q    Now, Sherry Shedd is also listed there as
23 vice president of finance, correct?
24   A    Yes, sir.
25   Q    What are her responsibilities currently?

---

PHYLLIS BLIZZARD 2/15/2013

Page 100

1    A    She works also for UEP, and she is part of
2 the management agreement with U.S. Egg Marketers,
3 and she handles the bookkeeping and the invoicing.
4    Q    And you had described her responsibilities
5 generally earlier.  Would those responsibilities be
6 the same today as you identified earlier?
7    A    Yes, sir.
8    Q    And then Krista Eberle, she's identified
9 as the director of food safety programs?
10   A    That is correct.
11   Q    When did she join UEP?
12   A    I'd say three years ago.
13   Q    What are her responsibilities?
14   A    She is exactly that, she deals with
15 illnesses and salmonella issues and deals directly
16 with the farmers.
17   Q    Next one is Derreck Nassar, director of
18 operations.
19   A    Yes, sir.
20   Q    What are his responsibilities?
21   A    He deals with animal welfare.
22   Q    When did he join?
23   A    I'd say six years ago.
24   Q    Have his responsibilities been basically
25 the same at UEP during that time period?

---

PHYLLIS BLIZZARD 2/15/2013

Page 101

1    A    Not the entire time, sir.
2    Q    What additional responsibilities did he
3 have?
4    A    He did, initially, some egg trading.
5    Q    And how long has it been since he stopped
6 that?
7    A    I would say he's been doing this for a
8 year and a half, maybe two years.
9    Q    And prior to that, did he do some egg
10 trading?
11   A    His job has fluctuated.
12   Q    So what I want to know is when is the last
13 time -- how long ago, how many years has it been, to
14 the best of your recollection, that Mr. Nassar has
15 been involved in an egg trade?
16   A    Mr. Nassar will -- if I'm out of the
17 office, he may take care of an egg trade if someone
18 calls in, to this day.  But not a hundred percent.
19   Q    And he is an employee of UEP; is that
20 correct?
21   A    That is correct.
22   Q    He's been an employee of UEP the entire
23 time; is that right?
24   A    Yes, sir.
25   Q    What about Caryn Konrad?

PHYLLIS BLIZZARD 2/15/2013

Page 102

```
1     A    Yes, sir.
2     Q    What is her responsibility?  She's
3  identified as the executive assistant.
4     A    I think she's actually the office manager.
5     Q    And then how long has she been with UEP?
6     A    I'm not sure.  I'd say a year.
7     Q    And who does she report to?
8     A    Chad.
9     Q    Does she assist you at all?
10    A    No.
11    Q    And Chad Gregory being the current
12  president of UEP?
13    A    Yes, sir.
14    Q    Now, then under U.S. Egg Marketers, you
15  are not listed as the CEO, are you?
16    A    That is correct.
17    Q    Have you brought that to the attention of
18  UEP?
19    A    No, sir, but I will.
20    Q    You, in fact, are identified as
21  export/marketing; is that correct?
22    A    That is correct.
23    Q    And you have officially been given the
24  title of CEO for over two years; is that correct?
25    A    Yes, sir.
```

PHYLLIS BLIZZARD 2/15/2013

Page 103

```
1     Q    All right.
2              (Exhibit Blizzard 4 was marked
3                  for identification.)
4  BY MR. STUEVE:
5     Q    I'll show you what's been marked as
6  Exhibit No. 4.  Again, this is another page, if you
7  can confirm for me, under "Member Services" of the
8  UEP website that we've printed out on February 13,
9  2013; is that correct?
10    A    Yes, sir.
11    Q    And it has a more detailed description of
12  United States Egg Marketers, or USEM; is that
13  correct?
14    A    Yes, sir.
15    Q    And it has you listed again as staff
16  coordinator; is that correct?
17    A    Yes, sir.
18    Q    But not as the CEO?
19    A    Correct.
20    Q    And is this the first time you've noticed
21  that, ma'am?
22    A    Yes, sir.
23    Q    All right.
24              (Exhibit Blizzard 5 was marked
25                  for identification.)
```

PHYLLIS BLIZZARD 2/15/2013

Page 104

```
1  BY MR. STUEVE:
2     Q    Let me just show you, is this a photograph
3  of the -- this is Exhibit No. 5.  Is that a photo of
4  the headquarters at UEP?
5     A    Actually, no.
6     Q    What is that?
7     A    That is the building across the way from
8  us.
9     Q    It is?
10    A    It's 1725.
11    Q    And your address is 1724?
12    A    Yes, sir.
13    Q    We're getting close.
14    A    It's close.
15    Q    Is that -- where is 1724 -- where are the
16  headquarters, just so we have --
17    A    1720 Windward Concourse, in Alpharetta,
18  Georgia.
19    Q    Where is that in Georgia?
20    A    North and east of --
21    Q    Of Atlanta?
22    A    -- Atlanta.
23    Q    By how much drive time?
24    A    Twenty, 25 miles.
25              (Exhibit Blizzard 6 was marked
```

PHYLLIS BLIZZARD 2/15/2013

Page 105

```
1                  for identification.)
2  BY MR. STUEVE:
3     Q    This is Exhibit No. 6, a document dated
4  May 30, 2000.  Did you review this in preparation
5  for your deposition today?
6     A    Yes, sir.
7     Q    When do you recall reviewing it?
8     A    You know what, no, excuse me, I did not.
9  I don't think I've seen this.
10    Q    If you would, it has the UEP staff over on
11  the left, and it identifies Al Pope as president; is
12  that right?
13    A    Yes, sir.
14    Q    And then it has Gene Gregory as senior
15  vice president; is that right?
16    A    Yes.
17    Q    And if you notice, it's a UEP document
18  that's sent to the UEP export committee.
19         Do you see that?
20    A    How about that?
21    Q    So let me -- the reason why I'm bringing
22  your attention to that, the best of your
23  recollection, after September of 2000, you're not
24  aware of any UEP export committee; is that correct?
25    A    After September 2000, I am not aware of a
```

PHYLLIS BLIZZARD 2/15/2013

Page 106

1 UEP export committee, that's correct.

2 Q That committee's role was basically taken

3 over by the USEM export committee, correct?

4 A U.S. Egg Marketers took over the export,

5 yes, sir.

6 Q Now, if you would, it says, Today we will

7 conduct a conference call to determine UEP's

8 involvement with USEM in filling export orders of a

9 hundred container loads each for June, July and

10 August.

11 This would have been at a time there

12 was a transition going on; is that correct?

13 A This was before, yes.

14 Q And USEM has only agreed to fill this

15 export order providing that UEP takes 25 percent of

16 the delivery.

17 Did I read that correct?

18 A Yes, sir, you did.

19 Q USEM has also reported that they will not

20 take any future export orders unless UEP assumes

21 40 percent of the delivery.

22 Did I read that correctly?

23 A You did.

24 Q This is a communication that was from Gene

25 Gregory, who, shortly thereafter, became the

---

PHYLLIS BLIZZARD 2/15/2013

Page 107

1 president, is that right, of UEP?

2 A Define "shortly thereafter."

3 Q Would that have happened in the 2001 time

4 frame, the next year?

5 A Rephrase your question. I'm sorry.

6 Q And I will. I'm jumping around here a

7 little bit.

8 Is it fair to say that at some time

9 in 2001, that Mr. Gregory became the president, or

10 do you recall?

11 A I do not. I do not know when Al left.

12 Q But this is from Mr. Gregory, who, at the

13 time, was the senior VP of UEP; is that correct?

14 A That looks like that, yes.

15 Q And the -- if you can go down to the

16 paragraph that starts with, As in the past, those

17 members committing to support the export order would

18 be charged the difference between the sales price

19 and the purchase price.

20 Did I read that correctly?

21 A Yes.

22 Q And we're going to get into that in more

23 detail in a little bit.

24 Based upon Urner Barry prices

25 reported on May 26, these sale prices are at levels

---

PHYLLIS BLIZZARD 2/15/2013

Page 108

1 that are not subsidized.

2 Did I read that correctly?

3 A Yes.

4 Q What does that mean when they say they're

5 "not subsidized"?

6 MS. SUMNER: I'm going to object to that

7 being outside the scope of the 30(b)(6) notice.

8 If she knows, she can answer it.

9 THE WITNESS: I do not.

10 BY MR. STUEVE:

11 Q Then it says, However, we should hope that

12 market prices go up considerable during the export

13 delivery period.

14 Did I read that correctly?

15 A You did.

16 Q Do you have an understanding as to what he

17 meant there?

18 MS. SUMNER: Again, I'm going to object on

19 the same grounds.

20 BY MR. STUEVE:

21 Q Go ahead.

22 A It's always an assumption that it will.

23 It may; it may not.

24 Q The assumption that it will, meaning that

25 after the export order is placed, that the prices

---

PHYLLIS BLIZZARD 2/15/2013

Page 109

1 for eggs in the domestic market in the United States

2 would go up; is that correct?

3 A You have to be an economist to predict

4 that. It is an assumption, yes, sir.

5 Q And that's what he's referring to here; is

6 that correct?

7 A I assume so, yes.

8 MS. SUMNER: I'm going to object to the

9 form of that question and being outside the

10 scope of the notice.

11 BY MR. STUEVE:

12 Q If you could, on the next page, UE65510,

13 it says, This leaves the following companies as

14 having a commitment made that we trust will be

15 honored.

16 Do you see that list?

17 A I do.

18 Q And can you confirm for me that in that

19 list is Nelson Poultry Farm?

20 A I see that.

21 Q And that would have been a USEM member

22 that was headquartered in Manhattan, Kansas,

23 correct?

24 A Prior to 2000 September, I have no -- no

25 authority that Nelson is.

PHYLLIS BLIZZARD  2/15/2013

Page 110

```
 1      Q    Well, can you confirm for me that after
 2  September 2000, that they were a USEM member that
 3  was headquartered in Manhattan, Kansas?
 4      A    Yes.
 5      Q    Sitting here today, do you have any reason
 6  to believe that in May of 2000, just a few months
 7  earlier, that they were not headquartered in
 8  Manhattan, Kansas?
 9      A    I have no reason to believe that.
10      Q    And Nelson Poultry Farm, in fact,
11  participated in this export order that was
12  implemented in -- or after May of 2000, correct?
13          MS. SUMNER:  Object.
14  BY MR. STUEVE:
15      Q    You can answer.
16      A    Could you rephrase the question or give me
17  the question again.
18      Q    Sure.
19                        - - -
20              (Whereupon, the Reporter read
21              back a preceding portion of the
22              testimony as directed:
23              "Q.  And Nelson Poultry Farm, in
24              fact, participated in this
25              export order that was
```

---

PHYLLIS BLIZZARD  2/15/2013

Page 111

```
 1              implemented in -- or after May
 2              of 2000, correct?")
 3          MS. SUMNER:  I'm objecting.  She's not
 4  here to testify on behalf of UEP.
 5          If she knows on behalf of USEM.
 6          THE WITNESS:  I do not.
 7          MR. STUEVE:  Well, she has to be able to
 8  testify with respect to USEM because that's
 9  what she's been designated.
10  BY MR. STUEVE:
11      Q    Can you confirm for me -- or are you aware
12  of any facts that would indicate that in May of
13  2000, that Nelson Farms was not headquartered in
14  Manhattan, Kansas?
15      A    I do not know if they were -- they were a
16  member after September of 2000 of U.S. Egg
17  Marketers.
18      Q    Do you know if they were a member prior to
19  September of 2000?
20      A    Of U.S. Egg Marketers?
21      Q    Yes.
22      A    No, I do not.
23      Q    Whether or not they were a member of U.S.
24  Egg Marketers in May of 2000, it does indicate in
25  this document in May of 2000 that they were going to
```

---

PHYLLIS BLIZZARD  2/15/2013

Page 112

```
 1  participate in a USEM export order, correct?
 2      A    As a UEP member.
 3      Q    Well, you don't know whether or not that
 4  was as a UEP member and/or a USEM member, correct?
 5          MS. SUMNER:  Objection.
 6          THE WITNESS:  No.
 7  BY MR. STUEVE:
 8      Q    You don't know one way or the other,
 9  correct?
10      A    They were not a U.S. Egg Marketers member
11  prior to September of 2000.
12      Q    How do you know that, ma'am?
13      A    Because I've looked at the documents.
14      Q    That's what I'm trying to find out.  What
15  documents did you look at?
16      A    They were in the export lists of 2000.
17      Q    And do you know when in 2000 they joined?
18      A    The end of 2000.
19      Q    And how do you know that?
20      A    Because I've seen it in print.
21      Q    Do you have a specific date when they, in
22  fact -- I've seen the export list.  Do you know how
23  frequently those export lists were generated?
24      A    No, sir.
25      Q    So is it fair to say, sitting here today,
```

---

PHYLLIS BLIZZARD  2/15/2013

Page 113

```
 1  you're not sure when they joined in 2000; is that
 2  correct?
 3      A    I think -- I've seen the date.  I want to
 4  say it's October 31 of 2000 -- or September, excuse
 5  me, end of September.  I need to see the document.
 6      Q    Is it your understanding that on or about
 7  September of 2000, did USEM take over the export
 8  membership of UEP?
 9      A    No, we didn't take over the -- no, we did
10  not.
11      Q    Do you know -- so, for example, that these
12  UEP members that are identified in May of 2000 in
13  here, did they become USEM export members?
14      A    Some of them may.
15      Q    Do you know how many of them did?
16      A    No, sir.
17              (Exhibit Blizzard 7 was marked
18              for identification.)
19  BY MR. STUEVE:
20      Q    I'm going to show you what's been marked
21  as Exhibit 7.  Did you review these minutes?
22      A    Prior to 2000, no, sir -- prior to
23  September 2000, no, sir.
24      Q    If you would -- but in preparation for
25  your deposition today, did you review these?
```

### Page 114

PHYLLIS BLIZZARD  2/15/2013

1    A   No, sir, I don't...

2    MR. STUEVE:  I apologize.  I need to take

3  a quick restroom break here.

4    (Brief recess.)

5          (Exhibit Blizzard 8 was marked

6          for identification.)

7  BY MR. STUEVE:

8    Q   I'll show you what's been marked as

9  Exhibit No. 8.  Can you confirm for me that this is

10  a communication to UEP Board of Directors signed by

11  Al Pope and Gene Gregory dated July 24?

12    MS. SUMNER:  I'm going to object to that

13  question.  I just want to explain, Pat, she's

14  here today as the USEM corporate

15  representative.

16    You're showing her a lot of UEP

17  documents.  I'm letting her answer questions

18  about the statements in the documents to the

19  extent that she knows, either individually

20  because she was employed by UEP, or as the USEM

21  corporate representative.

22    In particular, these documents are before

23  she even came to UEP.  So I just want to be

24  clear about that, and that there's a continuing

25  objection to these questions on that ground.

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191      Fax:

CONFIDENTIAL      UE_DEP_0000114

### Page 115

PHYLLIS BLIZZARD  2/15/2013

1  I'm not going to instruct her not to answer.

2    MR. STUEVE:  Just to respond to the

3  objection, the questions that I've been asking

4  have to do with the structure, organization,

5  financing of USEM.  And so, yes, some of them

6  occur prior to her being employed by UEP, but

7  she's been identified by USEM to be able to

8  respond to those questions.

9    So I think my questions have been tailored

10  to that.

11  BY MR. STUEVE:

12    Q   If you would --

13    MS. SUMNER:  Let me respond to that.  To

14  the extent that she knows USEM, she is

15  absolutely prepared on those topics and can

16  answer them.  Most of the questions I would

17  agree with you.

18    You did ask a question about what

19  Mr. Gregory was thinking when he wrote one of

20  these documents before she even got to UEP.  So

21  it's that kind of thing -- or from UEP's

22  perspective.

23    MR. STUEVE:  Just to be clear, I think she

24  was -- she clearly has the personal knowledge

25  to be able to respond to what was meant by

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191      Fax:

CONFIDENTIAL      UE_DEP_0000115

### Page 116

PHYLLIS BLIZZARD  2/15/2013

1  that.  We'll -- let's move on.

2  BY MR. STUEVE:

3    Q   If you would, can you confirm for me that

4  this is a communication from Al Pope and going to

5  the UEP Board of Directors dated July 24, 2000?

6    MS. SUMNER:  Objection.

7    THE WITNESS:  It looks that way.

8  BY MR. STUEVE:

9    Q   On the second page, if you would, it says,

10  With the retirement of Jerry Faulkner, president and

11  general manager of United States Egg Marketers,

12  USEM, effective August 31, 2000 --

13    And that's consistent with your

14  recollection, correct?

15    A   Yes.

16    Q   -- a request has been made by USEM to the

17  staff of UEP that UEP assume the management of USEM

18  effective September 15, 2000, knowing that it must

19  first receive UEP Board approval.

20    Did I read that correctly?

21    A   Yes.

22    Q   Recognizing this, the UEP staff and USEM's

23  executive committee have agreed upon the following

24  details and are now submitting them to UEP's Board

25  of Directors and the membership of USEM for final

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191      Fax:

CONFIDENTIAL      UE_DEP_0000116

### Page 117

PHYLLIS BLIZZARD  2/15/2013

1  approval.

2    Did I read that correctly?

3    A   You did.

4    Q   Number one, UEP would structure a national

5  egg export and enhanced marketing program for all

6  members.

7    Did I read that correctly?

8    A   Yes.

9    Q   UEP would maintain separate accounting

10  procedures, including checking for USEM.

11    Did I read that correctly?

12    A   Yes.

13    Q   It says, All profits or losses from USEM

14  programs would be transferred to UEP.

15    Did I read that correctly?

16    A   Yes.

17    Q   The name of the United States Egg

18  Marketers would be maintained for export purposes.

19    Did I read that correctly?

20    A   Yes.

21    Q   UEP would seek export commitments from all

22  producers.

23    Did I read that correctly?

24    A   "All" was not underscored.

25    Q   Ma'am, the record is only going to read my

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191      Fax:

CONFIDENTIAL      UE_DEP_0000117

PHYLLIS BLIZZARD 2/15/2013

Page 118

```
1    word, so don't worry about that.  The videotape is
2    not running.
3        A    Okay.
4        Q    The word "all" is in there, though, right?
5        A    That is correct.
6        Q    Those signing an export commitment would
7    become USEM members with no annual dues providing
8    they are dues-paying members of UEP.
9            Did I read that correctly?
10       A    Yes.
11       Q    And that's, in fact, what occurred,
12   correct?
13           MS. SUMNER:  Objection.
14           THE WITNESS:  Again, this was part of the
15       negotiations --
16   BY MR. STUEVE:
17       Q    That's not what I'm asking you, ma'am.
18   You're here on behalf of USEM.  I'm entitled to
19   know.
20           You should be prepared to answer
21   this, that those signing export commitments would
22   become USEM members with no annual dues providing
23   they are dues-paying members of UEP.
24           That's, in fact, what occurred,
25   correct?
```

PHYLLIS BLIZZARD 2/15/2013

Page 119

```
1            MS. SUMNER:  Objection.  Pat, she's
2        already told you that she needs to see the
3        documents to testify to that.
4    BY MR. STUEVE:
5        Q    You can go ahead and answer the question,
6    ma'am.
7        A    That's what it says.
8        Q    That's not my question.  I'm asking you,
9    that's, in fact, what happened after September 2000,
10   correct?
11       A    Yes.
12       Q    And if you look down to number 6, The UEP
13   and USEM export committees would be combined into
14   one export committee.
15           That's, in fact, what happened,
16   correct?
17       A    I do not recall.
18       Q    Well, ma'am, you've already testified that
19   you don't recall any UEP export committee after
20   September of 2000, correct?
21       A    Say it again.
22       Q    You do not recall any UEP export committee
23   after September of 2000, correct?
24       A    Yes.
25       Q    And you are aware of a USEM export
```

PHYLLIS BLIZZARD 2/15/2013

Page 120

```
1    committee that was in place until September of 2010,
2    correct?
3        A    Correct.
4        Q    So based on that, you can confirm for me
5    that the UEP and USEM export committees would be
6    combined into one export committee.  That, in fact,
7    occurred, right?
8            MS. SUMNER:  Objection.
9            THE WITNESS:  U.S. Egg Marketers and UEP
10       are completely separate.
11   BY MR. STUEVE:
12       Q    Ma'am, if you just answer my question.
13           MR. STUEVE:  Read it back to her.
14           - - -
15           (Whereupon, the Reporter read
16           back a preceding portion of the
17           testimony as directed:
18           "Q.  So based on that, you can
19           confirm for me that the UEP and
20           USEM export committees would be
21           combined into one export
22           committee.  That, in fact,
23           occurred, right?")
24       MS. SUMNER:  Objection to form.
25       THE WITNESS:  I would say no.
```

PHYLLIS BLIZZARD 2/15/2013

Page 121

```
1    BY MR. STUEVE:
2        Q    Ma'am, the only export committee that
3    you're aware of after September of 2000 was the USEM
4    export committee, correct?
5        A    Yes, sir.
6        Q    And sitting here today, you are not aware
7    of, after September of 2000, any other export
8    committee that you're aware of that was sponsored by
9    either UEP or USEM, correct?
10       A    Sponsored?
11       Q    Yeah.
12       Q    Managed by UEP?
13       Q    Sponsored, managed, controlled.
14       A    Managed.  U.S. Egg Marketers was separate.
15   Again, I'm -- I am not aware of a UEP committee that
16   became U.S. Egg Marketers, no.
17       Q    That's not my question.  After
18   September 2010 -- excuse me.
19           After September of 2000, you're aware
20   of one export committee, which was the USEM export
21   committee that was in place until approximately
22   September of 2010, correct?
23       A    Yes.
24       Q    You're not aware of any other export
25   committee other than that export committee that was
```

PHYLLIS BLIZZARD  2/15/2013

Page 122

1  either sponsored or controlled by UEP; is that
2  correct?
3      A   Yes.
4      Q   And you're not aware of any other export
5  committee that was either sponsored or controlled by
6  any entity that was affiliated with UEP, correct?
7      A   Correct.
8      Q   USEM -- number 7 -- would transfer
9  custodial control of the USEM bank account with an
10 amount of a hundred thousand to UEP upon execution
11 of a management agreement ratified by the Board of
12 Directors of both organizations.
13         Did I read that correctly?
14     A   Yes.
15     Q   And that, in fact, occurred, correct?
16     A   It was not transferred to UEP.  That is
17 not correct.
18     Q   What was not transferred?
19     A   The hundred thousand dollars.
20     Q   It says, USEM would transfer custodial
21 control of the USEM bank account with an amount of a
22 hundred thousand to UEP upon execution of a
23 management agreement ratified by the Board of
24 Directors of both organizations.
25         That, in fact, occurred, correct?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:
CONFIDENTIAL                                    UE_DEP_0000122

---

PHYLLIS BLIZZARD  2/15/2013

Page 123

1      A   It was never in possession of UEP.
2          MR. STUEVE:  If you would, if you would
3  read back the question and ask her to answer it
4  for me, please.
5              - - -
6          (Whereupon, the Reporter read
7          back a preceding portion of the
8          testimony as directed:
9          "Q.  It says, USEM would
10         transfer custodial control of
11         the USEM bank account with an
12         amount of a hundred thousand to
13         UEP upon execution of a
14         management agreement ratified by
15         the Board of Directors of both
16         organizations.  That, in fact,
17         occurred, correct?")
18         THE WITNESS:  Yes.
19 BY MR. STUEVE:
20     Q   Number 8:  UEP would be under no
21 obligation to offer employment to any USEM employee,
22 however, one employee will be offered employment to
23 facilitate the export program.
24         Did I read that correctly?
25     A   Yes.

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:
CONFIDENTIAL                                    UE_DEP_0000123

---

PHYLLIS BLIZZARD  2/15/2013

Page 124

1      Q   And that, in fact, occurred?
2      A   Yes.
3      Q   And you were the one employee that was
4  hired by UEP to facilitate the export program,
5  correct?
6      A   Yes.
7      Q   Now, if you would, on the next page,
8  number 1, All except three USEM members are
9  currently members of UEP.
10         Did I read that correctly?
11     A   Yes.
12     Q   Is that consistent with your recollection?
13     A   I'd have to look back on the list, but to
14 the best of my knowledge, yes.
15     Q   It says, Therefore, it can be said that
16 UEP members are requesting that we provide
17 management for another of their organizations.
18         Did I read that correctly?
19     A   Yes.
20     Q   And, in fact, UEP did enter into a
21 management agreement, correct?
22     A   Yes.
23     Q   Management would be provided in much the
24 same way we now provide management to the UEA
25 divisions.

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:
CONFIDENTIAL                                    UE_DEP_0000124

---

PHYLLIS BLIZZARD  2/15/2013

Page 125

1          Did I read that correctly?
2      A   Yes.
3      Q   Three:  This gives us an opportunity to
4  expand a successful export program to all UEP
5  members, thereby giving producers from all areas of
6  the country the opportunity to participate in the
7  decision-making of accepting an export and
8  negotiation of price.
9          Did I read that correctly?
10     A   Yes.
11     Q   And that's, in fact, what happened,
12 correct?
13         MS. SUMNER:  Objection.
14         THE WITNESS:  Yes.
15 BY MR. STUEVE:
16     Q   Number 4:  All exports will be handled by
17 the USEM export committee with the actual trading of
18 eggs in the public sector for export being conducted
19 by UEP egg traders.
20         Did I read that correctly?
21     A   Yes.
22     Q   That's, in fact, what happened?
23     A   Yes.
24     Q   Income from an export program as well as
25 dues from USEM members would provide additional

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:
CONFIDENTIAL                                    UE_DEP_0000125

### Page 126

PHYLLIS BLIZZARD 2/15/2013

```
 1   income to UEP.
 2          Did I read that correctly?
 3      A   Yes.
 4      Q   And that's what, in fact, happened,
 5   correct?
 6      A   No.
 7      Q   Why do you say that?
 8      A   Because the income was to U.S. Egg
 9   Marketers.
10      Q   What is the basis of that statement,
11   ma'am?
12      A   Because they're all separate, checking
13   accounts, everything.  And that's how U.S. Egg
14   Marketers pays UEP for the managerial.
15      Q   Are you aware of any dues that USEM has
16   collected?
17      A   Off and on through the years, different
18   years.
19      Q   Do you know how those dues were accounted
20   for?
21      A   Usually it was by per bird.
22      Q   Who determined -- so this would be a
23   member of USEM that was not a member of UEP,
24   correct?
25          MS. SUMNER:  Object to form.
```

### Page 127

PHYLLIS BLIZZARD 2/15/2013

```
 1          THE WITNESS:  I didn't say that.
 2   BY MR. STUEVE:
 3      Q   UEP members did not have to pay any
 4   additional dues to be a member of USEM, correct?
 5          MS. SUMNER:  Object to the form.
 6          THE WITNESS:  No.  Repeat the question,
 7      please.  I'm sorry.  I'm befuddled.
 8          MR. STUEVE:  If you could, read back the
 9      question.
10          - - -
11          (Whereupon, the Reporter read
12          back a preceding portion of the
13          testimony as directed:
14          "Q.  UEP members did not have to
15          pay any additional dues to be a
16          member of USEM, correct?")
17      MS. SUMNER:  Object to the form.
18      THE WITNESS:  One more time, please.
19          - - -
20          (Whereupon, the Reporter read
21          back as requested.)
22      MS. SUMNER:  Object to the form.
23   BY MR. STUEVE:
24      Q   You can go ahead and answer, ma'am.  As
25   the CEO of USEM, can you answer that for me, please?
```

### Page 128

PHYLLIS BLIZZARD 2/15/2013

```
 1      A   Again, this was before I came to UEP.
 2      Q   I'm talking about what happened after
 3   September 2000.  It says -- can you confirm for
 4   me -- that after September of 2000, that a member of
 5   UEP that wanted to join USEM did not have to pay any
 6   additional dues to USEM?
 7      MS. SUMNER:  There's an objection to that
 8      question.  We've talked about the time frame,
 9      and I think that's what is confusing the
10      witness, Pat.
11      MR. STUEVE:  Again, she can answer the
12      question.  That's all I'm asking her.
13      THE WITNESS:  I do not know.
14   BY MR. STUEVE:
15      Q   Then it says, The members of USEM
16   marketing and price discovery committees would be
17   merged into UEP's committee.
18          Did I read that correctly?
19      A   Yes.
20      Q   And that's, in fact, what happened,
21   correct?
22      A   No.  I thought they were all completely
23   separate.
24      Q   This would be contrary to your
25   understanding, wouldn't it, Ms. Blizzard?
```

### Page 129

PHYLLIS BLIZZARD 2/15/2013

```
 1      A   Yes, it would be.
 2      Q   Now, it goes on to say that USEM has
 3   operated a successful central purchase program for
 4   the purpose of cooperatively buying supplies for
 5   their members.
 6          Did I read that correctly?
 7      A   Yes.
 8      Q   This program would be transferred over to
 9   UEP, with UEP being selective of what supplier
10   programs that will remain.
11          Did I read that correctly?
12      A   Yes.
13      Q   And that's, in fact, what occurred?
14      A   No.
15      Q   What happened with respect to number 8?
16      A   Central purchasing was not brought over.
17      Q   What happened to the central purchase
18   program?
19      A   Disbanded, stopped.
20      Q   You're aware of the fact that UEP buys
21   supplies for their members, correct?
22      A   Mm-hmm.  This was Jim Flemming.
23      Q   I understand that.  So USEM's central
24   purchasing program was disbanded, correct?
25      A   Yes.
```

## Page 130

PHYLLIS BLIZZARD 2/15/2013

```
1      Q    But what this says is, This program will
2   be transferred over to UEP, with UEP being selective
3   of what supplier programs that will remain, correct?
4      A    That's what it says.
5      Q    In fact, UEP, in fact, that is one of the
6   member services that it provides to its members,
7   correct?
8      A    Not to my knowledge.
9      Q    You're not aware of the fact that UEP
10  purchases supplies for its members if requested?
11     MS. SUMNER:  Object to the form.
12     THE WITNESS:  To me, this just says that
13     USEM's central purchasing was brought over, and
14     it was not.
15  BY MR. STUEVE:
16     Q    It says -- in fact, it says -- what you
17  can confirm, though, is that after September 2000,
18  that USEM no longer had a central purchase program;
19  is that fair to say?
20     A    Correct.
21     Q    Now, do you know what the management fee
22  was in 2012, last year, that was paid by USEM to
23  UEP?
24     A    I need to see that.  It was -- excuse me.
25  It was 75,000.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                          UE_DEP_0000130

## Page 131

PHYLLIS BLIZZARD 2/15/2013

```
1      Q    And did USEM have any revenue, if you
2   will, in its operating accounts after paying that
3   management fee?
4      A    There would be some left over from
5   exports, yes.
6      Q    But would it be fair to say that virtually
7   all of the income generated in 2012 was used to pay
8   the management fee?
9      A    I'm not sure to the penny, no, sir.
10     Q    But your general understanding of the
11  financial operations of USEM as the CEO, can you
12  confirm that?
13     A    No.
14     Q    One way or the other; you just don't know?
15     A    I do not know the balance in the
16  checkbook, no, sir.
17     Q    But can you just -- on a higher level, I'm
18  not asking for the exact balance, can you confirm
19  for me, as the CEO of USEM, that virtually all of
20  the income generated during 2012 was used to pay the
21  management fee to UEP?
22     A    No.
23     Q    You don't know one way or the other?
24     A    No.  I would say it was not all used.
25     Q    What percentage would you believe was used
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                          UE_DEP_0000131

## Page 132

PHYLLIS BLIZZARD 2/15/2013

```
1   to pay the management fee?
2      A    I do not know.
3                (Exhibit Blizzard 9 was marked
4                 for identification.)
5   BY MR. STUEVE:
6      Q    Showing you what's been marked as
7   Exhibit No. 9.  This is dated August 29, 2000, this
8   document.  It's from UEP to the UEP members from
9   Gene Gregory; is that correct?
10     A    Yes.
11     Q    And its subject, USEM Membership and
12  Export Commitment.
13          Did I read that correctly?
14     A    Yes.
15     Q    It says, You will find enclosed
16  information on the benefit of exports and how they
17  will be handled under UEP's management.  Please take
18  the time to read all of the information.
19          Did I read that correctly?
20     A    Yes.
21     Q    And then if you would, if you can turn to
22  the next page, it's, Reason to -- reason to be a
23  participant in a national shell egg export program
24  and member of USEM.
25          Do you see that?
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                          UE_DEP_0000132

## Page 133

PHYLLIS BLIZZARD 2/15/2013

```
1      A    Yes.
2      Q    So this is a communication under the UEP
3   letterhead that went out to all UEP members
4   soliciting their participation in USEM going
5   forward, correct?
6          MS. SUMNER:  Object to form and also to
7          the fact you're asking again a question about
8          what happened at UEP during a time when she was
9          not at UEP, and she's not here to testify on
10         behalf of UEP.
11         She can answer it, if she knows.
12         THE WITNESS:  I do not know.
13  BY MR. STUEVE:
14     Q    Well, ma'am, can you confirm for me that I
15  read the attached document that was set out -- sent
16  out to all UEP members, reasons to be a participant
17  in a national shell egg export program and member of
18  USEM?
19     A    Yes.
20         MS. SUMNER:  Object to the form.
21  BY MR. STUEVE:
22     Q    Would you agree with me that that -- a
23  fair characterization of that would be UEP was
24  encouraging its members to join USEM?
25     A    Yes.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                          UE_DEP_0000133

PHYLLIS BLIZZARD 2/15/2013

Page 134

1      Q    And that would have been sent out to all
2  UEP members, according to the front page, including
3  UEP members that were located in the State of
4  Kansas, correct?
5          MS. SUMNER:  Object to form.
6          THE WITNESS:  It appears that way, yes.
7  BY MR. STUEVE:
8      Q    Thank you.
9          Now, it says on the cover page here
10 that Under UEP's management of existing export --
11 excuse me.
12         Under UEP's management, all existing
13 export commitment by current USEM and UEP members
14 will be terminated effective September 15, with the
15 exception of the commitment to fill the
16 100 container order, begin fill between September 15
17 and October 15.
18         Is that consistent with your
19 recollection?
20     A    Yes.
21     Q    It says, It is now imperative that
22 everyone sign a new export commitment by filling out
23 the USEM membership and export commitment form
24 enclosed.  We are hopeful that all UEP members,
25 including those not previously committed, will

---

PHYLLIS BLIZZARD 2/15/2013

Page 135

1  recognize the benefit of the industry having a legal
2  means by which we can collectively move eggs from
3  the domestic supply to improve domestic prices.
4          Did I read that correctly?
5      A    You read that, yes.
6      Q    And that was one of the benefits being
7  touted to UEP members, one of the benefits of the
8  export program, correct?
9          MS. SUMNER:  Object to form.
10         THE WITNESS:  That's what it says.
11 BY MR. STUEVE:
12     Q    And the assumption was that if you move
13 them, these eggs, the supply of these eggs to
14 foreign markets, that that would improve, increase,
15 the prices here in the United States, correct?
16         MS. SUMNER:  Objection.  Calls for
17 speculation.
18 BY MR. STUEVE:
19     Q    You can go ahead and answer.
20     A    This is a letter from Gene Gregory.  He is
21 our head cheerleader.  He was trying to get people
22 to join U.S. Egg Marketers.  He's not an economist.
23     Q    And what he was touting -- I'm not asking
24 if he's an economist.  I'm asking if what he was
25 touting is that by participating in the export

---

PHYLLIS BLIZZARD 2/15/2013

Page 136

1  program that we would be moving domestic supply
2  overseas and, therefore, increasing the domestic
3  prices for eggs sold in the United States, correct?
4      A    It was an assumption.
5      Q    And that's what he was touting in this
6  document, correct?
7      A    I would say yes.
8      Q    That's what -- and that was the principal
9  basis for him encouraging USEM membership, right?
10         MS. SUMNER:  Object to form.
11         THE WITNESS:  Again, he was trying to sell
12 UEP members on becoming U.S. Egg Marketers
13 members.
14         MR. STUEVE:  If you would, if you can read
15 my question back, I'd ask you to answer for me,
16 please, ma'am.
17                    - - -
18         (Whereupon, the Reporter read
19         back a preceding portion of the
20         testimony as directed:
21         "Q.  That was the principal
22         basis for him encouraging USEM
23         membership, right?")
24         MS. SUMNER:  Object to form.  She can
25 answer for the time period when Mr. Gregory was

---

PHYLLIS BLIZZARD 2/15/2013

Page 137

1          president of USEM.
2  BY MR. STUEVE:
3      Q    Go ahead and answer.
4      A    Yes.
5      Q    In fact, he ends the first -- his
6  communication with UEP members by saying, Help
7  yourself improve your egg price, correct?
8      A    That's what it says.
9      Q    All in bold, all capitalized, right?
10     A    Yes.
11     Q    Now, if you would then, looking at the
12 reasons that he attached that was sent out to all
13 UEP members to encourage their membership in USEM,
14 on the -- the first page of the reasons is page 2 of
15 Exhibit 9.  Can you turn to that for me, please.
16         MS. SUMNER:  I'm going to object to the
17 form to the extent that wasn't a question or
18 predecessor to the next question.
19 BY MR. STUEVE:
20     Q    Can you turn to page 2.
21     A    (Witness complies.)
22     Q    You're on there.  I wasn't sure you were
23 there.
24         Can you confirm for me that -- it's
25 Bates stamp UF5343 at the bottom there.

PHYLLIS BLIZZARD 2/15/2013

Page 138

1    Can you confirm for me this is the
2  first page of reasons to be a participant in a
3  national shell egg export program and member of
4  USEM?
5    A    That's what it says.
6    Q    I apologize, I said -- my copy of this, I
7  meant to say UE5343.
8    MS. SUMNER:  I think it's 65343.
9    MR. STUEVE:  Okay.  My number is off, cut
10  off.  So, UE65343.
11  BY MR. STUEVE:
12    Q    Can you confirm for me that that is the
13  first page of reasons to be a participant in a
14  national shell egg export program and member of
15  USEM?
16    A    Yes.
17    Q    Now, it says, Under the management of UEP,
18  we will strive to establish a United States Egg
19  Marketers committed shell export program for egg
20  producers all across the U.S.
21    Did I read that correctly?
22    A    Yes.
23    Q    As an export opportunity presents itself,
24  all USEM members would be advised of this
25  opportunity in advance of the export committee and

---

PHYLLIS BLIZZARD 2/15/2013

Page 139

1  USEM Board's final approval to accepting the order.
2    Did I read that correctly?
3    A    Yes.
4    Q    The success of any program is the
5  involvement of the industry and, therefore, we call
6  upon every egg producer to become involved.
7    Did I read that correctly?
8    A    Yes.
9    Q    Then he states, and he underlines this,
10  The primary reason to be a supporter of the export
11  effort is to help improve your egg price and thereby
12  create a greater return to your business.
13    Did I read that correctly?
14    A    Yes.
15    Q    He's communicating this to the UEP
16  members, according to the front page, correct?
17    A    Yes.
18    Q    And so if, in fact, the export would
19  increase the egg price, that would benefit all UEP
20  members, correct?
21    A    Yes.
22    Q    Now, do you know who were UEP members,
23  what companies that had either facilities or their
24  headquarters in Kansas were UEP members in the year
25  2000?

---

PHYLLIS BLIZZARD 2/15/2013

Page 140

1    MS. SUMNER:  Objection.
2  BY MR. STUEVE:
3    Q    Do you know?
4    A    Based in Kansas?  Excuse me.
5    Q    Yes.
6    A    After September 2000, it was Nelson
7  Poultry in Manhattan, Kansas.
8    (Exhibit Blizzard 10 was marked
9    for identification.)
10  BY MR. STUEVE:
11    Q    I'll show you what's been marked as
12  Exhibit 10.
13    A    And Cal-Maine in Chase.
14    Q    So looking at this document that was
15  produced to us by United Egg Producers, it's
16  UE0205188, are you familiar with -- it has Nelson
17  Poultry Farm, correct?
18    A    Mm-hmm.
19    Q    And its identified location is Manhattan,
20  Kansas, correct?
21    A    Yes.
22    Q    And can you confirm for me they would have
23  been a member of UEP in 2000?
24    MS. SUMNER:  Objection.  Again, she can
25    answer if she knows, but she's not here as a

---

PHYLLIS BLIZZARD 2/15/2013

Page 141

1    UEP representative.
2    THE WITNESS:  No, I do not know.
3  BY MR. STUEVE:
4    Q    Do you know whether Parmely Poultry Farm
5  was a member of UEP in 2000?
6    A    I have no idea.
7    Q    What about Wetta Egg Farm?
8    A    No idea.
9    Q    And then what about Cal-Maine, would they
10  have been a UEP member in 2000?
11    A    September of 2000?
12    Q    Mm-hmm.
13    A    After September they were U.S. Egg
14  Marketers.
15    Q    Were they also a member of UEP?
16    A    To the best of my knowledge, yes.
17    Q    Are you familiar with Wetta Egg Farm?
18    A    No, sir.
19    Q    Are you familiar with Parmely Poultry
20  Farm?
21    A    No, sir.
22    Q    Are you familiar with Cal-Maine Foods, the
23  Buhler, Kansas, facility?
24    A    Yes.
25    Q    What is your knowledge about that, ma'am?

PHYLLIS BLIZZARD 2/15/2013

Page 142

```
 1    A    They're a division of Cal-Maine in Kansas.
 2    Q    Do you know whether Parmely Poultry Farm
 3 was a member of USEM at any time?
 4    A    It was not.
 5    Q    What about Wetta Egg Farm?
 6    A    No, sir.
 7    Q    If you would, I'm not going to read all of
 8 the bullet points under "Facts About Shell Egg
 9 Exports" that's on UE65343.
10         Do you see that?
11    A    Yes, sir.
12    Q    On the next page, it has Benefits of
13 export order and why everyone should participate;
14 and then underneath that it says, Why should you be
15 an export participating members of USEM?
16         Did I read that correctly?
17    A    Yes.
18    Q    And then the sole reason identified is,
19 The intent of taking a large-volume export order for
20 a short period of delivery is to reduce the domestic
21 supply and thereby increase the domestic price of
22 eggs.
23         Did I read that correctly?
24    A    Yes.
25    Q    And if, in fact, there was an increase in
```

PHYLLIS BLIZZARD 2/15/2013

Page 143

```
 1 the price of domestic eggs, that would benefit all
 2 of the UEP members, correct?
 3    A    Yes, as the question was stated.
 4    Q    Now, if you could, continuing on in this
 5 document, the next page is, How would an export
 6 order be conducted under UEP's management of USEM?
 7         Do you see that page?
 8    A    Yeah.
 9    Q    Then the next page is, United States Egg
10 Marketers, USEM, membership agreement and export
11 commitment.
12         Now, as the CEO of USEM, are you
13 familiar with the membership agreement?
14    A    Yes.
15    Q    Under paragraph 2, section 2 here, it
16 says, United Egg Producers has currently entered
17 into a management agreement with USEM.
18         Did I read that correctly?
19    A    Yes.
20    Q    And that, in fact, occurred sometime in
21 September of 2000, right?
22    A    Yes.
23    Q    UEP members may become USEM members by
24 committing to the following export program without
25 the payment of additional membership fees.
```

PHYLLIS BLIZZARD 2/15/2013

Page 144

```
 1         Did I read that correctly?
 2    A    Yes.
 3         MS. SUMNER:  I'm sorry.  I'm not following
 4    where you are.
 5         MR. STUEVE:  I am on UE65346.
 6         MS. SUMNER:  Thank you.
 7         MR. STUEVE:  It's under paragraph 2.
 8         MS. SUMNER:  Paragraph 2, okay.
 9 BY MR. STUEVE:
10    Q    That's, in fact, what happened, correct?
11         MS. SUMNER:  Object to form.
12         THE WITNESS:  Yes.
13 BY MR. STUEVE:
14    Q    Non-UEP applicants may become USEM members
15 by committing to the following export program and
16 upon payment of dues equal to the dues scheduled of
17 UEP.
18         Did I read that correctly?
19    A    Yes.
20    Q    And that's, in fact, what happened?
21         MS. SUMNER:  Object to form.
22 BY MR. STUEVE:
23    Q    Correct?
24    A    It's in print.
25    Q    Now, were you aware of any non-UEP member
```

PHYLLIS BLIZZARD 2/15/2013

Page 145

```
 1 of USEM, after September of 2000, that paid dues
 2 equal to the schedule of UEP?
 3    A    No.
 4    Q    So if all members, as far as you know, of
 5 USEM had to pay no additional dues because they were
 6 members of UEP, since September of 2000, there's
 7 been no due revenue generated by USEM, correct?
 8         MS. SUMNER:  Can you read back the
 9    question, I'm sorry.
10                  - - -
11              (Whereupon, the Reporter read
12              back a preceding portion of the
13              testimony as directed:
14              "Q.  So if all members, as far
15              as you know, of USEM had to pay
16              no additional dues because they
17              were members of UEP, since
18              September of 2000, there's been
19              no due revenue generated by
20              USEM, correct?")
21         MS. SUMNER:  I am going to object to the
22    form.
23         THE WITNESS:  One more time, please.
24         MR. STUEVE:  Read it back to her, please.
25                  - - -
```

PHYLLIS BLIZZARD 2/15/2013

Page 146

```
1                (Whereupon, the Reporter read
2                back as requested.)
3         THE WITNESS:  It's not a yes-or-no answer.
4     It changed each year.  And I have to look back
5     on the records to see when it changed.
6  BY MR. STUEVE:
7     Q    I'm just asking you, sitting here today,
8  are you aware of any due revenue that was paid by a
9  member of USEM in addition to their UEP dues?
10    A    Yes.
11    Q    Can you name that entity?
12    A    Entity?
13    Q    Yeah.
14    A    Describe "entity."
15    Q    Name the company that you believe paid
16 dues to USEM on top of the dues they had already
17 paid to UEP.
18         MS. SUMNER:  Object to the form.
19         THE WITNESS:  They paid dues in different
20         years, all of them.
21 BY MR. STUEVE:
22    Q    I'm asking you, if you would, to identify
23 any USEM member that paid dues in addition to the
24 UEP dues that they paid since September of 2000.
25    A    I don't -- I don't -- they all paid dues.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                          Fax:

CONFIDENTIAL                                UE_DEP_0000146

---

PHYLLIS BLIZZARD 2/15/2013

Page 147

```
1     Q    That's not my question, ma'am.  I'm going
2  to give you one more chance and then I'm going to
3  move on.
4         MR. STUEVE:  Read it back to her.
5            - - -
6                (Whereupon, the Reporter read
7                back a preceding portion of the
8                testimony as directed:
9                "Q.  I'm asking you, if you
10               would, to identify any USEM
11               member that paid dues in
12               addition to the UEP dues that
13               they paid since September of
14               2000.")
15        THE WITNESS:  Country Charm.
16 BY MR. STUEVE:
17    Q    And what -- do you know what year they
18 paid dues to USEM that were in addition to the UEP
19 dues?
20    A    I would have to look back on the years to
21 see exactly the years that they paid dues.  They
22 paid dues additionally to then UEP -- other than
23 UEP, excuse me.
24    Q    Do you know how those dues were assessed;
25 what was the formula?
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                          Fax:

CONFIDENTIAL                                UE_DEP_0000147

---

PHYLLIS BLIZZARD 2/15/2013

Page 148

```
1     A    Per bird.
2     Q    And were all USEM members required to pay
3  dues per bird on top of their UEP dues?
4     A    Yes.
5     Q    Who was responsible for implementing that
6  and assessing those dues?
7     A    The Board voted on it, and it was
8  implemented by U.S. Egg Marketers that they would
9  pay.
10    Q    When was that implemented?
11    A    I don't know the specific year.  I know in
12 2010 when they signed the membership agreement.
13    Q    So from September of 2000 all the way up
14 through 2009, can you confirm for me that no member
15 of USEM paid dues in addition to their UEP dues that
16 they had paid to USEM?
17        MS. SUMNER:  Objection.  I think you
18        meant -- can you read back the question?  I
19        think you just mixed up...
20           - - -
21                (Whereupon, the Reporter read
22                back a preceding portion of the
23                testimony as directed:
24                "Q.  So from September of 2000
25                all the way up through 2009, can
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                          Fax:

CONFIDENTIAL                                UE_DEP_0000148

---

PHYLLIS BLIZZARD 2/15/2013

Page 149

```
1                you confirm for me that no
2                member of USEM paid dues in
3                addition to their UEP dues that
4                they had paid to USEM?")
5         MR. STUEVE:  Let me rephrase that.
6  BY MR. STUEVE:
7     Q    Can you confirm for me, from September of
8  2000 through 2009, that no member of USEM paid any
9  additional dues to USEM other than their UEP dues
10 that they paid to UEP?
11    A    No.
12    Q    You're not aware of any; is that correct?
13        MS. SUMNER:  Object to the form.
14        THE WITNESS:  They paid dues off and on by
15        years.  I do not know what years they paid
16        dues.
17 BY MR. STUEVE:
18    Q    Did you check the records in preparation
19 for your deposition today?
20    A    I did.
21    Q    Were there agreements that outlined what
22 those dues were?
23    A    Yes.
24    Q    And was it contained in their membership
25 agreement?
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                          Fax:

CONFIDENTIAL                                UE_DEP_0000149

## Page 150

PHYLLIS BLIZZARD 2/15/2013

1    A   Yes.

2    Q   Can you confirm for me any -- can you

3 confirm for me that there were years in which USEM

4 members did not have to pay any additional dues

5 other than those that they had paid to UEP for the

6 UEP membership?

7    A   Yes.

8    Q   How many of those years did that occur,

9 roughly, from September of 2000 up to the present?

10   A   I'm not sure.

11   Q   Can you confirm that there were several

12 years in which USEM members paid no additional dues

13 to USEM because they had paid their UEP dues?

14    MS. SUMNER:  Object to form.

15    THE WITNESS:  No.

16 BY MR. STUEVE:

17   Q   So is it your testimony that nearly all of

18 the years in which USEM's been -- since 2000,

19 September of 2000, that the USEM members have paid

20 dues on top of their UEP dues?

21   A   Yes, there were years that they paid dues

22 on top of UEP dues.

23   Q   And was that spelled out in their

24 membership agreement, or was that imposed after the

25 fact?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191    Fax:
CONFIDENTIAL    UE_DEP_0000150

## Page 151

PHYLLIS BLIZZARD 2/15/2013

1    A   Management agreement.

2    Q   Would the financial records of USEM

3 indicate what years they got dues and in what

4 amount?

5    A   I would -- I feel certain, yes.

6    Q   Where would you look for that in the

7 financial records of USEM?

8    A   I would have to consult Linda or Sherry.

9    Q   But sitting here today, you wouldn't know

10 where to look?

11   A   No, sir.

12   Q   Is that correct?

13   A   That's correct.

14   Q   You're talking about Linda Reickard and

15 Sherry Shedd?

16   A   Sherry Shedd, yes, sir.

17   Q   You would agree with me, though, that the

18 membership agreement that was sent to UEP members

19 just prior to September of 2000, there was no

20 requirement to pay any additional dues to USEM for

21 those members that had already paid UEP dues,

22 correct?

23    MS. SUMNER:  Object to the form.

24    THE WITNESS:  Sorry.  I don't know how to

25    answer it because this was before.

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191    Fax:
CONFIDENTIAL    UE_DEP_0000151

## Page 152

PHYLLIS BLIZZARD 2/15/2013

1 BY MR. STUEVE:

2    Q   But you understand -- just answer my

3 question, though.  You can confirm that the

4 membership agreement sent out by Mr. Gregory and

5 Mr. Pope in August of 2000, that membership

6 agreement explicitly states that UEP members may

7 become USEM members by committing to the following

8 export program without the payment of additional

9 membership fees, correct?

10    MS. SUMNER:  Object to form.

11    THE WITNESS:  It states that in writing.

12           (Exhibit Blizzard 11 was marked

13           for identification.)

14 BY MR. STUEVE:

15   Q   I'll show you what's been marked as

16 Exhibit No. 11.  This is a document entitled "United

17 States Egg Marketers, Inc., Joint Resolutions

18 Adopted at the Special Meeting of the Board of

19 Directors and the Members, September 8, 2000,

20 10:00 a.m."

21         Did I read that correctly?

22   A   Yes.

23   Q   Were you at that meeting?

24   A   No.

25   Q   Can you confirm for me that on the -- it's

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191    Fax:
CONFIDENTIAL    UE_DEP_0000152

## Page 153

PHYLLIS BLIZZARD 2/15/2013

1 actually UE -- the next page, UE200093, do you see

2 that?

3    A   Yes.

4    Q   -- that one of the members of USEM is

5 identified as Hillandale Farms, Inc., and there's an

6 Orland Bethel?

7    A   Yes.

8    Q   Who is Orland Bethel?

9    A   To the best of my knowledge, he's the

10 owner of Hillandale Farms.

11   Q   Do you know where he's located?

12   A   He's either in Pennsylvania or Florida.

13   Q   Who has been your contact person over the

14 years with respect to the export program at

15 Hillandale Farms?

16    MS. SUMNER:  Object to form.

17    THE WITNESS:  He wasn't a USEM member.

18 BY MR. STUEVE:

19   Q   I'm talking about when you were --

20 Hillandale Farm has participated, on occasion, in

21 the export program, correct?

22    MS. SUMNER:  Object to form.

23    THE WITNESS:  I would say as a

24    contributor, not a member.

25 BY MR. STUEVE:

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191    Fax:
CONFIDENTIAL    UE_DEP_0000153

PHYLLIS BLIZZARD 2/15/2013

Page 154

1    Q    I understand that.  So not as a member of
2    USEM, but they, on occasion, did participate in a
3    USEM-sponsored export program, correct?
4    A    As a UEP member, we bought eggs from them.
5    Q    Right.  And who would be your contact
6    person at Hillandale?
7    A    Orland Bethel or Gary Bethel.
8    Q    Anyone else?
9    A    If I'm dealing with the main office, no,
10   sir.
11   Q    And where do you believe their main office
12   is located?
13   A    I think it's Versailles, Pennsylvania.
14   Q    And has that been the case since
15   September 2000, as far as you know?
16   A    What's that?
17   Q    That Hillandale Farms' main office has
18   been in Versailles?
19   A    To the best of my knowledge, yes, sir.
20   Q    During that time period, has your
21   principal contact either been Orland Bethel or Gary
22   Bethel?
23   A    Yes, sir.
24   Q    Just so I'm clear here, this is a
25   resolution of the Board of Directors and members of

PHYLLIS BLIZZARD 2/15/2013

Page 155

1    United States Egg Marketers; that's what's
2    identified on page 1, correct?
3    A    Yes.
4    Q    And then, so it says, Now, therefore, be
5    it resolved that the Board and members confirm that
6    the Board consists of the following members.
7         So it identifies one of the Board
8    members of USEM as Hillandale Farms, does it not?
9    A    It does.
10   Q    But even though they were a Board member,
11   they were not a member of USEM; is that correct?
12   A    To the best of my knowledge, he was not.
13   Q    But do you believe they were a member of
14   the Board?
15   A    His name is listed there.
16   Q    And can you confirm for me that the other
17   folks on here, to the best of your knowledge, were
18   Board members of USEM?
19   A    To the best of my knowledge.
20   Q    And then it goes on to say, The executive
21   committee of Larry Seger, Dolph Baker, Ken Looper,
22   Bob Pike, Al Wenger, and Joe Fortin.
23   A    Yes, sir.
24   Q    Was that your understanding, that they
25   were the members of the executive committee for

PHYLLIS BLIZZARD 2/15/2013

Page 156

1    USEM?
2    A    Yes.
3    Q    And then the export committee, Jerry Kil,
4    Jim Biggers, Dolph Baker, David Lappin, Danny
5    Linville, Bob Pike, and Larry Seger, were those the
6    members of the export committee for USEM?
7    A    That's what it says, yes, sir.
8    Q    Is that the best of your recollection?
9    A    To the best of my knowledge.
10   Q    Then if you could, over to Exhibit A,
11   there is a UEP/USEM Management Agreement?
12   A    Yes.
13   Q    Now, if you would, can you confirm that
14   this is signed on behalf of USEM by Jerry Faulkner?
15   A    Yes.
16   Q    And it looks like a signature of Mr. Pope
17   for United Egg Producers; is that right?
18   A    Yes.
19   Q    And then action of the Board of Directors
20   of U.S. Egg Marketers, Inc., it's over on the next
21   page, can you tell whose signature that is?
22   A    No, sir.
23   Q    Nor can I.
24        If you would, in paragraph 3 of the
25   executed agreement on -- do you see there in

PHYLLIS BLIZZARD 2/15/2013

Page 157

1    paragraph 3 under the agreement -- it's on the first
2    page, ma'am, on Exhibit A.
3    A    Okay.
4    Q    Of Exhibit A --
5    A    Yes.
6    Q    -- of Exhibit 11.
7         So this is Exhibit A of Exhibit 11,
8    paragraph 3.  It says in the second sentence, On the
9    effective date, USEM will transfer to UEP full
10   custodial control of the bank account.
11        Did I read that correctly?  Second
12   sentence there, ma'am, under section 3.
13   A    USEM represents and warrants that as of --
14   that sentence?
15   Q    No, ma'am.  On the -- are you under the
16   Agreement section, paragraph 3, it says, Payment for
17   Services?
18   A    Yes.
19   Q    You have the first sentence that has the
20   handwritten-in date and the bank.
21   A    Yes.
22   Q    The sentence immediately following.  It
23   says, On the effective date, USEM will transfer to
24   UEP full custodial control of the bank account.
25   A    Sorry.  I was on the second sentence, not

## Page 158

PHYLLIS BLIZZARD 2/15/2013

Page 158

```
 1   the third.  Yes, I see that.
 2       Q    Did I read that correctly?
 3       A    Yes.
 4       Q    Then if you would, under 9, under
 5   "Independence of Parties," it says, in the third
 6   sentence, UEP's sole function shall be to provide
 7   management services for USEM.  UEP shall not
 8   participate in or have any responsibility for USEM
 9   activities or decisions in connection with its shell
10   egg export or marketing conference call programs.
11            Did I read that correctly?
12       A    Yes.
13       Q    And, in fact, you testified earlier that
14   Mr. Gregory, in fact, participated in decisions
15   whether or not USEM should place -- participate in
16   an export order up through September of 2010,
17   correct?
18       A    He only talked to the Board.  The Board
19   made the determining factor.
20       Q    Ma'am, if you would --
21            MR. STUEVE:  Would you read my question
22       back.
23   BY MR. STUEVE:
24       Q    -- just answer it for me.
25                        - - -
```

## Page 159

PHYLLIS BLIZZARD 2/15/2013

Page 159

```
 1            (Whereupon, the Reporter read
 2            back a preceding portion of the
 3            testimony as directed:
 4            "Q.  And, in fact, you testified
 5            earlier that Mr. Gregory, in
 6            fact, participated in decisions
 7            whether or not USEM should
 8            place -- participate in an
 9            export order up through
10            September of 2010, correct?")
11       THE WITNESS:  Yes, I did.
12   BY MR. STUEVE:
13       Q    Now, has this management agreement been
14   modified since it was entered into in 2000?
15       A    They have a newer one, yes.
16       Q    And when was that entered into?
17       A    I think that was at the same time that the
18   other one went out, the 2010 -- 2009/2010.
19       Q    There was a new management agreement
20   entered into; is that correct?
21       A    Yes.
22       Q    Were you involved at all in the
23   negotiations of that?
24       A    No.
25       Q    Have you spoken with anyone in preparation
```

## Page 160

PHYLLIS BLIZZARD 2/15/2013

Page 160

```
 1   for your deposition today concerning the negotiation
 2   of that new management agreement?
 3       A    No.
 4       Q    Who on behalf of USEM negotiated that
 5   agreement?
 6       A    On behalf of -- I would say the Board and
 7   counsel.
 8       Q    There were no employees of USEM at that
 9   time, correct?
10       A    I was not involved.
11       Q    But, ma'am, in 2009/2010 when this new
12   USEM agreement was -- management agreement was
13   entered into with UEP, there were no employees of
14   USEM, correct?
15       A    Right.  It was Gene Gregory with UEP.
16       Q    He was the one that was negotiating on
17   behalf of USEM; is that fair to say?
18       A    I would say yes.
19            MS. SUMNER:  Pat, when you get to a good
20       point, can we take a break for lunch.
21            MR. STUEVE:  This is fine.
22            (Lunch recess.)
23            MR. STUEVE:  We're back on the record.
24   BY MR. STUEVE:
25       Q    Good afternoon, Ms. Blizzard.
```

## Page 161

PHYLLIS BLIZZARD 2/15/2013

Page 161

```
 1       A    Good afternoon.
 2       Q    We are back on the record here.  You
 3   understand you're still under oath?
 4       A    Yes.
 5       Q    If you could, we're looking at Exhibit 11,
 6   and specifically Exhibit A, which is the executed
 7   management agreement between USEM and UEP.
 8            Do you remember that?
 9       A    Yes.
10       Q    You indicated at some point, either 2008
11   or 2009 time period, this was changed; is that
12   right?  There was a new agreement?
13       A    I was incorrect in stating that.  I
14   thought you meant a membership agreement, not a
15   management agreement.
16       Q    The management agreement has not been
17   changed?
18       A    To the best of my knowledge, it's the
19   same.
20       Q    But the membership agreement has changed?
21       A    Yes.
22       Q    When did that occur?
23       A    The new one was sent out in 2010.
24       Q    Prior to that time, was it the same
25   membership agreement that we've looked at?
```

---

PHYLLIS BLIZZARD  2/15/2013

Page 162

```
 1     A    To the best of my knowledge, yes.
 2     Q    And who on behalf of USEM authorized the
 3  change to the membership agreement in 2010?
 4     A    The Board.
 5     Q    At whose recommendation, though?
 6     A    The Board's recommendation.  I think at
 7  the time it was Larry Seger.
 8     Q    Who at USEM recommended it?
 9     A    As president, I guess it would be Gene
10  Gregory.
11     Q    He would have been the president of UEP at
12  the time, in 2010?
13     A    Yes.
14     Q    Now, was there a lawyer involved in
15  modifying the agreement?
16     A    Yes.
17     Q    And who would that have been?
18     A    Randon Wilson is his name.
19     Q    Is he affiliated with a firm?
20     A    Yes.  I don't know the name of his firm.
21     Q    Is he with Mr. Isaacson's firm?
22     A    No.
23     Q    It's a different firm?
24     A    Yes.
25     Q    Did you work with him on the agreement?
```

---

PHYLLIS BLIZZARD  2/15/2013

Page 163

```
 1     A    No.
 2     Q    He worked with it, worked with who?
 3     A    Gene Gregory.
 4     Q    Were there any other lawyers other than
 5  the -- I'm sorry, his name again is?
 6     A    Randon Wilson.
 7     Q    Randon Wilson.  Any other lawyers
 8  involved?
 9     A    Not that I know of.
10     Q    And he would have worked with Mr. Gregory
11  who, in 2010, would have been the president of UEP;
12  is that correct?
13          MS. SUMNER:  Object to form.
14  BY MR. STUEVE:
15     Q    Is that correct?
16     A    State it again, please.
17          MR. STUEVE:  I don't understand, and I've
18     been very patient on this, I'm going to note it
19     for the record, that you continue to object to
20     the form when it is improper, and so I'm going
21     to put on the record again -- for the first
22     time, I've allowed you to do it this morning.
23     But that is an improper objection.
24          So if you could go ahead and read it back
25     to her.
```

---

PHYLLIS BLIZZARD  2/15/2013

Page 164

```
 1  BY MR. STUEVE:
 2     Q    If you do not understand my question, you
 3  know to ask to rephrase it, right, Ms. Blizzard?
 4     A    Yes.
 5          MS. SUMNER:  And I disagree with you, Pat.
 6     I think every objection has been proper, and
 7     the questions are objectionable as to their
 8     form.  I'm obligated to put it on the record to
 9     preserve the objection and give you an
10     opportunity to correct the question.
11          MR. STUEVE:  Fine.  Fair enough.  We've
12     both voiced our position.  If you could, read
13     it back.
14                      - - -
15          (Whereupon, the Reporter read
16          back a preceding portion of the
17          testimony as directed:
18          "Q.  And he would have worked
19          with Mr. Gregory who, in 2010,
20          would have been the president of
21          UEP; is that correct?")
22          THE WITNESS:  Gene was the president of
23     UEP in 2010, yes.
24  BY MR. STUEVE:
25     Q    Thank you.
```

---

PHYLLIS BLIZZARD  2/15/2013

Page 165

```
 1          Now, in this management agreement
 2     under section 5, if you could go to that, it
 3     explicitly states, if you look down about four
 4     statements, USEM members shall not be required to
 5     pay annual dues, providing they are dues-paying
 6     members of UEP.
 7          Did I read that correctly?
 8     A    You read that correctly.
 9     Q    Was that provision changed after September
10  of 2010?
11     A    There are times when they pay dues and
12  there are times when they do not pay dues.
13     Q    You would agree with me, though, that the
14  management agreement, that you believe now was never
15  changed, explicitly provides that USEM members shall
16  not be required to pay annual dues, providing they
17  are dues-paying members of UEP, correct?
18     A    Again, at some times they do not have to
19  pay dues.
20     Q    If you could, if you could just answer my
21  question.
22                      - - -
23          (Whereupon, the Reporter read
24          back a preceding portion of the
25          testimony as directed:
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 166

```
 1              "Q.  You would agree with me,
 2          though, that the management
 3          agreement that you believe now
 4          was never changed explicitly
 5          provides that USEM members shall
 6          not be required to pay annual
 7          dues providing they are dues
 8          paying members of UEP,
 9          correct?")
10      THE WITNESS:  No, that's not correct.
11  BY MR. STUEVE:
12      Q    Where in the management agreement does it
13  say something different than that?
14      A    It doesn't.
15      Q    So if you would, answer my question.
16          Can you confirm for me that the
17  management agreement that has been in place since
18  September of 2000 up to the present explicitly
19  provides that USEM members shall not be required to
20  pay annual dues providing they are dues paying
21  members of UEP?
22      A    That is what it says.
23      Q    Now --
24          (Exhibit Blizzard 12 was marked
25          for identification.)
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 167

```
 1  BY MR. STUEVE:
 2      Q    I'll show you what's been marked as
 3  Exhibit 12 and ask if you can identify that for me,
 4  please.  Have you seen this document before?
 5      A    Yes.  It looks like an early-on document.
 6      Q    And who would have sent this document out?
 7      MS. SUMNER:  Object to the form.
 8      THE WITNESS:  Looks like it was something
 9          put in a United Voices or -- folder for a
10          meeting, because it doesn't have a date or
11          anything.
12  BY MR. STUEVE:
13      Q    And if it was provided in United Voices,
14  that would have been sent out to all UEP and USEM
15  members, correct?
16      A    That would be my understanding, yes.
17      Q    Now, it identifies Nelson Poultry Farm,
18  correct, in the second column, as members having
19  signed an export commitment?
20      A    Yes, it does.
21      Q    Do you know what time frame this would
22  have been?
23      A    They joined at the end of 2000 and were in
24  for a very short period, maybe a year, a little
25  more.
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 168

```
 1      MR. STUEVE:  Move to strike the answer as
 2  nonresponsive, and ask the question again and
 3  ask you to answer it for me, please.
 4          - - -
 5          (Whereupon, the Reporter read
 6          back a preceding portion of the
 7          testimony as directed:
 8          "Q.  Do you know what time frame
 9          this would have been?")
10      THE WITNESS:  Isn't that what I said?
11  BY MR. STUEVE:
12      Q    What time frame, ma'am?  Was it in 2000,
13  2001; do you know?
14      A    They were members, to the best of my
15  knowledge, from the end of 2000 to early on -- I'm
16  not sure exact date of 2002.
17      Q    So sometime from 2000, late 2000 up
18  through early 2002, you believe this document would
19  have been sent out; is that your recollection?
20      A    That's to the best of my knowledge.
21          (Exhibit Blizzard 13 was marked
22          for identification.)
23  BY MR. STUEVE:
24      Q    Let me show you what's been marked as
25  Exhibit 13.  Can you identify this document for the
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 169

```
 1  record, please?
 2      A    It says Case Volume for Exports.
 3      Q    Who would have prepared this document?
 4      A    Linda Reickard.
 5      Q    Of UEP?
 6      A    That is correct.
 7      Q    And the purpose of this record is what?
 8      A    To show the amount of layers and the
 9  percentage towards an export.
10      Q    And the export was 100 containers; is that
11  right?
12      A    Yes.
13      Q    Would this have been in the latter part of
14  2000, best of your recollection?
15      A    It does not have a date on it.
16      Q    Can you confirm for me, though, on the
17  second page of this that Nelson Poultry Company is
18  listed?
19      A    Yes.
20      Q    So it would have been sometime in that
21  time frame from 2000 through 2002; is that correct?
22      A    Late 2000 to early 2002, yes.
23      Q    Sometime in that time frame?
24      A    Yes.
25      Q    Now, it lists Cal-Maine Foods.  And it has
```

**PHYLLIS BLIZZARD 2/15/2013**

Page 170

```
1   cases committed based upon a hundred containers.
2            So is that 13,838 cases?  Is that
3   correct?
4       A   Yes.
5       Q   So they're committing from their own
6   production to include that in the export order; is
7   that correct?
8       A   Yes.
9       Q   Do you know from what facilities they
10  would have filled the 13,838 cases?
11      A   I would have to look at the records to see
12  which -- where they came from.
13      Q   Do you have records of that?
14      A   Yes.
15      Q   What records would those be?
16      A   It would be my export documents.
17      Q   What would you look for in your export
18  documents to indicate where Cal-Maine Foods filled
19  this 13,838-case requirement?
20      A   I would look on the USDA certificate.  Up
21  in the left-hand corner, there's an applicant name,
22  I would look for that, and I would look for a
23  certificate of origin, which would have the county
24  and the state the eggs were produced in.
25      Q   Thank you.
```

**PHYLLIS BLIZZARD 2/15/2013**

Page 171

```
1            Now, let's look at Hillandale Farms.
2   Do you see that?
3       A   I do.
4       Q   They are listed as a member, and their
5   allocation is 3,890 cases; is that correct?
6       A   Yes.
7       Q   And would you have been the one that would
8   have been in contact with Hillandale Farms, most
9   likely, on this?
10      A   Yes.
11      Q   And so would that have been the two -- you
12  would have contacted the two gentlemen that you've
13  identified earlier?
14      A   If this is in the time frame that we're
15  discussing with Nelson, this may have been
16  Hillandale Farms of Florida.
17      Q   That's not my question, ma'am.
18      MR. STUEVE:  Read back the question.
19      THE WITNESS:  No, the answer wouldn't be
20  no.  I would not contact Orland or Gary.  That
21  was the question.
22      MR. STUEVE:  Go ahead.  Read it.
23           - - -
24           (Whereupon, the Reporter read
25           back a preceding portion of the
```

**PHYLLIS BLIZZARD 2/15/2013**

Page 172

```
1            testimony as directed:
2            "Q.  And so would that have been
3            the two -- you would have
4            contacted the two gentlemen that
5            you've identified earlier?")
6       THE WITNESS:  No.
7   BY MR. STUEVE:
8       Q   So, ma'am, are you changing your testimony
9   that you gave earlier today?
10      A   What is that?
11      Q   You don't remember your testimony earlier
12  today about who you contacted from Hillandale Farms?
13      A   That's Hillandale of Pennsylvania.  This
14  is Hillandale of Florida.  There's --
15      Q   Ma'am, do you understand I made no
16  distinction?  I asked you a question about
17  Hillandale.  Do you remember that?
18      A   I thought you said Pennsylvania.
19      Q   Ma'am, what I'm asking you is, do you
20  recall my questions to you this morning about
21  Hillandale Farms?
22      A   The document we were talking about had
23  Orland Bethel on there, Hillandale Farms.  Orland
24  Bethel was the person that you would contact at
25  Hillandale of Pennsylvania.  Hillandale Farms was a
```

**PHYLLIS BLIZZARD 2/15/2013**

Page 173

```
1   separate USEM member in these early years.  They now
2   are with Cal-Maine.
3            So it's --
4       Q   Ma'am, I just want to make sure you're not
5   changing your testimony from earlier today; is that
6   correct?
7       A   Correct.  Because we were talking about
8   Orland Bethel.
9       Q   Now, do you know, this does not say
10  Hillandale Farms of Florida, does it?
11      A   It does not.
12      Q   Nor does it make a distinction with
13  Pennsylvania either, correct?
14      A   Correct.
15      Q   So who would you have contacted for
16  Hillandale Farms identified on this document?
17      A   In Florida, I would have -- 2000, I'm not
18  sure who it was.  Daryl Sergeant.
19      Q   Ma'am, how do you know it wasn't
20  Pennsylvania that you contacted?
21      A   Because Hillandale of Pennsylvania was not
22  a member.
23      Q   Do you know how the 5,173 number was
24  derived as far as number of layers?
25      A   The 5 million --
```

PHYLLIS BLIZZARD 2/15/2013

Page 174

```
1      Q    5 million, excuse me, 173,000, the number
2  of layers?
3      A    How it was derived?
4      Q    Mm-hmm.
5      A    Linda Reickard would know that.  That's
6  her document.
7      Q    Do you know whether those are the
8  layers -- do you know what facilities those layers
9  were located at Hillandale?
10     A    It would be Hillandale of Florida.
11          MS. SUMNER:  Could we take a quick break
12     to figure out what's going on with the phone.
13          (Phone interruption.)
14          MR. STUEVE:  Just for the record, this is
15     why I don't want to do this in the future.  I'd
16     like the record to reflect we've had to
17     disconnect and now reconnect and have everybody
18     join.
19               (Exhibit Blizzard 14 was marked
20                    for identification.)
21  BY MR. STUEVE:
22     Q    Let me show you -- keep that out in front
23  of you, ma'am, I'm going to show you Exhibit 14.  If
24  you could, first, can you tell me what a plant list
25  is?
```

PHYLLIS BLIZZARD 2/15/2013

Page 175

```
1      A    It's just for my communications so I'll
2  have their phone numbers and contact information.
3      Q    And this is United States Egg Marketers,
4  Inc., and this would be for members of USEM; is that
5  correct?
6      A    Yes, in 1999.
7      Q    And if you would, if you could turn to --
8  first of all, on page 2, there is Cal-Maine of
9  Kansas there.  Do you see that, of Chase, Kansas?
10     A    Yes.
11     Q    And also, there's the Buhler, Kansas
12  facility; is that correct?
13     A    Yes.
14     Q    And those were facilities under the member
15  name Cal-Maine Foods, Inc.; is that correct?
16     A    Yes.
17     Q    And do you know if those facilities are
18  still in place today?
19     A    I think Buhler is closed.
20     Q    Do you know when Buhler was closed?
21     A    No, I do not.
22     Q    If you could, turn to -- it would be page
23  6 --
24          MR. STUEVE:  Hold on.  I'm going to go on
25     the record again.  We are -- the deposition now
```

PHYLLIS BLIZZARD 2/15/2013

Page 176

```
1       has been interrupted for several minutes.
2       We've got a beeping noise on the Polycom while
3       I'm asking questions.  It continues.  We tried
4       to disconnect everyone and started back over
5       again, and it is continuing to beep.
6            And this is exactly why, while we agreed
7       to try it for this first deposition in the
8       case, that we object to this process on a
9       going-forward basis.
10           I don't know what you guys want to do at
11      this point.
12           MS. SUMNER:  Can we take a ten-minute
13      break and get an alternative dialing number and
14      try that.
15           MR. STUEVE:  Okay.  Off the record.
16           (Brief recess.)
17  BY MR. STUEVE:
18      Q    So we had -- back on the record,
19  Ms. Blizzard, and we've got Exhibit 14 in front of
20  you.  If you could turn -- Exhibit 14.
21      A    You're right.  I was looking at the wrong
22  one.
23      Q    If you could turn to page 6, there's a
24  listing of Hillandale Farms.
25      A    Yes.
```

PHYLLIS BLIZZARD 2/15/2013

Page 177

```
1      Q    And that, is that -- then there's Iowa and
2  Ohio and Pennsylvania.  Are those affiliated with
3  the North Versailles, Pennsylvania Hillandale Farms?
4      A    Yes.
5      Q    And it has Orland Bethel and Gary Bethel,
6  correct?
7      A    Yes.
8      Q    So they would have been members of USEM in
9  '99; is that correct?
10     A    That's what it looks like.
11     Q    Were they members in 2000?
12     A    No.
13     Q    When did they drop out?
14     A    It was right at 2000 -- excuse me.
15  September 2000.
16     Q    Why did they drop out in September of
17  2000?
18     A    I do not know.
19     Q    Would that have included the New Hampton,
20  Iowa; the Flushing, Ohio; the Ridgeway,
21  Pennsylvania; and Corey, Pennsylvania, and Spring
22  Grove facilities?
23     A    To the best of my knowledge, yes.
24     Q    And then on the next page, there's
25  Hillandale Farms, Inc., but these are Florida, is
```

PHYLLIS BLIZZARD  2/15/2013

Page 178

1   that correct, facilities?

2       A    Yes.

3       Q    And were they members?

4       A    Yes.

5       Q    In '99?

6       A    Yes.

7       Q    Were they members in 2000?

8       A    Yes.

9       Q    And are they members today?

10      A    They were under Cal-Maine now.

11      Q    Under Cal-Maine?

12      A    Yes.

13      Q    Do you know when they went under

14  Cal-Maine?

15      A    No, not exactly.

16      Q    Roughly?

17      A    No.

18      Q    And then the next page, 8, is Moark

19  Productions?

20      A    Yes.

21      Q    And they were members in '99; is that

22  correct?

23      A    According to the list, yes.

24      Q    And that includes their Neosho, Missouri,

25  and Anderson, Missouri, facilities; is that correct?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                           Fax:

CONFIDENTIAL                                         UE_DEP_0000178

---

PHYLLIS BLIZZARD  2/15/2013

Page 179

1       A    In '99?

2       Q    Yes.

3       A    Yes.

4       Q    And are all of their facilities included

5   in Moark Productions, Inc., as far as you know, as

6   far as members of USEM, up through to today?

7            MS. SUMNER:  Can you read back the

8        question.

9                    -  -  -

10               (Whereupon, the Reporter read

11               back a preceding portion of the

12               testimony as directed:

13               "Q.  And are all of their

14               facilities included in Moark

15               Productions, Inc., as far as you

16               know, as far as members of USEM,

17               up through to today?")

18           MS. SUMNER:  I am going to object to the

19       form.

20  BY MR. STUEVE:

21      Q    Did you understand my question?

22      A    I did.

23           I do not know.

24      Q    You don't know.

25           What would you look at to determine

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                           Fax:

CONFIDENTIAL                                         UE_DEP_0000179

---

PHYLLIS BLIZZARD  2/15/2013

Page 180

1   that, what document, if you wanted to know in '02,

2   '03, '04, '05, up to today which Moark Production

3   Inc.'s facility, if any, were not a part of USEM?

4            MS. SUMNER:  Object to form.

5   BY MR. STUEVE:

6        Q   Go ahead and answer.

7        A   I was going to say, I would have to go

8   back to Linda Reickard.

9        Q   What would she look at to determine that?

10       A   I have no idea.  Her number of layer form.

11       Q   Now, if you would, on page 9, Wabash

12  Valley Produce, Inc., is that Larry Seger's company?

13       A   That's Larry Seger, yes.

14       Q   And have they been a member since, as far

15  as you know, since 2000?

16       A   According to this, they were a member in

17  '99, according to the list.

18       Q   My question is, though, do you know if

19  they've been a member of USEM since September 2000

20  up through today?

21       A   Yes.

22       Q   Now, is UEP paying for your representation

23  here today, the attorneys' fees?

24       A   I'm sorry to tell you that I do not know

25  who is paying for it.

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                           Fax:

CONFIDENTIAL                                         UE_DEP_0000180

---

PHYLLIS BLIZZARD  2/15/2013

Page 181

1        Q   As the CEO of USEM, are you aware whether

2   or not USEM is paying any of the fees for your

3   representation in this case?

4        A   As the CEO, I do not know.

5        Q   Do you know whether or not -- do you know

6   whether or not USEM has paid any of the fees for the

7   representation of USEM in this matter, as the CEO of

8   USEM?

9        A   I do not know.

10       Q   If we can go back to Exhibit 13, please.

11       A   (Witness complies.)

12       Q   So we've looked at the plant list, the one

13  that we could find dated September of '99.  Do you

14  believe this may have been prepared sometime in 2000

15  up through early 2002, correct?

16       A   To the best of my knowledge, yes.

17       Q   And I'm going to direct you back then to

18  the Hillandale Farms identification there.  And is

19  the basis of your testimony that this was Florida

20  was because of your understanding that the

21  Pennsylvania Hillandale with its related entities

22  identified in Exhibit 14 dropped out in 2000?

23       A   The answer to the question is that this is

24  Hillandale Farms of Florida on here.

25       Q   What I'm trying to figure out is how would

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                           Fax:

CONFIDENTIAL                                         UE_DEP_0000181

PHYLLIS BLIZZARD 2/15/2013

Page 182

```
 1   you know that in looking at this document, because
 2   it doesn't designate Pennsylvania versus Florida,
 3   correct?
 4        A    Yes.
 5        Q    And so I'm asking you, are you drawing
 6   that conclusion because it's your understanding that
 7   the Hillandale Farms, Inc., and the facilities on
 8   page 6 of Exhibit 14, to the best of your knowledge,
 9   dropped out of USEM in 2000, or is there some other
10   source of information you're relying on?
11        A    I'm basing that on my memory.
12        Q    And your memory being that the Hillandale
13   entities identified on page 6 of Exhibit 14 had
14   dropped out in 2000; is that correct?
15        A    Late 2000.
16        Q    Is that correct?
17        A    Yes.  Yes.
18        Q    Now, on the next page of Exhibit, now, 13,
19   there's Midwest Poultry Service.
20        A    Yes.
21        Q    And they were a member of USEM at the time
22   this case volume for exports document was prepared,
23   correct?
24        A    Yes.
25        Q    And the same for Moark Productions,
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                      UE_DEP_0000182

---

PHYLLIS BLIZZARD 2/15/2013

Page 183

```
 1   correct?
 2        A    It appears that way, yes.
 3        Q    And the same for National Food Corp,
 4   correct?
 5        A    Yes.
 6        Q    And the same for Nelson Poultry Company,
 7   correct?
 8        A    Correct.
 9        Q    And Nelson Poultry Company is the Kansas
10   entity that we were talking about earlier, correct?
11        A    Yes.
12        Q    And it's committed, with respect to this,
13   120 containers -- excuse me -- a hundred containers,
14   approximately 120 cases; is that correct?
15        A    That's what it says, yes.
16        Q    Would those cases have been secured
17   through UEP egg traders?
18        A    Yes.
19        Q    All right.  So Nelson Poultry Company of
20   Kansas would have entered into an agreement with UEP
21   for them to secure the eggs to fulfill their
22   commitment; is that correct?
23        A    To the best of my knowledge, because,
24   again, this is not dated, yes.
25        Q    Now, when you -- let's focus -- let me ask
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                      UE_DEP_0000183

---

PHYLLIS BLIZZARD 2/15/2013

Page 184

```
 1   a couple more questions on this.  The Moark
 2   Productions entity there, do you understand that
 3   Moark sells eggs to AWG?  Are you aware of that?
 4        A    No.
 5        Q    You're not aware of that?
 6        A    No, sir.
 7        Q    Are you familiar with Associated Wholesale
 8   Grocers in Wyandotte --
 9        A    No, sir, other than the name.
10        Q    -- Kansas?
11             You are familiar with where Moark is,
12   their principal location is, correct?
13        A    Principal location?
14        Q    Yeah.  Do you know where that is?
15        A    No.
16        Q    When you -- let's put the export program
17   aside.  At USEM, if a member calls you up to execute
18   a trade, a UEP member, are you paid a commission for
19   both the purchase and the sale?
20             So if, for example, Moark wants you
21   to buy some eggs for them.  Do they pay the egg
22   trader at UEP; do you earn, as the trader, a
23   commission on both the eggs that you purchase and
24   the eggs that are sold as a part of that trade?
25             MS. SUMNER:  Can you read back the
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                      UE_DEP_0000184

---

PHYLLIS BLIZZARD 2/15/2013

Page 185

```
 1        question.
 2             - - -
 3             (Whereupon, the Reporter read
 4             back a preceding portion of the
 5             testimony as directed:
 6             "Q.  Let's put the export
 7             program aside.  At USEM, if a
 8             member calls you up to execute
 9             a trade, a UEP member, are you
10             paid a commission for both the
11             purchase and the sale?")
12             MS. SUMNER:  I'll object to the form.
13   BY MR. STUEVE:
14        Q    Do you understand my question, or do you
15   want me to rephrase it?
16        A    Rephrase it, please.
17        Q    You do egg trades apart from the export
18   program, correct?
19        A    Yes.  UEP.
20        Q    Give me an example of a scenario in which
21   you would be contacted to consummate an egg trade at
22   UEP, outside the export program.
23        A    Someone calls me and needs eggs.
24        Q    Let's give me a hypothetical quantity.
25        A    One load.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                      UE_DEP_0000185

PHYLLIS BLIZZARD 2/15/2013

Page 186

```
1    Q    What would you do then to execute that
2  request?
3    A    I would find someone who had the eggs.
4    Q    And you'd buy them from that someone?
5    A    Mm-hmm.
6    Q    And then sell them to the person who
7  requested the eggs, correct?
8    A    With a penny difference.
9    Q    And you would make a commission both on
10 the purchase and the sale, correct?
11   A    There's a penny split between the two.
12 So, in other words, if I'm buying them from someone
13 at 50 cents, I'm going to sell them at 51.
14   Q    But you make a commission, correct?
15   A    UEP does.
16   Q    That's what I'm saying.  You make a
17 commission both on the purchase and the sale, right?
18   A    It's just a penny difference between the
19 two.
20   Q    But --
21   A    So I don't charge the seller and I don't
22 charge the buyer.  It's just a penny between the
23 two.
24   Q    Right.  Now let's compare that to when you
25 are executing a trade for the export program and a
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                                    UE_DEP_0000186

---

PHYLLIS BLIZZARD 2/15/2013

Page 187

```
1  USEM member doesn't have egg production sufficient
2  to fulfill that -- excuse me.
3            When you're executing that trade, do
4  you make the same commission with that foreign buyer
5  that you do with your other trades?
6         MS. SUMNER:  Object to the form.
7  BY MR. STUEVE:
8    Q    Can you answer my question?  Do you
9  understand it?
10   A    There is a penny made by USEM, and if it's
11 a UEP trade, there is a penny made.
12   Q    With respect to the commission paid with
13 respect to a USEM export trade, can you tell me how
14 that commission works?
15        MS. SUMNER:  Object to the form.  I think
16        if you're specific about which commission,
17        because she's getting confused.  There's two
18        commissions in the transaction.
19        MR. STUEVE:  That's what I'm asking her to
20        tell me.
21 BY MR. STUEVE:
22   Q    What commissions are paid in the USEM
23 export transaction?
24   A    Like I said, there's one penny made for
25 U.S. Egg Marketers; and if you buy a load of eggs
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                                    UE_DEP_0000187

---

PHYLLIS BLIZZARD 2/15/2013

Page 188

```
1  for UEP, there's one penny made for the UEP broker
2  per se.
3    Q    Let me ask you this:  Can you also confirm
4  in Exhibit 13 that NuCal Foods was also a member of
5  USEM during this case volume for exports?
6    A    Yes.
7    Q    Have they been a member throughout, from
8  September of 2010 to the present?
9    A    To the best of my knowledge.
10   Q    Would that also be true of National Food
11 Corp?
12   A    They are no longer one now.
13   Q    When did they drop out?
14   A    I'm not exactly sure on the date.  2009, I
15 think.
16   Q    Do you know why they dropped out?
17   A    No.
18   Q    Is Midwest Poultry Service currently a
19 member of USEM?
20   A    No.
21   Q    How long were they a member,
22 approximately?  From September 2000 onward,
23 approximately how many years?
24   A    I would say eight or nine years.  I'm not
25 sure without looking at the records.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                                    UE_DEP_0000188

---

PHYLLIS BLIZZARD 2/15/2013

Page 189

```
1    Q    Has USEM changed its export program at all
2  from September of 2010 to the present?
3    A    Changed it how?
4    Q    I'm asking you.  Have there been any
5  changes in the export program?
6    A    Just the dues structure, but it's
7  different.
8    Q    And that dues structure, you believe that
9  that was implemented through changes in agreements
10 with individual USEM members and not the management
11 agreement; is that correct?
12   A    Say that again, please.
13   Q    This dues change that you just referenced,
14 is it fair to say that you believe that change was
15 implemented through USEM commitment agreements or
16 member agreements --
17   A    Membership applications.
18   Q    -- membership applications and not in the
19 overall management agreement with UEP; is that
20 correct?
21   A    That is correct.
22   Q    If you would, there is a different
23 calculation on the third page, talking about the
24 same members.  What is the purpose of this
25 calculation?
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                                    UE_DEP_0000189

---

PHYLLIS BLIZZARD 2/15/2013

Page 190

```
1    A    That's not my handwriting.  I'm not sure.
2    Q    Whose handwriting is that?
3    A    It looks like either Linda or Gene's.
4    Q    Gene Gregory, you're referring to?
5    A    Yes, sir.
6    Q    Now --
7              (Exhibit BLIZZARD 15 was marked
8               for identification.)
9  BY MR. STUEVE:
10   Q    Let me show you what's been marked as
11 Exhibit 15.  These are a collection of United Egg
12 Producers' documents that were produced to us that
13 have invoice numbers and dates, and they're in the
14 '01 and '02 time frame.
15            Can you look through those quickly,
16 and I've got some specific questions.
17   A    (Witness complies.)
18        MS. SUMNER:  I just want to note for the
19 record this appears to be a compilation, like
20 Pat said, of documents that are not in Bates
21 number order, so it's not one document as
22 produced.  It's also a document that came --
23 looks like a UEP document.  She's not here as a
24 UEP corporate rep.
25 BY MR. STUEVE:
```

---

PHYLLIS BLIZZARD 2/15/2013

Page 191

```
1    Q    Are you familiar with these types of
2  documents?
3    A    It looks like an invoice from United Egg
4  Producers.
5    Q    And would you have been involved in
6  generating this document?
7    A    No.
8    Q    Would you have been involved in -- let's
9  take the trade reflected on UE209; would you have
10 been involved in the trade?
11       MS. SUMNER:  Object to form.
12       THE WITNESS:  Excuse me, is that the first
13 one, 209?
14 BY MR. STUEVE:
15   Q    Yes.
16   A    I have no idea.  It's a UEP trade, though.
17   Q    Right.  You were a trader with UEP in
18 February of 2001, correct?
19   A    Yes.  And so was Billie Jo and so was --
20 yes.
21   Q    So there's no designation on here as to
22 who the trader would have been?
23   A    Correct.
24   Q    But you understand the document, though;
25 this is a document you're quite familiar with,
```

---

PHYLLIS BLIZZARD 2/15/2013

Page 192

```
1  correct?
2    A    It looks like an invoice, yes.
3    Q    Can you tell us what information that's
4  reflected on here?
5    A    It says, CMF of Kansas, sold to, shipped
6  to.
7    Q    So would this have been a trade that UEP
8  would have executed between Cal-Maine facilities in
9  Kansas and Hillandale; is that correct?
10   A    That's what it looks like.
11   Q    Right.  So would Cal-Maine have contacted
12 UEP and say, Look, we need for you to buy us eggs,
13 they would have gone out and purchased the eggs from
14 Hillandale and then sold them to Cal-Maine's
15 facility in Kansas; is that correct?
16   A    That's what it looks like, yes.
17   Q    And then can you tell me the quantity that
18 was sold to Cal-Maine's facility in Kansas?
19   A    Looks like 750 cases.
20   Q    And what was the purchase price?
21   A    52 cents.
22   Q    And what would the sales price have been?
23   A    $11,700.
24   Q    So the penny, where is the commission that
25 factored in on this invoice?
```

---

PHYLLIS BLIZZARD 2/15/2013

Page 193

```
1    A    When they receive an invoice from someone
2  else, it would be a penny less, to the best of my
3  knowledge.
4    Q    When you say "they would receive an
5  invoice from somebody else," who is that?
6    A    The person who has the eggs.
7    Q    That would have been -- here in this
8  particular one, it would have been Hillandale; is
9  that correct?
10   A    That's what it looks like, yes, sir.
11   Q    And now, do you know whether or not this
12 was Gary Bethel's Hillandale group?
13   A    No, sir.
14   Q    Now, if you would, let's look at the next
15 page.  Is this a different transaction?
16   A    The PO number is different.
17   Q    And its date shipped also is different; is
18 that correct?
19   A    Yes, sir.
20   Q    So this would have been a different
21 transaction; is that fair to say?
22   A    Yes, sir.
23   Q    And, again, UEP would have executed a
24 trade, they would have been contacted by the
25 Cal-Maine entity, the CMF of Kansas would have
```

PHYLLIS BLIZZARD 2/15/2013

Page 194

1 contacted UEP, said we need X number of eggs, UEP
2 would have executed the trade, secured the eggs from
3 Hillandale and then sold them to CMF of Kansas; is
4 that correct?
5      A    That's what it looks like.
6      Q    Now, if you would, the next page, and this
7 is Bates-stamped UE, with the last three numbers
8 218.
9              This also appears to be another
10 transaction in which Cal-Maine Foods, their Chase,
11 Kansas facility had contacted UEP, and they entered
12 into an agreement that resulted in the sale of eggs
13 to their Chase, Kansas facility from Hillandale; is
14 that correct?
15      A    That's what it looks like, yes.
16      Q    And then if you would look at the next
17 Bates range, which is 2222, it appears to be a
18 transaction, another transaction which Cal-Maine
19 Foods facility in Chase, Kansas, had contacted
20 United Egg Producers to have UEP secure eggs for
21 them, the eggs were sold to Cal-Maine, its facility
22 in Chase, Kansas, from Hillandale; is that correct?
23      A    That's what it looks like.
24      Q    And then the next document Bates range is
25 973 in Exhibit 15.  Can you confirm for me, this is

---

PHYLLIS BLIZZARD 2/15/2013

Page 195

1 March 19 invoice date, Invoice No. 639, it appears
2 to be a transaction, again initiated by Cal-Maine's
3 Chase, Kansas facility, contacted UEP, wanted them
4 to secure eggs, those eggs were secured from
5 Wabash -- that would be Mr. Seger's company,
6 correct?
7      A    Yes.
8      Q    And then they were shipped to -- or sold
9 to case [sic] -- or shipped to case [sic], the eggs
10 that were purchased; is that correct?
11      A    That's what it appears to be.
12      Q    And, again, if you could look at the next
13 page, 2101, can you confirm for me that this is
14 another transaction initiated by Cal-Maine Foods'
15 Chase, Kansas facility, UEP executed the trade
16 between Wabash and Cal-Maine Foods' Chase, Kansas
17 facility; is that correct?
18      A    That's what it appears to be, yes.
19      Q    And if you would, can you confirm that
20 116 -- UE with the last three numbers 116, and the
21 next page, 332, are additional transactions
22 initiated by Cal-Maine Foods' Chase, Kansas
23 facility, executed by UEP that resulted in a sale
24 from Wabash and then Pilgrim to Cal-Maine's facility
25 in Chase, Kansas; is that correct?

---

PHYLLIS BLIZZARD 2/15/2013

Page 196

1      A    That's what it appears to be.
2      Q    And then, if you would, turning to the
3 UE862, the last three numbers, 865 and then 687,
4 those appear to be three separate transactions
5 initiated by Cal-Maine Foods' Chase, Kansas
6 operation contacting UEP to secure eggs, those eggs
7 were secured from Pilgrim and shipped to Cal-Maine's
8 Chase, Kansas facility; is that correct?
9      A    That's what it appears to be.
10                  (Exhibit BLIZZARD 16 was marked
11                   for identification.)
12 BY MR. STUEVE:
13      Q    Showing you what's been marked as
14 Exhibit 16.  And if you would, this is an
15 October 10, 2000, organizational meeting, United
16 States Egg Marketers.  That's what the cover page of
17 this document indicates it relates to; is that
18 correct?
19      A    Yes.
20      Q    This would have been after September of
21 2000, correct?
22      A    Yes.
23      Q    And at this point in time, you would have
24 been an employee of UEP, correct?
25      A    Correct.

---

PHYLLIS BLIZZARD 2/15/2013

Page 197

1      Q    Did you participate in this organizational
2 meeting in Ponte Vedra?
3      A    I was there, yes, sir.
4      Q    You were there?
5      A    Yes, I was.
6      Q    Now, if you would, on the agenda, it
7 identifies Larry Seger, right, up front?
8      A    Larry Seger, yes.
9      Q    And he is the owner of Wabash, we looked
10 at that; is that correct?
11      A    Yes.
12      Q    And then it has bylaw amendments, Irving
13 Isaacson; is that correct?
14      A    That is correct.
15      Q    Were those bylaw amendments for USEM?
16      A    I would say so.  They were in USEM
17 meeting, yes.
18      Q    So is he counsel for both USEM and UEP, as
19 far as you know?
20      A    To the best of my knowledge, yes.
21      Q    And it says Membership Report, and that's
22 Gene Gregory who was -- would have been senior VP of
23 UEP; is that correct?
24      A    Yes.
25      Q    And then Election of ten Board members,

## Page 198

PHYLLIS BLIZZARD 2/15/2013

1 that's again listing Irving Isaacson, who is a
2 lawyer for both you USEM and UEP, correct?
3     A   Correct.
4     Q   And then it has, if you go on down, on
5 number 6, it has Marketing Conference Call Report,
6 and you're listed.
7     A   Correct.
8     Q   Do you remember what was shared at that
9 meeting concerning the marketing conference call
10 report?
11     A   Just talked about the conference call and
12 encouraging people to get on it.
13     Q   And could you tell us what the marketing
14 conference call was?
15     A   It was U.S. Egg Marketers members only,
16 and we would just basically -- simply I would quote
17 the market tone from the day before from the Urner
18 Barry market, and then we would just simply talk
19 about eggs, longs and shorts.  If someone was long
20 or had heard of some long, they just gave a little
21 report of their own.
22     Q   How frequently did you have these
23 conference calls?
24     A   Every Tuesday, Wednesday and Thursday.
25     Q   For how many years?

Page 198

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191    Fax:

CONFIDENTIAL    UE_DEP_0000198

## Page 199

PHYLLIS BLIZZARD 2/15/2013

1     A   September 2000 to probably, I would say,
2 first part of 2009.
3     Q   Why did you stop them in 2009?
4     A   Lack of participation.  It was very
5 costly.
6     Q   Why was it costly?
7     A   It cost about $12,000 a year.
8     Q   To do the conference calls?
9     A   Yes, sir.
10     Q   What were those costs based off of?
11     A   The conference call InterCall or the --
12 whatever the -- it's not as easy as this now.  You
13 had to call in and they recognized you and --
14     Q   It was the conference call costs
15 themselves?
16     A   That is correct, yes, sir.
17     Q   Those would have been paid by UEP, is that
18 correct, over the years?
19     A   That's part of the cost of U.S. Egg
20 Marketers.
21     MR. STUEVE:  Read my question back.
22 BY MR. STUEVE:
23     Q   If you'd answer it for me, I'd appreciate
24 it.
25     A   Okay.

Page 199

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191    Fax:

CONFIDENTIAL    UE_DEP_0000199

## Page 200

PHYLLIS BLIZZARD 2/15/2013

1           - - -
2     (Whereupon, the Reporter read
3     back a preceding portion of the
4     testimony as directed:
5     "Q.  Those would have been paid
6     by UEP, is that correct, over
7     the years?")
8     THE WITNESS:  It was part of the -- no, it
9     was paid by U.S. Egg Marketers.
10 BY MR. STUEVE:
11     Q   Ma'am, do you know what service you used?
12     A   I think it was -- I think it was
13 InterCall, but I'm not sure.  It changed.
14     Q   When those invoices came in, who paid
15 them?
16     A   A U.S. Egg Marketers' check paid them.
17     Q   How do you know that?  Did you ever write
18 one?
19     A   No.  Sherry -- I can call Sherry Shedd and
20 find it out for you.
21     Q   So what I'm -- just so the record is
22 clear, you never paid that invoice; is that correct?
23     A   Me, Phyllis Blizzard, no.
24     Q   Do you know whether there were other
25 conference calls that were done at UEP other than

Page 200

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191    Fax:

CONFIDENTIAL    UE_DEP_0000200

## Page 201

PHYLLIS BLIZZARD 2/15/2013

1 these marketing calls?
2     A   I would imagine so, yes.
3     Q   Was it the same company that handled those
4 conference calls?
5     A   Yes.
6     Q   And so I assume that there was one invoice
7 that would have been sent in to UEP, correct?
8     A   You're correct.
9     Q   And UEP would have paid that invoice,
10 correct?
11     A   U.S. Egg Marketers would be a part of the
12 management agreement that UEP would have paid it.
13 Yes.
14     Q   UEP would have paid the invoice, fair
15 enough, to the telephone conferencing company?
16     A   I still think it's U.S. Egg Marketers.
17     Q   Ma'am, if you would, are you aware of any
18 effort at UEP to allocate a portion of the
19 conference call bills on a monthly basis to USEM?
20     A   Am I aware?
21     Q   Yeah.
22     A   No.
23     Q   And the actual phones, the phone service,
24 those types of things, those are all paid by UEP for
25 their UEP offices, correct?

Page 201

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191    Fax:

CONFIDENTIAL    UE_DEP_0000201

PHYLLIS BLIZZARD 2/15/2013

Page 202

```
 1      A    Yes.
 2      Q    Now, in the market conferencing call
 3 report, I'm going to focus on October of 2000,
 4 approximately how many of the USEM members would
 5 participate?
 6      A    A guesstimate would be eight to ten.
 7      Q    And you said they were only USEM members,
 8 right?
 9      A    Correct.
10      Q    At that time, the only USEM members that
11 you were aware of were UEP members as well, correct?
12      A    Say it again, please.
13      Q    Ma'am, let me ask it this way:  The ten
14 USEM members that would have been participating in
15 the telephone conference call, were they typically
16 the same ones?
17      A    Yes.
18      Q    And can you confirm for us that those USEM
19 members were also UEP members?
20      A    Yes.
21      Q    And can you identify for us the ones that
22 you recall, the UEP members that were most actively
23 involved in the weekly conference call, marketing
24 conference calls?
25      A    No, I can't all of them in 2000.
```

PHYLLIS BLIZZARD 2/15/2013

Page 203

```
 1      Q    Give me, to the best of your recollection,
 2 the ones that you do recall.
 3      A    Well, Larry Seger was involved, Dolph
 4 Baker, Wayne Winslow.
 5      Q    Is Dolph Baker with Cal-Maine?
 6      A    He is.
 7      Q    Who is the next one?
 8      A    Wayne Winslow.
 9      Q    What company is he affiliated with?
10      A    NuCal.
11      Q    Who else?
12      A    This just goes back to 2000.  I can't
13 recall all of them.
14      Q    More recently are there others that you
15 recall prior to its termination in '09 that were
16 actively involved --
17      A    Well, those were the most prominent except
18 for Larry Seger, obviously, because he had died.
19      Q    But Cal-Maine, NuCal, and who else?
20      A    I just have to look at the list to refresh
21 my memory.
22      Q    Would there have been -- when you say "a
23 list," would that have been --
24      A    I'm just talking about a membership list.
25      Q    If you could, look at that case volume for
```

PHYLLIS BLIZZARD 2/15/2013

Page 204

```
 1 export reports, Exhibit 13.  And the first two
 2 pages, can you -- so you had already identified
 3 Cal-Maine, they were regular participants; is that
 4 right?
 5      A    That is correct.
 6      Q    Was Moark a regular participant over the
 7 years?
 8      A    No, I don't think so.
 9      Q    You mentioned NuCal Foods; is that
10 correct?
11      A    That is correct.
12      Q    What about Hillandale?
13      A    The Florida participants were.
14      Q    What about Sparboe?
15      A    No.
16      Q    Any other -- if you could, look at that
17 list.  Can you identify others that you are --
18      A    Ron Truex used to be on from Creighton
19 Brothers.  Jim Brock was -- at the time was from
20 Crystal Farms, he was on it.  Occasionally Gregg
21 Clanton from ISE-America was on it.
22           Now, this is broad range, so Roger
23 Deffner was on it on occasion from National.  Wayne
24 Mooney used to be with Pilgrims Pride, he was on it.
25           Occasionally Al Schimpf from S&R Egg
```

PHYLLIS BLIZZARD 2/15/2013

Page 205

```
 1 Farm was on it.  Mike Bynum used to be from Tampa
 2 Farm Service, he was on it.  Danny Linville used to
 3 be from Zephyr Egg, he used to be on it too.
 4      Q    It's your testimony that in approximately
 5 '09, those weekly call reports were terminated
 6 because of cost?
 7      A    Cost, and they just didn't participate.
 8 People just stopped participating.
 9      Q    It didn't sound like that there were that
10 many even starting in 2000.
11      A    Right.
12      Q    Now, was the information that was garnered
13 from those calls, was it put in a report?
14      A    No, it was only notes from me, and then I
15 called Urner Barry just to talk about it.
16      Q    You would relay that information on to
17 Urner Barry?
18      A    We would talk about it, yes, sir.
19      Q    Did you keep your notes from those calls?
20      A    No.
21      Q    After you would talk to Urner Barry, you
22 would discard them?
23      A    Yes, sir.
24      Q    Were they ever recorded?
25      A    No, sir.
```

---

PHYLLIS BLIZZARD 2/15/2013

Page 206

```
1    Q    If we could, we're looking at Exhibit 16
2    and we went through the agenda there.  There are the
3    proposed bylaws, kind of paging through this
4    document, right, and then the next document here is
5    the members of USEM by region?
6              Is that correct?  Do you see that?
7    A    Yes, sir.
8    Q    That would be Bates range UE, the last two
9    digits 83 and 84; is that correct?
10   A    Yes.
11   Q    Cal-Maine Foods is listed there, Dolph
12   Baker and Ken Looper; is that correct?
13   A    Yes.
14   Q    And you have, though, listed past USEM
15   members.  So what I wanted to know is had they
16   dropped out as of October of 2000?
17   A    This was not my list.
18   Q    Who would have prepared this list?
19   A    This would either have been Linda or Gene.
20   Q    Do you know what they were referring to as
21   a past USEM member, that designation?
22   A    It just looks like they were one of the
23   former members.
24   Q    Now, it lists Hillandale Florida.  Do you
25   see that in the Southern?
```

---

PHYLLIS BLIZZARD 2/15/2013

Page 207

```
1    A    Yes.
2    Q    But there is no -- any other Hillandale
3    that's listed, is that correct, either as past
4    member or current?
5    A    Does not appear to be.
6    Q    Now, if you would, in the -- under the
7    Midwest, Nelson is not listed there; is that
8    correct?
9    A    I do not see it.
10   Q    Do you know when this list would have been
11   generated?
12   A    No.  I was just going to say there's no
13   date on it.
14   Q    Now, the next part of the packet of
15   materials at the organizational meeting in October
16   of 2000 is the document we looked at earlier,
17   Reasons to be a participant in a national shell egg
18   export program and member of USEM; is that correct?
19   A    Yes.
20   Q    All right.
21              (Exhibit Blizzard 17 was marked
22               for identification.)
23   BY MR. STUEVE:
24   Q    Let me show you what's been marked as
25   Exhibit 17.  You had mentioned earlier that there
```

---

PHYLLIS BLIZZARD 2/15/2013

Page 208

```
1    was a nominating committee you were aware of for
2    USEM.  Do you remember that?
3    A    Yes, sir.
4    Q    And is this the nominating committee that
5    you were referring to, the nominating committee
6    chairman Joe Fortin, and then the other members are
7    identified there, including Gene Gregory, Larry
8    Seger, Ken Looper, Roger Deffner, Dave Staples and
9    Jim Dean?
10   A    I see that, yes.
11   Q    Is this what you were referring to
12   earlier?
13   A    It could have been, yes.
14   Q    After this November 2000 time period, was
15   there an ongoing nominating committee for USEM in
16   place, to the best of your recollection?
17   A    Yes, I think there was, yes.
18   Q    And do you know how long that committee
19   was in place?
20   A    No.
21   Q    Would it have been several years, or do
22   you know?
23   A    I do not know.
24   Q    Is it fair to say it's been several years
25   since it last functioned?
```

---

PHYLLIS BLIZZARD 2/15/2013

Page 209

```
1    A    I would say yes.
2    Q    Now, if you could, could you tell me what
3    company Joe Fortin is affiliated with?
4    A    He used to be with Southern New England
5    Egg.
6    Q    And is that now affiliated with Moark?
7    A    Kofkoff, excuse me.
8    Q    Is that Moark today, part of Moark?
9    A    I think so, yes.
10   Q    What about -- we've talked about Larry
11   Seger.  What about Ken Looper?
12   A    Cal-Maine.
13   Q    Cal-Maine?
14   A    Yes, sir.
15   Q    Roger Deffner?
16   A    National Foods.
17   Q    Dave Staples?
18   A    Creekwood Farms.
19   Q    Do you know, were they bought out by
20   someone?
21   A    I'm not sure.
22   Q    And then Jim Dean?
23   A    I think he was Center Fresh.
24   Q    And have they been bought out?
25   A    I'm really not sure.
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 210

```
 1              (Exhibit Blizzard 18 was marked
 2              for identification.)
 3   BY MR. STUEVE:
 4       Q    Let me show you what's been marked as
 5   Exhibit 18.  And this was a memo to Billie Jo.  And
 6   she was a trader; is that right?
 7       A    That is correct.
 8       Q    And then Phyllis?
 9       A    Yes.
10       Q    That would be?
11       A    That's me.
12       Q    You were a trader as well at that time?
13       A    I was.
14       Q    Linda?
15       A    Reickard.
16       Q    And then Randy?
17       A    Randy Nelson.  He was a trader.
18       Q    And then Terry?
19       A    Oliver.
20       Q    Trader?
21       A    Also a trader, mm-hmm.
22       Q    And those folks have not been serving as a
23   trader for several years; is that correct?
24       A    Correct.
25       Q    Now, this is from Gene Gregory.  Would --
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 211

```
 1   he still would have been the senior VP at that time,
 2   November of 2000, to the best of your recollection,
 3   of PEC?
 4       MS. SUMNER:  UEP.
 5       MR. STUEVE:  Excuse me.  UEP.
 6   BY MR. STUEVE:
 7       Q    Let me rephrase that.
 8            Gene Gregory would have been the
 9   senior VP of UEP at that time, correct?
10       A    At that time, according to this
11   November 2000.
12       Q    Yes.  Now, if you would, it says, We
13   should first make every effort to purchase eggs from
14   those that are USEM members.
15            Is that right?
16       A    Yes.
17       Q    If we can't fill the export order from
18   members only, then we shall have to purchase eggs
19   outside the membership, but let's give the members
20   the first opportunity.
21            Is that right?
22       A    Yes.
23       Q    At this time, Nelson Poultry Company would
24   have been a member, correct?
25       A    To the best of my knowledge, yes.
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 212

```
 1       Q    Then it goes, under paragraph 2, In regard
 2   to the trades commission on eggs you purchase for
 3   the export, here is my opinion:  Since USEM is the
 4   purchaser, U.S. traders only need to find the
 5   seller.  Therefore, you will be filling one side of
 6   the order and, therefore, only entitled to
 7   commission on one side of the trade.  If you have a
 8   different opinion, please call me.
 9            Do you remember that?
10       A    I have seen this, yes.
11       Q    And what was he referring to there?
12       A    I'm not quite sure.  It almost looks like
13   he was splitting it, but I don't know.
14       Q    Do you recall that, in fact, you were only
15   paid commissions on one side of the trade for
16   export?
17       A    No, I don't recall that.
18       Q    Do you recall it one way or the other?
19       A    No, sir.
20       Q    Either way?  I guess what I'm asking, I
21   want to be clear, when you say you don't recall it,
22   you don't recall whether or not you were only paid
23   on one side of the transaction for export trades; is
24   that correct?
25       A    That's correct.
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 213

```
 1       Q    Where would you go to determine whether
 2   that, in fact, was implemented?
 3       A    I would have to go back to Linda Reickard.
 4       Q    Now, it has a listing then underneath
 5   here, Cal-Maine Foods has committed to supply eggs
 6   and ship to port; is that right?  Cal-Maine is
 7   listed there; is that right?
 8       A    That is correct.
 9       Q    As well as Wabash Valley, also known as
10   Layers Inc. which is Seger's company; is that right?
11       A    Yes.
12       Q    And then it has, Request their share be
13   purchased by UEP.  Do you see that?
14       A    Yes, I do.
15       Q    So we're going to get to the membership
16   agreement, but as I understand it, when a USEM
17   member signed the membership agreement, they were
18   committing that in the future, if USEM placed an
19   export order, that they would either fill their
20   pro-rata share of that future export order with
21   their own future egg production or they would pay
22   UEP to fill that order; is that correct?
23       A    They would ask UEP traders to fill that
24   order.
25       Q    Right.  They would pay either the loss or
```

Page 214

1   the gain on that trade depending on what happened;

2   is that correct?

3       A    Say that again, please.

4       Q    Let me break this up, just so we can -- to

5   be clear.

6            Under the membership agreement, first

7   the USEM member was agreeing that if there were a

8   future export trade committed to by USEM, that they

9   would be allocated a pro-rata share, and they were

10  obligated to fill that with either their own future

11  egg production or eggs purchased by UEP at their

12  request?

13      A    Or they could go outside and fill it

14  themselves.

15      Q    So there were three options for them to

16  fulfill this future obligation under their USEM

17  agreement; they could use future egg production of

18  their own to fill it, they could request UEP go out

19  and secure it through their egg traders, or they

20  could secure the eggs from another producer on their

21  own; is that correct?

22      A    Another broker on their own.

23      Q    And that would likely be ECI?

24      A    ECI, mm-hmm.  That's public trading.

25      Q    And is that how the export program has

---

Page 215

1   functioned from September of 2000 to the present?

2       A    Yes, sir.

3       Q    If you would, on the second page of

4   Exhibit 18, Nelson Poultry, in this November 22,

5   2000 document, is identified as a USEM member that

6   has requested that their share be purchased by UEP;

7   is that right?

8       A    That is correct.

9       Q    So at the time this export order was

10  placed, rather than use its export production at

11  that time, they requested that UEP purchase their

12  pro-rata share of the export commitment; is that

13  correct?

14      A    That is correct.

15      Q    And the other entities here, they are

16  identified in the amount in terms of cases, is

17  identified that UEP was authorized to purchase on

18  their behalf; is that correct?

19      A    I'm sorry, say it again.

20      Q    The listing of USEM members here on Bates

21  range USEM-J, and then the last number is 4 --

22      A    Yes.

23      Q    -- those are the members that are listed

24  that have requested UEP secure egg cases on their

25  behalf, and the quantity of egg cases is in the

---

Page 216

1   right-hand column; is that correct?

2       A    That's my understanding, yes.

3       Q    Who would have prepared this document; do

4   you know?

5       A    I would say Gene because it says from

6   Gene.

7       MS. SUMNER:  Pat, when you're at a good

8   point, can we take a quick bathroom break.

9       MR. STUEVE:  This is a good point.

10          (Brief recess.)

11      MR. STUEVE:  Back on the record.

12              (Exhibit Blizzard 19 was marked

13              for identification.)

14  BY MR. STUEVE:

15      Q    Ma'am, can you identify this as an export

16  commitment share of 50 loads document, Exhibit 19?

17      A    Yes.

18      Q    And this says, Sent by United Egg.  Who

19  would it have been sent to?

20      A    Sent --

21      Q    If you look up here, there's a fax line

22  that says September 21, '01.

23          Do you know, would this have been

24  sent to all of these entities that are listed here?

25      A    Excuse me, but do you mean the point at

---

Page 217

1   the -- part at the top.

2       Q    I am talking about, it says, Sent by

3   United Egg, 9/21/01.  There's a 12:15 p.m. jet fax.

4       A    It just looks like it was sent to one

5   number.

6       Q    And what number would that have been?

7       A    (770)587-0041.

8       Q    Are you familiar with that number?

9       A    No.

10      Q    Can you confirm for me, though, this was

11  the type of process that if there was an export

12  commitment entered into by USEM, that the USEM

13  members that had agreements in place would be

14  identified and they -- the number of cases allocated

15  to them, and then by yes, the member will provide?

16          Do you see that?

17      A    Yes, I do.

18      Q    Who would have prepared this?

19      A    This is also a Linda Reickard.

20      Q    Can you confirm for me, at the bottom of

21  the page, that Nelson Poultry Company, headquartered

22  in Manhattan, Kansas, is identified there as

23  participating in this export commitment?

24      A    Yes, sir.

25      Q    Now, it says, Note:  Moark -- on the next

PHYLLIS BLIZZARD 2/15/2013

Page 218

1  page -- Kofkoff, Norco, M&M will function as one
2  commitment.
3             Did you know why that would have been
4  the -- why that would have resulted?
5      A    To the best of my knowledge, I would say
6  that they were all under one.
7      Q    Now, let's, if you would, look at the next
8  exhibit, September 2001.
9             (Exhibit Blizzard 20 was marked
10                for identification.)
11 BY MR. STUEVE:
12     Q    Showing you what's been marked as
13 Exhibit 20.  This is United States Egg Marketers
14 members, September of 2001.  Who would have prepared
15 this document?
16     A    I would say Gene Gregory.
17     Q    Would he have been the president of UEP at
18 this point in time?
19     A    No.
20     Q    He would have been the senior VP still?
21     A    Yes, sir.
22     Q    And if you would, on page 2, can you
23 confirm that Nelson Poultry Farm, Kansas, there is
24 identified as a member?
25     A    Yes, sir.

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                          Fax:

CONFIDENTIAL                                  UE_DEP_0000218

---

PHYLLIS BLIZZARD 2/15/2013

Page 219

1             (Exhibit Blizzard 21 was marked
2                for identification.)
3  BY MR. STUEVE:
4      Q    Can you identify Exhibit 21 for me,
5  please?
6      A    It's a UEP invoice.
7      Q    And would this have reflected a
8  transaction in which Nelson Poultry Farm of
9  Manhattan, Kansas would have entered into a
10 commitment to fulfill its pro-rata share of a USEM
11 export and they requested UEP egg traders to
12 purchase the eggs to meet that commitment and that
13 purchase resulted in a loss to Nelson Poultry Farm?
14     A    To the best of my knowledge, that is what
15 it's for.
16     Q    And these would have -- the invoice
17 reflects two separate export commitments; is that
18 correct?
19     A    That is correct.
20     Q    And on the first export number one, the
21 purchase of eggs for Nelson Poultry Farm by UEP egg
22 traders resulted in a loss of 333.90; is that right?
23     A    That's what it looks like, yes, sir.
24     Q    And the second under export number two,
25 purchased by UEP egg traders on behalf of Nelson

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                          Fax:

CONFIDENTIAL                                  UE_DEP_0000219

---

PHYLLIS BLIZZARD 2/15/2013

Page 220

1  Poultry Farm resulted in a loss of 513.10; is that
2  right?
3      A    That is correct.
4      Q    And then United Egg Producers invoiced
5  Nelson Poultry Farm, not USEM, correct?
6      A    Correct.
7             (Exhibit Blizzard 22 was marked
8                for identification.)
9  BY MR. STUEVE:
10     Q    I'll show you what's been marked as
11 Exhibit 22.  It's identified as United States Egg
12 Marketers Annual Membership Meeting, October 18,
13 2001.
14           Now, this meeting of USEM would have
15 occurred at the same time and location as UEP; is
16 that correct?
17     A    Yes.  In a different meeting room, yes,
18 sir.
19     Q    It occurred in Lake Las Vegas Resort at
20 the same time that UEP's annual meeting was
21 occurring at Lake Las Vegas Resort, correct?
22     A    Yes.
23     Q    And prior to September of 2000, when USEM
24 would have their annual meetings, let's say '99,
25 '98, '97, those meetings would take place at a

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                          Fax:

CONFIDENTIAL                                  UE_DEP_0000220

---

PHYLLIS BLIZZARD 2/15/2013

Page 221

1  different location than UEP's, correct, annual
2  meeting?
3      A    Yes, because there was no -- we were --
4  yes.  Yes.
5      Q    And from September 2000 onward, has USEM
6  always had its annual meeting at the same location
7  as UEP's annual meeting up through today?
8      A    Usually, yes.
9      Q    Well --
10     A    There was one year they didn't.
11     Q    When was that?
12     A    Excuse me.  I have to go back.  It was
13 either 2011 or 2012 because I did not go.  It was in
14 the mid -- far west.
15     Q    The 2012 meeting would have been held
16 sometime in October of last year?
17     A    Yes.
18     Q    Did you attend that one?
19     A    Yes.
20     Q    Was the --
21     A    I think it was the year before, 2011.
22     Q    Is when there was a different location.
23 But other than that year, every year since September
24 of 2000?
25     A    To the best of my knowledge, yes, sir.

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                          Fax:

CONFIDENTIAL                                  UE_DEP_0000221

PHYLLIS BLIZZARD 2/15/2013

Page 222

1    Q    Now, if you would, on the second page it
2  has the agenda, and it identifies Larry Seger, Butch
3  DeVries --
4    A    DeVries.
5    Q    DeVries?
6    A    Mm-hmm.
7    Q    -- Roger Deffner and then Jim Brock, is
8  that right, as the officers of USEM?
9    A    I'm sorry, I skipped a page.  Yes.
10    Q    And all of their -- again, Larry Seger was
11  with Wabash.  Butch DeVries, who was he with?
12    A    DeVries, he was with Mallquist Eggs.
13    Q    Were they members of UEP as well?
14    A    To the best of my knowledge, yes, sir.
15    Q    Roger Deffner was with what company?
16    A    National Foods.
17    Q    They were members of UEP as well?
18    A    To the best of my knowledge, yes, sir.
19    Q    Jim Brock?
20    A    Crystal Farms.
21    Q    And they would have been members of UEP as
22  well, correct?
23    A    Yes, sir.
24    Q    Do you know if any of them held officer
25  positions with UEP?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                            UE_DEP_0000222

---

PHYLLIS BLIZZARD 2/15/2013

Page 223

1    A    I do not.
2    Q    You don't know one way or the other?
3    A    I do not.
4    Q    If you would, paging through this, there
5  are some financials that are included.  And if you
6  could look on 6570, it's United States Egg
7  Marketers' income statement?
8    A    Yes, sir.
9    Q    From September 15, 2000, to August 31,
10  2001.  So this would have been the first year
11  following UEP taking over the management, correct?
12    A    Yes.
13    Q    And there was an initial bank deposit of a
14  hundred thousand under Income, right?
15    A    Excuse me.  There was one in 2000 at Ponte
16  Vedra.  The one in 2000 was right after U.S. Egg
17  Marketers.  I thought you said this was the first
18  one.  Excuse me.
19    Q    No, I'm saying this is the first year, if
20  you look at the income statement that's on CM6570.
21    A    I'm sorry.  I misunderstand.
22    Q    This is the income statement for the first
23  full year following UEP taking over USEM; is that
24  correct?
25    A    That's correct.

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                            UE_DEP_0000223

---

PHYLLIS BLIZZARD 2/15/2013

Page 224

1    Q    And under Income, there's the bank
2  deposit.  And we saw that in the initial management
3  agreement, the reference to that, correct?
4    A    Yes.
5    Q    Then there's interest income, presumably
6  on that bank deposit, correct?
7    A    Yes.
8    Q    And then there's a whopping $7,951.79 on
9  egg margins from exports, correct?
10    A    Yes.
11    Q    No revenue from dues, correct?
12    A    Mm-hmm.
13    Q    That $7,951 would not have been able to
14  pay the management fee agreed to by USEM with UEP,
15  correct?
16    A    Yes, that alone could not, yes.
17    Q    Because the management agreement initially
18  was how much; do you remember?
19    A    The very first?
20    Q    Yeah.
21    A    The very first was a hundred thousand as
22  shown here.
23    Q    And 7,000 would have fallen far short of a
24  hundred thousand, correct?
25    A    Yes.

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                            UE_DEP_0000224

---

PHYLLIS BLIZZARD 2/15/2013

Page 225

1    Q    So in it first full year of operation, the
2  bank deposit of USEM was nearly completely drained,
3  and all of the egg margins from eggs -- from exports
4  was used to pay the management fee, correct?
5    A    To the best of my knowledge, yes, sir.
6    Q    And there was a net -- they reflect a net
7  income of 14,631.95 at the end of the year, correct?
8    A    That's what it says, yes, sir.
9    Q    Now, do you see any allocation under the
10  Expenses, any allocation for the conference call
11  cost that you talked about that were thousands of
12  dollars?
13    A    I don't think it was 12,000 for the first
14  year.  It got to be that expensive.
15    Q    You would agree with me there's no
16  allocation of any conference call cost?
17    A    Yes.
18    Q    No allocation for computers?
19    A    Yes.
20    Q    No allocation for rent?
21    A    Yes.
22    Q    No allocation for phones, correct?
23    A    Yes.
24    Q    No allocation for that portion of your
25  responsibilities devoted to USEM activities,

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                            UE_DEP_0000225

PHYLLIS BLIZZARD  2/15/2013

Page 226

1  correct?
2      A    That's what it looks like.
3      Q    No allocation of other UEP staff members,
4  a time used for UEM [sic] activities, correct?
5      A    USEM, yes, sir.
6      Q    USEM; is that correct?
7      A    That's correct.  That's what it looks
8  like.
9      Q    Now, if you would, over the next page --
10  again, this is in the first year of UEP taking over
11  for USEM -- under the UEP management fee, it says,
12  On September 15, 2000, USEM deposited a hundred
13  thousand in a bank account for the purpose of paying
14  UEP $8,333 monthly as a management fee for the first
15  year.  UEP will provide management to USEM for the
16  balance of 2001 without receiving any compensations
17  for a management fee.
18          Were you aware of that?
19      A    That's what it says, yes, sir.
20      Q    Were you aware -- you were there at the
21  time.  Were you aware of the fact that USEM's
22  finances were such that they couldn't even pay the
23  management fee to UEP for the balance of the year in
24  2001?
25      A    Yes, sir.

PHYLLIS BLIZZARD  2/15/2013

Page 227

1      Q    Now, were there any changes implemented in
2  2002 with respect to the management fee?
3      A    It says that -- right here it says that it
4  was changed to 50,000.
5      Q    And that wasn't requested by USEM; that
6  was requested by UEP?
7      A    That's what it says.
8      Q    That seems a little strange, doesn't it,
9  Ms. Blizzard?
10     A    No comment.  But that's what it says, sir.
11  Yes.
12     Q    And it says, Any bank balance margins from
13  exports at the end of 2001 will be carried over into
14  the year 2002 providing tax accounts don't make
15  other recommendations for tax purposes.
16          Did I read that correctly?
17     A    You did.
18     Q    Now, do you know whether or not USEM was
19  able to meet the $50,000 management obligation in
20  2002?
21     A    I'd have to look at the records and see.
22  This was done by, I would say, Sherry Shedd.
23              (Exhibit Blizzard 23 was marked
24              for identification.)
25  BY MR. STUEVE:

PHYLLIS BLIZZARD  2/15/2013

Page 228

1      Q    I'll show you what's been marked as
2  Exhibit 23.
3          Do you remember that USEM had been
4  authorized to execute an export commitment in
5  October of 2001, and then there was a conference
6  call to attempt to rescind that export order?
7      A    Are you saying that's what this is?
8      Q    Mm-hmm.  Let me just direct your
9  attention -- first of all, let me walk you through
10  this.
11          October 25, 2001, you are listed as
12  on this call, correct?
13     A    Yes.
14     Q    And who are the other -- the other members
15  that are listed there, were they members of the USEM
16  export committee?
17     A    It just says there was a conference call.
18  It doesn't say an export committee.
19     Q    But can you tell by looking at this?  Why
20  were these particular individuals on here?
21     A    I'd have to go back and look and see who
22  my members were of the export committee in the year
23  2001.
24     Q    Now, the loads are listed there, and then
25  it says, Several committee members expressed their

PHYLLIS BLIZZARD  2/15/2013

Page 229

1  concern with the volumes for Canada and Hong Kong
2  because this could impact regular business that some
3  of our USEM/UEP members currently have with those
4  markets.
5          Did I read that correctly?
6      A    Yes, you did.
7      Q    So the concern here by the USEM export
8  committee, at least some members, was that if they
9  actually shipped the volumes to Canada or Hong Kong,
10  that could potentially lower the price that UEP
11  members could otherwise get to their customers in
12  Canada and Hong Kong, correct?
13     A    No.  It would just take business away from
14  their regular buyers.
15     Q    Okay.  So it was worse than a lowering of
16  price, they wouldn't be able to make sales,
17  potentially, to these Canada and Hong Kong buyers
18  because those folks could have bought from USEM,
19  correct?
20     A    Yes.
21     Q    So they were saying, Hey, USEM, you guys
22  can't execute this export order because that could
23  harm some of our UEP members, right?
24          MS. SUMNER:  Objection.  Calls for
25          speculation.

PHYLLIS BLIZZARD 2/15/2013

Page 230

```
 1          THE WITNESS:  No, it would take business
 2     away from U.S. Egg Marketers members, not UEP.
 3  BY MR. STUEVE:
 4     Q    Well, it says --
 5     A    Oh.
 6     Q    -- USEM, UEP members, correct?
 7     A    Right.  I didn't write it.  Yes, sir.
 8     Q    Well, ma'am, you've already testified that
 9  if you were a USEM member, you were a UEP member as
10  well?
11          MS. SUMNER:  Objection.
12  BY MR. STUEVE:
13     Q    Correct?
14          MS. SUMNER:  Objection.
15          THE WITNESS:  I don't know what to say.
16     Sorry.
17  BY MR. STUEVE:
18     Q    Other committee members expressed the
19  point of view that the function of USEM to consider
20  export opportunities for the benefit of moving eggs
21  out of the country to improve the domestic price
22  regardless of where those eggs might be shipped.
23          Did I read that correctly?
24     A    Yes.
25     Q    So what they were saying is, the other
```

---

PHYLLIS BLIZZARD 2/15/2013

Page 231

```
 1  group was saying, But wait a minute, the purpose of
 2  the export program is to ship eggs abroad regardless
 3  of where they go so we can increase the domestic
 4  price, correct?
 5          MS. SUMNER:  Objection.
 6          THE WITNESS:  It does not always.
 7  BY MR. STUEVE:
 8     Q    But that's what they were saying here,
 9  correct?
10     A    Granted, that's what they were saying.
11          MS. SUMNER:  Objection.
12  BY MR. STUEVE:
13     Q    So then let's see what they decided to do.
14  It was moved by Biggers and seconded by Bahan to
15  approve the export order for the entire package of
16  150 container loads.  This motion carried with a
17  vote of 60 [sic] in favor and 5 opposed.  Discussion
18  followed as to how should we react if the majority
19  of USEM members did not support this order.
20          The following motion was then made:
21  It was moved by Bahan and seconded by Brock to
22  immediately seek a vote from the membership of
23  87 loads for Europe should the membership reject the
24  order for 150 loads.  The motion carried
25  unanimously.
```

---

PHYLLIS BLIZZARD 2/15/2013

Page 232

```
 1          So if they couldn't get a majority of
 2  the members to vote for the 150, then they would
 3  propose the 87 loads for Europe, those would
 4  obviously be exports not to Hong Kong and Canada,
 5  correct?  Is that correct?
 6     A    Yes.
 7     Q    And do you know what happened?  Were they
 8  able to get a majority?
 9     A    I'd have to look in the records.
10     Q    Where would you look?
11     A    Excuse me.  You said the motion carried
12  with a vote of 60 in favor and 5 opposed.  It was 6.
13     Q    Ma'am, I apologize if I misspoke.
14          The motion -- I will just read it
15  back.  The first motion carried 6 in favor,
16  5 opposed.  Then there was a discussion that says,
17  Wait a minute, if we can't get the majority of the
18  USEM, then we should have a second option.  And the
19  second option was approved unanimously to ship
20  87 loads but only to Europe, not Hong Kong, not
21  Canada, correct?
22     A    Correct.
23     Q    Do you know what happened?
24     A    No, I do not, without checking my records.
25     Q    Where would you check?
```

---

PHYLLIS BLIZZARD 2/15/2013

Page 233

```
 1     A    I'd have to look -- I have an index back
 2  at the office to look.
 3     Q    What is the index?
 4     A    It's just my self-made list of exports.
 5     Q    Have those been produced to us?
 6     A    I'm not sure.  I think so.
 7     Q    Have they been given to counsel?
 8     A    I think so.
 9     Q    Just so -- there's been a lot of documents
10  that have been produced on all sides.  Can you tell
11  us, is there a title to --
12     A    No, sir.  It's -- like I said, it's my own
13  personal list.
14     Q    Is it an Excel spreadsheet?
15     A    No.
16     Q    What format?
17     A    No.  No.
18     Q    Is it a Word document?
19     A    I would say.
20     Q    You prepared it.  Is it a Word document or
21  not?
22     A    Yes.
23     Q    And have you been keeping this since
24  September of 2000?
25     A    Yes.
```

---

PHYLLIS BLIZZARD 2/15/2013

Page 234

1    Q    And this is a running compilation prepared
2  by you of all export orders; is that right?
3    A    Yes.
4              (Exhibit Blizzard 24 was marked
5              for identification.)
6  BY MR. STUEVE:
7    Q    Ma'am, can you identify Exhibit 24 as
8  another invoice --
9    A    Yes.
10   Q    -- dated November 30, 2001, involving a
11 sale to Nelson Poultry Farm in Manhattan, Kansas, on
12 or about November 30, 2001; is that correct?
13   A    It was not a sale.  They were billed for a
14 an export.
15   Q    Right.  It has Sold To, but this -- the
16 way this would have worked, as you testified
17 earlier, is Nelson Poultry Farm, because they had a
18 commitment under the USEM agreement to meet its
19 pro-rata share in the future of any orders, now
20 they've been notified that there is an order that's
21 been placed and they've requested UEP, requested UEP
22 egg traders to fulfill that obligation, and UEP egg
23 traders executed the transaction.  And it resulted
24 in what?
25   A    They're being billed for the difference.

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                              UE_DEP_0000234

---

PHYLLIS BLIZZARD 2/15/2013

Page 235

1    Q    And the difference was what?
2    A    $1,120.85.
3    Q    And that was a loss; is that correct?
4    A    That's what it says, yes, sir.
5    Q    Which had to come out of their pocket; is
6  that right?
7    A    Yes, sir.
8    Q    And then the Weight Country [sic] loss,
9  11 cases, 961, was that a separate export?
10   A    It says Wright County, W-R-I-G-H-T.
11   Q    What do you understand that to mean?
12   A    That was a producer that did not -- he did
13 not pro-- that's not the right word.  He did not
14 deliver his own eggs.  He backed out of it.  That's
15 the word I was looking for.
16   Q    So Nelson Poultry Farm backed out of --
17   A    No.  No.  No.  Wright County backed out.
18 And so the expense was divided amongst the U.S. Egg
19 Marketers members, because we had to buy those eggs.
20   Q    So in addition to the loss that was
21 assessed with respect to Nelson Poultry Farm
22 attempting to meet their obligations to USEM, they
23 also then were allocated additional losses along
24 with all other USEM members because a member backed
25 out of their commitment?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                              UE_DEP_0000235

---

PHYLLIS BLIZZARD 2/15/2013

Page 236

1    A    Yes, sir.
2    Q    And is Mr. DeCoster, would that have been
3  with Wright County?
4    A    I think that's correct, yes, sir.
5    Q    And perhaps this is why Nelson Poultry
6  Farm left USEM in 2002?
7    A    I have no idea, sir.
8    Q    Is it fair to say every one of the
9  transactions we've looked at, that's several now
10 with respect to Nelson Poultry Farm in Manhattan,
11 Kansas, related to the export program, they've lost
12 money, correct?
13   A    All of the invoices that you looked at.
14 You looked at quite a few.
15   Q    I am talking about with respect to Nelson
16 Poultry Farm, we looked at several.  To the best of
17 your recollection, they were at a loss in all of
18 them?
19   A    Right.  Because they did not pack their
20 eggs.
21            (Exhibit Blizzard 25 was marked
22            for identification.)
23 BY MR. STUEVE:
24   Q    Let me show you what's been marked as
25 Exhibit 25.  Can you tell me what that is?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                              UE_DEP_0000236

---

PHYLLIS BLIZZARD 2/15/2013

Page 237

1    A    It looks like a UEP invoice to Nelson.
2  This is -- it looks like UEP for dues, 2002 dues.
3  It's handwriting, it's from Linda Reickard.
4    Q    It looks like there's 900,000 -- doesn't
5  that look like pallets?
6    A    It looks like pullets.
7    Q    Excuse me.  Pullets?
8    A    Yes, sir.
9    Q    What is that referring to?
10   A    A pullet is a baby chicken.
11   Q    Right.  But what does this, above that,
12 say?  Started?
13   A    That's what it looks like.
14   Q    So do you know, was Nelson Poultry Farm
15 not a member of UEP?
16   A    I do not know if they were a member of
17 UEP.
18   Q    Do you know why they would have been
19 assessed dues at the end of --
20   A    No, sir, I do not.
21   Q    Is it fair to say that these dues, to the
22 best of your knowledge, would have made them dues that
23 would have allowed them to be a member of USEM?
24   A    No.
25   Q    We've looked at the agreement that was in

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                              UE_DEP_0000237

PHYLLIS BLIZZARD 2/15/2013

Page 238

```
1   place in 2000 that USEM members would have entered
2   into, right?
3       A   Yes.
4       Q   And that specifically provided UEP members
5   may become USEM members by committing to the
6   following export program without the payment of
7   additional membership fees.  Non-UEP applicants may
8   become USEM members by committing to the following
9   export program upon obtainment of dues equal to the
10  dues scheduled UEP.
11              So would it be a fair assumption that
12  that is -- that second provision, that non-UEP
13  members would be assessed dues equivalent to the UEP
14  dues, is why Nelson Poultry Farm received this
15  invoice?
16          MS. SUMNER:  Object to the form.
17          THE WITNESS:  I really don't know.  I
18      didn't do it.
19              (Exhibit Blizzard 26 was marked
20                  for identification.)
21  BY MR. STUEVE:
22      Q   Let me show you what's been marked as
23  Exhibit 26.  Maybe this will refresh your
24  recollection.  This is dated, executed in duplicate,
25  this 31st day of October, 2000.
```

PHYLLIS BLIZZARD 2/15/2013

Page 239

```
1              Can you confirm for me that this is
2   Nelson Poultry Farm's Inc. Membership Agreement and
3   Export Commitment document?
4       A   That's what it appears to be.
5       Q   And it has a house capacity, layers owned
6   by applicant, of 160,000; is that correct?
7       A   Yes, sir.
8       Q   And then under paragraph 2, it has the
9   sentence that says, UEP members may become USEM
10  members by committing to the following export
11  program without the payment of additional membership
12  fees.  Non-UEP applicants may become USEM members by
13  committing to the following export program and upon
14  payment of dues equal to the dues schedule of UEP.
15              Is that correct?
16      A   That's what it says, yes.
17      Q   So now looking at Nelson's agreement,
18  would it be your understanding, as the CEO of USEM,
19  that the dues assessed at the end of 2001 would have
20  been because Nelson was not a member of UEP?
21      A   Again, I did not do this.  I do not know.
22      Q   Are you aware of any other agreement that
23  would have been in place at the end of December 2001
24  with Nelson Poultry Farm of Manhattan, Kansas, other
25  than Exhibit 26?
```

PHYLLIS BLIZZARD 2/15/2013

Page 240

```
1       A   What were the dates again, sir?
2       Q   The end of December of 2001, are you aware
3   of any other agreement between USEM and Nelson
4   Poultry Farm of Manhattan, Kansas, other than
5   Exhibit 26?
6       A   No, sir.
7               (Exhibit Blizzard 27 was marked
8                   for identification.)
9   BY MR. STUEVE:
10      Q   Showing you what's been marked as
11  Exhibit 27.  We had discussed briefly United Voices,
12  you had mentioned that earlier.  Do you recall that?
13      A   Yes.
14      Q   And is this an example of an edition of
15  United Voices that would have been prepared by UEP
16  and sent out to UEP, USEM, UEA members?
17      A   To the best of my knowledge.
18      Q   Was that a monthly publication?
19      A   I think it's bi-weekly.
20      Q   Has that been the case since September of
21  2000, to the best of your knowledge?
22      A   To the best of my knowledge.
23      Q   And if you would, on the first page of
24  this United Voices under, USEM is trying to help the
25  egg market, do you see that?
```

PHYLLIS BLIZZARD 2/15/2013

Page 241

```
1       A   Yes.
2       Q   It says, The members of United States Egg
3   Marketers, USEM, are again trying to provide a boost
4   to the domestic egg market.  The members voted to
5   accept and support the delivery of the following,
6   and then it identifies the two export commitments;
7   is that correct?
8       A   That's what it says.
9       Q   And was that the practice of UEP, was to
10  notify all of its members of the export commitments
11  of USEM through the bi-monthly United Voices?
12      A   To the best of my knowledge, that's what
13  he did.
14      Q   "He" meaning Mr. Gregory?
15      A   Gene Gregory, yes, sir.
16      Q   If you would, over on the next page,
17  there's a question of, Tell me, why were December
18  prices so low?  I want to focus for this deposition
19  on the third paragraph that says, In December of
20  2000, we exported 34 loads of shell eggs.  During
21  the period of September 24 through November 30 of
22  2001, we exported 252 loads of shell eggs.
23              Did I read that correctly?
24      A   You did.
25      Q   And when he's referring to "we," he's
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 242

1  referring to who?

2        MS. SUMNER:  Objection.

3        THE WITNESS:  I would say he's referring

4  to U.S. Egg Marketers.

5  BY MR. STUEVE:

6     Q     So this is on UEP -- has the UEP label on

7  the front, right?

8     A     Yes.

9     Q     I don't see USEM's logo or brand on the

10  top, do you?

11    A     That's correct.

12    Q     And you would agree that 252 loads, those

13  would have been consummated after UEP took over

14  USEM, correct?

15        MS. SUMNER:  Object to form.

16        THE WITNESS:  After USEM is managed by

17  UEP, yes.

18  BY MR. STUEVE:

19    Q     And that's almost eight times the export

20  from the year earlier; is that correct?

21    A     It was more.

22    Q     Well, you would agree that 252 is

23  substantially more than 34?

24    A     Believe me, I know.  Yes, sir.

25    Q     And you would have, in fact, been very

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 243

1  busy in attempting to implement those export trades,

2  correct?

3     A     Yes, sir.

4              (Exhibit Blizzard 28 was marked

5              for identification.)

6  BY MR. STUEVE:

7     Q     Now, Ms. Blizzard, you've testified

8  repeatedly today that you're absolutely certain that

9  Nelson Poultry Company left USEM in early 2002; is

10  that correct?

11    A     To the best of my knowledge.

12    Q     Right.

13    A     I don't have an exit date.

14    Q     That's why I was asking you several times

15  if there was a document that we could point to that

16  would give an exact exit date, and you don't have

17  one, do you?

18    A     I do not.

19    Q     Well, let me show you this document,

20  Exhibit 28.  This is an export pack or purchase,

21  right?

22    A     Yes, sir.

23    Q     It's delivery of November 2002, right?

24    A     That's what it says.

25    Q     And it identifies Nelson Poultry Company,

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 244

1  correct?

2     A     Yes, sir.

3     Q     And committed cases of 145, right?

4     A     Yes, sir.

5     Q     And this would have been a document that

6  would have been produced under USEM's Bates range,

7  or label, if you can see down on the lower left

8  corner, USEM114?

9     A     But it doesn't have anything filled out on

10  the right side.

11    Q     I understand that.  But the export pack or

12  purchase, the document prepared by USEM for delivery

13  of November of 2002, has Nelson Poultry Company

14  allocated 140 [sic], correct?  It says committed

15  cases; is that right?

16    A     That's what it says, 145.  This is not my

17  document.

18    Q     Who would have prepared this document?

19    A     I'm assuming that would have been Gene or

20  the starting of a document.  I do not know.

21    Q     By Gene Gregory?

22    A     I do not know.  Yes, sir.

23              (Exhibit Blizzard 29 was marked

24              for identification.)

25  BY MR. STUEVE:

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 245

1     Q     Let me show you what's been marked as

2  Exhibit 29.  If you would, this is entitled United

3  States Egg Marketers USEM Membership Agreement and

4  Export Commitment.  Down at the bottom, it has

5  executed this blank day of 2003.

6              Do you see that?

7     A     Yes, sir.

8     Q     And this is produced by United Egg

9  Producers, UE, and last three digits are 928.

10        MS. SUMNER:  Object to form.

11  BY MR. STUEVE:

12    Q     Is that correct?

13              Go ahead.  Does it say UE928?

14    A     Yes, that's the number at the bottom.

15    Q     And can you confirm for me it says

16  executed this day of 2003?

17    A     Yes.  But it's blank.

18    Q     Would this, however, be an indication, to

19  the best of your knowledge, of the agreement that

20  would have been in place in the 2003 time frame?

21    A     I have no idea.  It's blank.

22    Q     Well, this looks like a form, does it not,

23  ma'am?

24    A     Yes, it does.

25    Q     Are you aware of any other form that's

PHYLLIS BLIZZARD 2/15/2013

Page 246

```
 1   been produced by either USEM or United Egg Producers
 2   that would have been in place or be utilized in 2003
 3   other than Exhibit 29?
 4        A    To the best of my knowledge, no.
 5        Q    And if you would, under Membership Dues,
 6   it says, UEP members may become USEM members by
 7   committing to the following export program without
 8   the payment of additional membership fees.
 9             Did I read that correctly?
10        A    Yes, you did.
11        Q    So when do you believe that that
12   membership agreement was changed?
13        A    I'd have to go back and look at the
14   records to see an exact date.
15                   (Exhibit Blizzard 30 was marked
16                    for identification.)
17   BY MR. STUEVE:
18        Q    I am going to show you what's been marked
19   as Exhibit 30.  Can you just confirm for me that
20   Exhibit 30, that this is a communication that -- a
21   communication like this would be sent out to USEM
22   members after an export order was accepted by the
23   USEM membership?
24        A    Yes, that's what it says.
25        Q    But do you recall these, this kind of
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191            Fax:

CONFIDENTIAL                                   UE_DEP_0000246

---

PHYLLIS BLIZZARD 2/15/2013

Page 247

```
 1   communication going out?
 2        A    This was done by Gene, yes.
 3        Q    What I am asking, do you recall this type
 4   of communication going out to USEM members?
 5        A    Yes.  It's a notification, yes, sir.
 6        Q    And it says here -- it has the specific
 7   allocation for this particular member, which is
 8   Cal-Maine Foods, correct?
 9        A    Yes.
10        Q    And Dolph Baker of Cal-Maines is the one
11   who is listed there; is that right?
12        A    That is correct.
13        Q    It says, You're encouraged to call Phyllis
14   Blizzard -- that would be you -- for further
15   details, including port of delivery; is that
16   correct?
17        A    Yes.
18        Q    And then, You may fill your commitment by
19   either packing and shipping your own eggs, or you
20   may request that a UEP egg traders purchase your
21   commitment.
22             We talked about that earlier, that's
23   how the program worked; is that right?
24        A    Yes.
25        Q    You also, though, identified that there
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191            Fax:

CONFIDENTIAL                                   UE_DEP_0000247

---

PHYLLIS BLIZZARD 2/15/2013

Page 248

```
 1   was a third option, which would be they could go
 2   out --
 3        A    Early on it was, yes, sir.
 4        Q    And to go out and purchase from ECI to
 5   fill their commitment as well, right?
 6        A    Yes, sir.
 7        Q    Now, it says on the next page, it says,
 8   Under your commitment, by your signed membership
 9   agreement -- and that's the agreement we just looked
10   at earlier that Nelson had signed, right?  That's
11   the kind of agreement we're talking about?
12        A    I assume so, sir, yes.
13        Q    By your signed membership agreement, you
14   have agreed as follows:  Our company agrees to
15   participate pro rata in all shell egg exports
16   approved by the USEM export committee and taken by
17   USEM.  The level of export commitment will be
18   determined by each member's total layer -- I am
19   sorry.  The level of export commitment will be
20   determined by each member's total layer number
21   compared to the total layers of all members.
22             Did I read that correctly?
23        A    You did.
24        Q    That's how it worked, correct, the export
25   program?
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191            Fax:

CONFIDENTIAL                                   UE_DEP_0000248

---

PHYLLIS BLIZZARD 2/15/2013

Page 249

```
 1        A    Yes.  Yes.
 2                   (Exhibit Blizzard 31 was marked
 3                    for identification.)
 4   BY MR. STUEVE:
 5        Q    Show you what's been marked as Exhibit 31.
 6   Can you confirm for me that the first page of
 7   Exhibit 31 is identified as USEM annual membership
 8   meeting, October 22, 2004, New Orleans?
 9        A    Yes.
10        Q    And you would have been present for that,
11   correct?
12        A    Yes, sir.
13        Q    And that was the same location, same time
14   as UEP; is that correct?
15        A    Yes.
16        Q    And if you would, attached you'll see
17   under the agenda, the next page, under item three,
18   it says, Minutes of previous meeting.
19             And then, if you turn to the next
20   page, it actually has the minutes from the USEM
21   meeting of October 24, 2003, in Albuquerque, New
22   Mexico, correct?
23        A    Yes, sir.
24        Q    And that annual meeting of USEM in
25   Albuquerque, New Mexico, in October of 2003, was the
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191            Fax:

CONFIDENTIAL                                   UE_DEP_0000249

PHYLLIS BLIZZARD 2/15/2013

Page 250

1 same time and same location as UEP's, correct?

2     A    That is correct.

3     Q    And if we could, under the financial

4 report, under the second paragraph, it says, Gregory

5 announced that while UEP was not at this time asking

6 for the 50,000 management fee to be increased for

7 2004, he did feel that UEP was spending far more

8 than the amount paid and that USEM was getting a

9 bargain.

10           Did I read that correctly?

11     A  Yes, you did.

12     Q    And you were at this meeting in October of

13 2003. Do you recall that discussion?

14     A  Yes, sir.

15     Q    And did you share that view that UEP was

16 spending far more than the amount paid?

17     A  Did I comment myself?

18     Q    Did you share that view?

19     A  Yes, sir.

20     Q    Now, if you would, still in that document,

21 the financials that were presented, it's CM, and

22 then the last three digits are 823.

23           It's the income statement from

24 January 1, 2004, to August 31, 2004.

25           It has -- under Income, it has

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191    Fax:
CONFIDENTIAL    UE_DEP_0000250

---

PHYLLIS BLIZZARD 2/15/2013

Page 251

1 "interest" and then "golf event revenues."

2     A  Yes.

3     Q    Correct?

4           Now, for USEM, there's no income from

5 dues, correct?

6     A  That's what it says.

7     Q    And you would agree that the interest of

8 $502 and the golf event revenues of 8,550 falls far

9 short of the $50,000 USEM management agreement with

10 UEP; is that correct?

11     A  It appears that way, yes, sir.

12     Q    The expenses listed are the bank service

13 charges, postage, golf event expense, meetings,

14 taxes and licenses, management fee of 33,333.36 and

15 then Board liability insurance; is that correct?

16     A  That's what it says, yes.

17     Q    Now, this would have been August 31, 2004,

18 so, presumably, the full 50,000 expense had not been

19 incurred because the year had not been complete; is

20 that right?

21     A  That's my impression, yes.

22     Q    But the bottom line is the net income loss

23 shows that USEM had a $36,000 shortfall, correct?

24     A  That's what it says, yes.

25     Q    Now, let me show you the next document in

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191    Fax:
CONFIDENTIAL    UE_DEP_0000251

---

PHYLLIS BLIZZARD 2/15/2013

Page 252

1 this packet, which is CM6824. And it has USEM

2 export sales, sales since UEP assumed management of

3 USEM.

4           Do you see that?

5     A  I do.

6     Q    Who would have prepared this document?

7     A  Gene Gregory.

8     Q    And at this time would he have been the

9 president of UEP, the 2004 annual meeting?

10     A  I don't recall the year that Pope, Al Pope

11 retired, honestly.

12     Q    Now, if you look underneath the USEM

13 export sales, it says, Higher-than-normal egg prices

14 in the U.S. during the period of February 2003 and

15 the spring of 2004 have not warranted an export of

16 U.S. eggs to Europe.

17           Do you remember that period of time

18 in which USEM was not exporting eggs?

19     A  Yes.

20     Q    Because of the higher-than-normal egg

21 prices in the U.S.?

22     A  Higher-than-normal prices -- oh, the

23 higher prices were in Europe, wasn't it?

24     Q    Let me read it again. Higher-than-normal

25 egg prices in the U.S. during the period of

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191    Fax:
CONFIDENTIAL    UE_DEP_0000252

---

PHYLLIS BLIZZARD 2/15/2013

Page 253

1 February 2003 and the spring of 2004 have not

2 warranted an export of U.S. eggs to Europe.

3     A  You're correct.

4     Q    Do you remember that period of time,

5 because you wouldn't have been required to implement

6 exports?

7     A  Correct.

8     Q    Right?

9     A  Correct.

10     Q    Then in the next paragraph, While egg

11 prices have sharply declined in the U.S., and should

12 warrant an export, we find that supplies within the

13 European Union countries has been more than

14 sufficient to meet demands.

15           Did I read that correctly?

16     A  You did, yes.

17     Q    Now, if you could, also in this document,

18 the next one over is 825, CM825.

19     A  Yes.

20     Q    Actually, that's not the -- it's CM827.

21 And this appears to be, again, another form

22 membership agreement that would have been included

23 in the materials for the October 2004 annual

24 meeting, correct?

25     A  That's what it appears, yes, sir.

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191    Fax:
CONFIDENTIAL    UE_DEP_0000253

PHYLLIS BLIZZARD 2/15/2013

Page 254

```
1     Q    And if you would, under Membership Dues,
2   the agreement says, UEP members may become USEM
3   members by committing to the following export
4   program without payment of additional membership
5   fees, correct?
6     A    That's what it says, yes.
7     Q    So it doesn't appear that this change to
8   the agreement allowing dues to be assessed on top of
9   UEP dues has been implemented as of the end of 2004,
10  correct?
11    A    That's what it appears.
12    Q    Let me show you --
13              (Exhibit Blizzard 32 was marked
14               for identification.)
15  BY MR. STUEVE:
16    Q    Exhibit 32, I'll show you what's been
17  marked as Exhibit 32.
18              Can you tell me, this appears to have
19  been produced by United Egg Producers, and it's
20  1405.  It says it's an invoice that's sold to United
21  Egg Producers and then shipped to Nelson Poultry,
22  call for directions, Manhattan, Kansas.
23              Do you see that?
24    A    I do.
25        MS. SUMNER:  Object to the form of that.
```

PHYLLIS BLIZZARD 2/15/2013

Page 255

```
1   BY MR. STUEVE:
2     Q    It's dated April 30, 2006.
3     A    I see it.
4     Q    You would have been the egg trader at that
5   time, correct, for UEP?
6     A    Yes.  But this looks like it doesn't --
7   it's not eggs.  It's from Urban Forest Recyclers.
8     Q    I'm sorry.  Yeah.  Different -- I'm
9   looking at a different thought in my head.
10              Can you tell me -- can you tell me
11  what this invoice reflects to you?
12    A    No, sir.  I have no idea.  It was not
13  generated out of my office.
14    Q    Can you tell by the item number, though,
15  based on your experience in the industry, what
16  they're referring to there?
17    A    No, sir.
18    Q    You can confirm it does not appear to be
19  an egg purchase; is that correct?
20    A    It does not appear to be.
21    Q    If you remember the question I had earlier
22  about USEM purchasing supplies for its members, do
23  you remember that USEM used to do that prior to --
24    A    Central purchasing, yes.
25    Q    And they would purchase, for example,
```

PHYLLIS BLIZZARD 2/15/2013

Page 256

```
1   crates for their members; is that right?
2     A    U.S. Egg Marketers did, yes, before
3   September 2000.
4     Q    Then after September 2000, you weren't
5   sure one way or the other whether United Egg
6   Producers continued to do that; is that correct?
7         MS. SUMNER:  Object to the form.
8   BY MR. STUEVE:
9     Q    Go ahead.
10    A    All I told you is that we did not bring
11  central purchasing.
12    Q    Does this look like to you, though, to be
13  an invoice with respect to a purchase by United Eggs
14  of crates, or can you tell?
15    A    I cannot.
16    Q    Let's look at the next one.
17              (Exhibit Blizzard 33 was marked
18               for identification.)
19  BY MR. STUEVE:
20    Q    Maybe this will clarify it.  Exhibit 33,
21  this is United Egg Producers' document concerning
22  gray fibre flats; is that right?
23    A    That's what it reads, yes.
24    Q    And that number -- do you have an
25  understanding as to what this invoice reflects?
```

PHYLLIS BLIZZARD 2/15/2013

Page 257

```
1     A    That's what it says, gray fibre flats.
2     Q    This appears to be a document that
3   reflects a sale between United Egg Producers to
4   Nelson Poultry Farm concerning gray fibre flats; is
5   that correct?
6     A    That's what it says.
7     Q    And this would have been in May of 2006;
8   is that right?
9     A    And it's also from Iowa.
10    Q    Ma'am, if you could just answer my
11  question.  The invoice date is May of 2006; is that
12  correct?
13    A    Yes.
14    Q    And in 2006, did United Egg Producers have
15  a facility in Iowa?
16    A    Repeat it again, please.
17    Q    In 2006, did United Egg Producers have a
18  facility in Iowa?
19    A    We had an office in Iowa, yes.
20    Q    And is that office still there?
21    A    No.
22    Q    When was it closed down?
23    A    The end of the year.
24    Q    The end of this past year?
25    A    Yes, sir.
```

PHYLLIS BLIZZARD 2/15/2013

Page 258

```
1    Q    Who was in that facility?
2    A    Linda Reickard.
3    Q    Was she in that facility from September of
4    2000 up to the end of last year?
5    A    Yes.
6    Q    And has she now moved to the Georgia
7    headquarters?
8    A    No.
9    Q    She's no longer with the company?
10   A    Correct.  She retired.
11   Q    And do you know where she lives?
12   A    In Iowa.
13                (Exhibit Blizzard 34 was marked
14                 for identification.)
15   BY MR. STUEVE:
16   Q    If you could -- this is a communication
17   from Gene Gregory to Larry Seger and Jim Brock; is
18   that correct?
19   A    That's what it appears to be.
20   Q    And in the second to last paragraph there,
21   it says, Not since UEP assumed management of USEM in
22   2000 have USEM members ever been charged any
23   membership dues.
24            Did I read that correctly?
25   A    You did.
```

PHYLLIS BLIZZARD 2/15/2013

Page 259

```
1    Q    So would it be fair to say that this would
2    confirm that from September of 2000 up through at
3    least June of 2006, if you were a UEP member, you
4    could join USEM without paying any additional dues,
5    correct?
6    A    It's just saying that USEM has not been
7    charged dues.
8    Q    We've seen the agreement that specifically
9    says that if you're already paying UEP member dues,
10   you can join USEM without paying any additional
11   dues, correct?
12   A    I need to look back and see on the
13   management agreements -- or excuse me, on the
14   membership agreements.
15   Q    We've already been through several of
16   those.  If you would, just listen to my question.
17            Can you confirm from this statement
18   that consistent with the agreements that we've
19   looked at, that from September of 2000 up through
20   June of 2006, USEM members who were also UEP members
21   paid no additional dues to USEM other than the dues
22   they had already paid to UEP, correct, according to
23   this document?
24   A    According to this document, that's what it
25   says.
```

PHYLLIS BLIZZARD 2/15/2013

Page 260

```
1    Q    And do you have any independent
2    recollection different than what's stated by Gene
3    Gregory, the senior vice president of UEP?
4    A    I would say yes.
5    Q    Do you have a different recollection?
6    A    Oh, I thought you said do I agree with
7    Gene Gregory.
8    Q    Do you agree with his statement, to the
9    best of your recollection?
10   A    To the best of my recollection.
11            (Exhibit Blizzard 35 was marked
12             for identification.)
13   BY MR. STUEVE:
14   Q    Showing you what's been marked as
15   Exhibit 35.  If you would, if you could look down at
16   the bottom of the document, and this appears to be
17   an e-mail to you, right, Phyllis?
18   A    That's what it looks like, yes.
19   Q    Could you please forward NuCal's,
20   N-U-C-A-L-'-S, cost per dozen to participate in this
21   last export.
22            Do you see that e-mail?
23   A    I do.
24   Q    And then the next one above says, Wayne,
25   I've chosen to respond rather than Phyllis doing so.
```

PHYLLIS BLIZZARD 2/15/2013

Page 261

```
1    The cost is big, so sit down before you see this and
2    fall over.
3            Do you remember this communication?
4    A    I mean, it's been seven years.
5    Q    I'm just asking, do you remember this,
6    because this was an export order that was placed by
7    USEM in which there were substantial losses
8    incurred, correct?
9    A    I see it in print, yes, sir.
10   Q    And it says, Keep in mind that the Midwest
11   large quote rose by 40 cents per dozen during the
12   period of this export, so your companies made a lot
13   of money on this export.
14            Did I read that correctly?
15   A    You did.
16   Q    What he was indicating to NuCal Foods is
17   that because of the export, domestic prices rose
18   40 cents per dozen and, therefore, NuCal and all
19   other UEP members benefited because of that increase
20   in domestic prices, correct?
21            MS. SUMNER:  Object to the form.
22            THE WITNESS:  It's what's in print.
23   BY MR. STUEVE:
24   Q    Am I understanding it correctly?
25   A    To the best of my knowledge, yes, sir.
```

PHYLLIS BLIZZARD  2/15/2013

Page 262

```
1      Q   So then he was indicating to him try to
2   remember that as you calculate your cost to
3   participate, right?
4      A   That's what it says.
5      Q   Do you know, in November of 2006, how many
6   UEP members were located in the State of Kansas?
7      A   UEP members?
8      Q   Mm-hmm.
9      A   In 2006?
10     Q   Right.
11         MS. SUMNER:  Again, she's not here as the
12   UEP witness, but if she knows, she can answer
13   the question.
14         THE WITNESS:  Only two I can recall would
15   be Nelson and Cal-Maine.
16         MR. STUEVE:  Why don't we take a break
17   here.  I'm going to -- give me about five
18   minutes.  I'm going to go through these
19   remaining documents and look at my categories
20   here.  I can kind of tell you how much more
21   I've got.
22         (Brief recess.)
23                    (Exhibit Blizzard 36 was marked
24                     for identification.)
25   BY MR. STUEVE:
```

PHYLLIS BLIZZARD  2/15/2013

Page 263

```
1      Q   We're back on the record.  Let me show you
2   what's been marked as Exhibit 36.
3          Can you confirm that this is a
4   document on UEP letterhead issued to USEM members
5   from Linda Reickard, and it indicates that The
6   United States Egg Marketers, USEM, held their 2006
7   annual meeting in San Antonio in October and for the
8   first time voted to assess each member a small
9   membership fee for 2007.
10         Did I read that correctly?
11     A   You did.
12     Q   This small fee of 120 [sic] cent per layer
13   will allow USEM to pay United Egg Producers the same
14   management fee as in past years since UEP assumed
15   USEM management.
16         Did I read that correctly?
17     A   Yes.  It's one-twentieth.
18     Q   One-twentieth cent per layer?
19     A   Yes.
20     Q   Does that refresh your recollection that
21   it was not until 2007 that any dues were assessed
22   USEM members in addition to their UEP dues?
23     A   According to this letter, it does, yes.
24                    (Exhibit Blizzard 37 was marked
25                     for identification.)
```

PHYLLIS BLIZZARD  2/15/2013

Page 264

```
1   BY MR. STUEVE:
2      Q   I'll show you what's been marked as
3   Exhibit 37.  Can you confirm that this was a
4   communication from Gene Gregory to United States Egg
5   Marketers dated November 22, 2006?
6      A   That's what it looks like.  It's on U.S.
7   Egg Marketers' letterhead.
8      Q   And then there's a bullet point number 1
9   where he's referencing the Urner Barry Midwest large
10   quote increased by 40 cents per dozen during the
11   period of filling this export.
12         He concludes the paragraph by
13   stating, We must conclude that this export provided
14   major financial benefits.
15         Did I read that correctly?
16     A   That is what it says.
17     Q   And then he says, since -- next bullet
18   point, Since UEP assumed the management of USEM in
19   the fall of 2000, we sold five sizable exports prior
20   to the recent sale.
21         He goes on to identify his analysis
22   and concludes by stating, We must therefore conclude
23   that this recent export was a major financial boost
24   to all shell egg producers that market eggs at
25   prices in relationship to the Urner Barry benchmark
```

PHYLLIS BLIZZARD  2/15/2013

Page 265

```
1   quote.
2          Did I read that correctly?
3      A   That's what it says, yes.
4      Q   As of November 22, 2006, do you know how
5   many shell egg producers were located -- who were
6   members of UEP were located in the State of Kansas
7   or had facilities in the State of Kansas that would
8   have benefited from the increase in market prices as
9   a result of the USEM export program?
10     A   I'd have to look at my records to see
11   years, for which years.
12     Q   And if you would, on the last bullet
13   point -- excuse me.  First bullet point on the
14   second page of this Exhibit 37, it says, Now I
15   realize that egg producers don't want to listen to
16   staff's problems, and their message is just get the
17   job done.  We, however, wish to acknowledge the
18   workload when a job this size comes along.  Keep in
19   mind that an export takes a hundred percent of
20   Phyllis Blizzard's time.  While she is handling all
21   the export details, she cannot be trading eggs for
22   the clients she regularly works with.
23         Do you believe that that -- those
24   statements were accurate at the time they were made
25   by Mr. Gregory?
```

---

PHYLLIS BLIZZARD 2/15/2013

Page 266

```
1     A    To the best of my knowledge, yes.
2     Q    Can you confirm that Exhibit 37, if you
3  look at the lower corner, it's the Bates range --
4  this was produced by Cal-Maine and faxed to
5  Cal-Maine, from United Egg Producers?
6     A    I'm sorry.  I missed that.
7     Q    If you look up here on Exhibit 37, the
8  top, it has United Egg Producers and it has a fax
9  number.
10    A    Yes.
11    Q    And then at the bottom, you'll note that
12 the "CM," which I can represent for the record are
13 documents produced by Cal-Maine.
14    A    I see what you mean now.  Yes.
15    Q    And they would have been a USEM member in
16 November of 2006, correct?
17    A    Cal-Maine was a member in 2006.
18    Q    Again, let me show you what's been marked
19 as Exhibit 38.
20              (Exhibit Blizzard 38 was marked
21                for identification.)
22 BY MR. STUEVE:
23    Q    Can you confirm, again, that this is a
24 document that was sent out to USEM members, and it
25 was, if you see the fax line again, from United Egg
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                                    UE_DEP_0000266

---

PHYLLIS BLIZZARD 2/15/2013

Page 267

```
1  Producers up there; is that right?
2     A    That's what it says, yes, sir.
3     Q    And it was sent by Gene Gregory, who would
4  have been the senior VP of United Egg Producers; is
5  that correct?
6     A    Yes, sir.
7     Q    And in the paragraph there, the second to
8  last, says, The reason for taking an export is to
9  improve U.S. domestic market conditions.
10             Did I read that correctly?
11    A    Yes.
12    Q    Now --
13              (Exhibit Blizzard 39 was marked
14                for identification.)
15 BY MR. STUEVE:
16    Q    Those improved market conditions in the
17 United States, the domestic market conditions he's
18 referring to there as far as improved, those would
19 have benefited UEP members that were located in the
20 state of Kansas, correct?
21        MS. SUMNER:  Object to the form.
22        MR. STUEVE:  You can read back the
23     question, please.
24        Let me just rephrase it.
25 BY MR. STUEVE:
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                                    UE_DEP_0000267

---

PHYLLIS BLIZZARD 2/15/2013

Page 268

```
1     Q    Referencing, in Exhibit 38, the statement
2  by Mr. Gregory that The reason for taking an export
3  is to improve U.S. domestic market conditions.
4              Did I read that correctly?
5     A    You did.
6     Q    And that would benefit egg producers who
7  are members of the UEP located in the State of
8  Kansas, correct?
9     A    To the best of my knowledge.
10    Q    Now, Exhibit 39, I just wanted to show
11 that document to you.  This is United Voices
12 edition; is that correct?
13    A    Yes, sir, appears to be.
14    Q    Dated November 30, 2006?
15    A    Yes.
16    Q    And would this refresh your recollection
17 as to when Al Pope stepped down as the UEP
18 president?
19    A    Yes, it does.
20    Q    And then under the next -- and that would
21 have been on or about the end of 2006; is that
22 correct?
23    A    It looks like it says, The new team will
24 be announced soon and will take effect February 1.
25              But I'm trying to find where it
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                                    UE_DEP_0000268

---

PHYLLIS BLIZZARD 2/15/2013

Page 269

```
1  says --
2     Q    The new team you're talking about will be
3  announced soon and will take effect February 1 of
4  2007?
5     A    Yes.
6     Q    Is that the best of your recollection when
7  he stepped down and Mr. Gregory took over as
8  president?
9     A    It could be.  I really am not sure.
10    Q    "Big Apology" is the next section there.
11 It says, The last issue of United Voices included a
12 list of all the United States Egg Marketers members
13 that supported and paid for the recently shipped
14 shell egg export.
15             Did I read that correctly?
16    A    That's what it says, yes, sir.
17    Q    And was that the practice, to identify all
18 those folks, USEM members who participated in the
19 United Voices edition following the export?
20    A    It was the editor's privilege.
21    Q    But was that the practice as far as you
22 knew?
23    A    I would imagine sometimes it was; and
24 sometimes it was not used.
25    Q    And he goes on to say, For some reason we
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:

CONFIDENTIAL                                    UE_DEP_0000269

PHYLLIS BLIZZARD 2/15/2013

Page 270

```
 1   failed to include Center Fresh Egg Farm of Sioux
 2   Center, Iowa, among the USEM member list.
 3                Did I read that correctly?
 4        A    Yes.
 5        Q    In the last paragraph, he states, We
 6   should also like to acknowledge that Creighton Bros.
 7   of Warsaw, Indiana, provided financial support and
 8   R.W. Sauder of Lititz, Pennsylvania, provided a few
 9   loads of eggs at the export sale price.
10        A    That's what it says.
11        Q    Those would have been non-USEM members who
12   would have participated in the export program,
13   correct?
14        A    To the best of my knowledge, yes, sir.
15                    (Exhibit Blizzard 40 was marked
16                     for identification.)
17   BY MR. STUEVE:
18        Q    Let me show you what's been marked as
19   Exhibit 40.  This is dated December 21, 2006.  It's
20   from Gene Gregory.  He -- it's identified who the
21   recipients are.  You are cc'd on it; is that
22   correct?
23        A    That's what it appears.
24        Q    And then it states that, During today's
25   conference call, you asked for a list of producers
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                      UE_DEP_0000270

---

PHYLLIS BLIZZARD 2/15/2013

Page 271

```
 1   that are not USEM members that should be encouraged
 2   to help support the export delivery in January.  We
 3   hope you will make phone calls to the following.
 4                So this is a communication from Gene
 5   Gregory of UEP to several members of UEP requesting
 6   that they go out and contact non-USEM members but
 7   UEP members to have them participate in the export
 8   report that's supposed to occur in January; is that
 9   correct?
10        A    That's what it appears to be.
11        Q    And did you also attempt to make contact
12   with these folks?
13        A    Me, Phyllis Blizzard?
14        Q    Yes.
15        A    No.
16                    (Exhibit Blizzard 41 was marked
17                     for identification.)
18   BY MR. STUEVE:
19        Q    I am going to show you what's been marked
20   as Exhibit 41.  This is the United States Egg
21   Marketers export committee conference call
22   December 21, 2006, the minutes.
23                And these are the export committee
24   meeting conference calls that you had been talking
25   about earlier, correct?
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                      UE_DEP_0000271

---

PHYLLIS BLIZZARD 2/15/2013

Page 272

```
 1        A    That's what it appears to be.
 2        Q    And this would be an example of the
 3   minutes that were taken during those export
 4   committee meetings?
 5        A    Yes, sir.
 6        Q    It identifies an export order that was
 7   going to be taking place, and then it says in the
 8   paragraph starting it, It was suggested that
 9   nonmembers of USEM should be contacted seeking their
10   support.
11                Do you know how often that occurred?
12        A    What's that, sir?
13        Q    That the USEM would solicit non-UEP
14   members to participate in their export program.
15   Non-USEM members, excuse me.
16                Let me back up.  Do you know how
17   often UEP members were -- that were not USEM members
18   were solicited to participate in USEM export
19   programs?
20        A    I do not.  But they were non-USEM members,
21   they were always trying to encourage new members.
22        Q    And that we saw that through the United
23   Voices document earlier, correct?
24        A    That's our cheerleader, yes, sir.
25        Q    And that those efforts to expand the
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                      UE_DEP_0000272

---

PHYLLIS BLIZZARD 2/15/2013

Page 273

```
 1   membership of USEM would have been received by UEP
 2   members located in the State of Kansas, correct?
 3        A    This is the list that they encouraged.
 4        Q    My question was, we were talking about the
 5   United Voices, the efforts through United Voices to
 6   recruit USEM members.  Do you remember my question
 7   along --
 8        A    Mm-hmm.
 9        Q    That those United Voice editions that
10   contained language encouraging UEP members to join
11   USEM would have been received by UEP members located
12   in the State of Kansas, correct?
13        A    I don't see how it could have been
14   avoided.
15                    (Exhibit Blizzard 42 was marked
16                     for identification.)
17   BY MR. STUEVE:
18        Q    Showing you what's been marked as
19   Exhibit 42.  This appears to be the Membership
20   Agreement and Export Commitment that was modified in
21   2007 that contains the one-twentieth-cent-per-layer
22   provision for dues; is that correct?
23        A    That's what it says.
24        Q    And is that one-twentieth-cent-per-layer
25   dues language contained in the current membership
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                      UE_DEP_0000273

PHYLLIS BLIZZARD 2/15/2013

Page 274

```
 1   agreement being used by USEM?
 2        A    No.
 3        Q    Has there been a subsequent modification
 4   since 2007?
 5        A    Yes.
 6        Q    And when did that occur?
 7        A    In 2010, if I'm not mistaken, and then
 8   again.
 9        Q    And in 2010, what change occurred to the
10   USEM agreement?
11        A    It was -- it was the membership
12   application.  I think I've gotten that confused
13   again.
14        Q    Do you know, though, if the dues
15   obligations for USEM members reflected in this 2007
16   agreement, of section 2, whether or not that has
17   been modified since 2007?
18        A    Yes.
19        Q    And you believe that occurred in 2010?
20        A    Yes, late 2009 or 2010.
21        Q    And what was the modification made?
22        A    It was two-tenths of a cent.
23        Q    And then since that time, has section 2 of
24   the membership agreement been modified?
25        A    Yes.
```

PHYLLIS BLIZZARD 2/15/2013

Page 275

```
 1        Q    And when did that occur?
 2        A    I'm not sure of the date, but it has been.
 3        Q    And has the dues amount increased?
 4        A    No.
 5        Q    Was it reduced?
 6        A    It was reduced.
 7        Q    To what?
 8        A    One-tenth.
 9        Q    Back down to one-tenth?
10        A    Yes, sir.
11        Q    Is that its current -- is that the current
12   language in the membership agreement, to the best of
13   your recollection, with respect to dues to USEM
14   members on top of UEP dues?
15        A    USEM members dues, yes.
16             May I add something?
17        Q    Sure.
18        A    It's a hundred dollars per member per year
19   plus one-tenth of a cent.
20        Q    When was that implemented?
21        A    That was the one I was just saying, I
22   forgot the $100.
23        Q    Was that in -- is that in the most recent
24   one?
25        A    The most recent.
```

PHYLLIS BLIZZARD 2/15/2013

Page 276

```
 1        Q    That would have been modified in --
 2        A    It's not in print.  It was by -- on a U.S.
 3   Egg Marketers Board meeting.
 4        Q    And how was that communicated to members?
 5        A    It was not communicated out of my office.
 6   I think it was communicated out of Linda's.
 7        Q    But was it communicated in the United
 8   Voices?
 9        A    No, sir, not to my knowledge.
10        Q    Was there a direct communication via
11   letter or e-mail?
12        A    I think so, yes, sir.
13        Q    Do you --
14        A    But I --
15        Q    Do you remember seeing a document that
16   reflected that change in any documents reviewed in
17   preparation of your deposition today?
18        A    No, sir.
19             (Exhibit Blizzard 43 was marked
20                    for identification.)
21   BY MR. STUEVE:
22        Q    Showing you what's been marked as
23   Exhibit 43.  I want to direct your attention
24   specifically to the USEM exports.  It says, Larry
25   Seger and Phyllis Blizzard provided a report and
```

PHYLLIS BLIZZARD 2/15/2013

Page 277

```
 1   assessment of the November export and the one
 2   currently being filled in January.
 3             Did I read that correctly?
 4        A    You did.
 5        Q    A graph was presented showing that the
 6   November export had increased egg prices by about
 7   15 cents during November and December.
 8             Did I read that correctly?
 9        A    You did.
10        Q    And do you remember assisting in the
11   preparation of that graph?
12        A    No, sir.
13        Q    Do you remember presenting the graph?
14        A    I believe it was in the folder.
15        Q    And that increase by about 15 cents during
16   the November and December time frame would have
17   benefited PEC members located in the State of
18   Kansas -- excuse me -- UEP members in the State of
19   Kansas?
20        A    I assume so.
21        Q    Now, Phyllis Blizzard reported on some of
22   the complications involved with the January export.
23             What was that?
24        A    There's always issues with export
25   transportation.  USDA, you name it.
```

PHYLLIS BLIZZARD 2/15/2013

Page 278

1                    (Exhibit Blizzard 44 was marked
2                    for identification.)
3  BY MR. STUEVE:
4       Q    Showing you what's been marked as
5  Exhibit 44.  These are United States Egg Marketer
6  Inc.'s Objections and Responses to Plaintiff's First
7  Request for Admissions to Defendant UEP and USEM.
8                    Do you see that?
9       A    I do.
10      Q    Do you know who on behalf of USEM assisted
11 in the preparation of this, the responses of USEM?
12      A    It would be some of the staff, and I went
13 through everything also.
14      Q    Who on the staff assisted?
15      A    I would say Linda Reickard, and I would
16 say Sherry Shedd and...
17      Q    Who else?
18      A    I just went through all the records.
19      Q    Did you -- when you say you went through
20 all the records, what are you referring to?
21      A    My export records.
22      Q    Who did you provide the information that
23 you reviewed to?
24      A    To Pepper Hamilton, my counsel.
25      Q    Did you review the answers that were

PHYLLIS BLIZZARD 2/15/2013

Page 279

1  provided on behalf of USEM to the request for
2  admissions?
3       A    Did I review them?
4       Q    Yes.
5       A    Yes, sir.
6       Q    And where did you review them?  Were you
7  in your offices in Georgia or here?
8       A    In Georgia.
9       Q    And did you review those, did you -- how
10 much time did you spend reviewing them; do you
11 recall?
12      A    No, sir, I do not.
13      Q    But you did review them and you did
14 authorize them, is that correct, on behalf of USEM?
15      A    On the part of USEM, yes.  If I signed
16 this, I did.  Wait a minute.
17      Q    I'm not asking you whether you signed it
18 or not.  I want to confirm that you, on behalf of
19 USEM, authorized the responses that are contained in
20 here at the request for admissions?
21      A    Yes, sir, to the best of my knowledge.
22      Q    Now, the staff that you identified, those
23 would have been UEP staff, correct?
24      A    Yes.
25      Q    And what about Chad Gregory or Gene

PHYLLIS BLIZZARD 2/15/2013

Page 280

1  Gregory?
2       A    Gene Gregory was also consulted, yes, sir.
3       Q    With respect to the answers to the
4  requests for admissions?
5       A    We looked through them, yes.
6       Q    If you would, turn back to Exhibit No. 1.
7       A    (Witness complies.)
8       Q    Could you look at topic number four.
9       A    (Witness complies.)
10      Q    We've -- topic number four is USEM's
11 membership including members located in the State of
12 Kansas and/or members who have facilities or
13 transact business in the State of Kansas.
14           We've identified Nelson Poultry as a
15 member of USEM that was located in the State of
16 Kansas.  It was Manhattan, Kansas, correct?
17      A    Yes, you did.
18      Q    Are there any other members of USEM that
19 were headquartered in the State of Kansas that
20 you're aware of?
21      A    I am not aware of any, no, sir.
22      Q    Then it says -- this next part of this is
23 for members who have facilities in the State of
24 Kansas.  We've identified Cal-Maine's two
25 facilities, correct?

PHYLLIS BLIZZARD 2/15/2013

Page 281

1       A    Yes, sir.
2       Q    Are there any other USEM members that have
3  facilities located in the State of Kansas?
4       A    Not to the best of my knowledge, no, sir.
5       Q    During the relevant time period?
6       A    Yes, sir.
7       Q    What I mean by that is September of 2000
8  up to the present.  I'm focusing my questions on
9  that time frame.
10      A    Yes, sir.
11      Q    And then do you know what members of USEM
12 would have transacted business in the State of
13 Kansas?
14      A    No, sir.
15      Q    Did you attempt to determine that in
16 preparation for your testimony in response to topic
17 number 4?
18      A    This is in regards to U.S. Egg Marketers
19 membership?
20      Q    Mm-hmm.
21      A    That's when I went back and checked all
22 the paperwork.
23      Q    Right.  What I'm asking you, though, is,
24 did you attempt to determine what USEM members would
25 have transacted business in the State of Kansas in

PHYLLIS BLIZZARD 2/15/2013

Page 282

1  preparation for topic number 4?
2              If you did not, that's fine.  I just
3  need an answer.
4      A   I know.
5              You mean did I investigate this is
6  what you're saying?
7      Q   Yes.
8      A   To the best of my knowledge, I did, yes,
9  sir.
10     Q   What did you do to investigate whether
11 USEM members ever transacted business in the State
12 of Kansas?
13     A   I do not recall.
14     Q   Number 5:  USEM's role in organizing
15 exports, including organizational coordination with
16 USEM members located in the State of Kansas.
17             Let's stop there.  We've identified
18 several documents concerning the coordination by UEP
19 of exports that involved allocations to Nelson
20 Poultry, correct?
21     A   Excuse me.  But you said UEP exports.
22     Q   Well, let me rephrase it.  We've looked at
23 several documents involving USEM exports in which
24 Nelson Poultry of Kansas contacted UEP and had them
25 purchase eggs midwest LITIGATION SERVICES could

---

PHYLLIS BLIZZARD 2/15/2013

Page 283

1  fulfill its commitment to USEM under its membership
2  agreement with USEM, correct?
3      A   Yes.
4      Q   Other than those documents that we looked
5  at, are you aware of any other documents in which a
6  member of USEM located in the State of Kansas would
7  have been participating in a USEM export program?
8      A   Not to the best of my knowledge.
9      Q   Now, with respect to this next part of
10 topic 5, if you -- did you attempt to determine what
11 level of participation of USEM members that had
12 facilities in the State of Kansas, as far as their
13 level of participation in a USEM export program?
14     A   Say that one more time, please.
15     Q   Yes.  Did you attempt to investigate what
16 extent USEM members who have facilities in the State
17 of Kansas participated in USEM export, USEM exports?
18     A   Yes.  That was the document checking that
19 I did to see if there was any -- any location in
20 Kansas that packed eggs.
21     Q   And what period of time did you check that
22 for?
23     A   I checked all my records.
24     Q   And what period of time did that cover?
25     A   It covered late 2000 to 2008.

---

PHYLLIS BLIZZARD 2/15/2013

Page 284

1      Q   What about after 2008, did you do any
2  checking for '08 afterwards?
3      A   No, sir.
4      Q   Where would you go if you wanted to check
5  that?  What records would you look at?
6      A   My storage room.
7      Q   Now, topic number 6, The egg exports
8  organized or coordinated -- I skipped the last
9  section here.  I'm sorry.
10             On number 5, what investigation did
11 you undergo to determine whether or not USEM members
12 who transact business in the State of Kansas would
13 have participated in a USEM program?
14     A   Isn't that the same thing?
15     Q   Is that how you interpreted it?
16     A   Will you repeat the question, please.
17     Q   Yes.  What level of investigation, if any,
18 did you undertake to determine whether USEM members
19 who transact business in the State of Kansas
20 participated in a USEM export?
21     A   I would do the same thing.  I would look
22 at the records to see if there was any business
23 transacted that came out of the State of Kansas.
24     Q   Now, Cal-Maine has a couple facilities in
25 the State of Kansas, correct?

---

PHYLLIS BLIZZARD 2/15/2013

Page 285

1      A   Yes, sir.
2      Q   And Dolph Baker of Cal-Maine is, in fact,
3  in charge of the export program?
4      A   At this time, yes, sir.
5      Q   Is that correct?
6      A   Yes, sir.
7      Q   Number 6, The egg exports organized were
8  coordinated by USEM, including whether any eggs or
9  hens producing those eggs originated in Kansas, were
10 provided by USEM members located in the State of
11 Kansas and/or were provided by USEM members who have
12 facilities or transact business in the State of
13 Kansas.
14             Have you testified to the extent of
15 your investigation in response to topic number 6?
16     A   To the best of my knowledge, yes, sir.
17     Q   Number 7:  The financial obligations for
18 egg exports organized or coordinated by USEM,
19 including the financial obligations for any moving
20 defendants, any USEM members located in the State of
21 Kansas, and/or any USEM members that have facilities
22 or transact business in the State of Kansas.
23             Do you see that topic?
24     A   I do.
25     Q   Would -- you mentioned earlier your

PHYLLIS BLIZZARD  2/15/2013

Page 286

1   export, the summary of exports that have occurred
2   since, I think, early 2000.
3       A    Yes.
4       Q    You have a Word document.
5            Would that document reflect all USEM
6   members who would have participated in any of the
7   USEM export trades during that time period?
8       A    They should.
9       Q    And you believe you've provided that to
10  counsel?
11      A    Yes, sir.
12      Q    Do you know when you provided it to them?
13      A    No, sir.
14      Q    Was it recently, or has it been some time?
15      A    They came in and made copies.
16      Q    Do you know when approximately?  Was it
17  several months ago or recently?
18      A    No, sir, I don't know.
19      Q    Number 8:  The exports organized or
20  coordinated by USEM, including communications
21  between USEM or UEP, on USEM's behalf and any moving
22  defendants and USEM members located in the State of
23  Kansas and/or any USEM members that have facilities
24  or transact business in the State of Kansas.
25            Did I read that topic correctly?

PHYLLIS BLIZZARD  2/15/2013

Page 287

1       A    You did.
2       Q    Other than the summary document that you
3   prepared on an ongoing bases that summarizes USEM
4   exports, trades, and the participating USEM members,
5   what additional documents would you look at if you
6   wanted to determine, for example, the source of the
7   eggs for those export trades?
8       A    The best source would be the paperwork.
9       Q    That you had summarized earlier?
10      A    Correct.
11      Q    Anything else that comes to mind other
12  than what you summarized earlier that you'd look at?
13      A    No, sir.
14      Q    Topic number 9:  Any business conducted by
15  USEM or UEP on USEM's behalf in the State of Kansas
16  with companies located in the State of Kansas and/or
17  with companies that have facilities or transact
18  business in the State of Kansas.
19            Did I read that topic correctly?
20      A    You did.
21      Q    What efforts did you do to investigate
22  responsive information to topic number 9?
23      A    Well, since I'm answering for U.S. Egg
24  Marketers, I did the same thing and go to my
25  paperwork to see exactly where the eggs came from.

PHYLLIS BLIZZARD  2/15/2013

Page 288

1       Q    In addition to, though, the export trades,
2   did you attempt to determine whether or not there
3   was other business transacted by USEM or UEP on
4   USEM's behalf in the State of Kansas with companies
5   located in the State of Kansas?
6       A    All the documentation would have been in
7   my export packets for every load.
8       Q    And there would have been no other
9   business transacted other than export trades of USEM
10  from 2000 to the present; is that correct?
11      A    To the best of my knowledge, yes, sir.
12      Q    Topic 10:  Any facilities owned in the
13  State of Kansas by USEM's officers, directors,
14  agents and/or members.
15            Did I read that topic correctly?
16      A    Mm-hmm.
17      Q    And we've identified Nelson Poultry?
18      A    Mm-hmm.
19      Q    We've identified Cal-Maine's facilities in
20  the State of Kansas?
21      A    Yes, sir.
22      Q    Any other USEM's officers, directors,
23  agents and/or members that have facilities in the
24  State of Kansas to your knowledge?
25      A    Not to my knowledge.

PHYLLIS BLIZZARD  2/15/2013

Page 289

1       Q    I want to make sure I understand your
2   earlier testimony that with respect to your records,
3   you stopped looking at records after 2008, is that
4   correct, to determine this -- for example, the
5   source of eggs or what entities would have
6   participated in the egg export; is that correct?
7       A    No, that's incorrect.  Yes, that's
8   incorrect.  Because we had something at the end of
9   2012 and 2013.
10      Q    So I just want to be clear the time
11  frame --
12      A    My fault, yes, sir.
13      Q    So it's my understanding you had packets
14  that you looked at for export trades in the 2000
15  through 2008 time period; is that correct?
16      A    Yes.
17      Q    What records do you -- did you look at in
18  2009 with respect to USEM export trades?
19      A    We didn't have any export in 2009.
20      Q    Okay.  And then what records did you look
21  at for exports in 2010?
22      A    Neither did we have 2010.
23      Q    All right.  What exports did you have in
24  2011?
25      A    Nothing in 2011.

## Page 290

PHYLLIS BLIZZARD 2/15/2013

1    Q    So starting in 2009, you have not, you
2    being USEM, has not executed a single export trade
3    in '09, 2010, 2011; am I understanding you
4    correctly?
5    A    To the best of my knowledge, yes, sir.
6    Q    And then what about 2012, did USEM engage
7    in any export trades?
8    A    Yes.
9    Q    When?
10   A    At the end of 2012.
11   Q    What was that opportunity?
12   A    Mexico.
13   Q    Were you contacted in, being USEM,
14   contacted in 2009, 2010, and 2011 by foreign buyers
15   interested in buying eggs?
16   A    Yes, sir.
17   Q    And were those presented to the USEM
18   export committee?
19   A    The USEM Board, to the best of my
20   knowledge, yes, they were.
21   Q    And each time they were -- were they
22   forwarded on to the USEM membership at any -- during
23   any of those years, '09, 2010, 2011?
24   A    They were usually stopped at the Board.
25   Q    Do you know why?

## Page 291

PHYLLIS BLIZZARD 2/15/2013

1    A    No, sir.  Price, I guess -- no, sir, I do
2    not.
3    Q    And then in 2012, what were the
4    circumstances that resulted in USEM placing an
5    export order?
6    A    They came to us from Mexico to the Board
7    and we exported 200 loads of eggs.
8    Q    And who participated as far as USEM
9    members?
10   A    The USEM members.
11   Q    Was it a broad participation?
12   A    Yes, sir.
13   Q    Other than that transaction, any others?
14   A    There was a small one the very end of the
15   year 2012, went over into January of 2013.
16   Q    Do you have a trade packet for those two
17   transactions?
18   A    Yes, I do.
19   MR. STUEVE:  I have no further questions.
20   I appreciate your time.
21   MS. SUMNER:  Why don't we take a short
22   break so I can get my exhibits in order and
23   take up less time.
24   (Brief recess.)
25   - - -

## Page 292

PHYLLIS BLIZZARD 2/15/2013

1                   EXAMINATION
2                     - - -
3    BY MS. SUMNER:
4    Q    Ms. Blizzard, could you pull out
5    Exhibit 29.
6    A    (Witness complies.)
7    MR. STUEVE:  Can you tell us what that is,
8    please.
9    MS. SUMNER:  It's the document that has
10   the Bates label 199928.
11   MR. STUEVE:  Is there a date on it?
12   MS. SUMNER:  It's a blank or a form United
13   States Egg Marketers Membership Agreement and
14   Export Commitment that has a year at the bottom
15   of 2003.
16   MR. STUEVE:  Okay.  Got it.
17   BY MS. SUMNER:
18   Q    Sitting here today, Ms. Blizzard, are you
19   able to tell whether the document that's been marked
20   as Exhibit 29 is an actual membership agreement that
21   was used by USEM?
22   A    No.
23   Q    How would you be able to tell whether the
24   agreement had indeed been actually one that was used
25   by USEM?

## Page 293

PHYLLIS BLIZZARD 2/15/2013

1    A    It would be filled out, dated and signed.
2    Q    Would you turn to Exhibit 16.  This is the
3    packet of United States Egg Marketers organizational
4    meeting materials dated October 10, 2000.
5    A    (Witness complies.)
6    Q    And I would like to just direct your
7    attention to about halfway through the document, the
8    page that bears the Bates at the bottom UE297083,
9    top of the document is labeled Members of USEM by
10   Region.
11        Do you see about halfway down, there
12   is an entry for Cal-Maine Foods?
13   A    I'm looking.  Sorry.
14   Q    It's in the Member column.
15   A    Oh, yes.  Yes.
16   Q    Is there also a State column on this
17   document?
18   A    Correct, yes.
19   Q    And what is the state that's identified
20   with Cal-Maine Foods on this document?
21   A    Mississippi.
22   Q    I'd like you next to pull out Exhibit
23   No. 15.  This is the packet of egg trading -- UEP
24   egg trading invoices.
25        MR. STUEVE:  I'm sorry.  What exhibit?

---

PHYLLIS BLIZZARD  2/15/2013

Page 294

```
 1        MS. SUMNER:  It's Exhibit 15.  It was the
 2   packet of UEP trading invoices that was
 3   compiled.  It's a bunch of different Bates
 4   numbers.
 5        MR. STUEVE:  Okay.
 6        MS. SUMNER:  I'm just going to ask a quick
 7   question.
 8        MR. STUEVE:  Okay.  Go ahead.
 9   BY MS. SUMNER:
10   Q    Do any of the invoices in this packet
11   that's been compiled and marked as Exhibit 15,
12   Ms. Blizzard, relate to export trades that were done
13   in connection with U.S. Egg Marketers exports?
14   A    No.
15   Q    Next I'd like to direct your attention to
16   what was marked as Exhibit 8.  This is the July 24,
17   2000 UEP letter to the UEP Board of Directors that
18   has attached to it a document entitled Management of
19   United States Egg Marketers Provided by United Egg
20   Producers.
21        MR. STUEVE:  What is the date on that
22   again?
23        MS. SUMNER:  July 24, 2000.
24        THE WITNESS:  (Witness complies.)
25   BY MS. SUMNER:
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                      UE_DEP_0000294

---

PHYLLIS BLIZZARD  2/15/2013

Page 295

```
 1   Q    I'd like to direct your attention to the
 2   second page of this document.  It has the Bates
 3   65403 in the bottom right-hand corner.
 4        I'd like to direct your attention to
 5   item number 5, which when Mr. Stueve questioned you
 6   about these, he did not question you about that item
 7   number.
 8        I'd like you to read that for me.
 9   A    Out loud?
10   Q    Yeah.
11   A    USEM would annually elect a Board of
12   Directors from all members having signed an export
13   commitment form.
14   Q    Ms. Blizzard, did that, in fact, occur
15   after UEP assumed management of USEM?
16   A    Yes.
17   Q    Ms. Blizzard, to whom do you report in
18   your capacity today as United States Egg Marketers'
19   CEO?
20   A    To U.S. Egg Marketers Board of Directors.
21   Q    And to whom did Gene Gregory report in his
22   capacity as U.S. Egg Marketers' president?
23   A    U.S. Egg Marketers Board of Directors.
24   Q    Did UEP ever merge into USEM?
25   A    Absolutely not.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                      UE_DEP_0000295

---

PHYLLIS BLIZZARD  2/15/2013

Page 296

```
 1   Q    And did USEM ever merge into UEP?
 2   A    No.
 3   Q    I'd like to direct your attention to
 4   what's been marked as Exhibit 11.  This is the
 5   United States Egg Marketers, Inc., joint resolutions
 6   document.
 7        The second part of this document,
 8   Exhibit A, is an executed copy of the UEP/USEM
 9   management agreement.
10   A    (Witness complies.)
11   Q    I'd like to direct your attention in the
12   agreement, which starts on the page Bates UE200096,
13   to paragraph number 3 of the agreement, which is
14   labeled Payment for Services.
15        Do you recall discussing this
16   paragraph with Mr. Stueve?
17   A    Yes.
18   Q    I'd like to direct your attention to
19   the -- I believe you discussed the first couple of
20   sentences, the sixth sentence that reads, All USEM
21   income derived from export fees during the initial
22   term will be retained by USEM in its bank account
23   and available as needed to compensate UEP for
24   management fees during future renewal periods.
25        Did that, in fact, occur?
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                      UE_DEP_0000296

---

PHYLLIS BLIZZARD  2/15/2013

Page 297

```
 1   A    Yes.
 2   Q    And did it occur after the initial term up
 3   through the present?
 4   A    Yes.
 5   Q    Has there ever been a time where USEM
 6   income derived from export fees was deposited into
 7   any bank account other than USEM's bank account?
 8   A    No.
 9   Q    I'd like to direct your attention to the
10   next page of the management agreement, and
11   specifically to paragraph number 5 entitled
12   Membership.
13        Do you recall discussing this with
14   Mr. Stueve?
15   A    Yes.
16   Q    I'd like to direct your attention to the
17   last sentence, which I don't believe you did
18   discuss.
19        MR. STUEVE:  I'm sorry.  Where are we at?
20        MS. SUMNER:  Paragraph 5, membership.
21   BY MS. SUMNER:
22   Q    Second page, last sentence reads,
23   Membership dues paid directly to USEM will be
24   received in USEM's bank account.
25        Did that, in fact, occur?
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                      UE_DEP_0000297

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 298

```
 1     A    Yes.
 2          MR. STUEVE:  I'm going to object.  Vague
 3     as to time.
 4  BY MS. SUMNER:
 5     Q    To the extent that USEM received
 6  membership dues directly, were they deposited in
 7  USEM's bank account?
 8     A    State that again, please.  I'm sorry.
 9     Q    When USEM received membership dues
10  directly, so dues were paid directly to USEM, were
11  those dues deposited into United States Egg
12  Marketers' bank account?
13          MR. STUEVE:  Let me object.  That calls
14     for speculation on the part of this witness
15     based on her prior testimony.
16  BY MS. SUMNER:
17     Q    You can go ahead and answer the question.
18     A    Yes.
19     Q    Were United States Egg Marketers' dues
20  ever deposited into any bank account other than U.S.
21  Egg Marketers' bank account?
22          MR. STUEVE:  I am going to again object to
23     the form.  Calls for speculation based on this
24     witness's prior sworn testimony.
25          THE WITNESS:  Can you ask me the question.
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 299

```
 1     Say it again, please.
 2          MS. SUMNER:  Can you read back the
 3     question.
 4              -  -  -
 5              (Whereupon, the Reporter read
 6              back a preceding portion of the
 7              testimony as directed:
 8              "Q.  Were United States Egg
 9              Marketers' dues ever deposited
10              into any other bank account
11              other than USEM's bank
12              account?")
13          THE WITNESS:  No.
14          MR. STUEVE:  Again, I want -- you repeated
15     it.  I assume I get the same objection.
16          MS. SUMNER:  Same objection is fine.
17          I'd like to mark this document as
18     Exhibit 45.
19              (Exhibit Blizzard 45 was marked
20              for identification.)
21  BY MS. SUMNER:
22     Q    Do you recognize this document,
23  Ms. Blizzard?
24     A    Yes, I've seen it.
25     Q    Can you tell me what this is?
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 300

```
 1     A    It's an income statement for U.S. Egg
 2  Marketers.
 3     Q    Were these income statements provided to
 4  U.S. Egg Marketers members?
 5     A    Yes, they were placed in booklets for
 6  their annual meetings.
 7     Q    And were they provided to the U.S. Egg
 8  Marketers Board?
 9     A    Correct.  Yes.
10     Q    I'd like to direct your attention to the
11  top of the document where it says income and then
12  under that there are three line items, Interest,
13  Member Fees, and Sales-Eggs.
14          Do you see those?
15     A    Yes, I do.
16     Q    What is encompassed in the line item
17  Member Fees?
18     A    That is member dues.
19     Q    And what is the figure shown on this
20  statement in connection with the member dues?
21     A    $69,250.25.
22     Q    And were those dues deposited into United
23  States Egg Marketers' bank account?
24          MR. STUEVE:  I am going to object.  Calls
25     for speculation on the part of this witness
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 301

```
 1     based on her prior sworn testimony.
 2          THE WITNESS:  Yes.
 3  BY MS. SUMNER:
 4     Q    I'd like to direct your attention to the
 5  next item on the income statement, it says
 6  "sales-eggs."
 7     A    Yes.
 8     Q    Can you tell me what is encompassed in
 9  that income line item?
10     A    The total?
11     Q    What is it?
12     Q    What does it mean?
13     Q    What are the sales?
14     A    U.S. Egg Marketers' sales on eggs for an
15  export.
16     Q    What is the figure next to that line item?
17     A    $9,205,931.33.
18     Q    I'd like you to pull out Exhibit 9 of the
19  documents that were marked previously.  This is an
20  August 29, 2000 UEP memo.
21     A    (Witness complies.)
22     Q    I'd like to direct your attention to the
23  third to last page of the document, has the Bates
24  65346, UE.  It's labeled United States Egg Marketers
25  Membership Agreement and Export Commitment.
```

PHYLLIS BLIZZARD  2/15/2013

Page 302

```
1              Sitting here today, Ms. Blizzard, can
2   you tell whether this is a final membership
3   agreement that was used by U.S. Egg Marketers?
4       A    It is not.
5       Q    How would you be able to tell whether it
6   was a final one?
7       A    If it were signed and dated.
8       Q    Can you pull out Exhibit 6, please.
9       A    (Witness complies.)
10      Q    This is the May 30, 2000 memo to the UEP
11  export committee.  Have you seen this document,
12  Ms. Blizzard, ever before your deposition today?
13      A    Yes.
14      Q    You had?
15      A    It's been a long time.
16      Q    Whose document is this?
17      A    It's UEP's, and it's from Gene.
18      Q    And were you at -- were you an employee of
19  UEP at the time this document was created?
20      A    No, ma'am.
21      Q    And were you on the call that was being
22  discussed in the document?
23      A    No, ma'am.
24              (Exhibit Blizzard 46 was marked
25              for identification.)
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                          UE_DEP_0000302

---

PHYLLIS BLIZZARD  2/15/2013

Page 303

```
1   BY MS. SUMNER:
2       Q    I've marked this as Exhibit 46.
3   Ms. Blizzard, can you take a look at the document
4   that's been marked as Exhibit 46 and tell me if you
5   recognize the document.  Do you know what it is?
6       A    Just simply says it's the Report of
7   Nominating Committee for U.S. Egg Marketers.
8       Q    And what is the date on the document?
9       A    October 2005.
10      Q    Did United States Egg Marketers have a
11  nominating committee in 2005?
12      A    According to this, yes.
13      Q    Does the U.S. Egg Marketers Board vote on
14  the management fee that it pays to UEP?
15      A    Yes.
16      Q    And does it vote on that every year?
17      A    Yes.
18           MR. STUEVE:  I'm sorry.  I didn't catch
19        that last question.
20                   - - -
21           (Whereupon, the Reporter read
22            back a preceding portion of the
23            testimony as directed:
24            "Q.  Does the U.S. Egg Marketers
25            Board vote on the management fee
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                          UE_DEP_0000303

---

PHYLLIS BLIZZARD  2/15/2013

Page 304

```
1              that it pays to UEP?  Yes.  And
2              does it vote on that every
3              year?")
4           MR. STUEVE:  Hold on a second.  US Egg
5        Marketers, okay.
6              (Exhibit Blizzard 47 was marked
7              for identification.)
8   BY MS. SUMNER:
9       Q    Ms. Blizzard, do you recognize this
10  document?
11      A    I have seen it, yes.
12      Q    Was the fee that U.S. Egg Marketers pays
13  UEP for management increased from $50,000 to $75,000
14  in 2008?
15      A    Yes.
16      Q    And was one of the reasons that it was
17  increased because of the cost of the marketing
18  conference calls?
19           MR. STUEVE:  Objection.  Calls for
20        speculation on the part of this witness based
21        on her prior sworn deposition testimony.
22  BY MS. SUMNER:
23      Q    You can go ahead and answer the question.
24      A    One of the reasons was, yes, because of
25  the increased price of the conference calls.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                          UE_DEP_0000304

---

PHYLLIS BLIZZARD  2/15/2013

Page 305

```
1              (Exhibit Blizzard 48 was marked
2              for identification.)
3   BY MS. SUMNER:
4       Q    Ms. Blizzard, can you take a look at the
5   document that's been marked as Exhibit 48 and tell
6   me if you recognize that document.
7       A    Yes.
8       Q    What is this document?
9       A    It's just my own personal log of exports.
10      Q    Is this the summary document of exports
11  that you prepared that you spoke many times during
12  today's deposition to Mr. Stueve about?
13      A    Yes.
14              (Exhibit Blizzard 49 was marked
15              for identification.)
16  BY MS. SUMNER:
17      Q    Show you a document that's been marked as
18  Exhibit 49.  Ms. Blizzard, are these the U.S. Egg
19  Marketers meeting minutes from the October 10, 2002,
20  annual meeting?
21      A    Yes.
22      Q    Was there a membership report given at
23  that meeting?
24      A    Yes.
25      Q    Did the membership report identify members
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                          UE_DEP_0000305

PHYLLIS BLIZZARD  2/15/2013

Page 306

1  that had left during that year and before
2  October 10, 2002?
3      A    Yes.
4      Q    Can you read that list to me?
5      A    Creighton Brothers, Cypress Foods, Minnich
6  Poultry, Nelson Poultry Company, Red Bird Egg Farm,
7  and Wright County Egg Production.
8      Q    Did Nelson Poultry leave the U.S. Egg
9  Marketers membership before October 2002?
10     A    Yes.
11     Q    Do you know exactly when they left?
12     A    No, I do not.
13         MS. SUMNER:  Mark the next document as
14     Exhibit No. 50.
15             (Exhibit Blizzard 50 was marked
16             for identification.)
17 BY MS. SUMNER:
18     Q    This is Exhibit 50.  Ms. Blizzard, is this
19 an export commitment list?
20     A    Yes.
21     Q    And are you able to tell which export this
22 commitment list was prepared for?
23     A    It has a fax date of February 6, 2002.
24     Q    If you consult your summary export list
25 that was just marked as an exhibit, the one you've

---

PHYLLIS BLIZZARD  2/15/2013

Page 307

1  been discussing with Mr. Stueve today, does that
2  help you identify which export this commitment is
3  for by looking at the number of loads committed?
4      A    It should, yes.  Yes, it would be -- it
5  would be the Primera Foods and Britovo.  There's
6  40 -- wait a minute.  Total of 48 loads.  That's it
7  right there.  And it was the one, at the bottom,
8  that's dated February 6 through February 15, 2002.
9      Q    So this is for a February 2002 export?
10     A    Yes.
11     Q    And can you tell from looking at this list
12 whether Nelson Poultry is still a U.S. Egg Marketers
13 member at this time?
14     A    They are not on this list.
15     Q    Does that help you place the time when
16 Nelson Poultry left U.S. Egg Marketers?
17         MR. STUEVE:  Objection.  Calls for
18     speculation on the part of this witness based
19     on her prior sworn testimony.
20         THE WITNESS:  It would limit the time that
21     they were in U.S. Egg Marketers.
22 BY MS. SUMNER:
23     Q    And to what time period would it limit
24 that time?
25     A    That they definitely went out before 2002,

---

PHYLLIS BLIZZARD  2/15/2013

Page 308

1  February of 2002.
2          MR. STUEVE:  I'll object to the answer.
3      It calls for speculation on the part of this
4      witness.
5          MS. SUMNER:  You can't object to the
6      answer.  You can object to the questions.
7          MR. STUEVE:  I can object to whatever I
8      want to object to.  But, anyway, I got my
9      objection in.  Thank you.
10 BY MS. SUMNER:
11     Q    I'd like to mark a couple of other
12 documents for you, Ms. Blizzard.
13             (Exhibit Blizzard 51 was marked
14             for identification.)
15 BY MS. SUMNER:
16     Q    This is Exhibit 51.  Is this another
17 export commitment list?
18     A    I'm sorry.  I missed the question.
19     Q    Is this an export commitment list?
20     A    That appears to be true, yes, ma'am.
21     Q    Can you tell me what export this
22 commitment list was prepared in connection with?  If
23 you need to consult your summary...
24     A    It would have been October through the end
25 of November, 2002.  There were 250 loads of eggs to

---

PHYLLIS BLIZZARD  2/15/2013

Page 309

1  various places.
2      Q    And does Nelson Poultry appear on this
3  export commitment list?
4      A    It does not.
5      Q    So sitting here today, do you believe that
6  Nelson Poultry was a U.S. Egg Marketers member as of
7  October 2002?
8          MR. STUEVE:  I am going to object.  It
9      calls for speculation on the part of this
10     witness based on her prior sworn testimony.
11         THE WITNESS:  The question again.
12         MS. SUMNER:  Read it back.
13             - - -
14             (Whereupon, the Reporter read
15             back a preceding portion of the
16             testimony as directed:
17             "Q.  So sitting here today, do
18             you believe that Nelson Poultry
19             was a U.S. Egg Marketers member
20             as of October 2002?")
21         THE WITNESS:  I do not.
22         MS. SUMNER:  I'd like to mark the next
23     document as Exhibit 52.
24             (Exhibit Blizzard 52 was marked
25             for identification.)

PHYLLIS BLIZZARD  2/15/2013

Page 310

```
 1          MR. STUEVE:  I need to know what time,
 2     because I've got to go to the restroom.  How
 3     much more do you have?
 4          MS. SUMNER:  I think I'll be done in five
 5     minutes.
 6          (Discussion off the record.)
 7  BY MS. SUMNER:
 8     Q    Ms. Blizzard, looking at Exhibit 52, is
 9  this an export commitment list?
10     A    Yes, it appears to be.
11     Q    And can you tell me what export it was
12  prepared in connection with?
13     A    October through November of 2002 for
14  250 loads.
15     Q    Is this the same export as Exhibit 51?
16     A    It appears to be, yes.
17                    (Exhibit Blizzard 53 was marked
18                     for identification.)
19  BY MS. SUMNER:
20     Q    I'd like to show you another document
21  that's marked as Exhibit 53.  My question is,
22  is this also an export commitment list for that same
23  October/November 2002 export?
24     A    Yes, it appears to be.
25     Q    Does Nelson Poultry appear on either of
```

PHYLLIS BLIZZARD  2/15/2013

Page 311

```
 1  these lists, Exhibit 52 or Exhibit 53?
 2     A    It is not on 53.  It is not on 52.
 3     Q    I'd like you to pull out what was
 4  previously marked as Exhibit 28.
 5     A    (Witness complies.)
 6          MR. STUEVE:  What is the date on that?
 7          MS. SUMNER:  This is the November export
 8     pack or purchase, and it says in parens,
 9     Delivery November 2002.
10          MR. STUEVE:  Do you have Exhibit 28 or 20?
11          MS. SUMNER:  I have it marked as 28.
12          THE WITNESS:  This one.
13          MS. SUMNER:  28.  It's 28 in the witness's
14     pile.
15          MR. STUEVE:  Okay.
16          THE WITNESS:  I see it.
17  BY MS. SUMNER:
18     Q    Ms. Blizzard, after having now reviewed
19  the exhibits that have been marked as Exhibit 48
20  through 53, do you believe that this document,
21  Exhibit 28, reflects Nelson Poultry's status as a
22  U.S. Egg Marketers member as of November 2002?
23          MR. STUEVE:  I am going to object.  Calls
24     for speculation on the part of this witness
25     based on her prior sworn testimony.
```

PHYLLIS BLIZZARD  2/15/2013

Page 312

```
 1          THE WITNESS:  It does not.
 2          MS. SUMNER:  Why don't you take a quick
 3     break and I'll see what I've got.
 4          MR. STUEVE:  I've got several, so...
 5          (Brief recess.)
 6          MS. SUMNER:  Back on the record.
 7  BY MS. SUMNER:
 8     Q    Ms. Blizzard, you talked with Mr. Stueve
 9  about the eggs that were exported to Mexico in
10  2012-2013.  Do you recall that?
11     A    I do.
12     Q    Were any of the eggs that were exported by
13  U.S. Egg Marketers to Mexico in that 2012-2013 time
14  period, were any of those produced in Kansas?
15     A    No.
16     Q    And how do you know that?
17     A    Because I went through all my records,
18  every bit of my paperwork.
19     Q    And what did you review?
20     A    I looked at the USDA document and the
21  certificate of origin.
22     Q    I'd like to take you back to the
23  management agreement one more time.  This is the --
24  it's attached as Exhibit A to Exhibit 11.
25     A    Okay.
```

PHYLLIS BLIZZARD  2/15/2013

Page 313

```
 1     Q    This is the final signed management
 2  agreement between UEP and USEM, correct?
 3     A    It appears to be.
 4     Q    Is this agreement still in effect today?
 5     A    To the best of my knowledge.
 6     Q    Does it contain this final agreement
 7  between the parties, a paragraph entitled
 8  Independence of the Parties?
 9     A    Does this document contain that?
10     Q    Yes.  Can you read that paragraph into the
11  record, please.
12     A    Both UEP and USEM are independent
13  Capper-Volstead cooperatives and shall remain as
14  such.  USEM shall not function as a member or agent
15  of UEP in any of its activities.  UEP's sole
16  function shall be to provide management services for
17  USEM.  UEP shall not participate in or have any
18  responsibility for USEM activities or decisions in
19  connection with its shell egg export or marketing
20  conference call programs.
21     Q    Does that paragraph accurately reflect the
22  parties' agreement?
23     A    Yes, ma'am.
24     Q    Does this document, this agreement between
25  UEP and USEM also contain an independent contractor
```

## Page 314

PHYLLIS BLIZZARD 2/15/2013

Page 314

1  paragraph?

2      A    Yes, it does.

3      Q    And could you read that paragraph, please.

4      A    USEM and UEP acknowledge and agree that

5  UEP shall be deemed to be an independent contractor

6  in the performance of services under this agreement

7  and shall not be considered or permitted to be an

8  agent, servant, employee, joint venture, or partner

9  of USEM.

10     Q    Does that accurately reflect the parties'

11 agreement?

12     A    Yes, ma'am.

13     Q    And does it accurately reflect the

14 parties' actions under this management agreement?

15          MR. STUEVE:  Objection.  Calls for

16 speculation on the part of this witness.

17          THE WITNESS:  Yes.

18          MS. SUMNER:  Thank you.  I have no further

19     questions.

20                    - - -

21              EXAMINATION

22                    - - -

23 BY MR. STUEVE:

24     Q    Why don't we just start right there.  You

25 recall, Ms. Blizzard, I asked you a very specific

## Page 315

PHYLLIS BLIZZARD 2/15/2013

Page 315

1  question about whether or not USEM has acted in

2  compliance with paragraph 9.

3          Do you remember those questions?  I

4  asked you specifically about Mr. Gregory's

5  participation as a decision-maker as to which USEM

6  export trades would occur and would not occur.

7          Do you recall those questions I asked

8  of you in your testimony?

9      A    Yes, I do.

10     Q    And you're not recanting that testimony

11 now, are you?

12     A    As president of UEP?

13     Q    I'm asking you, are you recanting your

14 prior testimony to me earlier today --

15     A    Would you mind repeating the question from

16 the beginning.

17     Q    I'll repeat it.  Are you recanting your

18 prior testimony today to me?

19     A    I don't understand -- I know that's what

20 you're asking me.  But I don't understand what I

21 agreed or disagreed to.  If that question could be

22 asked to me again.  I'm sorry.

23     Q    Ms. Blizzard, there was an extensive break

24 after I completed my questioning and your counsel

25 began the questions of you.  Did she review the

## Page 316

PHYLLIS BLIZZARD 2/15/2013

Page 316

1  questions she was going to ask of you?

2      A    No, sir.

3      Q    You had no idea what questions she was

4  going to ask of you; is that your testimony?

5      A    Just now?

6      Q    Yes.

7      A    That is correct.  I wasn't even with her.

8      Q    What I want to know, though, is, you stand

9  by your testimony that you gave me earlier, correct?

10     A    Could you repeat what I agreed to.

11     Q    I'm just asking you, are you now changing

12 your testimony that you gave me earlier today under

13 oath?

14     A    I'm sorry.  I still do not know what I

15 said.  So I guess I would be, to agree with this.

16     Q    Ma'am, could you look at Exhibit 50.

17     A    (Witness complies.)

18     Q    Case volume for exports.

19     A    Yes.

20     Q    You remember I showed you documents

21 entitled Case Volume for Exports earlier today,

22 right?

23     A    Yes.

24     Q    You told me you didn't prepare those

25 documents, correct?

## Page 317

PHYLLIS BLIZZARD 2/15/2013

Page 317

1      A    That is correct.

2      Q    Did you prepare Exhibit 50?

3      A    No.

4      Q    And you're not changing that testimony

5  now, are you?

6      A    No.

7      Q    So you don't know whether Exhibit 50

8  reflects all of the USEM members that were in place

9  as of February of 2002, do you?

10     A    This is a document that was not prepared

11 by me.

12     Q    And so you don't know whether Exhibit 50

13 reflects all of the USEM members as of February of

14 2002, correct?

15     A    This was prepared by Gene, so I do not

16 know.

17     Q    Look at Exhibit 51.

18     A    (Witness complies.)

19     Q    It's another Case Volume for Export report

20 provided to you by USEM's counsel just earlier,

21 right?

22     A    Yes.

23     Q    You didn't prepare Exhibit 51, correct?

24     A    I did not.

25     Q    So you don't know, as of October 2002,

PHYLLIS BLIZZARD 2/15/2013

Page 318

1  whether or not Nelson Poultry was a member of USEM,
2  correct?
3      A   I truly think it was a mistake on the
4  list.
5      Q   That they should have been included?
6      A   No.  Wait a minute.  You're twisting me.
7  Hold on.  This reflects an export at the end of
8  2000, and their name is not on there.
9      Q   Right.  But what I'm asking is, number
10 one, you didn't prepare this report, right?
11     A   Correct.
12     Q   So you don't know, based on this report,
13 whether or not Nelson Poultry was, in fact, a member
14 of USEM, correct?
15     A   I do not think they were.
16     Q   But you don't know based on Exhibit 51
17 because you did not prepare the report, correct?
18     A   Yes.
19     Q   Now, Exhibit 52 was also put in front of
20 you by USEM's counsel.  It's another Case Volume for
21 Export report that you did not prepare, correct?
22     A   That is correct.
23     Q   So you don't know, based on this document,
24 whether or not USEM was, in fact -- excuse me --
25 whether or not Nelson Poultry was a member of USEM

PHYLLIS BLIZZARD 2/15/2013

Page 319

1  as of the date this document was prepared, correct?
2      A   Because I did not make the document.
3      Q   And that testimony would be true also with
4  respect to Exhibit 53, Case Volume for Export; that
5  report you also did not prepare, correct?
6      A   Correct.
7      Q   Now, let's go look at Exhibit 28.
8      (Witness complies.)
9      Q   That's a document that has export pack or
10 purchase and it, in fact, does identify Nelson
11 Poultry Company, correct?
12     A   It does.
13     Q   And it also has a specific committed cases
14 allocation to Nelson Poultry Company, correct?
15     A   But I did not prepare this.
16     Q   Answer my question.  It has a specific
17 allocation for Nelson Poultry Company of Kansas of
18 145 committed cases, correct?
19     A   Correct.
20     Q   Now, I asked you earlier and I'll ask you
21 again, because you didn't prepare this document, you
22 can't tell for sure one way or the other whether
23 Nelson Poultry Company was a member or not of USEM,
24 correct?
25     A   Correct.

PHYLLIS BLIZZARD 2/15/2013

Page 320

1      Q   Counsel for USEM did not put in front of
2  you a document that identifies specifically when
3  Nelson Poultry left USEM, did she?
4      A   No, sir.
5      Q   Let me -- if you could, Exhibit 45.
6      A   (Witness complies.)
7      Q   Counsel put in front of you the United
8  States Egg Marketers' Income Statement for 2007; is
9  that correct?
10     A   Correct.
11     Q   And you indicated that the sales-eggs were
12 the revenues generated from export sales; is that
13 correct?
14     A   Yes.
15     Q   Then there were member fees, right, of
16 69,250, right?
17     A   Correct.
18     Q   Now, the membership fees would be
19 consistent with the documents that I showed you that
20 in -- effective January 1, 2007, for the first time,
21 USEM charged its members dues above and beyond those
22 collected by UEP, correct?
23     A   That's what it says, yes.
24     Q   Now, you also testified that starting in
25 2009, that USEM conducted no export trades in 2009,

PHYLLIS BLIZZARD 2/15/2013

Page 321

1  correct?
2      A   Yes.
3      Q   So if we were to look at this income
4  statement for 2009 next to the category
5  "sales-eggs," the number would be zero, right?
6      A   Say that again.
7      Q   Yes.  So the income statement for 2009 --
8      A   This is 2007.
9      Q   Right, but this is the form that's used by
10 USEM, right, for its income statement?
11     A   To the best of my knowledge.
12     Q   And if we were to look at the same form
13 for 2009 for sales-eggs, that item under Income, the
14 number would be zero, correct?
15     A   If you had one for 2009, to the best of my
16 knowledge, yes.
17     Q   Because they didn't conduct a single
18 export trade in '09, right?
19     A   To the best of my knowledge.
20     Q   So to the extent there was income, any
21 income generated by USEM, it would be dues that may
22 have been paid by USEM members in 2009; is that
23 correct?
24     A   I would think so.
25     Q   All right.  Now let's move forward to

## Page 322

Page 322

```
1    2010.
2         A    Mm-hmm.
3         Q    Again, these are income statements that
4    were not provided to you by USEM's counsel, but the
5    sales and eggs item number under Income for 2010
6    would be zero, correct?
7         A    To the best of my knowledge, yes, sir.
8         Q    And the only income that would have been
9    generated in 2010 by USEM would have been dues paid
10   by members, correct?
11        A    To the best of my knowledge.
12        Q    Now, in 2011, there were no USEM trades
13   that were conducted, correct?
14        A    No exports, yes, sir.
15        Q    So the number next to sales/eggs for 2011
16   for USEM would be zero, correct?
17        A    Yes.
18        Q    And the only income for USEM, to the
19   extent it had any, would be any dues that were paid
20   by USEM members; is that correct?
21        A    Correct.
22        Q    And do you know in 2012 -- you indicated
23   that there was a transaction conducted at the end of
24   2012?
25        A    Yes, sir.
```

## Page 323

Page 323

```
1         Q    Was there any income generated in 2012
2    from that trade?
3         A    I would say so, sir, yes.
4         Q    Do you know if there was a net positive
5    from that trade?
6         A    I do not know.
7         Q    Were there any dues collected in 2012?
8         A    To the best of my knowledge, there was.
9         Q    Let's back up to 2009.  Do you know what
10   the amount of dues that were collected?
11        A    No.
12        Q    Were you responsible for the collection of
13   those dues?
14        A    Me personally?
15        Q    Right.
16        A    No, sir.
17        Q    Do you know how those dues were paid by
18   USEM members?
19        A    Not without checking records, no, sir.
20        Q    Do you know if they provided checks?
21        A    If they paid dues, that's what they did.
22        Q    Was there -- do you know if there was a
23   direct deposit availability?
24        A    I do not know, sir.
25        Q    So you had absolutely no involvement in
```

## Page 324

Page 324

```
1    the collection or the depositing of dues paid by
2    USEM members in 2009 into any account, either held
3    by UEP or USEM, correct?
4         A    It would not have been in UEP.  It would
5    have been in U.S. Egg Marketers.
6         Q    Ma'am, I'm asking you a question.  I'm
7    going to ask it again, and I want you to answer it.
8                   -  -  -
9                   (Whereupon, the Reporter read
10                  back a preceding portion of the
11                  testimony as directed:
12                  "Q.  So you had absolutely no
13                  involvement in the collection or
14                  the depositing of dues paid by
15                  USEM members in 2009 into any
16                  account, either held by UEP or
17                  USEM, correct?")
18        THE WITNESS:  I had no involvement
19   personally with that, that is correct.
20   BY MR. STUEVE:
21        Q    All right.  Now, so when you testified
22   under oath to a question from USEM's counsel that
23   you know that those dues, when they began to be
24   collected, were, in fact, deposited in a USEM
25   account, you don't have personal knowledge of that,
```

## Page 325

Page 325

```
1    do you, Ms. Blizzard?
2         MS. SUMNER:  Objection.  She's here as a
3    30(b)(6).
4    BY MR. STUEVE:
5         Q    Answer my question.
6         I get that from Sherry Shedd.
7         Q    Answer my question.
8                   -  -  -
9                   (Whereupon, the Reporter read
10                  back a preceding portion of the
11                  testimony as directed:
12                  "Q.  Now, so when you testified
13                  under oath to a question from
14                  USEM's counsel that you know
15                  that those dues, when they began
16                  to be collected, were, in fact,
17                  deposited in a USEM account, you
18                  don't have personal knowledge of
19                  that, do you, Ms. Blizzard?")
20        MS. SUMNER:  Same objection.  She's here
21   as a 30(b)(6) witness.
22        MR. STUEVE:  That's not my question,
23   Counsel.  You're confusing the witness.
24        MS. SUMNER:  I don't think I'm confusing
25   the witness.
```

PHYLLIS BLIZZARD 2/15/2013

Page 326

```
1        MR. STUEVE:  Yes, you are.
2        MS. SUMNER:  You are.
3        MR. STUEVE:  No, I'm not.  It's a very
4    clear answer.  Let her answer it.
5        Go ahead and read it back one more time.
6        For the record, I want the record to
7    reflect there have been numerous instances in
8    this deposition where, because of USEM's
9    counsel's objection, the witness pauses for
10   several minutes because she's not sure what
11   answer she should give.
12       MS. SUMNER:  We vehemently disagree with
13   that.  It's because the questions are confusing
14   and she doesn't understand them.  And because
15   he injects her testimony or misstates her prior
16   testimony.
17       MR. STUEVE:  I'm not misstating anything.
18   I am asking her a question.
19       Can you read her back the question.
20   BY MR. STUEVE:
21       Q    And I ask you to answer the question for
22   me.
23       (Whereupon reporter re-read as requested.)
24       MS. SUMNER:  Same objection.
25       THE WITNESS:  I'm not an accountant.  I
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                    UE_DEP_0000326

---

PHYLLIS BLIZZARD 2/15/2013

Page 327

```
1    don't have the checkbook.  It goes into USEM's
2    account.
3    BY MR. STUEVE:
4        Q    Ma'am, that's not my question.  I'm going
5    to give you one more chance to answer it, and then
6    I'm going to move on.  We'll let the judge decide
7    what we're going to do with your testimony.
8        MR. STUEVE:  Read it back one more time.
9        (Whereupon reporter re-read as requested.)
10       THE WITNESS:  Yes, I do.
11   BY MR. STUEVE:
12       Q    What is the basis of your personal
13   knowledge that dues collected in 2009 were deposited
14   in a USEM account?
15       A    Sherry Shedd has informed me of that.
16       Q    Ma'am, that's not my question.  In 2009 --
17   that is hearsay.  I'm asking you, what is your
18   personal knowledge.
19       You did not deposit the funds in any
20   account, correct, in 2009?
21       A    I do not have personal use of the
22   checkbook, that is correct.
23       Q    And you did not take any, not a single
24   dues check from any USEM member in 2009 and deposit
25   it into any account, right?  Is that correct?
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                    UE_DEP_0000327

---

PHYLLIS BLIZZARD 2/15/2013

Page 328

```
1        A    Personally picked up the check and took it
2    to the bank, that is correct, I did not.
3        Q    And, in fact, let's go back to 2007.  Of
4    the 69,250 membership -- member fees that were paid,
5    did you personally deposit any of the checks that
6    resulted in those fees?
7        A    No, I did not.  Why would I?
8        Q    And did you -- do you know whether it was
9    deposited in the account at USEM that UEP had
10   control over?
11       A    How would I know that?  This is what is
12   done.  They deposit it in a U.S. Egg Marketers'
13   account.  I've seen the checks.
14       Q    You've seen what checks?
15       A    U.S. Egg Marketers' checks.  They're
16   separate.
17       Q    You've seen the checks.  I'm not asking
18   you questions about checks.  I'm talking about the
19   dues fees that were on USEM members' checks that
20   were sent in to the offices of UEP; you were not
21   involved in the deposit of any of those funds in
22   2007, correct?
23       A    I did not take the check to the bank, that
24   is correct.
25       Q    Multiple checks, correct?
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                    UE_DEP_0000328

---

PHYLLIS BLIZZARD 2/15/2013

Page 329

```
1        A    To the best of my knowledge, correct.
2        Q    And so you don't know if they were
3    deposited in USEM's checking account, do you?
4        MS. SUMNER:  Objection.  At this point,
5    Pat, I mean, really you asked --
6        MS. LEVINE:  Let her finish.
7        MS. SUMNER:  You asked for a 30(b)(6)
8    witness.  This was a topic she was to be
9    educated on, and you have now harassed her for
10   15 minutes about something you asked her to do.
11   She told you she talked to Ms. Shedd.
12       MR. STUEVE:  She has told me just now.
13       MS. SUMNER:  Mrs. Shedd told her, and now
14   you're harassing her because she --
15       MR. STUEVE:  No, I am not.
16       MS. SUMNER:  -- doesn't know personally.
17   That is unfair.
18       MR. STUEVE:  I'm going to move on, but I'm
19   going to make a record here.  I asked this
20   witness earlier, she gave me sworn testimony,
21   under oath, that she didn't know how the funds
22   were handled.
23       You then, after a long break, ask her
24   questions, and all of a sudden she is now
25   testifying that she knows for certain that
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                    UE_DEP_0000329

PHYLLIS BLIZZARD  2/15/2013

Page 330

1    those funds were deposited in a USEM account.
2    That is improper.
3        MS. SUMNER:  Why don't you ask her if she
4    talked to Ms. Shedd during the break.
5  BY MR. STUEVE:
6    Q    Well, let me ask you that.  Let's go
7    there.  First of all, though, I want the record to
8    be clear, besides any communications that you may
9    have had with a third party prior to today, you had
10   no involvement, personal involvement, in the deposit
11   of fees, membership fees paid by USEM members, you
12   had no responsibility or participation in the
13   depositing of those funds in a USEM or UEP account
14   in 2007, 2008, 2009, 2010, 2011, and 2012; is that
15   fair to say?
16   A    I did not take a check to the bank.
17   Q    In any of those years?
18   A    I did not take a check to the bank in any
19   of those years.
20   Q    Now, counsel had indicated that you may
21   have called Ms. Shedd after my questioning today and
22   before counsel began her questions.  Did you call
23   her?
24   A    We called her, yes.
25   Q    Who is we?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                          UE_DEP_0000330

---

PHYLLIS BLIZZARD  2/15/2013

Page 331

1    A    Myself and counsel.
2    Q    I thought you just testified under oath
3    that you didn't talk to counsel about the questions
4    that she was going to ask you?
5    A    That one, I beg your pardon.  That one.
6  We asked about the wording on the --
7        MR. STUEVE:  So the reason why I didn't
8        ask the witness whether or not she called
9        anybody during the break is because the witness
10       swore under oath that she didn't talk to
11       counsel about the questions that she was going
12       to ask.
13       MS. SUMNER:  Pat, ask her which counsel
14       and ask her which break.  Ask her which counsel
15       and which break.
16  BY MR. STUEVE:
17   Q    Let me ask you this:  Did you speak with
18  Ms. Shedd at some point today with counsel?
19   A    Yes.  This last one (indicating).
20   Q    And when you say "this last one," what are
21  you referring to?
22   A    The last break.
23   Q    And did you -- and this would have been
24  before your counsel began to ask you questions; is
25  that correct?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                          UE_DEP_0000331

---

PHYLLIS BLIZZARD  2/15/2013

Page 332

1    A    Yes, sir.
2    Q    And counsel was in the room; is that
3  correct?
4    A    Yes, sir.
5    Q    And what question did you ask Ms. Shedd?
6    A    The definition of members fees.
7    Q    What else did you ask her?
8    A    That was members dues and that the sales
9  of eggs was the U.S. Egg Marketers' sales.
10   Q    Did ask you her anything else?
11   A    Not to my knowledge, no, sir.
12   Q    Did she, during that conversation, tell
13  you that the membership fees were deposited in a
14  USEM account?
15   A    At that time?
16   Q    Yes.  During that call.
17   A    No.
18   Q    At some point did she tell you that those
19  fees were deposited in a USEM account?
20   A    No.
21   Q    All right.  Have you ever had a
22  conversation with Ms. Shedd about where the
23  membership fees are deposited?
24   A    Yes.
25   Q    When?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                          UE_DEP_0000332

---

PHYLLIS BLIZZARD  2/15/2013

Page 333

1    A    In years past.  I know they go into a U.S.
2  Egg Marketers' account.
3    Q    That's not my question.  When have you had
4  a conversation with Ms. Shedd about where the funds
5  are deposited?
6    A    Specifically a day?
7    Q    Yeah.
8    A    I cannot tell you.  I do not know.
9    Q    Now, have you seen any bank accounts that
10  reflect the deposit of membership fees in the bank
11  accounts or bank account of either USEM or UEP?
12   A    I've seen a checkbook of USEM, and I sign
13  checks on occasion.
14   Q    Okay.  But other than signing checks, have
15  you ever seen a statement, a statement from the bank
16  that would indicate deposits being made into the
17  checking account that you understood were membership
18  fees?
19   A    No.
20   Q    Have you spoken with any other lawyers
21  besides the lawyers in this room today concerning
22  your prep?
23   A    No.
24   Q    Now, UEP has a checking account, too,
25  right?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                    Fax:

CONFIDENTIAL                                          UE_DEP_0000333

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 334

```
 1     A    To the best of my knowledge, yes.
 2     Q    And are you responsible for depositing any
 3  funds in that account?
 4     A    No, sir.
 5     Q    Now, to be clear on Exhibit 45, the 69,250
 6  reflected in membership fees, that would have been,
 7  to the best of your knowledge, the very first year
 8  that USEM was -- this Exhibit 45, the very first --
 9     A    69,000?
10     Q    Yeah, 69,250 of member fees.  Am I reading
11  it wrong?
12     A    Yes, no.  It's correct.
13     Q    That would have been the very first year
14  that you're aware of that USEM would have assessed
15  fees on its members, correct?
16        MS. SUMNER:  Objection.
17  BY MR. STUEVE:
18     Q    Go ahead.
19     A    I have to go back and look.  I am not
20  sure.
21     Q    Now, if you would, look at Exhibit 47 for
22  me.
23     A    (Witness complies.)
24     Q    This is another document that was placed
25  in front of you by USEM's counsel.  This, she was
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 335

```
 1  pointing out, was a recommendation that the
 2  management fee be increased from 50,000 to 75,000.
 3        Did I read that correctly?
 4     A    Yes, sir.
 5     Q    Now, this, of course, came -- remember, we
 6  looked at the chronology.  It was a hundred thousand
 7  was the initial commitment, right?
 8     A    Yes, sir.
 9     Q    Then UEP requested that it be reduced to
10  50,000.  Do you remember seeing that?
11     A    Yes, I do.
12     Q    And, in fact, there was a period of time
13  in 2001 in which there was no management fee paid by
14  USEM, correct?
15     A    Yes, sir.
16     Q    And then, finally, in 2007, USEM
17  instituted a member fee plan that we identified,
18  correct, one-twentieth of a cent; is that right?
19     A    To the best of my knowledge, yes.
20     Q    And so, as the document says, if you look
21  at it, the sentence right before Staff
22  Recommendation, With an improved USEM financial
23  statement, we now request the following.  Gene
24  Gregory recommends that USEM increase the UEP
25  management fee from 50,000 to 75,000 for 2008.
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 336

```
 1                Is that correct?
 2     A    That's what it says.
 3     Q    Now, do you know, in 2008, whether or not
 4  that management fee of $75,000 was paid?
 5     A    Did I actually see it?
 6     Q    Do you know if it was paid?
 7     A    I'm sure it was paid.
 8     Q    I'm not asking you to speculate.  I'm
 9  asking you, do you know whether or not it was paid?
10        MS. SUMNER:  Objection.
11        THE WITNESS:  Did I take the check to the
12  bank?
13  BY MR. STUEVE:
14     Q    It's real simple.  Do you know that it was
15  paid or don't you?  If you don't know, just say it.
16  If you do, then let me know, if you know that, in
17  fact, occurred.
18     A    It was paid.
19     Q    Okay.  Now --
20     A    Yes.
21     Q    Now, in 2009, there was no -- we've
22  already established, you testified under oath, that,
23  in fact, there were no export trades consummated in
24  2009.
25     A    Yes, sir.
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 337

```
 1     Q    What was the management fee paid by USEM
 2  to UEP?
 3     A    To the best of my knowledge, it was still
 4  75,000.
 5     Q    And how was that paid?  What funds did
 6  they use?
 7     A    I don't know.  That would be from the
 8  dues.
 9     Q    And the dues, it indicates that in '07 the
10  dues from USEM members was 69,250, right?
11     A    That was 2007, yes.
12     Q    Right.  So if the dues were similar in
13  2009, they wouldn't have been sufficient to pay the
14  management fee, correct?
15     A    Yes.
16     Q    Do you know what the dues were for 2009?
17     A    I have to look back on it.
18     Q    Now, in 2010 there were no export trades
19  conducted, correct?
20     A    Correct.
21     Q    How, first of all, was a management fee
22  paid in 2010 by USEM and in what amount?
23     A    That was from the dues, and it was -- it
24  was two-tenths of a cent, to the best of my
25  knowledge.
```

## Page 338

PHYLLIS BLIZZARD  2/15/2013

```
1    Q    Do you know what the amount of the
2  management fee that was paid in 2010?
3    A    75,000.
4    Q    And so, if not all, nearly all of the dues
5  that were paid in by USEM members went to UEP,
6  correct?
7    A    Say that again, please.
8    Q    Nearly all -- if not all, nearly all of
9  the dues paid in went to UEP, correct, in 2010?
10   A    For management fee.
11   Q    Is that correct?
12   A    To the best of my knowledge.
13   Q    And then in 2011, USEM also did not
14  conduct a single export trade, correct?
15   A    Yes.
16   Q    And so the only income, source of income
17  would have been dues, correct?
18   A    Correct.
19   Q    And do you know what the management amount
20  was paid -- management fee was in 2011?
21   A    I don't recall when it was changed. I
22  would say that was still two-tenths, I think in
23  '12 -- I'm really not sure.
24   Q    Is it safe to say, though, if not all,
25  nearly all of the dues collected by USEM were paid
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:
CONFIDENTIAL                 UE_DEP_0000338

## Page 339

PHYLLIS BLIZZARD  2/15/2013

```
1  to UEP?
2         MS. SUMNER:  Object to form.
3         THE WITNESS:  To the best of my knowledge.
4  I do not know.
5  BY MR. STUEVE:
6    Q    Has there ever been any income generated
7  by USEM that's been distributed to any person or
8  entity other than UEP?
9    A    Not to my knowledge.
10   Q    Now, let's look at Exhibit 46.
11       (Witness complies.)
12   Q    Counsel for USEM put this document in
13  front of you and said there was a nominating
14  committee that was in existence in October of 2005,
15  right?  Do you remember those questions?
16   A    That's what it looks like, yes, sir.
17   Q    Now, have you seen any documents from the
18  nominating committee concerning Board of Directors?
19   A    You mean on this?
20   Q    In any year, other than a reference in the
21  management agreement, in which you testified the
22  Board of Directors were, in fact, elected.
23       Have you seen any other document
24  after the management committee that indicated that
25  the nominating committee, after 2000, nominated a
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:
CONFIDENTIAL                 UE_DEP_0000339

## Page 340

PHYLLIS BLIZZARD  2/15/2013

```
1  Board of Directors?
2    A    Yes, because the officers are voted, and
3  then the Board -- there's six to eight members after
4  that that are voted on.
5    Q    Let me ask you this:  You testified
6  earlier, I want to make sure you're not changing
7  your testimony, prior to September of 2010, you're
8  not aware of any Board of Directors meetings
9  conducted by USEM, correct?
10   A    Just meetings and not entire membership?
11   Q    Talking about Board of Directors meetings
12  prior to September of 2010; you're not aware of any,
13  correct?
14   A    Again, I ask to rephrase the question
15  again.  Are you saying only Board of Directors
16  meeting?
17   Q    Yes.
18   A    They'll have conference calls but not
19  individual meetings.
20   Q    But those conference calls, you've already
21  sworn -- given sworn testimony those were the export
22  committee conference calls until September of 2010,
23  in which after that they were Board of Directors
24  meetings, correct?
25   A    In the beginning they were all called
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:
CONFIDENTIAL                 UE_DEP_0000340

## Page 341

PHYLLIS BLIZZARD  2/15/2013

```
1  Board members.  And I... I'm sorry, I'm blank.
2    Q    You're not changing your prior testimony,
3  are you, Ms. Blizzard?
4    A    If you'll tell me what it was.  I'm sorry.
5  I'm tired.  I've worn out.
6    Q    The reason why I'm asking these questions
7  is that your counsel snuck in a question along the
8  lines that U.S. Egg Marketers Board voted each and
9  every time with respect to the management fee.
10       Do you remember that testimony?
11       MS. SUMNER:  Object to the form of the
12  question.
13       THE WITNESS:  The Board -- the Board voted
14  on the management fee; is that what you said to
15  me?
16  BY MR. STUEVE:
17   Q    I'm asking you, are you aware of any
18  meeting -- I'll walk you through the years.  Are you
19  aware of any meeting in 2001 of the Board of
20  Directors of USEM in which they voted on the
21  management fee to be paid to UEP?
22   A    I am not aware.
23   Q    And that would be true for 2002, correct?
24   A    The Board voted -- well, I mean, recant.
25  The Board voted on everything.  Everything U.S. Egg
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191          Fax:
CONFIDENTIAL                 UE_DEP_0000341

PHYLLIS BLIZZARD 2/15/2013

Page 342

1 Marketers did, they had to go to the Board.

2     Q   Ma'am, do you have any documents of Board

3 meetings that you looked at that reflect Board

4 meetings of USEM in which they voted on the

5 management fee in 2001, 2002, 2003, 2004, 2005,

6 2006, 2007, 2008, 2009?

7     A   I'd have to go back and look, but the

8 Board voted on everything.

9     Q   Do you have -- what I'm asking you,

10 sitting here today --

11     A   With me, no.

12     Q   In sitting here today, do you recall any

13 specific document during that time frame, 2001

14 through 2009, in which there's a document that

15 reflects that the Board of Directors of USEM voted

16 on a management fee?

17     A   Do I have any documents?

18     Q   Right.

19     A   I do not have documents, but they voted.

20     Q   The document that I showed you reflected

21 that UEP's senior VP had requested that the

22 management fee be dropped from a hundred thousand to

23 50,000. Do you remember that document?

24     A   I do.

25     And this document, Exhibit 47, indicates

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191        Fax:

CONFIDENTIAL        UE_DEP_0000342

---

PHYLLIS BLIZZARD 2/15/2013

Page 343

1 that the staff is recommending that USEM increase

2 the UEP management fee from 50 to 75,000 for 2008,

3 correct?

4     A   Gene Gregory recommends.

5     Q   Right. And he was the president of UEP,

6 correct?

7     A   Yes.

8     Q   You also indicated in your testimony that

9 income generated from export trades, if there was a

10 profit made on those export -- an export trade, did

11 you have responsibilities for directing those funds

12 into any account of USEM?

13     A   Did I actually place the check in the

14 bank?

15     Q   Mm-hmm.

16     A   No.

17     Q   How would -- how would -- so let's look at

18 the -- in 2007, there's sales-eggs, so these are

19 from export, of 9,205,931. Do you see that?

20     A   I do.

21     Q   Who handled those, that income? The

22 checks generated to constitute 9,205,931, who

23 handled that at UEP?

24     MS. SUMNER: Objection.

25     THE WITNESS: Do I have to answer?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191        Fax:

CONFIDENTIAL        UE_DEP_0000343

---

PHYLLIS BLIZZARD 2/15/2013

Page 344

1     MS. SUMNER: Yes, go ahead and answer the

2 question.

3     THE WITNESS: Sherry Shedd.

4 BY MR. STUEVE:

5     Q   And do you know what account at UEP those

6 funds were deposited in?

7     MS. SUMNER: Object to the form. You're

8 misstating her prior testimony.

9     THE WITNESS: It was a U.S. Egg Marketers'

10 account.

11 BY MR. STUEVE:

12     Q   But that testimony's not based on your own

13 personal knowledge, right?

14     MS. LEVINE: She's a 30(b)(6), for God's

15 sake.

16     MR. STUEVE: I want to get a clarification

17 on this.

18     MS. LEVINE: It's abusive at this point.

19     MR. STUEVE: No, it's not. This is a

20 separate question.

21 BY MR. STUEVE:

22     Q   Go ahead and answer, please.

23     A   I did not personally deposit the check in

24 the bank.

25     Q   And the basis of that testimony is a

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191        Fax:

CONFIDENTIAL        UE_DEP_0000344

---

PHYLLIS BLIZZARD 2/15/2013

Page 345

1 communication with Ms. Shedd; is that correct?

2     A   The basis of what testimony?

3     Q   The testimony that that was deposited in a

4 USEM account.

5     A   You mean when we just talked to her?

6     Q   So let me ask you this: You're testifying

7 as a 30(b)(6) witness for USEM that the funds were

8 deposited in a USEM account -- I am talking about

9 the 9,205,931 -- that's your testimony, right?

10     A   Yes.

11     Q   And that's -- I had asked you earlier

12 whether or not you knew where -- how these funds

13 were handled, and you said you didn't know. Now

14 you're testifying that you know that they were

15 deposited in a USEM account, and I'm asking you, did

16 you talk to Ms. Shedd and ask her specifically that

17 question and she said that's what happened?

18     MS. SUMNER: I am going to object to the

19     form of the question.

20     You can answer.

21     THE WITNESS: No, I did not talk to her

22     and ask her if she put that check in the U.S.

23     Egg Marketers' account.

24 BY MR. STUEVE:

25     Q   So what is the basis of your testimony as

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191        Fax:

CONFIDENTIAL        UE_DEP_0000345

**PHYLLIS BLIZZARD 2/15/2013**

Page 346

```
1    the corporate rep for USEM?  You didn't personally
2    handle those funds, Ms. Shedd did not tell you that
3    she, in fact, put them in USEM account, so what is
4    the basis of your testimony?  I'm entitled to know
5    that.
6         A    To the best of my knowledge from what I
7    have been told, that U.S. Egg Marketers is a
8    separate account, that that check has been put in
9    their account.
10        Q    Who told you, if anyone, that the funds
11   generated from sales-eggs reflected under USEM's
12   income statement was deposited in a USEM account
13   versus a UEP account?
14        A    That, like I said, Gene Gregory, Sherry
15   Shedd, Linda Reickard, they did not tell me they
16   directly took that check to the bank, but that is
17   the basis of U.S. Egg Marketers, that it's put in
18   their separate account.
19        Q    Ma'am, this is why I'm asking these
20   questions, because I'm entitled to know.  I don't
21   have to accept on face value that USEM deposited
22   them in a USEM account.
23             I'm entitled to know, as the
24   corporate rep, who told you that, if anyone.  And it
25   sounds like your testimony is that no one at USEM
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 347

```
1    has told you that, in fact, those funds were
2    deposited in a USEM account; is that correct?
3         MS. SUMNER:  Object to the form.
4         You can answer the question.
5         THE WITNESS:  I don't know what to tell
6    you.  U.S. Egg Marketers has a separate
7    account, and the money has been put in the U.S.
8    Egg Marketers' account.  Did I see someone put
9    it in there?  No.  I don't do the banking.
10        MR. STUEVE:  I'm going to read back the
11   question.
12   BY MR. STUEVE:
13        Q    You didn't answer my question.  I'll ask
14   you to answer it for me.
15             -  -  -
16             (Whereupon, the Reporter read
17             back a preceding portion of the
18             testimony as directed:
19             "Q.  Ma'am, this is why I'm
20             asking these questions, because
21             I'm entitled to know.  I don't
22             have to accept on face value
23             that USEM deposited them in a
24             USEM account.  I'm entitled to
25             know, as the corporate rep, who
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 348

```
1             told you that, if anyone.  And
2             it sounds like your testimony is
3             that no one at USEM has told you
4             that, in fact, those funds were
5             deposited in a USEM account; is
6             that correct?")
7         MS. SUMNER:  Objection.  She's answered
8    this question.
9         MR. STUEVE:  She hasn't, and I'm going to
10   ask her to answer it for me, please.
11        MS. SUMNER:  Can you read back what she
12   said about Ms. Shedd.
13        MR. STUEVE:  No, I want her to answer my
14   question.
15   BY MR. STUEVE:
16        Q    Go ahead and answer my question.
17        MS. SUMNER:  She has answered the
18   question.  She can't.  She's tired, and you're
19   asking her the same question six times.
20        MR. STUEVE:  Counsel, I'm very comfortable
21   with presenting this to the judge, and we're
22   going to.  I'm going to get her to answer this
23   question.  If she doesn't, we're going to
24   present it to the judge.
25        I would ask for you to read back my
```

---

**PHYLLIS BLIZZARD 2/15/2013**

Page 349

```
1    question, and I want her to answer it for me.
2         (Whereupon reporter re-read as requested.)
3         THE WITNESS:  I don't know what to say.
4         MS. SUMNER:  I think we need to let the
5    record reflect we've been going now for almost
6    nine hours.
7         MR. STUEVE:  I want the record to reflect
8    that the witness said she doesn't know what to
9    say.
10   BY MR. STUEVE:
11        Q    Are you going to answer my question or
12   not?  Ma'am?
13        A    I'm listening.
14        Q    Are you going to answer my question or
15   not?
16        MS. SUMNER:  You can answer the question.
17   She's answered the question multiple
18   times.
19        MR. STUEVE:  She hasn't.
20   BY MR. STUEVE:
21        Q    Are you going to answer my question or
22   not?
23        A    I have not actually put a check in the
24   bank.
25        Q    Is that --
```

PHYLLIS BLIZZARD  2/15/2013

Page 350

```
1      A    Physically.
2      Q    Is that the answer you're going to give me
3  to my question?
4      A    I thought that's what you wanted me to
5  answer.
6           MR. STUEVE:  I'm going to -- the witness
7      is not answering my question.  I've asked it as
8      many different ways as I possibly can to get
9      her to answer.  So I'll move on.
10          I don't have any further questions.
11          MS. SUMNER:  I think if you go back
12     through the record, you will see she said
13     multiple times that she talked to Sherry Shedd.
14          She doesn't understand why you keep asking
15     her the same question, and that's why she's
16     confused.
17          MR. STUEVE:  I want the record to reflect
18     that, number one, the attorney is now trying to
19     coach the witness.
20          Number two, I know what questions I asked
21     and I know what she answered.  So...
22          Do you have any more questions, Counsel?
23          MS. SUMNER:  And I asked the court
24     reporter to read back her answer, and you would
25     not let her.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                                  Fax:

CONFIDENTIAL                                         UE_DEP_0000350

---

PHYLLIS BLIZZARD  2/15/2013

Page 351

```
1           MR. STUEVE:  Go ahead.  Do you have any
2      questions?
3           MS. SUMNER:  I do have a few additional
4      questions.
5                         - - -
6                      EXAMINATION
7                         - - -
8  BY MS. SUMNER:
9      Q    Ms. Blizzard, do you need to take a break?
10     A    I need to cancel my flight, I guess.
11     Q    Are you okay going for five more minutes?
12     A    Yes.
13     Q    Did Mr. Gregory have a USEM title?
14     A    Yes.  He was president of USEM.
15     Q    And did Mr. Gregory negotiate export
16 trades in his capacity as USEM's president?
17     A    Yes.
18          MS. SUMNER:  I'm going to mark this as the
19     next exhibit, 54.
20                  (Exhibit Blizzard 54 was marked
21                   for identification.)
22 BY MS. SUMNER:
23     Q    Do you recognize this document,
24 Ms. Blizzard?
25     A    I do.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                                  Fax:

CONFIDENTIAL                                         UE_DEP_0000351

---

PHYLLIS BLIZZARD  2/15/2013

Page 352

```
1      Q    Can you tell me what these are?
2      A    Articles of incorporation and
3  organizational minutes.
4      Q    Are they also the bylaws?
5      A    Yes.
6      Q    And for what entity?
7      A    U.S. Egg Marketers.
8      Q    And what is the last amended date on these
9  bylaws?
10     A    October 10, 2000.
11     Q    So is it your understanding that these
12     were the bylaws that were put into effect when UEP
13     assumed management of USEM?
14          MR. STUEVE:  Objection.  Calls for
15     speculation on the part of this witness based
16     on her prior sworn testimony.
17 BY MS. SUMNER:
18     Q    You can answer.
19     A    To the best of my knowledge, yes.
20     Q    I'd like to direct your attention to
21 Article 2 of these bylaws on page 2 of the document.
22          MR. STUEVE:  Nan I am going to object to
23     these questions as beyond the scope of my
24     questions.  I object completely to this line of
25     questioning.  It's way beyond.
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                                  Fax:

CONFIDENTIAL                                         UE_DEP_0000352

---

PHYLLIS BLIZZARD  2/15/2013

Page 353

```
1           MS. SUMNER:  They go right to your Board
2      of Directors question, Pat.
3           MR. STUEVE:  The bylaws are not a document
4      that the Board of Directors took any action.
5      It's not responsive.  I object to this line of
6      questioning.  Way beyond the scope.
7           MS. SUMNER:  Your objection is noted.
8  BY MS. SUMNER:
9      Q    Can I direct your attention --
10          MR. STUEVE:  We're going to go back.
11     We're going back.
12 BY MS. SUMNER:
13     Q    -- to section number 1.
14          MR. STUEVE:  What's the exhibit number?
15          MS. SUMNER:  54.  You've asked her lots of
16     questions about the Board of Directors.
17          MR. STUEVE:  I asked her about any votes
18     taken by the Board of Directors.
19          MS. LEVINE:  Can you please let my partner
20     finish before you rudely interrupt her.
21 BY MS. SUMNER:
22     Q    Ms. Blizzard, can you read article two,
23 section one of the document?
24     A    Number and qualifications of directors.
25 The business of the company shall be controlled by a
```

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                                  Fax:

CONFIDENTIAL                                         UE_DEP_0000353

PHYLLIS BLIZZARD 2/15/2013

Page 354

1  Board of Directors comprised of all members of the
2  company.
3       Q     And was, in fact, the Board of Directors
4  of U.S. Egg Marketers, in October of 2000 and going
5  forward, comprised of all members of U.S. Egg
6  Marketers?
7       A     Yes.
8       Q     And did that change at some point in time?
9       A     It did.
10      Q     And do you recall when it changed, just
11  approximately?
12      A     2006, 2007.  I'm not sure.
13      Q     Did it change when the export executive
14  committee that -- you've testified to Mr. Stueve
15  that at some point, the export executive committee
16  became known as the Board of Directors.  Do you
17  recall that testimony?
18      A     Yeah.
19      Q     Is that the point in time when this
20  changed, when all members were no longer directors?
21          MR. STUEVE:  Objection.  Calls for
22      speculation on the part of this witness.
23          THE WITNESS:  To the best of my knowledge.
24  BY MS. SUMNER:
25      Q     I'd like you to pull out what has been

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                                Fax:

CONFIDENTIAL                                         UE_DEP_0000354

---

PHYLLIS BLIZZARD 2/15/2013

Page 355

1  marked as Exhibit 49.
2       A     (Witness complies.)
3       Q     Are these the minutes from the October 10,
4  2002, U.S. Egg Marketers meeting?
5       A     Yes.
6       Q     And who are the attendees at the meeting?
7          MR. STUEVE:  Objection.  Calls for
8      speculation on the part of the witness.
9  BY MS. SUMNER:
10      Q     You can answer the question.
11      Who are they?
12      Q     Do you see the list of attendees on these
13  minutes?
14      A     Yes.
15      Q     Are those the individuals who are listed
16  in the second paragraph in bold?
17      A     Yes.
18      Q     And are they U.S. Egg Marketers members or
19  representatives of members, companies?
20      A     Yes.
21      Q     Drop down to the bottom part of this
22  document where it says UEP Management Fee.
23          Do you see where it says, Gregory
24  reported that USEM had voted to pay UEP a management
25  fee in the amount of $50,000 during 2002?

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                                Fax:

CONFIDENTIAL                                         UE_DEP_0000355

---

PHYLLIS BLIZZARD 2/15/2013

Page 356

1       A     Yes.
2       Q     Did that, in fact, occur?
3       A     To the best of my knowledge.
4       Q     And then do you see here that on these
5  minutes, it says, Motion:  It was moved by Elste and
6  seconded by Dean to pay a UEP management fee in the
7  amount of $50,000 during 2003.  Carried.
8          Do you see that?
9       A     Yes, I do.
10      Q     Did that, in fact, occur at this meeting?
11      A     To the best of my knowledge, yes.
12      Q     Were similar proposals and votes made at
13  the U.S. Egg Marketers annual membership meetings
14  that followed in years after 2002?
15          MR. STUEVE:  Objection.  Calls for
16      speculation on the part of this witness.
17          THE WITNESS:  To the best of my knowledge,
18      yes.
19          MS. SUMNER:  I have no further questions.
20                  - - -
21                  EXAMINATION
22                  - - -
23  BY MR. STUEVE:
24      Q     Let's start with Exhibit 49.  Can you
25  confirm for me that not all of the members of USEM

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                                Fax:

CONFIDENTIAL                                         UE_DEP_0000356

---

PHYLLIS BLIZZARD 2/15/2013

Page 357

1  attended the October 10, 2002 meeting, correct?
2       A     No, I cannot without going through every
3  one of them.
4       Q     Right.  I mean, there were a lot of
5  members of USEM in 2002, correct?
6       A     Yes, sir.
7       Q     And so do you know whether or not there
8  was a quorum of USEM members sufficient to vote on
9  any matter on behalf of USEM, based on this
10  document?
11      A     Do I know for certain?
12      Q     Yeah.
13      A     I would say yes with that many there.
14      Q     Do you know -- can you -- do you know what
15  numbers were not there?
16      A     No, sir, I do not.
17      Q     Do you know how many members showed up in
18  2003 for the USEM meeting?
19      A     No, sir, not without going back and
20  counting them.
21      Q     And that would be true for 2004 and 2005
22  and 2006 and 2007?
23      A     Yes, sir.
24      Q     Now, your testimony is now, in response to
25  the questions concerning the bylaws, that all of the

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191                                Fax:

CONFIDENTIAL                                         UE_DEP_0000357

PHYLLIS BLIZZARD 2/15/2013

Page 358

1  members of USEM were Board of Directors of USEM up
2  until there was a change in 2006; is that right?
3       MS. SUMNER:  Object to the form.
4       THE WITNESS:  They were Board members.
5  BY MR. STUEVE:
6       Q    Is that right?  So that would have made
7  Nelson Poultry a Board member of USEM as well,
8  correct, because they were a member in 2000 and in
9  2001 and into 2002, correct?
10      A    Sounds like it, yes, sir.
11      Q    And that would have made all of the UEP
12 members, which is virtually all of the USEM
13 membership, members of the Board of Directors of
14 USEM, correct?
15      MS. SUMNER:  Object to the form.
16      You can answer the question.
17      THE WITNESS:  I'm not sure.
18 BY MR. STUEVE:
19      Q    Well, if, in fact, your understanding of
20 the bylaws in effect from -- starting in December of
21 1981 that were in effect up through 2006, all of the
22 members of USEM are Board members, and since, to the
23 best of your knowledge, all of the USEM members are
24 UEP members, that makes all of the Board of
25 Directors of USEM from 2001 through 2006 UEP

PHYLLIS BLIZZARD 2/15/2013

Page 359

1  members, correct?
2       A    I'm not sure.
3       Q    Now, you also testified -- I want to make
4  sure I understand -- that Mr. Gregory executed
5  export trades on behalf of USEM; did I understand
6  that testimony correctly?
7       MS. SUMNER:  Object to the form.
8       Misstates the testimony.
9  BY MR. STUEVE:
10      Q    You testified that Mr. Gregory was the --
11 had the title of USEM's president; is that right?
12      A    I think that was his title of U.S. Egg
13 Marketers.
14      Q    And when did he get that title?
15      A    When he took over the management, when UEP
16 took over the management of U.S. Egg Marketers.
17      Q    And do you know if that -- whether or not
18 that was identified on the website, UEP's website,
19 that Mr. Gregory was the president of USEM?
20      A    No, I do not.
21      Q    Who is the president of USEM now?
22      A    I'm the CEO.
23      Q    That's not my question.  Who is the
24 president?
25      A    I just always -- I've just always been

PHYLLIS BLIZZARD 2/15/2013

Page 360

1  called the CEO.  He is no longer involved with U.S.
2  Egg Marketers.
3       Q    Well, you haven't always been called the
4  CEO?
5       A    That's correct.
6       Q    You didn't ask for, but you were given
7  that title in 2010, correct?
8       A    Yes.
9       Q    According to your testimony?
10      A    Yes, sir.
11      Q    Even though that's not reflected on UEP's
12 website in numerous places, correct?
13      A    Yes.
14      Q    Two we looked at, and neither one list you
15 as the CEO?
16      A    Yes, sir.
17      Q    What I'm asking you is, because I want to
18 make sure I understand your testimony, you said that
19 Mr. Gregory was the president of USEM, and is it
20 fair to say, then, that since he's stepped down, he
21 no longer has any responsibility for UEP, correct?
22      A    U.S. Egg Marketers.
23      Q    Or UEP, correct?
24      A    Oh, true.
25      Q    That there is no president of USEM right

PHYLLIS BLIZZARD 2/15/2013

Page 361

1  now; is that right?
2       A    I guess not.
3       MR. STUEVE:  I have no further questions.
4       MS. SUMNER:  I don't either.
5       (Witness excused.)
6       (Deposition concluded at 7:00 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PHYLLIS BLIZZARD 2/15/2013

Page 362

```
1                                      Page 362
2
3
4
5
6              C E R T I F I C A T E
7
8   COMMONWEALTH OF PENNSYLVANIA  :
9                                 :
10  COUNTY OF PHILADELPHIA        :
11
12
13              I, MAUREEN BRODERICK, Registered
14  Professional Reporter - Notary Public, within and
15  for the Commonwealth of Pennsylvania, do hereby
16  certify that the proceedings, evidence, and
17  objections noted are contained fully and accurately
18  in the notes taken by me of the preceding
19  deposition, and that this copy is a correct
20  transcript of the same.
21
22
23
24
25              _____
                MAUREEN BRODERICK
```

---

PHYLLIS BLIZZARD 2/15/2013

Page 363

```
1                                      Page 363
2              Registered Professional
                Reporter - Notary Public
3
4
5              ERRATA SHEET
6   Attach to Deposition of:  Phyllis M. Blizzard
    Taken on:  February 15, 2013
7   In the matter of:  AWG  vs.  UEP, et al.
8
9   PAGE       LINE NO.      CHANGE        REASON
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____
```

---

PHYLLIS BLIZZARD 2/15/2013

Page 364

```
1   _____
2   _____
3
4
5              SIGNATURE PAGE
6
7              - - -
8
9              I hereby acknowledge that I have
10  read the aforegoing transcript, dated February 15,
11  2013, and the same is a true and correct
12  transcription of the answers given by me to the
13  questions propounded, except for the changes, if
14  any, noted on the Errata Sheet.
15
16              - - -
17
18
19
20
21  SIGNATURE:    _____
22               PHYLLIS M. BLIZZARD
23  DATE:         _____
24  WITNESSED BY: _____
25
```

---

PHYLLIS BLIZZARD 2/15/2013

Page 365

```
1                                      Page 365
2
3
4
5              Midwest Litigation Services
                1301 Oak Street, Suite B
6               Kansas City, Missouri 64106
    Phone (816)221-1160 * Fax (816)221-1151
7
    February 18th, 2013
8   Ms. Robin P. Sumner
    Pepper Hamilton LLP
9   300 Two Logan Square
    Philadelphia, PA 19103-2799
10
    In Re:  ASSOCIATED WHOLESALE GROCERS, INC., et al. vs.
11  UNITED EGG PRODUCES, et al.
12  Dear Ms. Sumner
13  Please find enclosed your copy of the deposition of
    PHYLLIS BLIZZARD taken on FEBRUARY 15TH, 2013, in the
14  above-referenced case.  Also enclosed is the original
    signature page and errata sheets.
15  Please have the witness read your copy of the
    transcript, indicate any changes and/or corrections
16  desired on the errata sheets, and sign the signature
    page before a notary public.
17
    Please return the errata sheets and notarized
18  signature page to James Ward, Attorney General's
    Office, 207 West High, Jefferson City, Missouri,
19  65101, for filing prior to trial date.
20  Thank you for your attention to this matter.
21  Sincerely,
22
23  Maureen Broderick, RPR
24  Enclosures
25  cc:  Patrick Stueve
```

A

**aaragona@eimer...** 3:12
**able** 50:9 111:7 115:7,25 224:13 227:19 229:16 232:8 292:19,23 302:5 306:21
**above-referenced** 365:14
**abroad** 231:2
**absolutely** 19:13 115:15 243:8 295:25 323:25 324:12
**abusive** 344:18
**accept** 55:22 241:5 346:21 347:22
**accepted** 246:22
**accepting** 125:7 139:1
**account** 87:24 122:9,21 123:11 157:10,24 226:13 296:22 297:7,7,24 298:7,12,20,21 299:10,12 300:23 324:2,16,25 325:17 327:2,14 327:20,25 328:9 328:13 329:3 330:1,13 332:14 332:19 333:2,11 333:17,24 334:3 343:12 344:5,10 345:4,8,15,23 346:3,8,9,12,13 346:18,22 347:2,7 347:8,24 348:5
**accountant** 89:20 326:25
**accounted** 126:19
**accounting** 21:25 22:3 38:7,18 48:22 117:9
**accounts** 48:3 126:13 131:2 227:14 333:9,11
**accurate** 265:24
**accurately** 313:21 314:10,13 362:17
**acknowledge** 81:22 265:17 270:6 314:4 364:9
**acquiring** 39:12
**Acre** 4:3 11:10
**Act** 57:8
**acted** 315:1
**action** 156:19 353:4
**actions** 314:14
**actively** 202:22 203:16
**activities** 24:21 29:12,14 44:17 49:18 158:9 225:25 226:4 313:15,18
**actual** 32:12 125:17 201:23 292:20
**add** 275:16
**added** 63:5
**addition** 27:13 68:20 146:9,23 147:12,18 148:15 149:3 235:20 263:22 288:1
**additional** 32:9 77:13,25 93:10,20 101:2 125:25 127:4,15 128:6 143:25 145:5,16 149:9 150:4,12 151:20 152:8 195:21 235:23 238:7 239:11 246:8 254:4 259:4 259:10,21 287:5 351:3
**additionally** 147:22
**address** 104:11
**admissions** 7:24 278:7 279:2,20 280:4
**Adopted** 152:18
**advance** 138:25
**advised** 41:10 138:24
**advisor** 18:13
**affidavit** 22:19,22 23:6 25:19 26:3 26:21,22
**affidavits** 21:24 22:15 25:24 26:12 27:13
**affiliated** 122:6 162:19 177:2 203:9 209:3,6
**aforegoing** 364:10
**afternoon** 160:25 161:1
**agenda** 197:6 206:2 222:2 249:17
**agent** 313:14 314:8
**agents** 16:14 288:14 288:23
**ago** 20:5,24 21:8 26:13 83:6,12 100:12,23 101:13 286:17
**agree** 115:17 133:22 151:17 165:13 166:1 225:15 242:12,22 251:7 260:6,8 314:4 316:15
**agreed** 106:14 116:23 176:6 224:14 248:14 315:21 316:10
**agreeing** 214:7
**agreement** 6:21 7:1 7:21 16:19 27:19 28:13 32:7 38:11 44:7 45:3,5,12,15 45:17,25 48:1,5 91:15 95:10 100:2 122:11,23 123:14 124:21 143:10,13 143:17 148:12 149:25 150:24 151:1,18 152:4,6 156:11,25 157:1 157:16 159:13,19 160:2,5,12,12 161:7,12,14,15,16 161:20,25 162:3 162:15,25 165:1 165:14 166:3,12 166:17 183:20 189:11,19 194:12 201:12 213:16,17 214:6,17 224:3,17 234:18 237:25 239:2,17,22 240:3 245:3,19 246:12 248:9,9,11,13 251:9 253:22 254:2,8 259:8 273:20 274:1,10 274:16,24 275:12 283:2 292:13,20 292:24 296:9,12 296:13 297:10 301:25 302:3 312:23 313:2,4,6 313:22,24 314:6 314:11,14 339:21
**agreements** 149:21 189:9,15,16 217:13 259:13,14 259:18
**agrees** 248:14
**ahead** 10:9 14:4 30:10 31:11 33:1 34:15 37:5 40:8 74:16 89:18 108:21 119:5 127:24 135:19 137:3 163:24 171:22 180:6 245:13 256:9 294:8 298:17 304:23 326:5 334:18 344:1,22 348:16 351:1
**al** 1:3,7 18:9 19:2,6 19:11 52:13 67:20 105:11 107:11 114:11 116:4 155:22 204:25 252:10 268:17 363:7 365:10,11
**Albuquerque** 249:21,25
**Allen** 11:9
**allocate** 201:18
**allocated** 45:1,8,22 46:9 47:23 48:17 49:5 214:9 217:14 235:23 244:14
**allocates** 46:6 47:18 48:14 49:3,13,17
**allocation** 45:6,18 45:19 46:5,10 47:16,24 171:5 225:9,10,16,18,20 225:22,24 226:3 247:7 319:14,17
**allocations** 282:19
**allow** 263:13
**allowed** 163:22 237:23
**allowing** 254:8
**Alpharetta** 104:17
**alternative** 176:13
**amended** 352:8
**amendments** 197:12,15
**amount** 122:10,21 123:12 151:4 169:8 215:16 250:8,16 275:3 323:10 337:22 338:1,19 355:25 356:7
**analysis** 264:21
**Anderson** 3:15 10:18,18 178:25
**and/or** 16:15 112:4 280:12 285:11,21 286:23 287:16 288:14,23 365:15
**animal** 100:21
**announce** 72:17
**announced** 72:16 250:5 268:24 269:3
**annual** 6:16 7:7 68:7,20,22 69:7 69:22 118:7,22 165:5,16 166:6,20 220:12,20,24 221:1,6,7 249:7 249:24 252:9 253:23 263:7 300:6 305:20 356:13
**annually** 295:11
**answer** 11:19 13:23 14:4,5,22 15:3 31:11 33:1 37:5 46:4 47:7,14 63:8 63:23 64:3 86:22 87:1 88:11 89:19 94:21 96:2 108:8 110:15 114:17 115:1,16 118:20 119:5 120:12 123:3 127:24,25 128:11 133:11 135:19 136:15,25 137:3 140:25 146:3 151:25 152:2 158:24 165:20 166:15 168:1,3 171:19 180:6 181:23 187:8 199:23 257:10 262:12 282:3 298:17 304:23 308:2,6 319:16 324:7 325:5,7 326:4,4 326:11,21 327:5 343:25 344:1,22 345:20 347:4,13 347:14 348:10,13 348:16,22 349:1 349:11,14,16,21 350:2,5,9,24 352:18 355:10 358:16
**answered** 38:5 46:13,14,16,23 348:7,17 349:17

350:21
**answering** 287:23 350:7
**answers** 13:20 278:25 280:3 364:12
**Antonio** 263:7
**anybody** 11:12 331:9
**anyway** 308:8
**apart** 185:17
**apologize** 85:22 86:1 114:2 138:6 232:13
**Apology** 269:10
**appear** 196:4 207:5 254:7 255:18,20 309:2 310:25
**APPEARANCES** 2:1 3:1 4:4
**appears** 95:13 134:6 183:2 190:19 194:9,17 195:1,11,18 196:1 196:9 239:4 251:11 253:21,25 254:11,18 257:2 258:19 260:16 268:13 270:23 271:10 272:1 273:19 308:20 310:10,16,24 313:3
**applicant** 170:21 239:6
**applicants** 144:14 238:7 239:12
**application** 274:12
**applications** 189:17 189:18
**appreciate** 47:7 93:16 199:23 291:20
**approached** 40:2
**approval** 116:19 117:1 139:1
**approve** 231:15
**approved** 232:19 248:16
**approximately** 1:14 18:15,19 20:5,24 21:2 24:5,14 26:10 28:6,10,15 31:14 41:25 74:20 121:21 183:14 188:22,23 202:4 205:4 286:16 354:11
**April** 255:2
**Aragona** 3:10 11:2 11:2
**Arch** 1:12 2:9
**area** 57:16,18
**areas** 125:5
**Arin** 3:10 11:2
**arrange** 37:20
**arranged** 79:9
**arrangement** 55:24
**ARTHUR** 3:24
**article** 352:21 353:22
**Articles** 8:14 352:2
**Ashley** 4:11 10:20
**aside** 45:5,17 184:17 185:7
**asked** 172:16 270:25 314:25 315:4,7,22 319:20 329:5,7,10,19 331:6 345:11 350:7,20,23 353:15,17
**asking** 13:18 29:20 30:16 46:4 47:14 48:9,12,24 56:12 60:13 61:19,20 62:22,23 64:3 77:15 83:11 88:10 88:11 115:3 118:17 119:8 128:12 131:18 133:7 135:23,24 146:7,22 147:9 172:19 176:3 182:5 187:19 189:4 212:20 243:14 247:3 250:5 261:5 279:17 281:23 315:13,20 316:11 318:9 324:6 326:18 327:17 328:17 336:8,9 341:6,17 342:9 345:15 346:19 347:20 348:19 350:14 360:17
**assess** 263:8
**assessed** 50:24 92:1 147:24 235:21 237:19 238:13 239:19 254:8 263:21 334:14
**assessing** 148:6
**assessment** 277:1
**assist** 22:7 39:11,23 102:9
**assistance** 95:4
**assistant** 37:24 102:3
**assisted** 33:23 278:10,14
**assisting** 277:10
**Associated** 1:3 9:20 12:18 184:7 365:10
**assume** 15:4 44:11 44:15 109:7 116:17 201:6 248:12 277:20 299:15
**assumed** 252:2 258:21 263:14 264:18 295:15 352:13
**assumes** 106:20
**assuming** 244:19
**assumption** 108:22 108:24 109:4 135:12 136:4 238:11
**assure** 74:9
**Atlanta** 42:25 43:5 104:21,22
**Attach** 363:6
**attached** 133:15 137:12 249:16 294:18 312:24
**attempt** 39:1 228:6 271:11 281:15,24 283:10,15 288:2
**attempting** 235:22 243:1
**attend** 65:5,7,8 221:18
**attended** 75:4 357:1
**attendees** 355:6,12
**attention** 102:17 105:22 228:9 276:23 293:7 294:15 295:1,4 296:3,11,18 297:9 297:16 300:10 301:4,22 352:20 353:9 365:20
**attorney** 350:18 365:18
**attorneys** 180:23
**August** 106:10 116:12 132:7 152:5 223:9 250:24 251:17 301:20
**authority** 109:25
**authorize** 279:14
**authorized** 162:2 215:17 228:4 279:19
**availability** 323:23
**available** 90:16 296:23
**Ave** 3:11
**Avenue** 2:14,18 3:25
**avoided** 273:14
**aware** 12:19 13:3,7 44:3,8,24 45:6,9 45:18 46:9 47:23 49:2 50:23 53:14 58:10 61:6 62:6 62:19,25 63:15,23 63:24 66:7 70:17 71:1,20,21,23 92:20,24 98:14 105:24,25 111:11 119:25 121:3,6,8 121:15,19,24 122:4 126:15 129:20 130:9 144:25 146:8 149:12 181:1 184:3,5 201:17,20 202:11 208:1 226:18,20,21 239:22 240:2 245:25 280:20,21 283:5 334:14 340:8,12 341:17 341:19,22
**AWG** 184:3 363:7
**azitrin@kasowitz...** 4:13
**a.m** 1:14 97:16 152:20

B

**B** 365:5
**baby** 237:10
**back** 22:17 33:5,10 34:17 35:10 47:6 47:10,25 51:17 64:18 73:9,12 74:13 83:23 85:21 86:5,6 87:3,11 88:12,16,20 97:22 110:21 120:13,16 123:3,7 124:13 127:8,12,21 136:15,19 145:8 145:12,24 146:2,4 147:4,7,20 148:18 148:22 158:22 159:2 160:23 161:2 163:24 164:13,16 165:24 168:6 171:18,25 176:4,18 179:7,11 180:8 181:10,17 184:25 185:4 199:21 200:3 203:12 213:3 216:11 221:12 228:21 232:15 233:1 246:13 259:12 263:1 267:22 272:16 275:9 280:6 281:21 299:2,6 303:22 309:12,15 312:6,22 323:9 324:10 325:10 326:5,19 327:8 328:3 334:19 337:17 342:7 347:10,17 348:11 348:25 350:11,24 353:10,11 357:19
**backed** 235:14,16 235:17,24
**bad** 85:23
**Bahan** 231:14,21
**Baird** 3:3 11:6
**Baker** 4:5 80:5,18 83:21,24 155:21 156:4 203:4,5 206:12 247:10 285:2
**balance** 131:15,18 226:16,23 227:12
**bank** 48:3 122:9,21 123:11 157:10,20 157:24 223:13 224:1,6 225:2 226:13 227:12 251:12 296:22 297:7,7,24 298:7 298:12,20,21 299:10,11 300:23 328:2,23 330:16 330:18 333:9,10 333:11,15 336:12 343:14 344:24 346:16 349:24
**banking** 347:9
**bargain** 250:9

**Barrett** 2:3 10:12
**Barry** 90:14,23,25 91:5,9,12 107:24 198:18 205:15,17 205:21 264:9,25
**based** 107:24 120:4 120:18 140:4 170:1 199:10 255:15 298:15,23 301:1 304:20 307:18 309:10 311:25 318:12,16 318:23 344:12 352:15 357:9
**bases** 287:3
**basically** 29:10 30:5 37:10 67:6 68:11 100:24 106:2 198:16
**basing** 182:11
**basis** 30:22 54:21 126:10 136:9,22 176:9 181:19 201:19 327:12 344:25 345:2,25 346:4,17
**Bates** 137:25 190:20 194:17,24 206:8 215:20 244:6 266:3 292:10 293:8 294:3 295:2 296:12 301:23
**Bates-stamped** 194:7
**bathroom** 216:8
**bears** 293:8
**becoming** 136:12
**beep** 176:5
**beeping** 176:2
**befuddled** 127:7
**beg** 16:24 94:1 331:5
**began** 93:24 315:25 324:23 325:15 330:22 331:24
**beginning** 1:13 66:11,13 74:7 315:16 340:25
**behalf** 11:19 12:13 27:15 29:15 32:21 33:16 39:2 40:13 44:17 52:24 94:18 111:4,5 118:18 133:10 156:14 160:4,6,17 162:2 215:18,25 219:25 278:10 279:1,14 279:18 286:21 287:15 288:4 357:9 359:5
**believe** 52:7 54:2 56:3 86:15,18 87:13,18 110:6,9 131:25 146:15 154:11 155:13 165:14 166:3 168:18 181:14 189:8,14 242:24 246:11 265:23 274:19 277:14 286:9 296:19 297:17 309:5,18 311:20
**benchmark** 264:25
**benefit** 132:16 135:1 139:19 143:1 230:20 268:6
**benefited** 261:19 265:8 267:19 277:17
**benefits** 16:1 42:16 59:1 135:6,7 142:12 264:14
**BENSON** 4:10
**best** 21:6 25:10,22 44:21 53:24 54:2 61:17,24 64:13 66:5 68:2 80:6 82:24 83:6,11 85:7 90:20 92:1 94:11 97:18 98:1 101:14 105:22 124:14 141:16 153:9 154:19 155:12,17,19 156:8,9 161:18 162:1 168:14,20 169:14 177:23 181:16 182:8 183:23 188:9 193:2 197:20 203:1 208:16 211:2,25 218:5 219:14 221:25 222:14,18 225:5 236:16 237:22 240:17,21,22 241:12 243:11 245:19 246:4 260:9,10 261:25 266:1 268:9 269:6 270:14 275:12 279:21 281:4 282:8 283:8 285:16 287:8 288:11 290:5,19 313:5 321:11,15 321:19 322:7,11 323:8 329:1 334:1 334:7 335:19 337:3,24 338:12 339:3 346:6 352:19 354:23 356:3,11,17 358:23
**Bethel** 153:6,8 154:7,7,21,22 172:23,24 173:8 177:5,5
**Bethel's** 193:12
**better** 33:24
**beyond** 320:21 352:23,25 353:6
**big** 261:1 269:10
**Biggers** 156:4 231:14
**billed** 234:13,25
**Billie** 43:12,13 67:20 70:4 82:23 83:4 191:19 210:5
**bills** 201:19
**bird** 126:21 148:1,3 306:6
**bit** 107:7,23 312:18
**bi-monthly** 241:11
**bi-weekly** 240:19
**blank** 13:11 245:5 245:17,21 292:12 341:1
**Blizzard** 1:10 5:6 5:12 9:6,17 11:22 51:12 74:13 96:14 103:2,24 104:25 113:17 114:5 128:25 132:3 140:8 152:12 160:25 164:3 166:24 168:21 174:19 176:19 190:7 196:10 200:23 207:21 210:1 216:12 218:9 219:1 220:7 227:9,23 234:4 236:21 238:19 240:7 243:4,7 244:23 246:15 247:14 249:2 254:13 256:17 258:13 260:11 262:23 263:24 266:20 267:13 270:15 271:13,16 273:15 276:19,25 277:21 278:1 292:4,18 294:12 295:14,17 299:19 299:23 302:1,12 302:24 303:3 304:6,9 305:1,4 305:14,18 306:15 306:18 308:12,13 309:24 310:8,17 311:18 312:8 314:25 315:23 325:1,19 341:3 351:9,20,24 353:22 363:6 364:22 365:13
**Blizzard's** 265:20
**Board** 5:19 31:15 59:18 60:10 62:14 62:18 63:1,2,15 63:17,19,24 64:1 64:4,8,9,11,22,24 66:17,21 69:23 75:1,1 78:22 84:22,25 90:5 114:10 116:5,19 116:24 122:11,23 123:15 148:7 152:18 154:25 155:5,6,7,10,14 155:18 156:19 158:18,18 160:6 162:4 197:25 251:15 276:3 290:19,24 291:6 294:17 295:11,20 295:23 300:8 303:13,25 339:18 339:22 340:1,3,8 340:11,15,23 341:1,8,13,13,19 341:24,25 342:1,2 342:3,8,15 353:1 353:4,16,18 354:1 354:3,16 358:1,4 358:7,13,22,24
**Board's** 139:1 162:6
**Bob** 155:22 156:5
**bold** 137:9 355:16
**booked** 87:23
**bookkeeping** 48:3 100:3
**booklets** 300:5
**books** 87:23
**boost** 241:3 264:23
**bottom** 97:14,23 137:25 217:20 245:4,14 251:22 260:16 266:11 292:14 293:8 295:3 307:7 355:21
**bought** 154:4 209:19,24 229:18
**brand** 97:4 242:9
**break** 14:6,7 74:2 74:14 114:3 160:20 174:11 176:13 214:4 216:8 262:16 291:22 312:3 315:23 329:23 330:4 331:9,14,15 331:22 351:9
**Brief** 114:4 176:16 216:10 262:22 291:24 312:5
**briefly** 17:16 26:18 240:11
**BRIGGS** 4:15
**bring** 256:10
**bringing** 105:21
**Britovo** 307:5
**broad** 204:22 291:11
**Brock** 204:19 222:7 222:19 231:21 258:17
**Broderick** 1:15 362:13,25 365:23
**broker** 15:16 188:1 214:22
**brokerage** 15:17
**Bros** 270:6
**Brothers** 204:19 306:5
**brought** 12:18 13:8 102:17 129:16 130:13
**BUCHANAN** 3:2
**budget** 90:9
**Buhler** 141:23 175:11,19,20
**building** 27:7 35:12 104:7
**bullet** 142:8 264:8 264:17 265:12,13
**bunch** 294:3
**business** 139:12

229:2,13 230:1 280:13 281:12,25 282:11 284:12,19 284:22 285:12,22 286:24 287:14,18 288:3,9 353:25
**busy** 243:1
**Butch** 222:2,11
**buy** 39:19 184:21 186:4 187:25 192:12 235:19
**buyer** 79:11,15 186:22 187:4
**buyers** 76:12 77:14 77:21 91:9 229:14 229:17 290:14
**buying** 129:4 186:12 290:15
**buys** 129:20
**bylaw** 197:12,15
**bylaws** 27:18 206:3 352:4,9,12,21 353:3 357:25 358:20
**Bynum** 205:1
**By-Laws** 8:14

**C**

**C** 2:13 3:24 362:6,6
**CA** 4:12
**calculate** 262:2
**calculation** 189:23 189:25
**California** 4:11
**call** 6:9,18 28:23 30:12 68:16 74:8 78:24 79:8,9 95:25 106:7 139:5 158:10 198:5,9,11 198:14 199:11,13 199:14 200:19 201:19 202:2,15 202:23 205:5 212:8 225:10,16 228:6,12,17 247:13 254:22 270:25 271:21 302:21 313:20 330:22 332:16
**called** 54:15 59:3 60:24 61:7,13 62:21 63:17 64:1 78:21 79:14 84:22 205:15 330:21,24 331:8 340:25 360:1,3
**Callow** 3:20 11:11 11:11
**calls** 30:21 67:5 69:14,21 70:2 101:18 135:16 184:17 185:8,23 198:23 199:8 200:25 201:1,4 202:24 205:13,19 229:24 271:3,24 298:13,23 300:24 304:18,19,25 307:17 308:3 309:9 311:23 314:15 340:18,20 340:22 352:14 354:21 355:7 356:15
**Cal-Maine** 2:16 10:22 84:8,9 85:3 85:6,9 140:13 141:9,22 142:1 169:25 170:18 173:2 175:8,15 178:10,11,14 192:8,11 193:25 194:10,18,21 195:14,16,22 196:5 203:5,19 204:3 206:11 209:12,13 213:5,6 247:8 262:15 266:4,5,13,17 284:24 285:2 293:12,20
**Cal-Maines** 247:10
**Cal-Maine's** 192:14 192:18 195:2,24 196:7 280:24 288:19
**Canada** 229:1,9,12 229:17 232:4,21
**Canadian** 76:9
**cancel** 351:10
**capacity** 239:5 295:18,22 351:16
**capitalized** 137:9
**Capper-Volstead** 57:8 313:13
**care** 99:8 101:17
**Carol** 35:23 37:22 37:24
**Carrie** 3:15 10:18
**carried** 227:13 231:16,24 232:11 232:15 356:7
**carrie.anderson...** 3:17
**Caryn** 101:25
**case** 1:5 6:2 8:10,11 8:12,13 13:4 14:16 53:23 91:19 92:8 154:14 169:2 176:8 181:3 182:22 188:5 195:9,9 203:25 240:20 316:18,21 317:19 318:20 319:4 365:14
**cases** 91:20,22 92:19 93:3 170:1 170:2,10 171:5 183:14,16 192:19 215:16,24,25 217:14 235:9 244:3,15 319:13 319:18
**cash** 89:13
**catch** 303:18
**categories** 262:19
**category** 321:4
**caused** 58:24
**cc** 365:25
**cc'd** 270:21
**cent** 263:12,18 274:22 275:19 335:18 337:24
**Center** 4:16 209:23 270:1,2
**central** 129:3,16,17 129:23 130:13,18 255:24 256:11
**cents** 91:19 186:13 192:21 261:11,18 264:10 277:7,15
**CEO** 15:9 29:16 31:4,17,19 32:2,4 32:9 34:5 74:21 75:7,10 81:3 98:24 102:15,24 103:18 127:25 131:11,19 143:12 181:1,4,7 239:18 295:19 359:22 360:1,4,15
**certain** 11:19 37:19 44:25 151:5 243:8 329:25 357:11
**certificate** 170:20 170:23 312:21
**certify** 362:16
**cetera** 27:19 32:13 67:7,7
**Chad** 16:6 18:1 19:14 44:16 82:12 98:23 102:8,11 279:25
**chair** 80:2,8 84:19 84:25
**chairman** 59:18,19 63:3 79:18 80:17 84:3 208:6
**chance** 147:2 327:5
**change** 34:8 162:3 189:13,14 254:7 274:9 276:16 354:8,13 358:2 363:9
**changed** 146:4,5 161:11,17,20 165:9,15 166:4 189:1,3 200:13 227:4 246:12 338:21 354:10,20
**changes** 95:5 189:5 189:9 227:1 364:13 365:15
**changing** 172:8 173:5 316:11 317:4 340:6 341:2
**characterization** 133:23
**charge** 25:2 30:24 32:5,5 33:2 50:8 186:21,22 285:3
**charged** 44:4 49:23 50:2 51:5 107:18 258:22 259:7 320:21
**charges** 251:13
**Charm** 147:15
**Chase** 85:11 140:13 175:9 194:10,13 194:19,22 195:3 195:15,16,22,25 196:5,8
**check** 48:22 53:12 149:18 200:16 232:25 283:21 284:4 327:24 328:1,23 330:16 330:18 336:11 343:13 344:23 345:22 346:8,16 349:23
**checkbook** 131:16 327:1,22 333:12
**checked** 281:21 283:23
**checking** 87:24 117:10 126:12 232:24 283:18 284:2 323:19 329:3 333:17,24
**checks** 99:16 323:20 328:5,13 328:14,15,17,18 328:19,25 333:13 333:14 343:22
**cheerleader** 135:21 272:24
**Chicago** 3:11
**chicken** 237:10
**chosen** 260:25
**chronology** 335:6
**Cincinnati** 3:21
**circulated** 65:16,18
**circumstances** 291:4
**City** 2:4 365:6,18
**claims** 13:7
**Clair** 2:18 10:25,25
**Clanton** 204:21
**clarification** 344:16
**clarify** 12:6 47:4 256:20
**classified** 64:8
**clean-up** 74:18
**clear** 46:20 56:9 58:9 76:8 81:21 87:7 114:24 115:23 154:24 200:22 212:21 214:5 289:10 326:4 330:8 334:5
**clearly** 115:24
**clients** 265:22
**close** 104:13,14
**closed** 55:25 56:4 56:16 175:19,20 257:22
**CM** 250:21 266:12
**CMF** 192:5 193:25 194:3
**CM6570** 223:20
**CM6824** 252:1
**CM825** 253:18
**CM827** 253:20
**coach** 350:19
**cold** 85:23
**collected** 126:16 320:22 323:7,10 324:24 325:16 327:13 338:25
**collection** 190:11 323:12 324:1,13
**collectively** 135:2
**column** 167:18 216:1 293:14,16

**combined** 119:13 120:6,21
**come** 235:5
**comes** 265:18 287:11
**comfortable** 348:20
**coming** 21:15
**comment** 227:10 250:17
**commission** 184:18 184:23 185:10 186:9,14,17 187:4 187:12,14,16 192:24 212:2,7
**commissions** 187:18,22 212:15
**commitment** 6:1,12 6:22 7:2,21 38:25 71:6,15,18,22 109:14 118:6 132:12 134:13,15 134:22,23 143:11 167:19 183:22 189:15 215:12 216:16 217:12,23 218:2 219:10,12 228:4 234:18 235:25 239:3 245:4 247:18,21 248:5,8,17,19 273:20 283:1 292:14 295:13 301:25 306:19,22 307:2 308:17,19 308:22 309:3 310:9,22 335:7
**commitments** 70:21 70:22 117:21 118:21 219:17 241:6,10
**committed** 134:25 138:19 170:1 183:12 213:5 214:8 244:3,14 307:3 319:13,18
**committee** 6:9 8:2 60:8,14 61:8,12 61:15,16,21 62:1 62:1,2,6,9,21 63:6 63:7,10,13 64:11 64:19,21 65:5,18 65:21 66:6,9,10 66:12,13,14,24 67:1,9,13 68:3,9 68:14,21,23 69:8 69:9,23,24 70:10 70:13,15 79:8,9 79:16,21,21 80:3 80:9,10,16 84:13 84:19,20 105:18 105:24 106:1,3 116:23 119:14,19 119:22 120:1,6,22 121:2,4,8,15,20 121:21,25,25 122:5 125:17 128:17 138:25 155:21,25 156:3,6 208:1,4,5,15,18 228:16,18,22,25 229:8 230:18 248:16 271:21,23 272:4 290:18 302:11 303:7,11 339:14,18,24,25 340:22 354:14,15
**committees** 60:5,13 61:3 66:7 119:13 120:5,20 128:16
**committee's** 106:2
**committee/Board** 68:15
**committee/execut...** 63:7
**committing** 107:17 143:24 144:15 152:7 170:5 213:18 238:5,8 239:10,13 246:7 254:3
**Commonwealth** 1:16 362:8,15
**communicate** 72:14 81:9
**communicated** 276:4,5,6,7
**communicating** 139:15
**communication** 26:1 73:2 106:24 114:10 116:4 133:2 137:6 246:20,21 247:1,4 258:16 261:3 264:4 271:4 276:10 345:1
**communications** 25:19,23 26:3 54:20 73:4,15 80:19,23 81:1,23 175:1 286:20 330:8
**companies** 109:13 139:23 261:12 287:16,17 288:4 355:19
**company** 76:2 84:4 84:6,7,8 146:15 169:17 180:12 183:6,9,19 195:5 201:3,15 203:9 209:3 211:23 213:10 217:21 222:15 243:9,25 244:13 248:14 258:9 306:6 319:11,14,17,23 353:25 354:2
**compare** 186:24
**compared** 248:21
**compensate** 296:23
**compensation** 15:23
**compensations** 226:16
**compilation** 6:6 190:19 234:1
**compiled** 294:3,11
**complete** 37:10 86:17 251:19
**completed** 315:24
**completely** 48:4 60:18 69:3 76:22 86:20 87:20,24 120:10 128:22 225:2 352:24
**compliance** 315:2
**complications** 277:22
**complies** 137:21 181:11 190:17 280:7,9 292:6 293:5 294:24 296:10 301:21 302:9 311:5 316:17 317:18 319:8 320:6 334:23 339:11 355:2
**comprised** 354:1,5
**computer** 44:11
**computers** 42:7 44:17 45:7,20 46:7 47:20 48:15 225:18
**concern** 229:1,7
**concerning** 22:15 23:5 26:3 81:10 82:4 160:1 198:9 256:21 257:4 282:18 333:21 339:18 357:25
**conclude** 46:23 264:13,22
**concluded** 361:6
**concludes** 264:12 264:22
**conclusion** 182:6
**Concourse** 104:17
**conditions** 267:9,16 267:17 268:3
**condo** 35:15
**conduct** 106:7 321:17 338:14
**conducted** 125:18 143:6 287:14 320:25 322:13,23 337:19 340:9
**conference** 6:9,18 28:23 30:12,21 68:16 69:4 95:25 106:7 158:10 198:5,9,11,14,23 199:8,11,14 200:25 201:4,19 202:15,23,24 225:10,16 228:5 228:17 270:25 271:21,24 304:18 304:25 313:20 340:18,20,22
**conferencing** 201:15 202:2
**confident** 46:22
**confirm** 11:25 85:15,18 96:18 97:4,18 98:1,6 103:7 109:18 110:1 111:11 114:9 116:3 120:4 120:19 128:3 130:17 131:12,18 133:14 137:24 138:1,12 140:22 148:14 149:1,7 150:2,3,11 152:3 152:25 155:5,16 156:13 166:16 169:16 188:3 194:25 195:13,19 202:18 217:10,20 218:23 239:1 245:15 246:19 249:6 255:18 259:2,17 263:3 264:3 266:2,23 279:18 356:25
**confused** 187:17 274:12 350:16
**confusing** 128:9 325:23,24 326:13
**connection** 158:9 294:13 300:20 308:22 310:12 313:19
**consider** 230:19
**considerable** 108:12
**Considerations** 91:17 95:9
**considered** 314:7
**consistent** 56:2 92:12 116:13 124:12 134:18 259:18 320:19
**consists** 155:6
**consolidation** 95:13
**constitute** 343:22
**consult** 151:8 306:24 308:23
**consulted** 280:2
**consummate** 185:21
**consummated** 242:13 336:23
**contact** 98:22 153:13 154:5,21 171:8,20 172:24 175:2 271:6,11
**contacted** 79:10 171:12 172:4,12 173:15,20 185:21 192:11 193:24 194:1,11,19 195:3 272:9 282:24 290:13,14
**contacting** 196:6
**contain** 313:6,9,25
**contained** 73:6,17 149:24 273:10,25 279:19 362:17
**container** 106:9 134:16 231:16
**containers** 169:10 170:1 183:13,13
**contains** 273:21
**content** 97:19
**contents** 22:19
**continue** 39:8 80:25 163:19
**continued** 59:22 256:6
**continues** 176:3
**continuing** 114:24 143:4 176:5

**contractor** 313:25 314:5
**contrary** 128:24
**contributor** 153:24
**control** 122:9,21 123:10 157:10,24 328:10
**controlled** 121:13 122:1,5 353:25
**Cont'd** 3:1 4:4 6:4 7:4 8:5
**conversation** 20:23 80:8 332:12,22 333:4
**conversationalists** 58:2
**cooperative** 57:9
**cooperatively** 129:4
**cooperatives** 313:13
**coordinated** 284:8 285:8,18 286:20
**coordination** 282:15,18
**coordinator** 103:16
**copiers** 42:12 44:12 45:7,21 48:15,23
**copies** 286:15
**copy** 138:6 296:8 362:19 365:13,15
**copying** 49:3
**Corell** 43:12,13 67:21
**Corey** 177:21
**corner** 96:20 97:15 170:21 244:8 266:3 295:3
**Corp** 183:3 188:11
**corporate** 114:14 114:21 190:24 346:1,24 347:25
**corporation** 11:3 27:15
**correct** 12:4 15:19 15:21,24,25 16:2 17:4,25 18:3,22 19:10 20:25 22:6 22:21 24:18,19,21 26:17 28:7,12 29:12 30:13,18,22 31:2 32:22 33:4 33:17 34:2,24 35:2 36:8 37:2 39:21 40:23 41:12 41:13 42:16 43:16 44:5,13,19,25 52:16,17 55:13,16 56:4,10,20 57:1,2 57:4 58:13 60:2 63:11 64:22 66:18 68:24 69:15 71:15 71:24,25 72:3,23 73:7,20 74:21 76:2,11,15 77:1,3 78:2 81:7,25 84:24 85:7 91:13 93:1,2,11,21 94:3 94:6 95:23 96:6 96:12,13 97:1,9 98:11 99:23 100:10 101:20,21 102:16,21,22,24 103:9,13,16,19 105:24 106:1,3,12 106:17 107:13 109:2,6,23 110:12 111:2 112:1,4,9 113:2 116:14 118:5,12,25 119:10,16,20,23 120:2,3 121:4,9 121:22 122:2,6,7 122:15,17,25 123:17 124:5,21 125:12 126:5,24 127:4,16 128:21 129:21,24 130:3,7 130:20 132:9 133:5 134:4 135:8 135:15 136:3,6 137:7 139:16,20 140:17,20 143:2 144:10,23 145:7 145:20 149:12 151:12,13,22 152:9 153:21 154:3 155:2,11 158:17 159:10,20 160:9,14 163:12 163:15 164:10,21 165:17 166:9,10 167:15,18 169:6 169:21 170:3,7 171:5 173:6,7,13 173:14 175:5,12 175:15 177:6,9 178:1,22,25 181:15 182:3,14 182:16,23 183:1,4 183:7,8,10,14,22 184:12 185:18 186:7,10,14 189:11,20,21 191:18,23 192:1,9 192:15 193:9,18 194:4,14,22 195:6 195:10,17,25 196:8,18,21,24,25 197:10,13,14,23 198:2,3,7 199:16 199:18 200:6,22 201:7,8,10,25 202:9,11 204:5,10 204:11 206:6,9,12 207:3,8,18 210:7 210:23,24 211:9 211:24 212:24,25 213:8,22 214:2,21 215:8,13,14,18 216:1 219:18,19 220:3,5,6,16,21 221:1 222:22 223:11,24,25 224:3,6,9,11,15 224:24 225:4,7,22 226:1,4,6,7 228:12 229:12,19 230:6,13 231:4,9 232:5,5,21,22 234:12 235:3 236:4,12 239:6,15 241:7 242:11,14 242:20 243:2,10 244:1,14 245:12 247:8,12,16 248:24 249:11,14 249:22 250:1,2 251:3,5,10,15,23 253:3,7,9,24 254:5,10 255:5,19 256:6 257:5,12 258:10,18 259:5 259:11,22 261:8 261:20 266:16 267:5,20 268:8,12 268:22 270:13,22 271:9,25 272:23 273:2,12,22 279:14,23 280:16 280:25 282:20 283:2 284:25 285:5 287:10 288:10 289:4,6,15 293:18 300:9 313:2 316:7,9,25 317:1,14,23 318:2 318:11,14,17,21 318:22 319:1,5,6 319:11,14,18,19 319:24,25 320:9 320:10,13,17,22 321:1,14,23 322:6 322:10,13,16,20 322:21 324:3,17 324:19 327:20,22 327:25 328:2,22 328:24,25 329:1 331:25 332:3 334:12,15 335:14 335:18 336:1 337:14,19,20 338:6,9,11,14,17 338:18 340:9,13 340:24 341:23 343:3,6 345:1 347:2 348:6 357:1 357:5 358:8,9,14 359:1 360:5,7,12 360:21,23 362:19 364:11
**corrections** 365:15
**correctly** 53:6 54:8 57:10 90:17 91:23 91:24 92:10 95:15 106:22 107:20 108:2,14 116:20 117:2,7,11,15,19 117:23 118:9 122:13 123:24 124:10,18 125:1,9 125:20 126:2 128:18 129:6,11 132:13,19 135:4 138:21 139:2,7,13 142:16,23 143:18 144:1,18 152:21 157:11 158:2,11 165:7,8 227:16 229:5 230:23 241:23 246:9 248:22 250:10 253:15 258:24 261:14,24 263:10 263:16 264:15 265:2 267:10 268:4 269:15 270:3 277:3,8 286:25 287:19 288:15 290:4 335:3 359:6
**cost** 42:7,12 45:8 46:7 47:19 48:15 199:7,19 205:6,7 225:11,16 260:20 261:1 262:2 304:17
**costly** 199:5,6
**costs** 44:25 45:21 46:9 47:22 49:3 199:10,14
**cost-saving** 90:13
**counsel** 2:6,11,16 2:20 3:6,13,18,22 4:3,8,13,18 14:2 17:11 26:24 27:3 27:8 52:2 94:17 160:7 197:18 233:7 278:24 286:10 315:24 317:20 318:20 320:1,7 322:4 324:22 325:14,23 330:20,22 331:1,3 331:11,13,14,18 331:24 332:2 334:25 339:12 341:7 348:20 350:22
**counsel's** 326:9
**counting** 357:20
**countries** 253:13
**country** 125:6 147:15 230:21 235:8
**county** 1:1 170:23 235:10,17 236:3 306:7 362:10
**couple** 17:12 21:10 74:18 184:1 284:24 296:19 308:11
**course** 335:5
**court** 1:1 9:11 13:18 25:24 46:23 350:23
**cover** 134:9 196:16 283:24
**covered** 283:25
**crates** 256:1,14
**create** 139:12
**created** 62:10 64:25 302:19
**Creekwood** 209:18
**Creighton** 204:18 270:6 306:5
**criteria** 16:19
**Crowell** 2:17 10:25
**CRUTCHER** 2:13
**Crystal** 204:20 222:20
**current** 15:8,10 18:2 97:19 102:11 134:13 207:4 273:25 275:11,11
**currently** 16:6

19:14 57:15 91:17 92:7 98:3 99:25 124:9 143:16 188:18 229:3 277:2
**custodial** 122:9,20 123:10 157:10,24
**customers** 229:11
**cut** 58:3 138:9
**Cypress** 306:5

**D**

**Dallas** 2:14
**DANIELS** 4:5
**Danny** 156:4 205:2
**Daryl** 173:18
**date** 22:16 56:6 97:23 112:21 113:3 157:9,20,23 167:10 168:16 169:15 188:14 193:17 195:1 207:13 243:13,16 246:14 257:11 275:2 292:11 294:21 303:8 306:23 311:6 319:1 352:8 364:23 365:19
**dated** 97:15 105:3 114:11 116:5 132:7 181:13 183:24 234:10 238:24 255:2 264:5 268:14 270:19 293:1,4 302:7 307:8 364:10
**dates** 93:15 190:13 240:1
**Dave** 208:8 209:17
**David** 99:1 156:4
**day** 18:18 20:9 27:4 101:18 198:17 238:25 245:5,16 333:6
**Daybreak** 2:20 11:1
**days** 21:11 27:4
**DC** 2:19 3:16,25
**deal** 48:6
**dealing** 154:9
**deals** 99:15 100:14 100:15,21
**Dean** 208:9 209:22 356:6
**Dear** 365:12
**December** 239:23 240:2 241:17,19 270:19 271:22 277:7,16 358:20
**decide** 327:6
**decided** 231:13
**decision** 79:19 80:15 81:7
**decisions** 158:9,14 159:6 313:18
**decision-maker** 315:5
**decision-making** 81:18,20,25 125:7
**declined** 253:11
**DeCoster** 236:2
**deemed** 314:5
**Defendant** 1:7 12:1 278:7
**defendants** 9:21 13:4 285:20 286:22
**Deffner** 204:23 208:8 209:15 222:7,15
**Define** 96:7 107:2
**definitely** 307:25
**definition** 96:8 332:6
**deliver** 235:14
**delivery** 106:16,21 108:13 142:20 241:5 243:23 244:12 247:15 271:2 311:9
**demands** 253:14
**depending** 79:19 214:1
**depo** 52:3
**deposit** 223:13 224:2,6 225:2 323:23 327:19,24 328:5,12,21 330:10 333:10 344:23
**deposited** 226:12 297:6 298:6,11,20 299:9 300:22 324:24 325:17 327:13 328:9 329:3 330:1 332:13,19,23 333:5 344:6 345:3 345:8,15 346:12 346:21 347:2,23 348:5
**depositing** 324:1,14 330:13 334:2
**deposition** 1:10 5:13 12:1 13:14 13:17 14:17 16:9 17:6,9 19:19,25 20:1 26:8,17,23 27:3 47:3 71:3 86:25 105:5 113:25 149:19 160:1 175:25 176:7 241:18 276:17 302:12 304:21 305:12 326:8 361:6 362:19 363:6 365:13
**depositions** 58:2
**deposits** 333:16
**derived** 173:24 174:3 296:21 297:6
**Derreck** 17:15 26:16 83:17 100:17
**Describe** 146:14
**described** 24:22 100:4
**description** 5:11 6:5 7:5 8:6 103:11
**designate** 182:2
**designated** 111:9
**designation** 191:21 206:21
**desired** 365:16
**destroyed** 51:11
**detail** 107:23
**detailed** 7:25 103:11
**details** 116:24 247:15 265:21
**determination** 78:6 78:8,18 79:3
**determine** 80:9 106:7 179:25 180:9 213:1 281:15,24 283:10 284:11,18 287:6 288:2 289:4
**determined** 126:22 248:18,20
**determining** 158:19
**devoted** 225:25
**DeVries** 222:3,4,5 222:11,12
**dialing** 176:13
**died** 37:6 51:11 80:4 84:14,15 203:18
**difference** 107:18 186:8,18 234:25 235:1
**different** 14:17 69:3 126:17 146:19 162:23 166:13 189:7,22 193:15 193:16,17,20 212:8 220:17 221:1,22 255:8,9 260:2,5 294:3 350:8
**digits** 206:9 245:9 250:22
**direct** 181:17 228:8 276:10,23 293:6 294:15 295:1,4 296:3,11,18 297:9 297:16 300:10 301:4,22 323:23 352:20 353:9
**directed** 33:11 47:11 73:13 87:12 88:21 110:22 120:17 123:8 127:13 136:20 145:13 147:8 148:23 159:3 164:17 165:25 168:7 172:1 179:12 185:5 200:4 299:7 303:23 309:16 324:11 325:11 347:18
**directing** 343:11
**directions** 254:22
**directly** 100:15 297:23 298:6,10 298:10 346:16
**director** 100:9,17
**directors** 5:20 36:13 60:10 62:14 62:18 63:1,15,17 63:20,24 64:1,5,8 64:12,22,24 66:17 66:21 84:23 85:1 114:10 116:5,25 122:12,24 123:15 152:19 154:25 156:19 288:13,22 294:17 295:12,20 295:23 339:18,22 340:1,8,11,15,23 341:20 342:15 353:2,4,16,18,24 354:1,3,16,20 358:1,13,25
**disagree** 164:5 326:12
**disagreed** 315:21
**disbanded** 129:19 129:24
**discard** 205:22
**disconnect** 174:17 176:4
**discontinued** 90:15
**discovery** 128:16
**discuss** 20:14 75:18 297:18
**discussed** 41:5 66:24 67:4 79:18 81:19 240:11 296:19 302:22
**discussing** 171:15 296:15 297:13 307:1
**discussion** 17:7 79:4 231:17 232:16 250:13 310:6
**discussions** 26:11 80:12 82:4
**dispute** 92:15,21,25
**distinct** 25:5
**distinction** 172:16 173:12
**distinctions** 44:24
**distributed** 339:7
**DISTRICT** 1:1,1
**divided** 235:18
**division** 22:4 25:1 38:8,18 57:16,18 64:10 142:1
**divisions** 124:25
**document** 5:24 12:9 46:6 47:17 48:13 48:14,18 49:1,1,2 49:6,10,12,16 51:18,24 52:8 56:10 86:18 89:24 105:3,17 111:25 113:5 132:8 133:15 136:6 140:14 143:5 152:16 167:4,5,6 168:18,25 169:3 172:22 173:16 174:6 180:1 182:1 182:22 190:21,22 190:23 191:6,24 191:25 194:24 196:17 206:4,4 207:16 215:5

PHYLLIS BLIZZARD  2/15/2013

374

216:3,16 218:15
233:18,20 239:3
243:15,19 244:5
244:12,17,18,20
250:20 251:25
252:6 253:17
256:21 257:2
259:23,24 260:16
263:4 266:24
268:11 272:23
276:15 283:18
286:4,5 287:2
292:9,19 293:7,9
293:17,20 294:18
295:2 296:6,7
299:17,22 300:11
301:23 302:11,16
302:19,22 303:3,5
303:8 304:10
306:13 308:23
310:20 311:10
312:20 313:9,24
317:10 318:23
319:1,2,9,21
320:2 334:24
335:20 339:12,23
342:13,18,20,23
343:6,13,16,21,23
354:12 356:19
355:23,23 356:12
357:11 357:19,22

**documentation**
37:21 288:6
**documents** 27:14
27:17 51:16 94:20
94:25 95:5 112:13
112:15 114:17,18
114:22 115:20
119:3 170:16,18
190:12,20 191:2
233:9 262:19
266:3,16 276:16
281:18,23 283:4,5
287:5 301:19
308:12 316:20,25
320:19 339:17
342:2,17,19
**doing** 32:6 58:4
92:5 101:7 260:23
**dollar** 91:19
**dollars** 122:19
225:12 275:18
**Dolph** 80:5,17
83:21,24 155:21
156:4 203:3,5
206:11 247:10
285:2

**domestic** 15:16 29:9
30:11 109:1 135:3
135:3 136:1,2
142:20,21 143:1
230:21 231:3
241:4 261:17,20
267:9,17 268:3
**double** 53:12
**dozen** 260:20
261:11,18 264:10
**drained** 225:2
**drawing** 182:5
**drinking** 85:22
**drive** 104:23
**drop** 177:13,16
188:13 355:21
**dropped** 181:22
142:12,14 146:16
206:16 342:22
**dual** 54:3
**due** 95:3,12 145:7
145:19 146:8
**dues** 49:23 50:2,23
91:18 92:1,8
93:10,11,20,20,24
94:4,5 118:7,22
125:25 126:15,19
127:4,15 128:6
144:16,16 145:1,5
145:16 146:3,9,16
146:19,23,24
146:25 147:11,12
147:18,19,21,22
147:24 148:3,3,6
148:15,18 149:2,3
149:9,14,16,22
150:4,12,13,20,20
150:21,22 151:3
151:20,21 165:5
165:11,12,16,19
166:7,7,20,20
189:6,8,13 224:11
237:2,2,19,21,22
238:9,10,13,14
238:14,14 239:5
245:5 251:5 254:1
254:8,9 258:23
259:4,7,9,11,21
259:21 263:21,22
273:2,23 274:14
275:3,13,14,15
297:23 298:6,9,10
298:11,19 299:9
300:18,20,22
320:1,20 321:21,2
323:13,17,21

116:18 134:14
157:9,23 320:20
**effort** 139:11
201:18 211:13
**efforts** 55:8,10,15
272:25 273:5
287:21
**egg** 1:7 9:23,25 10:5
10:15 11:2 12:2
13:1,1 15:9,12
20:15,20 23:20
27:25 28:14 29:1
29:16 32:6 38:20
38:25 39:4,8,14
39:17,42,9 43:14
43:16 48:2,20
49:8 51:5 52:12
52:13 54:15 55:10
56:5,15 59:6,10,18
59:15,16,20 62:13
62:17 63:12 65:8
65:23 67:1,10
68:5,6,11,15 69:1
69:19 75:6,13,20,25
82:16,18,20,25
83:15 84:2,20
85:9 86:19 87:20
91:1 93:23 95:24
96:1,3,22 97:5
98:2,8,11,14,18
98:20,22 100:2
101:4,9,15,17
102:14 103:12
106:4,11,16,20
111:20 112:10,14
116:11,17,17,17
119:3 120:2,9,23
123:6 125:13
126:9 128:22
135:5 138:12
139:8,23 141:6
141:7,13,17 142:5
143:8 143:18
145:18 145:24
149:8 154:4,12
150:25 153:10
155:4,10 156:22
157:1,25 158:16,16

**MIDWEST LITIGATION SERVICES**
Phone: 314-644-2191  Fax:

CONFIDENTIAL  UE_DEP_0000374

---

PHYLLIS BLIZZARD  2/15/2013

375

194:1,2,12,20,21
195:4,4,9 196:6,6
198:19 211:13,18
212:2 213:5,9
214:11,20 219:12
219:21 222:12
225:3 230:20,22
231:2 235:14,19
242:19 252:16,18
253:2 255:7
256:13 264:24
265:21 270:9
282:25 283:20
285:8,9 287:7,25
289:5 290:15
291:7 301:14
308:25 312:9,12
322:3 332:12
**eight** 63:5 188:24
202:6 242:19
340:3
**Eighth** 4:16
**EIMER** 3:10
**either** 26:2 48:7
79:1,14 91:12
114:19 121:9
122:2,3 139:23
153:12 154:21
161:10 173:13
196:3 206:19
207:3 212:20
213:19 225:18,24
221:13 246:1
231:8 247:18
247:22 266:25
267:3,13 268:20
**electrical** 65:21
114:20 115:6
118:18 152:16
212:6 245:2
240:6,19 297:10
241:10 244:7
241:16,21 251:9
252:2,22 253:4
258:2 315:1
321:2,10,17,23

160:13
**employment** 123:21
123:22
**enclosed** 132:15
134:24 365:13,14
**Encyclo** 301:16
**encompassed**
300:16 301:8
**encourage** 137:13
272:21
**encouraged** 70:20
247:13 271:1
273:3
**encouraging** 133:24
136:9,22 198:12
273:10
**ends** 137:5
**engage** 290:6
**engaged** 44:16
**England** 209:4
**enhanced** 117:5
**enter** 124:20
**entered** 144:16
159:14,16,20
160:13 183:20
194:11 217:11,12
219:9 238:1
**entities** 76:9,10
181:21 182:13
215:15 216:24
289:20 365:1
**entitled** 65:21
118:18 152:16
212:6 245:2
219:11 218:17
175:7,13 197:1,4
212:10,18 221:24
146:13,13,24
**entry** 293:12
**environmental** 99:8
99:9,11,12
**equal** 144:16 145:2
238:9 239:14
**equipment** 42:13
46:8 47:21 48:16
49:4
**equivalent** 238:13

**errata** 363:5 364:14
365:14,16,17
**especially** 48:21
134:24 365:13,14
**ESQUIRE** 2:2,3,7,8
2:8,13,18 3:3,3,10
3:15,20,24 4:6,11
4:15
**essence** 156:25
161:6 192:8
193:23 194:2
195:15,23 234:23
238:24 245:5,16
255:25 258:3,7
365:10,11
**Europe** 231:23
232:1,20 252:16
252:23 253:2
**European** 76:9,12
77:14,21 78:9,19
91:8 253:13
**event** 251:1,8,13
**everybody** 174:17
**evidence** 362:16
**exact** 131:18 168:16
243:16 246:14
**exactly** 46:9 75:1
85:17 100:14
147:21 176:6
178:15 188:14
287:25 306:11
**EXAMINATION**
5:4 9:14 292:1
**example** 73:1
111:3,12 166:10
165:22 184:20
255:25 272:2
287:6 289:4
**examples** 55:3
**Excel** 233:14
**exception** 53:4
134:15
**exclusively** 82:25
**excuse** 38:18 91:11
131:15 65:25 69:4
171:8 211:12
204:1 207:23,25
221:5 236:14
232:11 237:1,17

259:13 265:13
272:15 277:18
282:21 318:24
319:2 328:25
240:5,7,11 243:4
245:2 246:3,15,19
246:20 249:2,5
247:17 260:7,9
263:15,16,17
266:10 267:13
**executive/export**
64:11
**exhibit** 5:10,13,14
5:15,16,17,18,19
5:20,22,23,24,25
6:2,3,4,6,7,8,11
6:19,20,21,23,24
7:1,3,4,8,14,17
7:18,19,20,22,23
7:25,8,1,2,4,7,8
8:9 8:10,12,14
8:10,11,12,13,14
7:13,14,15,16,17
7:18,19,21,24,25
102:2,6,24 160:4
102:2,6,24 161:5
163:15 169:6,9,10
157:2 163:6
**expand** 54:11,17
59:9,11 125:4
272:25 277:4
**expanse** 235:18
254:11 251:14,18
**expansion** 260:21,24
**expect** 61:11
**explain** 31:16 58:14
59:6 76:23 206:9
75:11 77:5,16
**explicitly** 152:6

**MIDWEST LITIGATION SERVICES**
Phone: 314-644-2191  Fax:

CONFIDENTIAL  UE_DEP_0000375

---

PHYLLIS BLIZZARD  2/15/2013

376

163:3,15 166:4,18
export 6:1,12,21,24
7:1,21 8:8 23:25
28:1 29:9 37:12
37:20,21 39:12
48:17,21 49:5
50:5 54:7 59:24
60:5,8,14 61:7,16
61:21 62:1,1,2,6
62:20,21 63:6,9
63:13 64:19 65:5
65:18,21 66:6,8
66:14,23 67:4,7,9
67:13 68:3,9,14
68:15,17,20,23
69:8,9,19,23,24
70:10,13,15,21
70:17,22 72:1,12
72:2,9,15 73:5,16
78:8,18 79:8,9,15
79:21 80:2,9,10
80:15 81:11,17,24
82:5,8 84:13,20
84:20 86:7 87:18
91:4 93:24 105:18
105:24 106:1,3,4
106:8,15,20
107:17 108:12,25
110:11,25 112:1
112:16,22 113:17
113:7,13 117:5,18
117:24 118:6,16
119:1 119:13,22
119:14,14,19,22
123:12 125:8,25
124:3,10 128:24
124:4 125:4,7,17
125:18 126:5,6,7
126:8,10,11,11,24
127:1 128:14
128:15,19,22,23
129:2,3,5,7,9,12,15
129:17,21 130:24
130:14 131:23,24
130:16 134:1 140:1

75:19 76:8 99:20
125:16 131:5
132:14 162:9
169:2 182:22
227:13 232:4
235:9 236:11
250:24 267:15,18
276:24 282:15,19
282:21,23 283:17
283:23 284:7
286:11,18 287:4
289:21,23 294:23
305:9,10 316:18
316:21 322:14
322:17 323:15
323:20 324:1,7,18
324:21 325:25
328:22 333:23
339:22 346:3
347:1 348:4 354:3
357:25 358:9
363:4 365:21,25
366:8 367:4,5
367:16,18 368:9
368:20,21

109:19 110:10,23
122:15,25 123:16
144:24 225:11,14
153:19 181:5,7,7
181:2,2 218:23
219:8,11,22 220:1
220:5 234:11,17
235:16,21,22
236:10,16 237:14
238:24 239:2
245:2 245:24
248:19 249:10
258:14,17 264:16
265:1 266:4,7,15
271:4 272:5,24
276:1 282:13,14
291:14 292:17,25

**farmers** 100:16
**farms** 3:6,7,8 4:18
11:6,7,10 74:6
99:16 111:15
133:5,10,15
145:17 156:18
171:1,8,16 172:22
206:20 209:18
227:15 239:10
258:14 273:11,15

109:11 101:10,23
114:17 141:4,7,17
131:20 162:6
153:5,6 181:18
151:18 201:18
166:10 168:1
166:16 153:9,14
160:7 164:11
179:4,5,9 181:19
182:12,16,20,24
193:1,3,4,12 199:1
199:3 202:2 204:4
204:11 206:9
210:3,16 216:10
216:20 217:14,18

**MIDWEST LITIGATION SERVICES**
Phone: 314-644-2191  Fax:

CONFIDENTIAL  UE_DEP_0000376

---

PHYLLIS BLIZZARD  2/15/2013

377

335:2,13,17,25
336:4 337:1,14,21
338:21,10,20 343:9
341:14,21 342:5
342:16,22 343:2
355:22 356:6
363:13
**fees** 6:7 143:25
152:9 180:23
181:24 255:1
184:24 181:18
284:7 285:7,8,9
286:1,9 287:21
295:4,8,24 302:13
**figure** 61:1 89:22
174:12 181:25
300:19 301:16
236:25 254
**filed** 25:16
**filed** 365:19
81:91:4 106:14
131:15 262:11,18
219:20 223:1,3,5
224:7 270:21
274:23 297:6,23
297:7 332:9 362:6
**filed** 170:10,18
244:9 277:2 293:6
293:23 320:7,20
**filing** 106:4 134:22
212:5 264:17
315:18 339:2
339:1 362:2,5
267:14 276:21
362:17,23 363:4,6
**finally** 335:16
**finance** 22:2 99:2,3
**finances** 94:19
**financial** 16:14,20
22:7 24:24 25:3,4
25:6,8,10,12,14
48:13,19 49:8
50:17 53:7,13,14
82:25 88:2,5,24
99:7 332:9 362
90:7 91:16 95:9
131:11 181:17
290:3 336:24
270:7 285:17,19
320:5
**financials** 50:9
290:7
**financing** 115:5

36:16 39:20,25
67:14 68:18 281:8
316:7 319:10,13
277:14
**folders** 90:5
**folks** 59:9 69:21
79:4 155:17
210:22 229:18
269:18 271:12
281:8 291:18
302:4
**finish** 89:18 129:16
142:19
**finished** 144:9
170:9 196:13
145:4,14,18
182:12,18,21,25
183:20,24 276:25
**follows** 9:9 240:14
246:7 291:4
302:7,14
337:22 143:14
**food** 100:9 183:3
183:10
**Foods** 3:6,7,8 11:6
4:13,10 19:22
11:6 84:8 93:15
133:5,10 171:9,16
171:22 172:22
206:20 209:18
227:15 258:14
273:11,15
**forced** 299:22
**foreign** 79:11,14
91:8 135:14 187:4
290:14 291:6
**forget** 131:15
174:24 175:8
176:5 211:23
177:21 178:11
**form** 30:8,12
32:24 34:13 37:3
41:7 42:11 45:15
46:23 47:4 48:23
49:20 51:16 52:5
53:19 54:22 57:11
57:20 60:13 65:16
67:8 69:15 70:25
72:9 77:24 83:3,6

133:6,20 134:5,23
135:9 136:10,24
137:1 144:11,12
149:22 181:11
145:15,22 181:16
183:3,12 184:13
184:16 199:6
185:15 200:8,9,16
197:19 200:17
245:5 246:25
199:5,6 247:18
**forward** 290:22
304:18
**four** 8:9 9:3
114:25 153:19
165:3 260:9,10
**Fourth** 2:17,18
**frame** 36:16 109:9
136:17 174:17,22
175:8 179:3 319:3
**free** 106:4 139:2
209:19
**Friends** 155:22 208:6
209:4
**function** 38:22
76:23 158:6 218:1
**functions** 57:3
**funded** 49:21 94:20
**funds** 115:19
228:22 329:21
**further** 356:22
291:19 314:18
359:1 365:21 366:8
**future** 106:20

187:2 214:16
219:10 234:22
238:23 239:6
245:24 284:5
245:25 247:20
258:13 259:15
260:4 267:21
288:25 291:3,12
**fourth** 356:23
**formation** 46:24 48:2
**formatted** 54:4
**Fortin** 155:22 208:6
209:3
**forward** 304:18
217:3 248:9,14
**forwarded** 290:22
366:19
**free** 163:5 209:19
**Friends** 155:22 208:6
209:4
**function** 38:22

**G**

**gain** 214:1
**garnered** 265:12
**Gary** 154:7,21
158:20 159:17
181:9 163:1
193:12
**Gene** 17:12,19,20
17:24 18:7,9,20
19:5,9 20:14,16
21:3,9,20 22:5
33:10 34:8 63:8
44:1,3 45:7,18
56:7 57:4 62:15
63:3,6 64:5 65:11
86:2 88:16 90:6
121:8 146:9
132:1,3 134:6
153:19,22 157:20
163:1 200:9,10
136:6 144:22
153:6,7 161:5
164:4 175:6 178:1
204:12 205:6,8
207:24 258:17

**MIDWEST LITIGATION SERVICES**
Phone: 314-644-2191  Fax:

CONFIDENTIAL  UE_DEP_0000377

260:2,7 264:4 267:3 270:20 271:4 279:25 280:2 295:21 302:17 317:15 335:23 343:4 346:14
**general** 116:11 131:10
**generalities** 20:15 20:20
**generally** 99:13 100:5
**General's** 365:18
**generated** 50:4 51:5 52:8 112:23 131:7 131:20 145:7,19 207:11 255:13 320:12 321:21 322:9 323:1 339:6 343:9,22 346:11
**generating** 191:6
**Gene's** 190:3
**gentlemen** 171:12 172:4
**Georgia** 35:8,9 104:18,19 258:6 279:7,8
**getting** 46:12 104:13 187:17 250:8
**Gettysburg** 11:8
**GIBSON** 2:13
**give** 13:20 37:18 52:22 75:12 110:16 147:2 164:9 185:20,24 203:1 211:19 243:16 262:17 326:11 327:5 350:2
**given** 13:13,17 31:13 32:9 34:5 40:24 47:3 74:20 75:7,18 77:24 102:23 233:7 305:22 340:21 360:6 364:12
**gives** 125:3
**giving** 31:17 74:25 125:5
**go** 10:9 13:16 14:4 30:10 31:11 33:1 34:15 37:5 40:8 41:15 42:23 51:17 55:20 79:20 89:18 91:16 97:22 107:15 108:12,21 109:2 119:5 127:24 135:19 137:3 163:24 165:2 171:22 175:24 180:6,7 181:10 198:4 213:1,3 214:13,18 221:12,13 228:21 231:3 245:13 246:13 248:1,4 256:9 262:18 271:6 284:4 287:24 294:8 298:17 304:23 310:2 319:7 326:5 328:3 330:6 333:1 334:18,19 342:1,7 344:1,22 348:16 350:11 351:1 353:1,10
**goal** 54:12
**God's** 344:14
**goes** 129:2 155:20 203:12 212:1 264:21 269:25 327:1
**going** 9:24 11:14 15:4 16:10 31:6 35:9 40:21,22 45:14,15 46:11,21 47:5 48:25 73:25 74:15 77:6 86:3 95:4 106:12 107:22 108:6,18 109:8 111:25 113:20 114:12 115:1 116:4 117:25 133:4 137:16 142:7 145:21 147:1,2 163:18,20 174:12 174:23 175:24 179:18 180:7 181:17 186:13 202:3 207:12 213:15 246:18 247:1,4 262:17,18 271:19 272:7 294:6 298:2,22 300:24 309:8 311:23 316:1,4 324:7 327:4,6,7 329:18,19 331:4 331:11 345:18 347:10 348:9,22 348:22,23 349:5 349:11,14,21 350:2,6 351:11,18 352:22 353:10,11 354:4 357:2,19
**going-forward** 176:9
**golf** 251:1,8,13
**good** 9:17,19 21:14 160:19,25 161:1 216:7,9
**GOTSHAL** 3:15
**gotten** 274:12
**Granted** 231:10
**graph** 277:5,11,13
**grateful** 59:7
**gray** 256:22 257:1,4
**greater** 70:20 139:12
**Gregg** 204:20
**Gregory** 16:6 17:12 17:19,20,24 18:1 18:8,21 19:15,20 20:24 24:3 32:1,2 32:20 33:14 37:14 41:22 44:15 52:14 55:18 65:15 67:8 67:13 70:5,11 71:2 76:1,15,22 77:5,17 78:13 79:2,10,14 80:8 80:20,23 81:1,10 81:16 82:4,8,12 98:23 102:11 105:14 106:25 107:9,12 114:11 115:19 132:9 135:20 136:25 152:4 158:14 159:5 160:15 162:10 163:3,10 164:19 190:4 197:22 208:7 210:25 211:8 218:16 241:14,15 244:21 250:4 252:7 258:17 260:3,7 264:4 265:25 267:3 268:2 269:7 270:20 271:5 279:25 280:1,2 295:21 335:24 343:4 346:14 351:13,15 355:23 359:4,10,19 360:19
**Gregory's** 315:4
**Grocers** 1:3 9:20 12:19 184:8 365:10
**ground** 13:16 114:25
**grounds** 108:19
**group** 63:3 66:20 84:22 193:12 231:1
**Grove** 177:22
**guess** 12:25 18:13 33:3 162:9 212:20 291:1 316:15 351:10 361:2
**guesstimate** 202:6
**guys** 176:10 229:21

**H**

**half** 101:8
**halfway** 293:7,11
**Hamilton** 1:11 2:7 10:14 23:1,2 27:9 278:24 365:8
**Hampton** 177:19
**hand** 37:11,17 51:16
**handle** 346:2
**handled** 28:22 30:16,20 40:13 76:14 82:25 86:11 86:16 87:14,19 93:7 125:16 132:17 201:3 329:22 343:21,23 345:13
**handles** 100:3
**handling** 31:23 265:20
**handwriting** 190:1 190:2 237:3
**handwritten-in** 157:20
**HANSON** 2:2
**happened** 64:16 107:3 119:9,15 125:11,22 126:4 128:2,20 129:15 129:17 133:8 144:10,20 214:1 232:7,23 345:17
**harass** 47:1
**harassed** 329:9
**harassing** 46:12 329:14
**hard** 48:6 58:7
**harm** 229:23
**head** 135:21 255:9
**headquartered** 109:22 110:3,7 111:13 217:21 280:19
**headquarters** 20:8 43:3,7 98:22 104:4,16 139:24 258:7
**heard** 33:7 198:20
**hearsay** 327:17
**held** 69:6 221:15 222:24 263:6 324:2,16
**help** 94:25 137:6 139:11 240:24 271:2 307:2,15
**helped** 28:22 30:12 30:23 33:3 83:17
**helping** 93:16
**hens** 285:9
**Hey** 229:21
**High** 365:18
**higher** 131:17 252:23
**higher-than-nor...** 252:13,20,22,24
**highlighted** 98:7
**Hillandale** 3:6,7,8 11:6,7,7 153:5,10 153:15,20 154:6 154:17 155:8 171:1,8,16 172:12 172:13,14,17,21 172:23,25,25 173:10,16,21 174:9,10 176:24 177:3,25 181:18 181:21,24 182:7 182:12 192:9,14 193:8,12 194:3,13 194:22 204:12 206:24 207:2
**Hillandale-Gettys...** 3:9
**hired** 56:21 124:4
**hold** 49:15 175:24 304:4 318:7
**honest** 64:12
**honestly** 94:16 252:11
**Hong** 229:1,9,12,17 232:4,20
**honored** 109:15
**hope** 47:1 108:11 271:3
**hopeful** 134:24
**hour** 73:25 74:1

**hours** 20:9 349:6
**house** 239:5
**Howell** 35:11
**hundred** 101:18 106:9 122:10,19 122:22 123:12 170:1 183:13 223:14 224:21,24 226:12 265:19 275:18 335:6 342:22
**Hutchinson** 4:15 74:5,5,11
**hypothetical** 185:24

**I**

**idea** 83:22 141:6,8 180:10 191:16 236:7 245:21 255:12 316:3
**identification** 11:23 51:13 96:15 98:17 103:3,25 105:1 113:18 114:6 132:4 140:9 152:13 166:25 168:22 174:20 181:18 190:8 196:11 207:22 210:2 216:13 218:10 219:2 220:8 227:24 234:5 236:22 238:20 240:8 243:5 244:24 246:16 249:3 254:14 256:18 258:14 260:12 262:24 263:25 266:21 267:14 270:16 271:17 273:16 276:20 278:2 299:20 302:25 304:7 305:2,15 306:16 308:14 309:25 310:18 351:21
**identified** 9:24 11:18 12:13 17:10 17:18 45:19 50:15 52:15 56:13 100:6 100:8 102:3,20 113:12 115:7 140:19 142:18 153:5 155:2 171:13 172:5 173:16 181:22 182:13 204:2 208:7 215:5,16,17 217:14,22 218:24 220:11 247:25 249:7 270:20 279:22 280:14,24 282:17 288:17,19 293:19 335:17 359:18
**identifies** 52:11 98:14 105:11 155:7 167:17 197:7 222:2 241:6 243:25 272:6 320:2
**identify** 10:9 27:20 48:25 49:9 89:25 146:22 147:10 167:3 168:25 202:21 204:17 216:15 219:4 234:7 264:21 269:17 305:25 307:2 319:10
**IDS** 4:16
**ignoring** 63:22
**IL** 3:11
**ill** 37:6
**illnesses** 100:15
**imagine** 201:2 269:23
**immediately** 157:22 231:22
**impact** 229:2
**impeach** 14:18
**imperative** 134:21
**implement** 48:16 49:5 243:1 253:5
**implemented** 110:12 111:1 148:8,10 189:9,15 213:2 227:1 254:9 275:20
**implementing** 148:5
**important** 13:20,22 14:21
**imposed** 150:24
**impression** 251:21
**improper** 163:20,23 330:2
**improve** 135:3,14 137:7 139:11 230:21 267:9 268:3
**improved** 267:16 267:18 335:22
**Inall** 99:1
**include** 170:6 270:1
**included** 70:1 177:19 179:4,14 223:5 253:22 269:11 318:5
**includes** 178:24
**including** 9:21 16:13,19 54:3 117:10 134:2,25 208:7 247:15 280:11 282:15 285:8,19 286:20
**income** 7:25 86:6,7 87:18,22 88:6,7 88:25 89:1,8,12 90:2 125:24 126:1 126:8 131:7,20 223:7,14,20,22 224:1,5 225:7 250:23,25 251:4 251:22 296:21 297:6 300:1,3,11 301:5,9 320:8 321:3,7,10,13,20 321:21 322:3,5,8 322:18 323:1 338:16,16 339:6 343:9,21 346:12
**Incorporated** 11:1
**incorporation** 8:14 352:2
**incorrect** 93:2 161:13 289:7,8
**increase** 54:6 135:14 139:19 142:21,25 231:3 261:19 265:8 277:15 335:24 343:1
**increased** 55:3 250:6 264:10 275:3 277:6 304:13,17,25 335:2
**increasing** 136:2
**incurred** 251:19 261:8
**Independence** 158:5 313:8
**independent** 260:1 313:12,25 314:5
**index** 5:4,10 6:4 7:4 8:5 233:1,3
**Indiana** 270:7
**Indianapolis** 4:7
**indicate** 111:12,24 151:3 170:18 333:16 365:15
**indicated** 12:18 161:10 320:11 322:22 330:20 339:24 343:8
**indicates** 196:17 263:5 337:9 342:25
**indicating** 261:16 262:1 331:19
**indication** 245:18
**individual** 189:10 340:19
**individually** 114:19
**individuals** 52:16 228:20 355:15
**industry** 72:12,13 135:1 139:5 255:15
**information** 73:5 73:17 132:16,18 175:2 182:10 192:3 205:12,16 278:22 287:22
**informed** 327:15
**INGERSOLL** 3:2
**initial** 223:13 224:2 296:21 297:2 335:7
**initially** 72:16 101:4 224:17
**initiated** 195:2,14 195:22 196:5
**injects** 326:15
**instances** 326:7
**instituted** 335:17
**instruct** 115:1
**instructed** 14:5
**insurance** 251:15
**intent** 142:19
**intentionally** 58:4
**InterCall** 199:11 200:13
**interest** 224:5 251:1 251:7 300:12
**interested** 290:15
**interests** 54:2
**interpreted** 284:15
**interrupt** 353:20
**interrupted** 176:1
**interruption** 174:13
**investigate** 282:5,10 283:15 287:21
**investigation** 284:10,17 285:15
**invoice** 6:15,19,20 7:10,11 190:13 191:3 192:2,25 193:1,5 195:1,1 200:22 201:6,9,14 219:6,16 234:8 237:1 238:15 254:20 255:11 256:13,25 257:11
**invoiced** 220:4
**invoices** 6:6 27:21 91:21 93:3 200:14 236:13 293:24 294:2,10
**invoicing** 23:19,22 100:3
**involved** 40:10 80:12 81:7,24 87:19 101:15 139:6 159:22 160:10 162:14 163:8 191:5,8,10 202:23 203:3,16 277:22 282:19 328:21 360:1
**involvement** 77:17 77:21 78:13 106:8 139:5 323:25 324:13,18 330:10 330:10
**involving** 234:10 282:23
**Iowa** 23:7,9,10 177:1,20 257:9,15 257:18,19 258:12 270:2
**Irving** 197:12 198:1
**Isaacson** 197:13 198:1
**Isaacson's** 162:21
**ISE-America** 204:21
**issue** 74:11 269:11
**issued** 263:4
**issues** 99:12 100:15 277:24
**item** 88:5,23 249:17 255:14 295:5,6 300:16 301:5,9,16 321:13 322:5
**items** 300:12

**J**

**J** 2:2,3 4:15
**James** 365:18
**Jan** 2:8 10:16
**January** 17:22,23 18:5,16,20,22

19:16 24:5,14 99:5 250:24 271:2 271:8 277:2,22 291:15 320:20
**Jason** 2:13 10:21
**jcallow@kmklaw...** 3:22
**Jefferson** 365:18
**Jerry** 28:21 30:23 37:25 38:1 40:14 41:5,7,20 50:8 51:11 59:5,12,17 93:8 116:10 156:3 156:14
**Jerry's** 37:24
**jet** 217:3
**Jim** 35:22 129:22 156:4 204:19 208:9 209:22 222:7,19 258:17
**jmckenney@gibs...** 2:15
**jmonica@porter...** 4:2
**Jo** 43:12,13 67:20 70:4 82:23 83:4 191:19 210:5
**job** 31:18 59:6,7 101:11 265:17,18
**Joe** 11:11 155:22 208:6 209:3
**John** 3:24 11:9
**join** 11:15 83:21,22 99:4 100:11,22 128:5 133:24 135:22 174:18 259:4,10 273:10
**joined** 112:17 113:1 167:23
**joint** 5:24 152:17 296:5 314:8
**jokes** 85:25
**JOSEPH** 3:20
**JR** 3:20
**judge** 46:21 327:6 348:21,24
**JUDICIAL** 1:1
**July** 106:9 114:11 116:5 294:16,23
**jumping** 107:6
**June** 106:9 259:3 259:20

**K**

**Kansas** 1:1 2:4 5:23 73:1,7,19 85:10 85:11 109:22 110:3,8 111:14 134:4 139:24 140:4,7,20 141:23 142:1 175:9,9,11 183:9,20 184:10 192:5,9,15,18 193:25 194:3,11 194:13,19,22 195:3,15,16,22,25 196:5,8 217:22 218:23 219:9 234:11 236:11 239:24 240:4 254:22 262:6 265:6,7 267:20 268:8 273:2,12 277:18,19 280:12 280:13,16,16,19 280:24 281:3,13 281:25 282:12,16 282:24,25 283:6 283:12,17,20 284:12,19,23,25 285:9,11,13,21,22 286:23,24 287:15 287:16,18 288:4,5 288:13,20,24 312:14 319:17 365:6
**Karri** 11:9
**KASOWITZ** 4:10
**Kathleen** 2:18 10:25
**Kathy** 4:6 10:23
**kathy.osborn@fa...** 4:8
**kclair@crowell.c...** 2:20
**KEATING** 3:19
**keep** 24:1,24 45:25 46:3 47:12 58:19 74:15 85:24 86:3 174:22 205:19 261:10 265:18 350:14
**keeping** 233:23
**Ken** 67:21,23 155:21 206:12 208:8 209:11
**kept** 23:19 25:9 65:20
**Kil** 156:3
**kind** 115:21 206:3 246:25 248:11 262:20
**kinds** 25:8
**KLEKAMP** 3:19
**Klippen** 67:23
**Klippen's** 67:21
**knew** 59:4 269:22 345:12
**knocked** 74:7
**know** 12:10 14:7,25 21:11 22:3 25:2,8 25:12 26:13 27:24 29:8 32:4 45:25 47:1 48:25 49:22 50:7 51:2,3,4,9,15 51:18 52:24 53:1 53:23 54:13,24 56:6 57:19,23 58:3 60:3,8 61:20 62:24,24 63:18 64:7,8,9,12,24 67:6 68:2 70:14 71:17 74:15 75:2 84:2,4,9,12 85:4,9 85:14,15 87:22 88:4,14,15,22 89:6 90:1 91:11 99:17 101:12 105:8 107:11 111:15,18 112:3,8 112:12,17,19,22 113:11,15 118:19 126:19 128:13 130:21 131:14,15 131:23 132:2 133:12 139:22 140:3 141:2,4 142:2 145:4,15 147:17,24 148:11 148:11 149:15 151:9,24 153:11 154:15 162:20 163:9 164:3 167:21 168:8,13 170:9 173:9,19,23 174:5,7,8 175:17 175:20 176:10 177:18 178:13 179:5,16,23,24 180:1,15,18,24 181:4,5,5,9 182:1 184:14 188:16 193:11 197:19 200:11,17,24 206:15,20 207:10 208:18,22,23 209:19 212:13 216:4,23 218:3 222:24 223:2 227:18 230:15 232:7,23 237:14 237:16,18 238:17 239:21 242:24 244:20,22 258:11 262:5 265:4 272:11,16 274:14 278:10 281:11 282:4 286:12,16 286:18 290:25 303:5 306:11 310:1 312:16 315:19 316:8,14 317:7,12,16,25 318:12,16,23 322:22 323:4,6,9 323:17,20,22,24 324:23 325:14 328:8,11 329:2,16 329:21 333:1,8 336:3,6,9,14,15 336:16,16 337:7 337:16 338:1,19 339:4 344:5 345:13,14 346:4 346:20,23 347:5 347:21,25 349:3,8 350:20,21 357:7 357:11,14,14,17 359:17
**knowing** 116:18
**knowledge** 25:11 44:21 61:17,25 66:5,15 88:8 90:20 92:2 97:19 98:1 99:18 115:24 124:14 130:8 141:16,25 153:9 154:19 155:12,17 155:19 156:9 161:18 162:1 168:15,20 177:23 181:16 182:8 183:23 188:9 193:3 197:20 211:25 218:5 219:14 221:25 222:14,18 225:5 237:22 240:17,21 240:22 241:12 243:11 245:19 246:4 261:25 266:1 268:9 270:14 276:9 279:21 281:4 282:8 283:8 285:16 288:11,24 288:25 290:5,20 313:5 321:11,16 321:19 322:7,11 323:8 324:25 325:18 327:13,18 329:1 332:11 334:1,7 335:19 337:3,25 338:12 339:3,9 344:13 346:6 352:19 354:23 356:3,11 356:17 358:23
**known** 213:9 354:16
**knows** 108:8 111:5 114:19 115:14 133:11 140:25 262:12 329:25
**Kofkoff** 209:7 218:1
**Komisarow** 35:22 38:16
**Kong** 229:1,9,12,17 232:4,20
**Konrad** 101:25
**Krista** 100:8
**KSA62** 12:2
**Kyle** 35:23 38:2,3

**L**

**L** 4:6
**label** 242:6 244:7 292:10
**labeled** 293:9 296:14 301:24
**labeling** 51:16
**Lack** 199:4
**Lake** 220:19,21
**Land** 11:3
**language** 273:10,25 275:12
**Lappin** 156:4
**large** 261:11 264:9
**large-volume** 142:19
**Larry** 80:4 84:14 155:21 156:5 162:7 180:12,13 197:7,8 203:3,18 208:7 209:10 222:2,10 258:17 276:24
**Las** 220:19,21
**late** 99:5 168:17 169:22 182:15 274:20 283:25
**law** 23:2
**lawsuit** 9:21 12:17 12:19,22

**lawyer** 162:14 198:2
**lawyers** 27:11 163:4 163:7 333:20,21
**layer** 180:10 248:18 248:20 263:12,18
**layers** 169:8 173:24 174:2,8,8 213:10 239:5 248:21
**lease** 55:24
**leave** 24:2 306:8
**leaves** 109:13
**left** 24:3 105:11 107:11 131:4 236:6 243:9 244:7 306:1,11 307:16 320:3
**left-hand** 170:21
**legal** 135:1
**letter** 7:12 135:20 263:23 276:11 294:17
**letterhead** 133:3 263:4 264:7
**letting** 47:3 114:17
**let's** 19:22 45:4,16 64:18 96:17 116:1 171:1 183:25 184:16 185:6,24 186:24 191:8 193:14 211:19 218:7 220:24 231:13 256:16 282:17 319:7 321:25 323:9 328:3 330:6 339:10 343:17 356:24
**level** 131:17 248:17 248:19 283:11,13 284:17
**levels** 107:25
**Levine** 2:8,8 10:16 10:16 87:6 329:6 344:14,18 353:19
**liability** 251:15
**Liberty** 3:4
**licenses** 251:14
**limit** 307:20,23
**Linda** 17:13,17 21:25 23:7 24:13 151:8,14 169:4 174:5 180:8 190:3 206:19 210:14 213:3 217:19 237:3 258:2 263:5 278:15 346:15
**Linda's** 276:6
**line** 46:22 87:8 216:21 251:22 266:25 300:12,16 301:9,16 352:24 353:5 363:9
**lines** 341:8
**Linville** 156:5 205:2
**list** 6:3,25 13:5 109:16,19 112:22 124:13 174:24 178:23 180:17 181:12 203:20,23 203:24 204:17 206:17,18 207:10 233:4,13 269:12 270:2,25 273:3 306:4,19,22,24 307:11,14 308:17 308:19,22 309:3 310:9,22 318:4 355:12 360:14
**listed** 12:14 99:22 102:15 103:15 155:15 169:18 171:4 198:6 206:11,14 207:3,7 213:7 215:23 216:24 228:11,15 228:24 247:11 251:12 355:15
**listen** 259:16 265:15
**listening** 349:13
**listing** 176:24 198:1 213:4 215:20
**lists** 112:16,23 169:25 206:24 311:1
**Litigation** 365:5
**Lititz** 270:8
**little** 73:25 107:7,23 167:24 198:20 227:8
**lives** 258:11
**LLC** 10:15
**LLP** 1:11 2:2,7,13 2:17 3:10,15,24 4:5,10 365:8
**load** 23:24 185:25 187:25 288:7
**loads** 6:12 106:9 216:16 228:24 231:16,23,24 232:3,20 241:20 241:22 242:12 270:9 291:7 307:3 307:6 308:25 310:14
**located** 34:12 35:6 43:16 72:25 134:3 153:11 154:12 174:9 262:6 265:5 265:6 267:19 268:7 273:2,11 277:17 280:11,15 281:3 282:16 283:6 285:10,20 286:22 287:16 288:5
**location** 36:7 43:15 69:3 140:19 184:12,13 220:15 221:1,6,22 249:13 250:1 283:19
**log** 305:9
**Logan** 1:11 2:9 365:9
**logical** 31:18 75:10 75:24 77:10
**logo** 242:9
**long** 21:2 53:23 82:24 84:9 85:18 101:5,13 102:5 188:21 198:19,20 208:18 302:15 329:23
**longer** 40:21 41:11 61:7 77:6,17 130:18 188:12 258:9 354:20 360:1,21
**longs** 198:19
**look** 22:16 27:14,17 28:3 53:12 83:14 96:19 97:23 98:21 112:15 119:12 124:13 146:4 147:20 151:6,10 165:3 170:11,17 170:20,22,22 171:1 179:25 180:9 190:15 192:12 193:14 194:16 195:12 203:20,25 204:16 216:21 218:7 223:6,20 227:21 228:21 232:9,10 233:1,2 237:5 246:13 252:12 256:12,16 259:12 260:15 262:19 265:10 266:3,7 280:8 284:5,21 287:5,12 289:17 289:20 303:3 305:4 316:16 317:17 319:7 321:3,12 334:19 334:21 335:20 337:17 339:10 342:7 343:17
**looked** 26:24 91:10 112:13 161:25 181:12 197:9 207:16 236:9,13 236:14,16 237:25 248:9 259:19 280:5 282:22 283:4 289:14 312:20 335:6 342:3 360:14
**looking** 16:9 53:11 54:23 83:9 137:11 140:14 161:5 176:21 182:1 188:25 206:1 228:19 235:15 239:17 255:9 289:3 293:13 307:3,11 310:8
**looks** 107:14 116:7 156:16 167:5,8 177:10 190:3,23 191:3 192:2,10,16 192:19 193:10 194:5,15,23 206:22 212:12 217:4 219:23 226:2,7 237:1,2,4 237:6,13 245:22 255:6 260:18 264:6 268:23 339:16
**Looper** 155:21 206:12 208:8 209:11
**loss** 21:9 50:21 88:9 89:8,13 213:25 219:13,22 220:1 235:3,8,20 236:17 251:22
**losses** 88:7 89:2 117:13 235:23 261:7
**lost** 236:11
**lot** 56:7 114:16 233:9 261:12 357:4
**lots** 353:15
**loud** 295:9
**low** 241:18
**lower** 229:10 244:7 266:3
**lowering** 229:15
**LP** 11:8
**luck** 21:15
**lunch** 160:20,22
**L.P** 3:9

**M**

**M** 1:10 3:15,20 5:6 9:6 363:6 364:22
**Mackenzie** 3:3 11:5
**main** 154:9,11,17
**maintain** 57:8 59:23,25 117:9
**maintained** 117:18
**maintaining** 25:16
**major** 264:14,23
**majority** 231:18 232:1,8,17
**making** 50:20
**Mallquist** 222:12
**manage** 57:14
**managed** 93:24 121:12,13,14 242:16
**management** 5:14 8:7 28:13 32:7 34:18 36:10 38:11 44:6 45:2,5,12,15 45:17,25 48:1,5 52:12 54:5 55:22 91:15 93:25 95:10 100:2 116:17 122:11,23 123:14 124:17,21,23,24 130:21 131:3,8,21 132:1,17 134:10 134:12 138:17 143:6,17 151:1 156:11 158:7 159:13,19 160:2 160:12 161:7,15 161:16 165:1,14 166:2,12,17 189:10,19 201:12 223:11 224:2,14 224:17 225:4 226:11,14,15,17 226:23 227:2,19 250:6 251:9,14 252:2 258:21 259:13 263:14,15 264:18 294:18 295:15 296:9,24 297:10 303:14,25

PHYLLIS BLIZZARD 2/15/2013

382

304:13 312:23
313:1,16 314:14
335:2,13,25 336:4
340:7,19 217:22
219:9 234:11
236:10 239:24
240:4 254:22
280:16
**March** 195:1
**margins** 224:7
225:3 227:6,12
**mark** 299:17
306:13 308:11
309:22 351:18
**marked** 11:20,22
51:12,21 96:14,17
103:2,5,24 104:2,5
113:17,20 114:5,8
132:3,6 140:8,11
152:12,15 166:24
167:2 168:21,24
174:19 190:7,10
196:10,13 207:21
207:24 210:1,4
216:12 218:9,12
219:1 220:7,10
227:23 228:1
234:21,24 236:24
238:19,22 240:7
240:10 243:4
244:23 245:1
246:15,18 249:2,5
254:13,17 256:17
258:13 260:11,14
262:23 263:2,24
264:2 266:18,20
267:13 270:15,18
273:18 276:19,22
278:1,4 292:19
294:11,16 296:4
299:19 301:19
304:24 303:2,4

304:6 305:1,5,14
305:17 306:15,25
308:13 309:24
310:17,21 311:4
315:11,19 351:20
355:1
**market** 78:9,19
91:10 108:12
109:1 198:17,18
202:2 240:25
241:4 264:24
265:8 267:9,16,17
268:3
**Marketer** 39:17
278:5
**Marketers** 9:23,25
10:5,15 12:2 13:1
15:9,12 20:16,21
23:20 27:25 29:1
29:17 32:6 42:9
48:2,20 49:8
52:12 54:16 55:11
56:5,15 59:15,16
59:20 62:13,17
63:12 65:8,23
67:1,10 68:5,11
68:15 69:1 75:1,7
75:9 79:6 81:4
84:2,20 86:19
87:20 88:9 89:9
90:4 91:2 93:23
95:24 96:1,4,11
98:11,15,20 100:2
102:14 103:12
106:4 111:17,20
112:24 113:11
114:6,17 116:11
116:17 117:1
120:9 121:14,16
126:9,14 135:22
136:12 138:19
141:14 143:10
148:8 152:17
163:14 165:2,9,10
168:12 171:17
172:8,15 173:14
173:20 175:25
177:7 178:6,24
179:9 180:22
180:25 184:9
187:16 192:4
193:4 195:1,13,16
200:19 205:16,19
213:15 214:10
219:23 221:5
223:19 229:1
232:12 235:8
241:10 247:7
281:16 286:3 291:5
292:13 293:19,24
295:20,22,23

296:5 298:12,19
298:21 299:9
300:2,4,8,23
301:14,24 302:3
303:7,10,13,24
304:5,12 305:19
306:9 307:12,16
307:21 309:6,19
311:22 312:13
320:8 324:5
328:12,15 332:9
333:2 341:8 342:1
344:9 345:23
346:7,17 347:6,8
352:7 354:4,6
355:4,18 356:13
359:13,16 360:2
360:22
**marketing** 28:22
30:20 67:5 95:25
117:5 128:16
158:10 198:5,9,13
201:1 202:23
304:17 313:19
343:14 355:18
359:4
**materials** 207:15
253:23 293:4
**Matt** 10:16
**matter** 66:25 181:7
357:9 363:7
360:20
**MATTHEW** 2:8
**Maureen** 1:14
362:13,25 365:23
m&am 62:23 63:8
88:14 102:25
112:12 117:25
118:17 119:6,18
120:12 122:1
126:11 127:24
133:14 134:1,13
136:10 137:11
142:9 144:7 147:6
165:16,24 167:4
169:19,21 174:10
176:1 178:22 179:19
223:4,8 225:6
250:6 257:21
259:13 288:7
311:6,18 321:8
320:5,9 328:13
335:6 336:6 341:4

347:19 349:12
McKENNEY 2:13
10:21,21
**McKinney** 2:14
**mean** 20:17 21:3
23:23 26:4 30:11
45:20 89:23 99:11
108:4 216:25
235:11 261:4
266:14 281:7
282:5 301:12
329:5 339:19
341:21 348:5
357:4
**meaning** 108:24
241:14
**means** 61:2 135:2
**meant** 106:17
115:25 138:7
148:18 161:14
**measure** 90:13
**meet** 21:21 219:12
227:19 234:18
235:22 253:14
**meeting** 6:7,9,16
7:7 21:8 22:14
63:20 65:19,22,23
65:24,24 68:7,12
68:21,24 69:7
69:22 75:3,7
89:10 152:18,23
167:10 196:15
197:11 199:9
207:15 220:12,14
220:17,20 221:6
222:9 223:24
225:12 262:11
263:7 271:24
264:8 266:9 289:6
305:18 307:4,6
360:16,11,19,24
342:3,4 356:13
**member** 38:24
39:13,17 84:4,10
84:13 91:23 93:4

93:10,19 94:6
97:8,9,10,15,18
103:7 105:8 107:6
110:25 111:18,24
113:23,25 114:13
114:23 115:2,4,5
127:4 129:6,19,22
130:7 141:7 145:2
149:2,6 155:2,11
**Missouri** 178:24,25
365:6,18
**misspoke** 232:13
**mistakes** 326:15
74:19 204:9
207:25 240:12
285:25
**merge** 295:2 296:1
**merged** 28:7,11
37:1 128:17
**merger** 30:7 31:7
355:19 356:25
357:5,8,17 358:1
358:4,12,13,22,25
359:2,3 359:11
**message** 265:16
met 9:18 20:10
21:12,19 23:5
**MEUTHING** 3:19
**Mexico** 249:22,25
290:12 291:6
312:9,13
**Michael** 3:18 10:18
116:25 132:11
134:23 136:9,23
137:13 143:10,13
145:25 148:2
149:24 150:8
151:18 152:4,5,9
182:19 188:16
201:24 207:15,25
219:6,8 231:23
244:9 265:5 297:1
302:7 304:21
**Midwest** 1:8 13:9
189:24 190:7
198:15 202:4,7,10
202:11,14,19,19

42:7 163:22
172:20
**MORRIS** 3:24
**Morrow** 35:23
37:23,24
**motion** 231:16,20
231:24 232:11,14
232:15 356:5
354:2,7 243:1
135:12,14 147:3
168:1 321:25
327:6 329:18
350:9
**moved** 31:23 43:2
231:14,21 258:6
356:5
**moving** 34:17 136:1
230:10 295:11
**multiple** 328:25
349:17 350:13
**mutual** 79:18
**M&M** 218:1

**N**

**name** 5:11 6:5 7:5
8:6 9:17 35:20
67:21 84:7 97:5
117:7 146:11,15
155:15 162:16,20
165:18 172:21
175:15 176:8,25
177:25 318:8
**named** 13:4
**Nan** 352:22
**Nassar** 17:15 26:16
83:17 100:17
101:14,16
**national** 117:4
132:8 253:13,17
136:3,6 253:14
188:10 204:23
207:17 209:16
222:16
**nature** 12:21 13:7
**nearly** 53:9 150:17
225:2 338:4,8,8
338:25
**necessary** 58:18
59:24 75:12 197:7
225:3 254:9
**need** 14:6 46:4
47:13 53:12 60:21
74:14 95:4 113:15
114:2 130:24
192:12 194:1

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191     Fax:

CONFIDENTIAL     UE_DEP_0000382

---

PHYLLIS BLIZZARD 2/15/2013

383

128:15 129:5,21
130:6,10 132:8
133:3,16,24 134:2
134:3,13,24 135:7
136:12,13 137:6
137:13 138:24
139:16,20,22,24
142:15 143:2,23
143:23 144:11,14
145:4,6,14,17
148:2 150:4,12,19
151:18,21 152:6,7
152:19 153:4
154:25 155:5,6,8
155:18,25 156:6
165:4,6,15,17
166:5,8,19,21
167:15,18 168:14
175:4 177:8,11
178:3,7,9,21
179:6,16 189:10
189:24 197:25
200:21,14,19
202:25 206:1
211:14,18,19
211:20,24 212:13
218:14 222:13,17
222:21 226:3
229:3,8,11,23
232:2 233:5,6,11
233:24 245:6,9,23
250:3 285:10,20,21
286:6,22,23 287:4

288:14,23 291:9
291:10 293:9
295:12 300:4
305:25 317:8,13
320:21 321:22
323:4,6,17 338:18
341:11 342:6,18
342:21 345:8,21
344:15 347:25
358:5 340:3 341:1
345:6 346:22 347:8
354:3 355:19
357:5,8,17 358:1
358:23,24 359:5
359:10 360:25
361:24
**Neridian** 4:6
**message** 265:16
met 9:18 20:10
21:12,19 23:5
memberships 90:15
members 248:18
290:22 291:4
**missed** 266:6
308:18
**Mississippi** 293:21

302:10
mentioned 26:15
74:19 204:9
207:25 240:12
285:25
merge 295:2 296:1
merged 28:7,11
37:1 128:17
merger 30:7 31:7
355:19 356:25
357:5,8,17 358:1
358:4,12,13,22,25
359:2,3 359:11
message 265:16
met 9:18 20:10
21:12,19 23:5
**MEUTHING** 3:19
**Mexico** 249:22,25
290:12 291:6
312:9,13
**Michael** 3:18 10:18
116:25 132:11
134:23 136:9,23
137:13 143:10,13
145:25 148:2
**Michigan** 3:11
**mid** 99:5 221:14
**middle** 86:2
**Midwest** 4:10 23:8
182:19 188:18
297:17 201:6,12
201:22 202:23
227:18 228:2,24,8
281:20 288:16,18
322:2 343:15
**MN** 4:17
**MO** 2:4
**moment** 11:2 178:18
179:5,14 180:2
197:5,10 229:4,9
161:17,18 223:18
222:21 263:12
232:8 288:14
211:19 212:15
228:4,13 246:7
221:19 269:5
230:25 271:22
255:22 256:1,4
286:22 292:5
280:11 301:19

Missouri 178:24,25
365:6,18
misspoke 232:13
mistakes 326:15
74:19 204:9
207:25 240:12
285:25
mistake 318:3
mistakes 28:18
35:14 274:7
misunderstood
223:21
mixed 93:15 148:19
min-htmn 20:2 76:3
79:7 83:13 97:6
97:17 129:22
140:18 141:12
174:4 186:5
210:21 214:24
222:6 224:12
228:8 262:8 273:8
281:20 288:16,18
322:2 343:15
MN 4:17
MO 2:4
Noach 1:12 178:18
179:5,14 180:2
182:25 184:1,3,11
184:20 204:6
209:6,8,8 217:25
Mock/Norca 3:13
modification 274:3
274:21
modified 159:14
173:22 274:17,24
276:1
modifying 162:15
moist 85:24
moment 45:17
97:12
Monday 26:6,7
money 236:12
261:13 347:7
Monica 3:24 11:9,9
month 91:21 92:19
92:18 201:19
226:14 240:18
months 223:5,8
227:23 305:17
310:5 326:10
329:10 351:11
352:3 355:3,13
356:5
month-to-month
55:24
Mooney 204:24
mor 35:12
MORGAN 4:15
Moring 2:17 11:3
morning 9:17,19

N
name 5:11 6:5 7:5
8:6 9:17 35:20
67:21 84:7 97:5
117:7 146:11,15
155:15 162:16,20
165:18 172:21
175:15 176:8,25
177:25 318:8
named 13:4
Nan 352:22
Nassar 17:15 26:16
83:17 100:17
101:14,16
national 117:4
132:8 253:13,17
136:3,6 253:14
188:10 204:23
207:17 209:16
222:16
nature 12:21 13:7
nearly 53:9 150:17
225:2 338:4,8,8
338:25
necessary 58:18
59:24 75:12 197:7
225:3 254:9
need 14:6 46:4
47:13 53:12 60:21
74:14 95:4 113:15
114:2 130:24
192:12 194:1

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191     Fax:

CONFIDENTIAL     UE_DEP_0000383

---

PHYLLIS BLIZZARD 2/15/2013

384

212:4 259:12
282:3 308:23
310:1 349:4 351:9
351:10
**needed** 296:23
**needs** 119:2 185:23
**negotiate** 37:9
351:15
**negotiated** 32:17
37:20 160:4
**negotiating** 32:21
33:15 75:19 76:7
76:14 77:13 91:7
160:16
**negotiation** 32:11
34:1 37:10 86:19
92:3,4 158:25
160:17
**negotiations** 31:22
40:11 56:7 70:25
77:7,21 118:15
119:23
**neither** 289:22
360:14
**Nelson** 109:19,25
110:10,23 111:13
140:6,16 167:17
169:17 171:15
183:6,9,19 207:7
210:17 211:23
215:4 217:21
218:23 219:8,13
219:23 220:4
231:4,11,17 235:16
243:24 245:10
245:25 246:25
256:15 257:1,14
276:17,23 277:14
280:14 282:19,24
289:24 290:25
291:3,6 294:19
318:24 321:4
303:18 311:9
312:13
**Nelson's** 239:17
**Neosho** 178:24
net 225:6,6 251:22
323:4
**never** 32:17 51:8
58:24 123:1
165:14 166:4
200:22

**new** 7:7 81:3 99:7,7
134:22 159:19
160:2,11 161:12
161:23 177:19
209:4 249:8,21,25
268:23 269:2
272:21
**newer** 159:15
**newsletter** 72:19
**Newton** 3:3 11:5,8
123:8 123:19
124:8 125:16
129:15 138:9
173:23,24 174:1
176:3 180:10
190:21 193:16
194:4 198:5
216:11 253:16
333:23 334:2
**next** 7:8 81:5 99:8,8
101:9 102:14,18
120:2 121:2 123:3
124:6 125:5 173:5
173:11 175:17
180:19 188:3
190:21 198:16,24
209:2,22 214:1,9
217:13 218:10
219:25 224:9
225:21 260:21,24
264:8 266:9 268:9
268:13 270:2,7,16
270:23 272:22
280:16 281:20
281:23 304:2
356:2,9,18,23
361:4
**Nicholas** 2:3
**nickname** 10:3
**nine** 188:24 349:6
**noise** 176:2
**nominated** 339:25
**nominating** 39:19
**nomination** 8:16,21
14:5,9,14 38:3,4,7
38:8,11 39:8
**non-UEP** 144:14
144:25 238:7,12
274:16,22 298:2
**non-UEP's** 274:18
**non-USEM** 72:1,5
72:8 270:11 271:6
272:15
**Norco** 11:3 218:1
272:20 271:13
**Northridge** 42:24
**notarized** 365:17
**notary** 1:16 362:14
363:2 365:16
**notch** 100:13
**note** 163:13 300:6
305:11 334:17
**notebook** 65:20
**noted** 353:7 362:17
364:14
**notes** 205:14,19
**notice** 5:13 11:25
105:17 108:7
109:20
**noticed** 103:20
**notification** 247:5
**notified** 234:20
247:23,24 253:22
269:5 270:21,25
**notifying** 32:12,23
**November** 208:14
211:2,11 215:4
234:13,14,15,21
23:2,14,17 31:4
224:13 246:25
246:16 268:14
277:1,6 7:16
310:25 311:6,13

311:7,9,22
184:4 203:16,18
204:9 205:7 212:7
212:7,12,13,19
223:6,12,20
242:23 244:8
245:21 246:15
247:23 259:16
265:15 299:4,21
312:7 313:22
**Nu-UEP** 144:14
144:25 238:7,12
274:16,22 298:2
**Nu-UEP's** 274:18
**Nu-USEM** 72:1,5
72:8 270:11 271:6
272:15
**NuCal** 4:13 10:20
184:4 203:10,19
204:9 261:16,18
204:24 260:23,24
**NuCal's** 260:19
**number** 16:11,12
16:18 51:17 54:6
54:11 56:14 57:6
57:11 60:4,6 71:8
71:9 117:4 119:12
128:5 129:15
134:22 136:13,14
137:13 138:24
175:20 176:13,14
176:23 177:1
180:18 181:15
190:21 193:16
272:3 273:6,7,21

68:25 69:11 78:10
93:12,22 94:7
106:6,18 109:8
110:13 114:12
126:25 127:5,17
127:22 130:11
132:6,20 134:5
135:19 136:18,24
137:16 144:11,21
144:23 145:9
147:24 148:20
148:21 150:12
150:17 158:12
179:6 181:16
181:23 243:16
226:7 284:21
285:19 282:8,15
283:9 298:3
**observations** 120:20
**obviously** 201:18
21:2
**occasion** 19:21
113:20 114:4
**occur** 26:19 27:6
41:25 69:17 90:19
115:6 150:8
161:22 271:8
274:8 311:8
276:9
**occurred** 56:14
64:14 118:16,23
134:7,23 323:10
122:14 125:17
141:20 142:21
143:6 158:18,19
236:13 237:4,16
237:17 239:9
242:6 244:18
262:13 296:19
297:2 339:15
361:1
**occurring** 30:21
220:9
**October** 113:4
134:17 196:15
217:15 219:6
216:8 218:13
221:4,8,14 223:15
248:6 245:24,25
**October/November**
310:23
**off** 5:1,2 9:10 11:21
12:24 23:20 28:20
45:20 46:7 47:19

January 13:20 133:6
133:6 135:13 139:8
139:11
PHYLLIS BLIZZARD 2/15/2013

385

48:2,14 49:4
55:24,25 56:3,5
56:15 59:2 69:3
70:3 82:9 101:17
102:4 154:9,11,17
233:2 255:13
257:19,20 276:5
365:18
**officer** 36:21,23
**offices** 21:16 27:19
36:17 222:8
288:6,9,22 289:5
293:13 359:20
**office** 21:16 189:14
202:9 212:5,7
291:17 292:18
363:11
**officially** 102:23
**oh** 3:21 12:11 19:13
20:8 213:5 320:13
230:5 252:22
260:6 293:15
360:24
**Ohio** 3:22 11:11
177:2,20
**okay** 10:6 11:13
13:16,19 14:13,15
20:19 29:5 34:19
35:21 71:18 72:6
73:6 74:9,16,19
74:16 96:3 99:6
118:5 138:3 145:8
147:25 162:16
157:10 176:1
205:13 211:3
236:15 237:14,17
233:4,8 247:16
233:25 237:22,24
259:20 261:12,18
248:17 305:5
333:14 336:19
338:15 340:3
333:18 360:12

225:1
operations 40:16
153:17 171:10
172:23 212:18
230:3 259:24
260:2,6,21
outlined 149:21
outside 108:7 109:9
185:22 211:19
214:15
overall 189:19
overlap 61:20
overseas 136:2
owned 239:5 288:12
owner 83:5 133:10
O'Lakes 3:13 11:4

P
P 2:7 365:8
Pa 2:10 3:15,6 11:6
365:9
pack 6:24 236:19
243:2 244:17
package 221:15
packed 283:20
packet 207:14
packets 283:23
padded 283:25
264:7
paid 15:23 16:1
22:12 24:18 34:23
35:4,10 42:13
43:22 44:13,16,17
49:21 54:12
184:24 199:21,23
204:22 191:5,19
93:21 130:22
147:1,9,10,16,17
148:2,25 203:9
146:19,23,24,25

331:5
Parnes 311:8
Parnell 141:4,19
142:2
part 25:3 31:2,3,5
33:19 46:9 48:11
45:24 48:1,5 58:1
63:21 64:3,12
64:18 82:10 88:10
90:21 91:19 92:3
104:14 108:14
109:1,3,8,12
184:24 199:21,19
165:11 199:12
205:17 212:1
216:22 214:9,11
216:22 217:10
217:16 233:9
224:22 225:6
327:6 228:17
283:6 288:23
265:1,18 307:11
323:1 349:21
**ongoing** 263:6
**onset** 84:11
**onward** 188:22
192:22
**open** 259:9,18
**operated** 129:3
**operating** 131:2
196:6 199:6

**organized** 224:8
248:7,17 285:24
**organic** 282:5
**organizing** 282:14
**original** 47:25
224:10 226:15
229:15 277:11
277:20 295:4,6
291:2 296:17
332:17
**originated** 296:6

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191     Fax:

CONFIDENTIAL     UE_DEP_0000384

CONFIDENTIAL     UE_DEP_0000385

PHYLLIS BLIZZARD 2/15/2013

386

parties 158:5 313:7
313:8,22 314:10
314:14
partner 10:12 314:8
353:19
party 330:9
Pat 114:13 119:1
128:10 160:19
164:5 190:20
216:7 329:5
331:13 353:2
patient 47:2 163:18
Patrice 35:22 38:7
38:17
Patrick 2:2 9:18
10:11 365:25
pauses 326:9
pay 24:1 42:2,7,12
48:21,22,22 50:9
75:16 78:1 94:4
127:3,15 128:5
131:7,20 132:1
145:5,15 148:2,9
150:4 151:20
165:5,11,12,16,19
166:6,20 184:21
213:21,25 224:14
225:4 226:22
263:13 337:13
355:24 356:6
paying 91:18 92:8
94:5 131:2 166:8
166:20 180:22,25
181:2 226:13
259:4,9,10
payment 143:25
144:16 152:8
157:16 238:6
239:11,14 246:8
254:4 296:14
pays 45:2 48:2,20
91:11,126:14
303:14 304:1,12
PC 3:2
PEC 21:3 277:17
Pennsylvania 1:12
1:17 2:3,12,18
153:12 154:13
172:13,18,25
173:13,20,21
177:2,3,21,21
181:21 182:2
270:8 362:8,15
penny 131:9 186:8
186:11,18,22
187:10,11,24
188:1 192:24

193:2
people 17:12 58:3
61:25 99:15,16
135:21 198:12
205:8
Pepper 1:11 2:7
10:14 23:1,2 27:9
278:24 363:6
percent 79:22,23,23
79:25 101:18
106:15,21 265:19
percentage 79:13
131:25 169:9
performance 114:6
performed 57:4
performing 29:21
76:22
period 24:18 33:23
34:20 37:1 60:17
100:25 108:13
136:25 142:20
154:20 161:11
167:24 208:14
241:23 242:14
252:25 253:4
261:12 264:11
281:5 283:21,24
286:7 305:13
307:23 312:14
335:12
periods 95:2 296:24
permitted 314:7
person 20:12 27:12
153:13 154:6
172:24 186:6
193:6 339:7
personal 115:24
233:13 305:9
324:25 325:18
327:12,18,21
330:10 344:13
personally 44:3
323:14 324:19
328:1,3 329:16
344:23 346:1
perspective 115:22
pertained 27:24
Philadelphia 1:12
2:10 3:5 362:10
365:9
phone 10:17 25:20
77:17 116:1
70:2 87:8 174:12
174:13 175:2
201:23 271:3
365:6
phones 44:12

201:23 225:22
photo 104:3
photograph 5:17
104:2
Phyllis 1:10 5:6 9:6
202:20 308:18
247:13 260:17,25
265:20 271:13
276:25 277:21
363:6 364:22
365:13
picked 328:1
Pike 155:22 156:5
pile 311:14
Pilgrim 195:24
196:7
Pilgrims 204:24
place 3:4 20:23
26:11 39:1 44:25
51:1 61:9 68:4,6
68:21 69:10 76:10
78:9,19 82:22
120:1 121:21
158:15 159:8
166:17 175:18
208:16,19 217:13
220:25 238:1
239:23 245:7
240:15 246:12
placed 43:15 72:15
108:25 213:18
215:10 234:21
261:6 300:5
334:24
places 309:1 360:12
placing 73:5,16
291:4
plaintiff 10:13
Plaintiffs 1:4 2:6
175:23 225:13
11:25 278:6
plan 54:4 335:17
182:6 230:2 8:24
181:12
168:3 169:1
181:10 185:16
189:12 202:12

212:8 214:3 219:5
257:16 260:19
267:23 283:14
309:25 310:8
311:11 314:3
338:7 344:22
340:10 353:19
365:9,11,14,19,24
post-September
39:20 53:8 91:8
plowing 74:16
plus 275:19
PO 193:16
pocket 235:5
point 40:20 84:18
160:20 161:10
176:11 196:23
216:8,9,23 218:18
230:19 243:15
264:8,18 265:13
265:13 329:4
267:18 318:21
331:18 332:18
334:18 354:8,15
354:19
pointing 335:1
points 142:8
Polycom 116:2
Ponte 197:2 223:15
Pope 18:9 19:2,6,11
52:13 67:20
105:11 114:11
116:4 152:5
156:16 292:10,10
268:17
port 213:6 247:15
PORTER 3:24
portion 18:25 33:10
47:10 49:13,17
73:12 87:11 88:20
110:21 120:16
123:7 127:12
136:19 145:12
147:7 148:22
159:2 166:9
165:24 168:6
171:25 173:4
201:18 225:24
296:6 303:22
309:15 324:10
325:10 347:17
posed 11:20
position 15:8 19:7
22:1 23:12 28:19
46:20 75:25 77:11
77:12 82:13
164:12
positions 222:25

positive 323:4
possession 133:7
possibility 67:5
possibly 95:1
possibly 82:12
350:8
postage 251:13
post-September
39:20 53:8 91:8
post-2009 68:19
potential 81:24 82:5
82:8
potentially 229:10
229:17
Poultry 4:8 10:24
109:19 110:10,23
140:7,17 141:4,19
142:2 167:17
169:17 182:19
183:6,9,19 188:18
211:23 215:4
217:21 218:23
219:8,13,21 220:1
220:5 234:11,17
235:16,21 236:5
236:10,16 237:14
238:14 239:2,24
241:18 252:13
268:7 306:6,8
307:12,16 309:16
309:18 310:25
315:14 316:21
318:1,13,25
319:11,14,17,23
320:3 358:7
Poultry's 311:21
PPL 3:19
prazen 34:11
269:17,21
preceding 33:10
41:10 73:12 87:11
145:12 147:7
148:22 159:2
166:10 168:24
216:5 171:25
173:4 201:18
225:24 296:6
347:17 362:18

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191 Fax:

CONFIDENTIAL UE_DEP_0000386

---

PHYLLIS BLIZZARD 2/15/2013

387

prep 333:22
preparation 17:5
19:18 21:23 22:19
26:16,23 27:3
52:3 71:2 105:4
113:24 149:18
159:25 276:17
277:11 278:11
278:16 282:1
281:16 282:1
prepare 17:8 22:22
25:25 27:14 94:21
316:24 317:2,23
318:10,17,21
319:5,15,21
prepared 60:21
72:22 86:24 90:9
94:18 95:2 115:15
118:20 169:3
181:14 182:22
206:18,216:3
217:18 218:14
233:20 234:1
240:15 244:12,18
252:6 287:3
305:11 306:22
308:22 310:3
317:10,15 319:1
preparing 26:20
present 10:9 23:23
27:10 52:18 53:9
57:8 66:16 67:16
70:16 80:15 150:9
166:18 180:8
189:2 215:1
249:10 281:8
288:17 289:10
334:20
presentation 52:19
presented 22:23,24
22:25 41:1,3
52:13 79:15 80:10
250:2 277:1
290:17
presenting 277:13
348:21
presents 138:23
preserve 164:9
president 16:4
17:20 18:2,21,23
19:1,5 6,9,12,15
19:19 22:2 23:13
34:18 45:23 46:3
37:8 41:22 55:9,15
63:4 76:25 82:15
85:5,18,23 99:22
99:23 102:12
105:11,15 107:3,9

116:10 137:1
162:9,11 163:11
164:20,22 218:17
302:23 210:1
204:8 235:1
304:1,3 345:5
359:11,19,21,24
360:19,25
presumably 224:5
251:18
previous 91:21
92:19 249:18
previously 134:25
301:19 311:4
pre-merger 34:10
price 79:19 107:18
107:19 125:8
128:16 137:7
139:11,14 142:21
143:1 192:20,22
229:10,16 230:21
231:4 270:9 291:1
304:23
prices 140:6 247:23
248:2 251:25
251:25 256:2
287:1 289:15
price-fixing 21:21
22:20,23,25
226:24
251:19 254:20
251:24 272:19
348:6 348:15
368:16
pricing 79:6
primary 76:1
primary 139:10
Princess 30:9
principal 33:21
136:8,21 154:21
184:12,13
print 112:20 144:24
184:24 199:2
prints 191:1 163:8
prior 117:23 225:23
247:1
printed 97:11 103:8
prior 117:23 225:23
247:1
probably 14:12
14:20 16:5 18:25
19:2,4,25 26:3
36:17 57:8 59:18
59:19 62:5 66:11
76:16 100:19
163:12 166:20

producing 285:9
production 38:25
34:18 85:10 91:20
92:9 170:6 180:2
187:1 213:21
214:11,17 215:10
306:7
Productions 178:19
179:5,15 182:25
184:2
Professional 1:15
362:14 363:1
profit 50:20 88:9
89:7,13 343:10
profits 50:5 117:13
progress 142:1,14
program 117:5
123:23 124:4
125:4,24 129:3,8
129:18,24 130:1
130:18 132:23
133:17 135:8
136:1 138:3,14,19
139:23,24 140:4
144:15 152:8
153:14,21 154:3
184:16 185:7,18
185:22 186:21
189:1,3 207:10
214:25 231:2
236:11 238:6,9
239:11,13 246:7
259:6,10 307:22
274:14 275:5,7
292:25 311:6
programs 54:7 72:2
100:9 117:14
129:10 130:3
158:10 229:1
311:8 315:18
317:2 319:11,18
321:7 322:22
330:6
prohibited 9:7
promise 61:9 62:1
proof 84:6
proposal 5:14 51:11
56:10,14
proposals 56:12
propose 55:21,25
264:1
proposed 74:25
266:3
prosecuted 364:11
prospect 40:3
provide 54:5 95:11
124:16 24 125:11
125:12 125:20

278:22 313:16
provided 24:20
43:9 95:18,21
124:20 143:15,15
225:18 266:5
270:7,8 276:25
277:10 301:17
302:4 323:20
326:1 365:25
provides 130:6
165:1 166:5
providing 96:4,5
106:15 118:7,22
165:5,16 166:7,20
227:14
provision 165:9
238:12 273:22
pre-rata 213:20
214:9 215:12
public 1:16 125:18
214:24 362:14
363:2 365:16
publication 6:3
7:17 240:18
pull 292:4 293:22
301:7 302:8
311:18 354:20
pulled 220:10
pulls 237:6,7
pun 85:25
purchase 6:25 59:1
107:19 129:3,17
129:18 130:4 131:2
183:11 184:21
190:20 211:13,18
211:22 212:23
218:23 219:16,21
220:1 223:13,15
223:20 243:10
226:15 241:3

PRODUCES
365:11

275:22 363:14
providing 24:20

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191 Fax:

CONFIDENTIAL UE_DEP_0000387

---

PHYLLIS BLIZZARD 2/15/2013

388

117:18 227:15
pursuant 12:2
put 45:4,16 90:4
163:21 164:8
167:9 184:16
185:6 205:13
318:19 320:1,7
339:12 345:22
346:3,6,17 347:7
349:9 360:3
352:12
p.m 217:3 361:6

Q

qualifications
353:24
quantity 185:24
192:17 215:25
question 12:6,9
13:23 14:6,22,24
15:3 13:6 16:15
45:14,16 46:4,13
46:15,17,17,24
47:4,6,7,14 58:17
60:12 63:8,24
64:3,6 78:16 86:2
87:1,4,6 90:13
110:16,17 114:13
118:24 119:24
120:12 121:17
127:22,24 128:8
128:8,12 133:7
136:15 137:2,18
148:13 149:23,24
158:24 159:19,25
163:9 170:12
185:1 191:15,18
216:21 222:10
227:1,25 241:4
241:11,22,24
329:21,23,25
327:16,23

R

R 362:6
raise 75:16 78:1
Ranch 11:3
Ranch/Land 3:13
Random 162:18
163:8,7
Randy 210:16,17
range 67:20 194:17
235:18,22 236:18

333:3 340:14
341:7,12 344:2,20
345:17,19 347:4
347:13,13 348:8
348:14,16,18,19
348:23 349:1,11
91:23,24 92:10
95:15 106:17,22
107:20 108:2,14
110:20 116:20
117:25 120:18,19
123:3,6,24 124:10
124:18 125:22
126:4,8 126:18,21
132:7 136:18,24
133:14 138:6,22
139:11,22,24
140:12,17 141:5
145:7,8,20 148:23
151:22 157:11
156:2,4 158:24
160:20,24 162:25
167:9,12 176:15
181:13,24 182:16
187:13 189:21
204:24 206:9
228:10 229:21
236:6 245:17
246:8,20,24,25
248:19 253:25

rata 248:15
rate 91:18 92:8
rates 95:12
ratified 122:11,23
123:14
react 231:18
read 9:12 13:5,9
47:6,9 55:14 74:7
54:8 57:10 73:9
73:11 87:3,10
88:12,13,19 90:17
91:23,24 92:10
95:15 106:17,22
107:20 108:2,14
110:20 116:20
117:23,25 118:9
120:13,18 123:3
126:7 132:8,18,18
127:23 133:10,13
133:20 134:8,18
145:16,18 149:11
148:14 149:14,22
152:4 157:11
158:21 159:1,11
160:16,17,20,24
162:25 166:15,25
166:17 171:6
171:19 172:25

365:15
reading 70:24
reads 256:23
296:20 297:22
read-do 20 336:14
realize 265:15
really 49:22 51:3
61:2 63:22 64:7
83:10 209:25
236:17 269:9
284:15 259:9
329:5 338:23
reason 51:19 61:12
81:13,14 105:21
121:9 149:8 205:4
218:19 169:14
220:13 284:16
reasons 68:7 79:19
133:16 137:12,14
138:2,13 207:17
304:23
recall 21:7 22:14,16
30:18 24:17 33:15
40:2 41:10 49:25
50:2,4 52:1 75:6
81:6,13,14 85:9
96:6 92:14 94:9
94:16 165:3 192:8
219:8 222:7
202:22 203:1,4,5
204:15 247:16
261:12 262:14
294:19 295:8
305:22 308:1
307:12 310:3

recognize 135:1
recognizes 72:9
305:6 306:6
355:15
351:23
recognized 199:13
Recognizing 116:22
recollection 21:6
25:22 50:25 51:2
56:3 64:13 80:6
82:24 83:6 85:7
197:8 152:20
237:15 301:20
101:14 105:23
127:16 138:5
134:19 156:8
168:19 169:14
203:1 208:16
214:2 229:1 236:8
268:1,24 277:6
recommend 90:13
recommended
143:1
recommending
343:1
reconnect 174:17
record 13:21 14:1
14:6,20 16:11 34:1
146:11 148:1
164:12 176:10
196:19 231:6
202:21 248:11
328:5,16 334:25
335:22 336:3
367:13 361:5,9
recorded 199:4
229:21,22 313:18
recording 13:19
336:10,12
redacted 299:24
redirect 357:5,8
reduce 142:20
reduced 275:5
339:9
reducing 95:11
refer 9:25 66:24
reference 88:11
229:6
referenced 189:13
referenced 241:6
relate 281:5

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191 Fax:

CONFIDENTIAL UE_DEP_0000388

---

PHYLLIS BLIZZARD 2/15/2013

389

170:11,13,15
188:25 227:21
262:8 264:24
278:21 283:23
284:5,7 289:23
309:17 321:22
323:12
recruit 273:6
Recyclers 7:9 255:7
Red 306:6
reduce 142:20
reduced 275:5,6
335:9
reducing 95:11
refer 9:25
reference 88:11
referenced 189:13
referenced 189:13
224:3 339:20
referenced 189:13
referencing 266:9
referencing 266:9
268:1
referring 17:2
19:11 29:22 31:25
51:18 109:5 190:4
206:20 208:5,11
212:11 217:9
241:25 242:1,3
245:16 246:7
278:20 331:21
reflect 174:16
286:3 313:19
334:19,20 337:2
335:10 337:7
refund 179:22
reflected 191:9
192:2 219:7
236:13 267:20
273:6,8 274:10
334:25 339:13
refreshed 85:6
230:25 235:15
345:11 301:20
reflects 38:6 89:1
219:17 293:11
347:10 350:6
refresh 55:2 80:5
311:21 317:8,13
318:7 342:12
refund 179:20
regard 25:7 212:1
regarding 212:12
regardless 157:7,11
213:23
regards 281:18
region 206:5 293:10
Registered 1:15
362:13 363:1
regular 54:21 294:3
248:16

267:24 282:22
340:14
replace 59:4
replacement 58:9
59:17,21
report 8:3 10:11
17:19,24 19:4
91:20 92:10,18
197:21,198:1
report 7:24 280:4
required 71:6 93:20
94:3 131:10,25
165:5,16 167:15
166:9 226:18
168:2 173:16
221:8 293:21
resolution 152:17
156:24
resolve 155:9
respect 31:2 32:9
33:11,17 35:25
76:22 77:1 116:9
129:23 168:6
153:13 161:8,18
190:8 206:15
221:23 270:23
354:18
respond 17:9 117:2
115:17,18
response 151:20
164:22 238:6
resigned 156:22
resolution 152:17
Resort 220:19,22
resources 16:18
respect 31:2 32:9
responsible 277:22

130:10 146:2
186:7 215:6,11,24
186:21 225:14
219:11 267:3
281:4 237:5
required 71:6 93:20
requesting 124:16
271:5
requests 7:24 280:4
required 71:6 93:20
requirement
151:20 170:19
require 250:12
resigned 156:22
resize 228:8
resolution 152:17
resolve 155:9
resources 16:18
responsible 74:10
96:1 141:1 148:12
respond 17:9 117:2

76:7,14 77:13,25
81:6 102:2
158:8 313:8
159:14 160:16
160:19 162:25
276:17
responsive 287:22
353:5
rest 7:11 41:14
restroom 74:2
114:3 310:2
result 265:9
resulted 194:12
195:23 218:4
234:7 236:19
254:23 293:14
resume 10:12 16:18
236:16 256:19
retained 296:22
resolution 152:17
responsive 287:22
retired 160:21
retire 23:17
retrieve 131:1
return 135:2 138:8
353:17
retain 23:17
returned 179:17
revenue 131:12
145:19 146:8
revenues 251:1,20
320:15
review 105:4
113:20,21 278:2
278:21 279:8,17
280:16 291:6
Resort 220:19,22
revised 131:14
reviewing 105:7
Ridgeway 177:20
right 14:11,22
17:19 26:22 25:24
27:3,11 41:7
43:21,22 47:1

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191 Fax:

CONFIDENTIAL UE_DEP_0000389

105:15 107:1 118:4 120:7,23 136:9,23 137:9 143:21 154:5 156:17 160:15 161:12 164:3 169:11 176:21 177:14 183:19 186:17,24 191:17 192:11 197:7 202:8 204:4 205:11 206:4 207:20 210:6 211:15,21 213:6,7 213:10,25 215:7 219:22 220:2 222:8 223:14,16 227:3 229:23 230:7 234:2,15 235:6,13 236:19 237:11 238:2 242:7 243:12,21 243:23 244:3,10 244:15 247:11,23 248:5,10 251:20 253:8 256:1,22 257:8 260:17 262:3,10 267:1 281:23 289:23 307:7 314:24 316:22 317:21 318:9,10 320:15 320:16 321:5,9,10 321:18,25 323:15 324:21 327:25 332:21 333:25 335:7,18,21 337:10,12 339:15 342:18 343:5 344:13 345:9 353:1 357:4 358:2 358:6 359:11 360:25 361:1
**right-hand** 96:19 97:14 216:1 295:3
**Road** 2:3 35:11
**Robin** 2:7 10:14 365:8
**Roger** 204:22 208:8 209:15 222:7,15
**role** 23:17 24:7 33:21 83:24 106:2 282:14
**roll** 74:8
**Ron** 204:18
**room** 21:18 69:4 220:17 284:6 332:2 333:21
**ROONEY** 3:2
**rose** 4:3 11:10 261:11,17
**roughly** 150:9 178:16
**RPR** 365:23
**rudely** 353:20
**rules** 13:17
**running** 118:2 234:1
**R.W** 270:8

S

**s** 3:4 180:3 260:20 278:6
**safe** 338:24
**safety** 100:9
**sake** 344:15
**salaries** 42:16 58:25
**salary** 34:23 49:13 49:17 50:10,12
**sale** 107:25 184:19 185:11 186:10,17 194:12 195:23 234:11,13 257:3 264:20 270:9
**sales** 86:7 87:18 107:18 192:22 229:16 252:2,2,13 301:13,14 320:12 322:5 332:8,9
**sales-eggs** 300:13 301:6 320:11 321:5,13 343:18 346:11
**sales/eggs** 322:15
**salmonella** 100:15
**San** 4:12 263:7
**sat** 66:23 70:4
**Sauder** 270:8
**saw** 13:5 51:8 64:4 224:2 272:22
**saying** 46:1,3 47:13 64:4 137:6 186:16 223:19 228:7 229:21 230:25 231:1,8,10 259:6 275:21 282:6 340:15
**says** 52:11 53:3 54:1 55:20,21 57:6 60:4 70:19 71:5 86:6,6 90:13 91:17 92:7,18 93:3 95:9 106:6 108:11 109:13 116:9 117:13 119:7 122:20 123:9 124:15 128:3,15 130:1,4 130:12,16,16 132:15 134:9,21 135:10 137:8 138:5,17 142:14 143:16 155:4 156:7 157:8,16,23 158:5 166:22 169:2 183:15 192:5 197:21 211:12 216:5,18 216:22 217:2,25 225:8 226:11,19 227:3,3,7,10,12 228:17,25 230:4 232:16 235:4,10 239:9,16 241:2,8 241:19 243:24 244:14,16 245:15 246:6,24 247:6,13 248:7,7 249:18 250:4 251:6,16,24 252:13 254:2,6,20 257:1,6 258:21 259:9,25 260:24 261:10 262:4 264:16,17 265:3 265:14 267:2,8 268:23 269:1,11 269:16 270:10 272:7 273:23 276:24 280:22 300:11 301:5 303:6 311:8 320:23 335:20 336:2 355:22,23 356:5
**scenario** 185:20
**schedule** 145:2 239:14
**scheduled** 144:16 238:10
**Schimpf** 204:25
**scope** 108:7 109:10 352:23 353:6
**se** 188:2
**second** 21:13,19 52:22 53:3 97:14 98:5 116:9 157:8 157:11,25 167:18 169:17 215:3 219:24 222:1 232:18,19 238:12 250:4 258:20 265:14 267:7 295:2 296:7 297:22 304:4 355:16
**seconded** 231:14,21 356:6
**secretary** 63:4
**section** 143:15 157:12,16 165:2 269:10 274:16,23 284:9 353:13,23
**sector** 125:18
**secure** 183:21 194:20 195:4 196:6 214:19,20 215:24
**secured** 183:16 194:2 195:4 196:7
**see** 13:5 16:16,22 16:24 24:1 27:11 60:6,7 71:7 86:8 93:5,15 94:8,25 97:15,23 98:7 105:19 109:16,20 113:5 119:2 130:24 132:25 142:10 143:7 146:5 147:21 153:1 156:25 158:1 170:11 171:2 175:9 206:6 206:25 207:9 208:10 213:13 217:16 225:9 227:21 228:21 231:13 240:25 242:9 244:7 245:6 246:14 249:16 252:4 254:23 255:3 259:12 260:22 261:1,9 265:10 266:14,25 273:13 278:8 283:19 284:22 285:23 287:25 293:11 300:14 311:16 312:3 336:5 343:19 347:8 350:12 355:12,23 356:4,8
**seeing** 50:17 52:1 89:12 276:15 335:10
**seek** 117:21 231:22
**seeking** 272:9
**seen** 12:9 16:25 25:4 46:5 47:15 48:10,12,18 49:3 49:6,12,16 51:24 52:5 63:19 67:21 88:2 89:7 90:2 105:9 112:20,22 113:3 167:4 212:10 259:8 299:24 302:11 304:11 328:13,14 328:17 333:9,12 333:15 339:17,23
**Seger** 80:4 84:14 155:21 156:5 162:7 180:13 197:7,8 203:3,18 208:8 209:11 222:2,10 258:17 276:25
**Seger's** 180:12 195:5 213:10
**selective** 129:9 130:2
**self-made** 233:4
**sell** 136:11 186:6,13
**seller** 186:21 212:5
**sells** 184:3
**send** 23:25
**senior** 85:6 99:1,7 105:14 107:13 197:22 211:1,9 218:20 260:3 267:4 342:21
**sent** 72:22 73:6,19 105:18 133:15 134:1 137:12 151:18 152:4 161:23 167:6,14 168:19 201:7 216:18,19,20,24 217:2,4 240:16 246:21 266:24 267:3 328:20
**sentence** 157:8,12 157:14,19,22,25 158:6 239:9 296:20 297:17,22 335:21
**sentences** 296:20
**separate** 25:5,7 36:7 48:3,4 56:5 57:7 58:19 60:5 60:10,18 61:18,25 86:20 87:20,24 117:9 120:10 121:14 126:12 128:23 173:1 196:4 219:17

235:9 328:16 344:20 346:8,18 347:6
**September** 6:14 18:17,19 24:14 28:5,8,9,10,16,17 28:24 29:23 30:4 30:5,17,22,25 31:7,8,14,19,24 32:8,15,19,20 33:12,13,22,22 34:4,11,17 35:10 36:6,11,16 38:10 39:2,7,14 40:20 41:25 42:2,18 49:20 51:6 52:9 54:10 55:4,23 56:1,23,25 61:22 62:3,5,9,19,25 63:9,14,20,25 64:5,14 65:6 66:8 67:14 69:9 70:12 70:16 74:20 76:13 76:17 77:16,22 78:7,15,17,24 80:3,7,14 81:2,6 81:10,17,22 82:3 82:7,14 85:16 87:17 92:6 93:9 93:17,18,18 94:3 95:17,19,20,22 96:4,6 105:23,25 109:24 110:2 111:16,19 112:11 113:4,5,7,23 116:18 119:9,20 119:23 120:1 121:3,7,18,19,22 128:3,4 130:17 134:14,16 140:6 141:11,13 143:21 145:1,6,18 146:24 147:13 148:13,24 149:7 150:9,19 151:19 152:19 154:15 158:16 159:10 165:9 166:18 177:15,16 180:19 181:13 188:8,22 189:2 196:20 199:1 215:1 216:22 218:8,14 220:23 221:5,23 223:9 226:12 233:24 240:20 241:21 256:3,4 258:3 259:2,19 281:7 340:7,12,22
**Sergeant** 173:18
**servant** 314:8
**serve** 38:22
**service** 49:4 95:11 182:19 188:18 200:11 201:23 205:2 251:12
**services** 10:24 24:20 95:18,20 96:3,7 97:8 98:6,8 98:10,15 103:7 130:6 157:17 158:7 296:14 313:16 314:6 365:5
**serving** 210:22
**set** 87:8 133:15
**seven** 261:4
**share** 6:12 36:2 213:12,20 214:9 215:6,12 216:16 219:10 234:19 250:15,18
**shared** 16:14,15 43:10 198:8
**sharply** 253:11
**Shedd** 17:13 21:22 23:6 24:10,24 26:2 38:13 99:22 151:15,16 200:19 227:22 278:16 325:6 327:15 329:11,13 330:4 330:21 331:18 332:5,22 333:4 344:3 345:1,16 346:2,15 348:12 350:13
**Shedd's** 22:1
**Sheet** 363:5 364:14
**sheets** 365:14,16,17
**shell** 132:23 133:17 138:3,14,19 142:8 158:9 207:17 241:20,22 248:15 264:24 265:5 269:14 313:19
**Sherry** 17:13,16 21:21,25 22:1 23:6 24:8,10,24 26:6 99:22 151:8 151:15,16 200:19 200:19 227:22 278:16 325:6 327:15 344:3 346:14 350:13
**ship** 213:6 231:2 232:19
**shipped** 192:5 193:17 195:8,9 196:7 229:9 230:22 254:21 269:13
**shipping** 247:19
**short** 142:20 167:24 224:23 251:9 291:21
**shortfall** 251:23
**shortly** 106:25 107:2
**shorts** 198:19
**show** 11:20 51:21 55:1 96:17 97:11 103:5 104:2 113:20 114:8 140:11 152:15 167:2 168:24 169:8 174:22,23 190:10 207:24 210:4 220:10 228:1 236:24 238:22 243:19 245:1 246:18 249:5 251:25 254:12,16 263:1 264:2 266:18 268:10 270:18 271:19 305:17 310:20
**showed** 316:20 320:19 342:20 357:17
**showered** 21:10
**showing** 114:16 132:6 196:13 218:12 240:10 260:14 273:18 276:22 277:5 278:4
**shown** 224:22 300:19
**shows** 251:23
**sic** 195:9,9 226:4 231:17 235:8 244:14 263:12
**side** 212:5,7,15,23 244:10
**sides** 233:10
**SIEGEL** 2:2
**sign** 9:12 71:6,14,23 134:22 333:12 365:16
**signature** 56:6 86:18 156:16,21 364:5,21 365:14 365:16,18
**signed** 5:25 26:14 71:18 114:10 148:12 156:14 167:19 213:17 248:8,10,13 279:15,17 293:1 295:12 302:7 313:1
**signing** 118:6,21 333:14
**Silver** 35:23
**similar** 29:13 37:14 37:16 337:12 356:12
**simple** 336:14
**simply** 95:24 198:16,18 303:6
**Sincerely** 365:21
**single** 290:2 321:17 327:23 338:14
**Sioux** 270:1
**sir** 9:23 10:7 12:7 12:16 13:15,24 14:11,14,20 15:2 16:8,17,23 17:7 18:6 20:13 21:17 23:4 24:19 25:7 25:14,17,21,25 26:9,18 27:9,16 27:23 29:2 30:3 31:3,12 33:24 34:7,9,22,25 35:3 35:5,18 36:1,6,9 36:12,18 37:16 38:11,12,15,23 39:3,6,10 40:12 41:16,19 42:14,17 42:20 43:2,4,18 43:21 49:8,11,19 50:3,6,8,11,13,16 50:19,22,25 51:10 51:25 52:4,6,10 52:17,20 53:25 54:9,19 55:5,17 55:19 56:21,24 57:20,22,25 60:7 60:25 61:14 62:8 62:12,12,17 64:2 64:23 65:1,11,13 65:17,20 66:3,11 66:15,19,22 67:10 67:16 68:8,12,17 69:16 70:11 71:4 71:8,25 72:4,21 72:24 75:13,15,17 75:20,22 76:5,12 76:16,19,21,24 77:2,4,8,10,19,23 78:3,5 79:8,12 80:1,11,13 82:1 84:21 85:2,8,12 85:20 86:9,12,14 90:8,10,18,24 91:10 92:17 93:2 93:6 95:16 96:22 96:24 97:2,10 99:24 100:7,19 101:1,24 102:1,13 102:19,25 103:10 103:14,17,22 104:12 105:6,13 106:5,18 109:4 112:24 113:16,22 113:23 114:1 121:5 131:9,16 141:18,21 142:6 142:11 151:11,16 154:10,19,23 155:23 156:7,22 184:6,9 190:5 193:10,13,19,22 197:3 199:9,16 205:18,23,25 206:7 208:3 209:14 212:19 215:2 217:24 218:21,25 219:23 220:18 221:25 222:14,18,23 223:8 225:5,8 226:5,19,25 227:10 230:7 233:12 235:4,7 236:1,4,7 237:8 237:20 239:7 240:1,6 241:15 242:24 243:3,22 244:2,4,22 245:7 247:5 248:3,6,12 249:12,23 250:14 250:19 251:11 253:25 255:12,17 257:25 261:9,25 267:2,6 268:13 269:16 270:14 272:5,12,24 275:10 276:9,12 276:18 277:12 279:5,12,21 280:2 280:21 281:1,4,6

281:10,14 282:9 284:3 285:1,4,6 285:16 286:11,13 286:18 287:13 288:11,21 289:12 290:5,16 291:1,1 291:12 316:2 320:4 322:7,14,25 323:3,16,19,24 332:1,4,11 334:4 335:4,8,15 336:25 339:16 357:6,16 357:19,23 358:10 360:10,16
**sit** 67:8 70:5,7 261:1
**sitting** 44:8 49:9 53:14,17 67:13 89:11 92:24 110:5 112:25 121:6 146:7 151:9 292:18 302:1 309:5,17 342:10 342:12
**situation** 67:6 95:3
**six** 63:5 100:23 340:3 348:19
**sixth** 296:20
**sizable** 264:19
**size** 265:18
**skipped** 222:9 284:8
**small** 263:8,12 291:14
**smiling** 82:18
**snuck** 341:7
**sold** 136:3 184:24 192:5,14,18 194:3 194:21 195:8 234:15 254:20 264:19
**sole** 34:5 142:18 158:6 313:15
**solicit** 272:13
**solicited** 54:14 272:18
**soliciting** 133:4
**solicits** 72:5,7
**somebody** 21:18 193:5
**son** 38:3
**soon** 268:24 269:3
**sorry** 12:7 16:25 20:18 21:9,11 29:16 33:19 37:25 58:1 60:12 64:7 71:9 78:16 83:4 89:18 92:14 93:15 107:5 127:7 144:3 145:9 151:24 157:25 163:5 180:24 215:19 222:9 223:21 230:16 248:19 255:8 266:6 284:9 293:13,25 297:19 298:8 303:18 308:18 315:22 316:14 341:1,4
**sound** 205:9
**sounds** 346:25 348:2 358:10
**source** 182:10 287:6 287:8 289:5 338:16
**South** 3:11 4:16
**Southern** 206:25 209:4
**space** 35:13 36:2 42:3 43:22 44:4 44:18 45:7,19,20 46:7 47:19 48:2 48:14 49:4 56:3
**Sparboe** 4:18 74:6 204:14
**speak** 19:18 331:17
**Special** 152:18
**specific** 45:19 99:10 112:21 148:11 187:16 190:16 247:6 314:25 319:13,16 342:13
**specifically** 27:20 91:14 161:6 238:4 259:8 276:24 297:11 315:4 320:2 333:6 345:16
**speculate** 88:10 336:8
**speculation** 135:17 229:25 298:14,23 300:25 304:20 307:18 308:3 309:9 311:24 314:16 352:15 354:22 355:8 356:16
**spelled** 150:23
**spend** 279:10
**spending** 250:7,16
**split** 186:11
**splitting** 212:13
**spoke** 26:15 305:11
**spoken** 17:11 82:7 159:25 333:20
**sponsored** 72:2 121:8,10,13 122:1 122:5
**spreadsheet** 233:14
**spring** 177:21 252:15 253:1
**Square** 1:11 2:9 365:9
**staff** 41:15 43:19 50:14 52:13 67:16 67:17 70:1 103:15 105:10 116:17,22 226:3 278:12,14 279:22,23 335:21 343:1
**staffs** 42:15
**staff's** 265:16
**STAHL** 3:10
**stamp** 97:23 137:25
**stand** 316:8
**Staples** 208:8 209:17
**start** 10:10 12:8 15:7 95:19 314:24 356:24
**started** 10:8 18:18 176:4 237:12
**starting** 16:11 205:10 244:20 272:8 290:1 320:24 358:20
**starts** 107:16 296:12
**state** 72:25 85:25 134:3 163:16 170:24 262:6 265:6,7 267:20 268:7 273:2,12 277:17,18 280:11 280:13,15,19,23 281:3,12,25 282:11,16 283:6 283:12,16 284:12 284:19,23,25 285:10,12,20,22 286:22,24 287:15 287:16,18 288:4,5 288:13,20,24 293:16,19 298:8
**stated** 143:3 260:2
**statement** 7:25 22:21 25:10,13 48:1,11,13,19 49:8 88:6 89:1,3,8 89:8,12,13,13,14 89:17,23 90:2,2 92:16,21,25 126:10 223:7,20 223:22 250:23 259:17 260:8 268:1 300:1,20 301:5 320:8 321:4 321:7,10 333:15 333:15 335:23 346:12
**statements** 50:18 90:7 114:18 165:4 265:24 300:3 322:3
**states** 10:15 12:1 52:12 103:12 109:1 116:11 117:17 135:15 136:3 138:18 139:9 143:9 152:6 152:11,17 155:1 165:3 175:3 196:16 218:13 220:11 223:6 241:2 245:3 263:6 264:4 267:17 269:12 270:5,24 271:20 278:5 292:13 293:3 294:19 295:18 296:5 298:11,19 299:8 300:23 301:24 303:10 320:8
**stating** 161:13 264:13,22
**status** 57:9 311:21
**step** 17:21
**stepped** 268:17 269:7 360:20
**Stipulations** 9:11
**stop** 76:22 199:3 282:17
**stopped** 101:5 129:19 205:8 289:3 290:24
**stopping** 86:2
**storage** 284:6
**strange** 227:8
**Street** 3:4,16,20 4:6 4:11,16 365:5
**Streets** 1:12 2:9
**strike** 86:21 168:1
**strive** 138:18
**structure** 16:12 115:4 117:4 189:6 189:8
**Stueve** 2:2,2 5:7 9:16,18 10:11,11 10:17 11:12,14,17 11:24 12:5 30:9 31:10 32:25 33:5 33:20 34:14 37:4 40:7,19 44:1,23 45:13 46:2,14,19 46:25 48:8 51:14 52:23 53:2,22 54:25 60:19 61:5 62:15 65:4 69:5 69:13 73:9,22,24 74:9,12 78:12,23 85:22 86:4,21,23 87:15 88:12,13,16 89:4 93:14 94:2 94:10,14,17 95:6 95:7 96:16 103:4 104:1 105:2 108:10,20 109:11 110:14 111:7,10 112:7 113:19 114:2,7 115:2,11 115:23 116:2,8 118:16 119:4 120:11,13 121:1 123:2,19 125:15 127:2,8,23 128:11 128:14 130:15 132:5 133:13,21 134:7 135:11,18 136:14 137:2,19 138:9,11 140:2,10 141:3 144:5,7,9 144:13,22 145:24 146:6,21 147:4,16 149:5,6,17 150:16 152:1,14 153:18 153:25 158:21,23 159:12 160:21,23 160:24 163:14,17 164:1,11,24 166:11 167:1,12 168:1,11,23 171:18,22 172:7 174:14,21 175:24 176:15,17 179:20 180:5 185:13 187:7,19,21 190:9 190:25 191:14 196:12 199:21,22 200:10 207:23 210:3 211:5,6 216:9,11,14 218:11 219:3 220:9 227:25 230:3,12,17 231:7

231:12 234:6 236:23 238:21 240:9 242:5,18 243:6 244:25 245:11 246:17 249:4 254:15 255:1 256:8,19 258:15 260:13 261:23 262:16,25 264:1 266:22 267:15,22,25 270:17 271:18 273:17 276:21 278:3 291:19 292:7,11,16 293:25 294:5,8,21 295:5 296:16 297:14,19 298:2 298:13,22 299:14 300:24 303:18 304:4,19 305:12 307:1,17 308:2,7 309:8 310:1 311:6 311:10,15,23 312:4,8 314:15,23 324:20 325:4,22 326:1,3,17,20 327:3,8,11 329:12 329:15,18 330:5 331:7,16 334:17 336:13 339:5 341:16 344:4,11 344:16,19,21 345:24 347:10,12 348:9,13,15,20 349:7,10,19,20 350:6,17 351:1 352:14,22 353:3 353:10,14,17 354:14,21 355:7 356:15,23 358:5 358:18 359:9 361:3 365:25
**stueve@stuevesie...** 2:5
**stuff** 21:10 31:22
**subject** 66:25 132:11
**submitted** 79:4
**submitting** 116:24
**subscription** 90:14 91:12
**subsequent** 274:3
**subsidized** 108:1,5
**substantial** 261:7
**substantially** 55:6 242:23
**success** 139:4
**successful** 125:4 129:3
**sudden** 329:24
**Sue** 35:22 38:6,7,17
**sufficient** 187:1 253:14 337:13 357:8
**suggested** 272:8
**Suite** 2:4 3:4,11,20 3:25 4:6,11 365:5
**summarized** 287:9 287:12
**summarizes** 287:3
**summary** 286:1 287:2 305:10 306:24 308:23
**Sumner** 2:7 5:7 9:12 10:14,14 30:8 31:9 32:24 34:13 37:3 40:5 40:17 43:24 44:20 45:10,23 46:11,16 52:21,25 53:19 54:22 60:16 61:4 62:11 65:2 68:25 69:11 78:10,20 93:12,22 94:7,12 94:23 108:6,18 109:8 110:13 111:3 112:5 114:12 115:13 116:6 118:13 119:1 120:8,24 125:13 126:25 127:5,17,22 128:7 130:11 133:6,20 134:5 135:9,16 136:10,24 137:16 138:8 140:1,24 144:3,6,8,11,21 145:8,21 146:18 148:17 149:13 150:14 151:23 152:10 153:16,22 160:19 163:13 164:5 167:7 174:11 176:12 179:7,18 180:4 184:25 185:12 187:6,15 190:18 191:11 211:4 216:7 229:24 230:11,14 231:5 231:11 238:16 242:2,15 245:10 254:25 256:7 261:21 262:11 267:21 291:21 292:3,9,12,17 294:1,6,9,23,25 297:20,21 298:4 298:16 299:2,16 299:21 301:3 303:1 304:8,22 305:3,16 306:13 306:17 307:22 308:5,10,15 309:12,22 310:4,7 310:19 311:7,11 311:13,17 312:2,6 312:7 314:18 325:2,20,24 326:2 326:12,24 329:4,7 329:13,16 330:3 331:13 334:16 336:10 339:2 341:11 343:24 344:1,7 345:18 347:3 348:7,11,17 349:4,16 350:11 350:23 351:3,8,18 351:22 352:17 353:1,7,8,12,15 353:21 354:24 355:9 356:19 358:3,15 359:7 361:4 365:8,12
**sumnerr@peppe...** 2:11
**supplier** 129:9 130:3
**supplies** 129:4,21 130:10 253:12 255:22
**supply** 135:3,13 136:1 142:21 213:5
**support** 107:17 231:19 241:5 270:7 271:2 272:10
**supported** 269:13
**supporter** 139:10
**supposed** 94:17 271:8
**sure** 10:2 22:20 23:16 25:1 54:12 56:8 59:19 76:8 83:2,10 91:14 102:6 110:18 113:1 131:9 137:22 150:10 168:16 173:4,18 188:14,25 190:1 200:13 209:21,25 212:12 233:6 256:5 269:9 275:2 275:17 289:1 319:22 326:10 334:20 336:7 338:23 340:6 354:12 358:17 359:2,4 360:18
**swore** 331:10
**sworn** 9:7 14:12 298:24 301:1 304:21 307:19 309:10 311:25 329:20 340:21,21 352:16
**S&R** 204:25

T

**T** 362:6,6
**tailored** 115:9
**take** 14:6,7 46:21 61:9 65:12 68:4 68:21 74:1,14 78:9,19,22 82:22 101:17 106:20 113:7,9 114:2 132:17 160:20 174:11 176:12 191:9 216:8 220:25 229:13 230:1 262:16 268:24 269:3 291:21,23 303:3 305:4 312:2,22 327:23 328:23 330:16,18 336:11 351:9
**taken** 1:11 26:11 38:9 40:3 41:18 41:21 70:9 79:17 81:11 93:19 106:2 248:16 272:3 353:18 362:18 363:6 365:13
**takes** 106:15 265:19
**talk** 19:22 26:8 69:25 71:2 82:16 198:18 205:15,18 205:21 331:3,10 345:16,21
**talked** 17:11 19:24 21:4 23:21 26:6 72:11 82:10 128:8 158:18 198:11 209:10 225:11 247:22 312:8 329:11 330:4 345:5 350:13
**talking** 19:12 21:7 34:10 46:5 47:16 59:9 76:9 81:16 92:4,5 99:14 128:2 151:14 153:19 172:22 173:7 183:10 189:23 203:24 217:2 236:15 248:11 269:2 271:24 273:4 328:18 340:11 345:8
**Tampa** 205:1
**tape-recording** 66:2
**tax** 227:14,15
**taxes** 251:14
**team** 268:23 269:2
**telephone** 2:12,17 3:2,9,14,19,23 4:5 4:9,14 49:3 201:15 202:15
**telephones** 44:18 45:7,21 46:7 47:20 48:15
**tell** 9:7 14:12 15:8 41:7 88:15 156:21 174:24 180:24 187:13,20 192:3 192:17 198:13 209:2 228:19 233:10 236:25 241:17 254:18 255:10,10,14 256:14 262:20 292:7,19,23 299:25 301:8 302:2,5 303:4 305:5 306:21 307:11 308:21 310:11 319:22 332:12,18 333:8 341:4 346:2,15 347:5 352:1
**telling** 94:23
**ten** 12:15 60:4,6 197:25 202:6,13
**ten-minute** 176:12
**term** 296:22 297:2
**terminated** 134:14 205:5
**termination** 203:15
**terms** 215:16

PHYLLIS BLIZZARD 2/15/2013

**394**

Terry 210:18
testified 9:9 119:18
  158:13 159:4
  230:8 234:16
  243:7 285:14
  320:24 324:21
  325:12 331:2
  336:22 339:21
  340:5 354:14
  359:3,10
testify 12:13 14:16
  27:15 94:18 111:4
  111:8 119:3 133:9
testifying 329:25
  345:6,14
testimony 14:9,16
  14:17,18 33:11
  47:11 61:24 63:10
  73:13 81:15 87:12
  88:21 110:22
  120:17 123:8
  127:13 136:20
  145:13 147:8
  148:23 150:17
  159:3 164:17
  165:25 168:7
  172:1,8,11 173:5
  179:12 181:19
  185:5 200:4 205:4
  281:16 289:2
  298:15,24 299:7
  301:1 303:23
  304:21 307:19
  309:10,16 311:25
  315:8,10,14,18
  316:4,9,12 317:4
  319:3 324:11
  325:11 326:15,16
  327:7 329:20
  330:7,21 341:2,10
  343:8 344:8,25
  345:2,3,6,25
  346:4,25 347:18
  348:2 352:16
  354:17 357:24
  359:6,8 360:9,18
testimony's 344:12
Thank 14:8 51:20
  134:8 144:6
  164:25 170:25
  308:9 314:18
  thing 115:21 284:14
  284:21 287:24
  things 41:24 201:14
  think 13:11 18
  19:8 22:2 24:6

27:1 28:4,17 31:5
  33:7 41:5 51:7,10
  56:9 59:18 61:10
  61:13 62:20 64:16
  66:10 67:5,21
  94:23 99:8 102:4
  105:9 113:3 115:9
  115:23 128:9
  138:8 148:17,19
  154:13 159:17
  162:6 164:6
  175:19 187:15
  188:15 200:12,12
  201:16 204:8
  208:17 209:9,23
  221:21 225:13
  233:6,8 236:4
  240:19 274:12
  276:6,12 286:6
  304:4 318:5,10
  321:24 325:24
  338:22 349:4
  350:11 359:12
  thinking 115:19
  third 54:1 95:8
  158:1,5 189:23
  241:19 248:1
  301:23 330:9
  thought 59:24
  128:22 161:14
  162:16 188:21
  201:13 202:25
  286:7 294:25
  289:15 290:21
  291:20 293:2
  326:5 327:8
  332:15 335:12
  341:9 342:13
  times 46:13,18
  165:11,12,18
  242:19 243:14
  245:9 300:11,14
  349:18 350:13
  tired 141:5 348:18
  title 29:6,8,18 31:4
  31:8,12,13,17
  32:9 34:5 74:2,3
  74:23,25 75:8,10
  75:12 77:25 85:4
  89:23 99:17
  102:24 233:11
  351:13 359:11,12
  354:9 360:7

68:6,22 69:2,7
  70:16 74:14 78:1
  79:10,13,17,22,23
  79:24 81:16 84:18
  85:19 94:24 95:1
  95:5 100:25 101:1
  101:13,22 103:20
  104:23 106:11
  107:3,8 113 127:18
  128:8 132:18
  133:8 136:25
  142:3 145:23
  154:20 159:17
  160:9 161:11,23
  162:7,12 163:22
  167:21 168:8,12
  169:21,23 171:14
  172:12 173:5
  175:18 178:9
  182:5 200:12,24
  213:23 215:9,11
  216:8 218:22 219:5
  221:7 243:8

today 12:3 14:2,17
  17:6 19:19 23:3
  26:23 29:11 44:9
  49:9 52:3 53:14
  53:17,20 60:21
  71:3 86:25 87:1
  89:11 92:24 100:6
  105:5 106:6 110:5
  112:25 113:25
  114:14 121:6
  146:7 149:19
  151:9 160:1 172:9
  172:12 173:5
  175:18 178:9
  179:6 12 196:17
  205:13 224:1
  221:7 243:8

trade 91:3 101:15
  101:17 184:18,24
  185:9,21 186:25
  187:3,11,13 191:9
  191:10,16 192:7
  193:24 194:2
  195:15 212:7,15
  214:1,8 299:2
  291:9 321:18
  323:2,5 338:14
  343:10
trader 39:8,19
  43:14 82:19 83:16
  184:22,22 191:17
  191:22 210:6,12
  210:17,20,21,23
  255:4
traders 38:20 39:4
  43:16 82:16,20
  125:19 183:17
  184:1 212:4 213:23
  214:9 219:11,22
  219:25 234:22,23
  304:13 342:10,12
  342:25 349:3 35
  357:15 358:4 359:1
  trade 28:19 293:16
  305:18

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191    Fax:

CONFIDENTIAL                    UE_DEP_0000394

---

PHYLLIS BLIZZARD 2/15/2013

**395**

362:20 364:10
  365:15
transcription
  76:6,12
transfer 122:8,20
  123:10 157:9,23
  transferred 117:14
  122:16,18 129:8
  130:2
transition 106:12
transportation
  37:21 277:25
  treasurer 63:4
  trial 14:16,19
  365:19
tried 59:4,11 176:3
  Troy 4:15 74:5,9
  true 184:4 39:21
  188:10 308:20
  319:3 341:23
  357:21 360:24
  364:11
  Truex 204:18
  truly 99:17 318:3
  trust 109:14
  truth 9:8 14:12,13
  14:13 60:22
  try 56:9 98:7 98:22
  176:7,14 262:1
  trying 18:15 20:18
  20:22 47:1 48:6
  54:17 59:16,20
  61:1 63:22 83:23
  86:3 89:22 112:14
  135:21 136:1
  181:25 240:6,24
  241:3 268:25
  272:19 280:1,3
  Tucker 35:9,9
  Tuesday 198:24
  turn 85:21 86:2
  90:11 132:7,12,16
  43:14,16,20,22,23
  44:13,19 45:2
  48:2 49:13,19
  53:5,10,15,16,21
  54:2,10 55:9 57:3
  58:7 160:13,15
  161:7 162:11
  164:14 176:1 178:1
  181:25 200:23,24
  203:7 239:9,11
  256:11,16,21 26:20
  293:2

171:11,12 172:3,4
  186:11,19,23
  187:17 204:1
  206:8 219:17,24
  241:6 242:14
  280:24 291:16
  350:20 353:22
  360:14 365:9
  two-tenths 274:22
  337:24 338:22
  TX 2:14
  type 217:11 247:3
  types 191:1 202:24
  typically 202:15

U
UE 153:1 191:7
  195:20 206:8
  245:9 301:24
  UEA 57:15,15
  58:12 124:24
  240:16
  UEM 226:4
  UEP 5:15,16,18,19
  5:21,22 6:11,15
  6:19,20 7:11 8:4
  8:7 15:14,18,20
  14:13 60:22
  15:19 126:1,14
  126:23 127:3,14
  128:1,5 129:9,10
  129:20 130:2,2,5
  131:6,6,14,14,19
  131:22,25 132:1,3
  132:8,8 133:2,3,9
  133:13,18,22,25
  134:2 137:2,18,21
  137:24,25 138:18
  139:6,16 140:2,4
  140:8,10,11,13,15
  141:15 143:2,22,3
  144:1 145:25,16,2
  146:9 147:2 24:1
  146:13,24 14:9,11
  147:13,18,22,25
  148:3 151:22 152:2
  153:3 157:14 18:20
  155:19,21 163:3
  165:4 166:21 167:5
  159:15 191:2 192:6
  162:10,12 164:11
  165:10 167:18

83:21,22,24,25
  84:5 86:7,20
  87:21 88:1,3 89:3
  90:16 91:1 93:11
  93:19,21,24 94:6
  99:4 100:1,11,25
  101:19,22 102:5
  102:12,18 103:8
  104:4 105:10,17
  105:18,24 106:1
  106:15,20 107:3
  110:13 111:14
  112:2,4 113:8,12
  114:10,16,20,23
  116:6,20,24 117:7
  117:11 118:8,15
  118:17,20 119:6,9
  119:22 120:17
  121:11 122:1,10
  122:18 123:1
  123:11,22,23
  124:11,18 125:6
  125:11,17,24
  126:23 127:3,14
  131:6 135:15

194:1,11,20
  195:3,15,23 196:6
  196:24 197:18,23
  198:2 199:17
  200:6,22 201:6,11
  201:23 202:11,19
  202:22 211:4,5,9
  213:13,22,23
  214:11,18 215:6
  214:21 215:11,22
  219:21,25 221:11
  221:25 222:6,10
  223:11,23 224:14
  224:23,24 225:19
  225:21,25 226:9
  226:16,24 227:2
  230:5,7,15 251:10
  251:18 254:11,18
  255:3 260:6,21,24
  260:24 262:5 263
  266:17,19 268:20
  268:21 274:21,24
  278:2 279:23
  280:13,18 281:13
  281:17,24 282:14
  282:18 282:23
  283:1 284:25,18
  286:21 287:16,17
  288:3 293:23
  294:2 295:11,18
  296:20 298:10,14
  299:10,18 300:2,9
  300:14 302:1 302:19
  302:20,24,25 303:2
  303:3 304:15 305:17

356:6 358:11,24
  358:25 359:15
  360:21,23 363:7
  UEP's 20:7 23:10
  25:5 43:6 48:23
  61:16 62:1 68:22
  69:7 96:21 97:3
  97:19 98:16 106:7
  115:11 116:24
  128:17 132:17
  134:14 143:13,16
  158:6 220:20
  221:1,7 250:1
  302:17 313:15
  342:21 359:18
  UE5343 138:7
  UE6543 138:10
  142:9
  UE6S346 144:5
  UE6S510 109:2
  UES62 196:3
  UE620 214:3 218:18
  UEV 2:3
  UF5343 138:7 218:18
  unanimously
  235:25 241:19
  undergo 284:11
  underlies 139:9
  underneath 142:14
  213:4 252:12
  underscored
  117:24
  understand 12:12
  14:9,15,19,21,24
  understanding
  understand 12:12

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191    Fax:

CONFIDENTIAL                    UE_DEP_0000395

---

PHYLLIS BLIZZARD 2/15/2013

**396**

350:14 359:4,5
  360:18
understanding
  12:21 13:10 28:6
  44:2 71:13 75:23
  86:10 108:16
  113:6 128:25
  131:10 155:24
  167:16 181:20
  182:6 216:2
  239:18 256:21
  290:3 352:11
  358:19
understood 15:4
  333:17
understate 14:8
  unfair 229:17
  Union 85:25 253:13
  United 1:7 6:23
  7:17 10:15 12:1
  13:1 28:14 52:12
  52:13 59:6,10
  68:6 72:17,19
  73:6 18 96:22
  97:5 98:2,8,18,22
  102:6 116:2
  239:18 256:13
  241:23 242:14
  244:21 267:1,3,4
  245:2,8 246:12
  246:19,25 247:2,4
  246:22 247:11
  250:12 254:1,13
  255:13,23 256:7
  257:14,17 263:6
  263:13 264:4
  266:5,6,25 267:4
  267:17 268:11
  269:5,10,11,20,23
  271:20 272:22
  273:5,6,7 276:3
  278:5 292:12
  296:1 317:3,9,22
  300:22 301:24
  303:10 319:7
  unitedega.org

96:23
  upkeep 15:11
  upper 96:19
  Urban 7:9 255:7
  URL 96:20
  Urner 90:14,22,25
  91:5,9,12 107:24
  198:17 205:15,17
  205:21 264:9,25
  USDA 170:20
  277:25 312:20
  use 7:25 10:6 14:18
  28:20,23 90:21,22
  90:25 91:5 214:17
  122:21 123:9,10
  129:2,16 130:1,7
  131:18,22 132:3,8
  132:16 137:20
  133:14 162:12,21
  132:21,25 142:25
  144:14 145:1,5,7
  145:15 146:6,16
  146:16,23 147:10
  147:15 148:2,15,6
  148:16 149:2,4,8
  149:9 150:3,12,15
  152:3,5,9 153:7,15
  153:18,20,22,25
  154:22 155:5 158:5
  156:1,6,14 157:9
  157:13,23 158:7,8
  158:16 159:3
  159:14,20 161:12
  161:16,25 162:13
  163:4 167:4,21
  166:23,24 169:4

93:3,7,11,19,19
  94:4,18 95:12,18
  95:21 96:11
  103:12 106:3,8,14
  106:18 109:21
  110:2 111:5,9
  112:1,4 113:7,13
  114:14,16 115:5,7
  115:14 116:12,16
  116:17,25 117:10
  117:13 118:7,18
  118:22 119:13,25
  120:9,22,25 121:2
  121:6,20 122:3,5
  121:20 122:8,9,20
  122:11 123:9,10
  123:12,21 124:8,10
  124:17,20 125:15
  125:18 126:23
  127:3,14 128:1,5
  129:9,11,18 240:5
  240:13 241:16,24
  243:9 244:12
  244:17 246:13,17
  246:16,24 247:10
  247:15 253:18
  253:21 254:4,9
  255:9,11 256:1,7
  256:9,18 257:6,16
  257:18 258:7
  258:22 260:2,14
  259:10,20,21,22
  263:4,14 264:22
  264:25 265:9
  267:18,24 268:12
  269:4,22 270:1

213:16,18 214:7,8
  214:16 215:5,20
  217:12,12 219:10
  220:5,14,22 221:5
  222:8 223:23
  224:14 225:2,8
  225:22,25 226:17
  226:23 228:5,6,8
  229:7,18,23 230:9
  231:1,4,16 232:6
  232:11,22 233:8
  234:4,6 235:6,7
  235:22,24 236:5,7
  236:15,22 237:4
  237:23 238:1,5,7
  238:8 239:4 240:1
  240:6,18 241:3,6
  243:9 244:12
  249:9 244:12
  245:11,21,24
  246:4 247:17
  246:17,18 247:16
  249:11 250:15
  254:9 253:24 255:7
  255:10,25 256:1,6
  257:16 258:7,13
  258:24 259:3,5,6
  259:10,20,21,22
  263:4,14 264:22
  264:25 265:9
  267:18,24 268:12

319:23 320:1,3,21
  320:25 321:10,22
  322:3,9 323:2,3,5
  322:16,18,20
  324:17,24 325:17
  325:14,24 326:9
  327:11,13,15
  328:19 330:2,5,9
  330:13 332:14,19
  333:11,12 338:4
  334:14 335:14,16
  335:22,24 337:1,2
  337:10,22,23,24
  338:1,2,5 339:7
  339:12 340:9
  341:12,18,24,25
  343:6 344:2,6,7,8
  345:8,15 346:3,12
  346:16,21,22,25
  347:9,11,18,19,25
  348:19,25 349:3
  349:6 350:19
  351:1,3,19 352:12
  352:23 354:9,13
  355:11 359:2,20
  360:6 362:2 363:3
  EM 10:13,17 84:3
  EMBO 21:8,10
  EN 1:7 53:20
  ENEM's 16:11,19
  34:11 56:4 61:25
  115:22 129:23
  190:4,8,10,17,19
  239:12,18 240:1
  275:7 275:13 241:7
  EP 16:4,16 22:10
  EUSEM 10:6 10:21
  22:11,16,23 24:4
  24:10,23 26:4
  27:5 27:24 28:8
  28:14 29:3,7 30:7
  usually 67:16 68:5
  68:16 69:25 72:11
  72:13,21,23
  UP 4:15 23:10

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191    Fax:

CONFIDENTIAL                    UE_DEP_0000396

---

PHYLLIS BLIZZARD 2/15/2013

**397**

32:6 39:17 42:9
  48:2,20 49:7
  54:15 55:10 56:5
  56:15 59:15,16,20
  62:13,17 63:12
  65:8,23 67:1,10
  68:5,9,11,15 69:1
  84:2,20 86:19
  87:20 88:8 89:9
  90:4 91:1 93:25
  95:24 96:1,3,11
  98:17,22 99:14,22
  100:14 106:4
  111:16,20,23
  112:10 114:5,10
  112:15 115:11,15
  115:20 116:5,17
  118:15 120:3,22
  123:13,18,19,21
  124:23 126:25
  127:13,14 134:22
  142:20 143:1 146:5
  142:5 146:21
  202:14 207:10,19
  225:16,24 228:3,4
  231:11 235:19
  233:22,25 239:1

279:16 307:6
  318:6
  week 19:21 20:3
  21:13 26:4
  weekly 30:21
  202:23 203:5
  weeks 20:5,24 21:8
  21:13 47:2,6,9
  174:4 174:15
  176:10 185:15
  190:18 200:21
  201:14 265:15
  268:18 269:7,9
  269:12 269:15
  290:9 291:1 311:8
  301:5 307:22
  308:3 316:6 324:7
  324:9 326:3,22
  327:20 352:25
  Vegas 220:19,21
  vehemently 326:12
  venture 314:8
  verbal 13:21
  Versailles 158:13
  154:18 177:3
  versus 32:4 182:2
  316:13
  vice 19:8 22:23 23:4
  23:11 29:5 31:8
  35:13 42:5 99:1,7
  99:25 105:11
  108:24 113:6,14
  149:23 150:16
  179:7 180:10
  184:16 206:8
  185:19 186:2,13

289:20 290:3
  293:7 300:6,14
  308:18 318:1,4,5
  318:14 319:21
  322:4,5 330:7,10
  331:17 332:8,9,19
  332:23 333:21
  333:23 334:4,5,13
  334:16 335:21,23
  336:2,7 338:3
  339:14 342:6,10
  342:12 343:10,12
  344:16 345:11
  345:22 346:17
  348:2,24 349:3,6
  349:22,25 350:4,6
  350:19 351:3
  353:7 355:8
  watch 350:6
  water 85:23
  waving 199:18
  way 33:7 50:7 59:25
  97:14 104:7 112:8
  116:5 177:24
  239:1 291:10,15
  295:20 296:14
  297:23 298:5,9,10
  298:16,21 301:2,4
  304:4 313:23
  314:10 318:2,13
  329:7 334:8 336:8
  338:1,20 341:10
  352:23 354:13
  356:3 359:12,16
  360:1,22

Windward 304:17
  Winslow 203:4,8
  wish 265:17
  wished 254:5
  witness 5:5 12:3
  33:18 40:6,18
  43:25 44:21 45:11
  45:24 47:25 50:20
  53:20 54:23 61:15
  62:12,25 63:8
  69:7 76:22 78:1,3
  78:11,21 89:3,19
  93:12,15 99:7
  105:13,23 108:9,11
  108:22 111:18
  109:6 111:22 112:11
  112:20,23 113:8
  114:6,10 117:22
  118:1,8,14,20,23
  119:24 120:13 122
  123:11,22,23
  124:23 126:25
  125:9,18 127:18
  128:1,5 129:9,18
  130:7 131:14
  131:18,22 132:1,3
  132:16 133:2 135:7
  137:20 138:18
  139:6,16 140:2,4
  140:8,10,11,13,15
  141:15 143:2,22,3
  144:1 145:25,16,2
  146:9 147:2 24:1
  146:13,24 14:9,11
  147:13,18,22,25
  148:3 151:22 152:2

MIDWEST LITIGATION SERVICES
Phone: 314-644-2191    Fax:

CONFIDENTIAL                    UE_DEP_0000397

365:15
**WITNESSED** 364:24
**witness's** 298:24 311:13
**wonder** 58:24
**word** 118:1,4 233:18,20 235:13 235:15 286:4
**wording** 331:6
**words** 186:12
**work** 15:14 22:18 37:11 40:24 162:25
**worked** 28:21 163:2 163:2,10 164:18 234:16 247:23 248:24
**workload** 265:18
**works** 100:1 187:14 265:22
**worn** 341:5
**worry** 118:1
**worse** 229:15
**wouldn't** 80:25 128:25 151:9 171:19 229:16 253:5 337:13
**Wright** 3:24 235:10 235:17 236:3 306:7
**write** 23:24 200:17 230:7
**writing** 48:22 152:11
**written** 48:14
**wrong** 176:21 334:11
**wrote** 115:19
**Wyandotte** 1:1 184:8
**W-R-I-G-H-T** 235:10

X

**X** 194:1
**Xeroxed** 5:17

Y

**Yeah** 19:25 26:5 34:17 48:12 58:18 65:10 84:1 121:11 143:8 146:13 184:14 201:21 224:20 255:8 295:10 333:7 334:10 354:18 357:12
**year** 17:22,22,23 18:20,22 24:5,15 68:10,12,14 83:2 83:17,18 84:15 101:8 102:6 107:4 130:22 139:24 146:4 147:17 148:11 167:24 199:7 221:10,16 221:21,23,23 223:10,19,23 225:1,7,14 226:10 226:15,23 227:14 228:22 242:20 251:19 252:10 257:23,24 258:4 275:18 291:15 292:14 303:16 304:3 306:1 334:7 334:13 339:20
**years** 82:23 83:5,12 94:9 95:4 100:12 100:23 101:8,13 102:24 126:17,18 146:20 147:20,21 149:15,15 150:3,8 150:12,18,21 151:3 153:14 173:1 188:23,24 198:25 199:18 200:7 204:7 208:21,24 210:23 261:4 263:14 265:11,11 290:23 330:17,19 333:1 341:18 356:14
**yesterday** 27:1,4
**yes-or-no** 146:3

Z

**Zephyr** 205:3
**zero** 321:5,14 322:6 322:16
**Zitrin** 4:11 10:20 10:20

$

**$1,120.85** 235:2
**$1.25** 92:8
**$100** 275:22
**$11,700** 192:23
**$12,000** 199:7
**$36,000** 251:23
**$50,000** 227:19 251:9 304:13 355:25 356:7
**$502** 251:8
**$69,250.25** 300:21
**$7,951** 224:13
**$7,951.79** 224:8
**$75,000** 304:13 336:4
**$8,333** 226:14
**$9,205,931.33** 301:17

0

**01** 190:14 216:22
**02** 180:1 190:14
**03** 180:2
**04** 180:2
**05** 180:2
**07** 337:9
**08** 284:2
**09** 203:15 205:5 290:3,23 321:18

1

**1** 5:13 11:21,22 12:8 16:10 17:3,10,22 17:23 18:5 55:23 124:8 155:2 250:24 264:8 268:24 269:3 280:6 320:20 353:13
**1.25** 91:18
**1/1/08** 7:25
**1/23/07** 7:22
**10** 5:23 86:6 140:8 140:12 196:15 288:12 293:4 305:19 306:2 352:10 355:3 357:1
**10CV2171** 1:5
**10/05** 8:3
**10/10/02** 8:9
**10/15/01** 6:15
**10/18/01** 6:16
**10/22/04** 7:7
**10/25/01** 6:17
**10:00** 152:20
**100** 134:16 169:10
**1001** 2:18
**101** 4:11
**102** 5:16
**103** 5:17
**104** 5:18
**11** 5:13,24 70:19 71:9 152:12,16 157:6,7 161:5 235:9 296:4 312:24
**11/13/00** 6:10
**11/22/06** 7:13,15
**11/28/06** 7:14
**11/30/01** 6:19
**11/7/06** 7:16
**11:37** 97:16
**1100** 3:11
**113** 5:19
**114** 5:21
**116** 195:20,20
**12** 5:25 166:24 167:3 338:23
**12,000** 225:13
**12/01/01** 6:20
**12/21/06** 7:18,19
**12:15** 217:3
**120** 183:13,14 263:12
**13** 6:2 97:15 103:8 168:21,25 181:10 182:18 188:4 204:1
**13,838** 170:2,10
**13,838-case** 170:19
**1300** 3:16
**1301** 365:5
**132** 5:22
**14** 6:3 73:23 174:19 174:23 176:19,20 181:22 182:8,13
**14,631.95** 225:7
**140** 5:23 244:14
**1400** 3:20
**1405** 254:20
**145** 244:3,16 319:18
**15** 1:13 6:6 28:17 116:18 134:14,16 134:17 190:7,11 194:25 223:9 226:12 277:7,15 293:23 294:1,11 307:8 329:10 363:6 364:10
**15th** 18:17 365:13
**150** 231:16,24 232:2
**152** 5:24
**16** 6:7 90:12 196:10 196:14 206:1 293:2
**16th** 3:4
**160,000** 239:6
**166** 5:25
**168** 6:2
**17** 6:8 207:21,25
**1720** 104:17
**1724** 104:11,15
**1725** 104:10
**173,000** 174:1
**174** 6:3
**18** 6:11 210:1,5 215:4 220:12
**18th** 1:12 2:9 365:7
**19** 6:12 195:1 216:12,16
**190** 6:6
**19102** 3:5
**19103-2799** 2:10 365:9
**1919** 3:25
**196** 6:7
**1981** 358:21
**1999** 175:6
**199928** 292:10

2

**2** 5:14 51:12,22 86:5 90:12 137:14,20 143:15,15 144:7,8 175:8 212:1 218:22 239:8 274:16,23 352:21 352:21
**2/11/02** 6:23
**2/7/03** 7:6
**20** 6:13 218:9,13 311:10
**200** 2:4 291:7
**2000** 18:4,16,17,18 18:19 24:11,14 28:8,10,11,16,17 28:24 29:23 30:4 30:13,17,22,25 31:7 32:19 33:12 33:22 34:18 35:5 35:10 36:4,6,11 36:16 38:10 39:2 39:7,15,20 40:1 40:20 41:25 42:2 42:4,14,18 49:20 50:1 51:6 52:9 53:8 54:10 55:4 55:23 56:1,4,23 56:25 66:8 67:15 69:9 70:12,16 85:16 87:17 92:6 92:17,22 93:18,18 93:25 94:3 95:19 95:20,22 96:4,6 105:4,23,25 109:24 110:2,6,12 111:2,13,16,19,24 111:25 112:11,16 112:17,18 113:1,4

113:7,12,22,23 116:5,12,18 119:9 119:20,23 121:3,7 121:19 128:3,4 130:17 132:7 139:25 140:6,23 141:5,10,11 143:21 145:1,6,18 146:24 147:14 148:13,24 149:8 150:9,18,19 151:19 152:5,19 154:15 159:14 166:18 167:23 168:12,15,17,17 169:14,21,22 173:17 177:11,14 177:15,17 178:7 180:15,19 181:14 181:22 182:9,14 182:15 188:22 196:15,21 199:1 202:3,25 203:12 205:10 206:16 207:16 208:14 211:2,11 215:1,5 220:23 221:5,24 223:9,15,16 226:12 233:24 238:1,25 240:21 241:20 256:3,4 258:4,22 259:2,19 264:19 281:7 283:25 286:2 288:10 289:14 293:4 294:17,23 301:20 302:10 318:8 339:25 352:10 354:4 358:8
**20004** 2:19
**20005** 3:16
**2001** 6:14 28:5,9 107:3,9 168:13 191:18 218:8,14 220:13 223:10 226:16,24 227:13 228:5,11,23 234:10,12 239:19 239:23 240:2 241:22 335:13 341:19 342:5,13 358:9,25
**2002** 168:16,18 169:21,22 181:15 227:2,14,20 236:6 237:2 243:9,23 244:13 305:19 306:2,9,23 307:8 307:9,25 308:1,25 309:7,20 310:13 310:23 311:9,22 317:9,14,25 341:23 342:5 355:4,25 356:14 357:1,5 358:9
**2003** 51:11 245:5,16 245:20 246:2 249:21,25 250:13 252:14 253:1 292:15 342:5 356:7 357:18
**2004** 249:8 250:7,24 250:24 251:17 252:9,15 253:1,23 254:9 342:5 357:21
**2005** 303:9,11 339:14 342:5 357:21
**2006** 255:2 257:7,11 257:14,17 259:3 259:20 262:5,9 263:6 264:5 265:4 266:16,17 268:14 268:21 270:19 271:22 342:6 354:12 357:22 358:2,21,25
**20069-3434** 3:25
**2007** 7:20 263:9,21 269:4 273:21 274:4,15,17 320:8 320:20 321:8 328:3,22 330:14 335:16 337:11 342:6 343:18 354:12 357:22
**2008** 8:8 84:17 161:10 283:25 284:1 289:3,15 304:14 330:14 335:25 336:3 342:6 343:2
**2009** 64:17,18,21,25 65:6 66:8,14,16 67:15 68:18 69:9 84:13 148:14,25 149:8 161:11 188:14 199:2,3 274:20 289:18,19 290:1,14 320:25 320:25 321:4,7,13 321:15,22 323:9 324:2,15 327:13 327:16,20,24 330:14 336:21,24 337:13,16 342:6 342:14
**2009/2010** 159:18 160:11
**2010** 30:1,2,5 31:5,8 31:14,20,24 32:8 32:15,20 33:2,13 33:22 34:4,11,16 61:10,11,22 62:3 62:5,9,19,21,25 63:9,14,21,25 64:5,14 74:20 76:13,17 77:16,22 78:7,14,17,25 80:3,7,14 81:2,6 81:10,17,22 82:3 82:7,14 91:8 93:9 93:13 95:17 120:1 121:18,22 148:12 158:16 159:10,18 161:23 162:3,12 163:11 164:19,23 165:10 188:8 189:2 274:7,9,19 274:20 289:21,22 290:3,14,23 322:1 322:5,9 330:14 337:18,22 338:2,9 340:7,12,22 360:7
**2011** 221:13,21 289:24,25 290:3 290:14,23 322:12 322:15 330:14 338:13,20
**2012** 130:22 131:7 131:20 221:13,15 289:9 290:6,10 291:3,15 322:22 322:24 323:1,7 330:14
**2012-2013** 312:10 312:13
**2013** 1:13 18:5,16 19:16 53:20 82:15 97:16 99:5 103:9 289:9 291:15 363:6 364:11 365:7,13
**202** 2:19 3:17 4:1
**2050** 4:11
**207** 6:8 365:18
**209** 6:11 191:13
**21** 6:15 216:22 219:1,4 270:19 271:22
**2100** 2:14
**2101** 195:13
**214** 2:15
**215** 3:5
**215)981-4652** 2:10
**216** 6:12
**218** 6:13,15 194:8
**22** 6:16 215:4 220:7 220:11 249:8 264:5 265:4
**220** 6:16
**2200** 4:16
**2222** 194:17
**224** 3:11
**227** 6:17
**23** 6:17 227:23 228:2
**234** 6:19
**236** 6:20
**237-8261** 4:7
**238** 6:21
**24** 6:19 114:11 116:5 234:4,7 241:21 249:21 294:16,23
**240** 6:23
**243** 6:24
**244** 7:1
**246** 7:6
**248** 7:7
**25** 6:20 104:24 106:15 228:11 236:21,25
**250** 308:25 310:14
**252** 241:22 242:12 242:22
**254** 7:9
**256** 7:11
**258** 7:12
**26** 6:21 107:25 238:19,23 239:25 240:5
**260** 7:13
**262** 7:14
**263** 7:15
**266** 7:16
**267** 7:17
**27** 6:23 240:7,11
**270** 7:18
**2700** 4:6
**271** 7:19
**273** 7:20
**276** 7:22
**277** 7:23
**28** 6:24 243:4,20 311:4,10,11,13,13 311:21 319:7
**29** 7:1 132:7 244:23 245:2 246:3 292:5 292:20 301:20
**291** 5:7
**299** 7:25

3

**3** 5:15 96:14,18,20 156:24 157:1,8,12 157:16 296:13
**3,890** 171:5
**30** 7:6 56:1 105:4 234:10,12 241:21 246:15,19,20 255:2 268:14 302:10
**30(b)(6)** 12:2 108:7 325:3,21 329:7 344:14 345:7
**300** 2:9 4:6 365:9
**3000** 1:11
**302** 8:1
**304** 8:7,8
**305** 8:9
**306** 8:10
**308** 8:11
**309** 8:12
**31** 7:7 113:4 116:12 223:9 249:2,5,7 250:24 251:17
**31st** 238:25
**310** 8:13
**312** 3:12
**314** 5:7
**317** 4:7
**32** 7:9 254:13,16,17
**3200** 3:4
**33** 7:11 256:17,20
**33,333.36** 251:14
**332** 195:21
**333.90** 219:22
**34** 7:12 241:20 242:23 258:13
**35** 7:13 260:11,15
**351** 5:7 8:14
**356** 5:7
**36** 7:14 262:23 263:2
**37** 7:15 263:24 264:3 265:14 266:2,7
**38** 7:16 266:19,20 268:1
**39** 7:17 267:13 268:10

4

**4** 5:16 103:2,6 125:16 215:21 281:17 282:1
**4/30/06** 7:9
**40** 7:18 106:21 261:11,18 264:10 270:15,19 307:6
**41** 7:19 271:16,20
**415** 4:12
**42** 7:20 273:15,19
**421-6140** 4:12
**43** 7:22 276:19,23
**44** 7:23 278:1,5
**45** 7:25 299:18,19 320:5 334:5,8
**45202** 3:21
**46** 8:1 302:24 303:2 303:4 339:10
**460** 2:3
**46204** 4:7
**47** 8:7 304:6 334:21 342:25
**48** 8:8 305:1,5 307:6 311:19
**49** 8:9 305:14,18 355:1 356:24

5

**5** 5:17 103:24 104:3 165:2 173:25 174:1 231:17 232:12,16 282:14 283:10 284:10 295:5 297:11,20
**5,173** 173:23
**5/2/06** 7:11
**5/30/00** 5:18
**50** 3:4 6:12 8:10 79:22,23,23,25 186:13 216:16 306:14,15,18 316:16 317:2,7,12 343:2
**50,000** 227:4 250:6 251:18 335:2,10 335:25 342:23
**500** 3:25
**51** 5:14 8:11 186:13 308:13,16 310:15 317:17,23 318:16
**513** 3:21
**513.10** 220:1
**52** 8:12 192:21 309:23,24 310:8 311:1,2 318:19
**53** 8:13 310:17,21 311:1,2,20 319:4
**54** 8:14 351:19,20 353:15
**55402** 4:17
**579-6400** 3:21

6

**6** 5:18 104:25 105:3 119:12 175:23 176:23 182:8,13 198:5 232:12,15 284:7 285:7,15 302:8 306:23 307:8
**6/8/06** 7:12
**60** 231:17 232:12
**60604** 3:11
**612** 4:17
**624-2500** 2:19
**639** 195:1
**64106** 365:6
**64112** 2:4
**65101** 365:19
**65343** 138:8
**65346** 301:24
**65403** 295:3
**6570** 223:6
**660-7600** 3:12
**665-8700** 3:5
**682-7231** 3:17
**687** 196:3
**69,000** 334:9
**69,250** 320:16 328:4 334:5,10 337:10
**698-3100** 2:15

7

**7** 5:19 113:17,21 122:8 285:17
**7,000** 224:23
**7/24/00** 5:21
**7:00** 361:6
**714-7132** 2:5
**75,000** 130:25 335:2 335:25 337:4 338:3 343:2
**750** 192:19
**75201** 2:14
**770)587-0041** 217:7
**778-3000** 4:1

8

**8** 5:21 114:5,9 123:20 129:15 152:19 178:18 286:19 294:16
**8,550** 251:8
**8/29/00** 5:22
**80** 4:16
**816** 2:5
**816)221-1151** 365:6
**816)221-1160** 365:6
**823** 250:22
**825** 253:18
**83** 206:9
**84** 206:9
**865** 196:3
**87** 231:23 232:3,20

9

**9** 5:7,22 132:3,7 137:15 158:4 180:11 287:14,22 301:18 315:2
**9,205,931** 343:19,22 345:9
**9/21/01** 217:3
**9:00** 1:14
**900,000** 237:4
**928** 245:9
**94111** 4:12
**96** 5:15
**961** 235:9
**97** 220:25
**973** 194:25
**977-8400** 4:17
**98** 220:25
**99** 177:9 178:5,21 179:1 180:17 181:13 220:24