# ATTACHMENT 15

255

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------- :

IN RE: PROCESSED EGG PRODUCTS    :    MDL NO. 2002

ANTITRUST LITIGATION             :    08-md-02002

-------------------------------- :

THIS DOCUMENT RELATES TO         :    DAY 2, VOL. II

Kroger, Inc. v. United Egg       :

Producers, et al.,               :

No. 2:10-cv-06705 GP             :

-------------------------------- :

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION

OF RAMESH DAGA

Thursday, March 13, 2014

Tenafly, New Jersey

1:16 p.m.

**256**

1    T R A N S C R I P T  of the Highly Confidential
2    30(b)(6) Videotaped Deposition, Day 2, Volume II, of
3    RAMESH DAGA, called as a witness for examination by
4    Defendants, pursuant to the Federal Rules of Civil
5    Procedure of the United States District Court, held at
6    the Clinton Inn Hotel and Event Center, 145 Dean
7    Drive, Tenafly, New Jersey, on Thursday, March 13,
8    2014, commencing at approximately 1:19 p.m., before
9    Josephine H. Fassett, a Certified Court Reporter,
10   Registered Professional Reporter, Certified Livenote
11   Reporter and Notary Public of the State of New Jersey.

**257**

1    A P P E A R A N C E S :
2
3    On Behalf of Plaintiff Conopco, Inc. and the witness,
4    Ramesh Daga:
5        KENNY NACHWALTER, P.A.
6        1100 Miami Center
7        201 Soth Biscayne Boulevard
8        Miami, Florida 33131-4327
9        305.373.1000
10   BY:  KEVIN J. MURRAY, ESQ.
11       kmurray@kennynachwalter.com
12
13   On Behalf of Defendants Michael Foods, Inc. and
14   Papetti's Hygrade Egg Products, Inc.:
15       STINSON LEONARD STREET LLP
16       150 South Fifth Street
17       Suite 2300
18       Minneapolis, Minnesota 55402
19       621.335.1568
20   BY:  PETER J. SCHWINGLER, ESQ.
21       peter.schwingler@stinsonleonard.com

**258**

1    A P P E A R A N C E S :
2
3    On Behalf of Defendant Rose Acre Farms, Inc.:
4        PORTER, WRIGHT, MORRIS & ARTHUR, LLP
5        41 South High Street
6        Suites 2800 - 3200
7        Columbus, Ohio 43215-6194
8        614.227.4440
9    BY TELEPHONE:  ANDREW J. MOODY, ESQ.
10       amoody@porterwright.com
11
12
13   A L S O   P R E S E N T :
14       MARCELO RIVERA, Videographer

**259**

1    -----------------------INDEX------------------------
2    WITNESS                              PAGE
3    RAMESH DAGA
4        By Mr. Schwingler                260,281
5        By Mr. Murray                    280
6
7
8
9
10   -----------------INDEX OF EXHIBITS------------------
11   EXHIBIT                              PAGE
12   Exhibit 36  Email Exchange, Bates
13               CPCEGED00084171 to CPCEGED00084177    261
14   Exhibit 37  Email Exchange, Bates
15               CPCEGED00117501 to CPCEGED00117502    266
16   Exhibit 38  Email Exchange, Bates
17               CPCEGED00095059 to CPCEGED00095060    267
18   Exhibit 39  Complaint and Demand for Jury Trial   277

**Page 260**

1    (Whereupon, resumed.)
2    THE VIDEOGRAPHER: The time is 1:16 p.m. on
3    March 13, 2014, and this is DVD No. 1, Volume 2,
4    of the continued video deposition of Mr. Ramesh
5    Daga.
6    Will the court reporter please re-swear in
7    the witness.
8    R A M E S H   D A G A, the witness, having been
9    duly sworn, was examined and testified under oath
10   as follows:
11   EXAMINATION BY
12   MR. SCHWINGLER:
13   Q   Good afternoon, Mr. Daga.
14   A   Good afternoon.
15   Q   We've been introduced before, but my name is
16   Peter Schwingler and I represent the Defendant Michael
17   Foods in this case. And I believe you spoke on
18   Tuesday with my colleague, Bill Greene.
19   A   Yes.
20   Q   I have just a few questions for you in
21   connection with this litigation.
22       MR. SCHWINGLER: I'm not sure what
23   exhibits --
24       THE COURT REPORTER: .
25       MR. SCHWINGLER: 36.

**Page 261**

1    (Email Exchange, Bates CPCEGED00084171 to
2    CPCEGED00084177, marked as Daga Exhibit 36, as
3    of this date.)
4    BY MR. SCHWINGLER:
5    Q   Mr. Daga, you've been handed what's been
6    marked as Exhibit 36, which is an email string with
7    the Bates range CPCEGED00084171 through 84177.
8        You're free to read as much of this document
9    as you would like or you feel is necessary to answer
10   accurately. My question will be limited to one of the
11   emails on page 4, the page ending in 84174, starting
12   in the middle of the page dated September 7, 2006, at
13   4:07 p.m. So I'd ask you to read that email.
14       And, like I said, you're free to read
15   anything else in this document if you would like.
16   A   Okay.
17   Q   So once you've -- once you've finished
18   reading that email, please let me know and I'll have a
19   few questions.
20   A   (Reads.) Okay.
21   Q   So the document I'm looking at is an email
22   from you to Mike Bauer and several other individuals;
23   is that correct?
24   A   Correct.
25   Q   And you sent this email?

**Page 262**

1    A   Looks like I did.
2    Q   The third full paragraph starts with
3    "proactively."
4    A   Uh-hum.
5    Q   It says: Proactively, we are working with
6    our current egg supplier Michael Foods to quickly
7    convert our eggs to an industry standard called UEP
8    (United Eggs Producers). Do you see that?
9    A   I do.
10   Q   And why were you informing Mike Bauer, Dana
11   Emery and Joe DiRaddo at this time about the fact that
12   Conopco was working with Michael Foods to become UEP
13   Certified?
14   A   So these people who I have sent the email,
15   these people are business people. They're our brand
16   marketers. And as a routine conversation with
17   purchasing and brand marketers, we inform them about
18   changes in marketplace.
19   Q   So the addressees on this email are all
20   involved in marketing?
21   A   Two people, Mike Bauer and Dana Emery, they
22   are marketers. Gentleman by the name of Joe DiRaddo
23   he is a VP supply -- he was VP supply chain back then.
24   Q   What was his relationship to you at that
25   time?

**Page 263**

1    A   He -- Joe sits on a leadership team for the
2    business. So you have multifunction people sit in the
3    business. So you have marketers. You have supply
4    chain. Finance. So he is part of the leadership team
5    of the business.
6    Q   Did you report to him?
7    A   No.
8    Q   Did he report to you?
9    A   No.
10   Q   Okay. Okay. The next sentence after the
11   one that I read before says: Per attached
12   presentation from Michael Foods, they are fully
13   committed to make in happen.
14       Was it your understanding in September of
15   2006 that Michael Foods was fully committed to joining
16   the UEP Certified Program?
17   A   That's what I felt back then, and that's why
18   I informed our business people.
19   Q   The next sentence says: We have told them
20   clearly to make this happen by January 2007. Do you
21   see that?
22   A   I do.
23   Q   Did you personally tell Michael Foods to
24   become UEP Certified?
25   A   I have.

264

1  Q   Did you do that at this time, at this
2  timeframe?
3  A   At some point around that time.
4  Q   And your communication at Michael Foods told
5  them to become certified by January 2007?
6  A   If that's what this note says from myself,
7  then that's what I must have told them.
8  Q   Well, I should say: What you told them was
9  to supply Conopco with certified eggs by January 2007?
10 A   By January 2007, so that was my instruction
11 and intent at that time for them to be UEP Certified
12 by 2007.
13 Q   The next sentence says: They have already
14 converted their NJ plant to UEP last week. Then it
15 says: Their PA plant will be converted later this
16 month. And then it says: Our challenge for them to
17 convert their IA plant, which supplies exclusively to
18 Kilbourn, by January 2007. Do you see that?
19 A   Correct.
20 Q   By IA do you mean Iowa?
21 A   Correct.
22 Q   And Kilbourn, is that the Chicago facility
23 that makes Hellmann's Mayonnaise?
24 A   Correct.
25 Q   And what did you mean by challenge?

265

1  A   They sell substantially large quantity. Our
2  Kilbourn plant used almost 80-plus percent of our egg
3  requirement.
4  Q   So you needed Michael Foods to convert their
5  Iowa plant to making UEP Certified eggs in order to
6  supply Kilbourn, correct?
7  A   Correct.
8  Q   And that was a challenge because it was a
9  large volume of eggs?
10 A   Correct.
11 Q   The next sentence says: We will know by
12 September 15th about their plan to supply us UEP eggs
13 to Kilbourn.
14     The next sentence: As a plan B, we are also
15 talking to another UEP Certified egg supplier called
16 Rose Acre Farm in case Michael Foods cannot meet our
17 timeline. Do you see that?
18 A   I do.
19 Q   Is that an accurate description, at that
20 time were you talking to Rose Acre Farms?
21 A   I must have been.
22 Q   And when you say, when you use the phrase
23 "as a plan B," what did you mean?
24 A   In case Michael Foods don't comply with our
25 requirement, you have contingency plan.

266

1  Q   So this -- all this -- all you're saying in
2  this email is: You were considering Rose Acres as a
3  contingency plan in case Michael Foods did not become
4  certified?
5  A   That's what I meant to say here.
6  Q   And you were communicating that to business
7  people within Conopco?
8  A   Correct.
9      MR. SCHWINGLER: You can set that document
10 aside.
11     (Email Exchange, Bates CPCEGED00117501 to
12 CPCEGED00117502, marked as Daga Exhibit 37, as
13 of this date.)
14 BY MR. SCHWINGLER:
15 Q   You've been handed what's been marked as
16 Exhibit 37, which is an email string with the Bates
17 range CPCEGED00117501 to 502.
18     I would ask you to review the email from you
19 to John Brommer that starts halfway down the first
20 page.
21 A   Okay.
22 Q   And is this an email you sent to John
23 Brommer on October 5th, 2007?
24 A   Looks like I did.
25 Q   Okay. Who is John Brommer?

267

1  A   John Brommer is account manager at Michael's
2  Food.
3  Q   In the email you say: John, I will start
4  handing over egg buying responsibility to Ernani Wood
5  who is based in Sao Paulo, Brazil, correct?
6  A   Correct.
7  Q   So is it fair to say that as of October 5th,
8  2007, you still had egg buying responsibility within
9  Conopco?
10 A   Correct.
11     MR. SCHWINGLER: You can set that document
12 aside.
13     (Email Exchange, Bates CPCEGED00095059 to
14 CPCEGED00095060, marked as Daga Exhibit 38, as
15 of this date.)
16 BY MR. SCHWINGLER:
17 Q   You've been handed what's been marked as
18 Exhibit 38, which is an email string. The Bates range
19 CPCEGED00095059 to 959060.
20     I would ask you to look at just the top
21 email on the string on the first page dated January
22 16, 2008, at 10:20 a.m.
23 A   Okay.
24 Q   The first paragraph in that email states:
25 Until next month, the egg buyer will be Ramesh Daga.

**268**

1 Do you see that?
2  A  I do.
3  Q  As of January 16, 2008, were you still the
4 egg buyer for Conopco?
5  A  Looks like.
6  Q  Is that consistent with your recollection?
7  A  Yes.
8  Q  And did you remain the egg buyer until
9 February of 2008?
10  A  That's a good guess.
11  Q  That that time would be consistent with your
12 recollection?
13  A  Correct.
14  Q  You were the egg buyer from -- withdrawn.
15    When did you become the egg buyer for
16 Conopco?
17  A  Somewhere around 2000.
18  Q  And you remained the egg buyer until around
19 February of 2008?
20  A  Sounds approximately right.
21  Q  Is it fair to say that from around 2000 to
22 approximately February 2008 you were the person within
23 Conopco most knowledgeable about Conopco's egg product
24 purchases?
25    MR. MURRAY: Object to the form of the

**269**

1 question. That's impossible for him to know what
2 everybody else knew, but he can answer.
3  A  I can't answer this without also comparing
4 my knowledge with others. There could be other
5 knowledgable people in the company, so.
6  Q  Well, let's go through this a little bit.
7    Your role was to buy egg products, correct?
8  A  That's correct.
9  Q  You were the only person that bought egg
10 products for Conopco between roughly 2000 and early
11 2008?
12  A  My supervisors were also authorized to buy
13 eggs, so I was not the only person who was authorized
14 to buy eggs on behalf of Conopco.
15  Q  Were you supervised -- did your supervisors
16 also have authority over other ingredients?
17  A  So they -- yes, they did, so did I.
18  Q  And how many other ingredients did you have
19 authority over?
20  A  During that period I bought many different
21 ingredients, I don't recall exactly what. But some of
22 the things could be flour, could be rice, could be
23 sugar. Egg was just one of the ingredients I procure.
24  Q  But from 2000 to roughly early 2008, you
25 bought egg products during that whole period, correct?

**270**

1  A  That was my responsibility, among other
2 responsibilities.
3  Q  Were you the employee within Conopco that
4 was responsible for communicating with egg product
5 suppliers during that time period?
6  A  I was one of the persons who was responsible
7 for communication to suppliers.
8  Q  Who else was responsible for communicating
9 with egg product suppliers?
10  A  We had many other functions. People from
11 the factory. People from research and development.
12 Other function also communicated to suppliers.
13  Q  Were you the person within Conopco
14 responsible for communicating with suppliers about
15 prices for egg products?
16  A  I was responsible to seek price quotations
17 from suppliers.
18  Q  Did any other, to your knowledge, did any
19 other Conopco employee speak directly with egg product
20 suppliers about prices during your time as the egg
21 buyer?
22  A  I don't recall that. It's quite possible.
23 I only control what I did, and do.
24  Q  But that was something that was within your
25 responsibility, correct?

**271**

1  A  Talking about prices was within my
2 responsibility, that does not mean that others can't
3 talk with them.
4  Q  Are you -- are you aware of any instance in
5 which someone other than you during your period as egg
6 buyer negotiated a price for an egg product with an
7 egg product supplier?
8  A  I don't recall if others, what others did or
9 did not, I can speak for only my action.
10  Q  I'm asking if you're aware as you sit here
11 today of any instance in which someone other than you
12 negotiated a price with an egg product supplier
13 between 2000 and early 2008.
14  A  Quite possibly it could have happened, but I
15 don't recall. I can't tell you what anybody did or
16 did not.
17  Q  If it would have -- if it happened, would
18 you have been made aware of that?
19  A  Not necessarily.
20  Q  So is it your testimony that it's possible
21 that someone other than you may have negotiated an egg
22 product purchase during your time as an egg buyer
23 without your knowledge?
24  A  There are other people who are authorized to
25 buy product on behalf of our company, so I'm not there

### Page 272

1  **24/7. So it's quite possible during my absence**
2  **traveling, other people who were authorized to buy**
3  **eggs, and other product, may have bought it. The**
4  **company don't quite run on just the one person.**
5   Q   I'm not asking if it's possible if somebody
6  else bought egg products, I'm asking if it's possible
7  that somebody else bought egg products and you never
8  found out about it.
9   **A   I don't need to know every single**
10 **transaction, so if others have bought it, they're**
11 **obviously authorized to make those purchases, and...**
12  Q   How do you know what egg products to buy?
13  **A   We have our normal usage, so there are**
14 **repeat purchases. So we have a good history of past**
15 **transactions, past specification number.**
16  Q   You get instructions from someone else about
17 the quantities and the types of products that Conopco
18 needs to purchase, correct?
19  **A   Sometimes we do, sometimes we don't.**
20  Q   But you wouldn't buy an egg product unless
21 you knew there was some use for it within the company,
22 correct?
23  **A   That's logical thing to assume. I wouldn't**
24 **buy because it's a fun thing to do, so I would buy**
25 **them because there's a need in the company.**

### Page 273

1   Q   And that need, the details of that need
2  would be decided by someone other than the egg buyer,
3  correct?
4   **A   It comes from system. It comes from**
5  **history. It comes, you know, so we use various**
6  **internal tools to project future.**
7   Q   So just, I'm speaking in general terms here
8  now, but I'm trying to get an understanding for what a
9  day in the life of Ramesh Daga would have been like
10 between 2000 to 2008. So let's say you need liquid
11 egg yolks for Ben & Jerry's ice cream.
12  **A   Okay.**
13  Q   How -- from start to -- starting at sort of
14 the first moment when you find out that you need to
15 buy this product, I'd just like you to walk me through
16 the steps that would occur from Ben & Jerry's deciding
17 in need of the egg yolk to actually making a purchase.
18 So does Ben & Jerry's call you and say we need X
19 amount of egg yolks?
20  **A   They may call, they may send email, or there**
21 **may be history in the system we can download or there**
22 **may be past history from the system. So there are**
23 **various sources we get buying signal.**
24  Q   But there is a buying signal?
25  **A   There is a buying signal or there is a**

### Page 274

1  buying reason.
2   Q   And the buying reason would -- the buying
3  signal would tell you, I need to buy a certain product
4  in a certain quantity at a certain time period,
5  correct?
6   **A   Correct.**
7   Q   And then your job would be to go out and buy
8  that product?
9   **A   Correct.**
10  Q   And that's when you would interact with the
11 egg product companies that were your suppliers?
12  **A   Correct.**
13  Q   And did you monitor what Conopco's needs
14 were at any given time for different products, was
15 that part of your job?
16  **A   We get history from our system how much eggs**
17 **we have used, and that's a good starting base to**
18 **extrapolate for future.**
19  Q   And was it part of your job to keep track of
20 what Conopco divisions were using eggs and making sure
21 that they were kept supplied?
22  **A   The system tells us, so we don't need to**
23 **sort of maintain a log or anything. The system tells**
24 **live data any given time.**
25  Q   So you weren't -- just to throw out a

### Page 275

1  hypothetical example. You weren't in charge of
2  keeping track of where/how much eggs Ben & Jerry's
3  used and when they would need to come with, you know,
4  re-up their contract?
5   **A   It's done for us.**
6   Q   It's done for you.
7   **A   The system does it for us.**
8   Q   And they communicate the information to you?
9   **A   No. We can download from system.**
10  Q   But somebody from system has to tell you,
11 you need to look into this, correct?
12  **A   That's a logical thing. We go in the system**
13 **and different we're going to Outlook email. Like my**
14 **system has history. It's a warehouse.**
15  Q   So what I want to do, I want to distinguish
16 between how you get the information and how you know
17 that it's time to look at the information in the first
18 place.
19      So, my question is: Are you -- were you
20 accountable for monitoring what different divisions
21 were using and when, when they might need to get more
22 supply, or was that information provided to you by
23 someone else?
24  **A   It's done different ways. They're not --**
25 **it's not a one way. Sometimes they send us simple**

276

1  email we need a thousand pounds.  Sometimes we get the
2  data from the system.  So there are various ways we
3  would know how much to buy for future.  It could be
4  sometimes people call.  It's as simple as make a phone
5  call.
6      Q   And they would call you personally when you
7  were the egg buyer?
8      A   They would call me personally or they would
9  call my backup if I'm not around.
10     Q   Who was your backup?
11     A   We had several backups.  We worked in teams,
12  so I...
13     Q   You had primary responsibility for buying
14  egg products from 2000 to early 2008, correct?
15     A   Among other things, eggs was just one of the
16  product I bought.  But my boss, my supervisors also
17  had authority to do exactly what I did.
18     Q   Sure.  But other than the fact that other
19  people also had authority, what I'm asking is, that
20  was, you were the person most responsible for buying
21  egg products?
22     A   I was the central person, yes.
23     Q   Yes.  After February of 2008, what position
24  did you take at Conopco?
25         Let me rephrase.

277

1      After you stopped being the egg buyer, what
2  did you do?
3      A   I may have bought, always purchasing
4  different commodities.  So I'm buying different
5  commodities.
6      Q   Could you give me an example of a commodity
7  you purchased after you stopped being the egg buyer?
8      A   So it could be vegetable oils.  It could be
9  sugar.  Flour.  Rice.
10     Q   But not eggs?
11     A   Not after handing out to Ernani Wood, no.
12     Q   And do you still currently work in the
13  supply procurement --
14     A   Yes.
15     Q   -- side of the business?
16         Do you recall what, what commodities you
17  were involved in purchasing in 2010?
18     A   It has to be vegetable oil.  A combination
19  of vegetable oil, maybe rice, maybe flour.  We had a
20  few stuff I bought, so one of those.
21         (Complaint and Demand for Jury Trial
22         marked as Daga Exhibit 39, as of this date.)
23  BY MR. SCHWINGLER:
24     Q   You've been handed what's been marked as
25  Exhibit 39, which is the complaint dated November 16,

278

1  2010, filed in Case No. 2:10-CV-06705-GP in the
2  Eastern District of Pennsylvania.  Are you familiar
3  with this document?
4      A   Looks like this is complaint.
5      Q   Have you ever read this document?
6      A   I've gone through some part of it, not all
7  of it.
8      Q   Have you gone through this specific version
9  of the complaint dated November 16, 2010?
10     A   I don't recall what version I've gone
11  through, but it's similar document.
12         MR. MURRAY:  We'll note for the record
13     there's been several amendments since this
14     document.
15         MR. SCHWINGLER:  Yes.
16     Q   Do you recall whether you reviewed this
17  complaint before it was filed?
18     A   I have gone over very briefly about the
19  nature of the complaint.
20     Q   Before, so before November 16, 2010, you
21  reviewed this document or a draft of it?
22     A   No.
23     Q   You did not?
24     A   No.
25     Q   You've reviewed it since then?

279

1      A   Correct.
2      Q   Okay.  Before November 16, 2010, did you
3  talk to anyone within Conopco about this complaint?
4      A   No.
5      Q   Any conversations you've had about this
6  lawsuit came after November 16, 2010?
7      A   After 2010?
8      Q   Yes.
9      A   Very recently with my internal counsel.
10     Q   So, for example, nobody came to you in fall
11  of 2010 or November of 2010 and asked you about the
12  egg products markets?
13     A   I don't recall.  People ask me questions
14  from time to time about things, about my experience.
15  It's quite possible people may have asked my opinion.
16  I do likewise in my current job to see what we need
17  from others.
18     Q   But you have no specific recollection of
19  discussing egg product markets with anyone in
20  connection with this complaint before it was filed?
21     A   No.
22         MR. MURRAY:  And in answering don't reveal
23     any communications you might have had with
24     lawyers either inside the company or outside the
25     company.

HIGHLY CONFIDENTIAL

Daga, Ramesh - Vol. II  March 13, 2014

8 (Pages 280 to 283)

## Page 280

1  THE WITNESS: Yeah.
2  THE VIDEOGRAPHER: That's all I've got.
3  MR. MURRAY: Okay. There's one -- does
4  anyone on the phone have any questions?
5  MR. MOODY: No. Thank you.
6  MR. MURRAY: There's one point I want to
7  clear up.
8  EXAMINATION BY
9  MR. MURRAY:
10  Q   During the first session, there was
11  confusion about the contractual status of the supply
12  agreements after the 2003 to 2006 supply agreement
13  ended. Do you recall that?
14  A   I do.
15  Q   And you were asked whether the next
16  multiyear supply agreement took place and you said you
17  weren't sure.
18  A   Correct.
19  Q   Okay. Did you have an opportunity between
20  the time those questions were asked and today to
21  investigate and, if you could, tell us what you've
22  learned about the next multiyear supply agreement.
23  A   Sure. So after our last 2006 contract
24  ended, expired 2006, we chose not to do a longer term
25  contract. We were on year-over-year contract for

## Page 281

1  approximately two years.
2  MR. SCHWINGLER: And this was with Michael
3  Foods?
4  MR. MURRAY: I'm still asking.
5  BY MR. MURRAY:
6  Q   And then at that point did you enter into a
7  multiyear supply agreement?
8  A   After that, after 2008, we entered into
9  multiyear contract.
10  Q   And who was that with?
11  A   With Michael's Food.
12  MR. MURRAY: Okay. I don't have any further
13  questions.
14  FURTHER EXAMINATION BY
15  MR. SCHWINGLER:
16  Q   Your year-over-year contracts that you just
17  referenced, were those with Michael Foods?
18  A   Among other suppliers. Plus other
19  suppliers.
20  Q   Are you familiar with what -- how the prices
21  for those contracts were determined?
22  A   From 2008, I have essentially handed over my
23  responsibility to Ernani Wood approximately around
24  February 2008, so I wasn't privy how the prices were
25  done afterwards.

## Page 282

1  MR. SCHWINGLER: I've got no other
2  questions.
3  MR. MURRAY: Thank you.
4  THE VIDEOGRAPHER: The time is 1:46 p.m.
5  MR. MURRAY: Okay. I want to just make a
6  statement that we designate the entire deposition
7  highly confidential under the protective order
8  and do not waive reading and signing.
9  (Whereupon, witness to read and sign.)
10  THE VIDEOGRAPHER: The time is 1:47 p.m. on
11  March 13, 2014, and this completes the video
12  deposition of Mr. Ramesh Daga.
13  (Whereupon, off the record.)
14  (Whereupon, videotaped deposition
15  adjourned 1:47 p.m.)

## Page 283

1  ACKNOWLEDGMENT OF DEPONENT
2
3  I, _____, do hereby
4  acknowledge that I have read and examined the
5  foregoing testimony, and the same is a true, correct
6  and complete transcription of the testimony given by
7  me, and any corrections appear on the attached Errata
8  Sheet signed by me.
9
10
11  _____        _____
12  (DATE)                      (SIGNATURE)

HIGHLY CONFIDENTIAL

Daga, Ramesh - Vol. II                                March 13, 2014

9 (Page 284)

```
                                284
  1              C E R T I F I C A T E
  2
  3
  4
  5      I, JOSEPHINE H. FASSETT, a Registered
  6  Professional Reporter, Certified Court Reporter, and
  7  Notary Public within and for the State of New York, do
  8  hereby certify that the witness, whose videotaped
  9  deposition is hereinbefore set forth, was first duly
 10  sworn by me on the date indicated, and that the
 11  foregoing videotaped deposition is a true and accurate
 12  record of the testimony given by such witness.
 13
 14      I FURTHER CERTIFY that I am not employed by
 15  nor related to any of the parties to this action by
 16  blood or marriage, and that I am in no way interested
 17  in the outcome of this matter.
 18
 19
 20      _____
 21      JOSEPHINE H. FASSETT, RPR, CCR
 22      NCRA License No. 32148
 23      CCR License No. 30XI00098400
 24      New York Notary Public
 25
```