# ATTACHMENT 16

HIGHLY CONFIDENTIAL

Brian Dowling                                    April 11, 2014

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:  PROCESSED EGG PRODUCTS          )  MDL NO. 2002

ANTITRUST LITIGATION                    )  08-md-02002

                        _____      )

THIS DOCUMENT RELATES TO:               )

   The Kroger Co. et al. v. United Egg  )

   Producers, Inc. et al.,              )

   No. 2:10-cv-06705 GP                 )

                                        )


HIGHLY CONFIDENTIAL


30(b)(6) DEPOSITION OF SAFEWAY, INC.

DESIGNEE:  BRIAN DOWLING

San Francisco, California

Friday, April 11, 2014


Reported by:

JANIS JENNINGS

CSR No. 3942, CLR, CCRR

HIGHLY CONFIDENTIAL

Brian Dowling                                              April 11, 2014

2 (Pages 2 to 5)

---

**2**

```
 1          IN THE UNITED STATES DISTRICT COURT
 2        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3
 4   IN RE:  PROCESSED EGG PRODUCTS    )  MDL NO. 2002
 5   ANTITRUST LITIGATION             )  08-md-02002
 6        _____ )
 7   THIS DOCUMENT RELATES TO:        )
 8     The Kroger Co. et al. v. United Egg  )
 9     Producers, Inc. et al.,        )
10     No. 2:10-cv-06705 GP           )
11                                    )
12
13
14          VIDEOTAPED DEPOSITION OF BRIAN DOWLING, taken
15   on behalf of the Defendants, at CROWELL & MORING, LLP,
16   275 Battery Street, 23rd Floor, San Francisco,
17   California, beginning at 9:10 a.m. on Friday,
18   April 11, 2014, before Janis Jennings, Certified
19   Shorthand Reporter No. 3942, CLR, CCRR.
20
21
22
23
24
25
```

**4**

```
 1   For Defendant Daybreak Foods, Inc.:
 2     PROSKAUER ROSE LLP
 3       BY:  ADRIAN FONTECILLA, ESQ.
 4       1001 Pennsylvania Avenue, NW
 5       Suite 400
 6       Washington, D.C.  20004
 7       202.416.5863
 8       afontecilla@proskauer.com
 9
10
11   For Defendant Cal Maine Foods:
12     GIBSON, DUNN & CRUTCHER, LLP
13       BY:  OLIVIA A. ADENDORFF  ESQ.
14       2100 McKinney Avenue
15       Dallas, Texas  75201-6912
16       214.698.3100
17       oadendorff@gibsondunn.com
18
19
20   Also Present:
21       FRANK QUIRARTE, Videographer
22
23
24
25
```

**3**

```
 1   APPEARANCES:
 2
 3   For Plaintiff Safeway, Inc.:
 4     KENNY NACHWALTER
 5       BY:  KEVIN J. MURRAY, ESQ.
 6       1100 Miami Center
 7       201 South Biscayne Boulevard
 8       Miami, Florida  33131-4327
 9       305.373.1000
10       kmurray@kennynachwalter.com
11
12
13   For Plaintiff Indirect Purchaser:
14     (Telephonic appearance)
15     MEREDITH & NARINE, LLC
16       BY:  KRISHNA B. NARINE, ESQ.
17       100 South Broad Street
18       Suite 905
19       Philadelphia, Pennsylvania 19110
20       215.564.5182
21       knarine@m-npartners.com
22
23
24
25
```

**5**

```
 1              I N D E X
 2
 3   WITNESS                      EXAMINATION
 4   30(b)(6) SAFEWAY, INC.
 5   DESIGNEE:  BRIAN DOWLING
 6
 7
 8   BY MR. FONTECILLA              15, 311
 9   BY MS. ADENDORFF                   251
10
11
12
13
14   QUESTIONS NOT ANSWERED BY DEPONENT
15
16     PAGE            LINE
17     100             7
18     101             11
19
20
21
22
23
24
25
```

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

3 (Pages 6 to 9)

6

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Defendants' Amended Notice of Deposition to Plaintiff Safeway, Inc. Pursuant to Fed.R.Civ.P. 30(b)(6) | 40 |
| Exhibit 2 | Handwritten notes | 44 |
| Exhibit 3 | Assignment and Ratification Agreement Regarding Antitrust Claims | 74 |
| Exhibit 4 | Email thread dated 3/29/06 from Brian Dowling; SFWEGED00048506 - 48508 | 76 |
| Exhibit 5 | Email thread dated 5/17/08 from Brian Dowling; SFWEGED00001134 | |
| Exhibit 6 | Email dated 6/4/08 from Megan Vincent w/attachment "Animal Welfare"; SFWEGED00024792 - 24795 | 85 |
| Exhibit 7 | Email thread dated 3/31/06 from Steve Weiffenbach; SFWEGED00024001 - 24003 | 101 |

7

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 8 | Memorandum dated 10/17/02 from Allie Steck; UE0156322 | 111 |
| Exhibit 9 | FMI Meeting Notes November 29, 2000 PETA; FMI-001209 - 1210 | 114 |
| Exhibit 10 | Fax dated 6/18/01 from Karen Brown Re: Experts conference Call Summary; FMI-001143 - 1152 | 128 |
| Exhibit 11 | Fax dated 7/2/01 from Karen Brown Re: Background for July 9 Meeting in Chicago; FMI-001129 - 1142 | 137 |
| Exhibit 12 | Memo dated 7/3/01 from Chuck Elste Subject: FMI Task Force on Animal Welfare Standards; UE0178685 - 178686 | 157 |
| Exhibit 13 | Global Animal Welfare Challenges: Various Perspectives A Marketplace Perspective; FMI-001714 - 1725 | 165 |

8

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 14 | Fax dated 8/13/01 from Karen Brown Re: Progress Update; FMI-001099 - 1117 | 178 |
| Exhibit 15 | Letter dated 10/17/01 From PETA to Steven Burd; PETA 31 - 37 | 184 |
| Exhibit 16 | Fax dated 11/26/01 from Karen Brown Re: Animal Welfare Program Update; FMI-001080 | 193 |
| Exhibit 17 | Copy of United Egg Producers Certified brochure; SFWEG00001945 - 1952 | 198 |
| Exhibit 18 | Letter dated 2/13/02 from PETA to Brian Dowling; PETA 20 - 21 | 203 |
| Exhibit 19 | Email thread dated 2/20/02 from lmarmer@kroger.com; FMI-002427 - 2429 | 212 |
| Exhibit 20 | Letter dated 3/14/02 from PETA to Brian Dowling; PETA 22 - 23 | 221 |

9

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 21 | Letter dated 5/10/02 from PETA to Brian Dowling; PETA 24 - 25 | 229 |
| Exhibit 22 | News release dated 5/15/2000 "PETA Calls Off Safeway Boycott"; FMI-000196 - 197 | 240 |
| Exhibit 23 | Dallas Morning News article dated 5/16/02 "PETA Ready to Exonerate Safeway"; CM00730871 - 730872 | 271 |
| Exhibit 24 | Letter dated 1/30/09 from Safeway, Inc.; SFWEGED00024897 - 24898 | 273 |
| Exhibit 25 | Email thread dated 3/31/09 from Cathy East; SFWEGED00039873 - 39875 | 279 |
| Exhibit 26 | Press release dated 4/18/01 "FMI Establishes Policy and Program to Address Animal Welfare"; KRGEG00020436 - 20437 | 281 |

HIGHLY CONFIDENTIAL

Brian Dowling                                April 11, 2014

4 (Pages 10 to 13)

---

10

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 27 | Press release dated 4/18/01 "FMI Establishes Policy and Program to Address Animal Welfare"; MFI0274907 - 274908 | 285 |
| Exhibit 28 | June 2002 Report FMI-NCCR Animal Welfare Program; CM00180840 - 180848 | 287 |
| Exhibit 29 | Article dated 3/4/02 www.feedstuffs.com "FMI, NCCR issue report aimed at uniform husbandry"; 5017398 - 5017399 | 291 |
| Exhibit 30 | Article "The Food Marketing Institute and the National Council of Chain Restaurants: Animal welfare and the retail food industry in the United States of America; CM00731181 - 731189 | 294 |
| Exhibit 31 | Article dated 6/2/02 "Kroger to follow animals standard"; CM00730889 - 730890 | 297 |

---

11

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 32 | Article dated 5/3/1/02 "Albertson's Applauds and Supports Animal Welfare Guidelines Developed by the Food Marketing Institute" | 299 |
| Exhibit 33 | Thomas Reuters article "Food stores' pact merits antitrust scrutiny, 9th Circuit finds" | 300 |
| Exhibit 34 | Letter dated 1/4/02 from UEP to Food Marketing Institute; FMI-000927 - 929 | 310 |
| Exhibit 35 | Letter dated 1/21/02 from UEP to Food Marketing Institute; FMI-000899 - 904 | 314 |
| Exhibit 36 | Letter dated 2/7/02 from UEP to Food Marketing Institute; FMI-000925 - 926 | 319 |
| Exhibit 37 | UEP Animal Husbandry Guidelines for U.S. Laying Flocks 2002 Edition; FMI-000171 - 186 | 332 |

---

12

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 38 | Letter dated 7/5/02 from PETA to Brian Dowling; PETA 27 - 28 | 338 |
| Exhibit 39 | Letter dated 7/12/02 from Brian Dowling to PETA; PETA 30 | 342 |
| Exhibit 40 | Letter dated 8/15/02 from Brian Dowling to PETA; PETA 29 | 352 |
| Exhibit 41 | Fax dated 8/16/02 from Karen Brown Re: Animal Welfare Update; FMI-001066 - 1077 | 359 |
| Exhibit 42 | Confidential Draft Animal Welfare Standards dated 12/12/00 Paul Bernish; FMI-000211 - 218 | 370 |
| Exhibit 43 | An Economic Perspective on the United Egg Producers' Animal Husbandry Guidelines for U.S. Egg Laying Flocks; NUCAL-08md2002-0000830 - 843 | 374 |

---

13

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 44 | Email dated 9/23/08 from Brian Dowling w/attachments; SFWEGED00049111 - 49115 | 377 |
| Exhibit 45 | Signed Acknowledgement and Consent dated 4/11/14 | 381 |

---

HIGHLY CONFIDENTIAL

Brian Dowling                                          April 11, 2014

5 (Pages 14 to 17)

---

**14**

1   SAN FRANCISCO, CALIFORNIA: FRIDAY, APRIL 11, 2014
2                9:10 A.M.
3
4        THE VIDEOGRAPHER:  Good morning, ladies and
5   gentlemen.  We are on the record.  The time is the
6   9:10 a.m.  I am Frank Quirarte from Henderson Legal
7   Services in Washington, D.C.  The phone number is
8   (202) 220-4158.
9        This is a matter pending before the
10  United States District Court for the Eastern
11  District of Pennsylvania in the case captioned,
12  In Re:  Egg Products Antitrust Litigation, Case
13  No. 2002-08-MD-02002.
14       This is the beginning of Tape No. 1, Volume
15  I in the deposition of Brian Dowling on April 11th,
16  2014.  We are located at 275 Battery Street in
17  San Francisco, California.  This deposition is being
18  taken on behalf of the defense.
19       At this time, will counsel and all present
20  please identify yourself for the record.
21       MR. FONTECILLA:  Good morning.  Adrian
22  Fontecilla with Proskauer Rose, LLP on behalf of
23  defendant, Daybreak Foods, Inc.
24       MS. ADENDORFF:  Olivia Adendorff of Gibson,
25  Dunn & Crutcher on behalf of defendant and

---

**15**

1   counterclaim plaintiffs, Cal-Maine Foods.
2        MR. MURRAY:  Kevin Murray from Kenny
3   Nachwalter on behalf of Safeway and the witness,
4   Mr. Dowling.
5        THE VIDEOGRAPHER:  Counsel on the phone?
6        MR. NARINE:  Krishna Narine on behalf of the
7   Indirect Purchaser plaintiffs.
8        THE VIDEOGRAPHER:  And, Court Reporter, will
9   you please swear in the witness.
10
11            BRIAN DOWLING,
12       The deponent herein, was sworn and
13       testified as follows:
14
15            EXAMINATION
16  BY MR. FONTECILLA:
17  Q.  Good morning, Mr. Dowling.
18  **A.  Good morning.**
19  Q.  Can you spell your full name for the record,
20  please.
21  **A.  Brian, B-r-i-a-n, Dowling, D-o-w-l-i-n-g.**
22  Q.  And have you ever gone by any other names or
23  aliases?
24  **A.  No.**
25  Q.  You understand that you're under oath today?

---

**16**

1   **A.  Yes.**
2   Q.  And do you understand that even though we're
3   here in a conference room, your testimony carries
4   the same weight as it would if you were in court?
5   **A.  Yes.**
6   Q.  Have you ever had your deposition taken
7   before?
8   **A.  No.**
9   Q.  So I want to go over a couple of ground
10  rules.  The first one is, is let's try not to talk
11  over each other today.  I'll let you finish your
12  answers, I just -- I would ask that you please let
13  me finish my questions.
14       Do you understand that?
15  **A.  Yes.**
16  Q.  And the second rule, which is very important
17  for the court reporter to get everything down is
18  that we're going to need verbal responses today, no
19  "uh-huhs" or nods of the heads, that's not going to
20  come through.
21       Do you understand that?
22  **A.  Yes.**
23  Q.  If you need a break, please let me know, but
24  I just ask that you answer any pending questions
25  before taking a break.

---

**17**

1        Do you understand that?
2   **A.  Yes.**
3   Q.  If you don't understand a question, let me
4   know and I'll rephrase it.  Is that okay?
5   **A.  Yes.**
6   Q.  But if you do answer the question, I'll
7   assume that you understood it.  Understood?
8   **A.  Yes.**
9   Q.  Your attorney may object from time to time
10  today, you still have to answer questions that are
11  pending unless your attorney instructs you not to.
12       Do you understand that?
13  **A.  Yes.**
14  Q.  Okay.  My questions today are going to focus
15  for the time period 1999 through 2008, unless I
16  otherwise indicate.
17       Do you understand that?
18  **A.  Yes.**
19  Q.  Is there anything medical or otherwise that
20  would prohibit you from giving truthful and accurate
21  testimony today?
22  **A.  No.**
23  Q.  Do you have any college or master's degrees?
24  **A.  I have an undergraduate degree and a
25  master's degree.**

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

6 (Pages 18 to 21)

---

18

1    Q.   And from which colleges and in what years
2  were those?
3    A.   My undergraduate degree I -- from Cal State
4  Hayward here in Northern California, 1978.  And I
5  have a master's degree in -- an MBA from St. Mary's
6  University in Moraga, California, and I received
7  that in 1992.
8    Q.   And when did you start working at Safeway?
9    A.   I worked for Safeway -- well, my -- in my
10  current position, in 1980.  Wrong.  Correction.
11  January 1979.
12         Prior to that, I spent time in the stores,
13  five years in the stores as a clerk when I was going
14  to college and high school and -- and then I left
15  the company, came back to the company in 1979.  So I
16  had about a two-year break in service, as they say
17  in our company.  But I've -- I've been with the
18  company almost my entire working life.
19    Q.   And starting in 1979, what was your position
20  when you came back to the company then?
21    A.   I was a -- the title was research writer in
22  the corporate communications department.
23    Q.   And until when were you in that position?
24    A.   I was in that position from 1979 to 1985.
25  And then from going to -- from 1985 -- I -- I moved

---

19

1  from our corporate headquarters, which was located
2  in Oakland, to our Dallas division office as public
3  affairs manager for our Dallas operation and
4  government relations manager for our Texas division.
5  In Texas, we had three divisions in Texas at the
6  time, and so I -- I was there from '85 to '87 and
7  left there in April of '87.
8    Q.   And in what position did you move to in
9  April '87?
10    A.   I went to the Safeway's eastern division as
11  public affairs manager, which was located in the
12  Maryland area, Landover, Maryland.
13    Q.   And until when did you have that position?
14    A.   I had that position until 1989, and I went
15  to -- I moved back to Safeway's corporate
16  headquarters as corporate public affairs department
17  manager in February of 1989.
18    Q.   And until when did you have that position?
19    A.   Until I -- until it's -- until February of
20  1995.
21    Q.   And in February of 1995, what was the new
22  position that you took?
23    A.   I moved -- moved back to the eastern
24  division of Safeway and managed public affairs for
25  the eastern division again, but also managed the

---

20

1  Washington, D.C. office of Safeway as well.
2    Q.   Did you have a -- a title that was specific
3  to the Washington, D.C. office?
4    A.   I -- I -- my title was, at the time,
5  director of public affairs and government relations.
6    Q.   And how long were you in that position?
7    A.   Until 1997.  And from there, I moved to
8  Southern California.  When Safeway acquired Vons, I
9  moved to Southern California as director of public
10  affairs at Vons, a division of Safeway, in -- I may
11  have -- may be off by a month or so here, but, like,
12  February of -- of 1997.
13    Q.   And until when were you in that position?
14    A.   I was in that position until December of
15  1998, and from there, moved corporate -- to
16  Safeway's corporate office into my current position
17  as vice president of public affairs.
18    Q.   And since 1998, you've had the same position
19  and title that you have now?
20    A.   Yes, that's right.  My responsibilities have
21  changed slightly -- or, I mean, for a period of time
22  I had government relations responsibility and media
23  relations responsibility and then the job changed.
24         I now -- and -- and I'm going to say the
25  job changed probably in, oh, gosh, 2003 where I

---

21

1  managed media relations, community relations,
2  external affairs, but from the time that I've been
3  there since 1998, I've managed, you know, external
4  affairs in all interactions with the media, outside
5  organizations, that sort of thing.
6    Q.   And before the job that you're in now
7  changed in 2003, as you describe it, what were your
8  roles and responsibilities since 1998?
9    A.   Managing media relations, dealing with press
10  inquiries from news media for a period of time,
11  between 1998 and 2003, I also had government
12  relations, so all of our activities at the state
13  level and at the federal level as well and managed
14  the activities of -- of that.  And then in 2003, we
15  sort of broke that off and it was -- became sort of
16  separate, still part of the public affairs
17  government relations function, but I didn't manage
18  it after 2003.
19    Q.   And in your current position as vice
20  president of public affairs, what has been your
21  roles and responsibilities specific to animal
22  welfare issues?
23    A.   Well, I mean, I think, you know, managing,
24  you know, our interactions with groups, external
25  groups, activist groups that have an interest in

---

HIGHLY CONFIDENTIAL

Brian Dowling                                              April 11, 2014

7 (Pages 22 to 25)

22

1  the -- in the issue, dealing with press inquiries
2  that come on the issue. You know, I -- I am, you
3  know, the guy who deals with outside groups that
4  have an interest in our business, stakeholders in
5  whatever form, I -- I manage those relationships,
6  deal with those relationships as they come up.
7      Q. And other than dealing with press inquiries
8  and communications with external groups and activist
9  groups with respect to animal welfare issues, are
10  there any role -- other roles and responsibilities
11  that you handle as vice president of public affairs?
12      A. I think I would describe my role as bringing
13  the various parties within the company together
14  to -- to sort of deal with the issues as they arise,
15  you know, and, you know, helping manage that.
16      Q. And when you say "various parties within the
17  company," who are you referring to?
18      A. You know, the people with responsibility for
19  marketing, merchandising, buying various species,
20  pork, you know, poultry, beef, and as these issues
21  have arisen and, you know, interacting with them,
22  gathering the facts on what we're doing, what we're
23  not doing, what positions we might want to take or
24  what should be positions we should be taking on
25  animal welfare issues. You know, I -- I, at one

23

1  point, describe myself as sort of the -- the
2  convener in some of these issues, but that's not
3  necessarily the case, only with animal welfare.
4      I mean, we -- we are dealing, you know, as
5  you might imagine during the course of a year with
6  hundreds of different issues and a broad range of
7  subject matter and the public affairs function
8  performs sort of the same function as it relates to,
9  you know, Greenpeace and their interest in seafood
10  or the farm workers as it relates to issues on -- on
11  the produce side of our business, you know,
12  interacting with our labor communications teams as
13  it relates to the unions representing our companies.
14  Public affairs is often in the position where you're
15  bringing people together to sort of discuss the
16  issue and develop a position, you know. That's, I
17  guess, the best way I would describe our role.
18      Q. And focusing specifically on animal welfare
19  issues.
20      A. Right.
21      Q. How -- can you describe your interactions
22  with these other groups within Safeway, and
23  specifically, your roles as to convening them as
24  you've described it.
25      A. Well, I mean, for instance, on , you know,

24

1  the issue of that -- that gets raised by the
2  activist groups, gestation stalls in the pork
3  industry, I would, you know, often times the first
4  point of contact by an activist group would be me.
5  And what I would often do early on in some of these
6  interactions would be to contact folks responsible,
7  have got responsibility for the buying function, the
8  merchandising, and the marketing function, and say,
9  here's the issue being raised. What's our -- what
10  are we doing? In some cases, we might have -- I
11  might have contact with folks on the manufacturing
12  side of our business. In some cases, I'd have also
13  interaction with -- with our trade association folks
14  as well.
15      But I would -- again, I'll just stick to, I
16  think your question is about our own internal folks.
17  I would often go to them and say, this is the
18  question being raised, sort of help me understand,
19  you know, what -- you know, what -- how we should be
20  responding or not. I mean, is this an issue that we
21  should be concerned about? And, you know, the
22  people who manage that side of the business
23  typically have a lot of experience, a lot more
24  experience. They're the experts. And so I, more
25  often than not, am relying on them to guide me.

25

1      Q. And --
2      A. And guide the company.
3      Q. Excuse me, I didn't mean to interrupt.
4      A. That's all right.
5      Q. Between 1998 and the present, who at Safeway
6  has the responsibility of deciding or approving
7  Safeway's policies with respect to animal welfare
8  issues?
9      A. It's -- it's not any one individual. It's a
10  team of people that over time have had input on,
11  including members of the management team, but
12  it's -- it's a -- there's a core group of folks,
13  myself, people I think you've talked to, Cathy East
14  on -- in our Denver buying office as it relates to
15  issues related to pork and meat, you've talked to
16  Ginni Littlefield who does our audits. There's
17  another gentlemen that they work for, a guy named
18  Jim Sheeran who also has input on these issues as
19  well. And -- and it's that team that makes
20  recommendations or has made recommendations, had
21  discussions over an extended period of time, you
22  know, with members of the management team as we, you
23  know, take -- especially when we've taken public
24  positions on issues.
25      Q. When you reference the management team at

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

8 (Pages 26 to 29)

26

1    Safeway, are you including yourself?
2        A.   Yes.
3        Q.   And who else is included on the management
4    team?
5        A.   Well, the management team of the company,
6    you know, is, you know, the people I report up
7    through.  I would -- would consult with them, you
8    know, keep them informed.
9        Q.   And who specifically are you referring to
10   from the time period of 1998 through today?
11       MR. MURRAY:  Objection.  Overly broad.
12       If you can answer, you can, but...
13       THE WITNESS:  So you're -- you're -- you're
14   asking for specific names of people who I would have
15   interacted with on the issue.
16   BY MR. FONTECILLA:
17       Q.   So we were talking about animal welfare
18   issues.
19       A.   Yes.
20       Q.   And I'm just trying to understand, who has
21   the responsibility or who is involved in approving
22   animal welfare policies that Safeway adopts, and you
23   mentioned that a core group of folks, including
24   Miss East and some others, makes recommendations to
25   you and the management team; is that correct?

27

1        A.   That's correct.
2        Q.   And I'm trying to understand who considers
3    the recommendation in addition to yourself.
4        A.   I would -- it would go all the way up
5    through our senior VP of public affairs, our
6    executive vice president as well.
7        Q.   And other than the senior VP of public
8    affairs and the executive vice president and
9    yourself, who else would be involved in evaluating
10   or approving an animal welfare policy that was
11   recommended by the Safeway team?
12       A.   That would largely be it.  There -- there
13   may have been -- again, during that period of time,
14   other senior vice presidents, you know, here and
15   there on the marketing side of the business that
16   would have been aware, looped in, had discussions
17   with -- with us about positions we were taking.
18       Q.   And do you recall specifically discussions
19   since 1998 through today about positions that
20   Safeway was considering taking with respect to the
21   animal welfare policies as they applied to egg
22   suppliers?
23       A.   I -- I don't have clear recognition -- I
24   don't have a clear recall on exactly in, again,
25   we're talking about a long time ago, as to exactly

28

1    sort of who in that timeframe.  So, again, 1990 --
2    let me just refer back 1998 to 2008, during that --
3        Q.   Sure.  Let's start in 1998.
4        A.   Maybe I'll ask you to rephrase the question
5    so I can be clear in my answer.
6        Q.   Sure.  Starting in 1998, when was the first
7    time that Safeway considered a position with respect
8    to animal welfare issues as to egg suppliers?
9        A.   Probably in, I'm going to say 2002, in that
10   timeframe.
11       Q.   And what was the position that Safeway was
12   considering in 2002?
13       A.   We were -- I -- I think -- again, it's --
14   it's a long time ago.  We had been -- I guess at --
15   at that point in 2002, we were -- we had had
16   interaction with the Food Marketing Institute in
17   Washington, D.C.  The industry had asked them to
18   bring together some experts on the issue and, you
19   know, and -- and there were guidelines that were
20   developed, you know, by FMI after they brought in
21   and consulted with experts across the various
22   species production groups, pork, meat, poultry.
23       And it was at that point -- it was probably
24   at that point then when we were looking at examining
25   the FMI guidelines where there was specific

29

1    reference to poultry where we first came across the
2    issue and when we first, you know, publicly
3    indicated that we would be following the FMI
4    guidelines.  That would be my best recollection.
5        Q.   So my question was actually much more
6    narrow.
7        A.   Yeah.
8        Q.   What is the specific position in 2002 that
9    Safeway was considering adopting as it relates to
10   animal welfare issues to egg suppliers?
11       A.   I -- I can't recall.  I'd have to -- my --
12   my general recollection was that we wanted our
13   suppliers to follow the guidelines as outlined and
14   that we're -- we're -- that as FMI pulled together
15   guidelines on the humane treatment of -- of egg
16   laying hens, cage space, forced molting, policies
17   regarding debeaking.  It was -- it was those
18   policies that we were looking at and considering.
19       Q.   And prior to the consideration in 2002 by
20   Safeway of this position, had Safeway ever discussed
21   internally, to the best of your knowledge, any
22   potential position as to animal welfare issues for
23   its egg suppliers?
24       A.   No, not -- not -- no, not that I can recall.
25       Q.   And other than the consideration in 2002 of

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

9 (Pages 30 to 33)

### 30

1  a position as to animal welfare issues to egg
2  suppliers, when was the next time that Safeway
3  considered another position as to its animal welfare
4  issues to egg suppliers?
5      A.  Well, I -- I guess the way I would frame is
6  that -- that over time it evolved.  But the next --
7  to the best of my recollection the next time we
8  publicly enunciated a position as it related to --
9  to eggs was in 2008.
10     Q.  And what was the position that Safeway was
11  considering in 2008?
12     A.  We -- well, again, it was -- it was there
13  were three pieces; there was one related to
14  controlled atmosphere stunning and poultry, there
15  was one related to gestation stalls, and in both
16  cases, we had specifically said that we were going
17  to be expressing a buying preference for -- for
18  those suppliers who were moving in the direction --
19  moving in -- in the direction away from gestation
20  stalls toward controlled atmosphere stunning in
21  poultry and turkey.  And with -- with -- with eggs,
22  we had expressed a position that we were looking for
23  opportunities to purchase a greater quantity of
24  cage-free eggs, that was the position.  If I had it
25  in front of me, I could be clearer about it.

### 31

1      Q.  So focusing -- excuse me.
2      A.  But their -- and excuse me.  There was -- as
3  I recall, and it -- I -- you know, if I -- there
4  was -- there was a piece of that as it related to --
5  broadly as it related to -- to cage space and -- and
6  it was not just cage-free eggs, but there were --
7  there was another element to that, that if I had it
8  in front of me, I would be clearer.
9      Q.  And in 2002, you mentioned that Safeway was
10  considering a position with regards to animal
11  welfare standards as it applied to its egg supplier;
12  correct?
13     A.  That's right.
14     Q.  And specifically, Safeway was considering a
15  position regarding the animal welfare standards that
16  applied to suppliers of caged egg laying hens, eggs
17  produced by caged egg laying hens.
18     A.  Right.
19     Q.  And who was involved at Safeway in
20  considering that position in 2002?
21     A.  Let me -- let me think for a moment.  The --
22  let me just sort of, there were members of our
23  buying team, and I'm having difficulty sort of
24  recalling exactly who it was at the time that we
25  were, but it was members of our buying team that

### 32

1  were involved in that, in that decision-making,
2  buying and merchandising team.
3      Q.  Do you remember any names at all?
4      A.  You know, I -- I'm not recalling.  This --
5  you're asking about in 2002.  Yeah.  In 2002, you
6  know, in 2008, we came out with a very specific set
7  of, you know, goals that we were looking for.  In
8  2000 -- excuse me, in 2008.  In 2002, you know, it
9  was sort of very early stage.  We were still trying
10  to feel our way around the old issue of animal
11  welfare.
12         MR. FONTECILLA:  Move to strike as
13  nonresponsive.
14         MR. MURRAY:  Opposed.  Opposed.
15  BY MR. FONTECILLA:
16     Q.  Mr. Dowling, this is going to go a lot
17  quicker if you answer the specific questions that I
18  ask.
19         MR. MURRAY:  I -- you're not here to
20  instruct my client.  You can ask questions and he
21  can answer them, but please do not give instructions
22  to my client on anything.
23  BY MR. FONTECILLA:
24     Q.  Mr. Dowling, like I said, this will go a lot
25  quicker --

### 33

1          MR. MURRAY:  This isn't a question.
2  BY MR. FONTECILLA:
3      Q.  -- if you --
4          MR. MURRAY:  I object.  You can ask a
5  question.  You cannot give him instructions.  Please
6  don't do that.  Please don't do that.  It's
7  improper.
8          MR. FONTECILLA:  Counsel --
9          MR. MURRAY:  Ask a question.
10         MR. FONTECILLA:  Counsel, lower your tone.
11         MR. MURRAY:  I'm not -- I'm not --
12         MR. FONTECILLA:  And let me finish my
13  question, please.
14         MR. MURRAY:  Okay.  You can -- you can ask a
15  question.
16         MR. FONTECILLA:  Before you interrupt me.
17         MR. MURRAY:  And stop raising your tone to
18  me, please.
19  BY MR. FONTECILLA:
20     Q.  Mr. Dowling, my specific question is:  Do
21  you remember any names of anyone who was involved in
22  considering the position that Safeway was
23  considering with respect to animal welfare issues in
24  2002 as it relates to egg suppliers?
25     A.  No, I don't.

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

10 (Pages 34 to 37)

---

34

1    Q.   Other than members of the buying team, do
2 you recall whether anyone else at Safeway was
3 involved in considering a position for animal
4 welfare issues for its egg suppliers?
5    **A.   Could you repeat the question?  I'm sorry.**
6    Q.   Absolutely.  Other than -- you mentioned in
7 2002, that Safeway was considering a position as it
8 related to animal welfare standards that applied to
9 the suppliers of eggs for caged egg laying hens; is
10 that right?
11    **A.   Right.  Correct.**
12    Q.   And you mentioned that members of the buying
13 team were involved; is that right?
14    **A.   That's correct.**
15    Q.   And you were involved; right?
16    **A.   Yes.**
17    Q.   Was anyone else at Safeway involved?
18    **A.   Yes, but I'm not recalling exactly who.**
19    Q.   And you mentioned earlier that members of
20 the management team sometimes took recommendations
21 proposed by members of the buying team; is that
22 right?
23    **A.   That's correct.**
24    Q.   Which members of the management team in
25 2002, to the best of your knowledge, received or

---

35

1 considered a recommendation as to animal welfare
2 issues as it applied to egg suppliers?
3    **A.   You know, at that time, it would have been**
4 **largely an executive vice president, probably at**
5 **that level is as high as it would have gone.**
6    Q.   And who was the executive vice president of
7 Safeway at that time?
8    **A.   I -- Larree Renda.**
9    Q.   Do you know if Larree Renda had any
10 involvement in considering the animal welfare
11 position that Safeway was considering as it applied
12 to egg suppliers in 2002?
13    **A.   She had minimal involvement.**
14    Q.   How do you spell her last name?
15    **A.   R-e-n-d-a.**
16    Q.   And other than Miss Renda and yourself, are
17 there any other members of the management team, to
18 the best of your knowledge, had involvement in
19 considering the animal welfare position in 2002 that
20 we've been discussing?
21    **A.   I'm -- I'm not recalling specifically who.**
22    Q.   And do you remember --
23    **A.   The --**
24    Q.   Go ahead.
25    MR. MURRAY:  Don't cut him off.  You can

---

36

1 answer.
2        THE WITNESS:  No, I think -- I think because
3 in 2002, again, it was -- we were -- we were early
4 stage in trying to figure out our position on some
5 of these issues.  I mean, as a company.  You know, I
6 was managing inquiries from activists, we were
7 trying to sort of gauge where we should be as a
8 company, and, you know, there -- there wasn't this
9 sort of concentrated effort saying -- just sort of,
10 okay, what are we going to do on -- on these very --
11 you know, we were relying, to a large degree at that
12 stage, on guidance that we were getting from FMI.
13        We were in the early stage of having some
14 interaction with some animal welfare scientists and
15 trying to sort of figure out, you know, where we
16 should be.  It -- it was, you know -- so we -- we
17 hadn't -- it wasn't fully formed, and -- you know,
18 and that was -- that's why I'm having a little
19 difficulty, so...
20 BY MR. FONTECILLA:
21    Q.   Sure.  And I appreciate your trying to
22 recall back to 2002.
23    **A.   Sure.  Sure.**
24    Q.   And I understand that that's a long time
25 ago.

---

37

1    **A.   Sure.**
2    Q.   Now, what I'm trying to start with is when
3 you say "we were considering it, we were just
4 getting started," who are the "we" within Safeway
5 that was considering this position and working with
6 FMI?
7        So my question that I asked is:  Other than
8 Miss Renda and yourself at Safeway in 2002, who else
9 was involved in considering the animal welfare
10 position that Safeway was considering adopting for
11 its egg suppliers?
12    **A.   It was heavily me.  I mean, it was -- it was**
13 **me, me, and me on -- on a lot of these issues, but**
14 **with consultation with -- with experts.  Again, it**
15 **wasn't just eggs.  I mean, you know, eggs is --**
16 **is -- it was, to a degree, a small part of it.  It**
17 **was other species as well.**
18    Q.   Okay.
19    **A.   And there were -- there were -- at the time**
20 **on the meat side, there was a gentleman named Rory**
21 **Frink, who -- who's left the company.  He and I**
22 **worked a lot together trying to figure out the meat**
23 **side, the slaughter side, you know, and trying to**
24 **sort of figure out where as a company we should be**
25 **and what we should be saying and what we should be**

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

11 (Pages 38 to 41)

---

38

1 doing publicly on these issues.
2 Q. Is your testimony today that the only people
3 at Safeway, to the best of your knowledge, that had
4 involvement in 2002 in considering the animal
5 welfare issues that Safeway was going to adopt with
6 respect to its egg suppliers, members of the buying
7 team, Miss Renda, and yourself?
8 A. No. There were -- again, there was a
9 gentleman named Rory Frink.
10 Q. As to eggs specifically?
11 A. Not -- not eggs, it was meat.
12 Q. And my question is directed to --
13 A. I know. I understand. I understand. I'll
14 have to search my memory harder for who with eggs,
15 because eggs was not the big issue. You know, it
16 was -- it was there were meat issues, there were
17 poultry issues, there were -- you know, there were
18 pork issues that we were trying to figure out as
19 well.
20 Q. Do you recall the Shameway campaign?
21 A. I do.
22 Q. Would you characterize it as a big issue for
23 Safeway?
24 MR. MURRAY: Object to the form of the
25 question. Vague. You can answer.

---

40

1 in considering the policy in 2002, you said no.
2 But is there anyone else at Safeway who was
3 involved in considering the egg-specific animal
4 welfare policy that Safeway was going to adopt in
5 around 2002, other than members of the buying team,
6 whose names you can't remember, Miss Renda, and
7 yourself?
8 A. Not that I can recall. But you may help jog
9 my memory on some.
10 (Exhibit 1 was marked for identification
11 and attached hereto.)
12 BY MR. FONTECILLA:
13 Q. I've handed you, Mr. Dowling, what's been
14 marked as Exhibit 1.
15 A. Okay.
16 Q. Do you recognize this document?
17 A. I do. Well, yes.
18 Q. And how do you recognize this document?
19 A. Let me just, I'm sorry. Let me...
20 I was thinking this was something else. I
21 was thinking this was sort of the notice of
22 deposition for -- for me, but I guess not.
23 Q. So if I could direct your attention to page
24 8.
25 A. Sure.

---

39

1 THE WITNESS: I'm sorry.
2 MR. MURRAY: I objected on the basis of
3 vagueness.
4 BY MR. FONTECILLA:
5 Q. You can answer.
6 A. Frame the question again one more time.
7 Q. Would you characterize the Shameway campaign
8 as a big issue for Safeway at that time?
9 MR. MURRAY: Same objection.
10 THE WITNESS: I -- it was an issue. I mean,
11 I think -- it wasn't -- it wasn't the overriding
12 issue at the time. It was -- you know, we deal with
13 it as a grocery company, a grocery company serving
14 hundreds of communities, it was one of many issues.
15 But it was an issue, sure.
16 We were trying to figure out what -- I'm --
17 I'm in the business of managing the company's
18 reputation. We were not eager to have some outside
19 group, you know, out there, you know, in front of
20 our stores or on websites talking about our company
21 and calling it Shameway, and so we were -- yeah, so
22 it was an issue, but one of many.
23 BY MR. FONTECILLA:
24 Q. So you stated when I asked if it was just
25 Miss Renda, the buying team, and yourself involved

---

41

1 Q. Do you see a section on page 8 titled
2 "Deposition Topics"?
3 A. Okay.
4 Q. Does this refresh your recollection as to
5 whether you recognize this document?
6 A. It -- it does not. I mean, I...
7 Q. Have you ever seen this document before?
8 A. I don't recall seeing it.
9 Q. Do you understand --
10 MR. MURRAY: Go through the whole thing.
11 THE WITNESS: Okay.
12 MR. MURRAY: Take your time.
13 THE WITNESS: I -- I don't recall seeing
14 this.
15 MR. MURRAY: Look through the whole thing.
16 THE WITNESS: Okay. All right.
17 Okay. Yeah. This is -- oh, 19 -- yeah, 19,
18 20, 22. Yeah. Okay. Yes, I have seen this
19 section. Yes.
20 BY MR. FONTECILLA:
21 Q. Have you seen this entire -- have you seen
22 this entire document before or just portions of it?
23 A. The -- the -- I've seen the entire document
24 and I -- I was focused on certain, I think it was 18
25 through 22 in particular.

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

12 (Pages 42 to 45)

---

42

1     Q.   And you're referring to Topics 18 through 22
2   listed on pages 13 and 14.
3     **A.   Right.**
4     Q.   Do you -- please, finish reviewing the rest
5   of the document.
6         MR. MURRAY:   And for the record, we are
7   designating Mr. Dowling as the corporate
8   representative for the 30(b)(6) on Topics 1E.
9         THE WITNESS:   Yeah.  Right.  Sorry.
10        MR. MURRAY:   Portions of 18, 19, 20, and 21
11  as they relate to contacts with outside entities; 18
12  and 19 and 20 as they relate to outside entities;
13  and the same with 21 and 22 for its entirety.
14        MR. FONTECILLA:   For the record --
15        MR. MURRAY:   Those are the only topics that
16  he's a corporate representative on; otherwise, he's
17  testifying as a fact witness in his own capacity.
18        MR. FONTECILLA:   For the record, we object
19  the designating a 30(b)(6) witness for certain
20  topics in the middle of his deposition is improper
21  and the time to do that was before the deposition,
22  and we reserve all rights to seek any available
23  remedies and hold this deposition open.
24        MR. MURRAY:   We -- we told you what he was
25  going to be on, you didn't ask him in the beginning.

---

43

1   You were getting his background information.  And it
2   was -- there's nothing wrong with doing it now when
3   you start focusing in on topics after you talked
4   about his background.
5   BY MR. FONTECILLA:
6     Q.   Mr. Dowling, do you understand that you are
7   here today to testify on -- as the corporate
8   designee for Safeway Inc.?
9     **A.   Yes, I do.**
10    Q.   And as to which topics in Exhibit 1 are you
11  prepared to testify as the corporate designee for
12  Safeway Inc.?
13    **A.   Specifically, again, I'm just -- 18, 19.  Do**
14  **you want to read through this or -- 20, 21, and 22.**
15    Q.   So going forward, will you understand today
16  that when I say "you," I mean Safeway Inc. when I'm
17  asking questions related to those topics?
18    **A.   Yes.**
19    Q.   And if you answer questions in that regard,
20  I will understand it to mean that you were
21  testifying on behalf of Safeway.  Is that okay?
22    **A.   Yes.**
23        MR. MURRAY:   And, again, it's only the
24  aspects of those because Virginia Littlefield is --
25  was already the corporate representative for --

---

44

1         MR. FONTECILLA:   Counsel, it's -- it's
2   improper to be designating aspects, quote/unquote,
3   of different topics that you're designating this
4   witness in the middle of his deposition.  I'll
5   proceed as he is testifying to these topics as the
6   corporate designee --
7         MR. MURRAY:   We stated this during
8   Miss Littlefield's deposition as well, which we'll
9   incorporate by reference.  But his aspect of it, as
10  I stated then, was the interaction with the outside
11  influences to the company.
12  BY MR. FONTECILLA:
13    Q.   Mr. Dowling, what did you do to prepare to
14  testify on behalf of the company today as to the
15  topics that you've indicated?
16    **A.   And I have a list of things that I --**
17        MR. MURRAY:   You can refer to that.
18        THE WITNESS:   Can I refer to this?
19        MR. FONTECILLA:   Do you mind handing me that
20  document that you're referring to?
21        THE WITNESS:   Sure.
22        MR. FONTECILLA:   I'm going to mark this as
23  Exhibit 2.
24        THE WITNESS:   Yeah.
25        (Exhibit 2 was marked for identification

---

45

1         and attached hereto.)
2         MR. MURRAY:   Then let's go off the record
3   and please make a copy of it for me so I have it
4   while he's going under testimony about it.
5         MR. FONTECILLA:   Okay.  Let's go off the
6   record.
7         THE VIDEOGRAPHER:   Going off the record.
8   The time is 9:40 a.m.
9         (Off the record.)
10        THE VIDEOGRAPHER:   We're back on the record.
11  The time is 9:52 a.m.
12  BY MR. FONTECILLA:
13    Q.   Mr. Dowling, you have in front of you
14  Exhibit 2.  These are your handwritten notes;
15  correct?
16    **A.   Yes.**
17    Q.   This is a document you prepared in
18  preparation for today's deposition; correct?
19    **A.   Yes.**
20    Q.   And you prepared it to help remind you of
21  what you did to prepare for the deposition; is that
22  right?
23    **A.   Yes.**
24    Q.   And at the top right it says, 1E, 18, 19,
25  20, 21, and 22; right?

---

HIGHLY CONFIDENTIAL

Brian Dowling                                                    April 11, 2014

13 (Pages 46 to 49)

---

46

1    A.   That's right, yeah.
2    Q.   It doesn't say the word "aspects of it,"
3  does it?
4    A.   No.
5    Q.   Okay.  And then on the left, it says,
6  "Complaint" and "Deposition Notice."  And what does
7  the third item say?  Sorry, your handwriting --
8    A.   Sorry, "Ginni."  I read the deposition of
9  Ginni Littlefield's deposition.
10   Q.   You read Miss Virginia Littlefield's --
11   A.   Transcript.
12   Q.   -- entire deposition transcript?
13   A.   Yes.
14   Q.   Was there anything in her deposition
15 transcript that you disagreed with?
16   A.   No.
17   Q.   Was there anything in --
18   A.   That I recall.
19   Q.   Was there anything that you read in
20 Miss Littlefield's deposition transcript that was
21 inaccurate?
22   A.   Not that I recall.
23   Q.   And what does the fourth item on your
24 handwritten notes in Exhibit 2 say?
25   A.   "Safeway press releases."

---

47

1    Q.   Does that mean you -- I'm sorry.
2    A.   No.  Safeway press releases as it relates to
3  animal welfare.
4    Q.   And which Safeway press releases -- did you
5  review Safeway press releases in preparation for
6  today's deposition?
7    A.   I did.
8    Q.   And how many did you review?
9    A.   Primarily, two.
10   Q.   And which ones were those?
11   A.   2008, our announcement on the three issues,
12 and then a more recent press release as it related
13 to gestation stalls and our sort of further position
14 on that subject.
15   Q.   Did that one have anything to do with eggs?
16   A.   No.
17   Q.   And then the next item says "Communications
18 with PETA and HSUS."
19       What is that referring to?
20   A.   Email communication with PETA and HSUS.
21   Q.   How many emails with PETA and HSUS did you
22 review in preparation for your deposition today, if
23 any?
24   A.   I -- I couldn't tell you for sure.
25   Q.   Do you recall what the substance of those

---

48

1  communications were or what the time period was?
2    A.   It would have been this time period from,
3  you know, from -- I'm going to say, you know, the
4  early 2000s to present.
5    Q.   And the next item says "Communications with
6  Safeway, FMI"; is that right?
7    A.   Yes.  Right.
8    Q.   Do you remember the substance or date ranges
9  of the emails between Safeway and FMI that you
10 reviewed in preparation for your deposition today?
11   A.   Those would have been in the 2002, 2001 --
12 excuse me, 2001, 2002, 2003 timeframe.
13   Q.   And the next item is "Animal Welfare
14 Committee Agendas"; right?
15   A.   Yes.
16   Q.   And that's referring to Safeway's Animal
17 Welfare Committee formed in 2006; right?
18   A.   That's correct.
19   Q.   And there's been four of those meetings;
20 right?
21   A.   That is correct.
22   Q.   And you reviewed all four agendas?
23   A.   I did not review all four agendas.  I
24 reviewed probably two of the agendas, actually, that
25 I had record of.

---

49

1    Q.   Did any of the -- the agendas that you
2  reviewed discuss or reflect consideration of the UEP
3  guidelines?
4    A.   Not specifically on the agenda itself, but
5  we had discussions at those meetings as it related
6  to eggs and UEP and animal welfare and eggs.
7    Q.   And at which meetings was UEP discussed and
8  specifically meetings of the animal welfare
9  committee?
10   A.   My best recollection is that we've had
11 discussions at each of the meetings generally on
12 eggs.  The -- it was the first two meetings in 2006.
13       We also had a meeting in 2007 where we had
14 some discussion about eggs and UEP guidelines,
15 but -- but primarily more -- I think what I -- I
16 just want to clarify, these earlier meetings, it was
17 pretty broad.  It -- it was not so much UEP, should
18 we, shouldn't we, what should we do.  It was more
19 sort of the broader issue of -- of eggs and animal
20 welfare and having our various scientists sort of
21 provide us with their input and their guidance on
22 those issues.  The meetings were, especially these
23 early meetings where we were talking about eggs, but
24 we were also talking about controlled atmosphere
25 stunning as it related to poultry and other things,

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

14 (Pages 50 to 53)

---

50

1 were -- were sort of, no -- no pun intended, free
2 ranging.
3          I mean, if you've been around people like
4 Temple Grandin it's -- it's almost stream of
5 consciousness, but we had some discussion about
6 eggs, but in those meetings, it was just one element
7 of the discussions.
8     Q.  And what aspects of eggs were discussed at
9 these meetings?  And let's take them one by one.
10     A.  Sure.
11     Q.  Let's start with the first one in 2006.
12 What aspects of eggs were discussed in the meetings?
13     A.  Battery cages, cage space.
14     Q.  And what specifically was discussed at the
15 meetings with respect to battery cages?
16     A.  You know, it -- is there -- you know, we, as
17 a company, were asking the scientists for their
18 guidance on -- is there an issue, we're being -- we
19 were -- we were saying to them, we're being told by
20 the -- the activists, in particular, that there's an
21 issue as it relates to cage space, is that something
22 that we should be concerned about as a company?  Is
23 there an issue there?
24          And -- and it was -- it was them, the
25 scientists, that are guiding us and sort of telling

---

51

1 us, you know, yeah, there's an issue, there's a
2 space issue, you know, and it was -- that's the way
3 those discussions went.
4     Q.  In 2006, what issues related to cage space
5 were the scientists raising with the committee that
6 you're referring to?
7     A.  That there is a -- an issue as it related
8 to cage space that needs to be addressed by the
9 industry.
10     Q.  And what was the issue in 2006?
11     A.  There -- there should be more space given to
12 the animal.  I mean, it was -- I mean, again, I'll
13 just -- I don't mean to -- we were, me in
14 particular, were pretty unsophisticated as it
15 related, even at that stage, you know, we were --
16 even -- even though it's 2006, you know, we -- we
17 were trying to feel our way around even at that
18 stage on some of these issues.
19          But, again, eggs was one of them, but there
20 were others that we were sort of dealing with that
21 were sort of bigger at the time in '06, you know,
22 controlled atmosphere stunning was a big issue.
23     Q.  And --
24     A.  Gestation stalls was a big issues too.
25     Q.  And we're going to focus specifically on --

---

52

1 on eggs.
2     A.  Yeah, I understand.
3     Q.  So the -- so in 2006, at -- at this first
4 meeting, the Safeway Animal Welfare Committee
5 considered recommendations from scientists to
6 increase the cage space for egg laying hens.
7     A.  That's right.  We didn't come to any
8 conclusion, however.  We just -- we'd -- again, you
9 would have to be at the meeting.  It was more a
10 free-flowing discussion, help us understand this,
11 what we ought to be doing, you know, as -- as a
12 company, should we be taking independent positions
13 separate and apart from others in the industry or
14 not.  It was, you know, and it was more the
15 scientists educating us on the issues.
16     Q.  And was UEP discussed at that first meeting?
17     A.  Not that I recall specifically at that
18 meeting.  It -- I'll just say it probably was, but I
19 cannot honestly recall the -- you know, I -- I would
20 guess that it was.  I'll just maybe reframe my
21 answer that way.
22     Q.  And why was Safeway in 2006 considering an
23 increase to its cage space standards for egg laying
24 hens?
25          MR. MURRAY:  Objection.  It mischaracterizes

---

53

1 his testimony.
2          You can answer.
3          THE WITNESS:  Reframe -- ask the question
4 again, please.
5 BY MR. FONTECILLA:
6     Q.  Sure.  You testified that in 2006, at this
7 first meeting, Safeway was considering a potential
8 increase to the cage space requirements of its egg
9 suppliers; right?
10          MR. MURRAY:  Same objection.  It
11 mischaracterizes the testimony.
12          MR. FONTECILLA:  Counsel, please let me
13 finish my question before you put your objection on
14 the record --
15          MR. MURRAY:  Okay.
16          MR. FONTECILLA:  -- that way we can move
17 forward a little quicker.  Let me rephrase again.
18          THE WITNESS:  Yeah, we -- we weren't so
19 much -- I mean, we're not a manufacturer, we're a
20 retailer.  We were trying to establish, you know,
21 where, as a company, we should be positioning
22 ourselves on some of these issues.  It wasn't us
23 saying, we want more cages -- it was -- it was us
24 more simply trying to understand the issue.  We
25 weren't saying that, you know, the cage space ought

---

HIGHLY CONFIDENTIAL

Brian Dowling                                        April 11, 2014

15 (Pages 54 to 57)

---

54

1  to be, you know, 11 by 7, we were -- because, again,
2  we're -- we're a retailer, and...
3  BY MR. FONTECILLA:
4      Q.  Right.  And at the meeting, the Animal
5  Welfare Committee meetings are a forum where Safeway
6  and its stakeholders who are well versed in these
7  issues can discuss potential changes to Safeway's
8  requirements; right?
9      A.  Right.
10     Q.  And part of that involves getting input from
11 scientists; right?
12     A.  Yes.
13     Q.  And part of that involves, as you described,
14 kind of an open discussion --
15     A.  Right.
16     Q.  -- about what's going on in the industry; is
17 that right?
18     A.  Right.
19     Q.  And specifically, with regard to Safeway's
20 consideration of increasing the cage space
21 requirements in 2006, what was considered by Safeway
22 in that 2006 meeting?
23         MR. MURRAY:  Objection.  It mischaracterizes
24 his testimony.
25 ///

---

55

1  BY MR. FONTECILLA:
2      Q.  Let me ask you this:  Is it -- am I correct
3  that your testimony is that at the 2006 meeting,
4  Safeway considered a potential increase to the cage
5  space requirements that were in place in the
6  industry at that time?
7      A.  I -- we were -- we were trying to do more
8  than anything -- at that stage, we were trying to
9  figure out whether or not we ought to be -- I mean,
10 we were just wanting to understand from the Joy
11 Menches of the world, who were the experts at UC
12 Davis, is this cage space thing that keeps getting
13 raised by the activists, is this something, is this
14 a real issue, are -- is this a valid issue.  And at
15 the time, Joy was saying, yes, there -- there's an
16 issue.
17     Q.  And the issue was that the cage space
18 requirements, some scientists were suggesting to
19 increase the cage space requirements that were in
20 place at that time; is that right?
21     A.  That -- that's correct.
22     Q.  And when Safeway was discussing that at the
23 2006 meeting, what specifically did it take into
24 consideration or what information did it consider?
25     A.  Joy's point of view on it because she was

---

56

1  the expert.
2      Q.  And did Safeway consider any other
3  information or studies or research other than what
4  Miss Mench was presenting to the committee at that
5  meeting?
6      A.  No.
7      Q.  And at the next meeting, was that in 2007?
8      A.  Yes.
9      Q.  And at that meeting, what was discussed
10 specifically with regards to animal welfare issues
11 to caged egg laying hens?
12     A.  More of the same.  You know, because we
13 hadn't formed a -- a specific policy even at that
14 point and some might wonder why it took so long, why
15 it was taking so long, but we hadn't -- we hadn't.
16        It was -- it was more of -- but, boy, I'll
17 tell you, it -- it was in -- in '07 and subsequent
18 to that, it was a minor issue.  It -- it was -- it
19 was less of an issue, but it was more of the same
20 discussion around egg laying hens and animal welfare
21 issues generally, and it wasn't just Joy.  I mean,
22 you know, Janice Swanson would -- would opine on it,
23 as well as would Temple Grandin as well.
24        And, again, you'd have to be at one of those
25 meetings.  I would say that I did a poor job -- we

---

57

1  did a poor job of sort of controlling the flow of
2  them, of those meetings, because sometimes we would
3  come away from them without real clarity as to sort
4  of where we -- we should be on some of this.  And
5  that's where I think it's -- it's valuable on the
6  one hand as the committee was to us.  We found
7  that -- that there was conflicting opinions between
8  the scientists on some of these issues, specifically
9  as it relates to eggs.  We -- we would often -- some
10 would come away from those meetings scratching our
11 heads rather than necessarily having perfect clarity
12 as to where we ought to be going on these, some of
13 these issues.
14        So -- so that was a point of frustration
15 that's -- that we did not publicly talk about, but
16 I'm talking about it now.
17     Q.  And when you mentioned that it was a minor
18 issue, are you referring to the caged egg laying
19 hens' space requirements that were discussed at the
20 2006 meeting being less of an issue at the 2007
21 meeting?
22     A.  It -- it was about the same in terms of its
23 space on the agenda and the time that we allotted to
24 it.
25     Q.  Was Safeway still considering at the meeting

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

16 (Pages 58 to 61)

---

58

1　in 2007, potentially increasing the cage space
2　requirements for caged egg laying hens?
3　　　　MR. MURRAY: Objection. Mischaracterizes
4　his testimony.
5　　　　THE WITNESS: Again, we were -- we were
6　seeking recommendations, seeking input information
7　about sort of what we should be -- what positions we
8　should be taking publicly on these -- on -- on that
9　particular issue. Cage space in particular, battery
10　cages as it was being -- yeah.
11　BY MR. FONTECILLA:
12　　Q.　And the information and recommendations that
13　you were receiving as to positions that Safeway was
14　considering, in part, related to a potential
15　increase of the cage space requirements that were in
16　place at that time; right?
17　　　　MR. MURRAY: Objection. Mischaracterizes
18　his testimony.
19　　　　THE WITNESS: I mean, that was -- that
20　was -- yeah, we -- we were talking about cage space
21　issues and -- and wanting to understand it. I don't
22　mean to be, you know.
23　BY MR. FONTECILLA:
24　　Q.　Sure. Was the issue to -- was the issue to
25　increase this cage space requirement and whether

---

59

1　that was a position that Safeway wanted to adopt?
2　　A.　Well, it wasn't so much Safeway. Yeah, it
3　was -- it was -- again, it wasn't so much, it was
4　what our -- what our supplier should be doing, you
5　know, and -- and what should the industry be doing.
6　I mean, and what -- what -- again, it was -- it was
7　not so much Safeway, it was, you know, again, it
8　was -- it was, was there an issue here? Are these
9　animals being mistreated? Is the -- is the size of
10　the cage space, as it existed then, is it too small?
11　Is the animal, that confinement doing harm to the
12　animal, and -- and should -- should there be, you
13　know, a position that we ought to be taking on this?
14　　　　Should we -- and we -- we had some
15　discussion even then about sort of the whole issue
16　of cage-free eggs and, you know, and -- you know,
17　what are the merits or demerits of cage-free eggs.
18　And I remember, you know, Joy Mench talking about,
19　you know, problems with that, too, that on the one
20　hand good, but on the other hand, there are some
21　issues, safety issues with -- with egg laying hens
22　there as well.
23　　　　So, I mean, her -- her guidance there was,
24　hey, that's not your -- that's not the be all, end
25　all. There's not enough space. You guys would

---

60

1　never be able -- because we said, should we just be
2　going -- I remember asking the question stupidly,
3　"Should we be going to cage free?" She said,
4　"There's no way to go to cage-free. You'll never be
5　able to supply your company."
6　　Q.　At either the 2006 or 2007 meeting, did the
7　Animal Welfare Committee make a recommendation to
8　anyone about caged egg laying hens' space
9　requirements?
10　　A.　Not a specific recommendation.
11　　Q.　And why not?
12　　A.　It just -- it was the way those meetings
13　went. I mean, it was -- it was more, here's our
14　opinion. You guys are, you know, can do what you
15　choose to do, but it was -- it was more of an
16　opinion. They didn't -- the scientists didn't say,
17　our recommendation is X. But they did say, again,
18　they -- they pointed out the issues related to
19　cage-free eggs, pointed out the issues as it related
20　to space.
21　　Q.　So the Animal Welfare Committee didn't make
22　any recommendations as to the space, the cage
23　space issue --
24　　A.　Not coming out of those meetings.
25　　Q.　And has the Animal Welfare Committee ever

---

61

1　made any recommendations or delivered any opinions
2　to the Safeway management team related to the space
3　requirements for caged egg laying hens?
4　　A.　The management team being me, Jim Sheeran,
5　Cathy East, Ginni Littlefield, the committee, the
6　Safeway members of the committee, they -- they've
7　made recommendations on things like -- again, I'm
8　getting -- I'm very back into the territory of the
9　other issues. They have -- they have said, you
10　know, on gestation stalls and CAK and on eggs,
11　sorry.
12　　Q.　So let me rephrase the question.
13　　A.　Sorry.
14　　Q.　Has the Animal Welfare Committee ever made
15　any recommendations or delivered any opinions to the
16　Safeway management team related specifically to the
17　space requirements for caged egg laying hens?
18　　A.　No.
19　　Q.　And going back to Exhibit 2, it says,
20　"Safeway sustainability statement." Do you see
21　that, about halfway down?
22　　A.　What -- what page are you on?
23　　Q.　Exhibit 2.
24　　A.　Oh, excuse me. Sorry. This is Exhibit 2.
25　Sorry. Yes. Right.

HIGHLY CONFIDENTIAL

Brian Dowling                                    April 11, 2014

17 (Pages 62 to 65)

---

62

1   Q.   And what -- and what did you review that's
2   referenced in that item?
3       A.   I -- I just went back on our website to look
4   at our sustainability statements as it relates to
5   animal welfare, and -- and I just wanted to be --
6   just refresh my memory.
7       Q.   Did -- did Safeway release -- when was the
8   first time that Safeway released a sustainability
9   statement?
10      A.   Well, published a report probably going
11  back, sustain -- sustainability, probably...
12      Q.   And what does CSR stand for?
13      A.   Corporate social responsibility.  It's sort
14  of -- sort of -- let me just sort of think about
15  the -- the timing on that.  Probably seven years
16  ago, six years ago.
17      Q.   And did the first CSR statement include any
18  reference to the animal welfare standards that would
19  apply to egg suppliers of caged egg laying hens?
20      A.   It did not.  It talked about, generally
21  about Safeway having an Animal Welfare Committee,
22  but it didn't specifically talk about eggs as I --
23  to the best of my knowledge.
24      Q.   And the first one was in or around 2007?
25      A.   Yeah, I'm going to say 2006 -- 2000 -- I

---

63

1   would have to, but, yes.
2       Q.   And since then, have Safeway's CSR
3   statements ever referenced the animal welfare
4   standards that would apply to Safeway's egg
5   suppliers of caged egg laying hens?
6       A.   I -- I'd have to look.  We -- we publish an
7   annual sustainability or a CSR report, but to the --
8   and I believe in '08, and probably '09 we talked
9   about eggs briefly.  There might have been a
10  sentence or two about eggs.  I'd have to look.
11      Q.   And would that be specifically as to the
12  cage-free --
13      A.   Yes.
14      Q.   -- issue?
15      A.   Yes.  In increasing, our interest in
16  increasing the quantity of cage-free eggs that we'd
17  like to purchase.
18      Q.   And the next item on Exhibit 2 says, "UEP
19  guidelines from website."  That says you reviewed
20  them; is that right?
21      A.   Yes.
22      Q.   And do you remember which year UEP
23  guidelines you reviewed?
24      A.   I just -- just recently reviewed it within
25  the last few days.  I just went to the UEP website

---

64

1   and reviewed the -- the guidelines.
2       Q.   And --
3       A.   Let me correct.  I also had a -- I also
4   looked at a document that showed UEP guidelines
5   going back to 2002, and that was -- but I -- but my
6   recent -- my most recent was when I took this note,
7   it was looking at the website just within the last
8   couple of days.
9       Q.   When you reviewed the 2002 UEP guidelines in
10  preparation for your deposition, was that the first
11  time you had ever seen that document?
12      A.   No, it wasn't.
13      Q.   When was the first time that you had seen
14  2002 UEP guidelines?
15      A.   Well, probably -- sorry.  Probably going
16  back to 2002, 2003, it may -- it may be even 2001.
17  I'd have to --
18      Q.   And did you review that document when
19  Safeway was considering its position in 2002, as
20  we've discussed earlier, with respect to its animal
21  welfare standards for egg suppliers?
22      A.   My -- my best recollection is, I would
23  have -- I would have generally looked at it, but
24  not, not in any great detail.
25      Back in '02, '01, '02, but '02 in particular

---

65

1   when we'd had this -- about the Shameway campaign
2   and FMI had gone to the various sort of species, you
3   know, and -- and it was in the context of reviewing
4   a document tied in with FMI that I would have first
5   seen UEP guidelines mentioned and become familiar
6   generally with UEP guidelines.
7       And the last thing I'll say about -- you
8   know, if -- and where -- where -- you're probably
9   frustrated with me.  If I have a -- my expertise
10  here is -- is -- my expertise is in dealing with
11  outside groups.  I mean, UEP guidelines, I know sort
12  of about debeaking, I know about forced molting,
13  generally I know about cage space and cage-free.
14  And -- but my -- my knowledge is -- is -- I've got
15  greater knowledge, for instance, as it relates to
16  things like gestation stalls, it's been a more
17  current issue.
18      But UEP eggs is where my -- my knowledge
19  is -- is less, let's just say that, so...
20      Q.   And I'm talking specifically about the
21  document that you reviewed --
22      A.   Yeah.
23      Q.   -- for this deposition that was titled the
24  2002 UEP Guidelines.  Do you remember that document?
25      A.   Yes.

---

HIGHLY CONFIDENTIAL

Brian Dowling                                                    April 11, 2014

18 (Pages 66 to 69)

---

66

1    Q.   And you -- you'd testified earlier that you
2    had reviewed it for the first time sometime in or
3    around 2000 to 2002 --
4    **A.   Right.**
5    Q.   -- well, I guess 2002; right?
6    **A.   Right.**
7    Q.   And my question was:  In that first instance
8    when you reviewed that document in 2002, as you
9    testified, was that in connection with your
10   testimony earlier about Safeway considering in 2002
11   a potential position as to its animal welfare
12   policies for caged egg laying hens?
13   **A.   Yes.**
14   Q.   And the next statement here says you have
15   reviewed interrogatory responses.  Do you see that?
16   **A.   Yes.**
17   Q.   What do you recall about the interrogatory
18   responses that you reviewed specifically in
19   preparation for this deposition?
20   **A.   I looked at them very briefly, and I -- if**
21   **you have to ask -- if you asked me to define**
22   **interrogatory responses, I -- I would struggle.  But**
23   **I -- I looked at them briefly.**
24   Q.   Is -- do you understand that the
25   interrogatory responses are responses given by

---

67

1    Safeway in connection with this litigation?
2    **A.   Yes.**
3    Q.   And do you remember the substance of the
4    responses that you reviewed?
5    **A.   I'd have to -- not -- not specifically right**
6    **at the moment.**
7    Q.   And how about generally?
8    **A.   Generally, yes.**
9    Q.   And what do you remember generally about the
10   responses?
11   **A.   Very little.  I couldn't even recite it to**
12   **you right now.**
13   Q.   And do you -- when you reviewed the
14   responses, did you disagree with the accuracy of any
15   of the responses?
16   **A.   No.  I wish I had them in front of me to --**
17   **to review again, but I -- I don't recall disagreeing**
18   **with the accuracy of any of the responses.**
19   Q.   Do you remember whether you, in reviewing
20   the responses, believed that there should have been
21   additional information added to the response?
22   **A.   I don't -- I don't recall seeing that there**
23   **was a need for that, no.**
24   Q.   And the next item on Exhibit 2 says, "Talked
25   to Cathy East."

---

68

1    Do you see that?
2    **A.   Yes.**
3    Q.   When did you speak with Cathy East in
4    preparation for deposition?
5    **A.   Yesterday.**
6    Q.   And how long did you speak with Cathy East?
7    **A.   Probably ten minutes.**
8    Q.   And what did you discuss?
9    **A.   I -- I wanted to recall the Animal Welfare**
10   **Committee meetings when they happened.  I was**
11   **struggling a bit trying to -- with my -- my**
12   **calendars to exactly when they happened.  I had**
13   **one -- I -- so that was what -- what I said, jog my**
14   **memory, and she helped me with that.**
15   Q.   And did you two discuss the cage space
16   requirements related to caged egg laying hens?
17   **A.   We did not.**
18   Q.   Did you discuss the UEP guidelines?
19   **A.   No.**
20   Q.   Did you discuss any other animal welfare
21   issues as they apply to caged egg laying hens of
22   Safeway's egg suppliers?
23   **A.   Yesterday?**
24   Q.   Yes.
25   **A.   No.**

---

69

1    Q.   The next -- we'll slow down for the court
2    reporter so she can get it down.
3    The next item, or in that same item it says,
4    "Talked to Jonathan Mages"?
5    **A.   Mayes, M-a-y-e-s.**
6    Q.   And who is Mr. Mayes?
7    **A.   He's my boss.**
8    Q.   And what did you and Mr. Mayes discuss in
9    preparation for this deposition?
10   **A.   Our -- our -- the trade associations that we**
11   **belong to.**
12   Q.   When you say "we," you mean Safeway?
13   **A.   Yes, Safeway.**
14   Q.   And did you and Mr. Mayes discuss the UEP
15   guidelines?
16   **A.   We did not.**
17   Q.   Did you discuss the cage space requirements
18   for Safeway's egg suppliers?
19   **A.   No.**
20   Q.   Did you discuss any animal welfare issues as
21   they relate to Safeway's egg suppliers of caged egg
22   laying hens?
23   **A.   No.**
24   Q.   Has Jonathan Mayes been employed with
25   Safeway since 1988?

---

HIGHLY CONFIDENTIAL

Brian Dowling                                                        April 11, 2014

19 (Pages 70 to 73)

70

1    **A. He has.**
2    Q. Has he always been your boss?
3    **A. No.**
4    Q. Do you know what positions Mr. Mayes was in
5    before he was in the position he is in now?
6    **A. He was vice president of government**
7    **relations.**
8    Q. Do you know whether Mr. Mayes has had any
9    involvement in Safeway's consideration of potential
10   policies or positions with respect to egg suppliers
11   and the animal welfare issues that Safeway requires
12   of Safeway's egg suppliers?
13   **A. He's had very little. Since I've reported**
14   **to him, I -- I keep him apprised of any inquiries**
15   **that we have, positions that we take, you know,**
16   **we've -- we've had.**
17   **Since I've reported to him we've had an**
18   **Animal Welfare Committee meeting, he approves my**
19   **travel to go, we've had the meetings in Denver,**
20   **approves my travel. He's generally aware of the**
21   **work that I do as it relates to animal welfare, but**
22   **that's about it.**
23   Q. And my question was specifically as to the
24   animal welfare issues we've been discussing for
25   caged egg laying hens.

71

1    **A. Right.**
2    Q. And your testimony was that he had very
3    little participation; is that right?
4    **A. Yes.**
5    Q. Can you describe the participation that he
6    has had?
7    **A. Just being kept informed on -- on positions**
8    **we're taking, provide him with an opportunity to**
9    **provide any input, he provides very little, if any,**
10   **input on any of that. He leaves that to -- to me**
11   **and the committee.**
12   Q. And if Safeway was considering publicly
13   adopting a position as to an animal welfare issue
14   for its egg suppliers, who would have involvement in
15   authorizing Safeway's public statement in that
16   respect?
17   MR. MURRAY: Objection. Calls for
18   speculation.
19   You can answer, if you know.
20   THE WITNESS: Again, it would be a cross
21   section of members of the management team, primarily
22   on the buying and the merchandising side, on the egg
23   side of the business who would -- would be involved
24   in that.
25   But also ultimately, Jonathan would have a

72

1    role in sort of looking at any sort of draft
2    statements that we would make. I mean, he would
3    review that. But it would be -- it would be members
4    of the -- ultimately of the marketing and the
5    merchandising management team that would be engaged
6    in decision-making about that.
7    BY MR. FONTECILLA:
8    Q. And do you recall who was in those roles in
9    the marketing and merchandising management team in
10   or around 2002?
11   **A. That's where I'm -- that's where I'm**
12   **struggling a bit. I have better recall as it**
13   **relates to other issues that were on the meat side,**
14   **the pork side. I know you're not interested in**
15   **that. So in 2002 -- you know, and then -- I'm --**
16   **I'm not recalling exactly who.**
17   Q. And then the next item on Exhibit 2 says,
18   "FMI."
19   **A. Yes.**
20   Q. What is that referring to in terms of your
21   preparation?
22   **A. I was reviewing, you know, my trying to**
23   **recall any interaction that I had with FMI as it**
24   **related to animal welfare issues going back to 2001,**
25   **2002.**

73

1    Q. What does the last item on Exhibit 2 refer
2    to?
3    **A. Kevin and Jim. Why am I having a -- all**
4    **this pressure is giving me a mind deaf. Kevin and**
5    **Jim. Jim Sheeran. Gosh.**
6    Q. Did you meet with Mr. Sheeran in preparation
7    for your deposition today?
8    **A. No, I didn't. I did not.**
9    Q. Is the Kevin reference to Mr. Murray, your
10   attorney?
11   **A. Might -- it might be, yes.**
12   Q. Are there any other Kevins --
13   **A. Yeah --**
14   Q. Sorry.
15   **A. No, I think it was -- is it related to**
16   **having some discussions, but Kevin in preparation**
17   **with Jim, but why am I...**
18   **Golly, I just wrote this.**
19   Q. Other than the people --
20   **A. Old age.**
21   Q. Other than --
22   **A. Sorry.**
23   Q. That's fine. Other than the people that
24   we've discussed, did you discuss this deposition
25   today with anyone else?

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

20 (Pages 74 to 77)

---

74

1    A.  Only telling Jonathan Mayes that I -- I was
2    going to be in San Francisco for the deposition on
3    this case, and that was -- that was it.  My
4    administrative assistant that I was going to be
5    involved in a deposition, but she doesn't know what,
6    about what.
7       Q.  And other than Mr. Mayes and your assistant,
8    did you discuss -- and other than the other folks
9    that we've discussed, have you discussed this
10   deposition today with anyone else?
11      A.  Cathy East, I said -- indicated to her that
12   I was going to be here today.  And -- and that's it.
13      Q.  Did you discuss the substance of what you
14   expected to testify today with anyone other than
15   your lawyers?
16      A.  No.  Well, let me back up.
17         The -- the only thing that Jonathan Mayes
18   knows is that it's the egg antitrust suit, but not
19   specifics, not questions, not -- you know, it was
20   just, it's on this subject.
21         (Exhibit 3 was marked for identification
22          and attached hereto.)
23   BY MR. FONTECILLA:
24      Q.  I am handing you what's been marked as
25   Exhibit 3, Mr. Dowling.  Do you recognize this

---

75

1    document?
2       A.  Let me read it here.  I'm not --
3         MR. MURRAY:  Read the whole thing through.
4         THE WITNESS:  Yeah.  Okay.  All right.
5         I don't recall seeing this.  Maybe I'm just
6    not in the...
7    BY MR. FONTECILLA:
8       Q.  The last page of this document, Exhibit 3,
9    it lists certain entities.  Do you see that?  That
10   last page.
11      A.  Which -- the last page; right?
12         MR. MURRAY:  Page 4?
13   BY MR. FONTECILLA:
14      Q.  Yes, page 4 of 4.
15      A.  Yes.
16      Q.  Do you recognize the entities on that page?
17      A.  I do.
18      Q.  And how do you recognize the entities on
19   that page?
20      A.  They're all, I mean, divisions of Safeway or
21   they used to be.  Genuardi's is not any more.
22   Lucerne Foods are our dairy manufacturing and --
23   side of the business.  Dominic's are not there any
24   more but a division of Safeway, Vons as well.
25         THE REPORTER:  I'm sorry, can you say that

---

76

1    again?
2         THE WITNESS:  I said Dominic's, you know, a
3    division of Safeway.  Vons, a division of Safeway.
4         (Cell phone interruption.)
5         THE WITNESS:  I'm sorry.
6    BY MR. FONTECILLA:
7       Q.  And when you discussed earlier and testified
8    that the Safeway management team considered
9    positions that Safeway was going to adopt with
10   respect to animal welfare issues for its egg
11   suppliers, would those positions have been the
12   positions of these divisions as well?
13      A.  Yes.
14         (Exhibit 4 was marked for identification
15          and attached hereto.)
16   BY MR. FONTECILLA:
17      Q.  I'm going to hand you what's been marked as
18   Exhibit 4.
19      A.  Okay.
20      Q.  This is a highly confidential document Bates
21   stamped SFWEGED00048506.
22         Mr. Dowling, do you recognize this document?
23      A.  I -- I do.
24      Q.  And how do you recognize it?
25      A.  Just my name at the top and the -- and the

---

77

1    subject matter and Jim Sheeran and all these, but I,
2    let me -- let me read through the remainder of it
3    here as it relates to -- and animal welfare audits.
4    Obviously, since I typed out an email...
5         David Lawrence.  Okay.
6         MR. MURRAY:  Read through the whole thing.
7         THE WITNESS:  Yeah.  Sure.  Right.
8         MR. MURRAY:  You're going to be asked
9    questions on it.
10        THE WITNESS:  All right.  Okay.  Yeah, I
11   recognize it is an email from me, but I'm -- I'm not
12   recalling right off the top of my head this, this
13   exchange, but...
14   BY MR. FONTECILLA:
15      Q.  At the top, this is an email from you dated
16   March 29th, 2006; right?
17      A.  Yes.
18      Q.  And this email concerns internal Safeway
19   discussions related to its animal welfare company
20   policies; correct?
21      A.  Right.
22      Q.  And this email includes a discussion about a
23   Miss Mary Kamm; correct?
24      A.  Yes.
25      Q.  Who is Miss Mary Kamm?

---

HIGHLY CONFIDENTIAL

Brian Dowling                                    April 11, 2014

21 (Pages 78 to 81)

---

78

1    A.  I don't know.  I do not -- I honestly do not
2    know.
3        Q.  And in the email exchange, it references at
4    the bottom of the first page of this Exhibit 4, in
5    the second paragraph that, "The charge that our
6    group is working under now...is to find acceptable
7    national/industry standards (already in existence)
8    and adopt those as Safeway standards."
9            Do you see that?
10   A.  Yes.
11       Q.  And after that it says, "(For
12   example...using UEP's guidelines for animal welfare
13   in the shell egg industry) and requiring it of all
14   our suppliers."
15   A.  Uh-huh.
16       Q.  Do you see that?
17   A.  Yes.
18       Q.  Do you recall this discussion?
19   A.  No, I -- I don't.  I'm not recalling it
20   right off.  No, I'm not.
21       Q.  Earlier, we talked, or you testified that
22   the Animal Welfare Committee at Safeway was the
23   group that would be involved in discussing or
24   evaluating potential Safeway positions for animal
25   welfare issues; correct?

---

79

1    A.  Right.
2        Q.  And would -- who else at Safeway would have
3    been involved in discussing these types of animal
4    welfare positions that the company might adopt?
5    A.  Well, now that I see it, and -- and I see
6    David Lawrence's name and I'd have to even, you
7    know -- David Lawrence and his team on the quality
8    control side of things would -- would have had input
9    on this.  And, again, that's where it sort of gets
10   beyond my expertise as a PR guy.
11           But now that I'm recalling there, you know,
12   on his side, which is the manufacturing side of the
13   business, the quality control side of the business,
14   David and his team, you know, would have -- would
15   have had input as well.  But, you know, but I --
16   my -- my engagement and involvement, you know,
17   was -- was limited, you know.
18       Q.  Is it fair to say that David Lawrence and
19   his team would have had knowledge about Safeway's
20   positions or evaluation of the position --
21   A.  Yes.
22       Q.  -- that you didn't have?
23   A.  That's correct.  Yes, that -- that would be
24   the case.
25       Q.  And you didn't meet with anyone from David

---

80

1    Lawrence's team in preparation for your deposition
2    today?
3    A.  I did not.
4        Q.  And at the top of this document, Mr. Sheeran
5    sends you an email saying, "Did you know that there
6    were others in the company working on company
7    policies for animal welfare?"
8            Do you see that?
9    A.  Yes.
10       Q.  You said, "I did not.  I'll call Mary Kamm."
11   A.  Right.
12       Q.  Do you recall calling Miss Kamm?
13   A.  I don't.
14       Q.  Do you recall learning of anyone else in
15   Safeway who was developing or considering an animal
16   welfare policy?
17   A.  No.
18       Q.  At the bottom of the first page of this
19   exhibit, Miss Kamm in her email states that the
20   group, David Lawrence's group was considering
21   requiring the UEP guidelines of all of egg --
22   Safeway's egg suppliers in the shell egg industry.
23           Do you see that?
24   A.  I do see that, yeah.
25       Q.  Yeah.  Are you aware of -- of any other

---

81

1    discussions related to a consideration by Safeway of
2    requiring the UEP guidelines of all of its egg
3    suppliers?
4    A.  Not to my knowledge, no.  It -- no, not to
5    my knowledge.
6            (Exhibit 5 was marked for identification
7             and attached hereto.)
8    BY MR. FONTECILLA:
9        Q.  I've handed you what's been marked as
10   Exhibit 5, Mr. Dowling.  Please take a minute to
11   review this document.  For the record, this is a
12   highly confidential document Bates stamped
13   SFWEGED00001134.
14           Do you recognize this document, Mr. Dowling?
15   A.  I recognize this as being an email from me,
16   yes.
17       Q.  This is an email from you, at the top dated
18   May 17th, 2008; correct?
19   A.  Yep.
20       Q.  And it's to a Mr. -- or Miss Karen Darnell,
21   excuse me.
22   A.  Yep.
23       Q.  Do you see that?
24   A.  Yes.
25       Q.  Do you know who Miss Darnell is?

---

HIGHLY CONFIDENTIAL

Brian Dowling                                      April 11, 2014

22 (Pages 82 to 85)

---

82

1      A.  I do.
2      Q.  Who was she?
3      A.  She was my administrative assistant.  She's
4   since retired.
5      Q.  This is an email exchange originally started
6   by a Mr. Peter Larkin.
7      A.  Uh-huh.
8      Q.  Do you see that?
9      A.  Yes.
10      Q.  Who is Mr. Larkin?
11      A.  He's now -- he's -- he was a private
12   consulting firm, Larkin Public Affairs at the time.
13   He's a -- used to be with Kroger and then he was
14   with -- president of the California Grocers
15   Association.  He's now the CEO at the national, a
16   retail -- not the retail federation, but the -- it's
17   the independent, you know, counterpart to FMI in
18   Washington, D.C.
19      Q.  NCR?
20      A.  No.  The National Council -- the restaurants
21   group, no, it's not restaurants.  It's -- he's now
22   the CEO of a national retail group in D.C.
23      Q.  And do you remember this email exchange?
24      A.  I -- I don't.  But I'm -- I'm recalling it
25   now, but I -- I barely remember it.

---

83

1      Q.  And what do you recall about this email
2   exchange?
3      A.  Let me read it.  You know, that Peter is
4   asking, you know, are we going to send somebody to
5   the -- you know, the UEP conference, yeah.
6      Q.  Did you attend the UEP conference?
7      A.  I did not.
8      Q.  Did anyone at Safeway attend this UEP --
9      A.  I don't recall if -- if anybody --
10      THE REPORTER:  Okay.  I'm sorry.  I need a
11   complete question.
12      MR. FONTECILLA:  We'll slow down for her,
13   just wait to answer until I finish my question.
14      THE WITNESS:  Okay.  Sorry.
15   BY MR. FONTECILLA:
16      Q.  Did anyone else from Safeway attend the UEP
17   Animal Welfare Conference that's referenced in this
18   document?
19      A.  I don't know.
20      Q.  Did Safeway or anyone at Safeway attend any
21   other UEP Animal Welfare Conferences?
22      A.  Not that I can recall.  Not -- not that I
23   recall.
24      Q.  Did Safeway or anyone at Safeway receive any
25   reports about what was discussed at the UEP Animal

---

84

1   Welfare Conference?
2      A.  Not to my knowledge.
3      Q.  Who is John Larsen?
4      A.  He is vice president of a perishable
5   merchandising function at Safeway, and he's got --
6   has responsibility for egg merchandising.
7      Q.  And what would be his roles and
8   responsibilities in that position?
9      A.  For?
10      Q.  For eggs specifically.
11      A.  Eggs, merchandising, you know, pricing of
12   eggs, marketing of eggs, display space given to eggs
13   in stores.
14      Q.  Would part of that involve marketing the
15   animal welfare standards or requirements of
16   Safeway's egg suppliers to Safeway's customers?
17      A.  Only in that, I think that, you know, we --
18   we have increased the quantity of cage-free eggs and
19   we periodically will note that perhaps, and I'd have
20   to -- you know, in some merchandising in store
21   materials where we would point that out to customers
22   that we've got an increase or we've got a quantity
23   of cage-free eggs.  Because we've seen over time an
24   increase in the interest of customers, primarily
25   based on sales of cage-free eggs, and that's where

---

85

1   John's team might have, but I don't know for sure at
2   some point in an ad or at -- at the store level had
3   a sign indicating, you know, cage-free, either in
4   our packaging or on -- at shelf.  That could have
5   happened.  But I don't know for sure.
6      Q.  But the merchandising that John Larsen and
7   his team would do, would also involve caged eggs as
8   well as cage-free; correct?
9      A.  Yes.
10      Q.  And do you remember how long Mr. Larsen has
11   been in his position?
12      A.  I don't know for sure how, but it's been
13   several years.  I'm going to say at least five or
14   six years.
15      Q.  And you didn't speak with anyone in
16   Mr. Larsen's team or department in preparation for
17   your deposition today --
18      A.  I did not.
19      Q.  -- right?
20      (Exhibit 6 was marked for identification
21      and attached hereto.)
22   BY MR. FONTECILLA:
23      Q.  I'm handing you what's been marked as
24   Exhibit 6, Mr. Dowling.  Please take a minute to
25   review the document.

---

HIGHLY CONFIDENTIAL

Brian Dowling                                              April 11, 2014

23 (Pages 86 to 89)

---

86

1      For the record, this is a highly
2  confidential document Bates stamped SFWEGED00024792.
3      **A. Okay.**
4      Q. Do you recognize --
5      **A. I'm sorry, there's more to it here. Okay.**
6      Q. This is an email with an attachment.
7      **A. Yep.**
8      Q. And this is an email dated June 4th, 2008,
9  sent to you with this attachment; correct?
10     **A. Yes.**
11     Q. And who is Miss Vincent?
12     **A. She -- she works in our HR department, human**
13  **resources department.**
14     Q. And do you recognize the attachment that she
15  sent you?
16     **A. I do. Generally, yes.**
17     Q. And what is it?
18     **A. It's a statement of our -- of our, you know,**
19  **policies on animal welfare, on our Animal Welfare**
20  **Advisory Council.**
21     Q. And this would be that policy in or around
22  June of 2008; right?
23     **A. Yes.**
24     Q. And you were involved in developing this
25  policy; right?

---

87

1      **A. Yes.**
2      Q. And has this policy changed over time?
3      **A. If you would just let me read it --**
4      Q. Sure.
5      **A. -- again here, just to refresh my memory.**
6      **I believe it has -- it has changed because**
7  **the composition of our Animal Welfare Council has**
8  **changed, some of this content I'd have, again,**
9  **refresh my memory by looking at our website or**
10  **whatever other materials that -- some of this**
11  **probably has changed. I couldn't tell you**
12  **specifically chapter and verse how it has changed.**
13  **But, for instance, you know, again the composition**
14  **of the -- the council has changed.**
15     Q. And the first page of the attachment here at
16  Bates stamp 24794, has a list of the members of
17  Safeway's Animal Welfare Advisory Council in June of
18  2008; correct?
19     **A. Yes.**
20     Q. And it lists you and Miss Littlefield and
21  Mr. Sheeran, who we've discussed; correct?
22     **A. Yes.**
23     Q. But then it also lists three individuals who
24  are not Safeway employees; right?
25     **A. That's correct.**

---

88

1      Q. And those are Miss Grandin -- Dr. Grandin,
2  Dr. Shields, and Dr. Swanson; correct?
3      **A. Right.**
4      Q. And at the top of the document, the first
5  sentence states, "Since 2001 Safeway has maintained
6  a professional association with a number of
7  well-recognize experts in animal welfare."
8      **A. Uh-huh.**
9      Q. Which well-recognized experts in animal
10  welfare has Safeway maintained a professional
11  association with -- starting in 2001?
12     **A. Starting in 2001?**
13     Q. Yes.
14     **A. Temple Grandin would have been starting in**
15  **2001. And I think she would have been the only one**
16  **at -- at that time. You know, I'm not even sure in**
17  **2001 I had any interaction with Temple Grandin. It**
18  **would have been more likely in 2002 that we first**
19  **had made contact with her, maybe even later. But --**
20  **but Temple was the first person we turned to on the**
21  **science side that I did and -- to sort of help us**
22  **figure some of this stuff out.**
23     Q. So the reference in that first sentence to
24  Safeway having a professional association with a
25  well-recognized expert in animal welfare would have

---

89

1  been a reference to Dr. Grandin; correct?
2      **A. Yes. Right.**
3      Q. And when was the next well-recognized expert
4  in animal welfare kind of added to the list of folks
5  who Safeway had a professional association with?
6      **A. You know, primarily before, I'm going to**
7  **say, 2005 or 2006, before we had our first meeting,**
8  **we -- we asked -- it's interesting we're not seeing**
9  **Joy Mench here on the list. She was -- she was part**
10  **of our -- but it -- it would have been in that**
11  **timeframe, 2005, 2006 where we would have approached**
12  **the others.**
13     Q. And by "others," you -- who do you mean?
14     **A. Janice Swanson, Sara Shields, and Joy**
15  **Mensch, who is not on this for whatever bizarre**
16  **reason, but...**
17     Q. And can you describe the professional
18  association that Safeway had with Dr. Grandin
19  starting in 2001?
20     **A. It was -- at that time, it was consultations**
21  **primarily by phone; however, Ginni Littlefield,**
22  **Virginia Littlefield also had -- she was a student**
23  **of Temple Grandin's as well. It started with Ginni**
24  **saying, I know her when we were sort of -- I in**
25  **particular -- was looking for someone to sort of**

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

24 (Pages 90 to 93)

---

90

1  consult. We, as a company, were looking for someone
2  to consult. Ginni indicated that she could make a
3  connection, and my -- best recollection, it was
4  on that basis that we had our initial conversations
5  with Temple Grandin.
6      Q. Do you know when Miss Littlefield started at
7  Safeway?
8      A. I don't.
9      Q. Miss Littlefield didn't work at Safeway in
10  2001, did she?
11     A. She didn't -- I don't know. Maybe.
12     Q. In the consultations that Safeway had --
13     A. She didn't -- you said she did not work for
14  the company in 2001?
15     Q. I'm asking to the best of your recollection.
16     A. Well, I think she did.
17     Q. In your --
18     A. Can I just back up a little bit?
19     Q. Sure.
20     A. In -- in '01, '02, even '03 -- well, '01,
21  '02, I would have had very little contact with --
22  with Ginni as it related to some of these issues,
23  that's my best -- I would have had more contact in
24  that timeframe with Jim Sheeran's predecessor on the
25  meat side and others that -- you know, you want me

---

91

1  to stay on eggs. Who specifically on eggs I'm
2  struggling to sort of make the connection with
3  specifically who on eggs.
4      Now that you've shown me the piece from
5  David Lawrence, there was some contact with David
6  Lawrence and some of his team on some of the egg
7  issues. That's refreshing my memory.
8      Q. So who would have, at Safeway, had the
9  contact and consultations with Dr. Grandin starting
10  in 2001?
11     A. It would have been me and/or Ginni.
12     Q. And do you recall having consultations with
13  Dr. Grandin starting in 2001?
14     A. I -- I generally recall having discussions
15  with, but I think it was more like 2002, I -- rather
16  than 2001. So I -- that's where I, you know, I'm,
17  you know, you're going to say, well, your statement
18  is wrong, but my recollection was that it might have
19  been 2002, so...
20     Q. And in 2002 --
21     A. I'm trying to be honest here.
22     Q. And that's all we want.
23      And starting in 2002, can you describe the
24  substance of the consultations that you had with
25  Dr. Grandin as they related to the animal welfare

---

92

1  standards that applied to eggs specifically?
2      A. I would -- I -- my recollection was a very
3  broad discussion about the fact that we were being
4  approached by activist groups raising these issues
5  with us and -- and could you give us guidance on
6  some of these issues, and we would have -- she and
7  myself would have fairly broad discussions about
8  these issues.
9      As you know, Temple is -- is a unique
10  individual and the conversations were sort of all
11  over the map at the time. And I would find it
12  frustrating at times because, you know, sometimes I
13  always didn't get what I -- I was looking for in the
14  way of clear guidance. But we were -- we were doing
15  our best to figure out the issues and, so any way...
16     Q. And what were the issues specifically as to
17  caged egg laying hens and the animal welfare
18  standards that apply to them that you discussed with
19  Miss Grandin in 2002?
20     A. I -- I can't recall specifically.
21     Q. Do you recall whether you discussed the cage
22  space requirements for caged egg laying hens with
23  Dr. Grandin in 2002?
24     A. I -- I probably did, but I can't recall
25  specifically what we would have discussed or the

---

93

1  specifics of those conversations.
2      Q. What about generally about the caged space
3  requirements for egg laying hens do you -- do you
4  recall Safeway having with Dr. Grandin in 2002?
5      A. Only that we had -- only that we were
6  talking to her that there were issues -- this was
7  one of the issues being raised by activists and we
8  were trying to come to grips with it. That was all
9  that we -- we discussed with her.
10     Q. And --
11     A. And -- and, you know, seeking her input.
12     Q. And you were -- Safeway was seeking her
13  input in consideration of a potential position or
14  policy that Safeway would adopt --
15     A. Right.
16     Q. -- with regards to animal welfare issues;
17  correct?
18     A. Yes. Yes.
19     Q. And in those discussions with Dr. Grandin,
20  did Safeway discuss with Dr. Grandin the UEP
21  guidelines in 2002?
22     A. Not that I recall.
23     Q. And --
24     A. Now -- now, I -- Ginni might have, I
25  don't -- but I don't recall having those discussions

---

HIGHLY CONFIDENTIAL

Brian Dowling                                        April 11, 2014

25 (Pages 94 to 97)

---

94

1  specifically with Temple Grandin on UEP guidelines.
2      Q.  And what about with anyone else that is
3  referenced here as a well-recognized expert in
4  animal welfare, do you recall having discussions
5  with other animal welfare experts starting in 2001
6  with regards to the UEP guidelines?
7      A.  Again, Joy Mench we would have had it, but
8  not -- not -- I -- not in 2001.  That would have
9  been early.  It would have been more like 2002,
10  where we initiated some discussions with Joy Mench,
11  I think, I think, I'd need to -- but -- but she
12  didn't join the committee until much later, so
13  anyway.
14      Q.  I just want to -- just so we're clear,
15  earlier I had asked when was the next time that
16  Safeway talked to an animal welfare expert after
17  consulting Dr. Grandin in 2001 and 2002, and you
18  mentioned Joy Mench in 2005.  And now you -- are you
19  clarifying --
20      A.  Yeah, I --
21      Q.  -- that Safeway talked to Dr. Mench --
22      A.  We -- we might have.
23          THE REPORTER:  Okay.
24          MR. MURRAY:  Yeah, just you've got to slow
25  down a little.

---

95

1          THE WITNESS:  Sorry.  Sorry.
2          MR. MURRAY:  Let him finish and then pause.
3          THE WITNESS:  My apologies.
4  BY MR. FONTECILLA:
5      Q.  Did Safeway discuss or consult with
6  Dr. Mench in 2002, regarding the animal welfare
7  standards that applied to egg suppliers?
8      A.  Not to my knowledge.
9      Q.  So other than Dr. Grandin and your
10  consultations with her in or around 2002, who --
11  what other animal welfare experts did Safeway have a
12  professional association with between 2001 and 2005?
13      A.  It would have been Temple Grandin,
14  principally.
15      Q.  And other than your testimony so far, do you
16  recall any other discussions with Dr. Grandin by
17  Safeway regarding the animal welfare issues as they
18  applied to egg suppliers?
19      A.  No.
20          MR. MURRAY:  Are you moving to a new
21  document?
22  BY MR. FONTECILLA:
23      Q.  In the second page of this exhibit --
24          MR. MURRAY:  I guess that answers that.
25  ///

---

96

1  BY MR. FONTECILLA:
2      Q.  -- or in the second page of this attachment,
3  Mr. Dowling, there is a -- section titled "Scope."
4          Do you see that?
5      A.  Yes.
6      Q.  And it says, "All Safeway meat, pork,
7  poultry, egg, dairy and seafood suppliers are
8  required to meet a set of designated animal
9  treatment guidelines."
10          Do you see that?
11      A.  Yes.
12      Q.  Specifically with regards to egg and the
13  time period that this document existed in 2008, what
14  were the animal treatment guidelines that Safeway
15  required its suppliers to meet?
16      A.  As it relates to eggs?
17      Q.  Yes.
18      A.  I couldn't tell you right off the top of my
19  head.  I'd need, I would need to look at another
20  document.  I -- again, I'm -- I'm -- again, I'm not
21  the expert on -- on that, and so I -- I couldn't
22  specifically tell you.
23      Q.  So you --
24      A.  But I could tell you broadly that they
25  related to issues of cage space, forced molting,

---

97

1  debeaking.  Those -- those were issues that were
2  getting raised at that point and we were -- they
3  were dealing with as it related to.
4          But, again, this is -- this is where my
5  knowledge starts to fall off rather rapidly as it
6  relates to -- to eggs in -- in some of this
7  activity.  So that's where I'm at a disadvantage.
8      Q.  Are you prepared to testify on behalf of the
9  company today about the animal treatment guidelines
10  or standards that Safeway requires of its egg
11  suppliers?
12          MR. MURRAY:  It's not a designated topic.
13          You can answer.
14          THE WITNESS:  I -- I'm really not.
15  BY MR. FONTECILLA:
16      Q.  And did you have any involvement in
17  publicizing or approving the animal welfare
18  standards that Safeway adopted with regards to its
19  egg suppliers between 2001 and 2006?
20          MR. MURRAY:  Objection.  Compound.
21          You can answer.  It's a compound question.
22  He wants to let it stand, you can answer it.
23          THE WITNESS:  Could you ask it again,
24  please?
25  ///

---

HIGHLY CONFIDENTIAL

Brian Dowling                                                    April 11, 2014

26 (Pages 98 to 101)

98

1   BY MR. FONTECILLA:
2       Q.   Sure.  Did you have any involvement in
3   publicizing or approving animal welfare standards
4   that Safeway adopted with regards to its egg
5   suppliers between 2001 and 2006?
6       MR. MURRAY:  Same objection.
7       THE WITNESS:  Not that I recall.  I mean --
8   well, you -- let me just back up.  We -- we -- it
9   was in the publicizing and talking publicly as it
10  related -- it relates to animal welfare guidelines
11  on -- on eggs and other parts of that, I would
12  have -- I would have talked to the media, responded
13  to inquiries in '02, the Shameway campaign was an
14  element obviously tied in with eggs.  So as it
15  relates to sort of publicizing and communicating, I
16  would have been involved in that part of it.
17  BY MR. FONTECILLA:
18      Q.   And part of that involvement would have been
19  an understanding of what Safeway's policies were
20  with regards to its egg suppliers and animal welfare
21  issues; right?
22      A.   A general understanding, yes.
23      Q.   And did you have an understanding of
24  Safeway's animal welfare policies as it applies to
25  egg suppliers starting in 2001?

99

1       A.   A limited understanding.
2       Q.   And what is that understanding as it was in
3   2001?
4       A.   Again, if I had -- I would need a document
5   in front of me to sort of clarify that.  But, again,
6   it was a -- that we were going to be, you know,
7   asking our suppliers to follow humane guidelines as
8   it related to, you know, the -- the egg production
9   business and that was -- that was -- that was
10  largely it.
11      Q.   Was Safeway's policy in 2001 to purchase
12  eggs from egg suppliers that were not complying with
13  the UEP guidelines?
14      A.   Ask the question again, please.
15      Q.   Sure.  Was Safeway's policy in 2001 to
16  purchase eggs from egg suppliers that were not
17  complying with the UEP guidelines?
18      MR. MURRAY:  Object to the form of the
19  question.  It's misleading.  And vague.
20      THE WITNESS:  You know, I -- I can't -- I
21  don't know.  I don't know.  I'm not...
22      MR. MURRAY:  We'll take a break now.  We've
23  been going for over an hour and a half.
24      THE VIDEOGRAPHER:  Going off the record.
25  The time is 10:53 a.m.  This marks the end of Disk

100

1   No. 1 in the deposition of Brian Dowling.
2       (Off the record.)
3       THE VIDEOGRAPHER:  We're back on the record.
4   The time is 11:06 a.m.  This marks the beginning of
5   Disk No. 2 in the deposition of Brian Dowling.
6   BY MR. FONTECILLA:
7       Q.   Mr. Dowling, did you discuss your deposition
8   testimony with your counsel on the break?
9       MR. MURRAY:  Don't answer the question.
10  BY MR. FONTECILLA:
11      Q.   Mr. Dowling, did your counsel instruct you
12  on how to testify during the break?
13      A.   No comment.
14      Q.   Did he instruct you on how to testify, how
15  to change your testimony during the break?
16      A.   It was just -- just asked -- suggested by my
17  counsel not to answer the question.
18      MR. MURRAY:  You're not -- you're not going
19  to talk to him about what we discussed.
20  BY MR. FONTECILLA:
21      Q.   I'm not asking you what you discussed.  I'm
22  just asking the question, did he instruct you?
23      A.   He did not.
24      MR. MURRAY:  You can answer "yes" or "no"
25  and that's it.

101

1   BY MR. FONTECILLA:
2       Q.   Let me just finish the question.  Did he
3   instruct you on how to testify during the break?
4       MR. MURRAY:  It's a yes-or-no question.
5   BY MR. FONTECILLA:
6       Q.   You're under oath.
7       MR. MURRAY:  It's a yes-or-no question.
8       THE WITNESS:  Then -- then I'm going to
9   answer yes.
10  BY MR. FONTECILLA:
11      Q.   And what did he instruct you to testify,
12  Mr. Dowling?
13      MR. MURRAY:  Do not reveal any substantive
14  communications.
15      MR. FONTECILLA:  Counsel will reserve the
16  rights.
17      (Exhibit 7 was marked for identification
18      and attached hereto.)
19  BY MR. FONTECILLA:
20      Q.   I'm handing you what's been marked as
21  Exhibit 7, Mr. Dowling.  Please take a minute to
22  review it.  For the record, this is a highly
23  confidential document Bates stamped SFWEGED00024001.
24      Do you recognize this document, Mr. Dowling?
25      A.   I recognize it as an email exchange.

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

102

1  Q.   This is an email exchange you had with a
2  Mr. Weiffenbach on March -- in or around March of
3  2006; is that right?
4      A.   Yes.
5      Q.   Mr. Weiffenbach is an employee of Burger
6  King; is that correct?
7      A.   It appears from the email address,
8  "whopper," yes.
9      Q.   And as part of your job as vice president of
10 public affairs at Safeway, you have interactions
11 with individuals at Burger King?
12     A.   I have had, yes.
13     Q.   And have you discussed animal welfare
14 practices as they apply to egg suppliers with Burger
15 King?
16     A.   Not that I can specifically recall.  But I
17 think we probably did.  I just can't recall specific
18 conversations with Steve or this -- this
19 Mr. Weiffenbach.
20     Q.   In the first email of this email chain,
21 which is actually on page 2 of 3 --
22     A.   Right.
23     Q.   -- above all the disclosures.
24     A.   Yep.
25     Q.   It's an email from you to Mr. Weiffenbach --

103

1      A.   Uh-huh.
2      Q.   -- asking for input on the formation of
3  Safeway's Animal Welfare Council; is that right?
4      A.   Yes.
5      Q.   Do you recall seeking the input of fast-food
6  restaurants and their employees in considering
7  forming Safeway's Animal Welfare Council?
8      A.   I -- I do recall.
9      Q.   And what do you recall about that?
10     A.   Asking generally for their advice on -- on
11 what their councils, who -- who was on their
12 councils and -- and sort of how they functioned and
13 how they advised their companies.
14     Q.   And why were you seeking the input of folks
15 like Mr. Weiffenbach at Burger King?
16     A.   Because they had more experience than we did
17 in -- in dealing with these issues.
18     Q.   And -- and why was that important to Safeway
19 in forming its Animal Welfare Council?
20     A.   Well, again, we were looking to sort of
21 establish some sort of best practice and -- and we
22 were looking to some of these folks because they had
23 more experience than we did and we were -- and
24 that's why.
25     Q.   Was part of the consideration in forming

104

1  Safeway's Animal Welfare Council including experts
2  about the animal welfare practices as they applied
3  to egg suppliers?
4      A.   I -- I don't recall specifically, but it --
5  it may have come up.  I think -- my recollection of
6  this in -- in conversation related to sort of the
7  functioning of the council as I recall and -- and,
8  you know, the composition of their council,
9  vis-a-vis, what we were trying to -- to do.
10     Q.   And in considering the formation of its
11 Animal Welfare Council in or around 2006, did
12 Safeway seek input from any other entities other
13 than Burger King?
14     A.   I talked to someone at McDonalds as well.
15     Q.   And other than McDonalds and Burger King,
16 were there any other entities whose input Safeway
17 solicited or received in connection with its
18 formation of the Animal Welfare Council around 2006?
19     A.   Not that I recall.  I think it was those
20 two.
21     Q.   Did Safeway seek any input from animal
22 welfare organizations like PETA?
23     A.   We did.
24     Q.   And so in addition to PETA, Burger King, and
25 McDonalds, are there any other entities that Safeway

105

1  solicited input from in its formation of its Animal
2  Welfare Council in around 2006?
3      A.   Those are the -- those are primarily who
4  we -- we talked to, as I recall.
5      Q.   And I mean, I understand that those are the
6  primary three entities.
7      A.   Yeah.
8      Q.   Are there any other entities?
9      A.   Not that I recall.
10     Q.   And do you recall any input from any of
11 those three entities in or around that time period
12 that related to the animal welfare practices of egg
13 suppliers?
14     A.   I don't recall.
15     Q.   And why was Safeway soliciting the input of
16 entities like PETA?
17     A.   You know, they -- they were -- they were,
18 you know, sort of on us, you know, on the issue,
19 they -- and, you know, as a company, we made a
20 decision, it's a -- that -- you know, that we were
21 going to engage with PETA.  We were going to open a
22 line of communication, open a line of dialogue with
23 them, and it's -- it's not -- and that's not unique
24 to PETA, it's -- it's the way we've chosen to do
25 things as a company with a range of other

HIGHLY CONFIDENTIAL

Brian Dowling                                                    April 11, 2014

28 (Pages 106 to 109)

---

106

1    organizations.
2          And in this case, you know, we, you know,
3    chose because, you know, PETA, to their credit, I
4    mean, they initially had a guy named Bruce
5    Friedrich, who was -- was sort of interacting with
6    us, and Mr. Friedrich was difficult, to say the
7    least, and, you know, they -- you know, they
8    subsequent to that, you know, contact -- we were
9    contacted by a guy named Steve Gross, who I'm sure
10   you know.  You know, he -- he was, you know, he was
11   an easier guy to communicate with, and, you know,
12   and -- and so we opened a dialogue with him, and
13   they -- they had their ideas on -- on things like an
14   Animal Welfare Council and animal welfare generally,
15   and we made a decision that we were going to engage
16   with them.
17        Q.   And was Safeway's formation of an Animal
18   Welfare Council -- or excuse me.
19             Was Safeway's decision to form an Animal
20   Welfare Council driven in part by the request of
21   PETA and organizations like PETA?
22        A.   It was -- no.  It was -- we -- we took their
23   input, and -- but it was our decision alone to form
24   the -- the council on our own.
25        Q.   And what was the mandate of the council when

---

107

1    it was formed?
2         A.   To provide input and guidance to Safeway
3    on -- on animal welfares generally.
4         Q.   And that included animal welfare issues that
5    applied to egg suppliers?
6         A.   It did.
7         Q.   And that included animal welfare issues that
8    applied to egg suppliers who used -- who used
9    battery cages; correct?
10        A.   That's correct.
11        Q.   And specifically, with regard to those
12   animal welfare issues as they applied to egg
13   suppliers who used caged egg laying hens, did
14   Safeway receive or solicit any input from McDonalds,
15   Burger King, or PETA about including those issues in
16   the mandate of the council?
17        A.   Not from Burger King, as I recall, not from
18   neither of the fast-food chains.  PETA may have
19   provided some input.
20        Q.   And why do you say that?
21        A.   But I'd have to look back through.  They --
22   they, either PETA or HSUS, or one of the two, would
23   have provided some input on some of that or at least
24   formed an -- or provided an opinion on some of that,
25   that we would have, but...

---

108

1         Q.   So PETA suggested to Safeway that an Animal
2    Welfare Council should include as part of its
3    mandate consideration of animal welfare issues as
4    they applied to egg suppliers; correct?
5         A.   Yeah.  Again, it would have -- it would
6    have -- yeah, they -- they would have touched on
7    that issue.  That -- I mean, the -- the big issue
8    for PETA was controlled atmosphere stunning, they
9    were less interested in the -- on the egg side, as I
10   recall.
11        Q.   And this is in 2006; correct?
12        A.   Yes.
13        Q.   And that's because PETA and Safeway had
14   already coordinated on animal welfare standards as
15   they applied to egg suppliers back in 2001 or 2002;
16   correct?
17        A.   Yeah.  We'd interaction on -- on these
18   issues back then.
19        Q.   Do you know who a Mr. Gene Gregory is?
20        A.   My -- UEP is -- is my recollection of who he
21   is, that he was, I think, the CEO there.  He may
22   still be.
23        Q.   Did you ever have any interactions with
24   Mr. Gregory?
25        A.   I have had an interaction.  I've talked to

---

109

1    Gene Gregory probably once.
2         Q.   When was that?
3         A.   In or around probably 2008, when -- I -- my
4    recollection was 2008, in or around when we
5    published our, you know, and I think Gene called me.
6         Q.   When you published your -- your what?
7         A.   Our -- our statements as it related to
8    gestation stalls, CAK, and -- and eggs.
9         Q.   And what did the statement have to do with
10   UEP?
11        A.   What did it have to do with UEP?
12        Q.   Yeah.  How did it relate to UEP?
13        A.   Well, we were talking about, you know,
14   humane guidelines for -- for egg laying hens, and
15   our interest in -- in purchasing more cage-free
16   eggs, and that's, you know, that was -- that was the
17   connection to -- to UEP.
18        Q.   Do you -- when was the first time, if you
19   know, that Safeway had any interactions with UEP?
20        A.   I -- I couldn't tell you for sure.  I
21   couldn't -- as to when Safeway first had
22   interactions with UEP?  I would not be able to tell
23   you specifically when.
24        Q.   When is the first time, that you're aware,
25   that Safeway had any interactions with UEP?

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

29 (Pages 110 to 113)

---

110

1      A.  Probably in the 2001 range.
2      Q.  And what is the basis for your testimony as
3  to the 2001 range?
4      A.  I'm just, I'm recalling from my review of --
5  of my material and my recollection that it would
6  have been in that timeframe when -- when I became
7  aware, that when I even became aware of UEP.
8          Again, I just, you know -- again, my -- my
9  role as -- as the PR guy interacting with these
10  outside groups, you know -- you know, I had limited
11  knowledge of -- of what we were doing with eggs and
12  UEP and what it was.  But it was in or around --
13  again, 2000, 2001, it was there that I became aware
14  of UEP and even what they did, so...
15     Q.  And how did -- how did you first become
16  aware of UEP and what they did?
17     A.  You know, it might have been through some
18  interaction that I had with FMI where they were --
19  would have gathered information on egg laying issues
20  and caged -- and eggs as it relates to UEP when they
21  were formulating and putting together and providing
22  input to the industry on -- on animal welfare.  I
23  think that's where I first became aware of it.
24     Q.  And what specifically did you become aware
25  of in or around that time about UEP?

---

111

1      A.  Just who they were and -- and generally what
2  they did.
3          (Exhibit 8 was marked for identification
4           and attached hereto.)
5  BY MR. FONTECILLA:
6      Q.  I'm handing you what's been marked as
7  Exhibit 8.
8          Have you ever seen this document before,
9  Mr. Dowling?
10     A.  I -- I have not.  Let me -- let me just
11  finish reading it.
12         MR. MURRAY:  Do you have a copy of the
13  protective order?
14         MR. FONTECILLA:  Can we go off the record
15  for just one second, please.
16         Can you turn that copy over real quick,
17  Mr. Dowling?
18         THE VIDEOGRAPHER:  We're going off the
19  record.  The time is 11:19 a.m.
20         (Off the record.)
21         THE VIDEOGRAPHER:  We're back on the record.
22  The time is 11:23 a.m.
23  BY MR. FONTECILLA:
24     Q.  Mr. Dowling, you have what's in front of you
25  a confidential document Bates stamped UE0156322

---

112

1  which has been marked as Exhibit 8.
2          Do you recognize this document?
3      A.  I don't.
4      Q.  Do you recall, or do you recognize any of
5  the names listed at the top of the memorandum?
6      A.  Gene Gregory, yes, I do recognize his name.
7      Q.  And do you know who is Miss Allie Steck is?
8      A.  I do not.
9      Q.  And this is a memorandum authored by Allie
10  Steck in which in the first paragraph she says, "We
11  have been in touch with Brian Dowling."
12         Do you see that?
13     A.  Yes.
14     Q.  Do you know what that's referring to?
15     A.  You know, I really don't.  I mean, I'm not
16  recalling.
17     Q.  And do you see in the next sentence it
18  says -- it represents that you made a statement that
19  Safeway stores will only carry eggs from certified
20  farms.
21         Do you see that?
22     A.  I see that.
23     Q.  Do you recall making a statement to that
24  effect?
25     A.  I -- I might have, but I -- I'm not -- not

---

113

1  specifically recalling that.
2      Q.  And why do you say you might have?
3      A.  Well, I just -- I -- you know, I'm -- and,
4  again, we're going back here, you know, more than,
5  you know, 10 plus years, 12 years, and -- and just
6  in a conversation I would have had with somebody
7  at -- in -- you know, on this, I just don't recall.
8  But it -- I -- I could have, you know.
9          Again, the -- the challenge for -- for me in
10  a lot of this, even in the preparation, is that, you
11  know, as, you know, we're a 30-plus billion dollar
12  company with a lot of stores and a lot of employees
13  and a lot of communities, and I'm dealing -- we've
14  got a real -- a small staff.  You know, you look at
15  some companies, and they've got large public affairs
16  staffs.  We've got a small group of us, and -- and,
17  you know, sort of I say "group," you know, I'm --
18  I'm it on contacts with sort of the outside world.
19         And during the course of any one month, any
20  one week, but during the course of a year over a
21  12-year period, you know, dealing -- this is one
22  issue out of hundreds and that's -- and it's hard to
23  recall some of this.  That's -- so I'm not using
24  that as an excuse, but it's -- it is what it is.
25     Q.  And I can completely appreciate that given

---

HIGHLY CONFIDENTIAL

Brian Dowling                                         April 11, 2014

30 (Pages 114 to 117)

114

1   the timeframe of -- of some of this.
2       A.  Yeah.
3       Q.  And we only ask -- I can only ask to the
4   best of your recollection --
5       A.  Sure.  Right.
6           (Exhibit 9 was marked for identification
7           and attached hereto.)
8   BY MR. FONTECILLA:
9       Q.  I'm handing you what's been marked as
10  Exhibit 9.  For the record, this a confidential
11  document Bates stamped FMI-001209.
12          Do you recognize this document, Mr. Dowling?
13      A.  I don't, but if you let me read through it
14  I'll...
15      Q.  Please, take your time.
16      A.  I guess this is from Karen attending...
17          Karen's meeting notes.  Okay.  I'm sorry.
18          Okay.  Yes.
19      Q.  Have you ever seen this document before?
20      A.  I have -- I don't recall seeing it.  I -- I
21  might have seen it in the past, but I'm not
22  immediately recall seeing it -- I do remember FMI
23  counseling sort of the industry that -- that -- that
24  individual companies ought not to engage with PETA.
25  I mean, let us handle that.  So I do -- that -- that

115

1   initial, you know, Karen Brown, because I -- you
2   know, I -- that part of it, I recall.  And so I'm
3   generally familiar with sort of the issues that they
4   were raising and what they were getting at here.
5       Q.  Okay.  And what is FMI?
6       A.  Food Marketing Institute.
7       Q.  And what do they do?
8       A.  They're a trade association representing the
9   retail grocery industry in Washington, D.C.
10      Q.  And what is Safeway's involvement with FMI?
11      A.  We're members, have been for many years.
12      Q.  When did -- when did Safeway become a member
13  of FMI?
14      A.  In its formation probably dating back to the
15  mid 1970s, early 1970s, as I recall.  I don't -- I
16  don't know.  I mean, I -- when I joined the company
17  in 1979, I -- I can't even recall at that point
18  whether or not we were -- but we would have been.
19  It might have been called something slightly
20  differently, but it would date back into the early
21  1970s.
22      Q.  And since 1999, has Safeway been a member of
23  FMI?
24      A.  Yes.
25      Q.  And has Safeway, since 1999, ever been a

116

1   member of FMI's board of directors?
2       A.  Yes.
3       Q.  And starting when?
4       A.  Well --
5       Q.  Since 1999.
6       A.  Since 1999.  Sorry.  Yes, our CEO has served
7   on the board of directors.
8       Q.  And --
9       A.  Our -- our most -- our CEO just retired
10  about a year ago.
11      Q.  And who is that?
12      A.  Steve Burd.
13      Q.  And when was Steve Burd a member of FMI's
14  board of directors starting in 1999?
15      A.  I'd -- I'd have to check the records, but
16  I -- I can't recall exactly when his term started
17  and ended, but he probably would have been on the
18  board of directors in or around that time for a
19  lengthy period of time, but, again, it just...
20      Q.  Since '99, has there ever been a period of
21  time where Safeway has not been represented on FMI's
22  board of directors?
23      A.  I -- I don't -- I believe there was a period
24  of time where -- there was a short period of time
25  somewhere in there where we didn't have, where Steve

117

1   was not on the board of directors, but I'd -- I'd
2   have to check the records.
3       Q.  And about when was that?
4       A.  When he was on the board of directors?
5       Q.  That period of time --
6       A.  When he was not?  Probably in the --
7   probably in the 1999, early 2000s, he -- he may not
8   have been on the board.  I just don't know.  I --
9   but I -- I just can't recall.
10      Q.  And as a member of FMI's board of directors,
11  what are Safeway's roles and responsibilities?
12      A.  Again, I -- I don't engage with FMI at that
13  level, so I couldn't specifically layout for you the
14  roles specifically of the members of the board of
15  directors.
16      Q.  Did you do anything to prepare for your
17  deposition today to get an understanding of what
18  Safeway's involvement on FMI's board of directors
19  is?
20      A.  I did not.
21      Q.  Did you do anything to prepare for your
22  deposition today to get an understanding of what
23  Safeway's role as a member of FMI is?
24      A.  I did.
25      Q.  And what did you do?

HIGHLY CONFIDENTIAL

Brian Dowling                                          April 11, 2014

31 (Pages 118 to 121)

---

118

1    A.  I looked back through my notes and my
2  records as it related to my interaction with FMI on
3  animal welfare issues generally.
4    Q.  And would there have been any other
5  involvement by Safeway on FMI other than yours?
6    A.  Yes.
7    Q.  And what would that be?
8    A.  We would have various members of our
9  management team on various committees, legal affairs
10  committee, loss prevention committee, government
11  relations committee, we would have designated people
12  who would serve on those committees of FMI.
13    Q.  And would some of those committees at FMI
14  have considered or discussed animal welfare issues?
15    A.  I believe the board of directors.  It was
16  raised in front of the board of directors.  But the
17  committees, those committees I mentioned
18  specifically, the ones that I mentioned, no.  I'd
19  have to look at sort of the roster of FMI committees
20  to sort of see, you know -- it -- it probably came
21  up at one of the committees.
22    Q.  What committee would that have been?
23    A.  I'd -- I'd have to look at the roster of the
24  FMI committees, because there's not -- there's not a
25  specific animal welfare committee.

---

119

1    Q.  Are there any -- what other committees,
2  other than the ones that you've listed, are FMI
3  committees that deal with animal welfare issues?
4    A.  I'd have to -- I'd have to check my --
5  there's a -- there may be a -- there's a -- there's
6  a food, I would say, technology.  That's the wrong.
7  I'd have to look at the roster of committees and I
8  could probably better identify it if I had it in
9  front of me.
10    Q.  Do you have a list of the roster with you?
11    A.  I don't.
12    Q.  What has been Safeway's involvement with the
13  committees that might have discussed animal welfare
14  issues since 1999?
15    MR. MURRAY:  Objection.  Calls for
16  speculation.
17    THE WITNESS:  Yeah.  I -- I mean, I don't --
18    MR. MURRAY:  It's overly broad.
19    THE WITNESS:  Yeah.  Again, my interaction
20  with FMI, committees, I think, have had limited --
21  the committees that I mentioned where I know where
22  I've got -- where we've got people serving on
23  government relations and other committees, my
24  recollection is that there was, you know, not a lot
25  of discussion about animal welfare issues.

---

120

1  Government relations was off on other
2  things, different things as was lost prevention and
3  those kinds of things.  Legal affairs, those are the
4  ones that I'm sort of specifically recalling where I
5  know that we have people serving on those
6  committees.
7  BY MR. FONTECILLA:
8    Q.  What other Safeway representatives were
9  involved with FMI's discussions of animal welfare
10  issues?
11    A.  Well, I can see here in 2000, Jonathan Mayes
12  obviously had some communication with them in his
13  capacity.
14    Q.  And were you working with Mr. Mayes at the
15  time of this document, Exhibit 9?
16    A.  I -- I was.
17    Q.  And in what capacity were you working with
18  Mr. Mayes as it related to Safeway's involvement at
19  FMI?
20    A.  At this time, Jonathan actually reported to
21  me.
22    Q.  And would Jonathan have reported on his
23  involvement at FMI meetings?
24    A.  He would have, yes.
25    Q.  And do you recall him reporting to you this

---

121

1  meeting in November 29, 2000?
2    A.  I'm not immediately recalling it.
3    Q.  And you see it in this first page of
4  Exhibit 9, it references that their hope is that no
5  individual company will deal with PETA, but instead,
6  all the companies will work with FMI to develop an
7  industry position --
8    A.  Right.
9    Q.  -- that they can adopt.
10    Do you see that?
11    A.  I do see that.
12    Q.  Does that refresh your recollection about
13  what Mr. Mayes, if any -- if anything, reported to
14  you about FMI's discussions?
15    A.  It -- it does.  I mean, he and I could have
16  had a conversation about this where we would have,
17  you know, had, you know, said, hey, you know, that
18  Karen and FMI are suggesting we not have any contact
19  with PETA, you know.
20    Q.  And was it your understanding that FMI and
21  its members were working together around this time
22  period to develop an industrywide position as it
23  related to animal welfare issues?
24    A.  Can you repeat the question?  I'm sorry.
25    Q.  Sure.  Was Safeway and the other FMI members

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Brian Dowling                                      April 11, 2014

32 (Pages 122 to 125)

122

1  around 2000, working to develop an industrywide
2  position regarding animal welfare issues?
3      **A.  They may have been.  They -- they clearly**
4  **were in some form here, but not that I was directly**
5  **involved in.**
6      Q.  But they were?
7      **A.  I believe they were, yes.  Karen Brown and**
8  **team were involved in this.**
9      Q.  And part of those animal welfare issues
10  would include the standards that applied to egg
11  suppliers; right?
12      **A.  Yes.**
13      Q.  And FMI, as part of this discussion,
14  considered certain benefits of the approach of
15  having an industrywide standard as opposed to each
16  individual member coming up with its own standard;
17  right?
18      **A.  Right.**
19          MR. MURRAY:  Objection to the form of the
20  question.
21  BY MR. FONTECILLA:
22      Q.  And what were some of the benefits that
23  Safeway considered about participating in an
24  industrywide standard rather than developing its own
25  individual standard?

123

1      **A.  Well, I think we -- we saw benefit that we**
2  **were not going to, you know, duplicate effort.  That**
3  **we would -- you know, as we do with -- with other**
4  **issues on, you know, looking at industry best**
5  **practices rather than, you know, wandering off, you**
6  **know, completely on in some of these.  We saw**
7  **benefit in having, you know, FMI take a leadership**
8  **role and guide the -- you know, guide the industry**
9  **on this.**
10      Q.  And in the -- kind of halfway down of this
11  first page of Exhibit 9, it says that "The benefits
12  of this approach are many and include the
13  following," and then it has three bullet points.
14      **A.  Right.**
15      Q.  Do you see that?
16      **A.  Yes.**
17      Q.  Reading over those bullet points, did
18  Safeway consider any of those to be benefits to an
19  industrywide approach?
20      **A.  Sure.  We did consider it as a benefit.**
21  **Sure.  We did.**
22      Q.  For each of those; correct?
23      **A.  Yes.  I mean -- yes.**
24      Q.  And the next sentence says, "All these steps
25  must be done quickly.  Our goal is to have industry

124

1  standards ready by mid-February."
2          Do you see that?
3      **A.  I do.**
4      Q.  And do you recall FMI endeavoring to have
5  industrywide standards ready by February of 2001?
6      **A.  I -- I generally do.**
7      Q.  And did Safeway participate in FMI's efforts
8  to adopt industrywide standards in late 2000 and
9  early 2001?
10      **A.  We may have, but I was not involved.**
11      Q.  Who was involved?
12      **A.  I -- you know, in looking at some of the**
13  **documents that you've showed me as it relates to**
14  **eggs in particular, some of our QA, or quality**
15  **assurance people may have been involved on the egg**
16  **side of things, and -- but that is -- that is -- but**
17  **I don't know that for sure.**
18      Q.  And this document reflects that Mr. Mayes,
19  who reported to you at the time, in late 2000, was
20  also involved; correct?
21      **A.  Yes.**
22      Q.  And did you speak with Mr. Mayes in
23  preparation for your deposition today?
24      **A.  As I indicated earlier, I spoke with**
25  **Jonathan briefly about coming over here.**

125

1      Q.  And did you discuss with him his
2  participation at this meeting?
3      **A.  I did not.**
4      Q.  Did you discuss with him his participation
5  at any other FMI meetings?
6      **A.  No, I did not.**
7      Q.  And on the second page of this Exhibit 9, it
8  says, "Based on our meeting, FMI will do the
9  following," and it lists six topics.
10          Do you see that?
11      **A.  I do.**
12      Q.  And looking at researching current industry
13  standards and standards the industry is proposing to
14  implement under No. 1.
15      **A.  Yeah.**
16      Q.  Do you recall whether Safeway had -- did
17  Safeway have any involvement in researching current
18  industry standards and standards the industry was
19  proposing to implement in late 2000 and early 2001?
20      **A.  I -- I don't recall specifically.**
21      Q.  Do you know -- well, strike that.
22          Did Safeway research the so-called McDonalds
23  standards as it's listed in the second point of what
24  FMI would do to develop an industrywide standard?
25      **A.  No, I -- I did not.**

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

33 (Pages 126 to 129)

126

1    Q.  Did Safeway?
2    **A.  No, not that I'm aware of.**
3    Q.  Did Safeway research organizations and
4  university experts that FMI could partner with, as
5  it's listed in No. 3, in connection with FMI's
6  efforts to develop an industrywide standard in late
7  2000, early 2001?
8    **A.  Did -- did we?  Not that I -- not that I**
9  **know of.**
10   Q.  And did -- did Safeway participate in any
11 joint conference calls with McDonalds to understand
12 their experience as it related to animal welfare
13 issues as part of FMI's efforts to develop an animal
14 welfare industrywide policy in late 2000?
15   **A.  Not that I recall.  Not -- not that I was**
16 **involved with.**
17   Q.  And looking at numbers 5 and 6, are you
18 aware -- or did Safeway participate in FMI's efforts
19 to develop an industrywide standard and the specific
20 initiatives listed in No. 5 and 6 here?
21   **A.  Did Safeway participate in either of the --**
22 **okay.  Again, they're -- we -- again, we're going**
23 **back a long time ago.  I just -- and I -- I don't**
24 **recall.  Perhaps we did.  I just don't specifically**
25 **recall.**

127

1    Q.  Would it be fair to say Jonathan Mayes might
2  recall?
3    **A.  He -- he might, but -- he might.  I don't**
4  **know.  You know, I was -- you know, I had phone**
5  **conversations with Karen Brown as it relates to**
6  **animal welfare, and I remember Karen specifically**
7  **because, you know, I was sort of the point person**
8  **on -- on this stuff.**
9    **Again, this -- this as it relates specifically**
10 **to -- to the PETAs of the world where she was**
11 **advising, you know, against any interaction with --**
12 **with PETA.  Let us do that.  You know, you guys**
13 **shouldn't.  So that -- that's where, you know -- but**
14 **I think -- I think Jonathan's involvement was --**
15 **was...**
16   Q.  Do you recall any phone conversations?
17       MR. MURRAY:  Are you done?  Are you done
18 talking?
19       THE WITNESS:  I'm done, yeah.  I'm done,
20 yeah.
21 BY MR. FONTECILLA:
22   Q.  Do you recall any phone conversations with a
23 Miss Brown in or around late 2000, early 2001,
24 related to FMI's efforts to adopt an industrywide
25 standard?

128

1    **A.  Yes.**
2    Q.  And what do you recall about those phone
3  conversations with her as it relates to eggs
4  specifically?
5    **A.  Well, again, it's -- eggs, I couldn't tell**
6  **you about.  But it was more broadly about animal**
7  **welfare generally and -- and, you know, and, you**
8  **know, what FMI was doing as it related to animal**
9  **welfare and gathering information and helping the,**
10 **you know, our company, and -- and, you know, set --**
11 **set standards, gather information, best practices.**
12 **It was -- it was, what's FMI doing?  I was trying to**
13 **educate myself and -- and get that from Karen.**
14   Q.  And you were getting information about what
15 FMI was doing with related -- with relation to
16 animal welfare standards in order to help Safeway
17 educate itself about what to do with regards to
18 animal welfare standards at that time; right?
19   **A.  Right.  That's correct.**
20       (Exhibit 10 was marked for identification
21       and attached hereto.)
22 BY MR. FONTECILLA:
23   Q.  I'm handing what's been marked as
24 Exhibit 10, Mr. Dowling.  And please review that.
25 Take your time.

129

1    **A.  Okay.**
2    Q.  And for the record, this is a confidential
3  document Bates stamped FMI-001143.
4    **A.  Okay.  Yeah, I've -- I have seen this.**
5    Q.  And when did you see this document?
6    **A.  In my research here in the last week or so,**
7  **I -- I recall seeing this document.**
8    Q.  And do you know who --
9    **A.  I don't recall where I saw it, but, any way.**
10   Q.  And do you know -- at the top of this
11 document, there is a -- it's a fax --
12   **A.  Yeah.**
13   Q.  -- to various representatives of FMI
14 members; correct?
15   **A.  Right.**
16   Q.  And this is from -- from the FMI?
17   **A.  Uh-huh.**
18   Q.  And in this fax, it -- it was sent to a
19 Miss Lambert --
20   **A.  Right.**
21   Q.  -- at Safeway; right?
22   **A.  Yes.**
23   Q.  And who was Miss Lambert?
24   **A.  She was our director of corporate public**
25 **affairs.  She worked for me at that time.**

HIGHLY CONFIDENTIAL

Brian Dowling                                    April 11, 2014

34 (Pages 130 to 133)

---

130

1    Q.  Does she still work at Safeway?
2    A.  She does not.
3    Q.  And when did she leave Safeway?
4    A.  She would have left probably in 2002, 2003.
5    2003, I'm going to -- I'm going to guess.
6    Q.  Do you have an understanding of why
7    Miss Lambert received this fax from FMI?
8    A.  She may have had interaction with -- with
9    Karen, you know, on this issue, and I think
10   that's -- that's why she, you know.  Debra, I
11   believe, served on the communications committee of
12   FMI because I'm looking at all these others; Mickey
13   Clerc, her cousin, who I know, Lynn Marmer, they're
14   all --
15       THE REPORTER:  I'm sorry, Mickey?
16       THE WITNESS:  Clerc, C-l-e-r-c.
17       These are all communications executives at
18   these various companies, and I know all of them.
19       Well, Odonna Matthews, is now -- she's a
20   community relations person at Giant, but the rest of
21   them are -- are all, as I recall, you know,
22   communications folks.
23   BY MR. FONTECILLA:
24   Q.  Is it your understanding that this list of
25   individuals here who received this fax were members

---

131

1    of FMI's communications committee?
2    A.  I believe they were.
3    Q.  And the fax states that, Enclosed for your
4    reading -- and the fax is dated June of 2001;
5    correct?
6    A.  Uh-huh.
7    Q.  Do you remember discussing with Miss Lambert
8    around June 2001, what her involvement at the FMI
9    meetings or FMI committees were?
10   A.  I don't recall.
11   Q.  And the first item, it says, is included
12   with this fax is a summary of FMI's conference call
13   with it's animal welfare experts.
14       Do you see that?
15   A.  Uh-huh.
16   Q.  Do you recall receiving a report or any
17   information about animal welfare experts that FMI
18   was discussing -- was having discussions with?
19   A.  Do I recall receiving a report?
20   Q.  I mean, do you recall receiving any
21   information regarding FMI's involvement with animal
22   welfare experts around June of 2001?
23   A.  I -- I could have, yes, but I don't recall
24   specifically, but I could have in this timeframe.
25   Q.  And the attachment that is referenced in the

---

132

1    fax, is -- is attached on -- starting on the second
2    page.
3    A.  Uh-huh.
4    Q.  And it's titled "Animal Welfare Conference
5    Call, June 6, 2001."
6        Do you see that?
7    A.  I do.
8    Q.  And it -- it states that there are certain
9    FMI members who participated.
10   A.  Uh-huh.
11   Q.  Do you see that?
12   A.  Yes.
13   Q.  Do you recognize Nancy Yanish or Jill
14   Hollingsworth?
15   A.  I -- Nancy Yanish, vaguely; Jill
16   Hollingsworth, I -- I do know her, she is -- yes.
17   Q.  Did you have any discussions with Karen
18   Brown, Nancy Yanish, or Jill Hollingsworth in or
19   around June 2001, regarding FMI's involvement with
20   animal welfare experts?
21   A.  I -- if I had any conversation, it would
22   have been with Karen.
23   Q.  And do you recall any?
24   A.  I -- not specifically, but I -- I could have
25   had discussions with Karen, but it wouldn't have

---

133

1    been Nancy or with Jill that I can --
2    Q.  Why --
3    A.  That I remember.
4    Q.  Excuse me.  I didn't mean to cut you off.
5    A.  That's okay.
6    Q.  What involvement, if any, did Safeway have
7    in discussing animal welfare issues on Safeway's
8    communications committee?
9    A.  Well, Debra clearly would have had some
10   involvement.  I think it probably would have been
11   more, I think, with her.  I think at this stage, it
12   would have been more a -- sort of monitoring role to
13   sort of understand, you know, the work that FMI was
14   doing.
15   Q.  And what work was FMI doing around this time
16   related to animal welfare standards as it applies to
17   suppliers of eggs?
18   A.  Well, it's -- they clearly had -- had
19   started here and its referenced in -- on the second
20   page as it relates to egg laying hens and that's
21   the -- so they clearly were working on it.
22   Q.  And under "Expert Review Panel," it lists
23   four individuals.
24       Do you see those names?
25   A.  I do.

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

35 (Pages 134 to 137)

---

134

1    Q.   One of them is Dr. Grandin, who we discussed
2    earlier; right?
3    **A.   Yep.**
4    Q.   And do you recognize the other names?
5    **A.   I -- I recognize Adele Douglass' name.**
6    Q.   And how do you --
7    **A.   Just -- just being with the American,**
8    **American Humane --**
9         THE REPORTER:  I recognize, what's the name?
10        THE WITNESS:  Adele Douglass.
11        MR. MURRAY:  A-d-e-l-e.
12   BY MR. FONTECILLA:
13   Q.   And do you recall any of your discussions
14   with Miss Grandin regarding animal welfare issues
15   that FMI was discussing in or around this time?
16   **A.   I -- I don't specifically recall.**
17   Q.   And later in this document under "Summary of
18   General Comments," there are a few bullet points.
19        Do you see that?
20   **A.   I do.**
21   Q.   And then if you focus on the third and
22   fourth bullet points, do you see that the third one
23   says that an effective standard must have a means
24   for measuring compliance?
25        Do you see that?

---

135

1    **A.   Yes.**
2    Q.   Do you recall Safeway considering any
3    compliance measuring standards in or around this
4    time as it related to egg suppliers?
5    **A.   I don't recall.**
6    Q.   Do you -- was Safeway involved in FMI's
7    consideration of how to measure compliance with
8    animal welfare standards as they related to egg
9    suppliers?
10   **A.   I'm sure we were, but not that I can recall**
11   **at -- at that stage.**
12   Q.   And who at Safeway would have been involved?
13   **A.   There could have been folks on our -- our QA**
14   **side of the business.  I think that's where there**
15   **was more involvement that was, you know -- you know,**
16   **but not -- not myself.**
17   Q.   And the fourth bullet point says that "The
18   only effective welfare and handling standards are
19   those that have a quantitative scoring system and
20   monitoring."
21        Do you see that?
22   **A.   Yes.**
23   Q.   And then it says, "Guidelines are
24   ineffective if they use terms like 'do adequately'
25   or 'provide sufficient space.'"

---

136

1         THE REPORTER:  Okay.  One more time?
2         MR. FONTECILLA:  Sorry.
3    BY MR. FONTECILLA:
4    Q.   "Guidelines are ineffective if they use
5    terms like 'do adequately' or 'provide sufficient
6    space.'"
7         Do you see that?
8    **A.   I do see that.**
9    Q.   Do you agree with the statements that are
10   made in bullet points 3 and 4?
11        MR. MURRAY:  Objection.  Outside the scope
12   of his designation.
13        You can answer, if you know.
14        THE WITNESS:  Yeah, I just -- I just don't
15   know.  Again, it is -- it is really outside the
16   scope of my -- my expertise.
17   BY MR. FONTECILLA:
18   Q.   Did Safeway ever consider the efficacy of
19   standards as they relate to animal welfare issues
20   that did not measure compliance?
21        MR. MURRAY:  Same objection.
22        THE WITNESS:  I don't -- I don't know.  I
23   mean, I...
24   BY MR. FONTECILLA:
25   Q.   And then you referred earlier to a section

---

137

1    on page 2 and 3 of the conference call summary --
2    **A.   Yes.**
3    Q.   -- related to egg layers; correct?
4    **A.   Yes.**
5    Q.   And reviewing the bullet points under there,
6    do you recall whether -- well, let me strike that.
7         Did Safeway have any involvement in
8    discussing the issues referenced in this section
9    related to egg layers as it related to FMI or FMI
10   committees?
11   **A.   It appears that we did since we've got**
12   **people who received this, but I -- I didn't -- I**
13   **don't know specifically who, you know.  But that's**
14   **where I think our -- our quality assurance people**
15   **would have had input here, but not me.**
16   Q.   And for the record, you didn't discuss or
17   prepare for your deposition by discussing or talking
18   to any of those folks?
19   **A.   I did not.  I did not.**
20        **(Exhibit 11 was marked for identification**
21        **and attached hereto.)**
22   BY MR. FONTECILLA:
23   Q.   I'm handing you what's been marked as
24   Exhibit 11.  Take your time to review this document,
25   Mr. Dowling.

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

36 (Pages 138 to 141)

---

**138**

1    A.  Okay.
2    Q.  For the record, this is a confidential
3  document Bates stamped FMI-001129.
4    A.  Okay.  I do recall seeing this.
5    Q.  And when do you recall seeing this document?
6    A.  Sometime in the last week or so as I was
7  reviewing documents.  I -- this is -- I've seen a
8  version of this.  I -- the reason I do is I
9  recognize Rich Calhoun and Rory Frink, both -- both
10  who have left the company, but who I knew well.
11    Q.  And before reviewing this document in the
12  last few days or weeks in preparation for your
13  deposition, had you ever seen this document before
14  then?
15    A.  I -- I might have, but I don't -- I don't
16  recall seeing it before that.  I -- Debra may have
17  shown it to me because I see she's cc'd here, but
18  I -- I, you know -- I may have -- I could well have
19  seen it before -- before this time because it's --
20  it's, you know, a board-approved policy statement.
21    Q.  And why do you say that you would have seen
22  a board-approved policy statement --
23    A.  Well, I think at this stage -- I'm sorry.
24    Q.  So just so the court reporter can get
25  everything down, just wait until I finish the

---

**139**

1  question --
2    A.  Sorry, my apologies.
3    Q.  -- it may seem a little long, but --
4    MR. MURRAY:  You have to slow down.
5    THE WITNESS:  Yep.  Sorry.
6  BY MR. FONTECILLA:
7    Q.  So my question was, why do you say that you
8  would have seen a board-approved policy statement
9  from FMI?
10    A.  I -- I think at -- sort of at this stage,
11  and given my involvement here, this is something
12  that would have come -- this is probably something
13  that I would have seen.  It would have come in front
14  of me in one form or another and I -- I recall
15  seeing -- my recollection, I recall seeing this.
16  Again, it was a long time ago, but I do recall
17  seeing.
18    Q.  And what was the involvement that would
19  require you seeing a FMI board-approved policy?
20    A.  Well, because I think, you know, again, we
21  were -- we were -- you know, I -- I was engaged with
22  the -- with the issue, even at this point, you know,
23  animal welfare generally.  It was early, early
24  stage, but I believe since it relates to an issue
25  like this that I would have been in the loop and I

---

**140**

1  would have been engaged at some level, at least an
2  awareness level at this point.
3    Q.  Do you -- I'm sorry.  Go ahead.
4    A.  No, that's it.
5    Q.  Do you recall being involved in reviewing
6  the FMI board policy before it was approved?
7    A.  I don't recall that.
8    Q.  Do you recall discussing with anyone who
9  attended FMI meetings on behalf of Safeway,
10  discussing the FMI board-approved policy?
11    A.  I do not recall that.
12    Q.  This document that's been stamped as
13  Exhibit 11 is a fax from FMI to certain
14  representatives of FMI members; correct?
15    A.  Yes.
16    Q.  You stated that you recognize some of the
17  names; right?
18    A.  Yes.
19    Q.  And there's a few names from Safeway,
20  including Craig Bolton and Rich Calhoun; correct?
21    A.  Yes.
22    Q.  And it also includes Rory Frink and Tom
23  Siwek.
24    A.  Yeah.  Yes.
25    Q.  Who are each of those individuals?

---

**141**

1    A.  I don't know Craig.  I don't know Tom.  I
2  believe Tom is on the buying side of our business.
3  Rich Calhoun was a quality assurance executive with
4  Safeway.  Rory Frink was -- managed the meat and
5  merchandising function at Safeway.  Merchandising,
6  pricing, store displays, you know, supply.
7    Q.  And do you recall any discussions with
8  anyone at Safeway who is referenced here in this
9  document about this particular July 9th meeting in
10  Chicago?
11    A.  I -- I don't specifically recall.  I -- I
12  might have, but I don't specifically
13  recall -- recall.  If I would have had any
14  conversation, it would have been with Rich or with
15  Rory or with Debra, but I'm not specifically
16  recalling any conversation specifically about this
17  document.
18    Q.  Are any of the individuals who are Safeway
19  representatives on this document still employed by
20  Safeway?
21    A.  I think Tom is still.  I don't know about
22  Craig Bolton.  But Rich Calhoun is not, Rory Frink
23  is not, Rory left the company.  He's now a minister.
24  Rich Calhoun, I think, retired.  Debra Lambert left
25  the company.

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

37 (Pages 142 to 145)

---

142

1    Q.   And do you know Mr. Siwek's position today?
2    A.   I -- I don't know.  I think he -- I think
3  he's a buyer, you know, on the buying team in
4  Denver.  I just don't know that for sure.  I don't
5  have any contact with him, but I -- his name is
6  familiar and I -- I seem to recall that he's on the
7  buying team.
8    Q.   FMI, around this time period of 2001,
9  solicited Safeway's input in helping it developing
10  an industrywide set of guidelines for its animal
11  welfare policies; correct?
12    A.   Yes.
13    Q.   That was because those policies that FMI
14  would adopt would eventually be adopted by Safeway
15  as well as an FMI member; correct?
16        MR. MURRAY:  Object to the form of the
17  question.
18        THE WITNESS:  That would -- that's the idea,
19  yes, that we would -- we would -- yes.
20  BY MR. FONTECILLA:
21    Q.   And Safeway sent representatives to FMI
22  meetings in order to learn about what FMI was doing
23  with regards to animal welfare policies; correct?
24    A.   Yes.
25    Q.   And specifically as to the consideration of

---

143

1  adopting and designing an industrywide animal
2  welfare policy; correct?
3    A.   Yes.
4    Q.   And that would involve animal welfare
5  policies as they apply to egg suppliers; correct?
6    A.   Yes.
7    Q.   And Safeway would also send representatives
8  to these FMI meetings in order to provide Safeway's
9  input or insight about animal welfare issues so that
10  FMI could consider it when developing this
11  industrywide standard in or around 2001; correct?
12    A.   Correct.  I wasn't involved in any of this,
13  but correct.
14    Q.   And what input did Safeway provide to FMI in
15  or around this time to assist FMI in designing and
16  developing an industrywide guideline for animal
17  welfare issues?
18    A.   Well, and that's, again, where I'm at a
19  disadvantage.  At this stage, I wasn't -- you know,
20  I'm -- I'm -- it would have been Rich's and Rory's
21  input and Tom and the other, and it was -- but not
22  mine.  So they were obviously providing input on
23  these issues at some level.  They're all very
24  capable, competent folks, but -- but I wasn't
25  involved in any of that input.

---

144

1    Q.   And if we go to the second page of this
2  exhibit, you'll see it has a meeting schedule.
3        Do you see that?
4    A.   I do.
5    Q.   And part of the meeting schedule involves
6  comments from McDonalds' representatives.
7        Do you see that?
8    A.   I see that.
9    Q.   Safeway knew that FMI was soliciting the
10  input of food -- fast-food chains in consideration
11  of an industrywide animal welfare standard for
12  retailers; correct?
13    A.   Correct.
14        MR. MURRAY:  Object to the form of the
15  statement.  Or object to the form of the question.
16  Mischaracterizes the document.
17  BY MR. FONTECILLA:
18    Q.   And in the next page of this document --
19        MR. FONTECILLA:  Let the record reflect that
20  counsel is instructing --
21        MR. MURRAY:  I'm telling him to slow down is
22  what I was telling him.
23        MR. FONTECILLA:  Just make the record
24  clear --
25        MR. MURRAY:  Yeah, okay.  I'll make it

---

145

1  clear.  I was telling him to slow down because we're
2  talking over each other.
3        THE WITNESS:  Well, that's what the -- well,
4  that's we talked about in there, is slow down and
5  read the documents.  That was what he instructed me
6  to do, and so I'm not following that like I should,
7  so...
8  BY MR. FONTECILLA:
9    Q.   In the third page of this document,
10  Exhibit 11, there is the board-approved policy that
11  FMI adopted on January 14, 2001; correct?
12    A.   Yep.  Yes.
13    Q.   Safeway was involved in designing and
14  developing FMI's board-approved policy that's listed
15  here; correct?
16    A.   That -- that appears to be the case, yes.
17    Q.   And what input or insight did Safeway
18  provide to FMI's board in connection with developing
19  this animal welfare policy that was adopted on
20  January 14, 2001?
21    A.   Again, that would be a question that would
22  have to be posed to -- to these other folks who were
23  involved in this.  I had -- I -- I don't recall
24  having specific input.  I -- I don't recall
25  conversations with Rich or Rory or Craig or Tom on

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

38 (Pages 146 to 149)

---

146

1  any of this.  I'm just not recalling.  It was a long
2  time ago.
3      Q.  Sure.  Would anyone else currently at
4  Safeway have received information from these
5  individuals about their attendance at the meeting or
6  about their involvement in developing this
7  board-approved policy?
8          MR. MURRAY:  Objection.  Calls for
9  speculation.
10         THE WITNESS:  Yeah, I don't know.  I -- I
11  don't -- I can't -- I don't know.  Not -- okay.  Not
12  that I'm aware of anybody currently at Safeway.
13  BY MR. FONTECILLA:
14     Q.  Tom Siwek might know; right?
15     A.  He might --
16         MR. MURRAY:  Objection to the form of the
17  question.
18         THE WITNESS:  I don't know.
19         MR. MURRAY:  Calls for speculation.
20         THE WITNESS:  I don't know.
21         MR. MURRAY:  Please slow down a little so I
22  can get my objections in.
23         THE WITNESS:  I apologize.  I apologize.
24  BY MR. FONTECILLA:
25     Q.  Do you recognize this board-approved policy?

---

147

1      A.  I recall seeing it.  I do generally
2  recognize it, yes.
3      Q.  And when was the first time that you saw
4  this policy?
5      A.  It probably would have been in or around
6  2000, early 2001.
7      Q.  And what was the context surrounding you
8  reviewing this policy in or around 2001?
9      A.  I don't recall specifically.
10     Q.  Do you recall discussing this policy with
11  anyone else at Safeway in or around 2001?
12     A.  I don't specifically recall.  I might have
13  had some conversation.  I -- but I'm not
14  specifically recalling what those conversations
15  were.
16     Q.  At this time of the adoption of FMI's
17  board-approved policy on January 14th, 2001, Safeway
18  was represented on FMI's board; correct?
19     A.  I believe so.  I don't know for sure, but I
20  believe so.
21     Q.  Did Safeway solicit input from egg
22  manufacturers or the egg suppliers that supplied
23  Safeway with eggs in connection with providing its
24  input to FMI around this time period?
25     A.  It may have, but I wasn't involved in any of

---

148

1  that.
2      Q.  On the page that's stamped at the bottom
3  1132 in Exhibit 11, there's a work plan.
4          Do you see that?
5      A.  1132.  Work plan.  Yes.  Sorry.
6      Q.  And the -- and the work plan goes on for two
7  pages; right?
8      A.  Yep.  Right.
9      Q.  Do you recall seeing this work plan?
10     A.  I do not.
11     Q.  Was Safeway involved in any of the bullet
12  points of this work plan listed under the section
13  December 1st to January 5th?
14     A.  We -- we may have been.  We probably were,
15  but -- but I was not involved in any of this.
16     Q.  And which ones specifically was Safeway
17  involved in with regards to the December 1st to
18  January 5th aspects of this work plan issued by FMI?
19     A.  Again, I -- I'm not specifically -- let me
20  just read this.  I'll back up a little bit here.
21          Could you ask the question again, then?
22     Q.  Sure.  Looking specifically at the work plan
23  items that FMI had planned for December 1st to
24  January 5th as reflected in this document --
25     A.  Uh-huh.

---

149

1      Q.  -- which one of these was Safeway involved
2  in, if any?
3      A.  I don't know specifically which one.
4          THE REPORTER:  I'm sorry, I missed the date.
5  BY MR. FONTECILLA:
6      Q.  From December 1st to January 5th, which one
7  of these was Safeway involved in, if any?
8      A.  I -- I don't know.
9      Q.  And looking at the section titled, January
10  6th to 31st, which one of those items, if any, was
11  Safeway involved in?
12     A.  We could have been involved in all of them.
13  I don't know for sure, however.
14     Q.  And would your answer be the same if I had
15  asked you about Safeway's involvement as to the
16  items in this work plan for these sections on the
17  following page as well?
18     A.  Yes.
19     Q.  And would anyone else at Safeway, to the
20  best of your knowledge, know or have any information
21  about Safeway's involvement in these work plan
22  items?
23     A.  There may be someone, but, again, these
24  folks, you know, the two key people who I had
25  interaction with, Rory and Rich, are gone.  I

---

HIGHLY CONFIDENTIAL

Brian Dowling                                    April 11, 2014

39 (Pages 150 to 153)

---

150

1  don't -- I'm not sure who currently would have --
2  would recall specifically this in -- a lot of people
3  have left the company a long time ago.
4      Q.  And after Safeway -- or excuse me.  Strike
5  that.
6          After FMI adopted this board-approved policy
7  for animal welfare in January 14th of 2001, what did
8  Safeway do to -- with that policy?
9      A.  You know, I'd have to -- I'd have to, you
10  know, I'm just reading through it here again.
11         MR. MURRAY:  Take your time and read the
12  whole thing.
13         THE WITNESS:  You know, again, a long time
14  ago.  I can't recall specifically what we did with
15  it once we got it, whether or not we, you know,
16  shoved it under someone's nose at a particular desk
17  and said, go forward and this will be our mandate
18  going forward.  I -- I couldn't tell you
19  specifically.
20  BY MR. FONTECILLA:
21     Q.  Did Safeway issue any press releases
22  announcing that -- that FMI's board had adopted this
23  policy?
24     A.  Not that I can recall.
25     Q.  Did Safeway contact any third-party experts

---

151

1  related to animal welfare issues to evaluate FMI's
2  board-approved policy?
3      A.  Not that I can recall.
4      Q.  Did -- did Safeway convene any meetings
5  internally to discuss FMI's board-approved policy in
6  or around this time?
7      A.  Not that I was directly involved in that I
8  can -- that I can remember.
9      Q.  What about your awareness in preparation for
10  this deposition about any efforts by Safeway to
11  incorporate this board-approved policy into
12  Safeway's own policies?
13         MR. MURRAY:  Objection.  Outside the scope.
14  You can answer.
15         THE WITNESS:  Yeah.  Again, I -- I just --
16  again, it's just not -- I mean, at -- at this -- at
17  this stage, I was not directly involved in -- in a
18  lot of this.  I mean, that came later when we -- we
19  first, you know, the -- the issue got sort of raised
20  in the public profile and I was more directly called
21  upon to -- to just sort of deal with the issue as it
22  related to issues raised by PETA.  But at this
23  stage, my -- my involvement was -- was sort of
24  tangential.  I mean, maybe that's not the best word.
25  It was -- it was not as direct and I wasn't deeply

---

152

1  involved with this part of it.
2  BY MR. FONTECILLA:
3      Q.  Did Safeway meet with anyone in the
4  producer, egg producer community regarding the FMI
5  board-approved policy of animal welfare issues
6  that's in this exhibit?
7      A.  We may have, but not that I'm aware of.
8      Q.  Did Safeway discuss FMI's board-approved
9  policy in this exhibit with any individuals in the
10  restaurant industry?
11     A.  Did Safeway?  Not that I'm aware of.
12     Q.  Did Safeway discuss the FMI board-approved
13  policy in this exhibit with anyone at PETA or at
14  HSUS?
15     A.  There -- there might have been, you know,
16  might have been, you know, again, '01.  Pardon me
17  for -- at this stage, probably not.  Not with PETA
18  at this stage.  Discussions with them came later.
19     Q.  In this Exhibit 11, if you turn to the page
20  that's Bates stamped 1138 -- excuse me -- 1138 at
21  the bottom.
22     A.  Yep.
23     Q.  This is a page and a document entitled
24  "McDonald's Animal Welfare Guiding Principles."
25         Do you see that?

---

153

1      A.  I do.
2      Q.  Do you recognize this document?
3      A.  I -- I really don't.  I -- I may have seen
4  this at some point, but I'm not immediately
5  recalling seeing this.
6      Q.  And then the page after that is a document
7  titled "Major Actions Taken with Advice of Animal
8  Welfare Council" by McDonald's USA in August of
9  2000.
10         Do you see that?
11     A.  I see that.
12     Q.  Do you recognize this document?
13     A.  No, I don't specifically recall seeing this.
14     Q.  Safeway was aware that McDonald's had
15  adopted animal welfare principles in or around 2000;
16  correct?
17     A.  We may have been.  I mean, I -- at that
18  stage, in 2000?
19     Q.  Safeway was aware in 2001 that -- so we're
20  focusing on when this meeting occurred --
21     A.  Right.
22     Q.  -- with the board policy in 2001.
23         Safeway was aware in 2001 that McDonald's
24  had already adopted animal welfare principles;
25  correct?

---

HIGHLY CONFIDENTIAL

Brian Dowling                                    April 11, 2014

40 (Pages 154 to 157)

154

1    A.  I believe that's correct, yes.
2    Q.  And Safeway --
3    A.  Again, yes, because, again, these folks
4    attending this would have been tuned into it, yes.
5    Q.  And Safeway understood that McDonald's had
6    adopted animal welfare principles specifically as to
7    caged egg laying hens; correct?
8    A.  I believe that's true, yes.
9    Q.  And Safeway considered McDonald's animal
10   welfare principles in developing its own animal
11   welfare principles around 2001; correct?
12        MR. MURRAY:  Object to the form of the
13   question.
14        THE WITNESS:  Not -- not specifically.
15   my -- again, the interaction with McDonald's was --
16   was more just sort of, you know, at least mine,
17   again, I can't speak to anybody else who might have
18   had conversations with McDonald's.  I don't believe
19   anybody would have, like a Rich Calhoun or a Rory
20   Frink.  You know, my interactions with -- with
21   McDonald's, which were limited to probably a single
22   phone conversation, were to sort of understand how
23   they -- how they dealt with some of these external
24   organizations.  It was more that than it was sort of
25   the guts of specific policies as it relates to, you

155

1    know, eggs or anything else for that matter.
2    BY MR. FONTECILLA:
3    Q.  And on the page Bates stamped 1139, the
4    second page of the actions taken with advice of
5    Animal Welfare Council by McDonald's.
6    A.  Right.  We're on 1139, still?
7    Q.  Yes.
8    A.  Okay.
9    Q.  Do you see the section titled "New Laying
10   Hen Policy"?
11   A.  Yes.
12   Q.  It says, "McDonald's USA will purchase eggs
13   from suppliers who adopt the UEP's Scientific
14   Advisory Committee recommendations."
15        Do you see that?
16   A.  I do.
17   Q.  Safeway was aware that McDonald's had
18   adopted certain policies as it related to the
19   Scientific Advisory Committee's recommendations by
20   UEP; correct?
21        MR. MURRAY:  Object to the form of the
22   question.  Lack of foundation.
23        THE WITNESS:  Could you ask -- ask the
24   question again, please?
25   / / /

156

1    BY MR. FONTECILLA:
2    Q.  Sure.  Let me rephrase it.
3        Safeway, in or around 2001, was aware that
4    McDonald's had adopted an animal welfare policy;
5    right?
6    A.  Correct.
7    Q.  And --
8    A.  As far as I know.
9    Q.  And Safeway was aware that McDonald's had
10   considered or evaluated the UEP Scientific Advisory
11   Committee's recommendations around that time;
12   correct?
13   A.  I don't know --
14        MR. MURRAY:  Objection to the form of the
15   question.  Calls for speculation.
16        THE WITNESS:  I don't know that.  I don't
17   know that.
18   BY MR. FONTECILLA:
19   Q.  And Safeway was aware that McDonald's had
20   adopted a policy that required a space per bird that
21   was of minimum of 72 square inches; correct?
22   A.  I --
23        MR. MURRAY:  Objection to the form of the
24   question.  Lack of foundation.  Calls for
25   speculation.

157

1        THE WITNESS:  Yeah, I don't know that.
2    Yeah.  I don't know.
3    BY MR. FONTECILLA:
4    Q.  Who at Safeway would have evaluated policies
5    adopted by fast-food chains regarding the animal
6    welfare practices that they require of their egg
7    suppliers?
8    A.  Again, it could have been someone like
9    Rory -- or excuse me, not Rory Frink.  It could have
10   been someone like Rich Calhoun or someone on his
11   team.
12   Q.  And that's the QA team?
13   A.  Yes.  David Lawrence.
14   Q.  And David Lawrence is still employed with
15   Safeway?
16   A.  I believe so.  I mean, I haven't had contact
17   with David in a long time, you know.  I -- I believe
18   so.  And I think at the time, he worked for Rich
19   Calhoun.
20        (Exhibit 12 was marked for identification
21        and attached hereto.)
22   BY MR. FONTECILLA:
23   Q.  I'm handing you what's been marked as
24   Exhibit 12, Mr. Dowling.  For the record, this is a
25   confidential document Bates stamped UE0178685.

HIGHLY CONFIDENTIAL

Brian Dowling                                                    April 11, 2014

41 (Pages 158 to 161)

---

158

1        Have you ever seen this document before,
2   Mr. Dowling?
3        **A.  I don't --**
4        MR. MURRAY:  Read -- read the whole thing.
5        THE WITNESS:  Okay.  Yeah.  I'm -- I'll read
6   it.  Okay.
7   BY MR. FONTECILLA:
8        Q.  So this is a letter or a fax, and it's
9   titled, "FMI Task Force on Animal Welfare
10  Standards."
11       Do you see that?
12       **A.  I do.**
13       Q.  Are you aware of a task force at FMI on
14  animal welfare standards?
15       **A.  Yes.**
16       Q.  And what was Safeway's participation in the
17  FMI task force on animal welfare standards?
18       **A.  Again, this sort of predates my -- you know,**
19  **my first sort of awareness and understanding of some**
20  **of this stuff was -- was when we first, you know,**
21  **made contact or were contacted by PETA, you know.**
22  **But as I see here, again, Susan Adams, who**
23  **has left the company, who I knew, Rich Calhoun, they**
24  **were more deeply engaged in this than I was.  And --**
25  **but, you know, at this stage, my knowledge was --**

---

159

1   **was limited as to sort of what they were doing, and,**
2   **you know, our involvement.**
3   **It -- it was later in sort of conversations**
4   **that I had with Karen at FMI that I had sort of a**
5   **clear understanding that -- that FMI had been**
6   **working on the issue.**
7        Q.  Is your testimony today about Safeway's
8   involvement on the FMI task force on animal welfare
9   standards limited to your personal capacity and
10  personal memory?
11       **A.  Yes.**
12       Q.  And in this document, about halfway down --
13  well, actually, it states in the second paragraph,
14  "On Monday, July 9th, 2001, a task force of industry
15  representatives will meet to discuss animal welfare
16  standards" --
17       **A.  Uh-huh.**
18       Q.  -- "and whether or not the retail food
19  industry should take action in mandating production
20  disciplines for animal agriculture"; correct?
21       **A.  Yes.**
22       Q.  And that's referring to the meeting in the
23  last Exhibit 11 where the FMI board-approved policy
24  was attached; correct?
25       **A.  Uh-huh.  Right.**

---

160

1        Q.  And the next paragraph states that Susan
2   Adams and Rich Calhoun represent Safeway on the FMI
3   task force on animal welfare standards; right?
4        **A.  Correct.**
5        Q.  And who is Susan Adams?
6        **A.  She worked for Rich as a QA person.**
7        Q.  And does she still work at Safeway?
8        **A.  No, she doesn't.  She's retired.**
9        MR. MURRAY:  Objection.  Asked and answered.
10  But go on.
11  BY MR. FONTECILLA:
12       Q.  And do you -- are you aware of any meeting
13  that Susan Adams and Rich Calhoun had in preparation
14  for the July 1st, 2001 meeting in Chicago?
15       **A.  I'm not aware of any preparation meeting.**
16       Q.  And in that last paragraph of this
17  Exhibit 12, do you see the reference to Chuck Elste,
18  the author of this letter, meeting with Susan and
19  Rich?
20       **A.  I do.**
21       Q.  And were -- are you aware of this meeting
22  having occurred?
23       **A.  I'm not recalling that it occurred.  I -- I**
24  **don't recall this occurring.  I'm not -- again, long**
25  **time ago.**

---

161

1        Q.  And so this meeting with Susan and Rich, as
2   reflected in the last paragraph, reflects that
3   Safeway met with NuCal in preparation for its
4   participation at FMI's July 9th, 2001 meeting;
5   correct?
6        **A.  It appears that way, yes.**
7        Q.  And NuCal educated Safeway about certain
8   issues related to animal welfare guidelines
9   established by UEP; correct?
10       MR. MURRAY:  Objection to the form of the
11  question.  Calls for speculation.  Lack of
12  foundation.
13       THE WITNESS:  Repeat the question, please.
14  BY MR. FONTECILLA:
15       Q.  Safeway had discussions with NuCal prior to
16  the July 9th, 2001 FMI meeting about animal welfare
17  guidelines established by UEP; correct?
18       MR. MURRAY:  Objection.  Lack of foundation.
19  You can answer, if you know.
20       THE WITNESS:  Yeah, I don't know.  I don't
21  know.
22  BY MR. FONTECILLA:
23       Q.  It says in this document that Safeway --
24       **A.  Yeah, it appears -- it appears that**
25  **obviously Susan and Rich had some sort of**

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Brian Dowling                                    April 11, 2014

42 (Pages 162 to 165)

---

162

1  interaction.
2      Q.  And --
3      A.  But not that I'm aware of.
4      Q.  And the discussion between Susan and Rich at
5  Safeway, on the one hand, with NuCal, on the other
6  hand, involved certain discussions about the cost of
7  implementing added cage space program; right?
8          MR. MURRAY:  Objection to the form of the
9  question.  Calls for speculation.  Lack of
10  foundation.
11         THE WITNESS:  Yeah, I -- I don't -- I don't
12  have any...
13  BY MR. FONTECILLA:
14     Q.  The document here in the last paragraph of
15  this Exhibit 12 does reflect a statement that
16  representatives of Safeway met with NuCal; correct?
17     A.  It appears that way, but that, again, that's
18  all -- that's -- that would be speculation on my
19  part.  I --
20     Q.  And the document states that as part of that
21  discussion, NuCal presented Safeway with certain
22  information about the cost of implementing an added
23  cage space program; correct?
24     A.  It appears that they did have that
25  discussion, yes, from this document.

---

163

1      Q.  And that discussion also states that that
2  discussion involved NuCal presenting certain
3  information about the cost of implementing a no-molt
4  program; correct?
5          MR. MURRAY:  Objection.  Lack of foundation.
6          THE WITNESS:  Again, I -- just from what I'm
7  reading here it appears, but otherwise, I -- I can't
8  speculate.
9  BY MR. FONTECILLA:
10     Q.  Do you have any reason to believe that these
11  topics were not discussed between Safeway and NuCal
12  in or around July of 2001?
13         MR. MURRAY:  Objection.  Lack of foundation.
14  It calls for speculation.
15         THE WITNESS:  Yeah, I don't know.
16  BY MR. FONTECILLA:
17     Q.  Do you have any reason to believe that these
18  topics were not discussed?
19         MR. MURRAY:  Same objections.
20         THE WITNESS:  I -- do I have any reason --
21  sorry.  I'm -- I'm...
22  BY MR. FONTECILLA:
23     Q.  Do you have any reason to believe that the
24  discussion, as reflected in this paragraph, is not
25  accurate?

---

164

1          MR. MURRAY:  Objection.  Lack of foundation.
2  Calls for speculation.
3          THE WITNESS:  I -- again, I have no reason.
4  I don't have any understanding -- I -- any way.  I'm
5  not helping you, so...
6  BY MR. FONTECILLA:
7      Q.  Did Safeway in or around July of 2001, have
8  any discussions with any egg suppliers about the
9  cost of implementing the cage space requirements as
10  it related to egg production?
11         MR. MURRAY:  Objection.  Overly broad.
12         THE WITNESS:  Yeah, not to my knowledge.
13  BY MR. FONTECILLA:
14     Q.  Did Safeway have any discussions in or
15  around July of 2001 with egg suppliers about the UEP
16  guidelines?
17         MR. MURRAY:  Objection.  Overly broad.
18  Beyond the scope of this witness' designation.
19         You can answer, if you know.
20         THE WITNESS:  I don't know.
21  BY MR. FONTECILLA:
22     Q.  One of the topics we talked about that
23  you've been designated as a corporate designee is
24  Safeway's discussions with outside entities about
25  animal welfare issues; correct?

---

165

1      A.  Correct.
2      Q.  Some of those outside entities include
3  Safeway's producer community of eggs; correct?
4          MR. MURRAY:  Objection.  Objection.
5  that -- that calls for a legal conclusion.
6          THE WITNESS:  Yeah, my interactions are, you
7  know, with outside groups, external groups.  We
8  talked about PETA earlier and HSUS.  That's --
9  that's my interactions and that's -- that's my area
10  of expertise in as it relates to animal welfare.
11         MR. MURRAY:  He's not been designated for
12  communications with vendors.
13         THE WITNESS:  Yeah.
14         MR. FONTECILLA:  All right.  I think we
15  should take a lunch break.
16         THE VIDEOGRAPHER:  Going off the record.
17  The time is 12:23 p.m.  This marks the end of Disk
18  No. 2 in the deposition of Brian Dowling.
19         (Lunch was taken from 12:23 p.m. until
20         1:26 p.m.)
21         THE VIDEOGRAPHER:  We're back on the record.
22  The time is 1:26 p.m.  This marks the beginning of
23  Disk No. 3 in the deposition of Brian Dowling.
24         (Exhibit 13 was marked for identification
25         and attached hereto.)

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

43 (Pages 166 to 169)

---

**166**

```
 1   BY MR. FONTECILLA:
 2      Q.  Mr. Dowling, I'm handing you what's been
 3   marked as Exhibit 13.  Please take a minute to
 4   review the document, please.  For the record, this
 5   is a confidential document Bates stamped FMI-001714.
 6         Looking at the first page of this document,
 7   do you recognize this document?
 8      A.  Not immediately.
 9      Q.  So we can walk through it, just different
10   parts of it.
11         MR. MURRAY:  Give him a second to go through
12   it, please.
13         MR. FONTECILLA:  Sure.
14         MR. MURRAY:  He's still on the first page.
15   He should flip through the whole thing at least.
16   BY MR. FONTECILLA:
17      Q.  So if you just want to flip through it and
18   then --
19      A.  Yeah.  Sure.
20      Q.  -- we're going to walk through it, so we're
21   going to read through it together.  It's a -- it's a
22   report or a document authored by Karen Brown at the
23   Food Marketing Institute.
24         Do you see that information?
25      A.  I do, yes.
```

---

**167**

```
 1      Q.  And it's a document entitled "Global Animal
 2   Welfare Challenges:  Various Perspectives," "A
 3   Market-Place Perspective."  What was Safeway's
 4   involvement, if any, in preparing or contributing to
 5   the preparation of this document?
 6         MR. MURRAY:  Objection.  Lack of foundation.
 7         You can answer, if you know.
 8         THE WITNESS:  I'm not aware that we were --
 9   I don't know of any involvement with this.
10   BY MR. FONTECILLA:
11      Q.  Does Safeway, or has Safeway, ever since
12   1999, contributed to reports prepared by FMI?
13      A.  We --
14         MR. MURRAY:  Overly broad.  Objection.
15         You can answer, if you know.
16         THE WITNESS:  I -- I don't know.  I don't
17   know.
18   BY MR. FONTECILLA:
19      Q.  Has -- has Safeway, ever since 1999,
20   contributed to the preparation of reports regarding
21   animal welfare issues?
22      A.  We may have, but I don't know.  I'm not --
23   not to the best of my knowledge.  I don't know.
24      Q.  And in the first footnote of this document,
25   it says, "FMI conducts programs in research,
```

---

**168**

```
 1   education, industry relations, and public affairs on
 2   behalf of its 2300 member companies -- food
 3   retailers and wholesalers -- in the United States
 4   and around the world."
 5         Do you see that?
 6      A.  I do.
 7      Q.  Do you agree with that statement?
 8      A.  Yes.
 9      Q.  And is Safeway one of FMI's members for
10   which it conducts programs in research, education,
11   industry relations, and public affairs?
12      A.  Yes.
13      Q.  And as part of that effort that FMI does on
14   behalf of its members, does that include research
15   into animal welfare issues?
16         MR. MURRAY:  Objection.
17         THE WITNESS:  Rephrase it, ask the question
18   again.
19   BY MR. FONTECILLA:
20      Q.  Yes.
21      A.  I'm sorry.
22      Q.  It says that FMI conducts programs in
23   research, education, industry relations, and public
24   affairs on behalf of its member companies; right?
25      A.  Right.
```

---

**169**

```
 1      Q.  And that includes Safeway; right?
 2      A.  Correct.
 3      Q.  And so does FMI conduct programs related to
 4   the research of animal welfare issues on behalf of
 5   Safeway?
 6         MR. MURRAY:  Objection.  Calls for
 7   speculation.  Lack of foundation.
 8         THE WITNESS:  Yeah, I -- I couldn't say.
 9   BY MR. FONTECILLA:
10      Q.  Okay.  Does Safeway know -- or let me strike
11   that.
12         Does Safeway ask FMI to conduct research on
13   its behalf?
14      A.  As a member -- you know, specifically, as it
15   relates to animal welfare or?
16      Q.  That is correct.
17      A.  You know, Safeway, you know, we asked, you
18   know, FMI to provide.  I spoke to Karen Brown about
19   providing us with input and guidance on some of
20   these issues, animal welfare issues, yes.
21      Q.  And does --
22      A.  And -- and there may be others that have
23   done the same thing on other parts of, you know,
24   the -- the animal welfare side of things, but I
25   don't know that for a fact, but I've had that
```

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

44 (Pages 170 to 173)

---

170

1 conversation with Karen.
2     Q.  And Safeway asks FMI to help develop
3 industrywide standards, as we saw, related to animal
4 welfare standards; right?
5     A.  Yes.
6     Q.  And if you turn to page 2 of this document,
7 you'll see the first paragraph that starts at the
8 top, it says, "Late in 2000, five of FMI's
9 supermarket company members asked FMI to develop a
10 voluntary policy and program to address animal
11 welfare that the entire supermarket industry can
12 embrace."
13         Do you see that?
14     A.  I do see that.
15     Q.  And the footnote that identifies which
16 supermarket company members asked FMI to do that
17 include five retailers.
18         Do you see that, under Footnote 3?
19     A.  I do.
20     Q.  And one of those is Safeway; right?
21     A.  Yes.
22     Q.  So Safeway, late in 2000, asked FMI to
23 develop an entire supermarket industry policy and
24 program to address animal welfare; correct?
25         MR. MURRAY:  Objection.  Mischaracterizes

---

171

1 the document.
2         You can answer.
3 BY MR. FONTECILLA:
4     Q.  And I'm not asking what the document says,
5 but, you know, I'm asking in late 2000, Safeway was
6 one of a few companies that asked FMI to develop a
7 policy and program addressing animal welfare that
8 the entire supermarket industry could embrace;
9 correct?
10     A.  It -- it appears that way obviously from
11 this.  I wasn't involved in those discussions at
12 that point with FMI.
13     Q.  Do you have any reason to believe that that
14 statement is not correct?
15     A.  No.
16     Q.  And then in later in that paragraph, there
17 is a sentence, the last sentence, and it starts
18 with, In December.
19     A.  Uh-huh.
20     Q.  It says, In December 2000, FMI formed a
21 member company advisory committee undertook
22 qualitative focus group consumer research and began
23 meetings with the producer community.
24         Do you see that?
25     A.  I do see that.

---

172

1     Q.  Do you -- what is your understanding of the
2 member company advisory committee that FMI formed in
3 December 2000?
4     A.  I don't know anything about that.  Well,
5 again, my recollection, this goes back a long way,
6 but I don't recall specifically who from Safeway
7 served on that advisory committee and what our
8 involvement was, you know, specifically in 2000.
9     Q.  But Safeway did serve on FMI's member
10 company advisory committee?
11     A.  It appears that we did, yes.
12     Q.  And what was Safeway's role as a member or
13 participant in that FMI member company advisory
14 committee formed in 2000?
15     A.  Again, in 2000, I don't have any
16 recollection specifically of what our role was
17 because I wasn't involved.
18     Q.  At the top of page 3 of this Exhibit 13,
19 there's a paragraph that starts "Following."  It
20 says, "Following the action of its Board of
21 Directors, FMI began a series of meetings with the
22 producer community."
23         Do you see that?
24     A.  I do.
25     Q.  What was Safeway's involvement in the action

---

173

1 taken by its board of directors that precipitated
2 FMI's meetings with the producer community as it's
3 reflected in this document?
4         MR. MURRAY:  Objection.  Lack of foundation.
5 Beyond the scope of this witness.
6         THE WITNESS:  Yeah, I -- again, it's not
7 something that I was involved with directly or
8 indirectly.  So I -- I can't comment on that.
9 BY MR. FONTECILLA:
10     Q.  Now, and just to be clear, I'm asking you as
11 a corporate designee of Safeway --
12     A.  Yeah.
13     Q.  -- as to issues that relate to -- to FMI
14 interacting with Safeway or Safeway's involvement in
15 FMI.
16         MR. MURRAY:  Objection.  The -- the
17 designation was just membership in those things.  It
18 had nothing specific about involvement in specific
19 policy initiatives.
20         You can answer, you can answer the question,
21 if you know.
22         THE WITNESS:  I really -- I, you know,
23 again, all this -- this related to 2000, this --
24 this -- these formative stages of FMI's work and our
25 involvement is beyond sort of where I was directly

---

HIGHLY CONFIDENTIAL

Brian Dowling                                         April 11, 2014

45 (Pages 174 to 177)

174

1  involved in any of this, so this -- so I'm having
2  difficulty speaking to any of this I -- because I
3  don't know.
4  BY MR. FONTECILLA:
5      Q.  Was Safeway -- did Safeway ever participate
6  in any meetings with egg producers in connection
7  with FMI's efforts to develop an industrywide animal
8  welfare program as described in this document?
9      A.  Not -- not to my knowledge.
10     Q.  And in the next section of this same page
11 titled "Program Goals" --
12     A.  Uh-huh.
13     Q.  -- the second sentence says -- well, the
14 first sentence says, "The food retail industry
15 understands that the issues surrounding the welfare
16 of animals used for food are important and
17 complicated."
18         Would you agree that Safeway understands
19 that the issues surrounding the welfare of animals
20 are important and complicated?
21     A.  I would agree.
22     Q.  And Safeway understands that some of those
23 complicated and important aspects of the animal
24 welfare issues include a cost aspect; right?
25         MR. MURRAY:  Objection.  Calls for

175

1  speculation.  Lack of foundation.
2         THE WITNESS:  Again, the whole area of cost
3  is not my area of expertise.  I don't -- you know, I
4  can't -- I can't address that.
5  BY MR. FONTECILLA:
6      Q.  In -- in your involvement with Safeway's
7  consideration of potential animal welfare policies,
8  were you ever involved in discussions related to the
9  costs of implementing those animal welfare standards
10 by your suppliers?
11     A.  Not that I can immediately recall.  There --
12 there may have been discussions about costs, but not
13 that I can recall.
14     Q.  Would you agree that implementing certain
15 animal welfare standards encourage -- results in egg
16 supplier -- well, strike that.
17         Would you agree that implementing certain
18 animal welfare standards by a supplier involves
19 certain costs?
20         MR. MURRAY:  Objection to the form of the
21 question.  It's overly broad.  It calls for
22 speculation.  And it is beyond the scope of this
23 witness' designation.
24         THE WITNESS:  Again, I'm -- you know, it
25 just -- I -- I manage the public affairs function.

176

1  I don't get involved in discussions, did not get
2  involved in discussions as it related to sort of
3  cost of commodities, and -- and, you know.  So,
4  again, it's just -- it's not my area of expertise,
5  nor did I involve myself in these kinds -- those
6  kinds of discussions.
7  BY MR. FONTECILLA:
8      Q.  And I appreciate that it's not your area of
9  expertise.
10     A.  Yeah.
11     Q.  And I'm just asking, were you ever made
12 aware that implementing animal welfare standards by
13 one of Safeway's egg suppliers would involve costs?
14         MR. MURRAY:  Objection to the form of the
15 question.  It's been asked and answered.  It's
16 beyond the scope of this witness' designation.
17         THE WITNESS:  Yeah.  I -- I would repeat my
18 answer again.  I -- you know, the issue may have
19 come up, but I'm not recalling, not to my knowledge,
20 and I -- but more importantly, it's -- it's not an
21 area that where I would have involved my -- myself
22 in -- in discussion or had anything to contribute.
23 BY MR. FONTECILLA:
24     Q.  Did Safeway ever learn through its
25 involvement in FMI that there would be economic

177

1  implications of implementing certain animal welfare
2  standards by its egg suppliers?
3      A.  Not to my knowledge.
4      Q.  And if you could, turn to page 8 of this
5  exhibit, please.  Do you see this press release on
6  page 8?
7      A.  I do.
8      Q.  Do you recognize it?
9      A.  I really don't.  But let me -- let me just
10 look at it again here.  Yeah, a long time ago.
11 Gosh.
12         MR. MURRAY:  Read the whole thing.
13         THE WITNESS:  Yeah.  I -- you know, I -- I
14 vaguely recall seeing this.  I -- I do vaguely
15 recall seeing this and remember this generally.
16 BY MR. FONTECILLA:
17     Q.  Did you review this press release prior to
18 it being issued?
19     A.  Not to my knowledge.
20     Q.  And what was the context in which you first
21 saw this document?
22     A.  Again --
23     Q.  Specifically this press release.
24     A.  Yeah, again, we're talking about 13 years
25 ago.  I -- I don't remember how I would have seen

HIGHLY CONFIDENTIAL

Brian Dowling                                              April 11, 2014

46 (Pages 178 to 181)

---

178

1  it, whether or not it might have been sent to us by
2  FMI before it was published, I don't know.  Maybe it
3  was.  Maybe it wasn't.
4      Q.  Did anyone at Safeway have any involvement
5  in reviewing or drafting the policy that is -- or
6  the press release that is listed in these two pages?
7      A.  Not to my knowledge.  Again, maybe, but not
8  to my knowledge.  I just -- again, it would be
9  speculation on my part as to who was involved.
10     Q.  Who at Safeway would have been in a position
11 where their role would have involved reviewing or
12 drafting a policy by FMI -- I'm sorry, a press
13 release by FMI?
14         MR. MURRAY:  Objection to the form of the
15 question.  Calls for speculation.  Assumes facts
16 that have not been established.  Lack of foundation.
17 You can answer.
18         THE WITNESS:  Yeah.  I'd be speculating,
19 but, I -- you know, perhaps, perhaps some of the
20 individuals we talked about earlier, you know, from
21 some of these documents.  Perhaps Rich Calhoun,
22 perhaps -- I don't think Rory Frink, that wasn't his
23 thing.  Perhaps Debra Lambert may have had some
24 input.  I doubt it.  Anyway...
25         (Exhibit 14 was marked for identification

---

179

1          and attached hereto.)
2  BY MR. FONTECILLA:
3      Q.  I'm handing you what's been marked as
4  Exhibit 14.  For the record, this is a confidential
5  document Bates stamped FMI-001099.
6      A.  Uh-huh.
7      Q.  Do you recognize this document, Mr. Dowling?
8      A.  I do, yeah.
9      Q.  And this is a fax from FMI sent to various
10 representatives of retail members of FMI; correct?
11     A.  Right.
12     Q.  And you're listed as one of the
13 recipients --
14     A.  Yep.
15     Q.  -- of this fax?
16         And this fax was sent to you on August 13,
17 2001; correct?
18     A.  Yes.
19     Q.  And do you remember receiving this --
20     A.  I do.  I do.
21     Q.  -- communication?
22         And why were you listed as a recipient of
23 this fax?
24     A.  Because I think at that point, at that
25 point, I was engaged, I had communicated with --

---

180

1  with Karen about our, you know, interactions, our,
2  you know, PETA, you know, we -- we were getting
3  drawn into this, and I was -- had had conversations
4  with -- with Karen about, you know, FMI's
5  involvement with animal welfare.
6      Q.  And did any of those conversations with
7  Miss Brown involve animal welfare as it applied
8  specifically to egg suppliers?
9      A.  It was broadly about animal welfare overall
10 and interactions with -- with the activist
11 community, not -- not necessarily eggs.  It may
12 have -- we may have talked about eggs.  I can't
13 recall.
14     Q.  And the fourth full paragraph of this fax,
15 letter sent to you --
16     A.  Uh-huh.
17     Q.  -- indicates that, FMI is including
18 additional animal welfare experts into its advisory
19 group.
20         Do you see that?
21     A.  I do.
22     Q.  Do you recall FMI adding these animal
23 experts to its advisory group in or around August of
24 2001?
25     A.  Not specifically in that timeframe.  I do

---

181

1  remember a conversation with -- with Karen about who
2  the team of scientists would be that would be, and I
3  remember we were talking about Temple, we were
4  talking about Janice and Joy generally.  David
5  Fraser, British -- University of British Columbia, I
6  don't remember that.  But I -- what I remember is
7  that we -- we got this team assembled to help us,
8  and -- and I generally recall Joy and Janice being
9  referenced there.
10     Q.  Do you recall whether any of your
11 conversations with Miss Brown or others at FMI about
12 these animal welfare experts involved discussions
13 about whether those experts had been involved in
14 developing the Scientific Advisory Committee
15 recommendations to the UEP?
16     A.  I don't -- I don't recall.
17     Q.  And in this last paragraph of this letter
18 sent to you, it says, "We have begun our one-to-one
19 meetings with the producer groups."
20         Do you see that?
21     A.  I do.
22     Q.  Was Safeway aware in August of 2001, that
23 FMI was meeting with various producer groups?
24     A.  You know, I -- I would be speculating,
25 perhaps some of our team were aware of that.  I

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

47 (Pages 182 to 185)

182

1  think at that stage, I probably was just learning
2  of -- learning of that, you know.
3      Q.  In fact, in this letter, you are being
4  informed --
5      A.  Right --
6      Q.  -- of Safeway's meeting with producer
7  groups --
8      A.  -- right.
9      Q.  -- right?
10     A.  Yes.  Sorry, talking over.
11     Q.  And in the first attachment, there is a
12  section about egg laying hen issues.
13         Do you see that?
14     A.  I do.
15     Q.  And when you received this attachment, what
16  was your understanding of the egg laying hen issues
17  as it's reflected in this document?
18     A.  Well, it was -- it was -- primarily, it
19  related, you know, to -- to space.  I mean, that was
20  the -- that was sort of my first introduction to the
21  issue.
22     Q.  And what was the issue as you recall
23  understanding it at that time?
24     A.  As it was being raised by the activist, that
25  these egg laying hens, you know, were -- were

183

1  crammed into these battery cages and couldn't move
2  and couldn't do anything and that that -- that
3  needed to change.
4      Q.  And why did Safeway believe that it needed
5  to change?
6      A.  No, I'm saying that they --
7         MR. MURRAY:  Objection.  Mischaracterizes
8  his testimony.
9         You can answer the question.
10        THE WITNESS:  The -- the activists were
11  saying there is a problem here, not -- not us.
12  BY MR. FONTECILLA:
13     Q.  And why was FMI and the members listed here
14  in this fax discussing that issue?
15     A.  Because it was being -- because it was being
16  raised with us by the activist as an -- an animal
17  welfare issue.
18     Q.  And Safeway was considering the issues that
19  were raised by the activists.
20     A.  Right.
21        MR. MURRAY:  Objection to the form of the
22  question.
23  BY MR. FONTECILLA:
24     Q.  And it was considering adopting certain
25  policies that might appease the activists' concerns.

184

1         MR. MURRAY:  Object to the form of the
2  question.
3         THE WITNESS:  We -- we were trying to figure
4  out what to do as it related to animal welfare
5  issues broadly.  That's what we were trying to do at
6  this stage.
7  BY MR. FONTECILLA:
8      Q.  And if you turn to the...
9         We're going to set that -- that document
10  aside for now, Mr. Dowling.
11     A.  Okay.
12        DEPOSITION REPORTER:  Do you want to dial
13  him back in?
14        MR. FONTECILLA:  Well, he's on the phone.
15        MR. MURRAY:  Oh, I thought you said he was
16  in.
17        MR. FONTECILLA:  He's in.  He's on.
18        MR. MURRAY:  You want to confirm?  Is --
19        MS. ADENDORFF:  Krishna, are you on?
20        MR. NARINE:  I'm on.
21        MR. MURRAY:  Okay.
22        (Exhibit 15 was marked for identification
23         and attached hereto.)
24  BY MR. FONTECILLA:
25     Q.  I'm handing you, Mr. Dowling, what's been

185

1  marked as Exhibit 15.
2      A.  Uh-huh.
3      Q.  This is a highly confidential document Bates
4  stamped PETA 31.
5         Mr. Dowling, this is a -- a letter from PETA
6  to Mr. Burd, the CEO of Safeway; right?
7      A.  Right.
8      Q.  And have you seen this document before?
9      A.  I have.
10     Q.  And when was the first time you saw this
11  document?
12     A.  On October -- well, whenever it arrived, in
13  October of 2001.
14     Q.  And in --
15     A.  At our -- when it arrived at our offices.
16     Q.  And did -- did Mr. Burd pass this document
17  along to you?
18     A.  His administrative assistant might --
19  would -- probably would have sent it to me.
20     Q.  And what did Safeway do in response to
21  receiving this letter from PETA?
22     A.  Let me read it, read through it again here
23  just if you don't mind.
24        You know, our -- our response, I think --
25  the question is, what did we do?  I think it was at

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

48 (Pages 186 to 189)

---

186

1  this stage that we -- we simply, you know -- I, in
2  particular, you know, tried -- I'm trying to recall
3  whether or not we even responded to it.  I don't
4  think we responded to it.  I might have had a phone
5  conversation with someone, maybe not.
6       Again, this is -- again, it's still early.
7  They say one year has passed since our first contact
8  with PETA, that's -- that's obviously true if
9  they -- you know, that -- that may be true.
10      But, you know, the issue, again, it was, you
11  know, it what, you know, PETA is upping the ante,
12  you know, and we were trying to figure out what to
13  do, you know, whether -- whether or not we wanted to
14  be responsive whether or not we -- you know, and,
15  you know -- and but at this stage, I think I'd had
16  conversations with Karen Brown at FMI.  We were
17  trying to figure out how to position ourselves and
18  what we should be doing, whether or not there were
19  issues here, I think as it indicates here, that --
20  that I'd stated that, you know -- you know, we've
21  got to -- you know, we should -- we must raise the
22  bar on animal welfare.
23      But it was pretty broad at this point and we
24  were still in sort of discussion stage as to where
25  we ought to go with this.

---

187

1      Q.   And what were the options that Safeway and
2  FMI were considering with regards to responding to
3  PETA's letters?
4       MR. MURRAY:  Objection.  Compound.
5  BY MR. FONTECILLA:
6      Q.   So starting with Safeway, what -- what were
7  the options that Safeway was considering with
8  regards to responding to PETA's letter in or around
9  this time period?
10      A.   You know, I think at this stage, you know,
11  we were looking at the various issues they were
12  raising here, and trying to -- they raised, as you
13  can see, so much as it relates to dairy cows, you
14  know, veal calves.  I mean, there were just a whole
15  host of issues here.
16      Q.   And specifically as to eggs and the issues
17  that they raised regarding caged egg laying hens.
18      A.   Right.
19      Q.   What were the options that Safeway
20  considered with respect to responding to PETA as to
21  that specific animal welfare issue?
22      A.   I --
23       MR. MURRAY:  Object to the form of the
24  question.  It -- it assumes facts that have not been
25  established.

---

188

1       THE WITNESS:  Yeah, I -- you know, at this
2  stage, you know, we were still trying to sort of
3  figure out what we were going to do.  We hadn't --
4  we hadn't you know -- and, you know, we -- we -- you
5  know, there wasn't at this stage -- I mean, I was
6  sort of handling it, you know, there wasn't a lot
7  of, you know, discussion among the management team
8  about what do we do necessarily.  But we were, you
9  know, we were looking at it.  It was still in the
10  examination stage.
11  BY MR. FONTECILLA:
12      Q.   And what were you examining specifically, if
13  anything, related as to egg laying hens as --
14      A.   I can't recall.  I -- I can't recall.  I
15  mean, I think it was the issue as it related to
16  cage -- you know, again, space, transportation, you
17  know, again, the debeaking issue, you know, all
18  these things that they're -- they're sort of raising
19  here.  But, you know, again, I -- it was --
20      Q.   And when you say "they're raising here" --
21       MR. MURRAY:  Well, he wasn't -- were you
22  done?  Are you done?
23       THE WITNESS:  No, I'm -- I'm done.
24  BY MR. FONTECILLA:
25      Q.   And when you say "they're raising here," are

---

189

1  you referring to the Addendum 1 --
2      A.   Right.
3      Q.   -- of this exhibit --
4      A.   Right.
5      Q.   -- where PETA says, "We are asking Safeway
6  to," and then it lists a few things that they're
7  demanding.
8      A.   Yes.  Right.
9       DEPOSITION REPORTER:  I need one at a time,
10  I'm sorry.
11       MR. MURRAY:  You're going to have to slow
12  down.
13       THE WITNESS:  Sorry.
14       MR. MURRAY:  The court reporter is not going
15  to make it through the day.
16       THE WITNESS:  Sorry.  Sorry.
17  BY MR. FONTECILLA:
18      Q.   So PETA, in this attachment to the letter,
19  was asking certain things of Safeway; right?
20      A.   Right.
21      Q.   And those things related to animal welfare
22  issues; right?
23      A.   Right.
24      Q.   And one of them had to do with buying eggs
25  from suppliers of -- who supplied eggs using battery

---

HIGHLY CONFIDENTIAL

Brian Dowling                                        April 11, 2014

49 (Pages 190 to 193)

190

1    cages; correct?
2        **A. Correct.**
3        Q. And that's that second point there where
4    PETA is asking Safeway to cease buying eggs from
5    suppliers that give hens less than 75 square inches
6    of space per bird with the ultimate goal of phasing
7    out battery cages all together.
8        Do you see that?
9        **A. Yes.**
10       Q. And after receiving this letter, what
11   specifically as to this issue was Safeway
12   considering in regards to their response?
13       **A. Again --**
14       MR. MURRAY: Objection. It assumes facts
15   that haven't been established.
16       THE WITNESS: You know, again, it was -- it
17   was a long time ago. I -- I can't specifically
18   recall exactly on that particular issue what we were
19   sort of weighing and considering.
20       You know, PETA was coming at us with a
21   boatload of issues, and, you know, we were trying to
22   assess among all of these, you know, including the
23   egg issue, what do we do, and what should be our
24   position?
25       And it was, you know, where we -- and -- but

191

1    we hadn't established anything. We weren't sitting
2    weighing Option A or Option B. We were -- again, a
3    long time ago, so my memory may, you know, sort of
4    be failing me a little bit here, but...
5    BY MR. FONTECILLA:
6        Q. But here, it's correct to say that PETA had
7    asked Safeway in -- in October of 2001 to stop
8    buying eggs from suppliers that gave hens less than
9    75 square inches of space per bird; correct?
10       **A. I -- I think that's right.**
11       Q. I mean, it says that right there in the
12   document that they sent you; right?
13       **A. Right. Yeah, but PETA's, at times, known**
14   **for saying things that -- that are not correct,**
15   **so...**
16       Q. Right. But they're -- and what -- what part
17   of this would not be correct?
18       **A. Okay. Where are you again? I want to make**
19   **sure --**
20       Q. I'm on the Addendum 1, point 2 where we were
21   talking about --
22       **A. Yep. Right.**
23       Q. -- how Safeway was asking.
24       **A. Yep. Right.**
25       Q. So what part of point -- what part of PETA

192

1    asking Safeway to cease buying eggs from suppliers
2    that gave hens less than 75 square inches of space
3    per bird is not true?
4        **A. No. They've -- they've asked -- yeah,**
5    **they've asked us to cease, that's right.**
6        Q. And did Safeway consider as one of its
7    options ignoring PETA's request?
8        **A. Yes. I mean, we -- we -- all along through**
9    **here, you know, we -- do we ignore PETA? Do we**
10   **engage with them? You know, do we take this**
11   **seriously?**
12       Q. And what were the factors that Safeway
13   considered in making that decision as to whether or
14   not to ignore PETA?
15       **A. You know, I think the -- the principal**
16   **factor is -- is it a real issue, is it a real animal**
17   **welfare issue. Is it one that we need to, as a**
18   **retail company that doesn't engage in egg**
19   **manufacturing, is this something that we need to be**
20   **in the middle of? Do we need to be responding to**
21   **this particular issue or any of these other issues?**
22   **It was -- it was that consideration, it was that**
23   **factor.**
24       Q. And why would Safeway consider responding as
25   a retailer to an issue that related to its

193

1    manufacturers?
2        **A. Largely because as a retailer, we've got**
3    **direct, you know, interaction with our customers**
4    **sometimes two, three days a week, we're the ones on**
5    **the front lines. It's the PETAs of the world**
6    **that -- that, you know, exert pressure on retailers**
7    **more readily than they do on manufacturers. And so**
8    **we were wanting to sort of understand how this would**
9    **impact our business.**
10       **I mean, this is broadly thinking about sort**
11   **of the interaction with PETA and, you know, our**
12   **company, our company's reputation, the standards we**
13   **set for our manufacturers, there's a whole bunch of**
14   **factors that -- that were sort of coming into play**
15   **here. But, again, from my standpoint, it had to**
16   **do -- that's -- that's -- those were the kinds of**
17   **things that we were trying to sort of work our way**
18   **through.**
19       **(Exhibit 16 was marked for identification**
20       **and attached hereto.)**
21   BY MR. FONTECILLA:
22       Q. I'm handing what's been marked as
23   Exhibit 16, Mr. Dowling. Why don't you take a
24   minute to review that document.
25       And for the record, this is a confidential

HIGHLY CONFIDENTIAL

Brian Dowling                                                  April 11, 2014

194

1  document Bates stamped FMI-001080. This is a letter
2  from FMI to various individuals, including yourself;
3  correct?
4      **A. Uh-huh. Yes.**
5      Q. And who are the individuals listed as
6  recipients of this FMI letter?
7      **A. These are largely communications executives**
8  **with these various companies.**
9      Q. And why are these individuals receiving this
10 communication from FMI?
11     MR. MURRAY: Objection. Calls for
12 speculation.
13 BY MR. FONTECILLA:
14     Q. What was your understanding of why you
15 received this, this letter from FMI in November
16 26th, 2001?
17     MR. MURRAY: Same objection.
18     (Cell phone interruption.)
19     THE WITNESS: Sorry.
20     You know, this is, you know, I -- I think
21 more than anything else, Karen doing what she says
22 in her "RE" line giving an update and alerting us
23 to, you know, her communication with PETA. I think
24 it's -- it's stated plainly in the -- in the memo
25 what it is.

195

1  BY MR. FONTECILLA:
2      Q. And so she's giving an update because this
3  is a continuation of an ongoing discussion that
4  FMI's members have been having with Karen Brown over
5  at FMI about animal welfare issues; right?
6      **A. Correct.**
7      MR. MURRAY: Objection.
8  BY MR. FONTECILLA:
9      Q. And part of that is the pressure --
10     **A. Sorry.**
11     Q. -- that these retailers are receiving from
12 PETA to adopt a host of animal welfare related
13 programs or standards; right?
14     MR. MURRAY: Objection to the form of the
15 question. It mischaracterizes the document.
16     You can answer.
17 BY MR. FONTECILLA:
18     Q. And I'm not talking about the document. I'm
19 talking about how the ongoing conversation that this
20 is part of relates to animal welfare issues; right?
21     MR. MURRAY: This is the document?
22     Objection to the form of the question. It's
23 vague and ambiguous.
24 BY MR. FONTECILLA:
25     Q. This document is an update; right?

196

1      **A. Correct.**
2      Q. And it's an update to a conversation that
3  FMI and its members, including Safeway, have been
4  having about animal welfare issues; correct?
5      **A. That is -- that is right, as far as I can**
6  **see, yes.**
7      Q. And part of the conversation that FMI's
8  members were having with FMI at this time related to
9  animal welfare issues involved the pressure that
10 these retailers were receiving from PETA; right?
11     **A. That is -- that is right. That was part of**
12 **it.**
13     Q. And what were the other parts?
14     **A. You know, the pressure is one thing. I**
15 **think -- I think it was all of these companies,**
16 **including Safeway, you know, were, again, looking to**
17 **sort of manage a broad range of issues, you know,**
18 **and you get -- but it's not just activists. It's**
19 **not just -- there are others that are, you know,**
20 **sort of weigh in here, you know, there are other...**
21     **But largely, you know, it was -- it was --**
22 **yeah, it was -- it was some pressure that everybody**
23 **was feeling, you know, from the activist community.**
24 **They were being, you know, pretty effective in**
25 **exerting a level of pressure, you know, on the**

197

1  **industry.**
2      Q. And as we saw on the last Exhibit 16, part
3  of that pressure involved asking Safeway
4  specifically to adopt certain standards about its
5  egg suppliers; right?
6      **A. That's right.**
7      Q. And here you see that Miss Brown is updating
8  retailers that The United Egg Producers have been
9  working on a consumer brochure about their
10 industry's animal welfare program.
11     Do you see that?
12     **A. I do.**
13     Q. And she's soliciting input from Safeway
14 whether it thinks that this type of consumer
15 information might be helpful; correct?
16     MR. MURRAY: Objection to the form of the
17 question. It mischaracterizes the document.
18     THE WITNESS: I see that it is, you know,
19 that's -- that's what she's asking for.
20 BY MR. FONTECILLA:
21     Q. Right. At this --
22     **A. Is input. Right.**
23     Q. At this time she asked you --
24     **A. Is it helpful. Right.**
25     Q. So at this time, she asked you for your

HIGHLY CONFIDENTIAL

Brian Dowling                                    April 11, 2014

51 (Pages 198 to 201)

---

198

1  input about whether the UEP's consumer brochure
2  would be helpful to Safeway; correct?
3          MR. MURRAY:  Objection.  Mischaracterizes
4  the document.
5          THE WITNESS:  That's -- that's clearly part
6  of it.
7  BY MR. FONTECILLA:
8     Q.  And do you recall receiving that consumer
9  brochure?
10    A.  I -- I frankly don't.  I probably did, but I
11 don't remember what it looked like and you might
12 have it there.
13         (Exhibit 17 was marked for identification
14          and attached hereto.)
15 BY MR. FONTECILLA:
16    Q.  I'm going to hand you what's been marked as
17 Exhibit 17.
18    A.  Okay.
19    Q.  And I've handed you what's been marked as
20 Exhibit 17.  Do you understand that to be a copy of
21 the consumer brochure that was sent to you by FMI as
22 reflected in Exhibit 16?
23    A.  Yes.
24    Q.  And does reviewing this document today
25 reflect your recollection about whether you reviewed

---

199

1  that consumer brochure in or around November of
2  2001?
3     A.  Yeah, I -- yes, I -- now that I see it
4  again, I would have looked at it.
5     Q.  And in the first page of the consumer
6  brochure, there is a kind of a symbol with a
7  checkmark; right?
8     A.  Yes.
9     Q.  And that -- around it, it says, United Egg
10 Producers Certified; right?
11    A.  Uh-huh.
12    Q.  And --
13    A.  Yes.
14    Q.  Have you seen that --
15         MR. MURRAY:  I'm going to object to this
16 document.  The -- the letter is dated November 26,
17 2001, and the first line of this brochure has a date
18 of 2002.
19 BY MR. FONTECILLA:
20    Q.  Mr. Dowling, this first page has a symbol
21 with a checkmark as we discussed.  What is your
22 understanding -- what was your understanding at the
23 time in November of 2001 of this symbol?  Had you
24 ever seen it before?
25    A.  I had not at that stage not seen it.

---

200

1     Q.  And there is a website called
2  uepcertified.com; right?
3     A.  Yes.
4     Q.  Right under the symbol?
5     A.  Yes.  Right.
6     Q.  And what was your understanding of what
7  United Egg Producer's Certified was when you
8  received the consumer brochure that's referenced in
9  Exhibit 16?
10    A.  Again, how many years ago?  The -- but my --
11 my vague --
12         MR. MURRAY:  I object to the form of the
13 question.
14         MR. FONTECILLA:  Please don't interrupt the
15 witness when he's answering.
16         MR. MURRAY:  I -- he answered before I could
17 get my objection.  I'm making an objection that
18 these two documents, there's an inconsistency
19 between these two documents and the dates.
20         So he can go ahead and answer to the extent
21 he knows.
22         MR. FONTECILLA:  And, Counsel, it's improper
23 objections.
24         MR. MURRAY:  Counsel, you -- it mis- -- your
25 question mischaracterizes the documents.

---

201

1          MR. FONTECILLA:  I did not characterize the
2  document -- mischaracterize the documents.  For the
3  record, I asked the witness whether he understood
4  this exhibit to be an accurate representation of the
5  brochure that he had received in 2001, as he
6  testified, and he testified that that -- it was.  So
7  I'm asking him a separate line of questions about
8  this brochure here.
9  BY MR. FONTECILLA:
10    Q.  Mr. Dowling --
11         MR. MURRAY:  Well, my objection is renewed.
12 BY MR. FONTECILLA:
13    Q.  -- you were -- you were answering a question
14 that I asked, which was:  What was your
15 understanding of the United Egg Producers Certified
16 program as it is described on the second page of
17 Exhibit 17 when you received this brochure in 2001?
18         MR. MURRAY:  Objection.
19         THE WITNESS:  My recollection was that it
20 was a symbol of certification of the humane
21 treatment of egg laying hens and that -- that that
22 was -- that was what I understood the symbol to --
23 to mean.
24 BY MR. FONTECILLA:
25    Q.  And had you had any involvement with the

---

HIGHLY CONFIDENTIAL

Brian Dowling                                                        April 11, 2014

52 (Pages 202 to 205)

---

202

1   United Egg Producers Certified program in or around
2   November of 2001 at that time?
3        **A.  I -- no.**
4        Q.  And did you have any understanding at that
5   time of what the United Egg Producers Certified
6   program was?
7        **A.  No.**
8        Q.  What was --
9        **A.  This -- this was -- at this stage, this**
10  **was -- was to me -- generally new to me.**
11       Q.  And I'm asking, what was Safeway's
12  understanding at this time of what the United Egg
13  Producers Certified program was?
14       **A.  I think that would be, again, a question**
15  **better addressed to folks who were managing that**
16  **side of our business.**
17       Q.  The QA side?
18       **A.  Right.**
19       Q.  And when you received this brochure, did you
20  review it as Miss Brown had asked you to in
21  Exhibit 16?
22       MR. MURRAY:  Objection to the form of the
23  question.
24       THE WITNESS:  My recollection was that I --
25  I looked at it, but that was about all -- that's

---

203

1   about as much as I can remember.
2   BY MR. FONTECILLA:
3        Q.  And did Safeway provide input to FMI as to
4   whether this brochure would be helpful to its
5   customers?
6        **A.  Not that I recall.**
7        Q.  Did Safeway distribute this brochure to its
8   customers?
9        **A.  Not that I'm aware of.**
10       Q.  Did Safeway do anything else other than
11  reviewing this brochure -- with this brochure?
12       **A.  You know, we -- we may have, I -- but I**
13  **don't know what we would have otherwise done with**
14  **it.**
15       (Exhibit 18 was marked for identification
16       and attached hereto.)
17  BY MR. FONTECILLA:
18       Q.  I'm handing you what's been marked as
19  Exhibit 18.  Go ahead and take a minute to review
20  that document, please.
21       DEPOSITION REPORTER:  Do you want to
22  describe it?
23       MR. FONTECILLA:  Yes.
24  BY MR. FONTECILLA:
25       Q.  This document, for the record, is a highly

---

204

1   confidential document Bates stamped PETA 20.
2        Mr. Dowling, this is a letter that PETA sent
3   you on February 13th, 2002; correct?
4        **A.  Yes.**
5        Q.  And do you recall receiving this letter from
6   PETA?
7        **A.  I do.**
8        Q.  And what was the context surrounding this
9   letter?
10       **A.  You know, my recollection was that at this**
11  **point, I had some phone interaction with Bruce**
12  **Friedrich.**
13       Q.  And who is Bruce Friedrich?
14       **A.  He represented PETA.  He was their senior**
15  **campaign coordinator.**
16       Q.  And what your inter- -- what was the
17  substance of your interaction with Mr. Friedrich
18  around this time?
19       **A.  Again, a long, long time ago, so I'm -- I'm**
20  **just sort of, you know -- but Friedrich was -- was,**
21  **you know, wanting Safeway to -- to take action, you**
22  **know.**
23       Q.  And -- sorry.  I didn't mean to cut you off.
24       **A.  That -- that was it.**
25       Q.  And in the first paragraph of his letter --

---

205

1   oh, I'm sorry.  And the second page of this letter,
2   he actually copies a couple of other folks; right?
3        **A.  Uh-huh.**
4        Q.  So he sent the same letter to Safeway's CEO
5   at the time, Mr. Burd; correct?
6        **A.  Yep.**
7        Q.  And he sent it to Miss Brown at FMI;
8   correct?
9        **A.  Uh-huh.**
10       Q.  And also Dr. Grandin --
11       MR. MURRAY:  You need to say "yes" or "no."
12       THE WITNESS:  Yes.  Sorry.
13  BY MR. FONTECILLA:
14       Q.  And also Dr. Grandin; correct?
15       **A.  Yes.**
16       Q.  And in the first paragraph of the letter,
17  PETA references a campaign that it has launched
18  against Safeway the previous week; right?
19       **A.  Uh-huh.  Yes.**
20       Q.  And was that the Shameway campaign that we
21  talked about earlier?
22       MR. MURRAY:  Objection.  Calls for
23  speculation.
24       THE WITNESS:  I believe it was.
25       / / /

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

53 (Pages 206 to 209)

206

BY MR. FONTECILLA:
1
2    Q.  Were there any other campaigns that PETA
3 launched against Safeway in or around February of
4 2002?
5    A.  I'd have to think back, but there may have
6 been, you know, things that -- that PETA did at in
7 and around some of our facilities.  I can't recall
8 where they would have conducted some small
9 demonstrations or whatever.  But -- but otherwise, I
10 think it was largely the, sort of the Shameway
11 activity.
12    Q.  And some of that Shameway activity related
13 to the animal welfare standards that Safeway's egg
14 suppliers had in place; correct?
15    A.  That's right.
16    Q.  And in this first page of this document,
17 there is a paragraph after the first bullet point
18 where it says, "Your long relationship with your
19 suppliers is all the more reason for you to use that
20 relationship to decrease animal abuse.  Your
21 suppliers don't want to lose your business; you have
22 the power."
23       Do you see that?
24    A.  I do.
25    Q.  Do you agree with those statements?

207

1       MR. MURRAY:  Object to the form of the
2 question.  Calls for speculation.
3       THE WITNESS:  I don't, I don't agree with
4 that statement.
5 BY MR. FONTECILLA:
6    Q.  What part of these statements don't you
7 agree with?
8    A.  You know, I think it's the -- the
9 implication of Mr. Friedrich's statement that we --
10 that we, you know, should be using these
11 relationships to, you know, and that we have -- as
12 is often the case with a lot of these activist
13 groups, they, you know, use your power, your market
14 power, whatever it might be, your influence to tell
15 suppliers to do X when, in fact, that's not how we
16 do business.
17       And that -- it's -- it's the tone, it's the
18 implication that, you know, we've got this -- this
19 group of suppliers sitting out there by their
20 fingernails who don't want to lose our business, you
21 know, because of our power and that we're exerting
22 this power in the marketplace.  It's just not the
23 way we, you know, the way we roll.  It never has
24 been as a company.
25       And this is fairly typical of

208

1 **Mr. Friedrich's communication and that's --**
2 **that's -- that was also part of my sort of overall**
3 **objection to that particular paragraph.**
4    Q.  Is it Safeway's understanding that its egg
5 suppliers would comply with any requirements for
6 animal welfare issues that Safeway required of the
7 suppliers in order to get Safeway's business?
8       MR. MURRAY:  Object to the form of the
9 question.  Calls for speculation.  Beyond the scope
10 of this witness' designation.
11       THE WITNESS:  Yeah.  If you could ask the
12 question again, if you don't...
13 BY MR. FONTECILLA:
14    Q.  Sure.  Is it Safeway's understanding that if
15 Safeway required animal welfare standards in order
16 to qualify for its business, that egg suppliers who
17 wanted Safeway's business would comply with those
18 standards?
19       MR. MURRAY:  Same objection.
20       THE WITNESS:  Yeah.  That's not -- that's
21 not -- I mean, again, part of -- again, you're --
22 you're asking me a question as it relates to, you
23 know, our relationship with suppliers where my role
24 didn't sort of transfer to our interaction with
25 suppliers, and so I -- I'm not in a position to --

209

1 to comment on that.
2 BY MR. FONTECILLA:
3    Q.  Do you have any understanding of why PETA is
4 asking you to influence your suppliers' animal
5 welfare practices?
6    A.  Yeah, I think -- I think PETA was doing
7 what -- what it -- what it's typically doing at this
8 stage.  That was, you know, trying to get the
9 retailer, not just Safeway, to exert influence on
10 the supplier community, not just on egg issues, but
11 other issues as well.
12    Q.  And do you recall what Safeway's response
13 was to receiving this letter from PETA in or around
14 February of 2002?
15    A.  I think at this stage, because he references
16 it here, I think this is where -- you know, where
17 Steve Gross has stepped in, I think.  I can't
18 recall.  We didn't respond in writing, to the best
19 of my recollection.
20    Q.  Did you have any conversations with
21 Mr. Friedrich or Mr. Gross as a result or in
22 response to this letter?
23    A.  Not immediately.  I don't recall -- in fact,
24 I don't recall that I even had -- I'd have to --
25 again, I'd -- I may have had a conversation with

HIGHLY CONFIDENTIAL

Brian Dowling      April 11, 2014

54 (Pages 210 to 213)

---

210

1   Steve Gross. At -- at this point, you know, our --
2   our interaction with -- we were -- we were, you
3   know, of the view that less is more with Friedrich,
4   and he -- just his comments and his approach was so
5   inflammatory that we kind of about had enough of
6   him, and I think they sensed that, and that's why I
7   think Gross was sort of being recruited in here to,
8   you know, intercede.
9      Q. And did you have any conversations with
10   Mr. Burd regarding this letter after receiving it?
11      A. Not that I recall.
12      Q. And after receiving this letter, Safeway
13   reacted by trying to muster support of other
14   retailers to adopt an industrywide response to PETA;
15   right?
16        MR. MURRAY: Objection to the form of the
17   question.
18        THE WITNESS: You know, at -- at this stage,
19   I think following this letter, I would have had a
20   conversation with Karen Brown at some point after
21   February --
22   BY MR. FONTECILLA:
23      Q. And --
24      A. -- to -- to talk with her further about an
25   industry response to some of this sort of activity,

---

211

1   and rather than us on or around at this -- at this
2   particular stage.
3      Q. And that's because it's important to Safeway
4   to have industrywide response to these animal
5   welfare issues; correct?
6        MR. MURRAY: Objection to the form of the
7   question. It's vague.
8        THE WITNESS: If you could, ask the question
9   again. I'm sorry.
10   BY MR. FONTECILLA:
11      Q. Sure. You said you reached out to Karen
12   Brown to see what it would -- what an industrywide
13   response would be; right?
14      A. Correct.
15      Q. And you reached out to Miss Brown at FMI,
16   so -- or excuse me. Strike that.
17      And you reached out to Miss Brown at FMI
18   because it's important for Safeway to participate in
19   an industrywide response to the messages that PETA
20   is sending its retailers; right?
21        MR. MURRAY: Objection to the form of the
22   question. It's vague and ambiguous.
23        THE WITNESS: I -- I think -- I think the --
24   the reaching out to -- to Karen Brown was to
25   understand sort of where they were, you know,

---

212

1   understand and to sort of have some discussion
2   about, you know, their interaction with PETA, you
3   know, and that -- that was it.
4   BY MR. FONTECILLA:
5      Q. And Safeway, in response to this letter,
6   also reached out to other retailers; right?
7      A. Not that I recall. I -- I just -- I just
8   don't remember specifically whether or not I had any
9   conversations with anybody else about this at
10   another retailer. I -- maybe, maybe I did, but...
11      Q. In fact, Safeway reached out to Kroger's to
12   ask for its help in developing an industrywide
13   response that would involve both Kroger's and
14   Safeway; right?
15      A. I hope you can show -- if you're going to
16   show me a document that --
17      Q. I'm just asking your recollection.
18      A. You know --
19        MR. MURRAY: Asked and answered. Objection.
20        THE WITNESS: Yeah, I -- I'd have to think
21   back. I don't -- I don't recall.
22      (Exhibit 19 was marked for identification
23      and attached hereto.)
24   BY MR. FONTECILLA:
25      Q. I'm handing you what's been marked as

---

213

1   Exhibit 19, Mr. Dowling.
2      A. Here you go.
3      Q. For the record, this is a confidential
4   document Bates stamped FMI-002427.
5      This is an email exchange in which you were
6   involved in with someone named Lynn at Kroger's;
7   correct?
8      A. Correct.
9      Q. And do you recall this email exchange?
10      A. I -- let me just read -- read the back, back
11   end of it. Yeah, I do -- I do remember this
12   exchange, yes.
13      Q. And this exchange took place, the first
14   email in this Exhibit 19, it's on the second page,
15   is dated February 14th; correct, of 2002?
16      A. Uh-huh. The day after.
17      Q. The day -- and you're referring to the day
18   after the letter that's in Exhibit 18; correct?
19      A. Yes.
20      Q. And this is an email that was sent to
21   Safeway from Karen Brown, "Subject: Animal Welfare
22   Update"; correct?
23      A. Uh-huh. Yes.
24      Q. And in it she states, the last paragraph,
25   "We anticipate that the activist community will

---

HIGHLY CONFIDENTIAL

Brian Dowling                                                    April 11, 2014

55 (Pages 214 to 217)

214

1  continue to turn up the volume."
2        Do you see that?
3     **A.  I do.**
4     Q.  And she asks for comments and feedback on
5  what she describes as a draft interim report on
6  FMI's animal welfare program; correct?
7     **A.  Correct.**
8     Q.  And this is part of the effort that FMI was
9  undertaking in or around this time to design an
10 industrywide animal welfare standard; right?
11       MR. MURRAY:  Objection to the form of the
12 question.
13 BY MR. FONTECILLA:
14    Q.  I'm sorry.  An industrywide animal welfare
15 program or policy; correct?
16    **A.  That is -- that is true, yes, that's**
17 **accurate.**
18    Q.  And part of that involved an industrywide
19 animal welfare program as it related to standards
20 for egg suppliers to retailers; correct?
21       MR. MURRAY:  Objection to the form of the
22 question.
23       THE WITNESS:  That's -- I -- I think that's
24 correct, but I -- I would have to think harder.
25 / / /

215

1  BY MR. FONTECILLA:
2     Q.  And go ahead and think if you --
3     **A.  No.  I -- I think there was -- the eggs was**
4  **involved, yes.  Eggs were involved.**
5     Q.  And the next email is an email forwarded to
6  you and some other folks from lmarmer@kroger.com.
7        Do you see that?
8     **A.  I do.**
9     Q.  Who is lmarmer@kroger.com?
10    **A.  Lynn Marmer manages public affairs for**
11 **Kroger.**
12    Q.  And in it she says, "I would like to urge
13 FMI to move more quickly."
14       Do you see that in her email?
15    **A.  I do.**
16    Q.  Why was she asking, or why was she sending
17 you this email?
18       MR. MURRAY:  Objection.  Calls for
19 speculation.
20 BY MR. FONTECILLA:
21    Q.  Let me rephrase.  What's your understanding
22 at this time period of February of 2002, as to why
23 she is engaging you and others in a separate
24 discussion about the email that you have received
25 from Miss Brown?

216

1        MR. MURRAY:  Same objections.
2        THE WITNESS:  Again, a long time ago, but my
3  recollection was that -- that we had concerns about
4  the -- sort of the speed that -- again, you have the
5  retailers getting pressure, Safeway specifically,
6  and that it would have, you know, as you can -- you
7  can read through the email here.
8        In our view at the time, and Lynn was in
9  agreement with me, I don't know about Ertharin, who
10 was with Albertson's, as I recall, that FMI was
11 moving a little and was -- it was a little slow in
12 response to some of this activity, and that way, you
13 know, and -- and that the strength of the activity
14 and their -- their approach was we -- we needed
15 something more from them.  I mean, it's apparent
16 here from what -- what I indicate.
17 BY MR. FONTECILLA:
18    Q.  Right.  We saw earlier in documents that the
19 FMI board-approved policy was adopted in --
20    **A.  Right.**
21    Q.  -- January of 2001; right?
22    **A.  Right.**
23    Q.  And that's what's being referred to as
24 having started the joint process over a year ago in
25 this particular email here in Exhibit 19; correct?

217

1        MR. MURRAY:  Objection.  Calls for
2  speculation.  Lack of foundation.
3        THE WITNESS:  That appears to be.
4  BY MR. FONTECILLA:
5     Q.  And Safeway and Kroger are frustrated that
6  there hasn't been progress in adopting an
7  industrywide animal welfare program to address the
8  activist community's concerns; correct?
9        MR. MURRAY:  Object to the form of the
10 question.
11       THE WITNESS:  That -- that is largely
12 accurate.  I mean, that we were -- yes.
13 BY MR. FONTECILLA:
14    Q.  And Safeway was hoping to speed up the
15 process at this point because it was now receiving
16 direct pressure from PETA; correct?
17    **A.  That is largely correct, yes.  You know, I**
18 **think -- I think part of the issue, too, was the --**
19 **the -- and this is, again, my -- my sort of**
20 **recollection of it from a long time ago was that**
21 **the -- the FMI report, the FMI policy statement,**
22 **wasn't getting a great deal of sort of play.  It --**
23 **it was -- it was a policy statement.  It -- but**
24 **it -- but as far as, you know, the activists were**
25 **concerned, as far as the general public was**

HIGHLY CONFIDENTIAL

Brian Dowling                                    April 11, 2014

56 (Pages 218 to 221)

218

1  concerned, there wasn't a lot of visibility as it
2  relates to that, our customer base. And so it
3  was -- it was us wanting FMI to be more proactive
4  and more visible on -- sort of on the issue.
5      Q. And Safeway and Kroger's wanted FMI to -- to
6  recommend a standard that the retailers could adopt
7  in order to have more play, as you say; right?
8      A. Yeah. Generally, that's -- that's my
9  recollection of this. I think -- I think it more
10 broadly was that -- that FMI's efforts were so under
11 the radar that -- that the retailers were -- were
12 getting all the pressure. That -- that FMI, in
13 spite of good efforts, you know, it was -- it was so
14 low key and quiet that we wanted a little more from
15 it.
16     Q. And a statement directly released by a
17 retailer adopting particular animal welfare
18 standards would have been a little bit higher above
19 the radar; right?
20         MR. MURRAY: Object to the form of the
21 question. Calls for speculation.
22         THE WITNESS: Yeah, I'd -- I'd be
23 speculating.
24 BY MR. FONTECILLA:
25     Q. Well, when you say that their -- FMI efforts

220

1      Q. And what did Safeway and Kroger's say to
2  Miss Brown or FMI in order to -- to have FMI push a
3  little faster on the adoption of an industrywide
4  program?
5          MR. MURRAY: Objection. Compound.
6          THE WITNESS: Yeah, I -- I can't speak for
7  what Lynn communicated to FMI. I think it's right
8  here. It's other than what's here.
9  BY MR. FONTECILLA:
10     Q. So that's a good point. Let me ask: What
11 did -- what did Safeway do to, I guess, push or urge
12 FMI to move more quickly as it's described in this
13 document?
14     A. My recollection of my conversation with
15 Karen, and Karen wasn't very happy with me, was
16 that -- that we're doing all that we should be
17 doing, all that we can do. We're dealing with
18 academics from various institutions. It's hard to
19 pull them all together. It's -- it's -- we're doing
20 the best we can. We've done a lot already, you
21 know, kind of, what else do you want us to do here?
22 We understand you're under pressure, you know, but,
23 you know. That was largely sort of the way the
24 conversation went.
25     Q. And do you recall anything else specifically

219

1  were a little bit below the radar, what were some of
2  the options that Safeway was considering in order to
3  have the issue get more play, as you testified
4  earlier?
5      A. FMI give it greater play, greater
6  visibility.
7      Q. And how did Safeway endeavor to do that?
8          MR. MURRAY: Objection to the form of the
9  question.
10         THE WITNESS: Ask the question again,
11 please.
12 BY MR. FONTECILLA:
13     Q. Sure. And what did Safeway do in order to
14 further that goal?
15     A. I remember having a conversation with --
16 with Karen Brown about it. There was, in -- in my
17 view, and I think obviously Lynn was in agreement,
18 the pace of activity with FMI was a little, for our
19 taste a little too measured, a little too -- and
20 that while -- while in -- at the same time, you
21 know, Safeway's getting -- getting clobbered by
22 these activist groups, and, you know, we were trying
23 to...
24     Q. And what was the --
25     A. So...

221

1  that you told Miss Brown in regards to FMI's efforts
2  to move more quickly on the adopt -- on the
3  adoption -- excuse me -- of -- of an industrywide standard
4  as it related to animal welfare issues?
5      A. Beyond what I just told you, I don't recall
6  anything more.
7          I suspect you're going to help me with that.
8          (Exhibit 20 was marked for identification
9          and attached hereto.)
10 BY MR. FONTECILLA:
11     Q. I'm going to hand you what's been marked as
12 Exhibit 20. And go ahead and take a minute to
13 review that document.
14     A. Okay. Yeah.
15     Q. And you recognize this document; correct?
16     A. I do.
17     Q. This is a letter that you received from PETA
18 on March 14th, 2002; correct?
19     A. Correct.
20     Q. And it's another letter from Mr. Friedrich
21 at PETA?
22     A. Yes.
23     Q. And he copies Safeway's CEO, Mr. Burd, as
24 well as Miss Brown at FMI, and Dr. Grandin; correct?
25     A. Correct.

HIGHLY CONFIDENTIAL

Brian Dowling                                                    April 11, 2014

57 (Pages 222 to 225)

222

1    Q.   And this letter is sent to you roughly about
2  a month after the last letter; correct?
3    A.   That's correct.
4    Q.   And in the letter, PETA informs you that
5  they've been monitoring Safeway's remarks about the
6  animal welfare issues that PETA raised in its last
7  letter; correct?
8    A.   Yes.
9    Q.   And PETA states that "We continue to hope
10  that this campaign will be short lived."
11      Right?
12    A.   Yes.
13    Q.   And they're referring to the Shameway
14  campaign that PETA launched in or about February of
15  2002 against Safeway; right?
16    A.   That's correct.
17    Q.   And do you recall the context surrounding
18  this letter that occurred about a month after the
19  last one?
20    A.   Do I recall the context of it other than
21  receiving it?  Why we received it?  Is that what
22  you're asking?
23    Q.   Yes.
24    A.   I think it was -- as I best recall it, it
25  was, you know, it was, you know, yet another the

223

1  Bruce Friedrich like, you know, volley and to exert
2  further pressure.  I -- I -- and that was -- that
3  was -- that was it, I think.
4    Q.   And in his letter, he references certain
5  statements that -- that you've been making in the
6  last month regarding the animal welfare issues that
7  have been discussed between PETA and Safeway;
8  correct?
9    A.   Yes.
10    Q.   And why were -- had you been making
11  statements for the last month regarding animal
12  welfare issues?
13    A.   Well, I mean, again, I'd have to look back
14  at what -- what I -- but, you know, I -- over that
15  last month, you know, we would periodically get
16  calls from various publications asking us about the
17  issue, and I was obviously responding and that's
18  what, you know -- and -- and as they sort of
19  ratcheted up their campaign, we'd periodically get
20  some calls, you know.  I reference some of the
21  publications here.
22    Q.   And in his letter, Mr. Friedrich
23  specifically references some of the animal welfare
24  practices as they relate to caged egg laying hens;
25  correct?

224

1    A.   Correct.
2    Q.   And what was Safeway's response to receiving
3  this letter from PETA again raising issues related
4  to the animal welfare practices as they related to
5  caged egg laying hens?
6    A.   I don't recall that we responded at all.
7    Q.   And was it Safeway's understanding from this
8  letter that PETA was asking Safeway to adopt certain
9  practices in order to end the Shameway campaign?
10    A.   At this stage, I don't recall that -- that
11  they were specifically asking for -- for the
12  following two or three or four things from us.  It
13  was -- it was -- it was vague.  It was more sort of
14  the accusation that --
15      (Cell phone interruption.)
16      THE WITNESS:  I apologize for this.
17      It was -- it was -- it wasn't -- my
18  recollection was that it wasn't a specific set of,
19  you know, at this stage, the -- the earlier
20  communication from Sean Gifford laid out, you know,
21  a whole raft of, you know, requests here.
22      Friedrich's, you know, interaction was --
23  was different because I do recall at one point us,
24  and I'm trying to recall whether or not it was with
25  Friedrich as we approached our May meeting where

225

1  they were threatening to come to our shareholder
2  meeting where we sort of said, what is it
3  specifically that you would -- you make all kinds of
4  accusations here, Mr. Friedrich, yet, you know, it's
5  not really clear what you'd like from us.
6      You -- there was an earlier letter -- I
7  mean, I'm just sort of trying to piece together sort
8  of how this all sort of developed.  But here,
9  there -- there wasn't a specific ask, there wasn't a
10  specific request.  They eventually got around to
11  that.
12  BY MR. FONTECILLA:
13    Q.   But in the previous letter they sent, they
14  actually had that addendum --
15    A.   Yeah.  Right.
16    Q.   -- they had that second bullet point we
17  talked about, a specific request as to the size --
18    A.   Right.
19    Q.   -- of the cages for Safeway's egg suppliers;
20  right?
21    A.   That's right.  But that was one of how many?
22    Q.   Right.  But it was the only one --
23      MR. MURRAY:  Were you done?
24      THE WITNESS:  I was done, yes.
25  / / /

HIGHLY CONFIDENTIAL

Brian Dowling                                                          April 11, 2014

58 (Pages 226 to 229)

226

1  BY MR. FONTECILLA:
2      Q.  It was the only one in their request that
3  had to do specifically with the cage space
4  requirements for egg laying hens; right?  And you
5  can go back and read the --
6      A.  No, no.  Yeah.  No, I just looked at this.
7  Yeah, but it -- but it was -- the problem we had
8  with this and that I had with this at the time was
9  that there was just this -- this -- this, you know,
10 three or four pages of -- of demands and we were
11 sort of -- our corporate head was swimming as to
12 sort of how we should be addressing some of this
13 stuff.  Should we pitch it?  Should we respond?  Are
14 these legitimate concerns?  Should we, what should
15 we, and it was -- it was this, this fuselage that we
16 were attempting to sort of deal with and -- and, you
17 know, this raft of accusations of lying and
18 misrepresenting the truth that -- that made it
19 difficult for us to sort of make a judgment, you
20 know, about -- broadly about some of this activity.
21     Q.  And in this letter, on the second page, they
22 quote a statement from you made to the press --
23 actually, they quote a few; right?
24     A.  Yes.  Right.
25     Q.  And the third one down on the second, on the

227

1  second page says, "In your form letter, Safeway
2  states, 'We have shared PETA's concerns about animal
3  welfare issues with our suppliers and asked that
4  they take the necessary steps to further ensure that
5  their animals are treated humanely.'"
6          Do you see that?
7      A.  I do.
8      Q.  Do you recall Safeway asking its suppliers
9  to take necessary steps to further ensure that their
10 animals are treated humanely?
11     A.  You know, I -- I don't specifically recall,
12 you know, how we would have framed that with him.  I
13 mean, you know, he's -- he's quoting from a letter,
14 you know, I'd have to --
15     Q.  Do you know the letter?
16     A.  I don't really know the letter.  You know,
17 you may have it, but I -- I'm not recalling it.
18     Q.  And did Safeway reach out in or around early
19 2002 to egg suppliers regarding animal welfare
20 issues?
21     A.  Not -- not that I recall.  Not -- and,
22 again, not that I recall.  No.  Others may have, but
23 not me.
24     Q.  Did you have any conversations with Mr. Burd
25 about this letter?

228

1      A.  I did not.
2      Q.  And what did you do after receiving this
3  letter?
4      A.  You know, a long time ago.  Again, 12 years
5  ago.  I don't -- you know, I might have -- again, I
6  might have had a conversation at some point with
7  Friedrich.  I -- I doubt it.  I think, you know --
8  please call me at -- you know, we -- we -- you know,
9  again, I -- it's -- it's just difficult to recall,
10 but I may have talked to him briefly about it, but I
11 doubt it.
12         This -- this letter was so inflammatory and
13 at the time, as I recall, that -- that -- that we
14 were -- we were not overly eager to communicate with
15 Mr. Friedrich or anybody else, for that matter, but
16 I -- there may have, you know.
17     Q.  So you don't recall reaching out, in any
18 fashion, to PETA to discuss the contents of this
19 letter?
20     A.  We -- we did at a certain point, but it
21 was -- it was later, as I recall.  You may prove me
22 otherwise here.
23     Q.  Do you recall discussing with anyone the --
24 the request by PETA to have Safeway adopt a minimum
25 cage space requirement for its egg suppliers as

229

1  reflected in that second bullet point?
2      A.  In the second bullet point, in the Sean
3  Gifford letter?
4      Q.  Yes.
5      A.  Ask me the question again.  I'm sorry.
6      Q.  Do you recall discussing with anyone that
7  particular request?
8      A.  I don't recall.
9      Q.  Do you know whether Safeway considered that
10 request, in any way?
11     A.  We may have, but I don't specifically
12 recall.
13         (Exhibit 21 was marked for identification
14         and attached hereto.)
15 BY MR. FONTECILLA:
16     Q.  I'm handing you what's been marked as
17 Exhibit 21.  Go ahead and -- and take a minute to
18 review that document.  This is a highly confidential
19 document Bates stamped PETA 24.
20     A.  Yeah.
21     Q.  This is a -- a letter on May 10, 2002 that
22 you received from PETA; correct?
23     A.  Yes.
24     Q.  And this is just two months following the
25 last letter we discussed in Exhibit 20; correct?

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

59 (Pages 230 to 233)

---

230

1    **A. Correct.**
2    Q. And he -- the author of this letter to you
3    is a Mr. Gross; right?
4    **A. Yep. Yes.**
5    Q. Mr. Gross is a consultant for PETA; right?
6    **A. That's correct.**
7    Q. And he was copied on the letters that we
8    we've previously discussed, Exhibit 19 and 20;
9    correct?
10   **A. That is correct.**
11   Q. And here, he starts off by saying, "Thank
12   you for your call."
13   Correct?
14   **A. That's correct.**
15   Q. So within two months of receiving the last
16   letter, you did have a phone call with PETA;
17   correct?
18   **A. Yes. As I had indicated, there was a**
19   **subsequent call, yes.**
20   Q. And was this the only call that you had with
21   PETA between the date of the last letter and March
22   of 2002, and the date of this letter of May 2002?
23   **A. I believe so.**
24   Q. And what was the subject of your
25   conversation with Mr. Gross?

---

231

1    **A. My recollection of the conversation with --**
2    **with Gross was, you know, he gets at it here in**
3    **his -- so bear with me here. Just, let me just...**
4    Q. Sure. Absolutely.
5    **A. You know, we were -- we were looking to**
6    **understand what -- what, you know, what it would**
7    **take to, you know, end the campaign.**
8    Q. And so PETA, in this letter, actually asks
9    or informs Safeway of what its terms are for ending
10   the Shameway campaign that was still ongoing at this
11   time; right?
12   **A. That's correct.**
13   Q. And in order to end the Shameway campaign,
14   PETA is asking Safeway to adopt certain animal
15   welfare programs or policies; correct?
16   **A. That's correct.**
17   Q. And one of those has to do, in the third
18   bullet point, with the cage space requirements for
19   caged egg laying hens; right?
20   **A. That's -- that's what they're asking, yes.**
21   Q. Specifically, PETA is asking Safeway to
22   refuse to purchase from eggs suppliers who give hens
23   less than 72 square inches of usable space per bird;
24   right?
25   **A. That's what they've asked, yes.**

---

232

1    Q. And do you recall discussing that particular
2    request with PETA in that phone conversation that
3    you had with Mr. Gross?
4    **A. You know, I don't recall specifically, you**
5    **know, talking to Dr. Gross, as he calls himself.**
6    **You know, this -- that specific issue. You know,**
7    **but...**
8    Q. And --
9    **A. But it like -- but -- it was probably part**
10   **of the conversation.**
11   **I think, again, it was, again it was a long,**
12   **long time ago, but at the same time, my recollection**
13   **was it was the conversation was more broadly focused**
14   **on, you know, the -- the things they would like us**
15   **to do and the things that would sort of end this,**
16   **this silly campaign that was...**
17   Q. And what aspect of the campaign was silly?
18   **A. The silly campaign was -- was, you know, it**
19   **was Shameway. It was accusing Safeway of -- of, you**
20   **know, all kinds of, you know, bad things as it**
21   **related specifically to animal welfare that weren't**
22   **accurate, weren't true.**
23   **I mean, we're a retailer, we're not a**
24   **manufacturer. We manufacture some, you know, some**
25   **of our own private label products, but in terms of,**

---

233

1    you know, eggs and other things, you know, we're not
2    a food production company. And so it just -- it
3    was -- that was the -- and maybe that's a lousy use,
4    but it was a campaign that we were, you know -- it
5    was obviously damaging our reputation.
6    Q. And this is a letter that's dated three
7    months after the email that you had with FMI and
8    Kroger regarding Safeway's frustration with the
9    speed at which FMI was adopting an industrywide
10   animal welfare program; correct?
11   MR. MURRAY: Object to the form of the
12   question. Mischaracterizes the prior document.
13   You can answer.
14   THE WITNESS: Rephrase the question -- or
15   ask, ask the question again, please.
16   BY MR. FONTECILLA:
17   Q. Do you recall the email exchange --
18   **A. Yes.**
19   Q. -- that you have in front of you --
20   **A. Yes.**
21   Q. -- over there, Exhibit, is that 18?
22   **A. 19.**
23   Q. Exhibit 19 is the email exchange that you
24   had with FMI and Kroger; correct?
25   **A. Correct.**

---

HIGHLY CONFIDENTIAL

Brian Dowling                                                    April 11, 2014

60 (Pages 234 to 237)

---

234

1          MR. MURRAY:  Object to the form of the
2    question.  It mischaracterizes the document.
3    BY MR. FONTECILLA:
4          Q.   And this is -- this letter at Exhibit 21 is
5    three months later; right?
6          A.   Yes.
7          Q.   What had Safeway been doing with regards to
8    urging FMI to move more quickly in those three
9    months?
10         A.   Well, I -- I talked to you about my
11   conversation with Karen Brown.  That was largely it.
12         Q.   And what was FMI doing during those three
13   months in terms of moving to adopting an
14   industrywide standard?
15         A.   I -- I --
16         MR. MURRAY:  Objection.  Lack of foundation.
17         THE WITNESS:  Yeah.  I -- I can't -- I can't
18   speak for FMI on that.  I mean, I couldn't tell you
19   specifically what they were doing between that time.
20   BY MR. FONTECILLA:
21         Q.   Was Safeway involved at all between February
22   of 2002 and May of 2002 in FMI's -- in any of FMI's
23   efforts to consider or design an industrywide animal
24   welfare program?
25         A.   In that time period, not that I recall that

---

235

1    we were involved specifically there.
2          Q.   And --
3          A.   Because much of that happened prior to that,
4    I think, the -- the Safeway employees who were
5    engaged in some of this activity would have happened
6    before that.
7          Q.   And in this letter, in Exhibit 21, PETA is
8    giving you a second option and it's asking you
9    instead of -- the first option, which was above was
10   to implement the farmed animal welfare standards
11   already adopted by some fast-food chain restaurants;
12   correct?
13         A.   Yes.
14         Q.   And then the second one they're offering is
15   if -- that Safeway could end the Shameway campaign
16   by instead agreeing to implement the FMI-NCCR
17   guidelines when they are released in June; correct?
18         A.   Correct.
19         Q.   And are -- did you discuss the FMI-NCCR
20   guidelines that are referenced there with Mr. Gross
21   in your phone call?
22         A.   Generally.
23         Q.   And what did you say to Mr. Gross about the
24   FMI-NCCR guidelines?
25         A.   I can't recall specifically what I said

---

236

1    specifically about the guidelines.  I think the way
2    the conversation went is that one of the things, an
3    option, is -- is this --
4          Q.   And -- oh, I'm sorry.  I didn't mean to --
5          A.   No.  Is -- is that, you know, one of the
6    things you could do would be to affirmatively
7    publicly indicate that you'll implement the FMI-NCCR
8    guidelines.
9          Q.   And who brought that up?  Was it you or
10   Mr. Gross?
11         A.   I think it was -- I think it was him.  I
12   can't recall specifically, but I believe it was him.
13         Q.   And did he say how he was aware that FMI had
14   guidelines that were going to be released in June?
15         A.   I don't remember.
16         Q.   Does it strike you as odd that an entity
17   that is not a member of FMI would have inside
18   information about when the guidelines would be
19   released?
20         MR. MURRAY:  Object to the form of the
21   question and the characterization.
22         THE WITNESS:  I -- I think, you know, Steve
23   Gross was -- my -- again, this is speculating on my
24   part, but I -- my sense is that he would have had
25   some conversations with Karen Brown about some of

---

237

1    this activity and the timing.  That's the only
2    thing -- that's the only thing that I could...
3    BY MR. FONTECILLA:
4          Q.   But Safeway itself was aware that FMI's
5    guidelines were planning to be released in June;
6    correct?
7          A.   I think that's right.
8          Q.   And what involvement, if any, did Safeway
9    have in developing those guidelines?
10         A.   Well, I -- again, as we've reviewed in
11   previous documents, I -- I didn't have any, any
12   direct input, but others from our team appear to
13   have had input.
14         Q.   And that would have involved the QA team --
15         A.   That's right.
16         Q.   -- at Safeway?
17         A.   That's right.
18         Q.   And in the second page of this -- in the
19   second page of this document Bates stamped -- or
20   sorry, Exhibit 21, it -- it has a statement and the
21   penultimate paragraph that says, "I do want to
22   reiterate that PETA has been impressed by Safeway's
23   strong stand on animal testing as well by your
24   commitment to providing" --
25         DEPOSITION REPORTER:  "I do want to

---

HIGHLY CONFIDENTIAL

Brian Dowling                                        April 11, 2014

61 (Pages 238 to 241)

238

1    reiterate..."
2    BY MR. FONTECILLA:
3        Q.   "I do want to reiterate that PETA has been
4    impressed by Safeway's strong stand on animal
5    testing as well as by your commitment to providing
6    healthful vegan and vegetarian foods.  We would be
7    very happy to be able to say that Safeway is the
8    leader among grocery chains on the animal welfare
9    front."
10       Do you see that?
11       A.   I do.
12       Q.   Was it your understanding that PETA was
13   offering to issue a public statement regarding
14   Safeway's animal welfare practices in exchange for
15   Safeway adopting one of the two proposals listed on
16   the first page of this letter?
17       MR. MURRAY:  Objection to the form of the
18   question.  Mischaracterizes the document.
19       THE WITNESS:  Ask the question again,
20   please.  I'm sorry.
21   BY MR. FONTECILLA:
22       Q.   Sure.  The first page of this letter
23   presented two options for Safeway to adopt in
24   exchange for ending PETA's Shameway campaign;
25   correct?

239

1        A.   Correct.
2        Q.   Was one of the additional considerations
3    that PETA was offering Safeway in exchange for
4    adopting one of those two options that PETA would
5    publicly support Safeway as a leader among grocery
6    chains on the animal welfare front?
7        MR. MURRAY:  Same objection.
8        THE WITNESS:  You know, I don't recall that
9    as being specifically a condition.  I mean, they
10   obviously expressed a willingness to do that.  That
11   was sort of often times here and subsequently
12   with -- with Steve Gross always that option to, you
13   know, you do something good, we'll go out and tell
14   the world about it.
15       I mean, that was his sort of entree here, I
16   think, you know, and -- and we -- we didn't
17   necessarily put all that much stock necessarily
18   there because I think the -- the mainstream media
19   takes PETA for -- for kind of what it is.  I mean,
20   it's an activist group with -- with -- and so I --
21   it -- it obviously is sort of they've offered that
22   up, whether or not that was -- that was the most
23   important thing to us.
24   BY MR. FONTECILLA:
25       Q.   But it was considered by Safeway; right?

240

1        A.   Yes.
2        (Exhibit 22 was marked for identification
3        and attached hereto.)
4    BY MR. FONTECILLA:
5        Q.   I'm handing you what's been marked as
6    Exhibit 22.  Go ahead and take a minute to review
7    this document, Mr. Dowling.
8        This document, for the record, is a
9    confidential document Bates stamped FMI-000196.
10       A.   Okay.  Yes.
11       Q.   Do you recognize this document?
12       A.   I -- I do, yes.
13       Q.   And how do you recognize it?
14       A.   It's a press release in and around the time,
15   I remember we had a shareholders meeting --
16       Q.   And you're saying -- I'm sorry.  This is a
17   PETA press release; correct?
18       A.   Yes.
19       Q.   At around the time of May 15th, 2002;
20   correct?
21       A.   Correct.
22       Q.   And this is five days following the letter
23   that we saw in Exhibit 21 --
24       A.   Uh-huh.
25       Q.   -- from PETA to you; correct?

241

1        A.   Correct.
2        Q.   And when -- about when was the shareholder
3    meeting that you're referring to?
4        A.   In and around the 14th, 15th -- 15th
5    probably, 15th, 16th, you know, I'd have to -- I'd
6    have to look.  I -- I should know that, but I don't.
7        Q.   Did PETA have any involvement in that
8    shareholder meeting?
9        A.   They came to the shareholder meeting, yes.
10       Q.   And why did they come to the shareholder
11   meeting?
12       A.   They originally came to protest, but they
13   came to, you know, they -- they ended up speaking as
14   a shareholder.  They were shareholders in some form,
15   and Bruce Friedrich got up and made a rather long
16   speech about, on the one hand, complimenting
17   Safeway, and on the other hand, this -- this rather
18   long, you know, diatribe on -- as it related to, you
19   know, animal welfare and how poorly animals are
20   handled in the food -- food, you know, production
21   system.  It was -- and he went on for probably 15
22   minutes.
23       Q.   Did anyone from PETA speak at the meeting?
24       A.   No.  No, as I recall.
25       Q.   This press release in Exhibit 22 references

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

62 (Pages 242 to 245)

242

1 an agreement that PETA has reached with Safeway;
2 right?
3 **A. Uh-huh.**
4 Q. And do you know --
5 MR. MURRAY: You have to say "yes" or "no."
6 THE WITNESS: Yes.
7 BY MR. FONTECILLA:
8 Q. -- when was the agreement that PETA reached
9 with Safeway that's referred to in Exhibit 22
10 reached?
11 **A. It would have been probably on the 14th.**
12 Q. On the day of the shareholder meeting?
13 **A. It would have been the day before the**
14 **shareholder meeting.**
15 Q. So on May 13th; right?
16 **A. In and around there, yes. I -- I can't**
17 **recall specifically the day.**
18 Q. Did Safeway know that PETA or its
19 representatives were going to appear at the
20 shareholder meeting on May 14, 2002 prior to the
21 meeting?
22 **A. We did.**
23 Q. And was that a consideration in Safeway's
24 evaluation of whether to adopt one of the two
25 options presented in Exhibit 21 by PETA to Safeway?

243

1 **A. It was a consideration. It wasn't the only**
2 **consideration.**
3 Q. And how did Safeway convey its agreement
4 with PETA to PETA on May 13th of 20- -- of 2002?
5 Excuse me.
6 **A. You know, I would have to -- I -- I can't**
7 **recall specifically, but I do recall and I, you**
8 **know, verbally communicating doing what we do.**
9 **There may have been something in writing. I can't**
10 **recall.**
11 Q. And who did you communicate Safeway's
12 agreement to at PETA?
13 **A. It probably was Steve Gross. It could have**
14 **been Bruce Friedrich. I cannot recall specifically**
15 **who I communicated with. It was one of the two.**
16 Q. And which of the two options in Exhibit 21
17 did Safeway agree to with PETA?
18 **A. It was sort of a -- it was not necessarily**
19 **one or the other. It was -- it was a mix, actually,**
20 **but it was primarily the adoption of the FMI-NCCR**
21 **guidelines.**
22 Q. And --
23 **A. And -- and there was -- there was specifics**
24 **as it related to a particular supplier, a pork**
25 **supplier, Seaboard, that -- that they'd pegged as**

244

1 **having animal welfare issues and we would audit that**
2 **supplier.**
3 Q. And prior to entering into the agreement
4 with PETA on May 13th, 2002, Safeway knew what the
5 FMI guidelines were that were ultimately going to be
6 released in June; right?
7 MR. MURRAY: Objection. Calls for
8 speculation.
9 THE WITNESS: We -- we, you know, again,
10 I -- I -- we generally knew, yes. Yes.
11 BY MR. FONTECILLA:
12 Q. And specifically, Safeway knew what the
13 guidelines were going to be with respect to caged
14 egg laying hens; right?
15 MR. MURRAY: Same objection.
16 THE WITNESS: Yeah. Again, I -- when it --
17 yeah, I...
18 BY MR. FONTECILLA:
19 Q. Someone at Safeway --
20 MR. MURRAY: Well, let him finish his
21 answer.
22 THE WITNESS: No, I'm just -- I'm just --
23 rephrase your question, then, please.
24 BY MR. FONTECILLA:
25 Q. Sure. The agreement that Safeway entered

245

1 into with PETA on May 13, 2002, was after Safeway
2 had seen the guidelines that FMI planned to release
3 in June; right?
4 MR. MURRAY: Object to the form of the
5 question.
6 THE WITNESS: Yeah, we -- we were aware of
7 the guidelines, aware of the -- the FMI-NCCR
8 guidelines. We'd seen those guidelines, yes.
9 BY MR. FONTECILLA:
10 Q. And part of those guidelines included a part
11 with respect to the cage space requirements for egg
12 laying hens; right?
13 **A. That's correct.**
14 Q. So Safeway had seen those guidelines as they
15 applied to caged egg laying hens prior to entering
16 into the agreement with PETA on May 13th, 2002, to
17 adopt the guidelines; right?
18 **A. I believe that's true.**
19 Q. And part of the agreement entered into with
20 PETA on May 13th, 2002, involved an implementation
21 timeline; correct?
22 **A. I -- I think that's true. I'd -- I'd need**
23 **to -- I believe so.**
24 Q. And if you look at the press release in
25 Exhibit 22, actually on the second kind of asterisk

## HIGHLY CONFIDENTIAL

Brian Dowling                                          April 11, 2014

246

1  bullet point there under the PETA's agreement with
2  Safeway includes --
3      **A. Uh-huh.**
4      Q.  -- it has a bullet point about the
5  implementation timeline that was agreed to between
6  PETA and Safeway; correct?
7      **A. Correct.**
8      Q.  And it actually says that PETA and Safeway
9  have agreed to -- for Safeway to implement within 6
10 to 18 months the FMI guidelines that were going to
11 be released; right?
12     MR. MURRAY:  Object to the form.  You
13 misread the document.
14 BY MR. FONTECILLA:
15     Q.  I mean, why don't you take a second to read
16 the document and tell me what the implementation
17 time period was for implementing the FMI guidelines
18 by Safeway.
19     **A. Yeah, again, this is just such a -- you**
20 **know, a long time ago and, you know, I -- I can, you**
21 **know, I'm having trouble even recalling sort of the**
22 **timeline piece and what we agreed to and what we**
23 **didn't agree to.  Because it shows up in a PETA**
24 **press release doesn't necessarily mean we -- we**
25 **agreed to it.  But --**

247

1      Q.  Was --
2      **A. Go ahead.**
3      Q.  Was there a -- an implementation timeline of
4  some period for Safeway to adopt the FMI guidelines
5  as part of its agreement with PETA?
6      **A. That may have been the case, yes.**
7      Q.  You conveyed the agreement to PETA and you
8  said it was probably Mr. Gross; right?
9      **A. That's -- I believe so.**
10     Q.  And did you convey to him an agreement to
11 implement the FMI guidelines within a particular
12 time period?
13     **A. You know, I -- I just honestly can't recall.**
14     Q.  And the time period that's referred to in
15 this PETA press release includes a time period for
16 the implementation of guidelines for increased cage
17 space for laying hens; right?
18     **A. I see that, yes.**
19     Q.  Did Safeway agree to implement increased
20 cage space for laying hens by a particular time
21 period in its agreement with PETA on May 13, 2002?
22     MR. MURRAY:  Object to the form of the
23 question.
24     THE WITNESS:  Yeah.  I -- I don't recall,
25 frankly, I mean, from this, specifically on -- on

248

1  cage space and timelines and what we would do.
2  BY MR. FONTECILLA:
3      Q.  And at the bottom of this letter, it says,
4  or press release it says, "PETA had planned to read
5  a letter from actor Richard Pryor at the company's
6  annual meeting tomorrow...criticizing the company's
7  intransigence."
8          Does that refresh your recollection as to
9  whether the shareholder meeting was on May 16th,
10 2002?
11     **A. Yeah, it does.**
12     Q.  And so the shareholder meeting was going to
13 be on May 16th, 2002; correct?
14     **A. That's correct.**
15     Q.  The day after the press release was issued
16 announcing the agreement between PETA and Safeway;
17 correct?
18     **A. Uh-huh.  Yes.**
19     Q.  And did Safeway also release its own press
20 release regarding its agreement with PETA?
21     **A. I don't recall.  I'd have to -- I -- I don't**
22 **believe we did.**
23     Q.  Did you make any statements publicly
24 regarding Safeway's agreement with PETA in or about
25 May 13th, 2002 to May 16th, 2002?

249

1      **A. I did.**
2      Q.  And what public statements were those?
3      **A. I -- I had inquiries from various**
4  **publications, including the Contra Costa Times, I**
5  **think the San Francisco Chronicle, some of the Bay**
6  **Area newspapers about, you know, PETA calling off**
7  **the campaign, and -- and I remember talking to**
8  **reporters --**
9      Q.  And --
10     **A. -- broadly about what we were doing and what**
11 **we were -- how this all came about.**
12     Q.  And prior to making those statements, did
13 you discuss internally what the strategy, messaging
14 strategy would be for announcing this agreement with
15 PETA?
16     **A. We -- I probably had some conversations**
17 **internally.  I can't remember with -- specifically**
18 **with who.**
19     Q.  And generally, what was the messaging
20 strategy that Safeway was adopting in connection
21 with announcing the agreement with PETA that was
22 reached on May 13th, 2002?
23     **A. What was the messaging strategy?  We, you**
24 **know, as the -- as we got the calls, we were going**
25 **to, you know -- you know, explain to the media what**

HIGHLY CONFIDENTIAL

Brian Dowling                                       April 11, 2014

64 (Pages 250 to 253)

250

1  we've agreed to do and the kinds of things that
2  we're going to do and that was largely it.
3      Q.  Did any of that messaging delivered by
4  Safeway in connection with the agreement you had
5  reached with PETA on May 13th, 2002, involve
6  announcing that Safeway would be adopting increased
7  cage space for laying hens for its egg suppliers?
8      A.  I -- it could have.  I'd have to look back
9  at the -- and I -- I -- in preparation for this, I
10  looked at some of the stories, but I'm not
11  immediately recalling exactly what we said on -- on
12  cage space.
13      Q.  But you do recall that the quotes that you
14  gave had something to do with the cage space?
15      A.  I believe they -- I believe that came up
16  in -- in conversations with -- with reporters.  I
17  believe so.  I can't recall specifically.
18      Q.  Okay.
19          MR. FONTECILLA:  Is this a good time to take
20  a break?
21          MR. MURRAY:  Yeah.  I was going to say the
22  same thing myself.
23          THE VIDEOGRAPHER:  Going off the record.
24  The time is 3:02 p.m.  This marks the end of Disk
25  No. 3 in the deposition of Brian Dowling.

251

1          (Off the record.)
2          THE VIDEOGRAPHER:  We're back on the record.
3  The time is 3:15 p.m.  This marks the beginning of
4  Disk No. 4 in the deposition of Brian Dowling.
5
6          EXAMINATION
7  BY MS. ADENDORFF:
8      Q.  Mr. Dowling, I introduced myself earlier,
9  but I'm Olivia Adendorff, and I represent a
10  different defendant, Cal-Maine Foods, and I'll be
11  asking you some questions.
12          MR. MURRAY:  Okay.  And the understanding
13  here is that you're going to ask out of turn so you
14  have time to catch a flight.
15          MS. ADENDORFF:  Correct.
16          MR. MURRAY:  Is that correct?
17          MS. ADENDORFF:  Correct.
18          MR. MURRAY:  And we've agreed to accommodate
19  that request.
20          MS. ADENDORFF:  Correct.  And Adrian will
21  take over again when I'm done.
22  BY MS. ADENDORFF:
23      Q.  Now, you testified earlier today that in
24  preparation for this deposition, you reviewed
25  Virginia Littlefield's deposition; is that correct?

252

1      A.  I did.
2      Q.  And you read it in its entirety.
3      A.  I did, yes.
4      Q.  Who gave you that transcript?
5      A.  Jim Wick, our -- one of our legal team, that
6  was -- that was the Jim, Kevin and Jim, yeah.
7      Q.  And why did you read that transcript?
8      A.  In -- in preparation, I -- I simply wanted
9  to sort of see, you know, what was being asked.  I
10  wanted to be prepared.  I wanted to see -- that
11  was -- that was my only interest.  I mean, I was --
12  I was willing to see anybody -- I just wanted to
13  see, you know, what was -- what was coming up and --
14  and what was the discussion like in preparation for
15  this.
16      Q.  Did that transcript refresh your
17  recollection as to any events during this relevant
18  time period?
19      A.  Yeah.  It was 112 pages, but it did.  But,
20  yes, it was -- it was helpful in -- in refreshing
21  some of my recollection.
22      Q.  Any specific events that you recall?
23      A.  I -- not -- not that I can specifically
24  recall.
25      Q.  And did you ask for or review any other

253

1  transcripts?
2      A.  No.
3      Q.  When speaking this morning about the 2006
4  Safeway Animal Welfare Committee meeting, you
5  mentioned that Joy Mench told Safeway that cage
6  space was "a valid issue."
7          Do -- does Safeway -- did Safeway ultimately
8  reach the conclusion that the cage space issue for
9  egg laying hens was a valid issue?
10          MR. MURRAY:  Object to the form of the
11  question.  It's vague.
12          THE WITNESS:  Ask the question again,
13  please.  I'm sorry.
14  BY MS. ADENDORFF:
15      Q.  Did Safeway ultimately reach the conclusion
16  that the cage space issue for egg laying hens was a
17  valid issue?
18          MR. MURRAY:  Same objection.
19          THE WITNESS:  The company -- again -- and,
20  again, I'm -- I manage communications and PR, but
21  the answer is yes, we -- we came to the conclusion,
22  the company came to the conclusion that this was a
23  valid issue, yes.
24  BY MS. ADENDORFF:
25      Q.  And you understood that the FMI guidelines

HIGHLY CONFIDENTIAL

Brian Dowling                                        April 11, 2014

65 (Pages 254 to 257)

254

1    addressed cage space for egg laying hens.
2        A.   That's correct.
3        Q.   How often does FMI hold in-person meetings?
4        A.   You know, I don't attend FMI in-person
5    meetings, but there --
6            (Conference call interference.)
7            MR. MURRAY:  Objection to that question to
8    the lack of specificity.
9            You can answer, if you know.
10           THE WITNESS:  They hold meetings
11   periodically.  I know that they do some of them
12   telephonically.  The communications call they do
13   primarily telephonically.  And a member of my team
14   is on the communications meeting.  We have a person
15   on the government relations committee.  I think they
16   meet at least twice a year, maybe more, sometimes
17   telephonically, but the meetings happen periodically
18   during the course of the year.
19   BY MS. ADENDORFF:
20       Q.   Do Safeway employees, that you know of, ever
21   travel to FMI meetings in person?
22       A.   Yes.
23       Q.   And does Safeway pay their expenses for them
24   to do that?
25       A.   Yes.

255

1        Q.   Why do you think that Safeway pays for its
2    employees to work at FMI on its behalf?
3            MR. MURRAY:  Object to the form of the
4    question.  Calls for speculation.
5            You can answer, if you know.
6            THE WITNESS:  Safeway -- I mean, excuse me.
7    FMI is the trade association representing our
8    organization both nationally and our -- at -- that
9    are at the capital and -- and represents the -- the
10   industry overall.  You know, we have an interest in
11   that obviously as one of the largest retailers in
12   the United States.  It makes sense, stands to reason
13   that we would have representatives on various
14   committees of FMI.
15   BY MS. ADENDORFF:
16       Q.   Have you ever been involved in a discussion
17   at Safeway of where people have discussed why
18   Safeway is a member of FMI?
19       A.   No.  It's -- we've been, as long as I can
20   remember, we've been a member of FMI.  There was no
21   discussion that I can recall about whether or not we
22   should or shouldn't.
23       Q.   As part of your job in communications, do
24   you monitor statements in the press that might
25   affect the retail grocery industry?

256

1            MR. MURRAY:  Objection.  Overly broad.
2            THE WITNESS:  I get LexisNexis news feeds.
3    I get Google alerts.  I read multiple newspapers a
4    day.  I get a blog, food industry blog that I --
5    that highlights stories in and around the news
6    industry -- or excuse me -- the food industry.  So
7    myself, my director of public affairs, who handles
8    media relations, she also monitors those, and so,
9    yeah, we -- we keep an eye out and watch public
10   statements about our company, about the industry.
11   Yes, we do.
12   BY MS. ADENDORFF:
13       Q.   As part of that monitoring, do you also keep
14   an eye out for statements by your competitors?
15       A.   Yes, we do.
16       Q.   And who do you consider your competitors to
17   be now today?
18       A.   A broad range of both conventional
19   supermarket companies like Kroger, as well as, you
20   know, the, you know, the mass, you know, Targets,
21   Wal-Marts, Wal-Mart supercenters, neighborhood
22   stores.
23           The -- the landscape for groceries has
24   changed dramatically in recent years, in the last
25   ten years in particular.  It used to be largely

257

1    conventional -- conventional supermarkets.  Now it's
2    everybody and their brother, including, you know --
3    including even the drugstore is selling food.  So
4    it's -- it's a broader cross section of retailers
5    that are selling groceries than -- than in years
6    ago.
7        Q.   So in 1999, it would have been more grocery
8    stores?
9        A.   It would have been more grocery stores, yes.
10       Q.   And what grocery stores specifically would
11   those be on -- on sort of a national level?
12       A.   Safeway, Kroger, Albertson's.  Other parts
13   of the United States, Publix, HEB, regional chains,
14   lots of regional, more regional chains that were
15   independent in -- in 1999 than -- than today.
16       Q.   And in 2002, who would you have said your
17   competitors were?
18       A.   Some of the same, but Wal-Mart had grown
19   considerably into the business by 2002.  They --
20   their supercenter business had grown substantially
21   by 2002.
22       Q.   In 2001, 2002, when you were considering
23   making changes to or establishing Safeway's animal
24   welfare policy, did you take a look at what your
25   competitors' animal welfare policies were at the

HIGHLY CONFIDENTIAL

Brian Dowling                                        April 11, 2014

66 (Pages 258 to 261)

---

**258**

1  time?
2      A.  Did I specifically as an individual or the
3  company?
4      Q.  The company.
5      A.  Generally.  You know, we didn't do a
6  specific retailer-by-retailer analysis of each
7  company.  But over time, I may have looked at other
8  what other companies were doing.
9      Q.  Do you --
10     A.  This is 2002, you're -- you're saying?
11     Q.  Right.
12     A.  You know, and there wasn't a lot going on,
13  frankly, on an individual retailer basis where you
14  would have had websites where you could review
15  things like you might today where you could go into
16  a Whole Foods website or you could go into a Target
17  website or a Kroger website and pick up something
18  on, you know, animal welfare.  In '02, I think -- I
19  think it would have been tougher to do that.
20         But I don't recall specifically saying,
21  let's -- let's look at the following retailers and
22  sort of see exactly what they're doing and how
23  they're doing it.
24     Q.  In 2002, did you have any understanding of
25  what Kroger's animal welfare policy was?

---

**259**

1      A.  You know, I had a limited understanding.
2      Q.  What was that understanding?
3      A.  That they didn't have a lot going on.  That
4  they were largely relying -- my recollection was
5  they were largely relying on FMI to do the work that
6  FMI was doing in gathering up best practices in --
7  amid, you know, sort of the various food production
8  species.  That was my recollection of what Kroger
9  was doing, that Kroger didn't have a specific set of
10  policies that were Kroger specific.
11     Q.  Do you -- you have any recollection of
12  Albertson's policy --
13     A.  I don't.
14     Q.  -- in 2002?
15         Did you --
16     MR. MURRAY:  Which Albertson's are you
17  talking about?
18     MS. ADENDORFF:  The Albertson's that existed
19  in 2002.
20     MR. MURRAY:  Okay.  Not the Albertson's, LLC
21  that's a plaintiff in this case?
22     MS. ADENDORFF:  Correct.
23     MR. MURRAY:  Okay.
24     THE WITNESS:  I do not --
25  / / /

---

**260**

1  BY MS. ADENDORFF:
2      Q.  You said you do not.
3      A.  I do not.  I did not.
4      Q.  Did you know if Albertson's was also relying
5  on FMI?
6      A.  I don't really know much about the
7  Albertson's piece.
8      Q.  What about Publix, did you know --
9      A.  No.
10     Q.  -- if they were relying on FMI?
11     A.  I don't.
12     Q.  Does Safeway want to make sure that it
13  follows industry norms in areas like its corporate
14  responsibility statements?
15     MR. MURRAY:  Object to the form of the
16  question.  It's overly broad.
17     THE WITNESS:  Ask the question again,
18  please.
19  BY MS. ADENDORFF:
20     Q.  Does Safeway want to make sure it's
21  following industry standard norms in areas like
22  corporate social responsibility?
23     MR. MURRAY:  Same objection.  It's also
24  vague.
25     THE WITNESS:  Yeah.  I mean, I -- again,

---

**261**

1  it's a broad question, you know.  And our policies
2  as it relates to corporate social responsibility
3  have evolved over time.
4         I think it's -- I think it's fair so say
5  that the answer would be yes, that we wouldn't want
6  to be out of step with industry norms.  I think
7  rather, we would be -- we'd like to consider
8  ourselves a leader on -- on its corporate social
9  responsibility issues and sustainability issues
10  rather than a follower.
11  BY MS. ADENDORFF:
12     Q.  Is the same true of its animal welfare
13  policies specifically?
14     A.  I -- I would say yes.
15     Q.  And does Safeway want to be taking the most
16  aggressive approach towards animal welfare in the
17  market?
18     A.  I wouldn't say --
19     MR. MURRAY:  Objection to the form of the
20  question.  It's vague.  And it's overly broad.
21     THE WITNESS:  Yeah, I think aggressive is
22  the -- is the wrong way to describe it.  I think we
23  want to do the right thing as it relates to animal
24  welfare.  We'd like to take a leadership role, as I
25  said earlier.  "Aggressive" I think is -- is not how

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

67 (Pages 262 to 265)

---

262

1  I would characterize the --
2  BY MS. ADENDORFF:
3      Q.  Does -- does Safeway believe that adopting
4  the FMI animal welfare guidelines was the right
5  thing?
6      A.  Again --
7          MR. MURRAY:  Object to the form of the
8  question as vague.
9          You can answer it.
10         THE WITNESS:  Yeah, again, you know, my --
11  my function within Safeway while I serve on the
12  committee, the Animal Welfare Committee, you know,
13  you're asking -- I -- I think the answer is yes,
14  but, you know, it's -- it's, you know, I'm not the
15  only one who, you know, sort of makes those
16  judgments.  But the answer, I think the answer is
17  yes to the question's roundabout way of getting it,
18  an answer.
19  BY MS. ADENDORFF:
20      Q.  You mentioned earlier that in 2002, you
21  don't think that you had comprehensively
22  investigated all of your competitors' animal welfare
23  policies.  Have you done anything in that regard
24  since then?
25      A.  You know, I -- I think not -- not

---

263

1  systematically.  I think we're more alert and aware
2  of what competitors are doing today than we were
3  back then because it's more readily available.  I
4  think I'd -- I'd be -- I can -- I can more easily
5  get at, I mentioned Whole Foods' policies or others
6  and some are more open about it than others.
7      Q.  As part of your efforts with the Animal
8  Welfare Committee within Safeway, did you ever look
9  at your competitors' animal welfare policies with
10  respect to egg laying hens?
11      A.  Again, it was -- the -- whatever we would
12  have looked at, at that point it was more broadly
13  sort of animal welfare overall.  But I don't
14  remember us specifically saying, what's -- you know,
15  what's Kroger specifically doing on -- on egg laying
16  hens.
17      Q.  Did you know that Kroger had endorsed the
18  FMI guidelines?
19      A.  Again, we're going back to '02; right?
20  Yeah.
21      Q.  Correct.
22      A.  Twelve years ago.
23          I -- I think -- I think we knew, yes.  I
24  think we did.
25      Q.  Have you ever spoken directly to your

---

264

1  counterparts at Kroger about their animal welfare
2  policies?
3      A.  Well, I've talked to Lynn Marmer many years
4  ago about it, but that was a long time ago.
5      Q.  And that was about egg laying hens; right?
6      A.  It was about animal welfare generally.
7      Q.  And the FMI process.
8      A.  Yes.
9      Q.  This morning you testified that Karen Brown
10  told you in the 2002 timeframe to let her handle
11  PETA; right?
12      A.  Yes.
13      Q.  Why did FMI hope that no individual company
14  would work with PETA?
15      A.  Well, I think it's --
16          MR. MURRAY:  Object to the form of the
17  question.  Calls for speculation.
18          THE WITNESS:  Yeah, I -- I can't speculate.
19  That's -- I can't speculate.  However, I would -- I
20  would -- the only thing that I would suggest,
21  perhaps, is that I think FMI was concerned that
22  you'd have multiple retailers out doing different
23  things and you'd have this sort of patchwork of --
24  of standards being set by individual companies
25  rather than the industry as a whole.  And I think

---

265

1  they were of the view that it would be easier to
2  sort of manage, control if -- if you -- you had
3  everybody sort of in block step.  I think that
4  played into it, I think.  And that's --
5  BY MS. ADENDORFF:
6      Q.  Why --
7      A.  -- that's not atypical of FMI.  I mean, as
8  it relates not just to animal welfare, but other
9  issues as well affecting the food, the retail food
10  industry.  I mean, their preference is that -- you
11  know, and it makes sense that you, know, the
12  industry, on a lot of different issues, is -- is,
13  you know, taking positions that are common across
14  the retail landscape rather than, you know,
15  individual companies.
16      Q.  Was that Safeway's preference as well at the
17  time?
18          MR. MURRAY:  Object to the form of the
19  question.
20          THE WITNESS:  Again, a long time ago.
21  Safeway, I think, at -- again, in '02, as I
22  indicated to Adrian, was -- was sort of trying to
23  work through the issue and trying to understand its
24  position and where it should be.  Clearly, we were
25  getting pressure at a certain point and -- but I

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

68 (Pages 266 to 269)

---

266

1 think -- I think broadly, I think our -- our view
2 would be that, you know, it would be perhaps better
3 if the industry, as a whole, was -- was sort of in
4 unison, anyway. I'm not sure I'm...
5 BY MS. ADENDORFF:
6 Q. You testified earlier that Safeway, as a
7 retailer, is on the front lines with PETA; correct?
8 **A. Well, I was trying to make the point we're**
9 **on the front lines with our -- our -- with consumers**
10 **and -- and for that reason, we're in a different**
11 **position than -- than sort of some of the**
12 **manufacturers are.**
13 **You know, we get exposed to our customer**
14 **base, we get lots of feedback, we're -- we're seeing**
15 **our customers two or three times a week. So in that**
16 **sense, we're on the frontline with consumers in the**
17 **marketplace. So in that sense, the companies, the**
18 **retailers are -- are more vulnerable, I think, to**
19 **the pressures from organizations like this than --**
20 **than manufacturers might be. I guess that was the**
21 **point I was trying to make.**
22 Q. When Safeway was considering whether cage
23 space was a real issue for Safeway, did it consider
24 the ability that it had to make demand for change
25 with its suppliers?

---

267

1 MR. MURRAY: Object to the form of the
2 question. It's outside the scope of this witness'
3 examination.
4 THE WITNESS: Yeah, I -- yeah, that's --
5 that was not part of my -- my interaction with
6 suppliers, and, I mean, I was -- I was on the -- the
7 communication side interaction with these groups,
8 but not -- that wasn't something that I was
9 considering or looking at.
10 BY MS. ADENDORFF:
11 Q. Did Safeway invest in making an animal
12 welfare policy in the hopes its suppliers would meet
13 that policy?
14 MR. MURRAY: Objection to the form of the
15 question. Again, it's outside the scope.
16 THE WITNESS: Ask the question again,
17 please.
18 BY MS. ADENDORFF:
19 Q. Did Safeway invest in making an animal
20 welfare policy in the hopes that its suppliers would
21 meet that policy?
22 **A. No. I -- I think -- I think, you know, we**
23 **were -- we were trying to form a -- a position as a**
24 **company on these issues because it was the -- we --**
25 **because it was the right thing to do for -- because**

---

268

1 **it was the right thing to do. It wasn't a matter of**
2 **us pressuring suppliers or -- it -- it was -- it was**
3 **for the reason -- the first reason I mentioned.**
4 Q. Could Safeway satisfy its animal welfare
5 policy without the efforts of its suppliers?
6 MR. MURRAY: Objection. It's outside the
7 scope of this witness' designation.
8 THE WITNESS: Yeah. Again, I -- you're --
9 that's a question that should be directed, you know,
10 at -- at someone else at Safeway.
11 BY MS. ADENDORFF:
12 Q. When you were working on developing the
13 policy, who was it for?
14 **A. You know, the -- the policy as it -- was**
15 **Safeway's overall policy.**
16 Q. Was the policy to be used with its buyers
17 with its suppliers?
18 MR. MURRAY: Object to the form of the
19 question. It's vague.
20 THE WITNESS: Yeah.
21 BY MS. ADENDORFF:
22 Q. You participated in the animal welfare
23 policy -- you participated in the Animal Welfare
24 Committee that established Safeway's animal welfare
25 policy; correct?

---

269

1 MR. MURRAY: Objection. It mischaracterizes
2 his prior testimony.
3 THE WITNESS: I'm a member of the committee.
4 Correct. And --
5 BY MS. ADENDORFF:
6 Q. And what was the intended purpose of the
7 policy or the use of the policy within Safeway?
8 **A. The use of what policy?**
9 Q. The policy that you were working to develop.
10 **A. The intent was to form a -- policies in and**
11 **around animal welfare issues.**
12 Q. For use -- how would Safeway use its own
13 policy?
14 **A. How would we use our own policy? Well,**
15 **again, I -- we were -- we were trying to develop a**
16 **policy that made sense for our company and that**
17 **would, you know, promote, you know -- you know,**
18 **sound animal welfare policies. I mean, I'm...**
19 Q. Promote it with who?
20 **A. You know, within our company. You know,**
21 **and, again, I -- I think, you know, promote it, you**
22 **know, we wanted to communicate it to our customers,**
23 **our employees, other stakeholders as well.**
24 Q. Would those stakeholders involve suppliers?
25 **A. I would think it would involve suppliers as**

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Brian Dowling                                                  April 11, 2014

69 (Pages 270 to 273)

---

**270**

1  well, yes.
2       Q.  Let's look at Exhibit 9 again briefly.
3       A.  Which -- which one is the --
4       MR. MURRAY:  You've got to go through the
5  pile.
6       Unless you have a better way of identifying
7  it for him.
8       MS. ADENDORFF:  No.  It should be in your
9  stack, hopefully.
10      THE WITNESS:  Yeah.  Sure.  Here's 8 and
11 then there is --
12 BY MS. ADENDORFF:
13      Q.  This document is entitled "FMI Meeting Notes
14 November 29th, 2000."
15      DEPOSITION REPORTER:  Do you have several
16 documents you're going to go through?
17      MS. ADENDORFF:  Uh-huh.
18      DEPOSITION REPORTER:  Why don't you go off
19 the record for a second.
20      MS. ADENDORFF:  Sure.
21      THE VIDEOGRAPHER:  We're going off the
22 record.  The time is 3:34 p.m.
23      (Off the record.)
24      THE VIDEOGRAPHER:  We're back on the record.
25 The time is 3:35 p.m.

---

**271**

1  BY MS. ADENDORFF:
2       Q.  If you could take a look at the last
3  paragraph on that first page.
4       A.  Uh-huh.
5       Q.  Do you see where it says, "McDonald's
6  regrets having engaged PETA in dialogue and adopted
7  their supplier standards independently of PETA"?
8       Do you see that?
9       A.  I do.
10      Q.  Did you know that McDonald's regretted
11 having engaged in PETA by itself?
12      A.  No.
13      Q.  PETA?  Okay.
14      MS. ADENDORFF:  Let's take a look at -- mark
15 this exhibit.  What number are we on?
16      DEPOSITION REPORTER:  No. 23.
17      MS. ADENDORFF:  23.
18      (Exhibit 23 was marked for identification
19      and attached hereto.)
20 BY MS. ADENDORFF:
21      Q.  Now, this is an article in The Dallas
22 Morning News from May 2002.
23      A.  Uh-huh.
24      Q.  It's Bates stamped CM00730871.
25      And do you see in the fifth paragraph that

---

**272**

1  your name is mentioned?
2       MR. MURRAY:  Yes.  Let him finish reading
3  it, please.
4       THE WITNESS:  Yes, I see that.
5  BY MS. ADENDORFF:
6       Q.  And can you read the second paragraph from
7  the bottom says, "'We've been among those pushing
8  FMI to establish guidelines all along,' Mr. Dowling
9  said."
10      That's a quote from you; correct?
11      A.  Yes.
12      Q.  And Safeway did, in fact, push FMI to adopt
13 animal welfare guidelines; correct?
14      A.  Yeah.  If I had to choose my words again, I
15 would have chosen differently.  But, yes, we were --
16 we were...
17      Q.  And do you see in the next sentence that it
18 discusses PETA's pressure on multiple retailers, but
19 in general, the article also discusses PETA's
20 pressure on Safeway.
21      And you have testified today that PETA did,
22 in fact, have a Shameway campaign against Safeway;
23 correct?
24      A.  Correct.
25      Q.  And you testified that Safeway was concerned

---

**273**

1  about implementing clear animal welfare standards in
2  part as a reaction to pressure from PETA; correct?
3       A.  Correct.
4       MR. MURRAY:  Object to the form of the
5  question.
6  BY MS. ADENDORFF:
7       Q.  What was Safeway afraid of?  Was it bad
8  press?
9       A.  What were we afraid of, huh?  We're not
10 afraid of anything necessarily.  We were -- we were
11 trying to manage our reputation.
12      Q.  Was PETA concerned -- was Safeway concerned
13 about PETA's possibly presenting shareholder
14 resolutions?
15      A.  That was a consideration.
16      MS. ADENDORFF:  Have this exhibit marked as
17 well.
18      DEPOSITION REPORTER:  No. 24.
19      (Exhibit 24 was marked for identification
20      and attached hereto.)
21 BY MS. ADENDORFF:
22      Q.  And this is a highly confidential document
23 Bates stamped SFWEGED00024897.  And if you could,
24 take a minute to look over that document.
25      Do you recognize this letter?

---

HIGHLY CONFIDENTIAL

Brian Dowling                                    April 11, 2014

70 (Pages 274 to 277)

---

274

1    **A.  You know, even though it was only 2009,**
2    **vaguely.  I -- I believed especially as, you know,**
3    **it relates to the PAACO organization --**
4          DEPOSITION REPORTER:  I'm sorry, especially
5    as it relates to the?
6          THE WITNESS:  PAACO, P-A-A-C-O, it's an
7    animal -- okay.
8    BY MS. ADENDORFF:
9          Q.  And what do you recall about this letter?
10         **A.  I don't recall very much of anything, at**
11   **all, frankly.**
12         Q.  What do you recall about Safeway approaching
13   PAACO?
14         **A.  Very little.  I mean, the -- the contact**
15   **with PAACO was largely initiated by our folks in our**
16   **Denver buying office and -- and our, you know, Ginni**
17   **Littlefield and -- and that, that side of the**
18   **business.**
19         Q.  Do you know if this letter was ever sent?
20         **A.  I don't know.**
21         Q.  Do you know who its intended recipients
22   were?
23         MR. MURRAY:  Objection to the form of the
24   question.  Calls for speculation.
25         THE WITNESS:  Yeah, I -- I --

---

275

1          MR. MURRAY:  Lack of foundation.
2          THE WITNESS:  I don't.
3    BY MS. ADENDORFF:
4          Q.  Do you know who drafted this letter?
5          **A.  I -- I sure as heck hope I didn't, but I**
6    **don't remember that I did.**
7          Q.  Do you see on the second page that it is
8    signed, "Sincerely, Safeway Inc."?
9          **A.  I do.**
10         Q.  Can you read for me the third sentence of
11   the letter which -- sorry, fourth sentence of the
12   letter which begins, "While our suppliers"?
13         **A.  "While our suppliers understand the**
14   **importance of the topic and have been responsible in**
15   **their responses, it's time for our industry to unite**
16   **in an effort" -- "in our efforts to make animal**
17   **welfare a noncompetitive issue."**
18         Q.  Is it Safeway's position that animal welfare
19   should be a noncompetitive issue?
20         MR. MURRAY:  Object to the form of the
21   question.
22         THE WITNESS:  You know, it's -- it's -- you
23   know, let me read it again here.
24         Ask me the question again, please.
25   / / /

---

276

1    BY MS. ADENDORFF:
2          Q.  Is it Safeway's position that animal welfare
3    should be a noncompetitive issue?
4          MR. MURRAY:  Object to any kind of questions
5    on this letter for a lack of foundation.
6          THE WITNESS:  Yeah.
7    BY MS. ADENDORFF:
8          Q.  I'm asking now just in general now about
9    Safeway's position and not about the contents of
10   this letter except in that the contents of the
11   letter might refresh your recollection about
12   Safeway's position.
13         **A.  I would -- I would think that it would be a**
14   **noncompetitive issue.  I mean, it's -- it's -- it**
15   **shouldn't be an issue as it relates to the treatment**
16   **of animals in the food production system rather than**
17   **a competitive issue.  I don't -- I don't think it**
18   **should be.  I think our company would -- would take**
19   **the position that it would not be a competitive**
20   **issue, that we would not use it to a competitive**
21   **advantage.**
22         Q.  Looking at the last sentence of the second
23   paragraph, sorry, I guess that's all one sentence.
24         **A.  Yeah.**
25         Q.  Can you read the second paragraph there?

---

277

1          **A.  "Since we all view welfare" -- excuse me --**
2    **"welfare as a non-competitive issue, much like food**
3    **safety, I believe that by working together to**
4    **identify concerns and problem areas, we can better**
5    **determine a solution that will work for the entire**
6    **food chain and better position ourselves in animal**
7    **welfare discussions in the marketplace."**
8          Q.  What marketplace position do you think
9    Safeway was referring to there?
10         **A.  I don't know.**
11         MR. MURRAY:  Object to the form of the
12   question.
13   BY MS. ADENDORFF:
14         Q.  Looking at the second to last paragraph on
15   this page, the letter refers to in the first
16   sentence "to start building the foundation for a
17   unified industry animal welfare plan," and then it
18   lists a variety of retailers that Safeway has
19   identified to help them in --
20         DEPOSITION REPORTER:  I'm sorry, can you
21   start that one again.
22   BY MS. ADENDORFF:
23         Q.  "Industry animal welfare plan."  And then
24   the letter goes on to identify Safeway, SuperValu,
25   HEB, Kroger, Wal-Mart, and Publix as -- and it says,

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

71 (Pages 278 to 281)

---

278

1 "leading firms to start building a foundation for"
2 that plan.
3      Do you see that sentence I'm --
4 **A. I do see that.**
5 Q. -- talking about?
6 **A. Yes.**
7 Q. And are Safeway super -- excuse me.
8      Are SuperValu, HEB, Kroger, Wal-Mart, and
9 Publix Safeway competitors?
10 **A. They are. But Publix is not a competitor.**
11 **We don't compete directly with them.**
12 Q. Together, do these stores make up some of
13 the largest supermarkets in the country?
14      MR. MURRAY: Objection. Vague. Calls for
15 speculation.
16      THE WITNESS: HEB is a regional competitor,
17 Publix is regional, but a large competitor, they
18 have 500 plus stores. I mean, I'm -- I'm just using
19 my own base knowledge, Kroger's obviously a -- it's
20 larger than Safeway, it has nearly double the number
21 of stores. Wal-Mart is Wal-Mart.
22 BY MS. ADENDORFF:
23 Q. Why would Safeway have targeted these stores
24 for its unified industry plan?
25      MR. MURRAY: Object to the form of the

---

279

1 question that Safeway did anything. This letter is
2 not addressed to any particular person, it's
3 unsigned, and there's a lack of foundation as to it.
4 BY MS. ADENDORFF:
5 Q. Why would Safeway have believed that these
6 stores would make good partners for its unified
7 industry animal welfare plan as it represents in
8 this sentence?
9      MR. MURRAY: Same objection.
10      THE WITNESS: I think obviously because
11 the -- the companies represented there are -- and do
12 a lot of -- a lot of business in retail grocery
13 space. They cover a chunk of almost the entire --
14 entire country.
15      MS. ADENDORFF: Mark this as Exhibit 25.
16      (Exhibit 25 was marked for identification
17      and attached hereto.)
18 BY MS. ADENDORFF:
19 Q. And this is a highly confidential document
20 Bates stamped SFWEGED00039873. And do you see at
21 the top that this appears to be --
22      MR. MURRAY: Well, let him read it. It's
23 three pages.
24      THE WITNESS: Okay. Yes.
25 ///

---

280

1 BY MS. ADENDORFF:
2 Q. Do you see at the top that this appears to
3 be an email from Cathy East to Jim Sheeran --
4 **A. Yes.**
5 Q. -- in March 31st, 2009?
6 **A. Yes.**
7 Q. And they are referring to that PAACO
8 organization animal welfare meeting?
9 **A. Yes.**
10 Q. And do you see the second sentence where it
11 says "PAACO is trying to create a noncompete in this
12 area and put everyone on the same page"? And then
13 it says, "I would hate for the others to show up and
14 we do not."
15      Did Safeway want to be a part of any
16 noncompete in the animal welfare area?
17      MR. MURRAY: Object to the form of the
18 question. And he's not designated on this topic.
19      THE WITNESS: Yeah. I -- yeah, I'm not --
20 I'm not the expert on PAACO and -- and what we were
21 doing with PAACO.
22 BY MS. ADENDORFF:
23 Q. Was Safeway's goal in 2009 to work with
24 others in the industry to come up with a unified
25 animal welfare plan?

---

281

1      MR. MURRAY: Same objection. He's not
2 designated on this topic.
3      He can answer, if he knows.
4      THE WITNESS: I -- I don't know.
5      Can I just -- I'll comment, just I don't --
6 that -- that the conversations, we -- we had some
7 conversations about PAACO and -- and Ginni's
8 participation in PAACO meetings. But it was -- it
9 was sort of out of my area of expertise as to sort
10 of, you know, exactly what they did and how they did
11 what they do and -- and I was -- I, more often than
12 not, deferred to Cathy and Jim and it related to
13 Ginni's participation in -- in PAACO's activities.
14      MS. ADENDORFF: Mark this as Exhibit 26.
15      (Exhibit 26 was marked for identification
16      and attached hereto.)
17      MR. MURRAY: Are you -- you can't show him
18 this. This is a Kroger document, it's a
19 competitor's.
20      MR. FONTECILLA: He signed a protective
21 order.
22      MS. ADENDORFF: Yeah.
23      MR. MURRAY: But don't they say the
24 documents that you've been a party to you can see?
25 I mean, this is a --

---

HIGHLY CONFIDENTIAL

Brian Dowling                                April 11, 2014

72 (Pages 282 to 285)

---

### 282

1    MS. ADENDORFF:  Things that you might have
2   knowledge of the subject matter and I've already
3   established that he was monitoring FMI and industry
4   publications that had to do with animal welfare.
5   This is an FMI press release.
6    MR. MURRAY:  Okay.
7   BY MS. ADENDORFF:
8    Q.  Have you ever seen this press release
9   before?
10    MR. MURRAY:  I will -- I'm going to reserve
11   on this thing.  I'll let you ask questions on it,
12   but we may -- we may pull this back when I -- I've
13   considered the implications of this.  There's a
14   protective order.
15   BY MS. ADENDORFF:
16    Q.  Have you ever seen this FMI press release
17   before?
18    **A.  Let me just look at it here, please.**
19   **You know, I -- I -- I probably saw it in**
20   **'01, but I -- I don't remember.  I mean I -- I --**
21   **you know, I probably did see it in some form.  I**
22   **seem to recall we saw a version of some of this**
23   **earlier here, but...**
24    Q.  And we've already established that you knew
25   that in 2001, FMI formally adopted an animal welfare

---

### 283

1   policy; correct?
2    **A.  Correct.**
3    Q.  And was Safeway's goal at that time that all
4   retailers would collectively adopt FMI's animal
5   welfare standards?
6    MR. MURRAY:  Object to the form of the
7   question.  Beyond the scope of this witness'
8   designation.
9    THE WITNESS:  It is beyond the scope of
10   my -- in '01, I -- I wasn't engaged in -- this,
11   so, yeah, it's beyond my scope.
12   BY MS. ADENDORFF:
13    Q.  Was Safeway pushing FMI to adopt animal
14   welfare standards so that others in the industry
15   would also adopt FMI standards?
16    **A.  It was not -- well, again, it's beyond, you**
17   **know, again, I'm -- my expertise is in dealing**
18   **with -- expertise -- my -- my experience is in**
19   **dealing with outside groups as it related to animal**
20   **welfare and managing that activity.  But were we,**
21   **you know, pushing other retailers that, you know,**
22   **again, that's -- that's beyond my scope of**
23   **expertise.**
24    Q.  Was FM- -- was Safeway working with FMI in
25   order to develop a unified industry plan?

---

### 284

1    **A.  There were -- there were, I think from some**
2   **of these previous documents, indication that there**
3   **were members of our team that were -- were engaged**
4   **in some of this, but not me.**
5    Q.  Let's take a look at No. 2 here.
6    **A.  Uh-huh.**
7    Q.  No. 2, can you read that out loud?
8    **A.  FMI --**
9    Q.  The first page.
10    **A.  FMI will work cooperatively with its**
11   **counterparts in the food industry to promote**
12   **production best practices for each species that will**
13   **strengthen food quality and safety and ensure animal**
14   **well-being at every step of the production process.**
15    Q.  And is that what Safeway believed that FMI
16   animal welfare standards did?
17    MR. MURRAY:  Object to the form of the
18   question.  Calls for speculation.
19    THE WITNESS:  Ask your question again,
20   please.
21   BY MS. ADENDORFF:
22    Q.  Is that what Safeway believed that FMI
23   standards did?
24    MR. MURRAY:  Same objection.
25    THE WITNESS:  Yeah.  I -- I don't know.  I

---

### 285

1   really don't know.
2   BY MS. ADENDORFF:
3    Q.  But Safeway endorsed those guidelines;
4   correct?
5    **A.  Yes.**
6    MS. ADENDORFF:  I'll mark this as
7   Exhibit 27.
8    (Exhibit 27 was marked for identification
9    and attached hereto.)
10   BY MS. ADENDORFF:
11    Q.  Do you recognize -- have you ever seen this
12   press release before?
13    **A.  I -- I probably have seen this, yes, but I'm**
14   **not immediately recalling.  But, yes, I probably**
15   **have seen it.**
16    Q.  And do you recognize the FMI logo at the top
17   of the page?
18    **A.  I do.**
19    Q.  And do you recognize that NCCR logo?
20    **A.  Yes.**
21    Q.  And who is NCCR?
22    **A.  Restaurant Association National Counsel of,**
23   **you know, it's a restaurant association.**
24    Q.  And did you understand that FMI and NCCR
25   worked together on animal welfare?

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

73 (Pages 286 to 289)

286

1    **A. I was aware of that, yes.**
2    Q. Do you know why they worked together on
3    animal welfare?
4    **A. Well, I think -- I think it was because, you**
5    **know, the restaurant folks had previous experience**
6    **dealing with these issues more, you know, sort of**
7    **visibly than -- than the food industry. I mean,**
8    **they had -- they had had their -- their -- they**
9    **were, you know, had interaction with the -- the**
10   **activist groups much earlier than we did, and I**
11   **think that's why there was a connection between the**
12   **two.**
13   Q. Can you look at No. 4 underneath "Program
14   Components," so that should be on the second page.
15   **A. Okay.**
16   Q. And it says, "Distribute the set of
17   expectations as voluntary recommendations for retail
18   companies to adopt and use in their discussions with
19   current and future suppliers."
20      Did Safeway understand at the time that that
21   was FMI's goal in developing the guidelines?
22   **A. I don't know. I really don't know what...**
23   Q. Did Safeway understand that FMI's
24   suggestions would be communicated to suppliers?
25      MR. MURRAY: Objection. Calls for

287

1    speculation.
2       THE WITNESS: Yeah, I -- I would only be
3    speculating. I don't know. I don't know.
4       DEPOSITION REPORTER: 28.
5       (Exhibit 28 was marked for identification
6       and attached hereto.)
7       MS. ADENDORFF: Mark this as Exhibit 28.
8    BY MS. ADENDORFF:
9    Q. A version of this might already be an
10   exhibit, but this is, at least, a standalone copy of
11   the June 2002 report from FMI and NCCR on animal
12   welfare. And this is Bates stamped CM00180840.
13      And have you seen this document before?
14   **A. I probably have, yes. I...**
15   Q. Can you read the first sentence of the third
16   paragraph there.
17   **A. The first sentence of the third paragraph.**
18   Q. Uh-huh.
19   **A. "Retailers, animal welfare experts, animal**
20   **welfare advocates, producers, processors, and the**
21   **public share the common goal that all animals used**
22   **in agricultural production be cared for in a manner**
23   **that takes into account their daily well-being and**
24   **health."**
25   Q. Does Safeway share that goal?

288

1    **A. I think the answer is yes.**
2    Q. And does it believe that it shares that goal
3    with those other groups?
4       MR. MURRAY: Objection. Calls for
5    speculation.
6       THE WITNESS: Yeah, I would be speculating
7    as it relates to the other groups. Are you
8    referring to, like, the restaurant group?
9    BY MS. ADENDORFF:
10   Q. Correct.
11   **A. Or --**
12   Q. And the other -- and other grocery stores.
13      MR. MURRAY: Same objection.
14      THE WITNESS: Yeah, I mean, I can't speak
15   for the other companies and the other organizations.
16   BY MS. ADENDORFF:
17   Q. Please look at the second paragraph. It
18   says, "The issues covered in this report are
19   important and complicated. Some recommendations
20   contained within this report have economic
21   implications. Some require an implementation
22   timetable because they cannot be accomplished
23   immediately."
24      You said that you -- you believe you have
25   seen this -- you saw this report at the time;

289

1    correct?
2    **A. I -- yes. A long time ago, yeah.**
3    Q. So was Safeway aware that FMI believed there
4    were economic implications of the animal welfare
5    programs?
6       MR. MURRAY: Objection. It's vague and
7    ambiguous. And it calls for speculation.
8       THE WITNESS: Ask the question again,
9    please.
10   BY MS. ADENDORFF:
11   Q. Was Safeway aware that FMI was telling its
12   members that there were economic implications of the
13   animal welfare program?
14   **A. I --**
15      MR. MURRAY: Same objection.
16      THE WITNESS: Yeah. I would be -- I don't
17   know. I -- I'd...
18   BY MS. ADENDORFF:
19   Q. Turn to page 2, and look at that first
20   bullet point. Can you read that for me?
21   **A. "Consistency across the U.S. retail sector."**
22   Q. And as we've discussed, one of the goals of
23   the FMI program was consistently across the U.S.
24   retail sector; correct?
25      MR. MURRAY: Object to the form of the

HIGHLY CONFIDENTIAL

Brian Dowling                                    April 11, 2014

74 (Pages 290 to 293)

290

1    question.  It mischaracterizes his prior testimony.
2    BY MS. ADENDORFF:
3        Q.  Is that correct, that that's listed here as
4    one of FMI's goals?
5        A.  It's listed as a goal, yes.
6        Q.  And did Safeway, as you said, work with FMI
7    in order to achieve an industrywide animal welfare
8    standard?
9        A.  Again, I -- I think you're -- you're -- I
10   mean, this is where my -- my knowledge specifically
11   of what it -- in this timeframe, you know -- you
12   know, I would and as to what Safeway's position was
13   as it related -- that's -- that where I would be.
14   You know -- I mean, I think, you know, you are both
15   making the assumption that -- that I -- I am Safeway
16   and that I know every step of the way as to what we
17   would have been thinking along and that's not
18   necessarily true.  I mean, I -- so long answer to
19   short question, I'm not sure I -- I know.
20       Q.  But you are testifying here as Safeway's
21   designee --
22       A.  I am.
23       Q.  -- about its relationships with outside
24   organizations, such as FMI; correct?
25       A.  With animal welfare groups.  Right.

291

1        MS. ADENDORFF:  This will be Exhibit 29.
2        (Exhibit 29 was marked for identification
3        and attached hereto.)
4    BY MS. ADENDORFF:
5        Q.  Are you familiar with Feedstuffs?
6        A.  I am.
7        Q.  What is Feedstuffs?
8        A.  It's a -- it's a food production trade
9    magazine.
10       Q.  And do you --
11       A.  I sort of -- I don't read it regularly, but
12   I read it occasionally.
13       Q.  Do you see at the top of Exhibit 29 it says,
14   www.feedstuffs.com?
15       A.  Yes.
16       Q.  Is -- I'll represent that this is an article
17   from Feedstuffs from March 4th, 2002.  And can you
18   look at the third paragraph, and can you read that
19   sentence for me, the first sentence of the third
20   paragraph.
21       A.  "The concept" -- starting with "The
22   concept"?
23       Q.  Uh-huh.
24       A.  "The concept, as explained last year by FMI
25   chief executive officer and president Tim Hammonds

292

1    (Feedstuffs, December 3rd, 2001), is to prevent
2    individual grocery and restaurant companies from
3    getting 'picked off' one by one by animal
4    welfare" -- excuse me -- "animal rights/welfare
5    activist groups -- especially PETA -- that are
6    threatening confrontations and other negative
7    attention if those companies don't hand out rigorous
8    animal husbandry rules for suppliers.
9        Q.  And you understood from Karen Brown that FMI
10   was trying to prevent individual companies from
11   being picked off by PETA; correct?
12       A.  That's correct.
13       Q.  And was it Safeway's strategy to work
14   through FMI to avoid being picked off by PETA?
15       MR. MURRAY:  Objection to the
16   characterization.
17       THE WITNESS:  Would you ask the question
18   again, please?
19   BY MS. ADENDORFF:
20       Q.  Was it Safeway's strategy to work through
21   FMI to avoid being picked off by PETA?
22       MR. MURRAY:  Same objection.
23       THE WITNESS:  Yeah.  It's -- that was,
24   yeah -- we were trying to figure out what to do.  We
25   weren't necessarily trying to work through FMI.  We

293

1    were trying to form a position, trying to form some
2    posture as to how we wanted to react to this as a
3    company.
4    BY MS. ADENDORFF:
5        Q.  If other large retail grocers had been
6    picked off by PETA, would that have been a problem
7    for Safeway?
8        MR. MURRAY:  Objection to the form of the
9    question.  Calls for speculation.
10       THE WITNESS:  Yeah.  Yeah, I would be --
11   yeah, I would be speculating, so I -- you want to
12   ask question again?  I'm -- I'm sorry.
13   BY MS. ADENDORFF:
14       Q.  If other large grocers like Kroger were
15   picked off by PETA, would that be a problem for
16   Safeway, for example, in trying to push for animal
17   welfare guidelines through FMI?
18       MR. MURRAY:  Object to the form of the
19   question.
20       THE WITNESS:  Yeah.  That's -- it's sort of,
21   you know, a hypothetical in my view.  I mean, I'm
22   not...
23   BY MS. ADENDORFF:
24       Q.  Did you ever discuss the fear of getting
25   picked off by PETA with anyone other than Karen

HIGHLY CONFIDENTIAL

Brian Dowling                                                    April 11, 2014

75 (Pages 294 to 297)

294

1    Brown at FMI?
2        A.   The fear of getting picked off, I never --
3        Q.   Fear of companies being picked off by PETA.
4        A.   No.  I never -- I don't -- I don't recall
5    ever talking specifically with Karen about, you
6    know, fear and being picked off and using those
7    terms.
8        Q.   Did you ever discuss with anyone other than
9    Karen Brown a concern that other groceries would
10   deal with PETA one-on-one?  Other than Karen Brown,
11   did you discuss that with anyone else?
12       A.   I can't -- I can't recall whether or not I
13   had other conversations.  I think I would have --
14   are you talking about external, outside of Safeway?
15       Q.   Yes.
16       A.   Yeah.  I -- I can't recall whether or not I
17   had.
18            MS. ADENDORFF:  This will be marked as
19   Exhibit 30.
20            (Exhibit 30 was marked for identification
21            and attached hereto.)
22            MS. ADENDORFF:  I'm sorry.  That's for him.
23   BY MS. ADENDORFF:
24       Q.   And this is a document Bates stamped
25   CM00731181, and it's an article written by two FMI

295

1    employees, Karen Brown and Jill Hollingsworth, in
2    2005 about FMI's animal welfare standards.
3            And you've already testified that you're
4    familiar with Karen Brown and Jill Hollingsworth;
5    correct?
6        A.   Yes.
7        Q.   Can you read the last sentence of this
8    second paragraph that starts with, "However."
9        A.   "However, because of the visibility, easy
10   access, and name recognition of food retailers,
11   supermarkets and restaurants are often used as the
12   catalyst to bring about awareness and change
13   throughout the food chain."
14       Q.   Do you agree with that statement?
15       A.   I would --
16            MR. MURRAY:  Object to the form of the
17   question.
18            THE WITNESS:  I -- I --
19            MR. MURRAY:  It's taken out of context.
20            THE WITNESS:  I -- I -- as I'd sort of
21   indicated earlier about sort of our position in the
22   marketplace, I would -- I would generally agree with
23   that statement.
24   BY MS. ADENDORFF:
25       Q.   And please turn to the third page.  Can you

296

1    read this first paragraph under the heading "Joint
2    programme."
3        A.   "The animal activist groups continued to
4    target chain restaurants for animal welfare protests
5    and campaigns."
6            The rest of the paragraph?
7        Q.   Uh-huh.
8        A.   "The food service companies were being
9    pulled into a competitive cycle whereby each company
10   had to do something different from the next to
11   alleviate the public attention being directed at
12   them and their customers.  The food industry was
13   concerned that such an approach could lead to
14   actions that were not based" -- "not science-based
15   and potentially detrimental to animal welfare.
16   Therefore, in June 2001," the Food Marketing
17   Institute, or "FMI, and the NCCR joined the parallel
18   efforts" -- excuse me -- "joined their parallel
19   efforts in making this decision, the two
20   companies" -- excuse me -- "the two organizations
21   considered the advantages of a single industry
22   approach."
23       Q.   Does that explain to you -- does that put
24   into words why Safeway would have preferred an
25   industry standard program?

297

1            MR. MURRAY:  Object to the form of the
2    question.
3            THE WITNESS:  It -- it's -- in so many
4    words, it -- it sort of gets at some of what was --
5    was the issue.
6            MS. ADENDORFF:  This will be marked as
7    Exhibit 31.
8            (Exhibit 31 was marked for identification
9            and attached hereto.)
10   BY MS. ADENDORFF:
11       Q.   And this is a press release from June 2002
12   from Kroger headlined, "Kroger to follow animal
13   welfare standard," and it's Bates stamped
14   CM00730889.
15            Can you read the first sentence of this
16   article.
17       A.   "The Kroger Company apparently has preempted
18   a boycott and other protests by the" -- "by People
19   for the Ethical Treatment of Animals by announcing
20   its support for soon-to-be-released animal welfare
21   standards."
22       Q.   Are you aware that Kroger also adopted the
23   FMI animal welfare standards to preempt protests
24   from PETA?
25       A.   I'm not necessarily aware of that.  I would

HIGHLY CONFIDENTIAL

Brian Dowling                                                    April 11, 2014

76 (Pages 298 to 301)

298

1  have to think back to 12 years ago to what they, you
2  know.  But I probably would have seen an
3  announcement or I probably would have seen the story
4  as it ran, wherever this ran, the Scripps Howard,
5  the papers.
6       Q.   At the time you probably would have seen
7  this?
8       A.   I probably would have.
9            MR. MURRAY:  Objection.
10  BY MS. ADENDORFF:
11       Q.   Did you ever discuss the threat that PETA
12  posed with anyone from Kroger?
13       A.   I may have had, but I -- I can't recall.  I
14  may have had conversations with Lynn Marmer at
15  Kroger about animal welfare and PETA, interactions
16  with PETA.
17       Q.   Do you recall speaking with anyone else at
18  any other competitors about your concerns about
19  PETA?
20       A.   No.  No.
21       Q.   Did you know that PETA was putting pressure
22  on other grocery stores besides Safeway?
23       A.   We were focused on us.  We -- we were -- and
24  feeling the pressure ourselves and generally not
25  tuned into exactly what was happening elsewhere.

299

1  We -- we had a sense that -- that there was being
2  pressure exerted with others, including Kroger,
3  but -- but we were pretty inwardly focused, you
4  know.
5            MS. ADENDORFF:  This is Exhibit 32.
6            (Exhibit 32 was marked for identification
7            and attached hereto.)
8  BY MS. ADENDORFF:
9       Q.   And this document is a press release about
10  Albertson's --
11            MR. MURRAY:  Albertson's, Inc.
12  BY MS. ADENDORFF:
13       Q.   Albertson's, Inc. from May 31st, 2002.  The
14  headline is "Albertson's Applauds and Supports
15  Animal Welfare Guidelines Developed by the Food
16  Marketing Institute."
17            Did you know in 2002 that Albertson's had
18  endorsed the FMI guidelines?
19       A.   I don't recall, frankly.
20       Q.   Would you have been monitoring these kinds
21  of announcements at the time?
22       A.   Less than you might imagine, you know.  I
23  guess the only elaboration there, I just -- it's
24  sort of a broader is that at -- at this stage, you
25  know, I mean, you know, in -- in 2002, a lot going

300

1  on with -- with our company on a broad range of
2  fronts, and, you know, I think, you know, so I
3  wouldn't be surprised if I -- if I didn't see this
4  particular story.  I might have.  I wasn't getting
5  LexisNexis back then.  I wasn't getting Google
6  alerts.
7            We were not quite as -- you know, but, you
8  know, we had a lot happening and this was just one
9  of many issues that we were dealing with.  We were
10  dealing with labor issues and I was deeply engaged
11  in a lot of that.  So I wouldn't be surprised if I
12  would have missed this with Albertson's, less so
13  with Kroger because Kroger, we'd had some
14  conversations with Kroger about animal welfare.
15  but -- but not as I recall with Albertson's.
16            MS. ADENDORFF:  Speaking of labor issues,
17  this is Exhibit 33.  Yeah, this is 33.  Mark this as
18  33.
19            (Exhibit 33 was marked for identification
20            and attached hereto.)
21  BY MS. ADENDORFF:
22       Q.   And this is a Thomson-Reuters article from
23  2011 about a case called "California, ex rel. Harris
24  versus Safeway Inc., et al."
25       A.   Uh-huh.

301

1       Q.   Are you familiar with that lawsuit?
2       A.   No.
3       Q.   Let me give you a minute just to -- if you
4  just want to read through this article.
5       A.   Yeah, I would.
6            Well, sure.  Yeah.  What -- this is 2011.
7  Sorry.  Okay.  Wow, this is current, then.  Okay.
8  Yeah.  Okay.
9       Q.   Do you have any recollection of this
10  lawsuit?
11       A.   I -- I do now that I read through it.
12  Sorry.  I'm just reading to myself.  My apologies.
13       Q.   Are you aware that in this lawsuit
14  Safeway --
15            MR. MURRAY:  Let him finish reading it.
16            THE WITNESS:  Okay.  I think I've read
17  enough to get the gist of it.
18  BY MS. ADENDORFF:
19       Q.   Are you aware in this lawsuit that Safeway
20  is accused of working together with Kroger and
21  Albertson's anticompetitively?
22            MR. MURRAY:  Objection to the form of the
23  question.  Way beyond this witness' designation.
24            You can answer, if you know.
25            THE WITNESS:  I have a broad understanding

HIGHLY CONFIDENTIAL

Brian Dowling                                    April 11, 2014

77 (Pages 302 to 305)

302

1  of a mutual strike assistance agreement as it
2  related to the Southern California negotiations
3  and -- and this issue.  But it's -- it's very broad
4  brushed and it's not in depth.
5  BY MS. ADENDORFF:
6      Q.  Did you know that there was a lawsuit
7  related to that issue?
8      A.  I -- I do know -- I did know there was a
9  lawsuit related to that issue.
10     Q.  Does Safeway often work together with Kroger
11 on issues?
12         MR. MURRAY:  Objection to the form of the
13 question.  It's overly broad.
14 BY MS. ADENDORFF:
15     Q.  Issues affecting retail grocers such as the
16 issues that come up at FMI?
17         MR. MURRAY:  Same objection.
18         THE WITNESS:  Well, I mean, again, Kroger
19 serves on some of the same committees that -- that
20 Safeway does on -- on FMI committees.  So in that
21 sense, you're talking about labor.
22     I mean, in -- in places like Southern
23 California and other markets, you know, we will
24 negotiate contracts as a multi-employer bargaining
25 unit.  In Southern California we're negotiating

303

1  contracts with the United Food and Commercial
2  Workers right now as a bargaining unit with
3  Albertson's and Kroger, and that's well within the
4  law and that's -- that's something that occurs in
5  multiple markets across the United States.
6  BY MS. ADENDORFF:
7      Q.  And as you've already testified, you have
8  relationships with your counterparts at Kroger;
9  correct?
10         MR. MURRAY:  Objection to the form of the
11 question.  It's vague.
12         THE WITNESS:  Yeah, I -- I don't -- I don't
13 talk to my counterpart at Kroger.  I -- I can't
14 remember the last time I talked to my counterpart at
15 Kroger nationally.  You know, regionally, you might
16 occasionally.
17     There's, you know, in Southern California as
18 we have begun negotiations and begun some
19 communication around negotiations, I would have
20 contact with -- with my regional counterpart at
21 Kroger in Southern California talking about
22 communications in and around those negotiations.
23 That would be the most recent communication I had
24 with Kroger, but not at the national level.
25 ///

304

1  BY MS. ADENDORFF:
2      Q.  When did you first learn about this
3  litigation, the eggs antitrust litigation?
4      A.  Oh, gosh, probably going back, you know,
5  hard to -- maybe two and a half, three years ago.
6      Q.  Do you know if that was before or after the
7  lawsuit was filed?
8      A.  It was after the lawsuit was filed, I
9  believe.
10     Q.  And what do understand is the basis of
11 Safeway's lawsuit against the defendants?
12     A.  Well --
13         MR. MURRAY:  Objection.  In -- and in
14 answering that question, please don't reveal any
15 communications you've had with counsel.  If you have
16 an independent recollection of what the lawsuit is
17 about, you can provide an answer.
18         THE WITNESS:  Yeah.  It's -- so your
19 question is what do I know about the lawsuit?
20 BY MS. ADENDORFF:
21     Q.  What do you understand is the basis of
22 Safeway's allegations?
23     A.  That my -- my layman's understanding is that
24 the allegation is that -- that egg suppliers joined
25 together to restrict egg production in order to

305

1  control the price and the -- the volume.  That's my
2  broad brush understanding.
3      Q.  Do you understand that one of the
4  allegations is that the way they did so was through
5  implementing the UEP Certified program?
6         MR. MURRAY:  And, again, in answering that
7  question, please don't reveal communications you've
8  had with counsel, and if in answering that question
9  you'd have to reveal those, do not --
10         (Teleconference interruption.)
11         MR. MURRAY:  But if you have any other basis
12 for answering that question, feel free to answer.
13         THE WITNESS:  Yeah, I don't have any other
14 basis for answering that question other than
15 conversations.
16 BY MS. ADENDORFF:
17     Q.  Have any non-lawyers at Safeway talked to
18 you about the Certified program since this lawsuit
19 started?
20     A.  No.
21     Q.  Do you know if Safeway has continued to
22 support the FMI guidelines up to the present day?
23     A.  My understanding is that we do.  I haven't
24 thought about it for a while.
25     Q.  And you understand that the Certified

HIGHLY CONFIDENTIAL

Brian Dowling                                      April 11, 2014

306

```
 1  program, the UEP Certified program was part of those
 2  animal welfare guidelines; correct?
 3          MR. MURRAY:  Object to the form of the
 4  question.
 5          THE WITNESS:  Yes.  I generally understand
 6  that, yes.
 7  BY MS. ADENDORFF:
 8     Q.  Do you think that Safeway still believes
 9  that increasing the cage space for egg laying hens
10  is a -- improves the welfare of those hens?
11          MR. MURRAY:  Object to the form of the
12  question.  It's beyond his designation.
13          THE WITNESS:  Yeah.  I'm -- and, again, I'm
14  not -- I'm not the expert as it relates to -- to
15  that specific issue.  I mean, I, you know, I'm --
16  I'm a communications guy and a PR guy.  And it --
17  it's beyond my expertise.
18  BY MS. ADENDORFF:
19     Q.  You testified earlier today that as part of
20  your job sitting on Safeway's Animal Welfare
21  Committee that it was Safeway's conclusion that cage
22  space for egg laying hens was a real issue; correct?
23          MR. MURRAY:  Object to the form of the
24  question.  It mischaracterizes his testimony.
25          You can answer.
```

307

```
 1          THE WITNESS:  Yes.  I mean, we -- we
 2  concluded that the cage space issue was an issue,
 3  and, you know, our animal welfare experts indicated
 4  that to us.
 5  BY MS. ADENDORFF:
 6     Q.  And does -- does that continue to be
 7  Safeway's position, that that's an issue?
 8          MR. MURRAY:  Object.  Object to the form of
 9  the question.  It's beyond his designation.
10          THE WITNESS:  It is beyond my expertise.
11  BY MS. ADENDORFF:
12     Q.  Has Safeway changed its understanding of the
13  cage space issue, that you know of?
14     A.  Not that I know of.
15     Q.  Is Safeway's corporate position that the
16  Certified program improves the animal welfare of
17  hens?
18          MR. MURRAY:  Object to the form of the
19  question.  And it's beyond his designation.
20          THE WITNESS:  Ask me the question again,
21  please.
22  BY MS. ADENDORFF:
23     Q.  Is Safeway's corporate position that the UEP
24  animal welfare -- sorry, UEP Certified program
25  improves the animal welfare of egg laying hens?
```

308

```
 1     A.  Yeah --
 2          MR. MURRAY:  Same objection.  It's beyond
 3  his designation.
 4          You can answer.
 5          THE WITNESS:  Yeah.  I -- I just -- yeah, I
 6  mean, I think -- and, again, this is the -- the
 7  whole egg piece is -- is one element of -- of our
 8  position sort of on -- on animal welfare issues.
 9  It's -- it's the -- it -- it would be the place
10  where I have sort of the -- the least expertise and
11  the least understanding and that -- that's -- that
12  puts me at a disadvantage obviously, and it -- but
13  it's -- so I'm not -- I'm not the best person to
14  ask.
15  BY MS. ADENDORFF:
16     Q.  As part of your involvement with Safeway's
17  animal welfare policies, do you know of any change
18  in Safeway's animal welfare policies since 2008 in
19  terms of no longer feeling that cage space is an
20  important issue for the welfare of hens?
21     A.  I'm not aware --
22          MR. MURRAY:  Objection to the form of that
23  question.  It's vague and ambiguous.  And beyond the
24  scope of this witness' designation.
25  ///
```

309

```
 1  BY MS. ADENDORFF:
 2     Q.  Can you repeat your answer?
 3     A.  I'm not aware of any change.
 4     Q.  Do you know of any situation in which
 5  Safeway has made requirements of the suppliers that
 6  it believes are illegal?
 7     A.  No.
 8     Q.  Have you ever been in a meeting with Safeway
 9  business people, not with any lawyers, where Safeway
10  has considered pulling out of the FMI animal welfare
11  program --
12     A.  No.
13     Q.  -- or revoking its endorsement?
14     A.  No.
15     Q.  Have you ever heard the term
16  "Capper-Volstead"?
17     A.  I've heard the term.
18     Q.  What do you --
19     A.  And I've read it, some -- I've read it in a
20  document.
21     Q.  Where, do you have any recollection of
22  where?
23     A.  I think it was in the complaint.  I -- I
24  seem to recall reading it in the complaint.
25     Q.  Have you ever heard of the term
```

HIGHLY CONFIDENTIAL

Brian Dowling                                                April 11, 2014

79 (Pages 310 to 313)

---

310

1    "Capper-Volstead" outside of this litigation?
2        **A. No.**
3        Q. Has anyone from the FMI or UEP ever
4    communicated to you that they were exempt from the
5    antitrust laws?
6        **A. No.**
7        MS. ADENDORFF: I think that's all the
8    questions that I have.
9        MR. FONTECILLA: Can we take a break?
10       MR. MURRAY: Yeah.
11       THE VIDEOGRAPHER: We're going off the
12   record. The time is 4:21 p.m.
13       (Off the record.)
14       THE VIDEOGRAPHER: This marks the end of
15   Disk No. 4 in the deposition of Brian Dowling.
16       (Off the record.)
17       THE VIDEOGRAPHER: We're back on the record.
18   The time is 4:31 p.m. This marks the beginning of
19   Disk No. 5 in the deposition of Brian Dowling.
20       (Exhibit 34 was marked for identification
21       and attached hereto.)
22   / / /
23   / / /
24   / / /
25   / / /

---

311

1            EXAMINATION (Resumed)
2    BY MR. FONTECILLA:
3        Q. And, Mr. Dowling, I'm going to hand you
4    what's been marked as Exhibit 34.
5        **A. Okay.**
6        Q. And this is a confidential document Bates
7    stamped FMI-000927.
8        Go ahead and take a minute to review that,
9    please.
10       **A. Okay.**
11       Q. And just to refresh your recollection,
12   Exhibit 16 is an FMI letter that you received in
13   November of 2001 that attached the consumer
14   brochure. And that was November 2001.
15       **A. Yep.**
16       Q. And then Exhibit -- and that was Exhibit 16.
17   Exhibit 19 is the email that you exchanged with FMI
18   and Lauren Marmer at Kroger.
19       **A. Lynn Marmer.**
20       Q. Lynn Marmer, excuse me.
21       **A. Right.**
22       Q. At Kroger, and that was February of 2002,
23   just to give you the context of the timeframe that
24   we were discussing earlier.
25       **A. Okay.**

---

312

1        Q. This is -- Exhibit 34 is a letter from UEP
2    to FMI on January 4 of 2002.
3        Do you see that?
4        **A. I do.**
5        Q. And have you seen this document before?
6        **A.**
7        Q. And were you aware that FMI, as part of its
8    development of an industrywide animal welfare
9    program, was engaged in discussions with producers
10   and associations representing producers of different
11   animal species in or around this time?
12       **A. I was generally aware that -- that FMI was**
13   **engaged in those discussions, yes.**
14       Q. And were you aware that FMI was engaged in
15   discussions with UEP in connection with its
16   development of an industrywide animal welfare
17   program as it related to egg production
18   specifically?
19       **A. I would have been generally aware of that,**
20   **but generally.**
21       Q. Did you ever receive any letters from UEP
22   whether directly to you or indirectly to FMI and
23   passed along to you through Safeway representatives
24   that participated in FMI committees or -- or board
25   meetings?

---

313

1        **A. I -- I may have.**
2        Q. And what is your understanding of what
3    discussions were being had between FMI and UEP
4    around the time that FMI was developing an
5    industrywide animal welfare program in early 2002?
6        **A. The only understanding I have is that**
7    **they -- they were, you know, you talked about**
8    **species, they were one of multiple sort of species**
9    **organizations -- associations representing various**
10   **species, including AMI or American Meat Institute**
11   **and others --**
12       Q. But I'm asking specifically what your
13   understanding was about discussions being had at
14   that time between FMI and UEP.
15       **A. Yeah, I -- I broadly recall or generally**
16   **recall that there were discussions between FMI and**
17   **UEP, that's as much as I would know.**
18       Q. Was Safeway aware that UEP was engaged in
19   discussions with FMI regarding changes to the UEP
20   guidelines that existed at that time to accommodate
21   FMI requests?
22       **A. Not that I'm aware of. There may have**
23   **been -- again, referring to some of the other folks**
24   **on the -- the QA side of our business, there may**
25   **have been discussions going on, interactions with**

---

HIGHLY CONFIDENTIAL

Brian Dowling                                                    April 11, 2014

80 (Pages 314 to 317)

---

314

1    FMI on that, that I wasn't aware of.
2        Q.   And are you aware of any interactions
3    between FMI and UEP regarding information about the
4    cost of implementation of animal welfare standards
5    to egg suppliers around this time period?
6            MR. MURRAY:  Objection.
7            THE WITNESS:  I'm sorry.
8            MR. MURRAY:  Okay.  You can answer.
9            THE WITNESS:  No, not to my knowledge.
10           (Exhibit 35 was marked for identification
11           and attached hereto.)
12   BY MR. FONTECILLA:
13       Q.   I'm handing you what's been marked as
14   Exhibit 35.  Go ahead and review that document,
15   Mr. Dowling.  And for the record, this is a
16   confidential document, it's stamped FMI-000899.
17       A.   Okay.  Okay.
18       Q.   And do you recognize this document?
19       A.   No.
20       Q.   This is a January 21st, 2002 letter from UEP
21   to Miss Karen Brown at the Food Marketing Institute.
22           Do you see that?
23       A.   I see that, yes.
24       Q.   And in her first sentence, she thanks -- or
25   I'm sorry, the author of the document at UEP thanks

---

315

1    Miss Brown for inviting him to the FMI midyear
2    executive conference and also to extend thanks to a
3    Tim.
4            Do you see that?
5        A.   Yes, I do.
6        Q.   Do you have an understanding of who Tim at
7    FMI is?
8        A.   Tim Hammonds.  He's the CEO at FMI.
9        Q.   And have you ever discussed, had any
10   discussions with Tim Hammonds?
11       A.   I have not.  Oh, oh, I've talked to
12   Tim Hammonds, I know -- I -- but not about this, not
13   about animal welfare.
14       Q.   Okay.  And do you have any understanding of
15   what the FMI midyear executive conference is?
16       A.   Yes, I do.
17       Q.   And what is the FMI midyear executive
18   conference?
19       A.   It's a, sort of a leadership conference.  My
20   recollection is it's a -- I've not attended ever,
21   but it's a -- they used to -- they now call it, I
22   believe, the midwinter conference.
23       Q.   And does Safeway attend the FMI -- or since
24   1999, has Safeway attended FMI midyear executive
25   conferences or FMI midwinter executive conferences?

---

316

1        A.   Yes.
2        Q.   And which ones has Safeway attended?
3        A.   Well, I -- between -- and -- and during that
4    time, I -- I think, you know, I -- we would -- we
5    would have attended all of those meetings, I
6    believe.  I -- I don't know for sure.  I -- there
7    may have been times where, you know, we may have
8    missed a meeting, I -- but it's -- it's an industry
9    gathering that, you know, that just everybody would
10   typically attend.  I say everybody, meaning you
11   would have a representative from the company at
12   this, this meeting.
13       Q.   And by everyone attend, you mean -- you --
14   I'm sorry.  FMI members?
15       A.   FMI members, that's right.  Yes.  Sorry.
16   But -- but --
17       Q.   So most FMI members --
18           MR. MURRAY:  Wait.  Wait.  You cut him off.
19   He was still talking.
20           THE WITNESS:  No, I -- there would be
21   typically a Safeway representative at some level at
22   this meeting.
23   BY MR. FONTECILLA:
24       Q.   And how often are these meetings held?
25       A.   I believe once a year.

---

317

1        Q.   And did you testify that you had never
2    attended one of these?
3        A.   I had not attended one of these meetings.
4        Q.   Have you ever received a report orally or
5    written from one of your colleagues at Safeway who
6    attended this meeting?
7        A.   No.  That's -- I mean, not the way it
8    typically works.  I mean, I -- no one would
9    typically come back and say, "Hey, by the way,
10   Brian, here's kind of" -- here's what -- or I would
11   not be on the receiving end of a report.  It
12   would -- no is the answer, the short answer.
13       Q.   Is Safeway aware of any discussions at FMI
14   midyear executive conferences about the adoption of
15   UEP guidelines as part of the FMI industrywide
16   animal welfare program?
17       A.   I had -- I have never had any feedback from
18   anybody who attended a meeting at FMI, an executive
19   conference, where there was specific feedback about
20   a UEP matter.
21       Q.   In the last paragraph --
22       A.   That I can -- that I can recall.
23       Q.   And in the last paragraph of this first
24   page, it says, in the UEP letter to FMI, "Full
25   implementation and compliance to UEP's phase-in

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

81 (Pages 318 to 321)

318

1 program will hinge on whether your members request
2 compliance including an annual certification."
3      Do you see that?
4      A.  I do.
5      Q.  Did FMI ever tell Safeway that UEP had
6 conveyed to FMI that the phase-in program for the
7 animal welfare program that FMI was considering
8 would hinge on whether FMI's members would request
9 compliance, including an annual certification of
10 each member's egg suppliers?
11      **A.  Not to my knowledge.**
12      Q.  Did Safeway ever discuss any requests from
13 UEP to convey to its egg suppliers any message
14 regarding adoption of the UEP guidelines?
15      **A.  Not -- not to my knowledge.  There -- there**
16 **may have been discussions with some of our other**
17 **team, I don't know, but not to my knowledge.**
18      Q.  And going back to Exhibit 34, which was the
19 other UEP letter, do you see at the top in a box a
20 message that says, "It is critically important that
21 FMI endorse UEP's animal welfare guidelines in order
22 to meet the proposed schedule of implementation.
23 Time is of the essence."
24      Do you see that?
25      **A.  I do.**

319

1      Q.  Was a similar message regarding the proposed
2 schedule of implementation delivered to Safeway by
3 anyone at FMI?
4      **A.  Not to my knowledge.  Not to me, not to --**
5 **not that I'm aware of.**
6      (Exhibit 36 was marked for identification
7      and attached hereto.)
8 BY MR. FONTECILLA:
9      Q.  I'm handing you what's been marked as
10 Exhibit 36.  Go ahead and take a minute to review
11 that, please.
12      **A.  Okay.**
13      Q.  Have you ever seen this document before?
14      **A.  Not -- I sound like a broken record, but not**
15 **to my recollection.  I don't recall seeing this.  I**
16 **may have in some form, you know, but...**
17      Q.  And why do you think you may have seen this
18 document?
19      **A.  I don't know.  It just -- there's -- there's**
20 **some -- I -- as opposed to some of this other, I've**
21 **never seen this (indicating).  I've never seen**
22 **either one of these two documents (indicating), but**
23 **there seems to be some piece of this that is**
24 **striking me as -- as something that I might have**
25 **seen, that's all.  Maybe it's the Terrie Dort being**

320

1      **part of this.  I don't know.  That's all I can -- I**
2 **can recollect.**
3      Q.  And do you see on the -- on the second page
4 of this letter a paragraph starting with, "We
5 believe"?
6      **A.  Yes.**
7      Q.  It says, "We believe it is in the best
8 interest of UEP Members and FMI members to work
9 together in the implementation of these guidelines."
10      **A.  Yes.**
11      Q.  Do you see that?
12      **A.  I do.**
13      Q.  And it's referring to the UEP guidelines as
14 discussed in the previous paragraphs; right?
15      **A.  Yes.**
16      Q.  And was it Safeway's position around this
17 time of February of 2002, that it was in the best
18 interest of UEP members and FMI members to work
19 together in implementing the UEP guidelines?
20      MR. MURRAY:  Object to the form of the
21 question.  Beyond this witness' designation.
22      THE WITNESS:  It -- it is beyond.  I --
23 that's not -- I -- I wouldn't know.  I just would
24 not know specifically.
25 / / /

321

1 BY MR. FONTECILLA:
2      Q.  Do you ever recall any discussions or any
3 comments by anyone at FMI or Safeway regarding
4 whether it was in the best interest of UEP members
5 and FMI members to work together to implement the
6 UEP guidelines?
7      **A.  I don't recall.**
8      Q.  And did FMI -- did Safeway ever convey to
9 FMI that it was interested in working with UEP
10 members to implement the UEP guidelines?
11      **A.  I -- I've never communicated that.  I'm not**
12 **aware of anybody else.**
13      Q.  Do you have an understanding of what the
14 term "litter disruption" in that paragraph refers
15 to?
16      **A.  I do not know what that means.**
17      Q.  And in the first page of this letter from
18 UEP, it's sent to Miss Brown at FMI; correct?
19      **A.  Yes.**
20      Q.  And it says it's also sent to Miss Terrie
21 Dort at NCCR; correct?
22      **A.  Yes.**
23      Q.  And it's discussing progress with the
24 components of UEP's animal husbandry guidelines in
25 preparation for meeting the needs of your members.

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

82 (Pages 322 to 325)

---

322

1       Do you see that?
2    **A. I do.**
3    Q. Did Safeway ever convey to FMI any needs
4  regarding the UEP animal husbandry guidelines?
5    **A. I did not, I -- and I don't know whether or**
6  **not anybody else from Safeway did. That may have**
7  **happened, but I don't -- I have not.**
8    Q. And in the first checkmark there, under
9  "meeting the needs of your members," it says, "In
10  regard to space allowance, you recommend that all
11  reference to mortality be taken out."
12       Do you see that?
13    **A. I do.**
14    Q. Are you aware of any recommendations made by
15  FMI to UEP to change aspects of the UEP animal
16  husbandry guidelines as they existed in or around
17  February of 2002?
18    **A. I'm -- I'm not aware.**
19    Q. And later in that same checkmark, it -- it
20  says, "We have done so with the endorsement with our
21  Board Of directors," referring to adopting a
22  recommended change in space allowance mortality
23  references; right?
24       MR. MURRAY: Object to the form of the
25  question. It's vague, and...

---

323

1  BY MR. FONTECILLA:
2    Q. Well, do you understand that in the first
3  checkmark the letter is referencing a recommendation
4  made by Miss Brown or Miss Dort to remove a
5  reference to mortality under space allowance
6  sections of the UEP animal husbandry guidelines?
7    **A. I see that.**
8    Q. And then the second sentence, you see where
9  it says UEP says that it has complied with that
10  recommendation with the endorsement of its board of
11  directors.
12       Do you see that?
13    **A. I see that.**
14    Q. Do you have an understanding of whether UEP,
15  at any time around February of 2002, made changes to
16  its animal husbandry guidelines based on
17  recommendations of Miss Brown or Miss Dort?
18    **A. I don't have any understanding of that or**
19  **awareness of that.**
20    Q. And then in the second checkmark, it
21  references another recommendation made to UEP to
22  change its animal husbandry guidelines by Miss Brown
23  or Miss Dort; correct?
24    **A. Yes. Correct.**
25    Q. And it also states that UEP completed that

---

324

1  recommended change; correct?
2    **A. Correct.**
3    Q. And that change regarded a scheduled
4  phase-in plan; right?
5    **A. Correct.**
6    Q. And then the third checkmark, it references
7  a third recommendation made by Miss Brown or
8  Miss Dort to UEP to change its UEP animal husbandry
9  guidelines; correct?
10    **A. That's correct.**
11    Q. And in that instance, however, UEP indicates
12  that it's still working on that particular -- on
13  implementing that particular recommendation
14  regarding auditing; right?
15    **A. That's correct.**
16    Q. And in the last one, it references another
17  change regarding a retail version of UEP's
18  guidelines recommended by Miss Brown or Miss Dort;
19  correct?
20    **A. Correct.**
21    Q. Was Safeway aware that Miss Brown was
22  recommending to UEP to make any of these changes to
23  UEP's animal husbandry guidelines in or around
24  February of 2002?
25    **A. Again, for -- not to my knowledge. There**

---

325

1  **may have been, again, through other -- some other**
2  **side of the company on the QA side, but not to my**
3  **knowledge.**
4    Q. If you could refer, please, back to
5  Exhibit 28. And these are the -- this is the "June
6  2002 Report FMI-NCCR Animal Welfare Program."
7       Do you see that?
8    **A. Uh-huh. Yes.**
9    Q. And if you flip to the third page, there's
10  a document that starts titled "The Guidelines";
11  correct?
12    **A. Yes.**
13    Q. And it goes on for a few pages; correct?
14    **A. Yes.**
15    Q. Do you understand this to be the FMI
16  guidelines adopted by FMI related to animal welfare
17  in or around 2002?
18    **A. I -- I do generally understand that, yes.**
19    Q. And these were the guidelines that Safeway
20  referenced in its agreement with PETA on May 13th,
21  2002, that it promised to adopt in -- in
22  consideration for PETA removing its Shameway
23  campaign; right?
24       MR. MURRAY: Object to the form of the
25  question.

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

83 (Pages 326 to 329)

---

326

1      THE WITNESS:  These are -- these are -- yes,
2    these are the guidelines as -- as I recall.
3    BY MR. FONTECILLA:
4      Q.  And you had testified earlier that Safeway
5    had seen those guidelines before agreeing with PETA
6    to adopt them on May 13th, 2002; correct?
7      A.  That is correct.
8      Q.  And if you look at the third page of this
9    document, please, at the bottom, there is a section
10   titled "Laying Hens."
11       Do you see that?
12     A.  I do.
13     Q.  And can you read the recommendation of the
14   first sentence, please?
15       DEPOSITION REPORTER:  I'm sorry?
16       MR. FONTECILLA:  "Laying Hens."
17       THE WITNESS:  "FMI and NCCR recommend to
18   their members the 2002 guidelines of the United Egg
19   Producers (UEP) for use with their suppliers of eggs
20   and egg products."
21   BY MR. FONTECILLA:
22     Q.  When first reviewing the guidelines, did
23   Safeway reference or review the UEP guidelines as
24   they existed at that time?
25     A.  My --

---

327

1      MR. MURRAY:  Object to the form of the
2    question.
3      THE WITNESS:  Again, it's -- our QA people,
4    I believe, were -- were better connected then -- to
5    this piece of it than -- than I was, but I believe
6    they were communicating with FMI through their
7    capacity, that's my understanding.
8    BY MR. FONTECILLA:
9      Q.  And in the second paragraph, the second
10   sentence says, "During the past 12 months," meaning
11   June 2001 to June 2002; right?
12     A.  Uh-huh.
13     Q.  It says, "UEP has made significant progress
14   on a number of their most challenging issues,
15   including beak trimming, induced molting, space
16   allocation, handling, transportation, handling and
17   processing of spent hens, and euthanasia."
18       Do you see that?
19     A.  I do.
20     Q.  And do you understand that to mean that UEP
21   has been working with FMI to alter the UEP
22   guidelines as reflected in the previous exhibit?
23       MR. MURRAY:  Object to the form of the
24   question.  Calls for speculation.
25       THE WITNESS:  Yeah.  I -- it's -- again, I

---

328

1    don't -- I don't know.  I mean, I -- I would be
2    speculating that if I were to try to answer it.
3    BY MR. FONTECILLA:
4      Q.  So the previous series of exhibits 34, 35,
5    and 36 were UEP letters to FMI; correct?
6      A.  Yes.
7      Q.  And we saw that in those letters, FMI was
8    working with UEP since January of 2002 through
9    February of 2002 regarding the UEP guidelines;
10   correct?
11     A.  Correct.
12     Q.  And then here, in Exhibit 28, in the FMI
13   guidelines that were published in June 2002, it
14   states that "UEP has made significant progress on a
15   number of their most challenging issues."
16       Do you see that?
17     A.  I --
18     Q.  On the laying hens section of page 3 of
19   Exhibit 28.
20     A.  Yes.
21     Q.  And these guidelines as -- as you read,
22   recommend that FMI members adopt the 2002 UEP
23   guidelines; correct?
24     A.  Correct.
25     Q.  And did Safeway agree to adopt those

---

329

1    guidelines?
2      A.  I believe we did.
3      Q.  And do you remember the first time that
4    Safeway agreed to adopt those guidelines?
5      A.  I believe it was in May of 2002.
6      Q.  And that was in response to the pressure
7    that Safeway was receiving from PETA as we discussed
8    earlier; right?
9        MR. MURRAY:  Object to the form of the
10   question.
11       THE WITNESS:  There was a connection
12   obviously to -- to our interaction with PETA.
13   BY MR. FONTECILLA:
14     Q.  And you also testified that Safeway reviewed
15   on its own independently the UEP guidelines as they
16   existed prior to adopting the FMI guidelines; right?
17     A.  Members of our team would likely have done
18   that, yes.
19     Q.  And we saw earlier that in -- in one of the
20   first exhibits we talked about how since 2001,
21   Safeway has actually been engaged with a Dr. Grandin
22   regarding animal welfare issues; correct?
23     A.  That's -- that's right.
24     Q.  And prior to adopting the guidelines, did
25   Safeway -- prior to adopting the FMI guidelines in

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

84 (Pages 330 to 333)

---

330

1  May of 2002, did Safeway consult with Dr. Grandin
2  about the UEP guidelines?
3      **A.  I -- my conversations with Temple Grandin,**
4  **again, a long time ago, were broader than that and**
5  **were -- were -- and so I couldn't tell you**
6  **specifically whether or not I specifically talked to**
7  **Temple Grandin about UEP guidelines, but it may have**
8  **come up during the conversations.  But if you've**
9  **ever talked to Temple Grandin, a lot of stuff comes**
10 **up in conversation with Temple Grandin.  She's a**
11 **fascinating woman, but it's -- there's a free flow**
12 **to that discussion, and so...**
13     Q.  But do you recall specifically consulting
14 with Dr. Grandin regarding the UEP guidelines prior
15 to adopting -- prior to adopting the FMI guidelines,
16 excuse me, in May of 2002?
17     MR. MURRAY:  Objection.  Asked and answered.
18     THE WITNESS:  Yeah, I -- yeah, I -- I may
19 have talked to her, but I don't recall specifically
20 talking to her about the UEP guidelines directly.
21 BY MR. FONTECILLA:
22     Q.  And on the last page of the FMI-NCCR June
23 2002 report, there is a page listing FMI-NCCR expert
24 advisors.
25     Do you see that?

---

331

1      **A.  I do.**
2      Q.  And it lists Adele Douglass, David Fraser,
3  Gail Golab, Temple Grandin, Joy Mench, Joe
4  Mac Regenstein, Janice Swanson.
5      Do you see that?
6      **A.  Yes.**
7      Q.  And some of these advisors to FMI-NCCR were
8  the same advisors that Safeway was consulting with
9  in connection with animal welfare issues; right?
10     MR. MURRAY:  Objection.  Vague as to time.
11     THE WITNESS:  Eventually we -- we brought in
12 Joy Mench and Janice Swanson, but...
13 BY MR. FONTECILLA:
14     Q.  At the time that this report was issued in
15 June of 2002, which one of these advisors had
16 Safeway consulted with?
17     **A.  Temple Grandin in 2002, I -- as I recall.**
18     Q.  And was Safeway aware at this time that some
19 of these advisors had also advised UEP in developing
20 the UEP guidelines?
21     **A.  I can't recall specifically, not -- I -- I**
22 **just don't remember.  There may -- again, may have**
23 **been members on the QA side that were -- were more**
24 **tuned into it than I was.**
25     MR. MURRAY:  Do we still have anyone on the

---

332

1  phone?  Did they --
2      MR. FONTECILLA:  Why don't we go off the
3  record.
4      MR. MURRAY:  Well, I don't know.  We don't
5  have to go off the record, I was just -- is anyone
6  still on the phone?
7      MR. FONTECILLA:  It's off.
8      THE VIDEOGRAPHER:  We're going off the
9  record.  The time is 4:59 p.m.
10     (Off the record.)
11     THE VIDEOGRAPHER:  We're back on the record.
12 The time is 5:00 p.m.
13     (Exhibit 37 was marked for identification
14     and attached hereto.)
15 BY MR. FONTECILLA:
16     Q.  Mr. Dowling, you have in front of you what's
17 been marked as Exhibit 37.  This is a lengthy
18 document, but looking -- just kind of glimpsing
19 through it and looking at the cover, do you
20 recognize it?
21     **A.  I believe I've seen this before, yes.**
22     Q.  And these are the UEP animal husbandry
23 guidelines we've been referring to as the UEP
24 guidelines in 2002; correct?
25     **A.  Correct.**

---

333

1      Q.  And you testified that you had seen these
2  first in or around 2002 in connection with the FMI
3  development of its industrywide animal welfare
4  program; correct?
5      **A.  Correct.**
6      Q.  And if you'll please go to the third page of
7  this document, you will see a section titled
8  "Independent Scientific Advisory Committee."
9      Do you see that?
10     **A.  I do.**
11     Q.  Was Safeway aware when it adopted the FMI
12 guidelines in May of 2002, who the members of UEP's
13 Independent Scientific Advisory Committee were?
14     **A.  I was not.**
15     Q.  Was anyone else at Safeway aware?
16     **A.  I -- I don't know.**
17     MR. MURRAY:  Objection.  Beyond the scope.
18     You can answer.
19     THE WITNESS:  I don't know.
20 BY MR. FONTECILLA:
21     Q.  Did FMI ever communicate to Safeway that
22 some of the members of the UEP Independent
23 Scientific Advisory Committee were also the same
24 members that it was consulting with in connection
25 with the development of the FMI-NCCR guidelines?

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Brian Dowling                                         April 11, 2014

85 (Pages 334 to 337)

334

1    A.  It's -- did FMI ever communicate that to --
2    Q.  Safeway, yes.
3    A.  Not that I -- not to my knowledge.
4    Q.  And if you look at the next page, there is a
5  section titled "Recommendations and Guidelines."
6       Do you see that?
7    A.  I do.
8    Q.  Are you familiar with the recommendations
9  and guidelines as they apply to housing and space
10 allowance?
11   A.  Generally, yes.
12   Q.  And what is your understanding of the UEP
13 guidelines and recommendations related to housing
14 and space allowance?
15   A.  Well, it's -- it's limited.  Yeah, I -- it
16 would be a very broad understanding of -- of sort of
17 the housing issue and the space allowance issue, but
18 I -- but just that it's -- that it's an issue and
19 that there were recommendations, but beyond that
20 specifically, I don't have a lot of in-depth
21 knowledge.
22   Q.  And who else at Safeway in or around the
23 time that Safeway adopted the FMI guidelines in May
24 of 2002, reviewed or had some knowledge, to the best
25 of your understanding, about the recommendations and

335

1  guidelines as to housing and space allowance?
2       MR. MURRAY:  Objection to the form of the
3  question.
4       THE WITNESS:  Again, I -- it's not my area
5  of expertise.  There may have been people on the QA
6  side, again, who -- who would have had much greater
7  knowledge here.
8  BY MR. FONTECILLA:
9    Q.  And what review process did Safeway
10 undertake to evaluate the recommend -- the UEP
11 recommendations and guidelines of housing and space
12 allowance prior to adopting the FMI guidelines in
13 May of 2002?
14   A.  You know -- you know, I -- I couldn't tell
15 you for sure.
16   Q.  Are you aware of any --
17   A.  It's been a long time.
18   Q.  Are you aware of any studies or research or
19 evaluation of the UEP housing and space allowance
20 recommendations and guidelines by Safeway prior to
21 the adoption of the FMI guidelines in May of 2002?
22   A.  I am not.
23   Q.  And if I look at the last page of -- sorry,
24 page 13 of Exhibit 37, do you see a section
25 titled "Compliance"?

336

1    A.  I do.
2    Q.  At the time that you reviewed these
3  documents for the first time through Safeway's
4  adoption of the FMI guidelines in May of 2002, what
5  was Safeway's understanding of the compliance
6  aspects -- excuse me -- of the UEP guidelines?
7       MR. MURRAY:  Objection.  It's beyond the
8  scope of this witness' designation.  He can answer
9  if he knows.
10      THE WITNESS:  I don't know.
11 BY MR. FONTECILLA:
12   Q.  Did Safeway ever discuss with FMI or any
13 other third parties the compliance aspect of the UEP
14 guidelines in or around 2002?
15   A.  I -- I did not.  There may have been others
16 at Safeway that did, but I did not.
17   Q.  Who at Safeway at that time would have had
18 the responsibility of discussing with third parties
19 the compliance aspects of the UEP guidelines in
20 2002?
21   A.  Probably it would have been our QA people.
22   Q.  And was Safeway aware prior to adopting the
23 FMI guidelines in May of 2002 that the compliance,
24 the UEP compliance guidelines included a
25 certification aspect?

337

1       MR. MURRAY:  Beyond -- objection.  Beyond
2  the designation of this witness.  He can answer if
3  he knows.
4       THE WITNESS:  I -- I don't know.
5  BY MR. FONTECILLA:
6    Q.  Do you see on the last page of this
7  document, page 14, there is a section titled
8  "Acknowledgements."
9       Do you see that?
10   A.  I do.
11   Q.  And the last one there states that the
12 United Egg Producers wishes to thank FMI and NCCR
13 for reviewing these guidelines.
14      Do you see that?
15   A.  I do.
16   Q.  And that's because FMI and NCCR reviewed the
17 UEP guidelines prior to their release; is that
18 right?
19   A.  I think that's -- that looks like it was
20 what happened, yes.
21   Q.  And did Safeway also review the UEP
22 guidelines prior to their release?
23   A.  I don't know.  There may have been.  I --
24 but it's, again, beyond my scope.
25   Q.  And when you say beyond your scope, what do

HIGHLY CONFIDENTIAL

Brian Dowling                                        April 11, 2014

86 (Pages 338 to 341)

338

1    you mean?
2        A.  Well, I mean, I -- again, just -- this --
3    this sort of level of detail was a, you know, was --
4    I was not getting into this level of detail as it
5    relates to UEP guidelines and -- and eggs.
6        Q.  And when you say not getting into this level
7    of detail, are you referring to your preparation for
8    the deposition --
9        A.  No.
10       Q.  -- or at the time?
11       A.  I think at the time.
12           (Exhibit 38 was marked for identification
13           and attached hereto.)
14   BY MR. FONTECILLA:
15       Q.  I'm handing you what's been marked as
16   Exhibit 38.  Go ahead and take a minute to review
17   that document, please.
18       A.  Okay.
19       Q.  Do you recall -- this is a letter on July
20   5th, 2002 from PETA to you; correct?
21       A.  Yes.
22       Q.  And do you recall receiving this letter?
23       A.  Vaguely, yes.  Yes.
24       Q.  And this is -- in the first paragraph, the
25   you'll see a reference to the release of the FMI and

339

1    NCCR farmed animal welfare standards last week.
2            Do you see that?
3        A.  I do.
4        Q.  So the FMI-NCCR guidelines that were
5    included in Exhibit 28 had just been released the
6    week prior to your receiving this letter from PETA;
7    correct?
8        A.  Yes.
9        Q.  And PETA is writing to you to get
10   clarification about Safeway's plan to adopt FMA --
11   FMI guidelines now that the FMI guidelines had been
12   made public; right?
13       A.  Correct.
14       Q.  And it -- in the last sentence of that first
15   paragraph it says that PETA is concerned about some
16   of the guidelines; right?
17       A.  Yes.
18       Q.  And that's because they're seeing it for the
19   first time and are raising concerns with you within
20   a week of seeing them; right?
21           MR. MURRAY:  Object to the form of the
22   question.  Calls for speculation.
23           THE WITNESS:  Yeah, I'm -- I --
24   BY MR. FONTECILLA:
25       Q.  Was that your understanding?

340

1        A.  Yeah.  Generally my understanding, yes.
2        Q.  And then the third bullet point has a
3    section titled "Hen Space."
4            Do you see that?
5        A.  Say that again, which?
6        Q.  That third bullet point --
7        A.  The third bullet.  Sorry.  Okay.  Yes, "Hen
8    Space."
9        Q.  And do you recall what the concern was that
10   PETA was raising with -- with regards to hen space
11   on July 5th, 2002?
12       A.  I don't recall.
13       Q.  Did you have any conversations with PETA
14   around July of 2002 regarding concerns about hen
15   space?
16       A.  You know, the conversations that I -- I had
17   with -- with Steve Gross around, you know, were --
18   were these, you know, it was, as I remember, good.
19   However, we've got this long laundry list of
20   concerns, these being the concerns, and that was --
21   that was sort of always the case with Steve Gross,
22   you know.  Nothing was ever sort of good enough.
23           And, you know, so I do remember
24   interactions with PETA and with Steve on these, on
25   these issues, but how we resolved them and how we

341

1    moved, you know -- is -- again, I would have to...
2        Q.  And in the last sentence there it says that
3    PETA seeks "confirmation that Safeway will have all
4    egg suppliers at this standard within 18 months."
5            Do you see that?
6        A.  I do.
7        Q.  Do you recall discussions with PETA around
8    July of 2002 regarding whether Safeway's egg
9    suppliers would be complying with the UEP guidelines
10   within 18 months of the release of the FMI
11   guidelines?
12       A.  You know, I really -- I don't.
13       Q.  Do you recall any discussions with PETA
14   around this timeframe regarding a timeline for the
15   implementation of the UEP guidelines by Safeway's
16   egg suppliers?
17       A.  Not -- not specifically.  I -- I'm not
18   remembering.  There were lots of conversations over
19   time, but I -- I don't, around this time, remember
20   that specifically.
21       Q.  Do you remember generally whether PETA was
22   pressuring Safeway to shorten the timeline by which
23   its egg suppliers would comply with the UEP
24   guidelines?
25       A.  Yeah.  I mean -- well, PETA always wanted

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

87 (Pages 342 to 345)

---

342

1 something faster, better, and that was their MO, you
2 know.
3     Q.   And -- sorry.
4     A.   I'm sorry.  So I -- I wouldn't be surprised
5 if they were pushing us and they probably were, but
6 I -- I -- again, this is going back 12 years ago.
7     Q.   And as a result of this letter, did you
8 discuss with anyone at Safeway PETA's concerns
9 regarding hen space?
10     A.   I probably did.  I can't remember exactly
11 who I would have talked to however.
12     Q.   Did Safeway in response to PETA's concern as
13 expressed in this July 2002 letter, take any effort
14 to increase its efforts to encourage egg suppliers
15 to adopt the UEP guidelines?
16     A.   I -- I can't recall specifically.
17         (Exhibit 39 was marked for identification
18         and attached hereto.)
19 BY MR. FONTECILLA:
20     Q.   I'm handing you what's been marked as
21 Exhibit 39.
22     A.   There it is.
23     Q.   And do you recognize this document?
24     A.   I do.
25     Q.   And how do you recognize this document?

---

343

1     A.   It's a letter from me.
2     Q.   And do you recall writing this letter?
3     A.   Yeah.  If it's -- if I wrote it, I wrote it.
4 It's my signature, but, yes, I -- I -- but let me
5 read it.  If you don't mind, if I could read it
6 again.
7     Q.   Sure.  Please take your time.
8     A.   Okay.  Yes.
9     Q.   You were responding to PETA's July 5th
10 letter --
11     A.   Right.
12     Q.   -- in this letter; correct?
13     A.   Yes.
14     Q.   And part of that response has to do with the
15 timetable by which PETA was seeking Safeway to
16 ensure its egg suppliers adopt FMI's guidelines;
17 correct?
18     A.   Yes.
19     Q.   And in the first paragraph, in the second
20 sentence, can you read the sentence starting with
21 "FMI"?
22     A.   FMI made it clear in their introductory
23 statement that their work is not complete -- that
24 the issue is complicated and some of the
25 recommendations have economic implications and

---

344

1 require a timetable."
2     Q.   And what was the basis for your statement to
3 PETA in that sentence regarding the recommendations
4 having economic implications?
5     A.   It must have been a conversation I had
6 with -- with Karen Brown.  I -- it's likely the
7 origin of that.
8     Q.   And did that conversation with Karen Brown
9 involve any information from FMI about the economic
10 implications of egg suppliers adopting the UEP
11 guidelines?
12     A.   It might have.  I mean, but it was a
13 conversation that would have happened 12 years ago
14 so I -- I can't recall specifically.
15     Q.   What about generally?
16     A.   Yes, generally, there -- that we could -- we
17 would -- I think that's where, you know, I -- where
18 this came from.
19     Q.   So the reference to economic implications in
20 this sentence of a letter drafted by you refers to a
21 conversation with FMI in which FMI informed you
22 about economic implications that egg suppliers may
23 have had in adopting the UEP guidelines; correct?
24         MR. MURRAY:  Object to the form of the
25 question.  It mischaracterizes his testimony.

---

345

1         THE WITNESS:  Could you ask the question
2 again?
3 BY MR. FONTECILLA:
4     Q.   Sure.  The reference to economic
5 implications in this sentence of the letter you
6 drafted on July 12th, 2002, refers to the
7 conversation that you had with FMI in which FMI
8 informed you of potential economic implications by
9 egg suppliers of adopting the UEP guidelines; right?
10     A.   That --
11         MR. MURRAY:  Objection to the form of the
12 question.  It mischaracterizes his testimony and
13 this document.
14         THE WITNESS:  Right.  My -- my recollection
15 is that my reference here was -- was the result of a
16 conversation with FMI on this matter, that's --
17 that's the best of my recollection.
18 BY MR. FONTECILLA:
19     Q.   And FMI informed you that egg suppliers may
20 undertake economic implications in adopting the UEP
21 guidelines; right?
22         MR. MURRAY:  Object to the form of the
23 question.  It mischaracterizes what he's testified
24 to, and this document.
25 / / /

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

88 (Pages 346 to 349)

---

346

1  BY MR. FONTECILLA:
2      Q.  Does reviewing this letter that you drafted
3  in 2002 --
4      A.  Uh-huh.
5      Q.  -- refresh your recollection as to whether
6  anyone at FMI ever informed you about economic
7  implications that may be imposed on egg suppliers in
8  connection with the adoption of the UEP guidelines?
9      A.  It -- it -- it generally refreshes my
10 memory.
11     Q.  And does it refresh your recollection that,
12 in fact, you received information from FMI at some
13 point regarding economic implications to egg
14 suppliers in adopting the UEP guidelines?
15         MR. MURRAY:  Objection.  Asked and answered.
16         THE WITNESS:  I think I've answered the
17 question, haven't I?  Or --
18 BY MR. FONTECILLA:
19     Q.  No.  The question is:  Did you receive
20 information from FMI at any time that egg suppliers
21 may face economic implications in connection with
22 adopting the UEP guidelines?
23         MR. MURRAY:  Objection.  Asked and answered.
24         THE WITNESS:  I -- I -- I would have had a
25 conversation perhaps with FMI on this.

---

347

1  BY MR. FONTECILLA:
2      Q.  You don't need to answer "yes" or "no," but
3  it's a simple or yes-or-no question.  Did you
4  receive from FMI at any time that egg suppliers
5  might face economic implications in connection with
6  adopting the UEP guidelines?
7          MR. MURRAY:  Objection.  Asked and answered.
8  BY MR. FONTECILLA:
9      Q.  You're under oath and you're being
10 videotaped.
11         MR. MURRAY:  That is totally uncalled for,
12 Counsel.  Those kind of comments are inappropriate.
13 You can ask questions, but you're not going to make
14 comments like that to my client.
15         THE WITNESS:  Well, again, I've -- I've
16 tried to answer the question that, you know, that
17 that sentence likely relates to a conversation I had
18 with FMI that they would have provided me with some
19 indication that there were economic implications
20 involved here.  That -- that is the best I can -- I
21 can do.
22 BY MR. FONTECILLA:
23     Q.  Is your testimony today that you never
24 received any information from FMI regarding economic
25 implications to egg suppliers in connection with

---

348

1  adopting the UEP guidelines?
2      A.  Economic --
3          MR. MURRAY:  Objection.  Asked and answered.
4          THE WITNESS:  Economic information, in -- in
5  what form?
6  BY MR. FONTECILLA:
7      Q.  Any form regarding the cost --
8      A.  Well, would I --
9      Q.  -- or economic implications to egg suppliers
10 in connection with adopting the UEP guidelines.
11         MR. MURRAY:  Objection.  Asked and answered.
12 Five times.
13         MR. FONTECILLA:  He has not answered the
14 question.
15         MR. MURRAY:  Well, I believe he has and the
16 record will reflect that.
17         THE WITNESS:  What -- what -- what -- you
18 want a yes-or-no answer.  I mean, I've answered --
19 BY MR. FONTECILLA:
20     Q.  Did you receive any information from FMI
21 about the costs or economics to egg suppliers of
22 adopting the UEP guidelines?
23     A.  You know, I don't recall receiving specific
24 information about economic implications from FMI.
25     Q.  What about general implications, whether

---

349

1  there would be economic implications, whether costs
2  would go up, whether costs would go down?
3          MR. MURRAY:  Same objection.  Asked and
4  answered.
5          THE WITNESS:  Yeah.  The -- the only thing
6  that I'm -- I would recall here is that I -- I may
7  have had a conversation with -- with Karen Brown
8  where there would have been economic implications
9  referenced that would have led me to sort of write
10 this.  That -- that's --
11 BY MR. FONTECILLA:
12     Q.  And did some of the economic implications
13 referenced by Miss Brown have to do with economic
14 implications to egg suppliers in connection with
15 adopting the UEP guidelines?
16     A.  It -- it may have.
17     Q.  It did or it didn't?
18         MR. MURRAY:  Objection.  Asked and answered.
19         THE WITNESS:  Doesn't -- I mean, doesn't the
20 letter answer it?  I --
21 BY MR. FONTECILLA:
22     Q.  It doesn't.
23     A.  It doesn't?
24     Q.  I'm asking you in your -- with the letter
25 refreshing your recollection about the conversation

---

HIGHLY CONFIDENTIAL

Brian Dowling                                               April 11, 2014

89 (Pages 350 to 353)

---

350

1  you're testifying about that's not referenced in
2  this letter, in that conversation or any other
3  conversation with FMI, did FMI ever convey any
4  general or specific information to you --
5      A.  Not -- not that I can recall.
6      Q.  If you can let me finish.
7      A.  Sorry.  My apologies.
8      Q.  In any conversation that you had with FMI,
9  did FMI ever convey to you any general or specific
10 information about the costs or economic implications
11 to egg suppliers of complying with the UEP
12 guidelines?
13     A.  Not that I can recall.  I -- I -- clearly,
14 there was some -- there's a -- in this letter
15 indicates some economic implication that I was aware
16 of 12 years ago, but you're asking me to remember
17 specifically a conversation or information that I
18 received 12 years ago and I'm -- I can't put my
19 finger on anything specific that I would have
20 received from FMI beyond a phone -- beyond a
21 conversation with Karen Brown.  That's as much as I
22 can tell you.
23     Q.  Are you aware of anyone else at Safeway
24 receiving information from FMI or another third
25 party about the costs or economic implications to

---

351

1  egg suppliers in connection with complying with the
2  UEP guidelines?
3      A.  No.
4      Q.  In the second paragraph of this exhibit, can
5  you read the sentence that starts with "As," the
6  second sentence.
7      A.  "As we have said, we will implement the FMI
8  guidelines as they are developed and communicate
9  them to our suppliers."
10     Q.  And do you -- did you communicate to your
11 egg suppliers any information regarding
12 implementation of the FMI guidelines?
13     A.  I did not.  Some of our team may have and
14 I -- I assume they did, but I did not specifically.
15     Q.  And do you know -- do you know whether after
16 you wrote this letter anyone at Safeway communicated
17 to suppliers information about implementing the FMI
18 guidelines?
19     A.  I suspect that would have happened through
20 our QA team.  That's as much as I know.
21     Q.  And can you read the next sentence, please.
22     A.  Starting with "Using"?
23     Q.  Yes, please.
24     A.  "Using an instrument that FMI is working to
25 finalize over the next several months and in

---

352

1  conjunction with an independent animal welfare
2  expert, we will audit our suppliers to ensure" --
3  ensure that our -- typo -- "to ensure that are
4  following the guidelines."
5      Q.  And that -- that should have been "that they
6  are following the guidelines"?
7      A.  Yeah.  Right.  Ensure they are following the
8  guidelines, yeah.
9      Q.  And what was your -- what was the basis for
10 your statement that Safeway would audit its
11 suppliers to ensure that they are following the FMI
12 guidelines?
13     A.  That our QA team would be auditing our
14 suppliers.
15     Q.  And after writing this letter, are you aware
16 of any efforts by Safeway to audit its egg suppliers
17 to ensure that they were following the FMI
18 guidelines?
19     A.  Again, 12 years ago, a long time ago, my
20 knowledge of this -- my -- is limited, but our --
21 my -- again, the only thing that I would know would
22 be that our QA team would have been -- would have
23 been responsible for that.
24     (Exhibit 40 was marked for identification
25     and attached hereto.)

---

353

1  BY MR. FONTECILLA:
2      Q.  I'm handing you what's been marked as
3  Exhibit 40.  Go ahead and take a minute and review
4  that document, please.
5      A.  Yep.
6      Q.  Do you recognize this document?
7      A.  I do.
8      Q.  How do you recognize it?
9      A.  A letter from me to Steve Gross.
10     Q.  On August 15th, 2002: right?
11     A.  Uh-huh.  Yes.
12     Q.  Do you -- do you recall writing this letter?
13     A.  Generally, yes, I do.  Yes.
14     Q.  It references a phone conversation between
15 you and Mr. Gross at some point between July 12th,
16 2002 and August 15th, 2002: correct?
17     A.  Correct.
18     Q.  And what was the substance of that
19 conversation?
20     A.  With Steve Gross?
21     Q.  Yes.
22     A.  Again, 12 years ago.  My -- you know, I -- I
23 recall that Steve was always recommending that we
24 talk to various people and to get other opinions
25 beyond PETA's and Bernie Roland was one of them and

---

HIGHLY CONFIDENTIAL

Brian Dowling                                          April 11, 2014

90 (Pages 354 to 357)

354

1  I recall talking with Bernie Roland and I think
2  he -- you know, sent me -- I -- either I found his
3  book or I read part of his book.
4          And then Ian Duncan, I remember, you know,
5  finally connecting eventually with Ian Duncan, who
6  Steve was trying to sort of push on to us as being
7  an expert in sort of the -- on the egg side.
8      Q.   So let's take those one by one.  You said
9  you also had a conversation in or around the summer
10 of 2002 with a Professor Roland.
11     A.   Right.
12     Q.   Who is Professor Roland?
13     A.   He's an animal science professor, and I
14 can't recall where.  It's been that long ago.  It
15 might have been, it wasn't the University of
16 Colorado, that was Temple Grandin.  Ian Duncan --
17 well, Roland, I can't remember exactly where.
18     Q.   Let's take them one at a time.
19     A.   Yeah.  Sure.
20     Q.   So your memory stays focused.
21     A.   Okay.
22     Q.   In your conversation with Professor Roland,
23 in or around the summer of 2002, did you discuss
24 with him animal welfare standards as they related to
25 egg suppliers, including the UEP guidelines?

355

1      A.   I might have, but I can't recall
2  specifically.  It's been that long.
3      Q.   And did you have a discussion in or around
4  the summer of 2002 with Ian Duncan?
5      A.   I did.
6      Q.   And who is Ian Duncan?
7      A.   He's a -- he's an animal science professor
8  in Canada like, the University of Guelph or
9  something.
10         DEPOSITION REPORTER:  University of?
11         THE WITNESS:  Gelph, it's like G-u-e-l-t-h,
12 it's in or around Toronto.
13 BY MR. FONTECILLA:
14     Q.   And in your conversation or conversations
15 with Ian Duncan in or around August of 2002, did you
16 discuss with Mr. Duncan animal welfare standards
17 that applied to egg suppliers including the UEP
18 guidelines?
19     A.   I -- I believe so, yes, I did, but I can't
20 remember the content of those conversations.  It's
21 been that long.
22     Q.   And do you remember generally what was
23 discussed?
24     A.   Eggs, you know, and I think, but I -- I was
25 trying to get a feel, you know, in both cases

356

1  with -- with Professor Roland and with Professor
2  Duncan as to whether or not these were people who
3  could be helpful to us, you know, and -- yeah,
4  there -- there was discussion of eggs.
5      Q.   Did you discuss the UEP guidelines with
6  Professor Duncan?
7      A.   I -- I don't recall talking specifically
8  with either one of them about the UEP guidelines.
9  I -- I could have, but I don't recall specifically.
10     Q.   And then can you read the last sentence of
11 that first paragraph, please?
12     A.   Yeah.  "We and the food industry overall
13 will do everything we can to" --
14     Q.   From -- oh, from the --
15     A.   Excuse me, I'm sorry.  "Regarding PETA's
16 timeline on cage space and forced molting, we and
17 the food industry overall will do everything we can
18 to push the supplier community on this."
19     Q.   What did you mean by that sentence?
20     A.   That -- that we were going to -- we were
21 going to, you know, move forward with -- with this
22 and we were going to do what we could to...
23     Q.   So this is in reference to the expedited
24 timeline that PETA was asking Safeway to implement
25 on its egg suppliers --

357

1      A.   Uh-huh.
2      Q.   -- in adopting the UEP guidelines; right?
3      A.   I think -- I believe so.
4      Q.   And as part of that and in response to that
5  in this letter, you are informing PETA that you'll
6  do everything you can to influence Safeway's egg
7  suppliers to adopt the UEP guidelines; right?
8          MR. MURRAY:  Object to the form of the
9  question.  It mischaracterizes the document.
10         THE WITNESS:  Yeah.  I -- it -- it says what
11 it says, I think.  I'm just, I'm not sure what else
12 to say about it.  I mean...
13 BY MR. FONTECILLA:
14     Q.   Would that be a fair characterization that
15 you're informing PETA that you understand that their
16 timeline as to adopting cage space requirements will
17 be implemented by you as -- as much as you can push
18 your egg suppliers to do it?
19     A.   Yeah.  Everything we can.  That's -- that's,
20 you know, and -- that's -- that doesn't specifically
21 define exactly what would happen, but, yeah, it's --
22 the answer is yes.
23     Q.   And the conversation that's referenced here
24 with you and Mr. Gross, in that conversation does
25 this document reflect whether you discuss with

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

91 (Pages 358 to 361)

358

1  Mr. Gross the cage space requirements of the UEP
2  guidelines or the implementation timeline that PETA
3  was asking Safeway to implement?
4      MR. MURRAY:  Object to the form of the
5  question.  It's ambiguous.
6      THE WITNESS:  Yeah.  I -- I -- again, 12
7  years ago, a long time ago.  I can't remember
8  exactly what Steve and I would have talked about.
9  We could have talked about UEP guidelines or he
10  would have talked to me about it, knowing Steve
11  Gross, you know.  I'm -- I more often listened than
12  I did talk when Gross was on the line.
13  BY MR. FONTECILLA:
14     Q.  Do you recall discussing with Dr. Grandin
15  around this time period the UEP guidelines and
16  specifically with respect to the cage space
17  allocation aspect?
18     A.  That's the one I -- I have less recall of, I
19  mean, that we had -- that I talked -- I -- you know,
20  if I said I had been in touch with Temple, I -- I,
21  you know, we must have.  I -- it was probably me,
22  but I think it was on a different subject.  I don't
23  think it was -- I don't think it was -- I think it
24  was more on the -- as I say here, on the meat side
25  of things rather than the egg side of things.

359

1      Q.  Do you recall having any egg-related
2  discussions with Dr. Grandin in or around the time
3  period of the summer of 2002?
4      A.  I don't specifically recall.  I might have,
5  but I don't recall specifically.
6      (Exhibit 41 was marked for identification
7          and attached hereto.)
8  BY MR. FONTECILLA:
9      Q.  I'll hand you what's been marked as
10  Exhibit 41.
11     MR. FONTECILLA:  Let's go off the record for
12  a second.
13     THE VIDEOGRAPHER:  Going off the record.
14  The time is 5:31 p.m.
15     (Off the record.)
16     THE VIDEOGRAPHER:  We're back on the record.
17  The time is 5:33 p.m.
18  BY MR. FONTECILLA:
19     Q.  Mr. Dowling, you have in front of you what's
20  been marked as Exhibit 41.  Do you recognize this
21  document?
22     A.  I do.
23     Q.  And how do you recognize this document?
24     A.  On -- it was sent to me from Karen Brown.
25  My name is on the cover --

360

1      Q.  This is a --
2      A.  -- receiving this.
3      Q.  This is a letter from Miss Brown at FMI
4  dated August 16th, 2002 that was sent to various
5  representatives of retailers, including yourself;
6  correct?
7      A.  Yes.
8      Q.  And do you recall the context around
9  receiving this letter in or about August of 2002?
10     A.  I -- well, I'm just reading through it here
11  and seeing that there's been some correspondence
12  with PETA and FMI.  I'm trying to sort of straighten
13  out what -- what PETA is asking.  You know, I -- I
14  see that PETA is expressing their concerns where --
15  where things stand, I guess.
16     Q.  And -- and how does this -- these concerns
17  expressed by PETA around this time relate to your
18  conversations in or around this August of 2002 time
19  period with Mr. Gross?
20     A.  I can't remember.  I mean, I -- he -- he
21  may have said, hey, by the way or -- you know --
22  well, let me rephrase that.  He -- he may have said,
23  referenced this communication.  This is the...
24     Yeah, boy, that's, you know, I -- I can't
25  recall.  It's been -- it's been that long.  But I --

361

1  you know, knowing Gross the way I do and this, how
2  many pages does this go on, this is Friedrich's
3  letter.  Okay.
4      Q.  And why don't we start on the first page,
5  the letter that you received from Miss Brown.
6      A.  Sure.
7      Q.  There's a section titled "United Egg
8  Producers."
9      A.  Uh-huh.
10     Q.  Do you see that?
11     A.  Yep.
12     Q.  And in it she says, "UEP has requested we
13  communicate to our members how important it is for
14  retailers voluntarily supporting the FMI animal
15  welfare guidelines for egg layers to make sure their
16  egg buyers let their egg suppliers know they want
17  confirmation their suppliers are following UEP
18  guidelines."
19     Do you see that?
20     A.  I do.
21     Q.  Do you remember being informed by FMI around
22  this time that the UEP wanted FMI members to convey
23  to its egg suppliers that it wanted confirmation
24  that they were following UEP guidelines?
25     A.  I generally remember that, yes.

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

92 (Pages 362 to 365)

362

1    Q.  Earlier --
2    **A.  Can I read it again?**
3    Q.  Sure.  And earlier when we were looking at
4  exhibits 34 through 36, which were the letters from
5  UEP to FMI, there were statements in those letters
6  about UEP encouraging FMI to encourage its members
7  to pressure its egg suppliers to adopt the UEP
8  guidelines, and they said it was important; right?
9    **A.  Right.**
10        MR. MURRAY:  Objection to the
11 characterization.
12 BY MR. FONTECILLA:
13   Q.  And I asked whether you were aware, at any
14 time, of receiving any communication from FMI about
15 UEP's communication to FMI to ask FMI members to
16 encourage its egg suppliers to adopt the UEP
17 guidelines.
18        Do you remember that?
19   **A.  I do.**
20        MR. MURRAY:  Object to the form of the
21 question.
22 BY MR. FONTECILLA:
23   Q.  And you said that you did not remember;
24 right?
25   **A.  I -- I recall not recalling, yes.**

363

1    Q.  And looking at this -- and looking at this
2  document now, does it refresh your recollection as
3  to whether you received communications from FMI
4  informing you that UEP wanted FMI members to
5  encourage its egg suppliers to follow the UEP
6  guidelines?
7        MR. MURRAY:  Object to the form of the
8  question.  It mischaracterizes the document.
9        MR. FONTECILLA:  I'm not talking about the
10 document.
11 BY MR. FONTECILLA:
12   Q.  I'm asking whether this document refreshes
13 your recollection about whether FMI ever informed
14 you that UEP would like FMI members to encourage
15 their egg suppliers to adopt the UEP guidelines.
16   **A.  It does refresh my memory.**
17   Q.  And how does it refresh your recollection so
18 that we can clarify the record?
19   **A.  I just -- that -- that -- I mean, by in**
20 **seeing this, I'm -- I'm recalling that -- that I was**
21 **on the receiving end of the communication from Karen**
22 **on the subject.  That -- that is -- that's the only**
23 **thing I'm suggesting here, and so that helps me**
24 **generally recall the issue.**
25   Q.  And as a result of receiving this

364

1  communication, did Safeway undertake any efforts to
2  encourage its egg suppliers to follow the UEP
3  guidelines as suggested by Miss Brown in this
4  document?
5    **A.  Again, that would have been the QA side**
6  **carrying out that rather than myself.**
7    Q.  So you're not aware of any efforts by
8  Safeway as a result of receiving this communication
9  from FMI to encourage its egg suppliers to follow
10 the UEP guidelines?
11   **A.  I'm not recalling, no.**
12   Q.  On the second page of this document, there's
13 a list of the FMI officers and directors.
14        Do you see that?
15   **A.  I do.**
16   Q.  Listed at the top under "Vice Chair,
17 Finance" is Safeway CEO at the time Mr. Steven Burd;
18 correct?
19   **A.  Uh-huh.  Yes.**
20   Q.  Does looking at this document refresh your
21 recollection as to what time period Mr. Burd was on
22 the board of directors for FMI?
23   **A.  It -- it helps, yes.**
24   Q.  And what time period was Mr. Burd on the
25 board of directors of FMI?

365

1    **A.  You know, again, I'd have to look and check,**
2  **but I recall that, you know, in the sort of the mid**
3  **2000s, well into the, you know, he -- he served --**
4  **he served as finance chair and then he eventually**
5  **became chair of the board.  I think -- I think he**
6  **may have succeeded Ron Pearson as chair, I think.**
7    Q.  And in the next page of this document is a
8  letter from Karen Brown to FMI members dated August
9  16th, 2002.
10        Do you see that?
11   **A.  Yes.**
12   Q.  And it's the same date as the letter that
13 she's sending it to this smaller group of retailer
14 representatives on the first page.
15        Do you see that?
16   **A.  Yes.**
17   Q.  Why is FMI communicating with a subset of
18 its members representatives on the first page, but
19 sending a different letter to all of its members on
20 the same day?
21        MR. MURRAY:  Objection.  Calls for
22 speculation.
23        THE WITNESS:  I don't know.  I wouldn't --
24 I'm not sure why they did that.
25   / / /

HIGHLY CONFIDENTIAL

Brian Dowling                                                April 11, 2014

93 (Pages 366 to 369)

---

366

BY MR. FONTECILLA:
    Q.  Do you have an understanding of what this
group of individuals on the first page represents?
    A.  You know, these -- these are all public
relations or communications executives with these
companies.
    Q.  Would it be fair to say that those are the
individuals who would be in charge of their
respective company's efforts to encourage egg
suppliers to follow UEP guidelines?
    MR. MURRAY:  Objection to the form of the
question.
    THE WITNESS:  I -- I couldn't tell you, but
I -- I -- because I'm -- I couldn't tell you whether
Donna Matthews was -- how she was engaged at Giant
Food, for instance, or Barry Scher, for that matter.
I -- the only thing that I know is they are PR
people like myself.
BY MR. FONTECILLA:
    Q.  Do you see the letter to all the FMI members
dated August 16th, 2002?
    A.  Yes.
    Q.  Was that letter sent to all FMI members on
August 16th, 2002?
    Well, I mean, does Safeway recall receiving

---

367

that letter from FMI?
    A.  I -- now that I see it, I do recall, yes.
    Q.  And in the penultimate paragraph of the
letter, it says, "There are several important things
to note about this FMI/NCCR guideline document."
    Do you see that?
    A.  I do.
    Q.  Do you understand that mean it's referencing
the FMI-NCCR guideline document that we saw in
Exhibit 28?
    A.  Yes.
    Q.  And the next sentence says, "First, it is
not a stand-alone document.  It is meant to be used
in conjunction with the animal welfare guidelines of
the producer and processor organizations identified
within the report."
    Do you see that?
    A.  I do see that.
    Q.  And do you understand that to mean that FMI
is informing all its members that the FMI guidelines
in Exhibit 28 are meant to be used in conjunction
with the UEP guidelines that are in Exhibit 37?
    A.  I know that was a long question, Adrian.
Could you --
    Q.  Sure.  Absolutely.  So why don't you pull

---

368

out Exhibit 28 which looks like this.
    A.  Got it.  Yep.  Right.
    Q.  And Exhibit 37 which is the 2002 UEP
guidelines.
    A.  Yeah.  Okay.
    Q.  Now, the sentence says, The FMI guidelines,
in Exhibit 28 -- the sentence states that, "The FMI
guidelines are meant to be used in conjunction with
the animal welfare guidelines of the producer and
processor organizations identified within the
report."
    Correct?
    A.  Correct.
    Q.  And it's the reference to the FMI guidelines
and report that are meant to be used are referencing
Exhibit 28; correct?
    A.  Correct.
    Q.  And it's saying that these guidelines in
this June 2002 report in Exhibit 28, are meant to be
used in conjunction with the UEP guidelines that are
in Exhibit 37; correct?
    A.  Correct.
    MR. MURRAY:  Object to the form of the
question.  Mischaracterizes the document.
/ / /

---

369

BY MR. FONTECILLA:
    Q.  Was that your understanding of what this
sentence meant at the time that you received this
letter on August 16th, 2002?
    A.  Yes.  That was my understanding.
    Q.  Is that Safeway's understanding of what FMI
was trying to convey to Safeway through this letter
to all its members on August 16, 2002?
    MR. MURRAY:  Objection.  Beyond his
designation.
    He can answer.
    THE WITNESS:  Yeah.  I mean, I -- again,
I -- I can only -- it's only me, Safeway, you're
asking about Safeway.
BY MR. FONTECILLA:
    Q.  Sure.  This is a communication between
Safeway and FMI; correct?
    A.  Yes.
    Q.  And you've been designated as the corporate
designee regarding animal welfare related and
potentially broader subjects --
    A.  Right.
    Q.  -- of communications between Safeway and
FMI; correct?
    MR. MURRAY:  No.

---

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

94 (Pages 370 to 373)

370

1    THE WITNESS:  No.  I mean, FMI in this
2    instance, animal welfare I -- I, you know...
3    BY MR. FONTECILLA:
4    Q.  Have you been not -- have you not been
5    testifying today on behalf of the company with
6    regards to communications between Safeway and FMI?
7    A.  Oh, yes.  No.  Yes, for sure.
8    Q.  And this is one of those; right?
9    A.  This is one of them, yes.  That's right.
10   Q.  And so was it Safeway's understanding that
11   FMI was informing all its members that the 2002 FMI
12   guidelines were meant to be used in conjunction with
13   the UEP guidelines?
14   MR. MURRAY:  Objection.  Calls for
15   speculation.
16   THE WITNESS:  I -- again, I would be
17   speculating, but I think the answer is yes.
18   (Exhibit 42 was marked for identification
19   and attached hereto.)
20   BY MR. FONTECILLA:
21   Q.  I'm handing you what's been marked as
22   Exhibit 42.  This is a -- an FMI document titled
23   "Animal Welfare Standards."
24   Do you see that?
25   A.  I do.

371

1    Q.  Have you seen this document before?
2    A.  No, not that I can recall.
3    Q.  And if you go to the third page -- well,
4    actually, if you go to the -- on the first page, it
5    has a section titled "Analysis of the PETA
6    Proposal."
7    A.  Okay.
8    Q.  Do you see that?
9    A.  I do see that.
10   Q.  And it analyzes a few things.  And if you
11   flip to the second page, please, there is a section
12   titled "Hen cage size."
13   Do you see that?
14   A.  I do see that.
15   Q.  And it says, "PETA demands that companies
16   stop buying eggs from suppliers that gives hens less
17   than 72 square inches of space per bird."
18   Do you see that?
19   A.  I see that.
20   Q.  Is it your -- is it your understanding that
21   that was the demand that was being made of Safeway
22   by PETA?
23   A.  I'd have to look back through the documents,
24   but I believe so.  I'd -- I'd have to look.
25   Q.  And the last point on that section says,

372

1    "The United Egg Producers recommends a gradual
2    increase in hen 'stocking density' to a minimum of
3    67 square inches by 2012."
4    Do you see that?
5    A.  I do.
6    Q.  And then the one above that says,
7    "McDonald's requires that its suppliers house hens
8    in spaces of at least 72 square inches."
9    Do you see that?
10   A.  I do.
11   DEPOSITION REPORTER:  "McDonald's requires"?
12   MR. FONTECILLA:  "...that its suppliers
13   house hens in spaces of at least 72 square inches."
14   BY MR. FONTECILLA:
15   Q.  Do you see that?
16   A.  Yes.
17   Q.  Okay.  So was it Safeway's understanding in
18   or around 2002, before adopting the FMI guidelines,
19   that McDonald's had a cage space requirement of a
20   larger amount of square inches than the UEP
21   guidelines?
22   A.  I -- no.  I -- I'm not a -- no.
23   Q.  And was it Safeway's understanding that PETA
24   was demanding of Safeway compliance with the 72
25   square inch requirement?

373

1    A.  I believe that's the case, yes.
2    Q.  But Safeway was aware that the UEP
3    guidelines only required 67 square inches for
4    certain hens; right?
5    A.  I believe so, yes.
6    Q.  And had the UEP guidelines not been in
7    existence, would Safeway have adopted the larger
8    cage space requirement?
9    MR. MURRAY:  Objection.  Calls for
10   speculation.
11   THE WITNESS:  Yeah, I would -- I would --
12   again, I would be speculating.  I don't...
13   MR. FONTECILLA:  Okay.  Let's take a break.
14   I think we're done.  I just need to confer with my
15   colleague to see if I have any more questions.
16   THE WITNESS:  Can I -- can I ask, what is
17   this, or where does -- I mean, I recognize Paul
18   Burnish's...
19   MR. FONTECILLA:  We need to go off the
20   record.
21   THE VIDEOGRAPHER:  We're off the record.
22   The time is 5:48 p.m.
23   (Off the record.)
24   THE VIDEOGRAPHER:  We're back on the record.
25   The time is 6:02 p.m.

HIGHLY CONFIDENTIAL

Brian Dowling                                                      April 11, 2014

95 (Pages 374 to 377)

---

374

1          (Exhibit 43 was marked for identification
2          and attached hereto.)
3    BY MR. FONTECILLA:
4        Q.   Mr. Dowling, I've -- I've handed you what's
5    been marked as Exhibit 43.  Do you recognize this
6    document?
7        A.   I do not.
8        Q.   And this is a -- in fact, we don't need --
9    we're going to go through -- we're going to go
10   through it together a little bit together.  But at
11   the top, it says that this is a -- a report or a
12   study published by Allan Rahn at Michigan State
13   University titled "An Economic Perspective on the
14   United Egg Producers' Animal Husbandry Guidelines
15   for U.S. Egg Laying Flocks."
16          Do you see that?
17       A.   I do.
18       Q.   And if you could, just read through the
19   Introduction, please.  And let's focus on page 3,
20   there is a -- the first full paragraph "In a recent
21   article."
22       A.   Uh-huh.  Yes.
23       Q.   The last sentence -- or the second to last
24   sentence starts with, "Today" on the fourth line up
25   from that paragraph.

---

375

1        A.   Uh-huh.  Yes.
2        Q.   It says, "Today, I want" -- "I want to focus
3    specifically on the economic impact that the
4    adoption of the UEP Guidelines is likely to have on
5    white shell egg production cost."
6          Do you see that?
7        A.   I do.
8        Q.   Do you -- do you understand that to mean
9    that this is a study about the egg production cost
10   and the effect that adoption of the UEP guidelines
11   might have on those costs?
12          MR. MURRAY:  Objection to the form of the
13   document -- or the form of question.  Lack of
14   foundation.  Beyond the scope of this witness'
15   designation.
16          THE WITNESS:  I mean, just from my reading
17   of the introduction, I can -- I can see it, but
18   that's about as much as I -- I can understand.
19   BY MR. FONTECILLA:
20       Q.   And this -- sorry.
21          The last sentence says, "First we'll review
22   the UEP Guideline recommendations and then make an
23   assessment of some economic impacts that their
24   autonomous adoption is likely to have on a white
25   shell egg producer.

---

376

1          Do you see that?
2        A.   I do.
3        Q.   And if you go back to the first page of the
4    asterisk footnote, it says that this document was
5    revised in November of 2002.
6          Do you see that?
7        A.   I do.
8        Q.   At that time, after November of 2002, since
9    then, are you aware of anyone at Safeway making an
10   assessment of the economic impacts that the
11   autonomous adoption by an egg supplier of the UEP
12   guidelines is likely to have?
13       A.   I'm not aware.
14       Q.   Okay.  And if you go to the last page under
15   "Conclusion," it says, "The proceeding analysis has
16   attempted to quantify 'how much more' it will cost
17   to produce white shell eggs as per bird space
18   allowances are autonomously increased by a single
19   producer."
20          Do you see that?
21       A.   I do.
22       Q.   Is Safeway aware -- or did Safeway -- strike
23   that.
24          Did Safeway conduct any analysis, to the
25   best of your knowledge, regarding whether it would

---

377

1    cost more to produce white shell eggs if egg
2    suppliers adopted a larger per bird space allowance?
3        A.   Not to my knowledge.
4          MR. FONTECILLA:  Okay.
5          MR. MURRAY:  What Exhibit number was that?
6          MS. ADENDORFF:  43.
7          MR. FONTECILLA:  I'm going to hand you
8    what's been marked as Exhibit 44.
9          (Exhibit 44 was marked for identification
10         and attached hereto.)
11   BY MR. FONTECILLA:
12       Q.   Do you recognize this document, Mr. Dowling?
13       A.   I do.  It's an email from me.
14       Q.   And this is an email dated September 23rd,
15   2008; right?
16       A.   Yes.
17       Q.   And at the bottom, is a -- an article about
18   an investigation regarding possible price fixing by
19   egg producers.
20          Do you see that?
21       A.   I do.
22       Q.   And do you recall forwarding that article to
23   Bob Gordon?
24       A.   Now that I see it, I -- I generally recall,
25   yes.  It's been a long time, but I...

---

HIGHLY CONFIDENTIAL

Brian Dowling                                                    April 11, 2014

96 (Pages 378 to 381)

---

378

1    Q.  And why did you forward this article to Bob
2  Gordon?
3    A.  I don't know.  Let me -- I have to
4  read through it -- can I read through the article
5  again?
6    Q.  Sure.  Uh-huh.
7    A.  Well, again, I can -- I -- Bob's our general
8  counsel, and --
9    Q.  And I don't want to ask about any legal
10 questions you asked your attorneys, that's
11 privileged.  I don't want to put that in there.
12   A.  Uh-huh.
13   Q.  But you forwarded him an article regarding
14 an investigation by federal prosecutors about
15 possible price fixing related to eggs and tomatoes;
16 right?
17   A.  I did, yes.
18   Q.  And why did you forward that article to him?
19   A.  Because he's our chief lawyer and -- and I
20 get something from the humane society, you know, as
21 it relates to collusion and federal probe, my -- as
22 I indicate here, I wanted him to be aware of it.
23   Q.  And why did you want him to be aware of it?
24   A.  Because he's our chief lawyer and anything
25 that -- that relates to this sort of subject matter,

---

379

1  I would want him to be aware of it.  I'm just --
2  but...
3    Q.  And in the email where you forward it to
4  him, you say that this was gleefully passed along
5  from your contact at the humane society.
6    Do you remember that communication?
7    A.  Not immediately.  I'm not remembering.  I --
8  it could have been from someone like Matt Prescott.
9    Q.  And who is Matt Prescott?
10   A.  He's a representative from HSUS.
11   Q.  Do you have any recollection of what you
12 meant when you meant that this was gleefully passed
13 along to you by your contact at the humane society?
14   A.  Just vaguely that -- that, you know, as
15 sometimes they, you know, okay, check this out, you
16 know.  I -- that's all I can recall I mean, you
17 know.  It's thinking about Matt Prescott who would
18 likely have been the person who sent it to me.
19 Again, I'd like to read -- you know, I'd love to
20 this, the full story to get a clearer idea as to
21 sort of why I would have sent this to Bob.  But that
22 would be -- I think that would be why.
23        I -- but I -- getting back to your question
24 about gleefully and HSUS, he probably would have
25 said something that, hey, you know, check this out.

---

380

1  That's all I can recall.
2    Q.  And earlier, you testified that you had read
3  the complaint in this litigation; is that right?
4    A.  I -- yes.
5    Q.  And without revealing anything that you had
6  discussed with your attorney and asking only in your
7  personal knowledge, what knowledge do you yourself
8  have of the contention that egg producers conspired
9  to reduce the supply of eggs in the U.S.?
10   A.  Just from what I read in the complaint.
11   Q.  And what knowledge do you yourself have of
12 the contention that this alleged conspiracy in this
13 litigation resulted in higher prices for egg
14 products?
15   A.  Again, also from what I read in the
16 complaint.
17   Q.  And what knowledge do you yourself have of
18 the allegation that the UEP Certified program was
19 designed or implemented to limit the supply of eggs?
20   A.  Ask -- ask me that again, please.  I'm
21 sorry.
22   Q.  Sure.  What knowledge do you have of the
23 allegation in this litigation that the UEP Certified
24 program was designed or implemented to limit the
25 supply of eggs?

---

381

1    A.  I have very little, if any, knowledge of
2  that.
3    Q.  And what knowledge do you yourself have of
4  when Safeway first believed that the UEP guidelines
5  were designed to reduce flock size?
6        MR. MURRAY:  Objection to the form of the
7  question.  It's beyond his designation.
8        THE WITNESS:  Yeah, I -- I don't --
9  BY MR. FONTECILLA:
10   Q.  I'm asking in your personal capacity if you
11 have any knowledge --
12   A.  I don't have any knowledge.
13   Q.  Do you have any knowledge of whether the
14 supply of eggs or egg products decreased or
15 increased at any time since 1999 as a result of any
16 action by egg suppliers?
17   A.  I do not have any knowledge that.
18   Q.  Okay.
19        MR. FONTECILLA:  I need to mark one last
20 exhibit as 45 for the record.
21        (Exhibit 45 was marked for identification
22        and attached hereto.)
23 BY MR. FONTECILLA:
24   Q.  That is Exhibit A to the protective order
25 signed by Mr. Dowling; is that correct?

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Brian Dowling

April 11, 2014

97 (Pages 382 to 384)

382

1   **A. Yes.**
2       MR. FONTECILLA:  No further questions from
3   me.
4       Folks on the phone?  They're not on the
5   phone anymore.  Okay.  So...
6       MR. MURRAY:  No questions.
7       THE VIDEOGRAPHER:  This concludes today's
8   deposition of Brian Dowling.  Master disks of
9   today's deposition will be held in the custody of
10  Henderson.  The time is now 6:12 p.m.  We are now
11  off the record.
12      MR. MURRAY:  We are designating this highly
13  confidential under the protective order and we don't
14  waive signature.
15      (Ending time:  6:12 p.m.)
16
17
18
19
20
21
22
23
24
25

383

1       I, JANIS JENNINGS, CSR No. 3942, Certified
2   Shorthand Reporter, certify:
3       That the foregoing proceedings were taken
4   before me at the time and place therein set forth, at
5   which time the witness was duly sworn by me;
6       That the testimony of the witness,
7   questions propounded, and all objections and statements
8   made at the time of the examination were recorded
9   stenographically by me and were thereafter transcribed;
10      That the foregoing pages contain a full, true
11  and accurate record of all proceedings and testimony.
12      Pursuant to F.R.C.P. 30(e)(2) before
13  completion of the proceedings, review of the transcript
14  [X] was [ ] was not requested.
15      I further certify that I am not a relative or
16  employee of any attorney of the parties, nor financially
17  interested in the action.
18      I declare under penalty of perjury under the
19  laws of California that the foregoing is true and
20  correct.
21      Dated this 18th day of April, 2014.
22
23
24      JANIS JENNINGS, CSR NO. 3942
25      CLR, CCRR

384

1       DEPOSITION ERRATA SHEET
2
3
4   Henderson Litigation Services Assignment No. 33494
5   Case Caption:  Processed Egg Products Antitrust
6       Litigation
7
8
9       DECLARATION UNDER PENALTY OF PERJURY
10      I declare under penalty of perjury
11  that I have read the entire transcript of
12  my Deposition taken in the captioned matter
13  or the same has been read to me, and the same
14  is true and accurate, save and except for changes and/or
15  corrections, if any, as indicated by me on the
16  DEPOSITION ERRATA SHEET hereof, with the understanding
17  that I offer these changes as if still under oath.
18
19  Signed on the _____ day of _____, 20___.
20
21  _____
22  BRIAN DOWLING
23
24
25