# ATTACHMENT 17

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DIVISION OF PENNSYLVANIA


```
---------------------------X
                           :
IN RE: PROCESSED EGG       :
PRODUCTS ANTITRUST         :
LITIGATION                 : MDL NO. 2002
                           : 08-md-02002
************************    :
THIS DOCUMENT RELATES TO:  :
ALL ACTIONS                :
                           :
                           :
                           :
---------------------------X
```

- - - - -

HIGHLY CONFIDENTIAL

- - - - -

Videotaped deposition
STEVEN G. FEYMAN


April 25, 2014
8:02 a.m.


Taken at:
Nestlé USA
30003 Bainbridge Road

Solon, Ohio




Donnalee Cotone, RMR, CRR

NCRA Realtime Systems Administrator

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                        April 25, 2014

2 (Pages 2 to 5)

---

**2**

APPEARANCES:

On behalf of Defendants Michael Foods, Inc.
and Papetti's Hygrade Egg Products, Inc.:
  Stinson Leonard Street LLP, by
  DOUGLAS R. BOETTGE, ESQ.
  150 South Fifth Street, Suite 2300
  Minneapolis, Minnesota  55402
  612-335-1500
  douglas.boettge@stinsonleonard.com

On behalf of Nestlé USA and The
Deponent:
  Jenner & Block, LLP, by
  RICHARD P. CAMPBELL, ESQ.
  353 North Clark Street
  Chicago, Illinois  60654-3456
  312-222-9350
  rcampbell@jenner.com

ALSO PRESENT:
  Keith McGregor, The Videographer
  Douglas B. Besman, Esq.
  Senior Counsel, Nestlé USA
  ~ ~ ~ ~ ~

---

**4**

INDEX OF EXHIBITS
NUMBER      DESCRIPTION          MARKED
Exhibit 1  Defendant's Amended Notice ..  10
  of Deposition

Exhibit 2  Second Amended Complaint.....  62

Exhibit 3  Memo to John Hill from Tom ..  74
  Diercks, dated 9-14-06,
  Bates Labeled MFI0109021

Exhibit 4  E-Mail Chain, Bates Labeled .  76
  MFI0032735-0032737
Exhibit 5  Internal Michael Foods ......  79
  Document, Bates Labeled
  MFI0553015-0553016
Exhibit 6  E-Mail from Pres Colwell to . 111
  Steve Warner and Bill Bush
  w/Attachment, dated
  3-31-04, Bates Labeled
  MFI0259556
Exhibit 7  Internal Michael Foods ...... 115
  Document, Bates Labeled
  MFI0102001-0102006
Exhibit 8  Speed Analysis, Bates ....... 161
  Labeled NES00004501

Exhibit 9  Fax to Terry Baker from ..... 166
  Pres Colwell w/Attachments,
  dated 11-16-04, Bates
  Labeled MFI0259539-10259546
Exhibit 10  Egg Purchase 2000-2005, ..... 172
  Bates Labeled NES00004500

Exhibit 11  E-Mail Chain w/Attachment, .. 225
  Bates Labeled
  NES00000394-00000396

Exhibit 12  E-Mail Chain w/Attachment, .. 228
  Bates Labeled
  MFI0259554-0259555

---

**3**

TRANSCRIPT INDEX

PAGE

APPEARANCES...............................  2

INDEX OF EXHIBITS.........................  4

EXAMINATION OF STEVEN G. FEYMAN:
BY MR. BOETTGE...........................  8

REPORTER'S CERTIFICATE .................. 244

---

**5**

INDEX OF EXHIBITS
NUMBER      DESCRIPTION          MARKED
Exhibit 13  E-Mail Chain, Bates Labeled . 233
  RAUPDATE0013073

Exhibit 14  E-Mail Chain, Bates Labeled . 235
  RAUPDATE0013130
Exhibit 15  Nestle USA, Inc.'s .......... 236
  Objections and Amended
  Answers to Defendants'
  First Set of
  Interrogatories

INDEX OF PREVIOUSLY MARKED EXHIBITS MENTIONED
NUMBER      DESCRIPTION          MARKED
Trask      E-Mail Chain, Bates Labeled . 123
Exhibit 2   NES00000458-00000459

Trask      E-Mail from William Trask ... 105
Exhibit 3   to Steven Feyman and Ed
  Lewis, dated11-11-08
  w/Attachment, Bates Labeled
  NES00000130

Trask      E-Mail Chain, Bates Labeled . 132
Exhibit 4   NES00000111-00000114
Trask      E-Mail Chain, Bates Labeled . 142
Exhibit 5   NES00002013-00002015

Trask      Fill........................  37
Exhibit 6
Trask      E-Mail Chain, Bates Labeled .  41
Exhibit 7   NES00002084-00002085
Trask      Quantity Contract: .........  95
Exhibit 8   4615064924, Bates Labeled
  NES00004517-00004528
Trask      Speed Analysis, Bates ....... 155
Exhibit 9   Labeled NES0004501

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                   April 25, 2014

3 (Pages 6 to 9)

---

**6**

INDEX OF PREVIOUSLY MARKED EXHIBITS MENTIONED

NUMBER        DESCRIPTION              MARKED

Trask      E-Mail Chain, Bates Labeled .  175
Exhibit 11  NES00000177-00000183
Trask      Two E-Mails, Bates Labeled .  178
Exhibit 12  NEX0000076

Trask      E-Mail from Ed Lewis to .....  179
Exhibit 13  Various Recipients
             w/Attachment, Bates Labeled
             NES00000482-00000484
Trask      E-Mail Chain, Bates Labeled .  185
Exhibit 14  NES00000403-00000405

Trask      E-Mail Chain, Bates Labeled .  210
Exhibit 15  MFI01093250109326
Trask      E-Mail Chain w/Attachment, ..  213
Exhibit 16  Bates Labeled
             NES00000394-00000396
Exhibit 17  E-Mail Chain, Bates Labeled .  216
Trask      NES00000499-00000502

Trask      E-Mail Chain w/Attachment, ..  227
Exhibit 18  Bates Labeled
             NES00000072-00000075

---

**7**

THE VIDEOGRAPHER: We're on the record. The time is 8:02. I represent Henderson Legal Services. My name is Keith McGregor. I'm the videographer. The date is April 5th --

MR. CAMPBELL: No.

THE VIDEOGRAPHER: I'm sorry. 25th. Pardon me -- 2014. This is the deposition of Mr. Steven Feyman. It is taking place at 30003 Bainbridge Road, Cleveland, Ohio. The Case Number is MDL 2002, In Re: Processed Egg Products Antitrust Litigation in the United States District Court for the Eastern District of Pennsylvania.

Donnalee Cotone is our reporter.

Will counsel please state their appearances.

MR. BOETTGE: Doug Boettge with the law firm of Stinson Leonard Street, representing the defendant, Michael Foods.

MR. CAMPBELL: Richard Campbell of Jenner & Block, LLP, representing Nestlé USA as well as the deponent, Mr. Feyman.

MR. BESMAN: And I'm Douglas Besman. I'm house counsel for Nestlé USA.

---

**8**

THE VIDEOGRAPHER: Thank you.

Will the court reporter please swear the witness.

STEVEN G. FEYMAN, of lawful age, called for examination, being by me first duly sworn, as hereinafter certified, deposed and said as follows:

EXAMINATION OF STEVEN G. FEYMAN
BY MR. BOETTGE:

Q. Good morning, Mr. Feyman.

A. Good morning.

Q. We met a few moments ago. My name is Doug Boettge. I represent the defendant, Michael Foods, in this matter.

Could you state your full name and address?

A. Steven G. Feyman. I reside at 29 Ibis, I-B-I-S, Drive, Akron, Ohio 44319.

Q. And, Mr. Feyman, do you understand that today you'll be testifying both in your individual capacity and on behalf of Nestlé?

A. Yes, I do.

Q. And have you ever had your deposition taken before?

A. Yes, I have.

---

**9**

Q. Can you let me know how many times?

A. One time.

Q. When was that?

A. It has to be over 20 years ago.

Q. And what were the circumstances?

A. Pertained to a place of employment that a number of employees took action because of a stock plan that was rescinded.

Q. Let me briefly explain some of the ground rules this morning since it's been a few years since your last deposition.

I'll be asking a series of questions today and the court reporter will be transcribing your answers.

Do you understand?

A. Yes, I do.

Q. And you need to answer audibly because the court reporter can't take head shakes down on the record.

A. Understand.

Q. Also, it's important that you understand the questions that I'm asking, so if at any time today you don't understand any of my questions, I want you to stop me, ask me to clarify and I'd be happy to ask the question

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                  April 25, 2014

4 (Pages 10 to 13)

---

**10**

1   slightly different, in a way that you can
2   understand.
3        Is that fair?
4        **A.   I shall, yes.**
5        Q.   And if you do answer one of my
6   questions, I'll assume that you did understand
7   the question.
8        Is that fair as well?
9        **A.   Yes, it is.**
10       Q.   Any reason that you can't give full
11  and complete testimony today?
12       **A.   There is none.**
13       - - - - -
14       **(Thereupon, Deposition Exhibit 1,**
15       **Defendant's Amended Notice of**
16       **Deposition, was marked for purposes**
17       **of identification.)**
18       - - - - -
19       Q.   Mr. Feyman, I'm showing you what
20  we've marked as Feyman Exhibit 1.
21       Have you seen this document before?
22       **A.   Yes, I have.**
23       Q.   You'll see that there is -- well,
24  I'll identify it for the record.  This is
25  Defendants' Amended Notice of Deposition of

---

**11**

1   Plaintiff Nestlé Pursuant to Rule 30(b)(6).
2        You'll see that there is an exhibit
3   with a list of topics.  It begins on page 4.
4   It's page 4 of the exhibit.
5        **A.   Yes, I have it.**
6        Q.   Do you see that?
7        **A.   Yes, I do.**
8        Q.   And you understand that you are the
9   person that Nestlé has identified to testify on
10  behalf of Nestlé as to these topics?
11       **A.   I do.**
12       Q.   What did you do to prepare for the
13  deposition today, Mr. Feyman?
14       **A.   I met with counsel, I reviewed the**
15  **material that's in front of me here, and I**
16  **reviewed some of the materials that we submitted**
17  **as part of the request for this case.**
18       Q.   The material in front of you, are
19  you referring to the notice of deposition?
20       **A.   That is correct.  Yes.**
21       Q.   When did you meet with counsel?
22       **A.   I did that yesterday, as well as**
23  **this morning.**
24       Q.   How long did you spend with counsel?
25       **A.   Yesterday approximately I'd say two**

---

**12**

1   **hours maybe, and this morning about a half an**
2   **hour.**
3        Q.   Did you speak to anyone in
4   preparation for your deposition today?
5        **A.   No, I did not.**
6        Q.   When you noted you reviewed
7   materials submitted as part of the request, were
8   these documents that Nestlé had provided to
9   defendants in the litigation?
10       **A.   I believe so, yes.**
11       Q.   Do you recall approximately how many
12  documents you reviewed?
13       **A.   Maybe 20 pages of materials.**
14       Q.   And when did you reviews those
15  documents?
16       **A.   Late yesterday and again this**
17  **morning.**
18       Q.   Did you do anything else to prepare
19  for the deposition today?
20       **A.   I did not.**
21       Q.   Could you briefly give me your
22  educational background?
23       **A.   I have an undergraduate degree in**
24  **psychology, and I have a Master's degree in**
25  **industrial psychology.**

---

**13**

1        Q.   When did you obtain those degrees?
2        **A.   I graduated undergraduate 1973 and**
3   **Master's degree in '74.**
4        Q.   And what did you do after obtaining
5   your Master's degree?
6        **A.   Went to work for Wonder Bread &**
7   **Hostess Cake, a division of ITT, International**
8   **Telephone Telegraph.**
9        Q.   And what did you do there?
10       **A.   I was a -- started as an assistant**
11  **personnel manager.**
12       Q.   How long were you there?
13       **A.   I was there for 10 years.**
14       Q.   Where did you go after Hostess?
15       **A.   From Hostess I went to work for a**
16  **privately held restaurant chain called Papa**
17  **Gino's of America.**
18       Q.   What did you do for them?
19       **A.   I started in the personnel function**
20  **and transitioned to the purchasing function.**
21       Q.   And when did that transition occur?
22       **A.   About two years into my stay with**
23  **them.**
24       Q.   And how long were you with Papa
25  Gino's?

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                     April 25, 2014

5 (Pages 14 to 17)

---

**14**

1    A.   I believe a total of nine years.
2    Q.   And what types of items did you
3  purchase for Papa Gino's?
4    A.   I purchased tomato paste for pizza,
5  mozzarella cheese, fresh vegetables, flour, some
6  pasta items.
7    Q.   What did you do next?
8    A.   Papa Gino's of America was sold and
9  I left to join the firm of Boston Chicken.
10   Q.   That would have been approximately
11 1993?
12   A.   Yeah.  That would be close enough,
13 yeah.
14   Q.   And what did you do for Boston
15 Chicken?
16   A.   I was in charge of their purchasing
17 department.
18   Q.   And in that role, what were your
19 responsibilities?
20   A.   Primarily purchase of poultry, along
21 with some starches and fresh vegetables.
22   Q.   Any eggs?
23   A.   No.
24   Q.   How long were you in that position?
25   A.   I was there only one year.

---

**15**

1    Q.   What next?
2    A.   That firm was sold and I went with
3  the president of that organization on a
4  consulting assignment in Latrobe, Pennsylvania
5  for a firm called Italian Oven and spent about
6  nine months there setting up a purchasing
7  department for them.
8    Q.   And after that?
9    A.   I became a meat buyer for a firm
10 entitled Jack Pack Foods in Manchester, New
11 Hampshire, and I stayed there until 1995.
12   Q.   What then?
13   A.   I went to work for Friendly Ice
14 Cream Corporation, and I was there for 13 years.
15 Friendly Ice Cream.
16   Q.   That would take us through 2008?
17   A.   2008, that's correct.
18   Q.   And what did you do at Friendly Ice
19 Cream?
20   A.   I started as a senior buyer and
21 progressed to vice president of procurement and
22 an officer of the company.
23   Q.   What types of items did you purchase
24 on behalf of Friendly?
25   A.   We bought meats, poultry, frozen

---

**16**

1  vegetables, fresh vegetables, dairy products.
2    Q.   Did you purchase eggs?
3    A.   Yes, we did.
4    Q.   Do you recall who you purchased eggs
5  from?
6    A.   I do not.
7    Q.   Were you responsible at Friendly for
8  the purchase of eggs?
9    A.   The person that purchased them
10 reported to me, so ultimately, yes, I was
11 responsible.
12   Q.   And I take it you started at Nestlé
13 in 2008?
14   A.   That is correct.
15   Q.   What was your position when you
16 started?
17   A.   I started as a group manager of
18 ingredients, raw.
19   Q.   And how long did you hold that
20 position?
21   A.   I continue to hold that position
22 presently.
23   Q.   And what are the ingredients within
24 the group manager ingredients title?
25   A.   I am responsible for the proteins,

---

**17**

1  which include the purchase of beef, pork, veal,
2  chicken, turkey, shellfish, finfish, frozen
3  vegetables, frozen potatoes and eggs.
4    Q.   Who do you report to?
5    A.   Mr. Michael Whitcombe,
6  W-H-I-T-C-O-M-B-E.
7    Q.   What's his title?
8    A.   Head of purchasing ingredients.
9    Q.   And who does Mr. Whitcombe report
10 to?
11   A.   Mr. Kevin Petrie, P-E-T-R-I-E.
12   Q.   What's his title?
13   A.   He is chief purchasing officer for
14 NUSA, I believe.
15   Q.   Of what?
16   A.   Of NUSA.
17   Q.   And is that Nestlé USA?
18   A.   Nestlé USA.
19        And I must say there's a number of
20 terms.  He could be chief purchasing officer.
21 NAP was his -- North American Purchasing.  Don't
22 hold me to those.
23   Q.   There was an individual identified
24 in yesterday's deposition, Mr. Steve Warner.
25        Is he still with Nestlé?

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

**18**

1    A.    Yes, he is.
2    Q.    And what's his role?
3    A.    Mr. Warner is head of purchasing,
4  business partners.
5    Q.    So is he on the same level of
6  Mr. Whitcombe --
7    A.    That is correct.
8    Q.    -- one being ingredients and one
9  being business partners?
10   A.    Yes.
11   Q.    What's the distinction?
12   A.    Mr. Whitcombe is responsible for the
13 teams under him that do strategic purchasing.
14 Mr. Warner is responsible for the teams who are
15 the conduit between procurement and the
16 businesses that we purchase for.
17   Q.    Are there other group managers that
18 are responsible for eggs other than yourself?
19   A.    No, there are not.
20         I would like to just add to that
21 that we did a realignment of responsibilities,
22 and approximately three months ago eggs were
23 transitioned to another group.  So there is a
24 group manager now responsible for eggs for the
25 last three months.

**19**

1    Q.    And who is that?
2    A.    Prashant, P-R-A-S-H-A-N-T.
3  Kulkarni, K-U-L-K-A-R-I [sic].
4    Q.    And that's another group manager
5  responsible for eggs?
6    A.    That's correct.
7    Q.    Are you no longer responsible for
8  eggs?
9    A.    I am no longer responsible.
10   Q.    What was the reason for that
11 restructure?
12   A.    Cross -- cross-pollination and
13 training of different groups.
14   Q.    So let's go back when you started at
15 Nestlé, group purchasing manager.
16         Who reported to you?
17   A.    Well, I started as a group manager.
18   Q.    I apologize.  So when you started as
19 group -- purchasing manager, who reported to
20 you?
21   A.    I had William Trask who was a
22 sourcing specialist, Ken Kostal, K-O-S-T-A-L,
23 purchasing manager, poultry; Dale Bohman,
24 B-O-H-M-A-N, purchasing manager, meat, pork and
25 veal; and Pat Zappone, Z-A-P-P-O-N-E.  Pat was a

**20**

1  miscellaneous buyer of vegetables.
2    Q.    Anyone else when you started as
3  group purchasing manager that reported to you
4  who was involved in the purchase of eggs?
5    A.    No, sir.
6    Q.    And from 2008 to present, could you
7  identify those individuals who reported to you
8  who did have a responsibility that included
9  eggs?
10   A.    Subsequent to Mr. Trask, a Mr. Mark
11 Majoras, M-A-J-O-R-A-S.  Keith Reardon,
12 R-E-A-R-D-O-N.
13   Q.    Did Mr. Reardon replace Mr. Majoras?
14   A.    Yes, he did, for the responsibility
15 of eggs, but not entirely.
16   Q.    Understood.
17         And what were the dates that
18 Mr. Majoras was involved in eggs?
19   A.    I'm going to say 2008 to a short
20 period of 2009.
21   Q.    Okay.  What about Mr. Reardon?
22   A.    I may have missed somebody.  I want
23 to think about these dates.
24         So Majoris, Trask, D'Angelo, and now
25 transferred over to Kulkarni, I believe.

**21**

1    Q.    Okay.  So Majoris predated
2  Bill Trask?
3    A.    Yeah, I believe so.
4    Q.    And D'Angelo followed?
5    A.    Yeah.  I'm a little foggy on how the
6  dating there worked, but I believe that's
7  correct.  Majoris, Trask, D'Angelo, Kulkarni.
8    Q.    Anyone else report to you?
9    A.    No.  And you have Reardon in there,
10 too, right?
11   Q.    What about Ed Lewis?
12   A.    Ed Lewis was the individual who I
13 was hired to replace.  He was retiring, so he
14 was a group manager.
15   Q.    Was there a time when you were both
16 at the company?
17   A.    That's correct.
18   Q.    And did you have dual roles?
19   A.    Yeah.  We both held the same title.
20 He was on more or less special projects.  I was
21 on group manager responsibilities.
22   Q.    And when did Mr. Lewis leave?
23   A.    December of 2008, I think he
24 retired.
25   Q.    Do you know when Mr. Lewis started

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                    April 25, 2014

7 (Pages 22 to 25)

## 22

1   at Nestlé?
2       A.   I do not.
3       Q.   Do you know anyone at the company
4   who has had any role in eggs that's still at the
5   company that predated your arrival?
6       A.   Define "role."
7       Q.   Involved in any aspect of the
8   purchase of eggs.
9       A.   No.  I think I've covered everybody.
10      Q.   How about John Hill?
11      A.   John Hill was a head of purchasing
12  for the Dreyer's Ice Cream.
13      Q.   Does Dreyer's Ice Cream purchase
14  eggs?
15      A.   They do not.  We -- Nestlé Business
16  Services purchased eggs for Dreyer's Ice Cream.
17      Q.   Say that again.
18      A.   Nestlé Business Services, NBS, which
19  is now NAP, North American Procurement, we're
20  the central purchasing arm and we purchase
21  strategically the eggs for Dreyer's.
22      Q.   Was Mr. Hill involved in decisions
23  as to which vendor would supply the eggs?
24      A.   No, he didn't -- was not involved in
25  which vendor.  Mr. Hill, as we do with all

## 23

1   businesses, was the person who we reviewed our
2   strategy with and the various options associated
3   with the purchase of eggs.
4       Q.   So he would be familiar with the
5   reasoning why one egg vendor would be utilized
6   versus another vendor, correct?
7       A.   Not so much.  It was really about
8   cost.
9       Q.   Did Mr. Hill at Dreyer's have any
10  preferences for a particular type of egg that
11  was unique or different than other parts of
12  Nestlé?
13      A.   Mr. Hill would not have a
14  preference.
15      Q.   You mentioned the names Nestlé
16  Business Services and -- was it North American
17  Procurement?
18      A.   North American Procurement, correct.
19      Q.   When did that change occur?
20      A.   And that's about one year ago we
21  changed the name of the organization.
22      Q.   Any change in functionality?
23      A.   No change in functionality.
24      Q.   Could you describe Nestlé Business
25  Services?

## 24

1       A.   Nestlé Business Services was an arm
2   of the Nestlé organization whose charter was to
3   consolidate purchases throughout the systems of
4   Nestlé USA in order to maintain standards of
5   quality and food safety and leverage purchasing
6   opportunities where strategically feasible.
7       Q.   What do you mean by leverage
8   purchase opportunities when feasible?
9       A.   Many of the plants utilize the same
10  materials for their recipes.  It was our role
11  to -- and is our role to consolidate those
12  purchases.
13      Q.   Why is that a benefit to Nestlé?
14      A.   One is it controls who we are
15  purchasing from to be sure that only approved
16  suppliers are utilized for the safety of the
17  consumer and the quality of our materials.
18          Also, by putting in larger quantities
19  under one contract, we're in a position to more
20  successfully negotiate lower prices.
21      Q.   And has that occurred, that you've
22  been able to negotiate lower prices because of
23  volume?
24      A.   That is correct.
25      Q.   Is that true also in the context of

## 25

1   eggs?
2       A.   In the context of all the things we
3   purchase.
4       Q.   Since 2008 forward, what portion of
5   your time has consisted of purchasing eggs as
6   distinguished from the other items that you're
7   responsible for?
8       A.   Probably 10 percent or less.
9       Q.   Has that changed since you've been
10  at Nestlé?
11      A.   Only when they took away the egg
12  responsibility, it became zero.
13      Q.   So when I use the term "Nestlé
14  Business Services," I'll be also referring to
15  North American Procurement, as I understand the
16  functionality hasn't changed.
17      A.   I understand.
18      Q.   So what types of items does Nestlé
19  Business Services purchase for Nestlé?
20      A.   Anything that can be strategically
21  procured.  So we're not -- we're talking about
22  items that are purchased by more than one
23  location in a relatively substantial amount,
24  which can be everything from travel services to
25  capital equipment, office supplies, health and

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

---

26

1  life and medical benefits, along with all the
2  raw materials, functional ingredients.
3      Q.   You mentioned it's an arm of Nestlé.
4  What do you mean by that?
5      A.   I'm not intimate with the entire
6  reporting relationship.  Nestlé Business
7  Services did not report into one specific
8  business.  We were connected to NUSA by a way
9  that I'm not familiar with.
10     Q.   Who do you understand your employer
11 to be?
12     A.   Nestlé USA.  It's what's on my
13 check.
14     Q.   So when you mentioned that Nestlé
15 Business Services purchases on behalf of Nestlé,
16 does that include all corporate affiliates of
17 Nestlé USA?
18     A.   It does not.
19     Q.   What would be an example of
20 affiliates of Nestlé USA that NBS does not
21 purchase for?
22     A.   I think there may be some health
23 materials that NBS is not purchasing.  Other
24 than that, we have -- we touch all the other
25 divisions.

---

27

1      Q.   And in connection with eggs, is that
2  the case?
3      A.   That's correct.
4           And the exception on eggs would be
5  Purina.  I do not procure for them.
6      Q.   And is that solely related to the
7  inedible egg?
8      A.   That's correct.
9           And confections buys a small amount
10 of eggs that I don't handle because they're not
11 strategic for us.  They're unique to them.
12     Q.   Who's responsible for those?
13     A.   I do not know.
14     Q.   Do you know what egg products those
15 are?
16     A.   I don't know that either.
17     Q.   Do you know who the vendor is for
18 those eggs?
19     A.   I do not.
20     Q.   Who at Nestlé is involved with the
21 purchase of those eggs?
22     A.   I would say the group manager,
23 Carol Klein.
24     Q.   And why, again, are those
25 confection-related eggs outside of your group?

---

28

1      A.   My understanding, as I've seen the
2  categories of them, they're unique, they're
3  different than what I'm buying, they're very
4  small quantities, and they're best purchased
5  locally by that group, so they wouldn't be
6  considered strategic.
7      Q.   What makes you say they're unique?
8      A.   I didn't recognize some of the
9  descriptions.  I've not delved into it deeply,
10 but I think there's -- some requirements are
11 different than what I have.
12     Q.   What do you mean by "requirements"?
13     A.   There may be some change in the way
14 the component comes to that factory specifically
15 for what the use is versus what I buy.
16     Q.   Do you have a sense of the volume of
17 eggs that are purchased related to confection?
18     A.   I saw the numbers once in my career
19 here and it's extremely low.  It doesn't fit
20 into anywhere in the other $24 million worth of
21 purchases I do or did.
22     Q.   And the 24 million, is that of eggs?
23     A.   That was of eggs.
24     Q.   Would you say less than a million?
25     A.   Oh, yeah, it was less than a million

---

29

1  dollars.  And that's the best of my
2  recollection.
3      Q.   Was there a specific location that
4  those eggs were delivered to for confection?
5      A.   I do not know where they went to.
6      Q.   Do you know if those were custom
7  created eggs for confection?
8      A.   They could have very well been.
9           And when you say "confection," mark
10 that confection/nutrition.  It's that same
11 group.  It could have been going to either of
12 them.
13     Q.   And what would nutrition use for
14 eggs?
15     A.   They -- previously we owned a
16 company called Power Bar.  I believe that's been
17 spun off recently.  And they could have been
18 using them in that Power Bar formulation.
19     Q.   And confection would just generally
20 be candy?
21     A.   Yeah, it could be sweets and candy,
22 you're correct.
23     Q.   What sweets and candy uses eggs?
24     A.   I don't know.  I've never worked for
25 that division.  I've never seen the formulas.

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                      April 25, 2014

9 (Pages 30 to 33)

---

**30**

1  Q.  Are all the egg buyers in NBS
2  located in Solon?
3  A.  Not presently.  The buyer now is
4  located in Glendale, California.
5  Q.  This is as of three months ago?
6  A.  That's correct.
7  Q.  But before then, were all egg buyers
8  located here?
9  A.  With the exception of nutrition and
10  confections, yes.
11  Q.  And where was nutrition and
12  confection located?
13  A.  I don't know where those buyers
14  were.  It's a virtual organization, so people
15  don't necessarily work out of their office.
16  Q.  I want to try to understand how NBS
17  would work with the various divisions at Nestlé
18  for the purchase of eggs.
19  Would they tell you what eggs they
20  needed?
21  A.  Yes, they would.
22  Q.  They would prepare the spec?
23  A.  Yes, they would.
24  Q.  And the spec can become fairly
25  technical, can it not?

---

**31**

1  A.  It is very much so.
2  And if I might, the technical
3  complexity is hinged upon whether it is a
4  proprietary product for us versus a commodity
5  item.
6  Q.  Could you distinguish, tell me what
7  you mean by the differences between --
8  A.  A commodity item would be something
9  indistinguishable in nature that everybody buys,
10  everybody uses and it's only formulated one way.
11  Proprietary or custom is something
12  that we designate certain changes to be made of
13  value-added processing or other ingredients to
14  be included.
15  Q.  And were there examples of that in
16  connection with egg purchases?
17  A.  There were not for NBS or NAP.
18  Q.  All eggs that Nestlé purchased were
19  commodity eggs?
20  A.  That's correct.
21  Q.  Apart from your comment that they're
22  commodity eggs, is it fair to assume that the
23  technical specification that Nestlé had for eggs
24  may have varied from, as an example, the
25  technical specification Kellogg may have for

---

**32**

1  eggs?
2  A.  I've never seen a Kellogg
3  specification. I can't comment on that.
4  Q.  Is it possible?
5  MR. CAMPBELL:  Objection as to form.
6  You may answer if I object, yeah.
7  THE WITNESS:  I can?
8  MR. CAMPBELL:  You can.
9  THE WITNESS:  Okay.  Anything is
10  possible.
11  BY MR. BOETTGE:
12  Q.  Who was involved at Nestlé in
13  preparing the technical specifications?
14  A.  It would be a joint activity of the
15  technical applications group known as TAG,
16  T-A-G, and the specification writing group, or
17  specification authors.
18  Q.  And that's true in connection with
19  eggs?
20  A.  That is correct.
21  Q.  Is the technical applications group
22  within NBS?
23  A.  No, it is not.
24  Q.  What group are they in?
25  A.  They are a part of the businesses

---

**33**

1  that they develop for.
2  Q.  What about the specification writing
3  group, who are they with?
4  A.  The specification writing group is a
5  joint service, not a part of NBS, but they
6  service all the businesses.
7  Q.  So let's now talk briefly about the
8  businesses at Nestlé that purchase eggs.
9  Can you list those for me?
10  A.  Nestlé Prepared Foods, which is the
11  frozen meals.  There is eggs purchased for the
12  Hot Pockets business, Toll House Cookie,
13  Buitoni, the ice cream, Dreyer's.
14  Q.  Häagen-Dazs as well?
15  A.  That's -- Häagen-Dazs, I believe, is
16  a licensed item that we make, so I buy the eggs.
17  I don't know what they go into necessarily by
18  brand.  I just know they go to the ice cream
19  division.
20  Q.  Is Häagen-Dazs in the ice cream
21  division?
22  A.  Yes.  It's manufactured by them.
23  Q.  What else?
24  A.  Joseph's Pasta.  They are no longer
25  a part of our business.  They've been sold

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.

April 25, 2014

10 (Pages 34 to 37)

34

1 recently. I think that's it. I think I've
2 covered the businesses.
3     Q.    Are you familiar with the term
4 "shelf life"?
5     A.    Yes, I am.
6     Q.    And is that something that someone
7 from the division would advise NBS they would
8 need for their egg?
9     A.    That's correct.  And that would
10 come -- be on the specification.
11     Q.    Do the folks in the technical
12 applications group have technical training?
13     A.    I don't -- I've never seen their
14 resumés or their -- I can't answer
15 affirmatively, no.
16     Q.    You don't know one way or the other?
17     A.    I do not know.
18     Q.    How does NBS know which vendors to
19 buy egg from?
20     A.    We utilize a bidding process that is
21 extended to only approved vendors.  On occasion
22 we will allow unapproved vendors to participate,
23 but they know full well going in that they will
24 not be given any volume until such time as
25 they're approved.

35

1     Q.    How does an egg vendor become
2 approved?
3     A.    There's an on-boarding process
4 through the years.  It's changed and evolved,
5 but the on-boarding process is about securing
6 certificates of insurance, understanding their
7 financial wherewithal.  Are they properly
8 capitalized?  Does their physical plant meet
9 Nestlé's standards?  Do their materials pass
10 microbiological examination?  Does their factory
11 have a HAP ASA Plan, has an analysis and
12 critical control points?  Do they have a proper
13 hold and recall process in place, and can they
14 meet our specification for the material
15 consistently?
16     Q.    Who at Nestlé is responsible for
17 determining whether a vendor is approved or not
18 approved?
19     A.    It's a result of all these
20 departments sending in and approving their
21 individual pieces, and then procurement
22 excellence group consolidates it and shows them
23 on a spreadsheet as being an approved vendor or
24 not approved vendor.
25     Q.    You mentioned departments sending in

36

1 individual.
2         Does that suggest that the various
3 divisions we talked about are responsible for
4 approving a vendor or --
5     A.    Not the divisions.  So that we have
6 a central audit group who goes and inspects the
7 factory that we seek to get approved and they
8 would send their approval or rejection.  Same
9 thing with the TAG group, analyzing the
10 consistency of the materials.  But it's not by
11 business; it's by function.
12     Q.    When you say "function," what do you
13 mean?
14     A.    Quality, safety, food safety, vendor
15 improvement team, central audit, financial for
16 financial status and stability.
17     Q.    What's the vendor improvement team?
18     A.    We have learned over time some best
19 practices that are good for Nestlé and good for
20 the industry, and we will share those best
21 practices with our suppliers.
22     Q.    Okay.  Can give me examples in
23 the context of eggs where that's occurred?
24     A.    I don't have any regarding eggs that
25 I'm aware of.

37

1     Q.    Mr. Feyman, I'm going to be showing
2 you from time to time today documents that we
3 marked yesterday as deposition exhibits in the
4 deposition of William Trask, so I'll be
5 referring to the exhibit number that we used in
6 that deposition.
7     A.    I understand.
8     Q.    The first document I'll show you
9 which fits that description is what we
10 identified as Trask Exhibit 6.
11         Do you recognize this document?
12     A.    Yes, I do.
13         MR. CAMPBELL:  I'm sorry, Doug, what
14 was it?
15 BY MR. BOETTGE:
16     Q.    And what is this document?
17         MR. CAMPBELL:  What was it?
18         MR. BOETTGE:  This is Trask
19 Exhibit 6.
20         MR. CAMPBELL:  Okay.
21 BY MR. BOETTGE:
22     Q.    And what does this document purport
23 to be?
24     A.    A supplier strategy of some type.
25     Q.    Who prepared it?

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                      April 25, 2014

11 (Pages 38 to 41)

---

**38**

1      **A.  I do not know.**
2      Q.  Is this the type of document that's
3  prepared on a regular basis?
4      **A.  I've never seen one of these before**
5  **and we do not and have not prepared them since**
6  **during my tenure.**
7      Q.  When you say you've never seen one
8  of these before --
9      **A.  Before today.**
10      Q.  But you recognize the document?
11      **A.  I recognize it because I saw it this**
12  **morning.**
13      Q.  But before this morning, you never
14  saw it?
15      **A.  Never saw it, sir.**
16      Q.  I'd focus your attention on the
17  column identified as Strategy.  And you see
18  there are a list of descriptions?
19      **A.  Yes, I do.**
20      Q.  Are you familiar with those
21  descriptions:  Core, T3, T2?
22      **A.  I do not know any of those.  I have**
23  **never seen those before this morning, and I do**
24  **not use them in my work today.**
25      Q.  I want to turn your attention to the

---

**39**

1  fourth page, and there's a description of what a
2  core supplier is.
3      Do you see that?
4      **A.  Yes, I do.**
5      Q.  And there's identification that
6  "These suppliers are those who support
7  Dreyer's."
8      Do you see that?
9      **A.  Okay.  (Reading out of the hearing**
10  **of the reporter.)  I do see that, yes.**
11      Q.  Does this suggest to you that this
12  is a document that's specific to Dreyer's
13  vendors?
14      **A.  I -- I do not know.**
15      Q.  Yes.  Are you aware of the various
16  divisions characterizing the vendors that supply
17  their eggs?
18      **A.  No, I am not.**
19      Q.  You'll see at the bottom of the
20  document that identifies a name of the document
21  and the Bates number.  There's a reference to
22  this being a preferred vendor list, 8-27-2007.
23      Do you see that?
24      **A.  Yes, I do.**
25      Q.  Are you familiar with the term

---

**40**

1  "preferred vendor list"?
2      **A.  I'm familiar with preferred vendor.**
3  **I'm not familiar with preferred vendor list.  I**
4  **have not seen one before.**
5      Q.  What is a preferred vendor?
6      **A.  It would be a term used to describe**
7  **a long-term vendor who's served us well who's**
8  **priced competitively that we may feel**
9  **comfortable doing more business or recommending**
10  **to use in other areas.**
11      Q.  Is there any other documents at
12  Nestlé that identify those vendors that are
13  preferred vendors versus those that are not?
14      **A.  I do not know.  I have not seen one.**
15      Q.  How does Nestlé keep track who's the
16  preferred vendor or not?
17      **A.  I think it's anecdotal at best from**
18  **the specific subject matter, experts who are the**
19  **buyers.**
20      Q.  And who would those experts be for
21  eggs?
22      **A.  For eggs, it would have been all**
23  **those people responsible we listed earlier.**
24      Q.  What are the factors that Nestlé
25  considers or analyzes when it purchases or

---

**41**

1  solicits bids for eggs?
2      **A.  Well, first of all, they must be an**
3  **approved vendor.  They must be able to meet the**
4  **specifications.  They must be a factory that's**
5  **in good standing, if they're USDA inspected.**
6  **They must manufacture the products in food safe**
7  **and employee safe environments, and they must be**
8  **competitively priced to allow us to compete in**
9  **the marketplace.**
10      Q.  Would you agree that quality, the
11  quality of eggs, is particularly important for a
12  food manufacturer?
13      **A.  It's extremely important.**
14      Q.  I want to show you what's been
15  previously marked as Trask Exhibit 7.  This is
16  an e-mail; the top e-mail is from Ned Rokke to
17  yourself and Bill Trask.
18      Do you see that?
19      **A.  Yes, I see that.**
20      Q.  I turn your attention to the second
21  page of the e-mail.  There's a comment that "egg
22  products have a high potential for
23  microbiological contamination."
24      Do you see that?
25      **A.  Yes, I do.  Top -- the first**

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                          April 25, 2014

12 (Pages 42 to 45)

---

42

1  sentence you're speaking of?
2      Q.   Yeah.
3      A.   Yes.
4      Q.   And do you agree with that?
5      A.   Yes, I do.
6      Q.   And there's a reference to
7  microstandards.
8           What are microstandards?
9      A.   They are the counts or presence of
10 certain bacteria or pathogens which we establish
11 limits on our specification for the products we
12 buy.
13     Q.   And who establishes those limits?
14 Who --
15     A.   The technical applications group in
16 conjunction with the quality management team.
17     Q.   And there's a comment about Nestlé's
18 exacting microstandards.
19          What does "exacting standard" mean?
20     A.   In the way I -- I don't know
21 how -- what was meant by the person who wrote
22 this, but in today's world, we are unwavering.
23 It must meet the standard or exceed the
24 standard, and it cannot be received or used if
25 it does not, and we give them specific numbers

---

43

1  that must be met.
2      Q.   Would you agree that Nestlé's
3  standards are such that not every manufacture
4  can meet them?
5      A.   Yes, I agree with that statement.
6      Q.   Have there been instances when
7  Nestlé has determined that an egg producer does
8  not meet Nestlé's exacting standards?
9      A.   I'm not aware of any egg producer
10 being excluded.
11     Q.   What factors does Nestlé consider
12 that you haven't touched on already when
13 choosing egg product suppliers?
14     A.   Well, I think we've really covered
15 the major ones.
16     Q.   How about reliability, is that
17 important?
18     A.   Service is tracked, yes.
19     Q.   What do you mean by "service is
20 tracked"?
21     A.   The time of arrival, is it the
22 quantity we ordered, does it arrive within a
23 certain window of time that it makes its
24 receiving appointment for.
25     Q.   Is that important to Nestlé?

---

44

1      A.   Yes, it is.
2      Q.   And why is that?
3      A.   We only have a certain amount of
4  docks to receive from.  If all the trucks show
5  up at one time, we'd be able unable to get them
6  unloaded in an organized manner to get them
7  received.
8      Q.   Are you aware of any factors in
9  connection with eggs that differentiate a
10 producer's egg products from another producer's?
11     A.   I am not aware of any factors on the
12 egg specification.  I consider them a commodity.
13     Q.   How about the taste or texture of
14 eggs?  Is that any consideration that Nestlé has
15 used in choosing one egg supplier versus
16 another?
17     A.   Only in one case, which is where the
18 eggs are purchased fully cooked for inclusion in
19 our meal assembly, and that's the scrambled egg
20 mix.
21     Q.   And who makes that product?
22     A.   It's been purchased from Cargill
23 Kitchens for a number of years.
24     Q.   Anyone else?
25     A.   Other people make it, yes.

---

45

1      Q.   Has Nestlé purchased that product
2  from anyone other than Cargill?
3      A.   We have not.  We've sampled it from
4  others but are not satisfied with the material.
5      Q.   Does Nestlé market the products it
6  makes using egg products as being superior in
7  quality?
8      A.   I don't believe so.
9      Q.   Nestlé doesn't attempt to
10 distinguish to a consumer, as an example, that
11 its Dreyer's Ice Cream is of a higher quality
12 than other ice cream manufactured by different
13 manufacturers?
14     A.   I'm not intimate enough with the
15 Dreyer's marketing strategy.  I have never given
16 them any information to support something being
17 better than something else, so I don't -- I
18 can't answer that.
19     Q.   Back to Trask Exhibit 7 that's in
20 front of you, also on the top of the second
21 page, there's a comment, "Secondly, egg proteins
22 can vary greatly in" -- I'm going to try to
23 pronounce this -- "organoleptic quality.  Poor
24 ones can be sulfurous."
25          What does that mean?

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                        April 25, 2014

46

1    A.   I do not know.
2    Q.   Are you aware of egg proteins
3  becoming sulfurous?
4    A.   I am not.
5    Q.   There's a comment on the first page
6  about being a certified supplier status.  This
7  is in the e-mail from Betsy Jones.
8    A.   About where on it?
9    Q.   Sure.
10         This is in the third sentence of the
11  e-mail from Miss Jones to Mr. Hahn and
12  Mr. Rokke.
13    A.   That would be in reference to being
14  an approved vendor.
15    Q.   And is that your understanding,
16  what's listed here, that a certified supplier
17  means that Nestlé tests their incoming
18  ingredients on an audit basis?
19    A.   I'm going to say conditionally yes,
20  because this correspondence was written
21  October 24th, 2008.  I started August 28th, I
22  think, of 2008.  And the terms have changed over
23  the years.  I believe certified supplier is now
24  an approved -- on the approved vendor list, a
25  vendor approval list.

47

1          So I'm not sure what some of these
2  things might have meant back then.  I was too
3  new.
4    Q.   Would you agree that if a vendor had
5  issues with quality, they could fall off the
6  approved vendor list?
7    A.   That is correct.
8    Q.   And then there's a comment at the
9  top from Mr. Rokke, "Bill/Steve, note comments
10  from R&D relative to our conversation."
11         Do you see that?
12    A.   Yes, I do.
13    Q.   And do you recall the conversation?
14    A.   I do not.
15    Q.   Is this an example of an instance in
16  which R&D would be germane to purchasing
17  decisions at Nestlé?
18    A.   It could be, yes.
19    Q.   What are the circumstances in which
20  egg purchasing at Nestlé becomes involved with
21  R&D?
22    A.   If the materials received and
23  utilized in manufacturing did not yield the
24  appropriate taste, check, texture, color,
25  flavor, an investigation would be conducted to

48

1  determine what caused the shortcoming of the
2  quality of the offering.
3    Q.   Can you think of any examples where
4  that's occurred?
5    A.   Oh, it happens all the time.
6  Everything is tested for texture and taste, and
7  it takes place on proteins, tough chicken, mushy
8  chicken.
9    Q.   And that's true with respect to eggs
10  as well, correct?
11    A.   I can't say yes to that with the
12  exception of the IQF, scrambled eggs.  These are
13  a component that are mixed in.  I'm not
14  technically astute enough to know what they
15  could or could not do to ruin the meal, but --
16    Q.   Is the spectrum of egg products that
17  a vendor is able to sell also important to
18  Nestlé?
19    A.   Yes, it is.
20    Q.   How so?
21    A.   If a vendor were to present itself
22  as an approved vendor, a low-cost producer or a
23  competitive cost-producer, it's always
24  advantageous to put as much weight on the
25  trucks.  So if I can buy three components, get

49

1  40,000 pounds on a truck, I'm going to have a
2  lower freight rate than if I'm only buying one
3  component from them and the truck has only got
4  20,000 pounds on it.  The rest of it is empty.
5  I'm paying for the truck, and the disbursement
6  of those freight costs become more expensable to
7  20,000 pounds than 40.
8    Q.   Any other reason that's important,
9  that a particular vendor may sell different egg
10  products?
11    A.   It also puts us in an ensure supply
12  position that's favorable to our strategies.
13    Q.   What do you mean by that?
14    A.   The more approved vendors you have
15  supplying the myriad of items, the better your
16  opportunity should a plant burn down, get
17  flooded, blow up, labor action, governmental
18  intervention.  It gives me some options.
19    Q.   Is it also a consideration for
20  Nestlé the number and location of plants that an
21  egg producer may have?
22    A.   Location, yes.
23    Q.   Why is that important?
24    A.   Lower freight if it's closer to our
25  production facility where we receive the goods.

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                        April 25, 2014

14 (Pages 50 to 53)

---

**50**

1    Q.   Any other reasons?
2        A.   Well, with the number, if a producer
3  of any materials for Nestlé has more than one
4  location manufacturing the same thing, that's
5  part of an ensure supply strategy.  If one of
6  their plants goes down, I can buy it from
7  another approved company that knows how to work
8  with us and give us our goods.
9        Q.   When you say "knows how to work with
10  us," what do you mean by that?
11        A.   Well, understands our standards of
12  operation, our requirements for quality,
13  microbiological, the standards for the factory,
14  the factory has been inspected.  And since every
15  piece of equipment and every component up to the
16  pH of water affects things that are
17  manufactured.  Changing location to reach
18  acquires sometimes adjustments of formulation of
19  what people may provide to me.
20        So if they know what the standard
21  is, then they can produce it in another factory
22  under slightly different circumstances and still
23  meet my standards.
24        Q.   Are you familiar with a document
25  prepared by Nestlé that evaluates vendors on a

---

**51**

1  quadrant basis?
2        A.   I know of one that I'm intimate
3  with, yes.
4        Q.   Could you describe that?
5        A.   I believe you're talking about a
6  document that feeds off of our seven step
7  strategic strategy process where we rank all of
8  our vendors on numerous criteria that then feed
9  into a spreadsheet that becomes a bubble chart
10  consisting of four quadrants and assigns a
11  status to each vendor based on the quadrant they
12  fall.
13        Q.   Do you know if any of those
14  documents were produced in this litigation?
15        A.   I do not.  I don't recall seeing any
16  or supplying any.
17        Q.   Were you involved in gathering
18  documents?
19        A.   Yes, I was.
20        Q.   What steps did you take to gather
21  documents?
22        A.   I utilized my team who had some
23  involvement at one time or another that was
24  still with me to comply with the requests that
25  were sent over.  So I was the lead and I

---

**52**

1  disbursed it to the employees for research.
2        Q.   What did you tell them?
3        A.   Supply any and all documents
4  pertaining to this request.  Do not destroy
5  anything.  Do not erase anything.  And do it by
6  the timeline that they were requested to do it.
7        Q.   What was the team that you had
8  provided that direction?
9        A.   At the time -- let's see.  This was
10  about two years ago that I think this thing
11  started and requests may have come in.  So I'd
12  say at that time it was Keith Reardon and
13  Pauline Morawski, M-O-R-A-W-S-K-I.
14        Q.   Anyone else?
15        A.   I think that was it.  There may have
16  been some requests by them to other people to
17  write some queries to get data, and I think that
18  we had to pull some materials from some off-site
19  storage, maybe Iron Mountain, so other people
20  were involved in those requests, but the key
21  gatherers were those two people.
22        Q.   And can you describe again Keith's
23  role?
24        A.   Keith was a sourcing specialist
25  supporting the protein buyers.

---

**53**

1        Q.   Did he replace Mr. Trask?
2        A.   No, you can't -- no.  We changed our
3  structure, so Trask was in a different sourcing
4  specialist role.  That role doesn't exist, as
5  Mr. Trask held it, anymore.  But he did replace
6  Trask from a standpoint of a developmental
7  position where we give people a category to
8  manage.
9        In the case of Trask, he was given
10  it because of an illness of an employee, to
11  manage eggs.  In the case of Reardon, he was
12  given it to see how he would do as a strategic
13  buyer.
14        Q.   When did Mr. Reardon start at
15  Nestlé?
16        A.   At Nestlé, I do not know.  He was
17  with the firm about five years, I believe.
18        Q.   When did he start as a sourcing
19  specialist and have a role with eggs?
20        A.   I cannot remember the exact time.
21        Q.   Would it have been after Trask?
22        A.   Yes, it was absolutely after Trask.
23        Q.   So it would have been sometime in
24  2010 or so?
25        A.   Yeah.  It would have to be in that

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                      April 25, 2014

54

1  area.
2      Q.   What about Pauline Morawski?
3      A.   Morawski.
4      Q.   Morawski.
5      A.   Pauline has been an administrative
6  support person for, I think eight years now
7  within the procurement function.
8      Q.   What's an administrative support
9  person?
10     A.   They assist in any and all needs of
11 the buyers, from arranging calls to assisting
12 with correspondence to following up on any and
13 all outstanding matters that they're asked to do
14 so.  Calculating prices, issuing purchase
15 orders.
16     Q.   The document that you mentioned
17 that --
18     A.   Bubble chart.
19     Q.   The bubble chart.  Does that have a
20 name?
21     A.   Yeah, I think it does.  I don't
22 recall.  Segmentation.
23     Q.   How often is that document prepared?
24     A.   Could be once a year, it could be
25 every five years, depending on anything that

55

1  changes in the category.
2      Q.   And you mentioned category.  Would
3  eggs be a --
4      A.   Eggs would be a category.
5      Q.   So there would be a separate
6  segmentation prepared for eggs?
7      A.   If there was one.  I can't say that
8  there is one then.  I'm not even exactly sure if
9  there is one now.  It's a $24 million purchase.
10 I have $600 million plus.  That's a small piece,
11 not really a high visibility category from that
12 standpoint, so I don't think there is one.
13     Q.   Who would you ask to find out if, in
14 fact, such a document exists?
15     A.   Probably ask Ann D'Angelo who was
16 the last full-time buyer prior to transferring
17 these out of my department.
18     Q.   Andy?
19     A.   Ann, A-N-N.  D'Angelo, D,
20 apostrophe, A-N-G-E-L-O.
21     Q.   She worked for you?
22     A.   She works for me.
23     Q.   And she had a responsibility with
24 eggs?
25     A.   Yes, she did.

56

1      Q.   What was her role with eggs?
2      A.   She was the egg buyer for about two
3  years.
4      Q.   Who did she replace?
5      A.   She replaced Reardon.
6      Q.   Where did Reardon go?
7      A.   Reardon left the firm.
8      Q.   You mentioned there are four
9  assigned strategic areas on the bubble chart?
10     A.   Yeah.  There's four quadrants.
11     Q.   Do you know what those quadrants
12 are?
13     A.   One of -- the names have changed a
14 couple of times, so I could be incorrect.  I'm
15 going to say critical, bottleneck, strategic and
16 maybe routine.
17     Q.   And you would rank a vendor related
18 to each of those categories?
19     A.   It's a -- no.  We would not rank the
20 vendor to those categories.  That spreadsheet
21 would -- will rank the vendor from the
22 standpoint of financial stability, all these
23 different factors, flows through some type of
24 formula that then puts the bubble based on size
25 of purchases from them.  The more we buy from

57

1  them, the bigger the bubble, and it places them
2  in those quadrants.
3      Q.   In addition to financial stability,
4  what are the other factors?
5      A.   I just -- I'm just not intimate
6  enough with it to remember them.
7      Q.   So other than size of purchases,
8  what other factors go into whether an egg vendor
9  or any vendor here would be critical,
10 bottleneck, strategic or routine?
11     A.   I think that quality, experience
12 with them is in there, too.
13     Q.   What else?
14     A.   Reliability.  They get some input
15 from the factories.  Are they on time.
16     Q.   Anything else?
17     A.   That's all I can recall.
18     Q.   Would you look at whether other
19 producers manufacture a certain product?
20     A.   Yeah, that comes into that.  That
21 kind of puts them into a bottleneck situation.
22 So there's got to be some things that feed to
23 that.  Is it -- might be a question in there
24 about ensure supply.  Is it single source or
25 multiple source.

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                    April 25, 2014

16 (Pages 58 to 61)

---

**58**

1  Q.  What about strategic?  What factors
2  into strategic?
3  A.  Well, those factors I just gave you
4  would apply to all of them, and it spits it out
5  into those quadrants, so I can't say what is
6  weighted more than others.
7  Q.  So would you agree that these
8  factors that we've talked about over the last
9  few moments, quality, reliability, spectrum of
10 purchases -- or spectrum of products, et cetera,
11 are factors other than price that Nestlé
12 considers when choosing to purchase a particular
13 egg product?
14 A.  Those factors are definitely
15 considered and there's probably many more, but I
16 didn't -- they don't come to my immediate
17 memory.
18 Q.  And you're aware, correct, that
19 Nestlé has filed a suit against a number of
20 entities, including United Egg Producers and a
21 number of egg producers?
22 A.  Yes, I am.
23 Q.  What's your understanding of the
24 allegations in the lawsuit?
25         MR. CAMPBELL:  I object and instruct

---

**59**

1  the witness not to answer on the ground that to
2  the extent his knowledge is gained from me in
3  privileged conversations, it is immune from
4  discovery.
5         However, if he has any knowledge
6  outside of those conversations with me or the
7  legal department in Nestlé, then he may answer.
8  BY MR. BOETTGE:
9  Q.  And that's fair.
10 A.  Okay.
11 Q.  With that caveat, what's your
12 understanding of the allegations in the lawsuit?
13 A.  That the egg producers controlled
14 output, thus controlling and managing prices to
15 be higher than what they probably should have
16 been.
17 Q.  Have you talked to anyone at Nestlé
18 other than counsel about the lawsuit?
19 A.  To the degree of the people that did
20 the research, I told them what they were
21 researching for.  And then my boss, of course.
22 And anytime I was tied up on these -- the
23 depositions, preparation for depositions,
24 materials.  I mean, I think that -- I couldn't
25 remember who I told.  I told my wife I was being

---

**60**

1  deposed today in case I don't come home, you
2  know.
3         So I've told a number of people that
4  there's a lawsuit that I'm involved in.
5  Q.  And your boss --
6  A.  Mr. Whitcombe.
7  Q.  What did you tell him about the
8  lawsuit?
9  A.  Just that I would be tied up on
10 Wednesday and Friday.  I mean, we've also
11 discussed on a number of occasions that there
12 was a lawsuit that we're seeking recovery for
13 damages.
14 Q.  What else did you discuss with
15 Mr. Whitcombe about the lawsuit?
16 A.  That would probably be that.  That
17 would probably be the extent of it.
18 Q.  Did you discuss with Mr. Whitcombe
19 any of the allegations in the lawsuit?
20 A.  No, I don't think I actually got
21 into the details.  I think that I told him it
22 was related to controlling prices and that was
23 self-explanatory.
24 Q.  Did you talk to anyone at Nestlé
25 about the lawsuit before the lawsuit was filed?

---

**61**

1  A.  I don't believe so.  I think the
2  first knowledge was when I saw something in the
3  press.
4  Q.  You saw something in the press that
5  Nestlé had filed the lawsuit?
6  A.  No.  That there was a class action
7  suit of some type.
8  Q.  Did you talk to anyone at Nestlé
9  about Nestlé filing its own complaint?
10 A.  I've talked to counsel.  That's it.
11        MR. BOETTGE:  You know, why don't we
12 do this?  Why don't we take a short break.
13 We've been at it for a little while.
14        THE VIDEOGRAPHER:  Off the record.
15 The time is 9:17.
16        (Recess taken.)
17        THE VIDEOGRAPHER:  We're back on the
18 record.  The time is 9:26.
19        MR. BOETTGE:  Mark this as Feyman
20 Exhibit 2.
21
22
23
24
25

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                April 25, 2014

---

**62**

1           - - - - -
2           (Thereupon, Deposition Exhibit 2,
3       Second Amended Complaint, was marked
4       for purposes of identification.)
5           - - - - -
6   BY MR. BOETTGE:
7       Q.   Showing you, Mr. Feyman, what I've
8   marked as Exhibit 2.  It is the second amended
9   complaint that Nestlé has brought against
10  defendants in this matter.  Let's take a look
11  at -- and for the record, it's the redacted copy
12  that I'm using as an exhibit.
13          Let's take a look at paragraph 17 on
14  page 10.  I just want to get some understanding
15  here of the definition of Nestlé.
16      A.   I just got to get that open.
17          Okay.  Paragraph 17.
18      Q.   And there's a reference of Nestlé
19  Prepared Foods Company.
20          Do you see that?
21      A.   Yes, I do.
22      Q.   And what is Nestlé Prepared Foods
23  Company?
24      A.   That is DiGiorno Pizza, Hot Pockets,
25  Stouffer's, Lean Cuisine.  Like I said, prepared

---

**63**

1   foods company.
2       Q.   Is Nestlé Prepared Foods Company a
3   separate corporate entity than Nestlé USA?
4       A.   I don't believe so.  It's just a
5   part of Nestlé USA.
6       Q.   And what is Nestlé Dreyer's Ice
7   Cream Company?
8       A.   A part of Nestlé USA.
9       Q.   Again, is it a separate entity?
10      A.   I don't know.
11      Q.   Are you aware of any Nestlé related
12  entities that have assigned their claims in this
13  lawsuit to Nestlé USA?
14      A.   I am not.
15      Q.   Did any Nestlé -- and for the
16  purposes of today's deposition, when I say
17  "Nestlé," I'll be referring to Nestlé as broad
18  as possible to include all divisions,
19  affiliates, entities that are underneath the
20  Nestlé umbrella.
21          Is that fair?
22      A.   Yes.
23      Q.   Did any Nestlé subsidiaries,
24  affiliates, divisions, purchase shell eggs since
25  1999?

---

**64**

1       A.   Not to my knowledge.
2       Q.   So again, clarifying today, when I
3   refer to eggs, I'll be referring to egg
4   products, correct?
5       A.   I understand.
6       Q.   Is that fair?
7           Let's look at in Exhibit 2, the
8   paragraph 105.
9           MR. CAMPBELL:  Page 46.
10          MR. BOETTGE:  Thank you.
11          THE WITNESS:  Okay.
12  BY MR. BOETTGE:
13      Q.   Do you see there is a chart at the
14  bottom of page 46 going to page 47?
15      A.   Yes.
16      Q.   And it identifies the top 20 egg
17  producers who owned approximately 55 percent of
18  laying hens.
19          Do you see that?
20      A.   I see that chart.
21      Q.   Which of these 20 producers have
22  made proposals to supply Nestlé with egg
23  products?
24      A.   To my knowledge and tenure, Rose
25  Acres, Rembrandt, Sparboe, Michael's Foods,

---

**65**

1   Cal-Maine.  That would be it.
2           MR. BESMAN:  Can I ask a clarifying
3   question?
4           MR. BOETTGE:  Sure.
5           MR. BESMAN:  When you refer to
6   Nestlé -- again, I know you defined it -- are
7   you referring to Nestlé USA and its U.S.
8   affiliates or Nestlé in the entire world?
9           MR. BOETTGE:  I'm referring to who's
10  been identified in the complaint, I believe, is
11  Nestlé USA, Inc.
12          MR. BESMAN:  Okay.  Sorry.  Thank
13  you.
14  BY MR. BOETTGE:
15      Q.   Which of those 20 producers did
16  Nestlé purchase egg products from?
17      A.   Rose Acre, Rembrandt, Michael Foods.
18      Q.   What's your understanding or when do
19  you recall Cal-Maine --
20          MR. CAMPBELL:  Doug, just a minute.
21  He's not through looking at this.
22          MR. BOETTGE:  Oh, I'm sorry.
23          THE WITNESS:  I'm all set.
24          MR. CAMPBELL:  Okay.
25  BY MR. BOETTGE:

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

18 (Pages 66 to 69)

66

1    Q.   When do you recall Cal-Maine
2  proposing to supply Nestlé with egg products?
3    A.   That would be before my time, but I
4  saw the name in the records.
5    Q.   What records?
6    A.   The things that were pulled together
7  that showed some volume purchases when the
8  materials were put together.
9    Q.   But your understanding is Cal-Maine
10 did not --
11   A.   I do not know either way.  Just saw
12 the name.
13   Q.   Can you describe for me again what
14 you were looking at when you say "volume
15 purchases"?
16   A.   It appeared that there was some
17 spend against that company's name, to my
18 recollection.  But I did not buy them or sign
19 for them.
20   Q.   Did you ask anyone at the company as
21 to whether Nestlé had ever purchased egg
22 products from Cal-Maine?
23   A.   I did not.
24   Q.   Was this a spreadsheet you were
25 looking at?

67

1    A.   It was an extract of spend that went
2  back into the history and it was quite a while
3  ago.
4    Q.   Was it an extract from SAP?
5    A.   I think so, yes.
6    Q.   Did you ask someone to prepare that
7  extract for you?
8    A.   That extract would have been asked
9  for as part of the documents requested.
10   Q.   Do you know that extract was
11 supplied?
12   A.   I do not.  I can only assume yes.
13   Q.   And what was the query that created
14 the extract?
15   A.   Just -- it would have been spend on
16 the egg category.
17   Q.   Did you see any volume associated
18 with that?
19   A.   I didn't see any volume, no.
20   Q.   You see zero volume?
21   A.   There was no volume that I recall.
22 I just saw a dollar figure.
23   Q.   What about Sparboe?  What's your
24 understanding that Sparboe had proposed to
25 supply Nestlé with eggs?

68

1    A.   I've only heard that name mentioned
2  from the past when I took over, but I have no
3  firsthand knowledge of them selling to us.
4    Q.   Do you have any firsthand knowledge
5  or any knowledge that, in fact, Sparboe had
6  proposed to supply Nestlé with eggs?
7    A.   I do not.
8    Q.   You do not know either way?
9    A.   That's correct.
10   Q.   You just heard their name
11 referenced?
12   A.   Correct.
13   Q.   Was Sparboe on this document that
14 you mentioned earlier?
15   A.   No, I don't recall seeing them.
16   Q.   Do you recall the dates of this
17 extract, how far back it went?
18   A.   It would have been inclusive of the
19 dates requested by the exhibit materials, so
20 whatever was asked of me, that's what we put in
21 for a parameter.
22   Q.   Did you have any communications with
23 any -- or did anyone at Nestlé have any
24 communications with any of the producers that
25 are listed in this chart that you're aware of?

69

1    A.   Any communication?
2    Q.   Correct.  Apart from Michael Foods,
3  Rembrandt and Rose Acre.
4        Are you familiar with any
5  communications anyone at Nestlé had with anyone
6  from those companies?
7    A.   I am not.  Apart from those people?
8    Q.   Correct.
9    A.   Excluding those people?
10   Q.   Excluding Michael Foods, Rembrandt,
11 Rose Acre?
12   A.   Yep.  I am not.
13   Q.   Apart from Rose Acre, Rembrandt and
14 Michael Foods, do you think any of the other 17
15 companies listed in the chart are viable
16 candidates to supply Nestlé with egg products?
17   A.   I do not know.
18   Q.   You don't know one way or the other?
19   A.   Correct.
20   Q.   For which Nestlé products or brands
21 did Nestlé purchase egg products from
22 Michael Foods?
23   A.   Prepared Foods, Joseph's Pasta, Toll
24 House Cookies.  I believe that would be it.
25   Q.   Dreyer's?

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

19 (Pages 70 to 73)

---

**70**

1    A.   I don't believe we used Michael's
2  for Dreyer's.
3    Q.   Did Nestlé require Michael Foods to
4  provide any of its egg products to be UEP
5  certified egg products?
6    A.   Yes, we did.
7    Q.   Which ones?
8    A.   All of them over time.
9    Q.   So Nestlé has required Michael Foods
10 to supply the eggs that it used for prepared
11 foods to be UEP certified eggs?
12   A.   That's correct.
13   Q.   When did that happen?
14   A.   It was not at one single point.  It
15 was progressively over time.
16   Q.   What about with respect to the
17 prepared foods?
18   A.   Probably 2007 it started.
19   Q.   It's your testimony that Nestlé
20 demanded Michael Foods to provide UEP certified
21 eggs for the eggs that were used in the prepared
22 foods group?
23   A.   Yes.
24   Q.   What about Joe's Pasta?
25   A.   Joseph's?  Yes, as well.

---

**71**

1    Q.   And when do you recall Nestlé
2  demanding that Michael Foods supply Nestlé with
3  UEP certified eggs to be used in the Joseph's
4  Pasta product?
5    A.   Subsequent to 2008, but I don't
6  remember an exact date.
7    Q.   Was there a time prior to 2008 when
8  Michael Foods was supplying egg to Nestlé for
9  Joseph's Pasta that was not UEP certified?
10   A.   I do not know.
11   Q.   Who would know?
12   A.   The buyer at Joseph's Pasta.
13   Q.   Do you have any information that
14 would suggest that Michael Foods did not
15 provide -- or any information to suggest that
16 Michael Foods -- one way or the other, whether
17 Michael Foods provided certified egg to -- or
18 non-certified egg to Joseph's Pasta before 2008?
19   A.   I do not.
20   Q.   How about Toll House?  When did
21 Nestlé demand that the eggs that Michael Foods
22 supplied for Toll House be UEP certified?
23   A.   I would say starting someplace
24 around 2007 was a request, but I don't know when
25 the demand date was set.

---

**72**

1    Q.   Did you do anything in preparation
2  for this deposition to educate yourself as to
3  the eggs that -- or whether the eggs that Nestlé
4  purchased from Michael Foods were UEP certified?
5    A.   I did not.
6    Q.   What do you base your understanding
7  that Nestlé in 2007 demanded that the eggs that
8  Michael Foods used to supply Toll House be UEP
9  certified?
10   A.   Ask that question again.
11   Q.   Sure.
12        I'm saying, what's the basis of your
13 knowledge that in 2007, or starting in 2007,
14 Nestlé began requiring that the eggs
15 Michael Foods supplied for Toll House would be
16 UEP certified?
17   A.   The orientation and cross
18 information I received from Ed Lewis, taking
19 over for him, there was discussion that this was
20 an ongoing trend.
21   Q.   What did Mr. Lewis tell you?
22   A.   The marketing groups were anxious to
23 be sure that the animal welfare considerations
24 were given to where we buy eggs from.
25   Q.   And who were the marketing groups?

---

**73**

1    A.   I wouldn't know their names back
2  then.  They're -- we have a brand marketing
3  group for every brand.
4    Q.   Okay.  So this would have been --
5    A.   So one of those --
6    Q.   This would have been a requirement
7  coming from each specific brand's marketing
8  group?
9    A.   It could have been from one, could
10 have been from all of them.  I do not know.
11   Q.   Have you had any discussions at any
12 time with any of the marketing groups in
13 connection with animal welfare?
14   A.   Yes, I have.
15   Q.   Could you describe those
16 discussions?
17   A.   We've had discussions about the law
18 that started in California concerning cage-free
19 birds and the effect it's going to have on egg
20 supply.
21   Q.   Any other discussions that you've
22 had?
23   A.   That would pretty much be it.  That
24 was a major one.
25   Q.   Did you have any discussions with

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                       April 25, 2014

20 (Pages 74 to 77)

---

74

1  anyone with respect to UEP certified?
2      A.  **Only my buyers and to ensure that we**
3  **require UEP certified.**
4      Q.  Was this a requirement that was
5  included in the spec?
6      A.  **I don't believe so.**
7      Q.  It was separate from the spec,
8  but --
9      A.  **I believe so.**
10     Q.  -- nevertheless a requirement?
11     A.  **Right.**
12     Q.  Mr. Feyman, I'm showing you a
13  document that we've marked Feyman Exhibit 3.
14          - - - - -
15         (Thereupon, Deposition Exhibit 3,
16         Memo to John Hill from Tom Diercks,
17         dated 9-14-06, Bates Labeled
18         MFI0109021, was marked for purposes
19         of identification.)
20          - - - - -
21     Q.  It's a document produced by
22  Michael Foods from a Tom Diercks addressed to
23  John Hill and Jacki Pecek.
24         Do you see that?
25     A.  **Yes, I do.**

---

75

1      Q.  And I think you mentioned John Hill
2  is specific to Dreyer's?
3      A.  **Yes.**
4      Q.  And what's his role at Dreyer's?
5      A.  **His role was head of purchasing.**
6      Q.  What's his role now?
7      A.  **He is retired.**
8      Q.  When did he retire?
9      A.  **I'm not sure of the exact date.**
10     Q.  How about Jacki Pecek?
11     A.  **She is retired.**
12     Q.  When did she retire?
13     A.  **Approximately two years ago.**
14     Q.  Have you seen this document before?
15     A.  **I do not recall.**
16     Q.  There's a reference in the second
17  paragraph with respect to certified sugar yoke,
18  a notation that Michael Foods could "provide
19  Laurel, Fort Wayne and Houston UEP certified
20  eggs effective October 15, 2006."
21         Do you see that?
22     A.  **Yes, I do.**
23     Q.  And were Laurel, Fort Wayne and
24  Houston plants that produced Dreyer's ice cream?
25     A.  **Yes, they were.**

---

76

1          MR. BOETTGE:  Mark this Trask -- I'm
2  sorry, Feyman 4.  This one.
3          - - - - -
4         (Thereupon, Deposition Exhibit 4,
5         E-Mail Chain, Bates Labeled
6         MFI0032735-0032737, was marked for
7         purposes of identification.)
8          - - - - -
9  BY MR. BOETTGE:
10     Q.  Showing you, Mr. Feyman, what's been
11  marked as Feyman Exhibit 4.  It's an e-mail
12  produced by Michael Foods.  You'll see the top
13  portion on the first page has been redacted.  I
14  provided an unredacted copy to your counsel, and
15  we'll represent that the redacted portion
16  relates only to internal correspondence at
17  Michael Foods.
18         You'll see at the bottom of page 1
19  there's an e-mail from a John Hill.
20         Do you see that?
21     A.  **Yes.**
22     Q.  To Tom Diercks and copying
23  Jacki Pecek.
24         Do you see that?
25     A.  **Yes.**

---

77

1      Q.  And the e-mail begins, "Thanks for
2  taking time to discuss animal welfare concerns."
3         Do you know what those concerns were
4  that Mr. Hill is referring to?
5      A.  **I do not.**
6      Q.  Do you see at the bottom of the
7  second page there's an e-mail from Tom Diercks
8  dated September 14th in which he attaches a
9  letter?
10         Do you see that?
11     A.  **Yes.**
12     Q.  In which he notes the letter
13  explains options for UEP certified eggs.
14         Do you see that?
15     A.  **Yes.**
16     Q.  And then what we've marked as Feyman
17  Exhibit 3 is a letter that explains options for
18  UEP certified eggs.
19         Do you see that?
20     A.  **Yes.**
21     Q.  Any reason to doubt that Feyman
22  Exhibit 3 is something other than the letter
23  that Mr. Diercks e-mailed to Mr. Hill and
24  Miss Pecek?
25     A.  **I have no way of knowing.**

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                     April 25, 2014

21 (Pages 78 to 81)

---

78

1    Q.   Is that a fair inference?
2    A.   I just -- I have no way to know.  It
3  predates my tenure.
4    Q.   The bottom e-mail on the first page
5  of Feyman Exhibit 4 has a reference to details
6  provided as to the cost implications of changing
7  specifications.
8        Do you see that from Mr. Hill?
9    A.   Yes, I do.
10   Q.   What do you understand are the cost
11 implications of changing specifications from
12 non-UEP to UEP?
13   A.   Either the price would go up or go
14 down.
15   Q.   Do you know whether the price goes
16 up if UEP certified is demanded?
17   A.   The price typically goes up, yes.
18   Q.   And those are discussions that you
19 have with the vendor?
20   A.   Correct.
21   Q.   So you have an understanding that
22 demanding UEP certified egg will result in
23 Nestlé having to pay a higher price for those
24 eggs, correct?
25   A.   Yes.

---

79

1            - - - - -
2        (Thereupon, Deposition Exhibit 5,
3        Internal Michael Foods Document,
4        Bates Labeled MFI0553015-0553016,
5        was marked for purposes of
6        identification.)
7            - - - - -
8    Q.   Showing you, Mr. Feyman, what we've
9  marked as Feyman Exhibit 5.  I'll represent this
10 is an internal Michael Foods document
11 Bates-stamped MFI0553015.  Like the e-mail, I'm
12 providing you a redacted copy of the document.
13 I've supplied your counsel with an unredacted
14 copy.
15        And I want to direct your attention
16 to the bullet at the bottom of the first page.
17 There's a notation that "Nestlé's/Dreyer's"
18 -- that Michael Foods -- "will be switching to
19 UEP certified sugar yolk for Dreyer's in
20 October.  Annual volume is 4 million a year.
21 UEP premium obtained is 4¢ per pound."
22        Do you see that?
23   A.   Yes.
24   Q.   Does this suggest to you that
25 Michael Foods supplied Dreyer's with UEP

---

80

1  certified egg in 2006?
2    A.   I can't talk about something that I
3  wasn't even here for.  I don't know, no.
4    Q.   You don't know either way?
5    A.   Don't know either way.
6    Q.   Are there any documents at Nestlé
7  that would indicate when it began purchasing UEP
8  certified egg from Michael Foods and for which
9  divisions?
10   A.   Not that I'm aware of.
11   Q.   And who would you talk to at Nestlé
12 today that would give you any information as to
13 when Nestlé began purchasing certified eggs from
14 Michael Foods?
15   A.   For which division?
16   Q.   For Nestlé.  I mean, for Dreyer's.
17   A.   For Dreyer's?  Monte Mace.
18   Q.   Monte Mace is still with Nestlé?
19   A.   Yes.
20   Q.   And you believe Monte Mace would
21 have information as to when Dreyer's -- or when
22 or if Dreyer's began purchasing certified egg
23 from Michael Foods?
24   A.   He may.  I can't comment on his
25 knowledge.

---

81

1    Q.   Do you know if anyone talked with
2  Monte Mace in connection with obtaining
3  documents for purposes of this litigation?
4    A.   No.
5    Q.   You're not aware either way?
6    A.   I'm not aware.
7    Q.   You did not, though, correct?
8    A.   I did not.
9    Q.   Tell me, Mr. Feyman, what did you do
10 to educate yourself with respect to the types of
11 eggs and egg products or types of egg products
12 that Nestlé has purchased from Michael Foods?
13   A.   I met with various vendors who
14 supply eggs to Nestlé to understand what each of
15 the components are.
16   Q.   But with respect to preparing for
17 your deposition.
18   A.   Oh, I didn't do anything to
19 familiarize myself.
20   Q.   Why did Nestlé begin requiring that
21 Dreyer's be supplied with certified egg?
22   A.   I do not know.
23   Q.   Do you know why Nestlé began
24 requiring that it be supplied with certified egg
25 to any of its divisions?

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

22 (Pages 82 to 85)

---

**82**

1     A.    No.
2     Q.    Did you do anything to educate
3  yourself with respect to that question?
4     A.    Only to understand what UEP
5  represented.
6     Q.    And how did you educate yourself as
7  to what UEP represented?
8     A.    Well, on the web.
9     Q.    Do you have any understanding as to
10 why Nestlé began requiring UEP certified egg?
11    A.    A desire by the marketing teams to
12 avoid falling behind others and be competitive
13 on claims.
14    Q.    And say that again.
15    A.    Be competitive on claims.
16    Q.    What does that mean, "be competitive
17 on claims"?
18    A.    If somebody calls in our 800 number
19 and asks about animal welfare with birds, we can
20 answer in the affirmative.
21    Q.    And if you were not supplied with
22 UEP certified eggs, you could not provide that
23 same answer?
24    A.    That's correct.
25    Q.    Are you aware of instances in which

---

**83**

1  Nestlé did receive such a call on its 800
2  number?
3     A.    Not firsthand, no.
4     Q.    Are you aware of that anecdotally?
5     A.    Anecdotally, yes.
6     Q.    And likewise, anecdotally, you're
7  aware that Nestlé was able to respond to that
8  inquiry -
9     A.    Yes.
10    Q.    -- with the fact that it is being
11 supplied with UEP certified egg?
12    A.    Correct.
13    Q.    And who did you have that discussion
14 with?
15    A.    I do not recall.
16    Q.    You mentioned a desire to avoid
17 falling behind others.
18          What do you mean by that?
19    A.    There was a competitive situation in
20 ice cream that -- I'm trying to remember the
21 name, up in Vermont.
22    Q.    Ben & Jerry's?
23    A.    Ben & Jerry's.  At the time, I think
24 owned by Unilever or maybe hadn't been bought by
25 Unilever yet.  They were making claims and the

---

**84**

1  ice cream division wanted to make claims.
2     Q.    What do you mean by making claims in
3  the ice cream division?
4     A.    That they're using -- considering
5  animal welfare in the purchase of eggs.
6     Q.    Oh, that they were making claims
7  that they did use --
8     A.    Ben & Jerry's, yes.
9     Q.    Are you aware of any complaints
10 lodged against Ben & Jerry's regarding animal
11 welfare?
12    A.    I am not.
13    Q.    So it's your understanding in the
14 ice cream division a desire to demand UEP
15 certified egg because Ben & Jerry's was making
16 the claim that it used UEP certified egg?
17    A.    Correct.
18    Q.    Are you aware of any other reason
19 that Nestlé's ice cream division began requiring
20 that the eggs that it is supplied with be UEP
21 certified?
22    A.    No.
23    Q.    And with respect to prepared foods,
24 what's your understanding as to why prepared
25 foods began demanding UEP certified egg?

---

**85**

1     A.    I do not know.
2     Q.    Joseph's Pasta, do you know why
3  Joseph's Pasta --
4     A.    I do not know either.
5     Q.    And Toll House, do you know?
6     A.    Same answer.  I do not.
7     Q.    Do you understand that only a UEP
8  certified producer can supply Nestlé with UEP
9  certified egg?
10          MR. CAMPBELL:  Objection as to form.
11 That's not the case.
12          THE WITNESS:  Should --
13 BY MR. BOETTGE:
14    Q.    Do you understand the question?
15    A.    Yeah, I'd like you to repeat the
16 question.
17    Q.    Sure.
18          Do you have any understanding as to
19 whether Nestlé can buy egg that's represented to
20 be UEP certified egg only from a producer that
21 is a UEP certified producer?
22    A.    I believe that's what makes it UEP
23 certified, so, yes.
24    Q.    So if a producer was not UEP
25 certified, it's your understanding that producer

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

23 (Pages 86 to 89)

86

1  could not sell UEP certified egg, correct?
2     A.  That's correct.
3     Q.  So it's your understanding that
4  Michael Foods was a company that was UEP
5  certified?
6     A.  Yes.
7        MR. CAMPBELL:  Objection as to time
8  frame.
9  BY MR. BOETTGE:
10    Q.  Do you recall when Michael Foods
11 became UEP certified?
12    A.  I do not.
13    Q.  Do you recall if anyone at Nestlé
14 ever expressed any objection to Michael Foods
15 having joined the UEP certified program?
16    A.  No.
17    Q.  And, in fact, as an egg buyer, you
18 would want Michael Foods to be a UEP certified
19 producer, correct?
20    A.  Yes.
21    Q.  And why is that?
22    A.  So that they were available to
23 supply us egg products where we wanted UEP
24 certified eggs.
25    Q.  So the three divisions you mentioned

87

1  that you're aware of for Michael Foods selling
2  eggs to Nestlé would be prepared foods, Joseph's
3  Pasta and Toll House?
4     A.  Yes.  And that includes Buitoni,
5  Joseph's Pasta.
6     Q.  Do you know if Michael Foods is
7  still selling eggs to Nestlé for each of those
8  divisions?
9     A.  They are still selling them.  I
10 don't know to whom.
11    Q.  In other words, you understand that
12 Michael Foods is still supplying eggs; you don't
13 know to which division?
14    A.  That is correct.
15    Q.  For which Nestlé products or brands
16 did Nestlé purchase egg products from Rose Acre?
17    A.  Specifically, I do not know.
18    Q.  Do you know which egg products
19 Nestlé has purchased from Rose Acre?
20    A.  Sugared yolks.  That's the only one
21 I'm comfortable to say I'm positive about.
22    Q.  What about Michael Foods?  What are
23 the egg products that Nestlé has obtained from
24 Michael Foods?
25    A.  Liquid whole extended shelf life.

88

1     Q.  Anything else?
2     A.  Specifically, no.
3     Q.  What does Nestlé use the sugared
4  yolks that it purchases from Rose Acre for?
5     A.  Production of Häagen-Dazs ice cream.
6     Q.  Dreyer's as well?
7     A.  Dreyer's as well, yes.
8     Q.  Does Nestlé require Rose Acre to
9  provide the sugared yolks to be UEP certified?
10    A.  Yes.
11    Q.  Do you recall when that was?
12    A.  I do not.
13    Q.  And again, would you need to talk to
14 Monte -- or would Monte Mace be the person who
15 would have the most information as to when
16 Dreyer's/Häagen-Dazs began requiring
17 Rose Acre to supply it with --
18    A.  Yes.
19    Q.  -- certified egg?
20       Are there any documents or records
21 at the company that would reflect when Nestlé
22 began requiring that its eggs be certified?
23    A.  Not that I'm aware of.
24    Q.  Would that be noted anywhere in the
25 transaction data?

89

1     A.  No.
2     Q.  Do you recall a time when Nestlé
3  would require UEP certification for some brands
4  or divisions but not others?
5     A.  I do not.
6     Q.  You don't know either way?
7     A.  Either way, no.
8     Q.  Who would be the best person or who
9  would have the most information as to was there
10 a time when one part of Nestlé required UEP
11 certified and another part of Nestlé did not?
12    A.  I do not know any one person.
13    Q.  Who would be some of the people that
14 you would need to ask?
15    A.  I wouldn't -- I couldn't even begin
16 to guess who would know.
17    Q.  Would it be logical to believe that
18 individuals within each of the divisions
19 involved in purchasing would know the answer to
20 that question?
21    A.  Those divisions don't do any
22 purchasing.  Our group does the purchasing.
23    Q.  But I understand that it's the
24 marketing groups in those divisions that inform
25 the purchasing group that it will be demanding

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

24 (Pages 90 to 93)

---

90

1    UEP certified egg?
2        A.    That message came from the marketing
3    group, but I don't know the names.
4        Q.    So it would be logical to assume the
5    marketing group for each of these divisions
6    would have information that would inform whether
7    and when that division began requiring UEP
8    certified egg, correct?
9        A.    Possibly.
10       Q.    Are you aware of anyone asking
11   documents from any of the various divisions or
12   groups in connection with this lawsuit?
13       A.    No.
14       Q.    You don't know either way?
15       A.    Do not know either way.
16       Q.    Do you recall if anyone at Nestlé
17   ever expressed any objection to Rose Acre having
18   joined the UEP certified program?
19       A.    No.
20       Q.    And as I asked with Michael Foods,
21   as an egg buyer, isn't it true that Nestlé would
22   want Rose Acre to be able to provide UEP
23   certified eggs?
24       A.    Yes.
25       Q.    Is it your understanding that all

---

91

1    the egg that Nestlé purchases today is UEP
2    certified egg?
3        A.    Yes.
4        Q.    What do you base that on?
5        A.    Anecdotal.
6        Q.    What do you mean by that?
7        A.    Buyers were instructed to make sure
8    they're UEP certified.
9        Q.    So you have an understanding for
10   each of the divisions that the purchasing arm of
11   Nestlé was instructed by those divisions to
12   purchase only UEP certified egg?
13       A.    I do not.
14       Q.    You don't know?
15       A.    I don't know.
16       Q.    But you do understand -- but it's
17   your understanding that all of the egg that
18   Nestlé purchases is UEP certified, correct?
19       A.    Yes.
20       Q.    And the reason that Nestlé would
21   demand UEP certified egg is if the marketing
22   division of the brand told purchasing that it
23   should require UEP certified egg, right?
24       A.    That's one of the ways.
25       Q.    What's another way?

---

92

1        A.    Another way would be a decision that
2    came down that would say from the head of
3    purchasing or anybody else.
4        Q.    Are you aware of that occurring?
5        A.    I am not.
6        Q.    You don't know either way?
7        A.    I do not know.
8        Q.    And who would have issued that
9    order?
10       A.    I don't know.
11       Q.    When you note that your
12   understanding that all egg that Nestlé purchases
13   is UEP certified, is that the result of a demand
14   that Nestlé has made that all of the egg be UEP
15   certified?
16       A.    It could be, yes.
17       Q.    But you don't know?
18       A.    I don't know.
19       Q.    So it's possible that some of the
20   egg that Nestlé is purchasing today is non-UEP
21   certified, correct?
22       A.    Anything's possible.
23       Q.    You just don't know?
24       A.    I don't know.
25       Q.    What did you do to educate yourself

---

93

1    as to whether any of the egg it's purchasing
2    today is non-UEP certified?
3        A.    Nothing.
4        Q.    So when Nestlé will purchase eggs on
5    behalf of a division, will there be a separate
6    contract for those eggs or will there been one
7    contract with a vendor that will include eggs to
8    be used in different divisions?
9        A.    One contract could be used by
10   different factories which then leads different
11   divisions.
12       Q.    And who's the buyer that's
13   identified in those contracts?
14       A.    Whoever was the buyer that was in
15   charge of eggs at the time.
16       Q.    And apart from an individual's
17   name --
18           MR. CAMPBELL:  Can I just clarify?
19   I think he misunderstood the question.
20           By "the buyer," he means which
21   Nestlé entity was the buyer.
22           MR. BOETTGE:  That's fair.
23           MR. CAMPBELL:  Is that fair, Doug?
24           MR. BOETTGE:  Yes, correct.
25   BY MR. BOETTGE:

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

25 (Pages 94 to 97)

---

94

1  Q.  Which entity is listed as the buyer
2  in the contract?
3  A.  It wouldn't be.  It would be listed
4  on the contract the factory that's allowed to
5  buy off that contract.
6  Q.  Got it.
7  So you may have in a contract a
8  number of different factories, and then what I'm
9  getting at is ultimately there's a, I would
10  imagine, a signature block or a representation
11  that this contract is on behalf of a Nestlé
12  entity.
13  Is that your understanding?
14  A.  No.  It is not -- there's no such
15  thing as that.
16  Q.  So the contract just lists various
17  factories?
18  A.  Yeah.  And -- and -- the contract
19  lists the material, and the material is approved
20  for certain factories to purchase.  It doesn't
21  list the factory.
22  Q.  Okay.
23  A.  But only the appropriate factory
24  that uses that material can order off that
25  contract.  So that's behind the scenes in the

---

95

1  programming.
2  Q.  We'll take a quick look at a
3  contract to clarify.
4  MR. CAMPBELL:  Why don't you show
5  him Trask 8.
6  MR. BOETTGE:  Yes.
7  BY MR. BOETTGE:
8  Q.  Let's take a look at Trask 8.  This
9  is a copy of a contract that we identified in a
10  deposition of Mr. Trask.
11  Do you recognize this document?
12  A.  Yeah.  I recognize it as an extract
13  of a contract from our SAP system.
14  Q.  When you were referring to the
15  document that shows the volumes that the various
16  divisions can purchase from, is this the type of
17  document you're referring to?
18  A.  That's right.
19  Q.  Is there a different contract that
20  Nestlé would consider to be its contract when it
21  purchases eggs from a supplier?
22  A.  No.  No.
23  Q.  This is the contract?
24  A.  Yes.
25  Q.  Do the contracts Nestlé uses today

---

96

1  have the same form as what we're looking at as
2  Trask 8?
3  A.  Yes, they do.
4  Q.  Then if we look, there's different
5  items listed in this contract and there's a
6  delivery address from each item?
7  A.  Yes.
8  Q.  Are those delivery addresses
9  associated with different factories?
10  A.  That's correct.
11  Q.  Mr. Feyman, are you familiar with
12  the term "grain-based contract"?
13  A.  Yes, I am.
14  Q.  And what's your understanding of the
15  term?
16  A.  It would refer to a contract in the
17  price of the commodity or material you're
18  purchasing that fluctuates based upon grain.
19  Q.  So grain is the cost driver in that
20  contract?
21  A.  In that contract, yes.
22  Q.  Are you familiar with the term
23  "Urner Berry"?
24  A.  Yes, I am.
25  Q.  And what is Urner Berry?

---

97

1  A.  Urner Berry is a reporting agency
2  that publishes pricing information.
3  Q.  And what information does Urner
4  Berry publish?
5  A.  Breaking stock prices for eggs, also
6  some poultry information and some other
7  materials.
8  Q.  Would you consider the Urner Berry
9  price to be the market price?
10  A.  Yes, I do.
11  Q.  And your understanding that the
12  Urner Berry market price of eggs is not a cost
13  driver in a grain-based contract?
14  A.  I'd like you to say that again.
15  Q.  Sure.
16  Well, let's step back.  And I think
17  you mentioned in a grain-based contract, the
18  cost driver is the cost of grain?
19  A.  Correct.  Go ahead.  Yes.
20  Q.  So if you wanted to understand how
21  much you'd be paying for eggs in a particular
22  month, you'd look at what is the price of grain
23  for that month?
24  A.  No.
25  Q.  What would you look at?

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

26 (Pages 98 to 101)

---

**98**

1    A.   Grain would be one of the drivers.
2  Also, energy, overhead, yield, strength.
3    Q.   Would the Urner Berry market price
4  of eggs be a cost driver in a grain-based
5  contract?
6    A.   No.
7    Q.   So in a grain-based contract, you
8  don't have to look at the Urner Berry market to
9  figure out what you're going to pay, correct?
10   A.   Correct.
11   Q.   Likewise, you don't have to look at
12 the supply of layer hens to know what you're
13 going to pay in a grain-based contract, correct?
14   A.   Correct.
15   Q.   And, in fact, in a grain-based
16 contract, the price that you pay as an egg buyer
17 is unaffected by what happens on the Urner Berry
18 market, correct?
19   A.   Correct.
20   Q.   And likewise, in a grain-based
21 contract, the price that you as an egg buyer pay
22 is unaffected by what happens to the supply of
23 hens, correct?
24   A.   Correct.
25   Q.   Does Nestlé track the market price

---

**99**

1  of eggs?
2    A.   Yes, we do.
3    Q.   How?
4    A.   We look at the Urner Berry, and if
5  need be, pull out charts of historical prices.
6    Q.   Does Nestlé subscribe to any
7  third-party source of information as to the
8  market of eggs?
9    A.   We get materials from another
10 company called Informa.
11   Q.   And what do you do with that
12 material?
13   A.   Not very much because it's not very
14 adequate for forecasting.
15   Q.   What do you mean by that?
16   A.   Haven't found it to be able to
17 forecast the market.
18   Q.   What else do you use to forecast the
19 market?
20   A.   The history of the Urner Berry
21 pricing is pretty much the Bible.
22   Q.   Would you agree that the prices for
23 different types of egg products don't move in
24 sync?
25   A.   Yes, I do.

---

**100**

1    Q.   Why is that?
2    A.   Supply and demand dictates the
3  component prices.
4    Q.   Can you give me an example?
5    A.   If there's a big export of dried-out
6  egg whites, that demand could drive up the price
7  of the market for egg whites worldwide and yolks
8  could stay at the same price or dried whole eggs
9  could stay at the same price.
10   Q.   What do you understand are the
11 factors --
12      MR. CAMPBELL:  Children's day, ah?
13      THE WITNESS:  Yeah.  Bring your
14 children to work today, folks.
15      I'm sorry.
16 BY MR. BOETTGE:
17   Q.   No, I was just thinking when I came
18 in, I noticed all the candy and I thought kids
19 here must think --
20   A.   Yeah.
21   Q.   -- all businesses sell all that much
22 candy.
23   A.   That's very funny.
24   Q.   I think it's terrific.
25   A.   Yeah.

---

**101**

1    Q.   What factors do you understand drive
2  the market price of egg products?
3      THE WITNESS:  What did you do to
4  them?
5      MR. BESMAN:  It's bring your kids to
6  work day.  We should have all brought our kids.
7      THE WITNESS:  The major -- the major
8  driver of egg prices is the supply of eggs.
9  BY MR. BOETTGE:
10   Q.   What other factors?
11   A.   The way I buy, that's the factor.
12   Q.   Are you aware of any other factors?
13   A.   Of course, demand affects the supply
14 of eggs, but it's still the supply of eggs.
15   Q.   What about feed costs?  Do you
16 understand that feed costs would affect the
17 price of eggs?
18   A.   I do not understand that unless I
19 have a grain-based contract.
20   Q.   You don't have an understanding as
21 to if the cost of inputs to an egg would go up,
22 that that may have a corresponding impact on the
23 price for eggs?
24   A.   In theory, I agree with that.  In
25 practice, that is not the case.

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                               April 25, 2014

27 (Pages 102 to 105)

---

102

1      Q.    What do you base that on, that it's
2    not the case?
3      A.    Experience that in certain
4    commodities, including eggs, the price can go
5    the exact opposite direction of input costs.
6      Q.    You gave an example of when the
7    price of one part of an egg -- or the trending
8    in price for one part of egg may not follow for
9    another part of egg.  Like whites and yolks,
10   correct?
11     A.    Yes.
12     Q.    Are you aware of any other examples
13   where the price of an egg product may fluctuate
14   different than another egg product?
15     A.    I'm sure there are, but I don't have
16   them, and I didn't give that example.  You asked
17   me, can it, and I said yes.
18     Q.    Are you aware of that being the
19   case?
20     A.    For?
21     Q.    Yolks and whites.
22     A.    It could, but I'm not aware of a
23   specific instance.
24           You understand that's a different
25   question than . . .

---

103

1      Q.    What's a fixed contract?
2      A.    It would be a quantity and price
3    that's established at the date of signing for
4    future dates or a future period of time.
5      Q.    So by entering into a fixed
6    contract, Nestlé would know at the time of
7    contracting what price it will be paying in the
8    future?
9      A.    Correct.
10     Q.    Is it correct also that when Nestlé
11   receives a fixed price, it does not know how the
12   producer has set that fixed price?
13     A.    No.  We have a pretty good
14   understanding how they set the fixed price.
15     Q.    Does the producer tell you how they
16   set the fixed price?
17     A.    No.  It's an experienced
18   understanding that history is used to set the
19   fixed price.
20     Q.    But you don't know that for certain,
21   correct?
22     A.    Correct.
23     Q.    Like in a grain-based contract, in a
24   fixed contract, Nestlé doesn't have to look at
25   the Urner Berry market to know what price it's

---

104

1    going to be paying for eggs during the term of
2    the contract, correct?
3      A.    Correct.
4      Q.    Do you know if Michael Foods ever
5    offered Nestlé a grain-based pricing proposal?
6      A.    I do not.
7      Q.    You don't know either way?
8      A.    I don't know either way.
9      Q.    What did you do to educate yourself
10   as to whether, in fact, Michael Foods ever
11   offered Nestlé a grain-based pricing proposal?
12     A.    I did nothing.
13     Q.    Who would know?
14     A.    I would know if I reviewed the
15   recent history.
16     Q.    What do you mean by that?
17     A.    I could talk to the last buyer and
18   say, did they ever offer.
19     Q.    And did you do that in preparation
20   for the deposition today?
21     A.    I did not.
22           MR. CAMPBELL:  We have to redo the
23   whole last 15 minutes now, Doug, because you
24   didn't have your mic on.
25           MR. BOETTGE:  I think I just knocked

---

105

1    it off, but let's hope so.
2    BY MR. BOETTGE:
3      Q.    Take a look at what we marked
4    yesterday as Trask Exhibit 3.
5      A.    Got it.  No, that's Feyman 3.
6      Q.    You know what?  I think I might have
7    it here.  Sorry.  That was unfair to you.
8      A.    Are you trying to trick me?
9      Q.    Is this part of the thing?
10          MR. CAMPBELL:  It's only with him.
11   Most guys are -- have better ethics.
12          Do you have Trask 3?
13          THE WITNESS:  Yes, I do.
14          MR. CAMPBELL:  Okay.
15   BY MR. BOETTGE:
16     Q.    There's a reference here to the
17   Ariba analysis?
18     A.    Yes.
19     Q.    What's that?
20     A.    Ariba is a computer program that you
21   can utilize to dispense requests for information
22   or requests for proposals to vendors.
23     Q.    And does the vendor enter
24   information into Ariba in response?
25     A.    Either that or they attach a

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                      April 25, 2014

28 (Pages 106 to 109)

---

106

1  spreadsheet.
2      Q.   Does Nestlé still use Ariba?
3      A.   Yes, we do.
4      Q.   And what do you understand to be the
5  attachment to the cover e-mail of Trask 3?
6      A.   These are the results of an Ariba
7  event.
8      Q.   I'm going to direct your attention
9  to the second column under Michael Foods.
10     A.   Yes.
11     Q.   And specifically to the product
12 that's listed as egg white solids powder,
13 50-pound kosher.
14          Do you see that?  It's the second
15 item.
16          MR. CAMPBELL:  I don't see it, Doug.
17 Where?  Can you give a number?
18          MR. BOETTGE:  Sure.
19          THE WITNESS:  Yeah, I got it.  2.2
20 you're talking about?
21          MR. BOETTGE:  That's correct.
22          THE WITNESS:  Right here.
23          MR. CAMPBELL:  I see it.  Okay.
24          THE WITNESS:  I see that.
25 BY MR. BOETTGE:

---

107

1      Q.   There's a formula pricing column at
2  2.27?
3      A.   2.27?
4      Q.   2.2.7.
5      A.   That's down one whole block,
6  correct?
7      Q.   It's part of the egg white solids
8  group under 2.2.  Let me step back.
9          So this is -- why don't you describe
10 what this document is purporting to do here.
11     A.   This is consolidating the responses
12 by various vendors to the Ariba event.
13     Q.   And is an Ariba event -- what is an
14 Ariba event?
15     A.   It's a request for proposal, RFP.
16     Q.   How often would those go out?
17     A.   It goes out based upon the life of
18 the contract, when it's expiring.
19     Q.   And for this Ariba event, there were
20 a number of different items; is that right?
21     A.   That's fair, yes.
22     Q.   And looking at the second item
23 that's listed, that's the egg white solids
24 powder under 2.2?
25     A.   Yeah, I got it.  Am I pointing to

---

108

1  the right thing?
2      Q.   You are.  You are.
3      A.   Okay.  Let's do it that way.
4      Q.   Okay.  2.2 egg white solid powder.
5          Do you see that?
6      A.   Yes, I do see that.
7      Q.   Okay.  And then there are various
8  fixed prices that are being offered, correct?
9      A.   And that's the one, two,
10 three -- fourth column you talk about?
11     Q.   That's the -- well, it's identified
12 in the row number as 2.2.2, that's price per
13 pound, January through March?
14     A.   That's why I keep -- oh, okay.
15 2.2.2?
16     Q.   Correct.
17     A.   And it reads "January-March (fixed)
18 4.950 USD"?
19     Q.   Correct.
20     A.   Okay.  I'm with you.
21     Q.   And what do those fixed prices
22 represent?
23     A.   That would represent a price per
24 pound.
25     Q.   So Michael Foods is offering that

---

109

1  they would sell this white solids powder in the
2  October through December period for $4.80 a
3  pound?
4      A.   Now, you jumped down on me.  So
5  2.2.5 now you're looking at?
6      Q.   Correct.
7      A.   They would offer it for that period
8  at $4.80, that's correct.
9      Q.   So if Nestlé were to adopt
10 Michael Foods' proposal, Nestlé would know a
11 year in advance the exact price that it would be
12 paying for this product, correct?
13     A.   We would -- this appears to be the
14 rollup of the RFP for Ariba.  These prices then
15 get negotiated.  This is the first step.
16     Q.   Understood.
17     A.   Okay.  So it may not be that price
18 or another vendor may change that price.  This
19 is a starting point.
20     Q.   Understood.
21     A.   Okay.
22     Q.   But were Nestlé to accept without
23 further negotiation what Michael Foods is
24 proposing --
25     A.   That would --

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                                April 25, 2014

29 (Pages 110 to 113)

---

**110**

1  Q. -- Nestlé would know a year in
2  advance the exact price that it would be paying
3  for the --
4  A. October through December they'd know
5  would be $4.80 a pound if those conditions that
6  you presented were, in fact, true.
7  Q. Correct. No further negotiations.
8  Now, look down one at 2.2.7.
9  A. Okay.
10  Q. And under Michael Foods, do you see
11  a description there?
12  A. Yes, I do. "Michael Foods GB
13  proposal"?
14  Q. Yes. And is the GB reference there
15  a reference to grain-based?
16  A. More than likely.
17  Q. Do you know who would have
18  considered Michael Foods' grain-based proposal
19  at this time?
20  A. I would have.
21  Q. Do you have any recollection of
22  that?
23  A. I have recollection of discussion of
24  all the grain-based proposals since 2008 to the
25  date I started.

---

**111**

1  Q. And do you have any specific
2  recollection as to the Michael Foods grain-based
3  proposal?
4  A. Yes.
5  Q. What is your recollection?
6  A. I turned them all down.
7  Q. Why?
8  A. Too much volatility.
9  Q. What do you mean?
10  A. I have no control of where the
11  prices go because I have no control of grain
12  markets, and I could put our businesses in a
13  noncompetitive position.
14  - - - - -
15  (Thereupon, Deposition Exhibit 6,
16  E-Mail from Pres Colwell to
17  Steve Warner and Bill Bush
18  w/Attachment, dated 3-31-04, Bates
19  Labeled MFI0259556, was marked for
20  purposes of identification.)
21  - - - - -
22  Q. I'm going to show you what I believe
23  we've marked as Feyman Exhibit 6. It's a
24  document Bates-stamped MFI0259556, an e-mail --
25  A. I recognize it, yes.

---

**112**

1  Q. How do you recognize this?
2  A. I recognize that it's -- no, that's
3  Deposition Feyman 7 -- or 6. I don't recognize
4  the document.
5  Q. I understand. I understand.
6  This is an e-mail from Pres Colwell
7  to Steve Warner and Bill Bush.
8  Do you see that?
9  A. Yes, I do.
10  Q. And who is Steve Warner?
11  A. He was the head of purchasing for
12  raw ingredients.
13  Q. When you mention "raw ingredients,"
14  is that still a term that's used at Nestlé?
15  A. Yes.
16  Q. Are you in the raw ingredients
17  group?
18  A. Yes, I am.
19  Q. Is eggs part of raw ingredients?
20  A. Yes, they are. They were.
21  Transfer. They're part of the commodity group
22  right now.
23  Q. And that was three months ago?
24  A. Three months ago.
25  Q. And Steve Warner was the head of raw

---

**113**

1  ingredients purchasing?
2  A. On this date?
3  Q. Yes.
4  A. Yes.
5  Q. Who has that job now?
6  A. Mike Whitcombe.
7  Q. Do you know how long Steve Warner
8  held that job?
9  A. I do not.
10  Q. Do you know if anyone asked
11  Mr. Warner for documents in connection with this
12  litigation?
13  A. I do not.
14  Q. And what about Mr. Bill Bush?
15  A. I don't know him.
16  Q. And the attachment to this e-mail is
17  identified as a Michael Foods grain-based
18  pricing quote.
19  Do you see that?
20  A. Page 1? Yes, I do.
21  Q. Does what's identified as Feyman
22  Exhibit 6 suggest that Michael Foods in 2004
23  proposed a grain-based pricing contract to
24  Nestlé?
25  A. Either proposed or was asked to

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                      April 25, 2014

30 (Pages 114 to 117)

---

114

1  provide.
2      Q.   Do you know which?
3      A.   I could not tell from this.
4      Q.   You note a familiarity in 2008 with
5  a grain-based pricing proposal from
6  Michael Foods.
7          Was that proposal invited by Nestlé?
8      A.   Yes.
9      Q.   Do you know one way or the other
10  whether Michael Foods would have provided a
11  grain-based pricing proposal if Nestlé had not
12  invited that request?
13      A.   I believe not because I requested
14  the grain-based proposal.
15      Q.   But you don't know one way or the
16  other whether Michael Foods would have
17  voluntarily offered --
18      A.   I do not.
19      Q.   Do you know if in 2004 Nestlé
20  purchased eggs from Michael Foods on a
21  grain-based pricing contract?
22      A.   I have no way of knowing.
23      Q.   You didn't -- did you do anything to
24  educate yourself on that question?
25      A.   I did not.

---

115

1      Q.   And how would you know?  Who would
2  be the best person to ask if Nestlé ever
3  purchased eggs from Michael Foods on a
4  grain-based pricing?
5      A.   I do not know from back to that
6  date.
7          - - - - -
8          (Thereupon, Deposition Exhibit 7,
9          Internal Michael Foods Document,
10          Bates Labeled MFI0102001-0102006,
11          was marked for purposes of
12          identification.)
13          - - - - -
14      Q.   Mr. Feyman, I'm going to show you
15  what we've marked as Feyman Exhibit 7.  It's a
16  Michael Foods internal document, Bates-stamped
17  MFI0102001.  It is also redacted, and I have
18  supplied your counsel with an unredacted copy.
19          Do you know who Vince O'Brien is?
20      A.   I do not.
21      Q.   If you'd turn to the fourth page of
22  the document, there's an indication that
23  Michael Foods "presented grain-based agreements
24  to the following customers in July."
25          And Nestlé is identified.

---

116

1          Do you see that?
2      A.   Yes, I do.
3      Q.   Do you have any knowledge one way or
4  the other whether, in fact, in July 2006
5  Michael Foods presented a grain-based agreement
6  to Nestlé?
7      A.   I do not.  I was not here.
8      Q.   Who would have received that
9  grain-based pricing proposal from Michael Foods?
10      A.   I do not know.
11      Q.   Do you know whether, in fact, Nestlé
12  accepted a grain-based pricing proposal that
13  Michael Foods offered in 2006?
14      A.   I do not know.
15      Q.   Does this document suggest to you
16  that, in fact, Michael Foods did present a
17  grain-based pricing contract in July 2006?
18      A.   That only suggests that.
19      Q.   You have no information that would
20  dispute that, correct?
21      A.   Nor to confirm it.
22      Q.   You don't know either way?
23      A.   Either way.
24      Q.   Who else has offered grain-based
25  pricing to Nestlé?  What other vendors?

---

117

1      A.   I believe I asked all of them at one
2  time for that information.
3      Q.   And did you receive grain-based
4  pricing from all of them?
5      A.   Proposals, yes.
6      Q.   And who were those that you asked?
7      A.   Ballas, Rose Acre, maybe Primera.
8  It depends on the year, who was selling us at
9  the time.  I think it was in 2008, so that's my
10  recollection.
11      Q.   Are you aware of Nestlé ever
12  purchasing eggs on a grain-based model?
13      A.   I am not aware they ever did.
14      Q.   You don't know either way?
15      A.   I do not -- I'm not aware that they
16  ever did.  I've never heard affirmative.
17      Q.   Did you do anything to educate
18  yourself as to whether Nestlé was ever purchased
19  eggs based on grain-based model?
20      A.   Back in 2008 when I worked for
21  Mr. Warner -- he was my original boss that hired
22  me -- there was a big drive to push the
23  purchasing of agricultural materials into the
24  lowest common denominator of cost, which would
25  be the biggest driver, and go to formula

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                      April 25, 2014

31 (Pages 118 to 121)

---

**118**

1    pricing.  And that was his direction to me and
2    that's why I reached out to attempt to do it in
3    that area, as well as a number of other areas.
4        Q.   When you noted a drive to push
5    purchase of agricultural materials, would that
6    include eggs?
7        A.   Yeah, it was eggs.  Eggs were
8    included, yes.
9        Q.   And you mentioned into the lowest
10   cost?
11       A.   Lowest cost driver.
12       Q.   What do you mean by "the lowest cost
13   driver"?
14       A.   In the case of the eggs, grain plays
15   a major part, feed plays a major part in the
16   cost of eggs and chickens.
17       Q.   And "the cost" meaning the price
18   that you paid?
19       A.   Final price, yes.
20       Q.   And so the drive was to do what
21   exactly?
22       A.   To convert our purchasing strategy
23   from a fixed price strategy or an Urner
24   Berry-based strategy, which is basically the
25   same as a fixed price because that's where the

---

**119**

1    fixed price comes from --
2        Q.   Again, you don't know that for
3    certain from particular vendors, correct?
4        A.   Yeah, I do not know that.
5        Q.   So --
6        A.   -- into a grain-based formula
7    pricing.  That was the strategy I was asked to
8    implement.
9        Q.   And did he tell you why he wanted
10   to push that strategy?
11       A.   The organization believed it would
12   bring us lower prices.
13       Q.   When you mentioned into the lowest
14   cost driver, that would be the grain-based?
15       A.   Yeah.  Grain-based would be the
16   lowest cost strategy of purchasing and then
17   you'd -- grain is the largest price driver, so
18   that's why you call it a grain-based.
19       Q.   And that would be as opposed to an
20   Urner Berry-based?
21       A.   Correct.
22       Q.   And I guess I'm still confused why
23   grain versus Urner Berry if you're looking for
24   the lowest cost driver.
25       A.   You want me to explain it to you?

---

**120**

1        Q.   Yes.
2        A.   Okay.  Urner Berry tracks sales and
3    is driven by supply.  In a grain-based contract,
4    essentially the supplier of that egg or egg
5    product is saying to lay the egg, it costs this,
6    to provide the heat and the nurturing, it costs
7    this, to pay for the mortality, it costs this,
8    and to pay for the chicken, the feed to make the
9    egg, it costs this.  And, therefore, we will
10   charge you those components, plus our utilities,
11   our insurance, our employee labor, and a nominal
12   margin for our hard work.
13           Whereas in Urner Berry, behind the
14   scenes, that's built in there, but that's not
15   how that price is derived.  It's derived by
16   looking at sales, which are a function of
17   supply.
18       Q.   So you can divorce yourself from
19   supply if you enter into a grain-based contract?
20       A.   Correct.
21       Q.   And you noted that this was a drive
22   for Mr. Warner?
23       A.   It was a corporate strategy review.
24   Since he was my boss, it came to me.
25       Q.   And when was that?

---

**121**

1        A.   2008/2009.
2        Q.   Do you recall when in 2008?
3        A.   I do not.
4        Q.   When did you --
5        A.   It could have been discussed in '8,
6    implemented my first full year, in '9.  I think
7    that would be it.
8        Q.   And this was a discussion you had
9    shortly after you came into Nestlé?
10       A.   I believe so, yes.
11       Q.   And when did you start in '08?
12       A.   August 2008.
13       Q.   What did you do to implement that
14   strategy?
15       A.   I had Trask on the Ariba event
16   request form the price proposal.
17       Q.   Did you do anything else?
18       A.   No, not that I recall.
19       Q.   Fair to -- well, did you adopt any
20   of those grain-based proposals from anyone?
21       A.   I did not.
22       Q.   And again, your reasoning was
23   concern of the volatility of the --
24       A.   Volatility.
25       Q.   -- of those cost drivers that go

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                        April 25, 2014

32 (Pages 122 to 125)

---

122

into a grain-based?
   A.   Of the grain-based cost driver.
   Q.   Did you have any further discussions with Mr. Warner about this?
   A.   I reported back to him why I rejected it.
   Q.   What did you tell him?
   A.   That in talking with our commodity people, they were concerned that such a high degree of impact to the cost of my eggs were going to be grain, and if we had a bad weather event or a -- excuse me -- a pest or something that could include Russia stepping in and buying a whole bunch of grain -- there were so many factors that I was -- I had far less to lose than I had to gain by saving money in a grain-based formula because it may not save me money if one of these things happened. They dissuaded me from it.
   Q.   You believe there was more risk in the grain-based model than in a formula that's based on Urner Berry model?
   A.   Absolutely. It's volatility risk.
   Q.   Did you have any discussions with anyone else at Nestlé related to grain-based

---

123

pricing?
   A.   Just Trask.
   Q.   How about Ed Lewis?
   A.   I don't think so. I don't -- I'm going to say no.
   MR. BOETTGE: Let's take a short break.
   MR. CAMPBELL: Sure.
   THE VIDEOGRAPHER: We're off the record. The time is 10:50.
   (Recess taken.)
   THE VIDEOGRAPHER: We're on the record. The time is 11:03.
BY MR. BOETTGE:
   Q.   Mr. Feyman, I'd like you to now put in front of you what we marked yesterday as Trask Exhibit 2. And focus on the bottom e-mail from Bill Trask, and that's to a Mr. Lewis and yourself.
   Do you see that?
   A.   Okay. Deposition 2, and you want me to focus on the --
   Q.   The bottom e-mail.
   A.   Yes.
   Q.   The e-mail from Bill Trask to

---

124

yourself --
   A.   Yeah.
   Q.   -- and Mr. Lewis.
   And is this an example of the types of strategy documents that you would ask Mr. Trask to put together?
   A.   Yeah. This looks like an update to what is being done, yes. Yeah.
   Q.   And then I wanted to -- well, let me step back.
   So there's different locations identified in the e-mail. Bakersfield, Laurel, Fort Wayne, Salt Lake City.
   Do you see that?
   A.   Yes, I see Bakersfield. Yes, I do.
   Q.   And this is an e-mail to John Hill; is that right? I'm sorry, the subject of this e-mail is E-Mail to John Hill?
   A.   Yeah, that's the subject listed, yes.
   Q.   So fair to assume that Bakersfield, Laurel, Fort Wayne, Salt Lake City at this time were all plants that were used in creating Dreyer's Ice Cream?
   A.   Yes.

---

125

   Q.   And when I say "Dreyer's," I guess I mean Häagen-Dazs as well?
   A.   Mm-hmm. Yeah.
   Q.   And are there similar -- would it be reasonable to find similar e-mails to individuals at each of the various divisions for whom you purchase that would lay out the strategy that purchasing is looking at for acquiring eggs for that product?
   A.   No.
   Q.   What's unique about Dreyer's?
   A.   Such a high percent of the cost are eggs of their finished product.
   Q.   And as a result, Mr. Hill would be more involved in the decision to purchase eggs?
   A.   Well, more sensitive to what we've done and the options we have.
   Q.   And then at the bottom of the first page there's a comment that Nestlé is "currently soliciting both fixed and formula pricing for Michael Foods."
   Do you see that?
   This is the bottom bullet on the first page.
   A.   "Currently" -- yes, I see that.

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

33 (Pages 126 to 129)

---

126

1    Q.   Is that your recollection?
2    A.   It's reasonable.
3    Q.   Do you know why you were soliciting
4 both fixed and formula pricing?
5    A.   We would always look at both ways.
6 What's the cost on the fixed and how does that
7 compare to an Urner Berry plus.
8    Q.   When you say "Urner Berry plus,"
9 what do you mean?
10    A.   Well, that's -- that's -- that's the
11 formula price.  See, this isn't a grain formula.
12 So a grain formula would be something specific
13 if it said grain formula.  This is you're
14 either buying it -- this is how much you're
15 paying for the egg component per pound for this
16 many pounds over this period of time, that would
17 be a fixed.
18        Or you're buying it over the Urner
19 Berry quote plus some overage associated with
20 that.
21    Q.   And you would want to have both
22 prices, or at least --
23    A.   I would look at both prices, that's
24 correct.
25    Q.   And there's an indication here in

---

127

1 the second paragraph of the e-mail that the
2 "quotes will cover 6-month and 12-month
3 pricing."
4        Do you see that?
5    A.   Okay.  Second paragraph?
6    Q.   Yes.  That begins, "I plan to wrap
7 up the negotiations"?
8    A.   Okay.  I see that.
9    Q.   And then an indication, "The quotes
10 will cover 6-month and 12-month pricing."
11    A.   Yes.
12    Q.   Is that an indication that Nestlé
13 had requested quotes that covered 6 and 12
14 months of time?
15    A.   That is correct.
16    Q.   And what was the reason that Nestlé
17 asked for quotes in those time increments, 6 and
18 12 months?
19    A.   I can't answer for this specific
20 one, but we would do that if we expected to see
21 volatility in the market.
22    Q.   So if you expect volatility, you'll
23 ask for a fixed price contract for a longer
24 period of time?
25    A.   I could do it either way for -- time

---

128

1 heals price.  So if there was volatility, either
2 way, I might want a shorter contract or I may
3 want a longer contract.
4    Q.   What would be the instances where
5 you'd want a shorter fixed contract versus a
6 longer fixed contract?
7    A.   Because when they calculate the
8 price in a highly volatile market, on a fixed
9 price, they build in a margin of error.  The
10 higher the price, the more volatility, the more
11 they build in.
12        On a shorter period, because they
13 won't get stuck and I won't get stuck in the
14 wrong place, there's less of what we call the
15 hedge built in to cover for any volatility.
16    Q.   What do you mean by "hedge"?
17    A.   Well, if something costs 30¢ a pound
18 and I want to buy that material from you for a
19 five-year period, and since there's no futures
20 market that I can use to base my purchase
21 decision on, you say, I'll sell you that for
22 five years at 40¢ a pound.  That 10¢ would be
23 the hedge.
24    Q.   Were there times what you would ask
25 for fixed contracts of lesser duration?

---

129

1    A.   Could very well be.  Than six
2 months?
3    Q.   Correct.
4    A.   Probably not, but it could have
5 happened.
6    Q.   Six months would, in your
7 understanding, be the lowest length of time that
8 you would ask for for a fixed contract?
9    A.   I'm sure I've asked for less
10 someplace, so I'd say, you know, typically, yes,
11 but it could be less than six months.
12        I have some contracts in other
13 things that are daily prices.  I mean, it's a
14 weekly price, so --
15    Q.   But for eggs?
16    A.   Eggs, yeah, probably six months.
17    Q.   Is it fair to say it's unusual for
18 it to be under six months?
19    A.   That's fair.
20    Q.   And then the last sentence of the
21 e-mail notes, "When we have them, we will get
22 with DGIC to discuss the appropriate mix to meet
23 DGIC's tolerance for fixed versus variable
24 pricing."
25        Do you see that comment?  What's the

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                        April 25, 2014

34 (Pages 130 to 133)

---

130

1  reference there to "tolerance"?  What's your
2  understanding as to what that means?
3      **A.   Well, it's tolerance and appetite.**
4      **Do you have -- does the business**
5  **have the appetite to pay a little bit more to**
6  **have a fixed price or float with the market to**
7  **be competitive with their competition?  What's**
8  **the appetite for risk?**
9      Q.   And that varied by division?
10     **A.   Yeah.  It definitely varies by**
11 **division.**
12         MR. CAMPBELL:  Did you raid the
13 kids' table?
14 BY MR. BOETTGE:
15     Q.   There's a comment that Mr. Trask
16 makes at the end of the first paragraph that
17 begins with the sentence, "However."
18     **A.   The end of --**
19     Q.   Maybe it would be helpful to read
20 that entire first paragraph to get the context.
21     **A.   First I got to find it.**
22     Q.   Sure.
23     **A.   Is this still on Exhibit 2?**
24     Q.   It is.  This is Trask Exhibit 2.
25 This is the e-mail from Trask to yourself and

---

131

1  Mr. Lewis.
2      **A.   Okay.  I see.  "However, I am not**
3  **sure"?**
4      Q.   Sure.
5      **A.   Okay.**
6      Q.   But read that first paragraph to
7  give context.
8      **A.   (Document review.)  Okay.  I've read**
9  **it.**
10     Q.   What do you understand Mr. Trask to
11 mean?
12     **A.   Mr. Trask was thinking that he could**
13 **convince a vendor to allow him to zigzag between**
14 **fixed price off the -- which comes off the Urner**
15 **Berry history or daily and monthly prices that**
16 **come off the Urner Berry quotes.  He thought he**
17 **could try to get them to switch, let him switch**
18 **back and forth, and have both on the table,**
19 **which, of course, was not the case.**
20     Q.   What do you mean "not the case"?
21     **A.   Well, you can't -- no vendor, at**
22 **least in the egg business and probably nowhere**
23 **else, is going to allow you to move back and**
24 **forth between what's most favorable to you**
25 **because they'll put them out of business if they**

---

132

1  have that option on the table.
2      Q.   Let's take a look at what's been
3  marked as Trask Exhibit 4.
4      **A.   Got it.**
5      Q.   This is another e-mail from
6  Bill Trask to you and Mr. Lewis.  And the first
7  sentence of the e-mail that is underneath the
8  term "John," notes, "We will continue to take
9  advantage of the formula-based pricing from
10 Ballas."
11         What did you understand Mr. Trask to
12 mean by that?
13     **A.   I don't remember what I thought in**
14 **2008.  I can only give you an opinion of what I**
15 **think now.**
16     Q.   That's fair.
17     **A.   Okay.  It's a price off the Urner**
18 **Berry.**
19     Q.   So at that point in time, was the
20 Urner Berry down?
21     **A.   I do not know.**
22     Q.   And then the fourth sentence there
23 notes, "I think it's still a good idea to keep
24 Michael Foods in the mix because they provide a
25 fixed price."

---

133

1          Do you see that?
2      **A.   Yes, I do.**
3      Q.   Was Ballas providing a fixed price
4  at this time?
5      **A.   I do not know.**
6      Q.   Then he states, "which we can hedge
7  against if the market drives the formula price
8  through the roof."
9          What do you understand Mr. Trask to
10 have meant by that?
11     **A.   What I understand today?**
12     Q.   Correct.
13     **A.   He was probably referring to the**
14 **fact he had two vendors in that location.  And**
15 **remember, I mentioned there's a sourcing -- the**
16 **factory can pick who they buy from at a given**
17 **time.  He could move back and forth between**
18 **either vendor, whichever was more favorable, and**
19 **that was how he would hedge against a run-up.**
20     Q.   And at this point Michael Foods had
21 a fixed-price contract available to --
22     **A.   Based on what this says, yeah, I**
23 **would say yes.**
24     Q.   So if the market was going up,
25 Nestlé could avail itself of the Michael Foods

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                April 25, 2014

35 (Pages 134 to 137)

---

134

1  fixed-price contract?
2      A.   As I interpret this today, that's
3  what I'd say is the case.
4      Q.   Further in that e-mail, there's a
5  statement, "If Dreyer's can lift UEP
6  certification, a possible alternative could be
7  Rembrandt."
8      It's about halfway down.
9      A.   The first paragraph?
10     Q.   First paragraph.
11     A.   Okay.  I'm trying to find it.
12     Okay.  I see it.  (Reading out of
13  the hearing of the reporter.)  Okay.
14     Q.   What do you understand Mr. Trask to
15  have meant "If Dreyer's can lift UEP
16  certification, a possible alternative could be
17  Rembrandt"?
18     A.   My interpretation today --
19     Q.   Correct.
20     A.   -- would be that at the time
21  Rembrandt was not UEP certified and probably had
22  a more favorable price.
23     Q.   Your understanding was Rembrandt was
24  UEP certified?
25     A.   It was not.

---

135

1      Q.   Not.  And lifting UEP certification,
2  meaning that they would not continue their
3  requirement to be supplied with UEP certified
4  egg?
5      A.   That's correct.  Again, my
6  interpretation today.
7      Q.   Do you know if Dreyer's ever did
8  lift their UEP certification?
9      A.   To my knowledge, they did not.
10     Q.   But had they, they could have
11  potentially obtained cheaper eggs from
12  Rembrandt?
13     A.   They could have obtained cheaper
14  eggs from Michael Foods, yes.
15     Q.   If you look at the last -- or I'm
16  sorry -- the third page of the e-mail chain, I
17  should say.  On the third page of the e-mail
18  chain there's an e-mail from Mr. Trask to a
19  number of individuals, including, you mentioned
20  Monte Mace, John Hill, Ed Lewis and yourself,
21  copying Steve Warner.
22     Do you see that?
23     A.   Yes, I do.
24     Q.   And the subject is Informa Weekly
25  Egg Comments.  And I think you mentioned Informa

---

136

1  is a third-party source --
2      A.   Yes.
3      Q.   -- that Nestlé would look to for
4  market information?
5      A.   Yes.
6      Q.   And I may have asked, did Nestlé
7  look --
8      A.   Is it Informa or Urner Berry here?
9  Get me back to the spot you're citing.
10     Q.   Sure, no, fair point.
11     I'm looking at the subject line of
12  Mr. Trask's September 19 e-mail.
13     A.   Okay.  Informa, yes.  Now I see
14  where you're talking about.
15     Q.   And is it your understanding that
16  the information that Mr. Trask is providing here
17  is coming from Informa?
18     A.   It looks more like it's coming from
19  Urner Berry.  That's why I -- he may have
20  misspoke.  I can't -- I can't tell.  It's just
21  -- but it doesn't look like Informa.  It looks
22  like Urner Berry comments.
23     Q.   Did Mr. Trask provide updates to the
24  rest of the purchasing team as to what he
25  learned from Informa?

---

137

1      A.   Probably not to the team.  If he
2  learned something from Informa or Urner Berry,
3  he would share it with the stakeholders, like
4  John Hill.
5      Q.   How about yourself?
6      A.   Yes, he would cover it with me as
7  well.
8      Q.   And you see that he distinguishes,
9  or at least has a separate paragraph for shell
10  egg values and egg product values?
11     A.   Right.
12     Q.   And the comment on the first
13  sentence, second paragraph, "Egg product values
14  didn't budge once again this week and have been
15  surprisingly strong and resilient to changing
16  market conditions of late."
17     A.   Okay.  I got to find it again.
18     Q.   I'm sorry.  That's the first
19  sentence of the second paragraph.
20     A.   (Reading out of the hearing of the
21  reporter.)  Okay.  I see that.
22     Q.   As an egg buyer, did you have an
23  understanding that the shell egg market was
24  different than the egg products market?
25     A.   Yes, it is different.

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                        April 25, 2014

36 (Pages 138 to 141)

---

138

1      Q.   And how so?
2      A.   Shell egg is driven by supply and
3  then demand is on the side of the consumer at
4  retail.  And industrial products, like we buy,
5  is based upon supply and then supply of breaking
6  stock and then quoted price for the industrial
7  buyers.
8      Q.   How is that different than what you
9  just indicated as far as the shell egg market?
10      A.   Well, the similarities, it's all
11  based upon supply, but they can move -- the
12  price can move separately.  They don't
13  necessarily always move at the same time.
14      Q.   What are the reasons that they would
15  move differently?
16      A.   Because most of these components are
17  storable.  All these dried spray materials were
18  made from eggs that were broken weeks, months,
19  years ago.  Those inventories may be adequate to
20  support the price or allow price to drop.
21           Whereas the retail market, you know,
22  it's a fresh product that's perishable, so you
23  can't store eggs very long.
24      Q.   And again, Nestlé could have avoided
25  the fluctuation in the Urner Berry market by

---

139

1  purchasing through a grain-based contract?
2      A.   Well, we would go from one
3  volatility to a much greater volatility as the
4  experts directed me, so I -- I want to avoid it.
5  In fact, in 2010 or '11, grain went so high that
6  I would have probably put the ice cream business
7  out of business.  So, I mean, that's hindsight,
8  but there's no avoiding anything.  It's about
9  risk.
10      Q.   But you mentioned the supply
11  of -- were you referring to the supply of eggs
12  when you mentioned supply?
13      A.   On which comment?
14      Q.   Well, we talked about differences
15  between the shell egg market --
16      A.   Right.
17      Q.   -- and the market for egg products.
18      A.   The supply of egg products are
19  storable.  Frozen, dry.  The only ones not
20  storable is whole.
21      Q.   So when you referred to supply in
22  distinguishing between egg markets, shell egg
23  and egg product, you're referring to supply of
24  different items?
25      A.   Yeah.  I'm talking about

---

140

1  inventories.  They both are going to price off
2  of the available eggs.  One is breaking stock,
3  one is retail.  But since retail is perishable,
4  the price moves much more quickly against
5  demand.
6           And industrial is storable, so if
7  there's an inventory, even if they cut their
8  supply of breaking stock, the prices move
9  differently than the retail markets because
10  there's -- they got to work off those
11  inventories.  They work off the inventories,
12  inventories go down, prices go up.
13      Q.   So again, your point is for egg
14  products, the price works off the breaking stock
15  inventory?
16      A.   Yes, that's correct.
17      Q.   And there are other factors that go
18  into it?
19      A.   There are other factors, but that's
20  a big driver.
21      Q.   And again, if Nestlé were purchasing
22  off a grain-based contract, it would not be
23  subject to inventory of breaking stock; instead
24  it would be subject to other cost drivers?
25      A.   Correct.

---

141

1           Now, I want to qualify.  When I say
2  "breaking stock," it's the breaking stock price
3  that is driving this.  It's the inventories that
4  affect price, okay?  I don't price off of
5  inventory numbers; I price off the cost of
6  breaking stock.
7      Q.   If you're on a formula-based
8  contract?
9      A.   On a formula, right.
10      Q.   And again, a formula-based contract,
11  that's not grain-based?
12      A.   That's correct.
13      Q.   As an egg buyer, did you recognize
14  the difference between egg producers who
15  produced primarily market-based shell eggs and
16  those that produced egg products?
17      A.   I don't think I differentiate.  I
18  think they both produce both at one time or
19  another.
20      Q.   What do you mean by that?
21      A.   Well, what doesn't go to retail
22  demand ends up in the breaking stock.  I don't
23  know, and maybe -- I don't know if there's a
24  separate person producing breaking stock.  I'm
25  not aware of it.

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                           April 25, 2014

---

142

1    Q.   Okay.  But when you're thinking of
2  purchasing for Nestlé, do you think of egg
3  producers the same or do you think of those
4  producers that principally produce egg products
5  versus those that principally produce shell
6  eggs?
7    A.   **Principally produce egg products.**
8    Q.   And why is that?
9    A.   **Because those are the ones that**
10 **respond to our request for proposal.**
11   Q.   So based on your understanding of
12 the market, do you believe it's an accurate
13 statement that the prices of shell eggs and egg
14 products do not move up and down together?
15   A.   **They -- at any given time they can**
16 **do together, inverse or direct.  It just depends**
17 **what's going on in the marketplace.**
18   Q.   Let's take a look at what we marked
19 yesterday as Trask Exhibit 5.  Try to go in
20 order here to make it a little easier here.
21   A.   **Well, you had them in order, but I**
22 **got them all mixed up now.**
23   Q.   Let's look at the bottom e-mail in
24 the chain which is on page 2, an e-mail from
25 Bill Trask to Joe Roberts copying you.

---

143

1    A.   **This is page 2 or page 3?**
2    Q.   This is page 2.
3    A.   **Okay.  Strategy?  Or where are you?**
4    Q.   I'm at the top of the e-mail that's,
5  again, from Bill Trask --
6    A.   **Okay.**
7    Q.   -- to Joe Roberts and yourself.  And
8  the subject is Joseph's Pasta Liquid Whole Egg
9  Overview.
10        Do you see that?
11   A.   **Yes, I do.**
12   Q.   And what is this document purporting
13 to be?
14   A.   **It looks to be an update of the**
15 **market situation to the purchasing manager at**
16 **Joseph's Pasta.**
17   Q.   And was the purchasing manager at
18 Joseph's Pasta part of your purchasing group?
19   A.   **Not at that time, no.**
20   Q.   He was in Joseph's Pasta division?
21   A.   **Correct.**
22   Q.   And so was Mr. Roberts responsible
23 for ultimately making the decision which eggs to
24 purchase?
25   A.   **No.  He was responsible for**

---

144

1  **communicating to the business stakeholders what**
2  **the input costs for their business would be.**
3  **NBS, the Nestlé Business Services, bought the**
4  **eggs.**
5    Q.   Who decided which eggs to buy?
6    A.   **Based on their formulas.**
7    Q.   But who was the person at -- was it
8  someone at NBS or was it someone with Joseph's
9  who made the final decision which eggs --
10   A.   **Which component to buy or who to buy**
11 **from?**
12   Q.   Who to buy from.
13   A.   **We did an Ariba event and made a**
14 **decision as strategic buyers.**
15   Q.   If you look at the last page of the
16 e-mail chain, there's a listing of suppliers,
17 and this is between Michael Foods and Ballas.
18        Do you see that?
19   A.   **Yes, I do.**
20   Q.   And there's a reference to
21 Michael Foods' shelf life.
22        Do you see that?
23   A.   **Yes, I do.**
24   Q.   Is shelf life important to Nestlé?
25   A.   **Yes, it is.**

---

145

1    Q.   Why?
2    A.   **Because we require materials to have**
3  **50 percent of their shelf life left on them**
4  **before we utilize them in order to ensure the**
5  **highest quality goes to our consumer and we make**
6  **the best food we can.**
7    Q.   Is shelf life a consideration that's
8  used in deciding from which egg vendor you'll
9  purchase from?
10   A.   **Under certain circumstances, yes.**
11   Q.   What are those certain
12 circumstances?
13   A.   **It's usually about storage space and**
14 **availability in the local marketplace and lead**
15 **times.**
16   Q.   Was it more valuable to Nestlé to
17 have a supplier have a longer shelf life than a
18 shorter shelf life?
19   A.   **No, not really.  It depends on the**
20 **material and the popularity and how frequently**
21 **we produce it.  It's all over the board.  I**
22 **can't give you one single answer.  I have to**
23 **look at each individual material.**
24   Q.   If you look at the fourth bullet on
25 the prior page under Market Outlook.

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                        April 25, 2014

38 (Pages 146 to 149)

---

146

1          A.    So I'm on page 1 now?
2          Q.    I'm sorry, you're on page 2.  This
3    is still that e-mail from -- it's not easy.
4          A.    Okay.  Market Outlook.  Which bullet
5    now?
6          Q.    The fourth bullet down.
7          A.    Yeah.
8          Q.    And there's references there to
9    corn, soybean meal and crude oil?
10         Do you see that?
11         A.    Yes, I do.
12         Q.    And why is Mr. Trask providing
13   information about the cost for corn, soybean
14   meal and crude oil?
15         A.    These would be some of the inputs
16   into the cost of making an egg.
17         Q.    And why was that relevant to Nestlé?
18         A.    I don't know that he meant for this
19   to be anything more than -- it looks like he
20   copied and paste something out of -- so it
21   just -- we don't center information to our
22   businesses.  He gave them an update.  I think he
23   copied and paste.
24         Q.    Sure.
25         Is the cost of corn, soybean meal

---

147

1    and crude oil something that Nestlé looks at
2    when considering the price of eggs?
3          A.    No, we don't because we don't buy on
4    grain formula.  The only time before I look at
5    those is when we're buying those for other
6    businesses that buy soybean oil and stuff like
7    that as an ingredient.  It has no bearing for me
8    because it's not a future predictor of anything
9    in certain markets like eggs.
10         Q.    So you mention this is a cut and
11   paste.
12         Do you have an understanding that
13   this was included as information that would lead
14   someone to understand where the egg market would
15   go?
16         A.    I -- I -- I don't recall talking
17   about the document.  I don't recall why Joe
18   requested it, and I just can't answer that.
19         Q.    If we look at the fourth bullet,
20   there's a comment, "While not perfect
21   predictors, these markets do provide a general
22   direction for downstream items that use these
23   commodities as inputs."
24         Do you see that?
25         A.    You guys must think I'm blind or

---

148

1    something.  I apologize.
2          Q.    No, you're fine.
3          A.    Sometimes -- I just can't find it.
4          Q.    Sure.  And actually, I think I gave
5    you the wrong bullet.  It's the fifth bullet.
6          MR. CAMPBELL:  Fifth bullet.  He
7    misspoke.  Yes.  See, there he goes again,
8    trying to trick you.
9          THE WITNESS:  Will you watch him?
10         MR. CAMPBELL:  Yes.
11         THE WITNESS:  Okay.  Now, what are
12   you looking for?  I increased the --
13   BY MR. BOETTGE:
14         Q.    Sure.  This is the bullet directly
15   beneath the bullet about markets relating to
16   corn, meal and oil.
17         A.    Okay.
18         Q.    The fifth bullet.  I apologize.  And
19   it begins, "While not perfect predictors" --
20         A.    Okay.  There we go.
21         Q.    Okay.  And read that sentence, if
22   you would.
23         A.    (Reading out of the hearing of the
24   reporter.)  I've read it, yes.
25         Q.    Do you agree with the sentiment

---

149

1    that's expressed, that markets for corn, meal
2    and oil provide a general direction for
3    downstream items that use these commodities as
4    inputs?
5          A.    Under the best of circumstance and
6    general direction, as soon as I see the word
7    "assumption," you know what that does.
8          Q.    What do you mean "under the best of
9    circumstances"?
10         A.    In a perfect world, they should be a
11   predictor or direction, but it does not always
12   happen that way.
13         Q.    Why don't you take a look at what we
14   looked at earlier as Trask Exhibit 8.  It's a
15   copy of the contract from June 15th, 2008.
16         MR. CAMPBELL:  It's this one.
17         THE WITNESS:  Okay.
18   BY MR. BOETTGE:
19         Q.    You can use mine.
20         A.    No, I got it.
21         MR. BESMAN:  Do you need a break?
22   I'm pointing to the court reporter.
23         THE REPORTER:  No, I'm okay.  It's
24   getting loud, though.
25         MR. BESMAN:  I know.  It must be

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                April 25, 2014

39 (Pages 150 to 153)

---

150

1   tough on you to --
2            MR. CAMPBELL: It's going to build
3   character for her.
4            THE WITNESS: They'll be over soon.
5   I don't think they're here much longer.
6            MR. BESMAN: We've got to keep this
7   door shut for the court reporter. She can't
8   hear.
9            THE WITNESS: Okay. I have
10  Exhibit 8, Trask.
11  BY MR. BOETTGE:
12       Q. And is this an example of a 6-month
13  contract?
14       A. No. I -- I --
15           MR. CAMPBELL: (Pointing.)
16           THE WITNESS: (Document review.)
17  There are different materials here. There's
18  some of these that don't have conditions that
19  are less than six months. See?
20           For discussion's sake, I'm going to
21  say yes because the date here is six months, but
22  on each individual item there seems to be some
23  conditions that are less than six months.
24  BY MR. BOETTGE:
25       Q. And let's look at the first one. I

---

151

1   think what you're referring to, there's a
2   condition valid --
3        A. Right.
4        Q. -- June 15th, '08 to September 28th,
5   2008?
6        A. Yeah, that's what I'm referring to.
7        Q. Okay. And then a separate
8   condition, October 1, '08 to December 31, '08?
9        A. Yeah. Yeah.
10       Q. So you would be -- if you purchased
11  pursuant to this contract, you would be paying
12  different prices based on the time period?
13       A. That's right.
14       Q. But isn't it also true that you
15  would know on June 15th, 2008 what price you'd
16  be paying on December 31st, 2008?
17       A. Okay. I've got to qualify this,
18  that if we have a fixed-price contract and a
19  formula price off the Urner Berry breaking
20  stock, they're both going to look the same here
21  because we must put in a price when we put in a
22  contract.
23           But then as those formula prices
24  change, my people go in with the factory people
25  and adjust the purchase order price. So looking

---

152

1   at this right now, I can't tell. So I know
2   it -- let me give you an example outside of eggs
3   so that you know I'm not just picking on
4   your . . .
5            Fresh meat is priced on a daily
6   market and a weekly basis. But what I put in
7   the contract, I got to tell them fresh meat
8   costs $5 a pound. I need a number. Every week
9   my fresh meat price changes. I send those
10  prices to the factories. The POs were issued
11  four to six weeks before I knew what the price
12  is. They got to use the price in the contract.
13  We'll go in and change the price before it's
14  delivered so the invoice and the price match so
15  I can pay the bill.
16           Now, I can't tell whether these are
17  fixed prices or they're going to be prices at
18  one or breaking stock plus.
19       Q. I think I understand what you're
20  saying.
21       A. Yeah.
22       Q. When we looked back at the Ariba
23  analysis for 2008, we saw that there were prices
24  for different three-month periods, but they were
25  fixed out three months, three months, three

---

153

1   months, and I believe I asked you if Nestlé were
2   to purchase from that fixed-price contract, they
3   would know a year ahead of time exactly what
4   price they'd be paying if they opted into that
5   fixed contract, correct?
6        A. Yeah. If they took four periods of
7   three months and they were fixed prices, then
8   you know one year ahead of time.
9        Q. Okay. But what you're saying is
10  looking at this Trask 8, you can't tell --
11       A. Right.
12       Q. -- whether, in fact, these prices
13  were just set in there initially or were the
14  prices that Nestlé paid?
15       A. That's correct. There's a
16  placeholder -- they may be in there as a
17  placeholder so we can cut POs against it. I
18  don't know the answer to that.
19       Q. How would one know? What would you
20  look at to know?
21       A. You'd probably have to go -- have to
22  pull invoices out of Iron Mountain to 2008. I
23  don't even know what the retention is of them. I
24  don't know the answer to that.
25       Q. If you look at the third page of the

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

---

154

1  document, there's -- well, let's just go through
2  this.
3          There's different items listed,
4  correct?
5      A.   Correct.
6      Q.   And like as an example, the first
7  item, this egg albumen powder spray, there's a
8  listing as per spec number and then there's a
9  spec number.  This is on the second page where
10 this item continues.
11         Per spec number and then there's a
12 spec number for that, correct?
13     A.   Yep.
14     Q.   And this would be the price or the
15 conditions where this product would be delivered
16 to Bloomington, Illinois?
17     A.   In the case of that material, yes.
18     Q.   And then if you look down, the next
19 few items follows that similar -- there's a spec
20 number and then a delivery address.
21         Do you see that?
22     A.   Yes.
23     Q.   And then if you look to the third
24 page for Item 50, there is in that same section
25 we're looking at toward the left of the square,

---

155

1  a comment about "UB unpast whole, high side plus
2  .12."
3          Do you see that?
4      A.   I do see that.
5      Q.   What is that a reference to?
6      A.   I don't know what unpast -- that
7  could be unpasteurized.
8          They may have made a notation in
9  here that this is a -- this is a formula price
10 breaking stock plus 12¢, okay?  You can make
11 comments on these individual lines, but they're
12 not required or mandatory.  This is the first
13 time I saw that one.
14         So I would guess this designates a
15 formula price on this one.
16     Q.   Can you draw any inference where
17 that is not indicated; that, in fact, it's a
18 fixed contract not changing?
19     A.   You cannot.  You cannot.
20     Q.   Would you take a look at what has
21 been marked as Trask Exhibit 9?
22         THE WITNESS:  I'll race you.
23         MR. CAMPBELL:  It's this one.
24         THE WITNESS:  Got it.
25 BY MR. BOETTGE:

---

156

1      Q.   Do you recognize this document?
2      A.   I do not.
3      Q.   Let me ask you this:  Are you
4  familiar with this arrangement of data?
5      A.   This would be some type of query
6  that was put into the system.  That's what I
7  recognize.
8      Q.   And the system being SAP?
9      A.   Yes.
10     Q.   And I'll represent to you that this
11 was a document that was produced in this
12 litigation --
13     A.   Okay.
14     Q.   -- from Nestlé.
15         What do you understand this to be?
16     A.   A query put into the system to list
17 by vendor and material code and description,
18 along with a PO number an invoice amount for
19 certain egg products.  Now, let me look at the
20 rest.
21     Q.   Now, I'll represent that this was
22 purported to be transaction data from 2006 to
23 2011 from Nestlé, and if I were to print out all
24 of the data, it would be 52 pages long.
25     A.   Okay.  I see.

---

157

1      Q.   So I'm just printing out for our
2  purposes the first two and the last two pages.
3      A.   Oh, I see.
4      Q.   And let's go through the columns
5  really quickly.
6          You see on the left there's a Vendor
7  column?
8      A.   Yes.
9      Q.   And Ballas Egg Products is a vendor
10 of Nestlé?
11     A.   Yes.
12     Q.   And then there's a Fiscal Month.
13         Do you see that?
14     A.   Yes, I do.
15     Q.   And what does that relate to here?
16     A.   I don't know.  I don't know what
17 that means.
18     Q.   Do you have an understanding that
19 that's the purchases that were made during that
20 month for the egg product?
21     A.   I do not have that understanding.
22 I've never seen that term.
23     Q.   You don't have an understanding
24 either way?
25     A.   No.

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                          April 25, 2014

41 (Pages 158 to 161)

---

158

1     Q.   Do you know if Nestlé's SAP data
2  captures transactions?
3     A.   I'm sure it does.
4     Q.   Do you know if that transaction data
5  was produced in the litigation?
6     A.   Anything that was in the SAP system
7  that was on the request for documents was
8  queried into SAP or pulled from storage in Iron
9  Mountain and would have been turned over.
10    Q.   Do you understand that what's -- or
11 would you characterize what's contained in
12 Trask 9 to be transaction data?
13    A.   I think it is what it's labeled to
14 be.  I mean, you're calling it transaction data.
15 It's specific information about vendors and
16 materials and purchases.  I don't know what else
17 to call it.
18    Q.   Does it reflect the actual prices
19 that Nestlé paid?
20    A.   I have no way of knowing that.
21    Q.   Does Nestlé have in SAP information
22 that would show the actual prices that Nestlé
23 paid for egg products?
24    A.   Yes, it would.
25    Q.   And do you know if that data records

---

159

1  purchases for each purchase that was made?
2     A.   Say that a different way.
3     Q.   Do you know if the -- I think you
4  indicated that the transaction data or the SAP
5  data that Nestlé has identifies the actual
6  purchases that Nestlé made for eggs?
7     A.   Yes, that would be an accurate
8  representation of pricing.
9     Q.   And do you know if that data
10 captures specific transactions as opposed to
11 aggregating a group of transactions?
12    A.   Specific transactions are there.
13    Q.   Do you know one way or the other
14 whether what's shown in Trask 9 is identifying a
15 specific transaction or aggregate transactions?
16    A.   That would be a specific
17 transaction.
18    Q.   You think there are -- this is
19 representing specific transactions?
20    A.   Yes.
21    Q.   What makes you believe -- say that?
22    A.   Because there's a purchase order
23 number, so it ties out two-way transaction.
24    Q.   When is a purchase order number
25 created?

---

160

1     A.   Anytime the system generates a
2  requisition requiring materials, it's converted
3  into a purchase order.
4     Q.   So the purchase order would show, in
5  fact, that eggs were purchased?
6     A.   That's correct.
7     Q.   And is it your understanding that
8  the invoice amount is the amount that was
9  identified on the invoice for that purchase?
10    A.   Since I don't compare the two, I'm
11 going to use -- I can't say yes or no.  I only
12 can say that this got an invoice amount.
13    Q.   And you don't know whether that
14 invoice amount is what's identified on the
15 purchase order column corresponding to that
16 purchase, correct?  You don't know one way or
17 the other?
18    A.   I have every reason to believe it
19 does and you can probably test one by
20 multiplying invoice quantity by unit price.  You
21 know what I'm saying?
22
23
24
25

---

161

1         - - - - -
2         (Thereupon, Deposition Exhibit 8,
3         Speed Analysis, Bates Labeled
4         NES00004501, was marked for purposes
5         of identification.)
6         - - - - -
7     Q.   Showing you, Mr. Feyman, a document
8  that I'll represent is an excerpt of the data
9  that is contained in Trask 9.  Again, Trask 9
10 being an excerpt.  But from all of that data
11 from the Bates-stamped NES00004501, the
12 information that's contained on Feyman 8 is an
13 excerpt for that data.
14         And I'll further represent that the
15 information that's on Feyman 8 was obtained by
16 identifying purchases from Michael Foods for the
17 period July through December of 2008 for the
18 particular material 22002238.
19         Do you see that?
20    A.   I see all of that, yes.
21    Q.   Let's turn to page -- let's compare
22 this to Trask 8.  So have both of the documents
23 in front of you.
24    A.   Okay.
25    Q.   And let's go to the fourth page of

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                      April 25, 2014

42 (Pages 162 to 165)

---

162

1    Trask 8, and particularly Item 100.
2         A.   Okay.
3         Q.   And do you see that material number
4    for Item 100 is 22002238.
5         Do you see that?
6         A.   Yes, I do.
7         Q.   And do you understand that to be the
8    same material as what's reflected in Feyman 8?
9         A.   Yes.
10        Q.   And this is for egg whole liquid
11   pasturized 30 pounds, correct?
12        A.   Yes, it is.
13        Q.   And what is egg whole liquid
14   pasturized used for?
15        A.   Oh, I wouldn't be able to share
16   that.  I don't know.
17        Q.   And I think you indicated your
18   understanding that a fair inference of the data
19   that's contained on Feyman 8 reflects the
20   purchase price that Nestlé paid for items?
21        A.   That's correct.
22        Q.   And do you recognize that the prices
23   that are listed in Feyman 8 for this material
24   22002238 matched the prices listed in the
25   contract that is Trask Exhibit 8?

---

163

1         A.   Just give me a moment to check.
2         Yeah, they match two of the three
3    conditions.
4         Q.   What do you mean by that?
5         A.   Well, on Item 100, there are three
6    prices, 1.02, 1.01 and 1.12.
7         On Feyman 8, there's two prices,
8    1.02 and 1.12.
9         Q.   Let's talk about the conditions that
10   are identified on Trask 8.
11        You noted that there are three
12   conditions, correct?
13        A.   Yes, I did.
14        Q.   What's being conveyed by those
15   conditions?
16        A.   It looks like transactions from
17   Michael Foods is a condition, Column B, filtered
18   for July through December, fiscal month.
19        Q.   I understand.  I may have misspoke.
20   I was asking about Trask 8 --
21        A.   Oh.
22        Q.   -- the contract, and specifically,
23   there's the term "condition valid."
24        Do you see that on Trask 8?  This is
25   for Item 100.  There's "condition valid from

---

164

1    6-15-08"?
2         A.   Yes, I do.  Yeah.
3         Q.   And that's the condition -- I
4    apologize -- that I want you to focus on.
5         A.   Okay.
6         Q.   What is the information that's
7    conveyed by the use of the term "condition valid
8    from" with a date?
9         A.   That would be the prices valid for
10   that period of time.
11        Q.   Understood.
12        And do you recognize that the prices
13   that are listed for the dates on the contract,
14   Trask 8, match the prices that are identified on
15   Feyman 8?
16        A.   Well, that's the -- and the
17   interesting part of it is I got a conflict
18   between -- no, I do not.  From -- so from 9-29
19   to 9-30, there's a 1.01, and I don't know why
20   that's there because it's only one day.
21        Q.   Is that a conflict or is that --
22        A.   Well, it's an unexplained condition.
23   I don't understand.  So your question is?
24        Q.   Do the prices that are listed on
25   Feyman 8 match the prices that are listed in

---

165

1    Trask 8, the contract?
2         A.   Yes, they do.
3         Q.   So we talked earlier about your not
4    knowing based on the contract itself, Trask 8,
5    whether, in fact, these prices are fixed prices
6    or formula prices that were plugs; is that fair?
7         A.   Correct.  Well, not plugs.  A
8    marker.
9         Q.   Marker.  The price that was in
10   existence at that day --
11        A.   Okay.
12        Q.   -- but may not, in fact, be the
13   price that --
14        A.   Correct.
15        Q.   -- Nestlé would pay for those goods.
16        Does going through this exercise
17   that we went through with Feyman 8, does that
18   suggest to you that at least that item,
19   22002238, in fact, these were fixed prices?
20        A.   Yes, it does.
21        Q.   And, in fact, you could go through
22   that exercise with all of the items and
23   determine whether in fact this was fixed-price
24   contracting or formula-based contracting?
25        A.   You would have to, yes.

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

43 (Pages 166 to 169)

---

166

1      Q.   And, in fact, if you do that and
2   come to the same conclusion we reached here,
3   that would lead you to believe with some
4   confidence that, in fact, that is fixed-price
5   contracting?
6      A.   As you went through the proving out
7   of the invoice payment, yes.
8      - - - - -
9           (Thereupon, Deposition Exhibit 9,
10          Fax to Terry Baker from Pres Colwell
11          w/Attachments, dated 11-16-04, Bates
12          Labeled MFI0259539-10259546, was
13          marked for purposes of
14          identification.)
15     - - - - -
16     Q.   Showing you, Mr. Feyman, what we've
17  marked as Feyman Exhibit 9.  It's a
18  Michael Foods document that is Bates-stamped
19  MFI0259539.
20          Do you see that?  At least recognize
21  the Bates number on that?
22     A.   Oh, yeah.
23     Q.   Okay.  Turn to the third page of the
24  document.  I just have a few questions about
25  this.

---

167

1           Do you see there's a signature at
2   the bottom right?
3      A.   Yes, I do.
4      Q.   And who's that signature of?  Who
5   signed this contract?
6      A.   The last name is, looks like it's
7   W-A-R-N-E -- and the only name that's close to
8   that is that Warner.  So, I mean, I can't say
9   that's his signature.  I don't recognize that as
10  his signature.
11     Q.   Sure.  What was Mr. Warner's first
12  name?
13     A.   Steve.
14     Q.   And does the first name that's
15  identified here look like Steven to you?
16     A.   I just don't think I'm qualified to
17  identify his signature.
18     Q.   Okay.  And this is a contract with a
19  start date of January 1, 2005, an end date of
20  December 31, 2005?
21     A.   It appears to be, yes.
22     Q.   And there's language,
23  "Contract" -- this is now on the first page,
24  typed in language in the middle, "Contract
25  created Steve to Pres Colwell, 11-2-04."

---

168

1           Do you see that?
2      A.   Yes, I do.
3      Q.   Do you know who the "Steve" is
4   that's being referenced there?
5      A.   I have no idea.
6      Q.   Then it states, "Liquid pricing
7   fixed Jan through June, delivered 12,000 or more
8   per bulk transfer."
9           What does that mean?
10     A.   That the tanker has to -- we have to
11  take at least 12,000 pounds per load and that it
12  is a fixed price for that period of time.
13     Q.   So is that a condition that you must
14  have 12,000 pounds per tanker?
15     A.   Or they could assess a higher price
16  on you that may be -- I wasn't part of those
17  negotiations.
18     Q.   Sure.  But your understanding --
19     A.   It predates me.
20     Q.   -- sitting here is that so long as
21  Nestlé acquired 12,000 or more, its pricing
22  would be fixed from January through June, is
23  that fair?
24     A.   It appears to be, yes.
25     Q.   And then the next sentence, "Nestlé

---

169

1   has the right to convert whole and yolk powders
2   in Danville to super sacks with lead time for
3   transition."
4           What's that a reference to?
5      A.   I can refer or tell you what a super
6   sack is.  Instead of a -- excuse me.
7           Instead of 50-pound bags, which
8   typically a lot of people see things loaded, a
9   super sack is a woven 2000-pound bag that is
10  used to more efficiently deliver dry
11  ingredients.
12          So, I mean, we -- we must have been
13  planning to try to convert the yolk products or
14  dry products into super sacks.
15     Q.   Real quick.  Back to Trask 9, which
16  is the excerpt of the spend analysis data?
17     A.   Got it.  Yes.
18     Q.   Just quickly, when you see spend
19  analysis invoice based, which is the top left,
20  what do you understand that to be a reference
21  to?
22     A.   Invoices we used for the spend
23  analysis.
24     Q.   And a spend analysis is what?
25     A.   I think it's a very generic term.

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.　　　　　　　　　　　　　　　April 25, 2014

44 (Pages 170 to 173)

---

170

1　It could have -- you specify the condition, so
2　it could be any and all many things. This spend
3　analysis has the columns marked as such. That's
4　what was requested.
5　　　Q.　Does spend analysis suggest to you
6　that these are dollars that Nestlé spent?
7　　　A.　That is correct.
8　　　Q.　And then I think we were talking
9　about the month, year, then there's Plant as a
10　column.
11　　　Do you see that?
12　　　A.　Yes, I do.
13　　　Q.　And what's the significance of that
14　column, Plant?
15　　　A.　It tells you for whom that purchase
16　order was issued by.
17　　　Q.　Are purchase orders issued by every
18　plant?
19　　　A.　Yes, they are.
20　　　Q.　Are all of the plants included in
21　SAP?
22　　　A.　Yes, with the exception of Joseph's
23　Pasta, and I don't know when -- I don't know
24　when Dreyer's went online. I don't know when
25　Dreyer's got on to the Globe system.

---

171

1　　　Q.　Was Dreyer's somewhat later than
2　others getting on the Globe system?
3　　　A.　Yes. Correct.
4　　　Q.　Do you know when that -- you don't
5　know --
6　　　A.　No idea. Don't even know if it's in
7　there now.
8　　　Q.　And what would be the plants that
9　would be related to Dreyer's? It would be
10　Laurel?
11　　　A.　Yeah. Laurel.
12　　　Q.　Bakerdale --
13　　　A.　Bakersfield.
14　　　Q.　Bakersfield.
15　　　A.　Tulare, Houston.
16　　　Q.　St. Louis?
17　　　A.　St. Louis.
18　　　Q.　Salt Lake City?
19　　　A.　Salt Lake City.
20　　　Q.　Do you know whether or not that data
21　is in SAP?
22　　　A.　I do not.
23　　　Q.　Who would know?
24　　　A.　Probably somebody on our IT side. I
25　don't know the answer to that.

---

172

1　　　Q.　Have you ever seen their data?
2　　　A.　I don't recall.
3　　　Q.　Do you have an understanding whether
4　Dreyer's maintains transactional data?
5　　　A.　Oh, I'm sure they absolutely do.
6　　　Q.　Globe is, I think, a term you
7　mentioned and I see that on Trask 9.
8　　　What is Globe?
9　　　A.　It's a software package.
10　　　Q.　Does it use SAP?
11　　　A.　Yes.
12　　　Q.　What is the software package that
13　Dreyer's used?
14　　　A.　I do not know.
15　　　- - - - -
16　　　(Thereupon, Deposition Exhibit 10,
17　　　Egg Purchase 2000-2005, Bates
18　　　Labeled NES00004500, was marked for
19　　　purposes of identification.)
20　　　- - - - -
21　　　Q.　Showing you, Mr. Feyman, what we've
22　marked as Feyman Exhibit 10, and I'll represent
23　this is data that Nestlé produced in the
24　litigation purporting to be sales data for the
25　period 2000 to 2005.

---

173

1　　　Do you recognize data reflected in
2　this fashion?
3　　　A.　Sales data?
4　　　Q.　Correct.
5　　　Q.　Or purchase data?
6　　　Q.　I'm sorry. Purchase data. I
7　apologize.
8　　　A.　Well, I recognize what it looks
9　like. This is 2001 to '5. I was not here at
10　the time, so I can't -- I can't say yes or no.
11　　　Q.　Have you ever had occasion to review
12　sales data prior to 2006?
13　　　A.　No, I have not for any reason.
14　　　MR. CAMPBELL: You have misspoke.
15　You meant purchase data.
16　　　MR. BOETTGE: I apologize. I meant
17　purchase data. Thank you.
18　　　MR. CAMPBELL: Did you mark this,
19　Doug?
20　　　MR. BOETTGE: I did. I think
21　it's --
22　　　THE WITNESS: 10.
23　　　MR. BOETTGE: 10.
24　　　MR. CAMPBELL: 10. Okay.
25　　　MR. BOETTGE: Let's take a short

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

45 (Pages 174 to 177)

---

174

1  break.
2          THE VIDEOGRAPHER: Off the record.
3  Of the time is 12:05.
4          (Recess taken.)
5          THE VIDEOGRAPHER: We're back on the
6  record. The time is 12:17.
7  BY MR. BOETTGE:
8      Q.  Mr. Feyman, we spoke earlier about
9  the possibility that the transaction data from
10 Dreyer's is not on Globe, correct?
11     A.  Yes.
12     Q.  Do you recall that?
13         And I just want to know how I would
14 know whether it's not there, and is one way I
15 could learn whether the information is not on
16 Globe by looking at all of the plant
17 locations and if I do not see Laurel, I would be
18 confident that I do not have the transaction
19 data for Dreyer's?
20     A.  Yes. But transaction was supplied a
21 different format for the Dreyer's businesses.
22 You have them.
23     Q.  You believe that information was
24 separately supplied?
25     A.  Yes.

---

175

1      Q.  So we've talked about formula
2  pricing that's not grain-based pricing.
3          Is that pricing that's based on
4  Urner Berry?
5      A.  Urner Berry breaking stock, yes.
6      Q.  And is that based on monthly Urner
7  Berry price quotations?
8      A.  It could be average monthly, yes.
9      Q.  How about quarterly?
10     A.  Possibly.
11     Q.  And I think we discussed in a
12 fixed-priced contract, again, you don't know for
13 certain how the vendor set their price for that
14 period of time of the contract, correct?
15     A.  Yes.
16     Q.  Let's take a look at what we've
17 marked as Trask 11. And there's an e-mail from
18 John Hill on the bottom of the first page to
19 Bill Trask copying yourself and Steve Warner.
20         Do you see that e-mail?
21     A.  Yes.
22     Q.  And there's a comment from Mr. Hill
23 on the first paragraph, "As I think you know,
24 Dreyer's senior management has a very strong
25 bias to being as close to the market as possible

---

176

1  for most things we buy, due to our competitive
2  position in the finished product marketplace."
3          What's your understanding as to what
4  Mr. Hill is referring to as "being as close to
5  the market as possible"?
6      A.  As close to the Urner Berry price as
7  possible.
8      Q.  And what did you understand was his
9  reason for wanting to be as close to the Urner
10 Berry market as possible?
11     A.  Because of the competitive product
12 marketplace.
13     Q.  What does that mean?
14     A.  Everybody makes ice cream the same
15 way.
16     Q.  So if the competitors are also using
17 Urner Berry pricing market to purchase their
18 eggs, then Dreyer's would also want to use the
19 Urner Berry market as a basis to price its eggs?
20     A.  I don't think that's what it's
21 saying.
22     Q.  Then what is it saying?
23     A.  It's saying that if we're not close
24 to the market and somebody else is, we have a
25 competitive disadvantage.

---

177

1      Q.  So there was a desire to use the
2  same pricing methodology that Dreyer's
3  competitors used?
4      A.  I don't think that's what it's
5  saying. I think it's saying we've got to use
6  the methodology to get us closest to the market.
7      Q.  And then tell me, again, your
8  understanding as to what is the competitive
9  position a reference to then.
10     A.  Not knowing how our competition is
11 pricing their eggs or buying their eggs. We
12 know the lowest costs would be close to the
13 actual market as possible, so keep me close to
14 the market.
15     Q.  And this is a reference from
16 Dreyer's.
17         Did you understand that to be a
18 similar belief or desire from the other
19 divisions from which you purchased eggs?
20     A.  No, it is not.
21     Q.  This is unique to Dreyer's?
22     A.  That's correct.
23     Q.  How were others different?
24     A.  Eggs play a much smaller impact on
25 the cost of goods to build the products, and,

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.

April 25, 2014

46 (Pages 178 to 181)

---

178

1   therefore, it's not so critical.
2       Q.   Not so critical to be what?
3       A.   Away from the market.
4       Q.   You mentioned approximately 24
5   million annual spend on eggs for Nestlé,
6   correct?
7       A.   That's correct.
8       Q.   What portion of that is eggs for
9   Dreyer's?
10      A.   I do not know a separation.
11      Q.   How would you know?
12      A.   I'd have to run a query in the
13  system.
14      Q.   Let's go to what's been marked as
15  Trask 12.
16      A.   12, you say?  Correct.
17      Q.   This is an e-mail from Bill Trask to
18  Mr. Mace, copying you.
19           There's a comment, the
20  second sentence -- well, let's begin at the top.
21  "Ballas is now running even with Michael Foods."
22           Do you know what that's a reference
23  to?
24      A.   No, I do not.
25      Q.   And the next statement, "Unless the

---

179

1   whites start climbing in value, I would start
2   leaning on Michael Foods to deliver product."
3           Do you know what that's in reference
4   to?
5       A.   It could be which to buy from the
6   same material.  We saw that previously.
7       Q.   Where Michael Foods is offering the
8   fixed price and Ballas is the formula price?
9       A.   Well, it could be either/or.  It
10  could be either direction.  They're just saying
11  switch it around.
12      Q.   Let's go to Trask Exhibit 13.  Let
13  me go back to 12.
14           There's the reference to whites, egg
15  whites, correct?
16      A.   On 12?
17      Q.   Yes.
18      A.   Where?
19      Q.   Second sentence, "Unless the whites
20  start climbing in value."
21      A.   Okay.
22      Q.   And Monte Mace was with Dreyer's,
23  correct?
24      A.   No.  Monte Mace is with NBS.
25      Q.   Okay.  Was he at a time in 2008

---

180

1   associated with Dreyer's?
2       A.   Yeah.  He's the -- he's the NBS,
3   Nestlé Business Services representative
4   stationed at Dreyer's.
5       Q.   Got it.
6           So this is an e-mail relating to
7   purchases for Dreyer's?
8       A.   Mm-hmm.
9       Q.   Does Dreyer's purchase egg whites?
10      A.   No, they do not.  Well, I don't know
11  the answer to that.
12      Q.   But you understand principally
13  Dreyer's would be purchasing yolks?
14      A.   Yolks.
15      Q.   And so why is there a reference here
16  to whites if Dreyer's is purchasing yolks?
17      A.   If whites climb in value, yolks
18  could potentially drop.
19      Q.   Is that what your understanding
20  normally occurs?
21      A.   That's the only thing that could be
22  referring to.  It doesn't always occur that way.
23      Q.   So let's go to Exhibit 12,
24  Trask -- I'm sorry.  Trask 13.
25      A.   13, right.

---

181

1       Q.   Was the pricing relationship between
2   yolk and white something that Nestlé looked at?
3       A.   Not really.  It was anecdotal for us
4   because it changes nothing.
5       Q.   What do you mean "it changes
6   nothing"?
7       A.   The -- if we're on a formula price
8   with breaking stock, and changes the value
9   of breaking stock.  If we're on a fixed price
10  off of Urner Berry history, it doesn't change
11  Urner Berry history.
12      Q.   If we look at Exhibit 13, this is an
13  e-mail from Mr. Lewis to John Hill.  You're
14  copied, and there's a comment, "Granted, it does
15  not get into what if scenarios should a
16  replacement be found for yolks, but I wanted to
17  address the questions about why yolks haven't
18  followed wholes and whites closely when they've
19  shown weakness."
20           What is that reference to?
21      A.   There must have been some type of
22  discussion about how much those yolks are
23  costing and somebody in R&D must be working on a
24  replacement for them.  You know, instead of
25  buying yolks.  That's the only thing I can

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

47 (Pages 182 to 185)

---

182

1    assume.
2        Q.    And possibly buying a different
3    product to substitute?
4        A.    Maybe.  It never happened that I'm
5    aware of.
6        Q.    Let's take a look at the next page.
7    And there's a description under the bullet Why.
8        And again, do you understand Why to
9    be answering the question, why the price of
10   yolks have not always followed the price of
11   whites?
12       A.    Let me see.  Let me read it.
13   (Document review.)
14       Okay.  Now your question is?
15       Q.    The question is:  What is the
16   question Why?  What is this purporting to
17   answer?
18       A.    The market situation above.
19       Q.    And the market situation being yolks
20   being the price leader compared to wholes and
21   whites?
22       A.    I would say so, yes.
23       Q.    And what does that mean to you?
24       A.    That means at the current time yolks
25   are in demand, therefore, they're going up in

---

183

1    price.
2        Q.    Would you agree that factors other
3    than the supply of yolk drive the price of yolk?
4        A.    Demand.  Demand drives the price of
5    yolk, yeah.
6        Q.    Do factors other than supply or
7    demand drive the price of yolk?
8        A.    No, not in my opinion.
9        Q.    What about the demands for white?
10   Would that have any impact on price of yolk?
11       A.    It could, but doesn't.  If for some
12   reason there was a huge demand for white, then
13   you'd end up with a surplus of yolk, so you'd
14   have a drop of price, but that's never happened
15   that I'm aware of.
16       Q.    Let's take a look at the Why here as
17   explaining this yolk white pricing.  "Relatively
18   inelastic demand due to few alternatives versus
19   egg whites, which compete against other
20   proteins."
21       Do you see that?
22       A.    Yes.
23       Q.    Is this a recognition that whites
24   have more substitutes or alternatives available?
25       A.    I don't know what that means.  I've

---

184

1    read it three times and I don't agree with some
2    of the parts of the statement.  So I didn't
3    write it.  I can't explain it.
4        Q.    What do you not agree with?
5        A.    The relationship of -- comparing
6    vital wheat gluten to other -- I don't know what
7    they're trying to say here.
8        Q.    Is it fair to say you just don't
9    understand what they're trying to say here?
10       A.    I don't understand it.
11       Q.    Not that you disagree, you just
12   don't understand?
13       A.    I've never heard anybody compare
14   wheat gluten to egg whites.
15       Q.    You understand that's what's being
16   done here?
17       A.    It appears to be, but I don't think
18   this makes sense to me.
19       Q.    What about the next bullet.  "Low
20   white demand means that if an egg is separated
21   to provide yolks, yolks are going to bear the
22   majority of the cost."
23       A.    Yes.  True.
24       Q.    And what do you understand that to
25   mean?

---

185

1        A.    It means if -- if you're breaking
2    eggs to get yolks, the whites are left behind,
3    so somebody has got to pay for that egg.  So the
4    yolk is going to be a premium price.  The white
5    is going to stay behind and get dried.
6        Q.    Let's go to Trask 14.
7        This is an e-mail from Mr. Lewis to
8    Bill Trask.  You're copied.
9        A.    Mm-hmm.
10       Q.    And the e-mail at the bottom of
11   page 1 is a note to Mr. Lewis and Mr. Trask, and
12   he references, "It may be applicable for Buitoni
13   or cookie dough."
14       And then the top e-mail suggests
15   from Mr. Lewis, "This might be a way to further
16   reduce eggs in Toll House cookie dough since it
17   involves replacing egg protein with whey
18   protein."
19       Do you see that?
20       A.    I want to read that.
21       Q.    Sure.
22       A.    (Document review.)  Okay.  And the
23   question is?
24       Q.    Is this a reference to a possibility
25   of replacing or reducing the amount of eggs with

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                     April 25, 2014

---

**186**

1  an alternative source of protein?
2      **A.   It seems to refer to that.**
3      Q.   Was it your experience that some egg
4  product purchasers reduced the amount of eggs by
5  replacing those eggs with a non-egg substitute?
6      **A.   It's not my experience.**
7      Q.   You're not familiar with that?
8      **A.   Not familiar with it.**
9      Q.   Do you know what the result of this
10  direction from Mr. Warner was?
11      **A.   I do not, and it's never happened.**
12      Q.   What do you mean "it's never
13  happened"?
14      **A.   We didn't replace eggs.**
15      Q.   There's that comment in the first
16  full sentence, "This might be a way to further
17  reduce eggs in Toll House cookie dough."
18          Do you see that?
19      **A.   Yes.**
20      Q.   Had the eggs in Toll House cookie
21  dough been reduced?
22      **A.   I wouldn't know because this was
23  dated August 29th, which would be one day after
24  I joined the company.  So I don't know what the
25  past was.**

---

**187**

1      Q.   Is Nestlé a member of any trade
2  group?
3      **A.   I believe we're a member of a number
4  of them.  I know we're a member of GMA, Grocery
5  Manufacturers Association, and I think FMI as
6  well.**
7      Q.   Do you have any involvement with
8  either of those groups?
9      **A.   None whatsoever.**
10      Q.   Did you ever have any discussions
11  with anyone at Nestlé who does have contacts
12  with either of those groups?
13      **A.   Yes, I do.**
14      Q.   Who are those individuals?
15      **A.   Ros O'Hearn, who's our
16  vice president of public affairs.**
17      Q.   Say that name again.
18      **A.   Ros O'Hearn, O ' H-E-A-R-N.**
19      Q.   Rossum [sic]?
20      **A.   Ros.  Oh, I'm sorry.  Ros is the
21  first name.  Rosalyn.**
22      Q.   Got it.
23      Q.   And the last name, O'Hearn, O'Hearn.
24      Q.   What's her title?
25      **A.   She's vice president of public**

---

**188**

1  affairs.
2      Q.   How long has she held that title?
3      **A.   Through my tenure, so it's at least
4  2008.**
5      Q.   And you understand she has
6  affiliations with Food Marketing Institute?
7      **A.   I think so.**
8      Q.   And also with Grocers Manufacturing
9  Association?
10      **A.   I think so, yes.**
11      Q.   What have you spoken to her about in
12  connection with those two groups?
13      **A.   Nothing.**
14      Q.   Have you spoken to anyone at Nestlé
15  about Nestlé's affiliation with those two
16  groups?
17      **A.   I asked my assistant to check and
18  see if we were associated with FMI and she
19  reported back to me that public affairs says
20  we're a member of FMI and GMA.**
21      Q.   Did you learn anything other than
22  the fact that Nestlé was members of those
23  organizations?
24      **A.   Nothing whatsoever.**
25      Q.   That was it?

---

**189**

1      **A.   That was it.**
2          THE WITNESS:  Take that off the
3  record so these people will let me go, you know?
4  I'm a learner.
5  BY MR. BOETTGE:
6      Q.   Do you know or have any awareness of
7  Food Marketing Institute addressing the issue of
8  animal welfare?
9      **A.   I think that in some of my blurbs I
10  get in e-mail I've seen something, but I don't
11  recall specifically what it is, and I'm not in
12  the newsletter or anything like that.**
13      Q.   What about GMA?  Do you have any
14  understanding that GMA has --
15      **A.   I know nothing about them.**
16      Q.   What do you recall from the e-mails
17  that you received that FMI is involved or has
18  addressed the issue of animal welfare?
19      **A.   Very little, except I seem to have a
20  remote recollection of seeing some reference to
21  it.  Didn't ponder it.  Didn't pay too much
22  attention to it.**
23      Q.   Who at Nestlé would be most
24  knowledgeable as to the roles that FMI has
25  played in connection with animal welfare?

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                              April 25, 2014

49 (Pages 190 to 193)

---

190

1       A.   I would have to say Ros O'Hearn
2   would be the one.
3       Q.   And that's the name with GMA?
4       A.   I think that's where we have to
5   start, yes.
6       Q.   Any other trade groups that you're
7   aware of?
8       A.   Not that I'm aware of.
9       Q.   Are animal welfare issues important
10  to Nestlé?
11      A.   Yes, they are.
12      Q.   Why?
13      A.   The condition of animals is
14  paramount in food quality, food safety.
15  Additionally, our consumers don't want animals
16  to be harmed in the making of their food or
17  inhumanely treated.  We as an organization feel
18  a responsibility to the environment and to the
19  animals, that they shouldn't suffer.
20      Q.   Have you been aware of any
21  initiatives within Nestlé on the subject of
22  animal welfare?
23      A.   It's now included in our -- part of
24  our sustainability audits.
25      Q.   What do you mean by that?

---

191

1       A.   We want to ensure that the vendors
2   we buy from are not doing more harm than good
3   and are making sure that these agricultural
4   commodities continue to be able to be available
5   to future generations, and so animal welfare is
6   one of the considerations that they go out and
7   rate the vendor, they make sure of humane
8   treatment.
9       Q.   In connection with eggs, what does
10  that mean?
11      A.   If -- well, it's not if.  When the
12  plant is inspected, their factory would get a
13  failing grade if they were discovered to have
14  unsanitary conditions that weren't good for the
15  birds or the eggs or if the birds were
16  unnecessarily suffering.
17      Q.   What criteria would the audit group
18  use to determine if the birds were suffering?
19      A.   I do not know.  I'm not intimated
20  with the standards.
21      Q.   Who would know?
22      A.   Central audit group, I believe.
23      Q.   And when did that initiative come
24  into being?
25      A.   We've been putting increasing focus

---

192

1   on animal welfare since the end of 2008, so it's
2   an initiative that has been growing in strength
3   in all the years since then.  So it wasn't one
4   starting point.
5       Q.   Is the sustainable audit something
6   that's new?
7       A.   The actual formal audit is something
8   that's new, but the inspection of facilities
9   that sell to us has been going on for a long,
10  long time.
11      Q.   And do you know when the inspections
12  began looking at how hens were treated?
13      A.   No, I do not, and I don't know if
14  they've been done yet on the sustainability
15  group.  That's a brand new process.
16      Q.   Okay.  This process of looking at
17  how hens are treated is -- in your understanding
18  that's new?
19      A.   No.  The sustainability group on the
20  special audit is new.  The inspection of
21  facilities that supply to us is at least ten
22  years old and they would not approve of a place
23  that was treating animals inhumanely.
24      Q.   Do you know if their standards have
25  changed over the past ten years --

---

193

1       A.   I do not.
2       Q.   -- as to whether an animal being
3   treated inhumanely?
4       A.   I do not.  I only get a pass/fail
5   and it's not input.
6       Q.   Have you had any discussions with
7   anyone as to what is involved in determining
8   whether animals are being treated humanely?
9       A.   No, I have not.
10      Q.   Are you aware of any egg vendors
11  failing a test as to their animals not being
12  treated humanely?
13      A.   Not that's supplied to me.
14      Q.   Egg vendors that supply --
15      A.   Oh, I thought you said ag vendors.
16  Agricultural.
17      Q.   I'm sorry.
18      A.   No, I don't know of any that have
19  failed.
20      Q.   Other than the sustainable audit
21  process, are you aware of any corporate
22  statement or announcement of principles relating
23  to animal welfare?
24      A.   There are statements out on our
25  website that's available to the public and to

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                            April 25, 2014

50 (Pages 194 to 197)

---

194

1    vendors.
2        Q.   Do you know if those statements have
3    changed?
4        A.   I do not.
5        Q.   Who would know?
6        A.   I think probably public affairs
7    manages the information out there.
8        Q.   Is public affairs also the group
9    that would make the decision whether to change
10   any aspect of its animal welfare statement?
11       A.   No, I think there would be more
12   people involved, but I'm not sure whom.  It
13   would probably come from Vevey.
14       Q.   From who?
15       A.   Vevey, Switzerland, our parent
16   company.
17       Q.   Are you aware of any announcements
18   from Switzerland regarding animal welfare?
19       A.   I am not.
20       Q.   So other than the sustainability
21   audits that you understand there's been kind of
22   a movement toward more -- well, why don't you
23   describe what you mean by evolution with respect
24   to the sustainable audits.
25       A.   Well, over a period of time the

---

195

1    focus on the audits have broadened.  In fact,
2    they're, really under what's called RSA,
3    responsible sourcing audits, that cover all
4    these issues.
5        Q.   So if I understand, for the past ten
6    years, egg vendors have been audited.
7        A.   All vendors have been audited.
8        Q.   Okay.  And do you have an
9    understanding as to ten years ago, whether those
10   audits included the welfare of the hens?
11       A.   I do not know.  I can only go back
12   to eight years ago, seven years ago, when I
13   started, and, yes, it would include that.  We
14   would not buy from somebody who is mistreating
15   animals.
16       Q.   And again, whether an animal was
17   mistreated or not was something that you don't
18   know how that was determined?
19       A.   I don't know.
20       Q.   And you don't know whether that's
21   changed, the standard as to whether a hen is
22   being mistreated or not?
23       A.   No, I do not know.
24       Q.   So what do you understand has
25   changed with respect to audits of egg vendors?

---

196

1        A.   I can't answer that.  I don't do the
2    audits.  I don't see the actual results.  I just
3    see the outcome.
4        Q.   So when you mention there's kind of
5    been a growing focus on animal welfare, what do
6    you base that statement on?
7        A.   I base that on the introduction of
8    the animal welfare matter into the responsible
9    sourcing audits.
10       Q.   Pause there.  Introduction of the
11   animal welfare --
12       A.   As a part of responsible sourcing.
13       Q.   And that used to not be part of
14   responsible sourcing?
15       A.   No.  It wasn't responsible sourcing
16   audits that were done previously.
17       Q.   So I'm confused.
18            Were there two different types of
19   audits?
20       A.   Yeah, two different audits, correct.
21   One is for food safety --
22       Q.   Okay.  And the food safety audits
23   have been done for as long as you can remember?
24       A.   That's correct.
25       Q.   And you're not sure whether animal

---

197

1    welfare is looked at in connection with a food
2    safety audit?
3        A.   No.  I am sure that an inspector who
4    sees an animal being mistreated will report it
5    and we will not be able to buy from them because
6    that's the standards that we operate under.
7        Q.   But separately you're aware of a
8    movement toward responsible source audits?
9        A.   An improvement into the auditing of
10   those particular areas, humane treatment of
11   animals.  Sustainability of the agricultural
12   commodity.  Fair and equitable pay to the people
13   that are doing the work.
14       Q.   And do you know whether, in fact,
15   there have been any responsible source audits of
16   egg vendors yet?
17       A.   I do not.
18       Q.   And likewise, you wouldn't know what
19   standards are being used to determine welfare?
20       A.   I do not.
21       Q.   And that would be public affairs who
22   would be most knowledgeable?
23       A.   I think that's the place to go, yes.
24       Q.   Other than the movement to
25   responsible source audits, are you aware of any

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

51 (Pages 198 to 201)

---

198

1  other changes in the company's policy regarding
2  animal welfare?
3      A.   No.
4      Q.   Do you know why the company has
5  changed and is now moving toward responsible
6  source audits?
7      A.   I don't think it's changed.  I think
8  it's evolved into covering more and more areas.
9      Q.   And why?  What's your understanding
10 is the reason?
11     A.   It's good for people.  It's good for
12 the environment.  Without sustainability, there
13 will be nothing to harvest to put in these
14 foods.  And food safety is the utmost concern.
15         MR. CAMPBELL:  Watch your mic.
16         THE WITNESS:  Go ahead.
17         Sorry about that.
18 BY MR. BOETTGE:
19     Q.   Other than public affairs, are there
20 any groups at Nestlé involved in any aspect of
21 the promotion or consideration of animal
22 welfare?
23     A.   I don't believe so.
24     Q.   When did Nestlé first learn of the
25 UEP animal welfare program?

---

199

1      A.   I can't answer that.  It was
2  the -- they had knowledge of it when I arrived
3  here.
4         THE REPORTER:  I'm sorry, it was
5  what?
6         THE WITNESS:  They had knowledge of
7  it prior to my start here.
8  BY MR. BOETTGE:
9      Q.   Did you do anything to educate
10 yourself as to Nestlé's reaction to that UEP
11 program prior to you starting at the company?
12     A.   I did not.
13     Q.   And what is Nestlé's understanding
14 of the UEP program?
15     A.   Nestlé or mine?
16     Q.   As the corporate representative,
17 let's go with Nestlé.
18     A.   UEP is a group of egg producers who
19 joined together in order to ensure that the
20 animals were treated humanely, and if you
21 complied, you got a UEP certification.
22     Q.   Is that your personal understanding
23 as well?
24     A.   That's correct.
25     Q.   Does Nestlé support the preservation

---

200

1  of the UEP program?
2      A.   I do not know.
3      Q.   Who would know?
4      A.   I don't know that either.
5      Q.   Do you know if Nestlé believed that
6  the certified program would have an impact on
7  egg supply?
8      A.   I don't know.
9      Q.   And likewise, do you know if Nestlé
10 believed the certified program would have an
11 impact on prices?
12     A.   I don't know that either.
13     Q.   Currently, does Nestlé have an
14 understanding that the certified program has had
15 an impact on supply?
16     A.   I believe it has from understanding
17 the basis to this lawsuit.
18     Q.   Separate from that, does Nestlé
19 have --
20     A.   Separate from the lawsuit, I
21 wouldn't have an opinion on it affecting supply.
22     Q.   How does Nestlé believe the
23 certified program has impacted prices?
24         MR. CAMPBELL:  Object to that.
25 Instruct him not to answer to the extent that

---

201

1  the answer would depend upon discussions with
2  counsel.  If he has independent knowledge of
3  that, then he may answer.
4         THE WITNESS:  Independently, if all
5  the egg producers were together, aside from just
6  considering the safety of the animals, they have
7  to discuss outputs or controlling outputs or
8  killing excess birds that could get into the
9  laying flock, it would have a group in one
10 industry doing everything that they're not
11 supposed to be doing, and that's discuss pricing
12 and supply.  So it would effect price.
13 BY MR. BOETTGE:
14     Q.   How would it affect price?
15     A.   If they adjusted supply based upon
16 that group's discussions.
17     Q.   Do you have any knowledge that, in
18 fact, they did adjust supply?
19     A.   I do not.
20     Q.   Do you have any understanding as to
21 whether there's any relationship between the
22 certified program and supply?
23     A.   I do not.
24     Q.   And likewise, I'll ask on behalf of
25 Nestlé.

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

52 (Pages 202 to 205)

---

202

1    Does Nestlé have any understanding
2  as to a relationship between the certified
3  program and the supply of hens?
4    MR. CAMPBELL:  Again, I object to
5  the extent that Nestlé's understanding comes
6  from my advice to Nestlé --
7    THE WITNESS:  Right.
8    MR. CAMPBELL:  -- as its counsel,
9  then I instruct you not to answer.
10   But if Nestlé, to your knowledge,
11 any understanding outside of that, then you may
12 answer.
13   THE WITNESS:  No, I do not.  I do
14 not.
15 BY MR. BOETTGE:
16   Q.   And again, speaking on behalf of --
17   A.   Speaking on behalf of myself.
18   Q.   How about as Nestlé as the corporate
19 representative?
20   THE WITNESS:  I was not instructed
21 not to answer.
22   MR. CAMPBELL:  Well, no.  You may
23 answer if you know whether Nestlé as opposed to
24 you has any knowledge about that.
25   THE WITNESS:  Ask the question

---

203

1  again.
2  BY MR. BOETTGE:
3    Q.   Okay.
4    A.   On a field here.
5    Q.   On behalf of Nestlé --
6    A.   Yes.
7    Q.   -- does Nestlé have any
8  understanding as to the relationship between the
9  certified program and the supply of hens?
10   A.   I do not believe so.
11   Q.   Are you aware of any animal welfare
12 groups like the Humane Society or PETA
13 approaching Nestlé about animal welfare?
14   A.   Yes.
15   Q.   What are you aware of that?
16   A.   We've been contacted by PETA.
17   Q.   When did that occur?
18   A.   In the last year, I believe.
19   Q.   Do you know if they were contacted
20 earlier by PETA?
21   A.   I do not.
22   Q.   Possible they were; you don't know?
23   A.   Anything is possible.
24   Q.   Did you do anything to educate
25 yourself for this deposition as to whether PETA

---

204

1  or Humane Society or like groups had contacted
2  Nestlé with animal welfare concerns?
3    A.   I did not.
4    Q.   What do you understand about this
5  most recent contact by PETA?
6    A.   I actually think it was a palm oil
7  or something unrelated to anything I buy,
8  someplace in southeast Asia.  I know very little
9  about it.  I just had heard that we were
10 contacted.
11   Q.   Understand.
12   So specific to eggs, are you aware
13 of any contact by an animal rights group like
14 the Humane Society or PETA contacting Nestlé as
15 to how its vendors treat hens that supply eggs
16 to Nestlé?
17   A.   No, I do not.
18   Q.   Does Nestlé purchase cage-free eggs?
19   A.   Yes.
20   Q.   For what groups?
21   A.   Dreyer's Ice Cream.
22   Q.   When did Nestlé decide to purchase
23 cage free for Dreyer's?
24   A.   Approximately four years ago.
25   Q.   Who supplies those eggs?

---

205

1    A.   I don't recall.
2    Q.   Who was involved in making the
3  decision?
4    A.   Dreyer's Ice Cream marketing.  I
5  don't know the person's name.
6    Q.   Do you know why they made that
7  decision?
8    A.   Because their major competitor
9  was -- had done it.
10   Q.   So this is like UEP -- purchase of
11 UEP eggs following Ben & Jerry's?
12   A.   Correct.
13   Q.   Any other groups at Nestlé purchase
14 cage-free eggs?
15   A.   No.
16   Q.   Does Nestlé take animal welfare
17 standards into account when making egg product
18 purchase decisions?
19   A.   Just right now it has to be UEP
20 certified.
21   Q.   And I think we talked, you're not
22 familiar when that occurred?
23   A.   No, I am not.
24   Q.   To your knowledge, was that in place
25 when you started in August of 2008?

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.        April 25, 2014

53 (Pages 206 to 209)

---

**206**

1      A.   I don't believe so.
2      Q.   I think you indicated Nestlé was
3 purchasing UEP certified eggs, to your
4 understanding, back to 2007, correct?
5      A.   I think so.
6      Q.   But when you began in August 2008,
7 it wasn't requiring all of its egg suppliers to
8 be UEP certified, correct?
9      A.   Correct.
10      Q.   So I guess that would lead to the
11 conclusion that some of the eggs Nestlé was
12 buying at that time were certified and some were
13 not certified, correct?
14      A.   I believe so.
15      Q.   And why was it that some of the eggs
16 Nestlé was buying were certified and some were
17 not?
18      A.   I don't think all the suppliers were
19 UEP certified at that time. That would be
20 my -- my guess at it. I don't know the answer
21 to it otherwise.
22      Q.   Doesn't Nestlé always have the
23 ability to change suppliers to require UEP
24 certification?
25      A.   It depends on the timing. Are we in

---

**207**

1 contract or are other vendors approved. There's
2 many factors.
3      Q.   So is it your understanding when you
4 started in August of 2008, there was a -- well,
5 let me step back.
6      Was it your testimony that when you
7 began in 2008, Nestlé was purchasing some eggs
8 that were not certified?
9      A.   I believe so, yes.
10      Q.   And then at some later point,
11 it -- well, let me step back.
12      Was there a requirement in
13 August 2008 when you started that all eggs
14 should be UEP certified?
15      A.   No.
16      Q.   That requirement came later?
17      A.   Yes.
18      Q.   So prior to your starting, there was
19 a requirement for some eggs purchased by Nestlé
20 to be UEP certified, but that requirement didn't
21 extend across the whole company?
22      A.   No.
23      It did not extend -- bad question.
24      A.   Yeah, bad question. Try it again.
25      Q.   All right. So back before you

---

**208**

1 started, or when you started, you had an
2 understanding that the UEP certified requirement
3 existed as to only one part of Nestlé, correct?
4      A.   The UEP eggs that were coming in
5 were by happenstance. Somebody who was selling
6 us that had UEP eggs, that's what we took. And
7 over the period of time, we realized the
8 importance of the experience and we expanded it.
9 So it wasn't by design one company, one brand.
10      Q.   Well, isn't it fair to say that at
11 some point Dreyer's required UEP certified?
12      A.   Yes. I think that started before I
13 came in.
14      Q.   Okay. And that was a hard, fast
15 rule, correct?
16      A.   That's correct, yes.
17      Q.   If you could not supply UEP
18 certified eggs, you could not sell to Dreyer's,
19 correct?
20      A.   You understand correctly.
21      Q.   But that requirement that all eggs
22 must be UEP certified was specific to Dreyer's
23 at the time?
24      A.   That was the only place that had the
25 requirement, yes.

---

**209**

1      Q.   For other parts of Nestlé, there was
2 not -- there was no requirement?
3      A.   That's correct.
4      Q.   And your understanding is over time,
5 Nestlé began to demand all of its eggs be UEP
6 certified eggs?
7      A.   Yes.
8      Q.   And I think when I asked as to the
9 reason that the requirement existed in some
10 parts of the company, not other parts of the
11 company, you were noting supply may not have
12 been as prevalent?
13      A.   Yeah, it may not have been the
14 vendor we were buying from as UEP certified.
15      Q.   Okay. But there was certainly a
16 time where non-Dreyer's parts of the company did
17 not require UEP certified eggs, correct?
18      A.   Correct.
19      Q.   Why was it that it was a requirement
20 that Dreyer's have UEP certified eggs but at the
21 same time there was not a requirement that other
22 parts of Nestlé have UEP certified eggs?
23      A.   They were meeting a competitive
24 situation.
25      Q.   I think you had mentioned earlier

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                         April 25, 2014

54 (Pages 210 to 213)

---

**210**

1    discussions with others at Nestlé relating to
2    legislation in California relating to the
3    production of eggs.
4        Do you recall that?
5        A.  Yes, I do.
6        Q.  And what was your understanding as
7    to the impact of that legislation on Nestlé?
8        A.  **The increased requirement of space**
9    **will drive out the egg producers in California,**
10   **thus, generating greater freight for me to**
11   **deliver eggs to California.**
12       Q.  Do you recognize that a lack of
13   clarity as to animal welfare standards could
14   lead producers to not add capacity?
15       A.  **Do I recognize it?**
16       Q.  Yes.
17       A.  **Possibly.**
18       Q.  Why don't you take a look at Trask
19   15 for a moment.
20       A.  **Okay.**
21       Q.  And looking at the bottom e-mail on
22   the second page, it's an e-mail from a Mr. Lewis
23   to John Brommer.
24       Are you familiar with John Brommer?
25       A.  **Yes, I am.**

---

**211**

1        Q.  Who is John Brommer?
2        A.  **John Brommer worked for, I think,**
3    **Michael Foods, but he sold us eggs.  That's what**
4    **I know.**
5        Q.  Okay.  And there's a comment here
6    from Mr. Lewis, "What upcharge would there be if
7    Danville were to ask for UEP whole eggs."
8        Do you see that?
9        A.  **Yes, I do.**
10       Q.  And what's that a reference to?
11       A.  **The higher cost that UEP eggs**
12   **demand.**
13       Q.  What was Danville?
14       A.  **Danville is Buitoni.  It's a**
15   **factory.**
16       Q.  So is this a question were
17   Michael Foods to supply -- were the eggs that
18   Michael Foods supplied to Buitoni converted to
19   UEP, would there be additional cost?
20       A.  **That's how I read -- understand it.**
21       Q.  So is it your understanding at that
22   time the eggs that were being supplied were not
23   UEP?
24       A.  **I think we can conclude that, but I**
25   **don't know that.**

---

**212**

1        Q.  Looking at the top e-mail then from
2    Mr. Lewis.
3        A.  **Are we still on 15?**
4        Q.  We are.
5        A.  **Okay.**
6        Q.  -- to John Brommer and copying
7    Bill Trask, he thanks Mr. Brommer for providing
8    information about the upcharge, and he states,
9    "What we're doing is preparing to answer
10   questions if Häagen-Dazs' preference for UEP, by
11   implication, puts pressure on other Nestlé
12   brands."
13       Do you see that?
14       A.  **Yes, I do.**
15       Q.  What's your understanding as to what
16   Mr. Lewis means there?
17       A.  **Use of UEP eggs at Häagen-Dazs could**
18   **lead to consumer pressure or marketing pressure**
19   **to get all brands into UEP.**
20       Q.  Do you know at this time,
21   August 2008, does this reflect that Häagen-Dazs
22   was using UEP eggs?
23       A.  **This is before my tenure.**
24       Q.  You're right.  By about two weeks,
25   right?

---

**213**

1        A.  **Yeah.**
2        Q.  Yeah.  Do you know when you started
3    whether Häagen-Dazs was using UEP eggs?
4        A.  **I do not.**
5        Q.  You don't know either way?
6        A.  **I don't know either way.**
7        Q.  Are you aware of discussions at the
8    company as to pressure if some brands of Nestlé
9    were using UEP certified but other brands were
10   not?
11       A.  **I'm not -- I've never been involved**
12   **in any discussions such as that.**
13       Q.  Does this e-mail reflect there was
14   some discussion of that pressure?
15       A.  **I don't know what drove Mr. Lewis to**
16   **write it.**
17       Q.  Let's go to the next document,
18   Trask 16.
19       A.  **Whoops.  I jump from 15 to 16 to 17.**
20   **What does that look like?**
21       THE WITNESS:  Let me take yours.
22       MR. CAMPBELL:  Take that.
23       THE WITNESS:  Okay.
24   BY MR. BOETTGE:
25       Q.  And here now you're copied on the

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                    April 25, 2014

55 (Pages 214 to 217)

---

214

1  top e-mail; it's an e-mail from Dale Bohman.
2      A.  Yes.
3      Q.  And I want to take a look at the
4  last page -- well, let's step back.
5          The subject is September CFO update.
6          Do you see that at the bottom of the
7  first e-mail?
8      A.  Yes, I do.
9      Q.  Do you understand this to be a CFO
10  update?
11      A.  Yes, I do.
12      Q.  Okay.  Did purchasing update the CFO
13  from time to time relating to eggs?
14      A.  Yes.
15      Q.  How frequently did it provide the
16  updates?
17      A.  I'm not trying to be a wise guy.  It
18  was -- we updated the CFO quarterly, but not on
19  every -- every material, every quarter.
20      Q.  Got it.
21          If you note, the first bullet point
22  discusses a strategy "moving between fixed and
23  formula pricing as markets dictate."
24          Do you see that?
25      A.  Yes, I do.

---

215

1      Q.  What's your understanding as to what
2  is mean by that?
3      A.  Move from a fixed price against the
4  Urner Berry historical breaking stock to a
5  formula price which is breaking stock plus
6  overages.
7      Q.  And again, when you say fixed price
8  based on historical Urner Berry, again, you
9  don't know how a producer has set their fixed
10  price; is that correct?
11      A.  That is true.
12      Q.  And in the next bullet is, "Evaluate
13  alternatives to sugar yolks in Häagen-Dazs."
14          Do you know what that's a reference
15  to?
16      A.  Not at all.
17      Q.  In the last bullet.  "Challenge use
18  of animal welfare eggs in Häagen-Dazs."
19          Again, do you have an understanding
20  as to what was being meant by challenging the
21  use of animal welfare eggs?
22      A.  I do not.
23      Q.  Do you recall any discussions at
24  Nestlé relating to the use of certified eggs in
25  Häagen-Dazs product?

---

216

1      A.  Discussions just about them?
2      Q.  Yes.
3      A.  Yes.
4      Q.  What do you understand about those
5  discussions?
6      A.  Availability and additional cost.
7      Q.  And your understanding is
8  Häagen-Dazs today uses UEP certified egg?
9      A.  Yes.
10      Q.  And do you recall when Häagen-Dazs
11  began to use certified egg?
12      A.  Sometime in 2008, I think, it
13  started.
14      Q.  Let's go to what's been marked as
15  Exhibit 17.
16      A.  I think I got 17.
17      Q.  And let's go to the second page of
18  the exhibit, and let's start at the bottom
19  e-mail, which is from Denise Shurney.
20          Do you see that?
21      A.  Yes, I do.
22      Q.  And are you familiar with
23  Miss Shurney?
24      A.  Yes, I know Denise.
25      Q.  Is she still with the company?

---

217

1      A.  Yes, she is.
2      Q.  Does she work in the same group that
3  Ros O'Hearn works?
4      A.  No.
5      Q.  Ros O'Hearn is public affairs?
6      A.  Public affairs.
7      Q.  This is regulatory affairs.
8      A.  Regulatory affairs.
9      Q.  And how are they different?
10      A.  Regulatory affairs deals with the
11  conformance to the government regulations.
12      Q.  And there's a comment that
13  Miss Shurney makes at the bottom of this second
14  page.  "Animal raising claims are an
15  informative, consumer communication that could
16  differentiate our products from our
17  competitors."
18          Do you agree with that statement?
19      A.  I think that's her opinion.  I don't
20  agree with it.
21      Q.  You don't agree with it?
22      A.  No.
23      Q.  What is it that you disagree with?
24      A.  This is my personal disagreement.  I
25  don't believe that animal claims are a driver of

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

56 (Pages 218 to 221)

---

**218**

1  food buying decisions.
2      Q.   Do you understand animal raising
3  claims could differentiate Nestlé products from
4  another manufacturer's product?
5      A.   They may, but I'm not a marketing
6  person.  I'm a buyer.
7      Q.   Do you have an understanding that
8  the comment made by Miss Shurney relating to
9  animal raising claims as a means to
10 differentiate products being an opinion that was
11 held by others at Nestlé?
12     A.   I do not know that.
13     Q.   Let's look at the e-mail directly
14 above that from Mr. Lewis, which you're copied,
15 and there's a reference about "We are addressing
16 this issue with Häagen-Dazs right now.
17 Häagen-Dazs wants to use animal welfare eggs.
18 We pay a premium for those and are limited in
19 our supplier base."
20          Do you see that?
21     A.   Yes, I do.
22     Q.   Does that refresh your recollection
23 as to whether Häagen-Dazs at this time was using
24 certified eggs?
25     A.   Well, this was written in October.

---

**219**

1  I said I -- I know that I thought it started in
2  2008, so that would support what I say, no?
3      Q.   Do you have an understanding from
4  looking at this e-mail whether at this time
5  Häagen-Dazs was using certified eggs?
6      A.   I don't know.  I just don't recall.
7  I can't tell you.
8      Q.   Understood.
9          A reference to H-D wanting to use
10 animal welfare eggs.
11         Do you see that?
12     A.   Yes.
13     Q.   What did you understand was meant by
14 animal welfare eggs?
15     A.   UEP.  That's the only thing that I
16 knew of as a terminology.
17     Q.   The reference to paying a premium 3
18 to $400,000 for those, "those" being animal
19 welfare UEP certified eggs?
20     A.   I believe that's correct.
21     Q.   And limited in supplier base, what
22 does that mean?
23     A.   Not all our vendors were UEP
24 certified.
25     Q.   And then there's a comment at the

---

**220**

1  end of the e-mail, "A side issue that Mary may
2  be aware of is what does an animal welfare claim
3  by one Nestlé brand imply about other Nestlé
4  brands."
5          What did you understand Mr. Lewis to
6  mean there?
7      A.   It's a great question.  If you
8  broadcast that you're using animal welfare eggs
9  for Häagen-Dazs, what does that say?  If you
10 don't say a bunch of other brands would mean
11 you're not using animal welfare eggs.  So it
12 just error of omission or too much information.
13 You tell me.
14     Q.   And that would create a concern for
15 Nestlé?
16     A.   Of course, because you don't want to
17 give people the wrong impression.
18     Q.   And how would that be conveying a
19 wrong impression?
20     A.   If you're touting it from one brand,
21 you must be selecting that brand and doing
22 something special for it as opposed to all your
23 brands.  So if you're not going to do it for
24 all, don't tout it for one.
25     Q.   Do you know how that question was

---

**221**

1  resolved at Nestlé?
2      A.   There was no concerted effort to
3  convert everybody over to UEP eggs in any one
4  fell swoop.
5      Q.   Say that again.
6      A.   There was no directive to convert
7  everybody to UEP eggs with a deadline or one
8  fell swoop.  Do it as you can.
9      Q.   Again, and that's a distinction from
10 Dreyer's which was a one fell swoop, they must
11 all be as to the others, do it as you can.
12     A.   Right.
13     Q.   Do you understand more about that?
14 Were there discussions you were involved in that
15 reflected on this, do it as you can?
16     A.   No.  No.  It's just we built it into
17 the budget and paid for it in future years.
18 That's all.
19     Q.   Were you involved in the decision
20 for Nestlé to move to certified egg in these
21 other divisions?
22     A.   Not at all.
23     Q.   And that again came from the
24 marketing group for each of the other divisions?
25     A.   That's right.  Or the leadership

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.             April 25, 2014

57 (Pages 222 to 225)

---

**222**

1   team in those divisions.
2      Q.   There's a comment here about the
3 "Long-term impact be in terms of raw material
4 supply?
5      **A.   Which paragraph are we on here?**
6      Q.   This is that same e-mail from
7 Mr. Lewis in the middle of the second page.
8      **A.   Well, they already -- Mr. Lewis**
9 **already warns that there's a limited amount of**
10 **animal welfare eggs just for Häagen-Dazs. I**
11 **think he's just cautioning that there may not be**
12 **enough for everybody if all the other brands**
13 **jump in.**
14      Q.   Let's move then to the first page of
15 the e-mail chain, and this is an e-mail from
16 Mary Marr.
17      Do you know who Mary Marr is?
18      **A.   I do not.**
19      Q.   There's a comment on the second
20 bullet of Miss Marr's October 24 e-mail. She
21 states, "As for the specific notice listed
22 below, Ed noted that we would be in favor of
23 supporting standardized guidelines for 'animal
24 raising claims' for meat and poultry."
25      Did you have an understanding that

---

**223**

1   Nestlé was in favor of standardized guidelines?
2      **A.   For specifically animal raising**
3 **claims?**
4      Q.   Correct.
5      **A.   Yeah, no, I was never aware of that.**
6      Q.   Did you have discussions with anyone
7 at Nestlé relating to the use of standardized
8 animal welfare guidelines?
9      **A.   I have not.**
10      Q.   In that last sentence of that same
11 paragraph it notes, "We (Nestlé) hold ourselves
12 to a very high standard."
13      Do you agree with that?
14      **A.   Yes, I do.**
15      Q.   "And with the current system another
16 company could have an unfair competitive
17 advantage making the same claim but using a low
18 standard."
19      Do you see that?
20      **A.   Yes, I do.**
21      Q.   Do you agree that that would be a
22 concern?
23      **A.   I don't even know what it means.**
24 **What claim are we talking about here?**
25      Q.   Fair point.

---

**224**

1   I believe what we're talking
2 about -- this is the second bullet, but I
3 suggest you read the full bullet -- relates to
4 animal raising claims.
5      **A.   Okay. (Document review.)**
6      **So they're trying to infer that**
7 **we're going to use high -- be animal welfare**
8 **conscious and make a claim and somebody else who**
9 **isn't animal welfare conscious is going to make**
10 **the same claim? Doesn't sound reasonable to me.**
11 **Is that what you think it means?**
12      Q.   Let's step back.
13      Why don't you explain to me what you
14 understand Miss Marr was referring to in her
15 e-mail.
16      **A.   I -- I -- it's too far afield. I**
17 **don't know her. This is somewhat a confusing**
18 **statement particularly and I'm afraid to try to**
19 **guess what she means. So I can't tell you what**
20 **she means.**
21      Q.   And then Mr. Lewis forwards the
22 e-mail to you and notes the discussion he had
23 with Mary Marr.
24      Do you see that at the top of the
25 e-mail chain? Directly at the top?

---

**225**

1      **A.   Oh, yes, I do.**
2      Q.   Okay. And do you recall having a
3 discussion with Mr. Lewis about these topics?
4      **A.   Absolutely not.**
5      - - - - -
6      **(Thereupon, Deposition Exhibit 11,**
7 **E-Mail Chain w/Attachment, Bates**
8 **Labeled NES00000394-00000396, was**
9 **marked for purposes of**
10 **identification.)**
11      - - - - -
12      Q.   What I'm showing you, Mr. Feyman,
13 has been marked Feyman Exhibit 11. It's a
14 document Bates numbered MFI0259547. It's an
15 e-mail from -- or it's correspondence addressed
16 to Mr. Steve Warner.
17      Do you see that?
18      **A.   I do, yes.**
19      Q.   And I want to direct your attention
20 to the fourth paragraph relating to RFP pricing.
21      And there's a comment about
22 "committed to packaging dried whole egg or yolks
23 into super sack containers for the Danville
24 plant."
25      Do you see that?

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                          April 25, 2014

58 (Pages 226 to 229)

---

226

1    A.   Yes, I do.
2    Q.   And was the opportunity to have
3  super sack containers a benefit to Nestlé?
4    A.   It would be a benefit.
5    Q.   How so?
6    A.   Less material handling, lower cost.
7    Q.   Do you know if all your suppliers
8  were able to provide super sack containers?
9    A.   I do not.
10   Q.   But that would be a consideration in
11 deciding to purchase eggs from Michael Foods,
12 the fact that they could supply super sack
13 containers, correct?
14   A.   Called a competitive advantage.
15        THE WITNESS:  I'm so tangled in this
16 chair.
17        MR. BOETTGE:  Let's take a short
18 break.
19        THE VIDEOGRAPHER:  The time is 1:22.
20 We're off the record.
21        (Recess taken.)
22        THE VIDEOGRAPHER:  We're back on the
23 record.  The time is 1:34.
24 BY MR. BOETTGE:
25   Q.   I want to direct your attention to

---

227

1  what we marked yesterday as Trask Exhibit 18.
2  And this is an e-mail from Bill Trask to
3  yourself and Mr. Lewis comparing UEP, VPC and
4  Rembrandt's own policy.
5        Do you see that?
6    A.   Yes, I do.
7    Q.   Do you recall asking Mr. Trask for a
8  comparison of UEP, VPC and Rembrandt?
9    A.   I do not.
10   Q.   Do you know why Mr. Trask prepared
11 this?
12   A.   I do not.
13   Q.   Do you recall looking at and
14 analyzing the UEP program versus VPC and
15 Rembrandt's own policy?
16   A.   I do not.
17   Q.   And we talked earlier, Mr. Feyman,
18 with respect to the pricing that's reported on
19 the Globe software.  An example would be the
20 Trask Exhibit 9.
21        Do you know if the prices that are
22 reflected there include any rebates?
23   A.   I do not know.
24   Q.   Are you aware of a vendor of eggs
25 providing Nestlé with rebates?

---

228

1    A.   I am not aware of any that do so.
2    Q.   You don't know one way or the other?
3    A.   No, I'm not aware of any that
4  provide a rebate.
5        - - - - -
6        (Thereupon, Deposition Exhibit 12,
7        E-Mail Chain w/Attachment, Bates
8        Labeled MFI0259554-0259555, was
9        marked for purposes of
10       identification.)
11       - - - - -
12   Q.   Showing you what we've marked as
13 Feyman Exhibit 12, and this is a document from
14 Michael Foods again.
15   A.   I didn't get a sticker on mine.
16   Q.   Oh, I apologize.  You get the
17 stickered copy.
18        This is an e-mail from Michael Foods
19 MFI0259554.  Again, I'm providing you a redacted
20 copy; provided your counsel with an unredacted
21 copy.
22        The e-mail at the bottom is from
23 Mr. Steve Warner to a Pres Colwell.
24        Do you see that?
25   A.   I do.

---

229

1    Q.   You understand -- well, let's look
2  at the e-mail from Mr. Warner.  It notes in the
3  last sentence of the paragraph "We will also
4  agree that should we hit the million pound level
5  in Q4 shipments of whole, white and yolk powders
6  combined, Michael Foods will rebate Nestlé
7  $150,000."
8        Do you see that?
9    A.   Yes, I do.
10   Q.   Do you recognize this as an example
11 of Michael Foods offering a rebate to Nestlé if
12 it met a certain volume threshold?
13   A.   I was not involved.  I wasn't even
14 employed at the time.  I don't recognize it, as
15 not knowing enough about it to tell you
16 anything.
17   Q.   Okay.  I understand.
18        Fair to say prior to you arriving at
19 Nestlé, you don't know one way or the other
20 whether Michael Foods or other producers
21 provided a rebate for --
22   A.   Prior to my arrival, I cannot tell
23 you if they did or did not.
24   Q.   And again, you didn't do anything
25 before the deposition today to prepare you to

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                          April 25, 2014

59 (Pages 230 to 233)

230

1  answer questions relating to whether rebates
2  were provided prior to your arrival at Nestlé?
3      A.   I did not.
4      Q.   Are you aware of any adjustments to
5  price that could occur that would not be
6  reflected in Globe?
7      A.   I am not -- since, you know, August
8  of 2008, I've made no adjustments to any pricing
9  or contract associated with discounts, rebates,
10 the like.  The only adjustments could be made
11 would be made at the invoicing -- at the payment
12 of invoice time, if there were damages to
13 product and they didn't report it to the company
14 and the trucking company.  Other than that,
15 there should be none.  Or short ships.
16     Q.   Let's take a quick look at
17 Exhibit 10, which was the egg purchase data for
18 2000-2005.  This is Feyman Exhibit 10.
19     A.   I'm getting there.  17.
20     Q.   It's right here.  Sorry about that.
21     A.   Okay.
22     Q.   And let's look back to page 7.
23         And again, this is excerpted data,
24 this is the data that was provided by Nestlé in
25 the litigation.

231

1         And do you understand that this data
2  is aggregate purchases for an entire year?
3      A.   Let me just look here.  (Document
4  review.)
5         It appears to be so, yes.
6      Q.   And would you assume that to
7  determine a price per pound; you could divide
8  total dollars by total pounds?
9      A.   I would -- I would hesitate to
10 support that premise.
11     Q.   You don't know either way?
12     A.   No.  I would -- I believe it would
13 be an inaccurate calculation from this document.
14 I don't know what went into this document, and
15 all that has to do is miss one load of 40,000
16 pounds on some of these, and it's going to
17 change it dramatically.
18        So I can't support that and say,
19 yes, that would be a fair calculation, not from
20 this document.
21     Q.   You don't know one way or the other
22 whether that would be an appropriate way to
23 calculate price per pound, correct?
24     A.   If I was confident where the numbers
25 came from and how they were calculated, that

232

1  would be an absolute appropriate way to make
2  that calculation.
3      Q.   Do you see that on the bottom it's
4  listed the custodian is SAP?
5      A.   Yeah.
6      Q.   Does that give you any greater
7  confidence that this is a document that you
8  could determine pricing from, or same answer,
9  don't know either way?
10     A.   I don't know either way.
11     Q.   Do you know if Dreyer's still
12 purchases egg products from Rose Acres?
13     A.   I do not know who the current
14 supplier is.
15     Q.   How about three months ago?
16     A.   I don't know either.
17     Q.   I asked three months ago.
18     A.   Yeah, I understand.  I was answering
19 that way.
20     Q.   Okay.  Don't know either way?
21     A.   Don't know either way.
22     Q.   Okay.
23
24
25

233

1         - - - - -
2         (Thereupon, Deposition Exhibit 13,
3         E-Mail Chain, Bates Labeled
4         RAUPDATE0013073, was marked for
5         purposes of identification.)
6         - - - - -
7      A.   Give me the sticker.  Give me the
8  sticker.
9      Q.   Yes.  Showing you, Mr. Feyman, what
10 we've marked as Feyman Exhibit 13.  It's an
11 e-mail chain.  It was produced -- or the Bates
12 number is RAUPDATE0013073.
13        Do you see this document?
14     A.   Yes, I do.
15     Q.   And the bottom e-mail is from a
16 Jacki Pecek?
17     A.   Yes.
18     Q.   And she worked in purchasing for
19 eggs?
20     A.   Yes, she did.
21     Q.   And she's writing to Brad Ginnane of
22 Good Egg.
23        Do you see that?
24     A.   Yes, I do.
25     Q.   What is Good Egg?

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

60 (Pages 234 to 237)

---

234

1   A.   It must have been a vendor back in
2   2007. I'm not familiar with them.
3       Q.   Do you see an indication here -- or
4   do you understand any connection between Good
5   Egg and Rose Acre?
6       A.   No, I do not. I'm not aware of that
7   connection.
8       Q.   Does this suggest to you from
9   Miss Pecek that Nestlé is committing to sugared
10  egg yolks UEP for Fort Wayne and Houston?
11      A.   Yes, it does.
12      Q.   I'm showing you what has been marked
13  as Rose Acre -- I'm sorry -- as Feyman
14  Exhibit 14, Bates-stamped RAUPDATE0013130. It's
15  an e-mail from Jacki Pecek to, again, Brad
16  Ginnane. And Miss Pecek asks, "Is Rose Acre in
17  a position to be able to supply our Laurel,
18  Maryland facility with tankers of sugared egg
19  yolks."
20          Do you see that?
21      A.   Yes, I do.
22
23
24
25

---

235

1           - - - - -
2           (Thereupon, Deposition Exhibit 14,
3           E-Mail Chain, Bates Labeled
4           RAUPDATE0013130, was marked for
5           purposes of identification.)
6           - - - - -
7       Q.   Does this refresh your recollection
8   that prior to the time of you joining, Dreyer's
9   purchased eggs from Rose Acre, or does this give
10  you any indication as to when --
11      A.   This indicates that they did. Well,
12  this indicates that they solicited for them. It
13  doesn't say there was a purchasing agreement
14  here. Pecek was soliciting for the need of
15  supply, but there's no confirmation.
16      Q.   Mr. Feyman, we talked earlier about
17  formula pricing versus fixed pricing, and I
18  understand the formula price -- or the fixed
19  pricing is pricing that stays consistent
20  throughout the term of the contract.
21      A.   Yes.
22      Q.   And I further understand from your
23  testimony that Nestlé doesn't have knowledge as
24  to how the vendor in a fixed-price contract set
25  that price, correct?

---

236

1       A.   Correct.
2       Q.   And likewise, in those fixed-price
3   contracts, there's no agreement between Nestlé
4   and the vendor how that fixed price should be
5   determined, correct?
6       A.   Correct.
7           MR. BOETTGE:  I have nothing
8   further.
9           MR. CAMPBELL:  I have no questions.
10  We will not waive signature. We'll read and
11  sign.
12          THE REPORTER:  Okay.
13          THE VIDEOGRAPHER:  This concludes
14  the deposition. The time is 1:46. We're off
15  the record.
16          (Discussion held off the record.)
17          - - - - -
18          MR. BOETTGE:  Back on the record.
19          - - - - -
20          (Thereupon, Deposition Exhibit 15,
21          Nestle USA, Inc.'s Objections and
22          Amended Answers to Defendants' First
23          Set of Interrogatories, was marked
24          for purposes of identification.)
25

---

237

1           - - - - -
2           (The following testimony is on
3   stenographic record only.)
4   BY MR. BOETTGE:
5       Q.   Back on the record. I've shown
6   Mr. Feyman what I've marked as Exhibit 15. It's
7   Nestlé's Objections and Amended Answers to
8   Defendants' First Set of Interrogatories.
9           Do you see this?
10      A.   Yes, I do.
11      Q.   Have you seen this document before?
12      A.   Yes, I have.
13      Q.   And do you know whether you will be
14  verifying the answers to these interrogatories?
15      A.   I do not.
16          MR. CAMPBELL:  I don't know.
17  BY MR. BOETTGE:
18      Q.   And for the record, it's my
19  understanding -- well, I understand counsel for
20  Nestlé will check that I have not yet received
21  verified answers to the interrogatories.
22          In reviewing these interrogatories
23  do you believe them to be accurate, the answers
24  to interrogatories?
25      A.   I do.

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

61 (Pages 238 to 241)

---

238

1       Q.   The first interrogatory on page 3,
2  do you see that?
3       A.   Yes.
4       Q.   Asks, "If during the period covered
5  by your Complaint you made purchases...where you
6  expressly agreed that prices would be
7  determined, in whole or in part, on the basis of
8  the Urner Berry price quotation, then fully
9  describe each such agreement."
10      Do you see that?
11      A.   Yes, I do.
12      Q.   Is it your testimony, or do you have
13  an understanding as to whether a fixed-price
14  contract that we discussed earlier is a contract
15  where -- that Nestlé and the vendor expressly
16  agree that prices would be determined based on
17  Urner Berry?
18      A.   Say it again.
19      Q.   Sure.  I apologize.
20      A.   It may be me.  Maybe my ears are
21  scrambled.
22      Q.   Sure.
23      I believe your testimony was with
24  respect to a fixed-price contract, there is no
25  agreement between the vendor and Nestlé that the

---

239

1  prices would be determined based on Urner Berry;
2  is that correct?
3      A.   That's correct.
4      Q.   So the fixed-price contracts would
5  be contracts that would be responsive to a
6  different interrogatory than what's listed here
7  as Interrogatory 1, correct?
8      A.   I don't think I can answer that
9  without spending some time reading this.
10      Q.   Sure.
11      Well, let me make sure I understand.
12  The question for Interrogatory 1 asks -- let me
13  withdraw that.
14      Let's look to Interrogatory
15  Number 2.
16      A.   Yes.
17      Q.   Which asks, "If during the period
18  covered by your Complaint you made purchases of
19  products where you did not expressly agree that
20  the prices would be determined in whole or part
21  on the basis of the Urner Berry quotation."
22      I'll stop there.  Would that include
23  the fixed-price contracts that we discussed
24  during your deposition today?
25      THE REPORTER:  Is that a yes?

---

240

1      MR. CAMPBELL:  No, he's thinking.
2      THE WITNESS:  I'm reading.
3      Okay.  Go ahead.  Ask that again.
4  BY MR. BOETTGE:
5      Q.   Sure.
6      Just looking at the first part of
7  Interrogatory 2 that asks, "During the period
8  discovered by your Complaint you made purchases
9  of products where you did not expressly agree
10  that the prices would be determined on the basis
11  of Urner Berry quotation."
12      My question is:  Does that concept
13  cover the fixed-price contracts that we
14  discussed today?
15      A.   Yes.
16      Q.   And then looking at the last
17  paragraph --
18      A.   Of?
19      Q.   Page 6 of Interrogatory 2.  It
20  states, subject to objections, "From the period
21  covered by the Complaint to the present, most of
22  its egg purchases were based, in whole or in
23  part, on prices that each supplier set based on
24  Urner Berry price quotations."
25      Does that reference exclude the

---

241

1  fixed-price contracts we discussed earlier
2  today?
3      A.   Okay.  Go ahead.  Ask that question
4  again.
5      Q.   Sure.
6      Following up from the earlier
7  question, does this reference that most of
8  Nestlé's egg purchases were based, in whole or
9  in part, on prices that each supplier set based
10  on Urner Berry price quotation, does that
11  reference purchases exclude those purchases that
12  were --
13      A.   No.  It does not exclude them.
14      Q.   And how does it include them?
15      A.   The Urner Berry price history is the
16  industry Bible for seasonality of egg prices and
17  breaking stock prices.  And we believe that is
18  used as a part of setting fixed-price contracts.
19      Q.   And again, you don't know that for
20  certainty?
21      A.   I do not, but I can only answer --
22  take advice from counsel how best to phrase it,
23  but that's what we see.
24
25

---

HIGHLY CONFIDENTIAL

Feyman, Steven G.         April 25, 2014

62 (Pages 242 to 245)

242

1          MR. BOETTGE:  And I have nothing
2 further.
3
4       (The deposition was concluded at 1:55 p.m.)
5          - - - - -
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

244

1             REPORTER'S CERTIFICATE
2
3    The State of Ohio   )
4              ) SS:
5    County of Cuyahoga. )
6
7       I, Donnalee Cotone, a Notary Public
8 within and for the State of Ohio, duly
9 commissioned and qualified, do hereby certify
10 that the within named witness, STEVEN G. FEYMAN,
11 was by me first duly sworn to testify the truth,
12 the whole truth and nothing but the truth in the
13 cause aforesaid; that the testimony then given
14 by the above-referenced witness was by me
15 reduced to stenotypy in the presence of said
16 witness; afterwards transcribed, and that the
17 foregoing is a true and correct transcription of
18 the testimony so given by the above-referenced
19 witness.
20       I do further certify that this
21 deposition was taken at the time and place in
22 the foregoing caption specified and was
23 completed without adjournment.
24
25      (Certificate continued on next page.)

243

1      ACKNOWLEDGMENT OF DEPONENT
2
3      I, _____, do hereby
4 acknowledge that I have read and examined the
5 foregoing testimony, and the same is a true, correct
6 and complete transcription of the testimony given by
7 me, and any corrections appear on the attached Errata
8 Sheet signed by me.
9
10
11   _____   _____
12   (DATE)      (SIGNATURE)
13
14
15
16
17
18
19
20
21
22
23
24
25

245

1         (Certificate continued.)
2
3       I do further certify that I am not a
4 relative, counsel or attorney for either party
5 or otherwise financially interested in the
6 events of this action; nor is the court
7 reporting firm with which I am affiliated under
8 a contract as defined in Civil Rule 28(D).
9       IN WITNESS WHEREOF, I have hereunto
10 set my hand and affixed my seal of office at
11 Cleveland, Ohio, on this 1st day of
12 May, 2014.
13
14
15
16
17   _____
18   Donnalee Cotone, Notary Public
19   within and for the State of Ohio
20
21 My commission expires February 7, 2017.
22
23
24
25

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                      April 25, 2014

1

**A**

**$150,000** 229:7
**$24** 28:20 55:9
**$4.80** 109:2,8
110:5
**$400,000** 219:18
**$5** 152:8
**$600** 55:10
**A-N-G-E-L-O**
55:20
**A-N-N** 55:19
**a.m** 1:16
**ability** 206:23
**able** 24:22 41:3
44:5 48:17
83:7 90:22
99:16 162:15
191:4 197:5
226:8 234:17
**above-referen...**
244:14,18
**absolute** 232:1
**absolutely** 53:22
122:23 172:5
225:4
**accept** 109:22
**accepted** 116:12
**account** 205:17
**accurate** 142:12
159:7 237:23
**acknowledge**
243:4
**ACKNOWLE...**
243:1
**acquired** 168:21
**acquires** 50:18
**acquiring** 125:9
**Acre** 65:17 69:3
69:11,13 87:16
87:19 88:4,8
88:17 90:17,22
117:7 234:5,13

**Acres** 64:25
232:12
**action** 9:7 49:17
61:6 245:6
**ACTIONS** 1:8
**activity** 32:14
**actual** 158:18,22
159:5 177:13
192:7 196:2
**add** 18:20
210:14
**addition** 57:3
**additional**
211:19 216:6
**Additionally**
190:15
**address** 8:16
96:6 154:20
181:17
**addressed** 74:22
189:18 225:15
**addresses** 96:8
**addressing**
189:7 218:15
**adequate** 99:14
138:19
**adjournment**
244:23
**adjust** 151:25
201:18
**adjusted** 201:15
**adjustments**
50:18 230:4,8
230:10
**administrative**
54:5,8
**Administrator**
1:25
**adopt** 109:9
121:19
**advance** 109:11

110:2
**advantage** 132:9
223:17 226:14
**advantageous**
48:24
**advice** 202:6
241:22
**advise** 34:7
**affairs** 187:16
188:1,19 194:6
194:8 197:21
198:19 217:5,6
217:7,8,10
**affect** 101:16
141:4 201:14
**affiliated** 245:7
**affiliates** 26:16
26:20 63:19,24
65:8
**affiliation**
188:15
**affiliations**
188:6
**affirmative**
82:20 117:16
**affirmatively**
34:15
**affixed** 245:10
**afield** 224:16
**aforesaid**
244:13
**afraid** 224:18
**ag** 193:15
**age** 8:4
**agency** 97:1
**aggregate**
159:15 231:2
**aggregating**
159:11
**ago** 8:12 9:4
18:22 23:20
30:5 52:10

67:3 75:13
112:23,24
138:19 195:9
195:12,12
204:24 232:15
232:17
**agree** 41:10 42:4
43:2,5 47:4
58:7 99:22
101:24 148:25
183:2 184:1,4
217:18,20,21
223:13,21
229:4 238:16
239:19 240:9
**agreed** 238:6
**agreement**
116:5 235:13
236:3 238:9,25
**agreements**
115:23
**agricultural**
117:23 118:5
191:3 193:16
197:11
**ah** 100:12
**ahead** 97:19
153:3,8 198:16
240:3 241:3
**Akron** 8:18
**albumen** 154:7
**allegations**
58:24 59:12
60:19
**allow** 34:22 41:8
131:13,23
138:20
**allowed** 94:4
**alternative**
134:6,16 186:1
**alternatives**
183:18,24

215:13
**amended** 4:3,4
5:6 10:15,25
62:3,8 236:22
237:7
**America** 13:17
14:8
**American** 17:21
22:19 23:16,18
25:15
**amount** 25:23
27:9 44:3
156:18 160:8,8
160:12,14
185:25 186:4
222:9
**analysis** 4:16
5:24 35:11
105:17 152:23
161:3 169:16
169:19,23,24
170:3,5
**analyzes** 40:25
**analyzing** 36:9
227:14
**Andy** 55:18
**anecdotal** 40:17
91:5 181:3
**anecdotally** 83:4
83:5,6
**animal** 72:23
73:13 77:2
82:19 84:5,10
189:8,18,25
190:9,22 191:5
192:1 193:2,23
194:10,18
195:16 196:5,8
196:11,25
197:4 198:2,21
198:25 203:11
203:13 204:2

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                   April 25, 2014

2

204:13 205:16
210:13 215:18
215:21 217:14
217:25 218:2,9
218:17 219:10
219:14,18
220:2,8,11
222:10,23
223:2,8 224:4
224:7,9
**animals** 190:13
190:15,19
192:23 193:8
193:11 195:15
197:11 199:20
201:6
**Ann** 55:15,19
**announcement**
193:22
**announcements**
194:17
**annual** 79:20
178:5
**answer** 9:17
10:5 32:6
34:14 45:18
59:1,7 82:20
82:23 85:6
89:19 127:19
145:22 147:18
153:18,24
171:25 180:11
182:17 196:1
199:1 200:25
201:1,3 202:9
202:12,21,23
206:20 212:9
230:1 232:8
239:8 241:21
**answering**
182:9 232:18
**answers** 5:7

9:14 236:22
237:7,14,21,23
**Antitrust** 1:5
7:12
**anxious** 72:22
**anybody** 92:3
184:13
**anymore** 53:5
**Anything's**
92:22
**anytime** 59:22
160:1
**apart** 31:21 69:2
69:7,13 93:16
**apologize** 19:18
148:1,18 164:4
173:7,16
228:16 238:19
**apostrophe**
55:20
**appear** 243:7
**appearances** 2:1
3:5 7:17
**appeared** 66:16
**appears** 109:13
167:21 168:24
184:17 231:5
**appetite** 130:3,5
130:8
**applicable**
185:12
**applications**
32:15,21 34:12
42:15
**apply** 58:4
**appointment**
43:24
**approaching**
203:13
**appropriate**
47:24 94:23
129:22 231:22

232:1
**approval** 36:8
46:25
**approve** 192:22
**approved** 24:15
34:21,25 35:2
35:17,18,23,24
36:7 41:3
46:14,24,24
47:6 48:22
49:14 50:7
94:19 207:1
**approving**
35:20 36:4
**approximately**
11:25 12:11
14:10 18:22
64:17 75:13
178:4 204:24
**April** 1:16 7:5
**area** 54:1 118:3
**areas** 40:10 56:9
118:3 197:10
198:8
**Ariba** 105:17,20
105:24 106:2,6
107:12,13,14
107:19 109:14
121:15 144:13
152:22
**arm** 22:20 24:1
26:3 91:10
**arrangement**
156:4
**arranging** 54:11
**arrival** 22:5
43:21 229:22
230:2
**arrive** 43:22
**arrived** 199:2
**arriving** 229:18
**ASA** 35:11

**Asia** 204:8
**aside** 201:5
**asked** 54:13
67:8 68:20
90:20 102:16
113:10,25
117:1,6 119:7
127:17 129:9
136:6 153:1
188:17 209:8
232:17
**asking** 9:12,22
90:10 163:20
227:7
**asks** 82:19
234:16 238:4
239:12,17
240:7
**aspect** 22:7
194:10 198:20
**assembly** 44:19
**assess** 168:15
**assigned** 56:9
63:12
**assignment** 15:4
**assigns** 51:10
**assist** 54:10
**assistant** 13:10
188:17
**assisting** 54:11
**associated** 23:2
67:17 96:9
126:19 180:1
188:18 230:9
**Association**
187:5 188:9
**assume** 10:6
31:22 67:12
90:4 124:21
182:1 231:6
**assumption**
149:7

**astute** 48:14
**attach** 105:25
**attached** 243:7
**attaches** 77:8
**attachment**
106:5 113:16
**attempt** 45:9
118:2
**attention** 38:16
38:25 41:20
79:15 106:8
189:22 225:19
226:25
**attorney** 245:4
**audibly** 9:17
**audit** 36:6,15
46:18 191:17
191:22 192:5,7
192:20 193:20
197:2
**audited** 195:6,7
**auditing** 197:9
**audits** 190:24
194:21,24
195:1,3,10,25
196:2,9,16,19
196:20,22
197:8,15,25
198:6
**August** 46:21
121:12 186:23
205:25 206:6
207:4,13
212:21 230:7
**authors** 32:17
**avail** 133:25
**availability**
145:14 216:6
**available** 86:22
133:21 140:2
183:24 191:4
193:25

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                    April 25, 2014

3

**average** 175:8
**avoid** 82:12
  83:16 139:4
**avoided** 138:24
**avoiding** 139:8
**aware** 36:25
  39:15 43:9
  44:8,11 46:2
  58:18 63:11
  68:25 80:10
  81:5,6 82:25
  83:4,7 84:9,18
  87:1 88:23
  90:10 92:4
  101:12 102:12
  102:18,22
  117:11,13,15
  141:25 182:5
  183:15 190:7,8
  190:20 193:10
  193:21 194:17
  197:7,25
  203:11,15
  204:12 213:7
  220:2 223:5
  227:24 228:1,3
  230:4 234:6
**awareness** 189:6

**B**

**B** 2:23 163:17
**B-O-H-M-A-N**
  19:24
**back** 19:14
  45:19 47:2
  61:17 67:2
  68:17 73:1
  97:16 107:8
  115:5 117:20
  122:5 124:10
  131:18,23
  133:17 136:9

152:22 169:15
174:5 179:13
188:19 195:11
206:4 207:5,11
207:25 214:4
224:12 226:22
230:22 234:1
236:18 237:5
**background**
  12:22
**bacteria** 42:10
**bad** 122:11
  207:23,24
**bag** 169:9
**bags** 169:7
**Bainbridge** 1:19
  7:10
**Baker** 4:17
  166:10
**Bakerdale**
  171:12
**Bakersfield**
  124:12,15,21
  171:13,14
**Ballas** 117:7
  132:10 133:3
  144:17 157:9
  178:21 179:8
**Bar** 29:16,18
**base** 72:6 91:4
  102:1 128:20
  196:6,7 218:19
  219:21
**based** 51:11
  56:24 96:18
  107:17 117:19
  122:22 133:22
  138:5,11
  142:11 144:6
  151:12 165:4
  169:19 175:3,6
  201:15 215:8

238:16 239:1
240:22,23
241:8,9
**basically** 118:24
**basis** 38:3 46:18
  51:1 72:12
  152:6 176:19
  200:17 238:7
  239:21 240:10
**Bates** 4:6,7,9,12
  4:14,16,18,20
  4:22,24 5:3,4
  5:12,15,16,18
  5:20,22,24 6:3
  6:5,7,9,10,12
  6:14,16 39:21
  74:17 76:5
  79:4 111:18
  115:10 161:3
  166:11,21
  172:17 225:7
  225:14 228:7
  233:3,11 235:3
**Bates-stamped**
  79:11 111:24
  115:16 161:11
  166:18 234:14
**bear** 184:21
**bearing** 147:7
**becoming** 46:3
**beef** 17:1
**began** 72:14
  80:7,13,22
  81:23 82:10
  84:19,25 88:16
  88:22 90:7
  192:12 206:6
  207:7 209:5
  216:11
**begins** 11:3 77:1
  127:6 130:17
  148:19

**behalf** 2:3,12
  8:21 11:10
  15:24 26:15
  93:5 94:11
  201:24 202:16
  202:17 203:5
**belief** 177:18
**believe** 12:10
  14:1 17:14
  20:25 21:3,6
  29:16 33:15
  45:8 46:23
  51:5 53:17
  61:1 63:4
  65:10 69:24
  70:1 74:6,9
  80:20 85:22
  89:17 111:22
  114:13 117:1
  121:10 122:20
  142:12 153:1
  159:21 160:18
  166:3 174:23
  187:3 191:22
  198:23 200:16
  200:22 203:10
  203:18 206:1
  206:14 207:9
  217:25 219:20
  224:1 231:12
  237:23 238:23
  241:17
**believed** 119:11
  200:5,10
**Ben** 83:22,23
  84:8,10,15
  205:11
**beneath** 148:15
**benefit** 24:13
  226:3,4
**benefits** 26:1
**Berry** 96:23,25

97:1,4,8,12
98:3,8,17 99:4
99:20 103:25
119:23 120:2
120:13 122:22
126:7,8,19
131:15,16
132:18,20
136:8,19,22
137:2 138:25
151:19 175:4,5
175:7 176:6,10
176:17,19
181:10,11
215:4,8 238:8
238:17 239:1
239:21 240:11
240:24 241:10
241:15
**Berry-based**
  118:24 119:20
**Besman** 2:23
  7:24,24 65:2,5
  65:12 101:5
  149:21,25
  150:6
**best** 28:4 29:1
  36:18,20 40:17
  89:8 115:2
  145:6 149:5,8
  241:22
**Betsy** 46:7
**better** 45:17
  49:15 105:11
**bias** 175:25
**Bible** 99:21
  241:16
**bidding** 34:20
**bids** 41:1
**big** 100:5 117:22
  140:20
**bigger** 57:1

HIGHLY CONFIDENTIAL

Feyman, Steven G.							April 25, 2014

4

**biggest** 117:25
**bill** 4:11 21:2
  41:17 111:17
  112:7 113:14
  123:18,25
  132:6 142:25
  143:5 152:15
  175:19 178:17
  185:8 212:7
  227:2
**Bill/Steve** 47:9
**birds** 73:19
  82:19 191:15
  191:15,18
  201:8
**bit** 130:5
**blind** 147:25
**block** 2:14 7:22
  94:10 107:5
**Bloomington**
  154:16
**blow** 49:17
**blurbs** 189:9
**board** 145:21
**Boettge** 2:6 3:10
  7:18,18 8:9,13
  32:11 37:15,18
  37:21 59:8
  61:11,19 62:6
  64:10,12 65:4
  65:9,14,22,25
  76:1,9 85:13
  86:9 93:22,24
  93:25 95:6,7
  100:16 101:9
  104:25 105:2
  105:15 106:18
  106:21,25
  123:6,14
  130:14 148:13
  149:18 150:11
  150:24 155:25

173:16,20,23
173:25 174:7
189:5 198:18
199:8 201:13
202:15 203:2
213:24 226:17
226:24 236:7
236:18 237:4
237:17 240:4
242:1
**Bohman** 19:23
  214:1
**boss** 59:21 60:5
  117:21 120:24
**Boston** 14:9,14
**bottleneck**
  56:15 57:10,21
**bottom** 39:19
  64:14 76:18
  77:6 78:4
  79:16 123:17
  123:23 125:18
  125:23 142:23
  167:2 175:18
  185:10 210:21
  214:6 216:18
  217:13 228:22
  232:3 233:15
**bought** 15:25
  83:24 144:3
**Brad** 233:21
  234:15
**brand** 33:18
  73:2,3 91:22
  192:15 208:9
  220:3,20,21
**brand's** 73:7
**brands** 69:20
  87:15 89:3
  212:12,19
  213:8,9 220:4
  220:10,23

222:12
**Bread** 13:6
**break** 61:12
  123:7 149:21
  174:1 226:18
**breaking** 97:5
  138:5 140:2,8
  140:14,23
  141:2,2,6,22
  141:24 151:19
  152:18 155:10
  175:5 181:8,9
  185:1 215:4,5
  241:17
**briefly** 9:9 12:21
  33:7
**bring** 100:13
  101:5 119:12
**broad** 63:17
**broadcast** 220:8
**broadened**
  195:1
**broken** 138:18
**Brommer**
  210:23,24
  211:1,2 212:6
  212:7
**brought** 62:9
  101:6
**bubble** 51:9
  54:18,19 56:9
  56:24 57:1
**budge** 137:14
**budget** 221:17
**build** 128:9,11
  150:2 177:25
**built** 120:14
  128:15 221:16
**Buitoni** 33:13
  87:4 185:12
  211:14,18
**bulk** 168:8

**bullet** 79:16
  125:23 145:24
  146:4,6 147:19
  148:5,5,6,14
  148:15,18
  182:7 184:19
  214:21 215:12
  215:17 222:20
  224:2,3
**bunch** 122:14
  220:10
**burn** 49:16
**Bush** 4:11
  111:17 112:7
  113:14
**business** 18:4,9
  22:15,18 23:16
  23:24 24:1
  25:14,19 26:6
  26:8,15 33:12
  33:25 36:11
  40:9 130:4
  131:22,25
  139:6,7 144:1
  144:2,3 180:3
**businesses**
  18:16 23:1
  32:25 33:6,8
  34:2 100:21
  111:12 146:22
  147:6 174:21
**buy** 28:15 33:16
  34:19 42:12
  48:25 50:6
  56:25 66:18
  72:24 85:19
  94:5 101:11
  128:18 133:16
  138:4 144:5,10
  144:10,12
  147:3,6 176:1
  179:5 191:2

195:14 197:5
204:7
**buyer** 15:9,20
  20:1 30:3
  53:13 55:16
  56:2 71:12
  86:17 90:21
  93:12,14,20,21
  94:1 98:16,21
  104:17 137:22
  141:13 218:6
**buyers** 30:1,7,13
  40:19 52:25
  54:11 74:2
  91:7 138:7
  144:14
**buying** 24:18
  28:3 49:2
  122:13 126:14
  126:18 147:5
  177:11 181:25
  182:2 206:12
  206:16 209:14
  218:1
**buys** 27:9 31:9

———————
        **C**
———————
**cage** 204:23
**cage-free** 73:18
  204:18 205:14
**Cake** 13:7
**Cal-Maine** 65:1
  65:19 66:1,9
  66:22
**calculate** 128:7
  231:23
**calculated**
  231:25
**Calculating**
  54:14
**calculation**
  231:13,19

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                          April 25, 2014

5

232:2
**California** 30:4
73:18 210:2,9
210:11
**call** 83:1 119:18
128:14 158:17
**called** 8:4 13:16
15:5 29:16
99:10 195:2
226:14
**calling** 158:14
**calls** 54:11
82:18
**Campbell** 2:15
7:6,21,21 32:5
32:8 37:13,17
37:20 58:25
64:9 65:20,24
85:10 86:7
93:18,23 95:4
100:12 104:22
105:10,14
106:16,23
123:8 130:12
148:6,10
149:16 150:2
150:15 155:23
173:14,18,24
198:15 200:24
202:4,8,22
213:22 236:9
237:16 240:1
**candidates**
69:16
**candy** 29:20,21
29:23 100:18
100:22
**capacity** 8:21
210:14
**capital** 25:25
**capitalized** 35:8
**caption** 244:22

**captures** 158:2
159:10
**career** 28:18
**Cargill** 44:22
45:2
**Carol** 27:23
**case** 7:10 11:17
27:2 44:17
53:9,11 60:1
85:11 101:25
102:2,19
118:14 131:19
131:20 134:3
154:17
**categories** 28:2
56:18,20
**category** 53:7
55:1,2,4,11
67:16
**cause** 244:13
**caused** 48:1
**cautioning**
222:11
**caveat** 59:11
**center** 146:21
**central** 22:20
36:6,15 191:22
**certain** 31:12
42:10 43:23
44:3 57:19
94:20 102:3
103:20 119:3
145:10,11
147:9 156:19
175:13 229:12
**certainly** 209:15
**certainty** 241:20
**Certificate** 3:12
244:1,25 245:1
**certificates** 35:6
**certification**
89:3 134:6,16

135:1,8 199:21
206:24
**certified** 8:6
46:6,16,23
70:5,11,20
71:3,9,17,22
72:4,9,16 74:1
74:3 75:17,19
77:13,18 78:16
78:22 79:19
80:1,8,13,22
81:21,24 82:10
82:22 83:11
84:15,16,21,25
85:8,9,20,21
85:23,25 86:1
86:5,11,15,18
86:24 88:9,19
88:22 89:11
90:1,8,18,23
91:2,8,12,18
91:21,23 92:13
92:15,21 93:2
134:21,24
135:3 200:6,10
200:14,23
201:22 202:2
203:9 205:20
206:3,8,12,13
206:16,19
207:8,14,20
208:2,11,18,22
209:6,14,17,20
209:22 213:9
215:24 216:8
216:11 218:24
219:5,19,24
221:20
**certify** 244:9,20
245:3
**cetera** 58:10
**CFO** 214:5,9,12

214:18
**chain** 4:7,21,23
5:3,4,12,16,18
5:20 6:3,9,10
6:12,14,15
13:16 76:5
135:16,18
142:24 144:16
222:15 224:25
225:7 228:7
233:3,11 235:3
**chair** 226:16
**Challenge**
215:17
**challenging**
215:20
**change** 23:19,22
23:23 28:13
109:18 151:24
152:13 181:8
181:10 194:9
206:23 231:17
**changed** 23:21
25:9,16 35:4
46:22 53:2
56:13 192:25
194:3 195:21
195:25 198:5,7
**changes** 31:12
55:1 152:9
181:4,5 198:1
**changing** 50:17
78:6,11 137:15
155:18
**character** 150:3
**characterize**
158:11
**characterizing**
39:16
**charge** 14:16
93:15 120:10
**chart** 51:9 54:18

54:19 56:9
64:13,20 68:25
69:15
**charter** 24:2
**charts** 99:5
**cheaper** 135:11
135:13
**check** 26:13
47:24 163:1
188:17 237:20
**cheese** 14:5
**Chicago** 2:17
**chicken** 14:9,15
17:2 48:7,8
120:8
**chickens** 118:16
**chief** 17:13,20
**children** 100:14
**Children's**
100:12
**choosing** 43:13
44:15 58:12
**circumstance**
149:5
**circumstances**
9:5 47:19
50:22 145:10
145:12 149:9
**citing** 136:9
**City** 124:13,22
171:18,19
**Civil** 245:8
**claim** 84:16
220:2 223:17
223:24 224:8
224:10
**claims** 63:12
82:13,15,17
83:25 84:1,2,6
217:14,25
218:3,9 222:24
223:3 224:4

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                         April 25, 2014

6

clarify 9:25
  93:18 95:3
clarifying 64:2
  65:2
clarity 210:13
Clark 2:16
class 61:6
Cleveland 7:10
  245:11
climb 180:17
climbing 179:1
  179:20
close 14:12
  167:7 175:25
  176:4,6,9,23
  177:12,13
closely 181:18
closer 49:24
closest 177:6
code 156:17
color 47:24
column 38:17
  106:9 107:1
  108:10 157:7
  160:15 163:17
  170:10,14
columns 157:4
  170:3
Colwell 4:11,18
  111:16 112:6
  166:10 167:25
  228:23
combined 229:6
come 34:10
  52:11 58:16
  60:1 131:16
  166:2 191:23
  194:13
comes 28:14
  57:20 119:1
  131:14 202:5
comfortable

40:9 87:21
coming 73:7
  136:17,18
  208:4
comment 31:21
  32:3 41:21
  42:17 45:21
  46:5 47:8
  80:24 125:19
  129:25 130:15
  137:12 139:13
  147:20 155:1
  175:22 178:19
  181:14 186:15
  211:5 217:12
  218:8 219:25
  222:2,19
  225:21
comments 47:9
  135:25 136:22
  155:11
commission
  245:21
commissioned
  244:9
committed
  225:22
committing
  234:9
commodities
  102:4 147:23
  149:3 191:4
commodity 31:4
  31:8,19,22
  44:12 96:17
  112:21 122:8
  197:12
common 117:24
communicating
  144:1
communication
  69:1 217:15

communicatio...
  68:22,24 69:5
companies 69:6
  69:15
company 15:22
  21:16 22:3,5
  29:16 50:7
  62:19,23 63:1
  63:2,7 66:20
  86:4 88:21
  99:10 186:24
  194:16 198:4
  199:11 207:21
  208:9 209:10
  209:11,16
  213:8 216:25
  223:16 230:13
  230:14
company's
  66:17 198:1
compare 126:7
  160:10 161:21
  184:13
compared
  182:20
comparing
  184:5 227:3
comparison
  227:8
compete 41:8
  183:19
competition
  130:7 177:10
competitive
  48:23 82:12,15
  82:16 83:19
  130:7 176:1,11
  176:25 177:8
  209:23 223:16
  226:14
competitively
  40:8 41:8

competitor
  205:8
competitors
  176:16 177:3
  217:17
complaint 4:4
  61:9 62:3,9
  65:10 238:5
  239:18 240:8
  240:21
complaints 84:9
complete 10:11
  243:6
completed
  244:23
complexity 31:3
complied 199:21
comply 51:24
component
  28:14 48:13
  49:3 50:15
  100:3 126:15
  144:10
components
  48:25 81:15
  120:10 138:16
computer
  105:20
concept 240:12
concern 121:23
  198:14 220:14
  223:22
concerned 122:9
concerning
  73:18
concerns 77:2,3
  204:2
concerted 221:2
conclude 211:24
concluded 242:4
concludes
  236:13

conclusion
  166:2 206:11
condition 151:2
  151:8 163:17
  163:23,25
  164:3,7,22
  168:13 170:1
  190:13
conditionally
  46:19
conditions
  110:5 137:16
  150:18,23
  154:15 163:3,9
  163:12,15
  191:14
conducted 47:25
conduit 18:15
confection 28:17
  29:4,7,9,19
  30:12
confection-rel...
  27:25
confection/nu...
  29:10
confections 27:9
  30:10
confidence
  166:4 232:7
confident
  174:18 231:24
CONFIDENT...
  1:12
confirm 116:21
confirmation
  235:15
conflict 164:17
  164:21
conformance
  217:11
confused 119:22
  196:17

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

7

confusing
224:17
conjunction
42:16
connected 26:8
connection 27:1
31:16 32:18
44:9 73:13
81:2 90:12
113:11 188:12
189:25 191:9
197:1 234:4,7
conscious 224:8
224:9
consider 43:11
44:12 95:20
97:8
consideration
44:14 49:19
145:7 198:21
226:10
considerations
72:23 191:6
considered 28:6
58:15 110:18
considering
84:4 147:2
201:6
considers 40:25
58:12
consisted 25:5
consistency
36:10
consistent
235:19
consistently
35:15
consisting 51:10
consolidate 24:3
24:11
consolidates
35:22

consolidating
107:11
consulting 15:4
consumer 24:17
45:10 138:3
145:5 212:18
217:15
consumers
190:15
contact 204:5,13
contacted
203:16,19
204:1,10
contacting
204:14
contacts 187:11
contained
158:11 161:9
161:12 162:19
containers
225:23 226:3,8
226:11
contamination
41:23
context 24:25
25:2 36:23
130:20 131:7
continue 16:21
132:8 135:2
191:4
continued
244:25 245:1
continues
154:10
contract 5:22
24:19 93:6,7,9
94:2,4,5,7,11
94:16,18,25
95:3,9,13,19
95:20,23 96:5
96:12,16,20,21
97:13,17 98:5

98:7,13,16,21
101:19 103:1,6
103:23,24
104:2 107:18
113:23 114:21
116:17 120:3
120:19 127:23
128:2,3,5,6
129:8 133:21
134:1 139:1
140:22 141:8
141:10 149:15
150:13 151:11
151:18,22
152:7,12 153:2
153:5 155:18
162:25 163:22
164:13 165:1,4
167:5,18,23,24
175:12,14
207:1 230:9
235:20,24
238:14,14,24
245:8
contracting
103:7 165:24
165:24 166:5
contracts 93:13
95:25 128:25
129:12 236:3
239:4,5,23
240:13 241:1
241:18
control 35:12
111:10,11
controlled 59:13
controlling
59:14 60:22
201:7
controls 24:14
conversation
47:10,13

conversations
59:3,6
convert 118:22
169:1,13 221:3
221:6
converted 160:2
211:18
conveyed
163:14 164:7
conveying
220:18
convince 131:13
cooked 44:18
cookie 33:12
185:13,16
186:17,20
Cookies 69:24
copied 146:20
146:23 181:14
185:8 213:25
218:14
copy 62:11
76:14 79:12,14
95:9 115:18
149:15 228:17
228:20,21
copying 76:22
135:21 142:25
175:19 178:18
212:6
core 38:21 39:2
corn 146:9,13
146:25 148:16
149:1
corporate 26:16
63:3 120:23
193:21 199:16
202:18
Corporation
15:14
correct 11:20
15:17 16:14

18:7 19:6 21:7
21:17 23:6,18
24:24 27:3,8
29:22 30:6
31:20 32:20
34:9 47:7
48:10 58:18
64:4 68:9,12
69:2,8,19
70:12 78:20,24
81:7 82:24
83:12 84:17
86:1,2,19
87:14 90:8
91:18 92:21
93:24 96:10
97:19 98:9,10
98:13,14,18,19
98:23,24
102:10 103:9
103:10,21,22
104:2,3 106:21
107:6 108:8,16
108:19 109:6,8
109:12 110:7
116:20 119:3
119:21 120:20
126:24 127:15
129:3 133:12
134:19 135:5
140:16,25
141:12 143:21
153:5,15 154:4
154:5,12 160:6
160:16 162:11
162:21 163:12
165:7,14 170:7
171:3 173:4
174:10 175:14
177:22 178:6,7
178:16 179:15
179:23 196:20

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                      April 25, 2014

8

| | | | | |
|---|---|---|---|---|
| 196:24 199:24 | 144:2 152:8 | **create** 220:14 | **damages** 60:13 | 109:2 110:4 |
| 205:12 206:4,8 | 177:12 | **created** 29:7 | 230:12 | 151:8,16 |
| 206:9,13 208:3 | **Cotone** 1:24 | 67:13 159:25 | **Danville** 169:2 | 161:17 163:18 |
| 208:15,16,19 | 7:15 244:7 | 167:25 | 211:7,13,14 | 167:20 |
| 209:3,17,18 | 245:18 | **creating** 124:23 | 225:23 | **decide** 204:22 |
| 215:10 219:20 | **counsel** 2:24 | **criteria** 51:8 | **data** 52:17 | **decided** 144:5 |
| 223:4 226:13 | 7:16,25 11:14 | 191:17 | 88:25 156:4,22 | **deciding** 145:8 |
| 231:23 235:25 | 11:21,24 59:18 | **critical** 35:12 | 156:24 158:1,4 | 226:11 |
| 236:1,5,6 | 61:10 76:14 | 56:15 57:9 | 158:12,14,25 | **decision** 92:1 |
| 239:2,3,7 | 79:13 115:18 | 178:1,2 | 159:4,5,9 | 125:15 128:21 |
| 243:5 244:17 | 201:2 202:8 | **cross** 19:12 | 161:8,10,13 | 143:23 144:9 |
| **corrections** | 228:20 237:19 | 72:17 | 162:18 169:16 | 144:14 194:9 |
| 243:7 | 241:22 245:4 | **cross-pollinati...** | 171:20 172:1,4 | 205:3,7 221:19 |
| **correctly** 208:20 | **counts** 42:9 | 19:12 | 172:23,24 | **decisions** 22:22 |
| **correspondence** | **County** 244:5 | **CRR** 1:24 | 173:1,3,5,6,12 | 47:17 205:18 |
| 46:20 54:12 | **couple** 56:14 | **crude** 146:9,14 | 173:15,17 | 218:1 |
| 76:16 225:15 | **course** 59:21 | 147:1 | 174:9,19 | **deeply** 28:9 |
| **corresponding** | 101:13 131:19 | **Cuisine** 62:25 | 230:17,23,24 | **defendant** 7:20 |
| 101:22 160:15 | 220:16 | **current** 182:24 | 231:1 | 8:13 |
| **cost** 23:8 78:6 | **court** 1:1 7:13 | 223:15 232:13 | **date** 7:4 71:6,25 | **Defendant's** 4:3 |
| 78:10 96:19 | 8:2 9:13,18 | **currently** | 75:9 103:3 | 10:15 |
| 97:12,18,18 | 149:22 150:7 | 125:19,25 | 110:25 113:2 | **defendants** 2:3 |
| 98:4 101:21 | 245:6 | 200:13 | 115:6 150:21 | 5:7 10:25 12:9 |
| 117:24 118:10 | **cover** 106:5 | **custodian** 232:4 | 164:8 167:19 | 62:10 236:22 |
| 118:11,12,16 | 127:2,10 | **custom** 29:6 | 167:19 243:12 | 237:8 |
| 118:17 119:14 | 128:15 137:6 | 31:11 | **dated** 4:6,12,18 | **Define** 22:6 |
| 119:16,24 | 195:3 240:13 | **customers** | 74:17 77:8 | **defined** 65:6 |
| 121:25 122:2 | **covered** 22:9 | 115:24 | 111:18 166:11 | 245:8 |
| 122:10 125:12 | 34:2 43:14 | **cut** 140:7 147:10 | 186:23 | **definitely** 58:14 |
| 126:6 140:24 | 127:13 238:4 | 153:17 | **dated11-11-08** | 130:10 |
| 141:5 146:13 | 239:18 240:21 | **Cuyahoga** 244:5 | 5:14 | **definition** 62:15 |
| 146:16,25 | **covering** 198:8 | | **dates** 20:17,23 | **degree** 12:23,24 |
| 177:25 184:22 | **cream** 15:14,15 | **D** | 68:16,19 103:4 | 13:3,5 59:19 |
| 211:11,19 | 15:19 22:12,13 | **D** 55:19 | 164:13 | 122:10 |
| 216:6 226:6 | 22:16 33:13,18 | **D'Angelo** 20:24 | **dating** 21:6 | **degrees** 13:1 |
| **cost-producer** | 33:20 45:11,12 | 21:4,7 55:15 | **day** 100:12 | **deliver** 169:10 |
| 48:23 | 63:7 75:24 | 55:19 | 101:6 164:20 | 179:2 210:11 |
| **costing** 181:23 | 83:20 84:1,3 | **daily** 129:13 | 165:10 186:23 | **delivered** 29:4 |
| **costs** 49:6 | 84:14,19 88:5 | 131:15 152:5 | 245:11 | 152:14 154:15 |
| 101:15,16 | 124:24 139:6 | **dairy** 16:1 | **deadline** 221:7 | 168:7 |
| 102:5 120:5,6 | 176:14 204:21 | **Dale** 19:23 | **deals** 217:10 | **delivery** 96:6,8 |
| 120:7,9 128:17 | 205:4 | 214:1 | **December** 21:23 | 154:20 |

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                    April 25, 2014

9

delved 28:9
demand 71:21
  71:25 84:14
  91:21 92:13
  100:2,6 101:13
  138:3 140:5
  141:22 182:25
  183:4,4,7,12
  183:18 184:20
  209:5 211:12
demanded
  70:20 72:7
  78:16
demanding 71:2
  78:22 84:25
  89:25
demands 183:9
Denise 216:19
  216:24
denominator
  117:24
department
  14:17 15:7
  55:17 59:7
departments
  35:20,25
depend 201:1
depending
  54:25
depends 117:8
  142:16 145:19
  206:25
deponent 2:13
  7:23 243:1
deposed 8:6
  60:1
deposition 1:14
  4:3 7:8 8:24
  9:11 10:14,16
  10:25 11:13,19
  12:4,19 17:24
  37:3,4,6 62:2

63:16 72:2
74:15 76:4
79:2 81:17
95:10 104:20
111:15 112:3
115:8 123:21
161:2 166:9
172:16 203:25
225:6 228:6
229:25 233:2
235:2 236:14
236:20 239:24
242:4 244:21
depositions
  59:23,23
derived 120:15
  120:15
describe 23:24
  40:6 51:4
  52:22 66:13
  73:15 107:9
  194:23 238:9
description 4:2
  5:2,11 6:2 37:9
  39:1 110:11
  156:17 182:7
descriptions
  28:9 38:18,21
design 208:9
designate 31:12
designates
  155:14
desire 82:11
  83:16 84:14
  177:1,18
destroy 52:4
details 60:21
  78:5
determine 48:1
  165:23 191:18
  197:19 231:7
  232:8

determined 43:7
  195:18 236:5
  238:7,16 239:1
  239:20 240:10
determining
  35:17 193:7
develop 33:1
developmental
  53:6
DGIC 129:22
DGIC's 129:23
dictate 214:23
dictates 100:2
Diercks 4:6
  74:16,22 76:22
  77:7,23
difference
  141:14
differences 31:7
  139:14
different 10:1
  19:13 23:11
  28:3,11 45:12
  49:9 50:22
  53:3 56:23
  93:8,10,10
  94:8 95:19
  96:4,9 99:23
  102:14,24
  107:20 124:11
  137:24,25
  138:8 139:24
  150:17 151:12
  152:24 154:3
  159:2 174:21
  177:23 182:2
  196:18,20
  217:9 239:6
differentiate
  44:9 141:17
  217:16 218:3
  218:10

differently
  138:15 140:9
DiGiorno 62:24
direct 79:15
  106:8 142:16
  225:19 226:25
directed 139:4
direction 52:8
  102:5 118:1
  147:22 149:2,6
  149:11 179:10
  186:10
directive 221:6
directly 148:14
  218:13 224:25
disadvantage
  176:25
disagree 184:11
  217:23
disagreement
  217:24
disbursed 52:1
disbursement
  49:5
discounts 230:9
discovered
  191:13 240:8
discovery 59:4
discuss 60:14,18
  77:2 129:22
  201:7,11
discussed 60:11
  121:5 175:11
  238:14 239:23
  240:14 241:1
discusses 214:22
discussion 72:19
  83:13 110:23
  121:8 181:22
  213:14 224:22
  225:3 236:16
discussion's

150:20
discussions
  73:11,16,17,21
  73:25 78:18
  122:3,24
  187:10 193:6
  201:1,16 210:1
  213:7,12
  215:23 216:1,5
  221:14 223:6
dispense 105:21
dispute 116:20
dissuaded
  122:19
distinction
  18:11 221:9
distinguish 31:6
  45:10
distinguished
  25:6
distinguishes
  137:8
distinguishing
  139:22
District 1:1 7:13
  7:13
divide 231:7
division 1:2 13:7
  29:25 33:19,21
  34:7 80:15
  84:1,3,14,19
  87:13 90:7
  91:22 93:5
  130:9,11
  143:20
divisions 26:25
  30:17 36:3,5
  39:16 63:18,24
  80:9 81:25
  86:25 87:8
  89:4,18,21,24
  90:5,11 91:10

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                April 25, 2014

10

91:11 93:8,11
95:16 125:6
177:19 221:21
221:24 222:1
**divorce** 120:18
**docks** 44:4
**document** 1:7
4:9,14 10:21
37:8,11,16,22
38:2,10 39:12
39:20,20 50:24
51:6 54:16,23
55:14 68:13
74:13,21 75:14
79:3,10,12
95:11,15,17
107:10 111:24
112:4 115:9,16
115:22 116:15
131:8 143:12
147:17 150:16
154:1 156:1,11
161:7 166:18
166:24 182:13
185:22 213:17
224:5 225:14
228:13 231:3
231:13,14,20
232:7 233:13
237:11
**documents** 12:8
12:12,15 37:2
40:11 51:14,18
51:21 52:3
67:9 80:6 81:3
88:20 90:11
113:11 124:5
158:7 161:22
**doing** 40:9
191:2 197:13
201:10,11
212:9 220:21

**dollar** 67:22
**dollars** 29:1
170:6 231:8
**Donnalee** 1:24
7:15 244:7
245:18
**door** 150:7
**doubt** 77:21
**Doug** 7:18 8:13
37:13 65:20
93:23 104:23
106:16 173:19
**dough** 185:13
185:16 186:17
186:21
**Douglas** 2:6,23
7:24
**douglas.boett...**
2:10
**downstream**
147:22 149:3
**dramatically**
231:17
**draw** 155:16
**Dreyer's** 22:12
22:13,16,21
23:9 33:13
39:7,12 45:11
45:15 63:6
69:25 70:2
75:2,4,24
79:19,25 80:16
80:17,21,22
81:21 88:6,7
124:24 125:1
125:11 134:5
134:15 135:7
170:24,25
171:1,9 172:4
172:13 174:10
174:19,21
175:24 176:18

177:2,16,21
178:9 179:22
180:1,4,7,9,13
180:16 204:21
204:23 205:4
208:11,18,22
209:20 221:10
232:11 235:8
**Dreyer's/Häa...**
88:16
**dried** 100:8
138:17 185:5
225:22
**dried-out** 100:5
**drive** 8:18 100:6
101:1 117:22
118:4,20
120:21 183:3,7
210:9
**driven** 120:3
138:2
**driver** 96:19
97:13,18 98:4
101:8 117:25
118:11,13
119:14,17,24
122:2 140:20
217:25
**drivers** 98:1
121:25 140:24
**drives** 133:7
183:4
**driving** 141:3
**drop** 138:20
180:18 183:14
**drove** 213:15
**dry** 139:19
169:10,14
**dual** 21:18
**due** 176:1
183:18
**duly** 8:5 244:8

244:11
**duration** 128:25

**E**

**e-mail** 4:7,11,21
4:23 5:3,4,12
5:13,16,18,20
6:3,6,9,10,12
6:14,15 41:16
41:16,21 46:7
46:11 76:5,11
76:19 77:1,7
78:4 79:11
106:5 111:16
111:24 112:6
113:16 123:17
123:23,25
124:12,16,18
124:18 127:1
129:21 130:25
132:5,7 134:4
135:16,17,18
136:12 142:23
142:24 143:4
144:16 146:3
175:17,20
178:17 180:6
181:13 185:7
185:10,14
189:10 210:21
210:22 212:1
213:13 214:1,1
214:7 216:19
218:13 219:4
220:1 222:6,15
222:15,20
224:15,22,25
225:7,15 227:2
228:7,18,22
229:2 233:3,11
233:15 234:15
235:3

**e-mailed** 77:23
**e-mails** 6:5
125:5 189:16
**earlier** 40:23
68:14 149:14
165:3 174:8
203:20 209:25
227:17 235:16
238:14 241:1,6
**ears** 238:20
**easier** 142:20
**Eastern** 1:2 7:13
**easy** 146:3
**Ed** 5:14 6:6
21:11,12 72:18
123:3 135:20
222:22
**educate** 72:2
81:10 82:2,6
92:25 104:9
114:24 117:17
199:9 203:24
**educational**
12:22
**effect** 73:19
201:12
**effective** 75:20
**efficiently**
169:10
**effort** 221:2
**egg** 1:5 2:4 4:20
7:11 23:5,10
25:11 27:7,14
30:1,7 31:16
34:8,19 35:1
41:21 43:7,9
43:13 44:10,12
44:15,19 45:6
45:21 46:2
47:20 48:16
49:9,21 56:2
57:8 58:13,20

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                             April 25, 2014

11

| | | | | |
|---|---|---|---|---|
| 58:21 59:13 | 183:19 184:14 | 78:24 80:13 | 212:17,22 | 74:2 145:4 |
| 64:3,16,22 | 184:20 185:3 | 81:11,14 82:22 | 213:3 214:13 | 191:1 199:19 |
| 65:16 66:2,21 | 185:17 186:3 | 84:5,20 86:24 | 215:18,21,24 | **enter** 105:23 |
| 67:16 69:16,21 | 193:10,14 | 87:2,7,12 | 218:17,24 | 120:19 |
| 70:4,5 71:8,17 | 195:6,25 | 88:22 90:23 | 219:5,10,14,19 | **entering** 103:5 |
| 71:18 73:19 | 197:16 199:18 | 93:4,6,7,15 | 220:8,11 221:3 | **entire** 26:5 65:8 |
| 78:22 80:1,8 | 200:7 201:5 | 95:21 97:5,12 | 221:7 222:10 | 130:20 231:2 |
| 80:22 81:11,11 | 205:17 206:7 | 97:21 98:4 | 226:11 227:24 | **entirely** 20:15 |
| 81:21,24 82:10 | 210:9 216:8,11 | 99:1,8 100:8 | 233:19 235:9 | **entitled** 15:10 |
| 83:11 84:15,16 | 221:20 225:22 | 101:8,14,14,17 | **eight** 54:6 | **entity** 63:3,9 |
| 84:25 85:9,19 | 230:17 232:12 | 101:23 102:4 | 195:12 | 93:21 94:1,12 |
| 85:20 86:1,17 | 233:22,25 | 104:1 112:19 | **either** 27:16 | **environment** |
| 86:23 87:16,18 | 234:5,10,18 | 114:20 115:3 | 29:11 66:11 | 190:18 198:12 |
| 87:23 88:19 | 240:22 241:8 | 117:12,19 | 68:8 78:13 | **environments** |
| 90:1,8,21 91:1 | 241:16 | 118:6,7,7,14 | 80:4,5 81:5 | 41:7 |
| 91:2,12,17,21 | **eggs** 14:22 16:2 | 118:16 122:10 | 85:4 89:6,7 | **equipment** |
| 91:23 92:12,14 | 16:4,8 17:3 | 125:9,13,15 | 90:14,15 92:6 | 25:25 50:15 |
| 92:20 93:1 | 18:18,22,24 | 129:15,16 | 104:7,8 105:25 | **equitable** |
| 98:16,21 99:23 | 19:5,8 20:4,9 | 135:11,14 | 113:25 116:22 | 197:12 |
| 100:6,7 101:2 | 20:15,18 22:4 | 138:18,23 | 116:23 117:14 | **erase** 52:5 |
| 101:8,21 102:7 | 22:8,14,16,21 | 139:11 140:2 | 126:14 127:25 | **Errata** 243:7 |
| 102:8,9,13,14 | 22:23 23:3 | 141:15 142:6 | 128:1 133:18 | **error** 128:9 |
| 106:12 107:7 | 25:1,5 27:1,4 | 142:13 143:23 | 157:24 179:10 | 220:12 |
| 107:23 108:4 | 27:10,18,21,25 | 144:4,5,9 | 187:8,12 200:4 | **Esq** 2:6,15,23 |
| 120:4,4,5,9 | 28:17,22,23 | 147:2,9 152:2 | 200:12 213:5,6 | **essentially** 120:4 |
| 126:15 131:22 | 29:4,7,14,23 | 159:6 160:5 | 231:11 232:9 | **establish** 42:10 |
| 135:4,25 | 30:18,19 31:18 | 176:18,19 | 232:10,16,20 | **established** |
| 137:10,10,13 | 31:19,22,23 | 177:11,11,19 | 232:21 245:4 | 103:3 |
| 137:22,23,24 | 32:1,19 33:8 | 177:24 178:5,8 | **either/or** 179:9 | **establishes** |
| 138:2,9 139:15 | 33:11,16 36:23 | 185:2,16,25 | **employed** | 42:13 |
| 139:17,18,22 | 36:24 39:17 | 186:4,5,14,17 | 229:14 | **et** 58:10 |
| 139:22,23 | 40:21,22 41:1 | 186:20 191:9 | **employee** 41:7 | **ethics** 105:11 |
| 140:13 141:13 | 41:11 44:9,14 | 191:15 204:12 | 53:10 120:11 | **Evaluate** 215:12 |
| 141:14,16 | 44:18 48:9,12 | 204:15,18,25 | **employees** 9:7 | **evaluates** 50:25 |
| 142:2,4,7,13 | 53:11,19 55:3 | 205:11,14 | 52:1 | **event** 106:7 |
| 143:8 145:8 | 55:4,6,24 56:1 | 206:3,11,15 | **employer** 26:10 | 107:12,13,14 |
| 146:16 147:14 | 63:24 64:3 | 207:7,13,19 | **employment** 9:6 | 107:19 121:15 |
| 154:7 156:19 | 67:25 68:6 | 208:4,6,18,21 | **empty** 49:4 | 122:12 144:13 |
| 157:9,20 | 70:10,11,21,21 | 209:5,6,17,20 | **ends** 141:22 | **events** 245:6 |
| 158:23 162:10 | 71:3,21 72:3,3 | 209:22 210:3 | **energy** 98:2 | **everybody** 22:9 |
| 162:13 172:17 | 72:7,14,24 | 210:11 211:3,7 | **ensure** 49:11 | |
| 179:14 180:9 | 75:20 77:13,18 | 211:11,17,22 | 50:5 57:24 | |

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

12

31:9,10 176:14
221:3,7 222:12
**evolution**
194:23
**evolved** 35:4
198:8
**exact** 53:20 71:6
75:9 102:5
109:11 110:2
**exacting** 42:18
42:19 43:8
**exactly** 55:8
118:21 153:3
**examination** 3:9
8:5,8 35:10
**examined** 243:4
**example** 26:19
31:24 45:10
47:15 100:4
102:6,16 124:4
150:12 152:2
154:6 227:19
229:10
**examples** 31:15
36:22 48:3
102:12
**exceed** 42:23
**excellence** 35:22
**exception** 27:4
30:9 48:12
170:22
**excerpt** 161:8
161:10,13
169:16
**excerpted**
230:23
**excess** 201:8
**exclude** 240:25
241:11,13
**excluded** 43:10
**Excluding** 69:9
69:10

**excuse** 122:12
169:6
**exercise** 165:16
165:22
**exhibit** 4:3,4,5,7
4:9,11,14,16
4:17,20,21,23
5:3,4,6,12,14
5:17,18,20,21
5:22,24 6:4,5,7
6:9,11,12,14
6:16 10:14,20
11:2,4 37:5,10
37:19 41:15
45:19 61:20
62:2,8,12 64:7
68:19 74:13,15
76:4,11 77:17
77:22 78:5
79:2,9 105:4
111:15,23
113:22 115:8
115:15 123:17
130:23,24
132:3 142:19
149:14 150:10
155:21 161:2
162:25 166:9
166:17 172:16
172:22 179:12
180:23 181:12
216:15,18
225:6,13 227:1
227:20 228:6
228:13 230:17
230:18 233:2
233:10 234:14
235:2 236:20
237:6
**exhibits** 3:7 4:1
5:1,10 6:1 37:3
**exist** 53:4

**existed** 208:3
209:9
**existence** 165:10
**exists** 55:14
**expanded** 208:8
**expect** 127:22
**expected** 127:20
**expensable** 49:6
**experience**
57:11 102:3
186:3,6 208:8
**experienced**
103:17
**experts** 40:18,20
139:4
**expires** 245:21
**expiring** 107:18
**explain** 9:9
119:25 184:3
224:13
**explaining**
183:17
**explains** 77:13
77:17
**export** 100:5
**expressed** 86:14
90:17 149:1
**expressly** 238:6
238:15 239:19
240:9
**extend** 207:21
207:23
**extended** 34:21
87:25
**extent** 59:2
60:17 200:25
202:5
**extract** 67:1,4,7
67:8,10,14
68:17 95:12
**extremely** 28:19
41:13

| F |
| --- |
**facilities** 192:8
192:21
**facility** 49:25
234:18
**fact** 55:14 68:5
83:10 86:17
98:15 104:10
110:6 116:4,11
116:16 133:14
139:5 153:12
155:17 160:5
165:5,12,19,21
165:23 166:1,4
188:22 195:1
197:14 201:18
226:12
**factor** 101:11
**factories** 57:15
93:10 94:8,17
94:20 96:9
152:10
**factors** 40:24
43:11 44:8,11
56:23 57:4,8
58:1,3,8,11,14
100:11 101:1
101:10,12
122:15 140:17
140:19 183:2,6
207:2
**factory** 28:14
35:10 36:7
41:4 50:13,14
50:21 94:4,21
94:23 133:16
151:24 191:12
211:15
**failed** 193:19
**failing** 191:13
193:11
**fair** 10:3,8 31:22

59:9 63:21
64:6 78:1
93:22,23
107:21 121:19
124:21 129:17
129:19 132:16
136:10 162:18
165:6 168:23
184:8 197:12
208:10 223:25
229:18 231:19
**fairly** 30:24
**fall** 47:5 51:12
**falling** 82:12
83:17
**familiar** 23:4
26:9 34:3
38:20 39:25
40:2,3 50:24
69:4 96:11,22
156:4 186:7,8
205:22 210:24
216:22 234:2
**familiarity**
114:4
**familiarize**
81:19
**far** 68:17 122:15
138:9 224:16
**fashion** 173:2
**fast** 208:14
**favor** 222:22
223:1
**favorable** 49:12
131:24 133:18
134:22
**Fax** 4:17 166:10
**feasible** 24:6,8
**February**
245:21
**feed** 51:8 57:22
101:15,16

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                          April 25, 2014

13

| | | | | |
|---|---|---|---|---|
| 118:15 120:8 | 36:15,16 56:22 | **five-year** 128:19 | **FMI** 187:5 | 87:1,2,6,12,22 |
| **feeds** 51:6 | 57:3 | **fixed** 103:1,5,11 | 188:18,20 | 87:24 90:20 |
| **feel** 40:8 190:17 | **financially** | 103:12,14,16 | 189:17,24 | 104:4,10 106:9 |
| **fell** 221:4,8,10 | 245:5 | 103:19,24 | **focus** 38:16 | 108:25 109:10 |
| **Feyman** 1:14 | **find** 55:13 125:5 | 108:8,17,21 | 123:17,22 | 109:23 110:10 |
| 3:9 5:14 7:9,23 | 130:21 134:11 | 118:23,25 | 164:4 191:25 | 110:12,18 |
| 8:4,8,10,17,19 | 137:17 148:3 | 119:1 125:20 | 195:1 196:5 | 111:2 113:17 |
| 10:19,20 11:13 | **fine** 148:2 | 126:4,6,17 | **foggy** 21:5 | 113:22 114:6 |
| 37:1 61:19 | **finfish** 17:2 | 127:23 128:5,6 | **folks** 34:11 | 114:10,16,20 |
| 62:7 74:12,13 | **finished** 125:13 | 128:8,25 129:8 | 100:14 | 115:3,9,16,23 |
| 76:2,10,11 | 176:2 | 129:23 130:6 | **follow** 102:8 | 116:5,9,13,16 |
| 77:16,21 78:5 | **firm** 7:19 14:9 | 131:14 132:25 | **followed** 21:4 | 125:21 132:24 |
| 79:8,9 81:9 | 15:2,5,9 53:17 | 133:3 152:17 | 181:18 182:10 | 133:20,25 |
| 96:11 105:5 | 56:7 245:7 | 152:25 153:5,7 | **following** 54:12 | 135:14 144:17 |
| 111:23 112:3 | **first** 5:7 8:5 37:8 | 155:18 165:5 | 115:24 205:11 | 144:21 161:16 |
| 113:21 115:14 | 41:2,25 46:5 | 165:19 168:7 | 237:2 241:6 | 163:17 166:18 |
| 115:15 123:15 | 61:2 76:13 | 168:12,22 | **follows** 8:7 | 178:21 179:2,7 |
| 161:7,12,15 | 78:4 79:16 | 179:8 181:9 | 154:19 | 198:14 211:3 |
| 162:8,19,23 | 109:15 121:6 | 214:22 215:3,7 | **food** 24:5 36:14 | 211:17,18 |
| 163:7 164:15 | 125:18,24 | 215:9 235:17 | 41:6,12 145:6 | 226:11 228:14 |
| 164:25 165:17 | 130:16,20,21 | 235:18 236:4 | 188:6 189:7 | 228:18 229:6 |
| 166:16,17 | 131:6 132:6 | **fixed-price** | 190:14,14,16 | 229:11,20 |
| 172:21,22 | 134:9,10 | 133:21 134:1 | 196:21,22 | **forecast** 99:17 |
| 174:8 225:12 | 137:12,18 | 151:18 153:2 | 197:1 198:14 | 99:18 |
| 225:13 227:17 | 150:25 154:6 | 165:23 166:4 | 218:1 | **forecasting** |
| 228:13 230:18 | 155:12 157:2 | 235:24 236:2 | **foods** 2:3 4:9,14 | 99:14 |
| 233:9,10 | 167:11,14,23 | 238:13,24 | 7:20 8:14 | **foregoing** 243:5 |
| 234:13 235:16 | 175:18,23 | 239:4,23 | 15:10 33:10 | 244:17,22 |
| 237:6 244:10 | 186:15 187:21 | 240:13 241:1 | 62:19,22 63:1 | **form** 32:5 85:10 |
| **field** 203:4 | 198:24 214:7 | 241:18 | 63:2 64:25 | 96:1 121:16 |
| **fifth** 2:7 148:5,6 | 214:21 222:14 | **fixed-priced** | 65:17 69:2,10 | **formal** 192:7 |
| 148:18 | 236:22 237:8 | 175:12 | 69:14,22,23 | **format** 174:21 |
| **figure** 67:22 | 238:1 240:6 | **flavor** 47:25 | 70:3,9,11,17 | **formula** 56:24 |
| 98:9 | 244:11 | **float** 130:6 | 70:20,22 71:2 | 107:1 117:25 |
| **filed** 58:19 | **firsthand** 68:3,4 | **flock** 201:9 | 71:8,14,16,17 | 119:6 122:17 |
| 60:25 61:5 | 83:3 | **flooded** 49:17 | 71:21 72:4,8 | 122:21 125:20 |
| **filing** 61:9 | **fiscal** 157:12 | **flour** 14:5 | 72:15 74:22 | 126:4,11,11,12 |
| **Fill** 5:19 | 163:18 | **flows** 56:23 | 75:18 76:12,17 | 126:13 133:7 |
| **filtered** 163:17 | **fit** 28:19 | **fluctuate** 102:13 | 79:3,10,18,25 | 141:9 147:4 |
| **final** 118:19 | **fits** 37:9 | **fluctuates** 96:18 | 80:8,14,23 | 151:19,23 |
| 144:9 | **five** 53:17 54:25 | **fluctuation** | 81:12 84:23,25 | 155:9,15 165:6 |
| **financial** 35:7 | 128:22 | 138:25 | 86:4,10,14,18 | 175:1 179:8 |

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                    April 25, 2014

14

| | | | | |
|---|---|---|---|---|
| 181:7 214:23 | 16:7 | 149:2,6 | 33:17,18 56:6 | 231:16 |
| 215:5 235:17 | **front** 11:15,18 | **generally** 29:19 | 57:8 78:13,13 | **good** 8:10,11 |
| 235:18 | 45:20 123:16 | **generates** 160:1 | 97:19 101:21 | 36:19,19 41:5 |
| **formula-based** | 161:23 | **generating** | 102:4 107:16 | 103:13 132:23 |
| 132:9 141:7,10 | **frozen** 15:25 | 210:10 | 111:11 117:25 | 191:2,14 |
| 165:24 | 17:2,3 33:11 | **generations** | 121:25 139:2 | 198:11,11 |
| **formulas** 29:25 | 139:19 | 191:5 | 140:12,12,17 | 233:22,25 |
| 144:6 | **full** 8:15 10:10 | **generic** 169:25 | 141:21 142:19 | 234:4 |
| **formulated** | 34:23 121:6 | **germane** 47:16 | 147:15 148:20 | **goods** 49:25 |
| 31:10 | 186:16 224:3 | **getting** 94:9 | 151:24 152:13 | 50:8 165:15 |
| **formulation** | **full-time** 55:16 | 149:24 171:2 | 153:21 154:1 | 177:25 |
| 29:18 50:18 | **fully** 44:18 | 230:19 | 157:4 161:25 | **government** |
| **Fort** 75:19,23 | 238:8 | **Ginnane** 233:21 | 165:21 178:14 | 217:11 |
| 124:13,22 | **function** 13:19 | 234:16 | 179:12,13 | **governmental** |
| 234:10 | 13:20 36:11,12 | **Gino's** 13:17,25 | 180:23 185:6 | 49:17 |
| **forth** 131:18,24 | 54:7 120:16 | 14:3,8 | 189:3 191:6 | **grade** 191:13 |
| 133:17 | **functional** 26:2 | **give** 10:10 12:21 | 195:11 197:23 | **graduated** 13:2 |
| **forward** 25:4 | **functionality** | 36:22 42:25 | 198:16 199:17 | **grain** 96:18,19 |
| **forwards** | 23:22,23 25:16 | 50:8 53:7 | 213:17 216:14 | 97:18,22 98:1 |
| 224:21 | **funny** 100:23 | 80:12 100:4 | 216:17 240:3 | 111:11 118:14 |
| **found** 99:16 | **further** 109:23 | 102:16 106:17 | 241:3 | 119:17,23 |
| 181:16 | 110:7 122:3 | 131:7 132:14 | **goes** 36:6 50:6 | 122:11,14 |
| **four** 51:10 56:8 | 134:4 161:14 | 145:22 152:2 | 78:15,17 | 126:11,12,13 |
| 56:10 152:11 | 185:15 186:16 | 163:1 220:17 | 107:17 140:8 | 139:5 147:4 |
| 153:6 204:24 | 235:22 236:8 | 232:6 233:7,7 | 145:5 148:7 | **grain-based** |
| **fourth** 39:1 | 242:2 244:20 | 235:9 | **going** 20:19 | 96:12 97:13,17 |
| 108:10 115:21 | 245:3 | **given** 34:24 | 29:11 34:23 | 98:4,7,13,15 |
| 132:22 145:24 | **future** 103:4,4,8 | 45:15 53:9,12 | 37:1 45:22 | 98:20 101:19 |
| 146:6 147:19 | 147:8 191:5 | 72:24 133:16 | 46:19 49:1 | 103:23 104:5 |
| 161:25 225:20 | 221:17 | 142:15 243:6 | 56:15 64:14 | 104:11 110:15 |
| **frame** 86:8 | **futures** 128:19 | 244:13,18 | 73:19 98:9,13 | 110:18,24 |
| **free** 204:23 | ———— | **gives** 49:18 | 104:1 106:8 | 111:2 113:17 |
| **freight** 49:2,6,24 | **G** | **Glendale** 30:4 | 111:22 115:14 | 113:23 114:5 |
| 210:10 | **G** 1:14 3:9 8:4,8 | **Globe** 170:25 | 122:11 123:5 | 114:11,14,21 |
| **frequently** | 8:17 244:10 | 171:2 172:6,8 | 131:23 133:24 | 115:4,23 116:5 |
| 145:20 214:15 | **gain** 122:16 | 174:10,16 | 140:1 142:17 | 116:9,12,17,24 |
| **fresh** 14:5,21 | **gained** 59:2 | 227:19 230:6 | 150:2,20 | 117:3,12,19 |
| 16:1 138:22 | **gather** 51:20 | **gluten** 184:6,14 | 151:20 152:17 | 119:6,14,15,18 |
| 152:5,7,9 | **gatherers** 52:21 | **GMA** 187:4 | 160:11 165:16 | 120:3,19 |
| **Friday** 60:10 | **gathering** 51:17 | 188:20 189:13 | 182:25 184:21 | 121:20 122:1,2 |
| **Friendly** 15:13 | **GB** 110:12,14 | 189:14 190:3 | 185:4,5 192:9 | 122:17,21,25 |
| 15:15,18,24 | **general** 147:21 | **go** 13:14 19:14 | 220:23 224:7,9 | 139:1 140:22 |

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                        April 25, 2014

15

141:11 175:2
**Granted** 181:14
**great** 220:7
**greater** 139:3
210:10 232:6
**greatly** 45:22
**Grocers** 188:8
**Grocery** 187:4
**ground** 9:10
59:1
**group** 16:17,24
18:17,23,24
19:4,15,17,19
20:3 21:14,21
27:22,25 28:5
29:11 32:15,16
32:21,24 33:3
33:4 34:12
35:22 36:6,9
42:15 70:22
73:3,8 89:22
89:25 90:3,5
107:8 112:17
112:21 143:18
159:11 187:2
191:17,22
192:15,19
194:8 199:18
201:9 204:13
217:2 221:24
**group's** 201:16
**groups** 19:13
72:22,25 73:12
89:24 90:12
187:8,12
188:12,16
190:6 198:20
203:12 204:1
204:20 205:13
**growing** 192:2
196:5
**guess** 89:16

119:22 125:1
155:14 206:10
206:20 224:19
**guidelines**
222:23 223:1,8
**guy** 214:17
**guys** 105:11
147:25

---

**H**

**H-D** 219:9
**H-E-A-R-N**
187:18
**Häagen-Dazs**
33:14,15,20
88:5 125:2
212:10,17,21
213:3 215:13
215:18,25
216:8,10
218:16,17,23
219:5 220:9
222:10
**Hahn** 46:11
**half** 12:1
**halfway** 134:8
**Hampshire**
15:11
**hand** 245:10
**handle** 27:10
**handling** 226:6
**HAP** 35:11
**happen** 70:13
149:12
**happened**
122:18 129:5
182:4 183:14
186:11,13
**happens** 48:5
98:17,22
**happenstance**
208:5

**happy** 9:25
**hard** 120:12
208:14
**harm** 191:2
**harmed** 190:16
**harvest** 198:13
**head** 9:18 17:8
18:3 22:11
75:5 92:2
112:11,25
**heals** 128:1
**health** 25:25
26:22
**hear** 150:8
**heard** 68:1,10
117:16 184:13
204:9
**hearing** 39:9
134:13 137:20
148:23
**heat** 120:6
**hedge** 128:15,16
128:23 133:6
133:19
**held** 13:16 21:19
53:5 113:8
188:2 218:11
236:16
**helpful** 130:19
**hen** 195:21
**Henderson** 7:3
**hens** 64:18
98:12,23
192:12,17
195:10 202:3
203:9 204:15
**hereinafter** 8:6
**hereunto** 245:9
**hesitate** 231:9
**high** 41:22
55:11 122:9
125:12 139:5

155:1 223:12
224:7
**higher** 45:11
59:15 78:23
128:10 168:15
211:11
**highest** 145:5
**highly** 1:12
128:8
**Hill** 4:5 22:10
22:11,22,25
23:9,13 74:16
74:23 75:1
76:19 77:4,23
78:8 124:16,18
125:14 135:20
137:4 175:18
175:22 176:4
181:13
**hindsight** 139:7
**hinged** 31:3
**hired** 21:13
117:21
**historical** 99:5
215:4,8
**history** 67:2
99:20 103:18
104:15 131:15
181:10,11
241:15
**hit** 229:4
**hold** 16:19,21
17:22 35:13
223:11
**home** 60:1
**hope** 105:1
**Hostess** 13:7,14
13:15
**Hot** 33:12 62:24
**hour** 12:2
**hours** 12:1
**house** 7:25

33:12 69:24
71:20,22 72:8
72:15 85:5
87:3 185:16
186:17,20
**Houston** 75:19
75:24 171:15
234:10
**huge** 183:12
**humane** 191:7
197:10 203:12
204:1,14
**humanely** 193:8
193:12 199:20
**Hygrade** 2:4

---

**I**

**I-B-I-S** 8:18
**Ibis** 8:18
**ice** 15:13,15,18
22:12,13,16
33:13,18,20
45:11,12 63:6
75:24 83:20
84:1,3,14,19
88:5 124:24
139:6 176:14
204:21 205:4
**idea** 132:23
168:5 171:6
**identification**
10:17 39:5
62:4 74:19
76:7 79:6
111:20 115:12
161:5 166:14
172:19 225:10
228:10 233:5
235:5 236:24
**identified** 11:9
17:23 37:10
38:17 65:10

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                      April 25, 2014

16

93:13 95:9
108:11 113:17
113:21 115:25
124:12 160:9
160:14 163:10
164:14 167:15
**identifies** 39:20
64:16 159:5
**identify** 10:24
20:7 40:12
167:17
**identifying**
159:14 161:16
**Illinois** 2:17
154:16
**illness** 53:10
**imagine** 94:10
**immediate**
58:16
**immune** 59:3
**impact** 101:22
122:10 177:24
183:10 200:6
200:11,15
210:7 222:3
**impacted**
200:23
**implement**
119:8 121:13
**implemented**
121:6
**implication**
212:11
**implications**
78:6,11
**imply** 220:3
**importance**
208:8
**important** 9:21
41:11,13 43:17
43:25 48:17
49:8,23 144:24

190:9
**impression**
220:17,19
**improvement**
36:15,17 197:9
**inaccurate**
231:13
**include** 17:1
26:16 63:18
93:7 118:6
122:13 195:13
227:22 239:22
241:14
**included** 20:8
31:14 74:5
118:8 147:13
170:20 190:23
195:10
**includes** 87:4
**including** 58:20
102:4 135:19
**inclusion** 44:18
**inclusive** 68:18
**incoming** 46:17
**incorrect** 56:14
**increased**
148:12 210:8
**increasing**
191:25
**increments**
127:17
**independent**
201:2
**Independently**
201:4
**INDEX** 3:1,7
4:1 5:1,10 6:1
**indicate** 80:7
**indicated** 138:9
155:17 159:4
162:17 206:2
**indicates** 235:11

235:12
**indication**
115:22 126:25
127:9,12 234:3
235:10
**indistinguisha...**
31:9
**individual** 8:21
17:23 21:12
35:21 36:1
145:23 150:22
155:11
**individual's**
93:16
**individuals** 20:7
89:18 125:6
135:19 187:14
**industrial** 12:25
138:4,6 140:6
**industry** 36:20
201:10 241:16
**inedible** 27:7
**inelastic** 183:18
**infer** 224:6
**inference** 78:1
155:16 162:18
**inform** 89:24
90:6
**Informa** 99:10
135:24,25
136:8,13,17,21
136:25 137:2
**information**
45:16 71:13,15
72:18 80:12,21
88:15 89:9
90:6 97:2,3,6
99:7 105:21,24
116:19 117:2
136:4,16
146:13,21
147:13 158:15

158:21 161:12
161:15 164:6
174:15,23
194:7 212:8
220:12
**informative**
217:15
**ingredient** 147:7
**ingredients**
16:18,23,24
17:8 18:8 26:2
31:13 46:18
112:12,13,16
112:19 113:1
169:11
**inhumanely**
190:17 192:23
193:3
**initially** 153:13
**initiative** 191:23
192:2
**initiatives**
190:21
**input** 57:14
102:5 144:2
193:5
**inputs** 101:21
146:15 147:23
149:4
**inquiry** 83:8
**inspected** 41:5
50:14 191:12
**inspection** 192:8
192:20
**inspections**
192:11
**inspector** 197:3
**inspects** 36:6
**instance** 47:15
102:23
**instances** 43:6
82:25 128:4

**Institute** 188:6
189:7
**instruct** 58:25
200:25 202:9
**instructed** 91:7
91:11 202:20
**insurance** 35:6
120:11
**interested** 245:5
**interesting**
164:17
**internal** 4:9,14
76:16 79:3,10
115:9,16
**International**
13:7
**interpret** 134:2
**interpretation**
134:18 135:6
**interrogatories**
5:8 236:23
237:8,14,21,22
237:24
**interrogatory**
238:1 239:6,7
239:12,14
240:7,19
**intervention**
49:18
**intimate** 26:5
45:14 51:2
57:5
**intimated**
191:19
**introduction**
196:7,10
**inventories**
138:19 140:1
140:11,11,12
141:3
**inventory** 140:7
140:15,23

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                                 April 25, 2014

17

141:5
**inverse** 142:16
**investigation**
  47:25
**invited** 114:7,12
**invoice** 152:14
  156:18 160:8,9
  160:12,14,20
  166:7 169:19
  230:12
**invoices** 153:22
  169:22
**invoicing**
  230:11
**involved** 20:4,18
  22:7,22,24
  27:20 32:12
  47:20 51:17
  52:20 60:4
  89:19 125:15
  189:17 193:7
  194:12 198:20
  205:2 213:11
  221:14,19
  229:13
**involvement**
  51:23 187:7
**involves** 185:17
**IQF** 48:12
**Iron** 52:19
  153:22 158:8
**issue** 189:7,18
  218:16 220:1
**issued** 92:8
  152:10 170:16
  170:17
**issues** 47:5
  190:9 195:4
**issuing** 54:14
**Italian** 15:5
**item** 31:5,8
  33:16 96:6

106:15 107:22
150:22 154:7
154:10,24
162:1,4 163:5
163:25 165:18
**items** 14:2,6
  15:23 25:6,18
  25:22 49:15
  96:5 107:20
  139:24 147:22
  149:3 154:3,19
  162:20 165:22
**ITT** 13:7

**J**

**Jack** 15:10
**Jacki** 74:23
  75:10 76:23
  233:16 234:15
**Jan** 168:7
**January** 108:13
  167:19 168:22
**January-March**
  108:17
**Jenner** 2:14
  7:22
**Jerry's** 83:22,23
  84:8,10,15
  205:11
**job** 113:5,8
**Joe** 142:25
  143:7 147:17
**Joe's** 70:24
**John** 4:5 22:10
  22:11 74:16,23
  75:1 76:19
  124:16,18
  132:8 135:20
  137:4 175:18
  181:13 210:23
  210:24 211:1,2
  212:6

**join** 14:9
**joined** 86:15
  90:18 186:24
  199:19
**joining** 235:8
**joint** 32:14 33:5
**Jones** 46:7,11
**Joseph's** 33:24
  69:23 70:25
  71:3,9,12,18
  85:2,3 87:2,5
  143:8,16,18,20
  144:8 170:22
**July** 115:24
  116:4,17
  161:17 163:18
**jump** 213:19
  222:13
**jumped** 109:4
**June** 149:15
  151:4,15 168:7
  168:22

**K**

**K-O-S-T-A-L**
  19:22
**K-U-L-K-A-R-I**
  19:3
**keep** 40:15
  108:14 132:23
  150:6 177:13
**Keith** 2:22 7:4
  20:11 52:12,24
**Keith's** 52:22
**Kellogg** 31:25
  32:2
**Ken** 19:22
**Kevin** 17:11
**key** 52:20
**kids** 100:18
  101:5,6 130:13
**killing** 201:8

**kind** 57:21
  194:21 196:4
**Kitchens** 44:23
**Klein** 27:23
**knew** 152:11
  219:16
**knocked** 104:25
**know** 9:1 21:25
  22:3 27:13,14
  27:16,17 29:5
  29:6,24 30:13
  33:17,18 34:16
  34:17,18,23
  38:1,22 39:14
  40:14 42:20
  46:1 48:14
  50:20 51:2,13
  53:16 56:11
  60:2 61:11
  63:10 65:6
  66:11 67:10
  68:8 69:17,18
  71:10,11,24
  73:1,10 77:3
  78:2,15 80:3,4
  80:5 81:1,22
  81:23 85:1,2,4
  85:5 87:6,10
  87:13,17,18
  89:6,12,16,19
  90:3,14,15
  91:14,15 92:6
  92:7,10,17,18
  92:23,24 98:12
  103:6,11,20,25
  104:4,7,8,13
  104:14 105:6
  109:10 110:1,4
  110:17 113:7
  113:10,15
  114:2,9,15,19
  115:1,5,19

116:10,11,14
116:22 117:14
119:2,4 126:3
129:10 132:21
133:5 135:7
138:21 141:23
141:23 146:18
149:7,25
151:15 152:1,3
153:3,8,18,19
153:20,23,24
155:6 157:16
157:16 158:1,4
158:16,25
159:3,9,13
160:13,16,21
162:16 164:19
168:3 170:23
170:23,24
171:4,5,6,20
171:23,25
172:14 174:13
174:14 175:12
175:23 177:12
178:10,11,22
179:3 180:10
181:24 183:25
184:6 186:9,22
186:24 187:4
189:3,6,15
191:19,21
192:11,13,24
193:18 194:2,5
195:11,18,19
195:20,23
197:14,18
198:4 200:2,3
200:4,5,8,9,12
202:23 203:19
203:22 204:8
205:5,6 206:20
211:4,25

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                          April 25, 2014

18

212:20 213:2,5
213:6,15 215:9
215:14 216:24
218:12 219:1,6
220:25 222:17
223:23 224:17
226:7 227:10
227:21,23
228:2 229:19
230:7 231:11
231:14,21
232:9,10,11,13
232:16,20,21
237:13,16
241:19
**knowing** 77:25
114:22 158:20
165:4 177:10
229:15
**knowledge** 59:2
59:5 61:2 64:1
64:24 68:3,4,5
72:13 80:25
116:3 135:9
199:2,6 201:2
201:17 202:10
202:24 205:24
235:23
**knowledgeable**
189:24 197:22
**known** 32:15
**knows** 50:7,9
**kosher** 106:13
**Kostal** 19:22
**Kulkarni** 19:3
20:25 21:7

**L**

**labeled** 4:6,7,9
4:12,14,16,19
4:20,22,24 5:3
5:4,12,15,16

5:18,20,22,24
6:3,5,7,9,10,12
6:14,16 74:17
76:5 79:4
111:19 115:10
158:13 161:3
166:12 172:18
225:8 228:8
233:3 235:3
**labor** 49:17
120:11
**lack** 210:12
**Lake** 124:13,22
171:18,19
**language** 167:22
167:24
**larger** 24:18
**largest** 119:17
**late** 12:16
137:16
**Latrobe** 15:4
**Laurel** 75:19,23
124:12,22
171:10,11
174:17 234:17
**law** 7:19 73:17
**lawful** 8:4
**lawsuit** 58:24
59:12,18 60:4
60:8,12,15,19
60:25,25 61:5
63:13 90:12
200:17,20
**lay** 120:5 125:7
**layer** 98:12
**laying** 64:18
201:9
**lead** 51:25
145:14 147:13
166:3 169:2
206:10 210:14
212:18

**leader** 182:20
**leadership**
221:25
**leads** 93:10
**Lean** 62:25
**leaning** 179:2
**learn** 174:15
188:21 198:24
**learned** 36:18
136:25 137:2
**learner** 189:4
**leave** 21:22
**left** 14:9 56:7
145:3 154:25
157:6 169:19
185:2
**legal** 7:3 59:7
**legislation** 210:2
210:7
**length** 129:7
**Leonard** 2:5
7:19
**lesser** 128:25
**let's** 19:14 33:7
52:9 62:10,13
64:7 95:8
97:16 105:1
108:3 123:6
132:2 142:18
142:23 150:25
154:1 157:4
161:21,21,25
163:9 173:25
175:16 178:14
178:20 179:12
180:23 182:6
183:16 185:6
199:17 213:17
214:4 216:14
216:17,18
218:13 222:14
224:12 226:17

229:1 230:16
230:22 239:14
**letter** 77:9,12,17
77:22
**level** 18:5 229:4
**leverage** 24:5,7
**Lewis** 5:14 6:6
21:11,12,22,25
72:18,21 123:3
123:18 124:3
131:1 132:6
135:20 181:13
185:7,11,15
210:22 211:6
212:2,16
213:15 218:14
220:5 222:7,8
224:21 225:3
227:3
**licensed** 33:16
**life** 26:1 34:4
87:25 107:17
144:21,24
145:3,7,17,18
**lift** 134:5,15
135:8
**lifting** 135:1
**likewise** 83:6
98:11,20
197:18 200:9
201:24 236:2
**limited** 218:18
219:21 222:9
**limits** 42:11,13
**line** 136:11
**lines** 155:11
**liquid** 87:25
143:8 162:10
162:13 168:6
**list** 11:3 33:9
38:18 39:22
40:1,3 46:24

46:25 47:6
94:21 156:16
**listed** 40:23
46:16 68:25
69:15 94:1,3
96:5 106:12
107:23 124:19
154:3 162:23
162:24 164:13
164:24,25
222:21 232:4
239:6
**listing** 144:16
154:8
**lists** 94:16,19
**litigation** 1:6
7:12 12:9
51:14 81:3
113:12 156:12
158:5 172:24
230:25
**little** 21:5 61:13
130:5 142:20
189:19 204:8
**LLP** 2:5,14 7:22
**load** 168:11
231:15
**loaded** 169:8
**local** 145:14
**locally** 28:5
**located** 30:2,4,8
30:12
**location** 25:23
29:3 49:20,22
50:4,17 133:14
**locations** 124:11
174:17
**lodged** 84:10
**logical** 89:17
90:4
**long** 11:24 13:12
13:24 14:24

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                       April 25, 2014

19

16:19 113:7
138:23 156:24
168:20 188:2
192:9,10
196:23
**long-term** 40:7
222:3
**longer** 19:7,9
33:24 127:23
128:3,6 145:17
150:5
**look** 57:18 62:10
62:13 64:7
95:2,8 96:4
97:22,25 98:8
98:11 99:4
103:24 105:3
110:8 126:5,23
132:2 135:15
136:3,7,21
142:18,23
144:15 145:23
145:24 147:4
147:19 149:13
150:25 151:20
153:20,25
154:18,23
155:20 156:19
167:15 175:16
181:12 182:6
183:16 210:18
213:20 214:3
218:13 229:1
230:16,22
231:3 239:14
**looked** 149:14
152:22 181:2
197:1
**looking** 65:21
66:14,25 96:1
107:22 109:5
119:23 120:16

125:8 136:11
148:12 151:25
153:10 154:25
174:16 192:12
192:16 210:21
212:1 219:4
227:13 240:6
240:16
**looks** 124:7
136:18,21
143:14 146:19
147:1 163:16
167:6 173:8
**lose** 122:15
**lot** 169:8
**loud** 149:24
**Louis** 171:16,17
**low** 28:19
184:19 223:17
**low-cost** 48:22
**lower** 24:20,22
49:2,24 119:12
226:6
**lowest** 117:24
118:9,11,12
119:13,16,24
129:7 177:12

___

**M**

**M-A-J-O-R-A...**
20:11
**M-O-R-A-W-...**
52:13
**Mace** 80:17,18
80:20 81:2
88:14 135:20
178:18 179:22
179:24
**maintain** 24:4
**maintains** 172:4
**major** 43:15
73:24 101:7,7

118:15,15
205:8
**Majoras** 20:11
20:13,18
**Majoris** 20:24
21:1,7
**majority** 184:22
**making** 83:25
84:2,6,15
143:23 146:16
190:16 191:3
205:2,17
223:17
**manage** 53:8,11
**management**
42:16 175:24
**manager** 13:11
16:17,24 18:24
19:4,15,17,19
19:23,24 20:3
21:14,21 27:22
143:15,17
**managers** 18:17
**manages** 194:7
**managing** 59:14
**Manchester**
15:10
**mandatory**
155:12
**manner** 44:6
**manufacture**
41:6 43:3
57:19
**manufactured**
33:22 45:12
50:17
**manufacturer**
41:12
**manufacturer's**
218:4
**manufacturers**
45:13 187:5

**manufacturing**
47:23 50:4
188:8
**March** 108:13
**margin** 120:12
128:9
**mark** 20:10 29:9
61:19 76:1
173:18
**marked** 4:2 5:2
5:10,11 6:1,2
10:16,20 37:3
41:15 62:3,8
74:13,18 76:6
76:11 77:16
79:5,9 105:3
111:19,23
115:11,15
123:16 132:3
142:18 155:21
161:4 166:13
166:17 170:3
172:18,22
175:17 178:14
216:14 225:9
225:13 227:1
228:9,12 233:4
233:10 234:12
235:4 236:23
237:6
**marker** 165:8,9
**market** 45:5
97:9,12 98:3,8
98:18,25 99:8
99:17,19 100:7
101:2 103:25
127:21 128:8
128:20 130:6
133:7,24 136:4
137:16,23,24
138:9,21,25
139:15,17

142:12 143:15
145:25 146:4
147:14 152:6
175:25 176:5
176:10,17,19
176:24 177:6
177:13,14
178:3 182:18
182:19
**market-based**
141:15
**marketing**
45:15 72:22,25
73:2,7,12
82:11 89:24
90:2,5 91:21
188:6 189:7
205:4 212:18
218:5 221:24
**marketplace**
41:9 142:17
145:14 176:2
176:12
**markets** 111:12
139:22 140:9
147:9,21
148:15 149:1
214:23
**Marr** 222:16,17
224:14,23
**Marr's** 222:20
**Mary** 220:1
222:16,17
224:23
**Maryland**
234:18
**Master's** 12:24
13:3,5
**match** 152:14
163:2 164:14
164:25
**matched** 162:24

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                April 25, 2014

20

| | | | | |
|---|---|---|---|---|
| material 11:15 11:18 35:14 45:4 94:19,19 94:24 96:17 99:12 128:18 145:20,23 154:17 156:17 161:18 162:3,8 162:23 179:6 214:19 222:3 226:6 | 83:18 84:2 91:6 99:15 104:16 111:9 118:12 125:2 126:9 128:16 129:13 131:11 131:20 132:12 139:7 141:20 149:8 158:14 163:4 167:8 168:9 169:12 176:13 181:5 | 187:4 188:20 members 188:22 Memo 4:5 74:16 memory 58:17 mention 112:13 147:10 196:4 mentioned 5:10 6:1 23:15 26:3 26:14 35:25 54:16 55:2 56:8 68:1,14 75:1 83:16 86:25 97:17 | 228:19 MFI0259554-... 4:24 228:8 MFI0259556 4:13 111:19,24 MFI0553015 79:11 MFI0553015- 4:10 79:4 mic 104:24 198:15 Michael 2:3 4:9 4:14 7:20 8:14 17:5 65:17 | 228:18 229:6 229:11,20 Michael's 64:25 70:1 microbiological 35:10 41:23 50:13 microstandards 42:7,8,18 middle 167:24 222:7 Mike 113:6 million 28:20,22 28:24,25 55:9 55:10 79:20 |
| materials 11:16 12:7,13 24:10 24:17 26:2,23 35:9 36:10 47:22 50:3 52:18 59:24 66:8 68:19 97:7 99:9 117:23 118:5 138:17 145:2 150:17 158:16 160:2 | 182:23 184:25 186:12 190:25 191:10 194:23 215:2 219:22 220:6,10 meaning 118:17 135:2 means 46:17 93:20 130:2 157:17 182:24 183:25 184:20 185:1 212:16 | 118:9 119:13 133:15 135:19 135:25 139:10 139:12 172:7 178:4 209:25 message 90:2 met 8:12 11:14 43:1 81:13 229:12 methodology 177:2,6 MFI0032735-... | 69:2,10,14,22 70:3,9,20 71:2 71:8,14,16,17 71:21 72:4,8 72:15 74:22 75:18 76:12,17 79:3,10,18,25 80:8,14,23 81:12 86:4,10 86:14,18 87:1 87:6,12,22,24 | 178:5 229:4 mine 149:19 199:15 228:15 Minneapolis 2:8 Minnesota 2:8 minute 65:20 minutes 104:23 miscellaneous 20:1 missed 20:22 misspoke 136:20 148:7 163:19 173:14 |
| matter 8:14 40:18 62:10 196:8 matters 54:13 McGregor 2:22 7:4 MDL 1:6 7:11 meal 44:19 48:15 146:9,14 146:25 148:16 149:1 meals 33:11 mean 24:7 26:4 28:12 31:7 36:13 42:19 43:19 45:25 49:13 50:10 59:24 60:10 80:16 82:16 | 218:9 223:23 224:11,19,20 meant 42:21 47:2 133:10 134:15 146:18 173:15,16 215:20 219:13 meat 15:9 19:24 152:5,7,9 222:24 meats 15:25 medical 26:1 meet 11:21 35:8 35:14 41:3 42:23 43:4,8 50:23 129:22 meeting 209:23 member 187:1,3 | 4:8 76:6 MFI0102001 115:17 MFI0102001-... 4:15 115:10 MFI0109021 4:6 74:18 MFI01093250... 6:11 MFI0259539 166:19 MFI0259539-... 4:19 166:12 MFI0259547 225:14 MFI0259554 | 90:20 104:4,10 106:9 108:25 109:10,23 110:10,12,18 111:2 113:17 113:22 114:6 114:10,16,20 115:3,9,16,23 116:5,9,13,16 125:21 132:24 133:20,25 135:14 144:17 144:21 161:16 163:17 166:18 178:21 179:2,7 211:3,17,18 226:11 228:14 | mistreated 195:17,22 197:4 mistreating 195:14 misunderstood 93:19 mix 44:20 129:22 132:24 mixed 48:13 142:22 Mm-hmm 125:3 180:8 185:9 model 117:12,19 |

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                    April 25, 2014

21

122:21,22
**moment** 163:1
210:19
**moments** 8:12
58:9
**money** 122:16
122:18
**Monte** 80:17,18
80:20 81:2
88:14,14
135:20 179:22
179:24
**month** 97:22,23
157:12,20
163:18 170:9
**monthly** 131:15
175:6,8
**months** 15:6
18:22,25 30:5
112:23,24
127:14,18
129:2,6,11,16
129:18 138:18
150:19,21,23
152:25,25
153:1,7 232:15
232:17
**Morawski** 52:13
54:2,3,4
**morning** 8:10
8:11 9:10
11:23 12:1,17
38:12,13,23
**mortality** 120:7
**Mountain** 52:19
153:22 158:9
**move** 99:23
131:23 133:17
138:11,12,13
138:15 142:14
215:3 221:20
222:14

**movement**
194:22 197:8
197:24
**moves** 140:4
**moving** 198:5
214:22
**mozzarella** 14:5
**multiple** 57:25
**multiplying**
160:20
**mushy** 48:7
**myriad** 49:15

_____

**N**

**name** 7:3 8:12
8:15 23:21
39:20 54:20
66:4,12,17
68:1,10 83:21
93:17 167:6,7
167:12,14
187:17,21,23
190:3 205:5
**named** 244:10
**names** 23:15
56:13 73:1
90:3
**NAP** 17:21
22:19 31:17
**nature** 31:9
**NBS** 22:18
26:20,23 30:1
30:16 31:17
32:22 33:5
34:7,18 144:3
144:8 179:24
180:2
**NCRA** 1:25
**necessarily**
30:15 33:17
138:13
**Ned** 41:16

**need** 9:17 34:8
88:13 89:14
99:5 149:21
152:8 235:14
**needed** 30:20
**needs** 54:10
**negotiate** 24:20
24:22
**negotiated**
109:15
**negotiation**
109:23
**negotiations**
110:7 127:7
168:17
**NES00000072...**
6:16
**NES00000111...**
5:17
**NES00000130**
5:15
**NES00000177...**
6:4
**NES00000394...**
4:22 6:13
225:8
**NES00000403...**
6:9
**NES00000458...**
5:12
**NES00000482...**
6:8
**NES00000499...**
6:14
**NES00002013...**
5:18
**NES00002084...**
5:21
**NES00004500**
4:20 172:18
**NES00004501**
4:16 161:4,11

**NES00004517...**
5:23
**NES0004501**
5:24
**Nestle** 5:6
236:21
**Nestlé** 1:18 2:12
2:24 7:22,25
8:21 11:1,9,10
12:8 16:12
17:17,18,25
19:15 22:1,15
22:18 23:12,15
23:24 24:1,2,4
24:13 25:10,13
25:18,19 26:3
26:6,12,14,15
26:17,20 27:20
30:17 31:18,23
32:12 33:8,10
35:16 36:19
40:12,15,24
43:7,11,25
44:14 45:1,5,9
46:17 47:17,20
48:18 49:20
50:3,25 53:15
53:16 58:11,19
59:7,17 60:24
61:5,8,9 62:9
62:15,18,22
63:2,3,5,6,8,11
63:13,15,17,17
63:20,23 64:22
65:6,7,8,11,16
66:2,21 67:25
68:6,23 69:5
69:16,20,21
70:3,9,19 71:1
71:2,8,21 72:3
72:7,14 78:23
80:6,11,13,16

80:18 81:12,14
81:20,23 82:10
83:1,7 85:8,19
86:13 87:2,7
87:15,16,19,23
88:3,8,21 89:2
89:10,11 90:16
90:21 91:1,11
91:18,20 92:12
92:14,20 93:4
93:21 94:11
95:20,25 98:25
99:6 103:6,10
103:24 104:5
104:11 106:2
109:9,10,22
110:1 112:14
113:24 114:7
114:11,19
115:2,25 116:6
116:11,25
117:11,18
121:9 122:25
125:19 127:12
127:16 133:25
136:3,6 138:24
140:21 142:2
144:3,24
145:16 146:17
147:1 153:1,14
156:14,23
157:10 158:19
158:21,22
159:5,6 162:20
165:15 168:21
168:25 170:6
172:23 178:5
180:3 181:2
187:1,11
188:14,22
189:23 190:10
190:21 198:20

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                     April 25, 2014

22

198:24 199:15
199:17,25
200:5,9,13,18
200:22 201:25
202:1,6,10,18
202:23 203:5,7
203:13 204:2
204:14,16,18
204:22 205:13
205:16 206:2
206:11,16,22
207:7,19 208:3
209:1,5,22
210:1,7 212:11
213:8 215:24
218:3,11 220:3
220:3,15 221:1
221:20 223:1,7
223:11 226:3
227:25 229:6
229:11,19
230:2,24 234:9
235:23 236:3
237:20 238:15
238:25
**Nestlé's** 35:9
42:17 43:2,8
84:19 158:1
188:15 199:10
199:13 202:5
237:7 241:8
**Nestlé's/Dreye...**
79:17
**never** 29:24,25
32:2 34:13
38:4,7,13,15
38:23 45:15
117:16 157:22
182:4 183:14
184:13 186:11
186:12 213:11
223:5

**nevertheless**
74:10
**new** 15:10 47:3
192:6,8,15,18
192:20
**newsletter**
189:12
**NEX0000076**
6:5
**nine** 14:1 15:6
**nominal** 120:11
**non-certified**
71:18
**non-Dreyer's**
209:16
**non-egg** 186:5
**non-UEP** 78:12
92:20 93:2
**noncompetitive**
111:13
**normally** 180:20
**North** 2:16
17:21 22:19
23:16,18 25:15
**Notary** 244:7
245:18
**notation** 75:18
79:17 155:8
**note** 47:9 92:11
114:4 185:11
214:21
**noted** 12:6
88:24 118:4
120:21 163:11
222:22
**notes** 77:12
129:21 132:8
132:23 223:11
224:22 229:2
**notice** 4:3 10:15
10:25 11:19
222:21

**noticed** 100:18
**noting** 209:11
**number** 4:2 5:2
5:11 6:2 7:11
9:7 17:19 37:5
39:21 44:23
49:20 50:2
58:19,21 60:3
60:11 82:18
83:2 94:8
106:17 107:20
108:12 118:3
135:19 152:8
154:8,9,11,12
154:20 156:18
159:23,24
162:3 166:21
187:3 233:12
239:15
**numbered**
225:14
**numbers** 28:18
42:25 141:5
231:24
**numerous** 51:8
**nurturing** 120:6
**NUSA** 17:14,16
26:8
**nutrition** 29:13
30:9,11

_____

**O**

**O** 187:18
**O'Brien** 115:19
**O'Hearn** 187:15
187:18,23,23
190:1 217:3,5
**object** 32:6
58:25 200:24
202:4
**objection** 32:5
85:10 86:7,14

90:17
**objections** 5:6
236:21 237:7
240:20
**obtain** 13:1
**obtained** 79:21
87:23 135:11
135:13 161:15
**obtaining** 13:4
81:2
**occasion** 34:21
173:11
**occasions** 60:11
**occur** 13:21
23:19 180:22
203:17 230:5
**occurred** 24:21
36:23 48:4
205:22
**occurring** 92:4
**occurs** 180:20
**October** 46:21
75:20 79:20
109:2 110:4
151:8 218:25
222:20
**off-site** 52:18
**offer** 104:18
109:7
**offered** 104:5,11
108:8 114:17
116:13,24
**offering** 48:2
108:25 179:7
229:11
**office** 25:25
30:15 245:10
**officer** 15:22
17:13,20
**oh** 28:25 48:5
65:22 81:18
84:6 108:14

157:3 162:15
163:21 166:22
172:5 187:20
193:15 225:1
228:16
**Ohio** 1:20 7:10
8:18 244:3,8
245:11,19
**oil** 146:9,14
147:1,6 148:16
149:2 204:6
**okay** 20:21 21:1
32:9 36:22
37:20 39:9
59:10 62:17
64:11 65:12,24
73:4 94:22
105:14 106:23
108:3,4,7,14
108:20 109:17
109:21 110:9
120:2 123:21
127:5,8 131:2
131:5,8 132:17
134:11,12,13
136:13 137:17
137:21 141:4
142:1 143:3,6
146:4 148:11
148:17,20,21
149:17,23
150:9 151:7,17
153:9 155:10
156:13,25
161:24 162:2
164:5 165:11
166:23 167:18
173:24 179:21
179:25 182:14
185:22 192:16
195:8 196:22
203:3 208:14

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                                    April 25, 2014

23

| | | | | |
|---|---|---|---|---|
| 209:15 210:20 | 159:24 160:3,4 | **p.m** 242:4 | 130:16,20 | **pass/fail** 193:4 |
| 211:5 212:5 | 160:15 170:16 | **Pack** 15:10 | 131:6 134:9,10 | **pasta** 14:6 33:24 |
| 213:23 214:12 | 199:19 | **package** 172:9 | 137:9,13,19 | 69:23 70:24 |
| 224:5 225:2 | **ordered** 43:22 | 172:12 | 175:23 222:5 | 71:4,9,12,18 |
| 229:17 230:21 | **orders** 54:15 | **packaging** | 223:11 225:20 | 85:2,3 87:3,5 |
| 232:20,22 | 170:17 | 225:22 | 229:3 240:17 | 143:8,16,18,20 |
| 236:12 240:3 | **organization** | **page** 3:3 11:3,4 | **parameter** | 170:23 |
| 241:3 | 15:3 23:21 | 39:1 41:21 | 68:21 | **paste** 14:4 |
| **old** 192:22 | 24:2 30:14 | 45:21 46:5 | **paramount** | 146:20,23 |
| **omission** 220:12 | 119:11 190:17 | 62:14 64:9,14 | 190:14 | 147:11 |
| **on-boarding** | **organizations** | 64:14 76:13,18 | **Pardon** 7:8 | **pasturized** |
| 35:3,5 | 188:23 | 77:7 78:4 | **parent** 194:15 | 162:11,14 |
| **once** 28:18 | **organized** 44:6 | 79:16 113:20 | **part** 11:17 12:7 | **Pat** 19:25,25 |
| 54:24 137:14 | **organoleptic** | 115:21 125:19 | 32:25 33:5,25 | **pathogens** 42:10 |
| **ones** 43:15 | 45:23 | 125:24 135:16 | 50:5 63:5,8 | **Pauline** 52:13 |
| 45:24 70:7 | **orientation** | 135:17 142:24 | 67:9 89:10,11 | 54:2,5 |
| 139:19 142:9 | 72:17 | 143:1,1,2 | 102:7,8,9 | **Pause** 196:10 |
| **ongoing** 72:20 | **original** 117:21 | 144:15 145:25 | 105:9 107:7 | **pay** 78:23 98:9 |
| **online** 170:24 | **outcome** 196:3 | 146:1,2 153:25 | 112:19,21 | 98:13,16,21 |
| **open** 62:16 | **Outlook** 145:25 | 154:9,24 | 118:15,15 | 120:7,8 130:5 |
| **operate** 197:6 | 146:4 | 161:21,25 | 143:18 164:17 | 152:15 165:15 |
| **operation** 50:12 | **output** 59:14 | 166:23 167:23 | 168:16 190:23 | 185:3 189:21 |
| **opinion** 132:14 | **outputs** 201:7,7 | 175:18 182:6 | 196:12,13 | 197:12 218:18 |
| 183:8 200:21 | **outside** 27:25 | 185:11 210:22 | 208:3 238:7 | **paying** 49:5 |
| 217:19 218:10 | 59:6 152:2 | 214:4 216:17 | 239:20 240:6 | 97:21 103:7 |
| **opportunities** | 202:11 | 217:14 222:7 | 240:23 241:9 | 104:1 109:12 |
| 24:6,8 | **outstanding** | 222:14 230:22 | 241:18 | 110:2 126:15 |
| **opportunity** | 54:13 | 238:1 240:19 | **participate** | 151:11,16 |
| 49:16 226:2 | **Oven** 15:5 | 244:25 | 34:22 | 153:4 219:17 |
| **opposed** 119:19 | **overage** 126:19 | **pages** 12:13 | **particular** 23:10 | **payment** 166:7 |
| 159:10 202:23 | **overages** 215:6 | 156:24 157:2 | 49:9 58:12 | 230:11 |
| 220:22 | **overhead** 118:18 | **paid** 118:18 | 97:21 119:3 | **Pecek** 74:23 |
| **opposite** 102:5 | **Overview** 143:9 | 153:14 158:19 | 161:18 197:10 | 75:10 76:23 |
| **opted** 153:4 | **owned** 29:15 | 158:23 162:20 | **particularly** | 77:24 233:16 |
| **option** 132:1 | 64:17 83:24 | 221:17 | 41:11 162:1 | 234:9,15,16 |
| **options** 23:2 | | **palm** 204:6 | 224:18 | 235:14 |
| 49:18 77:13,17 | _____ | **Papa** 13:16,24 | **partners** 18:4,9 | **Pennsylvania** |
| 125:17 | **P** | 14:3,8 | **parts** 23:11 | 1:2 7:14 15:4 |
| **order** 24:4 92:9 | **P** 2:15 | **Papetti's** 2:4 | 184:2 209:1,10 | **people** 30:14 |
| 94:24 142:20 | **P-E-T-R-I-E** | **paragraph** | 209:10,16,22 | 40:23 44:25 |
| 142:21 145:4 | 17:11 | 62:13,17 64:8 | **party** 245:4 | 50:19 52:16,19 |
| 151:25 159:22 | **P-R-A-S-H-A-...** | 75:17 127:1,5 | **pass** 35:9 | 52:21 53:7 |
| | 19:2 | | | |

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                        April 25, 2014

24

59:19 60:3
69:7,9 89:13
122:9 151:24
151:24 169:8
189:3 194:12
197:12 198:11
220:17
**percent** 25:8
64:17 125:12
145:3
**perfect** 147:20
148:19 149:10
**period** 20:20
103:4 109:2,7
126:16 127:24
128:12,19
151:12 161:17
164:10 168:12
172:25 175:14
194:25 208:7
238:4 239:17
240:7,20
**periods** 152:24
153:6
**perishable**
138:22 140:3
**person** 11:9
16:9 23:1
42:21 54:6,9
88:14 89:8,12
115:2 141:24
144:7 218:6
**person's** 205:5
**personal** 199:22
217:24
**personnel** 13:11
13:19
**Pertained** 9:6
**pertaining** 52:4
**pest** 122:12
**PETA** 203:12
203:16,20,25

204:5,14
**Petrie** 17:11
**pH** 50:16
**phrase** 241:22
**physical** 35:8
**pick** 133:16
**picking** 152:3
**piece** 50:15
55:10
**pieces** 35:21
**pizza** 14:4 62:24
**place** 7:9 9:6
35:13 48:7
128:14 192:22
197:23 205:24
208:24 244:21
**placeholder**
153:16,17
**places** 57:1
**Plaintiff** 11:1
**plan** 9:8 35:11
127:6
**planning** 169:13
**plant** 35:8 49:16
170:9,14,18
174:16 191:12
225:24
**plants** 24:9
49:20 50:6
75:24 124:23
170:20 171:8
**play** 177:24
**played** 189:25
**plays** 118:14,15
**please** 7:16 8:2
**plugs** 165:6,7
**plus** 55:10
120:10 126:7,8
126:19 152:18
155:1,10 215:5
**PO** 156:18
**Pockets** 33:12

62:24
**point** 70:14
109:19 132:19
133:20 136:10
140:13 192:4
207:10 208:11
214:21 223:25
**pointing** 107:25
149:22 150:15
**points** 35:12
**policy** 198:1
227:4,15
**ponder** 189:21
**Poor** 45:23
**popularity**
145:20
**pork** 17:1 19:24
**portion** 25:4
76:13,15 178:8
**POs** 152:10
153:17
**position** 14:24
16:15,20,21
24:19 49:12
53:7 111:13
176:2 177:9
234:17
**positive** 87:21
**possibility** 174:9
185:24
**possible** 32:4,10
63:18 92:19,22
134:6,16
175:25 176:5,7
176:10 177:13
203:22,23
**possibly** 90:9
175:10 182:2
210:17
**potatoes** 17:3
**potential** 41:22
**potentially**

135:11 180:18
**poultry** 14:20
15:25 19:23
97:6 222:24
**pound** 79:21
108:13,24
109:3 110:5
126:15 128:17
128:22 152:8
229:4 231:7,23
**pounds** 49:1,4,7
126:16 162:11
168:11,14
231:8,16
**powder** 106:12
107:24 108:4
109:1 154:7
**powders** 169:1
229:5
**Power** 29:16,18
**practice** 101:25
**practices** 36:19
36:21
**Prashant** 19:2
**predated** 21:1
22:5
**predates** 78:3
168:19
**predictor** 147:8
149:11
**predictors**
147:21 148:19
**preference**
23:14 212:10
**preferences**
23:10
**preferred** 39:22
40:1,2,3,5,13
40:16
**premise** 231:10
**premium** 79:21
185:4 218:18

219:17
**preparation**
12:4 59:23
72:1 104:19
**prepare** 11:12
12:18 30:22
67:6 229:25
**prepared** 33:10
37:25 38:3,5
50:25 54:23
55:6 62:19,22
62:25 63:2
69:23 70:10,17
70:21 84:23,24
87:2 227:10
**preparing** 32:13
81:16 212:9
**Pres** 4:11,18
111:16 112:6
166:10 167:25
228:23
**presence** 42:9
244:15
**present** 2:21
20:6 48:21
116:16 240:21
**presented** 110:6
115:23 116:5
**presently** 16:22
30:3
**preservation**
199:25
**president** 15:3
15:21 187:16
187:25
**press** 61:3,4
**pressure** 212:11
212:18,18
213:8,14
**pretty** 73:23
99:21 103:13
**prevalent**

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                April 25, 2014

25

209:12
**previously** 5:10
6:1 29:15
41:15 179:6
196:16
**price** 58:11
78:13,15,17,23
96:17 97:9,9
97:12,22 98:3
98:16,21,25
100:6,8,9
101:2,17,23
102:4,7,8,13
103:2,7,11,12
103:14,16,19
103:25 108:12
108:23 109:11
109:17,18
110:2 118:17
118:19,23,25
119:1,17
120:15 121:16
126:11 127:23
128:1,8,9,10
129:14 130:6
131:14 132:17
132:25 133:3,7
134:22 138:6
138:12,20,20
140:1,4,8,14
141:2,4,4,5
147:2 151:15
151:19,21,25
152:9,11,12,13
152:14 153:4
154:14 155:9
155:15 160:20
162:20 165:9
165:13 168:12
168:15 175:7
175:13 176:6
176:19 179:8,8

181:7,9 182:9
182:10,20
183:1,3,4,7,10
183:14 185:4
201:12,14
215:3,5,7,10
230:5 231:7,23
235:18,25
236:4 238:8
240:24 241:10
241:15
**priced** 40:8 41:8
152:5
**prices** 24:20,22
54:14 59:14
60:22 97:5
99:5,22 100:3
101:8 108:8,21
109:14 111:11
119:12 126:22
126:23 129:13
131:15 140:12
142:13 151:12
151:23 152:10
152:17,17,23
153:7,12,14
158:18,22
162:22,24
163:6,7 164:9
164:12,14,24
164:25 165:5,5
165:6,19
200:11,23
227:21 238:6
238:16 239:1
239:20 240:10
240:23 241:9
241:16,17
**pricing** 97:2
99:21 104:5,11
107:1 113:18
113:23 114:5

114:11,21
115:4 116:9,12
116:17,25
117:4 118:1
119:7 123:1
125:20 126:4
127:3,10
129:24 132:9
159:8 168:6,21
175:2,2,3
176:17 177:2
177:11 181:1
183:17 201:11
214:23 225:20
227:18 230:8
232:8 235:17
235:17,19,19
**primarily** 14:20
141:15
**Primera** 117:7
**principally**
142:4,5,7
180:12
**principles**
193:22
**print** 156:23
**printing** 157:1
**prior** 55:16 71:7
145:25 173:12
199:7,11
207:18 229:18
229:22 230:2
235:8
**privately** 13:16
**privileged** 59:3
**probably** 25:8
55:15 58:15
59:15 60:16,17
70:18 129:4,16
131:22 133:13
134:21 137:1
139:6 153:21

160:19 171:24
194:6,13
**process** 34:20
35:3,5,13 51:7
192:15,16
193:21
**Processed** 1:5
7:11
**processing**
31:13
**procure** 27:5
**procured** 25:21
**procurement**
15:21 18:15
22:19 23:17,18
25:15 35:21
54:7
**produce** 50:21
141:18 142:4,5
142:7 145:21
**produced** 51:14
74:21 75:24
76:12 141:15
141:16 156:11
158:5 172:23
233:11
**producer** 43:7,9
48:22 49:21
50:2 85:8,20
85:21,24,25
86:19 103:12
103:15 215:9
**producer's**
44:10,10
**producers** 57:19
58:20,21 59:13
64:17,21 65:15
68:24 141:14
142:3,4 199:18
201:5 210:9,14
229:20
**producing**

141:24
**product** 31:4
43:13 44:21
45:1 57:19
58:13 71:4
102:13,14
106:11 109:12
120:5 125:9,13
137:10,13
138:22 139:23
176:2,11 179:2
182:3 186:4
205:17 215:25
218:4 230:13
**production**
49:25 88:5
210:3
**products** 1:5 2:4
7:12 16:1
27:14 41:6,22
42:11 44:10
45:5,6 48:16
49:10 58:10
64:4,23 65:16
66:2,22 69:16
69:20,21 70:4
70:5 81:11,11
86:23 87:15,16
87:18,23 99:23
101:2 137:24
138:4 139:17
139:18 140:14
141:16 142:4,7
142:14 156:19
157:9 158:23
169:13,14
177:25 217:16
218:3,10
232:12 239:19
240:9
**program** 86:15

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                              April 25, 2014

26

198:25 199:11
199:14 200:1,6
200:10,14,23
201:22 202:3
203:9 227:14
**programming**
95:1
**progressed**
15:21
**progressively**
70:15
**projects** 21:20
**promotion**
198:21
**pronounce**
45:23
**proper** 35:12
**properly** 35:7
**proposal** 104:5
104:11 107:15
109:10 110:13
110:18 111:3
114:5,7,11,14
116:9,12
121:16 142:10
**proposals** 64:22
105:22 110:24
117:5 121:20
**proposed** 67:24
68:6 113:23,25
**proposing** 66:2
109:24
**proprietary**
31:4,11
**protein** 52:25
185:17,18
186:1
**proteins** 16:25
45:21 46:2
48:7 183:20
**provide** 50:19
70:4,20 71:15

75:18 82:22
88:9 90:22
114:1 120:6
132:24 136:23
147:21 149:2
184:21 214:15
226:8 228:4
**provided** 12:8
52:8 71:17
76:14 78:6
114:10 228:20
229:21 230:2
230:24
**providing** 79:12
133:3 136:16
146:12 212:7
227:25 228:19
**proving** 166:6
**psychology**
12:24,25
**public** 187:16
187:25 188:19
193:25 194:6,8
197:21 198:19
217:5,6 244:7
245:18
**publish** 97:4
**publishes** 97:2
**pull** 52:18 99:5
153:22
**pulled** 66:6
158:8
**purchase** 4:20
14:3,20 15:23
16:2,8 17:1
18:16 20:4
22:8,13,20
23:3 24:8 25:3
25:19 26:21
27:21 30:18
33:8 54:14
55:9 58:12

63:24 65:16
69:21 84:5
87:16 91:12
93:4 94:20
95:16 118:5
125:7,15
128:20 143:24
145:9 151:25
153:2 159:1,22
159:24 160:3,4
160:9,15,16
162:20 170:15
170:17 172:17
173:5,6,15,17
176:17 180:9
204:18,22
205:10,13,18
226:11 230:17
**purchased** 14:4
16:4,9 22:16
25:22 28:4,17
31:18 33:11
44:18,22 45:1
66:21 72:4
81:12 87:19
114:20 115:3
117:18 151:10
160:5 177:19
207:19 235:9
**purchasers**
186:4
**purchases** 24:3
24:12 26:15
28:21 31:16
40:25 56:25
57:7 58:10
66:7,15 88:4
91:1,18 92:12
95:21 157:19
158:16 159:1,6
161:16 180:7
231:2 232:12

238:5 239:18
240:8,22 241:8
241:11,11
**purchasing**
13:20 14:16
15:6 17:8,13
17:20,21 18:3
18:13 19:15,19
19:23,24 20:3
22:11,20 24:5
24:15 25:5
26:23 47:16,20
75:5 80:7,13
80:22 89:19,22
89:22,25 91:10
91:22 92:3,20
93:1 96:18
112:11 113:1
117:12,23
118:22 119:16
125:8 136:24
139:1 140:21
142:2 143:15
143:17,18
180:13,16
206:3 207:7
214:12 233:18
235:13
**Purina** 27:5
**purport** 37:22
**purported**
156:22
**purporting**
107:10 143:12
172:24 182:16
**purposes** 10:16
62:4 63:16
74:18 76:7
79:5 81:3
111:20 115:11
157:2 161:4
166:13 172:19

225:9 228:9
233:5 235:5
236:24
**pursuant** 11:1
151:11
**push** 117:22
118:4 119:10
**put** 48:24 66:8
68:20 111:12
123:15 124:6
131:25 139:6
151:21,21
152:6 156:6,16
198:13
**puts** 49:11 56:24
57:21 212:11
**putting** 191:25

———— **Q** ————
**Q4** 229:5
**quadrant** 51:1
51:11
**quadrants**
51:10 56:10,11
57:2 58:5
**qualified** 167:16
244:9
**qualify** 141:1
151:17
**quality** 24:5,17
36:14 41:10,11
42:16 45:7,11
45:23 47:5
48:2 50:12
57:11 58:9
145:5 190:14
**quantities** 24:18
28:4
**quantity** 5:22
43:22 103:2
160:20
**quarter** 214:19

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                          April 25, 2014

27

| | | | | |
|---|---|---|---|---|
| **quarterly** 175:9 | **R** | 18:21 | 205:1 210:4 | 189:3 226:20 |
| 214:18 | **R** 2:6 | **realized** 208:7 | 215:23 216:10 | 226:23 236:15 |
| **queried** 158:8 | **R-E-A-R-D-O...** | **really** 23:7 | 219:6 225:2 | 236:16,18 |
| **queries** 52:17 | 20:12 | 43:14 55:11 | 227:7,13 | 237:3,5,18 |
| **query** 67:13 | **R&D** 47:10,16 | 145:19 157:5 | **receive** 44:4 | **records** 66:4,5 |
| 156:5,16 | 47:21 181:23 | 181:3 195:2 | 49:25 83:1 | 88:20 158:25 |
| 178:12 | **race** 155:22 | **Realtime** 1:25 | 117:3 | **recovery** 60:12 |
| **question** 9:25 | **raid** 130:12 | **Reardon** 20:11 | **received** 42:24 | **redacted** 62:11 |
| 10:7 57:23 | **raising** 217:14 | 20:13,21 21:9 | 44:7 47:22 | 76:13,15 79:12 |
| 65:3 72:10 | 218:2,9 222:24 | 52:12 53:11,14 | 72:18 116:8 | 115:17 228:19 |
| 82:3 85:14,16 | 223:2 224:4 | 56:5,6,7 | 189:17 237:20 | **redo** 104:22 |
| 89:20 93:19 | **rank** 51:7 56:17 | **reason** 10:10 | **receives** 103:11 | **reduce** 185:16 |
| 102:25 114:24 | 56:19,21 | 19:10 49:8 | **receiving** 43:24 | 186:17 |
| 164:23 182:9 | **rate** 49:2 191:7 | 77:21 84:18 | **Recess** 61:16 | **reduced** 186:4 |
| 182:14,15,16 | **RAUPDATE0...** | 91:20 127:16 | 123:11 174:4 | 186:21 244:15 |
| 185:23 202:25 | 5:3 233:4,12 | 160:18 173:13 | 226:21 | **reducing** 185:25 |
| 207:23,24 | **RAUPDATE0...** | 176:9 183:12 | **recipes** 24:10 | **refer** 64:3 65:5 |
| 211:16 220:7 | 5:5 234:14 | 198:10 209:9 | **Recipients** 6:7 | 96:16 169:5 |
| 220:25 239:12 | 235:4 | **reasonable** | **recognition** | 186:2 |
| 240:12 241:3,7 | **raw** 16:18 26:2 | 125:5 126:2 | 183:23 | **reference** 39:21 |
| **questions** 9:12 | 112:12,13,16 | 224:10 | **recognize** 28:8 | 42:6 46:13 |
| 9:22,24 10:6 | 112:19,25 | **reasoning** 23:5 | 37:11 38:10,11 | 62:18 75:16 |
| 166:24 181:17 | 222:3 | 121:22 | 95:11,12 | 78:5 105:16 |
| 212:10 230:1 | **rcampbell@je...** | **reasons** 50:1 | 111:25 112:1,2 | 110:14,15 |
| 236:9 | 2:19 | 138:14 | 112:3 141:13 | 130:1 144:20 |
| **quick** 95:2 | **reach** 50:17 | **rebate** 228:4 | 156:1,7 162:22 | 155:5 169:4,20 |
| 169:15 230:16 | **reached** 118:2 | 229:6,11,21 | 164:12 166:20 | 177:9,15 |
| **quickly** 140:4 | 166:2 | **rebates** 227:22 | 167:9 173:1,8 | 178:22 179:3 |
| 157:5 169:18 | **reaction** 199:10 | 227:25 230:1,9 | 210:12,15 | 179:14 180:15 |
| **quite** 67:2 | **read** 130:19 | **recall** 12:11 | 229:10,14 | 181:20 185:24 |
| **quotation** 238:8 | 131:6,8 148:21 | 16:4 35:13 | **recollection** | 189:20 211:10 |
| 239:21 240:11 | 148:24 182:12 | 47:13 51:15 | 29:2 66:18 | 215:14 218:15 |
| 241:10 | 184:1 185:20 | 54:22 57:17 | 110:21,23 | 219:9,17 |
| **quotations** | 211:20 224:3 | 65:19 66:1 | 111:2,5 117:10 | 240:25 241:7 |
| 175:7 240:24 | 236:10 243:4 | 67:21 68:15,16 | 126:1 189:20 | 241:11 |
| **quote** 113:18 | **reading** 39:9 | 71:1 75:15 | 218:22 235:7 | **referenced** |
| 126:19 | 134:12 137:20 | 83:15 86:10,13 | **recommending** | 68:11 168:4 |
| **quoted** 138:6 | 148:23 239:9 | 88:11 89:2 | 40:9 | **references** 146:8 |
| **quotes** 127:2,9 | 240:2 | 90:16 121:2,18 | **record** 7:2 9:19 | 185:12 |
| 127:13,17 | **reads** 108:17 | 147:16,17 | 10:24 61:14,18 | **referred** 139:21 |
| 131:16 | **Real** 169:15 | 172:2 174:12 | 62:11 123:10 | **referring** 11:19 |
| | **realignment** | 189:11,16 | 123:13 174:2,6 | 25:14 37:5 |

HIGHLY CONFIDENTIAL

Feyman, Steven G.

April 25, 2014

28

63:17 64:3
65:7,9 77:4
95:14,17
133:13 139:11
139:23 151:1,6
176:4 180:22
224:14
**reflect** 88:21
158:18 212:21
213:13
**reflected** 162:8
173:1 221:15
227:22 230:6
**reflects** 162:19
**refresh** 218:22
235:7
**regarding** 36:24
84:10 194:18
198:1
**regular** 38:3
**regulations**
217:11
**regulatory**
217:7,8,10
**rejected** 122:6
**rejection** 36:8
**relate** 157:15
**related** 27:6
28:17 56:17
60:22 63:11
122:25 171:9
**relates** 1:7 76:16
224:3
**relating** 148:15
180:6 193:22
210:1,2 214:13
215:24 218:8
223:7 225:20
230:1
**relationship**
26:6 181:1
184:5 201:21

202:2 203:8
**relative** 47:10
245:4
**relatively** 25:23
183:17
**relevant** 146:17
**reliability** 43:16
57:14 58:9
**Rembrandt**
64:25 65:17
69:3,10,13
134:7,17,21,23
135:12 227:8
**Rembrandt's**
227:4,15
**remember**
53:20 57:6
59:25 71:6
83:20 132:13
133:15 196:23
**remote** 189:20
**repeat** 85:15
**replace** 20:13
21:13 53:1,5
56:4 186:14
**replaced** 56:5
**replacement**
181:16,24
**replacing**
185:17,25
186:5
**report** 17:4,9
21:8 26:7
197:4 230:13
**reported** 16:10
19:16,19 20:3
20:7 122:5
188:19 227:18
**reporter** 7:15
8:2 9:13,18
39:10 134:13
137:21 148:24

149:22,23
150:7 199:4
236:12 239:25
**REPORTER'S**
3:12 244:1
**reporting** 26:6
97:1 245:7
**represent** 7:2
8:13 76:15
79:9 108:22,23
156:10,21
161:8,14
172:22
**representation**
94:10 159:8
**representative**
180:3 199:16
202:19
**represented**
82:5,7 85:19
**representing**
7:19,22 159:19
**request** 11:17
12:7 52:4
71:24 107:15
114:12 121:16
142:10 158:7
**requested** 52:6
67:9 68:19
114:13 127:13
147:18 170:4
**requests** 51:24
52:11,16,20
105:21,22
**require** 70:3
74:3 88:8 89:3
91:23 145:2
206:23 209:17
**required** 70:9
89:10 155:12
208:11
**requirement**

73:6 74:4,10
135:3 207:12
207:16,19,20
208:2,21,25
209:2,9,19,21
210:8
**requirements**
28:10,12 50:12
**requiring** 72:14
81:20,24 82:10
84:19 88:16,22
90:7 160:2
206:7
**requisition**
160:2
**rescinded** 9:8
**research** 52:1
59:20
**researching**
59:21
**reside** 8:17
**resilient** 137:15
**resolved** 221:1
**respect** 48:9
70:16 74:1
75:17 81:10,16
82:3 84:23
194:23 195:25
227:18 238:24
**respond** 83:7
142:10
**response** 105:24
**responses**
107:11
**responsibilities**
14:19 18:21
21:21
**responsibility**
20:8,14 25:12
55:23 190:18
**responsible** 16:7
16:11,25 18:12

18:14,18,24
19:5,7,9 25:7
27:12 35:16
36:3 40:23
143:22,25
195:3 196:8,12
196:14,15
197:8,15,25
198:5
**responsive**
239:5
**rest** 49:4 136:24
156:20
**restaurant**
13:16
**restructure**
19:11
**result** 35:19
78:22 92:13
125:14 186:9
**results** 106:6
196:2
**resumés** 34:14
**retail** 138:4,21
140:3,3,9
141:21
**retention** 153:23
**retire** 75:8,12
**retired** 21:24
75:7,11
**retiring** 21:13
**review** 120:23
131:8 150:16
173:11 182:13
185:22 224:5
231:4
**reviewed** 11:14
11:16 12:6,12
23:1 104:14
**reviewing**
237:22
**reviews** 12:14

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                                  April 25, 2014

29

**RFP** 107:15
  109:14 225:20
**Richard** 2:15
  7:21
**right** 21:10
  74:11 91:23
  95:18 106:22
  107:20 108:1
  112:22 124:17
  137:11 139:16
  141:9 151:3,13
  152:1 153:11
  167:2 169:1
  180:25 202:7
  205:19 207:25
  212:24,25
  218:16 221:12
  221:25 230:20
**rights** 204:13
**risk** 122:20,23
  130:8 139:9
**RMR** 1:24
**Road** 1:19 7:10
**Roberts** 142:25
  143:7,22
**Rokke** 41:16
  46:12 47:9
**role** 14:18 18:2
  22:4,6 24:10
  24:11 52:23
  53:4,4,19 56:1
  75:4,5,6
**roles** 21:18
  189:24
**rollup** 109:14
**roof** 133:8
**Ros** 187:15,18
  187:20,20
  190:1 217:3,5
**Rosalyn** 187:21
**Rose** 64:24
  65:17 69:3,11

69:13 87:16,19
  88:4,8,17
  90:17,22 117:7
  232:12 234:5
  234:13,16
  235:9
**Rossum** 187:19
**routine** 56:16
  57:10
**row** 108:12
**RSA** 195:2
**ruin** 48:15
**rule** 11:1 208:15
  245:8
**rules** 9:10
**run** 178:12
**run-up** 133:19
**running** 178:21
**Russia** 122:13

_____ S _____
**s** 5:6 236:21
**sack** 169:6,9
  225:23 226:3,8
  226:12
**sacks** 169:2,14
**safe** 41:6,7
**safety** 24:5,16
  36:14,14
  190:14 196:21
  196:22 197:2
  198:14 201:6
**sake** 150:20
**sales** 120:2,16
  172:24 173:3
  173:12
**Salt** 124:13,22
  171:18,19
**sampled** 45:3
**SAP** 67:4 95:13
  156:8 158:1,6
  158:8,21 159:4

170:21 171:21
  172:10 232:4
**satisfied** 45:4
**save** 122:17
**saving** 122:16
**saw** 28:18 38:11
  38:14,15 61:2
  61:4 66:4,11
  67:22 152:23
  155:13 179:6
**saying** 72:12
  120:5 152:20
  153:9 160:21
  176:21,22,23
  177:5,5 179:10
**says** 133:22
  188:19
**scenarios**
  181:15
**scenes** 94:25
  120:14
**scrambled**
  44:19 48:12
  228:4
**seal** 245:10
**seasonality**
  241:16
**second** 4:4
  41:20 45:20
  62:3,8 75:16
  77:7 106:9,14
  107:22 127:1,5
  137:13,19
  154:9 178:20
  179:19 210:22
  216:17 217:13
  222:7,19 224:2
**Secondly** 45:21
**section** 154:24
**securing** 35:5
**see** 10:23 11:2,6
  38:17 39:3,8

39:10,19,23
  41:18,19,24
  47:11 52:9
  53:12 62:20
  64:13,19,20
  67:17,19,20
  74:24 75:21
  76:12,18,20,24
  77:6,10,14,19
  78:8 79:22
  106:14,16,23
  106:24 108:5,6
  110:10 112:8
  113:19 116:1
  123:20 124:14
  124:15 125:22
  125:25 126:11
  127:4,8,20
  129:25 131:2
  133:1 134:12
  135:22 136:13
  137:8,21
  143:10 144:18
  144:22 146:10
  147:24 148:7
  149:6 150:19
  154:21 155:3,4
  156:25 157:3,6
  157:13 161:19
  161:20 162:3,5
  163:24 166:20
  167:1 168:1
  169:8,18
  170:11 172:7
  174:17 175:20
  182:12 183:21
  185:19 186:18
  188:18 196:2,3
  211:8 212:13
  214:6,24
  216:20 218:20
  219:11 223:19

224:24 225:17
  225:25 227:5
  228:24 229:8
  232:3 233:13
  233:23 234:3
  234:20 237:9
  238:2,10
  241:23
**seeing** 51:15
  68:15 189:20
**seek** 36:7
**seeking** 60:12
**seen** 10:21 28:1
  29:25 32:2
  34:13 38:4,7
  38:23 40:4,14
  75:14 157:22
  172:1 189:10
  237:11
**sees** 197:4
**segmentation**
  54:22 55:6
**selecting** 220:21
**self-explanato...**
  60:23
**sell** 48:17 49:9
  86:1 100:21
  109:1 128:21
  192:9 208:18
**selling** 68:3 87:1
  87:7,9 117:8
  208:5
**send** 36:8 152:9
**sending** 35:20
  35:25
**senior** 2:24
  15:20 175:24
**sense** 28:16
  184:18
**sensitive** 125:16
**sent** 51:25
**sentence** 42:1

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                                    April 25, 2014

30

46:10 129:20
130:17 132:7
132:22 137:13
137:19 148:21
168:25 178:20
179:19 186:16
223:10 229:3
**sentiment**
148:25
**separate** 55:5
63:3,9 74:7
93:5 137:9
141:24 151:7
200:18,20
**separated**
184:20
**separately**
138:12 174:24
197:7
**separation**
178:10
**September** 77:8
136:12 151:4
214:5
**series** 9:12
**served** 40:7
**service** 33:5,6
43:18,19
**services** 7:3
22:16,18 23:16
23:25 24:1
25:14,19,24
26:7,15 144:3
180:3
**set** 5:7 65:23
71:25 103:12
103:14,16,18
153:13 175:13
215:9 235:24
236:23 237:8
240:23 241:9
245:10

**setting** 15:6
241:18
**seven** 51:6
195:12
**shakes** 9:19
**share** 36:20
137:3 162:15
**Sheet** 243:8
**shelf** 34:4 87:25
144:21,24
145:3,7,17,18
**shell** 63:24
137:9,23 138:2
138:9 139:15
139:22 141:15
142:5,13
**shellfish** 17:2
**shipments** 229:5
**ships** 230:15
**short** 20:19
61:12 123:6
173:25 226:17
230:15
**shortcoming**
48:1
**shorter** 128:2,5
128:12 145:18
**shortly** 121:9
**show** 37:8 41:14
44:4 95:4
111:22 115:14
158:22 160:4
**showed** 66:7
**showing** 10:19
37:1 62:7
74:12 76:10
79:8 161:7
166:16 172:21
225:12 228:12
233:9 234:12
**shown** 159:14
181:19 237:5

**shows** 35:22
95:15
**Shurney** 216:19
216:23 217:13
218:8
**shut** 150:7
**sic** 19:3 187:19
**side** 138:3 155:1
171:24 220:1
**sign** 66:18
236:11
**signature** 94:10
167:1,4,9,10
167:17 236:10
243:12
**signed** 167:5
243:8
**significance**
170:13
**signing** 103:3
**similar** 125:4,5
154:19 177:18
**similarities**
138:10
**single** 57:24
70:14 145:22
**sir** 20:5 38:15
**sitting** 168:20
**situation** 57:21
83:19 143:15
182:18,19
309:24
**six** 129:1,6,11
129:16,18
150:19,21,23
152:11
**size** 56:24 57:7
**slightly** 10:1
50:22
**small** 27:9 28:4
55:10
**smaller** 177:24

**Society** 203:12
204:1,14
**software** 172:9
172:12 227:19
**sold** 14:8 15:2
33:25 211:3
**solely** 27:6
**solicited** 235:12
**soliciting** 125:20
126:3 235:14
**solicits** 41:1
**solid** 108:4
**solids** 106:12
107:7,23 109:1
**Solon** 1:20 30:2
**somebody** 20:22
82:18 171:24
176:24 181:23
185:3 195:14
208:5 224:8
**someplace** 71:23
129:10 204:8
**somewhat** 171:1
224:17
**soon** 149:6
150:4
**sorry** 7:7 37:13
65:12,22 76:2
100:15 105:7
124:17 135:16
137:18 146:2
173:6 180:24
187:20 193:17
198:17 199:4
230:20 234:13
**sound** 224:10
**source** 57:24,25
99:7 136:1
186:1 197:8,15
197:25 198:6
**sourcing** 19:22
52:24 53:3,18

133:15 195:3
196:9,12,14,15
**South** 2:7
**southeast** 204:8
**soybean** 146:9
146:13,25
147:6
**space** 145:13
210:8
**Sparboe** 64:25
67:23,24 68:5
68:13
**speak** 12:3
**speaking** 42:1
202:16,17
**spec** 30:22,24
74:5,7 154:8,9
154:11,12,19
**special** 21:20
192:20 220:22
**specialist** 19:22
52:24 53:4,19
**specific** 26:7
29:3 39:12
40:18 42:25
73:7 75:2
102:23 111:1
126:12 127:19
158:15 159:10
159:12,15,16
159:19 204:12
208:22 222:21
**specifically**
28:14 87:17
88:2 106:11
163:22 189:11
223:2
**specification**
31:23,25 32:3
32:16,17 33:2
33:4 34:10
35:14 42:11

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                      April 25, 2014

31

44:12
**specifications**
32:13 41:4
78:7,11
**specified** 244:22
**specify** 170:1
**spectrum** 48:16
58:9,10
**Speed** 4:16 5:24
161:3
**spend** 11:24
66:17 67:1,15
169:16,18,22
169:24 170:2,5
178:5
**spending** 239:9
**spent** 15:5 170:6
**spits** 58:4
**spoke** 174:8
**spoken** 188:11
188:14
**spot** 136:9
**spray** 138:17
154:7
**spreadsheet**
35:23 51:9
56:20 66:24
106:1
**spun** 29:17
**square** 154:25
**SS** 244:4
**St** 171:16,17
**stability** 36:16
56:22 57:3
**stakeholders**
137:3 144:1
**standard** 42:19
42:23,24 50:20
195:21 223:12
223:18
**standardized**
222:23 223:1,7

**standards** 24:4
35:9 43:3,8
50:11,13,23
191:20 192:24
197:6,19
205:17 210:13
**standing** 41:5
**standpoint** 53:6
55:12 56:22
**starches** 14:21
**start** 53:14,18
121:11 167:19
179:1,1,20
190:5 199:7
216:18
**started** 13:10,19
15:20 16:12,16
16:17 19:14,17
19:18 20:2
21:25 46:21
52:11 70:18
73:18 110:25
195:13 205:25
207:4,13 208:1
208:1,12 213:2
216:13 219:1
**starting** 71:23
72:13 109:19
192:4 199:11
207:18
**state** 7:16 8:15
244:3,8 245:19
**statement** 43:5
134:5 142:13
178:25 184:2
193:22 194:10
196:6 217:18
224:18
**statements**
193:24 194:2
**states** 1:1 7:13
133:6 168:6

212:8 222:21
240:20
**stationed** 180:4
**status** 36:16
46:6 51:11
**stay** 13:22 100:8
100:9 185:5
**stayed** 15:11
**stays** 235:19
**stenographic**
237:3
**stenotypy**
244:15
**step** 51:6 97:16
107:8 109:15
124:10 207:5
207:11 214:4
224:12
**stepping** 122:13
**steps** 51:20
**Steve** 4:11 17:24
111:17 112:7
112:10,25
113:7 135:21
167:13,25
168:3 175:19
225:16 228:23
**Steven** 1:14 3:9
5:14 7:9 8:4,8
8:17 167:15
244:10
**sticker** 228:15
233:7,8
**stickered** 228:17
**Stinson** 2:5 7:19
**stock** 9:8 97:5
138:6 140:2,8
140:14,23
141:2,2,6,22
141:24 151:20
152:18 155:10
175:5 181:8,9

215:4,5 241:17
**stop** 9:24 239:22
**storable** 138:17
139:19,20
140:6
**storage** 52:19
145:13 158:8
**store** 138:23
**Stouffer's** 62:25
**strategic** 18:13
27:11 28:6
51:7 53:12
56:9,15 57:10
58:1,2 144:14
**strategically**
22:21 24:6
25:20
**strategies** 49:12
**strategy** 23:2
37:24 38:17
45:15 50:5
51:7 118:22,23
118:24 119:7
119:10,16
120:23 121:14
124:5 125:8
143:3 214:22
**Street** 2:5,7,16
7:19
**strength** 98:2
192:2
**strong** 137:15
175:24
**structure** 53:3
**stuck** 128:13,13
**stuff** 147:6
**subject** 40:18
124:17,19
135:24 136:11
140:23,24
143:8 190:21
214:5 240:20

**submitted** 11:16
12:7
**subscribe** 99:6
**Subsequent**
20:10 71:5
**subsidiaries**
63:23
**substantial**
25:23
**substitute** 182:3
186:5
**substitutes**
183:24
**successfully**
24:20
**suffer** 190:19
**suffering** 191:16
191:18
**sugar** 75:17
79:19 215:13
**sugared** 87:20
88:3,9 234:9
234:18
**suggest** 36:2
39:11 71:14,15
79:24 113:22
116:15 165:18
170:5 224:3
234:8
**suggests** 116:18
185:14
**suit** 58:19 61:7
**Suite** 2:7
**sulfurous** 45:24
46:3
**super** 169:2,5,9
169:14 225:23
226:3,8,12
**superior** 45:6
**supplied** 67:11
71:22 72:15
79:13,25 81:21

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Feyman, Steven G.          April 25, 2014

32

81:24 82:21
83:11 84:20
115:18 135:3
174:20,24
193:13 211:18
211:22
**supplier** 37:24
39:2 44:15
46:6,16,23
95:21 120:4
145:17 218:19
219:21 232:14
240:23 241:9
**suppliers** 24:16
36:21 39:6
43:13 144:16
206:7,18,23
226:7
**supplies** 25:25
204:25
**supply** 22:23
39:16 49:11
50:5 52:3
57:24 64:22
66:2 67:25
68:6 69:16
70:10 71:2
72:8 73:20
81:14 85:8
86:23 88:17
98:12,22 100:2
101:8,13,14
120:3,17,19
138:2,5,5,11
139:10,11,12
139:18,21,23
140:8 183:3,6
192:21 193:14
200:7,15,21
201:12,15,18
201:22 202:3
203:9 204:15

208:17 209:11
211:17 222:4
226:12 234:17
235:15
**supplying** 49:15
51:16 71:8
87:12
**support** 39:6
45:16 54:6,8
138:20 199:25
219:2 231:10
231:18
**supporting**
52:25 222:23
**supposed**
201:11
**sure** 24:15 46:9
47:1 55:8 65:4
72:11,23 75:9
85:17 91:7
97:15 102:15
106:18 123:8
129:9 130:22
131:3,4 136:10
146:24 148:4
148:14 158:3
167:11 168:18
172:5 185:21
191:3,7 194:12
196:25 197:3
238:19,22
239:10,11
240:5 241:5
**surplus** 183:13
**surprisingly**
137:15
**sustainability**
190:24 192:14
192:19 194:20
197:11 198:12
**sustainable**
192:5 193:20

194:24
**swear** 8:2
**sweets** 29:21,23
**switch** 131:17
131:17 179:11
**switching** 79:18
**Switzerland**
194:15,18
**swoop** 221:4,8
221:10
**sworn** 8:5
244:11
**sync** 99:24
**system** 95:13
156:6,8,16
158:6 160:1
170:25 171:2
178:13 223:15
**systems** 1:25
24:3

**T**

**T-A-G** 32:16
**T2** 38:21
**T3** 38:21
**table** 130:13
131:18 132:1
**TAG** 32:15 36:9
**take** 9:18 15:16
16:12 51:20
61:12 62:10,13
95:2,8 105:3
123:6 132:2,8
142:18 149:13
155:20 168:11
173:25 175:16
182:6 183:16
189:2 205:16
210:18 213:21
213:22 214:3
226:17 230:16
241:22

**taken** 1:18 8:24
61:16 123:11
174:4 226:21
244:21
**takes** 48:7
**talk** 33:7 60:24
61:8 80:2,11
88:13 104:17
108:10 163:9
**talked** 36:3 58:8
59:17 61:10
81:1 139:14
165:3 175:1
205:21 227:17
235:16
**talking** 25:21
51:5 106:20
122:8 136:14
139:25 147:16
170:8 223:24
224:1
**tangled** 226:15
**tanker** 168:10
168:14
**tankers** 234:18
**taste** 44:13
47:24 48:6
**team** 36:15,17
42:16 51:22
52:7 136:24
137:1 222:1
**teams** 18:13,14
82:11
**technical** 30:25
31:2,23,25
32:13,15,21
34:11,12 42:15
**technically**
48:14
**Telegraph** 13:8
**Telephone** 13:8
**tell** 30:19 31:6

52:2 60:7
72:21 81:9
103:15 114:3
119:9 122:7
136:20 152:1,7
152:16 153:10
169:5 177:7
219:7 220:13
224:19 229:15
229:22
**tells** 170:15
**ten** 192:21,25
195:5,9
**tenure** 38:6
64:24 78:3
188:3 212:23
**term** 25:13 34:3
39:25 40:6
96:12,15,22
104:1 112:14
132:8 157:22
163:23 164:7
169:25 172:6
235:20
**terminology**
219:16
**terms** 17:20
46:22 222:3
**terrific** 100:24
**Terry** 4:17
166:10
**test** 160:19
193:11
**tested** 48:6
**testify** 11:9
244:11
**testifying** 8:20
**testimony** 10:11
70:19 207:6
235:23 237:2
238:12,23
243:5,6 244:13

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                          April 25, 2014

33

244:18
**tests** 46:17
**texture** 44:13
  47:24 48:6
**Thank** 8:1 64:10
  65:12 173:17
**thanks** 77:1
  212:7
**theory** 101:24
**they'd** 110:4
  153:4
**thing** 36:9 50:4
  52:10 94:15
  105:9 108:1
  180:21 181:25
  219:15
**things** 25:2 47:2
  50:16 57:22
  66:6 122:18
  129:13 169:8
  170:2 176:1
**think** 20:23
  21:23 22:9
  26:22 28:10
  34:1,1 40:17
  43:14 46:22
  48:3 52:10,15
  52:17 54:6,21
  55:12 57:11
  59:24 60:20,21
  61:1 67:5
  69:14 75:1
  83:23 93:19
  97:16 100:19
  100:24 104:25
  105:6 117:9
  121:6 123:4
  132:15,23
  135:25 141:17
  141:18 142:2,3
  146:22 147:25
  148:4 150:5

151:1 152:19
158:13 159:3
159:18 162:17
167:16 169:25
170:8 172:6
173:20 175:11
175:23 176:20
177:4,5 184:17
187:5 188:7,10
189:9 190:4
194:6,11
197:23 198:7,7
204:6 205:21
206:2,5,18
208:12 209:8
209:25 211:2
211:24 216:12
216:16 217:19
222:11 224:11
239:8
**thinking** 100:17
  131:12 142:1
  240:1
**third** 46:10
  135:16,17
  153:25 154:23
  166:23
**third-party** 99:7
  136:1
**thought** 100:18
  131:16 132:13
  193:15 219:1
**three** 18:22,25
  30:5 48:25
  86:25 108:10
  112:23,24
  152:25,25,25
  153:7 163:2,5
  163:11 184:1
  232:15,17
**three-month**
  152:24

**threshold**
  229:12
**tied** 59:22 60:9
**ties** 159:23
**time** 7:2 9:2,23
  21:15 25:5
  34:24 36:18
  37:2,2 43:21
  43:23 44:5
  48:5 51:23
  52:9,12 53:20
  57:15 61:15,18
  66:3 70:8,15
  71:7 73:12
  77:2 83:23
  86:7 89:2,10
  93:15 103:4,6
  110:19 117:2,9
  123:10,13
  124:22 126:16
  127:14,17,24
  127:25 129:7
  132:19 133:4
  133:17 134:20
  138:13 141:18
  142:15 143:19
  147:4 151:12
  153:3,8 155:13
  164:10 168:12
  169:2 173:10
  174:3,6 175:14
  179:25 182:24
  192:10 194:25
  206:12,19
  208:7,23 209:4
  209:16,21
  211:22 212:20
  214:13,13
  218:23 219:4
  226:19,23
  229:14 230:12
  235:8 236:14

239:9 244:21
**timeline** 52:6
**times** 9:1 56:14
  128:24 145:15
  184:1
**timing** 206:25
**title** 16:24 17:7
  17:12 21:19
  187:24 188:2
**today** 8:20 9:13
  9:23 10:11
  11:13 12:4,19
  37:2 38:9,24
  60:1 64:2
  80:12 91:1
  92:20 93:2
  95:25 100:14
  104:20 133:11
  134:2,18 135:6
  216:8 229:25
  239:24 240:14
  241:2
**today's** 42:22
  63:16
**told** 59:20,25,25
  60:3,21 91:22
**tolerance**
  129:23 130:1,3
**Toll** 33:12 69:23
  71:20,22 72:8
  72:15 85:5
  87:3 185:16
  186:17,20
**Tom** 4:5 74:16
  74:22 76:22
  77:7
**tomato** 14:4
**top** 41:16,25
  45:20 47:9
  64:16 76:12
  143:4 169:19
  178:20 185:14

212:1 214:1
224:24,25
**topics** 11:3,10
  225:3
**total** 14:1 231:8
  231:8
**touch** 26:24
**touched** 43:12
**tough** 48:7
  150:1
**tout** 220:24
**touting** 220:20
**track** 40:15
  98:25
**tracked** 43:18
  43:20
**tracks** 120:2
**trade** 187:1
  190:6
**training** 19:13
  34:12
**transaction**
  88:25 156:22
  158:4,12,14
  159:4,15,17,23
  174:9,18,20
**transactional**
  172:4
**transactions**
  158:2 159:10
  159:11,12,15
  159:19 163:16
**transcribed**
  244:16
**transcribing**
  9:14
**TRANSCRIPT**
  3:1
**transcription**
  243:6 244:17
**transfer** 112:21
  168:8

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                    April 25, 2014

34

| | | | | |
|---|---|---|---|---|
| **transferred** | 180:24 185:6,8 | 161:21 166:23 | 91:8,12,18,21 | 87:11 89:23 |
| 20:25 | 185:11 210:18 | **turned** 111:6 | 91:23 92:13,14 | 91:16 97:20 |
| **transferring** | 212:7 213:18 | 158:9 | 134:5,15,21,24 | 100:10 101:1 |
| 55:16 | 227:1,2,7,10 | **two** 6:5 11:25 | 135:1,3,8 | 101:16,18 |
| **transition** 13:21 | 227:20 | 13:22 52:10,21 | 198:25 199:10 | 102:24 106:4 |
| 169:3 | **Trask's** 136:12 | 56:2 75:13 | 199:14,18,21 | 112:5,5 131:10 |
| **transitioned** | **travel** 25:24 | 108:9 133:14 | 200:1 205:10 | 132:11 133:9 |
| 13:20 18:23 | **treat** 204:15 | 157:2,2 160:10 | 205:11,19 | 133:11 134:14 |
| **Trask** 5:12,13 | **treated** 190:17 | 163:2,7 188:12 | 206:3,8,19,23 | 147:14 152:19 |
| 5:13,16,18,19 | 192:12,17 | 188:15 196:18 | 207:14,20 | 156:15 158:10 |
| 5:20,22,24 6:3 | 193:3,8,12 | 196:20 212:24 | 208:2,4,6,11 | 162:7 163:19 |
| 6:5,6,9,10,12 | 199:20 | **two-way** 159:23 | 208:17,22 | 164:23 169:20 |
| 6:14,15 19:21 | **treating** 192:23 | **type** 23:10 37:24 | 209:5,14,17,20 | 176:8 177:17 |
| 20:10,24 21:2 | **treatment** 191:8 | 38:2 56:23 | 209:22 211:7 | 180:12 182:8 |
| 21:7 37:4,10 | 197:10 | 61:7 95:16 | 211:11,19,23 | 184:9,10,12,15 |
| 37:18 41:15,17 | **trend** 72:20 | 156:5 181:21 | 212:10,17,19 | 184:24 188:5 |
| 45:19 53:1,3,5 | **trending** 102:7 | **typed** 167:24 | 212:22 213:3,9 | 194:21 195:5 |
| 53:6,9,21,22 | **trick** 105:8 | **types** 14:2 15:23 | 216:8 219:15 | 195:24 204:4 |
| 76:1 95:5,8,10 | 148:8 | 25:18 81:10,11 | 219:19,23 | 204:11 208:20 |
| 96:2 105:4,12 | **truck** 49:1,3,5 | 99:23 124:4 | 221:3,7 227:3 | 211:20 214:9 |
| 106:5 121:15 | **trucking** 230:14 | 196:18 | 227:8,14 | 216:4 218:2 |
| 123:2,17,18,25 | **trucks** 44:4 | **typically** 78:17 | 234:10 | 219:13 220:5 |
| 124:6 130:15 | 48:25 | 129:10 169:8 | **ultimately** 16:10 | 221:13 224:14 |
| 130:24,25 | **true** 24:25 32:18 | | 94:9 143:23 | 229:1,17 231:1 |
| 131:10,12 | 48:9 90:21 | **U** | **umbrella** 63:20 | 232:18 234:4 |
| 132:3,6,11 | 110:6 151:14 | **U.S** 65:7 | **unable** 44:5 | 235:18,22 |
| 133:9 134:14 | 184:23 215:11 | **UB** 155:1 | **unaffected** | 237:19 239:11 |
| 135:18 136:16 | 243:5 244:17 | **UEP** 70:4,11,20 | 98:17,22 | **understanding** |
| 136:23 142:19 | **truth** 244:11,12 | 71:3,9,22 72:4 | **unapproved** | 28:1 35:6 |
| 142:25 143:5 | 244:12 | 72:8,16 74:1,3 | 34:22 | 46:15 58:23 |
| 146:12 149:14 | **try** 30:16 45:22 | 75:19 77:13,18 | **undergraduate** | 59:12 62:14 |
| 150:10 153:10 | 131:17 142:19 | 78:12,16,22 | 12:23 13:2 | 65:18 66:9 |
| 155:21 158:12 | 169:13 207:24 | 79:19,21,25 | **underneath** | 67:24 72:6 |
| 159:14 161:9,9 | 224:18 | 80:7 82:4,7,10 | 63:19 132:7 | 78:21 82:9 |
| 161:22 162:1 | **trying** 83:20 | 82:22 83:11 | **understand** | 84:13,24 85:18 |
| 162:25 163:10 | 105:8 134:11 | 84:14,16,20,25 | 8:19 9:15,20 | 85:25 86:3 |
| 163:20,24 | 148:8 184:7,9 | 85:7,8,20,21 | 9:22,23 10:2,6 | 90:25 91:9,17 |
| 164:14 165:1,4 | 214:17 224:6 | 85:22,24 86:1 | 11:8 25:15,17 | 92:12 94:13 |
| 169:15 172:7 | **Tulare** 171:15 | 86:4,11,15,18 | 26:10 30:16 | 96:14 97:11 |
| 175:17,19 | **turkey** 17:2 | 86:23 88:9 | 37:7 64:5 | 101:20 103:14 |
| 178:15,17 | **turn** 38:25 | 89:3,10 90:1,7 | 78:10 81:14 | 103:18 129:7 |
| 179:12 180:24 | 41:20 115:21 | 90:18,22 91:1 | 82:4 85:7,14 | 130:2 134:23 |

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Feyman, Steven G.

April 25, 2014

35

136:15 137:23
142:11 147:12
157:18,21,23
160:7 162:18
168:18 172:3
176:3 177:8
180:19 189:14
192:17 195:9
198:9 199:13
199:22 200:14
200:16 201:20
202:1,5,11
203:8 206:4
207:3 208:2
209:4 210:6
211:21 212:15
215:1,19 216:7
218:7 219:3
222:25 237:19
238:13
**understands**
50:11
**Understood**
20:16 109:16
109:20 164:11
219:8
**unexplained**
164:22
**unfair** 105:7
223:16
**Unilever** 83:24
83:25
**unique** 23:11
27:11 28:2,7
125:11 177:21
**unit** 160:20
**United** 1:1 7:12
58:20
**unloaded** 44:6
**unnecessarily**
191:16
**unpast** 155:1,6

**unpasteurized**
155:7
**unredacted**
76:14 79:13
115:18 228:20
**unrelated** 204:7
**unsanitary**
191:14
**unusual** 129:17
**unwavering**
42:22
**upcharge** 211:6
212:8
**update** 124:7
143:14 146:22
214:5,10,12
**updated** 214:18
**updates** 136:23
214:16
**Urner** 96:23,25
97:1,3,8,12
98:3,8,17 99:4
99:20 103:25
118:23 119:20
119:23 120:2
120:13 122:22
126:7,8,18
131:14,16
132:17,20
136:8,19,22
137:2 138:25
151:19 175:4,5
175:6 176:6,9
176:17,19
181:10,11
215:4,8 238:8
238:17 239:1
239:21 240:11
240:24 241:10
241:15
**USA** 1:18 2:12
2:24 5:6 7:22

7:25 17:17,18
24:4 26:12,17
26:20 63:3,5,8
63:13 65:7,11
236:21
**USD** 108:18
**USDA** 41:5
**use** 25:13 28:15
29:13 38:24
40:10 84:7
88:3 99:18
106:2 128:20
147:22 149:3
149:19 152:12
160:11 164:7
172:10 176:18
177:1,5 191:18
212:17 215:17
215:21,24
216:11 218:17
219:9 223:7
224:7
**uses** 29:23 31:10
94:24 95:25
216:8
**usually** 145:13
**utilities** 120:10
**utilize** 24:9
34:20 105:21
145:4
**utilized** 23:5
24:16 47:23
51:22
**utmost** 198:14

_____
**V**
**valid** 151:2
163:23,25
164:7,9
**valuable** 145:16
**value** 179:1,20
180:17 181:8

**value-added**
31:13
**values** 137:10
137:10,13
**variable** 129:23
**varied** 31:24
130:9
**varies** 130:10
**various** 6:7 23:2
30:17 36:2
39:15 81:13
90:11 94:16
95:15 107:12
108:7 125:6
**vary** 45:22
**veal** 17:1 19:25
**vegetables** 14:5
14:21 16:1,1
17:3 20:1
**vendor** 22:23,25
23:5,6 27:17
35:1,17,23,24
36:4,14,17
39:22 40:1,2,3
40:5,7,16 41:3
46:14,24,25
47:4,6 48:17
48:21,22 49:9
51:11 56:17,20
56:21 57:8,9
78:19 93:7
105:23 109:18
131:13,21
133:18 145:8
156:17 157:6,9
175:13 191:7
209:14 227:24
234:1 235:24
236:4 238:15
238:25
**vendors** 34:18
34:21,22 39:13

39:16 40:12,13
49:14 50:25
51:8 81:13
105:22 107:12
116:25 119:3
133:14 158:15
191:1 193:10
193:14,15
194:1 195:6,7
195:25 197:16
204:15 207:1
219:23
**verified** 237:21
**verifying** 237:14
**Vermont** 83:21
**versus** 23:6
28:15 31:4
40:13 44:15
119:23 128:5
129:23 142:5
183:18 227:14
235:17
**Vevey** 194:13,15
**viable** 69:15
**vice** 15:21
187:16,25
**videographer**
2:22 7:1,4,7
8:1 61:14,17
123:9,12 174:2
174:5 226:19
226:22 236:13
**Videotaped** 1:14
**Vince** 115:19
**virtual** 30:14
**visibility** 55:11
**vital** 184:6
**volatile** 128:8
**volatility** 111:8
121:23,24
122:23 127:21
127:22 128:1

HIGHLY CONFIDENTIAL

Feyman, Steven G.

April 25, 2014

36

128:10,15
139:3,3
**volume** 24:23
28:16 34:24
66:7,14 67:17
67:19,20,21
79:20 229:12
**volumes** 95:15
**voluntarily**
114:17
**VPC** 227:3,8,14

**W**

**W-A-R-N-E**
167:7
**W-H-I-T-C-O...**
17:6
**w/Attachment**
4:12,21,23
5:15 6:7,12,15
111:18 225:7
228:7
**w/Attachments**
4:18 166:11
**waive** 236:10
**want** 9:24 20:22
30:16 38:25
41:14 62:14
79:15 86:18
90:22 119:25
123:21 126:21
128:2,3,5,18
139:4 141:1
164:4 174:13
176:18 185:20
190:15 191:1
214:3 220:16
225:19 226:25
**wanted** 84:1
86:23 97:20
119:9 124:9
181:16

**wanting** 176:9
219:9
**wants** 218:17
**Warner** 4:11
17:24 18:3,14
111:17 112:7
112:10,25
113:7,11
117:21 120:22
122:4 135:21
167:8 175:19
186:10 225:16
228:23 229:2
**Warner's**
167:11
**warns** 222:9
**wasn't** 80:3
168:16 192:3
196:15 206:7
208:9 229:13
**watch** 148:9
198:15
**water** 50:16
**way** 10:1 26:8
28:13 31:10
34:16 42:20
66:11 68:8
69:18 71:16
77:25 78:2
80:4,5 81:5
89:6,7 90:14
90:15 91:25
92:1,6 101:11
104:7,8 108:3
114:9,15,22
116:3,22,23
117:14 127:25
128:2 149:12
157:24 158:20
159:2,13
160:16 174:14
176:15 180:22

185:15 186:16
213:5,6 228:2
229:19 231:11
231:21,22
232:1,9,10,19
232:20,21
**Wayne** 75:19,23
124:13,22
234:10
**ways** 91:24
126:5
**we'll** 76:15 95:2
152:13 236:10
**we're** 7:1 22:19
24:19 25:21,21
60:12 61:17
96:1 123:9,12
147:5 154:25
174:5 176:23
181:7,9 187:3
187:4 188:20
212:9 224:1,7
226:20,22
236:14
**we've** 10:20
43:14 45:3
58:8 60:10
61:13 73:17
74:13 77:16
79:8 111:23
115:15 125:16
150:6 166:16
172:21 175:1
175:16 177:5
191:25 203:16
228:12 233:10
**weakness**
181:19
**weather** 122:11
**web** 82:8
**website** 193:25
**Wednesday**

60:10
**week** 137:14
152:8
**weekly** 129:14
135:24 152:6
**weeks** 138:18
152:11 212:24
**weight** 48:24
**weighted** 58:6
**welfare** 72:23
73:13 77:2
82:19 84:5,11
189:8,18,25
190:9,22 191:5
192:1 193:23
194:10,18
195:10 196:5,8
196:11 197:1
197:19 198:2
198:22,25
203:11,13
204:2 205:16
210:13 215:18
215:21 218:17
219:10,14,19
220:2,8,11
222:10 223:8
224:7,9
**went** 13:6,15
15:2,13 29:5
67:1 68:17
139:5 165:17
166:6 170:24
231:14
**weren't** 191:14
**whatsoever**
187:9 188:24
**wheat** 184:6,14
**WHEREOF**
245:9
**wherewithal**
35:7

**whey** 185:17
**whichever**
133:18
**Whitcombe**
17:5,9 18:6,12
60:6,15,18
113:6
**white** 106:12
107:7,23 108:4
109:1 181:2
183:9,12,17
184:20 185:4
229:5
**whites** 100:6,7
102:9,21 179:1
179:14,15,19
180:9,16,17
181:18 182:11
182:21 183:19
183:23 184:14
185:2
**wholes** 181:18
182:20
**Whoops** 213:19
**wife** 59:25
**William** 5:13
19:21 37:4
**window** 43:23
**wise** 214:17
**withdraw**
239:13
**witness** 8:3 32:7
32:9 59:1
64:11 65:23
85:12 100:13
101:3,7 105:13
106:19,22,24
148:9,11
149:17 150:4,9
150:16 155:22
155:24 173:22
189:2 198:16

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                     April 25, 2014

37

199:6 201:4
202:7,13,20,25
213:21,23
226:15 240:2
244:10,14,16
244:19 245:9
**Wonder** 13:6
**word** 149:6
**words** 87:11
**work** 13:6,15
15:13 30:15,17
38:24 50:7,9
100:14 101:6
120:12 140:10
140:11 197:13
217:2
**worked** 21:6
29:24 55:21
117:20 211:2
233:18
**working** 181:23
**works** 55:22
140:14 217:3
**world** 42:22
65:8 149:10
**worldwide**
100:7
**worth** 28:20
**wouldn't** 28:5
73:1 89:15
94:3 162:15
186:22 197:18
200:21
**woven** 169:9
**wrap** 127:6
**write** 52:17
184:3 213:16
**writing** 32:16
33:2,4 233:21
**written** 46:20
218:25
**wrong** 128:14

148:5 220:17
220:19
**wrote** 42:21

_____

**X**

**X** 1:4,10

_____

**Y**

**yeah** 14:12,13
21:3,5,19
28:25 29:21
32:6 42:2
53:25 54:21
56:10 57:20
85:15 94:18
95:12 100:13
100:20,25
106:19 107:25
118:7 119:4,15
124:2,7,8,19
125:3 129:16
130:10 133:22
139:25 146:7
151:6,9,9
152:21 153:6
163:2 164:2
166:22 171:11
180:2 183:5
196:20 207:24
209:13 213:1,2
223:5 232:5,18
**year** 14:25
23:20 54:24
79:20 109:11
110:1 117:8
121:6 153:3,8
170:9 203:18
231:2
**years** 9:4,11
13:13,22 14:1
15:14 35:4
44:23 46:23
52:10 53:17

54:6,25 56:3
75:13 128:22
138:19 192:3
192:22,25
195:6,9,12,12
204:24 221:17
**Yep** 69:12
154:13
**yesterday** 11:22
11:25 12:16
37:3 105:4
123:16 142:19
227:1
**yesterday's**
17:24
**yield** 47:23 98:2
**yoke** 75:17
**yolk** 79:19 169:1
169:13 181:2
183:3,3,5,7,10
183:13,17
185:4 229:5
**yolks** 87:20 88:4
88:9 100:7
102:9,21
180:13,14,16
180:17 181:16
181:17,22,25
182:10,19,24
184:21,21
185:2 215:13
225:22 234:10
234:19

_____

**Z**

**Z-A-P-P-O-N-E**
19:25
**Zappone** 19:25
**zero** 25:12 67:20
**zigzag** 131:13

_____

**0**

**08** 121:11 151:4

151:8,8
**08-md-02002**
1:6

_____

**1**

**1** 4:3 10:14,20
76:18 113:20
146:1 151:8
167:19 185:11
239:7,12
**1.01** 163:6
164:19
**1.02** 163:6,8
**1.12** 163:6,8
**1:22** 226:19
**1:34** 226:23
**1:46** 236:14
**1:55** 242:4
**10** 4:3,20 13:13
25:8 62:14
128:22 172:16
172:22 173:22
173:23,24
230:17,18
**10:50** 123:10
**100** 162:1,4
163:5,25
**105** 5:13 64:8
**11** 4:21 6:4
139:5 175:17
225:6,13
**11-16-04** 4:18
166:11
**11-2-04** 167:25
**11:03** 123:13
**111** 4:11
**115** 4:14
**12** 4:23 6:5
127:13,18
155:2,10
178:15,16
179:13,16

180:23 228:6
228:13
**12-month** 127:2
127:10
**12,000** 168:7,11
168:14,21
**12:05** 174:3
**12:17** 174:6
**123** 5:12
**13** 5:3 6:7 15:14
179:12 180:24
180:25 181:12
233:2,10
**132** 5:16
**14** 5:4 6:9 185:6
234:14 235:2
**142** 5:18
**14th** 77:8
**15** 5:6 6:11
75:20 104:23
210:19 212:3
213:19 236:20
237:6
**150** 2:7
**155** 5:24
**15th** 149:15
151:4,15
**16** 6:12 213:18
213:19
**161** 4:16
**166** 4:17
**17** 6:14 62:13,17
69:14 213:19
216:15,16
230:19
**172** 4:20
**175** 6:3
**178** 6:5
**179** 6:6
**18** 6:16 227:1
**185** 6:9
**19** 136:12

HIGHLY CONFIDENTIAL

Feyman, Steven G.                                             April 25, 2014

38

| | | | | |
|---|---|---|---|---|
| **1973** 13:2 | **2008** 15:16,17 | **25th** 7:7 | **5** 4:9 5:18 79:2,9 | 164:14,15,25 |
| **1993** 14:11 | 16:13 20:6,19 | **28(D)** 245:8 | 142:19 173:9 | 165:1,4,17 |
| **1995** 15:11 | 21:23 25:4 | **28th** 46:21 | **50** 145:3 154:24 | **8-27-2007** 39:22 |
| **1999** 63:25 | 46:21,22 71:5 | 151:4 | **50-pound** | **8:02** 1:16 7:2 |
| **1st** 245:11 | 71:7,18 110:24 | **29** 8:17 | 106:13 169:7 | **800** 82:18 83:1 |
| | 114:4 117:9,20 | **29th** 186:23 | **52** 156:24 | |
| **2** | 121:2,12 | | **55** 64:17 | **9** |
| **2** 3:5 4:4 5:12 | 132:14 149:15 | **3** | **55402** 2:8 | **9** 4:17 5:24 |
| 61:20 62:2,8 | 151:5,15,16 | **3** 4:5 5:14 74:13 | **5th** 7:5 | 121:6 155:21 |
| 64:7 123:17,21 | 152:23 153:22 | 74:15 77:17,22 | | 158:12 159:14 |
| 130:23,24 | 161:17 179:25 | 105:4,5,12 | **6** | 161:9,9 166:9 |
| 142:24 143:1,2 | 188:4 192:1 | 106:5 143:1 | **6** 4:11 5:20 | 166:17 169:15 |
| 146:2 239:15 | 205:25 206:6 | 219:17 238:1 | 37:10,19 | 172:7 227:20 |
| 240:7,19 | 207:4,7,13 | **3-31-04** 4:12 | 111:15,23 | **9-14-06** 4:6 |
| **2.2** 106:19 107:8 | 212:21 216:12 | 111:18 | 112:3 113:22 | 74:17 |
| 107:24 108:4 | 219:2 230:8 | **30** 128:17 | 127:13,17 | **9-29** 164:18 |
| **2.2.2** 108:12,15 | **2008/2009** 121:1 | 162:11 | 240:19 | **9-30** 164:19 |
| **2.2.5** 109:5 | **2009** 20:20 | **30(b)(6)** 11:1 | **6-15-08** 164:1 | **9:17** 61:15 |
| **2.2.7** 107:4 | **2010** 53:24 | **30003** 1:19 7:9 | **6-month** 127:2 | **9:26** 61:18 |
| 110:8 | 139:5 | **31** 151:8 167:20 | 127:10 150:12 | **95** 5:22 |
| **2.27** 107:2,3 | **2011** 156:23 | **312-222-9350** | **60654-3456** 2:17 | |
| **20** 9:4 12:13 | **2014** 1:16 7:8 | 2:18 | **612-335-1500** | |
| 64:16,21 65:15 | 245:12 | **31st** 151:16 | 2:9 | |
| **20,000** 49:4,7 | **2017** 245:21 | **353** 2:16 | **62** 4:4 | |
| **2000** 172:25 | **210** 6:10 | **37** 5:19 | | |
| **2000-2005** 4:20 | **213** 6:12 | | **7** | |
| 172:17 230:18 | **216** 6:14 | **4** | **7** 4:14 5:21 | |
| **2000-pound** | **22002238** | **4** 3:7 4:7 5:17 | 41:15 45:19 | |
| 169:9 | 161:18 162:4 | 11:3,4 76:2,4 | 112:3 115:8,15 | |
| **2001** 173:9 | 162:24 165:19 | 76:11 78:5 | 230:22 245:21 | |
| **2002** 1:6 7:11 | **225** 4:21 | 79:20,21 132:3 | **74** 4:5 13:3 | |
| **2004** 113:22 | **227** 6:15 | **4.950** 108:18 | **76** 4:7 | |
| 114:19 | **228** 4:23 | **40** 49:7 128:22 | **79** 4:9 | |
| **2005** 167:19,20 | **2300** 2:7 | **40,000** 49:1 | | |
| 172:25 | **233** 5:3 | 231:15 | **8** | |
| **2006** 75:20 80:1 | **235** 5:4 | **41** 5:20 | **8** 3:10 4:16 5:22 | |
| 116:4,13,17 | **236** 5:6 | **44319** 8:18 | 95:5,8 96:2 | |
| 156:22 173:12 | **24** 28:22 178:4 | **46** 64:9,14 | 121:5 149:14 | |
| **2007** 70:18 | 222:20 | **4615064924** | 150:10 153:10 | |
| 71:24 72:7,13 | **244** 3:12 | 5:22 | 161:2,12,15,22 | |
| 72:13 206:4 | **24th** 46:21 | **47** 64:14 | 162:1,8,19,23 | |
| 234:2 | **25** 1:16 | | 162:25 163:7 | |
| | | **5** | 163:10,20,24 | |

Henderson Legal Services, Inc.