# ATTACHMENT 18

1

1          IN THE UNITED STATES DISTRICT COURT

         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2

3   IN RE:  PROCESSED EGG PRODUCTS :

    ANTITRUST LITIGATION          :

4   ------------------------------:  MDL No. 2002

    THIS DOCUMENT APPLIES TO:      :  08-MD-02002

5   ALL ACTIONS                    :

6

7              -- HIGHLY CONFIDENTIAL --

8

9                Tuesday, June 25, 2013

10

11          Videotaped deposition of GENE W.

12   GREGORY, taken at the offices of Pepper

13   Hamilton LLP, 3000 Two Logan Square, 18th &

14   Arch Street, Philadelphia, Pennsylvania

15   19103, beginning at 9:12 a.m., before LINDA

16   ROSSI RIOS, RPR, CCR and Notary Public.

17

18

19

20

21

22

23

24

25

**2**

```
 1   A P P E A R A N C E S :
 2
 3   QUINN EMANUEL URQUHART & SULLIVAN
     BY:  STEIG D. OLSON, ESQUIRE
 4         and
          LEE TURNER-DODGE, ESQUIRE
 5   51 Madison Avenue, 22nd Floor
     New York, New York  10010
 6   212-849-7152
     212-849-7000
 7   steigolson@quinnemanuel.com
     leeturnerdodge@quinnemanuel.com
 8   On behalf of the Direct Purchaser
     Plaintiffs
 9
10
11   MILBERG LLP
     BY:  CHARLES SLIDDERS, ESQUIRE
12   One Pennsylvania Plaza
     New York, New York  10119
13   646-733-5727
     cslidders@milberg.com
14   On behalf of the Indirect Purchaser
     Plaintiffs
15
16   HAUSFELD, LLP
     BY:  JEANNINE M. KENNEY, ESQUIRE
17   1604 Locust Street
     2nd Floor
18   Philadelphia, Pennsylvania  19103
     215-985-3270
19   jkenney@hausfeldllp.com
     On behalf of Direct Purchaser Plaintiffs
20
21
22   JENNER & BLOCK, LLP
     BY:  RICHARD P. CAMPBELL, ESQUIRE
23   353 North Clark Street
     Chicago, Illinois  60654
24   312-923-2818
     rcampbell@jenner.com
25   On behalf of Kraft Foods Global, Inc.
```

**4**

```
 1   MARCUS & SHAPIRA LLP
     BY:  MOIRA E. CAIN-MANNIX, ESQUIRE
 2   One Oxford Center
     35th Floor
 3   Pittsburgh, Pennsylvania  15219
     412-338-3344
 4   cain-mannix@macus-shapira.com
     On behalf of Giant Eagle, Inc.
 5
 6   GIBSON, DUNN & CRUTCHER LLP
 7   BY:  JASON C. McKENNEY, ESQUIRE
     2100 McKinney Avenue
 8   Dallas, Texas  75201-6912
     214-698-3279
 9   jmckenney@gibsondunn.com
     On behalf of Defendant,
10   Cal-Maine Foods, Inc.
11
12   PORTER, WRIGHT, MORRIS & ARTHUR
     BY:  DONALD M. BARNES, ESQUIRE
13   1919 Pennsylvania Avenue, NW
     Suite 500
14   Washington, D.C.  20006
     202-778-3056
15   dbarnes@porterwright.com
     On behalf of Rose Acre Farms
16
17
18   KASOWITZ BENSON TORRES & FRIEDMAN, LLP
     BY:  MARGARET ZIEMIANEK, ESQUIRE
19   101 California Street
     San Francisco, California  94111
20   415-655-4335
     mziemianek@kasowitz.com
21   On behalf of Nu-Cal Foods, Inc.
22
23
24
25
```

**3**

```
 1   FAEGRE BAKER DANIELS
     BY:  RYAN M. HURLEY, ESQUIRE
 2   300 North Meridian Street
     Suite 2700
 3   Indianapolis, Indiana  46204-1750
     317-237-1144
 4   ryan.hurley@faegrebd.com
     On behalf of Midwest Poultry Services
 5
 6
 7   EIMER STAHL, LLP
     BY:  NATHAN P. EIMER, ESQUIRE
 8   224 South Michigan Avenue, Suite 1300
     Chicago, Illinois  60604
 9   312-660-7601
     neimer@eimerstahl.com
10   On behalf of Moark LLC, and Norco Ranch,
     Inc.
11
12   DECHERT LLP
     BY:  CHRISTINE C. LEVIN, ESQUIRE
13   Cira Center
     2929 Arch Street
14   Philadelphia, Pennsylvania  19104
     215-994-2421
15   christine.levin@dechert.com
     On behalf of RW Sauder, Inc.
16
17
18   PEPPER HAMILTON, LLP
     BY:  JAN P. LEVINE, ESQUIRE
          WHITNEY REDDING, ESQUIRE
19         and
          ROBIN SUMNER, ESQUIRE
20   3000 Two Logan Square
     18th & Arch Street
21   Philadelphia, Pennsylvania  19103
     215-981-4714
22   215-981-4121
     215-981-4652
23   levinej@pepperlaw.com
     reddingw@pepperlaw.com
24   sumnerr@pepperlaw.com
     On behalf of United Egg Producers and the
25   United States Egg Marketers
```

**5**

```
 1   BUCHANAN, INGERSOLL & ROONEY
     BY:  SAMANTHA L. SOUTHALL, ESQUIRE
 2   Two Liberty Place
     50 S. 16th Street
 3   Suite 3200
     Philadelphia, Pennsylvania  19102
 4   215-665-3884
     samatha.southall@bipc.com
 5   On behalf of Hillandale Farms, Inc.,
     Hillandale Farms East, Inc., Hillandale
 6   Gettysburg LP and Hillandale Farms of Pa.,
     Inc.
 7
 8
 9   BRIGGS and MORGAN
     BY:  TROY HUTCHINSON, ESQUIRE
10   2200 IDS Center
     80 South 8th Street
11   Minneapolis, Minnesota  55402
     612-977-8415
12   thutchinson@briggs.com
     On behalf of Sparboe Farms, Inc.
13
14   TELEPHONIC APPEARANCES:
15
16   DINSMORE & SHOHL LLP
     BY:  THOMAS L. CZECHOWSKI, ESQUIRE
17   1100 Courthouse Plaza, SW
     10 N. Ludlow Street
18   Dayton, Ohio  45402
     937-463-4928
19   thomas.czechowski@dinsmore.com
     On behalf of Weaver Brothers
20
21
22   BRIGGS and MORGAN
     BY:  BENJAMIN GURSTELLE, ESQUIRE
23   2200 IDS Center
     80 South 8th Street
24   Minneapolis, Minnesota  55402
     612-977-8722
25   bgurstelle@briggs.com
     On behalf of Sparboe Farms, Inc.
```

**2  (Pages 2 to 5)**

**6**

```
 1   LEONARD, STREET & DEINARD
 2   BY:  WILLIAM L. GREENE, ESQUIRE
     150 South Fifth Street
     Suite 2300
 3   Minneapolis, Minnesota  55402
     612-335-1568
 4   william.greene@leonard.com
     On behalf of Defendant Michael Foods
 5
 6
     YODER KEATING MUETHING & KLEKAMP
 7   BY:  JOSEPH M. CALLOW, JR., ESQUIRE
     One East Fourth Street
 8   Cincinnati, Ohio  45202
     513-579-6419
 9   jcallow@kmklaw.com
     On behalf of Ohio Fresh
10
11
     DAVIS WRIGHT TREMAINE LLP
12   BY:  MARVIN L. GRAY, JR., ESQUIRE
     1201 Third Avenue, Suite 2200
13   Seattle, Washington  98101
     206-757-8054
14   montygray@dwt.com
     On behalf of Defendant,
15   National Food Corporation
16
17   CROWELL & MORING LLP
     BY:  DOHA MEKKI, ESQUIRE
18   590 Madison Avenue
     20th Floor
19   New York, New York  10022
     212-803-4067
20   dmekki@crowell.com
     On behalf of Daybreak Foods, Inc.
21
22
23
24
25
```

**7**

```
 1   LOVELL STEWART HALEBIAN & JACOBSON LLP
     BY:  MERRICK SCOTT RAYLE, ESQUIRE
 2   61 Broadway, Suite 501
     New York, New York  10006
 3   212-608-1900
     msrayle@sbcglobal.net
 4   On behalf the Indirect Purchaser Plaintiffs
 5
 6
     VERITEXT VIRTUAL APPEARANCES:
 7
 8
     BAKER & MCKENZIE LLP
 9   BY:  PATRICK J. AHERN, ESQUIRE
     300 East Randolph Street
10   Chicago, Illinois  60601
     312-861-3735
11   patrick.ahern@bakermckenzie.com
     On behalf of Winn-Dixie, Inc.,
12   Roundy's Supermarkets, Inc.,
     C&S Wholesaler Grocers, Inc., and
13   H.J. Heinz Company, L.P.
14
15   A L S O   P R E S E N T :
16    BEN KEYSER, Videographer
17
18
19
20
21
22
23
24
25
```

**8**

```
 1             I N D E X
 2             -  -  -
 3   Testimony of:  GENE W. GREGORY
 4   By Mr. Olson                       17
 5
 6             -  -  -
 7         E X H I B I T S
 8             -  -  -
 9   EXHIBIT NUMBER    DESCRIPTION    PAGE MARKED
10
     Gregory-1    Gene Gregory biography,
11                UE0209507              57
12   Gregory-2    January 2007 Executive
                  Committee Meeting,
13                UE0807907 - UE0807911  68
14   Gregory-3    4/11/05 E-mail,
                  NL 001147             80
15
     Gregory-4    3/7/05 Letter,
16                UE0662322             109
17   Gregory-5    5/8/07 Statement of the
                  United Egg Producers
18                Before the Subcommittee
                  on Livestock, Dairy,
19                and Poultry Committee
                  on Agriculture U.S.
20                House of Representatives,
                  UE0567055 - UE0567060  112
21
     Gregory-6    2/22/99 United Voices,
22                UE0064537 - UE064539   128
23   Gregory-7    4/19/99 United Voices,
                  UE0064509 - UE0064514  135
24
25
```

**9**

```
 1         E X H I B I T S (cont'd.)
 2             -  -  -
 3   EXHIBIT NUMBER    DESCRIPTION    PAGE MARKED
 4
     Gregory-8    UEP Meeting Committee
 5                Las Vegas - April 27,
                  1999 Minutes,
 6                UE0297497             145
 7   Gregory-9    5/3/99 United Voices,
                  CM00406453 - CM00406460 147
 8
     Gregory-10   UEP Marketing Committee
 9                Meeting Conference Call
                  -- May 26, 1999 Minutes,
10                UE0220918 & UE0220919  152
11   Gregory-11   8/2/99 United Voices,
                  UE0064456 - UE0064459  155
12
     Gregory-12   6/7/99 United Voices,
13                CM0405666 - CM0405673  156
14   Gregory-13   7/5/99 United Voices,
                  CM0405660 - CM0405665  163
15
     Gregory-14   UEP Marketing & Price
16                Discovery Committee
                  Conference Call
17                November 22, 1999
                  Minutes,
18                UE0297249 & UE0297250  174
19   Gregory-15   UEA Producer/Packer
                  Division,
20                UE0168906 - UE0168910  179
21   Gregory-16   United Egg Producers
                  2000 Millennium
22                Production Planning
                  Calendar,
23                UE0202747 - Ue0202774  189
24   Gregory-17   2/1/00 Letter,
                  UE0065618 - UE0065621  190
25
```

3  (Pages 6 to 9)

**10**

```
 1        E X H I B I T S  (cont'd.)
 2              - - -
 3   EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
 4
     Gregory-18  3/6/00 United Voices,
 5     NL 003281 - NL 003290   196
 6   Gregory-19  Recommendations for UEP
            Animal Welfare
 7          Guidelines,
            DAY000029 - DAY000055  198
 8
     Gregory-20  Recommendations for UEP
 9          Animal Welfare
            Guidelines,
10     UE208684 - UE208703   212
11   Gregory-21  Animal Husbandry
            Guidelines for U.S.
12          Egg Laying Flocks 2000
            Edition,
13     MFI0276310 - MFI0276328  219
14   Gregory-22  United Egg Producers
            Animal Husbandry
15          Guidelines for U.S. Egg
            Laying Flocks 2003
16          Edition,
            UE0809072 - EU0809988   239
17
     Gregory-23  UEP Animal Welfare
18          Committee Meeting,
            May 15, 2000,
19     UE0215485 & UE0215486   248
20   Gregory-24  8/29/00 Letter,
            MOARK0020647 - 0020652  256
21
     Gregory-25  12/20/00 Letter,
22     UE0146962 - UE0146964   259
23   Gregory-26  UEP Shell Egg Marketing
            Committee Conference
24          Call -- June 4, 2001
            Minutes,
25     UE0153464 & UE0153465   264
```

**12**

```
 1          DEPOSITION SUPPORT INDEX
 2
 3   DIRECTION TO WITNESS NOT TO ANSWER
 4   Page  Line      Page   Line
 5   (None)
 6
 7
 8
 9   REQUEST FOR PRODUCTION OF DOCUMENTS
10   Page  Line   Description
11   (None)
12
13
14   STIPULATIONS
15   Page   Line
16     13   3-9
       21   4-12
17
18
19   QUESTIONS MARKED
20   Page   Line
21   (None)
22
23
24
25
```

**11**

```
 1        E X H I B I T S  (cont'd.)
 2              - - -
 3   EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
 4
     Gregory-27  E-mail chain,
 5     UE0840235 - UE0840238   269
 6   Gregory-28  9/10/01 Letter,
            CM00182536 & CM00182537  281
 7
     Gregory-29  Special Called UEP
 8          Marketing Conference
            Call 9/24/01,
 9     UE0153457 & UE0153458   285
10   Gregory-30  Producer Committee for
            Animal Welfare,
11          November 14, 2001
            Chicago, Illinois
12          Minutes,
            UE0174658 & UE0174659   290
13
     Gregory-31  UEP's Management of
14          UEA Further Processors,
            UE0200486 - UE0200491   295
15
     Gregory-32  1/10 Fax,
16     CM00239981 - CM00239993  306
17
18         - - -
19
20
21
22
23
24
25
```

**13**

```
 1
 2
 3              - - -
 4        (It is hereby stipulated and
 5   agreed by and among counsel that
 6   sealing, filing and certification are
 7   waived; and that all objections,
 8   except as to the form of the question,
 9   will be reserved until the time of
10   trial.)
11              - - -
12        VIDEOGRAPHER:  My name is Ben
13   Keyser of Veritext.
14        Today's date is June 25, 2013,
15   and the time is approximately
16   9:12 a.m.
17        This deposition is located at
18   Pepper Hamilton, Two Logan Square,
19   Philadelphia, Pennsylvania.  The
20   caption of this case is In Re:
21   Processed Egg Products Antitrust
22   Litigation in the United States
23   District Court for the Eastern
24   District of Pennsylvania.  The name of
25   our witness is Gene W. Gregory.
         At this time will the attorneys,
```

**4 (Pages 10 to 13)**

**14**

1
2  please, identify themselves and the
3  parties they represent, after which
4  our court reporter, Linda Rossi of
5  Veritext will swear in the witness and
6  we can proceed.
7      MR. OLSON:  This is Steig Olson
8  from Quinn Emanuel Urquhart & Sullivan
9  for the Direct Purchaser Class
10  Plaintiffs.
11      MS. TURNER-DODGE:  Lee
12  Turner-Dodge, also from Quinn Emanuel,
13  also for the Direct Purchasers.
14      MR. CAMPBELL:  Richard Campbell,
15  Jenner & Block for the Kraft
16  plaintiffs.
17      MS. CAIN-MANNIX:  Moira
18  Cain-Mannix of Marcus & Shapira for
19  plaintiff, Giant Eagle.
20      MR. SLIDDERS:  Charles Slidders,
21  of Milberg LLP for the Indirect
22  Purchaser Plaintiffs.
23      MS. ZIEMIANEK:  Margaret
24  Ziemianek, Kasowitz Benson Torres &
25  Friedman for defendant, Nu-Cal Foods.

**15**

1
2      MS. LEVIN:  Christine Levin of
3  Dechert for RW Sauder.
4      MR. HURLEY:  Ryan Hurley, Faegre
5  Baker Daniels for Midwest Poultry
6  Services.
7      MR. EIMER:  Nate Eimer, Eimer
8  Stahl on behalf of Moark and Norco.
9      MS. SOUTHALL:  Samantha Southall
10  for Buchanan, Ingersoll & Rooney on
11  behalf of Hillandale Farms, Inc.,
12  Hillandale Farms East, Inc.,
13  Hillandale Gettysburg LP and
14  Hillandale Farms of Pa., Inc.
15      MR. BARNES:  Donald Barnes,
16  Porter, Wright, Morris & Arthur for
17  Rose Acre Farms.
18      MR. McKENNEY:  Jason McKenney
19  from Gibson Dunn & Crutcher on behalf
20  of Cal-Maine Foods.
21      MS. REDDING:  Whitney Redding
22  for Pepper Hamilton on behalf of
23  United Egg Producers and United States
24  Egg Marketers.
25      MS. SUMNER:  Robin Sumner,

**16**

1
2  Pepper Hamilton of behalf UEP and
3  USEM.
4      MS. LEVINE:  Jan Levine on
5  behalf of UEP and USEM, Pepper
6  Hamilton.
7      MR. OLSON:  Do the folks on the
8  phone want to make appearances?
9      MR. RAYLE:  Merrick Rayle,
10  Lovell Stewart, Indirect Purchaser
11  Plaintiffs.
12      MS. MEKKI:  Doha Mekki, Crowell
13  & Moring on behalf of Daybreak Foods,
14  Inc.
15      MR. CZECHOWSKI:  Tom Czechowski
16  on behalf of Weaver Brothers.
17      MR. GREENE:  William Greene on
18  behalf of Michael Foods.
19      MR. CALLOW:  Joe Callow on
20  behalf of Ohio Fresh Eggs.
21      MR. GURSTELLE:  Ben Gurstelle on
22  behalf of Sparboe Farms, Inc.
23          - - -
24      GENE W. GREGORY, after having
25  been first duly sworn, was examined

**17**

1
2  and testified as follows:
3          - - -
4      EXAMINATION
5          - - -
6  BY MR. OLSON:
7      Q.   Good morning, sir.
8      A.   Could I first ask a privilege,
9  and that is that at my age, my hearing is not
10  as good as I would like for it to be so when
11  you ask me a question, could you speak loudly
12  enough?
13      Q.   Absolutely.  Could we begin by
14  you stating your full name for the record?
15      A.   Gene Willard Gregory.
16      Q.   And where do you currently
17  reside?
18      A.   Alpharetta, Georgia.
19      Q.   Are you currently employed?
20      A.   Yes.
21      Q.   By whom are you employed?
22      A.   United Egg Producers.
23      Q.   And what is your current
24  position?
25      A.   I'm in -- I don't know that I

5 (Pages 14 to 17)

have a position. I had -- I have -- I'm working in part time for them now, so I don't have a title now.

Q. What type of work do you do?

A. Well, I'm doing some member services work, calling on producers and writing stories about their farms. I am kind of the staff person that as all of these lawsuit Interrogatories or whatever, I don't know, what comes in, I'm the one that reviews those and tries to respond to them.

Q. So you are helping work on this litigation for UEP. Is that right?

A. Yes.

Q. Are you compensated for that?

A. No.

Q. Are you compensated by UEP at all?

A. Yes, I'm on salary.

Q. So you're being paid a salary?

A. Yes.

Q. And the salary that you're being paid is for the work you're performing for UEP. Correct?





A. Yes.

Q. And that includes the work for this litigation. Correct?

A. It's not identified as that way, but I'm just employed as a part-time employee.

Q. One of your responsibilities as a part-time employee is to help with this litigation. Correct?

A. Yes.

Q. And what is your salary?

A. Embarrassingly I have to tell you that it's dropped to $70,000 a year.

Q. Now, you formerly served as the president of United Egg Producers. Correct?

A. Say that again?

Q. You were formerly the president of United Egg Producers?

A. Yes, sir. Yes.

Q. Before we discuss that, let me actually cover a couple of logistical issues.

Have you been deposed before or is this your first time?

A. This is the first time. I





can't ever recall before.

Q. In that case I'll go over just a couple ground rules.

A. Okay.

Q. First of all, I'm going to be asking you a series of questions, of course. I'm going to do my best to ask them loudly enough and to make them clear so that you understand them.

A. Yes.

Q. If I ever slip up in doing that and you didn't hear me or you are not clear about what I'm asking, I would just ask that you stop me and ask for a clarification. Is that fair?

A. Appreciate that.

Q. And you're doing a great job of this, but one thing I will mention is because we have Linda writing down everything we say, we should do our best not to speak over each other.

A. Okay. Yes.

Q. So if I ask a question and you answer it, I'll assume that you understood





the question. Is that fair?

A. Yes.

MS. LEVINE: Steig, this might be a good time just to put on the record that we've agreed to the normal stipulations as in Mr. Pope's depositions, only objections as to the form of the question and one objection is good for all -- for all in the room so that we don't have repeating objections.

MR. OLSON: Okay.

BY MR. OLSON:

Q. Another thing I will mention is -- well, let me ask this: Did I understand that you had some sort of surgery recently?

A. Yes, sir.

Q. What was the surgery?

A. They performed surgery from the C2 vertebra upward near the skull down through the seventh vertebra because by the time we got to this, according to them, I was nearly paralyzed. I couldn't function, I

**22**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  couldn't button my shirt, I couldn't -- you
2  know, I was just in a mess. And so I had the
3  surgery in November. Being naive about it, I
4  thought I would come out and everything would
5  be great, but the problem of it is I still
6  suffer from tingling, particularly on my left
7  side. I have days in which for unknown
8  reasons things will happen, like I had one
9  week when the right shoulder and arm and hand
10  were just like terribly painful and like
11  frozen. Then I've had other bouts of my legs
12  and feet swelling to the point I couldn't get
13  my shoes on. And I have, as I've tried to
14  explain to other people, that I have
15  mysteriously, I don't know why, I have cycles
16  of good days, not that I'm not pain free, I
17  don't mean that, but I have cycles of good
18  days and then I have cycles of bad days. And
19  all the doctors are able to tell me is that
20  it may take as much as a year before the
21  nerves are -- before all of this is recovered
22  because the nerves are still trying to
23  recover or repair themselves or whatever it
24  is, I don't know what it is. So I -- that's

**23**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  the condition anyway.
2  Q.  Well, we appreciate you being
3  here. We can take breaks whenever you want
4  to. And we can take as many as you want to.
5  So if you're ever --
6  A.  No, I'm fine.
7  Q.  If you're ever uncomfortable
8  and want to stretch your legs or stand up,
9  just let us know, we'll take a break.
10  A.  I appreciate that.
11  Q.  We generally try not to do that
12  while there's a pending question, but
13  otherwise --
14  A.  Appreciate that.
15  Q.  Otherwise we can do it. And --
16  okay.
17  Now, let's get back to your
18  former position at UEP.
19  A.  Yes, sir.
20  Q.  Do I understand correctly that
21  you were the president of UEP up until the
22  end of 2012?
23  A.  Yes.
24  Q.  And you began in that position

**24**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  approximately February of 2007?
2  A.  That's right.
3  Q.  Why did you end your tenure as
4  president of UEP? How did that happen?
5  A.  Why did I end it?
6  Q.  Yes.
7  A.  I was 72 in January of this
8  year, and it had been my intention of
9  retiring. In fact, I had given the board
10  notice in January of 2012 that I would like
11  to make a transition over this period of a
12  year and that I would like to retire at the
13  end of 2012. They then, I don't know -- they
14  said that they'd like -- would like for me to
15  stay on and be available, work on part-time
16  projects and those kind of things. And I
17  agreed to do so.
18  Q.  Who is the president of UEP
19  today?
20  A.  It is my son, Chad Gregory.
21  Q.  Who are the members of UEP?
22  A.  They are egg farmers.
23  Q.  What is an egg farmer?
24  MS. LEVINE:  Object to any

**25**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  conclusion as to a legal basis under
2  the Capper-Volstead Act. Mr. Gregory
3  certainly can respond on his
4  knowledge.
5  THE WITNESS:  An egg farmer is
6  someone that owns egg laying hens.
7  BY MR. OLSON:
8  Q.  If someone owns one egg laying
9  hen, are they an egg farmer?
10  A.  I would not think so, because
11  that is not a commercial business.
12  Q.  So is there a line in your mind
13  that distinguishes someone from being an egg
14  farmer and not being an egg farmer?
15  A.  My -- no, there is not. If you
16  have a commercial size egg farm, I consider
17  you an egg farmer.
18  Q.  What is a commercial size egg
19  farm?
20  A.  I think it varies based on --
21  it can be a few thousand chickens to several
22  million chickens.
23  Q.  So UEP is an association of egg
24  producers. Is that right?

7 (Pages 22 to 25)

**26**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2     A.    No, we think we are a
3  cooperative of egg producers.
4     Q.    What's the difference -- or
5  strike that.
6           Is there a difference in your
7  mind between an association and a
8  cooperative?
9     A.    I think in my opinion, both
10 association and cooperative can do some of
11 the similar things.  There are some things
12 that are restricted to what a cooperative can
13 do.
14    Q.    And what are things that are
15 restricted to what a cooperative could do?
16    A.    You know, I'm not a lawyer on
17 this.  I'm not, you know, altogether an
18 expert on cooperatives, but...
19    Q.    To your understanding.
20    A.    To my understanding, that
21 farmers can jointly market their products
22 together; farmers can, through their
23 cooperative they can share statistical
24 information as to, you know, what the
25 inventory is of and what the statistic -- you

**27**

1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  know, all the kind of statistical information
3  that helps them to be better educated as to
4  what the supply and demand conditions are.
5  Those are just some quick things coming off
6  the top of my head.
7     Q.    Those are things that a
8  cooperative can do, is that what you're
9  saying?
10    A.    That's what I believe they can
11 do, yes.
12    Q.    And can an association do those
13 things, to your understanding?
14    A.    I don't think that -- I believe
15 that an association does not have the right
16 to actually cooperative market products
17 together or to actually share market
18 information that way.
19    Q.    And when you say that members
20 of a cooperative can jointly market products
21 together, what do you mean by "jointly market
22 products together"?
23    A.    I think when the Capper -- I
24 think when intent of the Capper-Volstead
25 cooperative was, that the cooperative itself

**28**

1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  would market the products for their farmers
3  rather than the farmers individually doing
4  their own marketing.
5     Q.    When you say the cooperative
6  would market the product for the farmers,
7  what does that mean?
8        MS. LEVINE:  Again, object to
9        any legal conclusion.  Mr. Gregory can
10       testify to his own facts as the
11       president of UEP.
12       THE WITNESS:  I think that as I
13       understand, that the cooperative can
14       be the marketing agent and actually
15       sell the farmer's product to any
16       variety of users of it.
17 BY MR. OLSON:
18    Q.    So the cooperative itself would
19 collectively be the marketer, the seller of
20 the eggs produced by the members of the
21 cooperative.  Is that right?
22       MS. LEVINE:  Object to the form
23       of that question.  It's a
24       hypothetical.  Mr. Gregory is not an
25       expert on Capper-Volstead.  Mr.

**29**

1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Gregory can testify to the facts
3        regarding UEP that he knows.
4        THE WITNESS:  Would you restate
5        the question?
6  BY MR. OLSON:
7     Q.    When you describe this concept
8  of a cooperative jointly marketing products
9  together, in your -- to your understanding,
10 what you're describing is the cooperative
11 would be the entity that goes out and sells
12 the eggs produced by the members of the
13 cooperative.  Is that right?  Is that your
14 understanding?
15    A.    I think that that is a -- I'm
16 not sure a cooperative has to do that, but a
17 cooperative has the right within the
18 Capper-Volstead to do that, I think.
19    Q.    Just to be clear --
20    A.    And I would like to -- I think
21 there's -- there's a -- I have a different
22 interpretation maybe.  There is marketing and
23 there are sales, and I think of them as
24 completely different things.
25    Q.    I'm just trying to be clear on

8 (Pages 26 to 29)

30

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  what you understand this concept of joint
2  marketing to mean.
3  A.  Yes.
4  Q.  So if it's not selling, what
5  does it mean?
6  A.  I think it is selling.
7  Q.  Is it more than selling?  I
8  thought you were drawing some distinction
9  between selling and marketing.
10  A.  Well, I think of marketing as
11  if you got a marketing department, you put
12  together nice brochures, nice fliers, nice
13  sales literature and all of those kind of
14  things to point out the value of your company
15  or your products, that kind of thing.  Then
16  you have a sales department that actually
17  makes that sales call or whatever it is.  So
18  I distinguish the difference between
19  marketing and sales.
20  Q.  How are decisions made at UEP?
21  A.  It's made by a Board of
22  Directors.
23  Q.  Are decisions made also by
24  committees?

31

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  A.  We do have committees.  And
2  those committees bring forth motions to the
3  Board of Directors.  The ultimate decision is
4  made by the Board of Directors.
5  Q.  Are there formal rules that
6  govern how committees operate at UEP?
7  A.  I don't think there are.
8  Q.  Are there formal rules that
9  govern how the Board of Directors operates at
10  UEP?
11  A.  We have bylaws, and we operate
12  based upon those bylaws.
13  Q.  Anything in addition to the
14  bylaws?
15  A.  I can't recall.
16  Q.  Would it be fair to say that
17  the committees at UEP and the UEP board serve
18  the interests of egg producers?
19  A.  Yes.
20  Q.  Now, once a committee or the
21  board makes a -- made a decision while you
22  were president, you as the president would
23  support that decision and carry it out to the
24  best of your ability.  Correct?

32

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  A.  Yes.
2  MS. LEVINE:  Object to the form
3  of the question.  It's compound.
4  BY MR. OLSON:
5  Q.  And would it be fair to say
6  that part of your job as president at UEP was
7  to act on behalf of the UEP board and UEP
8  members?
9  A.  Yes.
10  Q.  What is the UEP Marketing
11  Committee?
12  A.  First of all, let me tell you
13  it's not in existence now, but previously its
14  role was to analyze the market conditions as
15  it -- but primarily those market conditions
16  were industry statistics, evaluate those
17  statistics as to what the current conditions
18  were as to inventory versus demand to try to
19  project what those things were going to be
20  like in the future and in some cases make
21  recommendations to address what was or was
22  foreseen to be a surplus situation.
23  Q.  Once the Marketing Committee
24  made a recommendation to address a surplus

33

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  situation, what was the process that would be
2  followed?
3  A.  It would be -- it would be
4  reported to the Board of Directors, but you
5  see, this recommendation is not a motion.
6  This recommendation is like an educational
7  tool to our members as to what these are and
8  the Marketing Committee is recommending that
9  you can change that if you do certain things.
10  So recommendations are different than a
11  motion to the board.
12  Q.  Just to be clear, you said that
13  if there was a recommendation made by the
14  Marketing Committee about how to address a
15  surplus situation, it would be reported to
16  the Board of Directors.  Correct?
17  A.  Yes.  But what I'm trying to
18  clarify for you, it did not -- that
19  recommendation did not require board action
20  because it was not a motion.
21  Q.  So what would happen after it
22  would be reported to the Board of Directors?
23  A.  Again, I'm trying to be clear
24  with you, even if it's reported to the Board

9 (Pages 30 to 33)

34

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  of Directors, we're not asking the board for
2  approval of it. The Marketing Committee has
3  made a recommendation, it is not a motion to
4  change anything. It is a recommendation to
5  the membership so, therefore, it's just
6  acknowledgment to the board, it's not asking
7  the board for approval.
8      Q.    All right. So then let's talk
9  about the idea of process, this idea of
10 process. The Marketing Committee makes a
11 recommendation to address a surplus
12 situation. Would that occur by a vote?
13     A.    In the Marketing Committee,
14 yes, it would.
15     Q.    And were there rules that
16 governed how that vote would take place?
17     A.    It required a quorum. It
18 restricted the vote to just Marketing
19 Committee members. It -- other than that, I
20 don't --
21     Q.    Would it pass by a majority or
22 by some other measure?
23     A.    No, it had to pass by a
24 majority.

35

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.    And these rules about the
3  quorum and who could vote and the majority
4  rule, were those written down anywhere or
5  were those just practices?
6      A.    They're just practices.
7      Q.    All right. So once the
8  Marketing Committee makes a recommendation to
9  address a surplus situation, reported it to
10 the board, how would that recommendation be
11 communicated to the UEP membership?
12     A.    Well, most often it was
13 communicated through our United Voices
14 newsletter.
15     Q.    Were there other ways?
16     A.    Pardon?
17     Q.    Were there other ways?
18     A.    Yeah, it could have been
19 reported at the meeting of the board or when
20 the membership and the board were meeting, a
21 motion from the -- a recommendation would
22 come out of the Marketing Committee and it
23 would be reported to the -- at that
24 particular meeting to the members that were
25 in attendance, again, through the newsletter.

36

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  There were times there was direct mailings to
3  the members. So a variety of different ways.
4      Q.    You mentioned United Voices
5  newsletter being reported at a meeting, to
6  the people at the meeting. You've mentioned
7  direct mailings. Were there other ways that
8  these recommendations about surplus
9  situations were communicated to members?
10     A.    I don't recall. If you have
11 something that you believe it was done
12 differently, I'd need to see that. So I just
13 don't recall.
14     Q.    Now, we've been using the term
15 "surplus situation." What does that refer
16 to?
17     A.    The egg industry is kind of
18 like most -- many farm commodities, is that
19 you cannot -- it's not like manufacturing.
20 You cannot produce exactly what the market
21 needs, what the market is willing to purchase
22 every day. It's -- and we live with normal
23 surpluses throughout the period of time
24 because that's just a function of business,
25 that there are going to be times that there's

37

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  going to be some surplus. There's going to
3  be because of the fact that we have a -- we
4  have cycles in this business, we have high
5  demand periods and we have low demand
6  periods, high demand periods like -- maybe
7  I'm going on too long in this, but if you're
8  interested, I'll tell you the story.
9      Q.    Let's just pause just to make
10 sure we're being very clear. When you say a
11 surplus, you're speaking of a surplus of
12 eggs --
13     A.    Yes.
14     Q.    -- in the industry. Right?
15     A.    Yes.
16     Q.    And the problem with that from
17 the perspective of UEP members is that drives
18 down prices. Correct?
19     A.    Yes.
20         MS. LEVINE: Object to the form
21 of the question.
22         THE WITNESS: Sorry.
23 BY MR. OLSON:
24     Q.    And so the Marketing Committee
25 would, when that occurred, make

10 (Pages 34 to 37)

**38**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  recommendations to better adjust supply to
3  meet demand. Correct?
4        MS. LEVINE: Object to the form
5  of the question.
6        THE WITNESS: Yes.
7        MS. LEVINE: You can answer the
8  question. Wait for Mr. Olson to ask
9  the question, give me a chance to
10  think and then you can answer the
11  question, Mr. Gregory.
12  BY MR. OLSON:
13     Q.    And there are references in the
14  documents to things called supply management
15  programs. Are you familiar with that term?
16     A.    Yes, I am.
17     Q.    And that's -- those programs
18  are one of the things that the UEP Marketing
19  Committee would implement to try to adjust
20  supply to meet demand. Correct?
21        MS. LEVINE: Object to the form
22  of the question. Mr. Gregory can
23  answer the question.
24        THE WITNESS: Yes, the Marketing
25  Committee looked at the supply side of

**39**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  the business, and so we knew what the
3  demand, you know, basically was and so
4  we looked at are we producing an
5  unnecessary surplus.
6  BY MR. OLSON:
7     Q.    When you say "we," you mean the
8  egg industry?
9     A.    Total.
10     Q.    And in some cases the UEP
11  Marketing Committee would put together a
12  program for reducing flock size in the
13  industry. Correct?
14        MS. LEVINE: Object to the form
15  of the question. Mischaracterizes
16  what Mr. Gregory said. He said
17  recommendation.
18        MR. OLSON: Counsel, that is
19  completely inappropriate. Do not
20  testify for the witness. Do not put
21  words in the witness' mouth and don't
22  coach the witness. I've been tolerant
23  of your speaking objections which are
24  improper, but that is way beyond the
25  bounds and I would just ask that you

**40**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  don't do it.
3        MS. LEVINE: I would like to
4  note for the record that I've made
5  very few objections, Mr. Olson. If
6  you continue to mischaracterize the
7  witness, I will object. This is a
8  fact witness, he is 72 years old and
9  you don't have to change his
10  testimony. He can speak for himself.
11  BY MR. OLSON:
12     Q.    In some cases, Mr. Gregory, the
13  UEP Marketing Committee would put together a
14  program for reducing flock size in the
15  industry. Correct?
16        MS. LEVINE: Object to the form
17  of the question. You can answer.
18        THE WITNESS: This is the first
19  time I've ever done this, so I don't
20  know what I'm supposed to do.
21        MS. LEVINE: You can answer the
22  question.
23        THE WITNESS: So I'm a little
24  off balance here because I'd like to
25  tell the story, but I don't know what

**41**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  I can or cannot do.
3  BY MR. OLSON:
4     Q.    I should have mentioned this at
5  the outset. Your counsel is going to make
6  objections today as you've seen. Those are
7  for the record for use and evaluation by the
8  court at a later date. They shouldn't affect
9  your testimony. You should let her make them
10  and give her an opportunity to make them, but
11  you should answer all the questions to the
12  best of your ability telling the full truth
13  as you swore to do today.
14     A.    So her objection is just on the
15  record, it doesn't mean that I can't answer.
16  Is that what we're talking --
17        MS. LEVINE: That's correct.
18        MR. OLSON: Absolutely.
19        MS. LEVINE: The only time you
20  can't answer, if I instruct you not to
21  answer. These are objections as to
22  wording. You just should listen to
23  the question and answer to the best of
24  your ability.
25        THE WITNESS: I'm sorry about

11 (Pages 38 to 41)

**42**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

this. I've never done this before.

BY MR. OLSON:

Q.    Fair enough. Mr. Gregory, in
some cases, the UEP Marketing Committee would
put together a program for reducing flock
size in the industry. Correct?

MS. LEVINE: Object to the form
of the question.

THE WITNESS: Yes, they would.

BY MR. OLSON:

Q.    And in some cases the UEP
Marketing Committee would put together a
program for reducing chick hatch in the
industry. Correct?

A.    Yes.

MS. LEVINE: Object to the form
of the question.

BY MR. OLSON:

Q.    Now, when we talk about a
program to reduce flock size, that could
occur through various means. Correct? There
are various ways to reduce flock size?

MS. LEVINE: Object to the form
of the question.

**43**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

THE WITNESS: Other than
disposing of the hens, I don't know of
any other. I'm struggling with the
question.

BY MR. OLSON:

Q.    You know more than I do, so I
might be wrong. When you say, "disposing of
the hens," sometimes that -- sometimes that's
referred to as an early slaughter?

A.    Yes, they're going to --
there's a natural cycle of egg production,
laying eggs and there's a date in which the
farmer intends to sell his hens for profit.
Anyway, what a recommendation might be is to
move up that schedule and slaughter or
whatever term you want to use, slaughter the
hens two weeks early as an example.

Q.    Now, there's another way to
reduce flock size to conduct an early molt?

A.    No, molt doesn't have anything
to do with reducing the flock size.

Q.    Are there ways to reduce flock
size by reducing hatch?

A.    Yes.

**44**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

Q.    And how does that occur?

A.    Again, the egg farmer has
ordered baby chicks from a hatchery, and he
may have done that several months in advance.
So if we're looking down the road and we say,
oh, my gosh, the flock size, laying flock
size is going to be far more than what is
needed, the recommendation may be then to
reduce your purchase of baby chicks, reduce
the hatch by a certain percent. And that
would address long-term supply.

Q.    When you say reduce the hatch,
that means reduce the purchase of baby
chicks?

A.    Yes.

Q.    After one of these programs was
communicated to UEP members, you and others
at UEP would make efforts to see whether it
was being followed. Correct?

MS. LEVINE: Object to the form
of the question.

THE WITNESS: No.

BY MR. OLSON:

Q.    You never tried to see if it

**45**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

was being followed?

A.    No. These are recommendations.
These have no commitment. These have no
penalties. There were times that I think
that we had an interest in whether this was
done, but it was not -- it was not our
practice to follow up and see if anybody, any
individual did anything.

Q.    Well, UEP was always interested
in whether the recommendations were being
followed. Correct?

MS. LEVINE: Object to the form
of the question.

THE WITNESS: We would hope that
the recommendation was followed.

BY MR. OLSON:

Q.    And whether or not the
recommendation was followed could have a
significant impact on how profitable the egg
industry was. Correct?

MS. LEVINE: Object to the form
of the question.

THE WITNESS: The intent of the
recommendation was to bring supply in

12 (Pages 42 to 45)

**46**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    balance. And in doing so it should
3    improve the price of eggs.
4    BY MR. OLSON:
5    Q.    And so UEP had an interest in
6    seeing whether the recommendation or the
7    program actually was reducing the supply of
8    eggs. Correct?
9         MS. LEVINE: Object to the form
10    of the question. Asked and answered
11    several times.
12         THE WITNESS: UEP had made a
13    recommendation. As I said before, it
14    was hopeful that some -- enough of the
15    industry would follow that.
16    BY MR. OLSON:
17    Q.    And you would follow various
18    information sources to see whether it was
19    being followed. Correct?
20         MS. LEVINE: Object to the form
21    of the question.
22         THE WITNESS: Our only
23    information source was USDA monthly
24    hen inventories, but that did not tell
25    us whether people were following our

**47**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    recommendation or just natural things
3    were occurring. There was no way of
4    knowing that.
5    BY MR. OLSON:
6    Q.    You also had information
7    sources that were UEP members. Right?
8    A.    They could be.
9    Q.    And UEP members could tell you
10    directly whether they are following the
11    program. Correct?
12         MS. LEVINE: Object to the form
13    of the question. Hypothetical
14    question.
15         THE WITNESS: They could do so.
16    BY MR. OLSON:
17    Q.    And they did that from time to
18    time. Correct?
19    A.    Yes.
20    Q.    UEP members would call you from
21    time to time personally on the phone and tell
22    you whether they were following the program.
23    Correct?
24         MS. LEVINE: Object to the form
25    of the question. Hypothetical. The

**48**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    witness can answer to his knowledge.
3         THE WITNESS: That's not a
4    regular occurrence, but, yes, it has
5    happened.
6    BY MR. OLSON:
7    Q.    And from time to time after
8    that happened, you would communicate back to
9    the membership as a whole what you had been
10    told by members about whether the program was
11    being followed. Correct?
12         MS. LEVINE: Object to the form
13    of the question. Calls for a
14    hypothetical answer. If Mr. Gregory
15    knows the answer, he can answer.
16         THE WITNESS: Restate the
17    question.
18    BY MR. OLSON:
19    Q.    Sure. From time to time
20    members would call you directly, tell you
21    whether they were following the program, and
22    from time to time you, through United Voices,
23    for example, would report back to the
24    membership what you had learned from members
25    about whether they were following the

**49**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    program. Correct?
3    A.    Yes.
4    Q.    Now, you mentioned that the UEP
5    Marketing Committee is no longer in
6    existence. Do you recall that?
7    A.    I did say that.
8    Q.    And when did it stop being in
9    existence?
10    A.    2008.
11    Q.    Was it before or after this
12    lawsuit was filed, do you know?
13    A.    I don't know exactly, but I
14    think it was after the lawsuit was filed.
15    Q.    What were the circumstances
16    that led to the Marketing Committee going out
17    of existence?
18         MS. LEVINE: I'm going to object
19    to any revealing of attorney-client
20    privilege. Mr. Gregory, you may
21    answer the question to the extent it
22    does not reveal any communications
23    with your lawyers. And if you can't
24    do so, just tell Mr. Olson.
25         THE WITNESS: It was our belief

13 (Pages 46 to 49)

50

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    that -- when I say "our belief," the
2    staff's belief, the board's belief
3    that we should be -- until the lawsuit
4    is resolved, that we should be on a
5    conservative -- be more conservative.
6  BY MR. OLSON:
7       Q.    How was that decision
8  communicated to the UEP membership?
9            MS. LEVINE:  Object to the form
10   of the question to the extent it
11   reveals communications with counsel.
12   To the extent it does not, you can
13   answer.
14           MR. OLSON:  I just asked how it
15   was communicated to the membership,
16   Counsel.
17           THE WITNESS:  You know, I don't
18   really recall.  I think maybe in a
19   United Voices, I'm trying to recall,
20   that we announced that there would be
21   no Marketing Committee meeting at this
22   upcoming board and membership meeting.
23  BY MR. OLSON:
24      Q.    And do you recall whether you

51

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1   as president gave any reason to the
2   membership about why that was -- why that was
3   not going to happen?
4       A.    I don't recall doing so.
5       Q.    When you say it was the staff's
6   belief that until the lawsuit is resolved,
7   that we should be more conservative, who are
8   the members of the staff that participate in
9   that decision?
10      A.    It was my decision.
11      Q.    Did the board participate in
12  that decision?
13      A.    I don't recall.  I don't recall
14  how that communication came about.
15      Q.    And when you say be more
16  conservative, does that mean stay away from
17  things that were of uncertain legality?
18           MS. LEVINE:  Object to the form
19   of the question.  This is not a
20   lawyer.
21           THE WITNESS:  By the time I had
22   read the Complaint, you know, I was
23   just, first of all, irritable as hell
24   about it, but anyway, after having

52

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1   read the Complaint, it was my opinion
2   that we needed to do things a little
3   different until this lawsuit was
4   resolved.
5  BY MR. OLSON:
6       Q.    And when you refer to being
7  more conservative, you mean being more
8  careful.  Correct?
9            MS. LEVINE:  Object to the form
10   of the question.  Mr. Gregory can
11   answer to his knowledge.
12           THE WITNESS:  I am speaking
13   about things that have to do with
14   price discovery, with marketing
15   recommendations and those kind of
16   things.
17  BY MR. OLSON:
18      Q.    And I'm just trying to get a
19  little more clarity when you use the word
20  "conservative," because that can have
21  different meanings to different people.  When
22  you use the term in this context
23  "conservative," do you mean more careful?
24           MS. LEVINE:  Object to the form

53

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1   of the question.
2            THE WITNESS:  I don't know how
3   to answer that question.  I'm sorry.
4  BY MR. OLSON:
5       Q.    I'm not trying to put words in
6  your mouth.
7       A.    I don't know how to answer.
8  I'm not trying to be evasive, I just don't
9  know.
10      Q.    Fair enough.  Does it mean
11  avoiding things that are of uncertain
12  legality?
13           MS. LEVINE:  Object to the form
14   of the question.  Calls for a legal
15   conclusion.  This is a fact witness.
16           THE WITNESS:  I'm not a lawyer,
17   and so I have no idea about that.  I'm
18   just trying to manage an association,
19   and I'm trying to -- if we are in
20   trouble, I don't want any more
21   trouble.
22  BY MR. OLSON:
23      Q.    Now, let's talk about a program
24  that was one time called the Animal Care

14 (Pages 50 to 53)

54

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  Program and then became known as the UEP
3  Certified Program.
4       A.    Yes.
5       Q.    Perhaps I'll just call it the
6  program for now --
7       A.    Okay.
8       Q.    -- since it had those two
9  different names.  You were involved in the
10  development of that program.  Correct?
11      A.    As a staff person, I was
12  involved in the program.
13      Q.    Now, that program was first
14  envisioned as just a voluntary program.
15          MS. LEVINE:  Object to the form
16      of the --
17  BY MR. OLSON:
18      Q.    Correct?
19          MS. LEVINE:  Object to the form
20      of the question.
21          THE WITNESS:  It was and has
22      remained until this day a voluntary
23      program.
24  BY MR. OLSON:
25      Q.    I don't want words to get in

55

1       GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  the way, but when the program was first
3  conceived, the idea was there would be some
4  guidelines, an individual egg farmer could
5  decide whether or not to follow them and
6  whether or not to follow all of them.  Right?
7          MS. LEVINE:  Object to the form
8      of the question.
9          THE WITNESS:  No, it was never
10      intended that it be voluntary
11      selective, you only follow some and
12      not others.  No, that was not the
13      case.
14  BY MR. OLSON:
15      Q.    Well, when it was first
16  developed, there was no certification aspect
17  of it.  Correct?
18          MS. LEVINE:  Object to the form
19      of the question.
20          THE WITNESS:  The Scientific
21      Committee, once they put forth the
22      recommendations at the board, which
23      the board supported, once that was
24      completed, and we had a producer,
25      Animal Welfare Committee that was

56

1       GENE W. GREGORY - HIGHLY CONFIDENTIAL
2       taking those recommendations and to
3       try to put them into a program, and it
4       became -- after having spent some time
5       with the Food Marketing Institute and
6       the National Council of Chain
7       Restaurants, we understood that in
8       order to verify that a farmer was
9       actually following these guidelines,
10      there needed to be some certification
11      system.
12  BY MR. OLSON:
13      Q.    Now, prior to becoming
14  president of UEP, you were senior vice
15  president.  Correct?
16      A.    Yes.
17      Q.    In that position, you were the
18  staff member that was assigned to the
19  Scientific Advisory Committee.  Correct?
20      A.    Yes.
21      Q.    And to the Producer Committee
22  at UEP.  Correct?
23      A.    Yes.
24      Q.    And in your position as senior
25  vice president, you expected that

57

1       GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  implementation of the program's guidelines
3  would lead to a flock reduction that would
4  affect egg prices.  Correct?
5          MS. LEVINE:  Object to the form
6      of the question.
7          THE WITNESS:  The answer is no,
8      and I object to the insinuation.
9              -  -  -
10      (Exhibit Gregory-1, Gene Gregory
11      biography, Bates UE0209507, was marked
12      for identification.)
13              -  -  -
14  BY MR. OLSON:
15      Q.    Let me hand you what we've
16  marked as Gregory-1.  Why don't you briefly
17  review the document, please.
18          UNIDENTIFIED SPEAKER:  Can
19      someone read the Bates number?
20          MR. OLSON:  Yes.  This is a
21      one-page document Bates stamped
22      UE0209507.
23          THE WITNESS:  Was there a
24      question?
25  BY MR. OLSON:

15 (Pages 54 to 57)

58

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    Q.    Are you done reviewing it?
3    A.    Yes.
4    Q.    Now, can you identify this
5    document for us?
6    A.    I cannot.  I mean, I don't
7    dispute anything here, but I get -- I don't
8    recall the document, no.
9    Q.    But it appears to be a
10   biography of you.  Correct?
11   A.    Yes, it is.
12   Q.    While you were the president of
13   UEP.  Correct?
14   A.    Yes.
15   Q.    And I thought this would short
16   cut things.  Does it appear to be an accurate
17   description of your background?
18   A.    Yes.
19   Q.    This refers to you pioneering
20   the development of the UEP "5" Star Total
21   Quality Assurance Food Safety Program.  Do
22   you see that?
23   A.    Yes.
24   Q.    When did that occur?
25   A.    Oh, gosh, let me think.

59

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    Q.    Approximately.  We can circle
3    back to that.
4    A.    The reason -- I don't know if
5    you want a story, but there's -- there is a
6    situation where the egg industry has a
7    problem with salmonella enteritidis, and
8    we're struggling to figure out how to address
9    this for our customers, our retail customers.
10   So I sat down and wrote a food safety program
11   which FDA found no objection to.  And I can't
12   tell you, you know, the dating of that, I'm
13   sorry.
14   Q.    You said the egg industry has a
15   problem with what?
16   A.    Salmonella enteritidis.
17   Q.    All right.  This also refers to
18   you --
19       MR. OLSON:  Did you get that,
20       salmonella something?
21       THE WITNESS:  Just say SE.
22       MR. OLSON:  We'll get the
23       spelling later.
24   BY MR. OLSON:
25   Q.    This also refers to you as

60

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    president holding leadership responsibilities
3    for several organizations managed by the UEP.
4    Do you see that?
5    A.    Yes.
6    Q.    It refers to the United Egg
7    Association Further Processors, the UEA
8    Allied Division, and UEA Producer/Packers.
9    Do you see that?
10   A.    Yes.
11   Q.    What were your leadership
12   responsibilities for those organizations?
13       MS. LEVINE:  Object to the form
14       of the question.
15       THE WITNESS:  As president of
16       UEP, and UEP had management
17       responsibilities for these
18       organizations, I was as such overall
19       manage -- I guess as president I was
20       responsible for those associations.
21   BY MR. OLSON:
22   Q.    When you say UEP had management
23   responsibilities and you managed them, what
24   do you mean by "managed"?  What did you do to
25   manage them?

61

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    A.    Each of these organizations has
3    their own membership, their own board of
4    directors, their own budgets, their own
5    checking accounts, et cetera.  UEP
6    facilitated their meetings.  UEP staff was
7    responsible for their checking account and,
8    you know, paying their bills and those kind
9    of things.  So all of those things came
10   within -- under my management.
11   Q.    The UEA divisions did not have
12   their own staff.  Correct?
13       MS. LEVINE:  Object to the form
14       of the question.
15       THE WITNESS:  They did not have
16       their own staff.  They paid UEP for
17       doing so.
18   BY MR. OLSON:
19   Q.    Did UEA members have the right
20   to attend UEP meetings?
21   A.    There is a number of UEP
22   meetings that are closed to members only.
23   There are other meetings that are general
24   type and are open to both UEP and UEA
25   members.

16 (Pages 58 to 61)

62

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2     Q.    Let's talk about the time
3   period before this lawsuit being filed in
4   2008.
5     A.    Right.
6     Q.    Were there any UEP meetings
7   that were closed to UEA members?
8     A.    Yes.
9     Q.    What were those meetings?
10    A.    There would be times -- all the
11  Executive Committee meetings were closed to
12  anyone other than the Exec Committee.  There
13  were times that the board or any one of the
14  other committees would go into executive
15  session which only those people were there.
16    Q.    And in addition to Executive
17  Committee meetings or what you called
18  executive sessions, were there any other UEP
19  meetings that were closed to UEA members?
20    A.    Well, there was -- you know,
21  it's a long history.  A long history.
22    Q.    Fair enough.
23    A.    I'm sorry, I can't -- there may
24  have been, I don't -- I'm not trying to be
25  evasive, but I don't want to say anything

63

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2   wrong.  So I don't know.
3     Q.    That's fair enough.  Generally
4   let's talk about the period, say, 1999
5   through 2007.
6     A.    Okay.
7     Q.    Are there any other meetings
8   other than Executive Committee meetings or
9   what you've called executive sessions that
10  were closed to UEA members?
11    A.    I can't recall.  There may have
12  been some.  Maybe if you've got a document or
13  something that would refresh my memory, I'd
14  be fine.
15    Q.    Fair enough.  So generally UEA
16  members could attend the UEP annual meetings.
17  Correct?
18    A.    Yes.
19          MS. LEVINE:  Object to the form
20    of the question.
21          THE WITNESS:  Yes.
22  BY MR. OLSON:
23    Q.    In fact, usually the UEA annual
24  meetings and the UEP annual meetings would
25  occur at the same time in the same place.

64

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2   Correct?
3     A.    Yes.  Yes.
4     Q.    And generally UEA members could
5   attend UEP board meetings.  Correct?
6          MS. LEVINE:  Object to the form
7    of the question.  Asked and answered.
8          THE WITNESS:  Our board
9    members -- our board meetings were --
10   was virtually open.  We were not
11   trying to restrict communications just
12   to board members.
13  BY MR. OLSON:
14    Q.    So UEA members generally could
15  attend?
16    A.    They could, yes.
17    Q.    And generally UEA members could
18  attend the meetings of the various UEP
19  committees.  Correct?
20    A.    They could until there was a
21  time they'd need to go into some sort of
22  executive session, yes.
23    Q.    And generally for the meetings
24  that you were responsible for, you would take
25  the minutes.  Right?

65

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2     A.    Some of those I did, yes.
3     Q.    And for the ones where you took
4   the minutes, if there was an executive
5   session that involved some sort of closing of
6   the meeting, you would make a note of that in
7   the minutes.  Correct?
8          MS. LEVINE:  Object to the form
9    of the question.
10          THE WITNESS:  No, not
11   necessarily.
12  BY MR. OLSON:
13    Q.    How did you decide whether to
14  make a note of that or not?
15    A.    We just made an announcement
16  we're going to go into executive session.  We
17  didn't --
18    Q.    But in the minutes you wouldn't
19  make a note of that when it happened?
20    A.    No.  Maybe I should have, but I
21  didn't.
22    Q.    Were UEA members allowed to
23  speak at meetings?
24    A.    You know, we had a lot of
25  meetings over all these years.  So there may

17 (Pages 62 to 65)

**66**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    have been some time or another that they did.
3    It was not expected that they would.  It was
4    not welcomed that they did, but I can't say
5    that there wasn't any time that somebody
6    didn't stand up and say something either.
7    Q.     You also can't point to any
8    rule that would prohibit a UEA member from
9    making a statement at a meeting.  Correct?
10    A.     No.
11    Q.     UEP puts out a United Voices
12    publication.  Correct?
13    A.     Yes.
14    Q.     You were the editor of that for
15    a long period of time.  Correct?
16    A.     Yes.
17    Q.     And UEA members were sent that
18    publication.
19    A.     Yes.
20    Q.     Correct?
21    A.     Yes.
22    Q.     And United Voices was one of
23    the ways that UEP's information about the egg
24    industry was disseminated to members.
25    Correct?

**67**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    A.     Well, let me clarify here.
3    We're not -- United Voices was not limited to
4    just members of UEP and UEA.  United Voices
5    was also distributed to several people within
6    government, university people, industry trade
7    newspapers and magazines and these kind of
8    things. So there was no -- we did not limit
9    it to just a small group of UEP members and
10    UEA members.
11    Q.     In your role as editor of
12    United Voices, did you take steps to ensure
13    that the information in that publication was
14    accurate and truthful?
15    A.     Again, I am not -- I am not a
16    journalist. So, again, sometimes I'm writing
17    opinions, which doesn't, you know -- but
18    generally other than when I'm writing
19    opinions about something, I think that we
20    tried our very best to make sure all the
21    information was accurate.
22    Q.     When you related factual
23    information, you would make an effort to
24    ensure that it was accurate?
25    A.     Right.

**68**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    MS. LEVINE:  Object to the form
3    of the question.
4    - - -
5    (Exhibit Gregory-2, January 2007
6    Executive Committee Meeting, Bates
7    UE0807907 - UE0807911, was marked for
8    identification.)
9    - - -
10    BY MR. OLSON:
11    Q.     Let me hand you what we've
12    marked Gregory-2. This is, again, sort of a
13    general guideline for the deposition.  Some
14    documents are longer than others.  This
15    document is a little on the longer side.
16    When a document is on the longer side, what
17    I'd ask is if you just take a brief look at
18    it, if you want to study portions of it,
19    you're always allowed to.  I'll point you to
20    certain portions that I want to ask about and
21    you're always -- you should always feel free
22    to let me know that you'd like to study some
23    portion in depth.  Does that sound fair?
24    A.     Yes.
25    Q.     So why don't you take a brief

**69**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    look at this and let me know when you've done
3    that. For the record, this is -- the
4    document is Bates stamped UE0807907 through
5    911.
6    A.     (Reviewing document.)
7    Q.     Have you had a brief chance to
8    review the document?
9    A.     Yes, sir.
10    Q.     Can you identify this document
11    as one prepared by you?
12    A.     Yes.
13    Q.     And it's titled, "January 2007
14    Executive Committee Meeting."  Is this a
15    document you prepared in advance of that
16    meeting?
17    A.     Yes.
18    Q.     What is the Executive
19    Committee?
20    A.     The Exec Committee is egg
21    farmers that are elected or appointed by the
22    Board of Directors.
23    Q.     Approximately how many members
24    of the Executive Committee are there at one
25    time?

18 (Pages 66 to 69)

| | |
|---|---|
| **70** | **72** |

**70**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    A.    It's varied.  But I believe
3    there is currently 10.  The range 10, 11 is
4    usually what it is.
5    Q.    Got it.  And what was the role
6    of the Executive Committee in the UEP
7    organization?
8    A.    Well, it's -- I think it has
9    several.  One is that it was the committee
10   that first -- committee that approved staff
11   salaries.  It's a committee that first
12   reviewed and approved annual budgets.  It's
13   the -- I'm trying to think what beyond that.
14   Q.    Were those the main
15   responsibilities it had?
16   A.    Yes.
17   Q.    And so you -- in Exhibit 2,
18   these are some of your views about what you
19   plan to do as the new president of UEP that
20   you would communicate to the Executive
21   Committee.  Correct?
22   A.    I am trying to give them some
23   thoughts on how I think that we could do
24   things differently, yes.
25   Q.    In the second paragraph, second

**71**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    sentence, you write that "UEP is unique in
3    that the President and staff are a reflection
4    in voice of the Board decisions."  What did
5    you mean by that?
6    A.    In my view, the staff is --
7    whatever the Board of Directors' decision is,
8    regardless of whether we agree with that or
9    not, it is the -- it is my position that we
10   believe those meetings and those motions and
11   we are 100 percent in favor of it as we leave
12   that in communications with the members and
13   the industry.  But we are a -- we are the
14   vehicle by which that gets expressed.
15   Q.    And what, in your view, is
16   unique about that setup?
17   A.    I think it's somewhat unique in
18   that I'm not sure -- I think in some
19   organizations that are larger -- of course,
20   we've got such a small staff.  I think in
21   some organizations the president of the
22   organization is more the organization than
23   just -- you know, it's like he is the
24   authority as such.  And in my view, my role
25   is to be the voice of the board in this.

**72**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    Q.    Let's turn --
3    A.    My role is not beyond that is
4    what I'm saying.
5    Q.    Let's turn to the second page
6    which continues a list started on the first
7    page about immediate changes that you
8    contemplated.  Number 8 refers to there's a
9    prohibition in the employee handbook about
10   UEP staff having corporate credit cards.
11   Correct?
12   A.    Yes.
13   Q.    You say, "...we need to
14   acknowledge that an individual has held two
15   corporate credit cards."
16          Do you see that?
17   A.    Yes, I see that.
18   Q.    And who is that individual?
19   A.    Am I required to talk about
20   people that --
21   Q.    You are, but your counsel also
22   has the right to designate portions of the
23   transcript at a high level of confidentiality
24   which might apply in a situation like this.
25          MS. LEVINE:  You're not allowed

**73**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    to reveal any communications with
3    counsel, but besides that, you can
4    answer the question.  And in this area
5    we can designate it as highly
6    confidential.
7          THE WITNESS:  Despite -- despite
8    permission to do so, the previous
9    president of UEP had a corporate
10   credit card.
11   BY MR. OLSON:
12   Q.    Despite not having the
13   permission to do so?
14   A.    Right.
15   Q.    Right.  And just so your
16   testimony is clear, despite the fact that --
17   A.    Well, let me say, years ago
18   there were corporate credit cards, there were
19   company cards and that kind of thing.  That
20   all changed and then there were no corporate
21   credit cards, there were no cards acquired
22   and that kind of thing.  That's been some
23   years ago.  But he kept a corporate card.
24   Q.    And that's Mr. Pope.  Correct?
25   A.    Yes.

**19 (Pages 70 to 73)**

**74**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.    And he had two corporate credit
3   cards?
4      A.    You know, I say two and I
5   don't -- today, I don't know if I'm certain
6   about that or not.  I assume that must be
7   correct, but I can't --
8      Q.    And he was using those
9   corporate credit cards for personal expenses?
10        MS. LEVINE:  Object to the form
11        of the question.
12        THE WITNESS:  No, I don't think
13        that's necessarily the case.  I think
14        it was business that he was using it
15        for, so -- and his expense report was
16        approved by the treasurer, but I don't
17        think he was using it for personal
18        reasons.
19   BY MR. OLSON:
20      Q.    Just so we're clear, do you
21   recall what he was using the corporate credit
22   cards for one way or the other?
23      A.    I can't identify that exactly.
24      Q.    When you say Mr. Pope's expense
25   report was approved by the treasurer, who was

**75**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   the treasurer?
3      A.    Well, the treasurer usually
4   changed on an every two-year period.  So I
5   don't know who would have been the treasurer
6   at that time.
7      Q.    Was that a UEP staff position?
8      A.    No, no, no.
9      Q.    That was a member position?
10      A.    Member of the board, an
11   executive.
12      Q.    Do you recall ever learning of
13   any issues with Mr. Pope's expense reports?
14      A.    Do I have to answer that?
15      Q.    Yes.
16        MS. LEVINE:  To the extent it
17        does not reveal attorney-client
18        privilege, and we can designate this
19        as highly confidential.  Just listen
20        to Mr. Olson's question.
21        THE WITNESS:  All I'm saying,
22        this is putting me in a real bad
23        position because, you know, I don't
24        want to do anything that --
25   BY MR. OLSON:

**76**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.    I understand, but we have to
3   ask the question.
4        MS. LEVINE:  Mr. Gregory, I
5        think the important part is that you
6        listen to Mr. Olson's question and
7        just answer the question.
8        THE WITNESS:  Okay.  Repeat the
9        question then, please.
10   BY MR. OLSON:
11      Q.    Do you recall ever learning of
12   any issues with Mr. Pope's expense reports?
13      A.    Yes.
14      Q.    What do you recall?
15      A.    One -- you know, I have nothing
16   wrong with trying to explain the mistakes or
17   things that I did wrong.  I hate to do that
18   to other people, so to answer --
19      Q.    Is this something that you have
20   not disclosed before?  I mean, in other
21   words, is this something that has not been
22   made public before?
23      A.    So I'll tell you the story.  I
24   recall that Al Pope was in California for
25   health reasons, and our president at that

**77**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   time -- there had been some questions about
3   Mr. Pope's expense accounts before.  And our
4   president at that time was interested in -- I
5   can remember, the president or the treasurer
6   through communication at the time.  Anyway,
7   there were some expenses being incurred while
8   he was on leave in California for medical
9   reasons.  And there was a question about
10   whether he was using -- he was charging
11   things to the company that were personal.
12   That's --
13      Q.    And it turned out he was.
14   Correct?
15        MS. LEVINE:  Object to the form
16        of the question.  To the extent this
17        witness knows what the expenses were
18        for.
19        MR. OLSON:  You don't need to
20        coach the witness.
21        MS. LEVINE:  I'm not coaching
22        the witness.
23        MR. OLSON:  Good.
24        THE WITNESS:  I can't -- I
25        hadn't anticipated this kind of stuff.

**20 (Pages 74 to 77)**

78

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    Yes, it was, it was discovered,
2    learned, by our outside auditor, and
3    the auditor made Mr. Pope aware of it
4    and said that he would need to take a
5    W-2 on those.
6 BY MR. OLSON:
7    Q.    And what did Mr. Pope instruct
8 the auditor to do?
9        MS. LEVINE: Object to the form
10   of the question.
11       THE WITNESS: At that meeting,
12   he had agreed with the auditor.
13 BY MR. OLSON:
14   Q.    You -- what was the name of the
15 auditor you have in mind?
16   A.    Jeff Stevens.
17   Q.    I see a reference to a woman
18 named Sherry. Do you know her last name?
19   A.    Sherry Shedd is our vice
20 president of finance.
21   Q.    What was her involvement in
22 this situation?
23   A.    Well, she is -- she's the one
24 that does all of our financial statements and

79

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 she's the one that works with the auditor,
2 when he comes in, with the annual audit.
3 She's the one that, you know, in a sense
4 prepares all the finance information.
5    Q.    What was her last name?
6    A.    Shedd.
7    Q.    Shedd. And Ms. Shedd is the
8 one who identified the fact that Mr. Pope had
9 done this. Correct?
10       MS. LEVINE: Object to the form
11   of the question.
12       THE WITNESS: Yes.
13 BY MR. OLSON:
14   Q.    And what did Mr. Pope instruct
15 Ms. Shedd to do?
16       MS. LEVINE: Object to the form
17   of the question. Mr. Gregory, just
18       answer the questions to the best of
19       your knowledge, what you know.
20       THE WITNESS: He asked her not
21   to issue the W-2.
22 BY MR. OLSON:
23   Q.    And he told her to hide the
24 expenses in a line item in the UEA budget.

80

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 Correct?
2        MS. LEVINE: Object to the form
3    of the question.
4        THE WITNESS: I don't know that.
5        - - -
6        (Exhibit Gregory-3, 4/11/05
7    E-mail, Bates NL 001147, was marked
8    for identification.)
9        - - -
10 BY MR. OLSON:
11   Q.    Let me hand you what's been
12 marked as Gregory-3.
13   A.    I'm having trouble
14 understanding what this has to do with this.
15   Q.    This is a one page e-mail,
16 Bates stamped NL 001147. Let me know when
17 you've reviewed the e-mail, please.
18   A.    (Reviewing document.)
19   Q.    Could you identify this as an
20 e-mail you sent to Roger Deffner on April 11,
21 2005?
22   A.    Yes.
23   Q.    In this e-mail, you tell Mr.
24 Deffner that Al Pope had instructed Ms. Shedd

81

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 to hide her expenses in a line item.
2 Correct?
3        MS. LEVINE: Object to the form
4    of the question.
5        MR. OLSON: What's the
6        objection?
7        MS. LEVINE: The document speaks
8    for itself. If you want him to read
9    the letter, ask him to read it.
10 BY MR. OLSON:
11   Q.    Do you want me to repeat the
12 question?
13   A.    I -- this is what the document
14 says, so...
15   Q.    Does that refresh your
16 recollection about what had occurred?
17   A.    Yes, I guess.
18   Q.    And is what you state in this
19 document, is that consistent with your
20 recollection about what had occurred? I'm
21 just trying to make it easy. Is what you
22 wrote here consistent with your recollection?
23   A.    Yes.
24   Q.    Now --

21 (Pages 78 to 81)

---

82

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2     A.    What does this have to do with
3  any of this stuff? You're asking me to rat
4  out on a former president of the company.
5  What does that have to do with the lawsuit?
6     Q.    This is just a document that
7  was produced to us, we saw it, we just want
8  to know what happened.
9          Now, who is Mr. Deffner and
10  what was his role at this time?
11     A.    He's an egg farmer in the State
12  of Washington and a member, I believe at that
13  particular time, he was -- I believe he was
14  chairman of the board.
15     Q.    Is that why you're reporting
16  this situation to Mr. Deffner?
17     A.    I had been previously asked
18  about some things, so I felt an obligation to
19  tell him what had happened.
20     Q.    You had been previously asked
21  about some things by Mr. Deffner?
22     A.    Yes.
23     Q.    What did he ask you about?
24     A.    I don't know.  I mean, it's
25  just these are conversations.  I can't recall

---

83

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  a conversation that far back.
3     Q.    But generally about Mr. Pope's
4  expenses?
5          MS. LEVINE:  Object to the form
6     of the question.  Asked and answered.
7          THE WITNESS:  Treasurers had
8     noted some things that they had
9     concerns about, and it's kind of
10     passed down from one treasurer to the
11     other or from one president to the
12     other and that kind of thing, and so
13     this was Roger had been inquiring
14     about these kind of things.
15  BY MR. OLSON:
16     Q.    Why did you ask Mr. Deffner to
17  keep this in confidence?
18     A.    Because I thought it was
19  between me and him.  I was just informing him
20  as the chairman of the board what these
21  conditions were.
22     Q.    And was this conduct disclosed
23  to UEP's membership?
24     A.    No.
25          MR. OLSON:  We need to change

---

84

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  the tape, so maybe it's a good time to
3  take a break.
4          VIDEOGRAPHER:  The time is
5  10:25.  We're going off the video
6  record.
7              - - -
8          (A recess was taken.)
9              - - -
10          VIDEOGRAPHER:  The time is
11  10:38.  This is tape number two.
12  BY MR. OLSON:
13     Q.    Mr. Gregory, we're looking at
14  Gregory Exhibit 2.  I'd like to look at
15  page 2 where you talk about some appointments
16  that you had planned to make with staff
17  members.
18     A.    Uh-huh.
19     Q.    And first you mention a Howard
20  Magwire.
21     A.    Yes.
22     Q.    And that you were going to
23  change his title to UEP vice president
24  government relations.  Correct?
25     A.    Yes.

---

85

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2     Q.    Is he still in that position
3  today?
4     A.    He's retired now.
5     Q.    When did that occur
6  approximately?
7     A.    Let's see.  Howard actually
8  retired, I think, sometime in 2011, but
9  continued to work for us on a contract basis
10  in that capacity on an as-need basis.
11     Q.    Did someone replace Mr. Magwire?
12     A.    Have not yet.  Have not filled
13  that position.
14     Q.    You also state here, "We will
15  make it known that Howard will have full
16  responsibility for the management of the UEA
17  Further Processor Division."
18          Do you see that?
19     A.    Yes.
20     Q.    Did that occur?
21     A.    Yes.
22     Q.    So he was manager of that
23  division after you became president?
24     A.    Yes.
25     Q.    Next you speak about Ms.

---

**VERITEXT REPORTING COMPANY**
(212) 279-9424          www.veritext.com          (212) 490-3430

**86**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    Blizzard. You were promoting her to the
2    position of director of UEP's Egg Trading
3    Program. Did that occur?
4         A.    Yes. Previously to that, she
5    had no title.
6         Q.    What was her responsibility
7    previous to that?
8         A.    She is the one that is doing
9    the egg trading amongst our members as well
10   as working for the U.S. Egg Marketers members
11   to coordinate inquiries about exports.
12        Q.    So she was doing that prior to
13   2007?
14        A.    Yes.
15        Q.    And you gave her a more formal
16   title and position?
17        A.    Yes. Right.
18        Q.    Does she continue in those
19   roles today?
20        A.    She is now the president of
21   U.S. Egg Marketers, and she continues to do
22   egg trading for UEP.
23        Q.    All right. Then there's a
24   mention of some other staff including Chad
25

**87**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    Gregory. You say, "He will assume the
2    position of Staff Director for the UEA Allied
3    Division..." Did that occur?
4         A.    Yes.
5         Q.    Today he's president. Is there
6    a staff director of that division today?
7              MS. LEVINE: Object to the form
8         of the question. Be clear what entity
9         you're talking about.
10             THE WITNESS: Are you asking if
11        he is still the staff director of the
12        Allied Division?
13   BY MR. OLSON:
14        Q.    Yes.
15        A.    You know, I --
16        Q.    If you're not sure, that's
17   fine.
18        A.    I'm not sure whether he's
19   appointed one of the other people to that or
20   not.
21        Q.    Fair enough. All right.
22   Future -- there's a headline, a heading that
23   says, "FUTURE."
24        A.    Right.
25

**88**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1         Q.    And you refer to a severance
2    package provided Al Pope. Do you recall what
3    that severance package was?
4         A.    Not in great detail, but it was
5    a three-year period in which we paid him a
6    compensation for over a three-year period and
7    he continued to be on our insurance and
8    401(k) plan.
9         Q.    As of the time you stepped down
10   as president, was UEP providing any sort of
11   compensation or benefits or part-time
12   compensation to Mr. Pope?
13        A.    Would you state that again?
14        Q.    As of the end of 2012, was Mr.
15   Pope still being provided any sort of
16   compensation or benefits?
17        A.    No. No.
18        Q.    Let's look to the next page
19   where you -- there's a heading that says,
20   "Now let me share a few ideas of projects
21   that we hope to explore."
22        A.    Yes.
23        Q.    And you've -- I know you've
24   already reviewed this. I wanted to look at a
25

**89**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    couple of them. In point 1, you refer to the
2    Long Range Planning Committee. What was the
3    Long Range Planning Committee?
4         A.    It was a committee that was
5    formed for a special purpose, a single
6    purpose, to look at the future or the future
7    of our organization and make any kind of
8    recommendations that they felt appropriate
9    for -- to the board.
10        Q.    Now, this committee would be
11   convened from time to time over the years.
12   Correct?
13             MS. LEVINE: Object to the form
14        of the question.
15             THE WITNESS: No. That was not
16        like a standing committee.
17   BY MR. OLSON:
18        Q.    Just to be clear, because you
19   referred to there being a single purpose. I
20   just want the record to be clear, the Long
21   Range Planning Committee had convened before
22   2007.
23        A.    It was, yes, at one other
24   occasion, I think it there was. We're now,
25

90

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   it's not -- what I'm saying is, this is not
3   like a committee that is an ongoing regular
4   meeting type of thing.  This is, you know --
5   this is short term type of thing.
6       Q.    And the long range planning
7   that the committee -- strike that.  We'll
8   move on.
9           Let's look at point 2.  Have
10  you reviewed that or do you want to review it
11  again before I ask you about a couple of
12  portions of it?
13      A.    I think I --
14      Q.    Okay.  So the first sentence
15  you refer to a widening gap between shell egg
16  producer/marketers and egg breaking product
17  companies.  You say, "all of which are our
18  members."  Do you see that?
19      A.    Yes.
20      Q.    You're referring to both the
21  shell egg producer and the egg breaking
22  product companies being our members.
23  Correct?
24      A.    Yes.
25      Q.    And that refers to UEP?

91

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2       A.    Yes.
3       Q.    And you say that there's a
4   widening gap between those two types of
5   members.  What did you mean by "a widening
6   gap"?
7       A.    Well, what occurred, there was
8   a period in our history where there was shell
9   egg producers and egg breaking companies
10  simply bought eggs from shell egg producers.
11  As the time has passed now, most egg breaking
12  companies now have built their own egg
13  breaking -- have built their own egg
14  production houses so they're producing their
15  own eggs now.  The reason why there's a
16  widening gap is that that used to be a market
17  for shell egg producers' surplus eggs.  Now
18  that they have their own production, not only
19  has that stopped the flow of shell eggs to a
20  market that was surplus, they, in fact,
21  themselves at times are producing surplus
22  eggs that is depressing the shell egg price.
23      Q.    So before the egg breaking
24  companies integrated back into having some of
25  their own production, those companies were

92

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   one of the markets for shell egg producers
3   when they had surplus eggs?
4       A.    Yes.
5       Q.    And there was a change in the
6   industry where that market dried up to some
7   degree.  Correct?
8       A.    Yes.
9       Q.    That was approximately what,
10  the late '90s?
11      A.    I don't want to be pinned down
12  on dates because that construction has been
13  an ongoing thing and it's still going on.
14      Q.    When would you say it became --
15      A.    In the 1990s is when this began
16  to occur basically.
17      Q.    And that's when it began to be
18  somewhat of a problem for the shell egg side
19  of the industry.  Correct?
20      A.    It progressively got worse as
21  they built more of their own housing.
22      Q.    And it progressively got worse
23  throughout the '90s.  Right?
24      A.    Yeah.  And, you know, we're
25  talking about into early years of 2000 as

93

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   well.  We're not -- I'm not limiting it to
3   the '90s.
4       Q.    So it got worse through the
5   '90s into the early 2000s, and that caused
6   the shell egg producers to have to look
7   around for other ways to handle their surplus
8   eggs.
9       A.    Yes.
10      Q.    Now, you say here in point 2
11  that many people say I am even the cause of
12  this conflict between these two types of
13  entities because of my role in the Animal
14  Welfare Program.  Do you see that?
15      A.    Yes.
16      Q.    What were you referring to
17  there?  How did the Animal Welfare Program
18  lead to this gap or conflict?
19      A.    Our industry and our customers,
20  retail customers were being attacked by
21  animal activists in a number of ways.  And so
22  the reason for developing this science base
23  of UEP certified program was to provide a
24  solution for this, hopefully a solution for
25  this attack that was occurring upon our

VERITEXT REPORTING COMPANY
www.veritext.com
(212) 279-9424                                    (212) 490-3430

**94**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    industry. The difference is that in the egg
3    products business, they're not necessarily
4    producing a product that is like an egg
5    carton on the grocery shelf. They are
6    producing a liquid egg product, and much of
7    the time that is used as an ingredient into
8    manufacturing some other food product. And
9    those people that were ingredient buyers as
10   such were not being attacked by the animal
11   activist movement as yet. So the egg
12   products, the egg breaking members that we
13   had were not as receptive to an Animal
14   Welfare Program because it was going to cost
15   money to implement it and they didn't feel
16   that their customers were concerned about
17   this.
18       Q.    And because of the way UEP
19   developed the program, those egg breaking
20   members weren't allowed to produce eggs that
21   were certified under the program for the
22   customers who wanted those and to produce
23   eggs that were not certified under the
24   program for the customers who didn't want
25   certified eggs. Right?

**95**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2       MS. LEVINE: Object to the form
3    of the question. Compound. Assumes
4    facts not in evidence.
5       THE WITNESS: Restate it if you
6    don't mind.
7    BY MR. OLSON:
8       Q.    So just picking up on what you
9    said, the conflict here came about because
10   under the UEP certified program, an egg
11   breaking company couldn't have its shell eggs
12   certified for those customers who wanted
13   certified eggs, but not have to have its
14   eggs -- try it again.
15       A.    But I understand.
16       MS. LEVINE: Let Mr. Olson ask
17   the question which you can answer.
18   BY MR. OLSON:
19       Q.    I think you understand the
20   point. Let me try it again.
21       An egg breaking company has --
22   might have a couple different types of
23   customers, some who want certified eggs and
24   some who really don't have a demand for
25   certified eggs. Right?

**96**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2       A.    Yes.
3       Q.    And because of the way the
4    certified program was developed, that egg
5    breaking member of UEP couldn't have produced
6    some eggs that were certified and produced
7    some eggs that were not certified. Correct?
8       MS. LEVINE: Object to the form.
9       THE WITNESS: Yes.
10   BY MR. OLSON:
11       Q.    And that was cause of conflict
12   with those members of UEP. Correct?
13       MS. LEVINE: Object to the form
14   of the question.
15       THE WITNESS: You're making that
16   as an assumption, you know, I think.
17   BY MR. OLSON:
18       Q.    Well, you said -- you refer to
19   the cause of the conflict in this. I'm
20   asking, that was part of the conflict that
21   arose, right?
22       MS. LEVINE: Object to the form
23   of the question. Asked and answered.
24       THE WITNESS: You identified,
25   you know, you have two separate

**97**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    markets. You have two separate
3    customers. The UEP certified program
4    was developed to improve the welfare
5    of egg laying hens and to address a
6    public issue as well.
7    BY MR. OLSON:
8       Q.    But I'm just referring to this
9    aspect of the gap or the conflict between the
10   shell egg side and the egg breaking side.
11       MS. LEVINE: Mr. Olson, when you
12   ask the witness a question, the
13   witness gets to answer the question,
14   then you get to answer (sic) another
15   one. Mr. Gregory, you can give your
16   full answer.
17       THE WITNESS: So the program was
18   to developed to improve the welfare of
19   egg laying hens. It was not addressed
20   to be that you can do it on some of
21   your hens, you can be humane on some
22   of your hens and inhumane on some
23   other hens, it was your voluntary
24   right to implement this program if you
25   wanted to. But if you wanted to be

**25 (Pages 94 to 97)**

98

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    recognized as UEP certified, you were
2    going to have to do it on 100 percent
3    of your birds, because otherwise it
4    destroyed the credibility of the
5    program.
6    BY MR. OLSON:
7        Q.    And that requirement caused
8    some conflict between UEP members?
9        A.    Yes.
10       Q.    Now, you also referred to your
11   role in the price discovery to causing this
12   conflict.  What did you mean by that?
13       A.    I think what it was is that
14   there is -- there was still an interest by --
15   the role of price discovery is to make sure
16   that you put together all the factual
17   information as to what the cost of production
18   is for some terms of it and provide that
19   information to the market reporter.  There is
20   a conflict in that shell egg producers want
21   obviously high price, but they want the
22   market quote to reflect what's actually going
23   on in the market.  There were egg breaking
24   companies that were dominant egg breaking

99

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    more so than shell eggs.  And some of those
2    egg breaking companies needed to buy eggs
3    from, you know, they weren't producing all
4    their eggs so they needed to buy some eggs.
5    They obviously -- when they want to buy eggs,
6    they want to buy them as cheap as they
7    possibly can.  So they were more interested
8    in price discovery of the egg product side.
9    And the conflict was that UEP was spending
10   all of our time on the egg -- on the price
11   discovery of shell eggs.  So they were
12   assessed, saying to UEP can you do something
13   that could help on the price discovery of the
14   egg product side.
15       Q.    And when you refer to the egg
16   breaking companies that were dominant on the
17   egg breaking side, what are some examples of
18   that?
19       A.    There are -- as these companies
20   have transitioned --
21       Q.    Can you give some companies
22   that are examples of that?
23       A.    No, I don't --
24       Q.    Do any come to mind?

100

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1        A.    I don't want to.  You ask --
2    you can ask me for some names and I'll try to
3    confirm that, but just to give you names off
4    the top of my head, I don't want to do that.
5        Q.    And why is that?
6        A.    I'd like for you to ask me the
7    question is so and so.
8        Q.    But you've been in the egg
9    industry much longer than I have.  I couldn't
10   even necessarily give you a name.  What
11   are -- when you refer to there being the egg
12   breaking companies that were dominant on the
13   egg breaking side, what are some companies
14   that are examples of that?
15       A.    Again, I'd prefer you to tell
16   me the name of someone and ask me the
17   question rather than just a general question
18   of just anybody that I can come off the top
19   of my head.  Why should I --
20       Q.    I'm just not in a position to
21   do that, so I'd like you to tell me some
22   examples of companies that meet that
23   criteria.
24       A.    I have a question, why do I --

101

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1        MS. LEVINE:  Mr. Gregory, I
2    think all Mr. Olson is asking you is
3    based on this document, can you recall
4    sitting here today any companies that
5    you were referring to.  That's really
6    just the question.
7        MR. OLSON:  It's not actually
8    not the documents, the testimony he
9    just gave.  He referred to egg -- he
10   says there were egg breaking companies
11   that were dominant egg breaking more
12   so than shell eggs, and I'd just to,
13   just so we're on the same page, know
14   what are some examples of that?
15       THE WITNESS:  Michael Foods
16   would be one.
17   BY MR. OLSON:
18       Q.    Are there any others that come
19   to mind?
20       A.    I can't --
21       Q.    Okay.  Maybe we'll circle back
22   to that when I have some names in front of
23   me.
24       A.    Right.

26 (Pages 98 to 101)

**102**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    Q.    Now, you also referred to USEM
2  exports being a cause of this conflict
3  between shell egg producers and egg breaking
4  companies.  What were you referring to there?
5  This is in Gregory-2.
6    A.    The conflict is that, again,
7  shell egg producers want the price of eggs to
8  improve.  And that is not in the -- always in
9  the best interest of the egg breaking
10  companies that they do so.  And so when an
11  export was taken by U.S. Egg Marketers, there
12  were short-term market benefits from that.
13  And that was not -- egg breaking companies
14  didn't feel that was in their best interest.
15    Q.    When you say "short-term market
16  benefits," you're referring to improvements
17  in domestic egg prices.  Correct?
18    A.    Yes.
19    Q.    Now, in this Gregory-2, you
20  make the point that as president of UEP you
21  wanted to bring these two sectors of industry
22  closer together.  Correct?
23    A.    Yes.
24    Q.    The shell egg producers and the

**103**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  egg breaking companies.  Right?
2    A.    Yes.
3    Q.    And you went to meet with UEA
4  members to talk about ideas for doing that.
5  Correct?
6    MS. LEVINE:  Object to the form
7  of the question.
8    THE WITNESS:  I think at that --
9  I think previously the UEA processor
10  members felt that, you know, they were
11  just like something off on the side of
12  the room that UEP didn't pay enough
13  attention to or UEP was not interested
14  in, and my idea was that I would try
15  to tell them that I would listen to
16  their concerns and I would try to find
17  ways to improve communications between
18  the two organizations.
19  BY MR. OLSON:
20    Q.    And did you meet with the UEA
21  membership to communicate?
22    A.    Yes, I did.
23    Q.    In point 3 you talk about some
24  of these -- the same issues a little bit.

**104**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  You refer towards the end to wanting to hold
2  a meeting of key industry people from all
3  these different sectors for a brainstorming
4  session.  Do you see that?
5    A.    With all these changes --
6    Q.    Mr. Gregory, I should have
7  noted that when you read out loud, it's very
8  hard for the court reporter.  So it's best to
9  just read quietly, because when people read
10  out loud, they do it very quickly.
11    MS. LEVINE:  She has to type
12  everything.  So you can read it and
13  tell Mr. Olson when you're finished
14  reading.
15  BY MR. OLSON:
16    Q.    Okay.  So you've looked at
17  that.  Did you hold a brainstorming session
18  like that?
19    A.    I don't recall us doing that.
20    Q.    And you refer to the marketing
21  pie.  You say, "...the marketing pie is only
22  so large and we all have a piece of it."
23    Do you see that?
24    A.    Yes.

**105**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    Q.    And you're referring to -- when
2  you say "we all," you're referring to the
3  shell egg side and the egg breaking side.
4  Right?
5    A.    Yes.  Yes.
6    Q.    You say that "...we all need to
7  work together to avoid surpluses that drive
8  our markets to unprofitable prices for long
9  periods of time."
10    Do you see that?
11    A.    Yes.
12    Q.    So what you're saying is the
13  shell egg side and the egg breaking side
14  needs to work together to avoid surplus of
15  eggs.  Right?
16    A.    Yes.
17    Q.    If you turn the page, the last
18  point on this document, there's a point 7
19  where you say, "UEP is so privileged to have
20  a number of consultants with expertise that
21  we could never afford to employ full time."
22    Do you see that?
23    A.    Yes.
24    Q.    UEP had consultants that it

27 (Pages 102 to 105)

106

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  would engage on a part-time basis, correct,
3  or for particular projects?
4        A.    What I'm referring to here is
5  that none of these people were employees and
6  none of these people -- they're working on
7  particular areas of expertise.
8        Q.    And from time to time UEP would
9  pay a consultant to work on a particular
10  project.  Correct?
11            MS. LEVINE:  Object to the form
12        of the question.
13            THE WITNESS:  Can I explain this
14        or do I just answer?  I think yes is
15        an inappropriate answer.
16  BY MR. OLSON:
17        Q.    Now, can you tell --
18        A.    So I asked you a question.
19        Q.    Oh --
20        A.    I said --
21        Q.    Oh is an inappropriate answer.
22        A.    Yes.
23        Q.    So UEP did not hire consultants
24  to work on particular projects?
25        A.    Randy Green is an employee of

107

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  the McLeod, Watkinson & Miller law firm in
3  Washington, D.C., and we use Randy Green as
4  our consultant as such on government
5  relations affairs.  Jeff Armstrong was -- is
6  now anyway, the president of Cal Poly State
7  University.  We use him as a consultant on
8  all animal welfare type things.  Mitch Head
9  is with the GolinHarris public relations
10  firm, and we use him as a consultant in
11  public relations areas.  Dr. Hongwei Xin is
12  with the University of Iowa, and he's our
13  consultant on environmental issues.  I'm
14  trying to think.  So we had consultants, so
15  did we pay -- Randy Green was an employee of
16  McLeod, Watkinson & Miller, we contracted --
17  we paid McLeod, Watkinson & Miller as our
18  government relations representative in
19  Washington.  Mitch Head of GolinHarris, we
20  paid them through a public relations -- they
21  did public relations work for us.  Hongwei
22  Xin we did not pay.  Jeff Armstrong we did
23  not pay.  Who else did I mention?
24        Q.    That's all you mentioned.  So
25  UEP never paid Jeff Armstrong for any

108

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  projects?
3        A.    What UEP did was that they
4  made a -- they paid into the -- this was when
5  he was at Michigan State University.  They
6  paid into a Michigan State University
7  account.  I can't remember what it was.  But
8  it was not him.  He was the president -- no,
9  he was the Dean of Agriculture at Michigan
10  State University, and it was an account or
11  whatever it is for Michigan State University
12  Dean of Agriculture.  That's --
13        Q.    Okay.
14        A.    In other words, we could not
15  pay Jeff Armstrong.
16        Q.    So UEP never paid Mr. Armstrong
17  for consulting services, correct, directly?
18  Never paid him directly?
19        A.    I know there's times we paid
20  honorariums at Christmas to some of these
21  people.  You know, we may have, I don't
22  recall.
23        Q.    So you -- sitting here today,
24  you can't recall whether UEP paid Jeff
25  Armstrong directly for consulting services.

109

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  Correct?
3        A.    I'm saying we may have, but I
4  don't recall.  I do recall the Michigan State
5  University fund that we contributed to.
6            - - -
7        (Exhibit Gregory-4, 3/7/05
8        Letter, Bates UE0662322, was marked
9        for identification.)
10            - - -
11  BY MR. OLSON:
12        Q.    Let me hand you what's been
13  marked Gregory-4.  We just have a couple of
14  copies of this one in fact.  I need that.
15            This is Bates stamped
16  UE0662322.  Can you identify this as a letter
17  you wrote on March 7, 2005, to Mr. Armstrong?
18        A.    Yes.
19        Q.    Does this refresh your
20  recollection about whether UEP paid Mr.
21  Armstrong for consulting services?
22        A.    It does not clear to me whether
23  that $9,000 was paid to him or was paid into
24  that Michigan State University account that I
25  talked...

110

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 The travel to Europe was, it
2 was covering his expenses because he, along
3 with a group of people, went to Europe and we
4 visited egg farms in Europe.
5       Q.    Well, we don't have the checks
6 in front of us, but what you say is please --
7 "Dear Jeff: Please find UEP's checks for
8 your consulting services during 2005..."
9 Correct?
10      A.    And I'm not questioning that.
11 What I'm saying is that I don't know whether
12 the check is to him or is to Michigan State
13 University is what I'm saying.
14      Q.    But you sent it directly to him
15 at his home.  Correct?
16      A.    It appears that way, yes.
17      Q.    All right.  You can put that
18 aside.
19           How about Don Bell, was he ever
20 paid for consulting services?
21      A.    He was not paid for consulting
22 services.  He was contracted for -- after he
23 had retired from the university, there was
24 nobody in the industry that had his data and

111

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 was keeping his information, and so as a
2 bridge until somebody else could be found to
3 accumulate that information, we contracted on
4 a monthly basis, I think it was, for him to
5 carry on that service.
6       Q.    And when did that start?
7       A.    I don't know what the date was.
8       Q.    Approximately?
9       A.    No.
10      Q.    Before Mr. Bell retired, was he
11 ever paid for any consulting services by UEP?
12           MS. LEVINE:  Objection.  Asked
13      and answered.
14           THE WITNESS:  Not to my
15      knowledge.
16 BY MR. OLSON:
17      Q.    What functions of a trade
18 association does UEP perform?
19           MS. LEVINE:  Object to the form
20      of the question.  This witness is not
21      a lawyer.  To the extent he can answer
22      the question on his own facts, factual
23      information, he can answer.
24           THE WITNESS:  Your question is

112

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 what functions does UEP do that
2 could -- as a trade association?
3 BY MR. OLSON:
4       Q.    What functions of a trade
5 association does UEP perform?
6           MS. LEVINE:  Object to the form
7      of the question.
8           THE WITNESS:  I don't know that
9      we do that.  I thought we did so as a
10     cooperative.
11                - - -
12           (Exhibit Gregory-5, 5/8/07
13      Statement of the United Egg Producers
14      Before the Subcommittee on Livestock,
15      Dairy, and Poultry Committee on
16      Agriculture U.S. House of
17      Representatives, Bates UE0567055 -
18      UE0567060, was marked for identification.
19                - - -
20 BY MR. OLSON:
21      Q.    Let me hand you what's been
22 marked Gregory-5.  Just ask you to take a
23 brief look at it and then we'll look at a
24 couple other portions.

113

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1           UNIDENTIFIED SPEAKER:  Can you,
2      please, identify the Bates range of
3      the document?
4           MR. OLSON:  Yes.  It is
5      UE0567055 through 567060.
6           UNIDENTIFIED SPEAKER:  Thank
7      you.
8 BY MR. OLSON:
9       Q.    Mr. Gregory, I'm only going to
10 ask about the first couple of the pages of
11 the document, so if you --
12      A.    Okay.
13      Q.    So can you identify this as a
14 statement you made on behalf of UEP to a
15 committee or a subcommittee of the United
16 States House of Representatives?
17      A.    Yes.
18      Q.    On May 8, 2007.  Correct?
19      A.    Yes.  Can I say anything more
20 about that?
21      Q.    Let me ask a couple more
22 questions.
23           Did you attend that subcommittee
24 hearing in person?

29 (Pages 110 to 113)

**114**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      A.    Yes.
3      Q.    Did you submit this written
4  statement to that subcommittee?
5      A.    Yes.
6      Q.    Did you read it out loud at the
7  hearing?
8      A.    Yes.
9      Q.    All right.  Did you have any
10 help in drafting this statement?
11     A.    Yes.
12     Q.    And who helped you draft it?
13     A.    Randy Green.
14     Q.    All right.  On the first page
15 there's a heading that says, "About UEP."
16         Do you see that?
17     A.    Uh-huh.
18     Q.    And you say, among other
19 things, "We are a farm cooperative, and in
20 addition to performing all the functions of a
21 trade association, we also administer a
22 program of animal husbandry standards called
23 the UEP Certified Program."
24         Do you see that?
25     A.    Uh-huh.  Yes.

**115**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      Q.    What functions of a trade
3  association does UEP perform?
4         MS. LEVINE:  Object to the form
5  of the question.
6         THE WITNESS:  Again, I'm
7  struggling with that because I've
8  never worked for a trade association.
9  So I think a trade association
10 probably could do all things other
11 than -- in reference to UEP, I think
12 they could do all things other than
13 those things that has to do with
14 discussions of supply, demand or of
15 recommendations of supply actions.
16 Basically anything that has to do with
17 the market.
18 BY MR. OLSON:
19     Q.    You continue to say, "In
20 addition, we negotiate and conclude export
21 sales through our subsidiary, U.S. Egg
22 Marketers..."
23         Do you see that?
24     A.    Yes, I do.
25     Q.    You continue to say, "...as

**116**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  well as providing egg trading, access to
3  insurance and other services."
4         Do you see that?
5      A.    Yes.
6      Q.    What egg trading services did
7  UEP provide?
8      A.    Again, Phyllis Blizzard, she
9  trades eggs for our members, those when they
10 have -- you know, not all of our members, but
11 some of our members, if they have surplus
12 eggs, they will call her and then she will
13 try to find another egg producer that's short
14 of eggs and try to match those up.  So we
15 serve as a broker in that.
16     Q.    And this service is available
17 to UEA members as well.  Correct?
18     A.    You know what, I don't know if
19 we ever done any business with UEA members.
20     Q.    Sitting here today, do you
21 recall whether this service was available to
22 UEA members?
23     A.    That was not the intention of
24 this.  This was for UEP members.
25     Q.    Are you sure of that?

**117**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      A.    Listen, Mr. --
3      Q.    I'm just asking, I can't tell
4  if you're certain or you're uncertain.
5      A.    Sitting here today, I'm not
6  sure of anything.
7      Q.    Okay.  We'll look at some
8  documents later and maybe we'll circle back
9  to it.
10     A.    That's what I would invite.
11     Q.    I didn't mean to be accusatory
12 by that.  I just couldn't tell if this was
13 something that you were certain of or whether
14 you were uncertain.
15     A.    I'm not trying to evade your
16 question.  I don't have a memory of that ever
17 happening is what I'm saying.
18     Q.    Understood.
19         Do you recall how many UEP
20 members approximately used the egg trading
21 service?
22     A.    Through the -- no, I don't, but
23 through the years it has declined.  At one
24 time lots of them did.  Today very few.
25     Q.    Would it be fair to say as of

30 (Pages 114 to 117)

118

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  2007, it was relatively few members?
3         MS. LEVINE:  Object to the form
4     of the question.
5         THE WITNESS:  Yeah, it was --
6  BY MR. OLSON:
7     Q.    Let me try it this way:  Can
8  you put any more meat on that statement that
9  over time it declined and at one time there
10 were a lot and then there were very few?  Can
11 you give more specificity about the time
12 period?
13    A.    No.  I think I've answered the
14 question.
15    Q.    Would it be fair to say as of
16 2007, relatively few UEP members used the egg
17 trading service?
18    A.    I would not say that.  I don't
19 know.
20    Q.    Do you know approximately how
21 many UEP members used the egg trading service
22 while you were president of UEP?
23    A.    I do not.
24    Q.    Did UEP take a commission on
25 the egg trading sales?

119

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     A.    Yes.
3     Q.    All right.  Let's turn to the
4  second page of Gregory Exhibit 5.  At the top
5  you say, "Let me say unequivocally that the
6  well-being of farm animals is a legitimate
7  topic of public interest."
8         Do you see that?
9     A.    Yes.
10    Q.    Do you still believe that
11 today?
12    A.    Yes.
13    Q.    Let's look under the heading "A
14 Science-Based Approach," have you reviewed
15 what's under that heading?
16    A.    I quickly looked at it, yes.
17    Q.    In the first paragraph, you
18 stated to the House of Representatives that
19 UEP commissioned an unpaid Scientific
20 Advisory Committee.  Do you see that?
21    A.    Yes.
22    Q.    What was the significance of it
23 being unpaid?
24    A.    When we first approached Dr.
25 Armstrong, we said that we would -- we asked

120

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  if he would be willing to put forth a
3  Scientific Advisory Committee that could
4  evaluate our industry and tell us if we need
5  to make changes, and that we would not pay
6  anybody for doing so, and that we would --
7  but we would cover their expenses for
8  meetings.  Now you're going to bring back the
9  letter to Jeff Armstrong, and I know you're
10 going to do so, but I want you to know that
11 that's 2005.  Jeff Armstrong was not paid for
12 his work on the Scientific Committee.  That
13 Scientific Committee completed that work long
14 before this.  This is work that he is doing
15 for us as I told you as a consultant in
16 animal welfare, in all forms of animal
17 welfare unrelated to the program.
18    Q.    So when did the Scientific
19 Committee complete its unpaid work?
20    A.    Well, no, the Scientific
21 Committee delivered those recommendations for
22 this program to us.  I believe, that was in
23 September of 2000.  But that Scientific
24 Committee has not left us.  It is an ongoing
25 committee that is still involved with us even

121

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  today.
3     Q.    Okay.  So as of 2007, in this
4  statement to the House of Representative's
5  Committee, the Scientific Committee was still
6  performing ongoing work for UEP?
7     A.    Yes.
8     Q.    Relating to animal welfare?
9     A.    Yes.
10    Q.    How do you reconcile your
11 statement that they were unpaid with the
12 document that you've noted where --
13    A.    As I just told you --
14    Q.    Let me just ask the question.
15        -- where Mr. Armstrong was paid
16 for consulting services related to animal
17 welfare?
18    A.    So I just told you the
19 Scientific Committee had completed their work
20 on this UEP certified program.
21    Q.    And when did they complete that
22 work?
23    A.    September 2000.  During all
24 that time, and even to this day, no one other
25 than Dr. Armstrong has ever been paid for

31 (Pages 118 to 121)

122

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  consulting, and his consulting was not as it
3  relates to the UEP certified program, but it
4  is animal welfare totally. And that didn't
5  start until after that UEP certified program.
6  Their work had been done.
7        Q.    In the second paragraph at the
8  end you say, "To ensure its objectivity, the
9  committee...," and I believe you're referring
10  to the Scientific Advisory Committee.
11       A.    Yes.
12       Q.    You say, "...did not include
13  any producers as members."
14             Do you see that?
15       A.    Yes.
16       Q.    And why did you make that
17  point?
18       A.    Because the Scientific
19  Committee did not include any producers.
20       Q.    But what's the significance of
21  that?
22       A.    To show the independence of the
23  committee.
24       Q.    In the next paragraph you say,
25  "The Scientific Committee recommended

123

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  significant changes in egg production
3  practices."
4             Do you see that?
5       A.    Yes.
6       Q.    What significant changes did it
7  recommend?
8       A.    It recommended changes as it
9  relates to space per bird. It recommended
10  changes in the way we beak trim birds. It
11  recommended changes the way we molt our hens.
12  It recommended changes as a way we handle
13  birds. It's -- there are numerous.
14       Q.    To this house subcommittee you
15  identified one of the most important
16  recommendations as the increase in the amount
17  of space for each bird and cage production
18  systems. Correct?
19       A.    Yes.
20       Q.    You say, "When this
21  recommendation is followed, the total number
22  of birds in a henhouse will fall..."
23             Do you see that?
24       A.    Yes.
25       Q.    That was your expectation as

124

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  president of UEP. Correct?
3       A.    Yes.
4       Q.    You say -- you continue
5  discussing what would happen when the cage
6  space recommendation was followed, you say
7  also "...total egg output will decline..."
8             Do you see that?
9       A.    For that -- for the house. The
10  total output will decline because you have
11  less hens in it.
12       Q.    That was your expectation as
13  president of UEP as well. Correct?
14       A.    Yes.
15       Q.    You also stated that producers'
16  fixed costs for each unit of output would
17  increase. Do you see that?
18       A.    It says, Thus, producers'
19  costs -- fixed costs for each unit of output
20  increases. What I'm talking about is there
21  that you have certain fixed cost as it
22  relates to insurance on the buildings. You
23  have taxes on the buildings. You have --
24  there are certain fixed costs that when you
25  divide that fixed cost over a less number of

125

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  eggs, then it increases on a per dozen basis.
3       Q.    Now, in the next paragraph you
4  provide some quotes by Dr. Armstrong. Do you
5  see that?
6             The next paragraph states, "Dr.
7  Armstrong has written and spoken extensively
8  about UEP's adoption of scientific
9  guidelines."
10             Do you see that?
11       A.    Uh-huh.
12       Q.    "On behalf of the entire
13  committee, he has said...," and you give a
14  quote there, We believe these guidelines set
15  the basis for humane care.
16             Do you see that?
17       A.    Yes.
18       Q.    Where does that quote come
19  from?
20       A.    I can't tell you today, but I
21  assume that that was a quote that he actually
22  stated or wrote.
23       Q.    Now, the Scientific Committee
24  adopted some guidelines.
25       A.    No. The scientific --

32 (Pages 122 to 125)

**126**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

Q.   Go ahead.

A.   The Scientific Committee made recommendations which then became guidelines.

Q.   So is it your testimony that Mr. Armstrong endorsed the UEP guidelines on behalf of the entire committee as setting the baseline for humane care?

A.   I believe so.

MS. LEVINE:  Object to the form of the question.

THE WITNESS:  Yes, I believe so.

BY MR. OLSON:

Q.   All right.  If you turn to the next page, at the end of this section, second sentence you say, "UEP has never rejected a recommendation by the committee..."

Do you see that?

A.   Yes.

Q.   Why did you make that point?

A.   Because I'm trying to say that UEP was not selective of the scientific recommendations.

Q.   What's the significance of that, in your view?

**127**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

A.   In my view, it is the fact that here is a scientific committee making recommendations to improve the welfare of our laying hens.  It is not our role then, it is not UEP's role then to be selective of those recommendations.

Q.   And if you UEP had been selective of the recommendations, would that harm the credibility of the program?

MS. LEVINE:  Object to the form of the question.  Asks for a hypothetical.  Mr. Gregory can ask -- answer based on his facts.

THE WITNESS:  That's pure speculation, I think.

BY MR. OLSON:

Q.   Would it have harmed the credibility of the program, in your view, if the UEP Producer Committee had been selective about what recommendations from the Scientific Committee it adopted?

MS. LEVINE:  Same objection.

THE WITNESS:  Yes.

BY MR. OLSON:

**128**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

Q.   Let me -- actually if you turn to the last page of this document, there's just one thing I wanted to ask you about.  There's a sentence you write, "The marketplace is the appropriate place to establish science-based standards that will allow consumers to make their own choices."

Do you see that?

A.   Yes.

Q.   Do you still believe that today?

A.   Yes.

Q.   All right.  You can put that aside.

- - -

(Exhibit Gregory-6, 2/22/99 United Voices, Bates UE0064537 - UE064539, was marked for identification.)

- - -

BY MR. OLSON:

Q.   Let me hand you --

A.   Can I explain what this is?

Q.   Yes.  Well, you know, we don't have time, but, you know, your counsel later

**129**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

can -- will have some time to ask you to do things like that.

A.   My point is that you are selective of what you want to ask me without knowing the context of why this is even done.

Q.   Just so you know, the reason I do that is because I have limited time.

A.   I understand that.

Q.   So I've handed you what we've marked as Gregory-6.  It's a United Voices dated February 22, 1999.  It's Bates stamped UE0064537 through 64539.

And, Mr. Gregory, can you identify this for the record as a United Voices publication from February 22, 1999?

A.   Yes.

Q.   You edited this publication.  Correct?

A.   Yes.

Q.   All right.  On the first page there is a heading that says, "ANIMAL WELFARE COMMITTEE HOLDS FIRST MEETING."

Do you see that?

A.   Yes.

**VERITEXT REPORTING COMPANY**
(212) 279-9424        www.veritext.com        (212) 490-3430

130

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      Q.    Why don't you go ahead and just
3  review that short section there, please.
4      A.    (Reviewing document.)
5            Okay.
6      Q.    All right.  Did you put that
7  section together?
8      A.    I'm sure I did.
9      Q.    And you were the staff member
10  responsible for the Scientific Advisory
11  Committee.  Correct?
12      A.    Yes.
13      Q.    You identify the members of the
14  committee in this publication.  Correct?
15      A.    Yes.
16      Q.    And one of the members you
17  identify is a person named Barrie Wilcox.
18  Correct?
19      A.    He is not a member of the
20  committee.
21      Q.    Mr. Gregory, this publication
22  says, "Members of the committee are."
23      A.    Yes, I understand that.  That's
24  an error.  He is not a member of the
25  committee.  He's not a scientist.

131

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      Q.    We'll get to that aspect of it,
3  but let's just be very clear.  In the United
4  Voices publication you wrote on February 22,
5  1999, you list Barrie Wilcox as a member of
6  the committee, correct, of the Scientific
7  Advisory Committee?
8            MS. LEVINE:  Objection.  Asked
9       and answered.  Go ahead.
10            THE WITNESS:  That is an error
11       on my part because he is not a
12       scientist.  He should have been listed
13       as a, you know, producer, supporter,
14       whatever it is.  So that is an error.
15       You may find other errors in -- of the
16       number of newspapers -- newsletters I
17       wrote over the years.  Barrie Wilcox
18       is not a member of that committee.  I
19       don't give a damn if it does show him
20       as a member of that committee.
21  BY MR. OLSON:
22      Q.    What if the Scientific Advisory
23  Committee report listed him as a member,
24  would that change your view?
25      A.    It would not.

132

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      Q.    Now, this report about the
3  first meeting talks about the issues that
4  were discussed.  Do you see that?  There's
5  some bullets.
6      A.    Yes.
7      Q.    One of them is "Molting and the
8  economics of such."
9      A.    Right.
10      Q.    What were the economic issues
11  about molting that were being discussed by
12  the Scientific Advisory Committee at this
13  time?
14      A.    I don't recall.  I can tell you
15  about molting or I can tell you about the
16  molting -- economics of molting, but I can't
17  tell you what they were doing there.
18      Q.    That's an acceptable answer if
19  you don't recall.
20            Let's look at the second page.
21  There's a heading that says, "EGG PRICE
22  COMPARISON."
23      A.    Yes.
24      Q.    Would that have been a section
25  that you would have drafted?

133

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      A.    Likely so.  I don't know.
3      Q.    All right.  In the first
4  paragraph you report on some hen inventory
5  numbers.  Do you know where you're getting
6  those numbers from?
7      A.    They all come from published
8  figures by USDA National Agriculture Service.
9      Q.    You conclude by saying, "Does
10  the hen inventory have an impact upon egg
11  price quotes?"
12            Do you see that?
13      A.    Yes.
14      Q.    You say, "We think so."
15      A.    Yes.
16      Q.    And the "we" is UEP.  Right?
17  Or you in the general we?
18      A.    In this case, I don't know
19  whether it's me or it's UEP.
20      Q.    How does hen inventory impact
21  egg price quotes?
22            MS. LEVINE:  Object to the form
23       of the question.  This is not an
24       economist.  To the extent, Mr.
25       Gregory, you have facts that you can

134

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     respond, you may do so.
3          THE WITNESS:  Well, the more
4     hens you have, they're producing more
5     eggs and so if you're -- egg industry
6     is a commodity business.  It's based
7     on supply and demand.  If you have
8     more hens as needed producing more
9     eggs than needed, then it has an
10    effect on the price of eggs being
11    depressed.
12 BY MR. OLSON:
13    Q.     In the conclusion of that
14 section about the egg price comparison you
15 state, "UEP's Marketing Committee will be
16 meeting on March 8th in Chicago and will very
17 likely consider recommendations for improving
18 the supply-demand conditions."
19         Do you see that?
20    A.    Yes, I do.
21    Q.     Why did you consider it likely
22 at this time that they would make those types
23 of recommendations?
24    A.    You've given me something dated
25 February 22, 1999.  There's no way in the

135

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  world I can remember that.
3     Q.     Okay.  Fair enough.  I have to
4  ask the questions, but if you don't know the
5  answer, that's fine.  You can put that aside.
6              - - -
7     (Exhibit Gregory-7, 4/19/99
8     United Voices, Bates UE0064509 -
9     UE0064514, was marked for identification.
10             - - -
11 BY MR. OLSON:
12    Q.     Let me hand you what's been
13 marked UEP -- I'm sorry, Gregory Exhibit 7.
14 This is a document that is Bates stamped
15 UE0064509 through 64514.  I'll ask you if you
16 can identify this as a United Voices
17 publication that you edited dated April 19,
18 1999?
19    A.    Yes.
20    Q.     Now, the first section here
21 titled, "HEN DISAPPEARANCE - KEY TO PROFITS."
22 And it's an editorial by Ken Looper.  Who is
23 Mr. Looper?
24    A.    He at that time was chairman of
25 the board.

136

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     Q.     Was he an egg producer?
3     A.    Yes.
4     Q.     What company was he at?
5     A.    Cal-Maine Foods.
6     Q.     Then he begins -- so I take it
7  from time to time you would publish in United
8  Voices editorials written by others?
9     A.    Yes.
10    Q.     Did you have a practice about
11 how that happened or did you just make an
12 individual decision about which ones to
13 publish?  How did that happen?
14    A.    That, I don't recall.  He was
15 the chairman of the board and if he wanted
16 to -- if he wanted to say something to the
17 membership, I wasn't going to say no.
18    Q.     You might even put it right at
19 the beginning of the piece?
20    A.    That's why it is.
21    Q.     So the first sentence he says,
22 "The key to profitable prices the last half
23 of 1999 is the number of old hens that
24 disappear between now and December 31, 1999."
25         Do you see that?

137

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     A.    I see it, but I'm having
3  trouble understanding it.  The dating is
4  somehow wrong.
5     Q.     I think he's saying that the
6  number of hens that disappear between now and
7  the end of the year.
8     A.    But this is written in April of
9  '99, that's what I'm saying.
10    Q.     Isn't what he saying that the
11 key to profitable egg prices for the rest of
12 the year --
13    A.    Yes.
14    Q.     -- is how many eggs
15 disappear -- I'm sorry, how many hens
16 disappear?
17         MS. LEVINE:  Object to the form
18    of the question.  This is written by
19    someone other than the witness.  He
20    can testify to what he knows about the
21    article.
22 BY MR. OLSON:
23    Q.     That's what he's saying.  Correct?
24    A.    I think so, yes.
25    Q.     And hen disappearance, that

---

**138**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  occurs through what's referred to as
3  slaughter. Correct?
4        A.    Yes.
5        Q.    Or at least that's one of the
6  ways. Right?
7        A.    Yes.
8        Q.    That means killing hens before
9  you normally would. Right?
10            MS. LEVINE: Object to the form.
11            THE WITNESS: Not necessarily,
12  no.
13  BY MR. OLSON:
14        Q.    Or just it refers to killing
15  hens. Right?
16        A.    Yes.
17        Q.    There's also -- he makes
18  reference to rendering, do you know what
19  rendering is?
20        A.    Yes.
21        Q.    What is that?
22        A.    Rendering are -- renderers are
23  companies that take products and -- I'm not
24  sure I can explain, but they -- for instance,
25  they might take products from restaurants or

---

**139**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  whatever, you know, and render those
3  products. It's -- or they could take hens or
4  meat or dead animals along the road or those
5  kind of things, and it's a rendering plant in
6  which they -- I don't know what they do with
7  it, but they make some sort of product out of
8  it.
9        Q.    Okay. I think that's enough to
10  learn about that.
11        A.    I don't know.
12        Q.    Now, if you look at the second
13  column on page 1, there's a short middle
14  paragraph that says, "The export business the
15  industry had in 1995 has been cut in half..."
16            Do you see that?
17        A.    Yes.
18        Q.    "...and so far in 1999 the
19  breakers increase in volume is half of what
20  it has been the past few years."
21            Do you see that?
22        A.    Uh-huh.
23        Q.    That's a concept we talked
24  about earlier, changes in the industry --
25        A.    Uh-huh.

---

**140**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    -- were changing how UEP
3  members dealt with a surplus of eggs. Right?
4        A.    Yes.
5        Q.    And it's happening at this
6  time. Correct?
7        A.    Yes.
8        Q.    So Mr. Looper says, "Now is the
9  time to concentrate hard on the supply side
10  of our business." Right?
11        A.    Okay. Yes.
12        Q.    And that was partly the results
13  of these changes in the industry that were
14  occurring. Right?
15            MS. LEVINE: Object to the form
16  of the question. Again, this is not
17  written by the witness.
18  BY MR. OLSON:
19        Q.    That's your understanding.
20  Correct?
21        A.    As I read it today, I guess I
22  would draw that conclusion. However, I don't
23  remember it based upon 1999.
24        Q.    Okay. Fair enough. Now, if
25  you turn to the next page, there's a section

---

**141**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  titled, "HAVE WE REALIZED THE YEAR'S BEST
3  PRICE PERIOD." And that is a section that
4  you would have drafted. Correct?
5        A.    Yes.
6        Q.    And in the second paragraph you
7  say, "By adjusting the supply side of the
8  business, we can make sure that prices are
9  above the 70-cent level."
10            Do you see that?
11        A.    Yes.
12        Q.    "Do your part in early molting
13  and early slaughter."
14            Do you see that?
15        A.    Yes.
16        Q.    How does early molting affect
17  the supply side of the business?
18        A.    An egg farmer will have within
19  his planned schedule this flock of hens, when
20  they reach a certain age, that we are going
21  to put them into a molt. By putting them
22  into a molt, that rejuvenates their
23  productive system. It takes off some of
24  their body fat. It allows them a period of
25  rest and then they come back into production

142

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  producing better quality eggs and extends the
2  lifecycle of the hen.
3          So if a company had a planned
4  schedule to molt, just pick any number, at
5  65 weeks of age, we would say to them that it
6  would help the industry if you molted at
7  63 weeks of age.  So in other words, do it a
8  couple weeks earlier because then you -- the
9  period of time that the hen is out of
10 production is still the same, but if you do
11 it a couple of weeks earlier, we will recover
12 from some of these terrible economic indices
13 we're in at an earlier date than we would.
14      Q.   Is it also that the lifecycle
15 of the hen will end at an earlier date, the
16 egg laying lifecycle of the hen?
17      A.   Not when you molt.  It actually
18 extends the life -- the lifecycle, yeah.
19      Q.   But if you move up the molting?
20      A.   No, that doesn't -- well, I
21 think that's an individual farm because
22 they're working on schedules of when they are
23 going to bring the next flock of pullets in.
24 They've already ordered those started

143

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  pullets.  So just when they make a decision
2  to move that up two weeks, they have already
3  got those pullets growing and they can't
4  change that.  So, no, it doesn't necessarily
5  end the life of the hen earlier.
6      Q.   So by this -- by this point in
7  April of 1999, UEP had put forward some sort
8  of a supply adjustment plan.  Correct?
9          MS. LEVINE:  Object to the form
10 of the question.
11         THE WITNESS:  I'd have to --
12 BY MR. OLSON:
13      Q.   Why don't you look at page 4.
14 The page numbers are at the top.
15      A.   Okay.
16      Q.   This refers to there being a
17 supply adjustment plan.  Correct?
18      A.   Yes.
19      Q.   This section titled, "RESPONSE
20 TO SUPPLY ADJUSTMENT PLAN," that would have
21 been something you would have drafted.
22 Correct?
23      A.   Yes.
24      Q.   What you're doing in this

144

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  section is you're reporting what responses
2  you had learned about to the plant.
3      A.   Yes.
4      Q.   Right?
5          So you report, for example,
6  that a large UEP egg producer member had
7  called to say their company was doing their
8  part to follow the plan.  Right?
9      A.   Yes.
10     Q.   In the second paragraph you say
11 another member called to report that they
12 were doing their part, and you explain what
13 they had reported, too.  Correct?
14     A.   I'm trying to say there in the
15 second paragraph that a member called and
16 said they were trying to sell their hens
17 early, but the fowl buyer was pushing dates
18 back so he couldn't do it.
19     Q.   Right.  Okay.  And then you
20 conclude by saying we still have a lot of
21 work to do basically, correct, to meet the
22 goals of hen disappearance that Mr. Looper is
23 suggesting?
24     A.   Right.

145

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1      Q.   Okay.  Put that aside.
2                - - -
3          (Exhibit Gregory-8, UEP Meeting
4          Committee Las Vegas - April 27, 1999
5          Minutes, Bates UE0297497, was marked
6          for identification.)
7                - - -
8  BY MR. OLSON:
9      Q.   Let me hand you what we've
10 marked Gregory-8.  This is a document Bates
11 stamped UE0297497.
12         Mr. Gregory, can you identify
13 this as the minutes of a UEP Marketing
14 Committee meeting on April 27, 1999?
15     A.   Yes.
16     Q.   And you had taken those
17 minutes.  Correct?
18     A.   Yes.
19     Q.   At that Marketing Committee,
20 the chairman, Dolph Baker had presented for
21 consideration a supply adjustment program
22 adopted by USEM.  Do you see that?
23     A.   Yes.
24     Q.   Now, what role did USEM have in

37 (Pages 142 to 145)

**146**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  adopting supply adjustment programs?
3      A.    Well, at this particular time
4  United States Egg Marketers was not -- had no
5  association with the United Egg Producers and
6  this -- and the United States Egg Marketers
7  is a Capper-Volstead cooperative.  And
8  evidently what they have done is they had
9  adopted some sort of a supply adjustment
10  program and had evidently asked UEP if they
11  would do something similar.
12      Q.    All right.  And Mr. Baker
13  recommended that UEP do that and that a plan
14  be recommended to the UEP membership.  And
15  that motion was carried.  Correct?
16          MS. LEVINE:  Objection to form
17  of the question.
18          THE WITNESS:  The minutes do say
19  so.
20  BY MR. OLSON:
21      Q.    What's a supply demand alert?
22      A.    It's -- I guess it's just a
23  terminology that, you know, we have a, hey,
24  alert, we got too many eggs.
25      Q.    And who would issue that alert?

**147**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      A.    You're going to have to show me
3  the document, I think.  I can't speculate on
4  who might --
5              - - -
6          (Exhibit Gregory-9, 5/3/99
7      United Voices, Bates CM00406453 -
8      CM00406460, was marked for
9      identification.)
10              - - -
11  BY MR. OLSON:
12      Q.    I was seeing if we could skip
13  it, but I will do that.  This is Gregory-9
14  I've handed you.  It's Bates stamped
15  CM00406453 through 460.
16          Can you identify this as United
17  Voices that you edited dated May 3, 1999?
18      A.    Yes.
19      Q.    Now, just to start at the cover
20  page, this discusses -- this reports about
21  what the UEP Marketing Committee had done in
22  the -- in that April 27, 1999, meeting that
23  we just looked at the minutes of.  Correct?
24      A.    Yes.
25      Q.    Now, this refers to a Rick

**148**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  Brown at an Urner Barry conference announcing
3  that the industry was very likely headed for
4  a long-term period of unprofitable prices
5  unless the industry doing something to address
6  the over-supply problem.  Do you see that?
7      A.    Yes.
8      Q.    Who is Mr. Brown, do you
9  recall?
10      A.    He is -- I believe his title is
11  president or vice president of Urner Barry
12  Publications.  And they are the ones that
13  make the market quote for eggs and they make
14  market quotes for other commodities as well.
15  But -- and then annually in April they have a
16  conference in Las Vegas and there's egg
17  people, there's chicken people, and beef
18  people, you know, a variety of attendees.
19      Q.    Now, do you recall at this time
20  or about this time a concern that the
21  industry was heading into a long-term period
22  of unprofitable prices?
23      A.    I apologize to you because this
24  is 1999 and it's now 2013, and I'm 72 years
25  old and my memory of 1999 is not that good.

**149**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.    So independently of this
3  document you don't recall that concern?
4      A.    You know, I will accept what's
5  in the document.  Ask me for memory of other
6  things that -- I'm sorry, I can't do that.
7      Q.    Fair enough.
8          All right.  Now, you would have
9  drafted this section at the beginning of
10  Gregory-9.  Correct?
11      A.    Yes.
12      Q.    And at the bottom in bold all
13  caps you wrote, "CONSIDERING THESE NUMBERS,
14  DON'T YOU AGREE THAT IT IS GOOD BUSINESS TO
15  MANAGE THE SUPPLY SIDE NOW."
16      A.    Yes.
17      Q.    Now, if you would turn to the
18  second page, there's a heading that says,
19  "EXPORT COMMITMENT."
20      A.    Yes.
21      Q.    And it refers to UEP's Export
22  Committee?
23      A.    Yes.
24      Q.    Did you have a responsibility
25  for UEP's Export Committee at that time?

150

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        A.    You know, I don't recall, but I
3    don't know who else it would have been
4    either.
5        Q.    What sort of programs would the
6    UEP Export Committee develop at this time?
7        A.    UEP did not entertain or fill
8    export orders.  The only purpose of this
9    Export Committee was that if the U.S. Egg
10   Marketers were to take an export, they would
11   then communicate to UEP we'd like for you to
12   take a certain share of that export.  And so
13   the UEP Export Committee would take that
14   request and consider whether to participate
15   or not.
16       Q.    Now, were there companies that
17   were members of both UEP --
18       A.    Yes.
19       Q.    Let me just finish.
20             -- both UEP and USEM at this
21   time?
22       A.    Yes.
23       Q.    Why would a member be -- why
24   would a company be a member of both
25   generally?

151

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2             MS. LEVINE:  Object to the form
3    of the question.  To the extent you
4    know the answer.
5             THE WITNESS:  As I recall about
6    this time U.S. Egg Marketers only had
7    about 10, 11 members.  And there -- so
8    there were people that belonged to
9    U.S. -- that were UEP members that
10   belonged to U.S. Egg Marketers because
11   they wanted to be participants in the
12   activities of U.S. Egg Marketers as
13   exports as well as other cooperative
14   things they did.
15   BY MR. OLSON:
16       Q.    This Gregory-9 indicates that
17   at this time the UEP Export Committee was
18   developing a program to secure export
19   commitment pledges from the industry.
20   Correct?
21       A.    Yeah.  I think that's what it
22   says, yes.
23       Q.    And that commitment pledge
24   forms had been sent to UEP members.  Right?
25       A.    It does say that, yes.

152

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    If you just look at page -- the
3    third to the last page, titled, "SCHRADER'S
4    EGG PRICE MEMO."
5        A.    Yes.
6        Q.    At the top the memo says, "A
7    supply demand alert calling for a cut in
8    flock size was issued by UEP on March 12."
9             Do you see that?
10       A.    Yes.
11       Q.    So the demand/supply alerts
12   would be issued by UEP.  Is that right?
13       A.    Yes.
14       Q.    You can put that aside.
15             -  -  -
16             (Exhibit Gregory-10, UEP
17   Marketing Committee Meeting Conference
18   Call -- May 26, 1999 Minutes, Bates
19   UE0220918 & UE0220919, was marked for
20   identification.)
21             -  -  -
22   BY MR. OLSON:
23       Q.    Let me hand you what we've
24   marked as Gregory-10.  This is a document
25   Bates stamped UE0220918 through 19.  And I'll

153

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    ask you if you can identify this as the
3    minutes of a UEP Marketing Committee meeting
4    conference call on May 26, 1999, that you
5    recorded?
6        A.    Yes.
7        Q.    Now, why would the -- just
8    generally, why would a committee like the
9    Marketing Committee hold a conference call as
10   opposed to an in-person meeting?
11       A.    It's not unusual -- as issues
12   come up, it's not unusual for the Board of
13   Directors to have a conference call.  It's
14   not unusual for any of the committees to have
15   conference calls.  As issues came about that
16   needed more immediate attention, you would
17   have a conference call.  It was far less
18   expensive than getting on the plane and
19   traveling around the country to meet many
20   times a year.
21       Q.    All right.  And this refers to
22   a motion being brought forward by Mr. Dean to
23   recommend to the membership that the 60-week
24   molt program and early slaughter program
25   continue for an additional five weeks.  Do

39 (Pages 150 to 153)

154

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 you see that?
3     A.   Yes, I do.
4     Q.   And that motion was carried.
5 Correct?
6     A.   Yes.
7     Q.   And you were instructed to
8 notify the members of that recommended
9 program.  Correct?
10     A.   Yes.
11     Q.   And you were instructed to
12 notify them by something referred to as the
13 daily fax program.  Do you see that?
14     A.   Yes.
15     Q.   What is that?
16     A.   Back years ago, we did have
17 a -- you know, a market information on a
18 daily basis that was faxed out.
19     Q.   And that was one way you'd
20 communicate these programs to the membership.
21 Correct?
22     A.   Right.
23     Q.   Also you were instructed to use
24 a special mailing.  Do you see that?
25     A.   I see that.

155

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     Q.   Do you know what that refers
3 to?
4     A.   I assume that -- I assume that
5 means that I'm supposed to do that in a
6 mailing announcing what this recommendation
7 is.
8     Q.   Is that another way that you
9 were instructed from time to time to notify
10 members of plans adopted by the committee?
11     MS. LEVINE:  Object to the form
12     of the question.
13     THE WITNESS:  I think I -- I
14     think I acknowledged that earlier.
15 BY MR. OLSON:
16     Q.   And they -- also you were
17 instructed to feature it in the next United
18 Voices.  Correct?
19     A.   Yes.
20     Q.   All right.  You can put that
21 aside.
22     - - -
23     (Exhibit Gregory-11, 8/2/99
24 United Voices, Bates UE0064456 -
25 UE0064459, was marked for

156

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     identification.)
3     - - -
4 BY MR. OLSON:
5     Q.   I'll hand you what we've marked
6 Gregory-11.  This is document Bates stamped
7 CM0405666 through 673.  I read the Bates
8 stamp wrong.  I apologize.  I'm going to hand
9 you -- if you could set that one aside.  Let
10 me hand you another --
11     A.   I handed it back to you.
12     Q.   Oh, you did?
13     A.   Yes.
14     - - -
15     (Exhibit Gregory-12, 6/7/99
16     United Voices, Bates CM0405666 -
17     CM0405673, was marked for
18     identification.)
19     - - -
20 BY MR. OLSON:
21     Q.   Now I'm going to see if I can
22 figure this out.  I'm going to hand you a
23 document marked as Gregory-12 which should
24 have the Bates stamp that I just read.
25 Everyone else can keep Exhibit 11 with them.

157

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     MS. LEVINE :  Is Exhibit 11 --
3     MS. TURNER-DODGE:  Yes, that's
4     this one.
5     MR. OLSON:  So this what I'm
6     handing now is 12, and I'll clear it
7     up for the record.
8     MS. LEVINE:  Another document.
9 BY MR. OLSON:
10     Q.   So let's start with Exhibit --
11 Gregory Exhibit 12 which is -- has the Bates
12 stamps I just read.  And, Mr. Gregory, can
13 you identify Exhibit 12 as a United Voices
14 from June 7, 1999, that you edited?
15     A.   Yes.
16     Q.   On the first page there's a
17 section that says, "A MESSAGE FROM THE
18 MARKETING COMMITTEE."
19     Do you see that?
20     A.   Yes.
21     Q.   And there you're reporting to
22 the membership what the Marketing Committee
23 did in the conference call that we looked at
24 in Gregory-10.  Correct?  I'm not reading it,
25     A.   Maybe I'm not reading it,

**40 (Pages 154 to 157)**

**158**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  because I don't see where it says something
2  about they met by conference call.
3  Q.   Well, it refers to the UEP
4  Marketing Committee meeting on May 26th.  Do
5  you see that?
6  A.   Yes, I see that.
7  Q.   All right.
8  A.   So that is referring to that
9  conference call.  Okay.
10  Q.   So at the bottom you write,
11  "The Committee applauded the actions taken by
12  the members in following the early molt
13  program..."
14  Do you see that?
15  A.   Yes.
16  Q.   "...but cautioned that these
17  hens will soon be back in production and
18  likely producing more eggs than can be
19  marketed at profitable prices."  Right?
20  A.   Yes.
21  Q.   So, in other words, what you're
22  reporting is the committee said we applaud
23  the members following the program we put in
24  place, but it was just a short-term fix,

**159**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  there's more we need to do.  Right?
2  MS. LEVINE:  Object to the form
3  of the question.
4  BY MR. OLSON:
5  Q.   Would that be a fair summary?
6  A.   State it again?
7  Q.   We applaud the actions that
8  members took --
9  A.   Yes.
10  Q.   -- in following the program,
11  but it was a short-term fix and there's more
12  we need to do?
13  A.   Yes.
14  Q.   And then you put forward the
15  action plan that the committee had
16  recommended.  Right?
17  A.   Yes.
18  MS. LEVINE:  Steig, I don't know
19  if you read the Bates stamp of
20  Gregory-12 into the record.
21  MR. OLSON:  I did.  I think
22  that's when we realized it was the
23  wrong one.
24  BY MR. OLSON:

**160**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  Q.   Now, if we -- we'll just really
2  quickly, let me hand you 11, Gregory-11,
3  which is Bates stamped UE0064456 through
4  64459.
5  Can you identify this as a
6  United Voices from August 2, 1999?
7  A.   Yes.
8  MR. OLSON:  You know, we have to
9  change tapes, so why don't we take a
10  quick break.
11  VIDEOGRAPHER:  The time is
12  11:54.  We're going off the record.
13  - - -
14  (A recess was taken.)
15  - - -
16  VIDEOGRAPHER:  The time is
17  12:39.  This is tape number three.
18  BY MR. OLSON:
19  Q.   All right, Mr. Gregory, we're
20  looking at Gregory Exhibit 11, the August
21  20 -- August 2, 1999, United Voices.  I'd
22  like to turn to the second page, there's a
23  heading on the bottom right column that's
24  titled, "ROLLER COASTER EGG PRICE QUOTES."

**161**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  Why don't you go ahead and just review that
2  section, please, spills over to the next
3  page.
4  A.   (Reviewing document.)  Okay.
5  Q.   So what's going on at this time
6  is that egg prices had increased to some
7  degree.  Correct?
8  A.   What we're trying to say is
9  that this is -- this amount of change in such
10  a short period of time is really unusual, and
11  why is that.
12  Q.   The change you're referring to
13  is a spike in price?
14  A.   Yes.
15  Q.   The question is, is it a
16  short-term thing or has the market really
17  corrected itself.  Right?
18  A.   Yes.
19  Q.   You report that the -- that
20  producers at a Chicago meeting July 15th had
21  decided to survey the membership about
22  whether the industry would participate in a
23  program to address the supply issue.  Right?
24  A.   That's what it says, yes.

**41 (Pages 158 to 161)**

162

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1   Q.    Say watch for a survey in the
2   mail and it says, "You will also be asked if
3   you would participate in a supply adjustment
4   program." Right?
5       A.    Yes.
6       Q.    And then you lay out four
7   suggestions that Don Bell had made that would
8   lead to corrections in the nation's flock
9   size. Correct?
10          MS. LEVINE: Object to the form
11      of the question.
12          THE WITNESS: That's what I
13      write, yes.
14  BY MR. OLSON:
15      Q.    Do you recall when and where
16  Mr. Bell made those suggestions?
17      A.    I do not.
18      Q.    Do you recall discussing those
19  suggestions with Mr. Bell?
20      A.    No, I did not.
21      Q.    You know that you didn't or you
22  don't recall?
23      A.    I don't -- I guess the correct
24  answer would be recall -- I don't recall, but

163

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1   I don't think I ever did.
2       Q.    So Mr. Bell makes various
3   suggestions, the fourth is that "An
4   industry-wide policy of a minimum floor space
5   allowance would result in a more ideal nation
6   flock size."
7           Do you see that?
8       A.    Yes.
9       Q.    And you agreed with that.
10  Correct?
11          MS. LEVINE: Object to the form
12      of the question.
13          THE WITNESS: I think that what
14      he's analyzed there is probably true.
15  BY MR. OLSON:
16      Q.    And part of what he's analyzed
17  there is if a 48 square inch minimum space
18  allowance was adopted, millions of extra
19  birds would be eliminated. Correct?
20      A.    That's what he says.
21      Q.    You can put that aside.
22                  - - -
23      (Exhibit Gregory-13, 7/5/99
24  United Voices, Bates CM0405660 -

164

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1   CM0405665, was marked for
2   identification.)
3                   - - -
4   BY MR. OLSON:
5       Q.    That one was from August and I
6   skipped over one from July I just wanted to
7   ask you briefly about, so let me hand that to
8   you now. It's marked Gregory Exhibit 13.
9   This is Bates stamped CM00405660 through
10  405665.
11          Can you identify it as a
12  July 5, 1999, United Voices that you edited?
13      A.    Yes.
14      Q.    And the initial heading titled,
15  "INDUSTRY LOSING $25 MILLION PER DAY."
16          Do you see that?
17      A.    Yes.
18      Q.    And there's -- the second
19  sentence under the bullet says, "Since
20  October 1998, UEP has been urging the
21  industry to manage the egg supply to meet the
22  market demand and warned of the impact of
23  expansion without an increasing demand."
24          Do you see that?

165

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1       A.    Yes.
2       Q.    Do you recall where that
3   October 1998 date comes from? In other
4   words, why this started in October 1998?
5       A.    I don't. I'm guessing that I
6   was using the USDA layer inventory of
7   October 1998.
8           MS. LEVINE: Mr. Gregory, for
9       this record, nobody wants you to
10      guess. So if you're guessing, tell us
11      because we don't want you to guess.
12  BY MR. OLSON:
13      Q.    Exactly. Fair enough. So I
14  agree. Let us know if you have to guess and
15  we usually don't want you to.
16          All right. You -- underneath
17  there, there is an editorial written by you
18  called, "RECORD LOW EGG PRICES." Correct?
19      A.    Yes.
20      Q.    Could you, please, just briefly
21  review that section.
22      A.    (Reviewing document.) Yes.
23      Q.    So this is an editorial that
24  you wrote. Correct?

42 (Pages 162 to 165)

166

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        A.    Yes.
3        Q.    You're talking about that it's
4    really dire times in the egg industry at this
5    time.  Correct?
6        A.    Yes.
7        Q.    And, in fact, should we
8    understand this correctly that you're saying
9    that the current egg price period in
10   July 1999 was perhaps the worst in all of
11   your years in the egg business?  In the first
12   sentence you say, "Probably most people in
13   the egg production business today weren't
14   around in the 1960's to have experienced the
15   worst egg price period until the current
16   situation."
17       A.    Yes.
18       Q.    So in other words, what's going
19   on in the middle of 1999 is perhaps the worst
20   eggs price period in your history in the egg
21   business.  Right?
22           MS. LEVINE:  Object to the form
23   of the question.
24           THE WITNESS:  That is what I
25   wrote in 1999.  I can't remember the

167

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    situation.
3    BY MR. OLSON:
4        Q.    And referring to this period in
5    the 1960s, now, were you an egg farmer in the
6    1960s?
7        A.    Yes.
8        Q.    And what you say is you say you
9    were an egg producer and what finally bailed
10   us out of that period in the '60s was a
11   disease, Marek's disease?
12       A.    Yes.
13       Q.    And that caused the death of a
14   large percentage of flock size.  Right?
15       A.    Yes.
16       Q.    But it bailed out egg producers
17   because prices went back up.  Right?
18       A.    Yes.
19       Q.    Then you talk about what sounds
20   to be another bad period in the egg industry
21   in the mid 19 -- mid to late 1980s.  Do you
22   see that?
23       A.    Yes.
24       Q.    Again, prices are extremely
25   low.  You say what bailed us out of that

168

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    period was the avian influenza?
3        A.    Yes.
4        Q.    That caused the death and
5    destruction of 7 million hens?
6        A.    Yes.
7        Q.    But it bailed out egg farmers
8    again because since so many hens disappeared,
9    prices went up.  Right?
10       A.    Yes.
11       Q.    You continue and say for
12   another bad period, you say what is going to
13   bail us out this time around.  Right?
14       A.    Yes.
15       Q.    Is it going to be another
16   disease or are we going to do something to
17   bring supply more in balance with demand.
18   Right?
19       A.    Yes.
20       Q.    That's the question you posed
21   to egg producers at this time.  Right?
22       A.    Uh-huh.
23       Q.    What did bail out egg producers
24   this time around?
25           MS. LEVINE:  Object to the form

169

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    of the question.  Assumes a fact not
3    in evidence.
4           THE WITNESS:  I don't know.
5    BY MR. OLSON:
6        Q.    It wasn't too many years after
7    this that egg producers were selling eggs for
8    the highest prices basically in history.
9    Right?
10           MS. LEVINE:  Object to the form
11   of the question.  Suggests a fact not
12   in evidence.
13           THE WITNESS:  I think you have
14   to give me more clear dates than that.
15   You have to give me something to show
16   that.  Again, we're talking about
17   something that's 14 years ago.
18   BY MR. OLSON:
19       Q.    But you recall the egg prices
20   went up in the early 2000s?
21       A.    No, I do not without looking at
22   something.
23       Q.    One last question on this one,
24   then.  The last page -- sorry, page 4,
25   there's a heading that says, "EUROPE BANS

43 (Pages 166 to 169)

170

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  BATTERY CAGES."  If you could just briefly
3  review that?
4      A.    Okay.  (Reviewing document.)
5          Okay.
6      Q.    In this section you're talking
7  about the fact that in Europe there was going
8  to be a ban on what are called traditional
9  battery cages.  Right?
10     A.    Yes.
11     Q.    What are battery cages?
12     A.    That's a terminology that's
13  used by the animal activists.  We call it a
14  conventional cage.  It's a cage, a small cage
15  that has a small number of birds in it.  Wire
16  structure.
17     Q.    And stacked on top of each
18  other?
19     A.    Yes.
20     Q.    They're stacked on top of each
21  other so the hens -- the waste of the hens on
22  top, there's always the risk of --
23     A.    Hopefully not.
24     Q.    Hopefully not, but sometimes it
25  does?

171

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      A.    Well, there's manure shields to
3  try to avoid that.
4      Q.    So those are going to be phased
5  out over a long period of time in Europe.
6  Right?
7      A.    It was --
8      Q.    12 years?
9      A.    Yes.  Yes.
10     Q.    And until the time that they
11  are phased out entirely, hens were going to
12  get more space.  Right?
13     A.    Yes.
14     Q.    They were already getting
15  70 square inches and they were then going to
16  get 86 square inches.  Right?
17     A.    That's what I write, yes.
18     Q.    And also the hens were going to
19  get a perch, a nestbox and a dustbath.
20  Right?
21     A.    Yes.
22     Q.    Those are all humane things to
23  give a hen.  Correct?
24     A.    Yes.
25     Q.    And, in fact, 86 square inches

172

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  is a humane thing to give a hen, isn't it?
3          MS. LEVINE:  Object to the form
4      of the question.  This gentleman is
5      not a scientist.  He can testify to
6      what he knows factually.
7          THE WITNESS:  I will not -- I
8      will not -- with -- as Jan just said,
9      I'm not a scientist, so I don't know
10     what the scientific -- at this point
11     in 1999, I don't know what a
12     scientific justification for space per
13     hen would be.
14  BY MR. OLSON:
15     Q.    Well, let's just talk about
16  sitting here today.  You've championed or
17  supported legislation recently that would
18  give hens even more than 86 square inches.
19  Right?
20     A.    Yes.
21     Q.    Because that's the humane thing
22  to give a hen.  Right?
23         MS. LEVINE:  Object to the form
24     of the question.  Assumes a fact not
25     in evidence.  You can answer.

173

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2          THE WITNESS:  You know, the
3      problem here is that there is a story
4      and a reason why this is, but I don't
5      know that I have the privilege of
6      explaining it.
7          MS. LEVINE:  Mr. Gregory, he
8      asked you a question, you can answer
9      it.
10         THE WITNESS:  But I don't know
11     whether I want to answer it with just
12     a yes is what I'm saying.
13         MS. LEVINE:  He's not asking you
14     just for a yes.  He's asking you an
15     open ended question.  You can answer
16     the question.
17  BY MR. OLSON:
18     Q.    No, that's not true.  I was
19  asking a yes or no question, we can start
20  with that if you have a yes or no to give.
21         The question is, is it the
22  humane thing to do to give hens at least
23  86 square inches --
24         MS. LEVINE:  Objection to the
25     form of the question.

174

GENE W. GREGORY - HIGHLY CONFIDENTIAL
BY MR. OLSON:
Q. -- based on what you know today?
A. I would rely on an answer by our Scientific Committee members.
Q. Do you have an opinion one way or the other on -- sitting here today, on whether it's humane to give hens cages that have things like a perch and a nestbox and a dustbath?
MS. LEVINE: Objection to the form of the question. Same objection.
THE WITNESS: I believe, sitting here today, that we could improve the welfare of laying hens were we able to pass federal legislation that would require a housing system that utilized those type of things.
- - -
(Exhibit Gregory-14, UEP Marketing & Price Discovery Committee Conference Call November 22, 1999 Minutes, Bates UE0297249 & UE0297250, was marked for identification.)

175

GENE W. GREGORY - HIGHLY CONFIDENTIAL
- - -
BY MR. OLSON:
Q. All right. Let me hand you what we've marked as Gregory-14. This document is Bates stamped UE0297249. I'll ask if you can identify it as the minutes of a UEP Marketing & Price Discovery Committee conference call from November 22, 1999, as reported by you.
A. This is what the paper says it is, and it shows that I am -- that I reported it.
Q. In the middle of the first page you see a reference to Chad Gregory reporting the results of an economic survey.
A. Okay.
Q. We need you to answer verbally. Do you see the reference to that?
A. I see that.
Q. That's that survey that UEP had been directed to send to members about the supply issue. Correct?
MS. LEVINE: Object to the form of the question.

176

GENE W. GREGORY - HIGHLY CONFIDENTIAL
THE WITNESS: I'd have to compare the dating, but that would, July --
BY MR. OLSON:
Q. Well, actually it's -- I think it's in the August one which is 11.
A. So now this is --
Q. August 2nd.
A. Now this is November, so I would assume that the dating is -- I can't confirm, that's what I'm saying to you.
Q. You see where it refers to the result of a survey conducted in August?
A. Yes.
Q. So it sounds like the same survey. Right?
A. Right. Yes.
Q. It says 30 percent of UEP members responded to the survey. Right?
A. Yes.
Q. Of those, 95 percent responded by saying that UEP should develop a program to address the poor economic situation. Correct?

177

GENE W. GREGORY - HIGHLY CONFIDENTIAL
A. Yes.
Q. Do you -- outside of this document, do you have any independent recollection of that survey?
A. No.
Q. A little down the page, it says, "Baker called on Gene Gregory to present a hatch reduction program." Do you see that?
A. Yes.
Q. It discusses a program you authored, I don't think we need to go over it, but it also says, "...after having stated that he...," that's you, "...felt the industry was ready for a long term solution..."
Do you see that?
MS. LEVINE: Where is that?
THE WITNESS: Is that on the second -- next page?
BY MR. OLSON:
Q. I'm sorry. It's the same sentence, second sentence here on the first page.

45 (Pages 174 to 177)

**178**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2      A.    Where are you asking now?
3      Q.    "Gregory offered the following
4 after having..."
5      A.    Okay.  Yes.
6      Q.    "...stated that he felt the
7 industry was ready for a long term
8 solution..."  Right?
9      A.    Okay.  Yes.  Yes, I --
10      Q.    "...rather than limiting our
11 recommendations to the same past short term
12 fixes."  Right?
13      A.    Yes.
14      Q.    So at this time you felt that
15 the industry was ready for a long-term
16 solution as opposed to the short-term
17 programs that had been tried in the past.
18 Right?
19           MS. LEVINE:  Object to the form
20      of the question.
21           THE WITNESS:  That's what the
22      document says dated November 22, 1999.
23 BY MR. OLSON:
24      Q.    Document you wrote?
25      A.    I wrote.  I have no -- it's 14

**179**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2 years later, I don't remember.
3      Q.    So my next question is, do you
4 recall why you felt the industry was ready
5 for a long-term solution?
6           MS. LEVINE:  Object to the form
7      of the question.
8           THE WITNESS:  No, I do not
9      recall.
10 BY MR. OLSON:
11      Q.    Fair enough.  You can put that
12 aside.
13           - - -
14           (Exhibit Gregory-15, UEA
15      Producer/Packer Division, Bates
16      UE0168906 - UE0168910, was marked for
17      identification.)
18           - - -
19 BY MR. OLSON:
20      Q.    Let me hand you what I've
21 marked Gregory-15.  If you could start by
22 scanning this document, the first thing I'm
23 going to ask you if you can help us identify
24 what it is.  And for the record, the document
25 is Bates stamped UE0168906 through 910.

**180**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2      A.    (Reviewing document.)
3      Q.    All right.  So this document
4 indicates towards the end that it's being
5 prepared in advance of a setting of a 1996
6 UEP budget.  Do you see the reference to
7 that?
8           MS. LEVINE:  Object to the form
9      of the question.
10 BY MR. OLSON:
11      Q.    The second to the last page
12 says, "With the setting of the UEP 1996
13 budget..."  And then at the bottom it says,
14 "As we begin to prepare the UEP 1996
15 budget..."
16           MS. LEVINE:  I'm sorry, what's
17      the question?
18 BY MR. OLSON:
19      Q.    Do you see those references?
20      A.    I see the references, yes.
21      Q.    So that indicates this is being
22 prepared sometime in advance of the 1996
23 budget.  Now, at around that time period you
24 were the senior vice president at UEP.
25 Correct?

**181**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2      A.    Yes.
3      Q.    Do you know if you prepared
4 this document?
5      A.    It appears that I did.
6      Q.    And it's titled "UEA
7 PRODUCER/PACKER DIVISION," and it discusses
8 the creation of that division.  Correct?  You
9 have to answer verbally.
10      A.    Yes.
11      Q.    And you are raising some issues
12 with the UEP Board of Directors about that --
13 the creation of that division.  Correct?
14           MS. LEVINE:  Object to the form
15      of the question.
16           THE WITNESS:  Yes.
17 BY MR. OLSON:
18      Q.    Do you recall the issues
19 generally there discussed in this document
20 about the creation of that division?
21      A.    I do have some recollection.
22      Q.    Well, let's just look at a
23 couple points.  The first point you raise on
24 page 1 says that the UEP Board of Directors
25 had authorized the creation of that division

**182**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  for the following purposes: Number 1 is, "To
2  provide through a Trade Association a means
3  by which producers and packers not qualified
4  for UEP membership could participate in
5  consensus building among all segments of the
6  industry."
7      Q.    Do you see that?
8      A.    Uh-huh.
9      Q.    Is that consistent with your
10 recollection?
11     A.    Yes.
12     Q.    And number 2 refers to, to
13 accommodate producers and packers that had
14 been members of the Egg Association of
15 America. What's going on there? What was
16 the Egg Association of America?
17     A.    You want me to tell you the
18 full story?
19     Q.    Not really. Can you even tell
20 us the short version?
21     A.    No.
22     Q.    Okay.
23     A.    There is a story here of how
24 this all came about, but you don't want me to

**183**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  tell you all those things, so I'll just say I
2  recognize the document.
3      Q.    Okay. I'm torn --
4      A.    That's a bad way to defend
5  yourself.
6      Q.    It's just because we have
7  limited time.
8      A.    What's that?
9      Q.    So why don't you tell us the
10 story as briefly as you can.
11     A.    Well, UEP, it used to be an
12 organization of five regionals, separate
13 cooperatives, and there had been an
14 association representing the northeast
15 producers. And there was a -- as a fight
16 going on between the manager there and so
17 forth. And there was a break up of the
18 organization. There were people that we
19 discovered at UEP that in the northeast
20 region that we didn't believe qualified, they
21 were in the egg business, you know, but
22 they -- we didn't think they qualified for
23 UEP. So we were creating a new division of
24 the United Egg Association to accommodate

**184**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  these people in the northeast so they would
2  have a means by which they belong to an
3  association. And so it was, therefore,
4  called the Producer/Packer Division of the
5  United Egg Association.
6      Q.    And that division is still in
7  existence today. Correct?
8      A.    Yes, it is.
9      Q.    And UEP managed it from its
10 creation until today. Correct?
11     A.    Yes.
12     Q.    If you look at the last page,
13 there's a list of positives. The first one
14 listed is "EAA...," I assume that's the Egg
15 Association of America, "...has closed their
16 office." Do you recall why you saw that as
17 positive?
18     A.    Yes.
19     Q.    Can you briefly tell us why?
20     A.    Yeah, because there was a
21 conflict going on between their manager and
22 his goal to build an empire there and UEP.
23 And as well as it was irritating to egg
24 producers.

**185**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1      Q.    So it's a good thing for UEP to
2  bring these people into the UEP umbrella as
3  opposed to --
4      A.    It was a good thing for egg
5  farmers.
6          MS. LEVINE: Mr. Gregory, you
7      have to wait until Mr. Olson finishes
8      the question for two reasons. Number
9      one, it's very hard for the
10     transcriber; and then number two,
11     you're quicker than I and I can't get
12     my objection on the record which is
13     important. So if you could just take
14     ten seconds, it would help everybody.
15     Okay?
16 BY MR. OLSON:
17     Q.    And then number 3, you referred
18 to also an Allied Division, under point 3?
19     A.    Yes.
20     Q.    What was the UEA Allied
21 Division?
22     A.    Those are companies that supply
23 products and services to the egg industry.
24     Q.    And were they being brought --

47 (Pages 182 to 185)

186

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   was that division being created at the same
3   time as well?
4          MS. LEVINE:  Object to the form
5       of the question.
6          THE WITNESS:  The UEA Allied
7       Division, I think, was created in
8       1995.  Now --
9   BY MR. OLSON:
10      Q.    And you say as a positive that
11  "We have a chance with the creation of the
12  UEA Producer/Packer Division and the Allied
13  Division to bring all segments of the
14  industry together for the first time thereby
15  creating more unity than ever before."
16  Correct?
17      A.    Yes.
18      Q.    And that's what occurred.
19  Correct?
20          MS. LEVINE:  Objection to the
21      form of the question.
22          THE WITNESS:  It did bring more
23      unity, and there's a reason why, but I
24      think you're trying to run off in a
25      different direction which is not the

187

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2       reason for it.
3   BY MR. OLSON:
4       Q.    Well, I just -- this is the
5   first time that these various different parts
6   of the industry have been under one umbrella.
7   Correct?
8          MS. LEVINE:  Objection to the
9       form of the question.  Assumes a fact
10      not in evidence.
11          THE WITNESS:  Yes.
12  BY MR. OLSON:
13      Q.    After the creation of the
14  Allied Division, UEP managed it from its
15  creation until today.  Correct?
16      A.    Yes.
17      Q.    Now, are you familiar with a
18  type of document called a production planning
19  calendar?
20      A.    Yes.
21      Q.    What is it used for?
22      A.    It has a lot of statistics in
23  it.  It's an educational piece for not only
24  egg farmers, but for -- universities used it
25  in its class in their agriculture schools,

188

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   bankers were interested in it, et cetera.  So
3   a lot of people were interested in these
4   statistics.
5       Q.    And it's referred to as
6   production planning calendar.  What does it
7   do with regard to production planning?
8       A.    What we did in the production
9   planning calendar was give you some history,
10  a ten-year history of what supply/demand
11  index was, what the USDA layer inventories
12  were, what their Urner Barry prices were, and
13  then we try to give you our projection on
14  what the flock size was going to be and what
15  egg prices would be in the coming year.
16      Q.    And so that information could
17  be used by egg producers to plan their
18  production?
19      A.    Yes.
20      Q.    And was this a calendar
21  sponsored by the UEA Allied Division?
22      A.    Oh, gosh.  I don't know.  I'd
23  have to guess.
24      Q.    No need to do that.  I was
25  going to try to avoid giving you a document,

189

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   but we might as well.
3          - - -
4       (Exhibit Gregory-16, United Egg
5       Producers 2000 Millennium Production
6       Planning Calendar, Bates UE0202747 -
7       Ue0202774, was marked for
8       identification.)
9          - - -
10  BY MR. OLSON:
11      Q.    It's Gregory-16.  I'll first
12  identify it for the record as UE0202747
13  through 774.
14          Can you identify this as a
15  production planning calendar from the year
16  2000?
17      A.    Yes.
18      Q.    And if you just look at the
19  back page, very last page, do you see that
20  it's sponsored by the UEA Allied Division?
21      A.    Yes.
22      Q.    And these are not egg
23  producers.  Right?
24      A.    No.
25          MS. LEVINE:  Object to the form

48 (Pages 186 to 189)

190

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    of the question.
2    BY MR. OLSON:
3    Q.    Do you know why U --
4    A.    God, I can't remember that.
5         MS. LEVINE:  Just take ten
6    seconds, that's it.
7         MR. OLSON:  Ten seconds is a
8    long time.
9    BY MR. OLSON:
10   Q.    Do you know why the UEA Allied
11   Division sponsored that planning calendar?
12   A.    They provided funding at times
13   for a number of different UEP projects.
14   Q.    Do you have any specific
15   recollection why they funded this one?
16   A.    No, I do not.
17   Q.    All right.  You can put that
18   aside.
19                   - - -
20        (Exhibit Gregory-17, 2/1/00
21   Letter, Bates UE0065618 - UE0065621,
22   was marked for identification.)
23                   - - -
24   BY MR. OLSON:
25

191

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    Q.    Let me hand you what I've
2    marked as Gregory-17.  This document is Bates
3    stamped UE0065618 through 621.  And I'll ask
4    after a brief review, if you could identify
5    it as a letter you wrote to UEP members on
6    February 1, 2000, titled, "EXPORT ORDER
7    ACCEPTED"?
8    A.    (Reviewing document.)
9         I've read it.
10   Q.    Can you identify it as a letter
11   you wrote on February 1, 2000, to UEP
12   members?
13   A.    Yes.
14   Q.    You're reporting on a decision
15   made by UEP's Export Committee.  Correct?
16   A.    I'm reporting, yes.
17   Q.    In this case, the exporter is
18   going to be USEM.  Is that right?
19   A.    Yes.
20   Q.    And UEP had agreed to sell the
21   eggs to USEM at $0.28 per dozen.  Right?
22   A.    Yes.
23   Q.    But there was going to be a
24   cost which was the difference between the
25

192

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    purchase price of the eggs and that $0.28
2    sales price.  Correct?
3         MS. LEVINE:  Object to the form
4    of the question.
5         THE WITNESS:  Yes.  There is an
6    explanation for that.
7    BY MR. OLSON:
8    Q.    No, could you explain that to
9    us, please?  Thank you.
10   A.    You want me to explain it to
11   you?
12   Q.    Yes, please.
13   A.    There are some members that are
14   willing to participate in an export that may
15   live too far from the port, their production
16   may be too far, California company versus
17   shipping eggs out of Charleston as an
18   example.  They don't want to ship those eggs
19   all across the country.  So they will ask UEP
20   egg traders to buy those eggs for them that
21   they're committed to participate in.  It is
22   natural there's -- what we're doing, we're
23   selling these eggs to ultimately it's going
24   to be an egg breaking company in Europe.  And
25

193

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    so he's wanting to buy breaking stock eggs,
2    but we don't want to ship breaking stock
3    eggs, we want to ship Grade A quality eggs
4    because we don't want a quality problem when
5    those eggs reach the European port and have
6    them rejected.  So we're in the market buying
7    what we call Class 1 Grade A eggs or so forth
8    and selling them at a breaking stock price.
9    That naturally is a cost difference.  Also
10   what happens is that when an export is in the
11   process and you're trying to buy eggs, the
12   market most often, not always, the market
13   that Urner Barry is reporting now is rising,
14   meaning that UEP's traders are having to pay
15   more money for those eggs.  So as a
16   cooperative, when it's all completed, we
17   determine what the sale price for all the
18   eggs were versus what the cost price for all
19   of the eggs were, and then we equalize that
20   out amongst all the members participating so
21   that they're all treated equally.
22        So what we're talking about at
23   cost there is the difference between -- or
24   the loss, we're talking about what the cost,
25

49 (Pages 190 to 193)

194

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1   what the net effect of it was of the price we
2   had to pay for those eggs versus what we sold
3   them at.
4       Q.    And the idea was all the UEP
5   members that committed to be a part of this
6   program would share that cost among
7   themselves.  Right?
8       A.    There were -- no, not
9   necessarily.  Because there are those that
10  ship their own eggs.  Only those that shared
11  in that cost were those that asked UEP
12  traders to buy those eggs for them.
13      Q.    Just so it's clear, in this
14  document you write, "Not everyone can or
15  needs to provide eggs but we need every
16  member to support the export order by
17  agreeing to share in the costs."
18          Do you know what that refers
19  to?
20      A.    That is in error.  I think
21  that -- I think they understood what I'm
22  saying, but it's not clear here.
23      Q.    Got it.  If you turn to the
24  second page, the last paragraph of your

195

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1   letter, you say, "One final important note!
2   ....In order to correct our over-supply
3   problem and return to long-term profits for
4   the industry, we must maintain our supply
5   management programs of reducing the flock
6   size and reducing our chick hatch placements
7   during 2000."
8          Do you see that?
9       A.    Yes.
10      Q.    You go on and you conclude
11  "These export orders are a tremendous benefit
12  but certainly not a final solution to our
13  over-supply problem."  Right?
14      A.    Yes.
15      Q.    The point you're making there
16  is you might see a short-term price increase
17  as a result of this export, but don't be
18  misled, we still need to address the
19  long-term problem.  Correct?
20      A.    Yes.
21      Q.    That's a point that you would
22  reiterate to the membership from time to
23  time.  Correct?
24      A.    Yes.

196

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1          MS. LEVINE:  Object to the form
2   of the question.
3          - - -
4       (Exhibit Gregory-18, 3/6/00
5   United Voices, Bates NL 003281 - NL
6   003290, was marked for identification.)
7          - - -
8   BY MR. OLSON:
9       Q.    Let me hand you what's been
10  marked as Gregory-18.  For the record, this
11  is Bates stamped NL 003281 through 3290.  And
12  can you identify it as a United Voices
13  publication you edited dated March 6, 2000?
14      A.    Yes.
15      Q.    And on the first page on the
16  right side there's a reference to "Animal
17  Welfare."  Do you see that?
18      A.    Yes.
19      Q.    And what you report is that the
20  Scientific Advisory Committee through the
21  chairman had presented their welfare
22  recommendations, in other words, they were
23  done with at least their initial report.
24  Right?

197

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1       A.    No, this is a -- this would
2   have been a preliminary report from him
3   reporting back from his committee to the
4   board.  The final document that the
5   Scientific Committee made, I believe, was not
6   until September 2000.
7       Q.    This -- what you report in
8   Exhibit 18 is "A summary of the scientific
9   research will now be presented to a producer
10  committee..."  Right?
11      A.    Yes.
12      Q.    And "The producer committee
13  will attempt to draft these scientific
14  recommendations into husbandry guidelines for
15  the egg industry."
16          Do you see that?
17      A.    Yes.  Yes.
18      Q.    Is that consistent with your
19  knowledge?
20      A.    Yes.
21      Q.    And it says Carl Lofgren
22  established the Producer Committee.  Is that
23  consistent with your knowledge?
24      A.    He was chairman of the board at

50  (Pages 194 to 197)

**198**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  the time.
3           - - -
4         (Exhibit Gregory-19,
5    Recommendations for UEP Animal Welfare
6    Guidelines, Bates DAY0000029 -
7    DAY0000055, was marked for
8    identification.)
9           - - -
10 BY MR. OLSON:
11    Q.    Let me hand you now what we've
12 marked Gregory-19.  This is a document
13 titled, "RECOMMENDATIONS FOR UEP ANIMAL
14 WELFARE GUIDELINES."  It's Bates stamped
15 DAY0000029 through 55.  Why don't you just
16 give it a brief look, please.
17    A.    (Reviewing document.)
18       So what's your question?
19    Q.    I just wanted you to let me
20 know when you've given it just a brief
21 review.  All right.  So can you identify this
22 as the recommendations for UEP Animal Welfare
23 Guidelines submitted by the Scientific
24 Advisory Committee in May 2000?
25    A.    Again, I believe this is a

**199**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  preliminary report.  I believe there were --
3  final recommendations were not submitted for
4  to us until September 2000.
5     Q.    And what makes you believe
6  that?
7     A.    You know, I was kind of a staff
8  person working with the Scientific Advisory
9  Committee, I was working with the Producer
10 Committee, the board.  I was kind of a
11 go-between for all that.  And in the process
12 of the Scientific Committee work, Jeff
13 Armstrong would come and give us some, you
14 know, where we're at to this point in time
15 and so forth, that kind of thing.  But,
16 again, this is 2000, I don't know for sure,
17 but I don't feel like that this is the final
18 recommendations.  I don't think that those
19 were until September 2000.
20    Q.    Is there anything in the
21 document that indicates that this is
22 preliminary to you?
23    A.    Well, quickly.  Now, again,
24 this is now 13 years ago.  As I quickly scan
25 through it, I don't believe, and I could be

**200**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  wrong, I don't believe that this food safety
3  section wound up -- I don't believe it was in
4  the final document.  I don't know.
5     Q.    If you wanted to find the final
6  document that the Scientific Advisory
7  Committee submitted, where would you go to
8  look for it?
9     A.    It would look like this except
10 it's dated September 2000.
11    Q.    Where would you go to look for
12 it?
13    A.    I think I still have a copy in
14 my office.
15    Q.    In your office where?  Where is
16 your office?
17    A.    Alpharetta, Georgia.
18    Q.    Is this a home office or an
19 office --
20    A.    It's the only office.
21    Q.    Is it in your home?
22    A.    No, no, no.  It's the company
23 office.
24    Q.    You still maintain an office at
25 UEP?

**201**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     A.    Yes.
3     Q.    You believe there would be a
4  copy of this in that office?
5     A.    There should be a copy there.
6     Q.    And --
7     A.    And the reason why I say that
8  is after twice people coming in and copying
9  all of our documents, I can't be sure that I
10 got everything back.
11    Q.    So you believe that you had a
12 copy and that it was collected for being
13 produced in this case?
14    A.    Yes.
15    Q.    All right.  Well, let's look
16 through what we have here, and maybe we'll
17 ask if there was some -- if you spot other
18 things that you think were changed before it
19 became final, let us know.
20    A.    I'm not trying to evade that,
21 but I don't want to be wrong about something
22 is what I'm saying.
23    Q.    Right.  And if you --
24    A.    And if I look at this, because
25 I've looked at this for so many years, I

202

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 don't know just by spotting it, saying, oh,
2 that didn't wound up in the final. I just
3 don't want to --
4     Q.    Then don't worry about that.
5 Let's just stick with looking -- I mean, I
6 take it that whether there was a later one or
7 not, this was a report submitted by the
8 Scientific Advisory Committee in May 2000?
9     A.    Yes.
10     Q.    So let's look at it now. The
11 second page of this report lists the members
12 of the Scientific Advisory Committee.
13 Correct?
14     A.    Yes.
15     Q.    And Barrie Wilcox is listed as
16 a member. Correct?
17     A.    Again, both he and I are
18 listed.
19     Q.    Barrie Wilcox is listed as a
20 member of the Scientific Advisory Committee.
21 Correct?
22     A.    I know that's what you're
23 saying, but I will swear to God again that he
24 was not a member of this committee. Ask
25

203

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 anybody on this list and they will --
2     Q.    What if we ask Jeff Armstrong,
3 what would he say?
4     A.    I'll tell you if you ask
5 anybody on the list, they'll tell you the
6 same thing I'm telling you.
7     Q.    So let's look at the first
8 page, it's titled, "MISSION STATEMENT FROM
9 SCIENTIFIC ADVISORY COMMITTEE ON ANIMAL
10 WELFARE."
11     Do you see that?
12     A.    Yes.
13     Q.    It's written by Jeff Armstrong.
14 Correct?
15     A.    Yes.
16     Q.    Chairman of the committee.
17 Correct?
18     A.    Right.
19     Q.    Look at the second full
20 paragraph, the third to the last sentence.
21 Mr. Armstrong writes there that "UEP did
22 provide one staff member and a producer as ex
23 officio members of the committee."
24     Do you see that?
25

204

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1     A.    I see that.
2     Q.    So Mr. Armstrong believes that
3 UEP put a producer on the committee. Correct?
4     A.    He does not.
5     Q.    Excuse me?
6     A.    He does not.
7     Q.    Well, that's what he wrote
8 here.
9     A.    I don't care what he wrote
10 there, because Barrie Wilcox nor did I ever
11 have a vote in any of this.
12     Q.    So you don't care what he
13 wrote, you don't care who is listed as
14 members at the time, you just think it's all
15 wrong?
16     MS. LEVINE: Object to the form
17     of the question. There's no reason to
18     badger the witness. He asked and
19     answered this several times. It is --
20     THE WITNESS: I object to you
21     badgering me about that when I told
22     you on record several times he wasn't.
23 BY MR. OLSON:
24     Q.    But you don't deny Jeff
25

205

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 Armstrong wrote that he was. Right?
2     MS. LEVINE: Object to the form
3     of the question. Assumes a fact not
4     in evidence. You can answer.
5     THE WITNESS: But I mean, this
6     is ridiculous.
7 BY MR. OLSON:
8     Q.    I just want to understand the
9 basis.
10     A.    Yeah, but you're going to use
11 that against me. The fact of it is I told
12 you I don't know how many times, even though
13 he might have said that, he's acknowledging
14 that Barrie Wilcox and I are there as -- you
15 know, in a nonvoting role. In a non --
16     Q.    Where does he say that?
17     A.    I'm not even going to answer
18 the question. I mean, I've tried to tell you
19 I don't know how many times, and I'm not
20 going to answer the question.
21     Q.    I thought you said that Jeff
22 Armstrong was acknowledging that Barrie
23 Wilcox had a nonvoting role. Does he say
24 that anywhere?

52 (Pages 202 to 205)

206

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    A.    No, he doesn't say that.
2    Q.    He says he was a member.
3    Right?
4
5         MS. LEVINE:  Object to the form
6    of the question.
7         THE WITNESS:  You asked me and I
8    swore under testimony to not -- to
9    tell the truth, right?  So how many
10   times do I have to tell you the truth
11   is what I'm asking?
12   BY MR. OLSON:
13   Q.    I'm just trying to get the
14   basis of why you're so sure --
15   A.    Don't bait me.  Don't bait me.
16   Q.    I'm just trying to understand
17   the basis of why you're so sure when the
18   membership of the committee was listed at the
19   time and Barrie Wilcox was on it, that he
20   wasn't actually a member?  What's the basis
21   for that?
22        MS. LEVINE:  Object to the form
23   of the question.  The document speaks
24   for itself.
25        THE WITNESS:  I don't care what

207

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    Jeff Armstrong wrote there.  I'm
2    telling you under oath that Barrie
3    Wilcox was not a member of that
4    committee, nor did he have any voting
5    on that committee.
6    BY MR. OLSON:
7    Q.    And if there was --
8    A.    If my testimony under oath is
9    not enough, then why am I here?
10   Q.    If you wanted to go find a
11   document from the time that supported your
12   view that Barrie Wilcox wasn't a member,
13   where would you look?
14   A.    I don't know.
15   Q.    Let's look at the recommendations.
16   Start with the beak trimming recommendations.
17   It's the Bates stamp ends 36.  And there's --
18   the title says, "BEAK TRIMMING LAYING STRAINS
19   OF CHICKENS."
20        MS. LEVINE:  I'm sorry, Steig,
21   what page?
22        MR. OLSON:  36.
23   BY MR. OLSON:
24   Q.    Are you there?

208

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    A.    Yes.
2    Q.    Now, the way this lays -- this
3    is laid out, there's a "Background," the
4    "Literature Review," conclusions of the
5    committee and then the "Beak Trimming
6    Recommendations For UEP Guidelines."  Right?
7    A.    Yes.
8    Q.    Now, were the beak trimming
9    recommendations that were put forward by the
10   Scientific Advisory Committee adopted by UEP?
11   A.    The beak trimming
12   recommendations were adopted by UEP, but I am
13   not sure that's exactly these here because
14   I'll say again I believe there is a later
15   version of this.
16   Q.    Well, we'll just do our best
17   with this one.  The ones --
18        MS. LEVINE:  Object to the form
19   of the question.  The witness has said
20   over and over again this is not the
21   final.
22        MR. OLSON:  We don't need you to
23   testify about anything.
24        MS. LEVINE:  Well, I just want

209

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    to be clear about the record and that
2    you don't trick him --
3         MR. OLSON:  It's not your
4    responsibility to give testimony for
5    the record.  I'm not tricking anybody.
6    The witness will speak for himself.
7         MS. LEVINE:  Just so that the
8    record --
9         MR. OLSON:  Please don't give
10   any more testimony.
11        MS. LEVINE:  -- is clear that
12   this witness does not think it's the
13   final.
14        THE WITNESS:  A point I don't
15   want you to trick me up.
16   BY MR. OLSON:
17   Q.    No one is tricking you about
18   anything.
19   A.    Yes, you are.  I don't want you
20   tricking me up on something that I can't
21   verify is true because I believe there is a
22   later version.
23   Q.    We've actually requested the
24   official version from your counsel quite some

53 (Pages 206 to 209)

210

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   time ago and they haven't given to us.
3          MS. LEVINE:  Objection.  You are
4   wrong.
5          MR. McKENNEY:  Object.
6          MR. OLSON:  No, I'm not.
7          MS. LEVINE:  Yes, you are.
8          MR. McKENNEY:  Yes, you are.
9          MS. SUMNER:  You are actually.
10         MS. LEVINE:  You're absolutely
11  wrong.
12         MR. OLSON:  If it's buried in
13  the production maybe, but we asked you
14  for it and we got no response.
15         MS. LEVINE:  This case is
16  about --
17         MR. OLSON:  So any suggestion
18  I'm tricking anybody about anything is
19  completely improper.
20         MS. SUMNER:  That's not true
21  that you asked us for this and you got
22  no response.  You did not ask us for a
23  final version of the recommendations
24  from September of 2000.
25         MR. OLSON:  That may be true.

211

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2          MS. SUMNER:  And it has been
3   produced.  And if you want, I'm happy
4   to give --
5          MR. OLSON:  Do you know where it
6   is in the production?
7          MS. SUMNER:  I'm happy to give
8   you the Bates numbers.  It appears --
9          MR. OLSON:  Let's take a break.
10         MS. LEVINE:  No, we're not going
11  to take a break.  Let's go on the
12  record for the Bates numbers.
13         MS. SUMNER:  It appears at
14  UE0208684 through 703.
15         MR. OLSON:  Thank you.  Well,
16  let's take a break and see if we can
17  get a copy of it.
18         VIDEOGRAPHER:  The time is 1:31.
19  Going off the video record.
20                  - - -
21         (A recess was taken.)
22                  - - -
23         VIDEOGRAPHER:  The time is 1:39.
24  We are back on the video record.
25                  - - -

212

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2          (Exhibit Gregory-20,
3      Recommendations for UEP Animal Welfare
4      Guidelines, Bates UE0208684 -
5      UE0208703, was marked for
6      identification.)
7                  - - -
8   BY MR. OLSON:
9       Q.   So, Mr. Gregory, I'll hand you
10  what we've marked Gregory-20 which is the
11  document dated September 2000.  The Bates
12  stamp is UE0208684 through 8703.
13         Before we get into it, let me
14  just understand the timeline.  We looked in
15  Exhibit 18, United Voices publication talking
16  about a UEP board meeting that it occurred
17  prior to March 6, 2000, and where you say the
18  Scientific Advisory Committee had presented a
19  report.  Okay.  Right?
20      A.   I assume if you're reading it
21  off that.
22         MS. LEVINE:  You can ask him to
23  look at what he's looking at.
24  BY MR. OLSON:
25      Q.   And then -- so that's

213

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   March 2000.  Then Exhibit 19 is
3   recommendations dated May 2000.  And then
4   you've indicated that Exhibit 20, the
5   September 2000 document is the final
6   scientific advisory recommendations this
7   time.  So my question is, what was the
8   process by which the initial report was
9   changed?
10      A.   Well, during this whole
11  process, Dr. Armstrong was attending UEP
12  meetings as the Scientific Committee was
13  meeting and giving the board some updates and
14  things that they were working on in the
15  Scientific Committee so that they -- you
16  know, we didn't want -- when all of a sudden
17  they just laid it on us as a shock, what it
18  was, what he was doing was giving us progress
19  reports as they went along of things they
20  were working on and what they doing.
21      Q.   Were you given the opportunity
22  to review the May 2000 recommendations?
23      A.   I don't recall.
24      Q.   Were you given the opportunity
25  to edit them?

214

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1      A.    No, I was not, because you see,
2  this is the Scientific Committee's report.
3  This is not my report.
4      Q.    So you didn't do any editing of
5  the May 2000 report?
6      A.    I didn't do any editing of
7  anything that they presented.
8      Q.    Do you know who edited the May
9  2000 report before the September 2000 report?
10         MS. LEVINE:  Objection to form
11     of the question.
12         THE WITNESS:  No, I do not.
13  BY MR. OLSON:
14     Q.    To the extent that changes were
15  made, were you a part of the discussion of
16  those changes at the time?
17     A.    I would have been -- I would
18  have been at a meeting of the Scientific
19  Committee and have -- would have heard the
20  discussions that were going on.
21     Q.    So let's look at both 19 and
22  20, 19 being the May 2000 report, 20 being
23  the --
24     A.    Can I ask a question?

215

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1      Q.    -- September 2000 report.  Yes.
2      A.    Why is 19 May 2000 of any
3  importance because it doesn't make the
4  recommendations to the industry?
5      Q.    All right.  If you look at the
6  first page of both of the documents, the
7  Jeffrey Armstrong statement --
8      A.    Okay.
9      Q.    -- you'll see in the
10  September 2000 document the statement that we
11  looked at earlier about "UEP did provide one
12  staff member and a producer as ex officio
13  members of the committee" is unchanged in the
14  September 2000 document.  Do you see that?
15     A.    I see that.
16     Q.    If you look at the next page
17  that lists the members.
18     A.    Yes.
19     Q.    You compare the two, now
20  there's been a change.  And Barrie Wilcox is
21  not listed as member anymore.  He's now
22  listed as support.  Do you see that?
23     A.    I do.
24     Q.    Do you recall who made that

216

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  change?
2      A.    I do not.
3      Q.    So let's look at the beak
4  trimming section.  Number 20, Exhibit 20,
5  this page, ends in 688.
6      A.    Am I looking at the September?
7      Q.    Yes.
8      A.    Okay.  Or am I comparing
9  September with May, what's the question?
10     Q.    Just look at September for now.
11  So again, there's "Background," "Literature
12  Review," "Conclusions of the Committee"
13  section and then there's "Beak Trimming
14  Recommendations for UEP Guidelines."  Do you
15  see those sections?
16     A.    Yes, I do.
17     Q.    Were the beak trimming
18  recommendations in the September 2000
19  document put forward by the Scientific
20  Committee, were they adopted in full?
21     A.    Without looking at a document
22  of the program, I would not be able to answer
23  that.
24     Q.    What's the first recommendation

217

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  that the Scientific Advisory Committee made?
2      A.    I'm reading now instead of you.
3  Is that --
4      Q.    You can read or you can
5  paraphrase, whatever you want to do.
6      A.    What I meant was, are you
7  asking me to read it out loud or just read it
8  to myself?
9      Q.    Oh, I'll read it out loud.  The
10  first recommendation the Scientific Advisory
11  Committee made was "Where possible, producers
12  should select genetic stocks known to require
13  little or no beak trimming."
14         Do you see that?
15     A.    Yes.
16     Q.    Was that ever a requirement to
17  the UEP program?
18     A.    I believe that it is in the
19  program, but I don't believe it's ever been
20  possible to do that.
21     Q.    It's not possible to do what
22  the Scientific Advisory Committee
23  recommended, that's your belief?
24     A.    Because I don't think the

55 (Pages 214 to 217)

218

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  genetic companies have bred that kind of
3  chicken yet.
4      Q.    So you think the Scientific
5  Advisory Committee made a recommendation to
6  do something that was impossible?
7            MS. LEVINE:  Object to the form
8      of the question.
9  BY MR. OLSON:
10     Q.    That's your belief?
11     A.    There again, I believe you're
12 trying to bait me into something, no.
13     Q.    That's what you're saying.
14 Right?
15           MS. LEVINE:  Object to the form
16     of the question.
17 BY MR. OLSON:
18     Q.    That their recommendation was
19 not possible, that's what you're saying?
20     A.    Their recommendation that they
21 made in September 2000 was a goal that the
22 industry should strive to do that is what
23 they're doing.  As of yet, that has not been
24 possible.
25     Q.    You don't -- you don't -- your

219

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  belief is there are not some genetic stocks
3  that are known to -- that were known as of
4  2000 to require little or no beak trimming?
5      A.    To my knowledge, there are no
6  genetic stocks that you can do that with.
7            - - -
8            (Exhibit Gregory-21, Animal
9      Husbandry Guidelines for U.S. Egg
10     Laying Flocks 2000 Edition, Bates
11     MFI0276310 - MFI0276328, was marked
12     for identification.)
13           - - -
14 BY MR. OLSON:
15     Q.    Let me hand you what's been
16 marked as Gregory-21, which is Bates stamped
17 MFI0276310 through 276328.  If you look at
18 the -- let's just take a moment and get
19 there.
20           Can you identify this as the
21 Animal Husbandry Guidelines as put forward by
22 UEP for -- and it's the 2000 edition?
23     A.    It is not.
24     Q.    Why is that?
25     A.    Because the UEP certified

220

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  Animal Husbandry Guidelines did not become
3  effective until 2002.  This is a working
4  paper for the Producer Committee.
5      Q.    Well, let's look at the second
6  page of the document.  It's a letter from you
7  dated November 13, 2000.  Why don't you
8  review that letter?
9      A.    (Reviewing document.)  Okay.
10     Q.    Can you identify it as a letter
11 that you wrote --
12     A.    Yes.
13     Q.    -- to UEP and UEA members and
14 friends on November 13, 2000?
15     A.    Yes.
16     Q.    And on November 13, 2000, you
17 tell all those folks that you're sharing the
18 completed document of husbandry guidelines
19 for the egg industry.  Correct?
20     A.    That's what it says here, yes.
21     Q.    So at the time you thought this
22 was the completed document, Exhibit 21.
23 Right?
24     A.    Evidently so.
25     Q.    Now, you say, "This road map

221

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  does not demand immediate changes..."
3            Do you see that on the first
4  page?
5      A.    Yes.
6      Q.    "...but does give producers an
7  opportunity to be prepared when their
8  customer wants changes."  Right?
9      A.    Yes.
10     Q.    And you say, "This road map
11 also gives them the timeline in which to make
12 voluntarily changes."  Right?
13     A.    That's what it says.
14     Q.    And that's how the program was
15 contemplated when it was first developed in
16 November of 2000.  Right?
17           MS. LEVINE:  Object to the form
18     of the question.
19           THE WITNESS:  Yes, but the --
20 BY MR. OLSON:
21     Q.    It was going to be --
22           MS. LEVINE:  Let Mr. Gregory
23     finish his answer.
24           MR. OLSON:  It was a yes or no
25     question which he's answered.

222

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  MS. LEVINE: You stopped him mid
2  sentence. Let him finish his thought.
3  Go ahead, Mr. Gregory.
4  BY MR. OLSON:
5  Q. That's how it was contemplated
6  at the time. Correct?
7  A. I am trying to tell you that
8  while I used the word "completed," it was as
9  of completed at that time, that the final
10  document I believe you will find of the
11  guidelines is April of 2000, something like
12  that I think it is. I'm not sure exactly
13  what --
14  Q. April of 2000?
15  A. 2002.
16  Q. Well, let's talk about -- I
17  just want to talk about the one that you told
18  UEP and UEA members in November of 2000 was
19  the completed document. All right? And the
20  way you describe it as one not demanding
21  immediate changes, but just giving producers
22  an opportunity to be prepared when the
23  customer wants changes, that's how the
24  program was contemplated as of that time.

223

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  Correct?
2  A. Yes.
3  Q. It was going to be a customer
4  driven program. Right?
5  A. I don't think we viewed it as a
6  customer driven program. It was -- you know,
7  they could do it whenever there was a need to
8  do it.
9  Q. Right. And if a customer
10  wanted them to make certain changes, this
11  would provide a road map for a producer to
12  make those changes. Right?
13  A. Yes.
14  Q. That's how the program was
15  envisioned. Right?
16  MS. LEVINE: Object to the form
17  of the question. Mr. Gregory, you can
18  answer the question.
19  BY MR. OLSON:
20  Q. At this time that's how it was
21  envisioned. Right?
22  MS. LEVINE: Mr. Gregory can
23  answer the question.
24  THE WITNESS: Yes.

224

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  BY MR. OLSON:
2  Q. Then you go on to say, "You may
3  want to share a copy of these guidelines with
4  your customers."
5  A. Yes.
6  Q. So they were completed enough
7  for you to tell UEP members go ahead, send it
8  to their customers?
9  A. Why are we spending all the
10  time on something that wasn't really the
11  program at the time? Why aren't we talking
12  about the program?
13  Q. We're going to get there?
14  A. Well, good.
15  Q. Because the way you describe
16  the program in this letter --
17  A. It doesn't matter how I
18  describe the program at that time. What is
19  the --
20  Q. It's not how it ended up.
21  Right?
22  A. It's not how it ended up.
23  That's what we should be focusing on.
24  Q. We'll get there.

225

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  Then at the end of your letter
2  you say, "Finally let us express our thanks
3  to American Egg Board...for the funding they
4  contributed toward this project."
5  Do you see that?
6  A. Yes.
7  Q. Because AEB gave funding that
8  contributed toward development of guidelines.
9  Right?
10  A. They gave some money towards
11  some research, I think it was. I don't
12  remember what it was.
13  Q. Was it anything beyond
14  research, to the best of your recollection?
15  A. That's -- again, that's 13
16  years ago, I don't know. I don't recall.
17  Q. In this document,
18  November 2001, that UEP adopted, you
19  described as completed, sent to the UEP
20  members, the UEA members, told them to send
21  to their customers, when you list the
22  Scientific Advisory Committee members, you
23  don't list Mr. Wilcox at all. Right?
24  MS. LEVINE: Object to the form

VERITEXT REPORTING COMPANY
(212) 279-9424          www.veritext.com          (212) 490-3430

226

```
 1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
 2       of the question.  Mischaracterizes the
 3       witness' testimony.
 4            THE WITNESS:  I'm not sure, but
 5       by that time, Barrie Wilcox may no
 6       longer have been a UEP chairman and
 7       there may have been a new chairman by
 8       that time, but I don't know.  But you
 9       notice that that list there does not
10       include him or me.
11  BY MR. OLSON:
12       Q.   Right.  He's not listed as a
13  member and the part about Mr. Wilcox even
14  being a supporting member, that's not listed
15  either.  That was taken off.  Right?
16       A.   Obviously it is.
17       Q.   Who took that off the list?
18       A.   You know, I apologize to you
19  because you're asking me questions that are
20  13 years old.
21       Q.   Do you know?
22       A.   No, I don't know.
23       Q.   Okay.
24       A.   But I don't want to be treated
25  as if I'm stupid, though, either.  That's
```

227

```
 1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
 2  what I'm saying.
 3       Q.   Well, let me make it really
 4  clear.  I have to ask questions.  If you
 5  don't know the answer, no one will hold it
 6  against you.  You just have to let us know.
 7  But I just have to ask questions which might
 8  even seem ridiculous, but maybe you might
 9  know something, so I have to ask it.
10       A.   Okay.
11       Q.   So we're looking at 19 --
12  Exhibit 19, Exhibit 20, Exhibit 21.  Let's
13  look at Exhibit 20, which is the
14  September 2000 Scientific Advisory Committee
15  recommendations.
16       A.   This is which one?  Exhibit
17  what?
18            MS. LEVINE:  20.
19            THE WITNESS:  20.  Okay.
20  BY MR. OLSON:
21       Q.   All right.  Number 1, it says,
22  "Where possible, the producers should select
23  genetic stocks known to require little or no
24  beak trimming."  Right?
25       A.   Yes.
```

228

```
 1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
 2       Q.   Now, in the UEP guidelines,
 3  that's not listed under the recommendations.
 4            MS. LEVINE:  Object to the form
 5       of the question.  Mischaracterizes
 6       what the witness has testified about
 7       this document, 21.
 8            THE WITNESS:  I can't answer
 9       that without seeing the Animal
10       Husbandry Guidelines of April 2002.
11       You're making a -- you're telling me
12       that they're not included there, but I
13       don't have any way of knowing that
14       what you're telling me is by fact.
15  BY MR. OLSON:
16       Q.   Let's just start with 21, the
17  completed guidelines that you sent to all
18  members and told them to send to customers.
19       A.   Can you show me the cover of
20  that page?
21       Q.   21.
22       A.   21.  Okay.  Yes.  Okay.
23       Q.   Beak trimming ends at 6320.
24       A.   Again, we're looking at
25  incomplete project.  Okay.
```

229

```
 1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
 2       Q.   Okay.  So go to the section
 3  that says, "BEAK TRIMMING," please.
 4       A.   I'm having real trouble with
 5  this because this is not the final.  In this
 6  thing it is saying, "Using genetic stocks
 7  that require little or no beak trimming is
 8  the most desirable approach."  There is no
 9  reason to include a guideline that at that
10  point in time or do you see in the future
11  that is doable.  But so it doesn't come down
12  under the recommendations, but it is in the
13  beak trimming body of the message.
14       Q.   Isn't what the body of the
15  message says that only under certain
16  management systems is beak trimming
17  recommended?
18       A.   Are you trying to challenge me
19  on whether we should be beak trimming chicks
20  or not, is that what the challenge is here?
21       Q.   Yeah, because don't the
22  guidelines that UEP put forward basically say
23  it's fine to beak trim every hen?
24       A.   No.
25       Q.   Is there any requirement of the
```

230

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    UEP program as adopted that a hen producer
2    make an effort to not beak trim hens.
3        A.    Oh, it's perfectly fine not to
4    beak trim hens.
5        Q.    I said is there any requirement
6    of the UEP program that an egg producer make
7    any effort at all not to beak trim every
8    single one of its hens?
9        A.    You are not required to beak
10   trim anything.  In fact, that would be --
11       Q.    I'm asking the opposite.
12       A.    But if you do --
13       Q.    I'm asking the opposite
14   question.
15            MS. LEVINE:  Let Mr. Gregory
16   finish.
17            MR. OLSON:  He doesn't
18   understand the question.
19            MS. LEVINE:  Mr. Olson, you are
20   being rude to the witness.  He was in
21   the middle of an answer.  Just let him
22   finish.
23            MR. OLSON:  My question is
24   obviously unclear.

231

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1            MS. LEVINE:  Let him finish.
2    No, it's obviously not.
3            THE WITNESS:  Okay.
4    BY MR. OLSON:
5        Q.    Thank you.  The question is, is
6    there any requirement in the UEP program as
7    UEP adopted it that calls on egg producers to
8    make any effort at all to not beak trim every
9    one of their hens?
10           MS. LEVINE:  Object to the form
11   of the question.  That is unintelligible.
12           MR. OLSON:  That is?
13           MS. LEVINE:  Yes.
14   BY MR. OLSON:
15       Q.    Is that unintelligible to you?
16       A.    Yes.
17       Q.    Okay.
18       A.    Because you're putting two
19   separate sentences, you're saying one thing
20   and countering it within the same sentence.
21       Q.    That's fine.  I'll try it
22   again.
23           The Scientific Advisory
24   Committee's recommendation number 1, says

232

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    Where possible try not to have to beak trim
2    your hens.  Right?
3        A.    Right.
4        Q.    Is there anything in the UEP
5    guidelines that required producers to try to
6    avoid beak trimming?
7        A.    No.  The recommendations tells
8    you how to do it if -- if you need to beak
9    trim, it tells you how to do it.
10       Q.    Now, let's look at back to
11   19 -- I'm sorry, not 19.  Back to 20, this is
12   the September 2000 final scientific advisory
13   report.  Let's look at the housing space
14   allowances discussion.
15       A.    Okay.
16       Q.    There's a "Background," a
17   "Literature Review," we can skip those.
18   Well, actually in the middle of the
19   literature review on the page that ends 8692,
20   it says, "The research on space allowances
21   can be summarized as follows."
22       A.    Where is that, you said on 692?
23       Q.    6 -- yes.
24       A.    And where -- oh, it's up there.

233

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1            MS. LEVINE:  Which document --
2    I'm sorry.
3            THE WITNESS:  "The research on
4    space allowances can be summarized as
5    follows."  Okay.
6            MR. OLSON:  20.
7    BY MR. OLSON:
8        Q.    Right.  Point number one says,
9    "Numerous studies...," and I'll skip some
10   language, "...have shown that decreasing
11   space allowances in cages to below
12   approximately 72 square inches per
13   hen...significantly reduces hen-house egg
14   production and increases mortality."  Right?
15       A.    Uh-huh.
16       Q.    Increased mortality is not a
17   good thing for hens?
18       A.    It's not.
19       Q.    Was there ever a requirement of
20   the UEP program that hens get 72 square
21   inches per hen?
22       A.    No.  No.
23       Q.    Now, if you look at the fourth
24   bullet, it says, "Measurements of White

59  (Pages 230 to 233)

234

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 Leghorn hens show that they require about
2 65-83 square inches (average 74) to perform
3 even the most basic behaviors." Right?
4 That's what it says. Right?
5 A. That's what it says.
6 Q. And hens, it's a humane thing
7 to let them perform basic behaviors. Right?
8 MS. LEVINE: Object to the form
9 of the question. He's not a
10 scientist.
11 THE WITNESS: We don't use that
12 term, but okay. Sure.
13 BY MR. OLSON:
14 Q. Things like standing
15 comfortably and resting, those are humane
16 things to allow a bird to do. Right?
17 MS. LEVINE: Object to the form
18 of the question.
19 THE WITNESS: What --
20 BY MR. OLSON:
21 Q. Is that good for the animal
22 welfare of hens to be able to stand
23 comfortably?
24 MS. LEVINE: Object to the form
25


235

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 of the question.
2 THE WITNESS: The point is
3 you're trying to discredit the
4 Scientific Committee and you're trying
5 to discredit this program, I'm not
6 going to let you do it.
7 BY MR. OLSON:
8 Q. I'm not trying to discredit the
9 Scientific Committee --
10 A. Yes, you are.
11 Q. -- at all. What they said is
12 hens, white Leghorn hens need an average of
13 74 inches to perform even the most basic
14 behaviors. Right?
15 A. That's what it says.
16 Q. And it says they need more room
17 to perform other behaviors like wing
18 flapping.
19 A. That's what it says.
20 Q. Even more than 74. Right?
21 A. Yes.
22 Q. And under the UEP program they
23 didn't even get 74 inches, did they?
24 A. Because -- you want to know
25

236

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 why?
2 Q. No, I just want to know the
3 answer.
4 A. Because -- you don't want to
5 know the reason.
6 Q. I just want to know the answer.
7 They didn't. Right?
8 A. They did not.
9 Q. Now, this --
10 A. That's unfair, but I'll say
11 they did not.
12 Q. The next bullet says that
13 "Feeder space is a critical element affecting
14 welfare."
15 Do you see that?
16 A. I do.
17 Q. Do you agree?
18 A. No.
19 Q. And what the Scientific
20 Advisory Committee said is that "Four inches
21 of feeder space per hen is required for all
22 hens to have free access to the feeder."
23 Do you see that?
24 A. I see it, but you don't want an

237

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 answer.
2 Q. Did the UEP program give all
3 inches four -- all hens four inches of feeder
4 space per hen?
5 A. They did not, but you, again,
6 don't want the answer.
7 MR. OLSON: We need to take a
8 break to change tape.
9 VIDEOGRAPHER: The time is 2:03.
10 We're going off the video record.
11 - - -
12 (A recess was taken.)
13 - - -
14 VIDEOGRAPHER: The time is 2:12.
15 This is tape number four.
16 BY MR. OLSON:
17 Q. We're looking at Exhibit 20,
18 the September 2000 Scientific Advisory
19 Committee recommendations. Let's look at the
20 page that ends in 693. Number 2 under the
21 recommendations for caged hens says, "Hens
22 should be able to stand comfortably upright
23 in their cage without having their heads
24 protruding into the cage above." Right?

238

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    A.    Yes.
2    Q.    That's reasonable.  Right?
3    A.    Yes.
4    Q.    "A cage height of 16-17 inches
5    will generally be acceptable…"
6          Do you see that?
7    A.    Yes.
8    Q.    Was that ever a requirement of
9    the UEP program?
10   A.    Again, you're going to have to
11   show me the UEP document.
12   Q.    To your knowledge, was it ever
13   a requirement, do you know?
14   A.    My answer, again, is you're
15   going to have to show me the UEP document.
16   Q.    Without seeing the document, do
17   you know if that was ever a requirement?
18   A.    No.
19   Q.    You don't know?
20   A.    I don't know.
21   Q.    Or it was not?
22   A.    I don't know.
23   Q.    Is it a requirement in
24   Exhibit 21, the 2000 guidelines that you

239

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    distributed to UEP members?
2          MS. LEVINE:  Object to the form
3    of the question.  Mischaracterizing
4    the document.  The witness can answer.
5          THE WITNESS:  I'd have to look
6    at it, but, again, I'm not concerned
7    about this 2000 edition, number 21,
8    because that's not the final product.
9                - - -
10        (Exhibit Gregory-22, United Egg
11   Producers Animal Husbandry Guidelines
12   for U.S. Egg Laying Flocks 2003
13   Edition, Bates UE0809072 - EU0809988,
14   was marked for identification.)
15               - - -
16   BY MR. OLSON:
17   Q.    Let me hand you what we'll mark
18   as Gregory Exhibit 22.  Please keep 20 handy.
19   This is a document Bates stamped UE0809972
20   through 9988.  Mr. Gregory, can you identify
21   this as the UEP adopted guidelines, the 2003
22   edition?
23   A.    Yes.
24   Q.    So this is after you've

240

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    testified the program was completed.  Right?
2    A.    Yes.
3    Q.    All right.  In this UEP
4    document, is there any requirement that hens
5    get a cage height of 16 to 17 inches at a
6    minimum?
7    A.    Let me review what page that
8    would be on.  (Reviewing document.)
9          So your question again is what?
10   Q.    Whether there's any requirement
11   in the UEP program that was adopted that hens
12   get a minimum of 16 or 17 inches of cage
13   height?
14   A.    No, it's not there.
15   Q.    And there's also no requirement
16   that there be a minimum feeder space of four
17   inches per bird in the UEP programs that were
18   adopted.  Correct?
19   A.    No, there's not.
20   Q.    Now, back to what the
21   Scientific Advisory Committee recommended,
22   they also made a recommendation about fresh
23   air for the bird.  Right?
24   A.    Yes.

241

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    Q.    That's an important thing for a
2    bird to get.  Right?
3    A.    Yes.
4    Q.    This is the next page, it's
5    point 9, and it says, what the Scientific
6    Advisory Committee said is, The ammonia
7    concentration to which the birds are exposed
8    should ideally be less than 10 parts per
9    million and should not exceed 25 parts per
10   million.  Right?
11   A.    Yes.
12   Q.    Do the UEP guidelines adopt
13   that recommendation?
14   A.    The UEP guidelines says that it
15   should be -- birds should be exposed, should
16   ideally be less than 25 parts per million but
17   not exceed 50 parts per million.
18   Q.    Right.  So the answer is no?
19   A.    The answer is no.
20         When do I get a chance to tell
21   the background of this stuff?
22   Q.    Just to try to set your mind at
23   ease the best I can, I have limited time.  I
24   need to do what I need to do.  Your counsel

242

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 can take all the time with you you want to
2 ask you all the questions that you want to
3 answer.
4     A.    My point is that --
5     Q.    In an ideal world you and I
6 would talk for hours and hours, but it's just
7 not possible.
8     A.    My point is that am I being set
9 up here to a point to not being able to tell
10 a series of events that happened through
11 research and all that thereafter?
12     Q.    All right.  Let's look at the
13 molting recommendations --
14     A.    Obviously not.  Okay.
15     Q.    -- in Exhibit 20 which is the
16 Scientific Advisory Committee recommendations.
17     A.    Molting, what page is that?
18     Q.    Ends in 698.
19     A.    Okay.
20     Q.    Now, the issue about molting
21 that was raised around this time was that
22 some egg producers would molt their chickens
23 by depriving them of food.  Right?
24     A.    Yes.

243

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1     Q.    By starving them?
2     A.    That was --
3         MS. LEVINE:  Object to the form
4     of the question.  Mischaracterizes
5     what the witness said.
6         THE WITNESS:  Until that time,
7     that was the only known way to do it
8     based upon university research that
9     had been done many years ago.
10 BY MR. OLSON:
11     Q.    Just to talk about the concern,
12 the concern was depriving a hen of food is
13 not -- it's a concern from an animal welfare
14 perspective.  Right?
15     A.    I don't think the scientists
16 concluded that.
17     Q.    Well, let's look at Exhibit 20.
18 "Committee Conclusions," the scientist said
19 "It is the practice of feed withdrawal that
20 has caused animal welfare groups to be
21 concerned about the methods used by the egg
22 layer industry to induce a molt."
23         Do you see that?
24     A.    I do not, but what they're

244

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 talking about --
2     Q.    Hold on.  I just want to make
3 sure -- if you don't see it, let's make sure
4 you see it.  698, second full paragraph in
5 Exhibit 20.
6     A.    Which -- all right.  Second
7 paragraph?
8     Q.    Do you see where it starts, "It
9 is the practice..."?
10     A.    Yes, yes, yes.
11     Q.    And then it says, "Our
12 committee agreed with this concern."
13         Do you see that?
14     A.    Yes.
15     Q.    Does that refresh your
16 recollection of --
17     A.    Yes.
18     Q.    And because of that concern,
19 the Scientific Advisory Committee recommended
20 that the shortest period of feed withdrawal
21 possible should be used when molting is used.
22 Right?
23     A.    Yes.
24     Q.    Was that ever a requirement of

245

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 the UEP program?
2     A.    The UEP program says that
3 however, "Until such time that those
4 alternatives are available, the shortest
5 period of feed withdrawal possible should be
6 used to accomplish the goal of rejuvenating
7 the hen's egg production capacities and
8 overall welfare."
9     Q.    Was there ever any requirement
10 under the program that a producer actually
11 use the shortest period of time possible?
12 Was that ever something that was enforced?
13         MS. LEVINE:  Object to the form
14     of the question.
15         THE WITNESS:  Yeah, because
16     you're not allowing me to go forward
17     in the years of the molt research
18     projects.
19 BY MR. OLSON:
20     Q.    Before the time that the feed
21 withdrawal molting was prohibited.
22     A.    No, no, no.  Our recommendation
23 was based upon just these things here.  It
24 didn't say, okay, you do it in -- our goal is

62  (Pages 242 to 245)

246

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1   to do it in seven days and in five days,
2
3   nothing like that.
4       Q.   So there's no specific
5   requirement about how long it could be done.
6   Right?
7       A.   No.
8       Q.   And there was no specific
9   requirement that a producer demonstrate that
10  they were doing it the shortest period of
11  time possible?
12      A.   No.
13      Q.   Let's turn in the scientific
14  advisory recommendations Exhibit 20 to the
15  last page which is "Humane Handling
16  Transportation & Slaughter" and the
17  recommendations from the committee.
18      A.   Okay.
19      Q.   The first one says, the first
20  recommendation from the committee is "Provide
21  caged layers with as much space as possible,
22  both horizontal and vertical, to facilitate
23  movement and, thus, help to maintain bone
24  strength during lay."
25           Do you see that?

247

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1       A.   Yes.
2
3       Q.   And the second one refers to,
4   among other things, providing adequate feeder
5   space so that hens consume enough calcium and
6   phosphorus to keep their bones strong.
7   Right?
8       A.   Uh-huh.
9       Q.   The concern is that being in
10  transportation, hens without strong bones,
11  they can break their bones.  Right?
12           MS. LEVINE:  Object to the form
13      of the question.
14           THE WITNESS:  You're getting an
15      opportunity to provide dialogue, I'm
16      not.  So, yes, I guess that's right.
17  BY MR. OLSON:
18      Q.   Was there any requirement under
19  the UEP guidelines that caged layers would be
20  provided with as much horizontal and vertical
21  space as possible to facilitate movement and
22  maintain bone strength?
23      A.   No.
24      Q.   Okay.  You can put that aside.
25           - - -

248

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1           (Exhibit Gregory-23, UEP Animal
2       Welfare Committee Meeting, May 15,
3       2000, Bates UE0215485 & UE0215486, was
4       marked for identification.)
5                - - -
6   BY MR. OLSON:
7       Q.   Let me hand you what's been
8   marked Gregory-23.
9           MS. LEVINE:  Gregory-23?
10          MR. OLSON:  Yes.  Gregory-23.
11  BY MR. OLSON:
12      Q.   And I'll identify this as --
13  unfortunately the Bates number, I believe
14  it's UE0215485 through 486.  Mr. Gregory,
15  I'll ask if you can identify this as minutes
16  of the UEP Animal Welfare Committee meeting
17  dated May 15, 2000?
18      A.   That's what the title says.
19      Q.   And there was a discussion at
20  this meeting about caged space allowance
21  issues.
22          MS. LEVINE:  Object to the form
23      of the question.
24  BY MR. OLSON:

249

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1       Q.   Right?
2       A.   It appears so.
3       Q.   Now, as of this time, the
4   program, the Animal Welfare Program is still
5   as you described it to the UEP members in
6   November of 1991 as one that doesn't demand
7   immediate changes but can give a timeline and
8   a road map for producers when their customers
9   want changes.  Right?
10          MS. LEVINE:  Object to the form
11      of the question.  Mischaracterizes
12      the --
13          MR. CAMPBELL:  You misspoke.
14          MS. LEVINE:  -- the testimony.
15  BY MR. OLSON:
16      Q.   November 19 -- sorry,
17  November 2000.
18          MS. LEVINE:  Same objection.
19      Objection to the form of the question.
20      Mischaracterizing what this witness
21      says.
22  BY MR. OLSON:
23      Q.   Let me ask the question again.
24  Now, as of this time, the document -- the

63 (Pages 246 to 249)

250

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 program being contemplated by UEP in
2 Exhibit 23 is the type of program you
3 described to UEP members in Exhibit 21 as one
4 that did not demand immediate changes, but
5 just gave a -- producers an opportunity to be
6 prepared when their customers wanted changes.
7 Right?
8 Right?
9         MS. LEVINE:  Object to the form
10        of the question.  Mischaracterizes the
11        witness' testimony.
12        THE WITNESS:  Yes, that does
13        talk about it being voluntary,
14        whatever.
15 BY MR. OLSON:
16     Q.    And what's discussed at this
17 Animal Welfare Committee May 15, 2000, is
18 that purely voluntary increases in space
19 allowances would reduce returns for the
20 companies that participated.  Right?
21        MS. LEVINE:  Objection to the
22        form of the question.
23        Mischaracterizes what the witness has
24        said.
25 BY MR. OLSON:

251

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2     Q.    That's point 2 here, right?
3     A.    Yes.
4     Q.    And then point 3 says that
5 increasing space allowances for the industry
6 can only be justified if most or all egg
7 producers participated.  Right?
8     A.    That's what it says.
9        MS. LEVINE:  The document speaks
10        for itself, I think you misread it.
11 BY MR. OLSON:
12     Q.    In point 5 there was -- this
13 reflects that there was a discussion at this
14 meeting about the two major effects of
15 increasing space allowances.  Right?
16     A.    Yes, but again, why are we
17 talking about something in May 2000 when it
18 is not the final program?
19     Q.    And the first major effect that
20 was discussed by the Animal Welfare Committee
21 is that increasing space allowance would
22 position the industry as a pro welfare step.
23 Right?
24     A.    Yes.
25     Q.    The second major effect that

252

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2 was discussed is that "An increase in space
3 allowance would inevitably reduce the layer
4 population..."  Right?
5        MS. LEVINE:  Object to the form
6        of the question.
7        THE WITNESS:  No.
8 BY MR. OLSON:
9     Q.    That's what was discussed at
10 this time?
11        MS. LEVINE:  Object to the form
12        of the question.
13        THE WITNESS:  No.
14 BY MR. OLSON:
15     Q.    That's what the minutes say
16 were discussed.  Right?
17        MS. LEVINE:  Object to the form
18        of the question.
19        THE WITNESS:  Would you ask that
20        question again?
21 BY MR. OLSON:
22     Q.    Okay.  So these minutes of the
23 Animal Welfare Committee meeting reflect that
24 the second major effect of increasing space
25 allowances as discussed at the meeting would

253

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2 be that that increase would inevitably reduce
3 the layer population.  Right?
4        MS. LEVINE:  Object to the form
5        of the question.
6        THE WITNESS:  What that is
7        talking about at that point in time is
8        the -- is that it would reduce the
9        layer population per cage, I think,
10        but it did not do that.  In fact, the
11        record will show that the layer flock
12        increased.
13 BY MR. OLSON:
14     Q.    But what was expected at the
15 time is that it would reduce the layer
16 population and it would thereby reduce the
17 surplus production problems affecting the
18 industry.  Right?
19        MS. LEVINE:  Object to the form
20        of the question.  Mischaracterizes
21        what the witness just said.
22        THE WITNESS:  It would reduce
23        the number of hens in existing houses.
24 BY MR. OLSON:
25     Q.    Well, not only that, what was

64 (Pages 250 to 253)

254

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  expected at the time is that it would reduce
2  the over-production problem that plagued the
3  egg industry.  Right?
4      MS. LEVINE:  Object to the form
5      of the question.  Mischaracterizes the
6      witness' testimony.  He's answered
7      this question.  He may answer it
8      again.
9      THE WITNESS:  I think she
10     provided an answer.
11  BY MR. OLSON:
12     Q.   She sure did.  But let's get
13  your answer.  What was expected at the time
14  was that an increase in space allowance would
15  reduce the over-production problem that had
16  plagued the egg industry.  Correct?
17     MS. LEVINE:  Object to the form
18     of the question.  Asked and answered.
19     THE WITNESS:  Can I explain that
20  or do I just have to answer yes or no?
21  BY MR. OLSON:
22     Q.   Let's start with yes or no.
23     MS. LEVINE:  Object to the form
24     of the question.  Doesn't call for a

255

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1      yes or no.
2      THE WITNESS:  I'm not sure I can
3      answer it yes or no.
4  BY MR. OLSON:
5      Q.   Well, let's look at the second
6  page of the document and see the heading
7  called "Comments"?
8      A.   Uh-huh.
9      Q.   It says, "Uniform application
10  of minimum space requirements within the U.S.
11  would," and there are three points there.
12  Right?
13     A.   Yes.
14     Q.   And can you read the third
15  point into the record slowly, please?
16     A.   The voluntary cutting back is
17  that what we were saying back with an
18  incentive program.
19     Q.   Where it says point number 3,
20  under "Comments" at the bottom.
21     A.   You're still on page 1?
22     Q.   No, page 2.
23     A.   Comments.  Oh, okay.  "It would
24  reduce the over-production problem that has

256

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  plagued the egg industry every 3-5 years."
2      Q.   Do you have an independent
3  recollection of this meeting?
4      A.   I do not.
5      Q.   So the best source of what was
6  discussed at this meeting is this document.
7  Right?
8      MS. LEVINE:  Object to the form
9      of the question.
10     THE WITNESS:  Yes.
11  BY MR. OLSON:
12     Q.   You can put that aside.
13                - - -
14     (Exhibit Gregory-24, 8/29/00
15     Letter, Bates MOARK0020647 -
16     MOARK0020652, was marked for
17     identification.)
18                - - -
19  BY MR. OLSON:
20     Q.   Let me hand you what we've
21  marked as Gregory-24.  This is a document
22  Bates stamped MOARK0020647 through 20652.
23  I'll ask if you can identify it as a letter
24  with a couple of attachments that you sent to

257

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  UEP members on August 29, 2000?
2      A.   I must admit -- I must say so
3  because it's my signature.
4      Q.   And why don't you go ahead and
5  just review your letter quickly.
6      A.   (Reviewing document.)  Okay.
7      Q.   Now, what you're informing UEP
8  members of at this time is that UEP was going
9  to assume the management of USEM.  Correct?
10     A.   Yes.
11     Q.   It would do that primarily for
12  the purpose of coordinating industry-wide
13  export shipments.  Correct?
14     A.   Yes.
15     Q.   Why was UEP going to assume the
16  management of USEM at this time?
17     A.   The United States Egg Marketers
18  Board of Directors came and asked UEP if they
19  would take over the management of their
20  cooperative.
21     Q.   And did you have an
22  understanding of why they made that request?
23     A.   Yes.  Their president and CEO
24  who had actually been there from the very

65 (Pages 254 to 257)

258

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    beginning, he was retiring and they said that
3    they could not find a suitable replacement.
4         Q.    And the attachments -- just one
5    point to look at, there's an attachment
6    that's titled, "BENEFITS OF EXPORT ORDER AND
7    WHY EVERYONE SHOULD PARTICIPATE"?
8         A.    Yes.
9         Q.    And there is a question, it
10   says, "Why should you be an export
11   participating member of USEM?"
12        Do you see that?
13        A.    Yes.
14        Q.    Then the answer is, "The intent
15   of taking a large volume export order for a
16   short period of delivery is to reduce the
17   domestic supply and thereby increase the
18   domestic price of eggs."
19        Do you see that?
20        A.    Yes.
21        Q.    And that's consistent with your
22   knowledge.  Correct?
23        A.    Yes.
24        MR. OLSON:  Put that aside.
25            - - -

259

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        (Exhibit Gregory-25, 12/20/00
3        Letter, Bates UE0146962 - UE0146964,
4        was marked for identification.)
5            - - -
6    BY MR. OLSON:
7         Q.    I'm going to hand you what's
8    been marked Gregory-25.
9         A.    When do we get a chance to tell
10   our side of the story?
11        MS. LEVINE:  Mr. Gregory, as I
12       told you, everyone has their
13       opportunity.  We take turns.
14       THE WITNESS:  Okay.
15   BY MR. OLSON:
16        Q.    All right.  The document I've
17   handed you, Gregory-25 is Bates stamped
18   UE0146962 through 964.  I'll ask you if you
19   can identify this as a letter you sent with
20   an attachment to UEP marketing and price
21   discovery committee members and others on
22   December 20, 2000.
23        A.    First of all, it does not say
24   others, I don't believe.
25        Q.    Are the people listed here the

260

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    members of that committee?
3         A.    This is 13 -- 12 years ago,
4    more than 12 years ago, so without looking at
5    the documents back in those days, I don't
6    know that for sure, but I don't recognize
7    anyone here that is not.  So I assume that's
8    right, but I want to point out to you that it
9    doesn't say others.
10        Q.    Fair enough.
11        A.    So I base -- based on that, I
12   must conclude that these were marketing price
13   discovery members.  And, yes, I did write
14   this letter.
15        Q.    You say, "It's been an
16   unbelievable year," right, referring to the
17   year 2000?  Correct?
18        A.    Yes.
19        Q.    And what you're referring to is
20   that there was a turnaround and prices have
21   gone up.  Correct?
22        A.    I don't know.
23        MS. LEVINE:  Object to the form.
24        THE WITNESS:  I don't know what
25   an unbelievable year means.

261

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    BY MR. OLSON:
3         Q.    Have you read the letter?
4         A.    No.
5         Q.    Why don't you go ahead and
6    review the letter.
7         A.    (Reviewing document.)
8         So what I'm trying to do is
9    give a pat on the back to the people that
10   served on these committees for having done a
11   good job.
12        Q.    They did such a good job that
13   you believed that every egg producer realized
14   a major increase in revenue that year.
15   Right?
16        A.    Yes.
17        Q.    And that was because prices
18   improved?
19        A.    Yes.
20        Q.    And you talk about what, in
21   your view, caused the market to turn around.
22   Right?
23        MS. LEVINE:  Object to the form
24       of the question.
25       THE WITNESS:  I'm trying to

262

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 compliment them on what they did.
2 These were not the only factors
3 obviously that caused a change in the
4 market.
5 BY MR. OLSON:
6 Q. And what they did during the
7 year was put together these programs for
8 reducing flock size and reducing chick hatch.
9 Correct?
10 MS. LEVINE: Object to the form
11 of the question.
12 THE WITNESS: Well, it does not
13 say so there, that might be assumed.
14 BY MR. OLSON:
15 Q. Well, actually if you look at
16 the third full paragraph, it says, "It was
17 those of you serving on the UEP Marketing
18 Committee that made reasonable..."
19 A. Yes, it does say that there.
20 Yes. I'm sorry.
21 Q. I'll just finish for the
22 record. "...reasonable recommendations of
23 reducing the flock size and reducing the
24 chick hatch."
25

263

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 A. Yes.
2 Q. And those are those programs we
3 talked about before. Right?
4 A. Yes. Yes.
5 Q. And then you say, "The industry
6 followed your recommendations and adjustments
7 were made without anyone going broke."
8 Right?
9 A. Yes.
10 Q. And that's consistent with your
11 recollection. Correct?
12 A. Yes.
13 Q. And you also on the top of
14 page 2 say, it was those of you that are USEM
15 members that supported the export efforts,
16 and that helped reduce domestic supply as
17 well. Correct?
18 A. Yes.
19 Q. If you turn to the attachment
20 that's titled, "FINANCIAL IMPACT OF ACTIONS
21 TAKEN BY UEP/USEM TO ADDRESS INDUSTRY
22 ECONOMICS." Do you see that?
23 A. Uh-huh.
24 Q. One of the things you say is
25

264

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 that "Recommendations made by UEP's Marketing
2 Committee to reduce the chick hatch and hen
3 inventory resulted in improved egg prices
4 starting in August." Right?
5 A. Uh-huh.
6 Q. And that's consistent with your
7 recollection as well. Correct?
8 MS. LEVINE: Object to the form
9 of the question.
10 THE WITNESS: Again, this is 12
11 years ago, so I would have to --
12 BY MR. OLSON:
13 Q. But if you said it, it was
14 likely consistent with your knowledge at the
15 time?
16 A. At the time, yes.
17 Q. You can put that aside.
18 - - -
19 (Exhibit Gregory-26, UEP Shell
20 Egg Marketing Committee Conference
21 Call -- June 4, 2001 Minutes, Bates
22 UE0153464 & UE0153465, was marked for
23 identification.)
24 - - -
25

265

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 BY MR. OLSON:
2 Q. Let me hand you what we've
3 marked as Gregory-26. This is document Bates
4 stamped UE0153464 through 465. I'll ask you
5 if you can identify it as minutes that you
6 took of a "UEP Shell Egg Marketing Committee
7 Conference Call -- June 4, 2001"?
8 A. Yes.
9 Q. Do you recall this meeting?
10 A. Would you give me time to read
11 it first?
12 Q. Sure. Absolutely.
13 A. (Reviewing document.)
14 I have read the -- I have read
15 the document.
16 Q. And do you recall this meeting?
17 A. I do not recall it.
18 Q. So the best source for you to
19 know what happened at this meeting would be
20 the minutes you prepared. Correct?
21 A. Yes.
22 MS. LEVINE: Object to the form
23 of the question.
24 BY MR. OLSON:
25

**VERITEXT REPORTING COMPANY**
(212) 279-9424          www.veritext.com          (212) 490-3430

266

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2     Q.    This reflects that you and
3  Dolph Baker had submitted for the committee's
4  consideration recommendations of an action
5  plan that called for early hen disposal and
6  early molt.  Do you see that?
7     A.    That's what the minutes say,
8  yes.
9     Q.    Were there times that you
10 became involved in recommending programs like
11 that to the Marketing Committee?
12    A.    No.  But as the staff member
13 responsible for -- you know, the chairman of
14 the committee would discuss some of the
15 stuff, you know, in advance with me.
16    Q.    Do you see a reference to
17 statements made by an Arnie Riebli?
18    A.    Yes.
19    Q.    Who is Mr. Riebli?
20    A.    He's an egg farmer from
21 Northern California.
22    Q.    Do you remember what company
23 he's at?
24    A.    Sunrise Egg Farm.
25    Q.    And the minutes say, Mr. Riebli

267

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  questioned whether it was time to call for
3  mandatory implementation of the industry
4  Animal Welfare Guidelines.  Do you see that?
5     A.    Yes, I do.
6     Q.    "Were the guidelines in effect
7  this would take care of over production."
8           Do you see that?
9     A.    Yes.
10    Q.    Do you have an understanding
11 why Mr. Riebli thought that putting the
12 guidelines in effect would take care of the
13 over production?
14          MR. McKENNEY:  Object to the
15    form.  Mischaracterizes the document.
16          THE WITNESS:  Everybody had
17    opinion.  Everybody had speculation
18    about what would happen.  He's only
19    expressing what his thoughts would be.
20 BY MR. OLSON:
21    Q.    Well, just to be -- to cut to
22 the chase, what he's talking about is the
23 cage space requirements.  Right?
24          MS. LEVINE:  Objection to --
25    object to the form of the question.

268

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2     The witness says he doesn't remember
3     the meeting.
4           THE WITNESS:  But it doesn't
5     even say that.
6  BY MR. OLSON:
7     Q.    Do you recall what he -- do you
8  recall the discussion?
9     A.    No, I do not.
10    Q.    You can put this aside.
11          Now, who is Joy Mench?
12    A.    She's Dr. Joy Mench.  She is
13 with the University of California Davis.  She
14 is a member of the Scientific Advisory
15 Committee.
16    Q.    Is she still a member of that
17 committee today?
18    A.    Yes.
19    Q.    What was her role in the
20 Scientific Advisory Committee?
21    A.    Dr. Armstrong gave each of the
22 Scientific Committee members a project as
23 such to do research on certain things.  She
24 was -- had done a lot of work on like cage
25 space and cage configuration and those kind

269

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  of things.  So she primarily was the lead
3  person on that part of the scientific work.
4              - - -
5           (Exhibit Gregory-27, E-mail
6     chain, Bates UE0840235 - UE0840238,
7     was marked for identification.)
8              - - -
9  BY MR. OLSON:
10    Q.    Let me hand you what we've
11 marked as Gregory-27, e-mail chain.  Why
12 don't you go ahead and review it, please.
13 Oh, and this document is Bates --
14          UNIDENTIFIED SPEAKER:  Do you
15    have a Bates range for 27?
16          MR. OLSON:  Yes.  It is
17    UE0840236 through 238.
18          UNIDENTIFIED SPEAKER:  Thank
19    you.
20          THE WITNESS:  (Reviewing
21    document.)
22          Okay, I've scanned it quickly.
23 BY MR. OLSON:
24    Q.    Thank you.  Can you identify
25 this as an e-mail exchange you had with

68 (Pages 266 to 269)

270

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  Dr. Mench in August of 2001?
3    A.    Yes.
4    Q.    It's about the scientific
5  recommendations about cage space and feeder
6  space.  Right?
7    A.    Yes.
8    Q.    And it starts with you
9  contacting Dr. Mench about the guidelines
10  referring to space allowance should be in the
11  range of 67 to 86 square inches of usable
12  space per bird?  Right?
13    A.    Yes.
14    Q.    You asked how she would break
15  that down.  Right?
16    A.    Yes.
17    Q.    She responds to you and she
18  says, "I think we are getting too hung up on
19  floor space here, when it is only one element
20  of the hen's environment."
21         Do you see that?
22    A.    Yes.
23    Q.    What's your understanding of
24  what she was saying there?
25         MS. LEVINE:  Object to the form

271

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  of the question.
3         THE WITNESS:  I don't know what
4  she's referring to.
5  BY MR. OLSON:
6    Q.    Well, she says, "As you know, I
7  got pushed into setting a range by the
8  producer committee..."
9         Do you see that?
10    A.    I see that.
11    Q.    Do you know what she's
12  referring to there?
13    A.    No, I do not.
14    Q.    Were you concerned when you
15  heard that?
16         MS. LEVINE:  Object to the form
17  of the question.
18         THE WITNESS:  I don't recall.
19  BY MR. OLSON:
20    Q.    She says, "...my own opinion,
21  based on the research I reviewed, is that NO
22  hen...," she put no in all caps, "...should
23  be given less than 72 square inches."  Right?
24    A.    Yes.
25    Q.    She was the scientific member

272

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  who was supposed to review the research on
3  this issue.  Right?
4    A.    Right.
5    Q.    Her recommendation that no hen
6  should be given less than 72 square inches,
7  that never was adopted by UEP.  Right?
8    A.    Read that again?
9    Q.    Dr. Mench's view, based on the
10  research she reviewed, that no hen should be
11  given less than 72 square inches, that was
12  not implemented as part of the UEP
13  guidelines.  Right?
14    A.    But you've only read part of
15  the paragraph.
16    Q.    I'm going to continue, but this
17  aspect of it was not adopted.  Correct?
18         MS. LEVINE:  Object to the form
19  of the question.
20  BY MR. OLSON:
21    Q.    Let me ask it this way:  Under
22  the UEP Animal Welfare Guidelines as adopted
23  by UEP --
24    A.    Do you want to know why?
25    Q.    -- is there any requirement

273

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  that all hens get a minimum of 72 square
3  inches?
4         MS. LEVINE:  Object to the form
5  of the question.  You can answer.
6         THE WITNESS:  No, but there's a
7  reason.  Do you want to know the
8  reason?
9  BY MR. OLSON:
10    Q.    Let's just continue with what
11  she said in the paragraph.  She said,
12  "However, to me one of the most important
13  considerations is still feeder space..."
14         Do you see that?
15    A.    I do.
16    Q.    She says, "...which we seem to
17  have stopped talking about somewhere along
18  the line..."
19         Do you know what she's
20  referring to there?
21    A.    No, I do not.
22    Q.    She says, "...each hen MUST
23  have four inches...," and she puts must in
24  all caps.  Right?
25    A.    Yes.

274

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      Q.    But that was never adopted as a
3   requirement of the program either.  Right?
4      A.    Right.
5      Q.    And when you respond to her,
6   you say, "We fully understand the feeder
7   space requirement."
8         Do you see that?
9      A.    Yes.
10      Q.    What did you mean, you fully
11   understood the --
12      A.    I fully understood her
13   recommendation for that.
14      Q.    And then with regard to the
15   cage space and her view that the research
16   says no hen should be given less than
17   72 square inches, what you say is "Now that
18   the Scientific Committee report is out and
19   accepted by everyone, I don't believe we can
20   make it so simply to say that every bird
21   needs at least 72 inches."  Right?
22      A.    Yes.
23      Q.    So what you told her is it's
24   out already, we can't change it.  That's what
25   you were saying.

275

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2         MS. LEVINE:  Object to the form
3   of the question.  You can answer the
4   question, Mr. Gregory.
5         THE WITNESS:  Say it again, I'm
6   sorry?
7         MS. LEVINE:  It's his question.
8   BY MR. OLSON:
9      Q.    She was saying you can answer
10   the question.
11         What you were --
12      A.    Can I elaborate at this time?
13         MS. LEVINE:  You can answer the
14   question the way ever you need to
15   answer the question, Mr. Gregory.
16   BY MR. OLSON:
17      Q.    The point you are making is --
18   sorry, if you --
19      A.    You didn't allow me to answer
20   the question.
21      Q.    Okay.
22      A.    So, yes, what we're talking
23   about is a commercial egg industry.  We're
24   not talking about just a farm setting, you
25   know, that thing, individual birds and those

276

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2   kind of things.  If we had -- what we
3   determined was that the 72 inches is simply
4   an average between white birds and brown
5   birds.  And you will see that she recognizes
6   that the highline bird is much smaller and
7   doesn't need that amount of space.  And at
8   that point in time, probably 95 percent of
9   all the chickens in the United States anyway
10   were highline birds.
11         You're not interested in me, I
12   can tell by the way you're looking.
13         MS. LEVINE:  Mr. Gregory, finish
14         your answer.
15   BY MR. OLSON:
16      Q.    Finish what you're saying.
17      A.    Well, I'd like him to at least
18   look me like I look at him.
19         So anyway, what it is, we have
20   an existing egg industry.  These -- all these
21   producers have houses with cages in them and
22   so forth.  And they are of different sizes
23   and shapes and this kind of thing.  Had you
24   recommended things like a hard 72 inches and
25   had you recommended a hard four inches as you

277

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2   got to do this now as an example or over some
3   short period of time, it would have
4   depopulated the flock of this industry to
5   points that it would have been -- it would
6   have been more than 50 million hens.  It
7   would have shorted the egg supply so much
8   that we couldn't fill our customers' orders.
9   So the producers had to look at these as
10   recommendations.  They had to then figure out
11   how do you do this without creating a market
12   disruption.  How do you do this without
13   creating undue price increases.  So the fact
14   of it is it learned through feeder space
15   research later on the birds didn't need four
16   inches of space and the 72 inches was simply
17   an average that they came with.  And we
18   figured out a way to phase all this in to 67
19   or 76 inches so that there would be no market
20   disruption and it would be more acceptable on
21   a timeline with our customers.
22         Did you listen to me?  It's on
23   the record, I guess, but you didn't listen to
24   me.  He wasn't interested in the answer, were
25   you?

70  (Pages 274 to 277)

278

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.    Mr. Gregory, I'm listening to
3  you.  If I'm looking away --
4      A.    I think that's -- the reason I
5  say that, I think that's offensive.  I think
6  that you should be respectful enough of me to
7  listen to my answer is what I'm saying.
8      Q.    When I look away, I'm looking
9  at a screen that has your words.  If I'm
10 missed a word, I'm looking to see exactly
11 what you said.  I'm extremely interested in
12 everything you're saying.
13     A.    Okay.
14     Q.    So --
15     A.    Did you understand that we did
16 this so that we would not depopulate too many
17 birds, we would not have a market disruption,
18 you understand that?
19     Q.    That's why you made the
20 requirement 67 inches for the white Leghorn
21 hens as opposed to 72?
22     A.    Yes.
23         MS. LEVINE:  Object to the form
24     of the question.  The witness has
25     answered the question.

279

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  BY MR. OLSON:
3      Q.    And when you wrote back to
4  Dr. Mench, what you told her is that we can't
5  make it 72 because the Scientific Committee
6  report is already out and accepted.  Right?
7         MS. LEVINE:  Objection to the
8      form of the question.  Asked and
9      answered.
10        THE WITNESS:  Again, this is in
11     August of 2001.  We didn't finally
12     publish our producer animal husbandry
13     program until, I think, April 2002,
14     whatever it was.
15 BY MR. OLSON:
16     Q.    Right.  So the reason that you
17 gave Dr. Mench just simply wasn't true?
18        MS. LEVINE:  Objection to the
19     form of the question.
20 BY MR. OLSON:
21     Q.    You could have made a change?
22        MS. LEVINE:  Objection.
23 BY MR. OLSON:
24     Q.    You could have changed it?
25     A.    What?

280

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.    You could have changed it to 72
3  inches?
4      A.    You're saying our industry
5  could have changed it to 72 inches?
6      Q.    The requirement of the UEP
7  guidelines, you could have changed to
8  72 inches?
9         MS. LEVINE:  Objection to the
10     form.
11        THE WITNESS:  No.
12 BY MR. OLSON:
13     Q.    Why not?
14     A.    I just got done telling you, to
15 do that would have depopulated so many birds,
16 that it would have been market disruption to
17 do it.  We have customers we've got to take
18 care of.
19     Q.    When Dr. Mench wrote back to
20 you that the lowest end of the range,
21 67 inches, should be used only when you have
22 both small Leghorns and a shallow cage
23 system, that very few producers had, did that
24 raise any concerns for you about whether the
25 67-inch requirement was the right one?

281

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      A.    It did not, because the problem
3  here that we're dealing with, we're trying to
4  treat all egg producers equally.  We are not
5  trying to penalize you if you have a certain
6  kind of a cage.  That will come in the -- as
7  we advance through this program, people will
8  build new housing and will build those
9  housing makeup based upon these
10 recommendations.  But you cannot jeopardize
11 people in the industry like that until
12 they've had time to build new housing to
13 replace that.
14             - - -
15     (Exhibit Gregory-28, 9/10/01
16     Letter, Bates CM00182536 & CM00182537,
17     was marked for identification.)
18             - - -
19 BY MR. OLSON:
20     Q.    Let me hand you what's been
21 marked Gregory-28.  This is Bates stamped
22 CM00182536 through 537.  Why don't you
23 briefly review it, let me know when you're
24 done.
25     A.    (Reviewing document.)

71 (Pages 278 to 281)

282

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    I've read it.
2
3        Q.    Can you identify it as a letter
4    you sent to the UEP members of area 5 on
5    September 10, 2001?
6        A.    I see it has my name on it, so
7    yes.
8        Q.    It refers to the fact that
9    there had been a meeting in Atlanta that same
10   September.  Correct?
11       A.    Yes.
12       Q.    You say, "We believe that you
13   made a commitment to participate in a program
14   and to validate that you are meeting this
15   commitment."  Right?
16       A.    Yes.
17       Q.    That program was one to reduce
18   flock size and future chick placements.
19   Right?
20       A.    Yes.
21       Q.    You provided those members a
22   commitment form for them to sign and return
23   to the UEP office.  Correct?
24       A.    Yes, what's your objection to
25   that?

283

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2        Q.    That's what's attached?
3        A.    I asked what's your objection
4    to that?
5        Q.    I don't have any objection.
6    That's what you attached to the document.
7    Correct?
8        A.    What are you trying to imply by
9    that I'm saying?
10       Q.    Just trying to find out what
11   happened.
12       A.    Okay.
13       Q.    So what you provided these
14   people is something called a commitment to
15   change.  Right?
16       A.    Yes.  Uh-huh.
17       Q.    There were basically two
18   options given, there were two things they
19   were asked to do, they were given an option
20   about how to do each one.  Right?
21       A.    Yes.  Uh-huh.
22       Q.    Here it says there's also this
23   aspect that -- well, for the first one which
24   goes to reducing flock size.  Right?
25            MS. LEVINE:  Object to the form

284

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    of the question.
2
3    BY MR. OLSON:
4        Q.    Under either of the options you
5    checked, the person was acknowledging or
6    recognizing that they may be required to
7    validate what they've done.  Correct?
8            MS. LEVINE:  Objection to the
9        form of the question.
10           THE WITNESS:  That's what it
11       states, yes.
12   BY MR. OLSON:
13       Q.    That's what UEP was asking them
14   to agree to.  Right?
15       A.    That's what this document
16   states.
17       Q.    And then the other option which
18   is delaying chick placements, this document
19   asks the members to agree that UEP could
20   verify they were doing what they say they
21   were doing.  Right?
22           MS. LEVINE:  Object to the form
23       of the question.
24           THE WITNESS:  That's what the
25       document says.

285

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2    BY MR. OLSON:
3        Q.    You can put that aside.
4            Who is Paul Bahan?
5        A.    Paul Bahan was an egg farmer
6    from Southern California, and was at one time
7    chair the producer -- chairman of the
8    Producer Committee for Animal Welfare.
9        Q.    Did Mr. Bahan ever provide you
10   with legal advice?
11       A.    No.
12              -  -  -
13           (Exhibit Gregory-29, Special
14       Called UEP Marketing Conference Call
15       9/24/01, Bates UE0153457 & UE0153458,
16       was marked for identification.)
17              -  -  -
18   BY MR. OLSON:
19       Q.    I'm going to hand you what
20   we've marked as Gregory-29.  This is a
21   document that we believe has been improperly
22   redacted.  We've asked for an un-redacted
23   version to be produced which has not been
24   responded to, so we're going to cover --
25           MS. LEVINE:  UEP -- let me

286

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    respond to that.  UEP has put this
3    document, marked this document as
4    privileged, the redacted portion.  It
5    has a belief that legal advice was
6    given and that it was properly
7    retained as legal advice.
8         MR. OLSON:  Was given by Mr.
9    Bahan?
10        MS. LEVINE:  Given by counsel.
11        THE WITNESS:  Well, can I --
12        MR. OLSON:  We believe that the
13   redaction is improper and we reserve
14   the right to bring you back if and
15   when the court addresses that.  For
16   the record, you don't have to worry
17   about it.
18        MS. LEVINE:  To be clear, UEP
19   members, Mr. Bahan requested legal
20   advice of Mr. Isaacson.  Wait until
21   you get a question, Mr. Gregory, on
22   this document.
23        THE WITNESS:  I think there is
24   an answer for it, though.
25        MR. OLSON:  We both reserve all

287

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    rights in this.  So this titled --
3         THE WITNESS:  I don't want to
4    have to come back and answer it if I
5    can do it today, I'll give --
6         MS. LEVINE:  Let's see what the
7    question is.
8         THE WITNESS:  Yeah, okay.
9    BY MR. OLSON:
10        Q.    This is Bates stamped UE0153457
11   through 458.  Can you identify it as the
12   minutes of a special called UEP marketing
13   conference call dated September 24, 2001?
14        A.    Yes.
15        Q.    Do you recall this meeting?
16        A.    Again, I cannot recall it.
17        Q.    Is it possible that reviewing
18   the minutes of the meeting would help refresh
19   your recollection about the meeting?
20        A.    Yes.
21        Q.    Why don't you briefly review
22   what's here.
23        A.    (Reviewing document.)
24        I've read it.
25        Q.    Now, at the end of the

288

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    document, there's a reference to a motion
3    being made by a Dave Staples.  Do you see
4    that?
5         A.    Yes.
6         Q.    Do you recall who Mr. Staples
7    is with?
8         A.    He was the -- he was an egg
9    farmer from Wisconsin.  Name of the company
10   is Creekwood Farms.
11        Q.    And the motion was "...to
12   authorize UEP staff to work with Irving
13   Isaacson on a number of voluntary options
14   that would achieve a 5% flock reduction and
15   chick hatch reduction program for
16   presentation to the membership."
17        Do you see that?
18        A.    Yes.
19        Q.    Do you recall that motion being
20   made?
21        MS. LEVINE:  Objection to form
22   of the question.  Asked and answered.
23        THE WITNESS:  I do not recall a
24   motion being made.  I am acknowledging
25   that I read it now.

289

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    BY MR. OLSON:
3         Q.    The document indicates the
4    motion carried.  Correct?
5         A.    It does.
6         Q.    Do you recall working with Mr.
7    Isaacson on those types of options?
8         A.    I do not.
9         Q.    You can put that aside.
10        MS. LEVINE:  I think we noticed
11   this deposition between 9:00 and 3:00.
12   It's a couple of minutes after 3:00.
13   Start again tomorrow morning at 9:00.
14        MR. OLSON:  We can -- do you
15   want to stop now, is that what you're
16   saying?
17        MS. LEVINE:  Yes.
18        MR. OLSON:  Okay.
19        VIDEOGRAPHER:  The time is 3:05.
20   We're going off the video record.
21        - - -
22        (A recess was taken.)
23        - - -
24        VIDEOGRAPHER:  The time is 3:19.
25   We are back on the video record.

73 (Pages 286 to 289)

290

1   GENE W. GREGORY - HIGHLY CONFIDENTIAL
2          - - -
3          (Exhibit Gregory-30, Producer
4   Committee for Animal Welfare, November
5   14, 2001 Chicago, Illinois Minutes,
6   Bates UE0174658 & UE0174659, was
7   marked for identification.)
8          - - -
9   BY MR. OLSON:
10      Q.   Mr. Gregory, I've handed you
11  what's been marked as Gregory Exhibit 30.
12  This document is Bates stamped UE0174658
13  through 659.  And I'll ask if you can
14  identify it as a -- the minutes that you took
15  of a November 14, 2001, Producer Committee
16  meeting?
17      A.   I recognize it by the fact that
18  I have a copy of the document.
19      Q.   Now, there's a heading that
20  says, "Summary of Guidelines for Retail."  Do
21  you know what that refers to?
22      A.   I know about our meetings with
23  FMI, but I don't know what that means, no.
24      Q.   Were there different guidelines
25  that were developed for retail -- the retail

291

1   GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   side of the business?
3       A.   No.
4       Q.   Then there's a heading -- I'm
5   sorry, I forget, have you had a chance to
6   review this?
7       A.   I've quickly looked at it.
8       Q.   There's a heading that says,
9   "Cage Space Allowance."
10      A.   I'm sorry, I have not looked at
11  it.  I'm sorry, what --
12      Q.   Okay.  I didn't think so.
13  Please just go ahead.  It's a short document.
14  Just review it, please.
15      A.   (Reviewing document.)  Okay.
16      Q.   So there's a section that's
17  titled "Cage Space Allowance" on the first
18  page.
19      A.   Yes.
20      Q.   And it says, "Looper again
21  explained the concept of a phase-in plan..."
22      A.   Yes.
23      Q.   It goes on.  Do you recall when
24  the idea of a phase-in plan first arose?
25      A.   I recall the discussions of the

292

1   GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   phase-in plan.  I don't recall when it --
3   when the initial idea was brought forth.
4       Q.   Do you recall who had the
5   initial idea of the phase-in plan?
6       A.   Ken Looper did.
7       Q.   What is this concept of a house
8   average?
9       A.   Great question.
10      Q.   First of the day.
11      A.   Again, we had to recognize that
12  if we were to meet the -- we had an industry
13  with different kind of cages and all kind of
14  different kind of housing, and we needed to
15  design a program that was treating everybody
16  equally and that didn't force some people out
17  of the program.  So in addition to the phase
18  in of dates to implement increase in spacing,
19  we recognized that until we could build new
20  housing, we were going to have to live with
21  the existing housing that we had.  So if you
22  were, and I'll just pick a number, if you
23  were to -- it says here if you were to say
24  61 square inches, some people would have a
25  cage that maybe you could put eight birds in,

293

1   GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   but, you know, the other guy would have a
3   cage that was a different design and you
4   could put nine in like I think.  So we tried
5   to create this so it was equal.  So we come
6   up with a house average concept.  And the
7   house average concept was that instead of
8   measuring each individual cage during this
9   period of the phase in, instead of measuring
10  each individual cage, we would measure the
11  total cage space within the entire house.
12  Then we would divide that total cage space
13  within the house by 61.  And that would
14  determine how many birds we could have in
15  that house.  Therefore, you would have
16  approximately -- I'll use a number, let's say
17  you had -- you were coming out with 6.5 birds
18  per cage or something like that.  Or 6.7
19  birds per cage.  And whatever the number was,
20  you would then calculate within the house I
21  will have so many cages with six birds in it,
22  I will have so many cages with seven birds in
23  it.  It was understood that you would have
24  normal mortality throughout the year.  So,
25  therefore, the idea was that as you have

74 (Pages 290 to 293)

**294**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  normal mortality throughout the year, now
2  you've got that seventh bird that you could,
3  you can do some moving around. So through
4  the normal course of the year, you will --
5  this was a way that we could get the program
6  adopted by the industry, in other words, that
7  would work for most people.
8  Q. There's also a discussion, the
9  reference here to considerable discussion
10  about the phase-in timeline and a
11  certification program.
12  A. Yes.
13  Q. Now, do you recall when the
14  concept of having a certification program was
15  first raised?
16  A. I do not -- I'm trying to
17  recall, but I think the thought of a
18  certification first came from FMI. But I
19  don't have records to verify that. It was --
20  I think in a meeting that's where the idea
21  came from.
22  Q. But you don't have a specific
23  recollection?
24  A. I do not.

**295**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  Q. So do you recall when the idea
2  of a certification program was first
3  discussed at the Producer Committee? In
4  other words, was it at this meeting or some
5  prior meeting, do you know?
6  A. I do not know.
7  Q. You can put that aside.
8        - - -
9        (Exhibit Gregory-31, UEP's
10       Management of UEA Further Processors,
11       Bates UE0200486 - UE0200491, was
12       marked for identification.)
13       - - -
14  BY MR. OLSON:
15  Q. Let me hand you what we've
16  marked Gregory-31. This document is Bates
17  stamped UE0200486 through 491. Why don't you
18  just briefly review really the first page,
19  and you'll see the rest of it is various
20  attachments.
21  A. (Reviewing document.)
22       I've read the cover page. I
23  assume that's what you're interested in.
24  Q. Yeah. You can just scan the

**296**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  attachments if you'd like just to get a sense
2  of what they are.
3  A. (Reviewing document.)
4       Okay.
5  Q. Now, the document is titled,
6  "UEP's Management of UEA Further Processors."
7  Is that right?
8  A. Yes.
9  Q. Is this a document you
10  prepared?
11  A. It doesn't have my name on it,
12  but I feel surely that I did it.
13  Q. This document discusses some
14  conflict that has arisen with the UEA Further
15  Processor Division. Right?
16  A. Yes.
17  Q. At the -- in the second full
18  paragraph the document says, "By providing
19  management for UEA Further Processors and
20  other divisions of UEA, we have been able to
21  bring all segments of the industry together
22  and provide unity among the industry while
23  minimizing the costs through each division."
24       Do you see that?

**297**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  A. Yes, I do.
2  Q. And those were your views at
3  the time. Correct?
4  A. I would like to explain what I
5  mean by bringing all segment industries
6  together. That is, that one of our major
7  initiatives is that we do an awful lot of
8  government relations work in Washington, D.C.
9  and we work with agencies of government. And
10  the idea of bringing all segments together is
11  so that we are collectively working together
12  for a common cause in government relations
13  work.
14  Q. And providing unity among the
15  industry. Right?
16       MS. LEVINE: Object to the form
17  of the question. Asked and answered.
18       THE WITNESS: That would
19  hopefully be the result of it.
20  BY MR. OLSON:
21  Q. And also minimizing the costs?
22  A. Yes. Yes. Otherwise, you
23  know, here are -- otherwise they would have
24  to hire their own staff, their own office and

**298**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  so forth and yet we would be doing common
2  things we think.
3
4      Q.   Now, you refer to "Over the
5  past two years...," and for purposes of
6  dating the document, there's discussions
7  about the budget for 2002 --
8      A.   Yes.  Yes.
9      Q.   -- so we're talking about
10  probably early 2000?
11      A.   Uh-huh.
12      Q.   "...the Further Processor
13  Division has demanded an increasing amount of
14  time and service from UEP's staff."  Do you
15  know what you're referring to there?
16      A.   I do not, but I think it's
17  related to they wanted more time in
18  Washington, D.C. calling on certain agencies.
19      Q.   It says, "The division has also
20  challenged UEP's management of the animal
21  welfare and Animal Care Certified programs."
22          Do you see that?
23      A.   Yes.
24      Q.   Do you know what that's
25  referring to?

**299**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2      A.   Well, I think I said earlier
3  that as this program was developed, the
4  retail side of the business was the one that
5  was challenged first by the animal activists.
6  The people that were servicing products
7  customers, they were not being challenged.
8  And so we had -- the members that were in the
9  egg breaking side, some of which owned both
10  shell eggs as well as just egg breaking in
11  the industry, they said that our customers
12  are not interested, they don't want to pay
13  any more for these eggs, they're not
14  interested in welfare, they don't think
15  they'll be targeted, and that kind of thing.
16  So they wanted as such, UEP, to get out of
17  this animal welfare thing because they felt
18  that it was going to cause their customers to
19  be conscious of this and require animal eggs
20  to be produced in this manner.
21      Q.   You say, "The Further Processor
22  Division now has directed UEP's staff to
23  restrict any information related to the egg
24  products business to only those members of
25  the UEP Further Processor Division."

**300**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2      Q.   Do you recall that happening?
3      A.   Yes.  And as it turns out --
4      Q.   Or do you recall that request
5  being made?
6      A.   Yes, I do recall.
7          MS. LEVINE:  Mr. Gregory is in
8      the middle of answering a question.
9  BY MR. OLSON:
10      Q.   You can continue.  I just
11  wanted to make sure it was clear.
12      A.   This is just recollection.  I
13  do recall there was an instance where
14  information was shared with someone that they
15  felt was inappropriate.  I don't remember who
16  that was, but I think it turned out to be an
17  individual that they were concerned about.
18      Q.   Do you recall more about that
19  situation?
20      A.   I do not.  But that was the
21  cause.  It is some particular competitive
22  situation possibly, I don't recall what it
23  was.
24      Q.   Do you recall the person from
25  the UEP Further Processor Division that

**301**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  raised this issue with you?
2      A.   No, I do not.
3      Q.   You note here that, in this
4  context, "...that UEP does not restrict
5  information related to shell egg industry to
6  only UEP members."  Right?
7      A.   That's true, because as you've
8  been able to note, that our United Voices
9  newsletter went to many people beyond our
10  membership.
11      Q.   And including UEA members.
12  Right?
13      A.   Yes.  Yes.
14      Q.   That's the point you're making
15  here?
16      A.   Yes.
17      Q.   Now, in the end, this request
18  that UEP staff restrict information related
19  to the eggs products business to only the UEA
20  Further Processor Division, that wasn't
21  implemented.  Correct?
22          MS. LEVINE:  Objection to the
23      form of the question.
24          THE WITNESS:  I don't recall.

**VERITEXT REPORTING COMPANY**
(212) 279-9424          www.veritext.com          (212) 490-3430

302

GENE W. GREGORY - HIGHLY CONFIDENTIAL
BY MR. OLSON:
Q. Do you recall any specific rule while you were president of UEP that you couldn't relate information about the egg products business to the UEP members that were shell egg producers?
A. I don't recall.
Q. Do you recall how this issue with the UEP Further Processor Division, the larger issue discussed in this Exhibit 31 was resolved?
A. I'm sorry, maybe -- are we still talking about the restricted information? Is that what you're --
Q. Just -- no. More globally. If you look at "Where Do We Go From Here?"
A. Oh, okay. Yes.
Q. One of the things you say is, "UEP could hereafter determine..."
A. Yes. Yes.
Q. That it's -- that UEA Further Processor Division should give up the name of the organization --
A. Yes.

303

GENE W. GREGORY - HIGHLY CONFIDENTIAL
Q. -- form their own organization, hire their own staff, pay their own office expense. That didn't happen.
A. No. You have to understand, within our industry, we are independent farmers, and we have independent thoughts. The same way with the people in the further processor business. So in -- within our meetings, there is all the time great debate about all kinds of issues. So there is no doubt at that particular time there was somebody within the Further Processor Division that was irritable -- irritated I meant, irritated about what was going on and they expressed their concern. And interesting things about our meetings is that everybody has a voice. Even stupid ideas are heard. And so the end result is what is the final board decisions, and that's what I live by is what their board decision. In this case, this happened to be in 2001, I believe it is, there was never any breakup of the organization, the UEP has carried on the management of it even to today.

304

GENE W. GREGORY - HIGHLY CONFIDENTIAL
Q. All right. You can put that aside.
Now, do you recall a time when the Scientific Advisory Committee informed you that their names should not be used in connection with the UEP guidelines?
A. Yes, I do.
Q. And as a result of that, UEP took the names of the Scientific Advisory Committee members off the UEP guidelines. Correct?
A. Yes.
Q. So --
A. Can I explain to you why I think that was the case?
Q. Just let me do some preliminaries.
So by the time of the 2003 guidelines, the UEP guidelines no longer listed the Scientific Advisory Committee members at all. Right?
A. The reason -- yes. The reason was that these people, you have to understand that the Humane Society of the United States

305

GENE W. GREGORY - HIGHLY CONFIDENTIAL
and other animal activists were targeting at everybody that was in the egg business, our office, and when we had made it known who were the Scientific Committee members of this committee, they became targets of the animal activists as well. Example, we know that University of California Davis was sued, you know. And so these people wanted to take a lower profile, hoping that that would relieve them from being such a target.
Q. Well, what you were told was the reason why they wanted to take their names off the guidelines --
A. Right.
MS. LEVINE: Object to the form.
BY MR. OLSON:
Q. -- is because having their name on the UEP guidelines implied that they endorsed those guidelines when, in fact, they didn't. Right?
MS. LEVINE: Objection to the form of the question.
THE WITNESS: No, no, no, that's not true. That's not true.

77 (Pages 302 to 305)

306

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1        - - -
2
3        (Exhibit Gregory-32, 1/10 Fax,
4    Bates CM00239981 - CM0239993, was
5    marked for identification.)
6        - - -
7 BY MR. OLSON:
8    Q.    Let me hand you what we've
9 marked as Gregory Exhibit 32. And this is a
10 packet of materials. We're just going to
11 spend time on a couple. Bates stamped
12 CM00239981 through 239993. Can you identify
13 the cover of this packet?
14    A.    You're talking about the
15 e-mails? This cover here?
16    Q.    The cover page, yeah, is a fax
17 cover page that you sent to Ken Looper.
18    A.    I do recognize it as being sent
19 from me.
20    Q.    And you say to Mr. Looper,
21 "Here is correspondence we have had with Jeff
22 Armstrong & Janice Swanson." Right?
23    A.    Janice Swanson.
24    Q.    Janice Swanson, sorry. Those
25 are both Scientific Advisory Committee

307

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 members. Right?
2
3    A.    Yes.
4    Q.    And Jeff Armstrong was the
5 chairman of that committee?
6    A.    Right.
7    Q.    Right. And then you say, "We
8 read problems in to their concerns." Is that
9 right? Sorry, you're looking at the cover.
10    A.    Oh, yeah, yeah. I'm already
11 reading the next page. Yeah. Okay.
12    Q.    Is that what you say in that
13 second sentence?
14    A.    Yes.
15    Q.    And then you say, "Let's not
16 lose their support at this important time."
17 Right?
18    A.    Uh-huh.
19    Q.    Let's look at a couple of the
20 e-mails. I think that we should start with
21 the one that's on the page that ends on 9987.
22    87?
23    Q.    Yes. That's an e-mail written
24 from, is it Ms. Swanson, Dr. Swanson?
25    A.    Yes.

308

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    Q.    Dr. Swanson?
2    A.    Uh-huh.
3
4    Q.    To you on December 19, 2001.
5 Why don't you go ahead and review that
6 e-mail. You can review the whole e-mail
7 exchange if you'd like, the whole chain I
8 mean, that particular one.
9    A.    (Reviewing document.)
10    Okay.
11    Q.    We're running a little short on
12 time, but at the beginning -- first of all,
13 Dr. Swanson makes the point that she is no
14 longer on the Scientific Advisory Committee?
15    A.    No, that's not true. She
16 always was, always has been.
17    Q.    All right. So if you look at
18 the document ending 9988.
19    A.    88. Okay.
20    Q.    It's part of this chain.
21    A.    Oh, okay.
22    Q.    December 19th --
23    A.    I'm sorry, I didn't read that.
24    Q.    -- 2001. She's responding to
25 you, she says, "Gene, FMI will be contacting

309

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 you and until they do so officially it is not
2 my place to give you a reading on what
3 happened." She's talking about a retailer
4 document that had been provided to FMI.
5    She says, "I can tell you that
6 I have been appointed to be the liaison from
7 the FMI-NCCR committee to work with UEP.
8 They appointed me because I no longer sit on
9 the UEP Scientific Committee and don't
10 represent a conflict of interest..."
11    Do you know what that refers
12 to?
13
14    A.    No. You know, I honestly
15 cannot recall her ever not being on the
16 committee.
17    Q.    Fair enough.
18    A.    I mean, she is now, and I just
19 thought -- I thought she always was. Okay.
20    Q.    We'll try to figure that out
21 later. At the beginning of the chain, she
22 says, "There is a bridge of professional
23 ethics that is breached when names are placed
24 on documents that have not been reviewed by
25 all named."

78 (Pages 306 to 309)

310

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      Do you see that?
3      A.   Uh-huh.
4      Q.   Do you recall her communicating
5 that to you?
6      A.   I do recall -- I don't recall
7 all the wording here, but I do kind of recall
8 some of the circumstances and the reason for
9 her irritation.
10     Q.   Now, if we just go a couple of
11 pages before that, there's an e-mail from
12 Jeff Armstrong to you and others, the other
13 members of the committee, January 6, 2002.
14 It's the page that ends in 985, if you could
15 just review?
16     A.   985?
17     Q.   Yes, if you could read Dr.
18 Armstrong's January 6, 2002, e-mail.
19     A.   (Reviewing document.)
20          Yes.
21     Q.   What Dr. Armstrong wrote to you
22 is that the Scientific Committee members had
23 asked that their names were to be used only
24 on the scientific document.  Right?
25     A.   That's what it says, yes.

311

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      Q.   And he says, "Under no
3 circumstances does the committee want its
4 name used on the Producer guidelines..."
5 Right?
6      A.   That's what it says, yes.
7      Q.   "...nor any other guidelines
8 that the UEP comes up with,..."
9      A.   Yes.
10     Q.   "...unless permission is asked
11 in advance by each member."  Right?
12     A.   Yes.  Yes.  Yes.
13     Q.   He says, "I think this is only
14 fair."  And one of the points he makes is
15 that if you look, you'll see the names are
16 not on the 2003 guidelines, though they were
17 on the earlier one that you looked at.
18     A.   Here's what I think the issue
19 is.
20     Q.   Let me just finish.  We only
21 have a couple minutes.
22          He says, "For example, the
23 committee strictly left the issue of timing
24 to producers."  Right?
25     A.   Yes.

312

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      Q.   He said, "It would, therefore,
3 be inappropriate for our names to be
4 associated with the time line."  Right?
5      A.   Yes.  Yes.
6      Q.   You understand that point.
7 Right?
8      A.   Yes.
9      Q.   He also says, "Having the
10 committee names mentioned on any document
11 other than the scientific report implies that
12 the committee supports, or endorses those
13 guidelines, when, in fact, they don't."
14 That's what he told you.  Right?
15     A.   Yes.
16     Q.   And he says, "The committee
17 stands firmly behind the scientific report."
18 Right?  So what you were told was the
19 committee did not want their names on any
20 guidelines other than the scientific report
21 because they did not endorse any other
22 guidelines.  Right?
23          MS. LEVINE:  Objection to the
24     form of the question.
25          THE WITNESS:  So let me explain.

313

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2 BY MR. OLSON:
3      Q.   The answer is yes.  Correct?
4          MS. LEVINE:  Please don't cut
5     off Mr. Gregory.  Explain your answer.
6 BY MR. OLSON:
7      Q.   I didn't get an answer to the
8 question.
9      A.   Yes, and I will explain.
10     Q.   And that's the reason why you
11 took the -- why UEP took the names of the
12 Scientific Advisory Committee off the UEP
13 guidelines.  Correct?
14          MS. LEVINE:  Mr. Olson, you're
15     interrupting the witness.  Let the
16     witness speak so that we have a
17     correct record of what the witness
18     thinks.
19          Go ahead, Mr. Gregory.
20          THE WITNESS:  FMI was extremely
21     interested in animal welfare because
22     their members were being targeted.  So
23     they put together a scientific
24     committee.  It just so happens it
25     turned out to be that there's a

314

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  limited number of scientists in the
2  world that know this subject. And so
3  they selected these three scientists
4  to serve on FMI's committee which they
5  were also the UEP Scientific
6  Committee.
7       I think, as I recall this and
8  what happened, we go in to see FMI and
9  have a meeting with FMI and we have
10 taken, I think, this 2000 edition of
11 the guidelines, see, and this is --
12 and we have presented this to FMI to
13 show them what we're doing and so
14 forth. Jeff and Janice are perfectly
15 right. I won't argue with this in the
16 least. Without permission, we shared
17 this with FMI including the name of
18 their -- of our committee. We were
19 extremely proud of that, we thought
20 that would be a real plus. However,
21 it was an embarrassment, I think, for
22 Adele and for Janice, et cetera, to
23 find themselves possibly with FMI in a
24 conflict position, you see. And I

315

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  think that is what prompted this. And
2  so we agreed that that was an error on
3  our part and that we agreed that they
4  made the recommendations of guide --
5  for guidelines, but they did not put a
6  timeline on when or how they would be
7  implemented. Our discussions with FMI
8  and NCCR was trying to work with them
9  on a phase-in period over the years so
10 that we would not have market
11 disruptions and spikes in prices.
12 BY MR. OLSON:
13     Q.    And Dr. Armstrong --
14     A.    He's acknowledging that they
15 did not -- at this point in time, they did
16 not -- they were not endorsing a timeline, so
17 you're -- our names should not be used on
18 this because we didn't decide what the
19 timeline would be.
20     Q.    They told you they didn't
21 want -- Dr. Armstrong told you the Scientific
22 Advisory Committee did not want their names
23 used on the producer guidelines or any other
24 guidelines UEP comes up with because it --

316

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  they did not endorse those guidelines.
2  Correct?
3       MS. LEVINE: Objection to the
4  form of the question. This witness
5  has just answered that question in a
6  very lengthy response.
7       THE WITNESS: What he is saying
8  is that we endorse, at this point in
9  time, you understand, we're still
10 talking about before the UEP program
11 is ready to be launched, what he's
12 talking about is that we endorse the
13 scientific recommendations that we
14 made. We have not endorsed the
15 producer program yet.
16 BY MR. OLSON:
17     Q.    And that's why they didn't want
18 their name on the guidelines?
19     A.    At a later date, they do
20 endorse the UEP program.
21     Q.    And what was that date?
22     A.    I don't know when it was. But
23 anyway --
24     Q.    Approximately.

317

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1     A.    You know, I don't want to say
2  that because I don't want to have anything on
3  the record that's wrong.
4     Q.    Did Dr. Armstrong ever tell you
5  that you should put the Scientific Advisory
6  Committee names back on the UEP --
7     A.    Yes. Yes. We had -- I don't
8  know what the year was, but we had put
9  Scientific Committee members back on the -- I
10 think maybe it's even on the Web site. I
11 think it's on the actual brochure. They have
12 actually written letters. They have their
13 own letterhead of UEP Scientific Advisory
14 Committee listing themselves as almost like
15 they're officer or something. So, yes.
16     There was a period of time that
17 this was a created conflict, and it was my
18 fault by the fact that I didn't seek their
19 approval before I went in and showed them
20 this.
21     MR. OLSON: We have to go off
22 the record.
23     VIDEOGRAPHER: The time is 3:50.
24 We're going off the video record.

318

```
1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2               - - -
3           (Witness excused.)
4               - - -
5          (Deposition concluded at 3:50
6      p.m.)
```

320

```
1
2           INSTRUCTIONS TO WITNESS
3
4          Please read your deposition over
5   carefully and make any necessary corrections.
6   You should state the reason in the
7   appropriate space on the errata sheet for any
8   corrections that are made.
9          After doing so, please sign the errata
10  sheet and date it.
11         You are signing same subject to the
12  changes you have noted on the errata sheet,
13  which will be attached to your deposition.
14         It is imperative that you return the
15  original errata sheet to the deposing
16  attorney within thirty (30) days of receipt
17  of the deposition transcript by you.  If you
18  fail to do so, the deposition transcript may
19  be deemed to be accurate and may be used in
20  court.
```

319

```
2        C E R T I F I C A T E
4
5       I do hereby certify that I am a Notary
    Public in good standing, that the aforesaid
    testimony was taken before me, pursuant to
6   notice, at the time and place indicated: that
    said deponent was by me duly sworn to tell
7   the truth, the whole truth, and nothing but
    the truth; that the testimony of said
8   deponent was correctly recorded in machine
    shorthand by me and thereafter transcribed
9   under my supervision with computer-aided
    transcription: that the deposition is a true
10  and correct record of the testimony given by
    the witness; and that I am neither of counsel
11  nor kin to any party in said action, nor
    interested in the outcome thereof.
12
        WITNESS my hand and official seal this
13  5th day of July, 2013.

17              Notary Public
```

321

```
2          ACKNOWLEDGMENT OF DEPONENT
3          I have read the foregoing transcript of
4   my deposition and except for any corrections or
5   changes noted on the errata sheet, I hereby
6   subscribe to the transcript as an accurate record
7   of the statements made by me.

10             GENE W. GREGORY

12         SUBSCRIBED AND SWORN before and to me
13  this ____ day of _____, 20___.

17             NOTARY PUBLIC

20  My Commission expires:
```

81  (Pages 318 to 321)

**322**

```
1              E R R A T A  S H E E T
2    IN RE:  PROCESSED EGG PRODUCTS ANTITRUST LITIGATION
3    DATE:   JUNE 25, 2013
4    PAGE   LINE          CORRECTION AND REASON
5    _____  _____  _____
6    _____  _____  _____
7    _____  _____  _____
8    _____  _____  _____
9    _____  _____  _____
10   _____  _____  _____
11   _____  _____  _____
12   _____  _____  _____
13   _____  _____  _____
14   _____  _____  _____
15   _____  _____  _____
16   _____  _____  _____
17   _____  _____  _____
18   _____  _____  _____
19   _____  _____  _____
20   _____  _____  _____
21   _____  _____  _____
22   _____  _____  _____
23
24   _____  _____
25   (DATE)           GENE W. GREGORY
```

82 (Page 322)

**A**

**ability** 31:25 41:12
41:24
**able** 22:20 174:16
216:23 234:23
237:23 242:10
296:21 301:9
**absolutely** 17:13
41:18 210:10
265:13
**accept** 149:4
**acceptable** 132:18
238:6 277:20
**accepted** 191:8
274:19 279:6
**access** 116:2 236:23
**accommodate**
182:14 183:25
**accomplish** 245:7
**account** 61:7 108:7
108:10 109:24
**accounts** 61:5 77:3
**accumulate** 111:4
**accurate** 58:16
67:14,21,24
320:19 321:6
**accusatory** 117:11
**achieve** 288:14
**acknowledge** 72:14
**acknowledged**
155:14
**acknowledging**
205:14,23 284:5
288:24 315:15
**acknowledgment**
34:7 321:2
**acquired** 73:21
**acre** 4:15 15:17
**act** 25:3 32:8
**action** 33:20 159:16
266:4 319:11
**actions** 1:5 115:15
158:12 159:8
263:21
**activist** 94:11

**activists** 93:21
170:13 299:5
305:2,7
**activities** 151:12
**actual** 317:12
**addition** 31:14
62:16 114:20
115:20 292:17
**additional** 153:25
**address** 32:22,25
33:15 34:12 35:9
44:12 59:8 97:5
148:5 161:24
176:24 195:19
263:22
**addressed** 97:19
**addresses** 286:15
**adele** 314:23
**adequate** 247:4
**adjust** 38:2,19
**adjusting** 141:7
**adjustment** 143:9
143:18,21 145:22
146:2,9 162:4
**adjustments** 263:7
**administer** 114:21
**admit** 257:3
**adopt** 241:13
**adopted** 125:24
127:22 145:23
146:9 155:10
163:19 208:11,13
216:21 225:19
230:2 231:8
239:22 240:12,19
272:7,17,22 274:2
294:7
**adopting** 146:2
**adoption** 125:8
**advance** 44:5 69:15
180:5,22 266:15
281:7 311:11
**advice** 285:10 286:5
286:7,20
**advisory** 56:19

119:20 120:3
122:10 130:10
131:7,22 132:12
196:21 198:24
199:8 200:6 202:9
202:13,21 203:10
208:11 212:18
213:6 217:2,11,23
218:5 225:23
227:14 231:24
232:13 236:21
237:19 240:22
241:7 242:17
244:20 246:14
268:14,20 304:5
304:10,21 306:25
308:14 313:12
315:23 317:6,14
**aeb** 225:8
**affairs** 107:5
**affect** 41:8 57:4
141:16
**afford** 105:22
**aforesaid** 319:5
**age** 17:9 141:20
142:6,8
**agencies** 297:10
298:18
**agent** 28:14
**ago** 73:17,23 154:16
169:17 199:24
210:2 225:17
243:10 260:3,4
264:12
**agree** 71:8 149:14
165:15 236:18
284:14,19
**agreed** 13:4 21:6
24:18 78:13
163:10 191:21
244:13 315:3,4
**agreeing** 194:18
**agriculture** 8:19
108:9,12 112:17
133:8 187:25

**ahead** 126:2 130:2
131:9 161:2 222:4
224:8 257:5 261:5
269:12 291:13
308:5 313:19
**ahern** 7:9,11
**air** 240:24
**al** 76:24 80:25 88:3
**alert** 146:21,24,25
152:7
**alerts** 152:11
**allied** 60:8 87:3,13
185:19,21 186:6
186:12 187:14
188:21 189:20
190:11
**allow** 128:8 234:17
275:19
**allowance** 163:6,19
248:21 251:21
252:3 254:15
270:10 291:9,17
**allowances** 232:15
232:21 233:5,12
250:19 251:5,15
252:25
**allowed** 65:22 68:19
72:25 94:20
**allowing** 245:17
**allows** 141:24
**alpharetta** 17:18
200:17
**alternatives** 245:5
**altogether** 26:17
**america** 182:16,17
184:16
**american** 225:4
**ammonia** 241:7
**amount** 123:16
161:10 276:7
298:13
**analyze** 32:15
**analyzed** 163:15,17
**animal** 10:6,9,11,14
10:17 11:10 53:25

55:25 93:13,17,21
94:10,13 107:8
114:22 120:16,16
121:8,16 122:4
129:22 170:13
196:17 198:5,13
198:22 203:10
212:3 219:8,21
220:2 228:9
234:22 239:12
243:14,21 248:2
248:17 249:5
250:17 251:20
252:23 267:4
272:22 279:12
285:8 290:4
298:20,21 299:5
299:17,19 305:2,6
313:21
**animals** 119:6 139:4
**announced** 50:21
**announcement**
65:15
**announcing** 148:2
155:6
**annual** 63:16,23,24
70:12 79:3
**annually** 148:15
**answer** 12:3 20:25
38:7,10,23 40:17
40:21 41:11,15,20
41:21,23 48:2,14
48:15,15 49:21
50:14 52:12 53:4,8
57:7 73:4 75:14
76:7,18 79:19
95:17 97:13,14,16
106:14,15,21
111:22,24 127:14
132:18 135:5
151:4 162:25
172:25 173:8,11
173:15 174:5
175:18 181:9
205:5,18,21

216:23 221:23
223:19,24 227:5
228:8 230:22
236:4,7 237:2,7
238:15 239:5
241:19,20 242:4
254:8,11,14,21
255:4 258:14
273:5 275:3,9,13
275:15,19 276:14
277:24 278:7
286:24 287:4
313:3,5,7
**answered** 46:10
64:7 83:6 96:23
111:14 118:13
131:9 204:20
221:25 254:7,19
278:25 279:9
288:22 297:18
316:6
**answering** 300:8
**anticipated** 77:25
**antitrust** 1:3 13:20
322:2
**anybody** 45:8
100:19 120:6
203:2,6 209:6
210:18
**anymore** 215:22
**anyway** 23:2 43:15
51:25 77:6 107:6
276:9,19 316:24
**apologize** 148:23
156:8 226:18
**appear** 58:16
**appearances** 5:14
7:6 16:8
**appears** 58:9 110:17
181:5 211:8,13
249:3
**applaud** 158:23
159:8
**applauded** 158:12
**application** 255:10

**applies** 1:4
**apply** 72:24
**appointed** 69:21
87:20 309:7,9
**appointments** 84:15
**appreciate** 20:17
23:3,11,15
**approach** 119:14
229:8
**approached** 119:24
**appropriate** 89:9
128:6 320:7
**approval** 34:3,8
317:20
**approved** 70:10,12
74:16,25
**approximately**
13:14 24:2 59:2
69:23 85:6 92:9
111:9 117:20
118:20 233:13
293:16 316:25
**april** 9:5 80:21
135:17 137:8
143:8 145:5,15
147:22 148:15
222:12,15 228:10
279:13
**arch** 1:14 3:13,20
**area** 73:4 282:4
**areas** 106:7 107:11
**arent** 224:12
**argue** 314:16
**arisen** 296:15
**arm** 22:10
**armstrong** 107:5,22
107:25 108:15,16
108:25 109:17,21
119:25 120:9,11
121:15,25 125:4,7
126:6 199:13
203:3,14,22 204:3
205:2,23 207:2
213:11 215:8
268:21 306:22

307:4 310:12,21
315:14,22 317:5
**armstrongs** 310:18
**arnie** 266:17
**arose** 96:21 291:24
**arthur** 4:12 15:16
**article** 137:21
**aside** 110:19 128:15
135:5 145:2
152:14 155:21
156:9 163:22
179:12 190:19
247:24 256:13
258:24 264:18
268:10 285:3
289:9 295:8 304:3
**asked** 46:10 50:15
64:7 79:21 82:17
82:20 83:6 96:23
106:18 111:13
119:25 131:8
146:10 162:3
173:8 194:12
204:19 206:7
210:13,21 254:19
257:19 270:14
279:8 283:3,19
285:22 288:22
297:18 310:23
311:10
**asking** 20:7,14 34:2
34:7 82:3 87:11
96:20 101:3 117:3
173:13,14,19
178:2 206:11
217:8 226:19
230:12,14 284:13
**asks** 127:12 284:19
**asneed** 85:10
**aspect** 55:16 97:9
131:2 272:17
283:23
**assessed** 99:13
**assigned** 56:18
**associated** 312:4

**association** 25:24 26:7,10 27:12,15 53:19 60:7 111:19 112:3,6 114:21 115:3,8,9 146:5 182:3,15,17 183:15,25 184:4,6 184:16
**associations** 60:20
**assume** 20:25 74:6 87:2 125:21 155:4 155:4 176:11 184:15 212:20 257:10,16 260:7 295:24
**assumed** 262:14
**assumes** 95:3 169:2 172:24 187:9 205:4
**assumption** 96:16
**assurance** 58:21
**atlanta** 282:9
**attached** 283:2,6 320:13
**attachment** 258:5 259:20 263:20
**attachments** 256:25 258:4 295:21 296:2
**attack** 93:25
**attacked** 93:20 94:10
**attempt** 197:14
**attend** 61:20 63:16 64:5,15,18 113:24
**attendance** 35:25
**attendees** 148:18
**attending** 213:11
**attention** 103:14 153:16
**attorney** 320:16
**attorneyclient** 49:19 75:17
**attorneys** 13:25
**audit** 79:3

**auditor** 78:3,4,9,13 78:16 79:2
**august** 160:7,21,22 164:6 176:7,9,14 257:2 264:5 270:2 279:11
**authored** 177:13
**authority** 71:24
**authorize** 288:12
**authorized** 181:25
**available** 24:16 116:16,21 245:5
**avenue** 2:5 3:7 4:7 4:13 6:12,18
**average** 234:3 235:13 276:4 277:17 292:8 293:6,7
**avian** 168:2
**avoid** 105:8,15 171:3 188:25 232:7
**avoiding** 53:12
**aware** 78:4
**awful** 297:8

**B**
**baby** 44:4,10,14
**back** 23:18 48:8,23 59:3 83:2 91:24 101:22 117:8 120:8 141:25 144:19 154:16 156:11 158:18 167:17 189:19 197:4 201:10 211:24 232:11,12 240:21 255:17,18 260:5 261:9 279:3 280:19 286:14 287:4 289:25 317:7,10
**background** 58:17 208:4 216:12 232:17 241:22

**bad** 22:19 75:22 167:20 168:12 183:5
**badger** 204:19
**badgering** 204:22
**bahan** 285:4,5,9 286:9,19
**bail** 168:13,23
**bailed** 167:9,16,25 168:7
**bait** 206:15,15 218:12
**baker** 3:1 7:8 15:5 145:21 146:12 177:8 266:3
**bakermckenzie** 7:11
**balance** 40:24 46:2 168:17
**ban** 170:8
**bankers** 188:2
**bans** 169:25
**barnes** 4:12 15:15 15:15
**barrie** 130:17 131:5 131:17 202:16,20 204:11 205:15,23 206:19 207:3,13 215:21 226:5
**barry** 148:2,11 188:12 193:14
**base** 93:22 260:11
**based** 25:21 31:13 101:4 127:14 134:6 140:23 174:3 243:9 245:24 260:11 271:21 272:9 281:9
**baseline** 126:8
**basic** 234:4,8 235:14
**basically** 39:3 92:16 115:16 144:22 169:8 229:22 283:17

**basis** 25:2 85:9,10 106:2 111:5 125:2 125:15 154:18 205:10 206:14,17 206:20
**bates** 57:11,19,21 68:6 69:4 80:8,17 109:8,15 112:18 113:3 128:18 129:12 135:8,14 145:6,11 147:7,14 152:18,25 155:24 156:6,7,16,24 157:11 159:20 160:4 163:25 164:10 174:24 175:6 179:15,25 189:6 190:22 191:3 196:6,12 198:6,14 207:18 211:8,12 212:4,11 219:10,16 239:14 239:20 248:4,14 256:16,23 259:3 259:17 264:22 265:4 269:6,13,15 281:16,21 285:15 287:10 290:6,12 295:12,17 306:4 306:11
**battery** 170:2,9,11
**beak** 123:10 207:17 207:19 208:6,9,12 216:4,14,18 217:14 219:4 227:24 228:23 229:3,7,13,16,19 229:23 230:3,5,8 230:10 231:9 232:2,7,9
**becoming** 56:13
**beef** 148:17
**began** 23:25 92:15 92:17
**beginning** 1:15

136:19 149:9
258:2 308:12
309:21
**begins** 136:6
**behalf** 2:8,13,19,24
3:4,9,15,24 4:4,9
4:15,20 5:5,12,19
5:25 6:4,9,14,20
7:4,11 15:8,11,19
15:22 16:2,5,13,16
16:18,20,22 32:8
113:15 125:12
126:7
**behaviors** 234:4,8
235:15,18
**belief** 49:25 50:2,3,3
51:7 217:24
218:10 219:2
286:5
**believe** 27:10,14
36:11 70:2 71:10
82:12,13 119:10
120:22 122:9
125:14 126:9,12
128:11 148:10
174:14 183:21
197:6 198:25
199:2,5,25 200:2,3
201:3,11 208:15
209:22 217:19,20
218:11 222:11
248:14 259:24
274:19 282:12
285:21 286:12
303:22
**believed** 261:13
**believes** 204:3
**bell** 110:20 111:11
162:8,17,20 163:3
**belong** 184:3
**belonged** 151:8,10
**ben** 7:16 13:11
16:21
**benefit** 195:12
**benefits** 88:12,17

102:13,17 258:6
**benjamin** 5:22
**benson** 4:17 14:24
**best** 20:8,21 31:25
41:12,23 67:20
79:19 102:10,15
104:9 141:2
208:17 225:15
241:24 256:6
265:19
**better** 27:3 38:2
142:2
**beyond** 39:24 70:13
72:3 225:14
301:10
**bgurstelle** 5:24
**bills** 61:8
**biography** 8:10
57:11 58:10
**bipc** 5:4
**bird** 123:9,17
234:17 240:18,24
241:3 270:12
274:20 276:6
294:3
**birds** 98:4 123:10
123:13,22 163:20
170:15 241:8,16
275:25 276:4,5,10
277:15 278:17
280:15 292:25
293:14,17,19,21
293:22
**bit** 103:25
**blizzard** 86:2 116:8
**block** 2:21 14:15
**board** 24:10 30:22
31:4,5,10,18,22
32:8 33:5,12,17,20
33:23,25 34:2,7,8
35:10,19,20 50:23
51:12 55:22,23
61:3 62:13 64:5,8
64:9,12 69:22 71:4
71:7,25 75:10

82:14 83:20 89:10
135:25 136:15
153:12 181:12,24
197:5,25 199:10
212:16 213:13
225:4 257:19
303:20,21
**boards** 50:3
**body** 141:24 229:13
229:14
**bold** 149:12
**bone** 246:23 247:22
**bones** 247:6,10,11
**bottom** 149:12
158:11 160:24
180:13 255:21
**bought** 91:10
**bounds** 39:25
**bouts** 22:12
**brainstorming**
104:4,18
**breached** 309:23
**break** 23:10 84:3
160:11 183:18
211:9,11,16 237:9
247:11 270:14
**breakers** 139:19
**breaking** 90:16,21
91:9,11,13,23
94:12,19 95:11,21
96:5 97:10 98:24
98:25 99:3,17,18
100:13,14 101:11
101:12 102:4,10
102:14 103:2
105:4,14 192:25
193:2,3,9 299:9,10
**breaks** 23:4
**breakup** 303:23
**bred** 218:2
**bridge** 111:3 309:22
**brief** 68:17,25 69:7
112:24 191:5
198:16,20
**briefly** 57:16 164:8

165:21 170:2
183:11 184:20
281:23 287:21
295:19
**briggs** 5:8,11,21,24
**bring** 31:3 45:25
102:22 120:8
142:24 168:17
185:3 186:13,22
286:14 296:22
**bringing** 297:6,11
**broadway** 7:2
**brochure** 317:12
**brochures** 30:13
**broke** 263:8
**broker** 116:15
**brothers** 5:19 16:16
**brought** 153:22
185:25 292:3
**brown** 148:2,8
276:4
**buchanan** 5:1 15:10
**budget** 79:25 180:6
180:13,15,23
298:7
**budgets** 61:4 70:12
**build** 184:23 281:8
281:8,12 292:19
**building** 182:6
**buildings** 124:22,23
**built** 91:12,13 92:21
**bullet** 164:20 233:25
236:13
**bullets** 132:5
**buried** 210:12
**business** 25:12
36:24 37:4 39:2
74:14 94:3 116:19
134:6 139:14
140:10 141:8,17
149:14 166:11,13
166:21 183:22
291:2 299:4,24
301:20 302:6
303:9 305:3

**button** 22:2
**buy** 99:3,5,6,7
  192:21 193:2,12
  194:13
**buyer** 144:18
**buyers** 94:9
**buying** 193:7
**bylaws** 31:12,13,15

### C

**c2** 21:22
**cage** 123:17 124:5
  170:14,14,14
  237:24,25 238:5
  240:6,13 253:9
  267:23 268:24,25
  270:5 274:15
  280:22 281:6
  291:9,17 292:25
  293:3,8,10,11,12
  293:18,19
**caged** 237:22 246:21
  247:19 248:21
**cages** 170:2,9,11
  174:9 233:12
  276:21 292:13
  293:21,22
**cainmannix** 4:1,4
  14:17,18
**cal** 107:6
**calcium** 247:5
**calculate** 293:20
**calendar** 9:22
  187:19 188:6,9,20
  189:6,15 190:12
**california** 4:18,19
  76:24 77:8 192:17
  266:21 268:13
  285:6 305:8
**call** 9:9,16 10:24
  11:8 30:18 47:20
  48:20 54:5 116:12
  152:18 153:4,9,13
  153:17 157:23
  158:3,10 170:13

174:23 175:9
193:8 254:25
264:22 265:8
267:2 285:14
287:13
**called** 11:7 38:14
  53:25 62:17 63:9
  114:22 144:8,12
  144:16 165:19
  170:8 177:8 184:5
  187:18 255:8
  266:5 283:14
  285:14 287:12
**calling** 18:7 152:7
  298:18
**callow** 6:7 16:19,19
**calls** 48:13 53:15
  153:15 231:8
**calmaine** 4:10 15:20
  136:5
**campbell** 2:22 14:14
  14:14 249:14
**cant** 20:2 31:16
  41:15,20 49:23
  59:11 62:23 63:11
  66:4,7 74:7,23
  77:24 82:25
  101:21 108:7,24
  117:3 125:20
  132:16 143:4
  147:3 149:6
  166:25 176:11
  185:12 190:5
  201:9 209:21
  228:8 274:24
  279:4
**capacities** 245:8
**capacity** 85:10
**capper** 27:23
**cappervolstead** 25:3
  27:24 28:25 29:18
  146:7
**caps** 149:13 271:22
  273:24
**caption** 13:19

**card** 73:10,23
**cards** 72:10,15
  73:18,19,21,21
  74:3,9,22
**care** 53:25 125:15
  126:8 204:10,13
  204:14 206:25
  267:7,12 280:18
  298:21
**careful** 52:9,24
**carefully** 320:5
**carl** 197:22
**carried** 146:15
  154:4 289:4
  303:24
**carry** 31:24 111:6
**carton** 94:5
**case** 13:19 20:3
  55:13 74:13
  133:18 191:18
  201:13 210:15
  303:22 304:16
**cases** 32:21 39:10
  40:12 42:5,12
**cause** 93:11 96:11
  96:19 102:3
  297:13 299:18
  300:21
**caused** 93:5 98:8
  167:13 168:4
  243:21 261:21
  262:4
**causing** 98:12
**cautioned** 158:17
**ccr** 1:16
**center** 3:13 4:2 5:9
  5:22
**ceo** 257:24
**certain** 33:10 44:11
  68:20 74:5 117:4
  117:13 124:21,24
  141:20 150:12
  223:11 229:15
  268:23 281:5
  298:18

**certainly** 25:4
  195:13
**certification** 13:5
  55:16 56:10
  294:12,15,19
  295:3
**certified** 54:3 93:23
  94:21,23,25 95:10
  95:12,13,23,25
  96:4,6,7 97:3 98:2
  114:23 121:20
  122:3,5 219:25
  298:21
**certify** 319:4
**cetera** 61:5 188:2
  314:23
**chad** 24:21 86:25
  175:15
**chain** 11:4 56:6
  269:6,11 308:7,20
  309:21
**chair** 285:7
**chairman** 82:14
  83:20 135:24
  136:15 145:21
  196:22 197:25
  203:17 226:6,7
  266:13 285:7
  307:5
**challenge** 229:18,20
**challenged** 298:20
  299:5,7
**championed** 172:16
**chance** 38:9 69:7
  186:11 241:21
  259:9 291:5
**change** 33:10 34:5
  40:9 83:25 84:23
  92:5 131:24 143:5
  160:10 161:10,13
  215:21 216:2
  237:9 262:2
  274:24 279:21
  283:15
**changed** 73:20 75:4

201:18 213:9
279:24 280:2,5,7
**changes** 72:7 104:6
120:5 123:2,6,8,10
123:11,12 139:24
140:13 214:15,17
221:2,8,12 222:22
222:24 223:11,13
249:8,10 250:5,7
320:12 321:5
**changing** 140:2
**charging** 77:10
**charles** 2:11 14:20
**charleston** 192:18
**chase** 267:22
**cheap** 99:7
**check** 110:13
**checked** 284:5
**checking** 61:5,7
**checks** 110:6,8
**chicago** 2:23 3:8
7:10 11:11 134:16
161:21 290:5
**chick** 42:14 195:7
262:9,25 264:3
282:18 284:18
288:15
**chicken** 148:17
218:3
**chickens** 25:22,23
207:20 242:23
276:9
**chicks** 44:4,10,15
229:19
**choices** 128:8
**christine** 3:12,15
15:2
**christmas** 108:20
**cincinnati** 6:8
**cira** 3:13
**circle** 59:2 101:22
117:8
**circumstances**
49:15 310:8 311:3
**clarification** 20:15

**clarify** 33:19 67:2
**clarity** 52:20
**clark** 2:22
**class** 14:9 187:25
193:8
**clear** 20:9,13 29:19
29:25 33:13,24
37:10 73:16 74:20
87:9 89:19,21
109:22 131:3
157:6 169:14
194:14,23 209:2
209:12 227:4
286:18 300:11
**closed** 61:22 62:7,11
62:19 63:10
184:16
**closer** 102:23
**closing** 65:5
**cm00182536** 11:6
281:16,22
**cm00182537** 11:6
281:16
**cm00239981** 11:16
306:4,12
**cm00239993** 11:16
306:4
**cm00405660** 164:10
**cm00406453** 9:7
147:7,15
**cm00406460** 9:7
147:8
**cm0405660** 9:14
163:25
**cm0405665** 9:14
164:2
**cm0405666** 9:13
156:7,16
**cm0405673** 9:13
156:17
**coach** 39:22 77:20
**coaching** 77:21
**coaster** 160:25
**collected** 201:12
**collectively** 28:19

297:12
**column** 139:13
160:24
**com** 2:7,7,13,19,24
3:4,9,15,23,23,24
4:4,9,15,20 5:4,11
5:19,24 6:4,9,14
6:20 7:11
**come** 22:5 35:22
99:25 100:19
101:19 125:18
133:7 141:25
153:12 199:13
229:11 281:6
287:4 293:5
**comes** 18:11 79:3
165:4 311:8
315:25
**comfortably** 234:16
234:24 237:23
**coming** 27:5 188:15
201:8 293:17
**comments** 255:8,21
255:24
**commercial** 25:12
25:17,19 275:23
**commission** 118:24
321:20
**commissioned**
119:19
**commitment** 45:4
149:19 151:19,23
282:13,15,22
283:14
**committed** 192:22
194:6
**committee** 8:12,19
9:4,8,16 10:18,23
11:10 31:21 32:12
32:24 33:9,15 34:3
34:11,14,20 35:8
35:22 37:24 38:19
38:25 39:11 40:13
42:5,13 49:5,16
50:22 55:21,25

56:19,21 62:11,12
62:17 63:8 68:6
69:14,19,20,24
70:6,9,10,11,21
89:3,4,5,11,17,22
90:3,7 112:16
113:16 119:20
120:3,12,13,19,21
120:24,25 121:5,5
121:19 122:9,10
122:19,23,25
125:13,23 126:3,7
126:17 127:3,20
127:22 129:23
130:11,14,20,22
130:25 131:6,7,18
131:20,23 132:12
134:15 145:5,15
145:20 147:21
149:22,25 150:6,9
150:13 151:17
152:17 153:3,8,9
155:10 157:18,22
158:5,12,23
159:16 174:6,22
175:8 191:16
196:21 197:4,6,11
197:13,23 198:24
199:9,10,12 200:7
202:9,13,21,25
203:10,17,24
204:4 206:18
207:5,6 208:6,11
212:18 213:12,15
214:20 215:14
216:13,21 217:2
217:12,23 218:5
220:4 225:23
227:14 235:5,10
236:21 237:20
240:22 241:7
242:17 243:19
244:13,20 246:17
246:20 248:3,17
250:17 251:20

252:23 259:21
260:2 262:19
264:3,21 265:7
266:11,14 268:15
268:17,20,22
271:8 274:18
279:5 285:8 290:4
290:15 295:4
304:5,11,21 305:5
305:6 306:25
307:5 308:14
309:8,10,16
310:13,22 311:3
311:23 312:10,12
312:16,19 313:12
313:24 314:5,7,19
315:23 317:7,10
317:15
**committees** 30:25
31:2,3,7,18 62:14
64:19 153:14
214:3 231:25
261:10 266:3
**commodities** 36:18
148:14
**commodity** 134:6
**common** 297:13
298:2
**communicate** 48:8
70:20 103:22
150:11 154:20
**communicated**
35:11,13 36:9
44:18 50:9,16
**communicating**
310:4
**communication**
51:15 77:6
**communications**
49:22 50:12 64:11
71:12 73:2 103:18
**companies** 90:17,22
91:9,12,24,25
98:25 99:3,17,20
99:22 100:13,14

100:23 101:5,11
102:5,11,14 103:2
138:23 150:16
185:23 218:2
250:20
**company** 7:13 30:15
73:19 77:11 82:4
95:11,21 136:4
142:4 144:8
150:24 192:17,25
200:22 266:22
288:9
**compare** 176:3
215:20
**comparing** 216:9
**comparison** 132:22
134:14
**compensated** 18:16
18:18
**compensation** 88:7
88:12,13,17
**competitive** 300:21
**complaint** 51:23
52:2
**complete** 120:19
121:21
**completed** 55:24
120:13 121:19
193:17 220:18,22
222:9,10,20 224:7
225:20 228:17
240:2
**completely** 29:24
39:19 210:19
**compliment** 262:2
**compound** 32:4
95:3
**computeraided**
319:9
**conceived** 55:3
**concentrate** 140:9
**concentration** 241:8
**concept** 29:7 30:2
139:23 291:21
292:7 293:6,7

294:15
**concern** 148:20
149:3 243:12,13
243:14 244:13,19
247:9 303:16
**concerned** 94:16
239:7 243:22
271:14 300:17
**concerns** 83:9
103:17 280:24
307:8
**conclude** 115:20
133:9 144:21
195:11 260:12
**concluded** 243:17
318:5
**conclusion** 25:2
28:9 53:16 134:13
140:22
**conclusions** 208:5
216:13 243:19
**condition** 23:2
**conditions** 27:4
32:15,16,18 83:21
134:18
**conduct** 43:20 83:22
**conducted** 176:14
**conference** 9:9,16
10:23 11:8 148:2
148:16 152:17
153:4,9,13,15,17
157:23 158:3,10
174:23 175:9
264:21 265:8
285:14 287:13
**confidence** 83:17
**confidential** 1:7
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1

42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1,6 74:1
75:1,19 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1

177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1

312:1 313:1 314:1
315:1 316:1 317:1
318:1
**confidentiality**
72:23
**configuration**
268:25
**confirm** 100:4
176:12
**conflict** 93:12,18
95:9 96:11,19,20
97:9 98:9,13,21
99:10 102:3,7
184:22 296:15
309:11 314:25
317:18
**connection** 304:7
**conscious** 299:19
**consensus** 182:6
**conservative** 50:6,6
51:8,17 52:8,21,24
**consider** 25:17
134:17,21 150:14
**considerable** 294:10
**consideration**
145:22 266:4
**considerations**
273:13
**considering** 149:13
**consistent** 81:20,23
182:10 197:19,24
258:21 263:11
264:7,15
**construction** 92:12
**consultant** 106:9
107:4,7,10,13
120:15
**consultants** 105:21
105:25 106:23
107:14
**consulting** 108:17
108:25 109:21
110:9,21,22
111:12 121:16
122:2,2

**consume** 247:5
**consumers** 128:8
**contacting** 270:9
308:25
**contd** 9:1 10:1 11:1
**contemplated** 72:8
221:15 222:6,25
250:2
**context** 52:23 129:6
301:5
**continue** 40:6 86:19
115:19,25 124:4
153:25 168:11
272:16 273:10
300:10
**continued** 85:9 88:8
**continues** 72:6
86:22
**contract** 85:9
**contracted** 107:16
110:23 111:4
**contributed** 109:5
225:5,9
**convened** 89:12,22
**conventional** 170:14
**conversation** 83:2
**conversations** 82:25
**cooperative** 26:3,8
26:10,12,15,23
27:8,16,20,25,25
28:5,13,18,21 29:8
29:10,13,16,17
112:11 114:19
146:7 151:13
193:17 257:21
**cooperatives** 26:18
183:14
**coordinate** 86:12
**coordinating** 257:13
**copies** 109:14
**copy** 200:13 201:4,5
201:12 211:17
224:4 290:18
**copying** 201:8
**corporate** 72:10,15

73:9,18,20,23 74:2
74:9,21
**corporation** 6:15
**correct** 18:25 19:4
19:10,16 31:25
33:17 37:18 38:3
38:20 39:13 40:15
41:17 42:7,15,22
44:20 45:12,21
46:8,19 47:11,18
47:23 48:11 49:2
52:9 54:10,18
55:17 56:15,19,23
57:4 58:10,13
61:12 63:17 64:2,5
64:19 65:7 66:9,12
66:15,20,25 70:21
72:11 73:24 74:7
77:14 79:10 80:2
81:3 84:24 89:13
90:23 92:7,19 96:7
96:12 102:18,23
103:6 106:2,10
108:17 109:2
110:10,16 113:19
116:17 123:18
124:2,13 129:19
130:11,14,18
131:6 137:23
138:3 140:6,20
141:4 143:9,18,23
144:14,22 145:18
146:15 147:23
149:10 151:20
154:5,9,21 155:18
157:24 161:8
162:10,24 163:11
163:20 165:19,25
166:5 171:23
175:23 176:25
180:25 181:8,13
184:8,11 186:16
186:19 187:7,15
191:16 192:3
195:3,20,24

202:14,17,22
203:15,18 204:4
220:19 222:7
223:2 240:19
254:17 257:10,14
258:22 260:17,21
262:10 263:12,18
264:8 265:21
272:17 282:10,23
283:7 284:7 289:4
297:4 301:22
304:12 313:3,13
313:17 316:3
319:10
**corrected** 161:18
**correction** 322:4
**corrections** 162:9
320:5,8 321:4
**correctly** 23:21
166:8 319:8
**correspondence**
306:21
**cost** 94:14 98:18
124:21,25 191:25
193:10,19,24,25
194:7,12
**costs** 124:16,19,19
124:24 194:18
296:24 297:22
**couldnt** 21:25 22:2
22:2,13 95:11 96:5
100:10 117:12
144:19 277:8
302:5
**council** 56:6
**counsel** 13:4 39:18
41:5 50:12,17
72:21 73:3 128:25
209:25 241:25
286:10 319:10
**countering** 231:21
**country** 153:19
192:20
**couple** 19:22 20:4
89:2 90:11 95:22

109:13 112:25
113:11,22 142:9
142:12 181:23
256:25 289:12
306:11 307:19
310:10 311:21
**course** 20:7 71:19
294:5
**court** 1:1 13:22 14:4
41:8 104:9 286:15
320:20
**courthouse** 5:17
**cover** 19:22 120:7
147:19 228:19
285:24 295:23
306:13,15,16,17
307:9
**covering** 110:3
**create** 293:5
**created** 186:2,7
317:18
**creating** 183:24
186:15 277:11,13
**creation** 181:8,13
181:20,25 184:11
186:11 187:13,15
**credibility** 98:5
127:10,19
**credit** 72:10,15
73:10,18,21 74:2,9
74:21
**creekwood** 288:10
**criteria** 100:24
**critical** 236:14
**crowell** 6:17,20
16:12
**crutcher** 4:6 15:19
**cslidders** 2:13
**current** 17:23 32:18
166:9,15
**currently** 17:16,19
70:3
**customer** 221:8
222:24 223:4,7,10
**customers** 59:9,9

93:19,20 94:16,22
94:24 95:12,23
97:3 224:5,9
225:22 228:18
249:9 250:7 277:8
277:21 280:17
299:7,11,18
**cut** 58:16 139:15
152:7 267:21
313:4
**cutting** 255:17
**cycle** 43:12
**cycles** 22:16,18,19
37:4
**czechowski** 5:16,19
16:15,15

---

## D

**daily** 154:13,18
**dairy** 8:18 112:16
**dallas** 4:8
**damn** 131:19
**daniels** 3:1 15:5
**data** 110:25
**date** 13:13 41:8
43:13 111:8
142:14,16 165:4
316:20,22 320:10
322:3,25
**dated** 129:12 134:24
135:17 147:17
178:22 196:14
200:10 212:11
213:3 220:7
248:18 287:13
**dates** 92:12 144:18
169:14 292:18
**dating** 59:12 137:3
176:3,11 298:6
**dave** 288:3
**davis** 6:11 268:13
305:8
**day** 36:22 54:22
121:24 164:16
292:10 319:13

321:13
**day0000029** 10:7
198:6,15
**day0000055** 10:7
198:7
**daybreak** 6:20
16:13
**days** 22:8,17,19,19
246:2,2 260:5
320:16
**dayton** 5:18
**dbarnes** 4:15
**dead** 139:4
**dealing** 281:3
**dealt** 140:3
**dean** 108:9,12
153:22
**dear** 110:8
**death** 167:13 168:4
**debate** 303:10
**december** 136:24
259:22 308:4,22
**dechert** 3:12,15
15:3
**decide** 55:5 65:13
315:19
**decided** 161:22
**decision** 31:4,22,24
50:8 51:10,11,13
71:7 136:12 143:2
191:15 303:21
**decisions** 30:21,24
71:4 303:20
**decline** 124:7,10
**declined** 117:23
118:9
**decreasing** 233:11
**deemed** 320:19
**defend** 183:5
**defendant** 4:9 6:4
6:14 14:25
**deffner** 80:21,25
82:9,16,21 83:16
**degree** 92:7 161:8
**deinard** 6:1

**delaying** 284:18
**delivered** 120:21
**delivery** 258:16
**demand** 27:4 32:19
  37:5,5,6 38:3,20
  39:3 95:24 115:14
  134:7 146:21
  152:7,11 164:23
  164:24 168:17
  188:10 221:2
  249:7 250:5
**demanded** 298:13
**demanding** 222:21
**demonstrate** 246:9
**deny** 204:25
**department** 30:12
  30:17
**deponent** 319:6,8
  321:2
**depopulate** 278:16
**depopulated** 277:4
  280:15
**deposed** 19:23
**deposing** 320:15
**deposition** 1:11 12:1
  13:16 68:13
  289:11 318:5
  319:9 320:4,13,17
  320:18 321:4
**depositions** 21:8
**depressed** 134:11
**depressing** 91:22
**depriving** 242:24
  243:13
**depth** 68:23
**describe** 29:7
  222:21 224:16,19
**described** 225:20
  249:6 250:4
**describing** 29:10
**description** 8:9 9:3
  10:3 11:3 12:10
  58:17
**design** 292:15 293:3
**designate** 72:22

73:5 75:18
**desirable** 229:8
**despite** 73:7,7,12,16
**destroyed** 98:5
**destruction** 168:5
**detail** 88:5
**determine** 193:18
  293:14 302:20
**determined** 276:3
**develop** 150:6
  176:23
**developed** 55:16
  94:19 96:4 97:4,18
  221:15 290:25
  299:3
**developing** 93:22
  151:18
**development** 54:10
  58:20 225:9
**dialogue** 247:15
**didnt** 20:13 65:17
  65:21 66:6 94:15
  94:24 102:15
  103:13 117:11
  122:4 162:22
  183:21,23 202:3
  213:16 214:5,7
  235:24 236:8
  245:25 275:19
  277:15,23 279:11
  291:12 292:16
  303:4 305:21
  308:23 313:7
  315:19,21 316:18
  317:19
**difference** 26:4,6
  30:19 94:2 191:25
  193:10,24
**different** 29:21,24
  33:11 36:3 52:4,22
  52:22 54:9 95:22
  104:4 186:25
  187:5 190:14
  276:22 290:24
  292:13,14 293:3

**differently** 36:12
  70:24
**dinsmore** 5:16,19
**dire** 166:4
**direct** 2:8,19 14:9
  14:13 36:2,7
**directed** 175:22
  299:22
**direction** 12:3
  186:25
**directly** 47:10 48:20
  108:17,18,25
  110:15
**director** 86:3 87:3,7
  87:12
**directors** 30:23 31:4
  31:5,10 33:5,17,23
  34:2 61:4 69:22
  71:7 153:13
  181:12,24 257:19
**disappear** 136:24
  137:6,15,16
**disappearance**
  135:21 137:25
  144:23
**disappeared** 168:8
**disclosed** 76:20
  83:22
**discovered** 78:2
  183:20
**discovery** 9:16
  52:15 98:12,16
  99:9,12,14 174:22
  175:8 259:21
  260:13
**discredit** 235:4,6,9
**discuss** 19:21
  266:14
**discussed** 132:4,11
  181:19 250:16
  251:20 252:2,9,16
  252:25 256:7
  295:4 302:11
**discusses** 147:20
  177:12 181:7

296:14
**discussing** 124:5
  162:19
**discussion** 214:16
  232:15 248:20
  251:13 268:8
  294:9,10
**discussions** 115:14
  214:21 291:25
  298:6 315:8
**disease** 167:11,11
  168:16
**disposal** 266:5
**disposing** 43:3,8
**dispute** 58:7
**disruption** 277:12
  277:20 278:17
  280:16
**disruptions** 315:12
**disseminated** 66:24
**distinction** 30:9
**distinguish** 30:19
**distinguishes** 25:14
**distributed** 67:5
  239:2
**district** 1:1,1 13:22
  13:23
**divide** 124:25
  293:12
**division** 9:19 60:8
  85:17,23 87:4,7,13
  179:15 181:7,8,13
  181:20,25 183:24
  184:5,7 185:19,22
  186:2,7,12,13
  187:14 188:21
  189:20 190:12
  296:16,24 298:13
  298:19 299:22,25
  300:25 301:21
  302:10,23 303:14
**divisions** 61:11
  296:21
**dmekki** 6:20
**doable** 229:11

**doctors** 22:20
**document** 1:4 57:17
  57:21 58:5,8 63:12
  68:15,16 69:4,6,8
  69:10,15 80:19
  81:8,14,20 82:6
  101:4 105:19
  113:4,12 121:12
  128:3 130:4
  135:14 145:11
  147:3 149:3,5
  152:24 156:6,23
  157:8 161:5
  165:23 170:4
  175:6 177:4
  178:22,24 179:22
  179:24 180:2,3
  181:4,19 183:3
  187:18 188:25
  191:3,9 194:15
  197:5 198:12,17
  199:21 200:4,6
  206:23 207:12
  212:11 213:5
  215:11,15 216:20
  216:22 220:6,9,18
  220:22 222:11,20
  225:18 228:7
  233:2 238:12,16
  238:17 239:5,20
  240:5,9 249:25
  251:9 255:7 256:7
  256:22 257:7
  259:16 261:7
  265:4,14,16
  267:15 269:13,21
  281:25 283:6
  284:15,18,25
  285:21 286:3,3,22
  287:23 288:2
  289:3 290:12,18
  291:13,15 295:17
  295:22 296:4,6,10
  296:14,19 298:6
  308:9,18 309:5

310:19,24 312:10
**documents** 12:9
  38:14 68:14 101:9
  117:8 201:9 215:7
  260:5 309:24
**doesnt** 41:15 43:21
  67:17 142:21
  143:5 206:2 215:4
  224:18 229:11
  230:18 249:7
  254:25 260:9
  268:2,4 276:7
  296:12
**doha** 6:17 16:12
**doing** 18:6 20:12,18
  28:3 46:2 51:5
  61:17 86:9,13
  103:5 104:20
  120:6,14 132:17
  143:25 144:8,13
  192:23 213:18,20
  218:23 246:10
  284:20,21 298:2
  314:14 320:9
**dolph** 145:21 266:3
**domestic** 102:18
  258:17,18 263:17
**dominant** 98:25
  99:17 100:13
  101:12
**don** 110:20 162:8
**donald** 4:12 15:15
**dont** 17:25 18:3,10
  21:11 22:16,18,25
  24:14 27:14 31:8
  34:21 36:10,13
  39:21 40:2,9,19,25
  43:3 49:13 50:18
  51:5,14,14 53:3,8
  53:9,21 54:25
  57:16 58:6,7 59:4
  62:24,25 63:2
  68:25 74:5,5,12,16
  75:5,23 77:19 80:5
  82:24 92:11 95:6

95:24 99:24 100:2
  100:5 104:20
  108:21 109:4
  110:6,12 111:8
  112:9 116:18
  117:16,22 118:18
  128:24 130:2
  131:19 132:14,19
  133:2,18 135:4
  136:14 139:6,11
  140:22 143:14
  149:3,14 150:2,3
  158:2 159:19
  160:10 161:2
  162:23,24,25
  163:2 165:6,12,16
  169:4 172:9,11
  173:4,10 177:13
  179:2 182:25
  183:10 188:22
  192:19 193:3,5
  195:18 198:15
  199:16,17,18,25
  200:2,3,4 201:21
  202:2,4,5 204:10
  204:13,14,25
  205:13,20 206:15
  206:15,25 207:15
  208:23 209:3,10
  209:15,20 213:23
  217:20,25 218:25
  218:25 220:7
  223:6 225:12,17
  225:17,24 226:8
  226:22,24 227:5
  228:13 229:21
  234:12 236:5,25
  237:7 238:20,21
  238:23 243:16
  244:4 257:5
  259:24 260:5,6,22
  260:24 261:5
  269:12 271:3,18
  274:19 281:22
  283:5 286:16

287:3,21 290:23
  292:2 294:20,23
  295:18 299:12,14
  300:15,22 301:25
  302:8 308:5
  309:10 310:6
  312:13 313:4
  316:23 317:2,3,8
**doubt** 303:12
**dozen** 125:2 191:22
**dr** 107:11 119:24
  121:25 125:4,6
  213:11 268:12,21
  270:2,9 272:9
  279:4,17 280:19
  307:24 308:2,13
  310:17,21 315:14
  315:22 317:5
**draft** 114:12 197:14
**drafted** 132:25
  141:4 143:22
  149:9
**drafting** 114:10
**draw** 140:22
**drawing** 30:9
**dried** 92:6
**drive** 105:8
**driven** 223:5,7
**drives** 37:17
**dropped** 19:14
**duly** 16:25 319:6
**dunn** 4:6 15:19
**dustbath** 171:19
  174:11
**dwt** 6:14

**E**
**eaa** 184:15
**eagle** 4:4 14:19
**earlier** 139:24 142:9
  142:12,14,16
  143:6 155:14
  215:12 299:2
  311:17
**early** 43:10,18,20

92:25 93:5 141:12
141:13,16 144:18
153:24 158:13
169:20 266:5,6
298:10
**ease** 241:24
**east** 5:5 6:7 7:9
15:12
**eastern** 1:1 13:22
**easy** 81:22
**economic** 132:10
142:13 175:16
176:24
**economics** 132:8,16
263:23
**economist** 133:24
**edit** 213:25
**edited** 129:18
135:17 147:17
157:14 164:13
196:14 214:9
**editing** 214:5,7
**edition** 10:12,16
219:10,22 239:8
239:14,23 314:11
**editor** 66:14 67:11
**editorial** 135:22
165:18,24
**editorials** 136:8
**educated** 27:3
**educational** 33:7
187:23
**effect** 134:10 194:2
251:19,25 252:24
267:6,12
**effective** 220:3
**effects** 251:14
**effort** 67:23 230:3,8
231:9
**efforts** 44:19 263:16
**egg** 1:3 3:24,25 8:17
9:21 10:12,14,15
10:23 13:20 15:23
15:24 17:22 19:16
19:19 24:23,24

25:6,7,9,10,14,15
25:17,18,19,24
26:3 31:19 36:17
39:8 43:12 44:3
45:20 55:4 57:4
59:6,14 60:6 66:23
69:20 82:11 86:3
86:10,11,22,23
90:15,16,21,21
91:9,9,10,11,12,13
91:17,22,23 92:2
92:18 93:6 94:2,4
94:6,11,12,19
95:10,21 96:4 97:5
97:10,10,19 98:21
98:24,25 99:3,9,11
99:15,16,18 100:9
100:12,14 101:10
101:11,12 102:4,4
102:8,10,12,14,18
102:25 103:2
105:4,4,14,14
110:5 112:14
115:21 116:2,6,13
117:20 118:16,21
118:25 123:2
124:7 132:21
133:10,21 134:5
134:14 136:2
137:11 141:18
142:17 144:7
146:4,5,6 148:16
150:9 151:6,10,12
152:4 160:25
161:7 164:22
165:19 166:4,9,11
166:13,15,20
167:5,9,16,20
168:7,21,23 169:7
169:19 182:15,17
183:22,25 184:6
184:15,24 185:5
185:24 187:24
188:15,17 189:4
189:22 192:21,25

197:16 219:9
220:19 225:4
230:7 231:8
233:14 239:11,13
242:23 243:22
245:8 251:6 254:4
254:17 256:2
257:18 261:13
264:4,21 265:7
266:20,24 275:23
276:20 277:7
281:4 285:5 288:8
299:9,10,23 301:6
302:5,7 305:3
322:2
**eggs** 16:20 28:20
29:12 37:12 43:12
46:3,8 91:10,15,17
91:19,22 92:3 93:8
94:20,23,25 95:11
95:13,14,23,25
96:6,7 99:2,3,5,5,6
99:12 101:13
102:8 105:16
116:9,12,14 125:2
134:5,9,10 137:14
140:3 142:2
146:24 148:13
158:19 166:20
169:7 191:22
192:2,18,19,21,24
193:2,4,4,6,8,12
193:16,19,20
194:3,11,13,16
258:18 299:10,13
299:19 301:20
**eight** 292:25
**eimer** 3:6,7 15:7,7,7
**eimerstahl** 3:9
**either** 66:6 150:4
226:15,25 274:3
284:4
**elaborate** 275:12
**elected** 69:21
**element** 236:14

270:19
**eliminated** 163:20
**email** 8:14 11:4 80:8
80:16,18,21,24
269:5,11,25
307:23 308:6,6
310:11,18
**emails** 306:15
307:20
**emanuel** 2:3 14:8,12
**embarrassingly**
19:13
**embarrassment**
314:22
**empire** 184:23
**employ** 105:22
**employed** 17:19,21
19:6
**employee** 19:7,9
72:9 106:25
107:15
**employees** 106:5
**ended** 173:15
224:21,23
**endorse** 312:21
316:2,9,13,21
**endorsed** 126:6
305:20 316:15
**endorsees** 312:12
**endorsing** 315:17
**ends** 207:18 216:6
228:23 232:20
237:21 242:19
307:21 310:14
**enforced** 245:13
**engage** 106:2
**ensure** 67:12,24
122:8
**enteritidis** 59:7,16
**entertain** 150:7
**entire** 125:12 126:7
293:11
**entirely** 171:11
**entities** 93:13
**entity** 29:11 87:9

environment 270:20
environmental
  107:13
envisioned 54:14
  223:16,22
equal 293:5
equalize 193:20
equally 193:22
  281:4 292:16
errata 320:7,9,12,15
  321:5
error 130:24 131:10
  131:14 194:21
  315:3
errors 131:15
esquire 2:3,4,11,16
  2:22 3:1,7,12,18
  3:18,19 4:1,7,12
  4:18 5:1,9,16,22
  6:1,7,12,17 7:1,9
establish 128:7
established 197:23
et 61:5 188:2 314:23
ethics 309:23
eu0809988 10:16
  239:14
europe 110:2,4,5
  169:25 170:7
  171:5 192:25
european 193:6
evade 117:15 201:20
evaluate 32:17
  120:4
evaluation 41:7
evasive 53:9 62:25
events 242:11
everybody 185:15
  267:16,17 292:15
  303:18 305:3
evidence 95:4 169:3
  169:12 172:25
  187:10 205:5
evidently 146:8,10
  220:24
ex 203:23 215:13

exactly 36:20 49:13
  74:23 165:14
  208:14 222:13
  278:10
examination 17:4
examined 16:25
example 43:18
  48:23 144:6
  192:19 277:2
  305:7 311:22
examples 99:18,23
  100:15,23 101:15
exceed 241:10,18
exchange 269:25
  308:7
excuse 204:6
excused 318:3
exec 62:12 69:20
executive 8:12 62:11
  62:14,16,18 63:8,9
  64:22 65:4,16 68:6
  69:14,18,24 70:6
  70:20 75:11
exhibit 8:9 9:3 10:3
  11:3 57:10 68:5
  70:17 80:7 84:14
  109:7 112:13
  119:4 128:17
  135:7,13 145:4
  147:6 152:16
  155:23 156:15,25
  157:2,10,11,13
  160:21 163:24
  164:9 174:21
  179:14 189:4
  190:21 196:5
  197:9 198:4 212:2
  212:15 213:2,4
  216:5 219:8
  220:22 227:12,12
  227:12,13,16
  237:18 238:25
  239:11,19 242:16
  243:18 244:6
  246:14 248:2

250:3,4 256:15
  259:2 264:20
  269:5 281:15
  285:13 290:3,11
  295:10 302:11
  306:3,9
existence 32:14 49:6
  49:9,17 184:8
existing 253:23
  276:20 292:21
expansion 164:24
expectation 123:25
  124:12
expected 56:25 66:3
  253:14 254:2,14
expense 74:15,24
  75:13 76:12 77:3
  303:4
expenses 74:9 77:7
  77:17 79:25 81:2
  83:4 110:3 120:7
expensive 153:18
experienced 166:14
expert 26:18 28:25
expertise 105:21
  106:7
expires 321:20
explain 22:15 76:16
  106:13 128:23
  138:24 144:13
  192:9,11 254:20
  297:5 304:15
  312:25 313:5,9
explained 291:21
explaining 173:6
explanation 192:7
explore 88:22
export 102:12
  115:20 139:14
  149:19,21,25
  150:6,8,9,10,12,13
  151:17,18 191:7
  191:16 192:15
  193:11 194:17
  195:12,18 257:14

258:6,10,15
  263:16
exporter 191:18
exports 86:12 102:3
  151:13
exposed 241:8,16
express 225:3
expressed 71:14
  303:16
expressing 267:19
extends 142:2,19
extensively 125:7
extent 49:21 50:11
  50:13 75:16 77:16
  111:22 133:24
  151:3 214:15
extra 163:19
extremely 167:24
  278:11 313:20
  314:20

F
facilitate 246:22
  247:21
facilitated 61:6
fact 24:10 37:3 40:8
  53:16 63:23 73:16
  79:9 91:20 109:14
  127:2 166:7 169:2
  169:11 170:7
  171:25 172:24
  187:9 205:4,12
  228:14 230:11
  253:10 277:13
  282:8 290:17
  305:20 312:13
  317:19
factors 262:3
facts 28:10 29:2
  95:4 111:23
  127:14 133:25
factual 67:22 98:17
  111:23
factually 172:6
faegre 3:1 15:4

faegrebd 3:4
fail 320:18
fair 20:16 21:2
  31:17 32:6 42:4
  53:11 62:22 63:3
  63:15 68:23 87:22
  117:25 118:15
  135:3 140:24
  149:7 159:6
  165:14 179:11
  260:10 309:17
  311:14
fall 123:22
familiar 38:15
  187:17
far 44:8 83:2 139:18
  153:17 192:16,17
farm 25:17,20 36:18
  114:19 119:6
  142:22 266:24
  275:24
farmer 24:24 25:6
  25:10,15,15,18
  43:14 44:3 55:4
  56:8 82:11 141:18
  167:5 266:20
  285:5 288:9
farmers 24:23 26:21
  26:22 28:2,3,6,15
  69:21 168:7 185:6
  187:24 303:7
farms 4:15 5:5,5,6
  5:12,25 15:11,12
  15:14,17 16:22
  18:8 110:5 288:10
fat 141:24
fault 317:19
favor 71:11
fax 11:15 154:13
  306:3,16
faxed 154:18
fda 59:11
feature 155:17
february 24:2
  129:12,16 131:4

134:25 191:7,12
federal 174:17
feed 243:20 244:21
  245:6,21
feeder 236:14,22,23
  237:4 240:17
  247:4 270:5
  273:13 274:6
  277:14
feel 68:21 94:15
  102:15 199:17
  296:13
feet 22:13
felt 82:18 89:9
  103:11 177:15
  178:6,14 179:4
  299:17 300:15
fifth 6:2
fight 183:16
figure 59:8 156:22
  277:10 309:20
figured 277:18
figures 133:8
filed 49:12,14 62:3
filing 13:5
fill 150:7 277:8
filled 85:12
final 195:2,13 197:5
  199:3,17 200:4,5
  201:19 202:3
  208:22 209:14
  210:23 213:5
  222:10 229:5
  232:13 239:9
  251:18 303:20
finally 167:9 225:3
  279:11
finance 78:21 79:5
financial 78:25
  263:21
find 103:17 110:8
  116:13 131:15
  200:5 207:11
  222:11 258:3
  283:10 314:24

fine 23:7 63:14
  87:18 135:5
  229:23 230:4
  231:22
finish 150:19 221:23
  222:3 230:17,23
  231:2 262:22
  276:13,16 311:20
finished 104:14
finishes 185:8
firm 107:2,10
firmly 312:17
first 16:25 17:8
  19:24,25 20:6
  32:13 40:18 51:24
  54:13 55:2,15
  70:10,11 72:6
  84:19 90:14
  113:11 114:14
  119:17,24 129:21
  129:23 132:3
  133:3 135:20
  136:21 157:16
  166:11 175:14
  177:24 179:22
  181:23 184:14
  186:14 187:5
  189:11 196:16
  203:8 215:7
  216:25 217:11
  221:3,15 246:19
  246:19 251:19
  259:23 265:12
  283:23 291:17,24
  292:10 294:16,19
  295:3,19 299:5
  308:12
five 153:25 183:13
  246:2
fix 158:25 159:12
fixed 124:16,19,21
  124:24,25
fixes 178:12
flapping 235:19
fliers 30:13

flock 39:12 40:14
  42:6,21,23 43:20
  43:22,23 44:7,7
  57:3 141:19
  142:24 152:8
  162:9 163:7
  167:14 188:14
  195:6 253:11
  262:9,24 277:4
  282:18 283:24
  288:14
flocks 10:12,15
  219:10 239:13
floor 2:5,17 4:2 6:18
  163:5 270:19
flow 91:19
fmi 290:23 294:19
  308:25 309:5
  313:20 314:9,10
  314:13,18,24
  315:8
fminccr 309:8
fmis 314:5
focusing 224:24
folks 16:7 220:17
follow 45:8 46:15,17
  55:5,6,11 144:9
followed 33:3 44:20
  45:2,12,16,19
  46:19 48:11
  123:21 124:6
  263:7
following 46:25
  47:10,22 48:21,25
  56:9 158:13,24
  159:11 178:3
  182:2
follows 17:2 232:22
  233:6
food 6:15 56:5 58:21
  59:10 94:8 200:2
  242:24 243:13
foods 2:24 4:10,20
  6:4,20 14:25 15:20
  16:13,18 101:16

136:5
**force** 292:16
**foregoing** 321:3
**foreseen** 32:23
**forget** 291:5
**form** 13:7 21:9
  28:22 32:3 37:20
  38:4,21 39:14
  40:16 42:8,17,24
  44:21 45:13,22
  46:9,20 47:12,24
  48:12 50:10 51:19
  52:10,25 53:14
  54:15,19 55:7,18
  57:5 60:13 61:13
  63:19 64:6 65:8
  68:2 74:10 77:15
  78:10 79:11,17
  80:3 81:4 83:5
  87:8 89:14 95:2
  96:8,13,22 103:7
  106:11 111:20
  112:7 115:4 118:3
  126:10 127:11
  133:22 137:17
  138:10 140:15
  143:10 146:16
  151:2 155:11
  159:3 162:11
  163:12 166:22
  168:25 169:10
  172:3,23 173:25
  174:13 175:24
  178:19 179:6
  180:8 181:14
  186:4,21 187:9
  189:25 192:4
  196:2 204:17
  205:3 206:5,22
  208:19 214:11
  218:7,15 221:17
  223:17 225:25
  228:4 231:11
  234:9,18,25 239:3
  243:4 245:14

247:12 248:23
249:11,20 250:9
250:22 252:5,11
252:17 253:4,19
254:5,18,24 256:9
260:23 261:23
262:11 264:9
265:23 267:15,25
270:25 271:16
272:18 273:4
275:2 278:23
279:8,19 280:10
282:22 283:25
284:9,22 288:21
297:17 301:24
303:2 305:16,23
312:24 316:5
**formal** 31:6,9 86:16
**formed** 89:6
**former** 23:19 82:4
**formerly** 19:15,18
**forms** 120:16
  151:24
**forth** 31:3 55:21
  120:2 183:18
  193:8 199:15
  276:22 292:3
  298:2 314:15
**forward** 143:8
  153:22 159:15
  208:10 216:20
  219:21 229:22
  245:17
**found** 59:11 111:3
**four** 162:7 236:21
  237:4,4,16 240:17
  273:23 276:25
  277:15
**fourth** 6:7 163:4
  233:24
**fowl** 144:18
**francisco** 4:19
**free** 22:17 68:21
  236:23
**fresh** 6:9 16:20

240:23
**friedman** 4:17 14:25
**friends** 220:14
**front** 101:23 110:7
**frozen** 22:12
**full** 17:14 41:12
  85:15 97:16
  105:22 182:19
  203:20 216:21
  244:5 262:17
  296:18
**fully** 274:6,10,12
**function** 21:25
  36:24
**functions** 111:18
  112:2,5 114:20
  115:2
**fund** 109:5
**funded** 190:16
**funding** 190:13
  225:4,8
**further** 11:14 60:7
  85:17 295:11
  296:7,15,20
  298:12 299:21,25
  300:25 301:21
  302:10,22 303:8
  303:13
**future** 32:21 87:23
  87:24 89:7,7
  229:10 282:18

---

**G**

**gap** 90:15 91:4,6,16
  93:18 97:9
**gene** 1:11 8:3,10
  13:24 16:24 17:15
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1

42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1,10 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1

| | | | |
|---|---|---|---|
| 177:1,8 178:1 | 310:1 311:1 312:1 | **giving** 188:25 | 224:14 235:7 |
| 179:1 180:1 181:1 | 313:1 314:1 315:1 | 213:13,18 222:22 | 237:11 238:11,16 |
| 182:1 183:1 184:1 | 316:1 317:1 318:1 | **global** 2:24 | 257:9,16 259:7 |
| 185:1 186:1 187:1 | 321:10 322:25 | **globally** 302:16 | 263:8 272:16 |
| 188:1 189:1 190:1 | **general** 61:23 68:13 | **go** 20:3 62:14 64:21 | 285:19,24 289:20 |
| 191:1 192:1 193:1 | 100:18 133:17 | 65:16 126:2 130:2 | 292:20 299:18 |
| 194:1 195:1 196:1 | **generally** 23:12 63:3 | 131:9 161:2 | 303:15 306:10 |
| 197:1 198:1 199:1 | 63:15 64:4,14,17 | 177:13 195:11 | 317:25 |
| 200:1 201:1 202:1 | 64:23 67:18 83:3 | 200:7,11 207:11 | **golinharris** 107:9,19 |
| 203:1 204:1 205:1 | 150:25 153:8 | 211:11 222:4 | **good** 17:7,10 21:5 |
| 206:1 207:1 208:1 | 181:19 238:6 | 224:3,8 229:2 | 21:10 22:17,18 |
| 209:1 210:1 211:1 | **genetic** 217:13 | 245:17 257:5 | 77:23 84:2 148:25 |
| 212:1 213:1 214:1 | 218:2 219:2,6 | 261:5 269:12 | 149:14 185:2,5 |
| 215:1 216:1 217:1 | 227:23 229:6 | 291:13 302:17 | 224:15 233:18 |
| 218:1 219:1 220:1 | **gentleman** 172:4 | 308:5 310:10 | 234:22 261:11,12 |
| 221:1 222:1 223:1 | **georgia** 17:18 | 313:19 314:9 | 319:5 |
| 224:1 225:1 226:1 | 200:17 | 317:22 | **gosh** 44:7 58:25 |
| 227:1 228:1 229:1 | **getting** 133:5 153:18 | **goal** 184:23 218:21 | 188:22 |
| 230:1 231:1 232:1 | 171:14 247:14 | 245:7,25 | **govern** 31:7,10 |
| 233:1 234:1 235:1 | 270:18 | **goals** 144:23 | **governed** 34:17 |
| 236:1 237:1 238:1 | **gettysburg** 5:6 | **gobetween** 199:11 | **government** 67:6 |
| 239:1 240:1 241:1 | 15:13 | **god** 190:5 202:24 | 84:24 107:4,18 |
| 242:1 243:1 244:1 | **giant** 4:4 14:19 | **goes** 29:11 283:24 | 297:9,10,13 |
| 245:1 246:1 247:1 | **gibson** 4:6 15:19 | 291:23 | **grade** 193:4,8 |
| 248:1 249:1 250:1 | **gibsondunn** 4:9 | **going** 20:6,8 32:20 | **gray** 6:12 |
| 251:1 252:1 253:1 | **give** 38:9 41:10 | 36:25 37:2,7 | **great** 20:18 22:6 |
| 254:1 255:1 256:1 | 70:22 97:15 99:22 | 41:5 43:11 44:8 | 88:5 292:9 303:10 |
| 257:1 258:1 259:1 | 100:4,11 118:11 | 49:16,18 51:4 | **green** 106:25 107:3 |
| 260:1 261:1 262:1 | 125:13 131:19 | 65:16 84:5,22 | 107:15 114:13 |
| 263:1 264:1 265:1 | 169:14,15 171:23 | 92:13 94:14 98:3 | **greene** 6:1,4 16:17 |
| 266:1 267:1 268:1 | 172:2,18,22 | 98:23 113:10 | 16:17 |
| 269:1 270:1 271:1 | 173:20,22 174:9 | 120:8,10 136:17 | **gregory** 1:12 8:3,10 |
| 272:1 273:1 274:1 | 188:9,13 198:16 | 141:20 142:24 | 13:24 16:24 17:15 |
| 275:1 276:1 277:1 | 199:13 209:5,10 | 147:2 156:8,21,22 | 18:1 19:1 20:1 |
| 278:1 279:1 280:1 | 211:4,7 221:6 | 160:13 161:6 | 21:1 22:1 23:1 |
| 281:1 282:1 283:1 | 237:3 249:8 261:9 | 166:18 168:12,15 | 24:1,21 25:1,3 |
| 284:1 285:1 286:1 | 265:11 287:5 | 168:16 170:7 | 26:1 27:1 28:1,9 |
| 287:1 288:1 289:1 | 302:23 309:3 | 171:4,11,15,18 | 28:24 29:1,2 30:1 |
| 290:1 291:1 292:1 | **given** 24:10 134:24 | 179:23 182:16 | 31:1 32:1 33:1 |
| 293:1 294:1 295:1 | 198:20 210:2 | 183:17 184:22 | 34:1 35:1 36:1 |
| 296:1 297:1 298:1 | 213:21,24 271:23 | 188:14,25 191:19 | 37:1 38:1,11,22 |
| 299:1 300:1 301:1 | 272:6,11 274:16 | 191:24 192:24 | 39:1,16 40:1,12 |
| 302:1 303:1 304:1 | 283:18,19 286:6,8 | 205:11,18,21 | 41:1 42:1,4 43:1 |
| 305:1 306:1 307:1 | 286:10 319:10 | 211:10,19 214:21 | 44:1 45:1 46:1 |
| 308:1,25 309:1 | **gives** 221:11 | 221:21 223:4 | 47:1 48:1,14 49:1 |

| | | | |
|---|---|---|---|
| 49:20 50:1 51:1 | 169:1 170:1 171:1 | 285:1 286:1,21 | 239:11 |
| 52:1,11 53:1 54:1 | 172:1 173:1,7 | 287:1 288:1 289:1 | **gregory23** 10:17 |
| 55:1 56:1 57:1,10 | 174:1 175:1,15 | 290:1,10,11 291:1 | 248:2,9,10,11 |
| 58:1 59:1 60:1 | 176:1 177:1,8 | 292:1 293:1 294:1 | **gregory24** 10:20 |
| 61:1 62:1 63:1 | 178:1,3 179:1 | 295:1 296:1 297:1 | 256:15,22 |
| 64:1 65:1 66:1 | 180:1 181:1 182:1 | 298:1 299:1 300:1 | **gregory25** 10:21 |
| 67:1 68:1 69:1 | 183:1 184:1 185:1 | 300:7 301:1 302:1 | 259:2,8,17 |
| 70:1 71:1 72:1 | 185:7 186:1 187:1 | 303:1 304:1 305:1 | **gregory26** 10:23 |
| 73:1 74:1 75:1 | 188:1 189:1 190:1 | 306:1,9 307:1 | 264:20 265:4 |
| 76:1,4 77:1 78:1 | 191:1 192:1 193:1 | 308:1 309:1 310:1 | **gregory27** 11:4 |
| 79:1,18 80:1 81:1 | 194:1 195:1 196:1 | 311:1 312:1 313:1 | 269:5,11 |
| 82:1 83:1 84:1,13 | 197:1 198:1 199:1 | 313:5,19 314:1 | **gregory28** 11:6 |
| 84:14 85:1 86:1 | 200:1 201:1 202:1 | 315:1 316:1 317:1 | 281:15,21 |
| 87:1,2 88:1 89:1 | 203:1 204:1 205:1 | 318:1 321:10 | **gregory29** 11:7 |
| 90:1 91:1 92:1 | 206:1 207:1 208:1 | 322:25 | 285:13,20 |
| 93:1 94:1 95:1 | 209:1 210:1 211:1 | **gregory1** 8:10 57:10 | **gregory3** 8:14 80:7 |
| 96:1 97:1,15 98:1 | 212:1,9 213:1 | 57:16 | 80:13 |
| 99:1 100:1 101:1,2 | 214:1 215:1 216:1 | **gregory10** 9:8 | **gregory30** 11:10 |
| 102:1 103:1 104:1 | 217:1 218:1 219:1 | 152:16,24 157:24 | 290:3 |
| 104:7 105:1 106:1 | 220:1 221:1,22 | **gregory11** 9:11 | **gregory31** 11:13 |
| 107:1 108:1 109:1 | 222:1,4 223:1,18 | 155:23 156:6 | 295:10,17 |
| 110:1 111:1 112:1 | 223:23 224:1 | 160:3 | **gregory32** 11:15 |
| 113:1,10 114:1 | 225:1 226:1 227:1 | **gregory12** 9:12 | 306:3 |
| 115:1 116:1 117:1 | 228:1 229:1 230:1 | 156:15,23 159:21 | **gregory4** 8:15 109:7 |
| 118:1 119:1,4 | 230:16 231:1 | **gregory13** 9:14 | 109:13 |
| 120:1 121:1 122:1 | 232:1 233:1 234:1 | 163:24 | **gregory5** 8:17 |
| 123:1 124:1 125:1 | 235:1 236:1 237:1 | **gregory14** 9:15 | 112:13,23 |
| 126:1 127:1,13 | 238:1 239:1,19,21 | 174:21 175:5 | **gregory6** 8:21 |
| 128:1 129:1,14 | 240:1 241:1 242:1 | **gregory15** 9:19 | 128:17 129:11 |
| 130:1,21 131:1 | 243:1 244:1 245:1 | 179:14,21 | **gregory7** 8:23 135:7 |
| 132:1 133:1,25 | 246:1 247:1 248:1 | **gregory16** 9:21 | **gregory8** 9:4 145:4 |
| 134:1 135:1,13 | 248:15 249:1 | 189:4,11 | 145:11 |
| 136:1 137:1 138:1 | 250:1 251:1 252:1 | **gregory17** 9:24 | **gregory9** 9:7 147:6 |
| 139:1 140:1 141:1 | 253:1 254:1 255:1 | 190:21 191:3 | 147:13 149:10 |
| 142:1 143:1 144:1 | 256:1 257:1 258:1 | **gregory18** 10:4 | 151:16 |
| 145:1,13 146:1 | 259:1,11 260:1 | 196:5,11 | **grocers** 7:12 |
| 147:1 148:1 149:1 | 261:1 262:1 263:1 | **gregory19** 10:6 | **grocery** 94:5 |
| 150:1 151:1 152:1 | 264:1 265:1 266:1 | 198:4,12 | **ground** 20:4 |
| 153:1 154:1 155:1 | 267:1 268:1 269:1 | **gregory2** 8:12 68:5 | **group** 67:9 110:4 |
| 156:1 157:1,11,12 | 270:1 271:1 272:1 | 68:12 102:6,20 | **groups** 243:21 |
| 158:1 159:1 160:1 | 273:1 274:1 275:1 | **gregory20** 10:8 | **growing** 143:4 |
| 160:20,21 161:1 | 275:4,15 276:1,13 | 212:2,10 | **guess** 60:19 81:18 |
| 162:1 163:1 164:1 | 277:1 278:1,2 | **gregory21** 10:11 | 140:21 146:22 |
| 164:9 165:1,9 | 279:1 280:1 281:1 | 219:8,16 | 162:24 165:11,12 |
| 166:1 167:1 168:1 | 282:1 283:1 284:1 | **gregory22** 10:14 | 165:15 188:23 |

247:16 277:23
**guessing** 165:6,11
**guide** 315:5
**guideline** 68:13
229:9
**guidelines** 10:7,9,11
10:15 55:4 56:9
57:2 125:9,14,24
126:4,6 197:15
198:6,14,23 208:7
212:4 216:15
219:9,21 220:2,18
222:12 224:4
225:9 228:2,10,17
229:22 232:6
238:25 239:12,22
241:13,15 247:19
267:4,6,12 270:9
272:13,22 280:7
290:20,24 304:7
304:11,20,20
305:14,19,20
311:4,7,16 312:13
312:20,22 313:13
314:12 315:6,24
315:25 316:2,19
**gurstelle** 5:22 16:21
16:21
**guy** 293:2

**H**

**hadnt** 77:25
**halebian** 7:1
**half** 136:22 139:15
139:19
**hamilton** 1:13 3:17
13:17 15:22 16:2,6
**hand** 22:10 57:15
68:11 80:12
109:12 112:22
128:22 135:12
145:10 152:23
156:5,8,10,22
160:3 164:8 175:4
179:20 191:2

196:10 198:11
212:9 219:15
239:18 248:8
256:21 259:7
265:3 269:10
281:20 285:19
295:16 306:8
319:12
**handbook** 72:9
**handed** 129:10
147:14 156:11
259:17 290:10
**handing** 157:6
**handle** 93:7 123:12
**handling** 246:15
**handy** 239:19
**happen** 22:9 24:5
33:22 51:4 124:5
136:13 267:18
303:4
**happened** 48:5,8
65:19 82:8,19
136:11 242:11
265:20 283:11
303:22 309:4
314:9
**happening** 117:17
140:5 300:2
**happens** 193:11
313:24
**happy** 211:3,7
**hard** 104:9 140:9
185:10 276:24,25
**harm** 127:10
**harmed** 127:18
**hatch** 42:14 43:24
44:11,13 177:9
195:7 262:9,25
264:3 288:15
**hatchery** 44:4
**hate** 76:17
**hausfeld** 2:16
**hausfeldllp** 2:19
**havent** 210:2
**head** 27:6 100:5,20

107:8,19
**headed** 148:3
**heading** 87:23 88:20
114:15 119:13,15
129:22 132:21
148:21 149:18
160:24 164:15
169:25 255:7
290:19 291:4,8
**headline** 87:23
**heads** 237:24
**health** 76:25
**hear** 20:13
**heard** 214:20
271:15 303:19
**hearing** 17:9 113:25
114:7
**height** 238:5 240:6
240:14
**heinz** 7:13
**held** 72:14
**hell** 51:24
**help** 19:9 99:14
114:10 142:7
179:23 185:15
246:23 287:18
**helped** 114:12
263:17
**helping** 18:13
**helps** 27:3
**hen** 25:10 46:24
133:4,10,20
135:21 137:25
142:3,10,16,17
143:6 144:23
171:23 172:2,13
172:22 229:23
230:2 233:14,22
236:22 237:5
243:13 264:3
266:5 271:22
272:5,10 273:22
274:16
**henhouse** 123:22
233:14

**hens** 25:7 43:3,9,14
43:18 97:5,19,21
97:22,23 123:11
124:11 127:5
134:4,8 136:23
137:6,15 138:8,15
139:3 141:19
144:17 158:18
168:5,8 170:21,21
171:11,18 172:18
173:22 174:9,16
230:3,5,9 231:10
232:3 233:18,21
234:2,7,23 235:13
235:13 236:23
237:4,22,22 240:5
240:12 245:8
247:5,10 253:23
270:20 273:2
277:6 278:21
**heres** 311:18
**hes** 82:11 85:4 87:6
87:19 107:12
130:25 137:5,23
163:15,17 173:13
173:14 193:2
205:14 212:23
215:22 221:25
226:12 234:10
254:7 266:20,23
267:18,22 315:15
316:12
**hey** 146:23
**hide** 79:24 81:2
**high** 37:4,6 72:23
98:22
**highest** 169:8
**highline** 276:6,10
**highly** 1:7 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1

38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1,5
74:1 75:1,19 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1

173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1 307:1

308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1
**hillandale** 5:5,5,5,6
    15:11,12,13,14
**hire** 106:23 297:25
    303:3
**history** 62:21,21
    91:8 166:20 169:8
    188:9,10
**hold** 104:2,18 153:9
    227:5 244:3
**holding** 60:2
**holds** 129:23
**home** 110:16 200:18
    200:21
**honestly** 309:14
**hongwei** 107:11,21
**honorariums**
    108:20
**hope** 45:15 88:22
**hopeful** 46:14
**hopefully** 93:24
    170:23,24 297:20
**hoping** 305:10
**horizontal** 246:22
    247:20
**hours** 242:7,7
**house** 8:20 112:17
    113:17 119:18
    121:4 123:14
    124:9 292:7 293:6
    293:7,11,13,15,20
**houses** 91:14 253:23
    276:21
**housing** 92:21
    174:18 232:14
    281:8,9,12 292:14
    292:20,21
**howard** 84:19 85:7
    85:15
**humane** 97:21
    125:15 126:8
    171:22 172:2,21

173:22 174:9
    234:7,16 246:15
    304:25
**hung** 270:18
**hurley** 3:1,4 15:4,4
**husbandry** 10:11,14
    114:22 197:15
    219:9,21 220:2,18
    228:10 239:12
    279:12
**hutchinson** 5:9
**hypothetical** 28:24
    47:13,25 48:14
    127:13

**I**

**id** 36:12 40:24 63:13
    68:17 84:14 100:7
    100:16,22 101:13
    143:12 160:22
    176:2 188:22
    239:6 276:17
**idea** 34:10,10 53:18
    55:3 103:15 194:5
    291:24 292:3,5
    293:25 294:21
    295:2 297:11
**ideal** 163:6 242:6
**ideally** 241:9,17
**ideas** 88:21 103:5
    303:18
**identification** 57:12
    68:8 80:9 109:9
    112:19 128:19
    135:9 145:7 147:9
    152:20 156:2,18
    164:3 174:25
    179:17 189:8
    190:23 196:7
    198:8 212:6
    219:12 239:15
    248:5 256:18
    259:4 264:24
    269:7 281:17
    285:16 290:7

295:13 306:5
**identified** 19:5 79:9
96:24 123:15
**identify** 14:2 58:4
69:10 74:23 80:20
109:16 113:3,14
129:15 130:13,17
135:16 145:13
147:16 153:2
157:13 160:6
164:12 175:7
179:23 189:12,14
191:5,11 196:13
198:21 219:20
220:10 239:21
248:13,16 256:24
259:19 265:6
269:24 282:3
287:11 290:14
306:12
**ids** 5:9,22
**ill** 20:3,25 37:8 54:5
68:19 76:23 100:3
135:15 152:25
156:5 157:6 175:6
183:2 189:11
191:4 203:5
208:15 212:9
217:10 231:22
233:10 236:11
248:13,16 256:24
259:18 262:22
265:5 287:5
290:13 292:22
293:16
**illinois** 2:23 3:8 7:10
11:11 290:5
**im** 17:25 18:2,6,11
18:20 19:6 20:6,8
20:14 22:17 23:7
26:16,17 29:15,25
33:18,24 37:7
40:20,23 41:25
43:4 49:18 50:20
52:19 53:4,6,9,17

53:18,20 59:12
62:23,24 67:16,18
70:13 71:18 72:4
74:5 75:21 77:21
80:14 81:21 87:19
90:2 93:2 96:19
97:8 100:21 106:4
107:13 109:3
110:11,12,14
113:10 115:6
117:3,5,15,17
124:20 126:21
130:8 135:13
137:2,9,15 138:23
144:15 148:24
149:6 155:5 156:8
156:21,22 157:5
157:25 165:6
172:9 173:12
176:12 177:23
179:22 180:16
183:4 191:17
194:22 201:20,22
203:7 205:18,20
206:11,13,16
207:2,21 209:6
210:6,18 211:3,7
217:3 222:13
226:4,25 227:2
229:4 230:12,14
232:12 233:3
235:6,9 239:7
247:15 255:3
259:7 261:8,25
262:21 272:16
275:5 278:2,3,7,8
278:9,10,11 283:9
285:19 291:4,10
291:11 294:17
302:13 307:10
308:23
**immediate** 72:7
153:16 221:2
222:22 249:8
250:5

**impact** 45:20 133:10
133:20 164:23
263:21
**imperative** 320:14
**implement** 38:19
94:15 97:24
292:18
**implementation**
57:2 267:3
**implemented**
272:12 301:22
315:8
**implied** 305:19
**implies** 312:11
**imply** 283:8
**importance** 215:4
**important** 76:5
123:15 185:14
195:2 241:2
273:12 307:16
**impossible** 218:6
**improper** 39:24
210:19 286:13
**improperly** 285:21
**improve** 46:3 97:4
97:18 102:9
103:18 127:4
174:15
**improved** 261:18
264:4
**improvements**
102:17
**improving** 134:17
**inappropriate** 39:19
106:15,21 300:15
312:3
**incentive** 255:19
**inch** 163:18
**inches** 171:15,16,25
172:18 173:23
233:13,22 234:3
235:14,24 236:21
237:4,4 238:5
240:6,13,18
270:11 271:23

272:6,11 273:3,23
274:17,21 276:3
276:24,25 277:16
277:16,19 278:20
280:3,5,8,21
292:24
**include** 122:12,19
226:10 229:9
**included** 228:12
**includes** 19:3
**including** 86:25
301:12 314:18
**incomplete** 228:25
**increase** 123:16
124:17 139:19
195:17 252:2
253:2 254:15
258:17 261:14
292:18
**increased** 161:7
233:17 253:12
**increases** 124:20
125:2 233:15
250:18 277:13
**increasing** 164:24
251:5,15,21
252:24 298:13
**incurred** 77:7
**independence**
122:22
**independent** 177:4
256:3 303:6,7
**independently**
149:2
**index** 12:1 188:11
**indiana** 3:3
**indianapolis** 3:3
**indicated** 213:4
319:6
**indicates** 151:16
180:4,21 199:21
289:3
**indices** 142:13
**indirect** 2:13 7:4
14:21 16:10

**individual** 45:9 55:4
72:14,18 136:12
142:22 275:25
293:8,10 300:17
**individually** 28:3
**induce** 243:23
**industries** 297:6
**industry** 32:17
36:17 37:14 39:8
39:13 40:15 42:7
42:15 45:21 46:15
59:6,14 66:24 67:6
71:13 92:6,19
93:19 94:2 100:10
102:22 104:3
110:25 120:4
134:5 139:15,24
140:13 142:7
148:3,5,21 151:19
161:23 164:16,22
166:4 167:20
177:16 178:7,15
179:4 182:7
185:24 186:14
187:6 195:5
197:16 215:5
218:22 220:19
243:23 251:5,22
253:18 254:4,17
256:2 263:6,22
267:3 275:23
276:20 277:4
280:4 281:11
292:12 294:7
296:22,23 297:16
299:11 301:6
303:6
**industrywide** 163:5
257:13
**inevitably** 252:3
253:2
**influenza** 168:2
**information** 26:24
27:2,18 46:18,23
47:6 66:23 67:13

67:21,23 79:5
98:18,20 111:2,4
111:24 154:17
188:16 299:23
300:14 301:6,19
302:5,15
**informed** 304:5
**informing** 83:19
257:8
**ingersoll** 5:1 15:10
**ingredient** 94:7,9
**inhumane** 97:22
**initial** 164:15
196:24 213:8
292:3,5
**initiatives** 297:8
**inperson** 153:10
**inquiries** 86:12
**inquiring** 83:13
**insinuation** 57:8
**instance** 138:24
300:13
**institute** 56:5
**instruct** 41:20 78:8
79:15
**instructed** 80:25
154:7,11,23 155:9
155:17
**instructions** 320:2
**insurance** 88:8
116:3 124:22
**integrated** 91:24
**intended** 55:10
**intends** 43:14
**intent** 27:24 45:24
258:14
**intention** 24:9
116:23
**interest** 45:6 46:5
98:15 102:10,15
119:7 309:11
**interested** 37:8
45:10 77:4 99:8
103:14 188:2,3
276:11 277:24

278:11 295:24
299:12,14 313:21
319:11
**interesting** 303:17
**interests** 31:19
**interpretation**
29:22
**interrogatories**
18:10
**interrupting** 313:15
**inventories** 46:24
188:11
**inventory** 26:25
32:19 133:4,10,20
165:7 264:4
**invite** 117:10
**involved** 54:9,12
65:5 120:25
266:10
**involvement** 78:22
**iowa** 107:12
**irritable** 51:24
303:14
**irritated** 303:14,15
**irritating** 184:24
**irritation** 310:9
**irving** 288:12
**isaacson** 286:20
288:13 289:7
**isnt** 137:10 172:2
229:14
**issue** 79:22 97:6
146:25 161:24
175:23 242:21
272:3 301:2 302:9
302:11 311:18,23
**issued** 152:8,12
**issues** 19:22 75:13
76:12 103:25
107:13 132:3,10
153:11,15 181:11
181:18 248:22
303:11
**item** 79:25 81:2
**ive** 22:12,14 39:22

40:4,19 42:2 115:7
118:13 129:10
147:14 179:20
191:2,10 201:25
205:19 259:16
269:22 282:2
287:24 290:10
291:7 295:23

**J**

**jacobson** 7:1
**jan** 3:18 16:4 172:8
**janice** 306:22,23,24
314:15,23
**january** 8:12 24:8
24:11 68:5 69:13
310:13,18
**jason** 4:7 15:18
**jcallow** 6:9
**jeannine** 2:16
**jeff** 78:17 107:5,22
107:25 108:15,24
110:8 120:9,11
199:12 203:3,14
204:25 205:22
207:2 306:21
307:4 310:12
314:15
**jeffrey** 215:8
**jenner** 2:21,24
14:15
**jeopardize** 281:10
**jkenney** 2:19
**jmckenney** 4:9
**job** 20:18 32:7
261:11,12
**joe** 16:19
**joint** 30:2
**jointly** 26:21 27:20
27:21 29:8
**joseph** 6:7
**journalist** 67:16
**joy** 268:11,12
**jr** 6:7,12
**july** 161:21 164:7,13

166:10 176:4
319:13
**june** 1:9 10:24 13:13
157:14 264:22
265:8 322:3
**justification** 172:12
**justified** 251:6

**K**

**kasowitz** 4:17,20
14:24
**keating** 6:6
**keep** 83:17 156:25
239:19 247:6
**keeping** 111:2
**ken** 135:22 292:6
306:17
**kenney** 2:16
**kept** 73:23
**key** 104:3 135:21
136:22 137:11
**keyser** 7:16 13:12
**killing** 138:8,14
**kin** 319:11
**kind** 18:8 24:17
27:2 30:14,16
36:17 52:16 61:8
67:7 73:19,22
77:25 83:9,12,14
89:8 139:5 199:7
199:10,15 218:2
268:25 276:2,23
281:6 292:13,13
292:14 299:15
310:7
**kinds** 303:11
**klekamp** 6:6
**kmklaw** 6:9
**knew** 39:2
**know** 17:25 18:11
22:3,16,25 23:10
24:14 26:16,17,24
27:2 39:3 40:20,25
43:3,7 49:12,13
50:18 51:23 53:3,8

53:10 59:4,12 61:8
62:20 63:2 65:24
67:17 68:22 69:2
71:23 74:4,5 75:5
75:23 76:15 78:19
79:4,20 80:5,17
82:8,24 87:16
88:24 90:4 92:24
96:16,25 99:4
101:14 103:11
108:19,21 110:12
111:8 112:9
116:10,18,18
118:19,20 120:9
120:10 128:24,25
129:7 131:13
133:2,5,18 135:4
138:18 139:2,6,11
146:23 148:18
149:4 150:2,3
151:4 154:17
155:2 159:19
160:9 162:22
165:15 169:4
172:9,11 173:2,5
173:10 174:3
181:3 183:22
188:22 190:4,11
194:19 198:20
199:7,14,16 200:4
201:19 202:2,23
205:13,16,20
207:15 211:5
213:16 214:9
223:7 225:17
226:8,18,21,22
227:5,6,9 235:25
236:3,6,7 238:14
238:18,20,21,23
260:6,22,24
265:20 266:13,15
271:3,6,11 272:24
273:7,19 275:25
281:23 290:21,22
290:23 293:2

295:6,7 297:24
298:15,24 305:7,9
309:12,14 314:3
316:23 317:2,9
**knowing** 47:4 129:6
228:13
**knowledge** 25:5
48:2 52:12 79:20
111:16 197:20,24
219:5 238:13
258:22 264:15
**known** 54:2 85:15
217:13 219:3,3
227:23 243:8
305:4
**knows** 29:3 48:15
77:17 137:20
172:6
**kraft** 2:24 14:15

**L**

**laid** 208:4 213:17
**language** 233:11
**large** 104:23 144:7
167:14 258:15
**larger** 71:19 302:11
**las** 9:5 145:5 148:16
**late** 92:10 167:21
**launched** 316:12
**law** 107:2
**lawsuit** 18:10 49:12
49:14 50:4 51:7
52:4 62:3 82:5
**lawyer** 26:16 51:21
53:17 111:22
**lawyers** 49:23
**lay** 162:7 246:24
**layer** 165:7 188:11
243:23 252:3
253:3,9,11,15
**layers** 246:21
247:19
**laying** 10:12,15 25:7
25:9 43:13 44:7
97:5,19 127:5

142:17 174:16
207:19 219:10
239:13
**lays** 208:3
**lead** 57:3 93:18
162:9 269:2
**leadership** 60:2,11
**learn** 139:10
**learned** 48:24 78:3
144:3 277:14
**learning** 75:12
76:11
**leave** 71:11 77:8
**led** 49:16
**lee** 2:4 14:11
**leeturnerdodge** 2:7
**left** 22:7 120:24
311:23
**legal** 25:2 28:9
53:15 285:10
286:5,7,19
**legality** 51:18 53:13
**leghorn** 234:2
235:13 278:20
**leghorns** 280:22
**legislation** 172:17
174:17
**legitimate** 119:6
**legs** 22:12 23:9
**lengthy** 316:7
**leonard** 6:1,4
**letter** 8:15 9:24
10:20,21 11:6
81:10 109:8,16
120:9 190:22
191:6,11 195:2
220:6,8,10 224:17
225:2 256:16,24
257:6 259:3,19
260:14 261:3,6
281:16 282:3
**letterhead** 317:14
**letters** 317:13
**level** 72:23 141:9
**levin** 3:12,15 15:2,2

**levine** 3:18 16:4,4
21:4 24:25 28:8,22
32:3 37:20 38:4,7
38:21 39:14 40:3
40:16,21 41:17,19
42:8,17,24 44:21
45:13,22 46:9,20
47:12,24 48:12
49:18 50:10 51:19
52:10,25 53:14
54:15,19 55:7,18
57:5 60:13 61:13
63:19 64:6 65:8
68:2 72:25 74:10
75:16 76:4 77:15
77:21 78:10 79:11
79:17 80:3 81:4,8
83:5 87:8 89:14
95:2,16 96:8,13,22
97:11 101:2 103:7
104:12 106:11
111:13,20 112:7
115:4 118:3
126:10 127:11,23
131:8 133:22
137:17 138:10
140:15 143:10
146:16 151:2
155:11 157:2,8
159:3,19 162:11
163:12 165:9
166:22 168:25
169:10 172:3,23
173:7,13,24
174:12 175:24
177:19 178:19
179:6 180:8,16
181:14 185:7
186:4,20 187:8
189:25 190:6
192:4 196:2
204:17 205:3
206:5,22 207:21
208:19,25 209:8
209:12 210:3,7,10

210:15 211:10
212:22 214:11
218:7,15 221:17
221:22 222:2
223:17,23 225:25
227:18 228:4
230:16,20 231:2
231:11,14 233:2
234:9,18,25 239:3
243:4 245:14
247:12 248:10,23
249:11,15,19
250:9,21 251:9
252:5,11,17 253:4
253:19 254:5,18
254:24 256:9
259:11 260:23
261:23 262:11
264:9 265:23
267:24 270:25
271:16 272:18
273:4 275:2,7,13
276:13 278:23
279:7,18,22 280:9
283:25 284:8,22
285:25 286:10,18
287:6 288:21
289:10,17 297:17
300:7 301:23
305:16,22 312:23
313:4,14 316:4
**levinej** 3:23
**liaison** 309:7
**liberty** 5:2
**life** 142:19 143:6
**lifecycle** 142:3,15,17
142:19
**limit** 67:8
**limited** 67:3 129:8
183:8 241:24
314:2
**limiting** 93:2 178:10
**linda** 1:15 14:4
20:20
**line** 12:4,4,10,15,20

25:13 79:25 81:2
273:18 312:4
322:4
**liquid** 94:6
**list** 72:6 131:5
184:14 203:2,6
225:22,24 226:9
226:17
**listed** 131:12,23
184:15 202:16,19
202:20 204:14
206:18 215:22,23
226:12,14 228:3
259:25 304:21
**listen** 41:22 75:19
76:6 103:16 117:2
277:22,23 278:7
**listening** 278:2
**listing** 317:15
**lists** 202:12 215:18
**literature** 30:14
208:5 216:12
232:18,20
**litigation** 1:3 13:21
18:14 19:4,10
322:2
**little** 40:23 52:3,20
68:15 103:25
177:7 217:14
219:4 227:23
229:7 308:11
**live** 36:22 192:16
292:20 303:20
**livestock** 8:18
112:15
**llc** 3:9
**llp** 1:13 2:10,16,21
3:6,12,17 4:1,6,17
5:16 6:11,17 7:1,8
14:21
**located** 13:16
**locust** 2:17
**lofgren** 197:22
**logan** 1:13 3:20
13:17

**logistical** 19:22
**long** 37:7 62:21,21
66:15 89:3,4,21
90:6 105:9 120:13
171:5 177:16
178:7 190:9 246:5
**longer** 49:5 68:14
68:15,16 100:10
226:6 304:20
308:14 309:9
**longterm** 44:12
148:4,21 178:15
179:5 195:4,20
**look** 68:17 69:2
84:14 88:19,25
89:7 90:9 93:6
112:24,24 117:7
119:13 132:20
139:12 143:14
152:2 181:22
184:13 189:18
198:16 200:8,9,11
201:15,24 202:11
203:8,20 207:14
207:16 212:23
214:22 215:6,17
216:4,11 219:17
220:5 227:13
232:11,14 233:24
237:20 239:6
242:13 243:18
255:6 258:5
262:16 276:18,18
277:9 278:8
302:17 307:19
308:17 311:15
**looked** 38:25 39:4
104:17 119:16
147:23 157:23
201:25 212:14
215:12 291:7,10
311:17
**looking** 44:6 84:13
160:21 169:21
202:6 212:23

216:7,22 227:11
228:24 237:18
260:4 276:12
278:3,8,10 307:9
**looper** 135:22,23
140:8 144:23
291:20 292:6
306:17,20
**lose** 307:16
**losing** 164:16
**loss** 193:25
**lot** 65:24 118:10
144:21 187:22
188:3 268:24
297:8
**lots** 117:24
**loud** 104:8,11 114:6
217:8,10
**loudly** 17:11 20:8
**lovell** 7:1 16:10
**low** 37:5 165:19
167:25
**lower** 305:10
**lowest** 280:20
**lp** 5:6 15:13
**ludlow** 5:17

___

**M**

**machine** 319:8
**macusshapira** 4:4
**madison** 2:5 6:18
**magazines** 67:7
**magwire** 84:20
85:11
**mail** 162:3
**mailing** 154:24
155:6
**mailings** 36:2,7
**main** 70:14
**maintain** 195:5
200:24 246:23
247:22
**major** 251:14,19,25
252:24 261:14
297:7

**majority** 34:22,25
35:3
**makeup** 281:9
**making** 66:9 96:15
127:3 195:16
228:11 275:17
301:15
**manage** 53:19 60:19
60:25 149:15
164:22
**managed** 60:3,23,24
184:10 187:14
**management** 11:13
38:14 60:16,22
61:10 85:16 195:6
229:16 257:10,17
257:20 295:11
296:7,20 298:20
303:25
**manager** 85:22
183:17 184:22
**mandatory** 267:3
**manner** 299:20
**manufacturing**
36:19 94:8
**manure** 171:2
**map** 220:25 221:10
223:12 249:9
**march** 109:17
134:16 152:8
196:14 212:17
213:2
**marcus** 4:1 14:18
**mareks** 167:11
**margaret** 4:18
14:23
**mark** 239:18
**marked** 8:9 9:3 10:3
11:3 12:19 57:11
57:16 68:7,12 80:8
80:13 109:8,13
112:19,23 128:19
129:11 135:9,13
145:6,11 147:8
152:19,24 155:25

156:5,17,23 164:2
164:9 174:25
175:5 179:16,21
189:7 190:23
191:3 196:7,11
198:7,12 212:5,10
219:11,16 239:15
248:5,9 256:17,22
259:4,8 264:23
265:4 269:7,11
281:17,21 285:16
285:20 286:3
290:7,11 295:13
295:17 306:5,9
**market** 26:21 27:16
27:17,20,21 28:2,6
32:15,16 36:20,21
91:16,20 92:6
98:20,23,24
102:13,16 115:17
148:13,14 154:17
161:17 164:23
193:7,13,13
261:21 262:5
277:11,19 278:17
280:16 315:11
**marketed** 158:20
**marketer** 28:19
**marketers** 3:25
15:24 86:11,22
90:16 102:12
115:22 146:4,6
150:10 151:6,10
151:12 257:18
**marketing** 9:8,15
10:23 11:8 28:4,14
29:8,22 30:3,10,11
30:12,20 32:11,24
33:9,15 34:3,11,14
34:19 35:8,22
37:24 38:18,24
39:11 40:13 42:5
42:13 49:5,16
50:22 52:15 56:5
104:21,22 134:15

145:14,20 147:21
152:17 153:3,9
157:18,22 158:5
174:22 175:8
259:20 260:12
262:18 264:2,21
265:7 266:11
285:14 287:12
**marketplace** 128:6
**markets** 92:2 97:2
105:9
**marvin** 6:12
**match** 116:14
**materials** 306:10
**matter** 224:18
**mckenney** 4:7 15:18
15:18 210:5,8
267:14
**mckenzie** 7:8
**mckinney** 4:7
**mcleod** 107:2,16,17
**mdl** 1:4
**mean** 22:18 27:21
28:7 30:3,6 39:7
41:15 51:17 52:8
52:24 53:11 58:6
60:24 71:5 76:20
82:24 91:5 98:13
117:11 202:6
205:6,19 274:10
297:6 308:8
309:18
**meaning** 193:15
**meanings** 52:22
**means** 42:22 44:14
138:8 155:5 182:3
184:3 260:25
290:23
**meant** 217:7 303:15
**measure** 34:23
293:10
**measurements**
233:25
**measuring** 293:8,9
**meat** 118:8 139:4

medical 77:8
meet 38:3,20 100:23
  103:4,21 144:22
  153:19 164:22
  292:12
meeting 8:12 9:4,9
  10:18 35:19,20,24
  36:5,6 50:22,23
  65:6 66:9 68:6
  69:14,16 78:12
  90:4 104:3 129:23
  132:3 134:16
  145:4,15 147:22
  152:17 153:3,10
  158:5 161:21
  212:16 213:13
  214:19 248:3,17
  248:21 251:14
  252:23,25 256:4,7
  265:10,17,20
  268:3 282:9,14
  287:15,18,19
  290:16 294:21
  295:5,6 314:10
meetings 61:6,20,22
  61:23 62:6,9,11,17
  62:19 63:7,8,16,24
  63:24 64:5,9,18,23
  65:23,25 71:10
  120:8 213:12
  290:22 303:10,17
mekki 6:17 16:12,12
member 18:6 56:18
  66:8 75:9,10 82:12
  96:5 130:9,19,24
  131:5,18,20,23
  144:7,12,16
  150:23,24 194:17
  202:17,21,25
  203:23 206:3,20
  207:4,13 215:13
  215:22 226:13,14
  258:11 266:12
  268:14,16 271:25
  311:11

members 24:22
  27:19 28:20 29:12
  32:9 33:8 34:20
  35:24 36:3,9 37:17
  44:18 47:7,9,20
  48:10,20,24 51:9
  61:19,22,25 62:7
  62:19 63:10,16
  64:4,9,12,14,17
  65:22 66:17,24
  67:4,9,10 69:23
  71:12 84:17 86:10
  86:11 90:18,22
  91:5 94:12,20
  96:12 98:9 103:5
  103:11 116:9,10
  116:11,17,19,22
  116:24 117:20
  118:2,16,21
  122:13 130:13,16
  130:22 140:3
  150:17 151:7,9,24
  154:8 155:10
  158:13,24 159:9
  174:6 175:22
  176:20 182:15
  191:6,13 192:14
  193:21 194:6
  202:12 203:24
  204:15 215:14,18
  220:13 222:19
  224:8 225:21,21
  225:23 228:18
  239:2 249:6 250:4
  257:2,9 259:21
  260:2,13 263:16
  268:22 282:4,21
  284:19 286:19
  299:8,24 301:7,12
  302:6 304:11,22
  305:5 307:2
  310:13,22 313:22
  317:10
membership 34:6
  35:11,20 48:9,24

50:9,16,23 51:3
  61:3 83:23 103:22
  136:17 146:14
  153:23 154:20
  157:22 161:22
  182:5 195:23
  206:18 288:16
  301:11
memo 152:4,6
memory 63:13
  117:16 148:25
  149:5
mench 268:11,12
  270:2,9 279:4,17
  280:19
menchs 272:9
mention 20:19
  21:15 84:19 86:25
  107:23
mentioned 36:4,6
  41:4 49:4 107:24
  312:10
meridian 3:2
merrick 7:1 16:9
mess 22:3
message 157:17
  229:13,15
met 158:3
methods 243:22
mfi0276310 10:13
  219:11,17
mfi0276328 10:13
  219:11
michael 6:4 16:18
  101:16
michigan 3:7 108:5
  108:6,9,11 109:4
  109:24 110:13
mid 167:21,21 222:2
middle 139:13
  166:19 175:14
  230:22 232:19
  300:8
midwest 3:4 15:5
milberg 2:10,13

14:21
millennium 9:21
  189:5
miller 107:2,16,17
million 25:23
  164:16 168:5
  241:10,11,17,18
  277:6
millions 163:19
mind 25:13 26:7
  78:16 95:6 99:25
  101:20 241:23
minimizing 296:24
  297:22
minimum 163:5,18
  240:7,13,17
  255:11 273:2
minneapolis 5:10,23
  6:3
minnesota 5:10,23
  6:3
minutes 9:5,9,17
  10:24 11:12 64:25
  65:4,7,18 145:6,14
  145:18 146:18
  147:23 152:18
  153:3 174:24
  175:7 248:16
  252:15,22 264:22
  265:6,21 266:7,25
  287:12,18 289:12
  290:5,14 311:21
mischaracterize
  40:6
mischaracterizes
  39:15 226:2 228:5
  243:5 249:12
  250:10,23 253:20
  254:6 267:15
mischaracterizing
  239:4 249:21
misled 195:19
misread 251:10
missed 278:10
mission 203:9

misspoke 249:14
mistakes 76:16
mitch 107:8,19
moark 3:9 15:8
moark0020647
 10:20 256:16,23
moark0020652
 256:17
moira 4:1 14:17
molt 43:20,21
 123:11 141:21,22
 142:5,18 153:24
 158:13 242:23
 243:23 245:18
 266:6
molted 142:7
molting 132:7,11,15
 132:16,16 141:12
 141:16 142:20
 242:14,18,21
 244:22 245:22
moment 219:18
money 94:15 193:16
 225:11
monthly 46:23
 111:5
months 44:5
montygray 6:14
morgan 5:8,21
moring 6:17 16:13
morning 17:7
 289:13
morris 4:12 15:16
mortality 233:15,17
 293:24 294:2
motion 33:6,12,21
 34:4 35:21 146:15
 153:22 154:4
 288:2,11,19,24
 289:4
motions 31:3 71:10
mouth 39:21 53:7
move 43:16 90:8
 142:20 143:3
movement 94:11

246:23 247:21
moving 294:4
msrayle 7:3
muething 6:6
mysteriously 22:16
mziemianek 4:20

——————
**N**

naive 22:4
name 13:11,23
 17:14 78:15,19
 79:6 100:11,17
 282:6 288:9
 296:12 302:23
 305:18 311:4
 314:18 316:19
named 78:19 130:17
 309:25
names 54:9 100:3,4
 101:23 304:6,10
 305:14 309:23
 310:23 311:15
 312:3,10,19
 313:11 315:18,23
 317:7
nate 15:7
nathan 3:7
nation 163:6
national 6:15 56:6
 133:8
nations 162:9
natural 43:12 47:2
 192:23
naturally 193:10
nccr 315:9
near 21:22
nearly 21:25
necessarily 65:11
 74:13 94:3 100:11
 138:11 143:5
 194:10
necessary 320:5
need 36:12 64:21
 72:13 77:19 78:5
 83:25 105:7

109:14 120:4
159:2,13 175:18
177:13 188:24
194:16 195:19
208:23 223:8
232:9 235:13,17
237:8 241:25,25
275:14 276:7
277:15
needed 44:9 52:3
 56:10 99:3,5 134:8
 134:9 153:16
 292:14
needs 36:21 105:15
 194:16 274:21
negotiate 115:20
neimer 3:9
neither 319:10
nerves 22:22,23
nestbox 171:19
 174:10
net 7:3 194:2
never 42:2 44:25
 55:9 105:22
 107:25 108:16,18
 115:8 126:16
 272:7 274:2
 303:23
new 2:5,5,12,12
 6:19,19 7:2,2
 70:19 183:24
 226:7 281:8,12
 292:19
newsletter 35:14,25
 36:5 301:10
newsletters 131:16
newspapers 67:7
 131:16
nice 30:13,13,13
nine 293:4
nl 8:14 10:5,5 80:8
 80:17 196:6,6,12
non 205:16
nonvoting 205:16
 205:24

norco 3:9 15:8
normal 21:6 36:22
 293:24 294:2,5
normally 138:9
north 2:22 3:2
northeast 183:15,20
 184:2
northern 266:21
notary 1:16 319:4
 319:17 321:17
note 40:4 65:6,14,19
 195:2 301:4,9
noted 83:8 104:8
 121:12 320:12
 321:5
notice 24:11 226:9
 319:6
noticed 289:10
notify 154:8,12
 155:9
november 9:17
 11:11 22:4 174:23
 175:9 176:10
 178:22 220:7,14
 220:16 221:16
 222:19 225:19
 249:7,17,18 290:4
 290:15
nucal 4:20 14:25
number 8:9 9:3 10:3
 11:3 57:19 61:21
 72:8 84:11 93:21
 105:21 123:21
 124:25 131:16
 136:23 137:6
 142:5 160:18
 170:15 182:2,13
 185:9,11,18
 190:14 216:5
 227:21 231:25
 233:9 237:16,21
 239:8 248:14
 253:23 255:20
 288:13 292:22
 293:16,19 314:2

numbers 133:5,6
  143:15 149:13
  211:8,12
numerous 123:13
  233:10
nw 4:13

_____

**O**

oath 207:3,9
object 24:25 28:8,22
  32:3 37:20 38:4,21
  39:14 40:7,16 42:8
  42:17,24 44:21
  45:13,22 46:9,20
  47:12,24 48:12
  49:18 50:10 51:19
  52:10,25 53:14
  54:15,19 55:7,18
  57:5,8 60:13 61:13
  63:19 64:6 65:8
  68:2 74:10 77:15
  78:10 79:11,17
  80:3 81:4 83:5
  87:8 89:14 95:2
  96:8,13,22 103:7
  106:11 111:20
  112:7 115:4 118:3
  126:10 127:11
  133:22 137:17
  138:10 140:15
  143:10 151:2
  155:11 159:3
  162:11 163:12
  166:22 168:25
  169:10 172:3,23
  175:24 178:19
  179:6 180:8
  181:14 186:4
  189:25 192:4
  196:2 204:17,21
  205:3 206:5,22
  208:19 210:5
  218:7,15 221:17
  223:17 225:25
  228:4 231:11

234:9,18,25 239:3
  243:4 245:14
  247:12 248:23
  249:11 250:9
  252:5,11,17 253:4
  253:19 254:5,18
  254:24 256:9
  260:23 261:23
  262:11 264:9
  265:23 267:14,25
  270:25 271:16
  272:18 273:4
  275:2 278:23
  283:25 284:22
  297:17 305:16
objection 21:9 41:14
  59:11 81:7 111:13
  127:23 131:8
  146:16 173:24
  174:12,13 185:13
  186:20 187:8
  210:3 214:11
  249:19,20 250:21
  267:24 279:7,18
  279:22 280:9
  282:24 283:3,5
  284:8 288:21
  301:23 305:22
  312:23 316:4
objections 13:6 21:8
  21:12 39:23 40:5
  41:6,21
objectivity 122:8
obligation 82:18
obviously 98:22
  99:6 226:16
  230:25 231:3
  242:15 262:4
occasion 89:25
occur 34:13 42:22
  44:2 58:24 63:25
  85:5,20 86:4 87:4
  92:16
occurred 37:25
  81:17,21 91:7

186:18 212:16
occurrence 48:4
occurring 47:3
  93:25 140:14
occurs 138:2
october 164:21
  165:4,5,8
offensive 278:5
offered 178:3
office 184:17 200:14
  200:15,16,18,19
  200:20,23,24
  201:4 282:23
  297:25 303:3
  305:4
officer 317:16
offices 1:12
official 209:25
  319:12
officially 309:2
officio 203:24
  215:13
oh 44:7 58:25
  106:19,21 156:12
  188:22 202:2
  217:10 230:4
  232:25 255:24
  269:13 302:18
  307:10 308:21
ohio 5:18 6:8,9
  16:20
okay 20:5,23 21:13
  23:17 54:7 63:6
  76:8 90:14 101:22
  104:17 108:13
  113:13 117:7
  121:3 130:5 135:3
  139:9 140:11,24
  143:16 144:20
  145:2 158:10
  161:5 170:4,5
  175:17 178:5,9
  182:23 183:4
  185:16 212:19
  215:9 216:9 220:9

226:23 227:10,19
  228:22,22,25
  229:2 231:4,18
  232:16 233:6
  234:13 242:15,20
  245:25 246:18
  247:24 252:22
  255:24 257:7
  259:14 269:22
  275:21 278:13
  283:12 287:8
  289:18 291:12,15
  296:5 302:18
  307:11 308:10,19
  308:21 309:19
old 40:8 136:23
  148:25 226:20
olson 2:3 8:4 14:7,7
  16:7 17:6 21:13,14
  25:8 28:17 29:6
  32:5 37:23 38:8,12
  39:6,18 40:5,11
  41:3,18 42:3,11,19
  43:6 44:24 45:17
  46:4,16 47:5,16
  48:6,18 49:24 50:7
  50:15,24 52:6,18
  53:5,23 54:17,24
  55:14 56:12 57:14
  57:20,25 59:19,22
  59:24 60:21 61:18
  63:22 64:13 65:12
  68:10 73:11 74:19
  75:25 76:10 77:19
  77:23 78:7,14
  79:14,23 80:11
  81:6,11 83:15,25
  84:12 87:14 89:18
  95:7,16,18 96:10
  96:17 97:7,11 98:7
  101:3,8,18 103:20
  104:14,16 106:16
  109:11 111:17
  112:4,21 113:5,9
  115:18 118:6

126:13 127:17,25
128:21 131:21
134:12 135:11
137:22 138:13
140:18 143:13
145:9 146:20
147:11 151:15
152:22 155:15
156:4,20 157:5,9
159:5,22,25 160:9
160:19 162:15
163:16 164:5
165:13 167:3
169:5,18 172:14
173:17 174:2
175:3 176:5
177:22 178:23
179:10,19 180:10
180:18 181:17
185:8,17 186:9
187:3,12 189:10
190:3,8,10,25
192:8 196:9
198:10 204:24
205:8 206:12
207:7,23,24
208:23 209:4,10
209:17 210:6,12
210:17,25 211:5,9
211:15 212:8,24
214:14 218:9,17
219:14 221:20,24
222:5 223:20
224:2 226:11
227:20 228:15
230:18,20,24
231:5,13,15 233:7
233:8 234:14,21
235:8 237:8,17
239:17 243:11
245:20 247:17
248:7,11,12,25
249:16,23 250:15
250:25 251:11
252:8,14,21

253:13,24 254:12
254:22 255:5
256:12,20 258:24
259:6,15 261:2
262:6,15 264:13
265:2,25 267:20
268:6 269:9,16,23
271:5,19 272:20
273:9 275:8,16
276:15 279:2,15
279:20,23 280:12
281:19 284:3,12
285:2,18 286:8,12
286:25 287:9
289:2,14,18 290:9
295:15 297:21
300:9 302:2
305:17 306:7
313:2,6,14 315:13
316:17 317:22
**olsons** 75:20 76:6
**once** 31:21 32:24
35:7 55:21,23
**onepage** 57:21
**ones** 65:3 136:12
148:12 208:18
**ongoing** 90:3 92:13
120:24 121:6
**open** 61:24 64:10
173:15
**operate** 31:7,12
**operates** 31:10
**opinion** 26:9 52:2
174:7 267:17
271:20
**opinions** 67:17,19
**opportunity** 41:10
213:21,24 221:7
222:23 247:15
250:6 259:13
**opposed** 153:10
178:16 185:4
278:21
**opposite** 230:12,14
**option** 283:19

284:17
**options** 283:18
284:4 288:13
289:7
**order** 56:8 191:7
194:17 195:3
258:6,15
**ordered** 44:4 142:25
**orders** 150:8 195:12
277:8
**organization** 70:7
71:22,22 89:8
183:13,19 302:24
303:2,24
**organizations** 60:3
60:12,18 61:2
71:19,21 103:19
**original** 320:15
**outcome** 319:11
**output** 124:7,10,16
124:19
**outset** 41:5
**outside** 78:3 177:3
**overall** 60:18 245:9
**overproduction**
254:3,16 255:25
**oversupply** 148:6
195:3,14
**owned** 299:9
**owns** 25:7,9
**oxford** 4:2

_____

**P**

**pa** 5:6 15:14
**package** 88:3,4
**packer** 9:19 179:15
181:7 184:5
186:12
**packers** 60:8 182:4
182:14
**packet** 306:10,13
**page** 8:9 9:3 10:3
11:3 12:4,4,10,15
12:20 72:5,7 80:16
84:15 88:19

101:14 105:18
114:14 119:4
126:15 128:3
129:21 132:20
139:13 140:25
143:14,15 147:20
149:18 152:2,3
157:16 160:23
161:4 169:24,24
175:14 177:7,21
177:25 180:11
181:24 184:13
189:19,19 194:25
196:16 202:12
203:9 207:22
215:7,17 216:6
220:6 221:4
228:20 232:20
237:21 240:8
241:5 242:18
246:15 255:7,22
255:23 263:15
291:18 295:19,23
306:16,17 307:11
307:21 310:14
322:4
**pages** 113:11 310:11
**paid** 18:21,24 61:16
88:6 107:17,20,25
108:4,6,16,18,19
108:24 109:20,23
109:23 110:21,22
111:12 120:11
121:15,25
**pain** 22:17
**painful** 22:11
**paper** 175:11 220:4
**paragraph** 70:25
119:17 122:7,24
125:3,6 133:4
139:14 141:6
144:11,16 194:25
203:21 244:5,8
262:17 272:15
273:11 296:19

paralyzed 21:25
paraphrase 217:6
pardon 35:16
part 18:3 32:7 76:5
  96:20 131:11
  141:12 144:9,13
  163:17 194:6
  214:16 226:13
  269:3 272:12,14
  308:20 315:4
participants 151:11
participate 51:9,12
  150:14 161:23
  162:4 182:5
  192:15,22 258:7
  282:13
participated 250:20
  251:7
participating
  193:21 258:11
particular 35:24
  82:13 106:3,7,9,24
  146:3 300:21
  303:12 308:8
particularly 22:7
parties 14:3
partly 140:12
parts 187:5 241:9
  241:10,17,18
parttime 19:6,9
  24:16 88:12 106:2
party 319:11
pass 34:22,24
  174:17
passed 83:10 91:11
pat 261:9
patrick 7:9,11
paul 285:4,5
pause 37:9
pay 103:13 106:9
  107:15,22,23
  108:15 120:5
  193:15 194:3
  299:12 303:3
paying 61:8

penalize 281:5
penalties 45:5
pending 23:13
pennsylvania 1:1,14
  2:11,18 3:14,21
  4:3,13 5:3 13:18
  13:23
people 22:15 36:6
  46:25 52:22 62:15
  67:5,6 72:20 76:18
  87:20 93:11 94:9
  104:3,10 106:5,6
  108:21 110:4
  148:17,17,18
  151:8 166:12
  183:19 184:2
  185:3 188:3 201:8
  259:25 261:9
  281:7,11 283:14
  292:16,24 294:8
  299:6 301:10
  303:8 304:24
  305:9
pepper 1:12 3:17
  13:17 15:22 16:2,5
pepperlaw 3:23,23
  3:24
percent 44:11 71:11
  98:3 176:19,22
  276:8
percentage 167:14
perch 171:19 174:10
perfectly 230:4
  314:15
perform 111:19
  112:6 115:3 234:3
  234:8 235:14,18
performed 21:21
performing 18:24
  114:20 121:6
period 24:12 36:23
  62:3 63:4 66:15
  75:4 88:6,7 91:8
  118:12 141:3,24
  142:10 148:4,21

161:11 166:9,15
  166:20 167:4,10
  167:20 168:2,12
  171:5 180:23
  244:21 245:6,12
  246:10 258:16
  277:3 293:9
  315:10 317:17
periods 37:5,6,6
  105:10
permission 73:8,13
  311:10 314:17
person 18:9 54:11
  113:25 130:17
  199:8 269:3 284:5
  300:24
personal 74:9,17
  77:11
personally 47:21
perspective 37:17
  243:15
phase 277:18 292:17
  293:9
phased 171:4,11
phasein 291:21,24
  292:2,5 294:11
  315:10
philadelphia 1:14
  2:18 3:14,21 5:3
  13:18
phone 16:8 47:21
phosphorus 247:6
phyllis 116:8
pick 142:5 292:22
picking 95:8
pie 104:22,22
piece 104:23 136:19
  187:23
pinned 92:11
pioneering 58:19
pittsburgh 4:3
place 5:2 34:17
  63:25 128:6
  158:25 309:3
  319:6

placed 309:23
placements 195:7
  282:18 284:18
plagued 254:3,17
  256:2
plaintiff 14:19
plaintiffs 2:8,14,19
  7:4 14:10,16,22
  16:11
plan 70:19 88:9
  143:9,18,21 144:9
  146:13 159:16
  188:17 266:5
  291:21,24 292:2,5
plane 153:18
planned 84:16
  141:19 142:4
planning 9:22 89:3
  89:4,22 90:6
  187:18 188:6,7,9
  189:6,15 190:12
plans 155:10
plant 139:5 144:3
plaza 2:11 5:17
please 14:2 57:17
  76:9 80:18 110:7,8
  113:3 130:3 161:3
  165:21 192:10,13
  198:16 209:10
  229:3 239:19
  255:16 269:12
  291:13,14 313:4
  320:4,9
pledge 151:23
pledges 151:19
plus 314:21
point 22:13 30:15
  66:7 68:19 89:2
  90:9 93:10 95:20
  102:21 103:24
  105:19,19 122:17
  126:20 129:4
  143:7 172:10
  181:23 185:19
  195:16,22 199:14

209:15 229:10
233:9 235:3 241:6
242:5,9,10 251:2,4
251:12 253:7
255:16,20 258:5
260:8 275:17
276:8 301:15
308:13 312:6
315:16 316:9
**points** 181:23
255:12 277:5
311:14
**policy** 163:5
**poly** 107:6
**poor** 176:24
**pope** 73:24 76:24
78:4,8 79:9,15
80:25 88:3,13,16
**popes** 21:7 74:24
75:13 76:12 77:3
83:3
**population** 252:4
253:3,9,16
**port** 192:16 193:6
**porter** 4:12 15:16
**porterwright** 4:15
**portion** 68:23 286:4
**portions** 68:18,20
72:22 90:12
112:25
**posed** 168:20
**position** 17:24 18:2
23:19,25 56:17,24
71:9 75:7,9,23
85:2,13 86:3,17
87:3 100:21
251:22 314:25
**positive** 184:18
186:10
**positives** 184:14
**possible** 217:12,21
217:22 218:19,24
227:22 232:2
242:8 244:22
245:6,12 246:11

246:21 247:21
287:17
**possibly** 99:8 300:22
314:24
**poultry** 3:4 8:19
15:5 112:16
**practice** 45:8 136:10
243:20 244:10
**practices** 35:5,6
123:3
**prefer** 100:16
**preliminaries**
304:18
**preliminary** 197:3
199:2,22
**prepare** 180:14
**prepared** 69:11,15
180:5,22 181:3
221:7 222:23
250:7 265:21
296:11
**prepares** 79:5
**present** 177:9
**presentation** 288:16
**presented** 145:21
196:22 197:10
212:18 214:8
314:13
**president** 19:16,18
23:22 24:5,19
28:11 31:23,23
32:7 51:2 56:14,15
56:25 58:12 60:2
60:15,19 70:19
71:3,21 73:9 76:25
77:4,5 78:21 82:4
83:11 84:23 85:23
86:21 87:6 88:11
102:21 107:6
108:8 118:22
124:2,13 148:11
148:11 180:24
257:24 302:4
**previous** 73:8 86:8
**previously** 32:14

82:17,20 86:5
103:10
**price** 9:15 46:3
52:15 91:22 98:12
98:16,22 99:9,11
99:14 102:8
132:21 133:11,21
134:10,14 141:3
152:4 160:25
161:14 166:9,15
166:20 174:22
175:8 192:2,3
193:9,18,19 194:2
195:17 258:18
259:20 260:12
277:13
**prices** 37:18 57:4
102:18 105:9
136:22 137:11
141:8 148:4,22
158:20 161:7
165:19 167:17,24
168:9 169:8,19
188:12,15 260:20
261:17 264:4
315:12
**primarily** 32:16
257:12 269:2
**prior** 56:13 86:13
212:17 295:6
**privilege** 17:8 49:20
75:18 173:5
**privileged** 105:20
286:4
**pro** 251:22
**probably** 115:10
163:15 166:12
276:8 298:10
**problem** 22:6 37:16
59:7,15 92:18
148:6 173:3 193:5
195:4,14,20 254:3
254:16 255:25
281:2
**problems** 253:17

307:8
**proceed** 14:6
**process** 33:2 34:10
34:11 193:12
199:11 213:8,11
**processed** 1:3 13:20
322:2
**processor** 85:17
103:10 296:16
298:12 299:21,25
300:25 301:21
302:10,23 303:9
303:13
**processors** 11:14
60:7 295:11 296:7
296:20
**produce** 36:20
94:20,22
**produced** 28:20
29:12 82:7 96:5,6
201:13 211:3
285:23 299:20
**producer** 9:19 11:10
55:24 56:21 60:8
90:16,21 116:13
127:20 131:13
136:2 144:7 167:9
179:15 181:7
184:5 186:12
197:10,13,23
199:9 203:23
204:4 215:13
220:4 223:12
230:2,7 245:11
246:9 261:13
271:8 279:12
285:7,8 290:3,15
295:4 311:4
315:24 316:16
**producers** 3:24 8:17
9:21 10:14 15:23
17:22 18:7 19:16
19:19 25:25 26:3
31:19 91:9,10,17
92:2 93:6 98:21

102:4,8,25 112:14
122:13,19 124:15
124:18 146:5
161:21 167:16
168:21,23 169:7
182:4,14 183:16
184:25 188:17
189:5,23 217:12
221:6 222:22
227:22 231:8
232:6 239:12
242:23 249:9
250:6 251:7
276:21 277:9
280:23 281:4
302:7 311:24
**producing** 39:4
91:14,21 94:4,6
99:4 134:4,8 142:2
158:19
**product** 28:6,15
90:16,22 94:4,6,8
99:9,15 139:7
239:9
**production** 9:22
12:9 43:12 91:14
91:18,25 98:18
123:2,17 141:25
142:11 158:18
166:13 187:18
188:6,7,8,18 189:5
189:15 192:16
210:13 211:6
233:15 245:8
253:17 267:7,13
**productive** 141:23
**products** 1:3 13:20
26:21 27:16,20,22
28:2 29:8 30:16
94:3,12 138:23,25
139:3 185:24
299:6,24 301:20
302:6 322:2
**professional** 309:22
**profile** 305:10

**profit** 43:14
**profitable** 45:20
136:22 137:11
158:20
**profits** 135:21 195:4
**program** 39:12
40:14 42:6,14,21
46:7 47:11,22
48:10,21 49:2
53:24 54:2,3,6,10
54:12,13,14,23
55:2 56:3 58:21
59:10 86:4 93:14
93:17,23 94:14,19
94:21,24 95:10
96:4 97:3,17,24
98:6 114:22,23
120:17,22 121:20
122:3,5 127:10,19
145:22 146:10
151:18 153:24,24
154:9,13 158:14
158:24 159:11
161:24 162:5
176:23 177:9,12
194:7 216:23
217:18,20 221:14
222:25 223:5,7,15
224:12,13,17,19
230:2,7 231:7
233:21 235:6,23
237:3 238:10
240:2,12 245:2,3
245:11 249:5,5
250:2,3 251:18
255:19 274:3
279:13 281:7
282:13,17 288:15
292:15,17 294:6
294:12,15 295:3
299:3 316:11,16
316:21
**programs** 38:15,17
44:17 57:2 146:2
150:5 154:20

178:17 195:6
240:18 262:8
263:3 266:10
298:21
**progress** 213:18
**progressively** 92:20
92:22
**prohibit** 66:8
**prohibited** 245:22
**prohibition** 72:9
**project** 32:20
106:10 225:5
228:25 268:22
**projection** 188:13
**projects** 24:17 88:21
106:3,24 108:2
190:14 245:19
**promoting** 86:2
**prompted** 315:2
**properly** 286:6
**protruding** 237:25
**proud** 314:20
**provide** 93:23 98:19
116:7 125:4 182:3
194:16 203:23
215:12 223:12
246:20 247:15
285:9 296:23
**provided** 88:3,16
190:13 247:20
254:11 282:21
283:13 309:5
**providing** 88:11
116:2 247:4
296:19 297:15
**public** 1:16 76:22
97:6 107:9,11,20
107:21 119:7
319:5,17 321:17
**publication** 66:12
66:18 67:13
129:16,18 130:14
130:21 131:4
135:17 196:14
212:15

**publications** 148:12
**publish** 136:7,13
279:12
**published** 133:7
**pullets** 142:24 143:2
143:4
**purchase** 36:21
44:10,14 192:2
**purchaser** 2:8,13,19
7:4 14:9,22 16:10
**purchasers** 14:13
**pure** 127:15
**purely** 250:18
**purpose** 89:6,7,20
150:8 257:13
**purposes** 182:2
298:5
**pursuant** 319:5
**pushed** 271:7
**pushing** 144:18
**put** 21:5 30:12
39:11,20 40:13
42:6,13 53:6 55:21
56:3 98:17 110:18
118:8 120:2
128:14 130:6
135:5 136:18
141:21 143:8
145:2 152:14
155:20 158:24
159:15 163:22
179:11 190:18
204:4 208:10
216:20 219:21
229:22 247:24
256:13 258:24
262:8 264:18
268:10 271:22
285:3 286:2 289:9
292:25 293:4
295:8 304:2
313:23 315:6
317:6,9
**puts** 66:11 273:23
**putting** 75:22

141:21 231:19
267:11

**Q**

**qualified** 182:4
183:21,23
**quality** 58:21 142:2
193:4,5
**question** 13:7 17:11
20:24 21:2,9 23:13
28:23 29:5 32:4
37:21 38:5,8,9,11
38:22,23 39:15
40:17,22 41:23
42:9,18,25 43:5
44:22 45:14,23
46:10,21 47:13,14
47:25 48:13,17
49:21 50:11 51:20
52:11 53:2,4,15
54:20 55:8,19 57:6
57:24 60:14 61:14
63:20 64:7 65:9
68:3 73:4 74:11
75:20 76:3,6,7,9
77:9,16 78:11
79:12,18 80:4 81:5
81:13 83:6 87:9
89:15 95:3,17
96:14,23 97:12,13
100:8,18,18,25
101:7 103:8
106:12,18 111:21
111:23,25 112:8
115:5 117:16
118:4,14 121:14
126:11 127:12
133:23 137:18
140:16 143:11
146:17 151:3
155:12 159:4
161:16 162:12
163:13 166:23
168:20 169:2,11
169:23 172:4,24

173:8,15,16,19,21
173:25 174:13
175:25 178:20
179:3,7 180:9,17
181:15 185:9
186:5,21 187:9
190:2 192:5 196:3
198:18 204:18
205:4,19,21 206:6
206:23 208:20
213:7 214:12,25
216:10 218:8,16
221:18,25 223:18
223:19,24 226:2
228:5 230:15,19
230:24 231:6,12
234:10,19 235:2
239:4 240:10
243:5 245:15
247:13 248:24
249:12,20,24
250:10,22 252:6
252:12,18,20
253:5,20 254:6,8
254:19,25 256:10
258:9 261:24
262:12 264:10
265:24 267:25
271:2,17 272:19
273:5 275:3,4,7,10
275:14,15,20
278:24,25 279:8
279:19 284:2,9,23
286:21 287:7
288:22 292:9
297:18 300:8
301:24 305:23
312:24 313:8
316:5,6
**questioned** 267:2
**questioning** 110:11
**questions** 12:19
20:7 41:11 77:2
79:19 113:23
135:4 226:19

227:4,7 242:3
**quick** 27:5 160:11
**quicker** 185:12
**quickly** 104:11
119:16 160:3
199:23,24 257:6
269:22 291:7
**quietly** 104:10
**quinn** 2:3 14:8,12
**quinnemanuel** 2:7,7
**quite** 209:25
**quorum** 34:18 35:3
**quote** 98:23 125:14
125:18,21 148:13
**quotes** 125:4 133:11
133:21 148:14
160:25

**R**

**raise** 181:23 280:24
**raised** 242:22
294:16 301:2
**raising** 181:11
**ranch** 3:9
**randolph** 7:9
**randy** 106:25 107:3
107:15 114:13
**range** 70:3 89:3,4,22
90:6 113:3 269:15
270:11 271:7
280:20
**rat** 82:3
**rayle** 7:1 16:9,9
**rcampbell** 2:24
**reach** 141:20 193:6
**read** 51:23 52:2
57:19 81:9,10
104:8,10,10,13
114:6 140:21
156:7,24 157:12
159:20 191:10
217:5,8,8,10
255:15 261:3
265:11,15,15
272:8,14 282:2

287:24 288:25
295:23 307:8
308:23 310:17
320:4 321:3
**reading** 104:15
157:25 212:20
217:3 307:11
309:3
**ready** 177:16 178:7
178:15 179:4
316:12
**real** 75:22 229:4
314:21
**realized** 141:2
159:23 261:13
**really** 50:19 95:24
101:6 160:2
161:11,17 166:4
182:20 224:11
227:3 295:19
**reason** 51:2 59:4
91:15 93:22 129:7
173:4 186:23
187:2 201:7
204:18 229:9
236:6 273:7,8
278:4 279:16
304:23,23 305:13
310:8 313:10
320:6 322:4
**reasonable** 238:3
262:19,23
**reasons** 22:9 74:18
76:25 77:9 185:9
**recall** 20:2 31:16
36:10,13 49:6
50:19,20,25 51:5
51:14,14 58:8
63:11 74:21 75:12
76:11,14,24 82:25
88:3 101:4 104:20
108:22,24 109:4,4
116:21 117:19
132:14,19 136:14
148:9,19 149:3

150:2 151:5
162:16,19,23,25
162:25 165:3
169:19 179:4,9
181:18 184:17
213:23 215:25
225:17 265:10,17
265:18 268:7,8
271:18 287:15,16
288:6,19,23 289:6
291:23,25 292:2,4
294:14,18 295:2
300:2,4,6,13,18,22
300:24 301:25
302:3,8,9 304:4
309:15 310:4,6,6,7
314:8
**receipt** 320:16
**receptive** 94:13
**recess** 84:8 160:15
211:21 237:13
289:22
**recognize** 183:3
260:6 290:17
292:11 306:18
**recognized** 98:2
292:19
**recognizes** 276:5
**recognizing** 284:6
**recollection** 81:17
81:21,23 109:20
177:5 181:21
182:11 190:16
225:15 244:17
256:4 263:12
264:8 287:19
294:24 300:12
**recommend** 123:7
153:23
**recommendation**
32:25 33:6,7,14,20
34:4,5,12 35:8,10
35:21 39:17 43:15
44:9 45:16,19,25
46:6,13 47:2

123:21 124:6
126:17 155:6
216:25 217:11
218:5,18,20
231:25 240:23
241:14 245:23
246:20 272:5
274:13
**recommendations**
10:6,8 32:22 33:11
36:8 38:2 45:3,11
52:16 55:22 56:2
89:9 115:15
120:21 123:16
126:4,23 127:4,7,9
127:21 134:17,23
178:11 196:23
197:15 198:5,13
198:22 199:3,18
207:16,17 208:7
208:10,13 210:23
212:3 213:3,6,22
215:5 216:15,19
227:15 228:3
229:12 232:8
237:20,22 242:14
242:17 246:14,17
262:23 263:7
264:2 266:4 270:5
277:10 281:10
315:5 316:14
**recommended**
122:25 123:8,9,11
123:12 146:13,14
154:8 159:17
217:24 229:17
240:22 244:20
276:24,25
**recommending** 33:9
266:10
**reconcile** 121:10
**record** 17:14 21:6
40:4 41:7,15 69:3
84:6 89:21 129:15
157:7 159:21

160:13 165:10,19
179:24 185:13
189:12 196:11
204:23 209:2,6,9
211:12,19,24
237:11 253:11
255:16 262:23
277:23 286:16
289:20,25 313:17
317:4,23,25
319:10 321:6
**recorded** 153:5
319:8
**records** 294:20
**recover** 22:24
142:12
**recovered** 22:22
**redacted** 285:22
286:4
**redaction** 286:13
**redding** 3:18 15:21
15:21
**reddingw** 3:23
**reduce** 42:21,23
43:20,23 44:10,10
44:13,14 250:19
252:3 253:2,8,15
253:16,22 254:2
254:16 255:25
258:16 263:17
264:3 282:17
**reduces** 233:14
**reducing** 39:12
40:14 42:6,14
43:22,24 46:7
195:6,7 262:9,9,24
262:24 283:24
**reduction** 57:3
177:9 288:14,15
**refer** 36:15 52:7
88:2 89:2 90:15
96:18 99:16
100:12 104:2,21
298:4
**reference** 78:18

115:11 138:18
175:15,19 180:6
196:17 266:16
288:2 294:10
**references** 38:13
180:19,20
**referred** 43:10
89:20 98:11
101:10 102:2
138:2 154:12
185:18 188:5
**referring** 90:20
93:16 97:8 101:6
102:5,17 105:2,3
106:4 122:9 158:9
161:13 167:4
260:16,19 270:10
271:4,12 273:20
298:15,25
**refers** 58:19 59:17
59:25 60:6 72:8
90:25 138:14
143:17 147:25
149:21 153:21
155:2 158:4
176:13 182:13
194:19 247:3
282:8 290:21
309:12
**reflect** 98:23 252:23
**reflection** 71:3
**reflects** 251:13
266:2
**refresh** 63:13 81:16
109:19 244:16
287:18
**regard** 188:7 274:14
**regarding** 29:3
**regardless** 71:8
**region** 183:21
**regionals** 183:13
**regular** 48:4 90:3
**reiterate** 195:23
**rejected** 126:16
193:7

rejuvenates 141:22
rejuvenating 245:7
relate 302:5
related 67:22
    121:16 298:17
    299:23 301:6,19
relates 122:3 123:9
    124:22
relating 121:8
relations 84:24
    107:5,9,11,18,20
    107:21 297:9,13
relatively 118:2,16
relieve 305:10
rely 174:5
remained 54:22
remember 77:5
    108:7 135:2
    140:23 166:25
    179:2 190:5
    225:13 266:22
    268:2 300:15
render 139:2
renderers 138:22
rendering 138:18,19
    138:22 139:5
repair 22:24
repeat 76:8 81:12
repeating 21:11
replace 85:11
    281:13
replacement 258:3
report 48:23 74:15
    74:25 131:23
    132:2 133:4 144:6
    144:12 161:20
    196:20,24 197:3,8
    199:2 202:8,12
    212:19 213:8
    214:3,4,6,10,10,23
    215:2 232:14
    274:18 279:6
    312:11,17,20
reported 33:5,16,23
    33:25 35:9,19,23

36:5 144:14
    175:10,12
reporter 14:4 98:20
    104:9
reporting 82:15
    144:2 157:21
    158:23 175:15
    191:15,17 193:14
    197:4
reports 75:13 76:12
    147:20 213:19
represent 14:3
    309:11
representative
    107:18
representatives
    8:20 112:18
    113:17 119:18
    121:4
representing 183:15
request 12:9 150:14
    257:23 300:4
    301:18
requested 209:24
    286:19
require 33:20
    174:18 217:13
    219:4 227:23
    229:7 234:2
    299:19
required 34:18
    72:19 230:10
    232:6 236:22
    284:6
requirement 98:8
    217:17 229:25
    230:6 231:7
    233:20 238:9,14
    238:18,24 240:5
    240:11,16 244:25
    245:10 246:5,9
    247:18 272:25
    274:3,7 278:20
    280:6,25
requirements

255:11 267:23
research 197:10
    225:12,15 232:21
    233:4 242:12
    243:9 245:18
    268:23 271:21
    272:2,10 274:15
    277:15
reserve 286:13,25
reserved 13:8
reside 17:17
resolved 50:5 51:7
    52:5 302:12
respectful 278:6
respond 18:12 25:4
    134:2 274:5 286:2
responded 176:20
    176:22 285:24
responding 308:24
responds 270:17
response 143:20
    210:14,22 316:7
responses 144:2
responsibilities 19:8
    60:2,12,17,23
    70:15
responsibility 85:16
    86:7 149:24 209:5
responsible 60:20
    61:7 64:24 130:10
    266:13
rest 137:11 141:25
    295:20
restate 29:4 48:16
    95:5
restaurants 56:7
    138:25
resting 234:16
restrict 64:11
    299:23 301:5,19
restricted 26:12,15
    34:19 302:14
result 163:6 176:14
    195:18 297:20
    303:19 304:9

resulted 264:4
results 140:12
    175:16
retail 59:9 93:20
    290:20,25,25
    299:4
retailer 309:4
retained 286:7
retire 24:13
retired 85:4,8
    110:24 111:11
retiring 24:10 258:2
return 195:4 282:22
    320:14
returns 250:19
reveal 49:22 73:2
    75:17
revealing 49:19
reveals 50:12
revenue 261:14
review 57:17 69:8
    90:10 130:3 161:2
    165:22 170:3
    191:5 198:21
    208:5 213:22
    216:13 220:8
    232:18,20 240:8
    257:6 261:6
    269:12 272:2
    281:23 287:21
    291:6,14 295:19
    308:5,6 310:15
reviewed 70:12
    80:18 88:25 90:10
    119:14 271:21
    272:10 309:24
reviewing 58:2 69:6
    80:19 130:4 161:5
    165:23 170:4
    180:2 191:9
    198:17 220:9
    240:9 257:7 261:7
    265:14 269:20
    281:25 287:17,23
    291:15 295:22

296:4 308:9
310:19
**reviews** 18:11
**richard** 2:22 14:14
**rick** 147:25
**ridiculous** 205:7
227:8
**riebli** 266:17,19,25
267:11
**right** 18:14 22:10
24:3 25:25 27:15
28:21 29:13,17
34:9 35:7 37:14
47:7 55:6 59:17
61:19 62:5 64:25
67:25 72:22 73:14
73:15 86:18,24
87:22,25 92:23
94:25 95:25 96:21
97:24 101:25
103:2 105:5,16
110:18 114:9,14
119:3 126:14
128:14 129:21
130:6 132:9 133:3
133:16 136:18
138:6,9,15 140:3
140:10,14 144:5,9
144:20,25 146:12
149:8 151:24
152:12 153:21
154:22 155:20
158:8,20 159:2,17
160:20,24 161:18
161:24 162:5
165:17 166:21
167:14,17 168:9
168:13,18,21
169:9 170:9 171:6
171:12,16,20
172:19,22 175:4
176:17,18,20
178:8,12,18 180:3
189:23 190:18
191:19,22 194:8

195:14 196:17,25
197:11 198:21
201:15,23 203:19
205:2 206:4,9
208:7 212:19
215:6 218:14
220:23 221:8,12
221:16 222:20
223:5,10,13,16,22
224:22 225:10,24
226:12,15 227:21
227:24 232:3,4
233:9,15 234:4,5,8
234:17 235:15,21
236:8 237:25
238:3 240:2,4,24
241:3,11,19
242:13,24 243:15
244:7,23 246:6
247:7,11,16 249:2
249:10 250:8,20
251:2,7,15,23
252:4,16 253:3,18
254:4 255:13
256:8 259:16
260:8,16 261:15
261:22 263:4,9
264:5 267:23
270:6,12,15
271:23 272:3,4,7
272:13 273:24
274:3,4,21 279:6
279:16 280:25
282:15,19 283:15
283:20,24 284:14
284:21 286:14
296:8,16 297:16
301:7,13 304:2,22
305:15,21 306:22
307:2,6,7,9,17
308:17 310:24
311:5,11,24 312:4
312:7,14,18,22
314:16
**rights** 287:2

**rios** 1:16
**rising** 193:14
**risk** 170:22
**road** 44:6 139:4
220:25 221:10
223:12 249:9
**robin** 3:19 15:25
**roger** 80:21 83:13
**role** 32:15 67:11
70:5 71:24 72:3
82:10 93:13 98:12
98:16 127:5,6
145:25 205:16,24
268:19
**roles** 86:20
**roller** 160:25
**room** 21:10 103:13
235:17
**rooney** 5:1 15:10
**rose** 4:15 15:17
**rossi** 1:16 14:4
**roundys** 7:12
**rpr** 1:16
**rude** 230:21
**rule** 35:4 66:8 302:3
**rules** 20:4 31:6,9
34:16 35:2
**run** 186:24
**running** 308:11
**rw** 3:15 15:3
**ryan** 3:1,4 15:4

_____
**S**
**safety** 58:21 59:10
200:2
**salaries** 70:11
**salary** 18:20,21,23
19:12
**sale** 193:18
**sales** 29:23 30:14,17
30:18,20 115:21
118:25 192:3
**salmonella** 59:7,16
59:20
**samantha** 5:1 15:9

**samatha** 5:4
**san** 4:19
**sat** 59:10
**sauder** 3:15 15:3
**saw** 82:7 184:17
**saying** 27:9 72:4
75:21 90:2 99:13
105:13 109:3
110:12,14 117:17
133:9 137:5,9,10
137:23 144:21
166:8 173:12
176:12,23 194:23
201:22 202:2,24
218:13,19 227:2
229:6 231:20
255:18 270:24
274:25 275:9
276:16 278:7,12
280:4 283:9
289:16 316:8
**says** 81:15 87:24
88:20 101:11
114:15 124:18
129:22 130:22
132:21 136:21
139:14 140:8
149:18 151:22
152:6 157:17
158:2 161:25
162:3 163:21
164:20 169:25
175:11 176:19
177:8,14 178:22
180:12,13 181:24
197:22 206:3
207:19 220:20
221:13 227:21
229:3,15 231:25
232:21 233:9,25
234:5,6 235:16,17
235:20 236:13
237:22 241:6,15
244:12 245:3
246:19 248:19

249:22 251:4,8
255:10,20 258:10
262:17 268:2
270:18 271:6,20
273:16,22 274:16
283:22 284:25
290:20 291:8,20
292:23 296:19
298:19 308:25
309:6,22 310:25
311:2,6,13,22
312:9,16
**sbcglobal** 7:3
**scan** 199:24 295:25
**scanned** 269:22
**scanning** 179:22
**schedule** 43:16
141:19 142:5
**schedules** 142:23
**schools** 187:25
**schraders** 152:3
**science** 93:22
**sciencebased** 119:14
128:7
**scientific** 55:20
56:19 119:19
120:3,12,13,18,20
120:23 121:5,19
122:10,18,25
125:8,23,25 126:3
126:22 127:3,22
130:10 131:6,22
132:12 172:10,12
174:6 196:21
197:6,9,14 198:23
199:8,12 200:6
202:9,13,21
203:10 208:11
212:18 213:6,12
213:15 214:3,19
216:20 217:2,11
217:23 218:4
225:23 227:14
231:24 232:13
235:5,10 236:20

237:19 240:22
241:6 242:17
244:20 246:13
268:14,20,22
269:3 270:4
271:25 274:18
279:5 304:5,10,21
305:5 306:25
308:14 309:10
310:22,24 312:11
312:17,20 313:12
313:23 314:6
315:22 316:14
317:6,10,14
**scientist** 130:25
131:12 172:5,9
234:11 243:19
**scientists** 243:16
314:2,4
**scott** 7:1
**screen** 278:9
**se** 59:21
**seal** 319:12
**sealing** 13:5
**seattle** 6:13
**second** 70:25,25
72:5 119:4 122:7
126:15 132:20
139:12 141:6
144:11,16 149:18
160:23 164:19
177:21,24 180:11
194:25 202:12
203:20 220:5
244:5,7 247:3
251:25 252:24
255:6 296:18
307:13
**seconds** 185:15
190:7,8
**section** 126:15 130:3
130:7 132:24
134:14 135:20
140:25 141:3
143:20 144:2

149:9 157:17
161:3 165:22
170:6 200:3 216:5
216:14 229:2
291:16
**sections** 216:16
**sectors** 102:22 104:4
**secure** 151:18
**see** 33:6 36:12 44:19
44:25 45:8 46:18
58:22 60:4,9 72:16
72:17 78:18 85:7
85:18 90:18 93:14
104:5,24 105:11
105:23 114:16,24
115:23 116:4
119:8,20 122:14
123:4,23 124:8,17
125:5,10,16
126:18 128:9
129:24 132:4
133:12 134:19
136:25 137:2
139:16,21 141:10
141:14 145:23
148:6 152:9 154:2
154:13,24,25
156:21 157:19
158:2,6,7,15 163:8
164:17,25 167:22
175:15,19,20
176:13 177:10,18
180:6,19,20 182:8
189:19 195:9,17
196:18 197:17
203:12,25 204:2
211:16 214:2
215:10,15,16,23
216:16 217:15
221:3 225:6
229:10 236:16,24
236:25 238:7
243:24 244:4,5,9
244:14 246:25
255:7 258:12,19

263:23 266:6,16
267:4,8 270:21
271:9,10 273:14
274:8 276:5
278:10 282:6
287:6 288:3,17
295:20 296:25
298:22 310:2
311:15 314:9,12
314:25
**seeing** 46:6 147:12
228:9 238:17
**seek** 317:19
**seen** 41:6
**segment** 297:6
**segments** 182:6
186:13 296:22
297:11
**select** 217:13 227:22
**selected** 314:4
**selective** 55:11
126:22 127:6,9,20
129:5
**sell** 28:15 43:14
144:17 191:21
**seller** 28:19
**selling** 30:5,7,8,10
169:7 192:24
193:9
**sells** 29:11
**send** 175:22 224:8
225:21 228:18
**senior** 56:14,24
180:24
**sense** 79:4 296:2
**sent** 66:17 80:21
110:15 151:24
225:20 228:17
256:25 259:19
282:4 306:17,18
**sentence** 71:2 90:14
126:16 128:5
136:21 164:20
166:12 177:24,24
203:21 222:3

231:21 307:13
**sentences** 231:20
**separate** 96:25 97:2
　183:13 231:20
**september** 120:23
　121:23 197:7
　199:4,19 200:10
　210:24 212:11
　213:5 214:10
　215:2,11,15 216:7
　216:10,11,19
　218:21 227:14
　232:13 237:19
　282:5,10 287:13
**series** 20:7 242:11
**serve** 31:18 116:15
　314:5
**served** 19:15 261:10
**service** 111:6 116:16
　116:21 117:21
　118:17,21 133:8
　298:14
**services** 3:4 15:6
　18:7 108:17,25
　109:21 110:9,21
　110:23 111:12
　116:3,6 121:16
　185:24
**servicing** 299:6
**serving** 262:18
**session** 62:15 64:22
　65:5,16 104:5,18
**sessions** 62:18 63:9
**set** 125:14 156:9
　241:23 242:9
**setting** 126:7 180:5
　180:12 271:7
　275:24
**setup** 71:16
**seven** 246:2 293:22
**seventh** 21:23 294:3
**severance** 88:2,4
**shallow** 280:22
**shapes** 276:23
**shapira** 4:1 14:18

**share** 26:23 27:17
　88:21 150:12
　194:7,18 224:4
**shared** 194:11
　300:14 314:17
**sharing** 220:17
**shedd** 78:20 79:7,8
　79:8,16 80:25
**sheet** 320:7,10,12,15
　321:5
**shelf** 94:5
**shell** 10:23 90:15,21
　91:8,10,17,19,22
　92:2,18 93:6 95:11
　97:10 98:21 99:2
　99:12 101:13
　102:4,8,25 105:4
　105:14 264:20
　265:7 299:10
　301:6 302:7
**sherry** 78:19,20
**shes** 78:24 79:2,4
　268:12 271:4,11
　273:19 308:24
　309:4
**shields** 171:2
**ship** 192:19 193:3,4
　194:11
**shipments** 257:14
**shipping** 192:18
**shirt** 22:2
**shock** 213:17
**shoes** 22:14
**shohl** 5:16
**short** 58:15 90:5
　116:13 130:3
　139:13 161:11
　178:11 182:21
　258:16 277:3
　291:13 308:11
**shorted** 277:7
**shortest** 244:21
　245:5,12 246:10
**shorthand** 319:8
**shortterm** 102:13

102:16 158:25
　159:12 161:17
　178:16 195:17
**shoulder** 22:10
**shouldnt** 41:8
**show** 122:22 131:19
　147:2 169:15
　228:19 234:2
　238:12,16 253:11
　314:14
**showed** 317:20
**shown** 233:11
**shows** 175:12
**sic** 97:14
**side** 22:8 38:25
　68:15,16 92:18
　97:10,10 99:9,15
　99:18 100:14
　103:12 105:4,4,14
　105:14 140:9
　141:7,17 149:15
　196:17 259:10
　291:2 299:4,9
**sign** 282:22 320:9
**signature** 257:4
**significance** 119:22
　122:20 126:24
**significant** 45:20
　123:2,6
**significantly** 233:14
**signing** 320:11
**similar** 26:11
　146:11
**simply** 91:10 274:20
　276:3 277:16
　279:17
**single** 89:6,20 230:9
**sir** 17:7 19:20 21:19
　23:20 69:9
**sit** 309:9
**site** 317:11
**sitting** 101:5 108:23
　116:20 117:5
　172:16 174:8,14
**situation** 32:23 33:2

33:16 34:13 35:9
　36:15 59:6 72:24
　78:23 82:16
　166:16 167:2
　176:24 300:19,22
**situations** 36:9
**six** 293:21
**size** 25:17,19 39:12
　40:14 42:7,21,23
　43:20,22,24 44:7,8
　152:8 162:10
　163:7 167:14
　188:14 195:7
　262:9,24 282:18
　283:24
**sizes** 276:22
**skip** 147:12 232:18
　233:10
**skipped** 164:7
**skull** 21:22
**slaughter** 43:10,16
　43:17 138:3
　141:13 153:24
　246:16
**slidders** 2:11 14:20
　14:20
**slip** 20:12
**slowly** 255:16
**small** 67:9 71:20
　170:14,15 280:22
**smaller** 276:6
**society** 304:25
**sold** 194:3
**solution** 93:24,24
　177:17 178:8,16
　179:5 195:13
**somebody** 66:5
　111:3 303:13
**somewhat** 71:17
　92:18
**son** 24:21
**soon** 158:18
**sorry** 37:22 41:25
　53:4 59:13 62:23
　135:13 137:15

149:6 169:24
177:23 180:16
207:21 232:12
233:3 249:17
262:21 275:6,18
291:5,10,11
302:13 306:24
307:9 308:23
**sort** 21:17 64:21
65:5 68:12 88:11
88:16 139:7 143:8
146:9 150:5
**sound** 68:23
**sounds** 167:19
176:16
**source** 46:23 256:6
265:19
**sources** 46:18 47:7
**south** 3:7 5:10,23
6:2
**southall** 5:1,4 15:9,9
**southern** 285:6
**space** 123:9,17
124:6 163:5,18
171:12 172:12
232:14,21 233:5
233:12 236:14,22
237:5 240:17
246:21 247:5,21
248:21 250:18
251:5,15,21 252:2
252:24 254:15
255:11 267:23
268:25 270:5,6,10
270:12,19 273:13
274:7,15 276:7
277:14,16 291:9
291:17 293:11,12
320:7
**spacing** 292:18
**sparboe** 5:12,25
16:22
**speak** 17:11 20:21
40:10 65:23 85:25
209:7 313:16

**speaker** 57:18 113:2
113:7 269:14,18
**speaking** 37:11
39:23 52:13
**speaks** 81:8 206:23
251:9
**special** 11:7 89:6
154:24 285:13
287:12
**specific** 190:15
246:4,8 294:23
302:3
**specificity** 118:11
**speculate** 147:3
**speculation** 127:16
267:17
**spelling** 59:23
**spend** 306:11
**spending** 99:10
224:10
**spent** 56:4
**spike** 161:14
**spikes** 315:12
**spills** 161:3
**spoken** 125:7
**sponsored** 188:21
189:20 190:12
**spot** 201:17
**spotting** 202:2
**square** 1:13 3:20
13:17 163:18
171:15,16,25
172:18 173:23
233:13,21 234:3
270:11 271:23
272:6,11 273:2
274:17 292:24
**stacked** 170:17,20
**staff** 18:9 51:9 54:11
56:18 61:6,12,16
70:10 71:3,6,20
72:10 75:7 84:16
86:25 87:3,7,12
130:9 199:7
203:23 215:13

266:12 288:12
297:25 298:14
299:22 301:19
303:3
**staffs** 50:3 51:6
**stahl** 3:6 15:8
**stamp** 156:8,24
159:20 207:18
212:12
**stamped** 57:21 69:4
80:17 109:15
129:12 135:14
145:12 147:14
152:25 156:6
160:4 164:10
175:6 179:25
191:4 196:12
198:14 219:16
239:20 256:23
259:17 265:5
281:21 287:10
290:12 295:18
306:11
**stamps** 157:12
**stand** 23:9 66:6
234:23 237:23
**standards** 114:22
128:7
**standing** 89:17
234:15 319:5
**stands** 312:17
**staples** 288:3,6
**star** 58:20
**start** 111:7 122:5
147:19 157:10
173:19 179:21
207:17 228:16
254:23 289:13
307:20
**started** 72:6 142:25
165:5
**starting** 264:5
**starts** 244:9 270:8
**starving** 243:2
**state** 81:19 82:11

85:14 88:14 107:6
108:5,6,10,11
109:4,24 110:13
134:15 159:7
320:6
**stated** 119:18
124:15 125:22
177:14 178:6
**statement** 8:17 66:9
112:14 113:15
114:4,10 118:8
121:4,11 203:9
215:8,11
**statements** 78:25
266:17 321:7
**states** 1:1 3:25 13:21
15:23 113:17
125:6 146:4,6
257:18 276:9
284:11,16 304:25
**stating** 17:14
**statistic** 26:25
**statistical** 26:23
27:2
**statistics** 32:17,18
187:22 188:4
**stay** 24:16 51:17
**steig** 2:3 14:7 21:4
159:19 207:21
**steigolson** 2:7
**step** 251:22
**stepped** 88:10
**steps** 67:12
**stevens** 78:17
**stewart** 7:1 16:10
**stick** 202:6
**stipulated** 13:3
**stipulations** 12:14
21:7
**stock** 193:2,3,9
**stocks** 217:13 219:2
219:6 227:23
229:6
**stop** 20:15 49:8
289:15

**stopped** 91:19 222:2
  273:17
**stories** 18:8
**story** 37:8 40:25
  59:5 76:23 173:3
  182:19,24 183:11
  259:10
**strains** 207:19
**street** 1:14 2:17,22
  3:2,13,20 4:18 5:2
  5:10,17,23 6:1,2,7
  7:9
**strength** 246:24
  247:22
**stretch** 23:9
**strictly** 311:23
**strike** 26:5 90:7
**strive** 218:22
**strong** 247:6,10
**structure** 170:16
**struggling** 43:4 59:8
  115:7
**studies** 233:10
**study** 68:18,22
**stuff** 77:25 82:3
  241:22 266:15
**stupid** 226:25
  303:18
**subcommittee** 8:18
  112:15 113:16,24
  114:4 123:14
**subject** 314:3
  320:11
**submit** 114:3
**submitted** 198:23
  199:3 200:7 202:8
  266:3
**subscribe** 321:6
**subscribed** 321:12
**subsidiary** 115:21
**sudden** 213:16
**sued** 305:8
**suffer** 22:7
**suggesting** 144:24
**suggestion** 210:17

**suggestions** 162:8
  162:17,20 163:4
**suggests** 169:11
**suitable** 258:3
**suite** 3:2,7 4:13 5:3
  6:2,12 7:2
**sullivan** 2:3 14:8
**summarized** 232:22
  233:5
**summary** 159:6
  197:9 290:20
**sumner** 3:19 15:25
  15:25 210:9,20
  211:2,7,13
**sumnerr** 3:24
**sunrise** 266:24
**supermarkets** 7:12
**supervision** 319:9
**supply** 27:4 38:2,14
  38:20,25 44:12
  45:25 46:7 115:14
  115:15 134:7
  140:9 141:7,17
  143:9,18,21
  145:22 146:2,9,21
  149:15 152:7,11
  161:24 162:4
  164:22 168:17
  175:23 185:23
  188:10 195:5
  258:17 263:17
  277:7
**supplydemand**
  134:18
**support** 12:1 31:24
  194:17 215:23
  307:16
**supported** 55:23
  172:17 207:12
  263:16
**supporter** 131:13
**supporting** 226:14
**supports** 312:12
**supposed** 40:20
  155:5 272:2

**sure** 29:16 37:10
  48:19 67:20 71:18
  87:17,19 98:16
  116:25 117:6
  130:8 138:24
  141:8 199:16
  201:9 206:14,17
  208:14 222:13
  226:4 234:13
  244:4,4 254:13
  255:3 260:6
  265:13 300:11
**surely** 296:13
**surgery** 21:17,20,21
  22:4
**surplus** 32:23,25
  33:16 34:12 35:9
  36:8,15 37:2,11,11
  39:5 91:17,20,21
  92:3 93:7 105:15
  116:11 140:3
  253:17
**surpluses** 36:23
  105:8
**survey** 161:22 162:2
  175:16,21 176:14
  176:17,20 177:5
**sw** 5:17
**swanson** 306:22,23
  306:24 307:24,24
  308:2,13
**swear** 14:5 202:24
**swelling** 22:13
**swore** 41:13 206:8
**sworn** 16:25 319:6
  321:12
**system** 56:11 141:23
  174:18 280:23
**systems** 123:18
  229:16

————————
**T**
**take** 22:21 23:4,5,10
  34:17 64:24 67:12
  68:17,25 78:5 84:3

  112:23 118:24
  136:6 138:23,25
  139:3 150:10,12
  150:13 160:10
  185:14 190:6
  202:7 211:9,11,16
  219:18 237:8
  242:2 257:20
  259:13 267:7,12
  280:17 305:9,13
**taken** 1:12 84:8
  102:12 145:17
  158:12 160:15
  211:21 226:15
  237:13 263:22
  289:22 314:11
  319:5
**takes** 141:23
**talk** 34:9 42:20
  53:24 62:2 63:4
  72:19 84:15 103:5
  103:24 167:19
  172:15 222:17,18
  242:7 243:12
  250:13 261:20
**talked** 109:25
  139:23 263:4
**talking** 41:16 87:10
  92:25 124:20
  166:3 169:16
  170:6 193:23,25
  212:15 224:12
  244:2 251:17
  253:7 267:22
  273:17 275:22,24
  298:9 302:14
  306:14 309:4
  316:11,13
**talks** 132:3
**tape** 84:2,11 160:18
  237:9,16
**tapes** 160:10
**target** 305:11
**targeted** 299:15
  313:22

**targeting** 305:2
**targets** 305:6
**taxes** 124:23
**telephonic** 5:14
**tell** 19:13 22:20
  32:13 37:8 40:25
  46:24 47:9,21
  48:20 49:24 59:12
  76:23 80:24 82:19
  100:16,22 103:16
  104:14 106:17
  117:3,12 120:4
  125:20 132:14,15
  132:17 165:11
  182:18,20 183:2
  183:10 184:20
  203:5,6 205:19
  206:9,10 220:17
  222:8 224:8
  241:21 242:10
  259:9 276:12
  309:6 317:5 319:6
**telling** 41:12 203:7
  207:3 228:11,14
  280:14
**tells** 232:8,10
**ten** 185:15 190:6,8
**tenure** 24:4
**tenyear** 188:10
**term** 36:14 38:15
  43:17 52:23 90:5
  177:16 178:7,11
  234:13
**terminology** 146:23
  170:12
**terms** 98:19
**terrible** 142:13
**terribly** 22:11
**testified** 17:2 228:6
  240:2
**testify** 28:10 29:2
  39:20 137:20
  172:5 208:24
**testimony** 8:3 40:10
  41:9 73:16 101:9

126:5 206:8 207:9
209:5,11 226:3
249:15 250:11
254:7 319:5,7,10
**texas** 4:8
**thank** 113:7 192:10
  211:15 231:6
  269:18,24
**thanks** 225:3
**thats** 22:25 24:3
  27:10 36:24 38:17
  41:17 43:9 48:3
  63:3 73:22,24
  74:13 77:12 87:17
  92:17 101:6
  107:24 108:12
  116:13 117:10
  120:11 127:15
  130:23 132:18
  135:5 136:20
  137:9,23 138:5
  139:9,23 140:19
  142:22 151:21
  157:3 159:23
  160:24 161:25
  162:13 163:21
  168:20 169:17
  170:12,12 171:17
  172:21 173:18
  175:21 176:12
  177:15 178:21
  183:5 184:15
  186:18 190:7
  195:22 202:23
  204:8 208:14
  210:20 212:25
  217:24 218:10,13
  218:19 220:20
  221:13,14 222:6
  222:24 223:15,21
  224:24 225:16,16
  226:14,25 228:3
  231:22 234:5,6
  235:16,20 236:11
  238:3 239:9 241:2

247:16 248:19
251:2,8 252:9,15
258:6,21 260:7
263:11,21 264:7
266:7 274:24
278:4,5,19 283:2,6
284:10,13,15,24
291:16 294:21
295:24 298:24
301:8,15 303:20
305:24,25 307:21
307:23 308:15
310:25 311:6
312:14 313:10
316:18 317:4
**thereof** 319:11
**theres** 23:13 29:21
  29:21 36:25 37:2
  43:12,13,19 59:5
  72:8 86:24 87:23
  88:20 91:3,15
  105:19 108:19
  114:15 128:3,5
  132:4,21 134:25
  138:17 139:13
  140:25 148:16,17
  149:18 157:16
  159:2,12 160:23
  164:19 169:25
  170:22 171:2
  184:14 186:23
  192:23 196:17
  204:18 207:18
  208:4 215:21
  216:12,14 232:17
  240:11,16,20
  246:4 258:5 273:6
  283:22 288:2
  290:19 291:4,8,16
  294:9 298:6
  310:11 313:25
**theyll** 203:6 299:15
**theyre** 35:6 43:11
  91:14 94:3 106:6
  134:4 142:23

170:20 192:22
193:22 218:23
228:12 243:25
299:13 317:16
**theyve** 142:25
  281:12 284:7
**thing** 20:19 21:15
  30:16 73:19,22
  83:12 90:4,5 92:13
  128:4 161:17
  172:2,21 173:22
  179:22 185:2,5
  199:15 203:7
  229:6 231:20
  234:7 241:2
  275:25 276:23
  299:15,17
**things** 22:9 24:17
  26:11,11,14 27:5,7
  27:13 29:24 30:15
  32:20 33:10 38:14
  38:18 47:2 51:18
  52:3,14,17 53:12
  58:16 61:9,9 67:8
  70:24 76:17 77:11
  82:18,21 83:8,14
  107:8 114:19
  115:10,12,13
  129:3 139:5 149:6
  151:14 171:22
  174:10,19 183:2
  201:18 213:14,19
  233:18 234:15,17
  245:24 247:4
  263:25 268:23
  269:2 276:2,24
  283:18 298:3
  302:19 303:17
**think** 25:11,21 26:2
  26:9 27:14,23,24
  28:12 29:15,18,20
  29:23 30:7,11 31:8
  38:10 45:5 49:14
  50:19 58:25 67:19
  70:8,13,23 71:17

71:18,20 74:12,13
74:17 76:5 85:8
89:25 90:13 95:19
96:16 98:14 101:3
103:9,10 106:14
107:14 111:5
115:9,11 118:13
127:16 133:14
137:5,24 139:9
142:22 147:3
151:21 155:13,14
159:22 163:2,14
169:13 176:6
177:13 183:23
186:7,24 194:21
194:22 199:18
200:13 201:18
204:15 209:13
217:25 218:4
222:13 223:6
225:12 243:16
251:10 253:9
254:10 270:18
278:4,5,5 279:13
286:23 289:10
291:12 293:4
294:18,21 298:3
298:16 299:2,14
300:16 304:16
307:20 311:13,18
314:8,11,22 315:2
317:11,12
**thinks** 313:18
**third** 6:12 152:3
203:21 255:15
262:17
**thirty** 320:16
**thomas** 5:16,19
**thought** 22:5 30:9
58:15 83:18
112:10 205:22
220:21 222:3
267:11 294:18
309:19,19 314:20
**thoughts** 70:23

267:19 303:7
**thousand** 25:22
**three** 160:18 255:12
314:4
**threeyear** 88:6,7
**thutchinson** 5:11
**time** 13:8,14,25 18:3
19:24,25 21:5,24
36:23 40:19 41:19
47:17,18,21,21
48:7,7,19,19,22,22
51:22 53:25 56:4
62:2 63:25 64:21
66:2,5,15 69:25
75:6 77:2,4,6
82:10,13 84:2,4,10
88:10 89:12,12
91:11 94:7 99:11
105:10,22 106:8,8
117:24 118:9,9,11
121:24 128:25
129:2,8 132:13
134:22 135:24
136:7,7 140:6,9
142:10 146:3
148:19,20 149:25
150:6,21 151:6,17
155:9,9 160:12,17
161:6,11 166:5
168:13,21,24
171:5,10 178:14
180:23 183:8
186:3,14 187:5
190:9 195:23,24
198:2 199:14
204:15 206:19
207:12 210:2
211:18,23 213:7
214:17 220:21
222:7,10,25
223:21 224:11,12
224:19 226:5,8
229:10 237:10,15
241:24 242:2,22
243:7 245:4,12,21

246:11 249:4,25
252:10 253:7,15
254:2,14 257:9,17
264:16,17 265:11
267:2 275:12
276:8 277:3
281:12 285:6
289:19,24 297:4
298:14,17 303:10
303:12 304:4,19
306:11 307:16
308:12 312:4
315:16 316:10
317:17,24 319:6
**timeline** 212:14
221:11 249:8
277:21 294:11
315:7,17,20
**times** 36:2,25 45:5
46:11 62:10,13
91:21 108:19
153:20 166:4
190:13 204:20,23
205:13,20 206:10
266:9
**timing** 311:23
**tingling** 22:7
**title** 18:4 84:23 86:6
86:17 148:10
207:19 248:19
**titled** 69:13 135:21
141:2 143:20
152:3 160:25
164:15 181:6
191:7 198:13
203:9 258:6
263:21 287:2
291:17 296:6
**today** 24:20 41:6,13
74:5 85:3 86:20
87:6,7 101:5
108:23 116:20
117:5,24 119:11
121:2 125:20
128:12 140:21

166:13 172:16
174:4,8,15 184:8
184:11 187:15
268:17 287:5
303:25
**todays** 13:13
**told** 48:10 79:24
120:15 121:3,18
204:22 205:12
222:18 225:21
228:18 259:12
274:23 279:4
305:12 312:14,18
315:21,22
**tolerant** 39:22
**tom** 16:15
**tomorrow** 289:13
**tool** 33:8
**top** 27:6 100:5,19
119:4 143:15
152:6 170:17,20
170:22 263:14
**topic** 119:7
**torn** 183:4
**torres** 4:17 14:24
**total** 39:9 58:20
123:21 124:7,10
293:11,12
**totally** 122:4
**trade** 67:6 111:18
112:3,5 114:21
115:2,8,9 182:3
**traders** 192:21
193:15 194:13
**trades** 116:9
**trading** 86:3,10,23
116:2,6 117:20
118:17,21,25
**traditional** 170:8
**transcribed** 319:8
**transcriber** 185:11
**transcript** 72:23
320:17,18 321:3,6
**transcription** 319:9
**transition** 24:12

transitioned 99:21
transportation
  246:16 247:10
travel 110:2
traveling 153:19
treasurer 74:16,25
  75:2,3,5 77:5
  83:10
treasurers 83:7
treat 281:4
treated 193:22
  226:24
treating 292:15
tremaine 6:11
tremendous 195:12
trial 13:9
trick 209:3,16
tricking 209:6,18,21
  210:18
tried 22:14 44:25
  67:20 178:17
  205:19 293:4
tries 18:12
trim 123:10 229:23
  230:3,5,8,11 231:9
  232:2,10
trimming 207:17,19
  208:6,9,12 216:5
  216:14,18 217:14
  219:4 227:24
  228:23 229:3,7,13
  229:16,19 232:7
trouble 53:21,22
  80:14 137:3 229:4
troy 5:9
true 163:15 173:18
  209:22 210:20,25
  279:17 301:8
  305:25,25 308:15
  319:9
truth 41:12 206:9
  206:10 319:7,7,7
truthful 67:14
try 23:12 32:19
  38:19 56:3 95:14

95:20 100:3
103:15,17 116:13
116:14 118:7
171:3 188:13,25
231:22 232:2,6
241:23 309:20
trying 22:23 29:25
  33:18,24 50:20
  52:19 53:6,9,19,20
  62:24 64:11 70:13
  70:22 76:16 81:22
  107:14 117:15
  126:21 144:15,17
  161:9 186:24
  193:12 201:20
  206:13,16 218:12
  222:8 229:18
  235:4,5,9 261:8,25
  281:3,5 283:8,10
  294:17 315:9
tuesday 1:9
turn 72:2,5 105:18
  119:3 126:14
  128:2 140:25
  149:17 160:23
  194:24 246:13
  261:21 263:20
turnaround 260:20
turned 77:13 300:16
  313:25
turnerdodge 2:4
  14:11,12 157:3
turns 259:13 300:3
twice 201:8
two 1:13 3:20 5:2
  13:17 43:18 54:8
  72:14 74:2,4 84:11
  91:4 93:12 96:25
  97:2 102:22
  103:19 143:3
  185:9,11 215:20
  231:19 251:14
  283:17,18 298:5
twoyear 75:4
type 18:5 61:24 90:4

90:5 104:12 107:8
174:19 187:18
250:3
types 91:4 93:12
  95:22 134:22
  289:7

U

ue0064456 9:11
  155:24 160:4
ue0064459 9:11
  155:25
ue0064509 8:23
  135:8,15
ue0064514 8:23
  135:9
ue0064537 8:22
  128:18 129:13
ue0065618 9:24
  190:22 191:4
ue0065621 9:24
  190:22
ue0146962 10:22
  259:3,18
ue0146964 10:22
  259:3
ue0153457 11:9
  285:15 287:10
ue0153458 11:9
  285:15
ue0153464 10:25
  264:23 265:5
ue0153465 10:25
  264:23
ue0168906 9:20
  179:16,25
ue0168910 9:20
  179:16
ue0174658 11:12
  290:6,12
ue0174659 11:12
  290:6
ue0200486 11:14
  295:12,18
ue0200491 11:14

295:12
ue0202747 9:23
  189:6,12
ue0202774 9:23
  189:7
ue0208684 10:10
  211:14 212:4,12
ue0208703 10:10
  212:5
ue0209507 8:11
  57:11,22
ue0215485 10:19
  248:4,15
ue0215486 10:19
  248:4
ue0220918 9:10
  152:19,25
ue0220919 9:10
  152:19
ue0297249 9:18
  174:24 175:6
ue0297250 9:18
  174:24
ue0297497 9:6
  145:6,12
ue0567055 8:20
  112:18 113:6
ue0567060 8:20
  112:19
ue064539 8:22
  128:19
ue0662322 8:16
  109:8,16
ue0807907 8:13
  68:7 69:4
ue0807911 8:13
  68:7
ue0809072 10:16
  239:14
ue0809972 239:20
ue0840235 11:5
  269:6
ue0840236 269:17
ue0840238 11:5
  269:6

**uea** 9:19 11:14 60:7
60:8 61:11,19,24
62:7,19 63:10,15
63:23 64:4,14,17
65:22 66:8,17 67:4
67:10 79:25 85:16
87:3 103:4,10,21
116:17,19,22
179:14 181:6
185:21 186:6,12
188:21 189:20
190:11 220:13
222:19 225:21
295:11 296:7,15
296:20,21 301:12
301:20 302:22
**uep** 9:4,8,15 10:6,8
10:17,23 11:7 16:2
16:5 18:14,18,25
23:19,22 24:5,19
24:22 25:24 28:11
29:3 30:21 31:7,11
31:18,18 32:7,8,8
32:11 35:11 37:17
38:18 39:10 40:13
42:5,12 44:18,19
45:10 46:5,12 47:7
47:9,20 49:4 50:9
54:2 56:14,22
58:13,20 60:3,16
60:16,22 61:5,6,16
61:20,21,24 62:6
62:18 63:16,24
64:5,18 66:11 67:4
67:9 70:6,19 71:2
72:10 73:9 75:7
84:23 86:23 88:11
90:25 93:23 94:18
95:10 96:5,12 97:3
98:2,9 99:10,13
102:21 103:13,14
105:20,25 106:8
106:23 107:25
108:3,16,24
109:20 111:12,19

112:2,6 113:15
114:15,23 115:3
115:11 116:7,24
117:19 118:16,21
118:22,24 119:19
121:6,20 122:3,5
124:2,13 126:6,16
126:22 127:8,20
133:16,19 135:13
140:2 143:8 144:7
145:4,14 146:10
146:13,14 147:21
150:6,7,11,13,17
150:20 151:9,17
151:24 152:8,12
152:16 153:3
158:4 164:21
174:21 175:8,21
176:19,23 180:6
180:12,14,24
181:12,24 182:5
183:12,20,24
184:10,23 185:2,3
187:14 190:14
191:6,12,21
192:20 194:5,12
198:5,13,22
200:25 203:22
204:4 208:7,11,13
212:3,16 213:11
215:12 216:15
217:18 219:22,25
220:13 222:19
224:8 225:19,20
226:6 228:2
229:22 230:2,7
231:7,8 232:5
233:21 235:23
237:3 238:10,12
238:16 239:2,22
240:4,12,18
241:13,15 245:2,3
247:19 248:2,17
249:6 250:2,4
257:2,8,9,16,19

259:20 262:18
263:22 264:20
265:7 272:7,12,22
272:23 280:6
282:4,23 284:13
284:19 285:14,25
286:2,18 287:12
288:12 299:16,25
300:25 301:5,7,19
302:4,6,10,20
303:24 304:7,9,11
304:20 305:19
309:8,10 311:8
313:11,12 314:6
315:25 316:11,21
317:7,14
**ueps** 11:13 66:23
83:23 86:3 110:8
125:8 127:6
134:15 149:21,25
191:16 193:15
264:2 295:10
296:7 298:14,20
299:22
**uhhuh** 84:18 114:17
114:25 125:11
139:22,25 168:22
182:9 233:16
247:8 255:9
263:24 264:6
283:16,21 298:11
307:18 308:3
310:3
**ultimate** 31:4
**ultimately** 192:24
**umbrella** 185:3
187:6
**unbelievable** 260:16
260:25
**uncertain** 51:18
53:12 117:4,14
**unchanged** 215:14
**unclear** 230:25
**uncomfortable** 23:8
**underneath** 165:17

**understand** 20:10
21:17 23:21 28:13
30:2 76:2 95:15,19
129:9 130:23
166:8 205:9
206:16 212:14
230:19 274:6
278:15,18 303:5
304:24 312:6
316:10
**understanding**
26:19,20 27:13
29:9,14 80:15
137:3 140:19
257:23 267:10
270:23
**understood** 20:25
56:7 117:18
194:22 274:11,12
293:23
**undue** 277:13
**unequivocally** 119:5
**unfair** 236:11
**unfortunately**
248:14
**unidentified** 57:18
113:2,7 269:14,18
**uniform** 255:10
**unintelligible**
231:12,16
**unique** 71:2,16,17
**unit** 124:16,19
**united** 1:1 3:24,25
8:17,21,23 9:7,11
9:12,14,21 10:4,14
13:21 15:23,23
17:22 19:16,19
35:13 36:4 48:22
50:20 60:6 66:11
66:22 67:3,4,12
112:14 113:16
128:18 129:11,15
131:3 135:8,16
136:7 146:4,5,6
147:7,16 155:17

155:24 156:16
157:13 160:7,22
163:25 164:13
183:25 184:6
189:4 196:6,13
212:15 239:11
257:18 276:9
301:9 304:25
**unity** 186:15,23
296:23 297:15
**universities** 187:24
**university** 67:6
107:7,12 108:5,6
108:10,11 109:5
109:24 110:14,24
243:9 268:13
305:8
**unknown** 22:8
**unnecessary** 39:5
**unpaid** 119:19,23
120:19 121:11
**unprofitable** 105:9
148:4,22
**unredacted** 285:22
**unrelated** 120:17
**unusual** 153:11,12
153:14 161:11
**upcoming** 50:23
**updates** 213:13
**upright** 237:23
**upward** 21:22
**urging** 164:21
**urner** 148:2,11
188:12 193:14
**urquhart** 2:3 14:8
**usable** 270:11
**usda** 46:23 133:8
165:7 188:11
**use** 41:7 43:17 52:20
52:23 107:3,7,10
154:23 205:11
234:12 245:12
293:16
**usem** 16:3,5 102:2
145:23,25 150:20

191:19,22 257:10
257:17 258:11
263:15,22
**users** 28:16
**usually** 63:23 70:4
75:3 165:16
**utilized** 174:18

_____

**V**

**validate** 282:14
284:7
**value** 30:15
**varied** 70:2
**varies** 25:21
**variety** 28:16 36:3
148:18
**various** 42:22,23
46:17 64:18 163:3
187:5 295:20
**vegas** 9:5 145:5
148:16
**vehicle** 71:14
**verbally** 175:18
181:9
**verify** 56:8 209:22
284:20 294:20
**veritext** 7:6 13:12
14:5
**version** 182:21
208:16 209:23,25
210:23 285:23
**versus** 32:19 192:17
193:19 194:3
**vertebra** 21:22,23
**vertical** 246:22
247:20
**vice** 56:14,25 78:20
84:23 148:11
180:24
**video** 84:5 211:19
211:24 237:11
289:20,25 317:25
**videographer** 7:16
13:11 84:4,10
160:12,17 211:18

211:23 237:10,15
289:19,24 317:24
**videotaped** 1:11
**view** 71:6,15,24
126:25 127:2,19
131:24 207:13
261:21 272:9
274:15
**viewed** 223:6
**views** 70:18 297:3
**virtual** 7:6
**virtually** 64:10
**visited** 110:5
**voice** 71:4,25 303:18
**voices** 8:21,23 9:7
9:11,12,14 10:4
35:13 36:4 48:22
50:20 66:11,22
67:3,4,12 128:18
129:11,16 131:4
135:8,16 136:8
147:7,17 155:18
155:24 156:16
157:13 160:7,22
163:25 164:13
196:6,13 212:15
301:9
**volume** 139:19
258:15
**voluntarily** 221:12
**voluntary** 54:14,22
55:10 97:23
250:13,18 255:17
288:13
**vote** 34:13,17,19
35:3 204:12
**voting** 207:5

_____

**W**

**w2** 78:6 79:22
**wait** 38:8 185:8
286:20
**waived** 13:6
**want** 16:8 23:4,5,9
43:17 53:21 54:25

59:5 62:25 68:18
68:20 75:24 81:9
81:12 82:7 89:21
90:10 92:11 94:24
95:23 98:21,22
99:6,7 100:2,5
102:8 120:10
129:5 165:12,16
173:11 182:18,25
192:11,19 193:3,4
193:5 201:21
202:4 205:9
208:25 209:16,20
211:3 213:16
217:6 222:18
224:4 226:24
235:25 236:3,5,7
236:25 237:7
242:2,3 244:3
249:10 260:8
272:24 273:7
287:3 289:15
299:12 311:3
312:19 315:22,23
316:18 317:2,3
**wanted** 88:25 94:22
95:12 97:25,25
102:22 128:4
136:15,16 151:11
164:7 198:19
200:5 207:11
223:11 250:7
298:17 299:16
300:11 305:9,13
**wanting** 104:2 193:2
**wants** 165:10 221:8
222:24
**warned** 164:23
**washington** 4:14
6:13 82:12 107:3
107:19 297:9
298:18
**wasnt** 66:5 136:17
169:6 204:23
206:20 207:13

224:11 277:24
279:17 301:21
**waste** 170:21
**watch** 162:2
**watkinson** 107:2,16
107:17
**way** 19:6 27:18
39:24 43:19 47:3
55:2 74:22 94:18
96:3 110:17 118:7
123:10,11,12
134:25 154:19
155:8 174:7 183:5
208:3 222:21
224:16 228:13
243:8 272:21
275:14 276:12
277:18 294:6
303:8
**ways** 35:15,17 36:3
36:7 42:23 43:23
66:23 93:7,21
103:18 138:6
**weaver** 5:19 16:16
**web** 317:11
**wed** 150:11
**week** 22:10
**weeks** 43:18 142:6,8
142:9,12 143:3
153:25
**welcomed** 66:4
**welfare** 10:6,9,17
11:10 55:25 93:14
93:17 94:14 97:4
97:18 107:8
120:16,17 121:8
121:17 122:4
127:4 129:22
174:16 196:18,22
198:5,14,22
203:11 212:3
234:23 236:15
243:14,21 245:9
248:3,17 249:5
250:17 251:20,22

252:23 267:4
272:22 285:8
290:4 298:21
299:14,17 313:21
**wellbeing** 119:6
**went** 103:4 110:4
167:17 168:9
169:20 213:19
301:10 317:20
**weve** 21:6 36:14
57:15 68:11 71:20
129:10 145:10
152:23 156:5
175:5 198:11
209:24 212:10
256:21 265:3
269:10 280:17
285:20,22 295:16
306:8
**whats** 26:4 80:12
81:6 98:23 109:12
112:22 119:15
122:20 126:24
135:12 138:2
146:21 149:4
161:6 166:18
180:16 182:16
183:9 196:10
198:18 206:20
216:10,25 219:15
248:8 250:16
259:7 270:23
281:20 282:24
283:2,3 287:22
290:11
**white** 233:25 235:13
276:4 278:20
**whitney** 3:18 15:21
**wholesaler** 7:12
**widening** 90:15 91:4
91:5,16
**wilcox** 130:17 131:5
131:17 202:16,20
204:11 205:15,24
206:19 207:4,13

215:21 225:24
226:5,13
**willard** 17:15
**william** 6:1,4 16:17
**willing** 36:21 120:2
192:15
**wing** 235:18
**winndixie** 7:11
**wire** 170:15
**wisconsin** 288:9
**withdrawal** 243:20
244:21 245:6,22
**witness** 12:3 13:24
14:5 25:6 28:12
29:4 37:22 38:6,24
39:20,21,22 40:7,8
40:18,23 41:25
42:10 43:2 44:23
45:15,24 46:12,22
47:15 48:2,3,16
49:25 50:18 51:22
52:13 53:3,16,17
54:21 55:9,20 57:7
57:23 59:21 60:15
61:15 63:21 64:8
65:10 73:7 74:12
75:21 76:8 77:17
77:20,22,24 78:12
79:13,21 80:5 83:7
87:11 89:16 95:5
96:9,15,24 97:12
97:13,17 101:16
103:9 106:13
111:15,21,25
112:9 115:6 118:5
126:12 127:15,24
131:10 134:3
137:19 138:11
140:17 143:12
146:18 151:5
155:13 162:13
163:14 166:24
169:4,13 172:7
173:2,10 174:14
176:2 177:20

178:21 179:8
181:16 186:6,22
187:11 192:6
204:19,21 205:6
206:7,25 208:20
209:7,13,15
214:13 221:19
223:25 226:3,4
227:19 228:6,8
230:21 231:4
233:4 234:12,20
235:3 239:5,6
243:6,7 245:16
247:14 249:21
250:11,12,23
252:7,13,19 253:6
253:21,22 254:7
254:10,20 255:3
256:11 259:14
260:24 261:25
262:13 264:11
267:16 268:2,4
269:20 271:3,18
273:6 275:5
278:24 279:10
280:11 284:10,24
286:11,23 287:3,8
288:23 297:19
301:25 305:24
312:25 313:15,16
313:17,20 316:5,8
318:3 319:10,12
320:2
**woman** 78:18
**wont** 314:16
**word** 52:20 222:9
278:10
**wording** 41:22
310:7
**words** 39:21 53:6
54:25 76:21
108:14 142:8
158:22 165:5
166:18 196:23
278:9 294:7 295:5

**work** 18:5,7,13,24
19:3 24:16 85:9
105:8,15 106:9,24
107:21 120:12,13
120:14,19 121:6
121:19,22 122:6
144:22 199:12
268:24 269:3
288:12 294:8
297:9,10,14 309:8
315:9
**worked** 115:8
**working** 18:3 86:11
106:6 142:23
199:8,9 213:14,20
220:3 289:6
297:12
**works** 79:2
**world** 135:2 242:6
314:3
**worry** 202:5 286:16
**worse** 92:20,22 93:4
**worst** 166:10,15,19
**wouldnt** 65:18
**wound** 200:3 202:3
**wright** 4:12 6:11
15:16
**write** 71:2 128:5
158:11 162:14
171:17 194:15
260:13
**writes** 203:22
**writing** 18:8 20:20
67:16,18
**written** 35:4 114:3
125:7 136:8 137:8
137:18 140:17
165:18 203:14
307:23 317:13
**wrong** 43:8 63:2
76:16,17 137:4
156:8 159:24
200:2 201:21
204:16 210:4,11
317:4

**wrote** 59:10 81:23
109:17 125:22
131:4,17 149:13
165:25 166:25
178:24,25 191:6
191:12 204:8,10
204:14 205:2
207:2 220:11
279:3 280:19
310:21

**X**

**xin** 107:11,22

**Y**

**yeah** 35:18 92:24
118:5 142:19
151:21 184:21
205:11 229:21
245:16 287:8
295:25 306:16
307:10,10,11
**year** 19:14 22:21
24:9,13 137:7,12
153:20 188:15
189:15 260:16,17
260:25 261:14
262:8 293:24
294:2,5 317:9
**years** 40:8 65:25
73:17,23 89:12
92:25 117:23
131:17 139:20
141:2 148:24
154:16 166:11
169:6,17 171:8
179:2 199:24
201:25 225:17
226:20 243:10
245:18 256:2
260:3,4 264:12
298:5 315:10
**yoder** 6:6
**york** 2:5,5,12,12
6:19,19 7:2,2

**youd** 68:22 154:19
296:2 308:7
**youll** 215:10 295:20
311:15
**youre** 18:21,23,24
20:18 23:6,8 27:8
29:10 37:7,11
68:19,21 72:25
82:3,15 87:10,17
90:20 96:15
102:17 104:14
105:2,3,13 117:4,4
120:8,9 122:9
133:5 134:5
143:25 144:2
147:2 157:21
158:22 161:13
165:11 166:3,8
170:6 185:12
186:24 191:15
193:12 195:16
202:23 205:11
206:14,17 210:10
212:20 218:11,13
218:19 220:17
226:19 228:11,11
228:14 231:19,20
235:4,5 238:11,15
245:17 247:14
255:22 257:8
260:19 276:11,12
276:16 278:12
280:4 281:23
289:15 295:24
298:15 301:15
302:15 306:14
307:9 313:14
315:18
**youve** 36:6 41:6
63:9,12 69:2 80:18
88:24,24 100:9
104:17 121:12
134:24 172:16
198:20 213:4
239:25 272:14

294:3 301:8

**Z**

**ziemianek** 4:18
14:23,24

**0**

**0** 191:22 192:2
**00** 9:24 10:4,20,21
190:21 196:5
256:15 259:2
289:11,11,12,13
**000** 19:14 109:23
**001147** 8:14 80:8,17
**0020652** 10:20
**003281** 10:5 196:6
196:12
**003290** 10:5 196:7
**01** 11:6,8 281:15
285:15
**03** 237:10
**05** 8:14,15 80:7
109:7 289:19
**07** 8:17 112:13
**08md02002** 1:4

**1**

**1** 9:24 11:15 89:2
139:13 181:24
182:2 190:21
191:7,12 193:8
211:18,23 227:21
231:25 255:22
306:3
**10** 5:17 11:6,15 70:3
70:3 84:5,11 151:7
241:9 281:15
282:5 306:3
**100** 71:11 98:3
**10006** 7:2
**10010** 2:5
**10022** 6:19
**101** 4:18
**10119** 2:12
**109** 8:16

**VERITEXT REPORTING COMPANY**
**www.veritext.com**
(212) 279-9424     (212) 490-3430

**11** 8:14 70:3 80:7,21
  151:7 156:25
  157:2 160:3,13,21
  176:7
**1100** 5:17
**112** 8:20
**12** 1:15 10:21 13:15
  152:8 157:6,11,13
  160:18 171:8
  237:15 259:2
  260:3,4 264:11
**1201** 6:12
**128** 8:22
**13** 12:16 164:9
  199:24 220:7,14
  220:16 225:16
  226:20 260:3
**1300** 3:7
**135** 8:23
**14** 11:11 169:17
  178:25 290:5,15
**145** 9:6
**147** 9:7
**15** 10:18 248:3,18
  250:17
**150** 6:2
**152** 9:10
**15219** 4:3
**155** 9:11
**156** 9:13
**15th** 161:21
**16** 240:6,13
**1604** 2:17
**1617** 238:5
**163** 9:14
**16th** 5:2
**17** 8:4 240:6,13
**174** 9:18
**179** 9:20
**18** 197:9 212:15
**189** 9:23
**18th** 1:13 3:20
**19** 8:23 135:7,17
  152:25 167:21
  213:2 214:22,23

**215**:3 227:11,12
  232:12,12 249:17
  289:24 308:4
**190** 9:24
**19102** 5:3
**19103** 1:15 2:18
  3:21
**19104** 3:14
**1919** 4:13
**196** 10:5
**1960s** 166:14 167:5
  167:6
**198** 10:7
**1980s** 167:21
**1990s** 92:15
**1991** 249:7
**1995** 139:15 186:8
**1996** 180:5,12,14,22
**1998** 164:21 165:4,5
  165:8
**1999** 9:5,9,17 63:4
  129:12,16 131:5
  134:25 135:18
  136:23,24 139:18
  140:23 143:8
  145:5,15 147:17
  147:22 148:24,25
  152:18 153:4
  157:14 160:7,22
  164:13 166:10,19
  166:25 172:11
  174:23 175:9
  178:22
**19th** 308:22

―――――――
**2**
**2** 8:21 9:11,24 70:17
  84:14,15 90:9
  93:10 128:17
  155:23 160:7,22
  182:13 190:21
  237:10,15,21
  251:2 255:23
  263:15
**20** 10:21 160:22

**213**:4 214:23,23
  216:5,5 227:12,13
  227:18,19 232:12
  233:7 237:18
  239:19 242:16
  243:18 244:6
  246:14 259:2,22
  321:13
**2000** 9:21 10:12,18
  92:25 120:23
  121:23 189:5,16
  191:7,12 195:8
  196:14 197:7
  198:24 199:4,16
  199:19 200:10
  202:9 210:24
  212:11,17 213:2,3
  213:5,22 214:6,10
  214:10,23 215:2,3
  215:11,15 216:19
  218:21 219:4,10
  219:22 220:7,14
  220:16 221:16
  222:12,15,19
  227:14 232:13
  237:19 238:25
  239:8 248:4,18
  249:18 250:17
  251:17 257:2
  259:22 260:17
  298:10 314:11
**20006** 4:14
**2000s** 93:5 169:20
**2001** 10:24 11:11
  225:19 264:22
  265:8 270:2
  279:11 282:5
  287:13 290:5,15
  303:22 308:4,24
**2002** 1:4 220:3
  222:16 228:10
  279:13 298:7
  310:13,18
**2003** 10:15 239:13
  239:22 304:19

**311**:16
**2005** 80:22 109:17
  110:9 120:11
**2007** 8:12 24:2 63:5
  68:5 69:13 86:14
  89:23 113:19
  118:2,16 121:3
**2008** 49:10 62:4
**2011** 85:8
**2012** 23:23 24:11,14
  88:15
**2013** 1:9 13:13
  148:24 319:13
  322:3
**2027783056** 4:14
**20652** 256:23
**2067578054** 6:13
**20th** 6:18
**21** 12:16 220:22
  227:12 228:7,16
  228:21,22 238:25
  239:8 250:4
**2100** 4:7
**212** 10:10
**2126081900** 7:3
**2128034067** 6:19
**2128497000** 2:6
**2128497152** 2:6
**2146983279** 4:8
**2156653884** 5:4
**2159814121** 3:22
**2159814652** 3:22
**2159814714** 3:21
**2159853270** 2:18
**2159942421** 3:14
**219** 10:13
**22** 8:21 9:17 128:17
  129:12,16 131:4
  134:25 174:23
  175:9 178:22
  239:19
**2200** 5:9,22 6:12
**224** 3:7
**22nd** 2:5
**23** 250:3

**2300** 6:2
**238** 269:17
**239** 10:16
**239993** 306:12
**24** 11:8 285:15
  287:13
**248** 10:19
**25** 1:9 13:13 84:5
  164:16 241:10,17
  322:3
**256** 10:20
**259** 10:22
**26** 9:9 152:18 153:4
**264** 10:25
**269** 11:5
**26th** 158:5
**27** 9:5 145:5,15
  147:22 269:15
**2700** 3:2
**276328** 219:17
**28** 191:22 192:2
**281** 11:6
**285** 11:9
**29** 10:20 256:15
  257:2
**290** 11:12
**2929** 3:13
**295** 11:14
**2nd** 2:17 176:9

**3**

**3** 8:15 9:7 10:4
  103:24 109:7
  147:6,17 185:18
  185:19 196:5
  251:4 255:20
  289:11,12,19,24
  317:24 318:5
**30** 176:19 290:11
  320:16
**300** 3:2 7:9
**3000** 1:13 3:20
**306** 11:16
**31** 136:24 211:18
  302:11

**3126607601** 3:8
**3128613735** 7:10
**3129232818** 2:23
**3172371144** 3:3
**32** 306:9
**3200** 5:3
**3290** 196:12
**35** 256:2
**353** 2:22
**35th** 4:2
**36** 207:18,23
**38** 84:11
**39** 12:16 160:18
  211:23

**4**

**4** 8:14,23 10:24 80:7
  135:7 143:14
  169:24 264:22
  265:8
**401** 88:9
**405665** 164:11
**412** 12:16
**4123383344** 4:3
**4156554335** 4:19
**45202** 6:8
**45402** 5:18
**458** 287:11
**460** 147:15
**462041750** 3:3
**465** 265:5
**48** 163:18
**486** 248:15
**491** 295:18

**5**

**5** 8:17 9:7,14 58:20
  112:13 119:4
  147:6 163:24
  164:13 251:12
  282:4 288:14
  293:17
**50** 5:2 241:18 277:6
  317:24 318:5
**500** 4:13

**501** 7:2
**51** 2:5
**5135796419** 6:8
**537** 281:22
**54** 160:13
**55** 198:15
**55402** 5:10,23 6:3
**567060** 113:6
**57** 8:11
**590** 6:18
**5th** 319:13

**6**

**6** 9:12 10:4 156:15
  196:5,14 212:17
  232:24 293:17,18
  310:13,18
**60601** 7:10
**60604** 3:8
**60654** 2:23
**60s** 167:10
**60week** 153:23
**61** 7:2 292:24
  293:13
**6123351568** 6:3
**6129778415** 5:11
**6129778722** 5:24
**621** 191:4
**63** 142:8
**6320** 228:23
**64459** 160:5
**64514** 135:15
**64539** 129:13
**6467335727** 2:12
**65** 142:6
**6583** 234:3
**659** 290:13
**67** 270:11 277:18
  278:20 280:21
**673** 156:7
**67inch** 280:25
**68** 8:13
**688** 216:6
**692** 232:23
**693** 237:21

**698** 242:19 244:5

**7**

**7** 8:15 9:12,14
  105:19 109:7,17
  135:13 156:15
  157:14 163:24
  168:5 293:18
**70** 19:14 171:15
**703** 211:14
**70cent** 141:9
**72** 24:8 40:8 148:24
  233:13,21 271:23
  272:6,11 273:2
  274:17,21 276:3
  276:24 277:16
  278:21 279:5
  280:2,5,8
**74** 234:3 235:14,21
  235:24
**752016912** 4:8
**76** 277:19
**774** 189:13

**8**

**8** 8:17 9:11 10:20
  72:8 112:13
  113:19 155:23
  256:15
**80** 5:10,23 8:14
**86** 171:16,25 172:18
  173:23 270:11
**8692** 232:20
**87** 307:22
**8703** 212:12
**88** 308:19
**8th** 5:10,23 134:16

**9**

**9** 1:15 11:6,8 13:15
  109:23 241:6
  281:15 285:15
  289:11,13
**90s** 92:10,23 93:3,5
**910** 179:25

**VERITEXT REPORTING COMPANY**
www.veritext.com
(212) 279-9424       (212) 490-3430

**911** 69:5
**9374634928** 5:18
**94111** 4:19
**95** 176:22 276:8
**964** 259:18
**98101** 6:13
**985** 310:14,16
**99** 8:21,23 9:7,11,12
  9:14 128:17 135:7
  137:9 147:6
  155:23 156:15
  163:24
**9987** 307:21
**9988** 239:21 308:18