# ATTACHMENT 19

323

1           IN THE UNITED STATES DISTRICT COURT

         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2

3    IN RE:  PROCESSED EGG PRODUCTS :

     ANTITRUST LITIGATION            :

4    -----------------------------:  MDL No. 2002

     THIS DOCUMENT APPLIES TO:       :  08-MD-02002

5    ALL ACTIONS                     :

6

7              -- HIGHLY CONFIDENTIAL --

8

9              Wednesday, June 26, 2013

10

11             Continued videotaped deposition of

12   GENE W. GREGORY, taken at the offices of

13   Pepper Hamilton LLP, 3000 Two Logan Square,

14   18th & Arch Street, Philadelphia,

15   Pennsylvania 19103, beginning at 9:03 a.m.,

16   before LINDA ROSSI RIOS, RPR, CCR and Notary

17   Public.

18

19

20

21

22

23

24

25

**324**

```
1    A P P E A R A N C E S :
2
3    QUINN EMANUEL URQUHART & SULLIVAN
     BY:  STEIG D. OLSON, ESQUIRE
4         and
          LEE TURNER-DODGE, ESQUIRE
5    51 Madison Avenue, 22nd Floor
     New York, New York  10010
6    212-849-7152
     212-849-7000
7    steigolson@quinnemanuel.com
     leeturnerdodge@quinnemanuel.com
8    On behalf of the Direct Purchaser
     Plaintiffs
9
10
11   MILBERG LLP
     BY:  CHARLES SLIDDERS, ESQUIRE
12   One Pennsylvania Plaza
     New York, New York  10119
13   646-733-5727
     cslidders@milberg.com
14   On behalf of the Indirect Purchaser
     Plaintiffs
15
16   HAUSFELD, LLP
     BY:  JEANNINE M. KENNEY, ESQUIRE
17   1604 Locust Street
     2nd Floor
18   Philadelphia, Pennsylvania  19103
     215-985-3270
19   jkenney@hausfeldllp.com
     On behalf of Direct Purchaser Plaintiffs
20
21
22   JENNER & BLOCK, LLP
     BY:  RICHARD P. CAMPBELL, ESQUIRE
23   353 North Clark Street
     Chicago, Illinois  60654
24   312-923-2818
     rcampbell@jenner.com
25   On behalf of Kraft Foods Global, Inc.
```

**325**

```
1    FAEGRE BAKER DANIELS
     BY:  RYAN M. HURLEY, ESQUIRE
2    300 North Meridian Street
     Suite 2700
3    Indianapolis, Indiana  46204-1750
     317-237-1144
4    ryan.hurley@faegrebd.com
     On behalf of Midwest Poultry Services
5
6
7    EIMER STAHL, LLP
     BY:  VANESSA G. JACOBSEN, ESQUIRE
8    224 South Michigan Avenue, Suite 1300
     Chicago, Illinois  60604
9    312-660-7604
     vjacobsen@eimerstahl.com
10   On behalf of Moark LLC, and Norco Ranch,
     Inc.
11
12   DECHERT LLP
     BY:  CHRISTINE C. LEVIN, ESQUIRE
13   Cira Center
     2929 Arch Street
14   Philadelphia, Pennsylvania  19104
     215-994-2421
15   christine.levin@dechert.com
     On behalf of RW Sauder, Inc.
16
17
18   PEPPER HAMILTON, LLP
     BY:  JAN P. LEVINE, ESQUIRE
18        WHITNEY REDDING, ESQUIRE
19        and
          ROBIN SUMNER, ESQUIRE
20   3000 Two Logan Square
     18th & Arch Street
21   Philadelphia, Pennsylvania  19103
     215-981-4714
22   215-981-4121
     215-981-4652
23   levinej@pepperlaw.com
     reddingw@pepperlaw.com
24   sumnerr@pepperlaw.com
     On behalf of United Egg Producers and the
25   United States Egg Marketers
```

**326**

```
1    MARCUS & SHAPIRA LLP
     BY:  MOIRA E. CAIN-MANNIX, ESQUIRE
2    One Oxford Center
     35th Floor
3    Pittsburgh, Pennsylvania  15219
     412-338-3344
4    cain-mannix@macus-shapira.com
     On behalf of Giant Eagle, Inc.
5
6    GIBSON, DUNN & CRUTCHER LLP
     BY:  JASON C. McKENNEY, ESQUIRE
7    2100 McKinney Avenue
     Dallas, Texas  75201-6912
8    214-698-3279
     jmckenney@gibsondunn.com
9    On behalf of Defendant,
     Cal-Maine Foods, Inc.
10
11
12   PORTER, WRIGHT, MORRIS & ARTHUR
     BY:  DONALD M. BARNES, ESQUIRE
13   1919 Pennsylvania Avenue, NW
     Suite 500
14   Washington, D.C.  20006
     202-778-3056
15   dbarnes@porterwright.com
     On behalf of Rose Acre Farms
16
17
18   KASOWITZ BENSON TORRES & FRIEDMAN, LLP
     BY:  MARGARET ZIEMIANEK, ESQUIRE
19   101 California Street
     San Francisco, California  94111
20   415-655-4335
     mziemianek@kasowitz.com
21   On behalf of Nu-Cal Foods, Inc.
22
23
24
25
```

**327**

```
1    BUCHANAN, INGERSOLL & ROONEY
     BY:  SAMANTHA L. SOUTHALL, ESQUIRE
2    Two Liberty Place
     50 S. 16th Street
3    Suite 3200
     Philadelphia, Pennsylvania  19102
4    215-665-3884
     samatha.southall@bipc.com
5    On behalf of Hillandale Farms, Inc.,
     Hillandale Farms East, Inc., Hillandale
6    Gettysburg LP and Hillandale Farms of Pa.,
     Inc.
7
8
9    BRIGGS and MORGAN
     BY:  TROY HUTCHINSON, ESQUIRE
10   2200 IDS Center
     80 South 8th Street
11   Minneapolis, Minnesota  55402
     612-977-8415
12   thutchinson@briggs.com
     On behalf of Sparboe Farms, Inc.
13
14   YODER KEATING MUETHING & KLEKAMP
     BY:  BRYCE J. YODER, ESQUIRE
15   One East Fourth Street
     Cincinnati, Ohio  45202
16   513-562-1420
     byoder@kmklaw.com
17   On behalf of Ohio Fresh
18
19   WEIL, GOTSHAL & MANGES LLP
     BY:  CARRIE M. ANDERSON, ESQUIRE
20   1300 Eye Street, N.W.
     Suite 900
21   Washington, D.C.  20005
     202-682-7231
22   carrie.anderson@weil.com
     On behalf of Defendant, Michael Foods
23
24
25
```

                                    2  (Pages 324 to 327)

## 328

```
1   TELEPHONIC APPEARANCES:
2
3   LOVELL STEWART HALEBIAN & JACOBSON LLP
    BY:  MERRICK SCOTT RAYLE, ESQUIRE
4   61 Broadway, Suite 501
    New York, New York  10006
5   212-608-1900
    msrayle@sbcglobal.net
6   On behalf the Indirect Purchaser Plaintiffs
7
8   CROWELL & MORING LLP
    BY:  DOHA MEKKI, ESQUIRE
9   590 Madison Avenue
    20th Floor
10  New York, New York  10022
    212-803-4067
11  dmekki@crowell.com
    On behalf of Daybreak Foods, Inc.
12
13
    VERITEXT VIRTUAL APPEARANCES:
14
15
    BAKER & MCKENZIE LLP
16  BY:  PATRICK J. AHERN, ESQUIRE
    300 East Randolph Street
17  Chicago, Illinois  60601
    312-861-3735
18  patrick.ahern@bakermckenzie.com
    On behalf of Winn-Dixie, Inc.,
19  Roundy's Supermarkets, Inc.,
    C&S Wholesaler Grocers, Inc., and
20  H.J. Heinz Company, L.P.
21
22
23  A L S O   P R E S E N T :
24  ROBERT MIRABELLA, Videographer
25
```

## 329

```
1            I N D E X
2            - - -
3   Testimony of:  GENE W. GREGORY
4   By Mr. Olson            339
5
6            - - -
7        E X H I B I T S
8            - - -
9   EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
10
11  Gregory-33   3/17/02 E-mail,
        UE0174535 & UE0174536   346
12  Gregory-34   UEP Board of Directors
        January 14-15, 2002
13      Atlanta, Georgia minutes,
        UE0153426 - UE0153430   357
14
15  Gregory-35   3/25/02 United Voices,
        CM00407889 - CM00407892  366
16  Gregory-36   Producer Committee for
        Animal Welfare March 26,
17      2002 Chicago, Illinois
        Minutes,
18      UE0153419 - UE0153422   379
19  Gregory-37   UEP Board of Directors
        Conference Call April 3,
20      2002 Minutes,
        UE0210657 & UE0210658   384
21
    Gregory-38   UEA Further Processors
22      Animal Welfare Briefing
        Breakfast Caesars Palace
23      -- Las Vegas, Nevada
        April 22, 2002 Minutes,
24      MPS-00122892 & 00122893  390
25
```

## 330

```
1        E X H I B I T S (cont'd.)
2            - - -
3   EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
4
5   Gregory-39   Animal Welfare Committee
        Meeting January 21, 2003
6       Atlanta, Georgia Minutes,
        UE0153366 - UE0153368   394
7   Gregory-40   2/3/03 Letter,
        MPS-00123260 & 00123261  397
8
9   Gregory-41   6/4/03 United Voices,
        UE0136174 - UE0136177   408
10  Gregory-42   7/17/03 United Voices,
        UE0071388 - UE0071391   412
11
    Gregory-43   7/23/03 Letter,
12      NL003518 - NL003526   421
13  Gregory-44   8/27/03 United Voices,
        UE0875279 - UE075289   436
14
15  Gregory-45   9/11/03 United Voices,
        UE0875297 - UE0875304  442
16  Gregory-46   An Economic Perspective
        By:  Gene Gregory,
17      NL001233 - NL001237   449
18  Gregory-47   11/12/03 United Voices,
        UE0753377 - UE0753385  492
19
20  Gregory-48   11/13/03 Fax,
        NL01199471 - NL01199473 474
21  Gregory-49   11/19/03 Letter,
        UE0944695 & UE0944696   479
22
    Gregory-50   12/5/03 Letter,
23      MFI0001880 & MFI0001881 485
24  Gregory-51   Various documents,
        MOARK0038387 - 0038396  486
25
```

## 331

```
1        E X H I B I T S (cont'd.)
2            - - -
3   EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
4
5   Gregory-52   12/5/03 Memorandum,
        NL000916 - NL000918   496
6   Gregory-53   1/21/04 Letter,
        UE0199015 - UE0199029  499
7
8   Gregory-54   1/6/04 Packet of Letters,
        UE0661098 - UE0661130  512
9   Gregory-55   2/10/04 Letter with
        attachments,
10      NL002043 - NL002064   517
11  Gregory-56   E-mail chain,
        UE0810722 & UE0810723  521
12
13  Gregory-57   Summary Of Meeting With
        National Advertising
14      Review Board
        April 1, 2004       525
15  Gregory-58   4/27/04 Letter,
        UE0218877 - UE0218881  531
16
    Gregory-59   Producer Committee For
17      Animal Welfare May 10,
        2004 Washington, D.C.
18      Minutes,
        UE0153279 & UE0153280   540
19
20  Gregory-60   5/2/04 United Voices,
        MPS-00066253 - 00066256 542
21  Gregory-61   PowerPoint Presentation,
        UE0146041 - UE0146055   551
22
    Gregory-62   11/18/04 Letter,
23      UE0176038 - UE0176040   558
24  Gregory-63   11/18/04 Memo,
        UE0210450           561
25
```

**3 (Pages 328 to 331)**

**332**

```
1        E X H I B I T S (cont'd.)
2              - - -
3    EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
4
     Gregory-64   E-Mail chain,
5          NL0017442      564
6    Gregory-65   11/23/04 United Voices,
           UE0368631 - UE0368636  567
7
     Gregory-66   11/29/04 Letter,
8          UE0176003      570
9    Gregory-67   4/14/05 E-mail,
           UE0644788      572
10
     Gregory-68   9/6/05 Letter,
11         NL002442 - NL002444   583
12   Gregory-69   E-mail chain,
           SF000312 - SF000322   584
13
     Gregory-70   Producer Meeting In
14         Minneapolis
           December 6, 2005,
15         NL0217575      589
16   Gregory-71   Various documents,
           MFI0005548 - MFI0005576  594
17
     Gregory-72   E-mail chain,
18         RWS 000027615 & 27616  601
19   Gregory-73   E-mail chain,
           RWS 000015952   604
20
     Gregory-74   E-mail chain,
21         UE0808615 & UE0808616  614
22   Gregory-75   10/20/06 Letter,
           UE0217823 - UE0217829  617
23
     Gregory-76   E-mail chain,
24         CM00727158 - CM00727162 630
25
```

**334**

```
1            DEPOSITION SUPPORT INDEX
2
3    DIRECTION TO WITNESS NOT TO ANSWER
4    Page   Line      Page   Line
5    (None)
6
7
8
9    REQUEST FOR PRODUCTION OF DOCUMENTS
10   Page   Line   Description
11   (None)
12
13
14   STIPULATIONS
15   Page   Line
16   335    3-9
17
18
19   QUESTIONS MARKED
20   Page   Line
21   (None)
22
23
24
25
```

**333**

```
1          E X H I B I T S (cont'd.)
2                - - -
3    EXHIBIT NUMBER   DESCRIPTION      PAGE MARKED
4
     Gregory-77   8/3/07 Letter,
5          UE0218074 - UE0218076   634
6    Gregory-78   E-mail chain,
           UE0804959      637
7
8                - - -
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**335**

```
1
2                - - -
3         (It is hereby stipulated and
4    agreed by and among counsel that
5    sealing, filing and certification are
6    waived; and that all objections,
7    except as to the form of the question,
8    will be reserved until the time of
9    trial.)
10               - - -
11        VIDEOGRAPHER:  We are now on the
12   record.  Please note that microphones
13   are sensitive and may pick up
14   whispering and private conversations.
15   Please turn off all cell phones or
16   place them away from the microphones
17   as they can interfere with the
18   deposition audio.  Recording will
19   continue until all parties agree to go
20   off the record.
21        My name is Robert Mirabella,
22   representing Veritext New York.  The
23   date today is June 26, 2013, and the
24   time is approximately 9:03 a.m.
25        This deposition is being held at
```

4 (Pages 332 to 335)

336

1
2    Pepper Hamilton located at Two Logan
3    Square, Philadelphia, Pennsylvania.
4    The caption of this case is In Re:
5    Processed Egg Products Antitrust
6    Litigation. This case is filed in the
7    United States District Court Eastern
8    District of Pennsylvania, Case Number
9    08-MD-02002, MDL Number 2002. This is
10   the continuing videotape deposition of
11   Gene Gregory.
12       At this time the attorneys
13   present and attending remotely will,
14   please, identify themselves for the
15   record and the parties they represent.
16       MR. OLSON: This is Steig Olson
17   from Quinn Emanuel Urquhart & Sullivan
18   for the Direct Purchaser Class
19   Plaintiffs.
20       MS. DODGE: This is Lee
21   Turner-Dodge also from Quinn Emanuel,
22   also for Direct Purchaser Class
23   Plaintiffs.
24       MR. CAMPBELL: Richard Campbell,
25   Jenner & Block for the Kraft

337

1
2    plaintiffs.
3        MS. CAIN-MANNIX: Moira
4    Cain-Mannix from Marcus & Shapira for
5    plaintiff Giant Eagle.
6        MR. SLIDDERS: Charles Slidders
7    from Milberg LLP for the Indirect
8    Purchaser Plaintiffs.
9        MS. KENNEY: Jeannine Kenney
10   with Hausfeld, LLP for Direct
11   Purchaser Plaintiffs.
12       MR. HUTCHINSON: Troy Hutchinson
13   on behalf of defendant Sparboe Farms.
14       MS. SOUTHALL: Samantha
15   Southall, Buchanan, Ingersoll & Rooney
16   on behalf of Hillandale Farms, Inc.,
17   Hillandale Gettysburg LP, Hillandale
18   Farms East, Inc. and Hillandale Farms
19   of Pa., Inc.
20       MS. ZIEMIANEK: Margaret
21   Ziemianek of Kasowitz Benson Torres &
22   Friedman on behalf of defendant Nu-Cal
23   Foods.
24       MR. HURLEY: Ryan Hurley with
25   Faegre Baker Daniels for Midwest

338

1
2    Poultry Services.
3        MR. McKENNEY: Jason McKenney
4    from Gibson, Dunn & Crutcher on behalf
5    of Cal-Maine Foods.
6        MS. ANDERSON: Carrie Anderson
7    with Weil, Gotshal & Manges on behalf
8    of Michael Foods.
9        MR. BARNES: Don Barnes, Porter
10   Wright on behalf of Rose Acre Farms.
11       MS. REDDING: Whitney Redding,
12   Pepper Hamilton on behalf of UEP and
13   USEM.
14       MS. SUMNER: Robin Sumner,
15   Pepper Hamilton on behalf of UEP and
16   USEM.
17       MS. LEVINE: Jan Levine, Pepper
18   Hamilton on behalf of UEP and USEM.
19       VIDEOGRAPHER: Is anybody
20   attending remotely?
21       MR. OLSON: Could we have
22   appearances from the phone, please?
23       MR. RAYLE: Merrick Rayle,
24   Lovell Stewart, Indirect Purchaser
25   Plaintiffs.

339

1
2        VIDEOGRAPHER: Thank you. Our
3    court reporter, Linda Rossi
4    representing Veritext, will, please,
5    swear in the witness, and we can
6    proceed.
7            - - -
8        GENE W. GREGORY, after having
9    been duly sworn, was examined and
10   testified as follows:
11           - - -
12           EXAMINATION
13           - - -
14   BY MR. OLSON:
15       Q.    Good morning, Mr. Gregory.
16       A.    Good morning.
17       Q.    How is your physical health
18   this morning?
19       A.    I'll be fine.
20       Q.    Mr. Gregory, has UEP to your
21   knowledge, ever had to pay money damages as a
22   result of a lawsuit?
23       A.    You know, I sometimes get
24   confused as to what was a petition and a
25   lawsuit because there's been all this. I

5 (Pages 336 to 339)

340

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    think that we paid a small amount of money in
2    a case filed against us against Compassion
3    Over Killing, I believe. And I think we paid
4    State Attorney Generals. Seems to me like we
5    settled that case for $100,000, I think it
6    was.
7
8         Q.    Are those the only occasions
9    that come to mind when UEP paid money damages
10   as a result of a lawsuit?
11        A.    That's the only ones I can
12   recall. I don't think there's others, but
13   I -- that's the only one that I can recall.
14        Q.    Now, are there rules in place
15   that govern what happens when UEP -- or if
16   UEP is found liable for money damages in a
17   lawsuit, in other words, where that money
18   comes from?
19        A.    How do we acquire the money to
20   pay the settlement of that? Is that the
21   question?
22        Q.    Better question.
23        A.    That simply has to come out of
24   our -- those have to simply come out of our
25   general funds.

341

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2         Q.    Is there a portion --
3         A.    When I say "our," I mean UEP
4    general funds.
5         Q.    Is there a portion of --
6    specific portion of the general funds they
7    come from or is it a case-by-case basis?
8         A.    No. It's a case -- it was a
9    case-by-case basis.
10        Q.    Are there any provisions of
11   which you're aware where UEP members would be
12   obligated to help UEP satisfy a judgment?
13        A.    Not to my knowledge until this
14   case, we are --
15        MS. LEVINE: Mr. Gregory, I
16        advise you not to reveal any
17        discussions with counsel about
18        anything about this case. I think the
19        question is procedurally in your
20        bylaws or elsewhere, if I'm not
21        mistaken. Mr. Olson is not asking you
22        to reveal any conversations about
23        payments in this case.
24   BY MR. OLSON:
25        Q.    Let's start with my question.

342

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2    Your counsel is right. The specific question
3    was, are there any provisions applicable to
4    UEP of which you're aware where UEP members
5    would be obligated to help UEP satisfy a
6    judgment?
7         A.    You see, I'm having trouble
8    here because we now have a special assessment
9    for legal fees that is a condition of
10   membership. I don't know how to avoid that,
11   Jan.
12        MS. LEVINE: No. That is a
13        proper answer. My point is Mr. Olson
14        is not asking you about any
15        conversations with counsel about how
16        to finance anything about the eggs
17        litigation or really any other
18        litigation. He's asking you
19        procedurally, are there any rules or
20        regulations that UEP has set up to --
21        is there anything in your bylaws or
22        any rules or regulations that --
23   BY MR. OLSON:
24        Q.    Let me just ask the questions.
25   But what your counsel is saying is true in

343

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2    that I'm not asking you to tell me things
3    that were told to you in confidence by your
4    lawyers.
5         A.    Right.
6         Q.    That may be a hard distinction.
7    If we need to take a break to address it, we
8    can.
9         A.    No, I'm fine.
10        Q.    But let's see how we can do.
11        So you referred to a provision
12   put in place for a legal assessment from UEP
13   members. Correct?
14        A.    Yes.
15        Q.    When was that put into place?
16        A.    I think that it came about with
17   the membership dues for 2009.
18        Q.    And are there any restrictions
19   on what that legal assessment can be used
20   for, to your knowledge?
21        A.    To my knowledge, no.
22        Q.    Are there any procedures that
23   have been put in place to handle a situation
24   where UEP would be found liable for an amount
25   that's greater than it has as a result of

6 (Pages 340 to 343)

---

**344**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  those dues?
3        MS. LEVINE:  Again, I instruct
4        the witness not to reveal any
5        attorney-client privileged
6        communications, and surely this
7        witness is not a lawyer and cannot
8        give a legal opinion about anyone's
9        liability.
10       Go ahead, Mr. Gregory.
11       THE WITNESS:  There has been no
12       provisions put in place as to how to
13       satisfy a settlement, if that's what
14       you're asking.
15  BY MR. OLSON:
16       Q.    While you were president, did
17  you give any thought to how that situation
18  should be handled?
19       MS. LEVINE:  Same objection,
20       that you are not to reveal any
21       discussions with counsel or
22       communications with counsel.  If you
23       can answer the question without really
24       revealing that, you can.  If you
25       can't, just tell Mr. Olson.

---

**345**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        THE WITNESS:  A situation like
3        this has never happened to UEP before.
4        And obviously when this happened, it
5        has changed my life for the last five
6        years.  I have lived in total hell the
7        last five years as a result of this.
8        And, yes, I've spent a lot of time
9        figuring out how we are going to be
10       able to stay in business, maintain our
11       membership and pay our bills.
12  BY MR. OLSON:
13       Q.    Did you come to any conclusions
14  about how the situation would be handled if
15  UEP was found liable for a money judgment in
16  this case?
17       MS. LEVINE:  Same instruction,
18       Mr. Gregory, not to reveal any
19       communications, requests of or advice
20       from counsel in giving that answer.
21       If you cannot answer without revealing
22       such communications, you can tell Mr.
23       Olson.
24       THE WITNESS:  We have exhausted
25       insurance coverage that we had long

---

**346**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  ago, and we honestly do not know how
3  we will be able to pay this if we're
4  found liable, which we believe are
5  innocent.  And given the opportunity
6  to prove it, we think you ought to pay
7  us for all the troubles you've caused
8  us.
9  BY MR. OLSON:
10       Q.    So you haven't put into place
11  any procedures to handle how a money judgment
12  would be satisfied.  Is that right?
13       A.    We have not.
14            - - -
15       (Exhibit Gregory-33, 3/17/02
16       E-mail, Bates UE0174535 & UE0174536,
17       was marked for identification.)
18            - - -
19  BY MR. OLSON:
20       Q.    Let me hand you what we've
21  marked as Gregory Exhibit 33.  For the
22  record, this is Bates stamped UE0174535
23  through 36.
24       Let me know when you've
25  reviewed this document, please.

---

**347**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2       A.    (Reviewing document.)
3  I've read it.
4       Q.    Mr. Gregory, can you identify
5  this as an e-mail you received from Jeff
6  Armstrong on March 17, 2002?
7       A.    Yes.
8       Q.    And the e-mail includes a
9  memorandum from the Scientific Advisory
10  Committee.
11       A.    Yes.
12       Q.    Do you recall receiving this
13  memorandum?
14       A.    I do -- I mean, it reflects my
15  memory, yes.
16       Q.    So Mr. Armstrong writes a memo
17  on behalf of the committee and he reports to
18  you that several members of the committee had
19  asked that it be sent to you.  Correct?
20       A.    Yes.  Yes.
21       Q.    Do you know which members of
22  the committee wanted these points to be
23  communicated to you?
24       A.    I think this is a follow up to
25  the question that you asked yesterday and the

---

7 **(Pages 344 to 347)**

348

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1   fact that we had some members of our -- of
2   our Scientific Advisory Committee by now
3   serving as consultants or advisors for the
4   Food Marketing Institute, and that we, in our
5   meetings with FMI then, we mistakenly
6   included the names of the Scientific Advisory
7   Committee which I think likely created an
8   embarrassing point for some members of the
9   Scientific Committee that were serving and
10  working for FMI. And they felt that that
11  might impair their point of independence.
12          In regard to the things that
13  they say here --
14      Q.   Well, the question --
15          MS. LEVINE: Let Mr. Gregory
16  finish the answer.
17          MR. OLSON: No, no, no. I want
18  an answer to my question.
19          MS. LEVINE: No. Mr. Olson,
20  he's mid sentence. Let him finish.
21          MR. OLSON: He's not answering
22  the question.
23          MS. LEVINE: It doesn't matter.
24  You asked him. It's his answer.

349

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1          MR. OLSON: Of course it
2   matters.
3          MS. LEVINE: You can do whatever
4   you want with the deposition after.
5   It is rude to interrupt a witness and
6   stop him from testifying, and I won't
7   allow that. You do that constantly,
8   Mr. Olson. Let the witness finish.
9          Go ahead, Mr. Gregory.
10  BY MR. OLSON:
11      Q.   The question is if you know
12  which -- the names of the members who wanted
13  this forward to you?
14          MS. LEVINE: I'm instructing you
15  not to answer that question until you
16  finish mid sentence, and than you can
17  answer the second question.
18          MR. OLSON: You're instructing
19  him not to answer the question that
20  was asked?
21          MS. LEVINE: Let him finish the
22  question, Mr. Olson. How rude can you
23  be?
24          MR. OLSON: He's not --

350

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1          MS. LEVINE: Really? There is a
2   gentleman here that is 72 years old
3   that has been in -- that has an injury
4   and he is mid sentence. Let him
5   finish. It's common courtesy.
6          MR. OLSON: I'm not going to
7   engage you with this, but he's not
8   answering the question. I just want
9   an answer to the question.
10         MS. LEVINE: He'll answer the
11  question, but let --
12         MR. OLSON: Good.
13         MS. LEVINE: Don't interrupt the
14  gentleman mid sentence.
15         Continue, Mr. Gregory.
16  BY MR. OLSON:
17     Q.   Do you know what the question
18  is, Mr. Gregory?
19         MS. LEVINE: Go ahead,
20  Mr. Gregory. You can finish your
21  thought.
22         THE WITNESS: What I was trying
23  to say to you, this is in 2002, and
24  the Scientific Committee had provided

351

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1   recommendations. The Producer
2   Committee had to find a way to put
3   that into a workable plan. The
4   Scientific Committee did not say when
5   or how to implement this. And so to
6   the Producer Committee, their
7   objective all along was to ultimately
8   meet these guidelines, but they needed
9   to find a way to do this and needed to
10  find a way to phase it in. You would
11  point -- I would point to you that as
12  an example where they're talking about
13  ammonia. There was a difference at
14  FMI, challenged us with about ammonia
15  and we ultimately resolved that with
16  FMI. And I believe our guidelines, if
17  you were to read them today and has
18  been this way for several years, is
19  consistent with what the Scientific
20  Committee recommended at that time.
21         Lighting, I can't refer to that.
22  I don't remember what that subject was
23  about, but also I would point out to
24  you that if the Scientific Advisory

8 (Pages 348 to 351)

352

1       GENE W. GREGORY - HIGHLY CONFIDENTIAL
2       Committee was objecting to this, it
3       is -- it's amazing to me, then, that
4       they have continued to work with UEP
5       all of these years and are still
6       engaged today and their names are on
7       the UEP certified program.  This is a
8       point in time when there was an issue
9       that happened that I think was an
10      embarrassment to them as we were
11      trying to develop the program.
12  BY MR. OLSON:
13      Q.    Mr. Gregory, do you know the
14  identities of the members of the committee
15  that asked Mr. Armstrong to forward these
16  comments to you?  Yes or no?
17      A.    I think I know who they are.
18      Q.    And who are they?
19      A.    I think they were Adele
20  Douglass.  I think they were Janice
21  Armstrong.  And I am sorry, I can't remember
22  the other name.  It could have been Joy
23  Mench, but I'm not certain.
24      Q.    Now, one of the points made to
25  you in this memorandum is that to folks not

353

1       GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   familiar with the process, the way the
3   documents had been written, those folks might
4   assume that the scientific report and the
5   producer guidelines are one and the same.
6   Right?
7           MS. LEVINE:  Object to the form
8       of the question.  Asks for a
9       hypothetical.
10  BY MR. OLSON:
11      Q.    That's one of the points made
12  to you.  Correct?
13      A.    That's what's stated in this
14  e-mail.
15      Q.    And it's further stated by the
16  Scientific Committee but that, in fact, the
17  documents are not the same.  Right?
18          MS. LEVINE:  Object to the form
19      of the question.
20          THE WITNESS:  That's what this
21      says, but I'm telling you what you're
22      doing is looking at a small window of
23      time as the program was being
24      developed.
25  BY MR. OLSON:

354

1       GENE W. GREGORY - HIGHLY CONFIDENTIAL
2       Q.    At this point in time, early
3   2002, the Scientific Advisory Committee
4   further stated that -- further provided some
5   examples of differences including some that
6   you touched upon in your last answer about
7   ammonia and lighting.  Correct?
8       A.    Yes.
9       Q.    And that also included the
10  space allowance issue.  Correct?
11      A.    Yes.
12      Q.    And the point made by the
13  Scientific Advisory Committee --
14      A.    Let me ask you a question.
15      Q.    -- is that the scientific
16  document made it plain that the lowest limit
17  of 67 inches should only apply to small
18  Leghorns in shallow cages and that generally
19  72 inches per hen should be provided.  Right?
20      A.    The Scientific Committee has
21  been engaged with us from that day till this
22  day.  They have supported and defended the
23  document that -- the program that our
24  industry was following.  If they were so
25  upset about it, they would have left us and

355

1       GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   never been involved with us again.  So you
3   have to look at the series of time and
4   conclude that the Scientific Committee is
5   supportive of what wound up eventually in the
6   producer program.
7       Q.    And what the Scientific
8   Advisory Committee had found is that
9   72 square inches per hen was required for
10  hens to perform --
11      A.    I'm not going to answer.  I'm
12  telling you what the history is and what
13  happened out of that.  Quit nitpicking things
14  like that at that point in time because it
15  didn't have any impact upon what ultimately
16  was the program.
17      Q.    Well, you would agree at this
18  point in time that not all the
19  recommendations of the Scientific Committee
20  had been adopted by the Producer Committee.
21  Correct?
22          MS. LEVINE:  Objection.  Asked
23      and answered.
24          THE WITNESS:  Do you understand,
25      I'm trying to explain to you that on

9 (Pages 352 to 355)

**356**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  day one you could not do all those
2
3  things. You had to find a way to work
4  this program, otherwise it would just
5  be wasted time. This is --
6  BY MR. OLSON:
7      Q.    Mr. Gregory --
8      A.    You're nitpicking something and
9  I don't have any idea what your point is.
10      Q.    Mr. Gregory, you would agree
11  that at this point in time, early 2002, the
12  Producer Committee had not adopted all of the
13  recommendations?
14      A.    I'm tired of that line of
15  questioning.
16      Q.    Are you refusing to answer the
17  question?
18      A.    I'm not refusing to answer the
19  question. I'm telling you that this is
20  wasting your time and my time by continuing
21  this way. Let's talk about what eventually
22  happened.
23      Q.    I would respectfully suggest
24  that what's wasting everyone's time today is
25  you not answering my questions.

**357**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1      Let me try it again.
2  Mr. Gregory, would you agree that at this
3  point in time, in early 2002, the Producer
4  Committee had not adopted all the
5  recommendations of the Scientific Committee?
6
7      MS. LEVINE: Objection. Asked
8      and answered for about the third time
9      now.
10  BY MR. OLSON:
11      Q.    True or false?
12      A.    True.
13      Q.    You can put that aside.
14      A.    What is the point of that?
15      Q.    Now, was it your
16  responsibility, Mr. Gregory, to report to the
17  UEP board of directors on the progress of the
18  UEP program guidelines?
19      A.    Yes.
20          - - -
21      (Exhibit Gregory-34, UEP Board
22      of Directors January 14-15, 2002
23      Atlanta, Georgia minutes, Bates
24      UE0153426 - UE0153430, was marked for
25      identification.)

**358**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1          - - -
2
3  BY MR. OLSON:
4      Q.    Let me hand you what we've
5  marked as Gregory-34. This document is Bates
6  stamped UE0153426 through 430.
7          I'll ask, Mr. Gregory, if you
8  can identify this as the minutes of the UEP
9  Board of Directors meeting from January 14
10  and 15, 2002, as recorded by you?
11      A.    That's what they state, yes.
12      Q.    I'd ask you to turn to the
13  second page. There is a heading entitled,
14  Guideline Overview -- "Guideline Documents."
15  Do you see that heading?
16      A.    Yes.
17      Q.    The discussion there reports
18  that you presented to the Board of Directors
19  the reasons for having created the documents
20  of the Scientific Committee report, the
21  industry guidelines, a retail version of the
22  industry guidelines and a consumer version.
23  Correct?
24      A.    Yes.
25      Q.    And then you explained that all

**359**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  of those documents maintained the
2  recommendations made by the Scientific
3  Committee. Correct?
4      A.    Yes.
5      Q.    That's what you told the UEP
6  Board of Directors. Right?
7      A.    Yes.
8      Q.    Now, what is the retail version
9  of the industry guidelines?
10      A.    I don't recall because it was
11  never used. It seems to me like at some
12  point in time somebody recommended that our
13  guidelines, the program that we were working
14  on was too complicated or too detailed or
15  something to present to retail, that we
16  needed a simpler version or something of it
17  as I recall. But it was never -- it never
18  became a program.
19      Q.    And the consumer version, do
20  you recall what that was?
21      A.    I do not. I just -- I think I
22  just answered that.
23      Q.    In your last answer you were
24  referring, I believe, to the retail version.

**10 (Pages 356 to 359)**

360

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    Was that the same as the consumer version or
2    was that something different at one time?
3
4         A.    I don't recall.
5         Q.    Was there an aspect of the UEP
6    program that was intended for consumers?
7              MS. LEVINE:  Object to the form
8         of the question.
9              THE WITNESS:  At that time, as I
10        recall, we were simply trying to take
11        the Scientific Committee
12        recommendations and turn them into an
13        industry animal husbandry program.
14        And it had not been our intention at
15        that point in time that this was a --
16        this was a consumer -- you know, a
17        communication to consumers and this
18        had come out of some discussions
19        somewhere and I don't recall those.
20    BY MR. OLSON:
21        Q.    So you don't recall what this
22    reference to a consumer version was?
23        A.    I do not.
24        Q.    If you turn to the next page,
25    I'd like you to refer to what's motion number

361

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    4. Why don't you review that and let me know
2    when you're done.
3
4         A.    (Reviewing document.)
5              Yes, I read it.
6         Q.    Do you recall that motion being
7    presented?
8         A.    Yes.
9         Q.    This is a motion by Mr. Looper
10   that 100 percent of producer/packer
11   facilities would be certified on the program
12   and there are some dates and then that issue
13   would be revisited.  That's generally the
14   issue.  Right?
15        A.    Yes.
16        Q.    What are producer/packer
17   facilities?
18        A.    Well, you have a farm with the
19   chickens in the houses, and then those eggs
20   leave those chicken houses on egg belts and
21   they cross out of the farm through a window
22   as such into the place where they're going to
23   be graded, washed and sized and put in the
24   egg cartons and all that.  So the packer part
25   of it is an extension of the farm.

362

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1         Q.    So is this the facilities in
2    the farm that are producing shell eggs?
3
4         A.    It could be.  Well, all eggs at
5    the beginning are in shells.  So when a hen
6    produces an egg, it is a shell egg.
7         Q.    Here's my question, and this is
8    just my ignorance, but is producer/packer
9    facilities being distinguished by some other
10   type of facility or are those -- are
11   producer/packer facilities all the egg
12   facilities a farm would have?
13        A.    No, it could be -- it could be
14   in addition to pack and shell eggs for a
15   shell egg customer, it could also be moving
16   under the same system into an egg breaking
17   facility in -- what we call in-line breaking
18   and you could be producing egg products as
19   well.
20        Q.    So both of those come out of a
21   producer/packer facility?
22        A.    Yeah.  I think maybe the
23   word -- the word doesn't encompass enough,
24   but, yes, that's what we're talking about.
25        Q.    So in other words, this motion

363

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    put forward here would be -- was that 100
2    percent of all the facilities on an egg farm
3    must be certified as on the welfare program?
4         A.    Yes.
5         Q.    And that issue was going to be
6    revisited at a later date?
7         A.    Yes.
8         Q.    Why was that issue going to be
9    revisited at a later date?
10        A.    I don't recall.  This is the
11   beginning of this thing and it needed time
12   for the industry to analyze it and, you know,
13   vet it out and that kind of thing and come
14   back at the October board meeting to find a
15   conclusion.
16        Q.    If you turn the page, there's a
17   heading that says, "Industry Economics."
18        A.    Yes.
19        Q.    Why don't you review that
20   heading, let us know when you're done,
21   please.
22        A.    (Reviewing document.)
23              I've read it.
24        Q.    There's a reference to Dolph

**364**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  Baker presenting some USDA statistics.
2  A.   Yes.
3  Q.   You referenced those statistics
4  yesterday.  Correct?
5  A.   Yes.
6  Q.   Those are the type of
7  statistics that UEP would rely on in the
8  course of its work.  Correct?
9  A.   Yes.
10  Q.   Mr. Baker concludes by noting
11  that we have a crisis.  Do you see that?
12  A.   Yes.
13  Q.   And that means -- when it says
14  "we," that means, I assume, the egg industry?
15  A.   Yes.
16  Q.   And the crisis is over supply
17  and lower prices.  Right?
18  MS. LEVINE:  Object to the form
19  of the question.
20  THE WITNESS:  Would you state
21  the question again, then?
22  BY MR. OLSON:
23  Q.   And the crisis is over supply
24  and low prices.
25

**365**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  MS. LEVINE:  Object to the form
2  of the question.
3  THE WITNESS:  That is what I
4  believe Mr. Baker is stating.
5  BY MR. OLSON:
6  Q.   He says that a crisis
7  management plan had been communicated to
8  members.  Correct?
9  A.   That's what he says.
10  Q.   And those are the types of
11  plans that the Marketing Committee would put
12  into place from time to time.  Correct?
13  MS. LEVINE:  Object to the form
14  of the question.
15  THE WITNESS:  Yes.
16  BY MR. OLSON:
17  Q.   And then Mr. Baker reports that
18  the current egg prices indicated that the
19  plan was working.  Correct?
20  A.   That's what it says.
21  Q.   Is that consistent with your
22  recollection?
23  A.   I don't recall that, but you're
24  trying to refresh my memory, so I accept it
25

**366**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  for what it is.
2  Q.   You can put that aside.
3  - - -
4  (Exhibit Gregory-35, 3/25/02
5  United Voices, Bates CM00407889 -
6  CM00407892, was marked for
7  identification.)
8  - - -
9  BY MR. OLSON:
10  Q.   Now, would it be fair to say
11  that as president of UEP, you asked UEP
12  members to make a commitment to the UEP
13  Animal Care Program as it was called at the
14  time?
15  A.   Yes.
16  Q.   And a number of companies did
17  make that commitment.  Correct?
18  A.   They did, and to the point
19  today that about 85 percent of all eggs in
20  the United States are produced following the
21  UEP certified guidelines.
22  Q.   Once a company made that
23  commitment, you as first senior vice
24  president and then president of UEP expected
25

**367**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  them to abide by that commitment.  Correct?
2  A.   If they wanted to use the UEP
3  certified logo or if they wanted to market
4  eggs as UEP certified, then we expected them
5  to -- we expected them to abide by that
6  program.
7  Q.   And UEP put procedures into
8  place to monitor whether companies were
9  abiding by the program.  Correct?
10  A.   Yes.
11  MS. LEVINE:  Object to the form
12  of the question.
13  BY MR. OLSON:
14  Q.   And UEP would report to the
15  membership the companies that had made the
16  commitment to the program from time to time.
17  Correct?
18  A.   Yes.
19  Q.   Let me hand you what we've
20  marked as Gregory-35.  This document is Bates
21  stamped CM00407889 through 892.  And I'll ask
22  if you can identify it as a United Voices
23  publication from March 25, 2002?
24  A.   Yes.
25

12 (Pages 364 to 367)

368

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2     Q.     That you edited.  Correct?
3     A.     Yes.
4     Q.     And the publication begins by
5  noting that "The following egg production
6  companies had filed 'An Application For
7  Certification' with UEP and have therefore
8  committed to implementing Animal Husbandry
9  Guidelines."  Correct?
10     A.     Yes.
11     Q.     That was the situation at the
12  time.  Right?
13     A.     Yes.
14     Q.     And you identified 56
15  companies.  Correct?
16     A.     Yes.
17     Q.     And why were you identifying
18  these companies in this United Voices
19  publication?
20     A.     The way this was set up is that
21  a UEP certified company could buy eggs from
22  another UEP certified company to fill their
23  markets.  The industry needed to know when
24  they were buying eggs from another producer
25  or going on the egg clearinghouse trading to

369

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  buy eggs and they wanted to be able to
3  have -- know who were producers of UEP
4  certified eggs.  So this is a way -- one of
5  the reasons as a way for them to know if
6  they're doing business with another producer,
7  whether that producer was a UEP certified
8  company or not.
9     Q.     And would it be fair to say
10  another goal was to show the membership that
11  the program was being supported by a number
12  of UEP members?
13          MS. LEVINE:  Object to the form
14     of the question.
15          THE WITNESS:  Yes.  I think that
16     we were proud of the program and we
17     wanted to see that -- wanted it be
18     known that our egg farmers were
19     accepting and implementing this.
20  BY MR. OLSON:
21     Q.     And you wanted that to be known
22  to the UEP members that had not yet signed up
23  for the program.  Right?
24          MS. LEVINE:  Object to the form
25     of the question.

370

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2          THE WITNESS:  We wanted that
3     known to not only those, but as I just
4     tried to explain to you, those that
5     are on the program so that they would
6     know who they can do business with if
7     they wanted to buy UEP certified eggs.
8  BY MR. OLSON:
9     Q.     You've made that point.  I
10  just -- and I think you made this point, too,
11  but just for the sake of the record, in
12  addition you thought it was important that
13  the UEP members that had not signed up yet
14  know that a number of UEP members had
15  committed to the program.  Correct?
16     A.     Yes.
17     Q.     Now, let's turn to page 2.
18  There's a portion headlined, "YOU SHOULD
19  IMPLEMENT GUIDELINES, An Editorial by:  Gene
20  Gregory."
21          Do you see that?
22     A.     Yes.  Uh-huh.
23     Q.     Why don't you go ahead and
24  briefly review that and let us know when
25  you're done.

371

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2     A.     (Reviewing document.)
3          Okay, I've read it.
4     Q.     So what are you communicating
5  when you write something and say it's an
6  editorial and put your name on it versus when
7  you write something and don't do that?
8     A.     I'm expressing an opinion.
9     Q.     As opposed to relating facts?
10     A.     Yes.
11     Q.     So this is your opinion on why
12  UEP members should implement the guidelines.
13  Right?
14     A.     Yes.
15     Q.     And one of the issues you point
16  out is that many producers at that time were
17  waiting to hear whether their customers
18  wanted to implement the guidelines
19  before they committed to doing so.  Right?
20     A.     Yes.
21     Q.     That was a fair -- fair thing
22  for producers to consider.  Right?
23          MS. LEVINE:  Object to the form
24     of the question.  Calls for a
25     hypothetical.

13  (Pages 368 to 371)

372

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2           THE WITNESS: I would assume
3      that.
4   BY MR. OLSON:
5      Q.     You say that was a natural
6   reaction in this editorial. Right?
7      A.     Yes.
8      Q.     What did you mean by that?
9      A.     Gosh, I don't recall what it
10  was.
11     Q.     You understood why a producer
12  might think it would make sense to wait to
13  hear whether their customers wanted them to
14  implement the guidelines. Right?
15     A.     Yes.
16     Q.     And is it fair to say that the
17  gist of what you wrote to answer that
18  question is, look, the program has a phase-in
19  schedule, the first phase-in step will
20  provide an economic benefit to the
21  marketplace, why doesn't -- you know, I
22  recommend that everyone do that, we can see
23  how it goes and then decide whether it makes
24  sense to make more long-term plans?
25          MS. LEVINE: Object to the form

373

1         of the question. Compound.
2         Hypothetical.
3   BY MR. OLSON:
4      Q.     Is that a fair summary?
5      A.     At that point in time obviously
6   I'm -- I think this is a good program. And
7   I'm encouraging producers to adopt this
8   program because I do think it will improve
9   animal welfare of egg laying hens. And I
10  think we should get started now. We're also
11  saying that, you know, this is going to be
12  revisited, this 100 percent rule is going to
13  be revisited in October after you've had a
14  time to, you know, see what your customer's
15  thinking is.
16     Q.     And you make the point that
17  some -- you say some may think of this as
18  only a supply adjustment program. Right?
19     A.     Yes.
20     Q.     That's something that you
21  recognized at the time. Correct?
22     A.     Yes.
23     Q.     And one of the points you make
24  in that regard is, like other supply

374

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   adjustment programs, one of the problems is
3   those people who step forward and do it
4   suffer some cost. And the benefit that's
5   provided everyone receives and that's a
6   little bit unfair. Right?
7          MS. LEVINE: Object to the form
8      of the question. Compound. Calls for
9      a hypothetical. The answer, I think,
10     mischaracterizes the witness'
11     testimony.
12          THE WITNESS: That is a fact,
13     but let me extend that if you don't
14     mind just a little bit. That ever UEP
15     marketing committee supply
16     recommendation was as such a complete
17     failure because it never, ever
18     adjusted the flock size to accomplish
19     what was the intent. And this here I
20     think is the same example. It should
21     not be viewed as a supply adjustment
22     program.
23  BY MR. OLSON:
24     Q.     You say that that concern
25  shouldn't stop people from being committed to

375

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   the program because even if -- well, strike
3   that. Strike that.
4          Then you continue to say, "If
5   all the Industry were to follow the
6   guidelines through the first step...," and
7   when you say "the first step," that means the
8   first step of the cage space phase in.
9   Right?
10     A.     Yes, that does, but that -- but
11  what is going to happen is that as of June, I
12  believe it is, all the other guidelines for
13  beak trimming, handling, you know, all the
14  other guidelines other than space was going
15  to take effect on June 1st. The difficult
16  part was how do you do the phase in or the
17  increase space because that's going to mean
18  that we're going to need to take birds out of
19  existing houses and until we can build new
20  housing to make up for that, there is going
21  to be likely a price increase in eggs because
22  of that.
23     Q.     Right. You expected that once
24  the first step of the phase in was completed,
25  there would be flock size reduction.

14 (Pages 372 to 375)

376

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  Correct?
3         MS. LEVINE:  Object to the form
4    of the question.  Asked and answered.
5         THE WITNESS:  Using, you know,
6    just USDA statistics and my basic
7    knowledge of how things work, yes,
8    that would, and the reason being is
9    that you wouldn't have had time to
10   build new housing to make up for
11   those -- that number of birds.
12  BY MR. OLSON:
13      Q.    So you write to UEP members at
14  this time that the payback for making the
15  first step to a house average of 56 square
16  inches would be tremendous.  Right?
17         MS. LEVINE:  Object to the form
18   of the question.
19         THE WITNESS:  First of all, as I
20   note there, I am not an economist.
21   I'm just simply trying to provide an
22   example of what could happen.  Each
23   individual egg farmer would have to do
24   their own independent analysis of what
25   this was going to be.  I'm just trying

377

1       GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    to give you some basic understanding,
3    I think, of what could happen.
4  BY MR. OLSON:
5      Q.    But at the time when you wrote
6  to UEP members, you told them your view at
7  the time?
8      A.    Yes.
9      Q.    Was that the payback for making
10  the first step to 56 square inches is
11  tremendous.  Right?
12         MS. LEVINE:  Objection.
13         THE WITNESS:  That's what I
14   wrote, yes.
15  BY MR. OLSON:
16      Q.    What does payback mean?
17      A.    I think that the cost -- what I
18  was trying to say is, as I read this, I think
19  what I was trying to say is you are going to
20  incur a cost to do this, but that this
21  reduction of your number of hens would have
22  an effect upon price and you will probably
23  get a payback from that more than what the
24  cost to implement it was.
25      Q.    Now, if you look at the bottom,

378

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  there's the heading that says, "UEA ALLIED TO
3  HOLD ANNUAL MEETING."
4      A.    Yes, sir.
5      Q.    And it refers to "UEA Allied
6  Chairman, Terry Pollard..."  Do you know what
7  company he's with at that time?
8      A.    At that time I believe he was
9  with -- he's changed two or three times, but
10  I believe in those days -- do I have to try
11  to remember the series or do I -- is it
12  better if I'm on the record saying I don't
13  know at that time?
14      Q.    If you don't know, you don't
15  know.
16      A.    Well, because he changed --
17  he's changed work -- during a period of time
18  I know him, he's worked for three different
19  companies and trying to say in 2002 who he
20  worked for at that time, I don't want to be
21  incorrect.
22      Q.    Fair enough.  But this reports
23  that Mr. Pollard had invited all UEA Allied
24  members to participate in UEP's spring
25  legislative meeting.  Correct?

379

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      A.    Yes.
3      Q.    And that was something that was
4  Mr. Pollard's prerogative to do?
5      A.    Yes.
6      Q.    Okay.  You can put that aside.
7           - - -
8         (Exhibit Gregory-36, Producer
9    Committee for Animal Welfare March 26,
10   2002 Chicago, Illinois Minutes, Bates
11   UE0153419 - UE0153422, was marked for
12   identification.)
13          - - -
14  BY MR. OLSON:
15      Q.    Let me hand you what we've
16  marked as Gregory-36.  This document is Bates
17  stamped UE0153419 through 422.
18         I'll ask if you can identify it
19  as the minutes of a Producer Committee
20  meeting on March 26, 2002, as recorded by
21  you?
22      A.    It's so identified as that.
23      Q.    Now, from time to time you
24  would go to regional meetings of UEP members.
25  Correct?

380

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2     A.    By this time, in 1998, there
3  were no longer regionals.  But we now
4  identified this as simply areas.  And the way
5  our bylaws was set up was that we created
6  five areas for the purpose of nominations of
7  board members so that we had geographic
8  distribution across the country.  So, yes, I
9  would go to different areas of the country
10  and talk to producers.
11     Q.    Did you do that on an annual
12  basis?
13     A.    No.  I don't recall.  I don't
14  think so, but I don't recall.
15     Q.    All right.  If you could review
16  what's under the heading "Certified Company
17  Status."
18     A.    Yes.  (Reviewing document.)
19        Yes, I read it.
20     Q.    Now, you report there that the
21  number one concern that you had heard from
22  the area meetings was why did the certified
23  company status only apply to the shell egg
24  marketing side of the business.  Right?
25     A.    Yes.

381

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2     Q.    And you referred back to the
3  motion from the January board meeting that we
4  looked at earlier.  Right?
5     A.    Yes.
6     Q.    Now, are you -- when I asked
7  you about that motion earlier, you were
8  saying that your interpretation was that it
9  didn't just apply to the shell egg market
10  side of the business, but does this refresh
11  your recollection about that at all?
12     A.    Yes, I think by the fact that
13  that motion in January spoke about
14  producer/packer and what I had said to you
15  earlier, if we were developing this program
16  for all hens, regardless of market, but
17  because the motion didn't clearly state that
18  there was concern that what we had developed
19  was a motion that did not include those
20  people that were also breaking those eggs for
21  the eggs products market.  So there was
22  complaints going on amongst the industry that
23  there was a segment of the industry that was
24  going to be exempt from this program as such.
25     Q.    So what folks understood is

382

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  that so far the certified company status only
3  applied to people who were actually packing
4  shell eggs?
5        MS. LEVINE:  Object to the form
6     of the question.  Calls for a
7     hypothetical.
8        THE WITNESS:  I think that the
9     way the motion was written is that it
10     was not what the intention was and so
11     it left a misunderstanding, I think.
12  BY MR. OLSON:
13     Q.    And this concern you heard was
14  shell egg producers saying it's unfair that
15  it would only apply to us?
16        MS. LEVINE:  Object to the form
17     of the question.  Calls for a
18     hypothetical.
19        THE WITNESS:  That's what the
20     minutes here reflect.
21  BY MR. OLSON:
22     Q.    And then the minutes also
23  reflect that based upon that concern that had
24  been expressed to you, that you recommended
25  that the motion from the January board

383

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  meeting be changed.  Right?
3     A.    Yes.
4     Q.    And that that motion be changed
5  to require a commitment of meeting the
6  guidelines on 100 percent of company
7  facilities regardless of where or how the
8  eggs were marketed.  Right?
9     A.    Yes.
10     Q.    And then there was a motion and
11  it was voted on.  And this says that "The
12  100% commitment is intended to be inclusive
13  of all company entities, affiliates, etc."
14        Do you see that?
15     A.    Yes.
16     Q.    Where did that notion of it
17  applying to all company entities including
18  all affiliates, who did that arise from, do
19  you know?
20     A.    I don't recall.
21     Q.    And it says the "Motion carried
22  by a vote of 8 yes and 3 no."  Right?
23     A.    Yes.
24     Q.    Now, this -- these motions were
25  conducted with just a simple majority rule.

16  (Pages 380 to 383)

384

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1   Is that right?
2
3       A.    Yes.
4       Q.    So there are 11 members, if
5   it's a six to five vote, the motion carries?
6       A.    Yes.
7       Q.    All right.  Put that aside.
8                   - - -
9           (Exhibit Gregory-37, UEP Board
10      of Directors Conference Call April 3,
11      2002 Minutes, Bates UE0210657 &
12      UE0210658, was marked for
13      identification.)
14                  - - -
15  BY MR. OLSON:
16      Q.    Let me hand you what's been
17  marked as Gregory-37.  This document is Bates
18  stamped UE0210657 through 58.
19          I'll ask if you can identify
20  this as the UEP Board of Directors Minutes
21  recorded by you April 4, 2002.
22          MS. ANDERSON:  Could you read
23      the Bates number?
24          MR. OLSON:  UE0210657.
25          THE WITNESS:  I'm sorry, was

385

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2       there a question?
3   BY MR. OLSON:
4       Q.    Yeah.  Can you identify this as
5   the minutes?
6       A.    Yes.
7       Q.    Motion number 1 reflects the
8   motion now to the Board of Directors that we
9   just looked at.  Correct?
10      A.    Yes.
11      Q.    That motion carried with one no
12  vote.  Right?
13      A.    Yes.
14      Q.    Do you know who the one no vote
15  was?
16      A.    I do not.
17      Q.    And then you stated that the
18  issue would be reviewed at the UEP's annual
19  meeting.  Do you see that?
20      A.    Yes.
21      Q.    And at that time some
22  determination would be made?
23      A.    Yes.
24      Q.    Can you explain what that
25  determination was?

386

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2       A.    I think what I'm saying there,
3   that at that October meeting we were to
4   determine whether this 100 percent rule is
5   going to be inclusive of all the company and
6   its affiliates or whether it will be changed
7   to just a house or a complex.  In other
8   words, are we going to be humane to all
9   chickens or are we just going to be humane to
10  some and not others.
11      Q.    And motion -- motion number 2
12  references the audit system that was being
13  put into place and developed at this time.
14  Correct?
15      A.    Yes.
16      Q.    Were you involved in developing
17  the audit guidelines?
18      A.    What --
19      Q.    Well, there was an audit
20  committee.  Correct?
21      A.    We have an audit subcommittee
22  of producers that works with USDA and
23  Validus, who are the auditors.  What that
24  role is, is over the years that this program
25  had gone on, if there had been changes in our

387

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2   program as such, the changes that were made
3   in the molting programs and other things and
4   code, employee code of conduct and all the
5   changes that happened thereafter, as changes
6   on the basis of a year changed, the
7   guidelines changed, then our audit
8   subcommittee would want to make sure that
9   they -- those things got included in the
10  procedures that were ultimately written by
11  USDA and Validus.
12      Q.    But at this point --
13      A.    But at this point, no.  At this
14  point in time, what our producers, and I
15  don't know where this came from, what our
16  producers were trying to decide is, you know,
17  what constitutes, you know, how many points,
18  how many points do we do this and that, that
19  kind of thing.  So it's preliminary
20  discussions because the first audit
21  procedures had not been written yet, the
22  first audits had not taken place yet.
23      Q.    Right.  So at this point,
24  April 2002, around this time it's still the
25  UEP producers who are determining how many

17 (Pages 384 to 387)

388

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 points there will be, what's pass and what is
2 fail and how the points are added up. Right?
3 A.    At that point in time, yes.
4 Q.    And were you the UEP staff
5 member responsible for working with that
6 subcommittee?
7 A.    Yes.
8 Q.    And did you provide input into
9 the audit guidelines?
10 A.    I don't recall.
11 Q.    Motion 2 indicates that the
12 audit system that was approved was going to
13 have a 200 point scoring system. Right?
14 A.    Yes.
15 Q.    And for chicks hatched after
16 April 1, 2002, producer can pass with
17 140 points. Right?
18 A.    Yes.
19 Q.    So they could fail a number of
20 items and still pass. Right?
21 A.    At that point in time, yes.
22 Q.    And then after October 1, 2003,
23 they had to get at least 170 points to pass.
24 Right?

389

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 A.    Yes.
2 Q.    So they could still lose
3 30 points but pass. Right?
4 A.    Yes.
5 Q.    And then motion 2 also provides
6 that failure to meet the cage space allowance
7 would be an automatic failure. Correct?
8 A.    Yes.
9 Q.    Were there any other automatic
10 failures at that time?
11 A.    At that time, no.
12 Q.    You can put that aside.
13 Now, as in your role at UEP,
14 did you make an effort to communicate with
15 UEA members about the development of the
16 guidelines and what was occurring with regard
17 to the program?
18 A.    Yes.
19 Q.    And what did you do to make
20 that effort?
21 A.    Well, first of all, they are
22 receiving our United Voices newsletter.
23 Beyond that, I don't recall.
24 Q.    Do you recall hosting meetings

390

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 with the UEA divisions to discuss the
2 program?
3 A.    I don't recall that.
4 - - -
5 (Exhibit Gregory-38, UEA Further
6 Processors Animal Welfare Briefing
7 Breakfast Caesars Palace -- Las Vegas,
8 Nevada April 22, 2002 Minutes, Bates
9 MPS-00122892 & MPS-00122893, was
10 marked for identification.)
11 - - -
12 BY MR. OLSON:
13 Q.    Let me hand you what's been
14 marked as Gregory-38, which is Bates stamped
15 MPS-00122892 through 893.
16 I'll ask if you can identify
17 this as the minutes of a UEP further
18 processor briefing breakfast on April 22,
19 2002, as reported by you?
20 A.    That's what it so states, so
21 yeah.
22 Q.    And do you recall this briefing
23 breakfast?
24 A.    I do not.

391

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 Q.    Do you recall the purpose of
2 the breakfast?
3 A.    Well, this, again, is held
4 at -- in Las Vegas at the Urner Barry
5 conference that they hold annually, and it
6 has been kind of, maybe not always, but had
7 been kind of consistent that the UEA Further
8 Processor Group would have a meeting during
9 that correspondence.
10 Q.    Do you know it's in conjunction
11 with Urner Barry because of where it was held
12 and the time of year?
13 A.    Yes, it was held that way
14 because it was expected that a lot of these
15 people would be attending the Urner Barry
16 conference and so it was a way to coordinate
17 two things at one time.
18 Q.    And did UEP also hold meetings
19 in conjunction with the Urner Barry
20 conference?
21 A.    You know what, I don't think we
22 ever did, but I don't want to be caught
23 because my memory may not be good enough, but
24 I don't think we ever did.

18 (Pages 388 to 391)

**392**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  Q.    It's titled an "Annual Welfare
2  Briefing Breakfast." What does that refer
3  to?
4  A.    My quick scan of this is that
5  we are, again, at a point in time when there
6  is some confusion about who will the UEP
7  certified program apply to. There has been
8  some objection, as I would suspect, from some
9  of the people, some of our members that are
10  in the egg breaking business, and this is
11  providing them with an update on what's going
12  on and to have a dialogue about this.
13  Q.    You made a presentation at this
14  meeting about certain aspects of the program.
15  Correct?
16  A.    It says that I did a review of
17  the space allowance requirements.
18  Q.    And some other aspects?
19  A.    And some other aspects.
20  Q.    And President Al Pope made some
21  comments as well. Correct?
22  A.    Yes, he did.
23  Q.    And Chad Gregory says conducted
24  an open discussion of ideas or questions from

**393**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  the floor. Correct?
2  A.    Yes.
3  MS. LEVINE: Objection to the
4  form of the question. He's answering
5  as to what the document says.
6  THE WITNESS: That's what the
7  document states.
8  BY MR. OLSON:
9  Q.    And then it refers to some
10  motions that were made. Correct?
11  A.    I haven't read them yet, but I
12  will.
13  Q.    I'm just going to ask you about
14  one, the first one.
15  A.    Okay. Yes.
16  Q.    So it refers to a motion by a
17  Harold Cuter. Do you know who that is?
18  A.    Cutler.
19  Q.    Is it Cutler?
20  A.    Yeah. He is a -- he is a UEA
21  further processor member of the egg breaking
22  business, and I'm trying to remember the name
23  of his company. It was in Alabama.
24  Q.    If it comes to you, let us

**394**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  know. And that was seconded by --
2  A.    Cutler Egg Products I think is
3  what it is. I think that's what it is.
4  Q.    And it was seconded by a Blair
5  Van Zetten. Do you know what company he was
6  with?
7  A.    Blair Van Zetten is a UEA
8  further processor member, in Oskaloosa, Iowa.
9  The name of the company is Oskaloosa Food
10  Products. I may be -- I think that's right.
11  But it's Oskaloosa something.
12  Q.    And there was a motion that
13  they made to form a UEA committee to develop
14  discussion points and coordination of Animal
15  Husbandry Guidelines with the UEP. And it
16  says that motion carried. Correct?
17  A.    Yes.
18  Q.    Do you know what occurred next
19  with regard to that motion?
20  A.    I do not.
21  Q.    Put that aside.
22  - - -
23  (Exhibit Gregory-39, Animal
24  Welfare Committee Meeting January 21,

**395**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  2003 Atlanta, Georgia Minutes, Bates
2  UE0153366 - UE0153368, was marked for
3  identification.)
4  - - -
5  BY MR. OLSON:
6  Q.    Let me hand you what we've
7  marked as Gregory-39. This is a document
8  that's Bates stamped UE0153366 through 68.
9  I'll ask if you can identify it
10  as the minutes of an Animal Welfare Committee
11  meeting dated January 21, 2003 as reported by
12  you?
13  A.    Yes. It is the minutes, yes.
14  I have that.
15  Q.    If you'll just look at the very
16  end of the minutes, there's a heading that
17  says, "Backfill of Layer Houses."
18  A.    Yes.
19  Q.    Let me know when you've
20  reviewed that.
21  A.    Yes.
22  Q.    Basically what this says, that
23  some producers had come to you and asked
24  about the status of being allowed to backfill

396

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  houses.  Right?
3       A.    Yes.
4       Q.    And you reported that
5  backfilling was allowed so long as it didn't
6  result in there being more layers in the
7  house than were allowed under the space
8  allowance.  Right?
9       A.    Yes.
10      Q.    And you asked if anyone wanted
11  to speak to changing the policy.  Right?
12      A.    Yes.
13      Q.    And as you record, there are --
14  there were the committee members and then a
15  number of staffing guests at the -- at this
16  meeting.  Right?
17      A.    Yes.
18      Q.    And the minutes recorded that
19  no one recommended a change.  Correct?
20      A.    There would be changes made
21  later on to that issue, but at that time this
22  was something it was completely unexpected.
23  We didn't anticipate this and it was
24  addressed at a later time.
25      Q.    But at this --

397

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2       A.    Yes.
3       Q.    -- meeting no one spoke up and
4  recommended a change.  Correct?
5       A.    Right.  Because no one expected
6  this to happen.
7       Q.    No one expected what to happen?
8       A.    This backfilling of houses.
9       Q.    But you had -- you had been
10  told -- you had been contacted by people
11  presumably indicating their intent to do it.
12  Right?
13      A.    Yes.
14      Q.    You can put that aside.
15            - - -
16       (Exhibit Gregory-40, 2/3/03
17  Letter, Bates MPS-00123260 &
18  MPS-00123261, was marked for
19  identification.)
20            - - -
21  BY MR. OLSON:
22      Q.    Let me hand you what has been
23  marked as Gregory-40.
24       MS. LEVINE:  Mr. Gregory,
25  whenever you need a break, just let us

398

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  know.
3  BY MR. OLSON:
4       Q.    This document is Bates stamped
5  MPS-00123260 through 261, and I'll ask if you
6  can identify it as a memorandum you sent to
7  animal care certified companies on
8  February 3, 2003.
9       A.    Yes.
10      Q.    And you -- let me just ask you
11  this:  Sometimes I see a reference to animal
12  care, and I know that was the name of the
13  program at this time and then sometimes the
14  committee is referred to as the Animal
15  Welfare Committee.  Do those terms mean the
16  same thing to you?
17      A.    They do.  We called the program
18  at that time Animal Care Certified.  We --
19  but the committee was -- should have been and
20  always should have been Animal Welfare
21  Committee.
22      Q.    Who came up with the name
23  Animal Care Certified?
24      A.    It all began with us asking
25  American Egg Board to do a -- conduct a

399

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  survey, and they were provided with several
3  different names as to what would be the
4  most -- through this consumer survey, what
5  would be the most -- the one gaining the most
6  preference.  And the results of that AEB
7  survey and who they had to do the survey, I
8  don't know that, but asked AEB to fund that
9  survey.  Anyway, the results of that survey
10  is that, as I recall, it strongly came back
11  in favor of the name Animal Care Certified.
12      Q.    So yesterday we saw a reference
13  to AEB providing some financial funding for
14  the program.  Is that what you're referring
15  to?
16      A.    That was one, there may have
17  been others, yes.
18      Q.    So as a survey of consumers to
19  help determine what to name the program?
20      A.    Uh-huh.
21      Q.    And do you know what the -- how
22  the survey was conducted?
23      A.    I do not.
24      Q.    Who at UEP would know most
25  about how that survey was conducted?

**400**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      A.   I would if --
3      Q.   You.  Okay.  Do you know where
4  we would find any records about that survey?
5  For example, the survey itself?
6      A.   Gosh.  My gosh.  That's been
7  too many years ago for me, so I don't know.
8      Q.   And why did AEB survey
9  consumers?
10     A.   There's a difference between
11 UEP and AEB.  UEP is dealing on the
12 production side of the business and the
13 problems with the production side of the
14 business.  AEB is in the business of
15 promoting and research of the egg itself.  So
16 they are the ones that deals with consumers,
17 have all these years and we've tried to
18 respect that division.  So they're the ones
19 dealing with the consumers and they have PR
20 and advertising agencies that work for AEB.
21 So I suspect one of them did this, but I --
22 see, I don't know.
23     Q.   So AEB conducted this survey
24 and reported back to you that consumers like
25 the term animal care best?

**401**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      A.   Yes.
3      Q.   And that's why the term was
4  adopted for the program?
5      A.   Yes.  And then from that, we --
6  when we created the logo with the Animal Care
7  Certified on it, all the -- all labeling of
8  and logos of the egg industry has to -- is
9  approved by USDA and FDA, and they gave
10 approval for the use of this logo.
11     Q.   When you used the logo and when
12 you called the program an Animal Care
13 Program, what were you meaning to communicate
14 by using that terminology?
15     A.   Well, you know, honestly when
16 we first got this thing started, we didn't
17 view this -- our customer, the egg farmer's
18 customer is the retailer or the ingredient
19 user.  All we're trying to do is to
20 communicate to our customer that you made an
21 order to purchase Animal Care Certified eggs
22 this period of time, it was a way to verify
23 that what you had ordered is what you
24 actually received.  And if you want me to go
25 on, then after having a complaint filed with

**402**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  the Better Business Bureau over that name --
3      Q.   Let's hold off on that for a
4  moment.  I mean when you called it animal
5  care and you stamped that on the logo and you
6  wrote about it in United Voices and called it
7  animal care, what did you mean to communicate
8  by those words, animal care?  What did UEP
9  mean to communicate by that?
10     A.   That this was eggs being
11 produced by an egg farmer following the
12 science-based guidelines and the program that
13 UEP developed.
14     Q.   And that's it?
15     A.   That's all I can think of now.
16     Q.   All right.  So --
17     A.   Thanks for giving me the chance
18 to talk, though.  But I can't fill in this
19 time.
20     Q.   So let's look at Exhibit 40
21 which you're reporting to the certified
22 companies.
23     A.   Exhibit you say 4?
24     Q.   Exhibit 40, the one in front of
25 you.

**403**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      A.   Yes, okay.
3      Q.   And have you reviewed this?
4      A.   No, I have not yet.
5      Q.   Please just briefly review it.
6      A.   (Reviewing document.)
7           Okay.  I read it.
8      Q.   I'd like to look at point 5.
9  You reference that you had heard that some
10 customers were unwilling to pay increased
11 cost for eggs that met the guidelines.
12 Right?
13     A.   Yes.
14     Q.   You say, "We still recommend
15 that you only put the Animal Care Certified
16 logo on the cartons of companies willing to
17 pay the costs."
18          Do you see that?
19     A.   I see that.
20     Q.   What was the reason for that
21 recommendation?
22     A.   Of course all that changed
23 later on, but at that time this is -- we're
24 early in the program again, and it's --
25 retail market is always wanting you to do

**404**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    things and not pass on costs. They want you
2    to implement the SQF food. They want you to
3    implement the USDA program. They want you to
4    implement the animal welfare. They want you
5    to do all these things, but I'm not going to
6    pay for it. So this is, I think, what is
7    going on at that time and so what I'm saying
8    at that time, you know, this is not a full
9    blown program that we're really into yet at
10   this point in time. So what I'm writing
11   about at that time, okay, if your customer
12   doesn't want you to pay for UEP certified
13   eggs, then don't put that logo on that
14   carton. Even though the eggs you're
15   producing is doing so, don't give them the
16   opportunity to have that logo.
17       Q.    Don't give them the benefit of
18   having the logo on their eggs. Right?
19       A.    Right.
20       Q.    Because consumers will see that
21   logo and might think that it meant the eggs
22   had some benefit?
23       A.    Right. Yes. Possibly.
24       Q.    And you conclude by saying,

**405**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    "You should not get discouraged." And you
2    say, "...the flock reduction that has begun
3    to take effect...," you're referring to the
4    flock reduction resulting from the hens being
5    committed to the program. Right?
6        MS. LEVINE:    Objection to the
7        form of the question.
8        THE WITNESS:    It was -- yeah, it
9        was anticipated that we're going to go
10       through periods of time as this thing
11       goes on, that there will be periods of
12       time that we cannot build enough new
13       housing to make up for that loss and
14       these individual houses. So there
15       will be cycles as we go through this
16       thing, but the ultimate goal, and it
17       actually happened, is that by the time
18       we complete this program, that there
19       will not have been any market
20       disruption or any unnecessary price
21       increase because -- and that we will
22       eventually wind up with the same
23       number or more hens than we started.
24   BY MR. OLSON:

**406**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1        Q.    What you write here to the
2    members is "...egg prices have and will
3    continue to reflect the impact of these
4    welfare guidelines." That's what you wrote.
5    Right?
6        MS. LEVINE:    Objection. Asked
7        and answered.
8        THE WITNESS:    I wrote that, but
9        there's lots of factors that impact
10       the egg price. And there was -- that
11       would be not the only thing, there
12       would be other things that would have
13       it, but it's a possibility that this
14       welfare program could have a part of
15       that.
16   BY MR. OLSON:
17       Q.    And when you say they have --
18   the egg prices have and will continue to
19   reflect the impact of these welfare
20   guidelines, you mean -- you meant at this
21   time --
22       A.    Yes.
23       Q.    -- that egg prices would
24   reflect that in the form of going up. Right?

**407**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1        MS. LEVINE:    Objection. Asked
2        and answered several times now.
3        THE WITNESS:    Please understand
4        at that time we're trying to be as
5        positive as we can about the program.
6        We're trying to promote the program.
7        We're trying to tell people that --
8        you know, I'm trying to use reasons to
9        say that it's worthwhile. Now, I'm
10       not an economist. So whether that
11       legitimately happened or not, I don't
12       know. What I'm trying to be is a
13       salesman at that point in time.
14   BY MR. OLSON:
15       Q.    My question is maybe even more
16   basic. It's when you say egg prices will
17   reflect the impact of the guidelines, you
18   mean the prices will reflect that by going
19   up --
20       MS. LEVINE:    Objection to the
21       form --
22   BY MR. OLSON:
23       Q.    -- as opposed to down?
24       MS. LEVINE:    Objection to the

408

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  form of the question. Asked and
2  answered several times now.
3          THE WITNESS: So that would be
4  my anticipation, yes.
5              - - -
6          (Exhibit Gregory-41, 6/4/03
7  United Voices, Bates UE0136174 -
8  UE0136177, was marked for
9  identification.)
10             - - -
11 BY MR. OLSON:
12     Q.    Let me hand you what's been
13 marked as Gregory-41. This is a document
14 Bates stamped UE0136174 through 177.
15         Now, do you recall what was
16 happening with egg prices in the spring of
17 2003?
18     A.    No, unless I go back and look
19 at a graph or a chart or something, I don't
20 have a recall for particular dates.
21     Q.    First of all, can you identify
22 this as a United Voices publication you
23 edited from June 4, 2003?
24     A.    Yes.

409

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1     Q.    On the first page at the second
2  half it says, "Layer Inventory Shows
3  Promising Sign."
4     A.    Yes.
5     Q.    And it was promising because
6  layer inventory was lower. Correct?
7     A.    Yes.
8     Q.    At the bottom, you wrote "The
9  hatch reduction, to meet the space allowance
10 guidelines of the Animal Care Certified
11 Program are beginning to show egg market
12 value improvements." Right?
13     A.    Yes.
14     Q.    "This trend should continue."
15 Correct?
16     A.    Yes.
17     Q.    That was your view at the time.
18 Right?
19     A.    That was my hope. It didn't
20 turn out to be that way, but that was my hope
21 at the time. The industry nearly went
22 bankrupt in 2005 and 2006 because we built
23 housing too quickly and we flooded the market
24 with eggs.

410

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1     Q.    But that was your hope and
2  expectation at this time. Correct?
3          MS. LEVINE: Objection to the
4  form of the question. Asked and
5  answered just now.
6          THE WITNESS: I think I
7  anticipated that there was going to be
8  problems, but at this point in time,
9  I'm not trying to discourage people
10 from joining the program. Again, I'm
11 trying to be a salesman.
12 BY MR. OLSON:
13     Q.    On page 2, there's a reference
14 to producers who lead the animal welfare
15 movement.
16     A.    Yes.
17     Q.    And in the second paragraph you
18 reference Barrie Wilcox. Do you see that?
19     A.    Yes.
20     Q.    You say "...was the first
21 Committee Chairman..." Right?
22     A.    Yes. Yes.
23     Q.    "...and was very involved with
24 the Scientific Advisory Committee..."

411

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1     A.    Yes.
2     Q.    True statement?
3     A.    Yes.
4     Q.    Now let's look at page 4. In
5  the middle of page 4 it references "May's
6  Prices Best in Many Years." Do you see that?
7     A.    Yes.
8     Q.    Does that refresh your
9  recollection about what egg prices were doing
10 at this time?
11     A.    I would have to read it to --
12     Q.    Please do.
13     A.    At this point not having --
14 (reviewing document.)
15         I've read it.
16     Q.    Does that refresh your
17 recollection about what prices were doing at
18 this time?
19     A.    I will have to accept this for
20 what it says.
21     Q.    What this indicates is that egg
22 prices were some of the best they had been in
23 many years. Correct?
24     A.    It does.

23 (Pages 408 to 411)

412

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    And you attribute that to
3    "Reduced pullet hatch finally making an
4    impact upon supplies."  Correct?
5        A.    Yes.
6        Q.    "USEM exports reducing supplies
7    at critical times."  Correct?
8        A.    Yes.
9        Q.    And the "Animal Care Certified
10   program beginning to work like many had
11   projected."  Correct?
12       A.    Yes.
13       Q.    Do you know who you were
14   referring to when you referred to many
15   projecting that?
16       A.    Ask the question again.
17       Q.    When you say "many had
18   projected," do you know who you're referring
19   to?
20       A.    No, I do not.  Understand, I
21   think that we would have to look at this as
22   we have -- we are -- we are coming -- we're
23   trying to come out of a very disastrous
24   period of time when the industry was
25   losing lots of money.

413

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    Okay.  You can put that aside.
3              - - -
4        (Exhibit Gregory-42, 7/17/03
5    United Voices, Bates UE0071388 -
6    UE0071391, was marked for identification.
7              - - -
8    BY MR. OLSON:
9        Q.    Let me hand you what's been
10   marked Gregory-42.  This is Bates stamped
11   UE0071388 through 71391.
12       A.    Yes.
13       Q.    I'll ask -- I'll ask if you can
14   identify it as the United Voices you edited
15   from July 17, 2003?
16       A.    Yes.
17       Q.    The first sentence indicates
18   that "The first announcement of UEP's Annual
19   Meeting & Executive Conference is now being
20   mailed to all UEP/UEA members and friends."
21   Right?
22       A.    Yes.
23       Q.    So UEA members and all the
24   divisions of UEA were informed when UEP would
25   hold its annual meeting & executive

414

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    conference.  Right?
3        A.    Yes.
4        Q.    They're invited to attend?
5        A.    Yes.
6        Q.    And there's a reference there
7    to "...enjoyable social events."  What type
8    of social events would occur in conjunction
9    with these meetings?
10       A.    Normally at this annual meeting
11   we had a golf tournament, just banquets and
12   those kind of things.  I think that's the
13   extent of it.
14       Q.    At UEP meetings, were there
15   warnings provided by lawyers about the types
16   of communications that could occur as a rule?
17           MS. LEVINE:  Mr. Gregory, do not
18       reveal any communications with your
19       counsel requesting advice or giving
20       advice.  If there are public
21       announcements by lawyers, that is the
22       question.
23           THE WITNESS:  Again, this is
24       July 2003.  That's nearly ten years
25       ago.  I don't recall any of that

415

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    happening.
3    BY MR. OLSON:
4        Q.    Was there a time more recently
5    when UEP put into place a practice of having
6    a lawyer at the meeting publicly giving some
7    advice or warnings about the types of
8    communications that could occur?
9            MS. LEVINE:  Mr. Gregory, you
10       may answer that question if that is so
11       and any of such communications happen
12       in a public meeting that is beyond the
13       members of UEP.
14           THE WITNESS:  For the past few
15       years we have had a statement in the
16       meeting folders and communicated
17       verbally about what the subjects
18       will -- this meeting will not contain
19       certain subjects and who may and who
20       may not attend certain meetings and
21       those kind of things.
22   BY MR. OLSON:
23       Q.    When was that put into place?
24       A.    It was put in place probably --
25   sometime after this lawsuit was filed.  And I

24 (Pages 412 to 415)

416

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   don't know whether it was put in place in
3   October -- I don't know if it was put in
4   place at our annual meeting in October or
5   whether it was at our January meeting, I
6   don't recall.
7        MS. LEVINE:  What year,
8   Mr. Gregory?
9        THE WITNESS:  I'm sorry.  2008
10   or 2009.
11   BY MR. OLSON:
12        Q.    And who is the person, just the
13   name of the person who or persons who
14   communicates that verbally?
15        A.    Am I allowed to say the name?
16        MS. LEVINE:  The name of the
17        lawyer that stands up at any point in
18        time in a public meeting, you may
19        state.
20        THE WITNESS:  Initially when we
21        put this in place, the name of the
22        lawyer was Nowell Berreth.  And not
23        long after that we changed to Randon
24        Wilson.
25   BY MR. OLSON:

417

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    Is Mr. Berreth with the Brann &
3   Isaacson firm?
4        A.    No, he's with -- in Atlanta.
5   Oh, God, isn't that terrible.  I paid him so
6   much money, I can't remember -- should be
7   able to remember the name.  Help me here.
8        Q.    That's okay.  We'll find it out
9   later.  That's fine.
10        Mr. Wilson, do you recall what
11   firm he's with?
12        A.    Its name, Jones Waldo.  It's
13   out of Salt Lake City, Utah.
14        Q.    Why did you make the change?
15        MS. LEVINE:  Objection to the
16        form of the question.  I believe the
17        question calls for legal advice.
18        MR. OLSON:  Fine.  We'll
19        consider that.
20   BY MR. OLSON:
21        Q.    So this -- let's look at the
22   United Voices July 17, 2003.  You -- if you
23   turn to the last page, there's a heading
24   titled, "Word of Caution."
25        A.    Yes.

418

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    And those are your words.
3   Correct?
4        A.    It is my words, and I'd like to
5   explain.
6        Q.    Let me ask you a question about
7   the first page of the document.  Back to the
8   first page.  There's a heading that says,
9   "Wegmans' Animal Care Certified Program."
10        A.    Yes.
11        Q.    Who is Wegmans?
12        A.    Wegmans is a grocery chain
13   that's headquartered in -- I can't remember
14   the city in New York.
15        Q.    Wolcott?
16        A.    No.  They're -- they owned an
17   egg farm I think with about 600,000 laying
18   hens that was located at Wolcott, New York,
19   but I can't recall the headquarters city of
20   Wegmans is what I'm saying.
21        Q.    Was Wegmans a UEP member?
22        A.    No, they were a UEA
23   producer/packer member, as I recall.
24        Q.    To your knowledge, do you know
25   why Wegmans was a UEA member as opposed to a

419

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   UEP member?
3        A.    I don't recall the reason.  I
4   think -- but I believe it was at their
5   request.
6        Q.    And who is Jason Wadsworth?
7        A.    He was -- he was -- his -- he
8   and his father Andy Wadsworth were the
9   managers or such of the egg farm, and Jason
10   was the one particularly heading up the
11   Animal -- their Animal Welfare Program.
12        Q.    Did Mr. Wadsworth play any role
13   on any committees at UEP or UEA, to your
14   knowledge?
15        A.    I don't recall.
16        Q.    Okay.  You can put that aside.
17        Now, you -- do you recall the
18   time, you referenced it, I believe, when the
19   National Advertising Division of the Council
20   for Better Business Bureau considered a
21   petition with regard to the Animal Care
22   Program?
23        A.    Yes.
24        Q.    What was your role at UEP with
25   regard to the proceedings before what I'll

**420**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   refer to as NAD?
3        A.    I was the person working with
4   our counsel and made our response known and
5   presented our case.
6        Q.    Would you -- strike that.
7             And your counsel is Brann &
8   Isaacson. Correct?
9        A.    It was yes.
10       Q.    The counsel you just referred
11  to -- sorry to interrupt. But the counsel
12  you just referred to was Brann & Isaacson.
13  Correct?
14       A.    Yes.
15       Q.    And you worked with Brann &
16  Isaacson -- strike that. You already said
17  that.
18             Brann & Isaacson made some
19  written submissions as part of this process.
20  Correct?
21       A.    I don't recall, but that's a
22  possibility, yes.
23       Q.    Do you recall whether you gave
24  input into any written submissions by Brann &
25  Isaacson?

**421**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        MS. LEVINE:  Object to the form
3   of the question.
4        THE WITNESS:  Again, I don't --
5   I don't recall.
6             -  -  -
7        (Exhibit Gregory-43, 7/23/03
8   Letter, Bates NL003518 - NL003526, was
9   marked for identification.)
10            -  -  -
11  BY MR. OLSON:
12       Q.    Let me hand you what we've
13  marked Gregory-43. Why don't you -- well,
14  first all, identify this as NL003518 through
15  3526. And I'll ask if you can review the
16  cover letter as one that you wrote on
17  July 23, 2003, to all Animal Care Certified
18  companies?
19       A.    Yes.
20       Q.    And you're reporting on the
21  petition that had been filed by a group
22  called Compassion Over Killing with the NAD.
23  Correct?
24       A.    Yes.
25       Q.    Do you have an understanding of

**422**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   what the National Advertising Division of the
3   Council for Better Business Bureau is and
4   what it does?
5        A.    Up until that time, I had very
6   little understanding of what it was.
7        Q.    But based on your experience in
8   this process, what is your understanding of
9   what that division does?
10       A.    Other than the case with us, I
11  don't know.
12       Q.    All right. So you report to
13  the members that you say, "We wrote a summary
14  for our attorney so that they might write a
15  letter of response."
16       A.    Yes.
17       Q.    And if you look at the
18  attachment, the first attachment is that
19  summary that you are referencing. Correct?
20  You know, why don't --
21       A.    Yes. Okay.
22       Q.    Why don't you -- it looks like
23  you reviewed that. Why don't you briefly
24  review the entire document. But we're only
25  going to look at some specific portions.

**423**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        A.    I mean, if you want to go ahead
3   and ask me specific portions --
4        MR. OLSON:  Well, the thing is
5        we have to change the tape so why
6        don't we take a break. It's a good
7        time for a break anyway.
8        THE WITNESS:  Okay.
9        MS. LEVINE:  We're going to take
10       a break. You can -- Gene, you do need
11       a break. We've been going an hour and
12       40 minutes. You can read that
13       document when we come back on the
14       record. Okay?
15       THE WITNESS:  Okay.
16       VIDEOGRAPHER:  The time is
17       approximately 10:38 a.m. This ends
18       tape one, volume two. We're now off
19       the record.
20            -  -  -
21       (A recess was taken.)
22            -  -  -
23       VIDEOGRAPHER:  The time is
24       approximately 10:54 a.m. This begins
25       tape two, volume two. We're back on

26  (Pages 420 to 423)

**424**

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  the record.
3  BY MR. OLSON:
4      Q.   Mr. Gregory, we were discussing
5  Gregory-43.  Now, this contains two
6  attachments, the first are some materials
7  that UEP had provided to UEP's attorney so
8  UEP's attorney could draft a letter of
9  response to the petition.  Correct?
10     A.   Yes.
11     Q.   Were you involved in drafting
12 these points provided to UEP's attorney?
13     A.   Yes.
14     Q.   Was anyone else from UEP
15 involved in that?
16     A.   I don't recall.
17     Q.   There's a heading that says,
18 "UEP Is Not Guilty of False Advertising
19 Because."
20          Do you see that?
21     A.   Yes.
22     Q.   And number 2 says, "The Animal
23 Care Certified logo does not state or imply
24 that these eggs are better than eggs marketed
25 without the logo."

**425**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2          Do you see that?
3      A.   Yes.
4      Q.   That was your view at the time.
5  Correct?
6      A.   Yes.
7      Q.   And it continues to say, "The
8  logo simply identifies that these eggs were
9  produced by a company implementing the UEP
10 guidelines."  Right?
11     A.   Yes.
12     Q.   That was your view on what the
13 logo communicated at the time.  Correct?
14     A.   Yes.
15     Q.   Now, if you look to the page
16 that ends in 3521, there's a point number 4.
17     A.   Okay.
18     Q.   It says, "A committee of
19 producers was formed for the purposes of
20 taking the scientific recommendations and
21 creating a set of Husbandry Guidelines."
22 Right?
23     A.   Yes.
24     Q.   And then it says, "The producer
25 committee went beyond the voluntary

**426**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  program...," et cetera, and "...required an
3  egg production company to implement the
4  guidelines on 100% of their production
5  facilities regardless of where and how eggs
6  were marketed."  Right?
7      A.   Yes.
8      Q.   That 100 percent rule, that
9  only required -- that only applies to the
10 cage space aspect.  Correct?
11     A.   No, no, no.  No, that's not
12 correct.
13     Q.   Well, a company could -- did
14 not -- strike that.
15          The company could pass the
16 audit and be certified even if it didn't
17 follow all the beak trimming recommendations
18 on all of its facilities.  Correct?
19          MS. LEVINE:  Objection.
20 Mischaracterizes what the witness
21 testified to.
22          THE WITNESS:  What this is
23 stating up to this time is that it had
24 previously been a voluntary program
25 and that you could do this when you

**427**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  wanted to, you could do this on
3  individual houses if you wanted to,
4  that kind of thing.  By the time we
5  had developed the program, if you now
6  wanted to market those things as
7  Animal Care Certified or use the
8  Animal Care Certified logo, that was a
9  reflection upon your business, not
10 individual houses or not individual
11 chickens.
12          So if you wanted to use that
13 label or that logo, then you were
14 going to have to implement all of the
15 guidelines on 100 percent of all of
16 your layers.  And it was still
17 voluntary because if you -- you could
18 steal these guidelines, you could do
19 these guidelines on your own if you
20 wanted to, any part of them if you
21 wanted to of your own business if you
22 wanted to, but if you wanted to use
23 this logo or you wanted to tell your
24 consumer, your customer that you were
25 an Animal Care Certified company, you

**27 (Pages 424 to 427)**

**428**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  had to do it on 100 percent of your
2  facilities.
3
4  BY MR. OLSON:
5      Q.    But it's just not true that you
6  had to implement all of the recommendations
7  on all of your facilities.  Right?
8          MS. LEVINE:  Object to the form
9      of the question.  Asked and answered.
10         THE WITNESS:  That's -- the
11     audit is to audit what you are doing
12     and there are -- the goal is for you
13     to do everything that's in this
14     program.
15 BY MR. OLSON:
16     Q.    Right, but --
17     A.    You can, as you have -- are
18 trying to allude to, you can pass an audit if
19 there is -- if you miss -- if you fail
20 points.  Now, today the program requires you
21 to get 185 points out of 200, and if you
22 aren't real careful, you're going to fail
23 that audit, so you better pay attention to
24 everything.
25     Q.    Well, at this time, though, the

**429**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  requirement that you implement the guidelines
2  100 percent of your production facilities,
3  that really only applied to the cage space
4  rule?
5      A.    No.
6      Q.    You could pass the audit and be
7  certified --
8      A.    That is separate, this is
9  different because I told you earlier that the
10 guidelines for the -- all aspects other than
11 the cage space went into effect June 1, 2002,
12 and you were expected to follow the
13 guidelines.  The audit procedures and the
14 audit guidelines were set up were as a point
15 scoring system so you could fail some things
16 and still pass the audit.
17     Q.    You might have been expected to
18 do things, but you weren't required to?
19         MS. LEVINE:  Objection.  Asked
20     and answered several times.  You can
21     answer.
22         THE WITNESS:  You're, again,
23     bothering me with nitpicking something
24     that I have tried to answer two or

**430**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  three times already.
2      Q.    Well, let's just make sure
3  we're clear.  For example, the beak trimming
4  rules, a company could simply disregard those
5  on some of their production facilities, they
6  might lose some points, but they'd still pass
7  the audit.  That could happen.  Right?
8          MS. LEVINE:  Objection.  Asked
9      and answered.  Asked and answered.
10         THE WITNESS:  The audit would
11     identify that you did not sufficiently
12     meet that guideline.
13 BY MR. OLSON:
14     Q.    But you would still be
15 certified?
16     A.    At that point in time you
17 could.  But...
18     Q.    So let's look at the next
19 attachment which is dated July 14, 2003.
20     A.    Let me explain to you a little
21 bit here.  You see, when this thing went into
22 effect, you already have pullets that are
23 being grown that have already been beak

**431**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  trimmed or something.  You have laying hens
2  that's already in the house that may be
3  molted different than the program requires
4  and that kind of thing, so there are things
5  that you cannot correct because they've
6  already been done.  And so here we're -- we
7  are -- that's the reason for the 140, and
8  170, and 185 points is that you cannot
9  correct some things that have already been
10 done to flocks.  You can only do things from
11 that point forward.  That's right.
12     Q.    The second attachment is on
13 Brann & Isaacson letterhead.  And this is the
14 response that was submitted to the director
15 of the National Advertising Division on
16 July 14, 2003.  Correct?
17     A.    Yes.
18     Q.    Seeing this now, does it
19 refresh your recollection about whether you
20 reviewed this before it was submitted?
21     A.    I don't know that I reviewed.
22 I attended the meeting with Brann & Isaacson
23 and so whether I reviewed it prior or not, I
24 don't know.  But it stands on what it is.

**28 (Pages 428 to 431)**

432

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2    Q.    But in your role at UEP with
3  regard to this proceeding, would you expect
4  that you would have reviewed what your
5  attorneys drafted before it was submitted?
6    A.    That would be the -- that would
7  be the normal practice, but what I'm saying
8  to you today, that is nearly ten years ago
9  and I don't recall whether I did or not.
10   Q.    I understand. But doing so
11 would be consistent with your normal
12 practice. Correct?
13   A.    Yes.
14   Q.    And here you are distributing
15 it to UEP members, and by that time certainly
16 you had reviewed it. Correct?
17       MS. LEVINE: Objection to the
18       form of the question. Asked and
19       answered several times now.
20       THE WITNESS: That should have
21       been, yes, the case.
22 BY MR. OLSON:
23   Q.    So the first page of this Brann
24 & Isaacson submission there's a heading that
25 says, "Factual Background."

433

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    A.    Uh-huh.
3    Q.    And the first sentence says,
4  "UEP is an egg industry trade association
5  representing a majority of egg producers
6  nationwide." Correct?
7    A.    Yes.
8    Q.    True statement?
9    A.    No.
10   Q.    Let's turn the page to the
11 third page of the submission that says,
12 "False Advertising and Misrepresentation."
13   A.    Yes.
14   Q.    There's an opening paragraph
15 that starts "As an initial matter…"
16       Do you see that?
17   A.    Uh-huh. Yes.
18   Q.    The concluding sentence of that
19 paragraph says, "UEP is a
20 trade organization -- it does not sell eggs
21 to consumers."
22       Do you see that?
23   A.    Yes.
24   Q.    True statement?
25   A.    No.

434

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    Q.    Did UEP make other false
3  statements to the National Advertising
4  Division, to your knowledge?
5       MS. LEVINE: Objection to the
6       form of the question. Objection to
7       mischaracterizing.
8       MR. OLSON: What am I
9       mischaracterizing?
10       MS. LEVINE: That UEP made a
11       false statement. That's your opinion,
12       certainly not Mr. Gregory's.
13 BY MR. OLSON:
14   Q.    Is that your opinion, did UEP
15 make a false statement?
16   A.    Again, that was ten years ago.
17 Would never have been an intent to make a
18 false statement. If a false statement was
19 made --
20   Q.    I thought you just told us it
21 was made. Was I wrong?
22   A.    Say that again.
23   Q.    I thought you just testified
24 that these statements made in the submission
25 to the National Advertising Division were

435

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  false?
3    A.    They're false in the fact that
4  he's using the terminology of a trade
5  association instead of having said a
6  cooperative.
7    Q.    So my question is, are you
8  aware of any other false statements that UEP
9  made to the National Advertising Division?
10       MS. LEVINE: Objection to
11       mischaracterizing the witness'
12       testimony.
13       THE WITNESS: I am not.
14 BY MR. OLSON:
15   Q.    If you look back to your points
16 that you had provided to your attorneys,
17 under the heading "UEP Is Not Guilty of False
18 Advertising Because," there's a point 1 that
19 says "UEP has not paid for advertising in any
20 public manner."
21       Do you see that?
22   A.    Yes.
23   Q.    Is that a true statement?
24   A.    Yes. It was at that time
25 anyway.

29 (Pages 432 to 435)

436

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    Q.    As of that time?
3    A.    Yeah.
4    Q.    Okay, you can put that aside.
5                      - - -
6         (Exhibit Gregory-44, 8/27/03
7    United Voices, Bates UE0875279 -
8    UE075289, was marked for identification.)
9                      - - -
10   BY MR. OLSON:
11   Q.    Let me hand you what we've
12   marked Gregory-44.
13   A.    Do I ever get to tell you the
14   real story about the Better Business Bureau
15   and how it all turned out?
16   Q.    Absolutely.
17   A.    Do you? Okay. Good. Because
18   it's a good story. And we made good changes
19   because of that.
20   Q.    Because you stopped calling it
21   an Animal Care Program. Right?
22        MS. LEVINE: Objection to the
23   form of the question.
24        THE WITNESS: Not necessarily
25   that.

437

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    BY MR. OLSON:
3    Q.    That's the change you made.
4    Right?
5    A.    What we did, we appealed the
6    Better Business Bureau ruling. And the
7    reason why we appealed it, it was quickly
8    determined when we attended that meeting that
9    the Better Business Bureau had a lawyer
10   representing them who was a real animal
11   activist and was in support of Compassion
12   Over Killing because of his belief in the
13   animal activist movement. We recognized that
14   very quickly and determined very quickly that
15   we were not going to win at this level. So
16   we paid $1,000 and appealed it, and appealed
17   that ruling before their -- I forget what the
18   panel is.
19   Q.    NARB?
20   A.    Yes, I think that's right.
21   Went to New York City, I believe it was. And
22   in that -- in our appeal we had I thought
23   some really fair minded business people that
24   served on that review board. Again, the
25   animal activist lawyer for Better Business

438

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    Bureau showed his colors. In the end,
3    and I can't quote exactly, but in the end the
4    Review Board said that this logo could be
5    misleading to some consumers because we had
6    done nothing to educate consumers. And while
7    this was not necessarily a reason to find
8    that the logo was in fault, but they thought
9    that if we wanted to use a logo, that we
10   should have a logo that had a reference to
11   where these guidelines were at and that we
12   should have a Web site where consumers could
13   go to to get information. By the time we got
14   back to writing the Better Business Bureau
15   Review Board a letter saying we agree with
16   your review and the answers you provided, and
17   we are going to make these changes, by the
18   time they got the letter, their animal
19   activist lawyer had already sent a complaint
20   to the Federal Trade Commission. And we
21   willingly went to the Federal Trade
22   Commission and had good meetings with the
23   Federal Trade Commission and said we
24   understand that the Better Business Bureau
25   Review Panel has made some good

439

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    recommendations, and we're willing to make a
3    change in the name of the program, we're
4    willing to do all kinds of things. And
5    through a period of meetings with the Federal
6    Trade Commission, we reached an agreement
7    which I think resulted in a much better
8    communication. While it had never been
9    viewed before as a consumer logo, now we
10   understood that it needed to be a consumer
11   logo and we made changes which I think were
12   good changes. And while it was irritating to
13   have to go through all of this, I would at
14   this point in time thank the Compassion Over
15   Killing for having challenged us and caused
16   us to make changes.
17   Q.    And the change UEP agreed to
18   make to resolve the investigation by the
19   United States Federal Trade Commission
20   involved no longer calling the program an
21   Animal Care Program. Right?
22   A.    Yes. Yes.
23   Q.    And that was a good change.
24   Right?
25   A.    Yes.

30 (Pages 436 to 439)

**440**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.    Now, I've handed you what's
3  been marked Gregory Exhibit 44.  It's Bates
4  stamp UE0875279 through 89.  I'll ask if you
5  can identify it as a United Voices
6  publication you edited dated August 27, 2003?
7      A.    Yes.
8      Q.    Let's just look at page 4,
9  there's a section titled, "Why Are Prices
10 High?"  And I'd ask if you could give that a
11 brief review.
12     A.    (Reviewing document.)
13           I've read it.
14     Q.    This -- you wrote this,
15 correct?
16     A.    Yes.
17     Q.    This indicates that prices had
18 begun to rise at this point.  Right?
19     A.    Yes.
20     Q.    Or they had risen.  Correct?
21     A.    Yes.
22     Q.    And some customers of UEP
23 members had started to ask why that was
24 happening.  Right?
25     A.    Yes.

**441**

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.    And at this point, you
3  identified one of the major reasons for that
4  happening as UEP members implementing space
5  allowance to meet the -- what you were
6  calling the animal welfare guidelines.
7  Correct?
8      A.    First of all, I am not an
9  economist.  I am simply trying to evaluate
10 things that may have been contributors to it.
11     Q.    You identified the space
12 allowance implementation as one of the major
13 reasons why you believed price levels were
14 increasing.  Correct?
15     A.    Again, I'm not an economist,
16 but that was my personal opinion that I
17 thought that was part of several reasons why
18 the prices were -- had risen.
19     Q.    And you recall being cautioned
20 by some folks that you should avoid
21 attributing price increases in the industry
22 to that factor?
23           MS. LEVINE:  Objection to form
24 of the question.
25           THE WITNESS:  I'm not sure I --

**442**

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  I'm not sure I understand that or
3  recall that.
4  BY MR. OLSON:
5      Q.    Well, what I'm asking is, do
6  you recall people saying to you to be careful
7  about attributing the price increases that
8  were occurring to the program's space -- cage
9  space guidelines?
10           MS. LEVINE:  Objection.  Asked
11 and answered.
12 BY MR. OLSON:
13     Q.    In other words, people told you
14 you shouldn't be doing that?
15     A.    They may have.  I don't recall.
16     Q.    You can put that aside.
17                    - - -
18           (Exhibit Gregory-45, 9/11/03
19 United Voices, Bates UE0875297 -
20 UE0875304, was marked for
21 identification.)
22                    - - -
23 BY MR. OLSON:
24     Q.    I'm going to hand you what
25 we've marked as Gregory-45.  This is Bates

**443**

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  stamped UE0875297 through 304.
3           I'll ask if you can identify it
4  as a United Voices publication you edited
5  from September 11, 2003?
6      A.    Yes.
7      Q.    The top heading is "UEP Staff
8  Thankful After Area Meetings."
9      A.    Okay.
10     Q.    Why don't you just briefly
11 review the whole first page, please.
12     A.    (Reviewing document.)
13           Okay.
14     Q.    All right.  This references
15 some of those area meetings we discussed
16 before.  Correct?
17     A.    Yes.
18     Q.    You attended those?
19     A.    Had we discussed area meetings
20 before?  I'm not sure.
21     Q.    I thought we had.  In any case
22 this references some area meetings that you
23 had attended with other UEP staff.  Right?
24     A.    Yes.
25     Q.    And the third paragraph

31 (Pages 440 to 443)

444

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  references Animal Care Certified producers
3  being given a packet of material that will
4  assist them locally to promote the program
5  and educate their egg buyers and local
6  consumers.  Do you see that?
7       A.    Yes.
8       Q.    Is that consistent with what
9  UE -- the positions UEP took before the
10  Better Business Bureau?
11      A.    Ask the question again, please.
12      Q.    Is that consistent with the
13  positions that UEP was taking before the
14  Better Business Bureau at this time about
15  whether the program was being promoted to
16  consumers?
17      A.    You mean like the requirement
18  that we change that logo was sometime in
19  September 2013, but I'm not certain about
20  that.  And I'm not certain about this here
21  ten years later either about local champions
22  or a pack of material.  I'm trying to
23  remember whether at that time we had
24  contracted with a public relations firm or
25  not.  I guess it could have been something

445

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  they had done.  I don't know.
3       Q.    There's a heading that says,
4  "Don't Screw Up A Good Thing."
5            Do you see that?
6       A.    Yes.
7       Q.    You wrote that.  Correct?
8       A.    Yes.
9       Q.    This indicates that prices had
10  been going up, but then there's some bad news
11  in terms of learning that producers seem to
12  be keeping hens longer than they had in the
13  past.  Right?
14      A.    Yes.
15      Q.    And if you turn to the next
16  page, you also indicate that "Backfilling of
17  layer houses may also be adding to the
18  increasing layer inventory."
19           Do you see that?
20      A.    Yes, I see that.  Yes.
21      Q.    That was a concern at the time.
22  Correct?
23      A.    Yes.
24      Q.    You conclude this by saying,
25  "One sure way of having poorer egg prices is

446

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  by increasing egg supplies through holding
3  hens longer and keeping hens that should be
4  disposed."  Right?
5       A.    Yes.
6       Q.    And that second portion,
7  "keeping hens that should be disposed," does
8  that refer to the backfilling practice among
9  other things?
10      A.    No, I don't think that -- I
11  think it's --
12      Q.    Well, if you have extra pullets
13  and you can't backfill, what do you do with
14  them besides dispose of them?
15      A.    You don't ever dispose of the
16  pullets.  You know, it's already on a
17  schedule.  You've got pullets growing for
18  18 weeks, approximately 18 weeks, and then
19  you move those pullets into the layer house.
20  So you've got to schedule your layer house
21  flock disposal to accommodate the new pullets
22  that you've got coming in.
23      Q.    But if you had greater than
24  expected success with your pullets, and you
25  don't have room in an empty layer house, what

447

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  do you do with the pullets, the extra pullets
3  if you don't backfill?
4       A.    I mean, that would just be
5  really stupid if you would mix a young pullet
6  18 weeks old with an old hen that's 100 weeks
7  old that have a whole different history of
8  health and disease issues or those kind of
9  things.  I mean --
10      Q.    So what do you do with the
11  young pullet that you don't have room for in
12  the layer house?
13      A.    I don't know that there is a
14  case like that.
15      Q.    What's your understanding of
16  what backfilling is?
17      A.    Backfilling is that you have
18  this -- you have your layer house and you've
19  been told how many -- on our certified
20  program anyway, you've been told how many
21  hens can go in that house.  It was
22  anticipated that as we phased into this
23  program, that when we had, using a house
24  average as I tried to explain to you
25  yesterday, that we anticipate through normal

32 (Pages 444 to 447)

**448**

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  mortality that if you had six birds in one
3  cage and seven birds in another cage and
4  through normal mortality you would take that
5  seventh bird out of there and move it so that
6  you average it out, what we're talking about
7  backfilling is that we found egg producers
8  that would have -- they have these laying
9  hens in their house, they might be, I don't
10 care, 50 weeks old, pick any week you want,
11 and they've had some mortality now. And
12 they've lost a certain percentage of their
13 hands. So the farmers also at that same time
14 now, he's going to be selling an older flock
15 from another house. So what he was doing is
16 taking birds from that older flock, older
17 house, and bringing them back into this
18 younger flock house and putting birds in
19 cages that was mixing two different flocks
20 together within the same house. So that's
21 what backfilling is. It's not pullets, it's
22 old layers or something coming back into the
23 house.
24     Q.     So you never heard of a
25 situation where a farmer has greater than

**449**

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  expected livability from a pullet house and
3  needs a place to put those extra pullets and
4  uses backfilling to accomplish that?
5      MS. LEVINE:  Objection to the
6  form of the question.
7      THE WITNESS:  You know, we put a
8  provision in called incomplete flock
9  to address -- but no, I don't know of
10 that. That would be stupid, but I
11 guess stupid does happen.
12 BY MR. OLSON:
13     Q.     Well, what would be smart to do
14 if you had greater than expected livability
15 from your pullet flock and you don't have
16 room for them in the existing layer house?
17     A.     You try to sell them to another
18 egg farmer.
19     Q.     Anything else?
20     A.     I don't know what you're
21 searching for, I don't know.
22     -  -  -
23     (Exhibit Gregory-46, An Economic
24 Perspective By:  Gene Gregory, Bates
25 NL001233 - NL001237, was marked for

**450**

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  identification.)
3     -  -  -
4  BY MR. OLSON:
5      Q.     Let me hand you what's been
6  marked Gregory Exhibit 46. This document is
7  Bates stamped NL001233 through 37.
8      Why don't you, please, briefly
9  review the document?
10     A.     (Reviewing document.)
11     Q.     Mr. Gregory, can you identify
12 this as a document you authored titled, "An
13 Economic Perspective"?
14     A.     Yes.
15     Q.     In October 2003. Correct?
16     A.     Yes.
17     Q.     And you transmitted this to UEP
18 members. Correct?
19     A.     I would assume so. It doesn't
20 identify that. But I'm not sure who it was
21 distributed to.
22     Q.     We received this document from
23 the production of a UEP member and not from
24 UEP's own production.
25     A.     Okay.

**451**

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.     Now, to the extent that you
3  didn't publish this in United Voices, but
4  transmitted it some different way, what are
5  the different ways you could have transmitted
6  it?
7      A.     I don't recall.
8      Q.     What are some potential ways?
9      A.     It could have been a direct
10 mailing to just the Marketing Committee. It
11 could have been a direct mailing to the Board
12 of Directors. It could have been a direct
13 mailing to the membership. I don't know.
14     Q.     Why would you have used a
15 direct mailing as opposed to publishing
16 something like this in United Voices?
17     A.     I have no idea. Well, first of
18 all, United Voices is about four pages long.
19 Right. And this here in itself is what, like
20 five pages long, so it would have been the
21 entire newsletter if that was the case.
22     Q.     Is it also -- would you also do
23 that if the topics were sensitive?
24     A.     If you read my United Voices
25 over the years, you know that I'm not careful

452

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  enough about sensitive subjects.
3    Q.    So the only reason you can
4  think of why this would have been sent by
5  direct mailing as opposed to being published
6  in United Voices is its length.  Is that your
7  testimony?
8    A.    That would be my opinion as of
9  this time, yes.
10    Q.    So you start off by saying, "We
11  are into extraordinary times that probably
12  none of us have ever seen in our years in the
13  egg business."  Right?
14    A.    Yes.
15    Q.    And what you're referring to
16  there is after four years of annual shell egg
17  prices remaining virtually unchanged and very
18  low, the industry had seen an explosion of
19  prices beginning in November of 2002 that it
20  continued for a full year.  Right?
21    A.    Yes, that's what it says.  Now,
22  let me -- there is -- I don't believe there
23  is anything wrong when egg farmers are losing
24  money and maybe going to go broke if they
25  don't pay attention and try to change that

453

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  and have egg prices that are profitable.
3    Q.    Now, let me just ask you this:
4  We had looked at a document yesterday where
5  you, in the middle of this real down period
6  in the industry, had said this could be the
7  worst egg price period in history.  You --
8    A.    It didn't turn out to be that
9  way, but at that time I thought so.
10    Q.    You recall back in the 1960s,
11  the prior worst period, and you said what
12  finally bailed us out of that was this
13  disease called the Marek's disease which
14  caused the death of a large percentage of the
15  flock size in the industry.  Right?
16    A.    That was one of the reasons I
17  thought.
18    Q.    And then you also talked about
19  a period of really low prices in the late
20  1980s.  You said what finally bailed us out
21  of that period was the avian influenza which
22  again caused the death and destruction of
23  several million hens.  Right?
24    A.    You have a good memory.
25    Q.    I'm also looking at the

454

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  document.  It's Exhibit 13.
3    A.    Oh, okay.
4        MS. LEVINE:  Exhibit 13 he's
5  looking at.
6  BY MR. OLSON:
7    Q.    So my question, Mr. Gregory,
8  is, what bailed out the industry this time
9  around?
10    A.    I think that I have identified
11  in this document some reasons that I think
12  have contributed to it.  And I think that's
13  on 1235.  And, again, we have had a disease
14  problem in California.  We've had some
15  exports.  We believe based on AEB figures
16  there have been increases in consumer demand.
17  And the implementing of the Animal Welfare
18  Program.
19    Q.    So in 1235 you identify the
20  Animal -- the implementation of the animal
21  welfare guidelines as a major reason for much
22  of the price improvement.  Correct?
23    A.    Yes.
24    Q.    And just to pause on the price
25  improvement, if you turn to the page before

455

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  it, 1234, there's a portion that you say,
3  "Let's review the extent of the price turn
4  around."
5    A.    Okay.
6    Q.    Do you see where you say that?
7    A.    Yes.
8    Q.    And then you first list "Shell
9  Eggs," and you talk about the price
10  turnaround for shell eggs.  Right?
11    A.    Yes.
12    Q.    And then you identify "Breaking
13  Stock," and you identify the turnaround for
14  breaking stock.  Right?
15    A.    Yes.
16    Q.    You identify "Unpasteurized
17  Whole," and you discuss the price turnaround
18  for that category.  Right?
19    A.    Right.
20    Q.    Same with "Pasturized Whole."
21  Right?
22    A.    Uh-huh.
23    Q.    You need to say yes or no,
24  please.
25    A.    Yes.

456

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    Q.    And then --
3    A.    Shaking my head is not enough?
4    Q.    Not enough for our court
5    reporter.
6          And then "Dried Whole Plain,"
7    and you identify the price turnaround for
8    that as well.  Correct?
9    A.    Yes.
10   Q.    And those are the major
11   categories of eggs.  Right?
12   A.    As I recall, that is the
13   categories that is a market quote that is
14   made by Urner Barry.
15   Q.    And the point you're making
16   here is that whatever factors are causing it,
17   those factors have had a common impact on
18   those different egg categories.  Correct?
19   A.    Yes.
20   Q.    Now, if you turn back to 1235,
21   when you say, "While UEP's animal welfare
22   guidelines were never spoken of as a supply
23   adjustment program...," are you saying that
24   as a result of any caution that you received?
25   A.    No.  I'm saying that because

457

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    the Animal Welfare Program was intended as
3    solely a program to improve the welfare of
4    animals and to respond to a public issue that
5    our customers wanted an industry program to
6    address.  It was not started nor ever
7    intended as a supply adjustment program.  But
8    I have to tell you that I know by the way the
9    phase-in schedule was, and the fact that they
10   would be reducing birds in houses over the
11   years, that there would be -- until we had a
12   chance to build the new buildings, there was
13   going to be periods that I thought that the
14   prices would rise because -- and I apologize
15   not for that, because we had just gone
16   through having lost lots and lots of money,
17   so, yes, I'm trying to be honest and say,
18   yes, I think it is.  Now, if you go forward
19   in the years from that, and I also
20   anticipated that that was going to happen,
21   that as you build a house, let me explain
22   this to you, if you have a house that has
23   100,000 birds in, that once you go through
24   the full six-year phase-in period, you're
25   going to have to take 20,000 birds out of

458

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    that house to give them that much more space.
3          Now, these are generalities.
4    So now you're going to need to build new
5    buildings to have enough eggs to accommodate
6    your customers.  You do not want to go out
7    and build a building for 20,000 birds because
8    it doesn't fit the system.  It's just is
9    not -- and it would be economically stupid to
10   do so.  So what you do, you build another
11   100,000 bird building because that fits the
12   system right.  Now, all of a sudden you have
13   created an ownership of 80,000 more hens here
14   by which you did not have a market for those
15   eggs yet.  So there was going to be -- in the
16   Animal Care Certified Program, there was
17   going to be periods in which the industry had
18   not built quick enough, there was going to be
19   other periods in the years in which they
20   built too quickly and too much.
21         So that's what I'm trying to do
22   is I'm trying to explain at this point in
23   time, I think that it is having an impact
24   upon the price of eggs and that you will read
25   later on in history where I am saying that we

459

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    are building too much too quick and that is
3    causing the egg prices to drop.
4    Q.    And even -- and just --
5    A.    Now, they are all part of a
6    bigger picture that, you know, disease may be
7    happening at times.  There may be other
8    factors, but I'm trying to be honest about
9    the fact and say I think this is what is
10   occurring.
11   Q.    And one of the things that
12   you're doing in this report in October 2003
13   is cautioning the members of the program not
14   to fall into that pitfall of over producing
15   that you just identified.  Right?
16         MS. LEVINE:  Objection to form
17   of the question.  Asked and answered.
18         THE WITNESS:  I'm telling them
19   individually take a look at your own
20   business and who your -- what you need
21   to fill your customers and that kind
22   of thing, and to be smart about how
23   you are -- how you are -- when and how
24   you're going to replace that
25   production that you've lost.

VERITEXT REPORTING COMPANY
(212) 279-9424          www.veritext.com          (212) 490-3430

460

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    BY MR. OLSON:
3        Q.    And cautioning them not to over
4    produce?
5        A.    Absolutely.
6        Q.    And the other thing that you're
7    saying is for the first time, we actually as
8    an industry have a road map --
9        A.    Yes.
10       Q.    -- for the future --
11       A.    Yes.
12       Q.    -- that is not going to just
13   provide a short-term fix, but if we're all
14   responsible, can give us a long-term
15   opportunity.  Correct?
16           MS. LEVINE:  Object to the form
17       of the question.
18           THE WITNESS:  No, I do not like
19       nor agree with the word "fix."
20   BY MR. OLSON:
21       Q.    I said opportunity.  Long-term
22   opportunity.
23       A.    What it is a road map to say
24   that for the first time ever, there has never
25   been any plan that has identified how many

461

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    birds you should put in your house and when
3    it should be and so forth.  So we now have,
4    for the UEP certified companies, we have a
5    road map that tells us by such and such a
6    date we need to place birds in such and such
7    a space.  That's what we're talking about.
8        Q.    So, and what you're referring
9    to is the phase-in period?
10       A.    Yes.
11       Q.    So this road map is a road map
12   over the course of that phase-in period?
13       A.    Yes.
14       Q.    You also state here that, this
15   is on 1235, you say, "There are those of you
16   that caution me against giving credit to the
17   animal welfare program when speaking of
18   improved prices..."
19           Do you see that?
20       A.    Yes, I do.
21       Q.    Does that refresh your
22   recollection that you had been cautioned
23   about giving credit to the program when
24   speaking of improved prices?
25       A.    Yes, it does.  I don't recall

462

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    who it was, what it was, but yes, it does.
3        Q.    Do you recall the context that
4    you were cautioned in, even though you don't
5    recall the person?
6        A.    I'm going to have to say I
7    don't know because I don't want to be --
8        Q.    You don't want to speculate?
9        A.    I don't want to speculate.
10       Q.    Fair enough.  If it comes to
11   you later, will you let us know?
12       A.    My memory clicks in sometimes a
13   few minutes later.
14       Q.    Understandable.  So if you ever
15   remember something and want to circle back,
16   let us know.
17       A.    Okay.
18       Q.    And you continue and say,
19   "...and yet I believe that many producers
20   believe these guidelines have been a major
21   factor."  Right?
22       A.    Yes, I said that.
23       Q.    That was your view at the time.
24   Correct?
25       A.    That was my view at the time.

463

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    You also say that you've heard
3    from your friends in Europe who also were
4    experiencing the highest egg prices on
5    record, that their own price increase, the
6    major reason for that was their own animal
7    welfare guidelines.  Right?
8        A.    Is that what I say?
9        Q.    The next paragraph on 1235.
10       A.    That's what I write in the
11   paragraph.  You know, I think that I -- in
12   looking back upon this, I think that I made
13   poor judgment and using the words "major
14   reason," whether it was in the case of here
15   in the U.S. or in Europe, because as noted
16   there, there were other factors that were --
17   may be more of a reason, but...
18       Q.    Right.  Like the Atkins Diet?
19       A.    Well, that's what I talked
20   about improved demand for eggs per capita
21   consumption on the increase.  This was
22   happening at a time when the Atkins Diet was
23   a real fad, and we saw a spike in egg
24   consumption because the Atkins Diet was
25   favorable to us.

36 (Pages 460 to 463)

464

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2     Q.    And at times in the media, you
3  were asked about egg prices and you had
4  discussed the Atkins Diet.  Correct?
5     A.    We -- I think we used that as a
6  point of increase per capita consumption,
7  yes.
8     Q.    But here in this direct
9  communication to UEP members, you attribute
10 the animal welfare cage space guidelines as a
11 major reason for the price improvement.
12 Right?
13        MS. LEVINE:  Objection to form
14     of the question.  The document speaks
15     for itself.
16        THE WITNESS:  I think that I've
17     already stated that I think I used bad
18     judgment in using those words "major
19     reason."
20 BY MR. OLSON:
21     Q.    And when you say your friends
22 in Europe also identified their own
23 guidelines as a major reason, what friends in
24 Europe are you referring to?  If not by
25 name --

465

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2     A.    Well, you know, we are members
3  of the -- of a world body called the
4  International Egg Commission, and through
5  that and we have been to egg farms in Europe
6  so we established some friendships with egg
7  farmers in Europe.
8     Q.    Now, at the bottom of 1235 you
9  say, "...here in the U.S. the pullet hatch
10 has decreased considerably as a result of the
11 animal welfare guidelines..."
12        Do you see that?
13        MS. LEVINE:  Where is this?
14        MR. OLSON:  Bottom of 1235.
15        THE WITNESS:  Yes, you see that.
16 BY MR. OLSON:
17     Q.    And that was your view at the
18 time.  Right?
19     A.    Yes.  It would have been, yes.
20     Q.    And you say that while that was
21 a benefit, "...maybe the biggest benefit has
22 been an attitude change about the future."
23 Right?
24     A.    Right.
25     Q.    And, again, the point you're

466

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  making there is that now there's a
3  recognition, there's actually a road map
4  going forward.  Right?
5        MS. LEVINE:  Object to the form
6     of the question.  Mischaracterizes
7     what the witness has testified to.
8        THE WITNESS:  I can't ten years
9     later tell you what the -- what I
10    remember about that attitude.
11 BY MR. OLSON:
12     Q.    Now, if you turn to 1236
13 there's a paragraph that says, "To meet a
14 market...we will certainly need to
15 build...facilities."  You say, "We must
16 attempt to meet this market demand without
17 over producing."
18     A.    Yes.
19     Q.    We talked about that concept.
20 Is that a concept that you communicated
21 directly to UEP members in personal
22 conversations from time to time?
23     A.    I've written about it in United
24 Voices.  I've spoke about it at meetings and
25 so forth.  It's a commodity business and it's

467

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  difficult to have every day the exact amount
3  of supply and demand.  But to knowingly over
4  produce more eggs than what you have
5  customers for is -- in my opinion, it's
6  foolish business and that's what I have tried
7  to communicate to the members.  Your business
8  model should be a -- should be to produce the
9  number of eggs that your customers need and
10 never short your customers.
11     Q.    And did other UEP members share
12 that view with you?
13        MS. LEVINE:  Object to the form
14     of the question.  Calls for a
15     hypothetical.
16        THE WITNESS:  You know, I have
17     written this as my perspective, these
18     are my perspectives.  I don't know
19     whether that view was shared with
20     producers.
21 BY MR. OLSON:
22     Q.    Well, do you recall ever
23 discussing this with others at UEP and
24 learning that they also shared your view
25 about not over producing?

37 (Pages 464 to 467)

468

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  MS. LEVINE: Objection. Calls
3  for speculation. Asked and answered.
4  THE WITNESS: Say that again,
5  I'm sorry, Jan.
6  MS. LEVINE: My objection was
7  calls for speculation and the question
8  has been asked and answered.
9  THE WITNESS: I think that's
10  sufficient if you don't mind.
11  BY MR. OLSON:
12  Q.  Your counsel's answer you think
13  is sufficient?
14  A.  Yes.
15  MS. LEVINE: Mr. Gregory already
16  answered the question you asked twice.
17  MR. OLSON: Can you tell us what
18  the answer is, Jan?
19  MS. LEVINE: You can read it
20  back. Can the court reporter, please,
21  read back Mr. Olson's question and
22  then Mr. Gregory's answer?
23  MR. OLSON: No, no. Can you
24  just tell us what the answer is, was
25  it yes or no?

469

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  MR. BARNES: Counsel, I'm going
3  to object to this. This is a gross
4  waste of time. Ask your questions and
5  proceed with the examination.
6  MR. OLSON: Counsel is convinced
7  it's been answered --
8  MR. BARNES: It's also
9  unprofessional.
10  MS. LEVINE: We can read it back
11  on the record.
12  MR. OLSON: She doesn't know
13  what answer to read back. Do you know
14  what --
15  MS. LEVINE: Can you read back
16  the last couple questions Mr. Olson
17  has asked?
18  MR. OLSON: We'll move on.
19  We'll move on.
20  BY MR. OLSON:
21  Q.  Mr. Gregory, if you look at
22  1236.
23  A.  Yes.
24  Q.  You write, "Only the continued
25  support by the industry for increasing space

470

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  per hen to meet UEP's animal welfare
3  guidelines gives us a planned program whereby
4  the industry has a road map for the future."
5  Do you see that?
6  A.  I do.
7  Q.  What point are you looking at?
8  A.  I'm again trying to say that
9  this is the only plan that's ever been
10  developed which tells you that the number of
11  hens that you can put in your house at these
12  periods of times in the future, in your
13  existing houses.
14  Q.  If you look at 1237, the top
15  you write "It appears that our retail and
16  food service markets have learned to live
17  with and accept $1.00 per dozen egg prices."
18  Do you see that?
19  A.  Yes.
20  Q.  "It appears that consumers have
21  not reduced their purchases at these prices."
22  Do you see that?
23  A.  Yes.
24  Q.  Was that your -- consistent
25  with your knowledge at the time?

471

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  A.  Yes.
3  Q.  And then in the third paragraph
4  there, you say, "Again, I would say to you
5  that all other programs and ideas are
6  short-lived. Only the Animal Care Certified
7  program has a planned program for the
8  future."
9  Do you see that?
10  A.  Yes.
11  Q.  Is that the same point that you
12  just articulated?
13  A.  My point is that I'll supply
14  demand recommendations to adjust times when
15  we were -- the industry was losing money or
16  whether U.S. Egg Marketers' exports or
17  whatever, they are only short fixes, short
18  time things. What we're talking about here
19  is if we have a plan for basically six years
20  and beyond that says that you can -- now, it
21  doesn't talk about new housing or anything,
22  but the housing, the existing housing at that
23  time, you're telling me that there is a road
24  map of how many birds can you put in those
25  houses during those days.

38 (Pages 468 to 471)

472

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2       Q.    In the next paragraph you say,
3   "There are those that believe good profitable
4   times will continue through 2004..." Right?
5       A.    Yes.
6       Q.    Do you know what discussions
7   that was based upon?
8       A.    I do not.
9       Q.    You say, "...while others
10  believe we have a window of opportunity for
11  up to three years."
12            Do you see that?
13      A.    Yes.
14      Q.    Do you know where that three
15  years comes from?
16      A.    No, I do not.
17      Q.    And you say, "The decision of
18  how long profitable prices continues is in
19  the hands of egg producers and they
20  collectively will decide the future for all."
21            Do you see that?
22      A.    Yes.
23      Q.    What does the word
24  "collectively" mean?
25      A.    I think it means as a

473

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2   cooperative, you know, if we're talking
3   about, and as UEP certified committee
4   company, we're talking about all as such.
5       Q.    You can put that aside.
6       A.    You know, I'm going to follow
7   up on Mr. Barnes' comment a minute ago. If I
8   understood you to have 14 hours, and I want
9   to tell my story because, again, I'm saying
10  that I believe we're innocent and I'm
11  offended by this lawsuit, but my point of it
12  is, is that if you want to get through
13  14 hours, I'm asking you not to just belabor
14  the same point, the same point and nitpicking
15  little things and let's talk about the big
16  picture.
17      Q.    And what's the big picture?
18      A.    Well, I think the big picture
19  is that we believe that United Egg Producers
20  is a Capper-Volstead cooperative and the fact
21  is with that, we have the opportunity to
22  supply statistical information, supply
23  recommendations to our members as an
24  education with no commitment or penalty if
25  they do not do those things. We believe that

474

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2   we also do things that is a benefit to the
3   industry in developing food safety programs,
4   working with UEP on environmental things.
5   And we believe that is -- that the big
6   picture is responding to public issues like
7   animal welfare and working with scientists
8   and the FMI and so forth to develop a
9   credible program that is the best animal
10  welfare program in the world and has been
11  used as a model by other people. So we're
12  still talking about 2003. Your lawsuit was
13  filed in 2008. I'm saying to you, in
14  consideration of the time that's allotted to
15  you, I'm just saying I think we spent an
16  awful lot of time on things that maybe is not
17  what you're ultimately getting to, and so
18  let's get to it.
19      Q.    All right. Let's do it.
20            - - -
21            (Exhibit Gregory-48, 11/13/03
22      Fax, Bates NL01199471 - NL01199473,
23      was marked for identification.)
24            - - -
25  BY MR. OLSON:

475

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2       Q.    I've handed you what's marked
3   Gregory Exhibit 48. I had already marked a
4   47, we'll circle back to that, but...
5            MS. LEVINE: This is 48.
6            MR. OLSON: This is 48.
7            MS. ANDERSON: There is no 47.
8            MR. OLSON: I'll give it to you
9       later. I marked it before we decided
10      we should just get to the chase or get
11      to what's really important.
12  BY MR. OLSON:
13      Q.    So, Mr. Gregory, this document
14  is Bates stamped NL01199471 through 473. Can
15  you identify --
16      A.    Well, first of all, let me ask
17  you, why wouldn't this be privileged?
18            MS. LEVINE: Mr. Gregory --
19  BY MR. OLSON:
20      Q.    Let's just proceed. Can
21  you identify this as a document --
22            MS. LEVINE: The court has
23      already ruled on this, Mr. Gregory, so
24      you can answer questions.
25  BY MR. OLSON:

39 (Pages 472 to 475)

476

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    Q.   Can you identify this as a
2  document that Brann & Isaacson sent to you
3  and Mr. Pope on November 13, 2003?
4    A.   It appears so, although I did
5  not check off on it, but I assume that I did
6  read it.
7    Q.   You've seen this letter before.
8  Right?  Go ahead and review the letter.
9    A.   Pardon?
10   Q.   Please go ahead and review the
11 letter.
12   A.   (Reviewing document.)
13       I have scanned it.
14   Q.   Have you seen this letter
15 before?
16   A.   Yes, I have seen it.
17   Q.   It was sent to you by the legal
18 counsel of Sparboe Company.  Correct?
19   A.   I don't know who sent it.
20   Q.   It was sent to Irving Isaacson,
21 and it's signed by John Mueller who is the
22 legal counsel for Sparboe Company.  Correct?
23   A.   Yes.
24   Q.   At the end of Mr. Mueller's
25

477

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  letter, it says, "Finally, Irving, we are
2  concerned that yourself or a reputably
3  retained law firm and/or our justice
4  department or all three, have not taken steps
5  to reassure us members that the agricultural
6  cooperative status still attaches to UEP
7  trade association; and that the Animal
8  Welfare initiatives there..."
9    A.   Where -- I'm sorry, where are
10 you reading that, on the last page?  Oh,
11 okay, I see it.  Yes.
12   Q.   "...and that the Animal Welfare
13 initiatives there under have been scrutinized
14 by concerned parties from a thoroughly legal
15 perspective."
16       Do you see that?
17   A.   Uh-huh.
18   Q.   It says, "I would appreciate
19 your written response as to what, if any,
20 steps have been taken in this regard as
21 well."
22       Do you see that?
23   A.   Uh-huh.
24   Q.   And, Mr. Gregory, did UEP
25

478

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  provide a written response to Mr. Mueller
2  about what UEP had done to ensure that the
3  Animal Welfare Program had been scrutinized
4  from a thoroughly legal perspective?
5    A.   Before I answer that, and I
6  will answer, let me tell you that I have no
7  respect whatsoever for John Mueller and I did
8  not spend -- I didn't bother to waste my time
9  with him.  Excuse me, Troy.  And I think that
10 history will prove that virtually everything
11 that he claimed in 2003 was wrong.
12   Q.   Now can you answer the
13 question?
14   A.   To answer your question, I
15 think Irving Isaacson, I think I recall
16 Irving Isaacson did respond to Mr. Mueller.
17   Q.   Because even if you don't like
18 one of your members --
19   A.   He's not a member.  He works
20 for a member.
21   Q.   Even if you don't like someone
22 who works for one of your members, when that
23 member says can you provide us some assurance
24 that this program has been scrutinized from a
25

479

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  legal perspective and that you're convinced
2  its protected, you have an obligation to
3  provide answers to that.  Right?
4    A.   And I believe our counsel did
5  respond.
6    Q.   All right.  Well, let me hand
7  you what's been marked --
8    A.   I'm telling you my personal
9  opinion about what his letter is.
10       - - -
11       (Exhibit Gregory-49, 11/19/03
12 Letter, Bates UE0944695 & UE0944696,
13 was marked for identification.)
14       - - -
15 BY MR. OLSON:
16   Q.   Let me mark you -- let me mark
17 what's been -- let me hand you what's been
18 marked as Gregory-49.
19   A.   Let me point out to you also
20 that UEP has a good relationship with Sparboe
21 and Sparboe is a UEP certified company.  And
22 all the things that Mr. Mueller claimed in
23 those days, you know, turned out to be just
24 his opinion about things.
25

40 (Pages 476 to 479)

480

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2         Q.    This is a document Bates
3    stamped UE0944695 --
4         A.    I know I've said things here
5    that's on the record won't be appreciated by
6    Mr. Mueller at Sparboe, but I don't care.
7         Q.    -- through 696.
8              Are there other UEP members
9    that you have no respect for?
10        A.    No.
11             MS. LEVINE:  Objection to the
12        form of the question.
13             THE WITNESS:  No, no.  Wait a
14        second.  I don't have -- I never said
15        I didn't have respect for the Sparboe
16        Company, did I?
17   BY MR. OLSON:
18        Q.    A company is not really a
19   person.  I mean, are there any other --
20        A.    You're fishing and I'm --
21        Q.    -- officers at UEP -- that are --
22        A.    No, but you're fishing and
23   you're wasting time.
24        Q.    -- that you don't respect?  Is
25   the answer no, Mr. Mueller is the only one?

481

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2             MS. LEVINE:  Objection to form
3        of the question.  Mischaracterizes
4        what Mr. Gregory said.
5             THE WITNESS:  There is probably
6        hired employees, I don't know how many
7        thousands of people work in the egg
8        industry.  But no, I don't know of any
9        one that I --
10   BY MR. OLSON:
11        Q.    I mean, you said that you have
12   no respect whatsoever for John Mueller.
13        A.    I have no respect because he's
14   writing a letter at that point in time that
15   he's trying to talk about what it is
16   without -- and he's making assumptions that
17   has led to be a participant in this lawsuit.
18        Q.    My question is, are there any
19   other officers or directors or legal counsel
20   of any of your members that you have no
21   respect for at all?
22        A.    Again, I'm asking why are you
23   wasting time out of hundreds -- out of tens
24   of thousands of people that's in the egg
25   industry to see if I or there's somebody I

482

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    don't like in the industry?
3         Q.    Well, so I can note when I look
4    at the documents.
5         A.    I don't know.  I've tried to
6    tell you this for the last three minutes.
7         Q.    That you don't know if there
8    are others?
9         A.    Would you quit with nitpicking
10   little crap like that.
11        Q.    Let's both stay respectful,
12   sir.
13        A.    I am respectful.  I'm tell you
14   you've got so much time here and I'm walking
15   out.
16        Q.    I'm not raising my voice,
17   you're the only one doing that.
18        A.    Then pay a little bit for
19   respect for me and quit nitpicking over
20   something that says do you remember out of
21   all the thousands of people that work in the
22   egg industry that there's somebody you don't
23   like.
24        Q.    Well, you made a pretty
25   provocative comment about John Mueller and I

483

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    just want to know if there are other people
3    we should know that you engaged with while
4    you were UEP president that you have no
5    respect for whatsoever or is he the only one?
6             MR. McKENNEY:  Objection.  Asked
7        and answered.
8             MS. LEVINE:  Why don't you move
9        on, Mr. Olson.
10            THE WITNESS:  I mean, I'm going
11       to say no, and you may pull out some
12       document or something and then you're
13       going trap me.  This is not fair.
14   BY MR. OLSON:
15        Q.    I don't have a document in
16   mind.  I can swear to you I don't.
17        A.    I don't -- I love egg -- the
18   industry.  I love egg farmers.  I -- you will
19   not know how much time I spend with the
20   people in this industry.
21        Q.    Just Mr. Mueller is the only
22   one?
23        A.    I don't like Mr. Mueller
24   because of the fact he makes these kind of
25   things in that.  That's my point.

41 (Pages 480 to 483)

**484**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    Q.    Didn't Mr. Mueller just ask if
3 UEP --
4    A.    He makes -- he is making as
5 such when he talks about prior -- he's
6 talking about hidden agendas of the staff,
7 he's talking about, you know, things that
8 imply that we are doing things wrong and he
9 is -- then he finally asked for him to do it.
10 And so, therefore, I don't recall any other
11 member that has ever written such a letter
12 accusing staff of a hidden agenda.
13    Q.    Okay.
14    A.    And that's my objection and why
15 I have no respect for Mr. Mueller because he
16 has accused me of having a hidden agenda.
17    Q.    So in Gregory-49 is the
18 document where Irving Isaacson responds to
19 Mr. Mueller and addresses his questions.
20 Right?
21    A.    It appears so, yes.
22    Q.    And Mr. Mueller had asked for a
23 written response about what steps had been
24 taken to ensure that the animal welfare
25 initiatives had been thoroughly scrutinized

**485**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 by concerned parties from a legal
3 perspective.  Where in Gregory Exhibit 49 is
4 that provided?
5    A.    And your question again was?
6    Q.    My question is this:  Mr.
7 Mueller had written Irving Isaacson and
8 requested that you -- he get a written
9 response about what steps, if any, had been
10 taken to ensure that the animal welfare
11 initiatives had been scrutinized from a
12 thoroughly legal perspective, you requested a
13 written response on that and where is that
14 provided, if anywhere, in Gregory-49?
15    A.    I don't think it is.
16    Q.    It's not provided.  In fact,
17 the last sentence says, the response to Mr.
18 Mueller, "As far as the Capper-Volstead
19 status of UEP is concerned, as you can see
20 from the compliance certificate that we are
21 attempting to make sure that all UEP members
22 qualify."  Right?
23    A.    Yes.
24    Q.    That is all Mr. Mueller was
25 given in response.  Right?

**486**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    A.    Yes.
3            - - -
4    (Exhibit Gregory-50, 12/5/03
5 Letter, Bates MFI0001880 & MFI0001881,
6 was marked for identification.)
7            - - -
8 BY MR. OLSON:
9    Q.    Now, let me hand you what's
10 been marked Gregory-50.  Gregory-50 is Bates
11 stamped MFI0001880 through 1881.  And it's
12 dated December 5, 2003, shortly after the
13 document we just looked at written by Mr.
14 Isaacson.  This is where Chad Gregory is
15 sending something to all UEP members as part
16 of this effort to determine whether the
17 members comply with the Capper-Volstead Act.
18 Correct?
19    A.    Yes.
20    Q.    Now, UEP had integrated
21 companies as members.  Correct?
22    MS. LEVINE:  Object to the form
23 of the question.
24 BY MR. OLSON:
25    Q.    In other words, integrated

**487**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 between shell egg producing and other aspects
3 of egg production?
4    A.    Yes.
5            - - -
6    (Exhibit Gregory-51, Various
7 documents, Bates MOARK0038387 --
8 MOARK0038396, was marked for
9 identification.)
10            - - -
11 BY MR. OLSON:
12    Q.    Let me hand you what's been
13 marked as Gregory-51.  This is a document
14 Bates stamped MOARK0038387 through 38396.
15    Have you seen this document
16 before?
17    MS. LEVINE:  I'm just going to
18 caution the witness, when Mr. Olson
19 asks that, he asks prior to any kind
20 of deposition prep or discussion with
21 counsel.  He's talking at the time.
22    THE WITNESS:  I don't recall
23 seeing it -- this at the time.
24 BY MR. OLSON:
25    Q.    This is a document that was

42 (Pages 484 to 487)

**488**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    distributed to the UEP Marketing Committee.
3    Correct?
4        A.    Yes.
5        Q.    And the second bullet says,
6    "The law is not well-developed regarding the
7    protections afforded to integrated
8    companies..."  Right?
9        A.    Yes.
10       Q.    "...and to the scope of the
11   exemption, particularly insofar as
12   limitations on supply."  Right?
13       A.    Yes.
14       Q.    At the bottom you see a
15   reference to a "Grey area"?
16       A.    Yes.
17       Q.    It says, "Agreements regarding
18   supply of eggs to the market."  Right?
19       A.    Yes.
20       Q.    Your lawyers have told you that
21   that is a gray area.  Right?
22            MS. LEVINE:  Object to the form
23        of the question.
24   BY MR. OLSON:
25       Q.    In this document, your lawyers

**489**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    are saying that's a gray area.  Right?
3        A.    That's what's written here.
4        Q.    Page 2, there's a bullet that
5    says, "Some absolutes."  Second to the last
6    bullet says, "There should be no attempt to
7    boycott or curtail business with a nonmember
8    regarding failure to follow guidelines or for
9    that matter regarding any other issues."
10            Do you see that?
11       A.    Yes.
12       Q.    But you made efforts to
13   organize a boycott of UEP members that
14   weren't a part of the program.  Right?
15       A.    No.
16            MS. LEVINE:  Objection to form
17        of the question.
18   BY MR. OLSON:
19       Q.    You contacted the customers of
20   UEP members that left the program.  Right?
21       A.    So you want me to explain this?
22       Q.    First I want you to acknowledge
23   that you did it.
24            MS. LEVINE:  Objection to form
25        of the question.

**490**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2            THE WITNESS:  I will not
3        acknowledge I did without the
4        opportunity to explain it.
5    BY MR. OLSON:
6        Q.    We'll go over the documents
7    later, but you did do that?
8        A.    I want to do that now.
9        Q.    So you're not going to answer
10   the question?
11       A.    Yes, I'm going to answer the
12   question.
13       Q.    The answer is you did contact
14   customers of UEP members who had left the
15   program.  Right?
16       A.    You asked me a question and I
17   am trying to provide you with an answer and
18   you won't let me do so.
19       Q.    The answer is yes, right?
20       A.    I'm not going to answer it
21   unless you provide me the opportunity to
22   answer your question.
23       Q.    And you did that on multiple
24   occasions.  Right?
25            MS. LEVINE:  Object to the form

**491**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    of the question.
3            THE WITNESS:  You know, I object
4        to your -- I object to you accusing me
5        of something without allowing me to
6        answer your question.  I don't think
7        that's proper for you to accuse me of
8        something without allowing me to
9        answer.
10   BY MR. OLSON:
11       Q.    And you tried to convince --
12       A.    This is ridiculous.
13       Q.    We'll get to those documents.
14       A.    No, I want to answer it now.
15       Q.    I just don't have them in front
16   of me.  We'll get to those documents.
17       A.    This is unfair.
18       Q.    I tried to give you an
19   opportunity to answer the question.
20       A.    This is unfair.
21            MS. LEVINE:  Mr. Gregory, Mr.
22        Gregory.
23   BY MR. OLSON:
24       Q.    If you don't want to answer it
25   now, we'll do it when we got to the

**VERITEXT REPORTING COMPANY**
(212) 279-9424          www.veritext.com          (212) 490-3430

492

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  documents. I just don't have them right in
3  front of me.
4          Were there any other UEP
5  members that you ever recall suggesting that
6  the Animal Welfare Program had a hidden
7  agenda?
8      A.   No.
9      Q.   Do you ever recall any other
10 members suggesting the program may be
11 anticompetitive?
12     A.   No.
13             - - -
14         (Exhibit Gregory-47, 11/12/03
15     United Voices, Bates UE0753377 -
16     UE0753385, was marked for
17     identification.)
18             - - -
19 BY MR. OLSON:
20     Q.   Let me hand you what's been
21 marked Gregory-47. This is a document Bates
22 stamped UE0753377 through 385.
23         Let me ask you just a
24 preliminary question. There's a reference in
25 here to a USEM annual meeting. Were minutes

493

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  taken of USEM meetings?
3      A.   If it's an official meeting, it
4  should have been.
5      Q.   Were there regularly scheduled
6  official meetings?
7      A.   No. They had -- just had one
8  annual meeting a year as I recall.
9      Q.   And how would other meetings
10 take place other than at the annual meeting?
11     A.   When we -- I don't know how to
12 answer that. When we first took the
13 management of U.S. Egg Marketers, they held a
14 marketing conference call, I think it was
15 three days a week. Other than that, I don't
16 recall -- I don't consider those as meetings,
17 but anyway -- I'll tell you that, but other
18 than annual meeting, I don't recall.
19     Q.   Were minutes taken of the
20 conference calls, to your knowledge?
21     A.   No.
22     Q.   Or so no one was tasked with
23 writing down what had been discussed, to your
24 knowledge?
25     A.   What it was, the members would

494

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  get on the phone and they would tell about
3  what supply/demand conditions were in their
4  area. They were either short of eggs, they
5  were long on eggs, or they were doing some
6  feature, the retail market was doing
7  features, whatever it is, that kind of thing,
8  and so Phyllis Blizzard took a call, she
9  would jot down notes from that and then when
10 the call was over with, she would call Urner
11 Barry and she would report to Urner Barry
12 what the comments were from this meeting.
13     Q.   Looking at Gregory Exhibit 47,
14 if you turn to page 4, there's a heading that
15 says, "Egg Prices At Record Levels."
16     A.   Yes.
17     Q.   You wrote this section.
18 Correct?
19     A.   Yes. I thought we talked about
20 this yesterday. I must be getting them mixed
21 up.
22     Q.   This is just very brief. This
23 will be a section you wrote. Correct?
24     A.   Yes.
25     Q.   And the last sentence says,

495

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  "With the increasing demand, increasing
3  population and the continued phase-in of cage
4  space to meet the industry's animal welfare
5  guidelines, prices are likely to continue at
6  levels far above the past few years." Right?
7      A.   Yes.
8      Q.   That was your view at the time.
9  Correct?
10     A.   Yes.
11         MR. OLSON: We can take a break
12     any time you guys would like.
13         MS. LEVINE: I was going to ask
14     you, is this a good time?
15         MR. OLSON: Now would be a fine
16     time, yes.
17         THE WITNESS: Let me ask you
18     something.
19         MR. OLSON: We need to go off
20     the record.
21         THE WITNESS: You've accused me
22     of something.
23         MS. LEVINE: Let's go off the
24     record.
25         THE WITNESS: You've accused me

44 (Pages 492 to 495)

**496**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    of something.
3        VIDEOGRAPHER:  The time is
4    approximately 12:10 p.m.  This ends
5    tape two, volume two.  We're now off
6    the record.
7            - - -
8        (A recess was taken.)
9            - - -
10       VIDEOGRAPHER:  The time is
11   approximately 12:51 p.m.  This begins
12   tape three, volume two.  We're back on
13   the record.
14           - - -
15       (Exhibit Gregory-52, 12/5/03
16   Memorandum, Bates NL000916 - NL000918,
17   was marked for identification.)
18           - - -
19   BY MR. OLSON:
20       Q.    Are you ready, Mr. Gregory?
21       A.    I'm ready.
22       Q.    I've handed you what we've
23   marked Gregory-52.  It's Bates stamped
24   NL000916 through 918.  And please review it
25   and then I'll ask you to identify it.  I'm

**497**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    just really going to ask you a question about
3    a couple of pieces of it.
4        A.    Do you want just to identify
5    those or you want me to read the whole thing?
6        Q.    Let's try it without you
7    reading the whole thing.  I don't think it's
8    necessary.
9        A.    Okay.
10       Q.    Can you identify this as a
11   memorandum you sent to the certified
12   companies on or about December 5, 2003?
13   You'll see the date in the header.
14       A.    Oh, okay.  Yes.  Yes.
15       Q.    And I'd like you just to review
16   the first section that is under the heading
17   "Industry Commitment," and let me know when
18   you're done, please.
19       A.    (Reviewing document.)
20            I've read it.
21       Q.    Now, in that section you write,
22   "While not a program requirement..." --
23   strike that.  Let me back up.
24            First you refer to the fact
25   "...that companies with ownership of...(83%

**498**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    of total U.S. layers) are committed to the
3    Animal Care Certified program."  Right?
4        A.    Yes.
5        Q.    And then you say, "While not a
6    program requirement, many of these companies
7    have made individual company decisions that
8    they will not purchase eggs from
9    non-certified producers."
10            Do you see that?
11       A.    Yes.
12       Q.    How did you know that?
13       A.    I think by this time, and
14   excuse me if my timing is wrong, I think by
15   this time we had probably put in a provision
16   about the commingling of certified and
17   non-certified eggs, and this was a --
18   something that caused some companies to say
19   that they were not going to take any chance,
20   that they were not going to buy any eggs that
21   were not from UEP certified companies.
22       Q.    So that's something that some
23   of the certified companies had expressed to
24   you and others.  Right?
25       A.    Yes.

**499**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    And you are, in turn, reporting
3    that back to all of the Animal Care Certified
4    companies in this letter?
5        A.    I was reporting back.  However,
6    there was no prohibition about buying eggs
7    from non-certified producers so long as those
8    eggs were not sold as certified.
9        Q.    You mean there was no formal
10   prohibition?
11       A.    That's right.
12       Q.    But companies could agree not
13   to do that?
14       A.    Yes, it was an individual
15   decision.
16       Q.    And some companies had agreed
17   not to do that?
18       A.    Right.
19       Q.    Now, if you look at the second
20   page -- actually you can put that aside.
21       A.    That is your last question on
22   that?
23       Q.    You know, we'll just move on,
24   try to be as efficient as we can.
25            - - -

45  (Pages 496 to 499)

500

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2         (Exhibit Gregory-53, 1/21/04
3         Letter, Bates UE0199015 - UE0199029,
4         was marked for identification.)
5                   - - -
6    BY MR. OLSON:
7         Q.    I'll hand you what we've marked
8    as Gregory Exhibit 53.  This is a document
9    Bates stamped UE0199015 through 029.  And
10   I'll ask if you can identify this as the
11   position statement that United Egg Producers
12   submitted to the National Advertising Review
13   Board on January 21, 2004?
14        A.    Looking at it now, yes, I
15   assume that is.
16        Q.    It's on the letterhead of your
17   counsel in that regard which is Brann &
18   Isaacson.  Correct?
19        A.    Yes.
20        Q.    And what had happened by this
21   date is that the National Advertising
22   Division of the Better Business Bureau in an
23   October 2003 decision had found that the
24   Animal Care Certified logo was deceptive and
25   that it should be discontinued.  Correct?

501

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2         MS. LEVINE:  Object to the form
3    of the question.
4         THE WITNESS:  Yes, I think
5    that's correct.
6    BY MR. OLSON:
7         Q.    And that's what this document
8    indicates?
9         A.    Yes.
10        Q.    And this was UEP's position
11   statement on appeal now to the National
12   Advertising Review Board.  Correct?
13        A.    Yes.
14        Q.    That's a board that generally
15   handles appeals from the decisions made by
16   the NAB.  Correct?
17        A.    I was not familiar with that
18   before that, but yes, I assume that now.
19        Q.    And that's your understanding?
20        A.    Yes.
21        Q.    Now, in the factual -- and
22   this -- do you know if you gave any input
23   into the drafting of this document?
24        A.    I don't recall.
25        Q.    But it would have been part of

502

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    your normal practice to review it before it
3    was submitted?
4         MS. LEVINE:  Object to the form
5    of the question.  Asked and answered.
6         THE WITNESS:  I can't answer it?
7         MS. LEVINE:  You can answer it.
8         THE WITNESS:  I am sure that our
9    counsel did share this with me in
10   advance, and I would have had -- I
11   would have had an opportunity to
12   review it.
13   BY MR. OLSON:
14        Q.    And you played an active role
15   in the appeal of the NAB finding.  Correct?
16        A.    Yes.
17        Q.    And in the "Factual background"
18   on page 1, the first sentence says, "UEP is
19   an egg industry trade association
20   representing a majority of egg producers
21   nationwide."  Correct?
22        A.    That's what it says, yes.
23        Q.    True statement?
24        A.    No.
25        Q.    If you turn to page 2, you'll

503

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    see the logo in the middle, there's a
3    paragraph underneath that and there's a
4    sentence that's the second from last sentence
5    that says, "The unpaid and independent
6    Committee...," that's referring to the
7    Scientific Advisory Committee.
8         A.    Right.
9         Q.    "...included no egg producers."
10   Do you see that?
11        A.    Yes.
12        Q.    True statement?
13        A.    Yes.
14        Q.    Let's turn to page 4.  The
15   first full paragraph says, "The federal
16   government has been an important partner of
17   UEP in both the design and implementation of
18   the program."
19   Do you see that?
20        A.    Yes.
21        Q.    How did the federal government
22   work as a partner of UEP in designing the
23   program?
24        A.    At this point in time, I can't
25   recall.  I only can remember that they

46 (Pages 500 to 503)

504

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  reviewed it and approved the use of it.
3      Q.    Of what?
4      A.    Of the logo.
5      Q.    Of the logo.  But they didn't
6  help design the program?  Is what you're
7  referring to there just the logo?
8      A.    Yeah, the implementation of the
9  program is confusing to me because I don't
10 know any role that they played.  There could
11 have been something, but I don't know what it
12 was.
13     Q.    Sitting here today, are you
14 aware of the federal government playing a
15 role in designing the program, putting the
16 logo aside?
17     A.    I'm sorry, say that again?
18     Q.    Putting the logo aside --
19     A.    Yes.
20     Q.    -- are you aware sitting here
21 today of the federal government playing any
22 role in designing the UEP certified program?
23     A.    Well, nothing other than they
24 were the auditing agency of the program.
25     Q.    Anything else?

506

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      A.    (Reviewing document.)
3            Yes, I've read it.
4      Q.    Does that refresh your
5  recollection of this poll?
6      A.    Yes.
7      Q.    So Compassion Over Killing had
8  either done a poll themselves or they had a
9  group called Zogby do a poll of some
10 consumers?
11     A.    Yes.
12     Q.    One of the key questions in the
13 poll is identified on page 7.  Correct?
14     A.    Yes.
15     Q.    This question was asked of
16 consumers, Knowing that eggs labeled as
17 "Animal Care Certified" may come from hens
18 who are de-beaked, force-molted through
19 starvation, and caged so tightly that they
20 cannot stretch their wings, are you much more
21 likely, somewhat more likely, somewhat less
22 likely, or much less likely basically to
23 purchase the eggs with the label.  Right?
24     A.    Yes.
25     Q.    I paraphrased at the end.

505

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      A.    I can't think of anything else.
3      Q.    Now, the petition that started
4  these proceedings was filed by a group called
5  Compassion Over Killing.  Correct?
6      A.    Yes.
7      Q.    You see them as an animal
8  activist group.  Correct?
9      A.    Yes.
10     Q.    Their petition was based at
11 least in part on some poll they had
12 conducted.  Right?
13     A.    I don't -- that may say that, I
14 don't know that for sure.
15     Q.    You don't recall the poll?
16     A.    No.
17     Q.    Okay.  Why don't you turn then
18 to page 7.  Why don't you actually turn to
19 page 6, and there's a heading that says,
20 "Discussion."
21     A.    Okay.
22     Q.    And let's just see if you can
23 review what's under "Discussion" on page 6
24 and page 7, let's see if that refreshes your
25 recollection.

507

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      A.    Yes.
3      Q.    Now, in fact, it was true that
4  eggs certified as Animal Care Certified eggs
5  at this time could very well have come from
6  hens who were de-beaked.  Right?
7      A.    We use the term -- we use --
8  de-beaked would imply that we have cut the
9  beak off, and that's not true.  We use the
10 term "beak trimming."
11     Q.    Let's put that debate to one
12 side.  But hens who had their beaks
13 trimmed --
14     A.    I don't think there's any
15 debate there.
16     Q.    You don't -- there's a beak
17 left --
18     A.    Oh, yeah, yeah, absolutely.
19 Absolutely.  All you do is you take off the
20 sharp tip.
21     Q.    Well, we'll circle back to
22 that.
23            The eggs could have come from
24 hens who are force molted through starvation.
25 Correct?

47 (Pages 504 to 507)

**508**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        A.    Yes.  And that to the consumer
3    implies, I think -- in other words, I think
4    this whole question is a leading question to
5    lead the consumer into believing very
6    negative things.
7        Q.    I've seen you express that
8    view, that's why I want to understand the
9    basis of it.  The fact is at this time Animal
10   Care Certified eggs could have come from a
11   hen that was force molted through starvation.
12   Correct?
13       A.    At that time they could have
14   come from hens that had a force molting
15   guideline that did permit you to withdrawal
16   feed from the hens for so many days.
17       Q.    Well, in fact, you could
18   withdrawal feed from the hen for two weeks?
19       A.    Yes.
20       Q.    And in addition, that hen that
21   produced the Animal Care Certified egg at
22   this time could have been caged so tightly
23   that they could not stretch their wings.
24   Correct?
25       A.    That's what it says, yes.

**509**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    And it's true at this time?
3        A.    Well, within the cage the birds
4    learn to accommodate one another to a point
5    that they became mates and they accommodate
6    one another to do those kind of things.  Now,
7    in that cage they could not all at the same
8    time stretch their wings.
9        Q.    Didn't the Scientific Advisory
10   Committee say based on the science, that even
11   the white Leghorn hens required an average of
12   74 inches to perform even the most basic
13   behaviors like standing comfortably and
14   resting?
15       A.    Again, that 74 was an average
16   figure and the real guideline said 67 to
17   86 inches, and that was depending on what
18   kind of cage it was and whether it was a
19   white Leghorn or a brown.
20       Q.    Even the smallest hen in the
21   certain type of shallow cage that not many
22   producers used needed at a minimum 67 inches
23   even to perform the most basic functions.
24   Right?
25       A.    Yes.

**510**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    And they weren't getting that
3    at this time.  Correct?
4        A.    At this time, no, they were
5    not.
6        Q.    To do things like wing
7    flapping, they needed more than 67.  Right?
8    In fact, they needed even more than 74?
9        A.    I believe that would be true.
10   If that was a behavior that they wanted to
11   do, I think they would have difficulty.
12       Q.    So this question by Compassion
13   Over Killing is -- it's really on point,
14   isn't it?
15            MS. LEVINE:  Object to the form
16       to the question.  Mischaracterizes the
17       testimony.
18            THE WITNESS:  Well, let me
19       address that.  Our Animal Care
20       Certified logo didn't imply that
21       the -- what Compassion Over Killing is
22       really trying to say is that --
23       they're trying to say that our logo
24       makes the impression that hens are
25       having -- running around outside,

**511**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    having plenty of room, whether they're
3    cage free or that kind of thing.  That
4    logo did not say that whatsoever.  Our
5    guidelines were clearly, and the logo
6    did not make any -- should not have
7    made anyone believe that chickens were
8    running around free or they were cage
9    free, because the guidelines were
10   about cage production.
11   BY MR. OLSON:
12       Q.    But there's nothing in here
13   about running around.  What's referenced
14   about hens in here is being able to stretch
15   their wings.
16       A.    That particular question is not
17   necessarily what their claim ultimately said
18   that our logo implied or could lead consumers
19   to be misled with this.
20       Q.    And then on page 7, the
21   paragraph that follows the poll question says
22   that "That...question misleads poll
23   respondents in two...respects.  First, it
24   misrepresents the requirements of
25   the...program."

48 (Pages 508 to 511)

512

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1      Do you see that?
2
3      A.     Yes.
4      Q.     And it says because COK
5   suggests that the guidelines encourage
6   molting through starvation for periods of
7   time exceeding a week.  In fact, the opposite
8   is true.  ACC Guidelines discourage feed
9   withdrawal altogether, and in instances where
10  necessary, limit its duration to four or
11  five days.  Do you see that?
12     A.     Yes, I do see that.
13     Q.     And that's not accurate.
14  Correct?
15     A.     I would have to read the
16  guidelines from that period of time in 2004
17  to know exactly what the guidelines said.
18     Q.     But the guidelines never
19  limited the duration of force molting to four
20  or five days, did they?
21     A.     Again, I would have to read the
22  guidelines for that period of time to be
23  sure.
24     Q.     You can put that aside.
25            - - -

513

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1           (Exhibit Gregory-54, 1/6/04
2      Packet of Letters, Bates UE0661098 -
3      UE0661130, was marked for
4      identification.)
5
6            - - -
7   BY MR. OLSON:
8      Q.     Let me hand you what's been
9   marked as Gregory-54.  This is a packet of
10  letters dated January 6, 2004, that's Bates
11  stamped UE0661098 through 1130.
12     A.     Yes.
13     Q.     They're letters of which -- I
14  believe they're identical, they're just
15  addressed to different people.  Can you
16  identify these letters as ones that you
17  drafted to be sent on January 6, 2004, to a
18  variety of different companies?
19     A.     Yes.
20     Q.     What were the circumstances
21  that led to the drafting of this letter?
22     A.     We had an egg trader at that
23  time by the name of Randy Nelson, and he
24  was -- chose to leave us to do his own
25  independent business.  He had been assigned

514

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1   accounts that he would take care of.  At the
2   time Phyllis Blizzard had certain accounts,
3   Billy Joe Correll had certain accounts and et
4   cetera.  And so we're trying to notify these
5   people that Randy Green has -- Randy Nelson
6   has worked with, that someone else now will
7   be their contact person.
8      Q.     So these people who were sent
9   these letters would have been people that
10  were Randy Nelson's accounts while he was an
11  egg trader at UEP?
12            MS. LEVINE:  Object to the form
13  of the question.
14            THE WITNESS:  Yes.
15            MS. LEVINE:  That
16  mischaracterizes.
17  BY MR. OLSON:
18     Q.     That's your understanding?
19     A.     At this point in time, it's my
20  understanding that these are people that
21  Randy Nelson was providing a service to.
22     Q.     All right.  As part of his
23  functions at UEP?
24     A.     Yes.
25

515

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1      Q.     The egg trading functions?
2      A.     Yes.
3      Q.     And the people who are sent
4   these letters by you are not exclusively UEP
5   members.  Correct?
6      A.     Our egg trading service did not
7   limit it to trading eggs with just UEP
8   members.  Many -- some of these people here
9   are not egg producers, they are people we are
10  selling eggs to.  Some of these people are
11  egg producers who we are helping them market
12  their eggs, et cetera.
13     Q.     And some are, for example, UEA
14  members?
15     A.     I'd have to scan through it.
16     Q.     For example, like Primera
17  Foods.  Are you familiar with Primera Foods?
18     A.     Yes.  I think they probably
19  were.  They have at one time or another I
20  know been UEA members.
21     Q.     You can put that aside.
22            Do you recall hiring an
23  organization called GolinHarris?
24     A.     Yes.

516

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2    Q.    What were the circumstances
3  that led to hiring GolinHarris?
4       A.    We needed a public relations
5  firm to work with us on all kinds of animal
6  welfare issues.  We were being attacked from
7  all different ways.  We needed a way to have
8  somebody that in the public relations
9  business knew how to respond to those kind of
10  things.  And as well as we had Sawyer Miller,
11  was the first company that we contracted with
12  for public relations.  After a period of time
13  we didn't feel like we were getting the
14  service from them that we expected, and so we
15  interviewed other companies at that time and
16  selected GolinHarris to do so.  So they were
17  responding to all kinds of animal activist
18  challenges as well as once we got into the
19  UEP certified program, they were our vehicle
20  by which we were developing fliers, letters,
21  ads, et cetera, for grocery trade magazines
22  and those kind of things.
23    Q.    Do you recall when you retained
24  Sawyer Harris?
25       A.    You mean GolinHarris?

517

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2    Q.    No.  Sorry, Sawyer --
3       A.    Sawyer Miller I think is the
4  name of it.
5    Q.    -- Miller.
6       A.    I do not remember the date.
7                 - - -
8            (Exhibit Gregory-55, 2/10/04
9         Letter with attachments, Bates
10         NL002043 - NL002064, was marked for
11         identification.)
12                 - - -
13  BY MR. OLSON:
14    Q.    Let me just hand you what's
15  been marked Gregory-55.  You might want to
16  start on page 2 which is a letter under your
17  signature.  This is a document Bates stamped
18  NL002043 through 2064.  If you can scan that
19  letter and let me know when you're done.
20       A.    (Reviewing document.)
21    Q.    Can you identify the letter as
22  one that you sent on February 10, 2004,
23  regarding GolinHarris?
24       A.    Yes.
25    Q.    Is this when GolinHarris was

518

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  first retained?
3       A.    I'm sorry, I don't know the
4  date that we did that kind of thing, but I
5  think that this is somewhere within that time
6  frame, yes.
7    Q.    Attached to your letter is a
8  copy of the public relations plan developed
9  by GolinHarris.  Correct?
10       A.    Yes, it appears that is the
11  fact.
12    Q.    That's how you describe it, as
13  a -- in your cover letter?
14       A.    Yes.
15    Q.    If you look at page 5, "KEY
16  MESSAGES."
17       A.    And what would be the number of
18  that page?
19    Q.    2052.
20       A.    Okay.  Yes.
21    Q.    That was six key messages that
22  GolinHarris was hired to disseminate as part
23  of this public relations campaign.  Correct?
24       A.    Yes.
25    Q.    And then on page 7, it's two

519

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  pages later, there's a reference to a
3  "GOLIN/HARRIS P.R. TRUTH SQUAD."  Are you
4  familiar with that truth squad?
5       A.    I'm trying to remind myself of
6  it now.  I've read it, scanned it quickly.
7    Q.    That's something that
8  GolinHarris was retained to implement as
9  well.  Correct?
10       A.    This is part of their plan that
11  they presented for, it looks like for 2004.
12    Q.    Now, you can put that aside.
13  Mr. Gregory, you -- are you familiar with an
14  organization called the California Egg
15  Commission?
16       A.    Yeah, I'm not -- I don't think
17  they're in business any longer, but yeah,
18  there used to be.
19    Q.    What was that organization?
20       A.    Let's see, I'm trying to
21  remember.
22    Q.    If you recall.
23       A.    You know, I hate to state it
24  wrong, so I don't recall all of what they
25  did.  Seems to me like they actually had a

520

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1   check off or something where they collected
2   check off or something where they collected
3   money and they did advertising in the State
4   of California.
5       Q.   Are you familiar with someone
6   named Robert Pierre?
7       A.   He was the manager of it, yes.
8       Q.   Did you have a working
9   relationship with him?
10      A.   I knew him well.  I wouldn't
11  call that a working relationship, but, yeah,
12  I knew him well.
13      Q.   You were friends?
14      A.   Yeah.
15      Q.   Are you still in touch with
16  Mr. Pierre?
17      A.   He has been retired for some
18  years and I haven't heard from him since
19  then.
20      Q.   Since he retired?
21      A.   Yes.
22      Q.   Do you know when he retired?
23      A.   No, I do not.
24      Q.   From time to time you would be
25  asked by the media to comment on developments

521

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1   in the egg industry.  Correct?
2
3       A.   Yes.
4       Q.   And there were times when the
5   egg prices were increasing that you were
6   asked to comment on the reasons for that.
7   Correct?
8       A.   Yes.
9       Q.   And did you have a practice in
10  place about how you handled those responses?
11      A.   No.
12                   - - -
13              (Exhibit Gregory-56, E-mail
14          chain, Bates UE0810722 & UE0810723,
15          was marked for identification.)
16                   - - -
17  BY MR. OLSON:
18      Q.   Let me hand what you we've
19  marked Gregory-56 and ask you to review the
20  document.
21      A.   Do you want me to start from
22  the back and read forward?
23      Q.   Usually the best way.  This is
24  Bates stamped UE0810722 through 723.
25      A.   (Reviewing document.)

522

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1   I've read it.
2
3       Q.   Can you review it as an e-mail
4   exchange you had with Robert Pierre on
5   February 10, 2004?
6       A.   Yes.
7       Q.   That's after he had retired.
8   Correct?
9       A.   Yes.
10      Q.   Does it refresh your
11  recollection that you had some exchange with
12  him after his retirement?
13      A.   It does not, but I won't argue
14  with what's here in front of me now.
15      Q.   What this indicates is that
16  Mr. Pierre contacted you to ask you some
17  questions about what was happening in the egg
18  industry.  Right?
19      A.   Yes.
20      Q.   The reason he was asking the
21  questions he said is because he was dabbling
22  in stocks.  Right?
23      A.   Yes.
24      Q.   And he refers to the Cal-Maine
25  stock having gone from a low of $3.20 up to

523

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1   $44.89 over the past year, and then it had
2   recently dropped to $35.20.  Right?
3       A.   That's what he says.
4       Q.   So he's asking -- well, and
5   then he says that in the media, the change in
6   the stock had been attributed to Dr. Atkins
7   and the Atkins Diet.  Right?
8       A.   That's what he says.
9       Q.   He says but he doesn't think
10  that that had anything to do with the price
11  of eggs, didn't stock go up because of
12  shortage of eggs that affected the price of
13  eggs.  Right?
14      A.   That's what he says.
15      Q.   You respond and you say some
16  pleasantries at the beginning, you provide
17  some information about what was going on in
18  the egg industry, you conclude the second
19  full paragraph by saying, "Egg producers have
20  made far more money since September 2002 than
21  they ever dreamed was possible."
22           Do you see that?
23      A.   I did read that, yes.
24      Q.   That was your view at the time.

524

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    Right?
2    
3    A.    Yes.
4    Q.    And then you talk about the
5    subject of the Cal-Maine stock.  Now, did you
6    have any qualms about doing that?
7    A.    I didn't know that I shouldn't
8    be, so -- I don't own Cal-Maine stock, I
9    don't follow their stock quote, so I don't
10   know anything about their stock values.
11   Q.    What you tell Mr. Pierre is
12   that in your statements to the media type,
13   you have tried to downplay exports in the
14   Animal Welfare Program as the reasons for
15   improved prices.  Right?
16   A.    Yes.
17   Q.    Instead you've gladly used the
18   Atkins Diet and increase demand as the reason
19   for improved prices.  Right?
20   A.    Yes.
21   Q.    You actually said we have done
22   that, when you say "we," you are referring to
23   you and others at UEP?
24   A.    No, I'm referring to me.
25   Q.    You say, "In reality, the

525

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    Exotic Newcastle, and Animal Welfare
2    Guidelines have been the major reasons why
3    Cal-Maine and all other egg producers are
4    enjoying good times."  Right?
5    
6    A.    Yes.
7    Q.    That was your view at the time.
8    Correct?
9    A.    Yes.  I'm taking -- trying to
10   be -- I try to take credit.
11   Q.    You can put that aside.
12   - - -
13   (Exhibit Gregory-57, Summary Of
14   Meeting With National Advertising
15   Review Board April 1, 2004, was marked
16   for identification.)
17   - - -
18   BY MR. OLSON:
19   Q.    Now, as part of the proceedings
20   with the National Advertising Review Board,
21   and you alluded to this earlier today, there
22   was an opportunity to have an in-person
23   presentation with that board.  Correct?
24   A.    With a review board, yes.
25   Q.    And you participated in that.

526

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    Correct?
2    
3    A.    Yes, I did.
4    Q.    Let me hand you what's marked
5    as Gregory-57.  Why don't you briefly review
6    this, please, let me know when you're done.
7    A.    (Reviewing document.)
8    Q.    Identify this for the record,
9    it's MFI0005457 through 59.  Mr. Gregory, can
10   you identify this --
11   A.    Yes.
12   Q.    -- as a summary of the meeting
13   that you wrote?  Correct?
14   A.    Yes.
15   Q.    You discuss the presentations
16   by the various groups including the NAD.
17   Correct?
18   A.    Yes.
19   Q.    The NAD presentation was by an
20   attorney named David Mallen.  Do you see
21   that?  Now, is he --
22   A.    Yes, I see it.
23   Q.    Is he that person that you --
24   A.    Yes.
25   Q.    -- referenced earlier that you

527

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    believe was somehow beholden to the animal
2    rights movement?
3    
4    MS. LEVINE:  Mr. Gregory, I just
5    want to tell you, let Mr. Olson finish
6    his question so the court reporter can
7    type and then you can answer.
8    THE WITNESS:  Yes, I believe so.
9    BY MR. OLSON:
10   Q.    What's the basis for that
11   opinion?
12   A.    Based upon having seen his
13   passion and his remarks that he made in
14   presenting his case as -- at the National
15   Advertising -- not the Review Board, but the
16   Better Business Bureau.
17   Q.    Anything else?
18   A.    I think some of the things,
19   what he was doing was not necessarily talking
20   about the logo, but he was -- spent a great
21   deal of time just going through his really
22   reason why we shouldn't use animals in
23   agriculture.  We were misusing animals and
24   all that kind of stuff.
25   Q.    So the basis for your

52  (Pages 524 to 527)

**528**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  assertions about Mr. Mallen are based on what
3  he said at the National Advertising Division
4  presentation.  Is that right?
5        A.    Yes, yes, yes.
6        Q.    You didn't uncover any
7  information linking Mr. Mallen to any animal
8  rights group?
9        A.    No, I did not.
10        Q.    You're not suggesting that he's
11  corrupt in any way?
12        A.    No, no, no, not at all.
13        Q.    You're not suggesting that he
14  is not professional in his job?
15        A.    No, not at all.
16        Q.    You believe, though, that his
17  passion in some of the things that he said
18  indicated that he is on the side of the
19  activist movement?
20        A.    Yes.
21        Q.    In this document, you don't
22  record Mr. Mallen saying anything about no
23  hen should ever be used in -- animal should
24  ever be used in agriculture, do you?
25        A.    No.  Of course in this I'm just

**529**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  trying to summarize things.  I couldn't write
3  word for word what everybody said.
4        Q.    Right.  But you cover his
5  presentation.
6        A.    Right.
7        Q.    You make a summary of it and
8  you don't allude to him saying anything about
9  no animal should be used in agriculture, do
10  you?
11        A.    No, I do not.
12        Q.    And you gave some --
13        A.    Do you know Mr. Mallen?
14        Q.    Well, I've looked at Mr.
15  Mallen's biography and he certainly looks
16  like a professional to me.  So I wanted to
17  know if you knew anything I didn't.
18        Now, if you look at the
19  presentation by UEP, you gave part of that
20  presentation.  Correct?
21        A.    Yes.
22        Q.    And you also discuss the
23  presentation by Compassion Over Killing.
24  Correct?
25        A.    Yes.

**530**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    And in your conclusion, you say
3  that "Upon leaving we felt we had been
4  provided with a fair hearing..."  Right?
5        A.    Yes.
6        Q.    And that UEP had been given
7  sufficient time to present its case.
8  Correct?
9        A.    Yes.
10        Q.    You can put that aside.
11        Do you recall the results of
12  the National Advertising Review Board's
13  decision?
14        A.    I recall receiving it and I
15  recall having read it at that time.
16        Q.    Did the National Advertising
17  Review Board rule in favor of the UEP?
18        A.    Well, I think we'd have to
19  review it again now.  My conclusion of it
20  was, as I remember, is that they did not
21  necessarily rule against us.  They ruled
22  that, you know, without some sort of a
23  consumer education program, a consumer could
24  be misled by this logo and they, as I recall,
25  didn't say that that alone as one consumer

**531**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  was misled was not a reason to disallow this,
3  but they gave us some recommendations of how
4  we could do things to educate the consumers.
5  And as I said to you earlier, I think their
6  recommendations were great, we acknowledged
7  that we thought so and we went about trying
8  to make those changes that they recommended.
9        - - -
10        (Exhibit Gregory-58, 4/27/04
11        Letter, Bates UE0218877 - UE0218881,
12        was marked for identification.)
13        - - -
14  BY MR. OLSON:
15        Q.    I've handed you what's been
16  marked Gregory-58.  It's Bates stamped
17  UE0218877 through 881.  And can you identify
18  this document as a cover letter from the NARB
19  dated April 27, 2004, to Kevin Haley that
20  attaches the NAB's decision?
21        A.    Yes.
22        Q.    And you reviewed this before?
23        A.    I'm sure I did.
24        Q.    Now, if you look at the
25  decision, there's a section that is a

**VERITEXT REPORTING COMPANY**
(212) 279-9424          www.veritext.com          (212) 490-3430

532

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    background section.
3        A.    But I think that we -- what
4    he's asking for is a statement in writing
5    within five days.  I think we did do that.
6        Q.    Right.
7        A.    What are you asking now?
8        Q.    Why don't you review the
9    background section which is on the first page
10   of the NARB decision.
11       A.    Background.  (Reviewing
12   document.)
13             I've read that section.
14       Q.    That background section lays
15   out what had happened and it also summarizes
16   the arguments of COK, UEP and what NAD had
17   found.  Correct?
18       A.    Yes.
19       Q.    Is that summary generally
20   consistent with your recollection?
21       A.    Yes.
22             MS. LEVINE:  Object to the form
23   of the question.
24             THE WITNESS:  Yes.
25             MS. LEVINE:  Calls for

533

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2             speculation.
3    BY MR. OLSON:
4        Q.    On page 2 of the report, the
5    third full paragraph, it says, "The UEP
6    guidelines recommend increased space for hens
7    in cages, in the range of 67-86 square
8    inches, although producers need not reach the
9    67 inch minimum until 2008."
10            Do you see that?
11       A.    Yes.
12       Q.    That was a true statement?
13   It's accurate?
14       A.    Yes.
15       Q.    And then it continues to say,
16   "(67 square inches, while an improvement, is
17   not enough space for a hen to flap its
18   wings.)"  True as well.  Right?
19       A.    That's what it says.
20       Q.    It's accurate?
21       A.    I think they have made an
22   assumption that is not -- it's an assumption
23   based on the argument.  It is not science.
24   It's not a science-based argument.
25       Q.    Because the science-based

534

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    conclusion is that hens need more than
3    74 inches to flap their wings.  Right?
4             MS. LEVINE:  Object.
5    Misleading -- sorry, mischaracterizing
6    the testimony, but you can answer.
7             THE WITNESS:  I go back to say
8    that that was an average at the time
9    and the Scientific Committee
10   recommendations did not ultimately
11   require or speak to 74 inches.
12   BY MR. OLSON:
13       Q.    The next paragraph in the
14   middle, there's a parenthetical, it says,
15   "even the 67 square inch standard to become
16   effective in 2008 is less than a typical 8 ½
17   X 11 inch piece of paper."
18            Do you see that?
19       A.    That's in which paragraph?
20       Q.    The next one.
21       A.    Read the first few sentences so
22   I make sure I'm in the same place with you.
23       Q.    Well, there's just a
24   parenthetical in the middle that says,
25   "...the 67 square inch standard is less than

535

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    a typical 8 ½ X 11 inch piece of paper."
3             Do you see that?
4        A.    That is -- that is the position
5    that the Compassion Over Killing provided.
6        Q.    Is that accurate, to your
7    knowledge?
8        A.    That varies depending on the
9    size of the cage, but in some cases that
10   could be accurate.
11       Q.    Now, on the next page, you'll
12   see there's a sentence that says, we reach
13   this conclusion for a number of reasons.
14       A.    Okay.
15       Q.    Do you see that?
16       A.    Yes.
17       Q.    And that's referring to the
18   conclusion that's expressed in the prior
19   sentence.  Right?
20       A.    You mean the sentence prior to
21   that where it says --
22       Q.    Yes.
23       A.    However, the --
24       Q.    Please don't read out loud.
25   Don't read out loud, again, for her benefit.

54  (Pages 532 to 535)

536

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 I'll read it.
2     A.    Okay.
3     Q.    What the NARB wrote here,
4 the COK evidence is corroborative of the NAD
5 sound judgment that many consumers will take
6 away from the Animal Care Certified logo a
7 message that the level of care is more humane
8 than allowed by the UEP guidelines.  That was
9 the conclusion of the NARB.  Correct?
10     MS. LEVINE:  Object to the form
11         of the question.  I think this -- I
12         don't think this witness recalls
13         the -- he's reading from a document
14         which he certainly can do.
15     THE WITNESS:  Maybe I'm
16         misreading it, but I don't read that
17         that the Review Board has reached that
18         judgment.  I'm reading it that says
19         the COK evidence is -- the National
20         Advertising Division --
21 BY MR. OLSON:
22     Q.    It says it corroborates the
23 judgment that it characterizes as sound by
24 the NAD that consumers would think from

537

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 calling this an Animal Care Certified logo,
2 that the level of care is more humane than
3 actually is allowed by the guidelines.
4 That's what the Review Board --
5     A.    What I'm reading that to say is
6 that COK and NAD have an agreement that
7 this -- this statement.  I'm not reading that
8 that the Review Board said that.
9     Q.    Even when it says that it was a
10 sound judgment?
11     A.    Again, I'm saying I read that
12 to be that that's a sound judgment of COK and
13 NAD.
14     Q.    What does the word "sound" mean
15 to you?
16     A.    I don't know.
17     Q.    In fact, you went back to the
18 UEP members and told them --
19     A.    Whoa, whoa, wait a second.
20     Q.    You told them that UEP had won
21 the appeal.
22     A.    Don't you think we should go on
23 and read what their conclusion was and what
24 their recommendations they made for us?

538

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1     Q.    You can do that at a later
2 time.  My time is limited.
3     A.    Well, the reason why I'm saying
4 that is that you have presented me with a
5 document from the Review Board, but you have
6 not written or highlighted what their final
7 answers were.  You've left it as if the
8 National Advertising Division and COK have
9 reached a sound judgment, but you have not
10 said what the Review Board said.
11     Q.    So the final recommendation was
12 that the certification program should either
13 be discontinued in its present form or it
14 needed to be modified to more clearly
15 communicate that certification signifies the
16 specific standard of care set forth in the
17 UEP guidelines.  Right?
18     A.    Through the certification
19 materials, communication requirements placed
20 on certified producers by UEP, that
21 certification signifies specific standards.
22 So -- and what they have given us is
23 recommendations, I think, prior to that is
24 talking about Web sites and a more clear logo

539

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 and all this.  My point of saying this is
2 that the Review Board did not come down hard
3 on us.  That's why I say they were fair
4 people in that they laid -- the cases were
5 laid out, they put all the points of both
6 sides on the board and in the end they gave
7 us the recommendation, and we go back home
8 and change that logo and do some things in
9 order to provide education for consumers.
10 And we agreed with that ruling and wrote back
11 to the Review Board saying we accepted that,
12 and we were going to implement those
13 recommendations.
14     Q.    Right.  And they weren't
15 satisfied because at that point you were
16 still wanting to call it an Animal Care
17 Program, and that is what they believed was
18 deceptive?
19     A.    No, no, no.  Not at the
20 conclusion of this meeting, we did not --
21 that was not our intention.  Our intention
22 was going to the Federal Trade Commission and
23 see if we couldn't resolve it, because there
24 wasn't any reason for us to make the changes

540

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1     if we hadn't also resolved the situation with
2     the Federal Trade Commission because Mr.
3     Mallen had sent a letter to the Federal Trade
4     Commission even before we could respond to
5     the Review Board within that five days.
6          Q.     So your testimony -- what is
7     the basis for saying Mr. Mallen contacted the
8     Federal Trade Commission before you had a
9     chance to respond?
10         A.     We know -- I don't have it
11    here, maybe you do, but we know that Mr.
12    Mallen had sent a letter to the Federal Trade
13    Commission like the day of or the day before
14    that our response back to the Review Board
15    even arrived.  So he had already drawn his
16    conclusion even before we had a chance to
17    come back and say thank you for your advice
18    and thank you for helping us and we will do
19    all these things.
20                      - - -
21         (Exhibit Gregory-59, Producer
22    Committee For Animal Welfare May 10,
23    2004 Washington, D.C. Minutes, Bates
24    UE0153279 & UE0153280, was marked for

541

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1          identification.)
2                      - - -
3     BY MR. OLSON:
4          Q.     And I've handed you what's been
5     marked Gregory-59.  Can you identify it as
6     the minutes of a Producer Committee meeting
7     taken by you on May 10, 2004?
8          A.     That's what it states, yes.
9          Q.     The document is Bates stamped
10    UE0153279 through 280.
11         A.     Yes.
12         Q.     And in this document,
13    approximately two weeks after the decision
14    was received, Mr. Isaacson reported to the
15    committee that the Review Board had ruled in
16    favor of UEP.  Correct?
17         A.     And you're reading from which
18    paragraph?
19         Q.     The middle where it says,
20    "National Advertising Review Board."
21         A.     Yes.
22         Q.     And on the second page there's
23    a discussion about feeder space?
24         A.     Yes.

542

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1          Q.     And in that, that reflects that
2     Dr. Armstrong addressed the Producer
3     Committee at this time.  Correct?
4          A.     Yes.
5          Q.     He addressed the issue of
6     feeder space.  Right?
7          A.     Correct.
8          Q.     You said the Scientific
9     Committee continued to stand behind its
10    original recommendation for four inches of
11    feeder space per hen.  Right?
12         A.     Yes.
13         Q.     And the Scientific Committee
14    considered feeder space and floor space to be
15    of equal importance.  Correct?
16         A.     Yes.
17         Q.     And as of this time there was
18    no requirement in the UEP program of four
19    inches of feeder space per hen.  Correct?
20         A.     That is correct.
21         Q.     Put that aside.
22                      - - -
23         (Exhibit Gregory-60, 5/2/04
24    United Voices, Bates MPS-00066253 -

543

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1     MPS-00066256, was marked for
2          identification.)
3                      - - -
4     BY MR. OLSON:
5          Q.     Let me hand you what's been
6     marked Gregory-60.  This is Bates stamped
7     MPS-00066253 through 256.  I'll ask if you
8     can identify it as a United Voices
9     publication you edited dated May 20, 2004?
10         A.     Yes.
11         Q.     There's an editorial under your
12    name that starts on the bottom of page 2, I'd
13    ask if you could review that editorial, let
14    me know when you're done.
15         A.     (Reviewing document.)
16                I've read it.
17         Q.     This is an editorial you
18    drafted.  Correct?
19         A.     Yes.
20         Q.     It's titled, "Are You
21    Committed."  Right?
22         A.     Yes.
23         Q.     And what was going on is that
24    after prices had been high for some time,

544

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 there was concern that they were -- they had
2 gone back down. Right?
3
4       A.     It appears to be what it's
5 about.
6       Q.     You were trying to get the UEP
7 members to recommit themselves to managing
8 the supply issue. Correct?
9              MS. LEVINE: Objection to the
10       form of the question.
11              THE WITNESS: I think that what
12       it is that Roger Deffner, who is
13       chairman of the board at that time, is
14       speaking to, that you need to maintain
15       plans to be a profitable industry and
16       that you need to -- you need to
17       produce eggs to meet the market
18       demand, but there's no need to produce
19       any more than that.
20 BY MR. OLSON:
21       Q.     And you make the point, as
22 we've discussed previously, that the Animal
23 Care Certified Program is the only road map
24 the industry has ever had for future
25 planning. Right?

545

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2       A.     Do I say that in here?
3       Q.     If you look at the bottom of
4 the --
5       A.     Of the editorial.
6       Q.     -- on the first page.
7       A.     Okay.
8       Q.     You say, "While never intended
9 as a supply adjustment program, the Animal
10 Care Certified program is the only roadmap
11 the industry has ever had for future
12 planning."
13       A.     Right. I think I have
14 explained that before as to why -- what my
15 meaning of road map is.
16       Q.     And here you say if you stay
17 true to the program and manage it to meet the
18 current -- to meet the market demand, it can
19 provide the industry with prolonged profits.
20 Do you see that?
21       A.     I see that, but it didn't
22 happen because in 2005 and 2006, industry
23 produced so many eggs that it -- and sold
24 them at such low prices, the industry nearly
25 went bankrupt.

546

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2       Q.     And what --
3       A.     This is a period of three to
4 four years after the Animal Care Certified or
5 UEP certified program has been in effect.
6       Q.     You made the statement a couple
7 of times about what happened in 2005, 2006.
8 What data are you basing that on?
9       A.     It's based upon the USDA layer
10 flock inventory and on Urner Barry market
11 quotes.
12       Q.     Anything else?
13       A.     No, that's it.
14       Q.     So when you say in this
15 editorial in May of 2004, "If you stay true
16 to the program and manage it to meet the
17 market demand, it can provide the industry
18 with prolonged profits," what did you mean by
19 "manage it to meet the market demand"?
20       A.     What I'm meaning in all these
21 cases is if you manage your business to
22 produce the number of eggs that you need to
23 fill your customers' orders, you can have
24 prolonged profits. If you manage your
25 business to produce surplus eggs, it is going

547

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2 to depress the market and you're going to be
3 losing money.
4       Q.     And in the next sentence of
5 this paragraph we've been looking at, you
6 specifically reference this idea of
7 backfilling. Right?
8       A.     Yes.
9       Q.     You say for many people
10 backfilling was maybe necessary to maximize
11 profits --
12       A.     Yes.
13       Q.     -- but now it's time to rethink
14 that. Right?
15       A.     Yes.
16       Q.     You say now backfilling doesn't
17 make good business sense. Right?
18       A.     Yes.
19       Q.     That was your view at the time.
20 Correct?
21       A.     And here is what's going on, is
22 that this is before we reach the prohibition
23 on backfilling. This was what was going on.
24 The industry was making money and they
25 thought they could capitalize up on this by

57 (Pages 544 to 547)

548

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  taking hens and backfilling cages when, in
3  fact, what was happening is that they were
4  keeping flocks, older flocks that should have
5  been disposed of.  So what they did by doing
6  so, they -- this practice was adding eggs on
7  a market that was not intended and was
8  destroying their ability to be profitable.
9      Q.    Towards the end of your
10  editorial you say, "We believe that the
11  industry only needs to make a few minor
12  adjustments but this needs to happen now."
13      Do you see that?
14      A.   Yes, I do.
15      Q.    And one of those minor
16  adjustments was to stop backfilling.  Right?
17      A.   I don't believe that says that
18  there, does it?
19      Q.    Well, it doesn't say it right
20  next to that sentence which is why I asked
21  the question.
22      A.   No, I don't know that when I
23  wrote that sentence, whether I had any --
24  made any or intended to make any reference
25  about backfilling.

549

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.    What are the minor adjustments
3  that needed to be made?
4      A.   This is now nine years later,
5  and I don't know what that was.
6      Q.    Well, you thought backfilling
7  was one thing that it made sense to stop from
8  a business perspective.  Right?
9      A.   I thought at that time that
10  that was -- that was keeping hens in
11  production that should on your normal
12  schedule have been depopulated.  Instead you
13  were keeping hens and filling up empty cages
14  because the industry was profitable at that
15  time and you were thinking that this -- the
16  egg farmer is thinking this is a way to
17  maximize profits and just produce more eggs
18  when, in fact, what it was doing was it was
19  creating more eggs than the market needed and
20  would eventually depress the price of eggs.
21      Q.    So the idea was that even
22  though backfilling might make sense for an
23  individual farmer, for the industry as a
24  whole it would be better if folks weren't
25  doing it?

550

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      MS. LEVINE:  Object to the form
3  of the question.  Mischaracterizes
4  what the witness said.
5      THE WITNESS:  I would say at
6  that time, that from a business
7  standpoint, yes.  This was before we
8  got to the point of saying this is
9  violating the spirit of what the UEP
10  certified guidelines intended.
11  BY MR. OLSON:
12      Q.    And then at the end of the
13  editorial, you reference a Marketing
14  Committee recommendation that's a plan of
15  action relating to supply.  Right?
16      A.   Yes.
17      Q.    And you reference, you say,
18  "While this is a voluntary program, are you
19  committed?"
20      A.   Yes.
21      Q.    "Did you return your intention
22  form to UEP?"  Right?
23      A.   Yes.
24      Q.    And you say, "Those that are
25  committed will be acknowledged in a future

551

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  newsletter."  Right?
3      A.   Yes, that's what it says.
4      Q.    That was to encourage people to
5  be committed.  Right?
6      A.   That's true.
7      Q.    Now, do you recall as a result
8  of what was going on with prices in the egg
9  industry at this time that there was an egg
10  economic summit that was held?
11      A.   You're done with this one here?
12      Q.    Yes.
13      A.   Yes, I don't remember what the
14  date was, but we did -- I think you're
15  referencing -- you need to show me the
16  document, I guess, because we did at one
17  point in time, I know, hold an egg economic
18  summit, but I don't know --
19          - - -
20      (Exhibit Gregory-61, PowerPoint
21  Presentation, Bates UE0146041 -
22  UE0146055, was marked for
23  identification.)
24          - - -
25  BY MR. OLSON:

58 (Pages 548 to 551)

552

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2     Q.    Let me hand you this one.
3 We'll try this one first.  This is
4 Gregory-61.  It is Bates stamped UE0146041
5 through 055.
6           Can you identify this as the
7 presentation that you made at the egg
8 economic summit in November 16, 2004?
9     A.    I can identify that that was an
10 economic summit.  I'm not sure -- in fact, I
11 know that I did not present all of these
12 slides here.
13    Q.    How do you know you didn't
14 present all the slides?
15    A.    Because there are some that
16 is -- well, I say I didn't.  Maybe I did.  I
17 don't know.  But there were several people at
18 that summit that were presenting things, and
19 so I don't know what I did and what they did
20 is what I'm saying.
21    Q.    But this -- if you look at the
22 cover, this indicates that this is your
23 presentation.  Correct?
24    A.    Yes, it does.
25    Q.    And did you make a presentation

553

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2 at that summit?
3     A.    Yes, I did.
4     Q.    Let me just ask about a couple
5 of pages in here.  There's a page that ends
6 051, it's about in the middle towards the
7 end.  It's titled, "Supply/Demand Price
8 Relationship."
9     A.    Yes.
10    Q.    Do you know where the data in
11 this slide comes from?
12    A.    Yes.  The people populations
13 came from the U.S. census statistics that are
14 found on the Web site or someplace.  Well,
15 wait.  We're not talking about people here,
16 are we?  The hen population comes from the
17 USDA monthly hen inventory.
18    Q.    How about the "Total Removed"
19 column?
20    A.    That, again, is statistics that
21 is provided by the USDA.
22    Q.    What does that refer to, "Total
23 Removed"?
24    A.    What they're reporting is
25 that -- is the, what is -- they're reporting

554

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2 what is -- how they do this, they gather a
3 lot of statistics that lets them arrive at
4 what the inventory is, and then they take
5 that from the previous month's inventory,
6 then they -- now the new -- and they figure
7 out how many hens were slaughtered at
8 Canadian plants, how many hens were
9 slaughtered at U.S. plants, how many hens
10 were, you know, disposed of in other ways,
11 and what was natural mortality.
12    Q.    Now, who was invited to this
13 economic summit, do you recall?
14    A.    Now, I apologize -- I shouldn't
15 apologize.
16           Again, you're asking me for
17 memory in 2004, so I will try my best.
18    Q.    Do you recall if there were
19 restrictions on who could attend?
20    A.    You know, I think there were,
21 but we had invited some people to come and
22 make presentations because this was trying to
23 look at the whole gamut of the supply.  For
24 instance, we had someone, as I recall, from
25 American Egg Board talking about the consumer

555

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2 side of the market and what was happening
3 there.  We had someone from the egg product
4 side of the business talking about the growth
5 of the egg products business, how they were
6 building houses.  We had someone that was an
7 egg farmer that was rather good at taking in
8 statistic stuff and trying to put a good, you
9 know, education about what these things were
10 to mean and that kind of thing.  I think we
11 had somebody from a company called Country
12 Creek Farms at that time who was the main
13 conduit to Walmart.  And he was there to
14 present what the retailers expected and how
15 the retailers responded to these cycles up
16 and down, prices and all this and that kind
17 of thing.  So Walmart is the big dog in this
18 business, and we needed to know, you know,
19 what the retailer's perspective of all that's
20 going on.  There may have been other people
21 that made presentations, but from my poor
22 memory, that's what I'm trying to --
23    Q.    That's what you recall right
24 now?
25    A.    Yes.

59  (Pages 552 to 555)

**556**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.    If you look at the last page of
3  your presentation, there's a heading titled,
4  "Management Recommendations."
5      A.    Okay.
6      Q.    That reflects the
7  recommendations that UEP management was
8  making to UEP members at this summit.
9  Correct?
10     A.    Yes.  Yes.  I'm gathering
11 that's what it is, yes.
12     Q.    The first one is "Stay
13 committed to Animal Care Certified Space
14 Phase-In Plan."  Right?
15     A.    Yes.
16     Q.    Number two is, "Do not backfill
17 cages."  Right?
18     A.    Yes.
19     Q.    Number three is, "Dispose of
20 spent hens at younger ages."  What does that
21 refer to?
22     A.    Well, a spent hen, that's a
23 term that's used in the industry to identify
24 a hen that is in the last weeks or days of
25 her laying productive cycle.  So if you've

**557**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  got a date to get rid of them, I'll just use
3  numbers now, at 110 weeks or whatever it is,
4  we would say you're going to dispose of them
5  anyway, get rid of them two weeks earlier,
6  whatever it is.
7      Q.    Then another recommendation is,
8  "Do not expand beyond market needs."  Right?
9      A.    Yes, it's always been my belief
10 that it's a foolish business decision to
11 produce any product more than you have an
12 available market for.
13     Q.    That's similar to the last --
14 oh, and then the last point is slightly
15 different.  It's "Egg Breaking companies
16 should only expand their egg production
17 capacity to meet the growth of the eggs
18 products market."  Right?
19     A.    The eggs products market is a
20 nice business and is growing and -- but in
21 order -- there had been a change in the
22 industry and instead of them now buying shell
23 eggs from shell egg producers and breaking
24 those eggs, many of these guys were building
25 their own facility.  That was perfectly fine,

**558**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  but they like shell egg producers also needed
3  to look at what this market was and how many
4  new housings that they need to build.
5  Because every time they built a house with
6  egg laying hens in it now for breaking, that
7  meant that some shell egg producer out here
8  then selling to the breakers had lost his
9  market now.  So we're trying to say that as I
10 said I think in some document this egg market
11 is just one pie.  We all got to figure out a
12 way to fit in.
13     Q.    So that was -- that topic was
14 addressed at the economic summit as well.
15 Correct?
16     A.    Yes.
17     Q.    You can put that aside.
18     - - -
19     (Exhibit Gregory-62, 11/18/04
20 Letter, Bates UE0176038 - UE0176040,
21 was marked for identification.)
22     - - -
23 BY MR. OLSON:
24     Q.    Let me hand you what's been
25 marked Gregory-62.  This is Bates stamped

**559**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  UE0176038 through 040.
3      I'll ask you if you can
4  identify it as a letter sent by you and Roger
5  Deffner to UEP members on November 18, 2004?
6      A.    Yes.  Let's see if my memory
7  was very good.
8      Q.    It refers to some of the
9  discussions at the summit.  Correct?
10     A.    Yes, it does.
11     Q.    Now, at the bottom of the first
12 page, it refers to Marty Eisenstein from the
13 firm of Brann & Isaacson --
14     A.    Yes.
15     Q.    -- making some presentation on
16 Capper-Volstead issues.  Right?
17     A.    It does.
18     Q.    And that's the document that we
19 looked at before, Exhibit 51.  Correct?
20     MS. LEVINE:  Object to the form
21 of the question.
22 BY MR. OLSON:
23     Q.    Which you'll see is dated
24 November 16, 2004, the date of the meeting.
25     A.    The meeting, okay.

**60 (Pages 556 to 559)**

560

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2         MS. LEVINE:  Mr. Gregory, pull
3    up the document.
4         THE WITNESS:  What number is
5    that again?
6    BY MR. OLSON:
7    Q.    51.
8    A.    Show me what it looks like.
9    Yes, I have it.
10   Q.    So that document is dated
11   November 16, 2004, the day of the summit.
12   That's what was presented to UEP members at
13   that meeting.  Right?
14        MS. LEVINE:  Object to the form
15   of the question.  If this witness
16   knows.
17        THE WITNESS:  You know, I don't
18   know that because this document says
19   "UEP Marketing Committee Antitrust
20   Issues."  It does -- it's not talking
21   about the economic summit.
22   BY MR. OLSON:
23   Q.    Do you know what Mr. Eisenstein
24   presented?
25   A.    I would know only that he, as

561

1         GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    noted here in this letter, what he must have
3    talked about, the protections and limitations
4    of Capper-Volstead.  Beyond that I don't
5    know.
6    Q.    So you don't know if he handed
7    out written materials?
8    A.    I do not know.
9    Q.    And you sitting here today
10   don't recall what he said.  Right?
11   A.    That's true.
12   Q.    Now, do you recall that at the
13   summit and afterwards this idea of
14   backfilling was a topic of discussion?
15   A.    You will have to refresh my
16   memory because I do not know.
17   Q.    You don't recall that.  Okay.
18        You can put that aside.
19   A.    This letter?
20   Q.    Yes.
21             - - -
22        (Exhibit Gregory-63, 11/18/04
23   Memo, Bates UE0210450, was marked for
24   identification.)
25             - - -

562

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    BY MR. OLSON:
3    Q.    Let me hand you what's been
4    marked Gregory-63.
5         MS. LEVINE:  Steig, when you are
6    good for just a five-minute break
7    since it's been an hour and a half
8    since lunch.
9    BY MR. OLSON:
10   Q.    This is Bates stamped
11   UE0210450.  Can you identify it as a memo
12   sent to you by a --
13   A.    Duane Mangskau.
14   Q.    -- Duane Mangskau on
15   November 18, 2004?
16   A.    Yes.
17   Q.    You received it on
18   November 22nd?
19   A.    Yes.
20   Q.    Of course November 18th is
21   the -- well, this is shortly after the
22   summit.  Who is Mr. Mangskau?
23   A.    He was, as I recall, the farm
24   manager of this IVA.
25   Q.    Is that a UEP member?

563

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    A.    Yes.  They were, I think, a
3    cooperative of farmers in Iowa that were in
4    the egg business.
5    Q.    And he says, "There are a
6    couple of issues briefly touched on at the
7    meeting that I feel compelled to discuss with
8    you and I hope you will share them with the
9    Animal Welfare Committee next month."
10        Do you see that?
11   A.    Yes, I do.
12   Q.    First is the issue of
13   backfilling.  Right?
14   A.    Yes.
15   Q.    It says, "...it was stated at
16   the meeting that some companies have found
17   that backfilling is an economic advantage..."
18        Do you see that?
19   A.    Yes.
20   Q.    Do you recall that being stated
21   at the meeting?
22   A.    I'm going to accept the letter
23   here today for what it is.  I don't -- again,
24   that's nine years ago, nearly nine years ago,
25   so, you know, I don't recall this, but I will

61 (Pages 560 to 563)

564

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  accept the letter for what it is.
3      Q.   Fair enough.  He says, "There
4  are practices, like back filling, that we
5  would like to continue but cannot for the
6  betterment of the industry as a whole."
7  Right?
8      A.   Yes, he does.
9      Q.   He says, "I ask that you please
10 consider outlawing backfilling entirely to
11 maintain Animal Care Certification!"
12          Do you see that?
13     A.   I think he's doing that by
14 justification saying that animal advocates
15 would be -- he doesn't believe they'd be in
16 favor of that.
17     Q.   He also says, "The industry
18 certainly doesn't need the extra birds
19 producing eggs..."  Right?
20     A.   That's what he says, yes.
21     Q.   And, in fact, that's what
22 happened, backfilling was outlawed entirely.
23 Correct?
24         MS. LEVINE:  Object to the form
25     of the question.  Mischaracterizes

565

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      this witness' testimony.
3          THE WITNESS:  I don't know when
4      backfilling was outlawed.
5              - - -
6          (Exhibit Gregory-64, E-Mail
7      chain, Bates NL0017442, was marked for
8      identification.)
9              - - -
10 BY MR. OLSON:
11     Q.   Let me hand you what's been
12 marked Gregory-64.  It's Bates stamped
13 NL0017442, and I'll ask if you can identify
14 this as an e-mail exchange with Robert
15 Deffner on November 10, 2004.
16     A.   Yes.
17     Q.   Mr. Deffner forwards on an
18 e-mail he received from a Jim Dean from Sky
19 Foods.  Do you see that?
20     A.   Yes.
21     Q.   Mr. Dean reflects -- puts
22 forward some comments that he attributes to
23 you having made at a Marketing Committee
24 meeting.  Right?
25     A.   Yes.

566

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.   He quotes you saying, "'It's
3  not the new construction causing this problem
4  its the old hens & back filling.'"  Do you
5  see that?
6      A.   Yes.
7      Q.   Is that consistent with your
8  views at the time?
9      A.   Yes.
10     Q.   At the end Mr. Dean says, "Stop
11 the back filling, get rid of the old hens &
12 the industry will return to profitability."
13         Do you see that?
14     A.   Yes.
15     Q.   And that was forwarded to you.
16 Correct?
17     A.   Yes.
18     Q.   And that's what happened,
19 backfilling was stopped.  Right?
20     A.   Yes.  Let me expand a little
21 further on it, if you don't mind, about
22 backfilling.
23     Q.   Well, we actually have a
24 limited time and it's a good time to take a
25 break.

567

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      A.   Because there is a good
3  explanation for this that has to do with the
4  government.
5          MR. OLSON:  Let's take a break.
6          VIDEOGRAPHER:  The time is
7      approximately 2:08 p.m.  This ends
8      tape three, volume two.  We're now off
9      the record.
10             - - -
11         (A recess was taken.)
12             - - -
13         VIDEOGRAPHER:  The time is
14     approximately 2:22 p.m.  This begins
15     tape four, volume two.  We are back on
16     the record.
17             - - -
18         (Exhibit Gregory-65, 11/23/04
19     United Voices, Bates UE0368631 -
20     UE0368636, was marked for
21     identification.)
22             - - -
23 BY MR. OLSON:
24     Q.   Mr. Gregory, I've handed what
25 we've marked as Gregory Exhibit 65.  This is

62 (Pages 564 to 567)

**568**

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  Bates stamped UE0368631 through 36. I'll ask
3  if you can identify it as a November 23,
4  2004, United Voices that you edited?
5      A.   Yes.
6      Q.   And the cover story here is
7  report on what had happened at the egg
8  industry economic summit. Correct?
9      A.   Yes.
10     Q.   If you look at the second page
11 in the middle, there's a paragraph that says,
12 "Recognizing that it serves no purpose to
13 place blame on someone, many attendees
14 elected to be a part of the solution."
15         Do you see that?
16     A.   Yes.
17     Q.   "...those attending producers
18 dedicated primarily to shell egg market and
19 with approximate 100 million hens made their
20 intentions known by stating that they would
21 implement one or both of the following
22 recommendations." Right?
23     A.   Yes.
24     Q.   And then there's two options
25 put forth, both designed to reduce supply.

**569**

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  Correct?
3      A.   Yes.
4      Q.   And then you list the companies
5  that had made their intentions known during
6  the meeting itself. Correct?
7      A.   I think that's true, yes.
8      Q.   It lists Wilcox Farms, for
9  example. Right?
10     A.   Yes.
11     Q.   Sunrise Farms of California, is
12 that part of Nu-Cal?
13     A.   They are, yes. They are one of
14 the members of Nu-Cal.
15     Q.   National Foods Corp.?
16     A.   Yes.
17     Q.   Cal-Maine?
18     A.   Yes.
19     Q.   Moark?
20     A.   Yes.
21     Q.   Hillandale Farms of Pa.?
22     A.   Yes.
23     Q.   Midwest Poultry Services?
24     A.   Yes.
25     Q.   And all those companies and the

**570**

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  others listed that expressed at the meeting
3  that they intended to follow one of those two
4  options that are laid out. Right?
5      MS. LEVINE:  Object to the form
6      of the question.
7      THE WITNESS:  They -- during
8      that conference, it is -- the
9      newsletter is implying that they made
10     those intentions.
11 BY MR. OLSON:
12     Q.   Then underneath the list, you
13 say that in addition, letters have been sent
14 to UEP members who weren't in attendance
15 asking them then if they want to make their
16 intentions known. Correct?
17     A.   Yes.
18     Q.   You can put that aside.
19         - - -
20         (Exhibit Gregory-66, 11/29/04
21         Letter, Bates UE0176003, was marked
22         for identification.)
23         - - -
24 BY MR. OLSON:
25     Q.   Let me hand you what's been

**571**

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  marked as Gregory-66. This is document is
3  Bates stamped UE0176003.
4      Can you identify it as a letter
5  you sent to Cal-Maine Foods on November 29,
6  2004?
7      A.   Yes.
8      Q.   And this reflects that even the
9  companies that had made their intentions
10 known during the meeting, UEP also followed
11 up with them to --
12     A.   Verify their intention.
13     MS. LEVINE:  Let Mr. Olson ask
14     the question. You can give him the
15     response.
16 BY MR. OLSON:
17     Q.   I was struggling. You were
18 saying verify their -- verify that they had
19 made that commitment. Correct?
20     A.   That's true.
21     Q.   And that they had signed an
22 intention form. Right?
23     A.   No, I don't believe that at
24 that point had they signed an intent. You
25 have made your intention known, but I don't

572

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  think they had signed anything at that point.
3       Q.    It says you signed an intention
4  form.
5       A.    It does?
6       Q.    Underneath that sentence you
7  were just reading.
8       A.    Okay. Okay. Okay.
9       Q.    Because there was an intention
10 form and folks were asked to sign it. Right?
11      A.    Okay.
12      Q.    Cal-Maine and others did.
13 Correct?
14      A.    Those that were listed, yes.
15      Q.    At the bottom you say that UEP
16 is going to rely on that signed statement?
17      A.    Yes.
18      Q.    You can put that aside.
19                - - -
20            (Exhibit Gregory-67, 4/14/05
21       E-mail, Bates UE0644788, was marked
22       for identification.)
23                - - -
24 BY MR. OLSON:
25      Q.    Now, let me hand you what we've

573

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  marked as Gregory-67. This is a one-page
3  document Bates stamped UE0644788. Go ahead
4  and review it.
5            I'll ask if you can identify
6  this as an e-mail you sent on April 14, 2005,
7  to a Craig Morris?
8       A.    Yes.
9       Q.    And you are referring to being
10 at Mr. Morris' with who, USDA?
11      A.    Yes.
12      Q.    And you had been at a program,
13 a USDA program called the Commodity
14 Procurement Conference. Correct?
15      A.    I think I was invited there
16 because I think they wound up giving me some
17 sort of an award or something.
18      Q.    And you write to Mr. Morris
19 that you could not help but notice that of
20 the egg purchases for the period May 2004
21 through March 2005, and are those egg
22 purchases by the USDA?
23      A.    Yes.
24      Q.    That nearly 90 percent of the
25 purchases have been supplied by companies

574

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  that are Animal Care Certified companies --
3  that are not Animal Certified Care companies.
4  Right?
5       A.    That's what it says, yes.
6       Q.    And then you proceed to
7  question whether that's a good business
8  practice by the USDA. Right?
9       A.    Yes.
10      Q.    Whether it was good business
11 practice by the USDA to buy from companies
12 that were not certified companies. Right?
13      A.    Yes.
14      Q.    Yet at this time UEP had
15 members who were not certified companies.
16 Correct?
17      A.    Yes.
18      Q.    Now, do you -- are you
19 familiar -- you can put that aside.
20            Are you familiar with an
21 organization called CEMA, C-E-M-A?
22      A.    Yes, Canadian Egg Marketing
23 Agency.
24      Q.    What is that agency?
25      A.    It is the national organization

575

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  that is responsible for the quota system, the
3  supply/demand programs, you know, advertising
4  promotion, I guess, et cetera. It's their
5  national egg association.
6       Q.    And CEMA also purchases eggs
7  from egg producers. Correct?
8       A.    No. They do -- under normal
9  circumstances CEMA does not buy eggs from
10 U.S. producers.
11      Q.    But on occasion they do?
12            MS. LEVINE: Object to the form
13       of the question.
14            THE WITNESS: I know what you're
15       leading to, and there is only one
16       occasion where I was aware of it and
17       what the circumstances were.
18 BY MR. OLSON:
19      Q.    And that situation was after
20 Sparboe Company had left the Animal Care
21 Certified Program. Correct?
22      A.    At that time, they were not a
23 UEP certified company.
24      Q.    And you became aware that CEMA
25 was purchasing eggs or had purchased eggs at

64 (Pages 572 to 575)

576

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    one time from Sparboe.  Correct?
3        A.    What the situation was is that
4    CEMA and UEP were trying to work together on
5    animal welfare guidelines.  And in speaking
6    with their people at CEMA, they were in a
7    situation where one of their provinces in the
8    northwest had had a disease problem and they
9    had to depopulate a lot of chickens.  And
10   they needed then to buy eggs in to -- over a
11   period of time in order to fill their
12   markets.  And they asked CEMA to buy these
13   because they didn't want to have to be
14   going -- so CEMA talked with us about the
15   fact that they didn't want to buy anything
16   and they didn't want to buy anything except
17   UEP certified eggs because they didn't want
18   to -- you know, they didn't want to -- they
19   wanted to know what quality they're getting
20   and all that kind of stuff.  And so we as
21   such, you know, said okay, this is like an
22   export because you're going to need certain
23   eggs off this.  So we'll -- why don't you
24   work with U.S. Egg Marketers and they will
25   take care of this and they'll make sure

577

1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    you're getting -- so at an Urner Barry
3    conference, we believe that Greg Pearce from
4    CEMA had meetings with Wayne Carlson from
5    Sparboe.  And out of that an agreement,
6    something was -- a deal was made.  Now, the
7    problem of that deal is made is that eggs
8    that were being moved out of the country, if
9    it had gone through U.S. Egg Marketers, they
10   would have shown up as a trade of eggs and
11   reported on the egg clearinghouse and Urner
12   Barry could have monitored that and seen what
13   was happening and the USDA would -- you know,
14   and this kind of thing.  The deal was made
15   that they would ship these eggs into Canada
16   without them going through -- I'm sorry, they
17   were traded through the egg clearinghouse,
18   but agreement was reached, I believe, that
19   where those eggs would not be reported on the
20   egg clearinghouse and they would not have to
21   be UEP certified eggs.  So it was -- CEMA was
22   participating in what we thought in not
23   following up on wanting to buy Animal Care
24   Certified eggs.  But worse than that, those
25   eggs were not being reported in the marketing

578

1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    report and they were kind of running under
3    the cover.
4        Q.    So had CEMA purchased eggs from
5    Sparboe Company, to your knowledge?
6        A.    I have no idea.
7        Q.    You don't know whether CEMA
8    ever purchased eggs from Sparboe Company?
9        A.    No, I do not.
10       Q.    But you wrote Greg Pearce at
11   CEMA and said, I don't know whether you are
12   still purchasing eggs from Sparboe Company,
13   but just in case you are, you need to know
14   that Sparboe is no longer an Animal Care
15   Certified company.  Correct?
16           MS. LEVINE:  Object to the form
17       of the question.  If you're reading
18       from a document, you should show the
19       witness.  He can't possibly know what
20       you're reading from.
21   BY MR. OLSON:
22       Q.    You did that.  Correct?
23       A.    Would you show that to me?
24       Q.    I'm not certain I'm allowed to
25   because it's produced by another company.

579

1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    You know you contacted Mr. Pearce about this.
3    Right?
4           MS. LEVINE:  You can testify to
5       what you recall.
6           THE WITNESS:  Yes, I had a
7       conversation -- I'm not sure I had the
8       conversation with Greg Pearce or
9       whether I had the conversation with
10      his boss.  I'm not sure.
11   BY MR. OLSON:
12       Q.    You communicated to someone
13   at --
14           MR. HUTCHINSON:  What was your
15       comment about the document?  Who was
16       it produced by?
17           MR. OLSON:  There's a part of
18       the chain that Mr. Gregory is not on
19       that I believe was produced by Sparboe
20       designated highly confidential.  But
21       I'm only referring to the part of the
22       language Mr. Gregory wrote.
23           MR. HUTCHINSON:  It's a highly
24       confidential document, but it's not --
25       it wasn't clawed back as privileged?

65 (Pages 576 to 579)

580

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      MR. OLSON:  No.
3      MR. HUTCHINSON:  Okay.  I just
4    wanted to clarify that.
5  BY MR. OLSON:
6    Q.    And you wrote to CEMA saying,
7  "I believe that any eggs purchased by CEMA
8  should meet standards that meet the ACC
9  guidelines and have been audited to confirm
10  this."
11      MS. LEVINE:  I'm going to repeat
12    my objection.  Mr. Olson, you know
13    that it is improper --
14      MR. OLSON:  That's fine.  Your
15    objection is noted.  Thank you.
16      MS. LEVINE:  It is improper to
17    ask a witness, reading from a
18    document, to ask him to memorize
19    something that is years old.  So this
20    witness can only testify if you show
21    him the document.
22      MR. OLSON:  Your objection is
23    noted.  Thank you.
24      MR. HUTCHINSON:  Mr. Olson, I
25    can look at the document and

581

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2    perhaps --
3      MR. OLSON:  We'll do that the
4    next break.  It really doesn't need to
5    be that complicated, but we can do it.
6  BY MR. OLSON:
7    Q.    Now, did you ever have any
8  other communications with customers of
9  Sparboe about Sparboe having left the
10  program?
11    A.    Yes.
12    Q.    And who else did you have those
13  conversations with?
14    A.    If I'm provided an opportunity
15  to explain the answer, then I'll do so.
16    Q.    Let's just start with the
17  identities of customers.
18    A.    McDonald's.
19    Q.    Who else?
20    A.    Nobody.
21    Q.    Just McDonald's?
22    A.    To my knowledge, that was the
23  only one.
24      Now, let me explain.  During
25  the period of time when UEP and our

582

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  Scientific Committee were at work, McDonald's
3  was also interested in animal welfare
4  guidelines and was going to do their own
5  thing because McDonald's had had a major
6  embarrassment in Europe over an animal
7  welfare issue, and so they became real
8  interested in developing animal welfare
9  guidelines.  So we shared all of our
10  scientific recommendations with McDonald's.
11  In fact, Dr. Armstrong and myself, and I
12  believe it was Bob Krouse, met on several
13  occasions with Bob Langer at McDonald's.  Bob
14  Langer from McDonald's also was a speaker at
15  one of the UEP meetings.  Bob Langer
16  eventually came out with the McDonald's
17  guidelines which were slightly different than
18  UEP's, and they -- Bob Langer had said I
19  cannot require our egg suppliers to implement
20  our guidelines on any more production than
21  what is needed to fill our orders.  But I
22  would prefer that our suppliers be, you know,
23  on the UEP certified program as well.  And
24  would you keep me informed.
25      So we had this kind of

583

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  conversation.  We had lots of conversations
3  about animal welfare in general.  So he
4  wanted to know what was going on.  So without
5  identifying Sparboe, I wrote a letter, wrote
6  an e-mail to Bob Langer saying something to
7  the effect that I need to let you know that,
8  one, that an egg supplier, that is a UEP
9  certified company has informed us that
10  they're dropping off the program, but they
11  fully -- intend to fully comply with the
12  McDonald's guidelines.  Something to that
13  effect.  My understanding what happened is
14  that Bob Langer then turned that thing over,
15  my e-mail over to somebody in the procurement
16  department and the next thing I know, I'm
17  getting threatening phone calls from the
18  Sparboe Company about it.
19      - - -
20      (Exhibit Gregory-68, 9/6/05
21    Letter, Bates NL002442 - NL002444, was
22    marked for identification.)
23      - - -
24  BY MR. OLSON:
25    Q.    Let me hand you what's been

66  (Pages 580 to 583)

584

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  marked Gregory Exhibit 68.  Mr. Gregory, did
2  you disclose the fact that you had had this
3  discussion with McDonald's with President Al
4  Pope at the time?
5      A.   I don't recall.
6      Q.   Did you disclose the
7  conversations you had with CEMA with Al Pope
8  at the time?
9      A.   I don't recall.
10      Q.   Why don't you just hold that
11  and we will -- and because I've been granted
12  permission to give you this prior document,
13  let me hand you Gregory Exhibit 69.
14                    - - -
15              (Exhibit Gregory-69, E-mail
16          chain, Bates SF000312 - SF000322, was
17          marked for identification.)
18                    - - -
19  BY MR. OLSON:
20      Q.   And this is a series of
21  documents, there's really only one that's
22  relevant.
23              MS. LEVINE:  Steig, 69 starts
24          with SF000312.

585

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1              MR. OLSON:  And it goes through
2          what?
3              MS. LEVINE:  And it goes through
4          SF000322.
5  BY MR. OLSON:
6      Q.   Mr. Gregory, if you could look
7  at 315 of Exhibit 69.  This is an e-mail that
8  you wrote to Greg Pearce at CEMA on June 20,
9  2005.  Correct?
10      A.   Yes.
11      Q.   And you say to Mr. Pearce, "I
12  don't know whether CEMA is still purchasing
13  eggs from the Sparboe Company but just in
14  case you are, you need to know that effective
15  June 20, 2005 that the Sparboe Company is no
16  longer an Animal Care Certified company."
17          Do you see that?
18      A.   I do.  And the reason was is
19  that it had been their intentions to buy
20  eggs, Animal Care Certified eggs and I didn't
21  know whether the company had misrepresented
22  themselves with that or not.
23      Q.   And you had designated yourself
24  the police of the market.  Right?

586

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1              MS. LEVINE:  Object to the form
2          to the question.  Insinuation.
3  BY MR. OLSON:
4      Q.   It was your job to go out there
5  and make sure that everyone buying eggs knew
6  whether Sparboe was still in the program or
7  not?
8              MS. LEVINE:  Object to the form
9          of the question.  Mischaracterizes
10          what this witness testified.  You can
11          testify.
12              THE WITNESS:  No.
13  BY MR. OLSON:
14      Q.   And this -- you continue to
15  say, "I believe that any eggs purchased by
16  CEMA should meet standards that meet the ACC
17  guidelines and have been audited to confirm
18  this."
19          Do you see that?
20      A.   Yes.
21              MS. LEVINE:  Where are you
22          reading?
23  BY MR. OLSON:
24      Q.   Do you notice what Mr. Pearce

587

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  did with your e-mail?
2      A.   No, I do not.
3      Q.   He forwards it on to some
4  others.
5      A.   Where would I find that at?
6      Q.   The next e-mail in the chain.
7              MS. LEVINE:  The top of the
8          e-mail.
9              THE WITNESS:  Stephen Lovshin,
10          is that what it is?  Tim Lambert is
11          the -- was the chair -- was the
12          president, and I think -- yeah.
13  BY MR. OLSON:
14      Q.   The president of CEMA.  Right?
15      A.   Yes.  Yes.
16      Q.   And he doesn't say good thing
17  Mr. Gregory told us this information, we were
18  dying to know, does he?  What does he say?
19      A.   He says, "Politics will never
20  cease."
21      Q.   And that's what was going on
22  here.  Right?
23      A.   No, I don't think that's the
24  case.

67 (Pages 584 to 587)

588

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2    Q.    Let's now look at 68, Exhibit
3    68.
4    A.    Do you want this one back or is
5    this --
6    Q.    That's an initial exhibit.
7    A.    68.
8    Q.    And this is Bates stamped
9    NL002442 through 2444.
10    Can you identify it as an
11    e-mail written to Roger Deffner, and copying
12    Al Pope and others from UEP on September 6,
13    2005?
14    A.    Yes.
15    Q.    And Mr. Sparboe is saying that
16    it's come to his attention that you had
17    contacted some of Sparboe's customers.
18    Correct?
19    A.    Uh-huh.
20    Q.    And that that was outside of
21    UEP's stated procedures. Correct?
22    A.    That's what he said.
23    Q.    And that's true. Correct?
24    A.    That's not true.
25    Q.    Did you -- following this

589

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2    letter, did you sit down with Mr. Pope and
3    Mr. Deffner and discuss what you had done?
4    A.    I don't recall. I don't think
5    so.
6    Q.    You can put that aside.
7              - - -
8    (Exhibit Gregory-70, Producer
9    Meeting In Minneapolis December 6,
10    2005, Bates NL0217575, was marked for
11    identification.)
12              - - -
13    BY MR. OLSON:
14    Q.    Let me hand you what's been
15    marked Gregory-70.
16    A.    It was my job to follow the
17    program and make sure the program was
18    credible. It was my job to inform the
19    industry who it was and who was not UEP
20    certified companies, as I told you earlier,
21    the reasons why.
22    Q.    And from time to time, in fact,
23    you would send out form letters to egg
24    purchasers saying that they should only buy
25    certified eggs. Correct?

590

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2    A.    I don't recall that.
3    Q.    You didn't want those
4    purchasing eggs in the industry to purchase
5    from companies that weren't certified.
6    Right?
7    MS. LEVINE: Object to the form
8    of the question. Mischaracterizes
9    what Mr. Gregory said.
10    THE WITNESS: Show me something
11    that says that. I don't recall doing
12    that.
13    BY MR. OLSON:
14    Q.    You don't recall sending out
15    form letters to purchasers saying they
16    shouldn't purchase eggs that weren't
17    certified?
18    A.    I do not recall that.
19    Q.    So I've handed you Gregory-70.
20    It's Bates stamped NL00217575.
21    A.    Right.
22    Q.    Can you identify this as the
23    minutes of a meeting, producer meeting in
24    Minneapolis held on December 6, 2005, as
25    recorded by you?

591

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2    A.    I don't identify these as
3    meeting minutes. I identify this as a
4    summary of that meeting.
5    Q.    Why did this meeting take place
6    in Minneapolis?
7    A.    There were some people in that
8    area up there that had some real differences
9    over the Animal Care certified -- over the
10    Animal Care Program, and we decided that we
11    would go up to Minneapolis and meet with this
12    group of people and listen to their concerns.
13    Q.    And this identifies some of the
14    concerns that had been raised. Correct?
15    A.    I have not read it again, but
16    I'm sure it does.
17    Q.    There's a heading that says,
18    "Issues & Concerns Expressed By Producers."
19    Right?
20    A.    Yes.
21    Q.    Including the appointment of
22    members on the Animal Welfare Committee and
23    on the Price Discovery Committee. Right?
24    A.    Yeah.
25    Q.    The 100 percent rule. Right?

68 (Pages 588 to 591)

592

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1      A.    Yes.
2      Q.    Number 5 suggested -- it says,
3  "Suggested UEP staff had urged USDA to
4  purchase eggs from only 'UEP Certified'
5  companies."  Right?
6      A.    Yes.
7      Q.    It's written as if it's unclear
8  whether that really happened.  Right?
9      A.    It did not happen.  I mean,
10 yes, I -- we may have had conversations with
11 USDA about buying, but I meant USDA did not
12 have a policy to buy only UEP certified eggs.
13     Q.    Right.  But you had urged them
14 to do so?
15     A.    Yes, sir, I think I did.
16     Q.    But you didn't disclose that to
17 these producers when they raised that concern
18 that you had done it, did you?
19     A.    I think -- I don't know.
20 You're speculating there I think.  Does it
21 say that I had or had not?
22     Q.    Well, the word "suggested"
23 indicates that there's some doubt about
24 whether it occurred.  Right?

593

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1      A.    That's right.
2      Q.    Now, number 13 is -- states
3  "The 'UEP Certified' program is as such a
4  market restriction."
5            Do you see that?
6      A.    Yes, I do.  But you have to
7  understand that these are things that they're
8  saying.  It doesn't make -- it doesn't mean
9  that those things are true.
10     Q.    I understand that.  But that
11 was a concern that was being raised at this
12 time.  Correct?
13     A.    Right.
14     Q.    What was your understanding of
15 that concern?
16     A.    I don't recall.
17     Q.    So sitting here today, you
18 don't have an understanding of what that
19 concern was?
20     A.    I don't want to -- I don't want
21 to say something that might not be right, so
22 my answer I think has to be I don't recall.
23     Q.    You can put that aside.
24            - - -

594

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1      (Exhibit Gregory-71, Various
2  documents, Bates MFI0005548 -
3  MFI0005576, was marked for
4  identification.)
5            - - -
6  BY MR. OLSON:
7      Q.    Let me hand you a document
8  marked Gregory-71.  This is a packet of
9  materials, I really just want to ask you
10 about something in the middle of it.
11     A.    In the middle?
12     Q.    Yeah.  But I'll steer you there
13 in one second.  It's Bates stamped MFI0005548
14 and it goes through 5576.
15            In the middle there is a
16 document, it starts on 5564, that's titled,
17 "HISTORICAL VIEW OF 'UEP CERTIFIED' PROGRAM."
18 If you could briefly take a look at that
19 document and then see if you can help us
20 identify it?
21     A.    It's amazing to me.  I don't
22 know where you got all this stuff and.
23            You want me to read this?
24     Q.    Well, just -- if you can just

595

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  scan it.  Really this is one I'm just
2  wondering if you can help us identify what
3  this document is and where it came from.
4      A.    I suspect that I wrote it.
5      Q.    Do you recall the context in
6  which you prepared this document?
7      A.    No, I do not.
8      Q.    Have you briefly reviewed the
9  two pages of the document?
10     A.    I have not.
11     Q.    Please do that.
12     A.    Give me a moment.
13     Q.    Sure.
14     A.    (Reviewing document.)
15            I've scanned it.
16     Q.    Does it refresh your
17 recollection about the context in which it
18 was prepared?
19     A.    It does not, but I'll accept it
20 for what it is.
21     Q.    And what it is, is it lays out
22 basically a history of some of the key
23 moments in the animal welfare -- the
24 development of the program.  Correct?

596

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      A.    Yes.
3      Q.    If you look at the middle of
4  the second page, there's a reference to the
5  change in the backfilling policy.  Do you see
6  that?
7      A.    Yes.
8      Q.    It says, "Recognizing that the
9  practice of backfilling layer houses with
10  mature hens was potentially creating an
11  uneven playing field among producers, the
12  Animal Welfare Committee and Board adopted a
13  policy against backfilling in December 2004."
14      Do you see that?
15      A.    Yes.
16      Q.    And how did the practice of
17  backfilling layer houses create an uneven
18  playing field?
19      A.    Well, when the guidelines and
20  when the programs first started, it was
21  expected that you counted the number of hens
22  on the date that they were put in the house
23  initially.  And that you were allowed during
24  this house average and phase-in schedule that
25  you would put in this number of birds on the

597

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  day that the flock started in the layer
3  house.  It was expected that because of this
4  house averaging, that you would have some
5  mortality throughout the course of your --
6  and you would move the birds within the house
7  to then balance out that given and provide
8  more space for a bird.  It was never
9  envisioned that people would -- that
10  producers would then take an older flock that
11  they were ready to dispose of and take those
12  birds and bring them back into that house
13  filling up cages to replace the mortality
14  that had naturally occurred.  So in other
15  words, it violated in our opinion and the
16  Scientific Committee's opinion, what was
17  expected with those space guidelines.  And
18  the backfilling issue was another issue, I
19  don't know whether it was a factor at that
20  time or not.  But you see we have the USDA
21  animal identification system and we had
22  argued hard with USDA that instead of having
23  an animal identification system for the egg
24  industry, in livestock and hogs, other
25  livestock they're identified by the animal

598

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  and we had argued that we needed in the egg
3  industry to identify ours by flock number.
4  So when you would backfill and bring birds in
5  from another source, that would be in
6  violation of that USDA regulation.
7      Now, we knew also at the same
8  time because we had been working with FDA
9  for -- we worked with FDA for ten years on
10  what finally became the FDA egg safety rule,
11  so we knew much of what was in the egg safety
12  rule and what was coming.  And in that egg
13  safety rule, it was going to require you to
14  do environmental testing of your flock at
15  certain weeks of age to determine whether
16  there was salmonella present in that flock.
17  Now, that -- and so each flock was -- had to
18  be tested, has to be tested.  If you were to
19  bring birds from an older flock or any flock
20  back into that house, then you lose -- you
21  know, you could be very well in violation of
22  an AFDA egg safety law.  Backfilling for any
23  number of reasons was a real potential
24  problem.
25      Q.    Did you just answer why

599

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  backfilling created an uneven playing field
3  among producers?
4      A.    I think the reason is that at
5  the time that we're talking about here, there
6  are some producers that are following what
7  was intention of the guideline and they were
8  not backfilling.  Other producers, because
9  there was not a prohibition against it, were
10  backfilling.  And as a result of that, that
11  meant that they had an advantage over those
12  people that were following what we thought
13  were the guidelines.
14      Q.    So it created an uneven playing
15  field because some people were doing it and
16  some people weren't doing it?
17      A.    Right.
18      Q.    You can put that aside.
19      Now, back to Exhibit 70,
20  there's a question I forgot to ask.  Let me
21  know when you have that in front of you.
22      A.    Yes, I have it.
23      Q.    This is called a producer
24  meeting.  Were all the people invited to the
25  meeting producers?

70  (Pages 596 to 599)

600

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      A.    It's -- I would have to say
3  this is not just producers, this is UEP and
4  -- UEA -- and UEA further processors. One,
5  two --
6          MS. LEVINE:  I'm sorry, what
7      document are we on?
8          MR. OLSON:  Exhibit 70.
9  BY MR. OLSON:
10     Q.    Who were the people who were
11  UEA further processors that --
12     A.    Terry Profitt and Norm Stocker
13  worked for Sunny Fresh Foods, Cargill, Sunny
14  Fresh Foods.
15     Q.    Any others that you notice?
16     A.    That's what I'm looking at now.
17  I believe Phil Sonstegard at that time, I
18  don't know when he built his farm, but at
19  that time Phil Sonstegard may have been an
20  egg products company, didn't own any
21  chickens, but he was a UEA further processor
22  member.
23     Q.    Any others that you notice
24  sitting here right now?
25     A.    No.

601

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.    You can put that aside.
3          Now, AEB, the American Egg
4  Board provided some funding to UEP.  Correct?
5      A.    Yes.  They did at times, yes.
6      Q.    And some of that funding --
7  were there restrictions on what that funding
8  could be used for?
9      A.    Yes, there was.  And we were
10  subject to an annual audit both by AEB and by
11  USDA.
12     Q.    And was there a restriction
13  that AEB funds could not be used on -- for
14  work on animal welfare issues?
15     A.    I think that was -- well, no,
16  not on animal welfare issues.  It was
17  restricted that it could not be used to
18  promote or do anything for the UEP certified
19  program, I believe is what it was.  In fact,
20  money was used for animal welfare things.
21     Q.    But it could not be used for
22  the program.  That's your understanding?
23     A.    That's what I believe, yes.
24          - - -
25          (Exhibit Gregory-72, E-mail

602

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  chain, Bates RWS 000027615 &
3  RWS 000027616, was marked for
4  identification.)
5          - - -
6  BY MR. OLSON:
7      Q.    I've handed you what's been
8  marked Gregory-72.  This is Bates stamped
9  RWS 000027615 through 616.  Please briefly
10  review it and let me know when you're done.
11     A.    (Reviewing document.)
12          What's the question?
13     Q.    Can you identify this as an
14  e-mail, the top one, that you received from
15  Paul Sauder on August 8, 2006?
16     A.    Yes.
17     Q.    Do you know what this e-mail
18  exchange concerns?  Do you recall the
19  situation?
20     A.    Give me just a moment to think
21  about that.
22     Q.    Sure.
23          MS. LEVINE:  Gene, you can only
24  talk to me if it's a privilege
25  communication.

603

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2          MR. OLSON:  Do you want to take
3  a little break, a short break?
4          MS. LEVINE:  Why don't we take a
5  little break.
6          MR. OLSON:  Okay.
7          THE WITNESS:  I just need two
8  minutes.  I'd like to talk to Troy, if
9  I could.
10          MR. OLSON:  Well, we were going
11  to take break anyway, so let's just
12  take a break.
13          VIDEOGRAPHER:  The time is
14  approximately 3:00.  We are off the
15  record.
16          - - -
17          (A recess was taken.)
18          - - -
19          VIDEOGRAPHER:  The time is
20  approximately 3:07 p.m.  We're back on
21  the record.
22  BY MR. OLSON:
23     Q.    Mr. Gregory, we're looking at
24  Gregory-72, and the question is whether you
25  know what this e-mail exchange concerns?

71 (Pages 600 to 603)

604

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    A.    Yes, I do.  And I'll try to
2  explain it to you.  First of all, let me
3  apologize because I normally don't talk about
4  anyone else.  So I'm in a bad position here.
5  What this is, is that the person that I'm
6  writing about that is on the American Egg
7  Board and has challenged AEB providing any
8  funding for any animal welfare issues funded
9  through UEP.  That person on that AEB board,
10  it was a pattern of going for quite a long
11  time, challenging my authority, threatening
12  to sue me, not just her, but her father.
13  It's a whole history of challenges against me
14  and things that UEP does.  So the lady being
15  referred to here is Beth Snell who is with
16  the Sparboe Company.
17     Q.    That is presumably who Paul
18  Sauder is referring to?
19     A.    That's who Paul Sauder is
20  referring to.
21     Q.    You can put that aside.
22                - - -
23           (Exhibit Gregory-73, E-mail
24           chain, Bates RWS 000015952, was marked

605

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1           for identification.)
2                - - -
3  BY MR. OLSON:
4     Q.    Let me hand you a document
5  marked Gregory-73.
6     A.    I want you to know that kind of
7  thing is not easy for me.
8     Q.    That's why we're moving on.
9     A.    Okay.
10     Q.    This is a single-page document,
11  Bates stamped RWS 000015952.  Let me know
12  when you've reviewed it, please.
13     A.    I've read it.
14     Q.    Can you identify the bottom
15  e-mail as one that you wrote to a number of
16  people on August 4, 2006?
17     A.    I believe those people were
18  members of the Animal Producer Committee for
19  animal welfare.
20     Q.    Who is Jason Wadsworth?
21     A.    Jason Wadsworth, as I said
22  earlier, was the -- worked on the egg farm
23  for Wegmans.
24     Q.    Your belief is he was on the

606

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  Producer Committee at this time?
2     A.    No, Jason was not on.  Jason
3  was like an advisor, supporter, whatever it
4  was.  He was a nonvoting member.  And he was
5  there representing the retail market,
6  representing Wegmans so we would get retail
7  perspective just like Kevin Whaley did to
8  represent Walmart.
9     Q.    When you say "he was there,"
10  you mean he was there at the Producer
11  Committee meetings?
12     A.    Yes.
13     Q.    You refer to a producer
14  proposing idea.  The idea is laid out in the
15  e-mail.  Do you know what producer proposed
16  that idea?
17     A.    I don't recall who that was.
18     Q.    Do you know if that idea was
19  adopted?
20     A.    I do not know.
21     Q.    Who is Ken Klippen?
22     A.    Ken Klippen is a former
23  employee of UEP.
24     Q.    And then he -- what did he do

607

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  after he left UEP?
2     A.    Well, it was a series of
3  events.  He left UEP and he went to London to
4  work for the International Egg Commission.
5  That didn't last very long.  He came back and
6  he worked for Eggland's Best, that didn't
7  last very long.  He went to work for American
8  Dehydrated Foods I think it was, that didn't
9  last very long.  And eventually -- he had
10  worked for UEP in our Atlanta office.  And
11  eventually Al Pope hired him to be our
12  government relations staff person in
13  Washington, D.C.  And at one point in time
14  then he said that he was having some back
15  problems, his doctor advised him the stress
16  of the job, whatever it was, that he needed
17  to resign.  So we gave him a severance
18  package and a party and so forth.  After he
19  left us, I think he set up his own consulting
20  company.  And it might have been Klippen and
21  Associates.  You want me to go on with who he
22  worked for after that and all that kind of
23  stuff?
24     Q.    Was he doing his consulting

72 (Pages 604 to 607)

608

```
 1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
 2   company at the time he became involved in
 3   working with the USDA on a potential process
 4   verified program?
 5        A.    He was -- yes, he was working
 6   on his own at that time, and he may, I think,
 7   have been working as a consultant for the
 8   Sparboe Company.
 9        Q.    And the Sparboe Company was --
10        A.    He eventually became an
11   employee of Sparboe's.
12        Q.    And the Sparboe Company was one
13   of several companies that had raised
14   particular concern at this time in 2006 about
15   the 100 percent rule.  Right?
16        A.    Yes.
17        Q.    They didn't --
18        A.    I'm sure so, yes.
19        Q.    They didn't think it was fair
20   to them.  Right?
21        A.    Right.
22        Q.    So Mr. Klippen was doing some
23   work on potentially setting up a program that
24   the USDA would audit and verify compliance
25   with that would not demand that 100 percent
```

609

```
 1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
 2   of the company's facilities be dedicated to
 3   the program's guidelines.  Correct?
 4        A.    USDA has a program called
 5   Process Verified, and it was never intended
 6   as an animal welfare program.  It is a
 7   marketing program where virtually any product
 8   that -- agriculture product you have, you can
 9   write your own specs or your own guidelines,
10   and what they'll come out and do is audit it
11   to be sure that you're meeting your own
12   company's -- it is not an independent thing
13   or anything else, it doesn't have to be
14   science based or anything like that.  So he
15   designed a program that he then took to USDA
16   to get the Process Verified seal.  And USDA
17   was not necessarily pleased about that, but
18   they had no justification or jurisdiction for
19   denying that.
20        Q.    And once you learned that this
21   was happening, you did your very best to stop
22   it from happening.  Correct?
23        MS. LEVINE:  Object to the form
24   of the question.
25        THE WITNESS:  There were numbers
```

610

```
 1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
 2   of people that wrote letters to USDA
 3   saying that they thought this was
 4   wrong for USDA to be used for a
 5   program that did not require the 100
 6   percent and did not -- the problem
 7   about it is that his program was -- we
 8   tried to get the information from the
 9   Freedom of Information Act, but it was
10   redacted to a point you didn't really
11   know what it was.  So we had very
12   little information about it other than
13   it appeared that he had stolen much of
14   his work from UEP's guidelines, and
15   then tweaked it some to their -- what
16   they needed to do and so forth.  Yes.
17   BY MR. OLSON:
18        Q.    Mr. Gregory, focusing on what
19   you did personally, once you learned that Mr.
20   Klippen and others were looking into this
21   program, you did what you could to stop it.
22   Correct?
23        MS. LEVINE:  Object to the form
24   of the question.
25        THE WITNESS:  I'm not sure that
```

611

```
 1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
 2   I'm the only one.  I think there were
 3   several.
 4   BY MR. OLSON:
 5        Q.    I just want -- no one is saying
 6   you were the only one.  I just want to talk
 7   about what you did.  You tried to stop it?
 8        A.    We're trying to challenge USDA
 9   to make sure that if you're going to use a
10   Process Verified Program, how can you -- how
11   can you -- when you are auditing one program
12   that requires 100 percent compliance of all
13   hens, how can you justify putting your seal
14   on a product that does not -- that only
15   requires versus to be humane on some birds
16   but not on others?  How can USDA do that?
17        Q.    You contacted people at the
18   USDA and expressed your view that this
19   program was a bad idea.  Right?
20        A.    Yes, I did, I'm sure.
21        Q.    You wrote multiple e-mails
22   trying to convince the USDA not to follow
23   through on this program.  Correct?
24        A.    I'm not sure multiple e-mails,
25   I don't know.
```

612

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1       GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    Q.   You went and had multiple
3  in-person meetings with the USDA to try --
4    A.   I don't think that's true.  I
5  think I met with USDA, but I don't think I
6  would call them multiple.
7    Q.   You only met with the USDA one
8  time on this?
9    A.   I don't know.  That's what I'm
10  saying.
11    Q.   You had met with USDA at least
12  one time to try to convince them not to
13  follow this program.  Correct?
14    A.   Yes, because I think that it is
15  wrong for USDA to let their seal be used by a
16  company that is not making those animal
17  welfare improvements to 100 percent of their
18  birds.  Because, you see, who they're trying
19  to sell this to is they are representing
20  themselves as a company.  So your customer
21  out there assumes that if you got that logo,
22  that you are doing this on all your
23  production.  And they may find out later that
24  it's only on a few birds.  We think that
25  is -- we think that's miss -- that is

613

1       GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  misguided.  We think that it could
3  potentially have the opportunity to destroy
4  all the work that has been done by the
5  Scientific Committee and others.  It could be
6  a -- create another miss -- another
7  disrespect for the egg industry in total.
8    Q.   And you wrote to UEP members
9  and UEA members and others telling them that
10  you thought this program was a bad idea and
11  should not go forward.  Correct?
12    A.   If you've got a document of
13  that, show it to me.  I don't recall that.
14    Q.   You don't recall doing that?
15    A.   That's what I'm saying to you.
16  I don't recall that, so show me the document.
17  I may very well have done it, but I'm not
18  going to agree to something that you're
19  trying to tell me I did unless you show me a
20  document.
21    Q.   Do you recall the USDA
22  responding to you and saying from their point
23  of view, there was no problem with certifying
24  compliance with guidelines at a company for a
25  portion of the production from the company as

614

1       GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  opposed to having to do it only on an all or
3  nothing basis?
4    A.   Again, you need to show that to
5  me.  You're asking me for -- to remember a
6  document that, you know, I need to -- you
7  know.
8           - - -
9       (Exhibit Gregory-74, E-mail
10     chain, Bates UE0808615 & UE0808616,
11     was marked for identification.)
12           - - -
13  BY MR. OLSON:
14    Q.   Let me hand you what we've
15  marked as Gregory-74.  This is a document
16  Bates stamped UE0808615 through 616.
17       Why don't you go ahead and
18  review this exchange.
19    A.   Well, first of all, I remember
20  this because I'm writing to Ken because I
21  thought we were friends and I thought we had
22  been very good when he was an employee, and
23  I'm now seeing him out there I think
24  misrepresenting facts and trying to set up a
25  new organization.  And he is being

615

1       GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  disparaging to people that work for us, and
3  he is mischaracterizing things, so I wrote to
4  him and said, you know, that I was -- I'm
5  disappointed and I thought we were once
6  friends and co-workers, and this is now
7  dividing the industry.
8       So I'm -- so then, of course,
9  he writes back to me and in your usual style,
10  you have misrepresented what happened.
11  Well -- and then he goes on and on.
12    Q.   This initial e-mail you just
13  wrote to express your disappointment, you
14  just happened to copy your legal counsel and
15  dozens of other people.  Right?
16    A.   Yes.  These people here, I
17  believe, were the Board of Directors.
18    Q.   And you accused -- so you copy
19  your legal counsel and the Board of Directors
20  this e-mail, put the subject line
21  disappointed, you accuse Mr. Klippen of
22  trying to divide the egg industry and destroy
23  UEP.  Right?
24    A.   Yes.
25    Q.   Not a very friendly e-mail?

616

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    A.   But it was true.

2    Q.   Mr. Klippen didn't think it was

3 true. Right?

4    MS. LEVINE: Object to the form

5    of the question. Calls for speculation.

6 BY MR. OLSON:

7    Q.   Mr. Klippen responded and said,

8 look, some UEP members have concerns about

9 the 100 percent requirement, especially when

10 they don't have customers demanding the

11 program. Right?

12    A.   You know the result of all this

13 is informing his organization he could not

14 get anybody other than the Sparboe Company to

15 join, nor could he get anybody other than the

16 Sparboe Company, to my knowledge, maybe one

17 other, to follow his VPC program. If it was

18 so dam good, why -- and if everybody was so

19 upset with the UEP and with the Animal

20 Care -- our UEP certified program, why didn't

21 they just run in droves like he is talking

22 about people are concerned about. The fact

23 of it is, he could not get any support.

24    Q.   And, Mr. Gregory, if it was so

617

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 weak on the merits, why did you spend so much

2 energy trying to stop it?

3    A.   Again, I'm trying to explain to

4 you we have spent so much time trying to

5 develop, trying to be responsive to a

6 consumer issue and have put forth a program

7 that is improving the welfare for 100 percent

8 of the birds and a company ownership. They

9 now are trying to put off a program that

10 looks like it's better than UEP because it's

11 USDA improved when, in fact, competition

12 really doesn't even know what it is, not only

13 that, it is believed that it doesn't have a

14 requirement that that company or any company

15 do this to all the birds. In other words,

16 the program says I can be inhumane to some

17 birds. And we think that is a bad thing to

18 be learned in the industry and it could

19 tarnish what we've been trying to do all this

20 time to improve our public image and animal

21 welfare.

22    - - -

23    (Exhibit Gregory-75, 10/20/06

24    Letter, Bates UE0217823 - UE0217829,

618

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    was marked for identification.)

2    - - -

3 BY MR. OLSON:

4    Q.   Now, I've handed you what we've

5 marked Gregory-75. This is Bates stamped

6 UE0217823 through 829.

7    Can you identify this, at least

8 the cover letter, the first portion of the

9 document as a letter you wrote to UEP

10 members, UEA members and friends on

11 October 20, 2006, and to be precise, you

12 co-signed it with Al Pope and Chad Gregory?

13    A.   I see that, yes.

14    Q.   That didn't happen very often

15 where the three of you would co-sign a

16 letter. Right?

17    MS. LEVINE: Object to the form

18    of the question.

19    THE WITNESS: I don't know.

20    Probably not.

21 BY MR. OLSON:

22    Q.   And this is a long letter.

23 Nearly five pages long. Right?

24    A.   Yes.

619

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    Q.   It's all about how Mr.

2 Klippen's idea to have a program that didn't

3 demand 100 percent of all facilities comply

4 with guidelines is a bad idea. Right?

5    A.   I would have to read it again

6 to be sure of that.

7    He says -- he acknowledges that

8 there's an interest in creating a program to

9 be competitive to a UEP certified program.

10 We're not opposed to competitive programs.

11 That's not the issue here. Anybody could do

12 their own program. But what we're saying,

13 don't do one that maybe at some point in time

14 is going to come back and embarrass our

15 industry again.

16    Q.   This letter is trying to

17 convince all the people addressed to that,

18 that this program is a bad idea. Right? Mr.

19 Klippen's program.

20    A.   It's trying to say all the

21 things that he has said about UEP or the

22 reasons for creating another organization, or

23 the reason for creating another animal

24 welfare program and what I'm -- what we're

**620**

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 trying to say here is that he's off base on
3 this stuff.
4     Q.    Though by this point, of
5 course, UEP couldn't even refer to its own
6 program as an animal care program because it
7 had to agree not to do that with the FTC.
8 Right?
9     A.    And that's a good thing.
10     Q.    Now, if you --
11     A.    So don't imply that it's a bad
12 thing. That was a good thing.
13     Q.    Now, if you look at the last
14 two pages of Gregory-75, there's some
15 handwriting on those pages, and I'll ask if
16 you can identify those handwritten pages?
17     THE WITNESS: Jan, this confirms
18     things that I know I thought.
19     MS. LEVINE: You can wait for
20     the question and then you can answer
21     Mr. Olson.
22 BY MR. OLSON:
23     Q.    So do you have an idea what
24 these pages are?
25     A.    I know exactly what these pages

**621**

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 are.
3     Q.    What are they?
4     A.    They're my handwritten -- Ken
5 Klippen walked into the office of McLeod
6 Watkinson & Miller where he worked for us as
7 our government relations representative. He
8 said to Mike McLeod you tell Gene Gregory
9 that if he doesn't quit calling on my -- quit
10 trying to take business away from me, then
11 I'm going to sue him. And so Mike called me
12 and I said I don't know what the hell he's
13 talking about.
14     So I said, you call Ken and
15 tell him let's meet and have lunch. So he
16 did. And Ken said, well, I'm not going to
17 attend unless I have my lawyer with me. And
18 I said, that's fine, that's perfectly fine.
19 Mike, you can go with me.
20     So I picked a place to go have
21 lunch. And Ken's lawyer turned about to be
22 his brother from Minnesota. And so Ken then
23 begins to talk about me having contacted a
24 person in England that he did business with
25 encouraging him to not do business with him.

**622**

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 That was not the case. The man's name is
3 Steve Manton and he's from England and he has
4 been an export customer of U.S. Egg
5 Marketers. So Steve Manton got some issues
6 as it relates to regulation, I mean of
7 certain papers that he needs out of USDA and
8 all this and that. I said to him, I said,
9 well, Steve, do you know Howard Magwire. He
10 said, no, I don't. I said, well, Howard
11 works for UEP and he was a former USDA
12 employee in charge of much of this kind of
13 stuff. Why don't you give Howard a call.
14     So I learned from this meeting
15 with Ken then that he has been doing some
16 consulting work for Steve Manton unbeknownst
17 to me. I didn't know anything about that. I
18 thought I was just giving Steve some good
19 advice or good people to contact. So Ken
20 brings this up, that I am trying to take
21 business away from him. And I understand he
22 is now a consultant and he's doing this
23 service for Steve.
24     So I went prepared. And so Ken
25 goes through all of this and he keeps talking

**623**

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 and he keeps talking and all that kind of
3 stuff. So I went prepared and I said, okay,
4 now, Ken, I'm going to ask you some
5 questions, and I'd -- all you have to do is
6 say no. If you didn't do these things, just
7 say no, and we'll just shake hands and part
8 good friends. So I said, did you visit with
9 USDA following UEP's 2000 annual meeting and
10 tell USDA that UEP wanted all commodity
11 purchased to be from UEP certified companies.
12     Q.    Why --
13     A.    Wait a minute. You asked me
14 this. And I said, did you do that. He said,
15 I'm not going to answer that. I said okay.
16     Did you visit with USDA and
17 tell USDA --
18     Q.    This is pretty rough for the
19 court reporter when you read so quickly.
20 Let's just pause at this first question. Why
21 were you asking Mr. Klippen if he had said
22 that to the USDA?
23     A.    There is a series of things
24 that I know of that Ken Klippen has done to
25 disparage UEP and what UEP is doing.

624

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2    Q.    But, Mr. Gregory, you
3  personally wrote to USDA saying they should
4  only purchase from UEP certified companies.
5  Right?
6    A.    But that's not the point you
7  asked me.  You asked me about this here.
8    Q.    Why were you asking Mr. Klippen
9  if he had said that to USDA when you knew
10  that you had done that yourself?
11        MS. LEVINE:  Object to the form
12     of the question.  I think Mr. Gregory
13     has answered your question.
14        THE WITNESS:  So you asked me
15     about this and so I asked him, did you
16     do this.
17  BY MR. OLSON:
18    Q.    Wait, wait, wait.
19    A.    And I said, all you have to do
20  is say no.  All right.
21    Q.    Are you not going to answer my
22  question?
23    A.    I'm going to answer the
24  question that you started out, and that was
25  about this series of things I had here.

625

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2    Q.    The question is whether you
3  wrote this.  You answered that.
4    A.    I answered that.
5    Q.    My question is this first
6  question that you thought was significant
7  about --
8    A.    That is a follow-up answer.
9  You didn't allow me to finish.
10    Q.    -- why Mr. Klippen had --
11  whether Mr. Klippen had said that UEP wanted
12  all commodity purchases to be from UEP
13  certified companies.  Why were you asking Mr.
14  Klippen that when you knew you personally had
15  said that to the USDA?
16    A.    Yes, I said that, but my point
17  is why was Ken Klippen going to USDA and
18  discouraging USDA from buying eggs from UEP
19  certified companies.
20    Q.    Let me hand you what's been
21  marked --
22    A.    Whoa, bup, bup, bup, bup.
23        So anyway, this list here, I go
24  down through this list of things that he has
25  said or done, and I -- after about the third

626

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  one, he's saying no, no, no, I'm not going to
3  answer that.  And he elbows his brother who
4  is sitting on the side and he says let's get
5  the hell out of here.  I am not going to take
6  any more of this.  And I say to him again,
7  Ken, listen, we have been friends, I don't
8  know what's going on here.  All you've got to
9  do is say no.  If you walk out of here
10  without saying no, then I assume that you're
11  in the business now of trying to disparage
12  UEP and our programs.  And he just up and
13  left.
14    Q.    How could you possibly say that
15  to Mr. Klippen that you don't know what's
16  going on here when you knew that behind Mr.
17  Klippen's back you were working every angle
18  with the USDA to try to shut down the program
19  that he was trying to establish?
20    A.    That is absolutely untrue.
21    Q.    Well, let's look at some more
22  documents.
23    A.    I don't care what it says.
24  What we're challenging them is to make sure
25  that the program is a credible program.

627

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2    Q.    You're telling me in this
3  meeting with Mr. Klippen you acted surprised?
4    A.    I am not going to be
5  intimidated by what you're accusing me of.
6  We'll response to the documents.
7    Q.    You acted surprised --
8    A.    Again, don't accuse me of
9  things.
10    Q.    You suggested to Mr. Klippen
11  you were surprised that he was upset about
12  what you were doing?
13    A.    Because he is just a
14  consultant.  You know, this is none of his
15  business.  But he's in there trying to
16  disparage UEP and our programs as to why USDA
17  should not pay any attention to what UEP is
18  asking.
19    Q.    Did you tell Mr. Klippen that
20  you were having conversations with the USDA
21  to try to get them not to use the Process
22  Verified Program for Mr. Klippen's program?
23    A.    Let me do this before I answer
24  that, can I ask you a question just a minute?
25  No?

77 (Pages 624 to 627)

628

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    Q.    I just need an answer to my
2  question.
3       A.    I need to ask you a question.
4       Q.    Go ahead.
5       A.    How many of these documents
6  were provided by Ken Klippen to you and how
7  much did he participate with the Humane
8  Society of the United States in bringing
9  documents to you to file a lawsuit against
10  us?
11      Q.    I'm not aware of any of that
12  happening.
13      A.    Now, come on. Come on. Some
14  day or another I'm going to come right back
15  at you with this stuff because I think I know
16  the answers to these things. So don't hold
17  him up as any saint in this deal.
18      Q.    What I'm aware of is document
19  after document in your files --
20      A.    You also know more than that.
21      Q.    -- of you working every angle
22  to shut down Mr. Klippen's program. And my
23  question is --
24      A.    My God, he doesn't have a

629

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  program, he doesn't have a credible program.
2  I don't care if he has a program. We're not
3  afraid of competition. We want that
4  competition to be legitimate. It's bad for
5  the industry, the image of the industry after
6  we've just worked all this time for half
7  something -- if he wants to -- if he or
8  anybody else wants to develop a program
9  that's science based, that's based upon 100
10  percent of the birds, more power to them.
11      Q.    So it's fine as long as it's
12  the same as the UEP certified program?
13      A.    It doesn't have to be the same
14  as UEP certified.
15      Q.    So it's fine as long as it
16  demands the 100 percent rule?
17      A.    Let me tell you why. Because,
18  see, when we go into the marketplace and XYZ
19  company is selling a customer eggs, he's
20  representing his company. He's not
21  representing an individual house. Or an
22  individual chicken. So the customer assumes
23  that if you put a logo on there or if you say
24  something about your sales, you're doing that

630

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  on all your birds because next week my eggs
2  might come up from a different house. They
3  might come from here, might come from there.
4  So it's -- you're misleading the customer
5  when you do this and we don't need any of
6  that anymore.
7      Q.    What's the basis for your view
8  on what the customer assumes when they see a
9  logo?
10      A.    Well, they're buying eggs from
11  a company. They're not buying eggs from a
12  particular chicken house. They expect that
13  labeler to represent the company position and
14  the company attitude about improving the
15  welfare of animals.
16          - - -
17          (Exhibit Gregory-76, E-mail
18      chain, Bates CM00727158 - CM00727162,
19      was marked for identification.)
20          - - -
21  BY MR. OLSON:
22      Q.    Let's look at Gregory-76 on
23  this point, it's Bates stamped CM00727158 and
24  goes through 162, and I'll ask if you can

631

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  identify the main e-mail or the middle e-mail
2  on the first page as you forwarding some
3  correspondence to Dolph Baker that you had
4  had with a gentleman named Craig Morris?
5      A.    Yes.
6      Q.    And Craig Morris is at the
7  USDA. Right?
8      A.    Yes.
9      Q.    In this back and forth with Mr.
10  Morris, you're making the same points to him
11  that you're making to us now, that there's
12  just no way that the USDA could certify any
13  sort of program that does not extend to 100
14  percent of a company's products because that
15  just is completely illogical. Right?
16      A.    I don't know whether I need to
17  read the background of it or not, but...
18          MS. LEVINE: Go ahead and read
19      it.
20          THE WITNESS: If you go back to
21      page 4, Klippen says that as such his
22      program will allow producers to chose
23      if they want to participate and also
24      decide what percentage of their

78 (Pages 628 to 631)

**632**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    production they wish to be on the
3    program based upon their customer
4    demands.
5  BY MR. OLSON:
6    Q.    You made the argument to Mr.
7  Morris just as you made it today, that that's
8  completely unreasonable and will confuse
9  customers and the USDA should reject it.
10  Correct?
11    A.    I don't believe that USDA
12  should be putting their seal on something,
13  this guy has got ten chicken houses and they
14  have verified this one house because that
15  customer is going to need enough eggs out of
16  that one house.  So they verified that one
17  house.  You know, at one point in time that
18  house goes out of production.  The hens are
19  sold.  But, you know, they keep shipping the
20  eggs to the customer.  Now, does the customer
21  get those Process Verified eggs today or do
22  they get others that aren't.  By that same
23  token, that house, ten houses there has an
24  egg belt where all the eggs are coming into
25  one central processing plant and they're

**633**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  being, you know, sorted around back and all
3  this and that.  How do you know that the eggs
4  now are -- that the customer thought he was
5  buying is what he actually got.
6    Q.    You made all these arguments to
7  Mr. Morris and he wrote back that he thought
8  you were wrong and he said take USDA organic
9  as an example.  Right?
10    A.    Yes, he did.
11    Q.    "Can a company sell both
12  organic and non organic products?"
13    A.    Yes.
14    Q.    Yes, they can.  Are there those
15  who purchase USDA Organic products out there
16  that believe that they are more
17  environmentally sustainable for this planet
18  we live on?  Yes, there are.  Then it would
19  beg the question, should AMS allow the U.S.
20  Organic seal to go on products of companies
21  that sell both USDA Organic and conventional
22  products?  He said, "The position of the
23  Agency is that we do…"
24        Right?
25    A.    They let the U.S. seal go on

**634**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  products that are not organic.  Is that what
3  he said?
4    Q.    That a company can sell both
5  organic eggs and nonorganic eggs.
6    A.    Right.
7    Q.    And the USDA can certify when
8  eggs are organic and they're won't certify
9  when they're not organic?
10    A.    It's the same way in our
11  program.  You can buy --
12    Q.    And they have no problem doing
13  that?
14    A.    You can buy non-certified eggs
15  and you can sell non-certified eggs.
16    Q.    Right.  And the same company
17  could sell both certified and non-certified
18  eggs?
19    A.    Yes.
20    Q.    You can put that aside.
21    A.    We're talking about production
22  side.  Listen, let me --
23        MS. LEVINE:  Mr. Gregory --
24                - - -
25        (Exhibit Gregory-77, 8/3/07

**635**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    Letter, Bates UE0218074 - UE0218076,
3    was marked for identification.)
4                - - -
5  BY MR. OLSON:
6    Q.    Let me hand you what we've
7  marked as Gregory-77.
8    A.    I mean no disrespect to Ken
9  Klippen, but we're in a lawsuit here.  This
10  is very hurtful to us.
11    Q.    Now, even just before we do 77,
12  just on 76, you referred back to the
13  beginning of the chain.  And as I understand
14  how this started is Mr. Klippen had sent a
15  letter and you took a portion of that letter
16  and copied it to these folks at the USDA,
17  didn't include Mr. Klippen in any of this
18  discussion and were basically attacking what
19  he had said.  That's how this started.
20  Right?
21    A.    I'm making a direct quote from
22  him.
23    Q.    Did you let Mr. Klippen know
24  that you were doing this?  Did you give him
25  an opportunity to respond?

636

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 A. I did not.
2 Q. Let's look at 77. This is a
3 document Bates stamped UE0218074 through 76.
4 I'll ask if you can identify
5 this as a letter that you wrote on August 3,
6 2007, to a Lloyd Day at the Agricultural
7 Marketing Service of the USDA?
8 A. I don't recall it, but, yes, it
9 looks like it's my letter.
10 Q. And in this letter you're
11 arguing that the Agricultural Marketing
12 Service was making a grave error by
13 permitting this program of Mr. Klippen's to
14 go forward. Correct?
15 A. I think that's what it says.
16 But let me point out to you in the end, USDA
17 allowed it, he developed his program, and as
18 far as I know, they got no one else to join
19 Sparboe in administer -- in implementing it.
20 And as far as I know, they only got a limited
21 amount of business in the retail market. So
22 the program turned out to be not of value
23 evidently, I don't know.
24 - - -

637

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 (Exhibit Gregory-78, E-mail
2 chain, Bates UE0804959, was marked for
3 identification.)
4 - - -
5 BY MR. OLSON:
6 Q. I've handing you what's been
7 marked Gregory-78. This is a document Bates
8 stamped UE0804959. I'll ask if you can
9 identify this as the e-mail exchange you
10 participated in on November 18, 2006?
11 A. It appears so.
12 Q. It's with a person named Ron.
13 Do you know who that person is?
14 A. That is Ron Truex, who is the
15 president of Creighton Brothers.
16 Q. And you had written to
17 Mr. Truex on November 17, 2006, that you
18 heard that he was upset that Creighton wasn't
19 mentioned in a story about an export. Right?
20 A. Yes.
21 Q. And you're referring to a
22 United Voices' story. Correct?
23 A. I must be.
24 Q. And you say basically in the

638

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 next issue, we'll give you acknowledgment of
2 things. Right?
3 A. Yes.
4 Q. Mr. Truex writes back saying
5 that he wasn't upset, "Always will pay our
6 share, just thought it would be good to
7 mention nonmembers could also help pay the
8 bill."
9 Do you see that?
10 A. Yes.
11 Q. What's he referring to there,
12 "nonmembers could also help pay the bill"?
13 A. He was -- his company at the
14 time, I think, was not a U.S. Egg Marketers
15 member and he, like Sauder, were going to be
16 a supporter by providing some eggs or some
17 financial support or something. I think that
18 is what this is about.
19 MR. OLSON: So I'm pretty
20 close -- I probably -- should we break
21 for the day and then start again fresh
22 tomorrow morning?
23 THE WITNESS: I thought I was
24 done with you. I'm serious.

639

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 MR. OLSON: You're very close,
2 and you may be. I just --
3 MS. LEVINE: Let's take a couple
4 minute break.
5 THE WITNESS: You've upset me a
6 couple times this afternoon by you
7 have brought people in that I've had
8 to talk about that I thought were
9 friends and I don't like having to
10 comment on individuals.
11 MS. LEVINE: Why don't we go off
12 the record for a minute, let counsel
13 just talk about timing.
14 VIDEOGRAPHER: The time is
15 approximately 3:43 p.m. We're off the
16 record.
17 - - -
18 (A recess was taken.)
19 - - -
20 MS. LEVINE: We're going to
21 conclude for today and we will start
22 tomorrow morning at 8:00 a.m.
23 Off the record.
24 - - -

VERITEXT REPORTING COMPANY
(212) 279-9424  www.veritext.com  (212) 490-3430

640

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2          (Witness excused.)
3               - - -
4       (Deposition concluded at 4:04
5    p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

642

1
2          INSTRUCTIONS TO WITNESS
3
4       Please read your deposition over
5    carefully and make any necessary corrections.
6    You should state the reason in the
7    appropriate space on the errata sheet for any
8    corrections that are made.
9       After doing so, please sign the errata
10   sheet and date it.
11      You are signing same subject to the
12   changes you have noted on the errata sheet,
13   which will be attached to your deposition.
14      It is imperative that you return the
15   original errata sheet to the deposing
16   attorney within thirty (30) days of receipt
17   of the deposition transcript by you.  If you
18   fail to do so, the deposition transcript may
19   be deemed to be accurate and may be used in
20   court.
21
22
23
24
25

641

2          C E R T I F I C A T E
3
4       I do hereby certify that I am a Notary
5    Public in good standing, that the aforesaid
     testimony was taken before me, pursuant to
6    notice, at the time and place indicated; that
     said deponent was by me duly sworn to tell
7    the truth, the whole truth, and nothing but
     the truth; that the testimony of said
8    deponent was correctly recorded in machine
     shorthand by me and thereafter transcribed
9    under my supervision with computer-aided
     transcription; that the deposition is a true
10   and correct record of the testimony given by
     the witness; and that I am neither of counsel
11   nor kin to any party in said action, nor
     interested in the outcome thereof.
12
        WITNESS my hand and official seal this
13   8th day of July, 2013.
14
15
16   _____
             Notary Public
17
18
19
20
21
22
23
24
25

643

1
2       ACKNOWLEDGMENT OF DEPONENT
3       I have read the foregoing transcript of
4    my deposition and except for any corrections or
5    changes noted on the errata sheet, I hereby
6    subscribe to the transcript as an accurate record
7    of the statements made by me.
8
9    _____
10          GENE W. GREGORY
11
12      SUBSCRIBED AND SWORN before and to me
13   this _____ day of _____, 20___.
14
15
16   _____
17          NOTARY PUBLIC
18
19
20   My Commission expires:
21
22
23
24
25

81 (Pages 640 to 643)

644

1         E R R A T A   S H E E T
2    IN RE:  PROCESSED EGG PRODUCTS ANTITRUST LITIGATION
3    DATE:   JUNE 26, 2013
4    PAGE   LINE            CORRECTION AND REASON
5    _____  _____  _____
6    _____  _____  _____
7    _____  _____  _____
8    _____  _____  _____
9    _____  _____  _____
10   _____  _____  _____
11   _____  _____  _____
12   _____  _____  _____
13   _____  _____  _____
14   _____  _____  _____
15   _____  _____  _____
16   _____  _____  _____
17   _____  _____  _____
18   _____  _____  _____
19   _____  _____  _____
20   _____  _____  _____
21   _____  _____  _____
22   _____  _____  _____
23
24   _____  _____
25   (DATE)            GENE W. GREGORY

**VERITEXT REPORTING COMPANY**
(212) 279-9424        www.veritext.com        (212) 490-3430

## A

**abide** 367:2,6
**abiding** 367:10
**ability** 548:8
**able** 345:10 346:3
  369:2 417:7
  511:14
**absolutely** 436:16
  460:5 507:18,19
  626:20
**absolutes** 489:5
**acc** 512:8 580:8
  586:17
**accept** 365:25
  411:20 470:17
  563:22 564:2
  595:20
**accepted** 539:12
**accepting** 369:19
**accommodate**
  446:21 458:5
  509:4,5
**accomplish** 374:18
  449:4
**accounts** 514:2,3,4
  514:11
**accurate** 512:13
  533:13,20 535:6
  535:10 642:19
  643:6
**accuse** 491:7 615:21
  627:8
**accused** 484:16
  495:21,25 615:18
**accusing** 484:12
  491:4 627:5
**acknowledge**
  489:22 490:3
**acknowledged**
  531:6 550:25
**acknowledges** 619:8
**acknowledgment**
  638:2 643:2
**acquire** 340:19
**acre** 326:15 338:10

**act** 486:17 610:9
**acted** 627:3,7
**action** 550:15
  641:11
**actions** 323:5
**active** 502:14
**activist** 437:11,13
  437:25 438:19
  505:8 516:17
  528:19
**added** 388:3
**adding** 445:17 548:6
**addition** 362:14
  370:12 508:20
  570:13
**address** 343:7 449:9
  457:6 510:19
**addressed** 396:24
  513:15 542:3,6
  558:14 619:18
**addresses** 484:19
**adele** 352:19
**adjust** 471:14
**adjusted** 374:18
**adjustment** 373:19
  374:2,21 456:23
  457:7 545:9
**adjustments** 548:12
  548:16 549:2
**administer** 636:20
**adopt** 373:8
**adopted** 355:20
  356:12 357:5
  401:4 596:12
  606:20
**ads** 516:21
**advance** 502:10
**advantage** 563:17
  599:11
**advertising** 331:13
  400:20 419:19
  422:2 424:18
  431:16 433:12
  434:3,25 435:9,18
  435:19 500:12,21

501:12 520:3
525:14,20 527:15
528:3 530:12,16
536:21 538:9
541:21 575:3
**advice** 345:19
  414:19,20 415:7
  417:17 540:18
  622:19
**advise** 341:16
**advised** 607:16
**advisor** 606:4
**advisors** 348:4
**advisory** 347:9
  348:3,7 351:25
  354:3,13 355:8
  410:25 503:7
  509:9
**advocates** 564:14
**aeb** 399:6,8,13
  400:8,11,14,20,23
  454:15 601:3,10
  601:13 604:8,10
**afda** 598:22
**affiliates** 383:13,18
  386:6
**afforded** 488:7
**aforesaid** 641:5
**afraid** 629:4
**afternoon** 639:7
**age** 598:15
**agencies** 400:20
**agency** 504:24
  574:23,24 633:23
**agenda** 484:12,16
  492:7
**agendas** 484:6
**ages** 556:20
**ago** 346:2 400:7
  414:25 432:8
  434:16 473:7
  563:24,24
**agree** 335:19 355:17
  356:10 357:3
  438:15 460:19

499:12 613:18
620:7
**agreed** 335:4 439:17
  499:16 539:11
**agreement** 439:6
  537:7 577:5,18
**agreements** 488:17
**agricultural** 477:6
  636:7,12
**agriculture** 527:23
  528:24 529:9
  609:8
**ahead** 344:10
  349:10 350:20
  370:23 423:2
  476:9,11 573:3
  614:17 628:5
  631:19
**ahern** 328:16,18
**al** 392:21 584:4,8
  588:12 607:12
  618:13
**alabama** 393:24
**allied** 378:2,5,23
**allotted** 474:14
**allow** 349:8 625:9
  631:23 633:19
**allowance** 354:10
  389:7 392:18
  396:8 409:10
  441:5,12
**allowed** 395:25
  396:5,7 416:15
  536:9 537:4
  578:24 596:23
  636:18
**allowing** 491:5,8
**allude** 428:18 529:8
**alluded** 525:21
**altogether** 512:9
**amazing** 352:3
  594:22
**american** 398:25
  554:25 601:3
  604:7 607:8

**ammonia** 351:14,15
  354:7
**amount** 340:2
  343:24 467:2
  636:22
**ams** 633:19
**analysis** 376:24
**analyze** 363:13
**anderson** 327:19,22
  338:6,6 384:22
  475:7
**andy** 419:8
**angle** 626:17 628:22
**animal** 329:16,22
  330:4 331:17
  360:13 366:14
  368:8 373:10
  379:9 390:7
  394:15,24 395:11
  398:7,11,14,18,20
  398:23 399:11
  400:25 401:6,12
  401:21 402:4,7,8
  403:15 404:5
  409:11 410:15
  412:9 418:9
  419:11,11,21
  421:17 424:22
  427:7,8,25 436:21
  437:10,13,25
  438:18 439:21
  441:6 444:2
  454:17,20,20
  456:21 457:2
  458:16 461:17
  463:6 464:10
  465:11 470:2
  471:6 474:7,9
  477:8,13 478:4
  484:24 485:10
  492:6 495:4 498:3
  499:3 500:24
  505:7 506:17
  507:4 508:9,21
  510:19 516:5,17

524:14 525:2
527:2 528:7,23
529:9 536:7 537:2
539:17 540:23
544:22 545:9
546:4 556:13
563:9 564:11,14
574:2,3 575:20
576:5 577:23
578:14 582:3,6,8
583:3 585:17,21
591:9,10,22
595:24 596:12
597:21,23,25
601:14,16,20
604:9 605:19,20
609:6 612:16
616:20 617:21
619:24 620:6
**animals** 457:4
  527:22,23 630:16
**announcement**
  413:18
**announcements**
  414:21
**annual** 378:3 380:11
  385:18 392:2
  413:18,25 414:10
  416:4 452:16
  492:25 493:8,10
  493:18 601:10
  623:9
**annually** 391:6
**answer** 334:3
  342:13 344:23
  345:20,21 348:17
  348:19,25 349:16
  349:18,20 350:10
  350:11 354:6
  355:11 356:16,18
  359:24 372:17
  374:9 415:10
  429:22,25 468:12
  468:18,22,24
  469:13 475:24

478:6,7,13,15
480:25 490:9,11
490:13,17,19,20
490:22 491:6,9,14
491:19,24 493:12
502:6,7 527:7
534:6 581:15
593:23 598:25
620:20 623:15
624:21,23 625:8
626:3 627:23
628:2
**answered** 355:23
  357:8 359:23
  376:4 406:8 407:3
  408:3 410:6 428:9
  429:21 430:11,11
  432:19 442:11
  459:17 468:3,8,16
  469:7 483:7 502:5
  624:13 625:3,4
**answering** 348:22
  350:9 356:25
  393:5
**answers** 438:16
  479:4 538:8
  628:17
**anticipate** 396:23
  447:25
**anticipated** 405:10
  410:8 447:22
  457:20
**anticipation** 408:5
**anticompetitive**
  492:11
**antitrust** 323:3
  336:5 560:19
  644:2
**anybody** 338:19
  616:15,16 619:12
  629:9
**anymore** 630:7
**anyones** 344:8
**anyway** 399:9 423:7
  435:25 447:20

493:17 557:5
603:11 625:23
**apologize** 457:14
  554:14,15 604:4
**appeal** 437:22
  501:11 502:15
  537:22
**appealed** 437:5,7,16
**appeals** 501:15
**appearances** 328:1
  328:13 338:22
**appeared** 610:13
**appears** 470:15,20
  476:5 484:21
  518:10 544:4
  637:12
**applicable** 342:3
**application** 368:6
**applied** 382:3 429:4
**applies** 323:4 426:9
**apply** 354:17 380:23
  381:9 382:15
  392:8
**applying** 383:17
**appointment** 591:21
**appreciate** 477:19
**appreciated** 480:5
**appropriate** 642:7
**approval** 401:10
**approved** 388:13
  401:9 504:2
**approximate** 568:19
**approximately**
  335:24 423:17,24
  446:18 496:4,11
  541:14 567:7,14
  603:14,20 639:16
**april** 329:19,23
  331:14 384:10,21
  387:24 388:17
  390:9,19 525:15
  531:19 573:6
**arch** 323:14 325:13
  325:20
**area** 380:22 443:8

**VERITEXT REPORTING COMPANY**
**www.veritext.com**
(212) 279-9424     (212) 490-3430

443:15,19,22
488:15,21 489:2
494:4 591:8
**areas** 380:4,6,9
**arent** 428:22 632:22
**argue** 522:13
**argued** 597:22
598:2
**arguing** 636:12
**argument** 533:23,24
632:6
**arguments** 532:16
633:6
**armstrong** 347:6,16
352:15,21 542:3
582:11
**arrive** 554:3
**arrived** 540:16
**arthur** 326:12
**articulated** 471:12
**aside** 357:13 366:3
379:6 384:7
389:13 394:22
397:14 413:2
419:16 436:4
442:16 473:5
499:20 504:16,18
512:24 515:22
519:12 525:11
530:10 542:22
558:17 561:18
570:18 572:18
574:19 589:6
593:24 599:18
601:2 604:22
634:20
**asked** 347:19,25
348:25 349:21
352:15 355:22
357:7 366:12
376:4 381:6
395:24 396:10
399:8 406:7 407:2
408:2 410:5 428:9
429:20 430:10,11

432:18 442:10
459:17 464:3
468:3,8,16 469:17
483:6 484:9,22
490:16 502:5
506:15 520:25
521:6 548:20
572:10 576:12
623:13 624:7,7,14
624:15
**asking** 341:21
342:14,18 343:2
344:14 398:24
442:5 473:13
481:22 522:20
523:5 532:4,7
554:16 570:15
614:5 623:21
624:8 625:13
627:18
**asks** 353:8 487:19
487:19
**aspect** 360:5 426:10
**aspects** 392:15,19
392:20 429:11
487:2
**assertions** 528:2
**assessment** 342:8
343:12,19
**assigned** 513:25
**assist** 444:4
**associates** 607:22
**association** 433:4
435:5 477:8
502:19 575:5
**assume** 353:4
364:15 372:2
450:19 476:6
500:15 501:18
626:10
**assumes** 612:21
629:23 630:9
**assumption** 533:22
533:22
**assumptions** 481:16

**assurance** 478:24
**atkins** 463:18,22,24
464:4 523:7,8
524:18
**atlanta** 329:13
330:5 357:23
395:2 417:4
607:11
**attached** 518:7
642:13
**attaches** 477:7
531:20
**attachment** 422:18
422:18 430:21
431:13
**attachments** 331:9
424:6 517:9
**attacked** 516:6
**attacking** 635:18
**attempt** 466:16
489:6
**attempting** 485:21
**attend** 414:4 415:20
554:19 621:17
**attendance** 570:14
**attended** 431:23
437:8 443:18,23
**attendees** 568:13
**attending** 336:13
338:20 391:16
568:17
**attention** 428:23
452:25 588:16
627:17
**attitude** 465:22
466:10 630:15
**attorney** 340:5
422:14 424:7,8,12
526:20 642:16
**attorneyclient** 344:5
**attorneys** 336:12
432:5 435:16
**attribute** 412:2
464:9
**attributed** 523:7

**attributes** 565:22
**attributing** 441:21
442:7
**audio** 335:18
**audit** 386:12,17,19
386:21 387:7,20
388:10,13 426:16
428:11,11,18,23
429:7,14,15,17
430:9,12 601:10
608:24 609:10
**audited** 580:9
586:18
**auditing** 504:24
611:11
**auditors** 386:23
**audits** 387:22
**august** 440:6 602:15
605:17 636:6
**authored** 450:12
**authority** 604:12
**automatic** 389:8,10
**available** 557:12
**avenue** 324:5 325:7
326:7,13 328:9
**average** 376:15
447:24 448:6
509:11,15 534:8
596:24
**averaging** 597:4
**avian** 453:21
**avoid** 342:10 441:20
**award** 573:17
**aware** 341:11 342:4
435:8 504:14,20
575:16,24 628:12
628:19
**awful** 474:16

**B**
**back** 363:15 381:2
399:10 400:24
408:19 418:7
423:13,25 435:15
438:14 448:17,22

453:10 456:20
462:15 463:12
468:20,21 469:10
469:13,15 475:4
496:12 497:23
499:3,5 507:21
521:22 534:7
537:18 539:8,11
540:15,18 544:3
564:4 566:4,11
567:15 579:25
588:4 597:12
598:20 599:19
603:20 607:6,15
615:9 619:15
626:17 628:15
631:10,21 633:2,7
635:12 638:5
**backfill** 395:18,25
446:13 447:3
556:16 598:4
**backfilling** 396:5
397:8 445:16
446:8 447:16,17
448:7,21 449:4
547:7,10,16,23
548:2,16,25 549:6
549:22 561:14
563:13,17 564:10
564:22 565:4
566:19,22 596:5,9
596:13,17 597:18
598:22 599:2,8,10
**background** 432:25
502:17 532:2,9,11
532:14 631:18
**bad** 445:10 464:17
604:5 611:19
613:10 617:18
619:5,19 620:11
629:5
**bailed** 453:12,20
454:8
**baker** 325:1 328:15
337:25 364:2,11

365:5,18 631:4
**bakermckenzie**
328:18
**balance** 597:7
**bankrupt** 409:23
545:25
**banquets** 414:11
**barnes** 326:12 338:9
338:9 469:2,8
473:7
**barrie** 410:19
**barry** 391:5,12,16
391:20 456:14
494:11,11 546:10
577:2,12
**base** 620:2
**based** 382:23 422:7
454:15 472:7
505:10 509:10
527:12 528:2
533:23 546:9
609:14 629:10,10
632:3
**basic** 376:6 377:2
407:17 509:12,23
**basically** 395:23
471:19 506:22
595:23 635:18
637:25
**basing** 546:8
**basis** 341:7,9 380:12
387:6 508:9
527:10,25 540:8
614:3 630:8
**bates** 346:16,22
357:23 358:5
366:6 367:21
379:10,16 384:11
384:17,23 390:9
390:15 395:2,9
397:17 398:4
408:8,15 413:5,10
421:8 436:7 440:3
442:19,25 449:24
450:7 474:22

475:14 479:13
480:2 486:5,10
487:7,14 492:15
492:21 496:16,23
500:3,9 513:3,10
517:9,17 521:14
521:24 531:11,16
540:24 541:10
542:25 543:7
551:21 552:4
558:20,25 561:23
562:10 565:7,12
567:19 568:2
570:21 571:3
572:21 573:3
583:21 584:17
588:8 589:10
590:20 594:3,14
602:2,8 604:25
605:12 614:10,16
617:25 618:6
630:19,24 635:2
636:4 637:3,8
**beak** 375:13 426:17
430:5,25 507:9,10
507:16
**beaks** 507:12
**beg** 633:19
**began** 398:24
**beginning** 323:15
362:5 363:12
409:12 412:10
452:19 523:17
635:13
**begins** 368:4 423:24
496:11 567:14
621:23
**begun** 405:3 440:18
**behalf** 324:8,13,19
324:24 325:4,9,15
325:24 326:4,9,15
326:20 327:5,12
327:17,22 328:6
328:11,18 337:13
337:16,22 338:4,7

338:10,12,15,18
347:17
**behavior** 510:10
**behaviors** 509:13
**beholden** 527:2
**belabor** 473:13
**belief** 437:12 557:9
605:25
**believe** 340:4 346:4
351:17 359:25
365:5 375:12
378:8,10 417:16
419:4,18 437:21
452:22 454:15
462:19,20 472:3
472:10 473:10,19
473:25 474:5
479:5 510:9 511:7
513:14 527:2,8
528:16 548:10,17
564:15 571:23
577:3,18 579:19
580:7 582:12
586:16 600:17
601:19,23 605:18
615:17 632:11
633:16
**believed** 441:13
539:18 617:14
**believing** 508:5
**belt** 632:24
**belts** 361:20
**benefit** 372:20 374:4
404:18,23 465:21
465:21 474:2
535:25
**benson** 326:17
337:21
**berreth** 416:22
417:2
**best** 400:25 411:7
411:23 474:9
521:23 554:17
607:7 609:21
**beth** 604:16

**better** 340:22
378:12 402:2
419:20 422:3
424:24 428:23
436:14 437:6,9,25
438:14,24 439:7
444:10,14 500:22
527:16 549:24
617:11
**betterment** 564:6
**beyond** 389:24
415:12 425:25
471:20 557:8
561:4
**big** 473:15,17,18
474:5 555:17
**bigger** 459:6
**biggest** 465:21
**bill** 638:9,13
**bills** 345:11
**billy** 514:4
**biography** 529:15
**bipc** 327:4
**bird** 448:5 458:11
597:8
**birds** 375:18 376:11
448:2,3,16,18
457:10,23,25
458:7 461:2,6
471:24 509:3
564:18 596:25
597:6,12 598:4,19
611:15 612:18,24
617:9,16,18
629:11 630:2
**bit** 374:6,14 430:23
482:18
**blair** 394:5,8
**blame** 568:13
**blizzard** 494:8
514:3
**block** 324:21 336:25
**blown** 404:10
**board** 329:12,19
331:13 357:17,21

358:9,18 359:7
363:15 380:7
381:3 382:25
384:9,20 385:8
398:25 437:24
438:4,15 451:11
500:13 501:12,14
525:15,20,23,24
527:15 530:17
536:18 537:5,9
538:6,11 539:3,7
539:12 540:6,15
541:16,21 544:13
554:25 596:12
601:4 604:8,10
615:17,19
**boards** 530:12
**bob** 582:12,13,13,15
582:18 583:6,14
**body** 465:3
**boss** 579:10
**bother** 478:9
**bothering** 429:24
**bottom** 377:25
409:9 465:8,14
488:14 543:13
545:3 559:11
572:15 605:15
**boycott** 489:7,13
**brann** 417:2 420:7
420:12,15,18,24
431:14,23 432:23
476:3 500:17
559:13
**break** 343:7 397:25
423:6,7,10,11
495:11 562:6
566:25 567:5
581:4 603:3,3,5,11
603:12 638:21
639:5
**breakers** 558:8
**breakfast** 329:22
390:8,19,24 391:3
392:3

**breaking** 362:16,17
381:20 392:11
393:22 455:12,14
557:15,23 558:6
**brief** 440:11 494:22
**briefing** 329:22
390:7,19,23 392:3
**briefly** 370:24 403:5
422:23 443:10
450:8 526:5 563:6
594:19 595:9
602:9
**briggs** 327:8,11
**bring** 597:12 598:4
598:19
**bringing** 448:17
628:9
**brings** 622:20
**broadway** 328:4
**broke** 452:24
**brother** 621:22
626:3
**brothers** 637:16
**brought** 639:8
**brown** 509:19
**bryce** 327:14
**buchanan** 327:1
337:15
**build** 375:19 376:10
405:13 457:12,21
458:4,7,10 466:15
558:4
**building** 458:7,11
459:2 555:6
557:24
**buildings** 457:12
458:5
**built** 409:23 458:18
458:20 558:5
600:18
**bullet** 488:5 489:4,6
**bup** 625:22,22,22,22
**bureau** 402:2
419:20 422:3
436:14 437:6,9

438:2,14,24
444:10,14 500:22
527:16
**business** 345:10
369:6 370:6
380:24 381:10
392:11 393:23
400:12,14,14
402:2 419:20
422:3 427:9,21
436:14 437:6,9,23
437:25 438:14,24
444:10,14 452:13
459:20 466:25
467:6,7 489:7
500:22 513:25
516:9 519:17
527:16 546:21,25
547:17 549:8
550:6 555:4,5,18
557:10,20 563:4
574:7,10 621:10
621:24,25 622:21
626:11 627:15
636:22
**buy** 368:21 369:2
370:7 498:20
574:11 575:9
576:10,12,15,16
577:23 585:20
589:24 592:13
634:11,14
**buyers** 444:5
**buying** 368:24 499:6
557:22 586:6
592:12 625:18
630:11,12 633:5
**bylaws** 341:20
342:21 380:5
**byoder** 327:16

**C**

**caesars** 329:22
390:8
**cage** 375:8 389:7

426:10 429:4,12
442:8 448:3,3
464:10 495:3
509:3,7,18,21
511:3,8,10 535:9
**caged** 506:19 508:22
**cages** 354:18 448:19
533:7 548:2
549:13 556:17
597:13
**cainmannix** 326:1,4
337:3,4
**california** 326:18,19
454:14 519:14
520:4 569:11
**call** 329:19 362:17
384:10 493:14
494:8,10,10
520:11 539:17
612:6 621:14
622:13
**called** 366:14
398:17 401:12
402:4,6 421:22
449:8 453:13
465:3 505:4 506:9
515:24 519:14
555:11 573:13
574:21 599:23
609:4 621:11
**calling** 436:20
439:20 441:6
537:2 621:9
**calls** 371:24 374:8
382:6,17 417:17
467:14 468:2,7
493:20 532:25
583:17 616:6
**calmaine** 326:10
338:5 522:24
524:5,8 525:4
569:17 571:5
572:12
**campaign** 518:23
**campbell** 324:22

336:24,24
**canada** 577:15
**canadian** 554:8
574:22
**cant** 344:25 351:22
352:21 402:18
417:6 418:13,19
438:3 446:13
466:8 502:6
503:24 505:2
578:19
**capacity** 557:17
**capita** 463:20 464:6
**capitalize** 547:25
**cappervolstead**
473:20 485:18
486:17 559:16
561:4
**caption** 336:4
**care** 366:14 398:7
398:12,18,23
399:11 400:25
401:6,12,21 402:5
402:7,8 403:15
409:11 412:9
418:9 419:21
421:17 424:23
427:7,8,25 436:21
439:21 444:2
448:10 458:16
471:6 480:6 498:3
499:3 500:24
506:17 507:4
508:10,21 510:19
514:2 536:7,8
537:2,3 538:17
539:17 544:23
545:10 546:4
556:13 564:11
574:2,3 575:20
576:25 577:23
578:14 585:17,21
591:9,10 616:21
620:6 626:23
629:3

**careful** 428:22
442:6 451:25
**carefully** 642:5
**cargill** 600:13
**carlson** 577:4
**carrie** 327:19,22
338:6
**carried** 383:21
385:11 394:17
**carries** 384:5
**carton** 404:15
**cartons** 361:24
403:16
**case** 336:4,6,8 340:3
340:6 341:8,14,18
341:23 345:16
420:5 422:10
432:21 443:21
447:14 451:21
463:14 527:14
530:7 578:13
585:15 587:25
622:2
**casebycase** 341:7,9
**cases** 535:9 539:5
546:21
**categories** 456:11
456:13,18
**category** 455:18
**caught** 391:23
**caused** 346:7 439:15
453:14,22 498:18
**causing** 456:16
459:3 566:3
**caution** 417:24
456:24 461:16
487:18
**cautioned** 441:19
461:22 462:4
**cautioning** 459:13
460:3
**ccr** 323:16
**cease** 587:21
**cell** 335:15
**cema** 574:21,21

575:6,9,24 576:4,6
576:12,14 577:4
577:21 578:4,7,11
580:6,7 584:8
585:9,13 586:17
587:15
**census** 553:13
**center** 325:13 326:2
327:9
**central** 632:25
**certain** 352:23
392:15 415:19,20
444:19,20 448:12
509:21 514:3,4
576:22 578:24
598:15 622:7
**certainly** 432:15
434:12 466:14
529:15 536:15
564:18
**certificate** 485:20
**certification** 335:5
368:7 538:13,16
538:19,22 564:11
**certified** 352:7
361:11 363:4
366:22 367:4,5
368:21,22 369:4,7
370:7 380:16,22
382:2 392:8 398:7
398:18,23 399:11
401:7,21 402:21
403:15 404:13
409:11 412:9
418:9 421:17
424:23 426:16
427:7,8,25 429:8
430:17 444:2
447:19 458:16
461:4 471:6 473:3
479:22 497:11
498:3,16,21,23
499:3,8 500:24
504:22 506:17
507:4,4 508:10,21

510:20 516:19
536:7 537:2
538:21 544:23
545:10 546:4,5
550:10 556:13
574:2,3,12,15
575:21,23 576:17
577:21,24 578:15
582:23 583:9
585:17,21 589:20
589:25 590:5,17
591:9 592:5,13
593:4 594:18
601:18 616:21
619:10 623:11
624:4 625:13,19
629:13,15 634:17
**certify** 631:13 634:7
634:8 641:4
**certifying** 613:23
**cetera** 426:2 514:5
515:13 516:21
575:4
**chad** 392:24 486:14
618:13
**chain** 331:11 332:4
332:12,17,19,20
332:23 333:6
418:12 521:14
565:7 579:18
584:17 587:7
602:2 604:25
614:10 630:19
635:13 637:3
**chair** 587:12
**chairman** 378:6
410:22 544:13
**challenge** 611:8
**challenged** 351:15
439:15 604:8
**challenges** 516:18
604:14
**challenging** 604:12
626:24
**champions** 444:21

**chance** 402:17
457:12 498:19
540:10,17
**change** 396:19
397:4 417:14
423:5 437:3 439:3
439:17,23 444:18
452:25 465:22
523:6 539:9
557:21 596:5
**changed** 345:5
378:9,16,17 383:2
383:4 386:6 387:6
387:7 403:22
416:23
**changes** 386:25
387:2,5,5 396:20
436:18 438:17
439:11,12,16
531:8 539:25
642:12 643:5
**changing** 396:11
**characterizes**
536:24
**charge** 622:12
**charles** 324:11
337:6
**chart** 408:20
**chase** 475:10
**check** 476:6 520:2
**chicago** 324:23
325:8 328:17
329:17 379:10
**chicken** 361:20
629:23 630:13
632:13
**chickens** 361:19
386:9 427:11
511:7 576:9
600:21
**chicks** 388:16
**chose** 513:24 631:23
**christine** 325:12,15
**cincinnati** 327:15
**cira** 325:13

**circle** 462:15 475:4
507:21
**circumstances**
513:20 516:2
575:9,17
**city** 417:13 418:14
418:19 437:21
**claim** 511:17
**claimed** 478:12
479:23
**clarify** 580:4
**clark** 324:22
**class** 336:18,22
**clawed** 579:25
**clear** 430:5 538:25
**clearinghouse**
368:25 577:11,17
577:20
**clearly** 381:17 511:5
538:15
**clicks** 462:12
**close** 638:21 639:2
**cm00047889** 329:15
366:6 367:22
**cm00047892** 329:15
366:7
**cm00727158** 332:24
630:19,24
**cm00727162** 332:24
630:19
**code** 387:4,4
**cok** 512:4 532:16
536:5,20 537:7,13
538:9
**collected** 520:2
**collectively** 472:20
472:24
**colors** 438:2
**column** 553:19
**com** 324:7,7,13,19
324:24 325:4,9,15
325:23,23,24
326:4,9,15,20
327:4,11,16,22
328:11,18

**come** 340:9,23,24
341:7 345:13
360:18 362:20
363:14 395:24
412:23 423:13
506:17 507:5,23
508:10,14 539:3
540:18 554:21
588:16 609:10
619:15 628:14,14
628:15 630:3,4,4
**comes** 340:18
393:25 462:10
472:15 553:11,16
**comfortably** 509:13
**coming** 412:22
446:22 448:22
598:12 632:24
**comment** 473:7
482:25 520:25
521:6 579:15
639:11
**comments** 352:16
392:22 494:12
565:22
**commingling**
498:16
**commission** 438:20
438:22,23 439:6
439:19 465:4
519:15 539:23
540:3,5,9,14 607:5
643:20
**commitment** 366:13
366:18,24 367:2
367:17 383:5,12
473:24 497:17
571:19
**committed** 368:8
370:15 371:19
374:25 405:6
498:2 543:22
550:19,25 551:5
556:13
**committee** 329:16

330:4 331:16
347:10,17,18,22
348:3,8,10 350:25
351:3,5,7,21 352:2
352:14 353:16
354:3,13,20 355:4
355:8,19,20
356:12 357:5,6
358:20 359:4
360:11 365:12
374:15 379:9,19
386:20 394:14,25
395:11 396:14
398:14,15,19,21
410:22,25 425:18
425:25 451:10
473:3 488:2 503:6
503:7 509:10
534:9 540:23
541:7,16 542:4,10
542:14 550:14
560:19 563:9
565:23 582:2
591:22,23 596:12
605:19 606:2,12
613:5
**committees** 419:13
597:16
**commodity** 466:25
573:13 623:10
625:12
**common** 350:6
456:17
**communicate**
389:15 401:13,20
402:7,9 467:7
538:16
**communicated**
347:23 365:8
415:16 425:13
466:20 579:12
**communicates**
416:14
**communicating**
371:4

**communication**
360:17 439:8
464:9 538:20
602:25
**communications**
344:6,22 345:19
345:22 414:16,18
415:8,11 581:8
**companies** 366:17
367:9,16 368:6,15
368:18 378:19
398:7 402:22
403:16 421:18
461:4 486:21
488:8 497:12,25
498:6,18,21,23
499:4,12,16
513:18 516:15
557:15 563:16
569:4,25 571:9
573:25 574:2,3,11
574:12,15 589:20
590:5 592:6
608:13 623:11
624:4 625:13,19
633:20
**company** 328:20
366:23 368:21,22
369:8 378:7
380:16,23 382:2
383:6,13,17 386:5
393:24 394:6,10
425:9 426:3,13,15
427:25 430:6
473:4 476:19,23
479:22 480:16,18
498:7 516:11
555:11 575:20,23
578:5,8,12,15,25
583:9,18 585:14
585:16,17,22
600:20 604:17
607:21 608:2,8,9
608:12 612:16,20
613:24,25 616:15

616:17 617:9,15
617:15 629:20,21
630:12,14,15
633:11 634:4,16
638:14
**companys** 609:2,12
631:15
**compassion** 340:3
421:22 437:11
439:14 505:5
506:7 510:12,21
529:23 535:5
**compelled** 563:7
**competition** 617:12
629:4,5
**competitive** 619:10
619:11
**complaint** 401:25
438:19
**complaints** 381:22
**complete** 374:16
405:19
**completed** 375:24
**completely** 396:22
631:16 632:8
**complex** 386:7
**compliance** 485:20
608:24 611:12
613:24
**complicated** 359:15
581:5
**comply** 486:17
583:11 619:4
**compound** 373:2
374:8
**computeraided**
641:9
**concept** 466:19,20
**concern** 374:24
380:21 381:18
382:13,23 445:21
544:2 592:18
593:12,16,20
608:14
**concerned** 477:3,15

485:2,19 616:23
**concerns** 591:12,14
591:18 602:18
603:25 616:9
**conclude** 355:4
404:25 445:24
523:19 639:22
**concluded** 640:4
**concludes** 364:11
**concluding** 433:18
**conclusion** 363:16
530:2,19 534:2
535:13,18 536:10
537:24 539:21
540:17
**conclusions** 345:13
**condition** 342:9
**conditions** 494:3
**conduct** 387:4
398:25
**conducted** 383:25
392:24 399:22,25
400:23 505:12
**conduit** 555:13
**conference** 329:19
384:10 391:6,17
391:21 413:19
414:2 493:14,20
570:8 573:14
577:3
**confidence** 343:3
**confidential** 323:7
340:1 341:1 342:1
343:1 344:1 345:1
346:1 347:1 348:1
349:1 350:1 351:1
352:1 353:1 354:1
355:1 356:1 357:1
358:1 359:1 360:1
361:1 362:1 363:1
364:1 365:1 366:1
367:1 368:1 369:1
370:1 371:1 372:1
373:1 374:1 375:1
376:1 377:1 378:1

379:1 380:1 381:1
382:1 383:1 384:1
385:1 386:1 387:1
388:1 389:1 390:1
391:1 392:1 393:1
394:1 395:1 396:1
397:1 398:1 399:1
400:1 401:1 402:1
403:1 404:1 405:1
406:1 407:1 408:1
409:1 410:1 411:1
412:1 413:1 414:1
415:1 416:1 417:1
418:1 419:1 420:1
421:1 422:1 423:1
424:1 425:1 426:1
427:1 428:1 429:1
430:1 431:1 432:1
433:1 434:1 435:1
436:1 437:1 438:1
439:1 440:1 441:1
442:1 443:1 444:1
445:1 446:1 447:1
448:1 449:1 450:1
451:1 452:1 453:1
454:1 455:1 456:1
457:1 458:1 459:1
460:1 461:1 462:1
463:1 464:1 465:1
466:1 467:1 468:1
469:1 470:1 471:1
472:1 473:1 474:1
475:1 476:1 477:1
478:1 479:1 480:1
481:1 482:1 483:1
484:1 485:1 486:1
487:1 488:1 489:1
490:1 491:1 492:1
493:1 494:1 495:1
496:1 497:1 498:1
499:1 500:1 501:1
502:1 503:1 504:1
505:1 506:1 507:1
508:1 509:1 510:1
511:1 512:1 513:1

514:1 515:1 516:1
517:1 518:1 519:1
520:1 521:1 522:1
523:1 524:1 525:1
526:1 527:1 528:1
529:1 530:1 531:1
532:1 533:1 534:1
535:1 536:1 537:1
538:1 539:1 540:1
541:1 542:1 543:1
544:1 545:1 546:1
547:1 548:1 549:1
550:1 551:1 552:1
553:1 554:1 555:1
556:1 557:1 558:1
559:1 560:1 561:1
562:1 563:1 564:1
565:1 566:1 567:1
568:1 569:1 570:1
571:1 572:1 573:1
574:1 575:1 576:1
577:1 578:1 579:1
579:20,24 580:1
581:1 582:1 583:1
584:1 585:1 586:1
587:1 588:1 589:1
590:1 591:1 592:1
593:1 594:1 595:1
596:1 597:1 598:1
599:1 600:1 601:1
602:1 603:1 604:1
605:1 606:1 607:1
608:1 609:1 610:1
611:1 612:1 613:1
614:1 615:1 616:1
617:1 618:1 619:1
620:1 621:1 622:1
623:1 624:1 625:1
626:1 627:1 628:1
629:1 630:1 631:1
632:1 633:1 634:1
635:1 636:1 637:1
638:1 639:1 640:1
**confirm** 580:9
586:18

**confirms** 620:17
**confuse** 632:8
**confused** 339:24
**confusing** 504:9
**confusion** 392:7
**conjunction** 391:11
391:20 414:8
**consider** 371:22
417:19 493:16
564:10
**considerably** 465:10
**consideration**
474:14
**considered** 419:20
542:15
**consistent** 351:20
365:22 391:8
432:11 444:8,12
470:24 532:20
566:7
**constantly** 349:8
**constitutes** 387:17
**construction** 566:3
**consultant** 608:7
622:22 627:14
**consultants** 348:4
**consulting** 607:20
607:25 622:16
**consumer** 358:22
359:20 360:2,16
360:22 399:4
427:24 439:9,10
454:16 508:2,5
530:23,23,25
554:25 617:7
**consumers** 360:6,17
399:18 400:9,16
400:19,24 404:21
433:21 438:5,6,12
444:6,16 470:20
506:10,16 511:18
531:4 536:6,25
539:10
**consumption**
463:21,24 464:6

**contact** 490:13
514:8 622:19
**contacted** 397:10
489:19 522:16
540:8 579:2
588:17 611:17
621:23
**contain** 415:18
**contains** 424:5
**contd** 330:1 331:1
332:1 333:1
**context** 462:3 595:6
595:18
**continue** 335:19
350:16 375:4
406:4,19 409:15
462:18 472:4
495:5 564:5
586:15
**continued** 323:11
352:4 452:20
469:24 495:3
542:10
**continues** 425:7
472:18 533:15
**continuing** 336:10
356:20
**contracted** 444:24
516:11
**contributed** 454:12
**contributors** 441:10
**conventional** 633:21
**conversation** 579:7
579:8,9 583:2
**conversations**
335:14 341:22
342:15 466:22
581:13 583:2
584:8 592:11
627:20
**convince** 491:11
611:22 612:12
619:18
**convinced** 469:6
479:2

**cooperative** 435:6 473:2,20 477:7 563:3
**coordinate** 391:17
**coordination** 394:15
**copied** 635:16
**copy** 518:8 615:14 615:18
**copying** 588:11
**corp** 569:15
**correct** 343:13 347:19 353:12 354:7,10 355:21 358:23 359:4 364:5,9 365:9,13 365:20 366:18 367:2,10,18 368:2 368:9,15 370:15 373:22 376:2 378:25 379:25 385:9 386:14,20 389:8 392:16,22 393:2,11 394:17 396:19 397:4 409:7,16 410:3 411:24 412:4,7,11 418:3 420:8,13,20 421:23 422:19 424:9 425:5,13 426:10,12,18 431:6,10,17 432:12,16 433:6 440:15,20 441:7 441:14 443:16 445:7,22 450:15 450:18 454:22 456:8,18 460:15 462:24 464:4 476:19,23 486:18 486:21 488:3 494:18,23 495:9 500:18,25 501:5 501:12,16 502:15 502:21 505:5,8 506:13 507:25

508:12,24 510:3 512:14 515:6 518:9,23 519:9 521:2,7 522:8 525:8,23 526:2,13 526:17 529:20,24 530:8 532:17 536:10 541:17 542:4,8,16,20,21 543:19 544:8 547:20 552:23 556:9 558:15 559:9,19 564:23 566:16 568:8 569:2,6 570:16 571:19 572:13 573:14 574:16 575:7,21 576:2 578:15,22 585:10 588:18,21,23 589:25 591:14 593:13 595:25 601:4 609:3,22 610:22 611:23 612:13 613:11 632:10 636:15 637:23 641:10
**correction** 644:4
**corrections** 642:5,8 643:4
**correctly** 641:8
**correll** 514:4
**correspondence** 391:10 631:4
**corroborates** 536:23
**corroborative** 536:5
**corrupt** 528:11
**cosign** 618:16
**cosigned** 618:13
**cost** 374:4 377:17,20 377:24 403:11
**costs** 403:17 404:2
**couldnt** 529:2 539:24 620:5

**council** 419:19 422:3
**counsel** 335:4 341:17 342:2,15 342:25 344:21,22 345:20 414:19 420:4,7,10,11 469:2,6 476:19,23 479:5 481:19 487:21 500:17 502:9 615:14,19 639:13 641:10
**counsels** 468:12
**counted** 596:21
**country** 380:8,9 555:11 577:8
**couple** 469:16 497:3 546:6 553:4 563:6 639:4,7
**course** 349:2 364:9 403:22 461:12 528:25 562:20 597:5 615:8 620:5
**court** 323:1 336:7 339:3 456:4 468:20 475:22 527:6 623:19 642:20
**courtesy** 350:6
**cover** 421:16 518:13 529:4 531:18 552:22 568:6 578:3 618:9
**coverage** 345:25
**coworkers** 615:6
**craig** 573:7 631:5,7
**crap** 482:10
**create** 596:17 613:6
**created** 348:8 358:19 380:5 401:6 458:13 599:2,14
**creating** 425:21 549:19 596:10 619:9,23,24

**credible** 474:9 589:18 626:25 629:2
**credit** 461:16,23 525:10
**creek** 555:12
**creighton** 637:16,19
**crisis** 364:12,17,24 365:7
**critical** 412:7
**cross** 361:21
**crowell** 328:8,11
**crutcher** 326:6 338:4
**cslidders** 324:13
**current** 365:19 545:18
**curtail** 489:7
**customer** 362:15 401:17,18,20 404:12 427:24 612:20 622:4 629:20,23 630:5,9 632:3,15,20,20 633:4
**customers** 371:17 372:13 373:15 403:10 440:22 457:5 458:6 459:21 467:5,9,10 489:19 490:14 546:23 581:8,17 588:17 616:11 632:9
**cut** 507:8
**cuter** 393:18
**cutler** 393:19,20 394:3
**cycle** 556:25
**cycles** 405:16 555:15

**D**

**dabbling** 522:21
**dallas** 326:8

**dam** 616:19
**damages** 339:21
  340:9,16
**daniels** 325:1
  337:25
**data** 546:8 553:10
**date** 335:23 363:7
  363:10 461:6
  497:13 500:21
  517:6 518:4
  551:14 557:2
  559:24 596:22
  642:10 644:3,25
**dated** 395:12 430:21
  440:6 486:12
  513:10 531:19
  543:10 559:23
  560:10
**dates** 361:12 408:21
**david** 526:20
**day** 354:21,22 356:2
  467:2 540:14,14
  560:11 597:2
  628:15 636:7
  638:22 641:13
  643:13
**daybreak** 328:11
**days** 378:10 471:25
  479:24 493:15
  508:16 512:11,20
  532:5 540:6
  556:24 642:16
**dbarnes** 326:15
**deal** 527:21 577:6,7
  577:14 628:18
**dealing** 400:11,19
**deals** 400:16
**dean** 565:18,21
  566:10
**death** 453:14,22
**debate** 507:11,15
**debeaked** 506:18
  507:6,8
**december** 332:14
  486:12 497:12

589:9 590:24
  596:13
**deceptive** 500:24
  539:19
**dechert** 325:12,15
**decide** 372:23
  387:16 472:20
  631:25
**decided** 475:9
  591:10
**decision** 472:17
  499:15 500:23
  530:13 531:20,25
  532:10 541:14
  557:10
**decisions** 498:7
  501:15
**decreased** 465:10
**dedicated** 568:18
  609:2
**deemed** 642:19
**defendant** 326:9
  327:22 337:13,22
**defended** 354:22
**deffner** 544:12
  559:5 565:15,17
  588:11 589:3
**dehydrated** 607:9
**demand** 454:16
  463:20 466:16
  467:3 471:14
  494:3 495:2
  524:18 544:18
  545:18 546:17,19
  553:7 575:3
  608:25 619:4
**demanding** 616:11
**demands** 629:17
  632:4
**denying** 609:19
**department** 477:5
  583:16
**depending** 509:17
  535:8
**deponent** 641:6,8

643:2
**depopulate** 576:9
**depopulated** 549:12
**deposing** 642:15
**deposition** 323:11
  334:1 335:18,25
  336:10 349:5
  487:20 640:4
  641:9 642:4,13,17
  642:18 643:4
**depress** 547:2
  549:20
**describe** 518:12
**description** 329:9
  330:3 331:3 332:3
  333:3 334:10
**design** 503:17 504:6
**designated** 579:20
  585:24
**designed** 568:25
  609:15
**designing** 503:22
  504:15,22
**destroy** 613:3
  615:22
**destroying** 548:8
**destruction** 453:22
**detailed** 359:15
**determination**
  385:22,25
**determine** 386:4
  399:19 486:16
  598:15
**determined** 437:8
  437:14
**determining** 387:25
**develop** 352:11
  394:14 474:8
  617:6 629:9
**developed** 353:24
  381:18 386:13
  402:13 427:5
  470:10 518:8
  636:18
**developing** 381:15

386:16 474:3
  516:20 582:8
**development** 389:16
  595:25
**developments**
  520:25
**dialogue** 392:13
**didnt** 355:15 381:9
  381:17 396:5,23
  401:16 409:20
  426:16 451:3
  453:8 478:9
  480:15 484:2
  504:5 509:9
  510:20 516:13
  523:12 524:7
  528:6 529:17
  530:25 545:21
  552:13,16 576:13
  576:15,16,17,18
  585:21 590:3
  592:17 600:20
  607:6,7,9 608:17
  608:19 610:10
  616:3,21 618:15
  619:3 622:17
  623:6 625:9
  635:17
**diet** 463:18,22,24
  464:4 523:8
  524:18
**difference** 351:14
  400:10
**differences** 354:5
  591:8
**different** 360:3
  378:18 380:9
  399:3 429:10
  431:4 447:7
  448:19 451:4,5
  456:18 513:15,18
  516:7 557:15
  582:17 630:3
**difficult** 375:15
  467:2

**VERITEXT REPORTING COMPANY**
www.veritext.com
(212) 279-9424    (212) 490-3430

difficulty 510:11
direct 324:8,19
  336:18,22 337:10
  451:9,11,12,15
  452:5 464:8
  635:21
direction 334:3
directly 466:21
director 431:15
directors 329:12,19
  357:17,22 358:9
  358:18 359:7
  384:10,20 385:8
  451:12 481:19
  615:17,19
disallow 531:2
disappointed 615:5
  615:21
disappointment
  615:13
disastrous 412:23
disclose 584:3,7
  592:17
discontinued 500:25
  538:14
discourage 410:10
  512:8
discouraged 405:2
discouraging
  625:18
discovery 591:23
discuss 390:2
  455:17 526:15
  529:22 563:7
  589:3
discussed 443:15,19
  464:4 493:23
  544:22
discussing 424:4
  467:23
discussion 358:17
  392:25 394:15
  487:20 505:20,23
  541:24 561:14
  584:4 635:18

discussions 341:17
  344:21 360:18
  387:20 472:6
  559:9
disease 447:8
  453:13,13 454:13
  459:6 576:8
disparage 623:25
  626:11 627:16
disparaging 615:2
disposal 446:21
dispose 446:14,15
  556:19 557:4
  597:11
disposed 446:4,7
  548:5 554:10
disregard 430:6
disrespect 613:7
  635:8
disruption 405:21
disseminate 518:22
distinction 343:6
distinguished 362:9
distributed 450:21
  488:2
distributing 432:14
distribution 380:8
district 323:1,1
  336:7,8
divide 615:22
dividing 615:7
division 400:18
  419:19 422:2,9
  431:16 434:4,25
  435:9 500:22
  528:3 536:21
  538:9
divisions 390:2
  413:24
dmekki 328:11
doctor 607:16
document 323:4
  346:25 347:2
  354:16,23 358:5
  361:4 363:23

367:21 371:2
  379:16 380:18
  384:17 393:6,8
  395:8 398:4 403:6
  408:14 411:15
  418:7 422:24
  423:13 440:12
  443:12 450:6,9,10
  450:12,22 453:4
  454:2,11 464:14
  475:13,21 476:3
  476:13 480:2
  483:12,15 484:18
  486:13 487:13,15
  487:25 488:25
  492:21 497:19
  500:8 501:7,23
  506:2 517:17,20
  521:20,25 526:7
  528:21 531:18
  532:12 536:14
  538:6 541:10,13
  543:16 551:16
  558:10 559:18
  560:3,10,18 571:2
  573:3 578:18
  579:15,24 580:18
  580:21,25 584:13
  594:8,17,20 595:4
  595:7,10,15 600:7
  602:11 605:5,11
  613:12,16,20
  614:6,15 618:10
  628:19,20 636:4
  637:8
documents 330:24
  332:16 334:9
  353:3,17 358:14
  358:19 359:2
  482:4 487:7 490:6
  491:13,16 492:2
  584:22 594:3
  626:22 627:6
  628:6,10
dodge 336:20

doesnt 348:24
  362:23 372:21
  404:13 450:19
  458:8 469:12
  471:21 523:10
  547:16 548:19
  564:15,18 581:4
  587:17 593:9,9
  609:13 617:13,14
  621:9 628:25
  629:2,14
dog 555:17
doha 328:8
doing 353:22 369:6
  371:19 404:16
  411:10,18 428:11
  432:10 442:14
  448:15 459:12
  482:17 484:8
  494:5,6 524:6
  527:19 548:5
  549:18,25 564:13
  590:11 599:15,16
  607:25 608:22
  612:22 613:14
  622:15,22 623:25
  627:12 629:25
  634:12 635:24
  642:9
dolph 363:25 631:4
don 338:9
donald 326:12
dont 340:12 342:10
  350:14 351:23
  356:9 359:11
  360:4,19,21 361:2
  363:11,20 365:24
  370:23 371:7
  372:9 374:13
  378:12,14,14,20
  380:13,13,14
  383:20 387:15
  388:11 389:24
  390:4 391:22,23
  391:25 399:8

400:7,22 404:14
404:16,18 407:12
408:20 414:25
416:2,3,6 419:3,15
420:21 421:4,5,13
422:11,20,22,23
423:6 424:16
431:22,25 432:9
442:15 443:10
445:2,4 446:10,15
446:25 447:3,11
447:13 448:9
449:9,15,20,21
450:8 451:7,13
452:22,25 461:25
462:4,7,7,8,9
467:18 468:10
476:20 478:18,22
480:6,14,24 481:6
481:8 482:2,5,7,22
483:8,15,16,17,23
484:10 485:15
487:22 491:6,15
491:24 492:2
493:11,15,16,18
497:7 501:24
504:9,11 505:13
505:14,15,17,18
507:14,16 518:3
519:16,24 524:8,9
524:9 526:5
528:21 529:8
532:8 535:24,25
536:13,17 537:17
537:23 540:11
548:17,22 549:5
551:13,18 552:17
552:19 560:17
561:4,6,10,17
563:23,25 565:3
566:21 571:23,25
576:23 578:7,11
584:6,10,11
585:13 587:24
589:4,4 590:2,11

590:14 591:2
592:20 593:17,19
593:21,21,23
594:22 597:19
600:18 603:4
604:4 606:18
611:25 612:4,5,9
613:13,14,16
614:17 616:11
618:20 619:14
620:11 621:12
622:10,13 626:7
626:15,23 627:8
628:17 629:3
630:6 631:17
632:11 636:9,24
639:10,12
**doubt** 592:24
**douglass** 352:20
**downplay** 524:13
**dozen** 470:17
**dozens** 615:15
**dr** 523:7 542:3
  582:11
**draft** 424:8
**drafted** 432:5
  513:17 543:19
**drafting** 424:11
  501:23 513:21
**drawn** 540:16
**dreamed** 523:22
**dried** 456:6
**drop** 459:3
**dropped** 523:3
**dropping** 583:10
**droves** 616:22
**duane** 562:13,14
**dues** 343:17 344:2
**duly** 339:9 641:6
**dunn** 326:6 338:4
**duration** 512:10,19
**dying** 587:19

———————————
**E**
———————————
**eagle** 326:4 337:5

**earlier** 381:4,7,15
  429:10 525:21
  526:25 531:5
  557:5 589:20
  605:23
**early** 354:2 356:11
  357:4 403:24
**east** 327:5,15 328:16
  337:18
**eastern** 323:1 336:7
**easy** 605:8
**economic** 330:16
  372:20 449:23
  450:13 551:10,17
  552:8,10 554:13
  558:14 560:21
  563:17 568:8
**economically** 458:9
**economics** 363:18
**economist** 376:20
  407:11 441:9,15
**edited** 368:2 408:24
  413:14 440:6
  443:4 543:10
  568:4
**editorial** 370:19
  371:6 372:6
  543:12,14,18
  545:5 546:15
  548:10 550:13
**educate** 438:6 444:5
  531:4
**education** 473:24
  530:23 539:10
  555:9
**effect** 375:15 377:22
  405:4 429:12
  430:24 546:5
  583:7,13
**effective** 534:16
  585:15
**efficient** 499:24
**effort** 389:15,21
  486:16
**efforts** 489:12

**egg** 323:3 325:24,25
  336:5 361:20,24
  362:6,6,11,15,16
  362:18 363:3
  364:15 365:19
  368:5,25 369:18
  373:10 376:23
  380:23 381:9
  382:14 392:11
  393:22 394:3
  398:25 400:15
  401:8,17 402:11
  406:3,11,19,24
  407:17 408:17
  409:12 411:10,22
  418:17 419:9
  426:3 433:4,5
  444:5 445:25
  446:2 448:7
  449:18 452:13,16
  452:23 453:2,7
  456:18 459:3
  463:4,23 464:3
  465:4,5,6 470:17
  471:16 472:19
  473:19 481:7,24
  482:22 483:17,18
  487:2,3 493:13
  494:15 500:11
  502:19,20 503:9
  508:21 513:22
  514:12 515:2,7,10
  515:12 519:14
  521:2,5 522:17
  523:19,20 525:4
  549:16 551:8,9,17
  552:7 554:25
  555:3,5,7 557:15
  557:16,23 558:2,6
  558:7,10 563:4
  568:7,18 573:20
  573:21 574:22
  575:5,7 576:24
  577:9,11,17,20
  582:19 583:8

589:23 597:23
598:2,10,11,12,22
600:20 601:3
604:7 605:23
607:5 613:7
615:22 622:4
632:24 638:15
644:2
**egglands** 607:7
**eggs** 342:16 361:19
362:3,4,14 366:20
367:5 368:21,24
369:2,4 370:7
375:21 381:20,21
382:4 383:8
401:21 402:10
403:11 404:14,15
404:19,22 409:25
424:24,24 425:8
426:5 433:20
455:9,10 456:11
458:5,15,24
463:20 467:4,9
488:18 494:4,5
498:8,17,20 499:6
499:8 506:16,23
507:4,4,23 508:10
515:8,11,13
523:12,13,14
544:17 545:23
546:22,25 548:6
549:17,19,20
557:17,19,23,24
564:19 575:6,9,25
575:25 576:10,17
576:23 577:7,10
577:15,19,21,24
577:25 578:4,8,12
580:7 585:14,21
585:21 586:6,16
589:25 590:4,16
592:5,13 625:18
629:20 630:2,11
630:12 632:15,20
632:21,24 633:3

634:5,5,8,14,15,18
638:17
**eimer** 325:6
**eimerstahl** 325:9
**eisenstein** 559:12
560:23
**either** 444:21 494:4
506:8 538:13
**elbows** 626:3
**elected** 568:14
**email** 329:10 331:11
332:4,9,12,17,19
332:20,23 333:6
346:16 347:5,8
353:14 521:13
522:3 565:6,14,18
572:21 573:6
583:6,15 584:16
585:8 587:2,7,9
588:11 601:25
602:14,17 603:25
604:24 605:16
606:16 614:9
615:12,20,25
630:18 631:2,2
637:2,10
**emails** 611:21,24
**emanuel** 324:3
336:17,21
**embarrass** 619:15
**embarrassing** 348:9
**embarrassment**
352:10 582:6
**employee** 387:4
606:24 608:11
614:22 622:12
**employees** 481:6
**empty** 446:25
549:13
**encompass** 362:23
**encourage** 512:5
551:4
**encouraging** 373:8
621:25
**ends** 423:17 425:16

496:4 553:5 567:7
**energy** 617:3
**engage** 350:8
**engaged** 352:6
354:21 483:3
**england** 621:24
622:3
**enjoyable** 414:7
**enjoying** 525:5
**ensure** 478:3 484:24
485:10
**entire** 422:24
451:21
**entirely** 564:10,22
**entities** 383:13,17
**entitled** 358:13
**environmental**
474:4 598:14
**environmentally**
633:17
**envisioned** 597:9
**equal** 542:16
**errata** 642:7,9,12,15
643:5
**error** 636:13
**especially** 616:10
**esquire** 324:3,4,11
324:16,22 325:1,7
325:12,18,18,19
326:1,7,12,18
327:1,9,14,19
328:3,8,16
**establish** 626:19
**established** 465:6
**et** 426:2 514:4
515:13 516:21
575:4
**europe** 463:3,15
464:22,24 465:5,7
582:6
**evaluate** 441:9
**events** 414:7,8 607:4
**eventually** 355:5
356:21 405:23
549:20 582:16

607:10,12 608:10
**everybody** 529:3
616:19
**everyones** 356:24
**evidence** 536:5,20
**evidently** 636:24
**exact** 467:2
**exactly** 438:3
512:17 620:25
**examination** 339:12
469:5
**examined** 339:9
**example** 351:13
374:20 376:22
400:5 430:5
515:14,17 569:9
633:9
**examples** 354:5
**exceeding** 512:7
**exchange** 522:4,11
565:14 602:18
603:25 614:18
637:10
**exclusively** 515:5
**excuse** 478:10
498:14
**excused** 640:2
**executive** 413:19,25
**exempt** 381:24
**exemption** 488:11
**exhausted** 345:24
**exhibit** 329:9 330:3
331:3 332:3 333:3
346:15,21 357:21
366:5 379:8 384:9
390:6 394:24
397:16 402:20,23
402:24 408:7
413:4 421:7 436:6
440:3 442:18
449:23 450:6
454:2,4 474:21
475:3 479:12
485:3 486:4 487:6
492:14 494:13

496:15 500:2,8
513:2 517:8
521:13 525:13
531:10 540:22
542:24 551:20
558:19 559:19
561:22 565:6
567:18,25 570:20
572:20 583:20
584:2,14,16 585:8
588:2,6 589:8
594:2 599:19
600:8 601:25
604:24 614:9
617:24 630:18
634:25 637:2
**existing** 375:19
449:16 470:13
471:22
**exotic** 525:2
**expand** 557:8,16
566:20
**expect** 432:3 630:13
**expectation** 410:3
**expected** 366:25
367:5,6 375:23
391:15 397:5,7
429:13,18 446:24
449:2,14 516:14
555:14 596:21
597:3,17
**experience** 422:7
**experiencing** 463:4
**expires** 643:20
**explain** 355:25
370:4 385:24
418:5 430:22
447:24 457:21
458:22 489:21
490:4 581:15,24
604:3 617:4
**explained** 358:25
545:14
**explanation** 567:3
**explosion** 452:18

**export** 576:22 622:4
637:20
**exports** 412:6
454:15 471:16
524:13
**express** 508:7
615:13
**expressed** 382:24
498:23 535:18
570:2 591:18
611:18
**expressing** 371:8
**extend** 374:13
631:14
**extension** 361:25
**extent** 414:13 451:2
455:3
**extra** 446:12 447:2
449:3 564:18
**extraordinary**
452:11
**eye** 327:20

## F

**facilities** 361:11,17
362:2,9,11,12
363:3 383:7 426:5
426:18 428:3,7
429:3 430:7
466:15 609:2
619:4
**facility** 362:10,17,21
557:25
**fact** 348:2 353:16
374:12 381:12
435:3 457:9 459:9
473:20 483:24
485:16 497:24
507:3 508:9,17
510:8 512:7
518:11 537:18
548:3 549:18
552:10 564:21
576:15 582:11
584:3 589:22

601:19 616:23
617:12
**factor** 441:22
462:21 597:19
**factors** 406:10
456:16,17 459:8
463:16
**facts** 371:9 614:24
**factual** 432:25
501:21 502:17
**fad** 463:23
**faegre** 325:1 337:25
**faegrebd** 325:4
**fail** 388:3,20 428:19
428:22 429:16
642:18
**failure** 374:17 389:7
389:8 489:8
**failures** 389:11
**fair** 366:11 369:9
371:21,21 372:16
373:5 378:22
437:23 462:10
483:13 530:4
539:4 564:3
608:19
**fall** 459:14
**false** 357:11 424:18
433:12 434:2,11
434:15,18,18
435:2,3,8,17
**familiar** 353:2
501:17 515:18
519:4,13 520:5
574:19,20
**far** 382:2 485:18
495:6 523:21
636:19,21
**farm** 361:18,21,25
362:3,12 363:3
418:17 419:9
562:23 600:18
605:23
**farmer** 376:23
402:11 448:25

449:18 549:16,23
555:7
**farmers** 369:18
401:17 448:13
452:23 465:7
483:18 563:3
**farms** 326:15 327:5
327:5,6,12 337:13
337:16,18,18
338:10 465:5
555:12 569:8,11
569:21
**father** 419:8 604:13
**fault** 438:8
**favor** 399:11 530:17
541:17 564:16
**favorable** 463:25
**fax** 330:19 474:22
**fda** 401:9 598:8,9,10
**feature** 494:6
**features** 494:7
**february** 398:8
517:22 522:5
**federal** 438:20,21
438:23 439:5,19
503:15,21 504:14
504:21 539:23
540:3,4,9,13
**feed** 508:16,18
512:8
**feeder** 541:24 542:7
542:12,15,20
**feel** 516:13 563:7
**fees** 342:9
**felt** 348:11 530:3
**field** 596:11,18
599:2,15
**figure** 509:16 554:6
558:11
**figures** 454:15
**figuring** 345:9
**file** 628:10
**filed** 336:6 340:3
368:6 401:25
415:25 421:21

474:13 505:4
**files** 628:20
**filing** 335:5
**fill** 368:22 402:18
  459:21 546:23
  576:11 582:21
**filling** 549:13 564:4
  566:4,11 597:13
**final** 538:7,12
**finally** 412:3 453:12
  453:20 477:2
  484:9 598:10
**finance** 342:16
**financial** 399:13
  638:18
**find** 351:3,10,11
  356:3 363:15
  400:4 417:8 438:7
  587:6 612:23
**finding** 502:15
**fine** 339:19 343:9
  417:9,18 495:15
  557:25 580:14
  621:18,18 629:12
  629:16
**finish** 348:17,21
  349:9,17,22 350:6
  350:21 527:5
  625:9
**firm** 417:3,11
  444:24 477:4
  516:5 559:13
**first** 366:24 372:19
  375:6,7,8,24
  376:15,19 377:10
  387:20,22 389:22
  393:15 401:16
  408:22 409:2
  410:21 413:17,18
  418:7,8 421:14
  422:18 424:6
  432:23 433:3
  441:8 443:11
  451:17 455:8
  460:7,24 475:16

489:22 493:12
497:16,24 502:18
503:15 511:23
516:11 518:2
532:9 534:21
545:6 552:3
556:12 559:11
563:12 596:20
604:3 614:19
618:9 623:20
625:5 631:3
**fishing** 480:20,22
**fit** 458:8 558:12
**fits** 458:11
**five** 345:5,7 380:6
  384:5 451:20
  512:11,20 532:5
  540:6 618:24
**fiveminute** 562:6
**fix** 460:13,19
**fixes** 471:17
**flap** 533:17 534:3
**flapping** 510:7
**fliers** 516:20
**flock** 374:18 375:25
  405:3,5 446:21
  448:14,16,18
  449:8,15 453:15
  546:10 597:2,10
  598:3,14,16,17,19
  598:19
**flocks** 431:11
  448:19 548:4,4
**flooded** 409:24
**floor** 324:5,17 326:2
  328:9 393:2
  542:15
**fmi** 348:6,11 351:15
  351:17 474:8
**focusing** 610:18
**folders** 415:16
**folks** 352:25 353:3
  381:25 441:20
  549:24 572:10
  635:16

**follow** 347:24 375:5
  426:17 429:13
  473:6 489:8 524:9
  570:3 589:16
  611:22 612:13
  616:18
**followed** 571:10
**following** 354:24
  366:21 368:5
  402:11 568:21
  577:23 588:25
  599:6,12 623:9
**follows** 339:10
  511:21
**followup** 625:8
**food** 348:5 394:10
  404:3 470:16
  474:3
**foods** 324:24 326:10
  326:20 327:22
  328:11 337:23
  338:5,8 515:18,18
  565:19 569:15
  571:5 600:13,14
  607:9
**foolish** 467:6 557:10
**force** 507:24 508:11
  508:14 512:19
**forcemolted** 506:18
**foregoing** 643:3
**forget** 437:17
**forgot** 599:20
**form** 335:7 353:7,18
  360:7 364:19
  365:2,14 367:12
  369:13,24 371:23
  372:25 374:7
  376:3,17 382:5,16
  393:5 394:14
  405:8 406:25
  407:22 408:2
  410:5 417:16
  421:2 428:8
  432:18 434:6
  436:23 441:23

449:6 459:16
460:16 464:13
466:5 467:13
480:12 481:2
486:22 488:22
489:16,24 490:25
501:2 502:4
510:15 514:13
532:22 536:11
538:14 544:10
550:2,22 559:20
560:14 564:24
570:5 571:22
572:4,10 575:12
578:16 586:2,9
589:23 590:7,15
609:23 610:23
616:5 618:18
624:11
**formal** 499:9
**formed** 425:19
**former** 606:23
  622:11
**forth** 461:3 466:25
  474:8 538:17
  568:25 607:19
  610:16 617:7
  631:10
**forward** 349:14
  352:15 363:2
  374:3 431:12
  457:18 466:4
  521:22 565:22
  613:11 636:15
**forwarded** 566:15
**forwarding** 631:3
**forwards** 565:17
  587:4
**found** 340:16
  343:24 345:15
  346:4 355:8 448:7
  500:23 532:17
  553:14 563:16
**four** 451:18 452:16
  512:10,19 542:11

542:19 546:4
567:15
**fourth** 327:15
**frame** 518:6
**francisco** 326:19
**free** 511:3,8,9
**freedom** 610:9
**fresh** 327:17 600:13
600:14 638:22
**friedman** 326:17
337:22
**friendly** 615:25
**friends** 413:20
463:3 464:21,23
520:13 614:21
615:6 618:11
623:8 626:7
639:10
**friendships** 465:6
**front** 402:24 491:15
492:3 522:14
599:21
**ftc** 620:7
**full** 404:9 452:20
457:24 503:15
523:20 533:5
**fully** 583:11,11
**functions** 509:23
514:24 515:2
**fund** 399:8
**funded** 604:9
**funding** 399:13
601:4,6,7 604:9
**funds** 340:25 341:4
341:6 601:13
**further** 329:21
353:15 354:4,4
390:6,18 391:8
393:22 394:9
566:21 600:4,11
600:21
**future** 460:10
465:22 470:4,12
471:8 472:20
544:24 545:11

550:25

_____

**G**

**gaining** 399:5
**gamut** 554:23
**gather** 554:2
**gathering** 556:10
**gene** 323:12 329:3
330:16 336:11
339:8 340:1 341:1
342:1 343:1 344:1
345:1 346:1 347:1
348:1 349:1 350:1
351:1 352:1 353:1
354:1 355:1 356:1
357:1 358:1 359:1
360:1 361:1 362:1
363:1 364:1 365:1
366:1 367:1 368:1
369:1 370:1,19
371:1 372:1 373:1
374:1 375:1 376:1
377:1 378:1 379:1
380:1 381:1 382:1
383:1 384:1 385:1
386:1 387:1 388:1
389:1 390:1 391:1
392:1 393:1 394:1
395:1 396:1 397:1
398:1 399:1 400:1
401:1 402:1 403:1
404:1 405:1 406:1
407:1 408:1 409:1
410:1 411:1 412:1
413:1 414:1 415:1
416:1 417:1 418:1
419:1 420:1 421:1
422:1 423:1,10
424:1 425:1 426:1
427:1 428:1 429:1
430:1 431:1 432:1
433:1 434:1 435:1
436:1 437:1 438:1
439:1 440:1 441:1
442:1 443:1 444:1

445:1 446:1 447:1
448:1 449:1,24
450:1 451:1 452:1
453:1 454:1 455:1
456:1 457:1 458:1
459:1 460:1 461:1
462:1 463:1 464:1
465:1 466:1 467:1
468:1 469:1 470:1
471:1 472:1 473:1
474:1 475:1 476:1
477:1 478:1 479:1
480:1 481:1 482:1
483:1 484:1 485:1
486:1 487:1 488:1
489:1 490:1 491:1
492:1 493:1 494:1
495:1 496:1 497:1
498:1 499:1 500:1
501:1 502:1 503:1
504:1 505:1 506:1
507:1 508:1 509:1
510:1 511:1 512:1
513:1 514:1 515:1
516:1 517:1 518:1
519:1 520:1 521:1
522:1 523:1 524:1
525:1 526:1 527:1
528:1 529:1 530:1
531:1 532:1 533:1
534:1 535:1 536:1
537:1 538:1 539:1
540:1 541:1 542:1
543:1 544:1 545:1
546:1 547:1 548:1
549:1 550:1 551:1
552:1 553:1 554:1
555:1 556:1 557:1
558:1 559:1 560:1
561:1 562:1 563:1
564:1 565:1 566:1
567:1 568:1 569:1
570:1 571:1 572:1
573:1 574:1 575:1
576:1 577:1 578:1

579:1 580:1 581:1
582:1 583:1 584:1
585:1 586:1 587:1
588:1 589:1 590:1
591:1 592:1 593:1
594:1 595:1 596:1
597:1 598:1 599:1
600:1 601:1 602:1
602:23 603:1
604:1 605:1 606:1
607:1 608:1 609:1
610:1 611:1 612:1
613:1 614:1 615:1
616:1 617:1 618:1
619:1 620:1 621:1
621:8 622:1 623:1
624:1 625:1 626:1
627:1 628:1 629:1
630:1 631:1 632:1
633:1 634:1 635:1
636:1 637:1 638:1
639:1 640:1
643:10 644:25
**general** 340:25
341:4,6 583:3
**generalities** 458:3
**generally** 354:18
361:13 501:14
532:19
**generals** 340:5
**gentleman** 350:3,15
631:5
**geographic** 380:7
**georgia** 329:13
330:5 357:23
395:2
**getting** 474:17
494:20 510:2
516:13 576:19
577:2 583:17
**gettysburg** 327:6
337:17
**giant** 326:4 337:5
**gibson** 326:6 338:4
**gibsondunn** 326:9

**gist** 372:17
**give** 344:8,17 377:2
   404:16,18 440:10
   458:2 460:14
   475:8 491:18
   571:14 584:13
   595:13 602:20
   622:13 635:24
   638:2
**given** 346:5 444:3
   485:25 530:6
   538:23 641:10
**gives** 470:3
**giving** 345:20
   402:17 414:19
   415:6 461:16,23
   573:16 622:18
**gladly** 524:17
**global** 324:24
**go** 335:19 344:10
   349:10 350:20
   370:23 379:24
   380:9 401:24
   405:10,16 408:19
   423:2 438:13
   439:13 447:21
   452:24 457:18,23
   458:6 476:9,11
   490:6 495:19,23
   523:12 534:7
   537:23 539:8
   573:3 586:5
   591:11 607:22
   613:11 614:17
   621:19,20 625:23
   628:5 629:19
   631:19,21 633:20
   633:25 636:15
   639:12
**goal** 369:10 405:17
   428:12
**god** 417:5 628:25
**goes** 372:23 405:12
   585:2,4 594:15
   615:11 622:25

630:25 632:18
**going** 345:9 350:7
   355:11 361:22
   363:6,9 368:25
   373:12,13 375:11
   375:14,17,18,20
   376:25 377:19
   381:22,24 386:5,8
   386:9 388:13
   392:12 393:14
   404:6,8 405:10
   406:25 407:19
   410:8 422:25
   423:9,11 427:14
   428:22 437:15
   438:17 442:24
   445:10 448:14
   452:24 457:13,20
   457:25 458:4,15
   458:17,18 459:24
   460:12 462:6
   466:4 469:2 473:6
   483:10,13 487:17
   490:9,11,20
   495:13 497:2
   498:19,20 523:18
   527:21 539:13,23
   543:24 546:25
   547:2,21,23 551:8
   555:20 557:4
   563:22 572:16
   576:14,22 577:16
   580:11 582:4
   583:4 587:22
   598:13 603:10
   604:11 611:9
   613:18 619:15
   621:11,16 623:4
   623:15 624:21,23
   625:17 626:2,5,8
   626:16 627:4
   628:15 632:15
   638:16 639:21
**golf** 414:11
**golin** 519:3

**golinharris** 515:24
   516:3,16,25
   517:23,25 518:9
   518:22 519:8
**good** 339:15,16
   350:13 373:7
   391:24 423:6
   436:17,18,18
   438:22,25 439:12
   439:23 445:4
   453:24 472:3
   479:21 495:14
   525:5 547:17
   555:7,8 559:7
   562:6 566:24
   567:2 574:7,10
   587:17 614:22
   616:19 620:9,12
   622:18,19 623:8
   638:7 641:5
**gosh** 372:9 400:6,6
**gotshal** 327:19
   338:7
**govern** 340:15
**government** 503:16
   503:21 504:14,21
   567:4 607:13
   621:7
**graded** 361:23
**granted** 584:12
**graph** 408:20
**grave** 636:13
**gray** 488:21 489:2
**great** 527:20 531:6
**greater** 343:25
   446:23 448:25
   449:14
**green** 514:6
**greg** 577:3 578:10
   579:8 585:9
**gregory** 323:12
   329:3 330:16
   336:11 339:8,15
   339:20 340:1
   341:1,15 342:1

343:1 344:1,10
345:1,18 346:1,21
347:1,4 348:1,16
349:1,10 350:1,16
350:19,21 351:1
352:1,13 353:1
354:1 355:1 356:1
356:7,10 357:1,3
357:16 358:1,7
359:1 360:1 361:1
362:1 363:1 364:1
365:1 366:1 367:1
368:1 369:1 370:1
370:20 371:1
372:1 373:1 374:1
375:1 376:1 377:1
378:1 379:1 380:1
381:1 382:1 383:1
384:1 385:1 386:1
387:1 388:1 389:1
390:1 391:1 392:1
392:24 393:1
394:1 395:1 396:1
397:1,24 398:1
399:1 400:1 401:1
402:1 403:1 404:1
405:1 406:1 407:1
408:1 409:1 410:1
411:1 412:1 413:1
414:1,17 415:1,9
416:1,8 417:1
418:1 419:1 420:1
421:1 422:1 423:1
424:1,4 425:1
426:1 427:1 428:1
429:1 430:1 431:1
432:1 433:1 434:1
435:1 436:1 437:1
438:1 439:1 440:1
440:3 441:1 442:1
443:1 444:1 445:1
446:1 447:1 448:1
449:1,24 450:1,6
450:11 451:1
452:1 453:1 454:1

454:7 455:1 456:1
457:1 458:1 459:1
460:1 461:1 462:1
463:1 464:1 465:1
466:1 467:1 468:1
468:15 469:1,21
470:1 471:1 472:1
473:1 474:1 475:1
475:3,13,18,23
476:1 477:1,25
478:1 479:1 480:1
481:1,4 482:1
483:1 484:1 485:1
485:3 486:1,14
487:1 488:1 489:1
490:1 491:1,21,22
492:1 493:1 494:1
494:13 495:1
496:1,20 497:1
498:1 499:1 500:1
500:8 501:1 502:1
503:1 504:1 505:1
506:1 507:1 508:1
509:1 510:1 511:1
512:1 513:1 514:1
515:1 516:1 517:1
518:1 519:1,13
520:1 521:1 522:1
523:1 524:1 525:1
526:1,9 527:1,4
528:1 529:1 530:1
531:1 532:1 533:1
534:1 535:1 536:1
537:1 538:1 539:1
540:1 541:1 542:1
543:1 544:1 545:1
546:1 547:1 548:1
549:1 550:1 551:1
552:1 553:1 554:1
555:1 556:1 557:1
558:1 559:1 560:1
560:2 561:1 562:1
563:1 564:1 565:1
566:1 567:1,24,25
568:1 569:1 570:1

571:1 572:1 573:1
574:1 575:1 576:1
577:1 578:1 579:1
579:18,22 580:1
581:1 582:1 583:1
584:1,2,2,14 585:1
585:7 586:1 587:1
587:18 588:1
589:1 590:1,9
591:1 592:1 593:1
594:1 595:1 596:1
597:1 598:1 599:1
600:1 601:1 602:1
603:1,23 604:1
605:1 606:1 607:1
608:1 609:1 610:1
610:18 611:1
612:1 613:1 614:1
615:1 616:1,25
617:1 618:1,13
619:1 620:1 621:1
621:8 622:1 623:1
624:1,2,12 625:1
626:1 627:1 628:1
629:1 630:1 631:1
632:1 633:1 634:1
634:23 635:1
636:1 637:1 638:1
639:1 640:1
643:10 644:25
**gregory33** 329:10
346:15
**gregory34** 329:12
357:21 358:5
**gregory35** 329:14
366:5 367:21
**gregory36** 329:16
379:8,16
**gregory37** 329:19
384:9,17
**gregory38** 329:21
390:6,15
**gregory39** 330:4
394:24 395:8
**gregory40** 330:7

397:16,23
**gregory41** 330:8
408:7,14
**gregory42** 330:10
413:4,10
**gregory43** 330:11
421:7,13 424:5
**gregory44** 330:13
436:6,12
**gregory45** 330:14
442:18,25
**gregory46** 330:16
449:23
**gregory47** 330:18
492:14,21
**gregory48** 330:19
474:21
**gregory49** 330:21
479:12,19 484:17
485:14
**gregory50** 330:22
486:4,10,10
**gregory51** 330:24
487:6,13
**gregory52** 331:4
496:15,23
**gregory53** 331:6
500:2
**gregory54** 331:7
513:2,9
**gregory55** 331:9
517:8,15
**gregory56** 331:11
521:13,19
**gregory57** 331:12
525:13 526:5
**gregory58** 331:15
531:10,16
**gregory59** 331:16
540:22 541:6
**gregory60** 331:19
542:24 543:7
**gregory61** 331:21
551:20 552:4
**gregory62** 331:22

558:19,25
**gregory63** 331:24
561:22 562:4
**gregory64** 332:4
565:6,12
**gregory65** 332:6
567:18
**gregory66** 332:7
570:20 571:2
**gregory67** 332:9
572:20 573:2
**gregory68** 332:10
583:20
**gregory69** 332:12
584:16
**gregory70** 332:13
589:8,15 590:19
**gregory71** 332:16
594:2,9
**gregory72** 332:17
601:25 602:8
603:24
**gregory73** 332:19
604:24 605:6
**gregory74** 332:20
614:9,15
**gregory75** 332:22
617:24 618:6
620:14
**gregory76** 332:23
630:18,23
**gregory77** 333:4
634:25 635:7
**gregory78** 333:6
637:2,8
**gregorys** 434:12
468:22
**grey** 488:15
**grocers** 328:19
**grocery** 418:12
516:21
**gross** 469:3
**group** 391:9 421:21
505:4,8 506:9
528:8 591:12

**groups** 526:16
**growing** 446:17
557:20
**grown** 430:25
**growth** 555:4
557:17
**guess** 444:25 449:11
551:16 575:4
**guests** 396:15
**guideline** 358:14,14
430:14 508:15
509:16 599:7
**guidelines** 351:9,17
353:5 357:18
358:21,22 359:10
359:14 366:22
368:9 370:19
371:12,18 372:14
375:6,12,14 383:6
386:17 387:7
388:10 389:17
394:16 402:12
403:11 406:5,21
407:18 409:11
425:10,21 426:4
427:15,18,19
429:2,11,14,15
438:11 441:6
442:9 454:21
456:22 462:20
463:7 464:10,23
465:11 470:3
489:8 495:5 511:5
511:9 512:5,8,16
512:17,18,22
525:3 533:6 536:9
537:4 538:18
550:10 576:5
580:9 582:4,9,17
582:20 583:12
586:18 596:19
597:17 599:13
609:3,9 610:14
613:24 619:5
**guilty** 424:18 435:17

**guy** 632:13
**guys** 495:12 557:24

**H**

**hadnt** 540:2
**halebian** 328:3
**haley** 531:19
**half** 409:3 562:7
629:7
**hamilton** 323:13
325:17 336:2
338:12,15,18
**hand** 346:20 358:4
367:20 379:15
384:16 390:14
395:7 397:22
408:13 413:9
421:12 436:11
442:24 450:5
479:7,18 486:9
487:12 492:20
500:7 513:8
517:14 521:18
526:4 543:6 552:2
558:24 562:3
565:11 570:25
572:25 583:25
584:14 589:14
594:8 605:5
614:14 625:20
635:6 641:12
**handed** 440:2 475:2
496:22 531:15
541:5 561:6
567:24 590:19
602:7 618:5
**handing** 637:7
**handle** 343:23
346:11
**handled** 344:18
345:14 521:10
**handles** 501:15
**handling** 375:13
**hands** 448:13
472:19 623:7

**handwriting** 620:15
**handwritten** 620:16
621:4
**happen** 375:11
376:22 377:3
397:6,7 415:11
430:9 449:11
457:20 545:22
548:12 592:10
618:15
**happened** 345:3,4
352:9 355:13
356:22 387:5
405:18 407:12
500:20 532:15
546:7 564:22
566:18 568:7
583:13 592:9
615:10,14
**happening** 408:17
415:2 440:24
441:4 459:7
463:22 522:17
548:3 555:2
577:13 609:21,22
628:13
**happens** 340:15
**hard** 343:6 539:3
597:22
**harold** 393:18
**harris** 516:24 519:3
**hatch** 409:10 412:3
465:9
**hatched** 388:16
**hate** 519:23
**hausfeld** 324:16
337:10
**hausfeldllp** 324:19
**havent** 346:10
393:12 520:18
**head** 456:3
**header** 497:13
**heading** 358:13,15
363:18,21 378:2
380:16 395:17

417:23 418:8
419:10 424:17
432:24 435:17
443:7 445:3
494:14 497:16
505:19 556:3
591:17
**headlined** 370:18
**headquartered**
418:13
**headquarters**
418:19
**health** 339:17 447:8
**hear** 371:17 372:13
**heard** 380:21
382:13 403:9
448:24 463:2
520:18 637:19
**hearing** 530:4
**heinz** 328:20
**held** 335:25 391:4
391:12,14 493:13
551:10 590:24
**hell** 345:6 350:11
621:12 626:5
**help** 341:12 342:5
399:19 417:7
504:6 573:19
594:20 595:3
638:8,13
**helping** 515:12
540:19
**hen** 354:19 355:9
362:5 447:6 470:2
508:11,18,20
509:20 528:23
533:17 542:12,20
553:16,17 556:22
556:24
**hens** 355:10 373:10
377:21 381:16
405:5,24 418:18
431:2 445:12
446:3,3,7 447:21
448:9 453:23

458:13 470:11
506:17 507:6,12
507:24 508:14,16
509:11 510:24
511:14 533:6
534:2 548:2
549:10,13 554:7,8
554:9 556:20
558:6 566:4,11
568:19 596:10,21
611:13 632:18
**heres** 362:7
**hes** 342:18 348:21
348:22 349:25
350:8 378:7,9,17
378:18 393:5
417:4,11 435:4
448:14 454:4
478:20 481:13,15
481:16 484:5,7
487:21 523:5
528:10 532:4
536:14 564:13
620:2 621:12
622:3,22 626:2
627:15 629:20,21
**hidden** 484:6,12,16
492:6
**high** 440:10 543:25
**highest** 463:4
**highlighted** 538:7
**highly** 323:7 340:1
341:1 342:1 343:1
344:1 345:1 346:1
347:1 348:1 349:1
350:1 351:1 352:1
353:1 354:1 355:1
356:1 357:1 358:1
359:1 360:1 361:1
362:1 363:1 364:1
365:1 366:1 367:1
368:1 369:1 370:1
371:1 372:1 373:1
374:1 375:1 376:1
377:1 378:1 379:1

380:1 381:1 382:1
383:1 384:1 385:1
386:1 387:1 388:1
389:1 390:1 391:1
392:1 393:1 394:1
395:1 396:1 397:1
398:1 399:1 400:1
401:1 402:1 403:1
404:1 405:1 406:1
407:1 408:1 409:1
410:1 411:1 412:1
413:1 414:1 415:1
416:1 417:1 418:1
419:1 420:1 421:1
422:1 423:1 424:1
425:1 426:1 427:1
428:1 429:1 430:1
431:1 432:1 433:1
434:1 435:1 436:1
437:1 438:1 439:1
440:1 441:1 442:1
443:1 444:1 445:1
446:1 447:1 448:1
449:1 450:1 451:1
452:1 453:1 454:1
455:1 456:1 457:1
458:1 459:1 460:1
461:1 462:1 463:1
464:1 465:1 466:1
467:1 468:1 469:1
470:1 471:1 472:1
473:1 474:1 475:1
476:1 477:1 478:1
479:1 480:1 481:1
482:1 483:1 484:1
485:1 486:1 487:1
488:1 489:1 490:1
491:1 492:1 493:1
494:1 495:1 496:1
497:1 498:1 499:1
500:1 501:1 502:1
503:1 504:1 505:1
506:1 507:1 508:1
509:1 510:1 511:1
512:1 513:1 514:1

515:1 516:1 517:1
518:1 519:1 520:1
521:1 522:1 523:1
524:1 525:1 526:1
527:1 528:1 529:1
530:1 531:1 532:1
533:1 534:1 535:1
536:1 537:1 538:1
539:1 540:1 541:1
542:1 543:1 544:1
545:1 546:1 547:1
548:1 549:1 550:1
551:1 552:1 553:1
554:1 555:1 556:1
557:1 558:1 559:1
560:1 561:1 562:1
563:1 564:1 565:1
566:1 567:1 568:1
569:1 570:1 571:1
572:1 573:1 574:1
575:1 576:1 577:1
578:1 579:1,20,23
580:1 581:1 582:1
583:1 584:1 585:1
586:1 587:1 588:1
589:1 590:1 591:1
592:1 593:1 594:1
595:1 596:1 597:1
598:1 599:1 600:1
601:1 602:1 603:1
604:1 605:1 606:1
607:1 608:1 609:1
610:1 611:1 612:1
613:1 614:1 615:1
616:1 617:1 618:1
619:1 620:1 621:1
622:1 623:1 624:1
625:1 626:1 627:1
628:1 629:1 630:1
631:1 632:1 633:1
634:1 635:1 636:1
637:1 638:1 639:1
640:1
**hillandale** 327:5,5,5
327:6 337:16,17

337:17,18 569:21
**hired** 481:6 518:22
607:12
**hiring** 515:23 516:3
**historical** 594:18
**history** 355:12
447:7 453:7
458:25 478:11
595:23 604:14
**hogs** 597:24
**hold** 378:3 391:6,19
402:3 413:25
551:17 584:11
628:17
**holding** 446:2
**home** 539:8
**honest** 457:17 459:8
**honestly** 346:2
401:15
**hope** 409:20,21
410:2 563:8
**hosting** 389:25
**hour** 423:11 562:7
**hours** 473:8,13
**house** 376:15 386:7
396:7 431:3
446:19,20,25
447:12,18,21,23
448:9,15,17,18,20
448:23 449:2,16
457:21,22 458:2
461:2 470:11
558:5 596:22,24
597:3,4,6,12
598:20 629:22
630:3,13 632:14
632:16,17,18,23
**houses** 361:19,20
375:19 395:18
396:2 397:8
405:15 427:3,10
445:17 457:10
470:13 471:25
555:6 596:9,17
632:13,23

**housing** 375:20
376:10 405:14
409:24 471:21,22
471:22
**housings** 558:4
**howard** 622:9,10,13
**humane** 386:8,9
536:8 537:3
611:15 628:8
**hundreds** 481:23
**hurley** 325:1,4
337:24,24
**hurtful** 635:10
**husbandry** 360:13
368:8 394:16
425:21
**hutchinson** 327:9
337:12,12 579:14
579:23 580:3,24
**hypothetical** 353:9
371:25 373:3
374:9 382:7,18
467:15

**I**

**id** 358:12 360:25
403:8 418:4
440:10 497:15
515:16 543:13
603:8 623:5
**idea** 356:9 451:17
547:6 549:21
561:13 578:6
606:15,15,17,19
611:19 613:10
619:3,5,19 620:23
**ideas** 392:25 471:5
**identical** 513:14
**identification**
346:17 357:25
366:8 379:12
384:13 390:11
395:4 397:19
408:10 413:6
421:9 436:8

442:21 450:2
474:23 479:14
486:6 487:9
492:17 496:17
500:4 513:5
517:11 521:15
525:16 531:12
541:2 543:3
551:23 558:21
561:24 565:8
567:21 570:22
572:22 583:22
584:18 589:11
594:5 597:21,23
602:4 605:2
614:11 618:2
630:20 635:3
637:4
**identified** 368:14
379:22 380:4
441:3,11 454:10
459:15 460:25
464:22 506:13
597:25
**identifies** 425:8
591:13
**identify** 336:14
347:4 358:8
367:23 379:18
384:19 385:4
390:17 395:10
398:6 408:22
413:14 421:14
430:13 440:5
443:3 450:11,20
454:19 455:12,13
455:16 456:7
475:15,21 476:2
496:25 497:4,10
500:10 513:16
517:21 526:8,10
531:17 541:6
543:9 552:6,9
556:23 559:4
562:11 565:13

568:3 571:4 573:5
588:10 590:22
591:2,3 594:21
595:3 598:3
602:13 605:15
618:8 620:16
631:2 636:5
637:10
**identifying** 368:17
583:5
**identities** 352:14
581:17
**ids** 327:9
**ignorance** 362:8
**ill** 339:19 358:7
367:22 379:18
384:19 390:17
395:10 398:5
413:13,13 419:25
421:15 440:4
443:3 471:13
475:8 493:17
496:25 500:7,10
536:2 543:8 557:2
559:3 565:13
568:2 573:5
581:15 594:13
595:20 604:2
620:15 630:25
636:5 637:9
**illinois** 324:23 325:8
328:17 329:17
379:10
**illogical** 631:16
**im** 341:20 342:7
343:2,9 349:15
350:7 352:23
353:21 355:11,11
355:25 356:14,18
356:19 371:8
373:7,8 376:21,25
378:12 384:25
386:2 393:14,23
404:6,8,11 407:9
407:10,13 410:10

410:11 416:9
418:20 432:7
441:15,25 442:2,5
442:24 443:20
444:19,20,22
450:20 451:25
453:25 456:25
457:17 458:21,22
459:8,18 462:6
468:5 469:2 470:8
473:6,9,10,13
474:13,15 477:10
479:9 480:20
481:22 482:13,14
482:16 483:10
487:17 490:11,20
496:21,25 504:17
518:3 519:5,16,20
524:24 525:9
528:25 531:23
534:22 536:16,19
537:6,8,12 538:4
546:20 552:10,20
555:22 556:10
563:22 577:16
578:24,24 579:7
579:10,21 580:11
581:14 583:16
591:16 595:2
600:6,16 604:5,6
608:18 610:25
611:2,20,24 612:9
613:15,17 614:20
614:23 615:4,8
617:4 619:25
621:11,16 623:4
623:15 624:23
626:2 628:12,15
628:19 635:21
638:20,25
**image** 617:21 629:6
**impact** 355:15 406:4
406:10,20 407:18
412:4 456:17
458:23

impair 348:12
imperative 642:14
implement 351:6
370:19 371:12,18
372:14 377:24
404:3,4,5 426:3
427:14 428:6
429:2 519:8
539:13 568:21
582:19
implementation
441:12 454:20
503:17 504:8
implementing 368:8
369:19 425:9
441:4 454:17
636:20
implied 511:18
implies 508:3
imply 424:23 484:8
507:8 510:20
620:11
implying 570:9
importance 542:16
important 370:12
475:11 503:16
impression 510:24
improper 580:13,16
improve 373:9
457:3 617:21
improved 461:18,24
463:20 524:15,19
617:12
improvement
454:22,25 464:11
533:16
improvements
409:13 612:17
improving 617:8
630:15
inch 533:9 534:15
534:17,25 535:2
inches 354:17,19
355:9 376:16
377:10 509:12,17

509:22 533:8,16
534:3,11 542:11
542:20
include 381:19
635:17
included 348:7
354:9 387:9 503:9
includes 347:8
including 354:5
383:17 526:16
591:21
inclusive 383:12
386:5
incomplete 449:8
incorrect 378:21
increase 375:17,21
405:22 463:5,21
464:6 524:18
increased 403:10
533:6
increases 441:21
442:7 454:16
increasing 441:14
445:18 446:2
469:25 495:2,2
521:5
incur 377:20
independence
348:12
independent 376:24
503:5 513:25
609:12
index 334:1
indiana 325:3
indianapolis 325:3
indicate 445:16
indicated 365:19
528:18 641:6
indicates 388:12
411:22 413:17
440:17 445:9
501:8 522:15
552:22 592:24
indicating 397:11
indirect 324:13

328:6 337:7
338:24
individual 376:23
405:15 427:3,10
427:10 498:7
499:14 549:23
629:22,23
individually 459:19
individuals 639:11
industry 354:24
358:21,22 359:10
360:13 363:13,18
364:15 368:23
375:5 381:22,23
401:8 409:22
412:24 433:4
441:21 452:18
453:6,15 454:8
457:5 458:17
460:8 469:25
470:4 471:15
474:3 481:8,25
482:2,22 483:18
483:20 497:17
502:19 521:2
522:18 523:19
544:15,24 545:11
545:19,22,24
546:17 547:24
548:11 549:14,23
551:9 556:23
557:22 564:6,17
566:12 568:8
589:19 590:4
597:24 598:3
613:7 615:7,22
617:19 619:16
629:6,6
industrys 495:4
influenza 453:21
inform 589:18
information 438:13
473:22 523:18
528:7 587:18
610:8,9,12

informed 413:24
582:24 583:9
informing 616:14
ingersoll 327:1
337:15
ingredient 401:18
inhumane 617:17
initial 433:15 588:6
615:12
initially 416:20
596:23
initiatives 477:9,14
484:25 485:11
injury 350:4
inline 362:17
innocent 346:5
473:10
inperson 525:22
612:3
input 388:9 420:24
501:22
insinuation 586:3
insofar 488:11
instance 554:24
instances 512:9
institute 348:5
instruct 344:3
instructing 349:15
349:19
instruction 345:17
instructions 642:2
insurance 345:25
integrated 486:20
486:25 488:7
intend 583:11
intended 360:6
383:12 457:2,7
545:8 548:7,24
550:10 570:3
609:5
intent 374:19
397:11 434:17
571:24
intention 360:14
382:10 539:22,22

550:21 571:12,22
571:25 572:3,9
599:7
**intentions** 568:20
569:5 570:10,16
571:9 585:20
**interest** 619:9
**interested** 582:3,8
641:11
**interfere** 335:17
**international** 465:4
607:5
**interpretation**
381:8
**interrupt** 349:6
350:14 420:11
**interviewed** 516:15
**intimidated** 627:5
**inventory** 409:3,7
445:18 546:10
553:17 554:4,5
**investigation** 439:18
**invited** 378:23 414:4
554:12,21 573:15
599:24
**involved** 355:2
386:16 410:24
424:11,15 439:20
608:2
**iowa** 394:9 563:3
**irritating** 439:12
**irving** 476:21 477:2
478:16,17 484:18
485:7
**isaacson** 417:3
420:8,12,16,18,25
431:14,23 432:24
476:3,21 478:16
478:17 484:18
485:7 486:14
500:18 541:15
559:13
**isnt** 417:5 510:14
**issue** 352:8 354:10
361:12,14 363:6,9

385:18 396:21
457:4 542:6 544:8
563:12 582:7
597:18,18 617:7
619:12 638:2
**issues** 371:15 447:8
474:6 489:9 516:6
559:16 560:20
563:6 591:18
601:14,16 604:9
622:5
**items** 388:21
**iva** 562:24
**ive** 345:8 347:3
363:24 371:3
411:16 440:2,13
464:16 466:23,24
475:2 480:4 482:5
496:22 497:20
506:3 508:7 519:6
522:2 529:14
531:15 532:13
541:5 543:17
567:24 584:12
590:19 595:16
602:7 605:14
618:5 637:7 639:8

___

**J**
**jacobsen** 325:7
**jacobson** 328:3
**jan** 325:18 338:17
342:11 468:5,18
620:17
**janice** 352:20
**january** 329:12
330:5 357:22
358:9 381:3,13
382:25 394:25
395:12 416:5
500:13 513:10,17
**jason** 326:7 338:3
419:6,9 605:21,22
606:3,3
**jeannine** 324:16

337:9
**jeff** 347:5
**jenner** 324:21,24
336:25
**jim** 565:18
**jkenney** 324:19
**jmckenney** 326:9
**job** 528:14 586:5
589:16,18 607:17
**joe** 514:4
**john** 476:22 478:8
481:12 482:25
**join** 616:16 636:19
**joining** 410:11
**jones** 417:12
**jot** 494:9
**joy** 352:22
**judgment** 341:12
342:6 345:15
346:11 463:13
464:18 536:6,19
536:24 537:11,13
538:10
**july** 413:15 414:24
417:22 421:17
430:21 431:17
641:13
**june** 323:9 335:23
375:11,15 408:24
429:12 585:9,16
644:3
**jurisdiction** 609:18
**justice** 477:4
**justification** 564:14
609:18
**justify** 611:13

___

**K**
**kasowitz** 326:17,20
337:21
**keating** 327:14
**keep** 582:24 632:19
**keeping** 445:12
446:3,7 548:4
549:10,13

**keeps** 622:25 623:2
**ken** 606:22,23
614:20 621:4,14
621:16,22 622:15
622:19,24 623:4
623:24 625:17
626:7 628:7 635:8
**kenney** 324:16
337:9,9
**kens** 621:21
**kevin** 531:19 606:8
**key** 506:12 518:15
518:21 595:23
**killing** 340:4 421:22
437:12 439:15
505:5 506:7
510:13,21 529:23
535:5
**kin** 641:11
**kind** 363:14 387:19
391:7,8 414:12
415:21 427:4
431:5 447:8
459:21 483:24
487:19 494:7
509:6,18 511:3
516:9,22 518:4
527:24 555:10,16
576:20 577:14
578:2 582:25
605:7 607:23
622:12 623:2
**kinds** 439:4 516:5
516:17
**klekamp** 327:14
**klippen** 606:22,23
607:21 608:22
610:20 615:21
616:3,8 621:5
623:21,24 624:8
625:10,11,14,17
626:15 627:3,10
627:19 628:7
631:22 635:9,14
635:17,23

**klippens** 619:3,20
626:17 627:22
628:23 636:14
**kmklaw** 327:16
**knew** 516:9 520:10
520:12 529:17
586:6 598:7,11
624:9 625:14
626:16
**know** 339:23 342:10
346:2,24 347:21
349:12 350:18
352:13,17 360:16
361:2 363:13,21
368:23 369:3,5
370:6,14,24
372:21 373:12,15
375:13 376:5
378:6,13,14,15,18
383:19 385:14
387:15,16,17
391:11,22 393:18
394:2,6,19 395:20
398:2,12 399:8,21
399:24 400:3,7,22
401:15 404:9
407:9,13 412:13
412:18 416:2,3
418:24 422:11,20
431:22,25 445:2
446:16 447:13
449:7,9,20,21
451:13,25 457:8
459:6 462:7,11,16
463:11 465:2
467:16,18 469:12
469:13 472:6,14
473:2,6 476:20
479:24 480:4
481:6,8 482:5,7
483:2,3,19 484:7
491:3 493:11
497:17 498:12
499:23 501:22
504:10,11 505:14

512:17 515:21
517:19 518:3
519:23 520:22
524:7,10 526:6
529:13,17 530:22
537:17 540:11,12
543:15 548:22
549:5 551:17,18
552:11,13,17,19
553:10 554:10,20
555:9,18,18
560:17,18,23,25
561:5,6,8,16
563:25 565:3
575:3,14 576:18
576:19,21 577:13
578:7,11,13,19
579:2 580:12
582:22 583:4,7,16
585:13,15,22
587:19 592:20
594:23 597:19
598:21 599:21
600:18 602:10,17
603:25 605:7,12
606:16,19,21
610:11 611:25
612:9 614:6,7
615:4 616:13
617:13 618:20
620:18,25 621:12
622:9,17 623:24
626:8,15 627:14
628:16,21 631:17
632:17,19 633:2,3
635:23 636:19,21
636:24 637:14
**knowing** 506:16
**knowingly** 467:3
**knowledge** 339:21
341:13 343:20,21
376:7 418:24
419:14 434:4
470:25 493:20,24
535:7 578:5

581:22 616:17
**known** 369:18,21
370:3 420:4
568:20 569:5
570:16 571:10,25
**knows** 560:16
**kraft** 324:24 336:25
**krouse** 582:12

---

**L**

**label** 427:13 506:23
**labeled** 506:16
**labeler** 630:14
**labeling** 401:7
**lady** 604:13
**laid** 539:5,6 570:4
606:15
**lake** 417:13
**lambert** 587:11
**langer** 582:13,14,15
582:18 583:6,14
**language** 579:22
**large** 453:14
**las** 329:23 390:8
391:5
**late** 453:19
**law** 477:4 488:6
598:22
**lawsuit** 339:22,25
340:10,17 415:25
473:11 474:12
481:17 628:10
635:9
**lawyer** 344:7 415:6
416:17,22 437:9
437:25 438:19
621:17,21
**lawyers** 343:4
414:15,21 488:20
488:25
**layer** 395:18 409:3,7
445:17,18 446:19
446:20,25 447:12
447:18 449:16
546:9 596:9,17

597:2
**layers** 396:6 427:16
448:22 498:2
**laying** 373:10
418:17 431:2
448:8 556:25
558:6
**lays** 532:14 595:22
**lead** 410:15 508:5
511:18
**leading** 508:4
575:15
**learn** 509:4
**learned** 470:16
609:20 610:19
617:19 622:14
**learning** 445:11
467:24
**leave** 361:20 513:24
**leaving** 530:3
**led** 481:17 513:21
516:3
**lee** 324:4 336:20
**leeturnerdodge**
324:7
**left** 354:25 382:11
489:20 490:14
507:17 538:8
575:20 581:9
607:2,4,20 626:13
**legal** 342:9 343:12
343:19 344:8
417:17 476:18,23
477:15 478:5
479:2 481:19
485:2,12 615:14
615:19
**leghorn** 509:11,19
**leghorns** 354:18
**legislative** 378:25
**legitimate** 629:5
**legitimately** 407:12
**length** 452:6
**letter** 330:7,11,21
330:22 331:6,9,15

331:22 332:7,10
332:22 333:4
397:17 421:8,16
422:15 424:8
438:15,18 476:8,9
476:12,15 477:2
479:10,13 481:14
484:11 486:5
499:4 500:3
513:21 517:9,16
517:19,21 518:7
518:13 531:11,18
540:4,13 558:20
559:4 561:2,19
563:22 564:2
570:21 571:4
583:5,21 589:2
617:25 618:9,10
618:17,23 619:17
635:2,15,15 636:6
636:10,11
**letterhead** 431:14
500:16
**letters** 331:7 513:3
513:10,13,16
514:10 515:5
516:20 570:13
589:23 590:15
610:2
**level** 437:15 536:8
537:3
**levels** 441:13 494:15
495:6
**levin** 325:12,15
**levine** 325:18
338:17,17 341:15
342:12 344:3,19
345:17 348:16,20
348:24 349:4,15
349:22 350:2,11
350:14,20 353:7
353:18 355:22
357:7 360:7
364:19 365:2,14
367:12 369:13,24

371:23 372:25
374:7 376:3,17
377:12 382:5,16
393:4 397:24
405:7 406:7 407:2
407:21,25 410:4
414:17 415:9
416:7,16 417:15
421:2 423:9
426:19 428:8
429:20 430:10
432:17 434:5,10
435:10 436:22
441:23 442:10
449:5 454:4
459:16 460:16
464:13 465:13
466:5 467:13
468:2,6,15,19
469:10,15 475:5
475:18,22 480:11
481:2 483:8
486:22 487:17
488:22 489:16,24
490:25 491:21
495:13,23 501:2
502:4,7 510:15
514:13,16 527:4
532:22,25 534:4
536:11 544:9
550:2 559:20
560:2,14 562:5
564:24 570:5
571:13 575:12
578:16 579:4
580:11,16 584:24
585:4 586:2,9,22
587:8 590:7 600:6
602:23 603:4
609:23 610:23
616:5 618:18
620:19 624:11
631:19 634:23
639:4,12,21
**levinej** 325:23

**liability** 344:9
**liable** 340:16 343:24
345:15 346:4
**liberty** 327:2
**life** 345:5
**lighting** 351:22
354:7
**limit** 354:16 512:10
515:8
**limitations** 488:12
561:3
**limited** 512:19
538:3 566:24
636:21
**linda** 323:16 339:3
**line** 334:4,4,10,15
334:20 356:14
615:20 644:4
**linking** 528:7
**list** 455:8 569:4
570:12 625:23,24
**listed** 570:2 572:14
**listen** 591:12 626:7
634:22
**lists** 569:8
**litigation** 323:3
336:6 342:17,18
644:2
**little** 374:6,14 422:6
430:22 473:15
482:10,18 566:20
603:3,5 610:12
**livability** 449:2,14
**live** 470:16 633:18
**lived** 345:6
**livestock** 597:24,25
**llc** 325:9
**lloyd** 636:7
**llp** 323:13 324:10,16
324:21 325:6,12
325:17 326:1,6,17
327:19 328:3,8,15
337:7,10
**local** 444:5,21
**locally** 444:4

**located** 336:2
418:18
**locust** 324:17
**logan** 323:13 325:20
336:2
**logo** 367:4 401:6,10
401:11 402:5
403:16 404:14,17
404:19,22 424:23
424:25 425:8,13
427:8,13,23 438:4
438:8,9,10 439:9
439:11 444:18
500:24 503:2
504:4,5,7,16,18
510:20,23 511:4,5
511:18 527:20
530:24 536:7
537:2 538:25
539:9 612:21
629:24 630:10
**logos** 401:8
**london** 607:4
**long** 345:25 396:5
416:23 451:18,20
472:18 494:5
499:7 604:11
607:6,8,10 618:23
618:24 629:12,16
**longer** 380:3 439:20
445:12 446:3
519:17 578:14
585:17
**longterm** 372:24
460:14,21
**look** 355:3 372:18
377:25 395:16
402:20 403:8
408:19 411:5
412:21 417:21
422:17,25 425:15
430:20 435:15
440:8 459:19
469:21 470:14
482:3 499:19

518:15 529:18
531:24 545:3
552:21 554:23
556:2 558:3
568:10 580:25
585:7 588:2
594:19 596:3
616:9 620:13
626:21 630:23
636:3
**looked** 381:4 385:9
453:4 486:13
529:14 559:19
**looking** 353:22
453:25 454:5
463:12 470:7
494:13 500:14
547:5 600:16
603:23 610:20
**looks** 422:22 519:11
529:15 560:8
617:11 636:10
**looper** 361:9
**lose** 389:3 430:8
598:20
**losing** 412:25
452:23 471:15
547:3
**loss** 405:14
**lost** 448:12 457:16
459:25 558:8
**lot** 345:8 391:15
474:16 554:3
576:9
**lots** 406:10 412:25
457:16,16 583:2
**loud** 535:24,25
**love** 483:17,18
**lovell** 328:3 338:24
**lovshin** 587:10
**low** 364:25 452:18
453:19 522:25
545:24
**lower** 364:18 409:7
**lowest** 354:16

**lp** 327:6 337:17
**lunch** 562:8 621:15
621:21

_____

## M

**machine** 641:8
**macusshapira** 326:4
**madison** 324:5
328:9
**magazines** 516:21
**magwire** 622:9
**mailed** 413:20
**mailing** 451:10,11
451:13,15 452:5
**main** 555:12 631:2
**maintain** 345:10
544:14 564:11
**maintained** 359:2
**major** 441:3,12
454:21 456:10
462:20 463:6,13
464:11,18,23
525:3 582:5
**majority** 383:25
433:5 502:20
**making** 376:14
377:9 412:3
456:15 466:2
481:16 484:4
547:24 556:8
559:15 612:16
631:11,12 635:21
636:13
**mallen** 526:20 528:2
528:7,22 529:13
540:4,8,13
**mallens** 529:15
**manage** 545:17
546:16,19,21,24
**management** 365:8
493:13 556:4,7
**manager** 520:7
562:24
**managers** 419:9
**managing** 544:7

**manges** 327:19
338:7
**mangskau** 562:13
562:14,22
**manner** 435:20
**mans** 622:2
**manton** 622:3,5,16
**map** 460:8,23 461:5
461:11,11 466:3
470:4 471:24
544:23 545:15
**march** 329:16 347:6
367:24 379:9,20
573:21
**marcus** 326:1 337:4
**mareks** 453:13
**margaret** 326:18
337:20
**mark** 479:17,17
**marked** 329:9 330:3
331:3 332:3 333:3
334:19 346:17,21
357:24 358:5
366:7 367:21
379:11,16 384:12
384:17 390:11,15
395:3,8 397:18,23
408:9,14 413:6,10
421:9,13 436:8,12
440:3 442:20,25
449:25 450:6
474:23 475:2,3,9
479:8,14,19 486:6
486:10 487:8,13
492:16,21 496:17
496:23 500:4,7
513:4,9 517:10,15
521:15,19 525:15
526:4 531:12,16
540:25 541:6
543:2,7 551:22
558:21,25 561:23
562:4 565:7,12
567:20,25 570:21
571:2 572:21

573:2 583:22
584:2,18 589:10
589:15 594:4,9
602:3,8 604:25
605:6 614:11,15
618:2,6 625:21
630:20 635:3,7
637:3,8
**market** 367:4 381:9
381:16,21 403:25
405:20 409:12,24
427:6 456:13
458:14 466:14,16
488:18 494:6
515:12 544:17
545:18 546:10,17
546:19 547:2
548:7 549:19
555:2 557:8,12,18
557:19 558:3,9,10
568:18 585:25
593:5 606:6
636:22
**marketed** 383:8
424:24 426:6
**marketers** 325:25
471:16 493:13
576:24 577:9
622:5 638:15
**marketing** 348:5
365:12 374:15
380:24 451:10
488:2 493:14
550:13 560:19
565:23 574:22
577:25 609:7
636:8,12
**marketplace** 372:21
629:19
**markets** 368:23
470:16 576:12
**marty** 559:12
**material** 444:3,22
**materials** 424:6
538:20 561:7

594:10
**mates** 509:5
**matter** 348:24
  433:15 489:9
**matters** 349:3
**mature** 596:10
**maximize** 547:10
  549:17
**mays** 411:6
**mcdonalds** 581:18
  581:21 582:2,5,10
  582:13,14,16
  583:12 584:4
**mckenney** 326:7
  338:3,3 483:6
**mckenzie** 328:15
**mckinney** 326:7
**mcleod** 621:5,8
**mdl** 323:4 336:9
**mean** 341:3 347:14
  372:8 375:17
  377:16 398:15
  402:4,7,9 406:21
  407:19 423:2
  444:17 447:4,9
  472:24 480:19
  481:11 483:10
  499:9 516:25
  535:20 537:15
  546:18 555:10
  592:10 593:9
  606:11 622:6
  635:8
**meaning** 401:13
  545:15 546:20
**means** 364:14,15
  375:7 472:25
**meant** 404:22
  406:21 558:7
  592:12 599:11
**media** 464:2 520:25
  523:6 524:12
**meet** 351:9 389:7
  409:10 430:14
  441:5 466:13,16

470:2 495:4
544:17 545:17,18
546:16,19 557:17
580:8,8 586:17,17
591:11 621:15
**meeting** 330:5
331:12 332:13
358:9 363:15
378:3,25 379:20
381:3 383:2,5
385:19 386:3
391:9 392:15
394:25 395:12
396:16 397:3
413:19,25 414:10
415:6,12,16,18
416:4,5,18 431:23
437:8 492:25
493:3,8,10,18
494:12 525:14
526:12 539:21
541:7 559:24,25
560:13 563:7,16
563:21 565:24
569:6 570:2
571:10 589:9
590:23,23 591:3,4
591:5 599:24,25
609:11 622:14
623:9 627:3
**meetings** 348:6
379:24 380:22
389:25 391:19
414:9,14 415:20
438:22 439:5
443:8,15,19,22
466:24 493:2,6,9
493:16 577:4
582:15 606:12
612:3
**mekki** 328:8
**member** 388:6
393:22 394:9
418:21,23,25
419:2 450:23

478:20,21,24
484:11 562:25
600:22 606:5
638:16
**members** 341:11
342:4 343:13
347:18,21 348:2,9
349:13 352:14
365:9 366:13
369:12,22 370:13
370:14 371:12
376:13 377:6
378:24 379:24
380:7 384:4
389:16 392:10
396:14 406:3
413:20,23 415:13
422:13 432:15
440:23 441:4
450:18 459:13
464:9 465:2
466:21 467:7,11
473:23 477:6
478:19,23 480:8
481:20 485:21
486:15,17,21
489:13,20 490:14
492:5,10 493:25
515:6,9,15,21
537:19 544:7
556:8 559:5
560:12 569:14
570:14 574:15
591:22 605:19
613:8,9 616:9
618:11,11
**membership** 342:10
343:17 345:11
367:16 369:10
451:13
**memo** 331:24
347:16 561:23
562:11
**memorandum**
331:4 347:9,13

352:25 398:6
496:16 497:11
**memorize** 580:18
**memory** 347:15
365:25 391:24
453:24 462:12
554:17 555:22
559:6 561:16
**mench** 352:23
**mention** 638:8
**mentioned** 637:20
**meridian** 325:2
**merits** 617:2
**merrick** 328:3
  338:23
**message** 536:8
**messages** 518:16,21
**met** 403:11 582:12
  612:5,7,11
**mfi0001880** 330:23
  486:5,11
**mfi0001881** 330:23
  486:5
**mfi0005457** 526:9
**mfi0005548** 332:16
  594:3,14
**mfi0005576** 332:16
  594:4
**michael** 327:22
  338:8
**michigan** 325:7
**microphones**
  335:12,16
**mid** 348:21 349:17
  350:5,15
**middle** 411:6 453:5
  503:2 534:14,24
  541:20 553:6
  568:11 594:11,12
  594:16 596:3
  631:2
**midwest** 325:4
  337:25 569:23
**mike** 621:8,11,19
**milberg** 324:10,13

337:7
**miller** 516:10 517:3
  517:5 621:6
**million** 453:23
  568:19
**mind** 340:9 374:14
  468:10 483:16
  566:21
**minded** 437:23
**minimum** 509:22
  533:9
**minneapolis** 327:10
  332:14 589:9
  590:24 591:6,11
**minnesota** 327:10
  621:22
**minor** 548:11,15
  549:2
**minute** 473:7
  623:13 627:24
  639:5,13
**minutes** 329:13,17
  329:20,23 330:5
  331:18 357:23
  358:8 379:10,19
  382:20,22 384:11
  384:20 385:5
  390:9,18 395:2,11
  395:14,17 396:18
  423:12 462:13
  482:6 492:25
  493:19 540:24
  541:7 590:23
  591:3 603:8
**mirabella** 328:24
  335:21
**mischaracterizes**
  374:10 426:20
  466:6 481:3
  510:16 514:17
  550:3 564:25
  586:10 590:8
**mischaracterizing**
  434:7,9 435:11
  534:5 615:3

**misguided** 613:2
**misleading** 438:5
  534:5 630:5
**misleads** 511:22
**misled** 511:19
  530:24 531:2
**misreading** 536:17
**misrepresentation**
  433:12
**misrepresented**
  585:22 615:10
**misrepresenting**
  614:24
**misrepresents**
  511:24
**mistaken** 341:21
**mistakenly** 348:6
**misunderstanding**
  382:11
**misusing** 527:23
**mix** 447:5
**mixed** 494:20
**mixing** 448:19
**moark** 325:9 569:19
**moark0038387**
  330:24 487:7,14
**moark0038396**
  487:8
**model** 467:8 474:11
**modified** 538:15
**moira** 326:1 337:3
**molted** 431:4 507:24
  508:11
**molting** 387:3
  508:14 512:6,19
**moment** 402:4
  595:13 602:20
**moments** 595:24
**money** 339:21 340:2
  340:9,16,17,19
  345:15 346:11
  412:25 417:6
  452:24 457:16
  471:15 520:3
  523:21 547:3,24

601:20
**monitor** 367:9
**monitored** 577:12
**month** 563:9
**monthly** 553:17
**months** 554:5
**morgan** 327:8
**moring** 328:8
**morning** 339:15,16
  339:18 638:23
  639:23
**morris** 326:12 573:7
  573:10,18 631:5,7
  631:11 632:7
  633:7
**mortality** 448:2,4
  448:11 554:11
  597:5,13
**motion** 360:25
  361:6,9 362:25
  381:3,7,13,17,19
  382:9,25 383:4,10
  383:21 384:5
  385:7,8,11 386:11
  386:11 388:12
  389:6 393:17
  394:13,17,20
**motions** 383:24
  393:11
**move** 446:19 448:5
  469:18,19 483:8
  499:23 597:6
**moved** 577:8
**movement** 410:16
  437:13 527:3
  528:19
**moving** 362:15
  605:9
**mps00066253**
  331:20 542:25
  543:8
**mps00066256** 543:2
**mps00122892**
  329:24 390:10,16
**mps00122893**

390:10
**mps00123260** 330:7
  397:17 398:5
**mps00123261**
  397:18
**msrayle** 328:5
**mueller** 476:22
  478:2,8,11 479:23
  480:6,25 481:12
  482:25 483:21,23
  484:2,15,19,22
  485:7,18,24
**muellers** 476:25
**muething** 327:14
**multiple** 490:23
  611:21,24 612:2,6
**mziemianek** 326:20

### N

**nab** 501:16 502:15
**nabs** 531:20
**nad** 420:2 421:22
  526:16,19 532:16
  536:5,25 537:7,14
**name** 335:21 352:22
  371:6 393:23
  394:10 398:12,22
  399:11,19 402:2
  416:13,15,16,21
  417:7,12 439:3
  464:25 513:23
  517:4 543:13
  622:2
**named** 520:6 526:20
  631:5 637:13
**names** 348:7 349:13
  352:6 399:3
**narb** 437:19 531:18
  532:10 536:4,10
**national** 331:13
  419:19 422:2
  431:16 434:3,25
  435:9 500:12,21
  501:11 525:14,20
  527:14 528:3

**VERITEXT REPORTING COMPANY**
**www.veritext.com**
(212) 279-9424        (212) 490-3430

530:12,16 536:20
538:9 541:21
569:15 574:25
575:5
**nationwide** 433:6
502:21
**natural** 372:5
554:11
**naturally** 597:14
**nearly** 409:22
414:24 432:8
545:24 563:24
573:24 618:24
**necessarily** 436:24
438:7 511:17
527:19 530:21
609:17
**necessary** 497:8
512:10 547:10
642:5
**need** 343:7 375:18
397:25 423:10
455:23 458:4
459:20 461:6
466:14 467:9
495:19 533:8
534:2 544:14,16
544:16,18 546:22
551:15 558:4
564:18 576:22
578:13 581:4
583:7 585:15
603:7 614:4,6
628:2,4 630:6
631:17 632:15
**needed** 351:9,10
359:17 363:12
368:23 439:10
509:22 510:7,8
516:4,7 538:15
549:3,19 555:18
558:2 576:10
582:21 598:2
607:17 610:16
**needs** 449:3 548:11

548:12 557:8
622:7
**negative** 508:6
**neither** 641:10
**nelson** 513:23 514:6
514:22
**nelsons** 514:11
**net** 328:5
**nevada** 329:23
390:9
**never** 345:3 355:2
359:12,18,18
374:17 434:17
439:8 448:24
456:22 460:24
467:10 480:14
512:18 545:8
587:20 597:8
609:5
**new** 324:5,5,12,12
328:4,4,10,10
335:22 375:19
376:10 405:13
418:14,18 437:21
446:21 457:12
458:4 471:21
554:6 558:4 566:3
614:25
**newcastle** 525:2
**news** 445:10
**newsletter** 389:23
451:21 551:2
570:9
**nice** 557:20
**nine** 549:4 563:24
563:24
**nitpicking** 355:13
356:8 429:24
473:14 482:9,19
**nl000916** 331:1
496:16,24
**nl000918** 331:5
496:16
**nl001233** 330:17
449:25 450:7

**nl001237** 330:17
449:25
**nl0017442** 332:5
565:7,13
**nl002043** 331:10
517:10,18
**nl002064** 331:10
517:10
**nl00217575** 590:20
**nl002442** 332:11
583:21 588:9
**nl002444** 332:11
583:21
**nl003518** 330:12
421:8,14
**nl003526** 330:12
421:8
**nl01199471** 330:20
474:22 475:14
**nl01199473** 330:20
474:22
**nl0217575** 332:15
589:10
**nominations** 380:6
**non** 633:12
**noncertified** 498:9
498:17 499:7
634:14,15,17
**nonmember** 489:7
**nonmembers** 638:8
638:13
**nonorganic** 634:5
**nonvoting** 606:5
**norco** 325:9
**norm** 600:12
**normal** 432:7,11
447:25 448:4
502:2 549:11
575:8
**normally** 414:10
604:4
**north** 324:22 325:2
**northwest** 576:8
**notary** 323:16 641:4
641:16 643:17

**note** 335:12 376:20
482:3
**noted** 463:15 561:2
580:15,23 642:12
643:5
**notes** 494:9
**notice** 573:19
586:25 600:15,23
641:6
**notify** 514:5
**noting** 364:11 368:5
**notion** 383:16
**november** 452:19
476:4 552:8 559:5
559:24 560:11
562:15,18,20
565:15 568:3
571:5 637:11,18
**nowell** 416:22
**nucal** 326:20 337:22
569:12,14
**number** 329:9 330:3
331:3 332:3 333:3
336:8,9 360:25
366:17 369:11
370:14 376:11
377:21 380:21
384:23 385:7
386:11 388:20
396:15 405:24
424:22 425:16
467:9 470:10
518:17 535:13
546:22 556:16,19
560:4 592:3 593:3
596:21,25 598:3
598:23 605:16
**numbers** 557:3
609:25
**nw** 326:13

**O**

**object** 353:7,18
360:7 364:19
365:2,14 367:12

369:13,24 371:23
372:25 374:7
376:3,17 382:5,16
421:2 428:8
460:16 466:5
467:13 469:3
486:22 488:22
490:25 491:3,4
501:2 502:4
510:15 514:13
532:22 534:4
536:11 550:2
559:20 560:14
564:24 570:5
575:12 578:16
586:2,9 590:7
609:23 610:23
616:5 618:18
624:11
**objecting** 352:2
**objection** 344:19
355:22 357:7
377:12 392:9
393:4 405:7 406:7
407:2,21,25 410:4
417:15 426:19
429:20 430:10
432:17 434:5,6
435:10 436:22
441:23 442:10
449:5 459:16
464:13 468:2,6
480:11 481:2
483:6 484:14
489:16,24 544:9
580:12,15,22
**objections** 335:6
**objective** 351:8
**obligated** 341:12
342:5
**obligation** 479:3
**obviously** 345:4
373:6
**occasion** 575:11,16
**occasions** 340:8

490:24 582:13
**occur** 414:8,16
415:8
**occurred** 394:19
592:25 597:14
**occurring** 389:17
442:8 459:10
**october** 363:15
373:14 386:3
388:23 416:3,4
450:15 459:12
500:23 618:12
**offended** 473:11
**office** 607:11 621:5
**officers** 480:21
481:19
**offices** 323:12
**official** 493:3,6
641:12
**oh** 417:5 454:3
477:11 497:14
507:18 557:14
**ohio** 327:15,17
**okay** 371:3 379:6
393:16 400:3
403:2,7 404:12
413:2 417:8
419:16 422:21
423:8,14,15
425:17 436:4,17
443:9,13 450:25
454:3 455:5
462:17 477:12
484:13 497:9,14
505:17,21 518:20
535:14 536:3
545:7 556:5
559:25 561:17
572:8,8,8,11
576:21 580:3
603:6 605:10
623:3,15
**old** 350:3 447:6,6,7
448:10,22 566:4
566:11 580:19

**older** 448:14,16,16
548:4 597:10
598:19
**olson** 324:3 329:4
336:16,16 338:21
339:14 341:21,24
342:13,23 344:15
344:25 345:12,23
346:9,19 348:18
348:20,22 349:2,9
349:11,19,23,25
350:7,13,17
352:12 353:10,25
356:6 357:10
358:3 360:20
364:23 365:6,17
366:10 367:14
369:20 370:8
372:4 373:4
374:23 376:12
377:4,15 379:14
382:12,21 384:15
384:24 385:3
390:13 393:9
395:6 397:21
398:3 405:25
406:17 407:15,23
408:12 410:13
413:8 415:3,22
416:11,25 417:18
417:20 421:11
423:4 424:3 428:4
428:15 430:3,15
432:22 434:8,13
435:14 436:10
437:2 442:4,12,23
449:12 450:4
454:6 460:2,20
464:20 465:14,16
466:11 467:21
468:11,17,23
469:6,12,16,18,20
474:25 475:6,8,12
475:19,25 479:16
480:17 481:10

483:9,14 486:8,24
487:11,18,24
488:24 489:18
490:5 491:10,23
492:19 495:11,15
495:19 496:19
500:6 501:6
502:13 511:11
513:7 514:18
517:13 521:17
525:18 527:5,9
531:14 533:3
534:12 536:22
541:4 543:5
544:20 550:11
551:25 558:23
559:22 560:6,22
562:2,9 565:10
567:5,23 570:11
570:24 571:13,16
572:24 575:18
578:21 579:11,17
580:2,5,12,14,22
580:24 581:3,6
583:24 584:20
585:2,6 586:4,14
586:24 587:14
589:13 590:13
594:7 600:8,9
602:6 603:2,6,10
603:22 605:4
610:17 611:4
614:13 616:7
618:4,22 620:21
620:22 624:17
630:22 632:5
635:5 637:6
638:20 639:2
**olsons** 468:21
**once** 366:23 375:23
457:23 516:18
609:20 610:19
615:5
**onepage** 573:2
**ones** 340:11 400:16

400:18 513:16
**open** 392:25
**opening** 433:14
**opinion** 344:8 371:8
371:11 434:11,14
441:16 452:8
467:5 479:10,25
527:11 597:15,16
**opportunity** 346:5
404:17 460:15,21
460:22 472:10
473:21 490:4,21
491:19 502:11
525:22 581:14
613:3 635:25
**opposed** 371:9
407:24 418:25
451:15 452:5
614:2 619:11
**opposite** 512:7
**options** 568:24
570:4
**order** 401:21 539:10
557:21 576:11
**ordered** 401:23
**orders** 546:23
582:21
**organic** 633:8,12,12
633:15,20,21
634:2,5,8,9
**organization** 433:20
515:24 519:14,19
574:21,25 614:25
616:14 619:23
**organize** 489:13
**original** 542:11
642:15
**oskaloosa** 394:9,10
394:12
**ought** 346:6
**outcome** 641:11
**outlawed** 564:22
565:4
**outlawing** 564:10
**outside** 510:25

588:20
**overview** 358:14
**owned** 418:16
**ownership** 458:13
497:25 617:9
**oxford** 326:2

**P**
**pa** 327:6 337:19
569:21
**pack** 362:14 444:22
**package** 607:19
**packer** 361:10,16,24
362:8,11,21
381:14 418:23
**packet** 331:7 444:3
513:3,9 594:9
**packing** 382:3
**page** 329:9 330:3
331:3 332:3 333:3
334:4,4,10,15,20
358:13 360:24
363:17 370:17
409:2 410:14
411:5,6 417:23
418:7,8 425:15
432:23 433:10,11
440:8 443:11
445:16 454:25
477:11 489:4
494:14 499:20
502:18,25 503:14
505:18,19,23,24
506:13 511:20
517:16 518:15,18
518:25 532:9
533:4 535:11
541:23 543:13
545:6 553:5 556:2
559:12 568:10
596:4 631:3,22
644:4
**pages** 451:18,20
519:2 553:5
595:10 618:24

620:14,15,16,24
620:25
**paid** 340:2,4,9 417:5
435:19 437:16
**palace** 329:22 390:8
**panel** 437:18 438:25
**paper** 534:17 535:2
**papers** 622:7
**paragraph** 410:18
433:14,19 443:25
463:9,11 466:13
471:3 472:2 503:3
503:15 511:21
523:20 533:5
534:13,19 541:19
547:5 568:11
**paraphrased** 506:25
**pardon** 476:10
**parenthetical**
534:14,24
**part** 361:24 375:16
406:15 420:19
427:20 441:17
459:5 486:15
489:14 501:25
505:11 514:23
518:22 519:10
525:19 529:19
568:14 569:12
579:17,21 623:7
**participant** 481:17
**participate** 378:24
628:8 631:24
**participated** 525:25
637:11
**participating**
577:22
**particular** 408:21
511:16 608:14
630:13
**particularly** 419:10
488:11
**parties** 335:19
336:15 477:15
485:2

**partner** 503:16,22
**party** 607:19 641:11
**pass** 388:2,17,21,24
389:4 404:2
426:15 428:18
429:7,17 430:8
**passion** 527:13
528:17
**pasturized** 455:20
**patrick** 328:16,18
**pattern** 604:11
**paul** 602:15 604:18
604:20
**pause** 454:24 623:20
**pay** 339:21 340:20
345:11 346:3,6
403:10,17 404:7
404:13 428:23
452:25 482:18
627:17 638:6,8,13
**payback** 376:14
377:9,16,23
**payments** 341:23
**pearce** 577:3 578:10
579:2,8 585:9,12
586:25
**penalty** 473:24
**pennsylvania** 323:1
323:15 324:11,18
325:14,21 326:3
326:13 327:3
336:3,8
**people** 374:3,25
381:20 382:3
391:16 392:10
397:10 407:8
410:10 437:23
442:6,13 474:11
481:7,24 482:21
483:2,20 513:15
514:6,9,10,21
515:4,9,10,11
539:5 547:9 551:4
552:17 553:12,15
554:21 555:20

576:6 591:7,12
597:9 599:12,15
599:16,24 600:10
605:17,18 610:2
611:17 615:2,15
615:16 616:23
619:18 622:19
639:8
**pepper** 323:13
325:17 336:2
338:12,15,17
**pepperlaw** 325:23
325:23,24
**percent** 361:10
363:3 366:20
373:13 383:6
386:4 426:8
427:15 428:2
429:3 573:24
591:25 608:15,25
610:6 611:12
612:17 616:10
617:8 619:4
629:11,17 631:15
**percentage** 448:12
453:14 631:25
**perfectly** 557:25
621:18
**perform** 355:10
509:12,23
**period** 378:17
401:22 412:24
439:5 453:5,7,11
453:19,21 457:24
461:9,12 512:16
512:22 516:12
546:3 573:20
576:11 581:25
**periods** 405:11,12
457:13 458:17,19
470:12 512:6
**permission** 584:13
**permit** 508:15
**permitting** 636:14
**person** 416:12,13

420:3 462:5
480:19 514:8
526:23 604:6,10
607:13 621:24
637:13,14
**personal** 441:16
466:21 479:9
**personally** 610:19
624:3 625:14
**persons** 416:13
**perspective** 330:16
449:24 450:13
467:17 477:16
478:5 479:2 485:3
485:12 549:8
555:19 606:8
**perspectives** 467:18
**petition** 339:24
419:21 421:21
424:9 505:3,10
**phase** 351:11 375:8
375:16,24
**phased** 447:22
**phasein** 372:18,19
457:9,24 461:9,12
495:3 556:14
596:24
**phil** 600:17,19
**philadelphia** 323:14
324:18 325:14,21
327:3 336:3
**phone** 338:22 494:2
583:17
**phones** 335:15
**phyllis** 494:8 514:3
**physical** 339:17
**pick** 335:13 448:10
**picked** 621:20
**picture** 459:6
473:16,17,18
474:6
**pie** 558:11
**piece** 534:17 535:2
**pieces** 497:3
**pierre** 520:6,16

522:4,16 524:11
**pitfall** 459:14
**pittsburgh** 326:3
**place** 327:2 335:16
340:14 343:12,15
343:23 344:12
346:10 361:22
365:13 367:9
386:13 387:22
415:5,23,24 416:2
416:4,21 449:3
461:6 493:10
521:10 534:22
568:13 591:5
621:20 641:6
**placed** 538:20
**plain** 354:16 456:6
**plaintiff** 337:5
**plaintiffs** 324:8,14
324:19 328:6
336:19,23 337:2,8
337:11 338:25
**plan** 351:4 365:8,20
460:25 470:9
471:19 518:8
519:10 550:14
556:14
**planet** 633:17
**planned** 470:3 471:7
**planning** 544:25
545:12
**plans** 365:12 372:24
544:15
**plant** 632:25
**plants** 554:8,9
**play** 419:12
**played** 502:14
504:10
**playing** 504:14,21
596:11,18 599:2
599:14
**plaza** 324:11
**pleasantries** 523:17
**please** 335:12,15
336:14 338:22

339:4 346:25
363:22 403:5
407:4 411:13
443:11 444:11
450:8 455:24
468:20 476:11
496:24 497:18
526:6 535:24
564:9 595:12
602:9 605:13
642:4,9
**pleased** 609:17
**plenty** 511:2
**point** 342:13 348:9
348:12 351:12,12
351:24 352:8
354:2,12 355:14
355:18 356:9,11
357:4,14 359:13
360:15 366:19
370:9,10 371:15
373:6,17 387:12
387:13,14,23
388:4,14,22 392:6
403:8 404:11
407:14 410:9
411:14 416:17
425:16 429:15
430:18 431:12
435:18 439:14
440:18 441:2
456:15 458:22
464:6 465:25
470:7 471:11,13
473:11,14,14
479:20 481:14
483:25 503:24
509:4 510:13
514:20 539:2,16
544:21 550:8
551:17 557:14
571:24 572:2
607:14 610:10
613:22 619:14
620:4 624:6

625:16 630:24
632:17 636:17
**points** 347:22
352:24 353:11
373:24 387:17,18
388:2,3,18,24
389:4 394:15
424:12 428:20,21
430:8 431:9
435:15 539:6
631:11
**police** 585:25
**policy** 396:11
592:13 596:5,13
**politics** 587:20
**poll** 505:11,15 506:5
506:8,9,13 511:21
511:22
**pollard** 378:6,23
**pollards** 379:4
**poor** 463:13 555:21
**poorer** 445:25
**pope** 392:21 476:4
584:5,8 588:12
589:2 607:12
618:13
**population** 495:3
553:16
**populations** 553:12
**porter** 326:12 338:9
**porterwright**
326:15
**portion** 341:2,5,6
370:18 446:6
455:2 613:25
618:9 635:15
**portions** 422:25
423:3
**position** 500:11
501:10 535:4
604:5 630:14
633:22
**positions** 444:9,13
**positive** 407:6
**possibility** 406:14

420:22
**possible** 523:22
**possibly** 404:24
578:19 626:14
**potential** 451:8
598:23 608:3
**potentially** 596:10
608:23 613:3
**poultry** 325:4 338:2
569:23
**power** 629:11
**powerpoint** 331:21
551:20
**pr** 400:19
**practice** 415:5 432:7
432:12 446:8
502:2 521:9 548:6
574:8,11 596:9,16
**practices** 564:4
**precise** 618:12
**prefer** 582:22
**preference** 399:6
**preliminary** 387:19
492:24
**prep** 487:20
**prepared** 595:7,19
622:24 623:3
**prerogative** 379:4
**present** 336:13
359:16 530:7
538:14 552:11,14
555:14 598:16
**presentation** 331:21
392:14 525:23
526:19 528:4
529:5,19,20,23
551:21 552:7,23
552:25 556:3
559:15
**presentations**
526:15 554:22
555:21
**presented** 358:18
361:7 420:5
519:11 538:5

560:12,24
**presenting** 364:2
527:14 552:18
**president** 344:16
366:12,25,25
392:21 483:4
584:4 587:13,15
637:16
**presumably** 397:11
604:18
**pretty** 482:24
623:18 638:20
**previous** 554:5
**previously** 426:24
544:22
**price** 375:21 377:22
405:21 406:11
441:13,21 442:7
453:7 454:22,24
455:3,9,17 456:7
458:24 463:5
464:11 523:11,13
549:20 553:7
591:23
**prices** 364:18,25
365:19 406:3,19
406:24 407:17,19
408:17 411:7,10
411:18,23 440:9
440:17 441:18
445:9,25 452:17
452:19 453:2,19
457:14 459:3
461:18,24 463:4
464:3 470:17,21
472:18 494:15
495:5 521:5
524:15,19 543:25
545:24 551:8
555:16
**primarily** 568:18
**primera** 515:17,18
**prior** 431:24 453:11
484:5 487:19
535:18,20 538:24

584:13
**private** 335:14
**privilege** 602:24
**privileged** 344:5
475:17 579:25
**probably** 377:22
415:24 452:11
481:5 498:15
515:19 618:21
638:21
**problem** 454:14
566:3 576:8 577:7
598:24 610:6
613:23 634:12
**problems** 374:2
400:13 410:9
607:16
**procedurally**
341:19 342:19
**procedures** 343:22
346:11 367:8
387:10,21 429:14
588:21
**proceed** 339:6 469:5
475:20 574:6
**proceeding** 432:3
**proceedings** 419:25
505:4 525:19
**process** 353:2
420:19 422:8
608:3 609:5,16
611:10 627:21
632:21
**processed** 323:3
336:5 644:2
**processing** 632:25
**processor** 390:19
391:9 393:22
394:9 600:21
**processors** 329:21
390:7 600:4,11
**procurement**
573:14 583:15
**produce** 460:4
467:4,8 544:17,18

546:22,25 549:17
557:11
**produced** 366:21
402:11 425:9
508:21 545:23
578:25 579:16,19
**producer** 329:16
331:16 332:13
351:2,7 353:5
355:6,20 356:12
357:4 361:10,16
362:8,11,21
368:24 369:6,7
372:11 379:8,19
381:14 388:17
418:23 425:24
540:22 541:7
542:3 558:7 589:8
590:23 599:23
605:19 606:2,11
606:14,16
**producers** 325:24
369:3 371:16,22
373:8 380:10
382:14 386:22
387:14,16,25
395:24 410:15
425:19 433:5
444:2 445:11
448:7 462:19
467:20 472:19
473:19 498:9
499:7 500:11
502:20 503:9
509:22 515:10,12
523:20 525:4
533:8 538:21
557:23 558:2
568:17 575:7,10
591:18 592:18
596:11 597:10
599:3,6,8,25 600:3
631:23
**produces** 362:6
**producing** 362:3,18

404:16 459:14
466:17 467:25
487:2 564:19
**product** 555:3
557:11 609:7,8
611:14
**production** 334:9
368:5 400:12,13
426:3,4 429:3
430:7 450:23,24
459:25 487:3
511:10 549:11
557:16 582:20
612:23 613:25
632:2,18 634:21
**productive** 556:25
**products** 323:3
336:5 362:18
381:21 394:3,11
555:5 557:18,19
600:20 631:15
633:12,15,20,22
634:2 644:2
**professional** 528:14
529:16
**profitability** 566:12
**profitable** 453:2
472:3,18 544:15
548:8 549:14
**profits** 545:19
546:18,24 547:11
549:17
**profitt** 600:12
**program** 352:7,11
353:23 354:23
355:6,16 356:4
357:18 359:14,19
360:6,13 361:11
363:4 366:14
367:7,10,17
369:11,16,23
370:5,15 372:18
373:7,9,19 374:22
375:2 381:15,24
386:24 387:2

389:18 390:3
392:8,15 398:13
398:17 399:14,19
401:4,12,13
402:12 403:24
404:4,10 405:6,19
406:15 407:6,7
409:12 410:11
412:10 418:9
419:11,22 426:2
426:24 427:5
428:14,20 431:4
436:21 439:3,20
439:21 444:4,15
447:20,23 454:18
456:23 457:2,3,5,7
458:16 459:13
461:17,23 470:3
471:7,7 474:9,10
478:4,25 489:14
489:20 490:15
492:6,10 497:22
498:3,6 503:18,23
504:6,9,15,22,24
511:25 516:19
524:14 530:23
538:13 539:18
542:19 544:23
545:9,10,17 546:5
546:16 550:18
573:12,13 575:21
581:10 582:23
583:10 586:7
589:17,17 591:10
593:4 594:18
595:25 601:19,22
608:4,23 609:4,6,7
609:15 610:5,7,21
611:10,11,19,23
612:13 613:10
616:12,18,21
617:7,10,17 619:3
619:9,10,13,19,20
619:25 620:6,6
626:18,25,25

627:22,22 628:23
629:2,2,3,9,13
631:14,23 632:3
634:11 636:14,18
636:23
**programs** 374:2
387:3 442:8 471:5
474:3 575:3
596:20 609:3
619:11 626:12
627:16
**progress** 357:17
**prohibition** 499:6
499:10 547:22
599:9
**projected** 412:11,18
**projecting** 412:15
**prolonged** 545:19
546:18,24
**promising** 409:4,6
**promote** 407:7
444:4 601:18
**promoted** 444:15
**promoting** 400:15
**promotion** 575:4
**proper** 342:13 491:7
**proposed** 606:16
**proposing** 606:15
**protected** 479:3
**protections** 488:7
561:3
**proud** 369:16
**prove** 346:6 478:11
**provide** 372:20
376:21 388:9
460:13 478:2,24
479:4 490:17,21
523:17 539:10
545:19 546:17
597:7
**provided** 350:25
354:4,19 374:5
399:2 414:15
424:7,12 435:16
438:16 485:4,14

485:16 530:4
535:5 553:21
581:14 601:4
628:7
**provides** 389:6
**providing** 392:12
399:13 514:22
604:8 638:17
**provinces** 576:7
**provision** 343:11
449:8 498:15
**provisions** 341:10
342:3 344:12
**provocative** 482:25
**public** 323:17
414:20 415:12
416:18 435:20
444:24 457:4
474:6 516:4,8,12
518:8,23 617:21
641:5,16 643:17
**publication** 367:24
368:4,19 408:23
440:6 443:4
543:10
**publicly** 415:6
**publish** 451:3
**published** 452:5
**publishing** 451:15
**pull** 483:11 560:2
**pullet** 412:3 447:5
447:11 449:2,15
465:9
**pullets** 430:24
446:12,16,17,19
446:21,24 447:2,2
448:21 449:3
**purchase** 401:21
498:8 506:23
590:4,16 592:5
624:4 633:15
**purchased** 575:25
578:4,8 580:7
586:16 623:11
**purchaser** 324:8,13

324:19 328:6
336:18,22 337:8
337:11 338:24
**purchasers** 589:24
590:15
**purchases** 470:21
573:20,22,25
575:5,6 625:12
**purchasing** 575:25
578:12 585:13
590:4
**purpose** 380:6 391:2
568:12
**purposes** 425:19
**pursuant** 641:5
**put** 343:12,15,23
344:12 346:10
351:3 357:13
361:23 363:2
365:12 366:3
367:8 371:6 379:6
384:7 386:13
389:13 394:22
397:14 403:15
404:14 413:2
415:5,23,24 416:2
416:3,21 419:16
436:4 442:16
449:3,7 461:2
470:11 471:24
473:5 498:15
499:20 507:11
512:24 515:22
519:12 525:11
530:10 539:6
542:22 555:8
558:17 561:18
568:25 570:18
572:18 574:19
589:6 593:24
596:22,25 599:18
601:2 604:22
615:20 617:7,10
629:24 634:20
**puts** 565:21

**putting** 448:18
504:15,18 611:13
632:12

**Q**

**qualify** 485:22
**quality** 576:19
**qualms** 524:6
**question** 335:7
340:21,22 341:19
341:25 342:2
344:23 347:25
348:15,19,23
349:12,16,18,20
349:23 350:9,10
350:12,18 353:8
353:19 354:14
356:17,19 360:8
362:7 364:20,22
365:3,15 367:13
369:14,25 371:24
372:18 373:2
374:8 376:4,18
382:6,17 385:2
393:5 405:8
407:16 408:2
410:5 412:16
414:22 415:10
417:16,17 418:6
421:3 428:9
432:18 434:6
435:7 436:23
441:24 444:11
449:6 454:7
459:17 460:17
464:14 466:6
467:14 468:7,16
468:21 478:14,15
480:12 481:3,18
485:5,6 486:23
488:23 489:17,25
490:10,12,16,22
491:2,6,19 492:24
497:2 499:21
501:3 502:5

506:15 508:4,4
510:12,16 511:16
511:21,22 514:14
527:6 532:23
536:12 544:10
548:21 550:3
559:21 560:15
564:25 570:6
571:14 574:7
575:13 578:17
586:3,10 590:8
599:20 602:12
603:24 609:24
610:24 616:6
618:19 620:20
623:20 624:12,13
624:22,24 625:2,5
625:6 627:24
628:3,4,24 633:19
**questioning** 356:15
**questions** 334:19
342:24 356:25
392:25 469:4,16
475:24 484:19
506:12 522:17,21
623:5
**quick** 392:5 458:18
459:2
**quickly** 409:24
437:7,14,14
458:20 519:6
623:19
**quinn** 324:3 336:17
336:21
**quinnemanuel**
324:7,7
**quit** 355:13 482:9
482:19 621:9,9
**quite** 604:11
**quota** 575:2
**quote** 438:3 456:13
524:9 635:21
**quotes** 546:11 566:2

**R**

**raised** 591:14
592:18 593:12
608:13
**raising** 482:16
**ranch** 325:9
**randolph** 328:16
**randon** 416:23
**randy** 513:23 514:6
514:6,11,22
**range** 533:7
**rayle** 328:3 338:23
338:23
**rcampbell** 324:24
**reach** 533:8 535:12
547:22
**reached** 439:6
536:18 538:10
577:18
**reaction** 372:6
**read** 347:3 351:18
361:5 363:24
371:3 377:18
380:19 384:22
393:12 403:7
411:12,16 423:12
440:13 451:24
458:24 468:19,21
469:10,13,15
476:7 497:5,20
506:3 512:15,21
519:6 521:22
522:2 523:24
530:15 532:13
534:21 535:24,25
536:2,17 537:12
537:24 543:17
591:15 594:24
605:14 619:6
623:19 631:18,19
642:4 643:3
**reading** 477:11
497:7 536:14,19
537:6,8 541:18
572:7 578:17,20
580:17 586:23

**ready** 496:20,21
597:11
**real** 428:22 436:14
437:10 453:5
463:23 509:16
582:7 591:8
598:23
**reality** 524:25
**really** 342:17 344:23
350:2 404:10
429:4 437:23
447:5 453:19
475:11 480:18
497:2 510:13,22
527:21 581:4
584:22 592:9
594:10 595:2
610:10 617:13
**reason** 376:8 403:20
419:3 431:8 437:7
438:7 452:3
454:21 463:6,14
463:17 464:11,19
464:23 522:20
524:18 527:22
531:2 538:4
539:25 585:19
599:4 619:24
642:6 644:4
**reasons** 358:19
369:5 407:9 441:3
441:13,17 453:16
454:11 521:6
524:14 525:3
535:13 589:21
598:23 619:23
**reassure** 477:6
**recall** 340:12,13
347:12 359:11,18
359:21 360:4,10
360:19,21 361:6
363:11 365:24
372:9 380:13,14
383:20 388:11
389:24,25 390:4

390:23 391:2
399:10 408:16,21
414:25 416:6
417:10 418:19,23
419:3,15,17
420:21,23 421:5
424:16 432:9
441:19 442:3,6,15
451:7 453:10
456:12 461:25
462:3,5 467:22
478:16 484:10
487:22 492:5,9
493:8,16,18
501:24 503:25
505:15 515:23
516:23 519:22,24
530:11,14,15,24
551:7 554:13,18
554:24 555:23
561:10,12,17
562:23 563:20,25
579:5 584:6,10
589:4 590:2,11,14
590:18 593:17,23
595:6 602:18
606:18 613:13,14
613:16,21 636:9
**recalls** 536:13
**receipt** 642:16
**received** 347:5
401:24 450:22
456:24 541:15
562:17 565:18
602:14
**receives** 374:5
**receiving** 347:12
389:23 530:14
**recess** 423:21 496:8
567:11 603:17
639:19
**recognition** 466:3
**recognized** 373:22
437:13
**recognizing** 568:12

596:8
**recollection** 365:23
381:11 411:10,18
431:20 461:22
505:25 506:5
522:11 532:20
595:18
**recommend** 372:22
403:14 533:6
**recommendation**
374:16 403:21
538:12 539:8
542:11 550:14
557:7
**recommendations**
351:2 355:19
356:13 357:6
359:3 360:12
425:20 426:17
428:6 439:2
471:14 473:23
531:3,6 534:10
537:25 538:24
539:14 556:4,7
568:22 582:10
**recommended**
351:21 359:13
382:24 396:19
397:4 531:8
**recommit** 544:7
**record** 335:12,20
336:15 346:22
370:11 378:12
396:13 423:14,19
424:2 463:5
469:11 480:5
494:15 495:20,24
496:6,13 526:8
528:22 567:9,16
603:15,21 639:13
639:17,24 641:10
643:6
**recorded** 358:10
379:20 384:21
396:18 590:25

641:8
recording 335:18
records 400:4
redacted 610:10
redding 325:18
  338:11,11
reddingw 325:23
reduce 568:25
reduced 412:3
  470:21
reducing 412:6
  457:10
reduction 375:25
  377:21 405:3,5
  409:10
refer 351:22 360:25
  392:3 420:2 446:8
  497:24 553:22
  556:21 606:14
  620:5
reference 360:22
  363:25 398:11
  399:12 403:9
  410:14,19 414:6
  438:10 488:15
  492:24 519:2
  547:6 548:24
  550:13,17 596:4
referenced 364:4
  419:18 511:13
  526:25
references 386:12
  411:6 443:14,22
  444:2
referencing 422:19
  551:15
referred 343:11
  381:2 398:14
  412:14 420:10,12
  604:16 635:12
referring 359:25
  399:14 405:4
  412:14,18 452:15
  461:8 464:24
  503:6 504:7

524:22,24 535:17
573:9 579:21
604:19,21 637:22
638:12
refers 378:5 393:10
  393:17 522:24
  559:8,12
reflect 382:20,23
  406:4,20,25
  407:18,19
reflection 427:9
reflects 347:14
  385:7 542:2 556:6
  565:21 571:8
refresh 365:25
  381:10 411:9,17
  431:20 461:21
  506:4 522:10
  561:15 595:17
refreshes 505:24
refusing 356:16,18
regard 348:13
  373:25 389:17
  394:20 419:21,25
  432:3 477:21
  500:17
regarding 488:6,17
  489:8,9 517:23
regardless 381:16
  383:7 426:5
regional 379:24
regionals 380:3
regularly 493:5
regulation 598:6
  622:6
regulations 342:20
  342:22
reject 632:9
relates 622:6
relating 371:9
  550:15
relations 444:24
  516:4,8,12 518:8
  518:23 607:13
  621:7

relationship 479:21
  520:9,11 553:8
relevant 584:23
rely 364:8 572:16
remaining 452:17
remarks 527:13
remember 351:23
  352:21 378:11
  393:23 417:6,7
  418:13 444:23
  462:15 466:10
  482:20 503:25
  517:6 519:21
  530:20 551:13
  614:5,19
remind 519:5
remotely 336:13
  338:20
removed 553:18,23
repeat 580:11
replace 459:24
  597:13
report 353:4 357:16
  358:20 367:15
  380:20 422:12
  459:12 494:11
  533:4 568:7 578:2
reported 390:20
  395:12 396:4
  400:24 541:15
  577:11,19,25
reporter 339:3
  456:5 468:20
  527:6 623:19
reporting 402:21
  421:20 499:2,5
  553:24,25
reports 347:17
  358:17 365:18
  378:22
represent 336:15
  606:9 630:14
representative
  621:7
representing 335:22

339:4 433:5
437:10 502:20
606:6,7 612:19
629:21,22
reputably 477:3
request 334:9 419:5
requested 485:8,12
requesting 414:19
requests 345:19
require 383:5
  534:11 582:19
  598:13 610:5
required 355:9
  426:2,9 429:19
  509:11
requirement 429:2
  444:17 497:22
  498:6 542:19
  616:10 617:15
requirements
  392:18 511:24
  538:20
requires 428:20
  431:4 611:12,15
research 400:15
reserved 335:8
resign 607:18
resolve 439:18
  539:24
resolved 351:16
  540:2
respect 400:18
  478:8 480:9,15,24
  481:12,13,21
  482:19 483:5
  484:15
respectful 482:11,13
respectfully 356:23
respects 511:23
respond 457:4
  478:17 479:6
  516:9 523:16
  540:5,10 635:25
responded 555:15
  616:8

respondents 511:23
responding 474:6
  516:17 613:22
responds 484:18
response 420:4
  422:15 424:9
  431:15 477:20
  478:2 484:23
  485:9,13,17,25
  540:15 571:15
  627:6
responses 521:10
responsibility
  357:16
responsible 388:6
  460:14 575:2
responsive 617:6
resting 509:14
restricted 601:17
restriction 593:5
  601:12
restrictions 343:18
  554:19 601:7
result 339:22 340:10
  343:25 345:7
  396:6 456:24
  465:10 551:7
  599:10 616:13
resulted 439:7
resulting 405:5
results 399:6,9
  530:11
retail 358:21 359:9
  359:16,25 403:25
  470:15 494:6
  606:6,7 636:22
retailer 401:18
retailers 555:14,15
  555:19
retained 477:4
  516:23 518:2
  519:8
rethink 547:13
retired 520:17,20,22
  522:7

retirement 522:12
return 550:21
  566:12 642:14
reveal 341:16,22
  344:4,20 345:18
  414:18
revealing 344:24
  345:21
review 331:13 361:2
  363:20 370:24
  380:15 392:17
  403:5 421:15
  422:24 437:24
  438:4,15,16,25
  440:11 443:11
  450:9 455:3 476:9
  476:11 496:24
  497:15 500:12
  501:12 502:2,12
  505:23 521:19
  522:3 525:15,20
  525:24 526:5
  527:15 530:12,17
  530:19 532:8
  536:18 537:5,9
  538:6,11 539:3,12
  540:6,15 541:16
  541:21 543:14
  573:4 602:10
  614:18
reviewed 346:25
  385:18 395:21
  403:3 422:23
  431:21,22,24
  432:4,16 504:2
  531:22 595:9
  605:13
reviewing 347:2
  361:4 363:23
  371:2 380:18
  403:6 411:15
  440:12 443:12
  450:10 476:13
  497:19 506:2
  517:20 521:25

526:7 532:11
  543:16 595:15
  602:11
revisited 361:13
  363:7,10 373:13
  373:14
richard 324:22
  336:24
rid 557:2,5 566:11
ridiculous 491:12
right 342:2 343:5
  346:12 353:6,17
  354:19 359:7
  361:14 364:18
  368:12 369:23
  371:13,19,22
  372:6,14 373:19
  374:6 375:9,23
  376:16 377:11
  380:15,24 381:4
  383:2,8,22 384:2,7
  385:12 387:23
  388:3,14,18,21,25
  389:4 394:11
  396:2,8,11,16
  397:5,12 402:16
  403:12 404:19,20
  404:24 405:6
  406:6,25 409:13
  409:19 410:22
  413:21 414:2
  422:12 425:10,22
  426:6 428:7,16
  430:9 431:12
  436:21 437:4,20
  439:21,24 440:18
  440:24 443:14,23
  445:13 446:4
  451:19 452:13,20
  453:15,23 455:10
  455:14,18,19,21
  456:11 458:12
  459:15 462:21
  463:7,18 464:12
  465:18,23,24

466:4 472:4
  474:19 476:9
  479:4,7 484:20
  485:22,25 488:8
  488:12,18,21
  489:2,14,20
  490:15,19,24
  492:2 495:6 498:3
  498:24 499:11,18
  503:8 505:12
  506:23 507:6
  509:24 510:7
  514:23 522:18,22
  523:3,8,14 524:2
  524:15,19 525:5
  528:4 529:4,6
  530:4 532:6
  533:18 534:3
  535:19 538:18
  539:15 542:7,12
  543:22 544:3,25
  545:13 547:7,14
  547:17 548:16,19
  549:8 550:15,22
  551:2,5 555:23
  556:14,17 557:8
  557:18 559:16
  560:13 561:10
  563:13 564:7,19
  565:24 566:19
  568:22 569:9
  570:4 571:22
  572:10 574:4,8,12
  579:3 585:25
  587:15,23 590:6
  590:21 591:19,23
  591:25 592:6,9,14
  592:25 593:2,14
  593:22 599:17
  600:24 608:15,20
  608:21 611:19
  615:15,23 616:4
  616:12 618:17,24
  619:5,19 620:8
  624:5,20 628:15

631:8,16 633:9,24
634:6,16 635:20
637:20 638:3
**rights** 527:3 528:8
**rios** 323:16
**rise** 440:18 457:14
**risen** 440:20 441:18
**road** 460:8,23 461:5
461:11,11 466:3
470:4 471:23
544:23 545:15
**roadmap** 545:10
**robert** 328:24
335:21 520:6
522:4 565:14
**robin** 325:19 338:14
**roger** 544:12 559:4
588:11
**role** 386:24 389:14
419:12,24 432:2
502:14 504:10,15
504:22
**ron** 637:13,15
**room** 446:25 447:11
449:16 511:2
**rooney** 327:1 337:15
**rose** 326:15 338:10
**rossi** 323:16 339:3
**rough** 623:18
**roundys** 328:19
**rpr** 323:16
**rude** 349:6,23
**rule** 373:13 383:25
386:4 414:16
426:8 429:5
530:17,21 591:25
598:10,12,13
608:15 629:17
**ruled** 475:23 530:21
541:16
**rules** 340:14 342:19
342:22 430:6
**ruling** 437:6,17
539:11
**run** 616:22

**running** 510:25
511:8,13 578:2
**rw** 325:15
**rws** 332:18,19 602:2
602:3,9 604:25
605:12
**ryan** 325:1,4 337:24

## S

**safety** 474:3 598:10
598:11,13,22
**saint** 628:18
**sake** 370:11
**sales** 629:25
**salesman** 407:14
410:12
**salmonella** 598:16
**salt** 417:13
**samantha** 327:1
337:14
**samatha** 327:4
**san** 326:19
**satisfied** 346:12
539:16
**satisfy** 341:12 342:5
344:13
**sauder** 325:15
602:15 604:19,20
638:16
**saw** 399:12 463:23
**sawyer** 516:10,24
517:2,3
**saying** 342:25
373:12 378:12
381:8 382:14
386:2 404:8,25
418:20 432:7
438:15 442:6
445:24 452:10
456:23,25 458:25
460:7 473:9
474:13,15 489:2
523:20 528:22
529:8 537:12
538:4 539:2,12

540:8 550:8
552:20 564:14
566:2 571:18
580:6 583:6
588:15 589:24
590:15 593:9
610:3 611:5
612:10 613:15,22
619:13 624:3
626:2,10 638:5
**says** 353:21 363:18
364:14 365:7,10
365:21 378:2
383:11,21 392:17
392:24 393:6
394:17 395:18,23
409:3 411:21
418:8 424:17,22
425:18,24 432:25
433:3,11,19
435:19 445:3
452:21 466:13
471:20 477:2,19
478:24 482:20
485:17 488:5,17
489:5,6 494:15,25
502:18,22 503:5
503:15 505:19
508:25 511:21
512:4 523:4,6,9,10
523:15 533:5,19
534:14,24 535:12
535:21 536:19,23
537:10 541:20
548:17 551:3
560:18 563:5,15
564:3,9,17,20
566:10 568:11
572:3 574:5
587:20 590:11
591:17 592:3
596:8 617:17
619:8 626:4,23
631:22 636:16
**sbcglobal** 328:5

**scan** 392:5 515:16
517:18 595:2
**scanned** 476:14
519:6 595:16
**schedule** 372:19
446:17,20 457:9
549:12 596:24
**scheduled** 493:5
**science** 509:10
533:23 609:14
629:10
**sciencebased** 402:12
533:24,25
**scientific** 347:9
348:3,7,10 350:25
351:5,20,25 353:4
353:16 354:3,13
354:15,20 355:4,7
355:19 357:6
358:20 359:3
360:11 410:25
425:20 503:7
509:9 534:9 542:9
542:14 582:2,10
597:16 613:5
**scientists** 474:7
**scope** 488:10
**scoring** 388:14
429:16
**scott** 328:3
**screw** 445:4
**scrutinized** 477:14
478:4,25 484:25
485:11
**seal** 609:16 611:13
612:15 632:12
633:20,25 641:12
**sealing** 335:5
**searching** 449:21
**second** 349:18
358:13 409:2
410:18 431:13
446:6 480:14
488:5 489:5
499:19 503:4

523:19 537:20
541:23 568:10
594:14 596:4
**seconded** 394:2,5
**section** 440:9 494:17
494:23 497:16,21
531:25 532:2,9,13
532:14
**see** 342:7 343:10
358:15 364:12
369:17 370:21
372:22 373:15
383:14 385:19
398:11 400:22
403:18,19 404:21
410:19 411:7
424:20 425:2
430:23 433:16,22
435:21 444:6
445:5,19,20 455:6
461:19 465:12,15
470:5,18,22 471:9
472:12,21 477:12
477:17,23 481:25
485:19 488:14
489:10 497:13
498:10 503:2,10
503:19 505:7,22
505:24 512:2,11
512:12 519:20
523:23 526:20,22
533:10 534:18
535:3,12,15
539:24 545:20,21
548:13 559:6,23
563:10,18 564:12
565:19 566:5,13
568:15 585:18
586:20 593:6
594:20 596:5,14
597:20 612:18
618:14 629:19
630:9 638:10
**seeing** 431:19
487:23 614:23

**seen** 452:12,18
476:8,15,17
487:15 508:7
527:12 577:12
**segment** 381:23
**selected** 516:16
**sell** 433:20 449:17
612:19 633:11,21
634:4,15,17
**selling** 448:14
515:11 558:8
629:20
**send** 589:23
**sending** 486:15
590:14
**senior** 366:24
**sense** 372:12,24
547:17 549:7,22
**sensitive** 335:13
451:23 452:2
**sent** 347:19 398:6
438:19 452:4
476:3,18,20,21
497:11 513:17
514:9 515:4
517:22 540:4,13
559:4 562:12
570:13 571:5
573:6 635:14
**sentence** 348:21
349:17 350:5,15
413:17 433:3,18
485:17 494:25
502:18 503:4,4
535:12,19,20
547:4 548:20,23
572:6
**sentences** 534:21
**separate** 429:9
**september** 443:5
444:19 523:21
588:12
**series** 355:3 378:11
584:21 607:3
623:23 624:25

**serious** 638:25
**served** 437:24
**serves** 568:12
**service** 470:16
514:22 515:7
516:14 622:23
636:8,13
**services** 325:4 338:2
569:23
**serving** 348:4,10
**set** 342:20 368:20
380:5 425:21
429:15 538:17
607:20 614:24
**setting** 608:23
**settled** 340:6
**settlement** 340:20
344:13
**seven** 448:3
**seventh** 448:5
**severance** 607:18
**sf000312** 332:12
584:17,25
**sf000322** 332:12
584:17 585:5
**shake** 623:7
**shaking** 456:3
**shallow** 354:18
509:21
**shapira** 326:1 337:4
**share** 467:11 502:9
563:8 638:7
**shared** 467:19,24
582:9
**sharp** 507:20
**sheet** 642:7,10,12,15
643:5
**shell** 362:3,6,14,15
380:23 381:9
382:4,14 452:16
455:8,10 487:2
557:22,23 558:2,7
568:18
**shells** 362:5
**ship** 577:15

**shipping** 632:19
**short** 467:10 471:17
471:17 494:4
603:3
**shortage** 523:13
**shorthand** 641:8
**shortlived** 471:6
**shortly** 486:12
562:21
**shortterm** 460:13
**shouldnt** 374:25
442:14 524:7
527:22 554:14
590:16
**show** 369:10 409:12
551:15 560:8
578:18,23 580:20
590:10 613:13,16
613:19 614:4
**showed** 438:2
**shown** 577:10
**shows** 409:3
**shut** 626:18 628:23
**side** 380:24 381:10
400:12,13 507:12
528:18 555:2,4
626:4 634:22
**sides** 539:7
**sign** 409:4 572:10
642:9
**signature** 517:17
**signed** 369:22
370:13 476:22
571:21,24 572:2,3
572:16
**significant** 625:6
**signifies** 538:16,22
**signing** 642:11
**similar** 557:13
**simple** 383:25
**simpler** 359:17
**simply** 340:23,24
360:10 376:21
380:4 425:8 430:6
441:9

**singlepage** 605:11
**sir** 378:4 482:12
  592:16
**sit** 589:2
**site** 438:12 553:14
**sites** 538:25
**sitting** 504:13,20
  561:9 593:18
  600:24 626:4
**situation** 343:23
  344:17 345:2,14
  368:11 448:25
  540:2 575:19
  576:3,7 602:19
**six** 384:5 448:2
  471:19 518:21
**sixyear** 457:24
**size** 374:18 375:25
  453:15 535:9
**sized** 361:23
**sky** 565:18
**slaughtered** 554:7,9
**slidders** 324:11
  337:6,6
**slide** 553:11
**slides** 552:12,14
**slightly** 557:14
  582:17
**small** 340:2 353:22
  354:17
**smallest** 509:20
**smart** 449:13
  459:22
**snell** 604:16
**social** 414:7,8
**society** 628:9
**sold** 499:8 545:23
  632:19
**solely** 457:3
**solution** 568:14
**somebody** 359:13
  481:25 482:22
  516:8 555:11
  583:15
**someplace** 553:14

**somewhat** 506:21
  506:21
**sonstegard** 600:17
  600:19
**sorry** 352:21 384:25
  416:9 420:11
  468:5 477:10
  504:17 517:2
  518:3 534:5
  577:16 600:6
**sort** 530:22 573:17
  631:14
**sorted** 633:2
**sound** 536:6,24
  537:11,13,15
  538:10
**source** 598:5
**south** 325:7 327:10
**southall** 327:1,4
  337:14,15
**space** 354:10 375:8
  375:14,17 389:7
  392:18 396:7
  409:10 426:10
  429:4,12 441:4,11
  442:8,9 458:2
  461:7 464:10
  469:25 495:4
  533:6,17 541:24
  542:7,12,15,15,20
  556:13 597:7,8,17
  642:7
**sparboe** 327:12
  337:13 476:19,23
  479:21,22 480:6
  480:15 575:20
  576:2 577:5 578:5
  578:8,12,14
  579:19 581:9,9
  583:5,18 585:14
  585:16 586:7
  588:15 604:17
  608:8,9,12 616:15
  616:17 636:20
**sparboes** 588:17

608:11
**speak** 396:11 534:11
**speaker** 582:14
**speaking** 461:17,24
  544:14 576:5
**speaks** 464:14
**special** 342:8
**specific** 341:6 342:2
  422:25 423:3
  538:17,22
**specifically** 547:6
**specs** 609:9
**speculate** 462:8,9
**speculating** 592:21
**speculation** 468:3,7
  533:2 616:6
**spend** 478:9 483:19
  617:2
**spent** 345:8 474:15
  527:20 556:20,22
  617:5
**spike** 463:23
**spirit** 550:9
**spoke** 381:13 397:3
  466:24
**spoken** 456:22
**spring** 378:24
  408:17
**sqf** 404:3
**squad** 519:3,4
**square** 323:13
  325:20 336:3
  355:9 376:15
  377:10 533:7,16
  534:15,25
**staff** 388:5 443:7,23
  484:6,12 592:4
  607:13
**staffing** 396:15
**stahl** 325:6
**stamp** 440:4
**stamped** 346:22
  358:6 367:22
  379:17 384:18
  390:15 395:9

398:4 402:5
  408:15 413:10
  443:2 450:7
  475:14 480:3
  486:11 487:14
  492:22 496:23
  500:9 513:11
  517:17 521:24
  531:16 541:10
  543:7 552:4
  558:25 562:10
  565:12 568:2
  571:3 573:3 588:8
  590:20 594:14
  602:8 605:12
  614:16 618:6
  630:24 636:4
  637:9
**stand** 542:10
**standard** 534:15,25
  538:17
**standards** 538:22
  580:8 586:17
**standing** 509:13
  641:5
**standpoint** 550:7
**stands** 416:17
  431:25
**start** 341:25 452:10
  517:16 521:21
  581:16 638:22
  639:22
**started** 373:11
  401:16 405:24
  440:23 457:6
  505:3 596:20
  597:2 624:24
  635:14,19
**starts** 433:15 543:13
  584:24 594:17
**starvation** 506:19
  507:24 508:11
  512:6
**state** 340:5 358:11
  364:21 381:17

416:19 424:23
461:14 519:23
520:3 642:6
**stated** 353:13,15
354:4 385:17
464:17 563:15,20
588:21
**statement** 411:3
415:15 433:8,24
434:11,15,18,18
435:23 500:11
501:11 502:23
503:12 532:4
533:12 537:8
546:6 572:16
**statements** 434:3,24
435:8 524:12
643:7
**states** 323:1 325:25
336:7 366:21
390:21 393:8
439:19 541:9
593:3 628:9
**stating** 365:5 426:23
568:20
**statistic** 555:8
**statistical** 473:22
**statistics** 364:2,4,8
376:6 553:13,20
554:3
**status** 380:17,23
382:2 395:25
477:7 485:19
**stay** 345:10 482:11
545:16 546:15
556:12
**steal** 427:18
**steer** 594:13
**steig** 324:3 336:16
562:5 584:24
**steigolson** 324:7
**step** 372:19 374:3
375:6,7,8,24
376:15 377:10
**stephen** 587:10

**steps** 477:5,21
484:23 485:9
**steve** 622:3,5,9,16
622:18,23
**stewart** 328:3
338:24
**stipulated** 335:3
**stipulations** 334:14
**stock** 455:13,14
522:25 523:7,12
524:5,8,9,10
**stocker** 600:12
**stocks** 522:22
**stolen** 610:13
**stop** 349:7 374:25
548:16 549:7
566:10 609:21
610:21 611:7
617:3
**stopped** 436:20
566:19
**story** 436:14,18
473:9 568:6
637:20,23
**street** 323:14 324:17
324:22 325:2,13
325:20 326:18
327:2,10,15,20
328:16
**stress** 607:16
**stretch** 506:20
508:23 509:8
511:14
**strike** 375:2,3 420:6
420:16 426:14
497:23
**strongly** 399:10
**struggling** 571:17
**stuff** 527:24 555:8
576:20 594:23
607:24 620:3
622:13 623:3
628:16
**stupid** 447:5 449:10
449:11 458:9

**style** 615:9
**subcommittee**
386:21 387:8
388:7
**subject** 351:23
524:5 601:10
615:20 642:11
**subjects** 415:17,19
452:2
**submission** 432:24
433:11 434:24
**submissions** 420:19
420:24
**submitted** 431:15
431:21 432:5
500:12 502:3
**subscribe** 643:6
**subscribed** 643:12
**success** 446:24
**sudden** 458:12
**sue** 604:13 621:11
**suffer** 374:4
**sufficient** 468:10,13
530:7
**sufficiently** 430:13
**suggest** 356:23
**suggested** 592:3,4
592:23 627:10
**suggesting** 492:5,10
528:10,13
**suggests** 512:5
**suite** 325:2,7 326:13
327:3,20 328:4
**sullivan** 324:3
336:17
**summarize** 529:2
**summarizes** 532:15
**summary** 331:12
373:5 422:13,19
525:13 526:12
529:7 532:19
591:4
**summit** 551:10,18
552:8,10,18 553:2
554:13 556:8

558:14 559:9
560:11,21 561:13
562:22 568:8
**sumner** 325:19
338:14,14
**sumnerr** 325:24
**sunny** 600:13,13
**sunrise** 569:11
**supermarkets**
328:19
**supervision** 641:9
**supplied** 573:25
**supplier** 583:8
**suppliers** 582:19,22
**supplies** 412:4,6
446:2
**supply** 364:17,24
373:19,25 374:15
374:21 456:22
457:7 467:3
471:13 473:22,22
488:12,18 494:3
544:8 545:9
550:15 553:7
554:23 568:25
575:3
**support** 334:1
437:11 469:25
616:24 638:18
**supported** 354:22
369:11
**supporter** 606:4
638:17
**supportive** 355:5
**sure** 387:8 430:4
441:25 442:2
443:20 445:25
450:20 485:21
502:8 505:14
512:23 531:23
534:22 552:10
576:25 579:7,10
586:6 589:17
591:16 595:14
602:22 608:18

609:11 610:25
611:9,20,24 619:7
626:24
**surely** 344:6
**surplus** 546:25
**surprised** 627:3,7
627:11
**survey** 399:2,4,7,7,9
399:9,18,22,25
400:4,5,8,23
**suspect** 392:9
400:21 595:5
**sustainable** 633:17
**swear** 339:5 483:16
**sworn** 339:9 641:6
643:12
**system** 362:16
386:12 388:13,14
429:16 458:8,12
575:2 597:21,23

**T**

**take** 343:7 360:10
375:15,18 405:4
423:6,9 448:4
457:25 459:19
493:10 495:11
498:19 507:19
514:2 525:10
536:6 554:4
566:24 567:5
576:25 591:5
594:19 597:10,11
603:2,4,11,12
621:10 622:20
626:5 633:8 639:4
**taken** 323:12 387:22
423:21 477:5,21
484:24 485:10
493:2,19 496:8
541:8 567:11
603:17 639:19
641:5
**talk** 356:21 380:10
402:18 455:9

471:21 473:15
481:15 524:4
602:24 603:8
604:4 611:6
621:23 639:9,14
**talked** 453:18
463:19 466:19
494:19 561:3
576:14
**talking** 351:13
362:24 448:6
461:7 471:18
473:2,4 474:12
484:6,7 487:21
527:19 538:25
553:15 554:25
555:4 560:20
599:5 616:22
621:13 622:25
623:2 634:21
**talks** 484:5
**tape** 423:5,18,25
496:5,12 567:8,15
**tarnish** 617:20
**tasked** 493:22
**telephonic** 328:1
**tell** 343:2 344:25
345:22 407:8
427:23 436:13
457:8 466:9
468:17,24 473:9
478:7 482:6,13
493:17 494:2
524:11 527:5
613:19 621:8,15
623:10,17 627:19
629:18 641:6
**telling** 353:21
355:12 356:19
459:18 471:23
479:9 613:9 627:2
**tells** 461:5 470:10
**ten** 414:24 432:8
434:16 444:21
466:8 598:9

632:13,23
**tens** 481:23
**term** 400:25 401:3
507:7,10 556:23
**terminology** 401:14
435:4
**terms** 398:15 445:11
**terrible** 417:5
**terry** 378:6 600:12
**tested** 598:18,18
**testified** 339:10
426:21 434:23
466:7 586:11
**testify** 579:4 580:20
586:12
**testifying** 349:7
**testimony** 329:3
374:11 435:12
452:7 510:17
534:6 540:7 565:2
641:5,7,10
**testing** 598:14
**texas** 326:8
**thank** 339:2 439:14
540:18,19 580:15
580:23
**thankful** 443:8
**thanks** 402:17
**thats** 340:11,13
343:25 344:13
353:11,13,20
358:11 359:6
361:13 362:24
365:10,21 373:21
374:4,5 375:17
377:13 382:19
390:21 393:7
394:4,11 395:9
400:6 401:3
402:14,15 406:5
414:12,24 417:8,9
418:13 420:21
426:11 428:10,13
431:3,8,12 434:11
437:3,20 447:6

448:20 452:21
454:12 458:21
461:7 463:10,19
467:6 468:9 470:9
474:14 480:5
481:24 483:25
484:14 489:2,3
491:7 498:22
499:11 501:5,7,14
501:19 502:22
503:4,6 507:9
508:8,25 512:13
513:10 514:19
518:12 519:7
522:7 523:4,9,15
533:19 534:19
535:17,18 537:5
537:13 539:4
541:9 546:13
550:14 551:3,6
555:19,22,23
556:11,22,23
557:13 559:18
560:12 561:11
563:24 564:20,21
566:18 569:7
571:20 574:5,7
580:14 584:22
587:22,24 588:6
588:22,23,24
593:2 594:17
600:16 601:22,23
604:20 605:9
612:4,9,25 613:15
619:12 620:9
621:18,18 624:6
629:10,10 632:7
635:19 636:16
**thereof** 641:11
**theres** 339:25
340:12 363:17,25
370:18 378:2
395:17 400:10
406:10 410:14
414:6 417:23

418:8 424:17
425:16 432:24
433:14 435:18
440:9 445:3,10
455:2 466:2,3,13
481:25 482:22
489:4 492:24
494:14 503:2,3
505:19 507:14,16
511:12 519:2
531:25 534:14,23
535:12 541:23
543:12 544:18
553:5 556:3
568:11,24 579:17
584:22 591:17
592:24 596:4
599:20 619:9
620:14 631:12
**theyll** 576:25 609:10
**theyre** 351:13
361:22 369:6
400:18 414:4
418:16 435:3
510:23 511:2
513:13,14,14
519:17 553:24,25
576:19 583:10
593:8 597:25
612:18 621:4
630:11,12 632:25
634:8,9
**theyve** 431:6 448:11
448:12
**thing** 363:12,14
371:21 387:19
398:16 401:16
405:11,17 406:12
423:4 427:4
430:23 431:5
445:4 459:22
460:6 494:7 497:5
497:7 511:3 518:4
549:7 555:10,17
577:14 582:5

583:14,16 587:17
605:8 609:12
617:18 620:9,12
620:12
**things** 343:2 348:13
355:13 356:3
376:7 387:3,9
391:18 404:2,6
406:13 414:12
415:21 427:6
429:16,19 431:5
431:10,11 439:4
441:10 446:9
447:9 459:11
471:18 473:15,25
474:2,4,16 479:23
479:25 480:4
483:25 484:7,8
508:6 509:6 510:6
516:10,22 527:18
528:17 529:2
531:4 539:9
540:20 552:18
555:9 593:8,10
601:20 604:15
615:3 619:22
620:18 623:6,23
624:25 625:24
627:9 628:17
638:3
**think** 340:2,4,6,12
341:18 343:16
346:6 347:24
348:8 352:9,17,19
352:20 359:22
362:22 369:15
370:10 372:12
373:7,9,11,18
374:9,20 377:3,17
377:18 380:14
381:12 382:8,11
386:2 391:22,25
394:3,4,11 402:15
404:7,22 410:7
412:21 414:12

418:17 419:4
437:16,20 439:7
439:11 446:10,11
452:4 454:10,11
454:12 457:18
458:23 459:9
463:11,12 464:5
464:16,17 468:9
468:12 472:25
473:18 474:15
478:10,16,16
485:15 491:6
493:14 497:7
498:13,14 501:4
505:2 507:14
508:3,3 510:11
515:19 517:3
518:5 519:16
523:10 527:18
530:18 531:5
532:3,5 533:21
536:12,13,25
537:23 538:24
544:11 545:13
551:14 554:20
555:10 558:10
563:2 564:13
569:7 572:2
573:15,16 587:13
587:24 589:4
592:16,20,21
593:23 599:4
601:15 602:20
607:9,20 608:6,19
611:2 612:4,5,5,14
612:24,25 613:2
614:23 616:3
617:18 624:12
628:16 636:16
638:15,18
**thinking** 373:16
549:15,16
**third** 357:8 433:11
443:25 471:3
533:5 625:25

**thirty** 642:16
**thoroughly** 477:15
478:5 484:25
485:12
**thought** 344:17
350:22 370:12
434:20,23 437:22
438:8 441:17
443:21 453:9,17
457:13 494:19
531:7 547:25
549:6,9 577:22
599:12 610:3
613:10 614:21,21
615:5 620:18
622:18 625:6
633:4,7 638:7,24
639:9
**thousands** 481:7,24
482:21
**threatening** 583:17
604:12
**three** 378:9,18
430:2 472:11,14
477:5 482:6
493:15 496:12
546:3 556:19
567:8 618:16
**thutchinson** 327:11
**tightly** 506:19
508:22
**till** 354:21
**tim** 587:11
**time** 335:8,24
336:12 345:8
351:21 352:8
353:23 354:2
355:3,14,18 356:5
356:11,20,20,24
357:4,8 359:13
360:3,9,15 363:12
365:13,13 366:15
367:17,17 368:12
371:16 373:6,15
373:22 376:9,14

377:5,7 378:7,8,13
378:17,20 379:23
379:23 380:2
385:21 386:13
387:14,24 388:4
388:22 389:11,12
391:13,18 392:6
396:21,24 398:13
398:18 401:22
402:19 403:23
404:8,9,11,12
405:11,13,18
406:22 407:5,14
409:18,22 410:3,9
411:11,19 412:24
415:4 416:18
419:18 422:5
423:7,16,23 425:4
425:13 426:23
427:4 428:25
430:18 432:15
435:24 436:2
438:13,18 439:14
444:14,23 445:21
448:13 452:9
453:9 454:8
458:23 460:7,24
462:23,25 463:22
465:18 466:22,22
469:4 470:25
471:18,23 474:14
474:16 478:9
480:23 481:14,23
482:14 483:19
487:21,23 495:8
495:12,14,16
496:3,10 498:13
498:15 503:24
507:5 508:9,13,22
509:2,8 510:3,4
512:7,16,22
513:23 514:3,20
515:20 516:12,15
518:5 520:24,24
523:25 525:7

527:21 530:7,15
534:8 538:3,3
542:4,18 543:25
544:13 547:13,19
549:9,15 550:6
551:9,17 555:12
558:5 566:8,24,24
567:6,13 574:14
575:22 576:2,11
581:25 584:5,9
589:22,22 593:13
597:20 598:8
599:5 600:17,19
603:13,19 604:12
606:2 607:14
608:2,6,14 612:8
612:12 617:5,21
619:14 629:7
632:17 638:15
639:15 641:6
**times** 378:9 407:3
408:3 412:7
429:21 430:2
432:19 452:11
459:7 464:2
470:12 471:14
472:4 521:4 525:5
546:7 601:5 639:7
**timing** 498:14
639:14
**tip** 507:20
**tired** 356:14
**titled** 392:2 417:24
440:9 450:12
543:21 553:7
556:3 594:17
**today** 335:23 351:18
352:6 356:24
366:20 428:20
432:8 504:13,21
525:21 561:9
563:23 593:18
632:7,21 639:22
**token** 632:23
**told** 343:3 359:6

377:6 397:10
429:10 434:20
442:13 447:19,20
488:20 537:19,21
587:18 589:20
**tomorrow** 638:23
639:23
**top** 443:7 470:14
587:8 602:14
**topic** 558:13 561:14
**topics** 451:23
**torres** 326:17
337:21
**total** 345:6 498:2
553:18,22 613:7
**touch** 520:15
**touched** 354:6 563:6
**tournament** 414:11
**trade** 433:4,20
435:4 438:20,21
438:23 439:6,19
477:8 502:19
516:21 539:23
540:3,4,9,13
577:10
**traded** 577:17
**trader** 513:22
514:12
**trading** 368:25
515:2,7,8
**transcribed** 641:8
**transcript** 642:17
642:18 643:3,6
**transcription** 641:9
**transmitted** 450:17
451:4,5
**trap** 483:13
**tremendous** 376:16
377:11
**trend** 409:15
**trial** 335:9
**tried** 370:4 400:17
429:25 447:24
467:6 482:5
491:11,18 524:13

610:8 611:7
**trimmed** 431:2
507:13
**trimming** 375:13
426:17 430:5
507:10
**trouble** 342:7
**troubles** 346:7
**troy** 327:9 337:12
478:10 603:8
**true** 342:25 357:11
357:12 411:3
428:5 433:8,24
435:23 502:23
503:12 507:3,9
509:2 510:9 512:8
533:12,18 545:17
546:15 551:6
561:11 569:7
571:20 588:23,24
593:10 612:4
616:2,4 641:9
**truex** 637:15,18
638:5
**truth** 519:3,4 641:7
641:7,7
**try** 357:2 378:10
449:17 452:25
497:6 499:24
525:10 552:3
554:17 604:2
612:3,12 626:18
627:21
**trying** 350:23
352:11 355:25
360:10 365:25
376:21,25 377:18
377:19 378:19
387:16 393:23
401:19 407:5,7,8,9
407:13 410:10,12
412:23 428:18
441:9 444:22
457:17 458:21,22
459:8 470:8

481:15 490:17
510:22,23 514:5
519:5,20 525:9
529:2 531:7 544:6
554:22 555:8,22
558:9 576:4 611:8
611:22 612:18
613:19 614:24
615:22 617:3,4,5,6
617:10,20 619:17
619:21 620:2
621:10 622:20
626:11,19 627:15
**turn** 335:15 358:12
360:12,24 363:17
370:17 409:21
417:23 433:10
445:15 453:8
454:25 455:3
456:20 466:12
494:14 499:2
502:25 503:14
505:17,18
**turnaround** 455:10
455:13,17 456:7
**turned** 436:15
479:24 583:14
621:21 636:23
**turnerdodge** 324:4
336:21
**tweaked** 610:15
**twice** 468:16
**two** 323:13 325:20
327:2 336:2 378:9
391:18 423:18,25
423:25 424:5
429:25 448:19
496:5,5,12 508:18
511:23 518:25
541:14 556:16
557:5 567:8,15
568:24 570:3
595:10 600:5
603:7 620:14
**type** 362:10 364:7

414:7 509:21
524:12 527:7
**types** 365:11 414:15
415:7
**typical** 534:16 535:2

_____

**U**

**ue** 444:9
**ue0071388** 330:10
413:5,11
**ue0071391** 330:10
413:6
**ue0136174** 330:9
408:8,15
**ue0136177** 330:9
408:9
**ue0146041** 331:21
551:21 552:4
**ue0146055** 331:21
551:22
**ue0153279** 331:18
540:25 541:11
**ue0153280** 331:18
540:25
**ue0153366** 330:6
395:3,9
**ue0153368** 330:6
395:3
**ue0153419** 329:18
379:11,17
**ue0153422** 329:18
379:11
**ue0153426** 329:13
357:24 358:6
**ue0153430** 329:13
357:24
**ue0174535** 329:11
346:16,22
**ue0174536** 329:11
346:16
**ue0176003** 332:8
570:21 571:3
**ue0176038** 331:23
558:20 559:2
**ue0176040** 331:23

558:20
**ue0199015** 331:6
500:3,9
**ue0199029** 331:6
500:3
**ue0210450** 331:24
561:23 562:11
**ue0210657** 329:20
384:11,18,24
**ue0210658** 329:20
384:12
**ue0217823** 332:22
617:25 618:7
**ue0217829** 332:22
617:25
**ue0218074** 333:5
635:2 636:4
**ue0218076** 333:5
635:2
**ue0218877** 331:15
531:11,17
**ue0218881** 331:15
531:11
**ue0368631** 332:6
567:19 568:2
**ue0368636** 332:6
567:20
**ue0644788** 332:9
572:21 573:3
**ue0661098** 331:8
513:3,11
**ue0661130** 331:8
513:4
**ue075289** 330:13
436:8
**ue0753377** 330:18
492:15,22
**ue0753385** 330:18
492:16
**ue0804959** 333:6
637:3,9
**ue0808615** 332:21
614:10,16
**ue0808616** 332:21
614:10

**ue0810722** 331:11
521:14,24
**ue0810723** 331:11
521:14
**ue0875279** 330:13
436:7 440:4
**ue0875297** 330:15
442:19 443:2
**ue0875304** 330:15
442:20
**ue0944695** 330:21
479:13 480:3
**ue0944696** 330:21
479:13
**uea** 329:21 378:2,5
378:23 389:16
390:2,6 391:8
393:21 394:8,14
413:20,23,24
418:22,25 419:13
515:14,21 600:4,4
600:11,21 613:9
618:11
**uep** 329:12,19
338:12,15,18
339:20 340:9,15
340:16 341:3,11
341:12 342:4,4,5
342:20 343:12,24
345:3,15 352:4,7
357:17,18,21
358:8 359:6 360:5
364:8 366:12,12
366:13,22,25
367:3,5,8,15 368:7
368:21,22 369:3,7
369:12,22 370:7
370:13,14 371:12
374:14 376:13
377:6 379:24
384:9,20 387:25
388:5 389:14
390:18 391:19
392:7 394:16
399:24 400:11,11

402:8,13 404:13
413:20,24 414:14
415:5,13 418:21
419:2,13,24 424:7
424:14,18 425:9
432:2,15 433:4,19
434:2,10,14 435:8
435:17,19 439:17
440:22 441:4
443:7,23 444:9,13
450:17,23 461:4
464:9 466:21
467:11,23 473:3
474:4 477:7,25
478:3 479:21,22
480:8,21 483:4
484:3 485:19,21
486:15,20 488:2
489:13,20 490:14
492:4 498:21
502:18 503:17,22
504:22 514:12,24
515:5,8 516:19
524:23 529:19
530:6,17 532:16
533:5 536:9
537:19,21 538:18
538:21 541:17
542:19 544:6
546:5 550:9,22
556:7,8 559:5
560:12,19 562:25
570:14 571:10
572:15 574:14
575:23 576:4,17
577:21 581:25
582:15,23 583:8
588:12 589:19
592:4,5,13 593:4
594:18 600:3
601:4,18 604:10
604:15 606:24
607:2,4,11 613:8
615:23 616:9,20
616:21 617:11

618:10 619:10,22
620:5 622:11
623:10,11,25,25
624:4 625:11,12
625:18 626:12
627:16,17 629:13
629:15
**ueps** 378:24 385:18
413:18 424:7,8,12
450:24 456:21
470:2 501:10
582:18 588:21
610:14 623:9
**uhhuh** 370:22
399:20 433:2,17
455:22 477:18,24
588:19
**ultimate** 405:17
**ultimately** 351:8,16
355:15 387:10
474:17 511:17
534:10
**unbeknownst**
622:16
**unchanged** 452:17
**unclear** 592:8
**uncover** 528:6
**underneath** 503:3
570:12 572:6
**understand** 355:24
407:4 412:20
432:10 438:24
442:2 508:8 593:8
593:11 622:21
635:13
**understandable**
462:14
**understanding**
377:2 421:25
422:6,8 447:15
501:19 514:19,21
583:13 593:15,19
601:22
**understood** 372:11
381:25 439:10

473:8
**uneven** 596:11,17
599:2,14
**unexpected** 396:22
**unfair** 374:6 382:14
491:17,20
**united** 323:1 325:24
325:25 329:14
330:8,10,13,14,18
331:19 332:6
336:7 366:6,21
367:23 368:18
389:23 402:6
408:8,23 413:5,14
417:22 436:7
439:19 440:5
442:19 443:4
451:3,16,18,24
452:6 466:23
473:19 492:15
500:11 542:25
543:9 567:19
568:4 628:9
637:23
**unnecessary** 405:21
**unpaid** 503:5
**unpasteurized**
455:16
**unprofessional**
469:9
**unreasonable** 632:8
**untrue** 626:20
**unwilling** 403:10
**update** 392:12
**upset** 354:25 616:20
627:11 637:19
638:6 639:6
**urged** 592:4,14
**urner** 391:5,12,16
391:20 456:14
494:10,11 546:10
577:2,11
**urquhart** 324:3
336:17
**usda** 364:2 376:6

386:22 387:11
401:9 404:4 546:9
553:17,21 573:10
573:13,22 574:8
574:11 577:13
592:4,12,12
597:20,22 598:6
601:11 608:3,24
609:4,15,16 610:2
610:4 611:8,16,18
611:22 612:3,5,7
612:11,15 613:21
617:12 622:7,11
623:9,10,16,17,22
624:3,9 625:15,17
625:18 626:18
627:16,20 631:8
631:13 632:9,11
633:8,15,21 634:7
635:16 636:8,17
**use** 367:3 401:10
407:9 427:7,12,22
438:9 504:2 507:7
507:7,9 527:22
557:2 611:9
627:21
**usem** 338:13,16,18
412:6 492:25
493:2
**user** 401:19
**uses** 449:4
**usual** 615:9
**usually** 521:23
**utah** 417:13

**V**
**validus** 386:23
387:11
**value** 409:13 636:23
**values** 524:10
**van** 394:6,8
**vanessa** 325:7
**varies** 535:8
**variety** 513:18
**various** 330:24

332:16 487:6
526:16 594:2
**vegas** 329:23 390:8
391:5
**vehicle** 516:19
**verbally** 415:17
416:14
**verified** 608:4 609:5
609:16 611:10
627:22 632:14,16
632:21
**verify** 401:22
571:12,18,18
608:24
**veritext** 328:13
335:22 339:4
**version** 358:21,22
359:9,17,20,25
360:2,22
**versus** 371:6 611:15
**vet** 363:14
**vice** 366:24
**videographer**
328:24 335:11
338:19 339:2
423:16,23 496:3
496:10 567:6,13
603:13,19 639:15
**videotape** 336:10
**videotaped** 323:11
**view** 377:6 401:17
409:18 425:4,12
462:23,25 465:17
467:12,19,24
495:8 508:8
523:25 525:7
547:19 594:18
611:18 613:23
630:8
**viewed** 374:21 439:9
**views** 566:8
**violated** 597:15
**violating** 550:9
**violation** 598:6,21
**virtual** 328:13

**virtually** 452:17
478:11 609:7
**visit** 623:8,16
**vjacobsen** 325:9
**voice** 482:16
**voices** 329:14 330:8
330:10,13,14,18
331:19 332:6
366:6 367:23
368:18 389:23
402:6 408:8,23
413:5,14 417:22
436:7 440:5
442:19 443:4
451:3,16,18,24
452:6 466:24
492:15 542:25
543:9 567:19
568:4 637:23
**volume** 423:18,25
496:5,12 567:8,15
**voluntary** 425:25
426:24 427:17
550:18
**vote** 383:22 384:5
385:12,14
**voted** 383:11
**vpc** 616:18

---

**W**

**wadsworth** 419:6,8
419:12 605:21,22
**wait** 372:12 480:13
537:20 553:15
620:19 623:13
624:18,18,18
**waiting** 371:17
**waived** 335:6
**waldo** 417:12
**walk** 626:9
**walked** 621:5
**walking** 482:14
**walmart** 555:13,17
606:9
**want** 348:18 349:5

350:9 378:20
387:8 391:23
401:24 404:2,3,4,5
404:13 423:2
448:10 458:6
462:7,8,9,15 473:8
473:12 483:2
489:21,22 490:8
491:14,24 497:4,5
508:8 517:15
521:21 527:5
570:15 576:13,15
576:16,17,18
588:4 590:3
593:21,21 594:10
594:24 603:2
605:7 607:22
611:5,6 629:4
631:24
**wanted** 347:22
349:13 367:3,4
369:2,17,17,21
370:2,7 371:18
372:13 396:10
427:2,3,6,12,20,21
427:22,22,23
438:9 457:5
510:10 529:16
576:19 580:4
583:4 623:10
625:11
**wanting** 403:25
539:17 577:23
**wants** 629:8,9
**warnings** 414:15
415:7
**washed** 361:23
**washington** 326:14
327:21 331:17
540:24 607:14
**wasnt** 539:25
579:25 637:19
638:6
**waste** 469:4 478:9
**wasted** 356:5

**wasting** 356:20,24
480:23 481:23
**watkinson** 621:6
**way** 351:3,10,11,19
353:2 356:3,21
368:20 369:4,5
380:4 382:9
391:14,17 401:22
409:21 445:25
451:4 453:9 457:8
516:7 521:23
528:11 549:16
558:12 631:13
634:10
**wayne** 577:4
**ways** 451:5,8 516:7
554:10
**weak** 617:2
**web** 438:12 538:25
553:14
**wed** 530:18
**wednesday** 323:9
**week** 448:10 493:15
512:7 630:2
**weeks** 446:18,18
447:6,6 448:10
508:18 541:14
556:24 557:3,5
598:15
**wegmans** 418:9,11
418:12,20,21,25
605:24 606:7
**weil** 327:19,22
338:7
**welfare** 329:16,22
330:4 331:17
363:4 373:10
379:9 390:7 392:2
394:25 395:11
398:15,20 404:5
406:5,15,20
410:15 419:11
441:6 454:17,21
456:21 457:2,3
461:17 463:7

464:10 465:11
470:2 474:7,10
477:9,13 478:4
484:24 485:10
492:6 495:4 516:6
524:14 525:2
540:23 563:9
576:5 582:3,7,8
583:3 591:22
595:24 596:12
601:14,16,20
604:9 605:20
609:6 612:17
617:8,22 619:25
630:16
**welldeveloped**
488:6
**went** 409:22 425:25
429:12 430:23
437:21 438:21
531:7 537:18
545:25 607:4,8
612:2 622:24
623:3
**weve** 346:20 358:4
367:20 379:15
395:7 400:17
421:12 423:11
436:11 442:25
454:14 496:22
500:7 521:18
544:22 547:5
567:25 572:25
614:14 617:20
618:5 629:7 635:6
**whaley** 606:8
**whats** 353:13
356:24 360:25
380:16 384:16
388:2 390:14
392:12 408:13
413:9 440:2
447:15 450:5
473:17 475:2,11
479:8,18,18 486:9

487:12 489:3
492:20 505:23
511:13 513:8
517:14 522:14
526:4 527:10
531:15 541:5
543:6 547:21
558:24 562:3
565:11 570:25
583:25 589:14
602:7,12 625:20
626:8,15 630:8
637:7 638:12
**whatsoever** 478:8
481:12 483:5
511:4
**whispering** 335:14
**white** 509:11,19
**whitney** 325:18
338:11
**whoa** 537:20,20
625:22
**wholesaler** 328:19
**wilcox** 410:19 569:8
**willing** 403:16 439:2
439:4
**willingly** 438:21
**wilson** 416:24
417:10
**win** 437:15
**wind** 405:23
**window** 353:22
361:21 472:10
**wing** 510:6
**wings** 506:20 508:23
509:8 511:15
533:18 534:3
**winndixie** 328:18
**wish** 632:2
**withdrawal** 508:15
508:18 512:9
**witness** 334:3 339:5
344:4,7,11 345:2
345:24 349:6,9
350:23 353:20

355:24 360:9
364:21 365:4,16
369:15 370:2
372:2 374:10,12
376:5,19 377:13
382:8,19 384:25
393:7 405:9 406:9
407:4 408:4 410:7
414:23 415:14
416:9,20 421:4
423:8,15 426:20
426:22 428:10
429:23 430:12
432:20 435:11,13
436:24 441:25
449:7 459:18
460:18 464:16
465:15 466:7,8
467:16 468:4,9
480:13 481:5
483:10 487:18,22
490:2 491:3
495:17,21,25
501:4 502:6,8
510:18 514:15
527:8 532:24
534:7 536:13,16
544:11 550:4,5
560:4,15,17 565:2
565:3 570:7
575:14 578:19
579:6 580:17,20
586:11,13 587:10
590:10 603:7
609:25 610:25
618:20 620:17
624:14 631:21
638:24 639:6
640:2 641:10,12
642:2
**wolcott** 418:15,18
**won** 537:21
**wondering** 595:3
**wont** 349:7 480:5
490:18 522:13

634:8
**word** 362:23,23
417:24 460:19
472:23 529:3,3
537:15 592:23
**words** 340:17
362:25 386:8
402:8 418:2,4
442:13 463:13
464:18 486:25
508:3 597:15
617:16
**work** 352:4 356:3
364:9 376:7
378:17 400:20
412:10 481:7
482:21 503:22
516:5 576:4,24
582:2 601:14
607:5,8 608:23
610:14 613:4
615:2 622:16
**workable** 351:4
**worked** 378:18,20
420:15 514:7
598:9 600:13
605:23 607:7,11
607:23 621:6
629:7
**working** 348:11
359:14 365:20
388:6 420:3 474:4
474:7 520:8,11
598:8 608:3,5,7
626:17 628:22
**works** 386:22
478:20,23 622:11
**world** 465:3 474:10
**worse** 577:24
**worst** 453:7,11
**worthwhile** 407:10
**wouldnt** 376:9
475:17 520:10
**wound** 355:5 573:16
**wright** 326:12

338:10
**write** 371:5,7
  376:13 406:2
  422:14 463:10
  469:24 470:15
  497:21 529:2
  573:18 609:9
**writes** 347:16 615:9
  638:5
**writing** 404:11
  438:14 481:14
  493:23 532:4
  604:7 614:20
**written** 353:3 382:9
  387:10,21 420:19
  420:24 466:23
  467:17 477:20
  478:2 484:11,23
  485:7,8,13 486:13
  489:3 538:7 561:7
  588:11 592:8
  637:17
**wrong** 434:21
  452:23 478:12
  484:8 498:14
  519:24 610:4
  612:15 633:8
**wrote** 372:17 377:5
  377:14 402:6
  406:5,9 409:9
  421:16 422:13
  440:14 445:7
  494:17,23 526:13
  536:4 539:11
  548:23 578:10
  579:22 580:6
  583:5,5 585:9
  595:5 605:16
  610:2 611:21
  613:8 615:3,13
  618:10 624:3
  625:3 633:7 636:6

---
**X**
---
**xyz** 629:19

---
**Y**
---
**yeah** 362:22 385:4
  390:22 393:21
  405:9 436:3 504:8
  507:18,18 519:16
  519:17 520:11,14
  587:13 591:24
  594:13
**year** 387:6 391:13
  416:7 452:20
  493:8 523:2
**years** 345:6,7 350:3
  351:19 352:5
  386:24 400:7,17
  411:7,24 414:24
  415:15 432:8
  434:16 444:21
  451:25 452:12,16
  457:11,19 458:19
  466:8 471:19
  472:11,15 495:6
  520:18 546:4
  549:4 563:24,24
  580:19 598:9
**yesterday** 347:25
  364:5 399:12
  447:25 453:4
  494:20
**yoder** 327:14,14
**york** 324:5,5,12,12
  328:4,4,10,10
  335:22 418:14,18
  437:21
**youll** 395:16 497:13
  502:25 535:11
  559:23
**young** 447:5,11
**younger** 448:18
  556:20
**youre** 341:11 342:4
  344:14 349:19
  353:21 356:8
  361:3 363:21
  365:24 370:25
  399:14 402:21

404:15 405:4
  412:18 421:20
  428:22 429:23
  449:20 452:15
  456:15 457:24
  458:4 459:12,24
  460:6 461:8
  465:25 471:23
  474:17 479:2
  480:20,22,23
  482:17 483:12
  490:9 497:18
  504:6 517:19
  526:6 528:10,13
  541:18 543:15
  547:2 551:11,14
  554:16 557:4
  575:14 576:22
  577:2 578:17,20
  592:21 602:10
  609:11 611:9
  613:18 614:5
  626:10 627:2,5
  629:25 630:5
  631:11,12 636:11
  637:22 639:2
**youve** 346:7,24
  370:9 373:14
  395:20 446:17,20
  446:22 447:18,20
  459:25 463:2
  476:8 482:14
  495:21,25 524:17
  538:8 556:25
  605:13 613:12
  626:8 639:6

---
**Z**
---
**zetten** 394:6,8
**ziemianek** 326:18
  337:20,21
**zogby** 506:9

---
**0**
---
**00** 470:17 603:14

639:23
**000** 340:6 418:17
  437:16 457:23,25
  458:7,11,13
**000015952** 332:19
  604:25 605:12
**000027615** 332:18
  602:2,9
**000027616** 602:3
**00066256** 331:20
**00122893** 329:24
**00123261** 330:7
**0038396** 330:24
**02** 329:10,14 346:15
  366:5
**029** 500:9
**03** 323:15 330:7,8
  330:10,11,13,14
  330:18,19,21,22
  331:4 335:24
  397:16 408:7
  413:4 421:7 436:6
  442:18 474:21
  479:12 486:4
  492:14 496:15
**04** 331:6,7,9,15,19
  331:22,24 332:6,7
  500:2 513:2 517:8
  531:10 542:24
  558:19 561:22
  567:18 570:20
  640:4
**040** 559:2
**05** 332:9,10 572:20
  583:20
**051** 553:6
**055** 552:5
**06** 332:22 617:24
**07** 333:4 603:20
  634:25
**08** 567:7
**08md02002** 323:4
  336:9

---
**1**
---

**1** 331:6,7,14 385:7
388:17,23 429:12
435:18 437:16
470:17 500:2
502:18 513:2
525:15
**10** 331:9,17 332:22
423:17,24 496:4
517:8,22 522:5
540:23 541:8
565:15 617:24
**100** 340:6 361:10
363:2 373:13
383:6,12 386:4
426:4,8 427:15
428:2 429:3 447:6
457:23 458:11
568:19 591:25
608:15,25 610:5
611:12 612:17
616:10 617:8
619:4 629:10,17
631:14
**10006** 328:4
**10010** 324:5
**10022** 328:10
**101** 326:18
**10119** 324:12
**11** 330:14,18,19,21
331:22,24 332:6,7
384:4 442:18
443:5 474:21
479:12 492:14
534:17 535:2
558:19 561:22
567:18 570:20
**110** 557:3
**1130** 513:11
**12** 330:18,22 331:4
486:4 492:14
496:4,11,15
**1234** 455:2
**1235** 454:13,19
456:20 461:15
463:9 465:8,14

**1236** 466:12 469:22
**1237** 470:14
**13** 330:19 454:2,4
474:21 476:4
593:3
**1300** 325:7 327:20
**14** 332:9 358:9
430:21 431:17
473:8,13 572:20
573:6
**140** 388:18 431:8
**1415** 329:12 357:22
**15** 358:10
**15219** 326:3
**16** 552:8 559:24
560:11
**1604** 324:17
**162** 630:25
**16th** 327:2
**17** 329:10 330:10
346:15 347:6
413:4,15 417:22
637:18
**170** 388:24 431:9
**177** 408:15
**18** 331:22,24 446:18
446:18 447:6
558:19 559:5
561:22 562:15
637:11
**185** 428:21 431:9
**1881** 486:11
**18th** 323:14 325:20
562:20
**19** 330:21 479:12
**19102** 327:3
**19103** 323:15
324:18 325:21
**19104** 325:14
**1919** 326:13
**1960s** 453:10
**1980s** 453:20
**1998** 380:2
**1st** 375:15

**2**

**2** 330:7 331:9,19
370:17 386:11
388:12 389:6
397:16 410:14
424:22 489:4
502:25 517:8,16
533:4 542:24
543:13 567:7,14
**20** 332:22 457:25
458:7 522:25
523:3 543:10
585:9,16 617:24
618:12 643:13
**200** 388:14 428:21
**2000** 623:9
**20005** 327:21
**20006** 326:14
**2002** 323:4 329:12
329:17,20,23
336:9 347:6
350:24 354:3
356:11 357:4,22
358:10 367:24
378:19 379:10,20
384:11,21 387:24
388:17 390:9,20
429:12 452:19
523:21
**2003** 330:5 388:23
395:2,12 398:8
408:18,24 413:15
414:24 417:22
421:17 430:21
431:17 440:6
443:5 450:15
459:12 474:12
476:4 478:12
486:12 497:12
500:23
**2004** 331:14,17
472:4 500:13
512:16 513:10,17
517:22 519:11
522:5 525:15

531:19 540:24
541:8 543:10
546:15 552:8
554:17 559:5,24
560:11 562:15
565:15 568:4
571:6 573:20
596:13
**2005** 332:14 409:23
545:22 546:7
573:6,21 585:10
585:16 588:13
589:10 590:24
**2006** 409:23 545:22
546:7 602:15
605:17 608:14
618:12 637:11,18
**2007** 636:7
**2008** 416:9 474:13
533:9 534:16
**2009** 343:17 416:10
**2013** 323:9 335:23
444:19 641:13
644:3
**2026827231** 327:21
**2027783056** 326:14
**2052** 518:19
**2064** 517:18
**20th** 328:9
**21** 330:5 331:6
394:25 395:12
500:2,13
**2100** 326:7
**2126081900** 328:5
**2128034067** 328:10
**2128497000** 324:6
**2128497152** 324:6
**2146983279** 326:8
**2156653884** 327:4
**2159814121** 325:22
**2159814652** 325:22
**2159814714** 325:21
**2159853270** 324:18
**2159942421** 325:14
**22** 329:23 390:9,19

```
    567:14            33 346:21           449 330:17          564 332:5
2200 327:9            335 334:16          45202 327:15        567 332:6
224 325:7             339 329:4           46 450:6            570 332:8
22nd 324:5 562:18     346 329:11          462041750 325:3     572 332:9
23 330:11 332:6       35 523:3            47 475:4,7 494:13   58 384:18
    421:7,17 567:18   3521 425:16         473 475:14          583 332:11
    568:3             3526 421:15         474 330:20          584 332:12
2444 588:9            353 324:22          479 330:21          589 332:15
25 329:14 366:5       357 329:13          48 475:3,5,6        59 526:9
    367:24            35th 326:2          485 330:23          590 328:9
256 543:8             36 346:23 568:2     486 330:24          594 332:16
26 323:9 329:16       366 329:15          49 485:3
    335:23 379:9,20   37 450:7            492 330:18                  6
    644:3             379 329:18          496 331:5           6 330:8 331:7
261 398:5             38 423:17           499 331:6              332:10,14 408:7
27 330:13 331:15      38396 487:14                               505:19,23 513:2
    436:6 440:6       384 329:20                   5             513:10,17 583:20
    531:10,19         385 492:22          5 330:22 331:4,19      588:12 589:9
2700 325:2            39 334:16              403:8 486:4,12       590:24
27616 332:18          390 329:24             496:15 497:12    600 418:17
280 541:11            394 330:6              518:15 542:24    601 332:18
29 332:7 570:20       397 330:7              592:3            604 332:19
    571:5                                  50 327:2 448:10     60601 328:17
2929 325:13                    4          500 326:13          60604 325:8
2nd 324:17            4 330:8 331:15       501 328:4           60654 324:23
                         332:9 361:2       51 324:5 496:11     61 328:4
           3             384:21 402:23        559:19 560:7     6129778415 327:11
3 329:10,14,19           408:7,24 411:5,6  512 331:8           614 332:21
    330:7 333:4          425:16 440:8      5135621420 327:16   616 602:9 614:16
    346:15 366:5         494:14 503:14     517 331:10          617 332:22
    383:22 384:10        531:10 572:20     521 331:11          630 332:24
    397:16 398:8         605:17 631:22     525 331:14          634 333:5
    522:25 603:14,20     640:4             53 500:8            637 333:6
    634:25 636:6      40 402:20,24 423:12  531 331:15          6467335727 324:12
    639:16            408 330:9            54 423:24           65 567:25
30 389:4 642:16       412 330:10          540 331:18          67 354:17 509:16,22
300 325:2 328:16      4123383344 326:3    542 331:20             510:7 533:9,16
3000 323:13 325:20    4156554335 326:19   551 331:21             534:15,25
304 443:2             421 330:12          55402 327:10        6786 533:7
3126607604 325:8      422 379:17          5564 594:17         68 395:9 584:2
3128613735 328:17     43 639:16           5576 594:15            588:2,3,7
3129232818 324:23     430 358:6           558 331:23          69 584:14,24 585:8
315 585:8             436 330:13          56 368:14 376:15    696 480:7
3172371144 325:3      44 440:3 523:2         377:10
3200 327:3            442 330:15          561 331:24                  7
```

**7** 330:10,11 413:4
421:7 505:18,24
506:13 511:20
518:25
**70** 599:19 600:8
**71391** 413:11
**72** 350:3 354:19
355:9
**723** 521:24
**74** 509:12,15 510:8
534:3,11
**752016912** 326:8
**76** 635:12 636:4
**77** 635:11 636:3

---

**8**

**8** 330:13 333:4
383:22 436:6
534:16 535:2
602:15 634:25
639:23
**80** 327:10 458:13
**829** 618:7
**83** 497:25
**85** 366:20
**86** 509:17
**881** 531:17
**89** 440:4 523:2
**892** 367:22
**893** 390:16
**8th** 327:10 641:13

---

**9**

**9** 323:15 330:14
332:10 335:24
442:18 583:20
**90** 573:24
**900** 327:20
**918** 496:24
**94111** 326:19