# ATTACHMENT 20

645

1       IN THE UNITED STATES DISTRICT COURT

      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2

3  IN RE:  PROCESSED EGG PRODUCTS :

  ANTITRUST LITIGATION      :

4  -----------------------------: MDL No. 2002

  THIS DOCUMENT APPLIES TO:    : 08-MD-02002

5  ALL ACTIONS          :

6

7         -- HIGHLY CONFIDENTIAL --

8

9         Thursday, June 27, 2013

10

11        Continued videotaped deposition of

12  GENE W. GREGORY, taken at the offices of

13  Pepper Hamilton LLP, 3000 Two Logan Square,

14  18th & Arch Street, Philadelphia,

15  Pennsylvania 19103, beginning at 8:08 a.m.,

16  before LINDA ROSSI RIOS, RPR, CCR and Notary

17  Public.

18

19

20

21

22

23

24

25

**646**

```
 1   A P P E A R A N C E S :
 2
 3   QUINN EMANUEL URQUHART & SULLIVAN
     BY:  STEIG D. OLSON, ESQUIRE
 4        and
          LEE TURNER-DODGE, ESQUIRE
 5   51 Madison Avenue, 22nd Floor
     New York, New York  10010
 6   212-849-7152
     212-849-7000
 7   steigolson@quinnemanuel.com
     leeturnerdodge@quinnemanuel.com
 8   On behalf of the Direct Purchaser
     Plaintiffs
 9
10
11   MILBERG LLP
     BY:  CHARLES SLIDDERS, ESQUIRE
     One Pennsylvania Plaza
12   New York, New York  10119
     646-733-5727
13   cslidders@milberg.com
     On behalf of the Indirect Purchaser
14   Plaintiffs
15
16   HAUSFELD, LLP
     BY:  JEANNINE M. KENNEY, ESQUIRE
17   1604 Locust Street
     2nd Floor
18   Philadelphia, Pennsylvania  19103
     215-985-3270
19   jkenney@hausfeldllp.com
     On behalf of Direct Purchaser Plaintiffs
20
21
22   JENNER & BLOCK, LLP
     BY:  RICHARD P. CAMPBELL, ESQUIRE
23   353 North Clark Street
     Chicago, Illinois  60654
     312-923-2818
24   rcampbell@jenner.com
     On behalf of Kraft Foods Global, Inc.
25
```

**648**

```
 1   GIBSON, DUNN & CRUTCHER LLP
     BY:  JASON C. McKENNEY, ESQUIRE
 2   2100 McKinney Avenue
     Dallas, Texas  75201-6912
 3   214-698-3279
     jmckenney@gibsondunn.com
 4   On behalf of Defendant,
     Cal-Maine Foods, Inc.
 5
 6
 7   PORTER, WRIGHT, MORRIS & ARTHUR
     BY:  DONALD M. BARNES, ESQUIRE
 8   1919 Pennsylvania Avenue, NW
     Suite 500
 9   Washington, D.C.  20006
     202-778-3056
10   dbarnes@porterwright.com
     On behalf of Rose Acre Farms
11
12   KASOWITZ BENSON TORRES & FRIEDMAN, LLP
     BY:  MARGARET ZIEMIANEK, ESQUIRE
13   101 California Street
     San Francisco, California  94111
14   415-655-4335
     mziemianek@kasowitz.com
15   On behalf of Nu-Cal Foods, Inc.
16
17   BUCHANAN, INGERSOLL & ROONEY
     BY:  SAMANTHA L. SOUTHALL, ESQUIRE
18   Two Liberty Place
     50 S. 16th Street
19   Suite 3200
     Philadelphia, Pennsylvania  19102
20   215-665-3884
     samatha.southall@bipc.com
21   On behalf of Hillandale Farms, Inc.,
     Hillandale Farms East, Inc., Hillandale
22   Gettysburg LP and Hillandale Farms of Pa.,
     Inc.
23
24
25
```

**647**

```
 1   FAEGRE BAKER DANIELS
     BY:  RYAN M. HURLEY, ESQUIRE
 2   300 North Meridian Street
     Suite 2700
 3   Indianapolis, Indiana  46204-1750
     317-237-1144
 4   ryan.hurley@faegrebd.com
     On behalf of Midwest Poultry Services
 5
 6
 7   DECHERT LLP
     BY:  CHRISTINE C. LEVIN, ESQUIRE
 8   Cira Center
     2929 Arch Street
 9   Philadelphia, Pennsylvania  19104
     215-994-2421
10   christine.levin@dechert.com
     On behalf of RW Sauder, Inc.
11
12   PEPPER HAMILTON, LLP
     BY:  JAN P. LEVINE, ESQUIRE
13       WHITNEY REDDING, ESQUIRE
             and
14       ROBIN SUMNER, ESQUIRE
     3000 Two Logan Square
15   18th & Arch Street
     Philadelphia, Pennsylvania  19103
16   215-981-4714
     215-981-4121
17   215-981-4652
     levinej@pepperlaw.com
18   reddingw@pepperlaw.com
     sumnerr@pepperlaw.com
19   On behalf of United Egg Producers and the
     United States Egg Marketers
20
21
22   MARCUS & SHAPIRA LLP
     BY:  MOIRA E. CAIN-MANNIX, ESQUIRE
23   One Oxford Center
     35th Floor
24   Pittsburgh, Pennsylvania  15219
     412-338-3344
25   cain-mannix@marcus-shapira.com
     On behalf of Giant Eagle, Inc.
```

**649**

```
 1   BRIGGS and MORGAN
     BY:  TROY HUTCHINSON, ESQUIRE
 2   2200 IDS Center
     80 South 8th Street
 3   Minneapolis, Minnesota  55402
     612-977-8415
 4   thutchinson@briggs.com
     On behalf of Sparboe Farms, Inc.
 5
 6
 7   WEIL, GOTSHAL & MANGES LLP
     BY:  CARRIE M. ANDERSON, ESQUIRE
 8   1300 Eye Street, N.W.
     Suite 900
 9   Washington, D.C.  20005
     202-682-7231
10   carrie.anderson@weil.com
     On behalf of Defendant, Michael Foods
11
12   TELEPHONIC APPEARANCES:
13
     DINSMORE & SHOHL LLP
14   BY:  THOMAS L. CZECHOWSKI, ESQUIRE
     1100 Courthouse Plaza, SW
15   10 N. Ludlow Street
     Dayton, Ohio  45402
16   937-463-4928
     thomas.czechowski@dinsmore.com
17   On behalf of Weaver Brothers
18
19   EIMER STAHL, LLP
     BY:  VANESSA G. JACOBSEN, ESQUIRE
20   224 South Michigan Avenue, Suite 1300
     Chicago, Illinois  60604
21   312-660-7604
     vjjacobsen@eimerstahl.com
22   On behalf of Moark LLC, and Norco Ranch,
     Inc.
23
24
25
```

2 (Pages 646 to 649)

**650**

1   LOVELL STEWART HALEBIAN & JACOBSON LLP
    BY:  MERRICK SCOTT RAYLE, ESQUIRE
2   61 Broadway, Suite 501
    New York, New York  10006
3   212-608-1900
    msrayle@sbcglobal.net
4   On behalf the Indirect Purchaser Plaintiffs
5
6   VERITEXT VIRTUAL APPEARANCES:
7
8   BAKER & MCKENZIE LLP
    BY:  PATRICK J. AHERN, ESQUIRE
9   300 East Randolph Street
    Chicago, Illinois  60601
10  312-861-3735
    patrick.ahern@bakermckenzie.com
11  On behalf of Winn-Dixie, Inc.,
    Roundy's Supermarkets, Inc.,
12  C&S Wholesaler Grocers, Inc., and
    H.J. Heinz Company, L.P.
13
14
15
16  A L S O   P R E S E N T :
17   ROBERT MIRABELLA, Videographer
18
19
20
21
22
23
24
25

**651**

1            I N D E X
2            - - -
3   Testimony of:  GENE W. GREGORY
4   By Mr. Olson            661, 958
5   By Ms. Cain-Mannix          736
6   By Mr. Slidders             783
7   By Ms. Levine               820
8   By Mr. Barnes               940
9
10           E X H I B I T S
11           - - -
12  EXHIBIT NUMBER   DESCRIPTION    PAGE MARKED
13
14  Gregory-79   7/2/99 Letter,
       BELL007698 - BELL007709  661
15  Gregory-80   11/22/06 Letter,
       UE0302008 & UE0302009   675
16
17  Gregory-81   4/17/07 Letter,
       NUCAL-08md20002-0000456
       & 08md20002-0000457   684
18
19  Gregory-82   1/3/08 United Voices,
       UE0619780 - UE0619789  687
20  Gregory-83   PowerPoint presentation,
       UE0533500 - UE0533514   692
21
22  Gregory-84   7/21/08 E-mail with
       attachment,
       UE0354878 - UE0354882   710
23
24  Gregory-85   9/24/08 E-mail,
       NUCAL-08md2002-0056239 &
       NUCAL-08md2002-0056240  733
25

**652**

1            E X H I B I T S (cont'd.)
2            - - -
3   EXHIBIT NUMBER   DESCRIPTION    PAGE MARKED
4
5   Gregory-86   12/30/03 United Voices,
       MOARK0006744 - 0006756  737
6   Gregory-87   4/15/04 Letter,
       NUCAL-08md2002-0001653  739
7
8   Gregory-88   6/1/04 Letter,
       NUCAL-08md2002-0001440  741
9   Gregory-89   Packet of documents,
       MOARK0020062 - 0020096  746
10
11  Gregory-90   Animal Welfare Committee
       October 10, 2006 San
12     Antonio, TX,
       MOARK0027352 - 0027389  771
13  Gregory-91   1/20/09 United Voices,
       RWS 000000775 - 781   780
14
15  Gregory-92   E-mail chain,
       CF0008607            787
16  Gregory-93   Impacts of Banning
       Modern Cage Egg
17     Production in the United
       States press release,
18     CM00187932 - CM00187935  788
19  Gregory-94   Impacts of Banning Cage
       Egg Production in the
20     United States report,
       CPCEGED00132106 -
21     CPCEGED00132145   789
22  Gregory-95   UEP Board of Directors'
       Meeting,
23     UB00007529 - UB00007534  791
24  Gregory-96   E-mail chain,
       CF0005677            805
25

**653**

1            E X H I B I T S (cont'd.)
2            - - -
3   EXHIBIT NUMBER   DESCRIPTION    PAGE MARKED
4
5   Gregory-97   Economic Impacts of
       Converting US
       Production to Enrich
6     Cage Systems,
       CF0005678 - CF0005704  805
7
8   Gregory-98   Shell Egg Marketing
       Committee October 11,
9     2006 San Antonio, TX
       marketing material,
       UE0210026 - UE0210047  808
10
11  Gregory-99   9/26/05 Letter,
       UE0212411 - UE0212413  812
12  Gregory-100  3/19/08 Letter,
       NL003516 & NL003517   813
13
14  Gregory-101  2/6/07 E-mail,
       MFI0004431 - MFI0004433  814
15  Gregory-102  E-mail chain,
       RWS 000011241 & 11242  815
16
17  Gregory-103  Animal Welfare Report
       for 2003 Area Meetings,
       MFI0024405 - MFI0024422  817
18
19  Gregory-104  E-mail chain,
       NL00327492 & NL00327493  818
20  Gregory-105  2/1/05 Letter,
       UE0145966 - UE0145969  830
21
22  Gregory-106  United Egg Producers
       Animal Husbandry
       Guidelines for U.S. Egg
23     Laying Flocks,
       UE0225056 - UE0225085  848
24
25

**654**

1    E X H I B I T S (cont'd.)
2        - - -
3    EXHIBIT NUMBER    DESCRIPTION    PAGE MARKED
4
     Gregory-107   United Egg Producers
5                  Animal Husbandry
                   Guidelines for U.S.
6                  Egg Laying Flocks,
                   UE0295925 - UE0295940   881
7
     Gregory-108   10/4/04 Letter,
8                  UE0176451            906
9    Gregory-109   UEP-Producer Committee
                   For Animal Welfare
10                 January 24, 2005
                   Atlanta, GA Minutes,
11                 UE0210295 - UE0210298   921
12   Gregory-110   Letter,
                   UE0176108            938
13
     Gregory-111   11/17/04 E-mail,
14                 NL 000482           944
15   Gregory-112   A Membership Opportunity
                   Presented By UEP and
16                 Midwest UEP To ROSE ACRE
                   FARMS® THE GOOD EGG
17                 PEOPLE®,
                   UE0186974 & UE0186975   946
18
     Gregory-113   UEP Membership agreement,
19                 UE0148105            949
20   Gregory-114   Major Prospects for UEP,
                   UE0198410            951
21
     Gregory-115   12/22/06 USEM Membership
22                 Agreement and Export
                   Commitment          953
23
     Gregory-116   E-mail chain,
24                 MFI0247110          956
25                     - - -

**655**

1         DEPOSITION SUPPORT INDEX
2
3    DIRECTION TO WITNESS NOT TO ANSWER
4    Page  Line        Page  Line
5    (None)
6
7
8
9    REQUEST FOR PRODUCTION OF DOCUMENTS
10   Page  Line  Description
11   (None)
12
13
14   STIPULATIONS
15   Page  Line
16   656   3-9
17
18
19   QUESTIONS MARKED
20   Page  Line
21   (None)
22
23
24
25

**656**

1
2              - - -
3         (It is hereby stipulated and
4    agreed by and among counsel that
5    sealing, filing and certification are
6    waived; and that all objections,
7    except as to the form of the question,
8    will be reserved until the time of
9    trial.)
10             - - -
11        VIDEOGRAPHER:  We are now on the
12   record.  Please note that the
13   microphones are sensitive and will
14   pick up whispering and private
15   conversations.  Please turn off all
16   cell phones or place them away from
17   the microphones as they can interfere
18   with the deposition audio.  Recording
19   will continue until all parties agree
20   to go off the record.
21        My name is Robert Mirabella
22   representing Veritext New York.
23        The date today is June 27, 2013,
24   and the time is approximately
25   8:08 a.m.

**657**

1
2              This deposition is being held at
3    Pepper Hamilton, located at Two Logan
4    Square, Philadelphia, Pennsylvania.
5    The caption of this case is In Re:
6    Processed Egg Products Antitrust
7    Litigation.  This case is filed in the
8    United States District Court, Eastern
9    District of Pennsylvania.  The case
10   number is 08-MD-02002, MDL number
11   2002.  This is the continuing
12   videotape deposition of Gene Gregory.
13        At this time the attorneys
14   present and attending remotely will
15   please identify themselves and the
16   parties they represent.
17        MR. OLSON:  Steig Olson for
18   Quinn Emanuel Urquhart & Sullivan for
19   the Direct Purchaser Class Plaintiffs.
20        MS. DODGE:  Lee Turner-Dodge
21   also from Quinn Emanuel also for the
22   Direct Purchaser Class Plaintiffs.
23        MR. CAMPBELL:  Richard Campbell,
24   Jenner & Block for the Kraft
25   plaintiffs.

**4 (Pages 654 to 657)**

658

1
2      MS. CAIN-MANNIX:  Moria
3  Cain-Mannix, Marcus & Shapira for
4  Giant Eagle.
5      MR. SLIDDERS:  Charles Slidders
6  from Milberg LLP for the Indirect
7  Purchaser Plaintiffs.
8      MS. KENNEY:  Jeannine Kenney
9  with Hausfeld, LLP for the Direct
10  Purchaser Plaintiffs.
11      MR. HUTCHINSON:  Troy Hutchinson
12  on behalf of defendants Sparboe Farms
13  Inc.
14      MS. LEVIN:  Christine Levin of
15  Dechert on behalf of RW Sauder.
16      MS. ZIEMIANEK:  Margaret
17  Ziemianek, Kasowitz Benson Torres &
18  Friedman on behalf of defendant Nu-Cal
19  Foods.
20      MR. HURLEY:  Ryan Hurley, Faegre
21  Baker Daniels for Midwest Poultry
22  Services.
23      MR. McKENNEY:  Jason McKenney,
24  Gibson, Dunn & Crutcher on behalf of
25  Cal-Maine Foods.

659

1
2      MS. SOUTHALL:  Samantha Southall
3  of Buchanan, Ingersoll & Rooney on
4  behalf of defendants, Hillandale Farms
5  of Pa., Inc., Hillandale Gettysburg
6  LP, Hillandale Farms East, Inc., and
7  Hillandale Farms, Inc.
8      MR. BARNES:  Don Barnes of
9  Porter, Wright on behalf of Rose Acre
10  Farms, Inc., and there's only one of
11  them.
12      MS. REDDING:  Whitney Redding,
13  Pepper Hamilton on behalf of UEP and
14  USEM.
15      MS. SUMNER:  Robin Sumner,
16  Pepper Hamilton on behalf of UEP and
17  USEM.
18      MS. LEVINE:  Jan Levine, Pepper
19  Hamilton on behalf of UEP and USEM.
20      COURT REPORTER:  We need to go
21  off the record.
22      VIDEOGRAPHER:  The time is 8:10.
23  Off the record.
24          - - -
25      (A recess was taken.)

660

1
2          - - -
3      VIDEOGRAPHER:  The time is
4  8:12 a.m.  We are back on the record.
5      MS. LEVINE:  We're back on the
6  record.
7      MR. OLSON:  We made appearances
8  here in person and now could we have
9  appearances on the phone, please?
10      MR. CZECHOWSKI:  This is Tom
11  Czechowski for Weaver Brothers.
12      MS. JACOBSEN:  Vanessa Jacobsen
13  from Eimer Stahl for Moark LLC and
14  Norco Ranch, Inc.
15      VIDEOGRAPHER:  Thank you.  Our
16  court reporter, Linda Rossi
17  representing Veritext will, please,
18  swear in the witness and we can
19  proceed.
20          - - -
21      GENE W. GREGORY, after having
22  been duly sworn, was examined and
23  testified as follows:
24          - - -
25      EXAMINATION

661

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2          - - -
3  BY MR. OLSON:
4      Q.    Good morning, Mr. Gregory.
5      A.    Good morning.
6      Q.    How are you doing physically
7  today?
8      A.    I will make it through the day.
9      Q.    Okay.  All right.  Let me hand
10  you what we'll mark as Gregory Exhibit 79.
11          - - -
12      (Exhibit Gregory-79, 7/2/99
13  Letter, Bates BELL007698 - BELL007709,
14  was marked for identification.)
15          - - -
16  BY MR. OLSON:
17      Q.    Please go ahead and review the
18  document, or just the cover page and you can
19  maybe flip through some of the attachments.
20      For the record, this document
21  is Bates stamped BELL007698 through 7709.
22  Let us know when you've had a chance to
23  briefly familiarize yourself with the
24  document.
25      A.    There's an awful lot here, but

I think I recognize what this is and what it's about.

Q. So can you identify this as a document that you received from John Bell in July of 1999?

A. The name is Don. I thought you said John, I'm sorry.

Q. I certainly meant to say Don.

A. Okay. Yes, it is.

Q. Mr. Bell refers to your egg industry statistics request?

A. Yes.

Q. What does that refer to?

A. The question was, again, I'm sorry?

Q. What does that refer to? What is an egg industry statistics request?

A. These are statistics that he kept updated for I don't know, gosh, maybe back to 1983 or something like that. And distributed monthly. I think that's --

Q. And he distributed it monthly to UEP?

A. UEP was one of the people that





he shared the information with.

Q. Now, is what's attached to this cover letter what Mr. Bell refers to by an egg industry statistics request or is that something different?

A. No, this is the normal stuff that he does, he did every month. Just updating it from month to month.

Q. But in the first line of his letter, he says, "Your egg industry statistics request was FAXED to you today and will be mailed in Priority mail to you on next Tuesday," which indicates to me that that's something different.

A. I don't recall the reason why I was evidently interested in something before it came out, and I don't know what the need was.

Q. Okay. Did UEP from time to time engage Mr. Bell in consulting projects?

A. There were times when Don Bell was an invited like speaker at a meeting that we'd have to provide some statistical information. Beyond that, I don't recall and





I don't know what further question might be. Maybe I --

Q. Was he ever hired to do anything?

A. Yeah, he had -- I don't know how many years he worked for the University of California as a poultry specialist or poultry extension worker. I'm not sure what the exact title was. And he had provided -- he was the only source in the industry providing the -- this kind of statistical work. And upon his retirement at the university, they agreed to allow him to maintain an office, but he was not going to have any income source by which he could continue to gather this kind of information. There was no one else in the industry or any other economist or any other statistician that was keeping this kind of information. So it was critically important to the industry that this kind of information not be lost and that it be maintained. So we were trying to contract with him to bridge the gap until someone later could be found.





Eventually, I can't pronounce his name, but a gentleman named Maro at Iowa State University took over this work from Don Bell.

Q. When you say this work and this type of information, generally how would you describe the type of information that Mr. Bell would provide?

A. He was using USDA, he kept this for years of information that was published by USDA and Urner Barry and then he would take that information and try to make some projections with it or try to analyze what the conditions were and so forth. So he was tracking monthly hen inventories, monthly slaughter, chick hatch, a whole variety of information, most of which, in fact, I think was from USDA. However, he also tracked information as it related to like corn and soybean prices as reported, I think, by the Chicago Board of Trade. He also tracked eggs moving particularly from other states into California. He also tracked things like the USDA, I think this was USDA retail, the average retail prices and so forth. So the

**666**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1      whole host of different things that he
2      tracked. And the good thing about that was
3      that with his work, you could compare today
4      all the way back to, say, in the 1980s if you
5      needed to and so forth, so...
6      Q.    And generally the information
7      he tracked related to the supply of eggs?
8      MS. LEVINE: Objection. Asked
9      and answered.
10     THE WITNESS: I don't think it
11     was -- no, I don't think it was
12     limited just to the supply of eggs.
13     As I just said, it was what the layer
14     inventory was, what the chick hatch
15     was, what the slaughter was. It's a
16     whole host of things.

*Lines renumbered:*

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      whole host of different things that he
3      tracked. And the good thing about that was
4      that with his work, you could compare today
5      all the way back to, say, in the 1980s if you
6      needed to and so forth, so...
7      Q.    And generally the information
8      he tracked related to the supply of eggs?
9      MS. LEVINE: Objection. Asked
10    and answered.
11    THE WITNESS: I don't think it
12    was -- no, I don't think it was
13    limited just to the supply of eggs.
14    As I just said, it was what the layer
15    inventory was, what the chick hatch
16    was, what the slaughter was. It's a
17    whole host of things.
18    BY MR. OLSON:
19    Q.    Fair enough. Let's turn to the
20    second to the last page in this document, it
21    ends in the Bates stamp of 08. Why don't you
22    go ahead and review that page and let me know
23    when you're done.
24    A.    (Reviewing document.)
25    So I've scanned it.

**667**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.    Do you recall seeing the
3      information on this page before?
4      A.    This, I believe, is 1999, and
5      it would be hard for me to recall whether I
6      had seen this previously or not.
7      Q.    So Mr. Bell discusses how
8      correction in the size of the nation's layer
9      flock could be attained. Do you see that?
10    A.    Yes, he does.
11    Q.    Is that the type of thing that
12    Mr. Bell would discuss in his materials from
13    time to time?
14    A.    Again, you're asking me for
15    many years, but, yes, I think there were --
16    periodically he did discuss them.
17    Q.    And did -- would you have
18    one-on-one conversations with Mr. Bell by
19    phone or in person ever?
20    A.    Oh, yes. There were times we
21    had phone conversations, yes.
22    Q.    And is that a subject, this
23    idea of corrections in the size of the
24    nation's laying flock that you would discuss
25    with Mr. Bell from time to time?

**668**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      A.    I don't know. I can't recall
3      what my discussions would have been.
4      Q.    You see the fourth idea that
5      Mr. Bell is putting forward?
6      A.    Yes.
7      Q.    Or a way that the nation's
8      layer flock could be corrected?
9      A.    Right.
10    Q.    It involves an industry-wide
11    policy of a minimum floor space allowance.
12    Right?
13    A.    Yes. Yes.
14    Q.    You see it says, "If 48 square
15    inches were adopted as the minimum space
16    allowance, millions of extra birds would be
17    eliminated." Right?
18    A.    Yes.
19    Q.    So would it be fair to say that
20    by July of 1999 you were aware of the idea
21    that a minimum floor space allowance could be
22    part of the supply adjustment program?
23    MS. LEVINE: Object to the form
24    of the question. Mischaracterization.
25    THE WITNESS: One of the things

**669**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      that is a problem here is that if
3      you're truly, and I have been truly
4      interested in animal welfare for many,
5      many years, if what our industry had
6      gotten themselves into is that they
7      were cramming chickens into cages and
8      into houses, into conditions that I
9      personally thought was inhumane, but
10    what they were trying to do is
11    maximize the revenues from a house
12    total rather than evaluating
13    performance of the laying hen on an
14    individual basis. So we were
15    compromising their genetic potential
16    by doing that. And we had people in
17    the industry that were stocking birds
18    in conditions as low as 43 square
19    inches per bird which is just -- I
20    just think it's embarrassing to say
21    that, but we were. So what he is
22    speaking about here, he's talking
23    about just a minimum of 48 square
24    inches which is still unacceptable.
25    But he's saying if you did nothing

7 (Pages 666 to 669)

670

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  more than that, this is what could
3  happen.
4  BY MR. OLSON:
5     Q.    The question is just, would it
6  be fair to say that by July of 1999 you were
7  aware of the idea that a minimum floor space
8  allowance, whatever it was, could be part of
9  the supply adjustment program?
10          MS. LEVINE:  Object to the form
11    of the question.  Asked and answered.
12          THE WITNESS:  I obviously would
13    have been if I read this document in
14    1999.
15  BY MR. OLSON:
16    Q.    Do you recall, in fact, that
17  you did read the document and, in turn,
18  distributed these ideas to the industry
19  through the United Voices newsletter?
20    A.    Again, this is --
21    Q.    We looked at it earlier.  If
22  you don't recall, it's Exhibit 11.
23    A.    I don't recall.  I don't
24  recall.
25    Q.    It's Exhibit 11.  Why don't you

672

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     A.    Yes.
3     Q.    Then there's the 1, 2, 3, 4
4  that we just looked at.
5     A.    Yes.
6     Q.    Right?
7     A.    Yes.
8     Q.    So there's no question that you
9  saw what Mr. Bell -- you saw this information
10  from Mr. Bell in July of 1999 and, in fact,
11  put it in your newsletter.  Correct?
12    A.    I found no reason why that
13  information was prohibited from being shared.
14    Q.    I just wanted, since one of
15  your answers indicated some doubt about
16  whether you had seen it, I just wanted the
17  record to be clear that it's clear you saw it
18  and you distributed it?
19    A.    I'm not questioning that.  I'm
20  just saying to you that 1999 and trying in
21  2013 to recall something that specific, I
22  can't --
23    Q.    Right.  But --
24    A.    Unless you show me the
25  document, I can't do that.

671

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  take a look at Exhibit 11?
3     A.    I'm sorry, do what?
4     Q.    Can you take a look at
5  Exhibit 11 in your stack, please?
6     A.    Which is Exhibit 11?
7          MS. LEVINE:  This one.
8          THE WITNESS:  11, that goes way
9     back to the first.
10  BY MR. OLSON:
11    Q.    To the 11th, the 11th exhibit.
12    A.    Exhibit 11?
13    Q.    Right.
14    A.    I have 11.
15    Q.    Just pull it out, this will be
16  brief.
17    A.    Okay.
18    Q.    If you look at the bottom of
19  page 2, we did this a couple of days ago.
20    A.    Yes.
21    Q.    "ROLLER COASTER EGG PRICE
22  QUOTES."  And then if you turn to page 3,
23  you'll see the -- you say, "Don Bell has
24  suggested that corrections in the nation's
25  flock size..."

673

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     Q.    Now that you've seen the
3  document, you have no doubt that you saw what
4  Mr. Bell sent you in July of 1999 and
5  distributed it.  Correct?
6     A.    Yes.
7     Q.    You can put those both aside.
8          Now, what were your
9  responsibilities for the export program that
10  was managed by UEP, during the period while
11  it was managed by UEP, while USEM was managed
12  by UEP?
13    A.    So clear that up for me.  While
14  UEP is providing management for U.S. Egg
15  Marketers, is that the question?
16    Q.    Right.
17    A.    Well, first of all, I had no
18  title, so I wasn't president, CEO or anything
19  whatsoever, they wanted to be on the cheap.
20  So I -- my role was that as we received an
21  inquiry from an export customer, I would
22  take that inquiry, try to determine how many
23  loads they wanted, when they wanted them,
24  what price they were willing to pay, et
25  cetera.  And then I would have a conference

8 (Pages 670 to 673)

674

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  call with a U.S. egg marketer, what we call
2  then was Executive/Export Committee. So I
3  would convey this message to the -- that
4  committee. They would then say to me they're
5  not interested at all or they are interested
6  but we don't think the price is good enough,
7  can you get 5 cents more or can we make the
8  delivery such and such. So as such, I was
9  kind of a go-between between that committee
10 and the export buyer making an inquiry.
11     Q.    And what was Phyllis Blizzard's
12 role in this process?
13     A.    Once -- once the membership had
14 returned their ballot confirming their
15 support for or opposed to the export, or if
16 they confirmed their approval of the export
17 order, then I turned it over to Phyllis who
18 then was responsible for all the -- all the
19 mountains of paperwork it takes from all the
20 USDA certificates and et cetera and so forth.
21 So she worked with the egg producers to get
22 those eggs to the ports. She worked with the
23 trucking companies and with the cross dock
24 people and so forth. She handled all the

675

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  nitty-gritty work to make it happen.
2     Q.    So am I understanding it
3  correctly that Ms. Blizzard would generally
4  only become involved after the decision was
5  made to take an export?
6     A.    Yes.
7     Q.    Up until that point, it was
8  largely you working with the committee?
9     A.    Yes.
10                    - - -
11         (Exhibit Gregory-80, 11/22/06
12     Letter, Bates UE0302008 & UE0302009,
13     was marked for identification.)
14                    - - -
15 BY MR. OLSON:
16     Q.    Let me hand you what we've
17 marked as Gregory-80. Please go ahead and
18 briefly review the document. This document
19 is Bates stamped UE0302008 through 009.
20     A.    (Reviewing document.)
21         I've scanned it.
22     Q.    Can you identify it as a letter
23 you wrote to USEM members on November 22,
24 2006?

676

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1     A.    Yes.
2     Q.    The letter discusses a recent
3  export of 90 containers that have been
4  completed. Correct?
5     A.    Yes.
6     Q.    You note that the export had
7  accomplished its goal of improving domestic
8  prices. Right?
9     A.    Yes.
10     Q.    And that was the primary goal
11 of these exports. Correct?
12         MS. LEVINE: Object to the form
13     of the question.
14         THE WITNESS: Exports are taken
15     to try to address a surplus situation
16     when the price of eggs is in very poor
17     conditions and it is intended to try
18     to improve the domestic price of eggs.
19     It is not intended to short the supply
20     of eggs. It is intended for a
21     short-term period to improve domestic
22     prices. There's nothing that I know
23     of wrong with egg producers trying to
24     correct a situation when they are

677

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1     losing lots of money.
2 BY MR. OLSON:
3     Q.    And the second bullet point --
4     A.    Let me make a point here, if
5  you don't mind, Steig.
6     Q.    Well, why don't you do that
7  when your counsel asks you questions.
8     A.    But I think that you need to
9  understand as well.
10     Q.    Well, you know, I'm just trying
11 to get the facts at this point. No one is --
12 I'm not even suggesting anything is wrong, I
13 just want to make sure we're clear on the
14 facts.
15         MS. LEVINE: Mr. Olson is going
16     to ask you questions, then I'm going
17     to ask you all the questions that you
18     wanted to say. It's noted in the
19     record. We'll go back and ask about
20     this document. Okay?
21         THE WITNESS: Okay.
22 BY MR. OLSON:
23     Q.    Tell you what, since you look
24     like you really want to make the point now,

9 (Pages 674 to 677)

678

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  why don't you go ahead.
3        A.    Well, my point is that like so
4  many agriculture products, eggs are a
5  commodity.  We cannot perfectly have the
6  right number of eggs all the time.  We have
7  high -- as I told you before, we have high
8  demand and low demand periods.  We unlike
9  many products in agriculture do not have a
10 government subsidy.  We do not have like a
11 crop insurance program.  We do not have a
12 guaranteed price control.  We have nothing
13 from the government to assist egg farmers
14 with managing their supply or managing their
15 profitability.  Egg farmers, therefore, have
16 to find sources for the market of those eggs
17 when the conditions are such that we're
18 producing far more than needed.  So I want
19 you to understand that there is no other
20 recourse for egg farmers as an insurance or
21 subsidy other than the recourse is go
22 bankrupt.
23       Q.    Now, I've seen references to
24 something that's called a DOJ marketing
25 order.

679

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        A.    DOJ.
3        Q.    Or some sort of marketing order
4  that the egg industry could apply for.  Do
5  you know what I'm talking about?
6        A.    I do not know what that is.
7        Q.    Are you aware of the egg
8  industry ever seeking a government program
9  through Congress to manage supply?
10       A.    Now, the only time I can recall
11 this, and, again, you're trying to tap my
12 memory, and that is that -- this could have
13 been back as far as the 1970s, 1980s.  I
14 don't know when it was.  The industry was in
15 bad shape and there were some producers that
16 said, you know what we ought to do is be like
17 Canada who has a supply program with the
18 government.  And so there was interest in
19 that we would never ever have a profitable
20 industry unless we found some way to have a
21 program like Canada.
22       So there was a series of
23 meetings across the country soliciting
24 opinions from egg farmers.  At the end, a
25 couple of things came to our -- one is that

680

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  egg farmers were just too damned independent
3  and they wanted to be able to grow when they
4  wanted to, they wanted to have acquisition
5  when they wanted to.  So they -- not a
6  sufficient number of them were interested in
7  it nor did we believe that USDA would permit
8  it to be done.  Other than that, I can't
9  recall and I'm not -- I hope my memory is
10 good enough for that.  If that's -- is it
11 Richard, is that what you're referring to?
12       MR. CAMPBELL:  It wasn't from
13 me.
14       THE WITNESS:  It wasn't what you
15 were referring to.  Okay.  Then other
16 than that, I don't know what we're
17 talking about.
18 BY MR. OLSON:
19       Q.    No, that was helpful.
20       There's a second bullet on
21 Gregory-80, and, again, we're just covering
22 some of the facts here to make sure we
23 understand them.
24       It says, "Since UEP assumed the
25 management of USEM, in the fall of 2000, we

681

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  sold five...sizable exports prior to the
3  recent sale?"
4        Do you see that?
5        A.    Yes.
6        Q.    Is that consistent with your
7  knowledge?
8        A.    Again, without me looking at
9  it, but that sounds accurate.
10       Q.    And then the next sentence
11 says, "We had calculated past export benefits
12 of being worth anywhere from as little as 6
13 cents per dozen to as much as 24 cents per
14 dozen during the period of delivery of each
15 export."
16       Do you see that?
17       A.    The key point there is during
18 the period of delivery of each export.
19 Underline that.
20       Q.    What does that mean?
21       A.    That means that typically an
22 export would be taken for delivery over
23 generally no more than four weeks' period of
24 time.  So during that period of the export
25 when we're trying to fill orders or trying to

10  (Pages 678 to 681)

682

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    buy eggs and so forth, that there will be --
3    like any market, stock market, whatever it
4    is, it is based upon bids and offers and, you
5    know, and sales and that kind of thing.  So
6    during that period of time, as this is
7    happening, other than a couple of times I
8    think I recognize, that the market would go
9    up during that short period of time.
10       Q.    Okay.  And so the 6 cents per
11   dozen and 24 cents per dozen is how much the
12   egg price in the market went up during that
13   period of time.  Right?
14           MS. LEVINE:  Object to the form
15       of the question.
16           THE WITNESS:  I'm not an
17       economist on this.  All I'm referring
18       to is what the Urner Barry quote was.
19   BY MR. OLSON:
20       Q.    That was my next question.
21       A.    Yes.
22       Q.    So you would look to Urner
23   Barry for that?
24       A.    Right.
25       Q.    I think you can put that aside.

683

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2           You know, I hate to be
3    backwards, but I forgot to ask you one
4    question on 79 about Mr. Bell's statistics.
5       A.    Yes.
6       Q.    What generally would UEP do
7    with the statistical information that Mr.
8    Bell provided?
9       A.    Quite honestly, he would just
10   flood you with statistics to a point that it
11   was just overkill, and we would be selective
12   of what he had there as it relates to some
13   history of what the inventory was, what the
14   hatch was.  So there was limited amount of
15   information that we were really interested
16   in.  But he just -- he flooded you with
17   statistics.
18       Q.    So he gave you more than you
19   needed but --
20       A.    Yes.
21       Q.    -- certain parts of it were
22   useful for UEP?
23       A.    Yes.
24       Q.    And for those uses, UEP would
25   rely on Mr. Bell's statistics?

684

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2           MS. LEVINE:  Object to the form
3       of the question.
4           THE WITNESS:  I'm sorry, say
5       that --
6    BY MR. OLSON:
7       Q.    For those uses -- for those
8    parts of what Mr. Bell provided that were
9    useful for UEP, UEP would rely on Mr. Bell's
10   statistical work?
11           MS. LEVINE:  Object to the form
12       of the question.  Calls for speculation.
13           THE WITNESS:  He was one source
14       of information that we relied upon,
15       yes.
16           -  -  -
17       (Exhibit Gregory-81, 4/17/07
18       Letter, Bates NUCAL-08md20002-0000456
19       & NUCAL-08md20002-0000457, was marked
20       for identification.)
21           -  -  -
22   BY MR. OLSON:
23       Q.    Let me hand you what we've
24   marked as Gregory-81.  This is a document
25   Bates stamped NUCAL-08md2002-0000456 through

685

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    457.
3           Mr. Gregory, if you could just
4    give this a look and just then identify what
5    this type of document is?
6       A.    Just for the record, would
7    you -- would you tell me what you said about
8    the dates?
9       Q.    I haven't said anything about
10   the date.
11       A.    I thought you said 2002, I'm
12   sorry.
13       Q.    I was just reading this long
14   number at the bottom which is -- was stamped
15   on the document.
16       A.    Okay.  I'm sorry.  I'm sorry.
17   I apologize.  So I'm familiar with this.
18       Q.    And what type of document is
19   this?
20       A.    What this is, is after the
21   membership has approved an export, what we do
22   then, what U.S. Egg Marketers did then was
23   the total export was shared by the percentage
24   each member -- the percentage of hens each
25   member owned in relationship to what the

11 (Pages 682 to 685)

686

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    total cooperative membership layers were.
3    And what this was -- what we -- we would
4    calculate that out and tell each member how
5    many cases they were obligated to fill. And
6    this letter is acknowledging that an export
7    has been taken and a year percentage share of
8    it is X number of cases. It's identifying
9    what kind of containers those eggs have to be
10   in, what kind of eggs they are. It is then
11   going forward and telling about what the
12   price of the sale was. It is then asking
13   them whether they are going to ship their own
14   eggs or whether they want UEP egg traders to
15   purchase those eggs for them.
16       Q.    This document is dated
17   April 17, 2007. Right?
18       A.    Yes.
19       Q.    Do you recall what egg prices
20   were doing in 2007?
21       A.    That is six years ago. No, I
22   do not know.
23       Q.    Do you recall that 2007 was a
24   year of record egg prices in the industry?
25       A.    We had come out of a disaster

688

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    of 2007 egg prices. Right?
3        A.    Yes.
4        Q.    Does it refresh your
5    recollection that it had been a year of
6    record egg prices?
7        A.    Yes.
8        Q.    And you provide some reasons
9    that you think were the reason for the
10   extremely good prices in the industry that
11   year. Right?
12       A.    Yes. Again, I'm not an
13   economist, but I'm giving you my opinion of
14   what I think some of those things were. But
15   I want to highlight in this that all of you
16   may be aware of the government's ethanol
17   policy and what happened as a result of
18   taking corn away from a food product. It
19   became an energy product and it drove up all
20   the cost of transportation and it drove up
21   the cost of all food products that were
22   derived from corn products.
23       Q.    Now, when you would put
24   something like this together for United
25   Voices, would you work on that by yourself or

687

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    situation in 2005 and 2006, and I think
3    because so many people were going broke or
4    were having to reduce their flock, sell hens
5    early, all of those kind of things, they had
6    lost so much money that I suspect, without
7    looking I don't know, but I suspect that
8    probably by this time things may have begun
9    to turn around.
10                      - - -
11           (Exhibit Gregory-82, 1/3/08
12       United Voices, Bates UE0619780 -
13       UE0619789, was marked for
14       identification.)
15                      - - -
16   BY MR. OLSON:
17       Q.    Let me hand you Gregory-82, see
18   if it refreshes your recollection. This is a
19   document Bates stamped UE0619780 through 789.
20           Mr. Gregory, just we're only
21   looking at a small portion. Can you identify
22   this as United Voices publication that you
23   edited dated January 3, 2008?
24       A.    Yes.
25       Q.    And the first page is a review

689

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    would others help you?
3        A.    No. I would say that these are
4    my opinions and my estimations and so forth.
5        Q.    And I take it that you would
6    make an effort to be as accurate as possible.
7            MS. LEVINE: Object to the form
8        of the question.
9            THE WITNESS: I would -- I think
10       that I would not purposely try to do
11       something that I thought was wrong.
12   BY MR. OLSON:
13       Q.    And the first two reasons you
14   give for the extremely good prices are these
15   reasons related to ethanol as you just
16   mentioned. Right?
17       A.    Yes.
18       Q.    And the third is that the
19   animal welfare guidelines had continued to
20   reduce the number of hens per house. That
21   was your belief at the time. Correct?
22       A.    But I want you to highlight,
23   underline, per house.
24       Q.    And you -- that was your belief
25   at the time. Correct?

                              12 (Pages 686 to 689)

690

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2     A.    Yes.
3     Q.    And your belief at the time was
4  that was at least one of the reasons for the
5  extremely good prices in the egg industry in
6  2007.  Correct?
7     A.    Yes, I want to go back and
8  point to you that 2005 and 2006 we overbuilt,
9  the industry nearly went bankrupt and by the
10 time we get in 2007, they have begun to make
11 adjustments.
12          I want to go back and say did I
13 think that was a part of it, yes.  But I
14 think the major reason has always been an
15 irritant to me that I think ethanol is an
16 absolute stupid energy policy and it drove up
17 costs unbelievably.
18    Q.    Now, you referred earlier to
19 the fact that you didn't think the USDA would
20 support a supply management program.  Do you
21 recall saying that?
22    A.    Yes, I did say that.
23    Q.    What's the basis for your
24 belief that the USDA would not have supported
25 a supply management program?

691

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2          MS. LEVINE:  Objection.  Calls
3  for complete speculation from this
4  witness.
5          THE WITNESS:  We -- I don't
6  recall.  Again, I'm telling you that I
7  don't know when it happened, I think
8  it was like 1970, 1980s.  I don't know
9  what it was.  A lot of those things
10 depended upon who was the secretary of
11 agriculture at the time.  It depends
12 on what politics at the time is.  And
13 so I don't know how I drew that
14 conclusion.  But I do recall that we
15 drew the conclusion we didn't think
16 USDA would be receptive to that.
17 BY MR. OLSON:
18    Q.    Did you consider in the 2000s
19 whether the USDA would be receptive to a
20 supply management program?
21          MS. SOUTHALL:  Objection to the
22 form.
23          THE WITNESS:  You would have to
24 show me a document of that because I
25 certainly don't recall anything like

692

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  that.
3  BY MR. OLSON:
4     Q.    You don't recall thinking about
5  that at all?
6     A.    No.
7     Q.    What is PEPA, P-E-P-A?
8     A.    There was, maybe it still is, I
9  don't know, but, yeah, I think it is, it's an
10 organization in California and it's the
11 Pacific Egg and Poultry Association.
12    Q.    And it held an annual
13 convention?
14    A.    They have, yes.
15    Q.    Would you go every year to the
16 annual convention?
17    A.    No.
18    Q.    From time to time you would go?
19    A.    Only when I was invited.
20         - - -
21          (Exhibit Gregory-83, PowerPoint
22 presentation, Bates UE0533500 -
23 UE0533514, was marked for
24 identification.)
25         - - -

693

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  BY MR. OLSON:
3     Q.    Let me hand you what we've
4  marked Gregory-83.
5     A.    We're done with these two?
6     Q.    Yes.
7          This is a document that's Bates
8  stamped UE0533500 through 514.  I'll ask if
9  you can identify it as a presentation that
10 you gave at the PEPA annual convention in
11 March 2008?
12    A.    The document says so.
13    Q.    Have you had a chance to flip
14 through the document?
15    A.    Just quickly.
16    Q.    Can you identify this as the
17 presentation you gave at the PEPA annual
18 convention in 2008?
19    A.    Yes.
20    Q.    And you titled it an "Egg
21 Economies Report."  Right?
22    A.    Yes.
23    Q.    Now, the slide one, first slide
24 of the presentation is titled, "Factors
25 Attributed To 2007 Egg Prices."  Right?

13 (Pages 690 to 693)

694

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1      A.    Yes.

2      Q.    And the first one, first bullet

3 is this "Financial losses of 2005 and 2006"

4 that you referred to.  Right?

5      A.    Yes.

6      Q.    You also referred to "Flock

7 Reduction (Better supply management)."

8      Do you see that?

9      A.    Yes.

10     Q.    What are you referring to

11 there?

12     A.    After having suffered the

13 extreme financial losses of 2000 and -- 2005

14 and 2006, egg farmers were recognizing that

15 they could not continue to do that, and my

16 belief at that point in time that they were

17 doing a better job of managing their supply.

18     Q.    The third bullet is "UEP

19 Certified Cage Space Requirements."  Right?

20     Q.    And the fourth is "Prohibited

21 backfilling of cages."  Right?

22     A.    Yes.

23     Q.    You're referring to the UEP

695

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 certified program prohibiting that.  Right?

2     A.    Yes.

3     Q.    And then the next bullet is

4 "Exports."  Right?

5     A.    Yes.

6     Q.    That's again the USEM exports.

7 Right?

8     A.    Yes.

9     Q.    Let's look at slide -- let's

10 look at the slide that discusses --

11     A.    Could I just clear up one more

12 thing there?

13     Q.    Sure.

14     A.    You fail to go over the reduced

15 egg supply during weeks between Easter and

16 Labor Day.

17     Q.    Well, we can -- okay.  We can't

18 go over everything in these documents, but if

19 you want to make a point about that --

20     A.    Right.  But anyway, I think you

21 need to understand is that the poorest egg

22 demand period of the year is between Labor --

23 is between Easter and Labor Day.  Why, I

24 don't know but it is.  Historically it's

696

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 always that way.  An egg -- and yet the egg

2 farmer has high demand periods at Easter,

3 Thanksgiving and Christmas.  He needs to

4 maintain a flock size that can meet his

5 maximum demand.  That then means that those

6 same chickens are still laying eggs in that

7 period between Easter and Labor Day, and he

8 doesn't have a market for all those eggs.

9 Sometimes it's as much as 20 percent

10 difference.  So what I'm talking about here

11 is they're finally beginning to recognize

12 that this is a problem and they need to do

13 something better to manage that period of low

14 demand.

15     Q.    Let's look at -- well, in fact,

16 on that point, UEP had suggested ways that

17 the industry could manage that period of

18 demand in 2007.  Right?

19     A.    I don't know when we did it,

20 but yes, I know we have done that.

21     Q.    And in 2007 the producers did

22 what UEP had recommended?

23     MS. LEVINE:  Object to the form.

24     Calls for speculation.

697

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1     THE WITNESS:  I would like for

2 it to be noted that in all the

3 recommendations that we ever made,

4 they were recommendations and there

5 was no requirement that they had to do

6 this.  It was voluntary.  And there

7 was no penalty if you didn't.  And

8 quite honestly, we were a complete

9 failure every time.

10 BY MR. OLSON:

11     Q.    Except this time.  Right?

12 Didn't you just say that you were a success

13 in that this time?

14     MR. McKENNEY:  Object to the

15 form.

16     THE WITNESS:  No, I did not say

17 that.  I said that the producers had

18 recognized after severe financial

19 losses in 2005, 2006, they were doing

20 a better job of managing supply.

21 BY MR. OLSON:

22     Q.    Well, you also said that the

23 record egg prices in 2007 were partly due to

24 a reduced egg supply during this period

14 (Pages 694 to 697)

698

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 between Easter and Labor Day. Right?
3     A.    What I said to you was
4 that I think after all this history, they had
5 finally began to recognize that this is not a
6 good time to be holding a whole lot of hens.
7 So I think they were doing something about
8 that.
9     Q.    And they were doing what UEP
10 had recommended. Right?
11     MS. LEVINE: Object to the form
12 of the question. Calls for speculation.
13     THE WITNESS: I have no
14     confirmation that they were doing
15     that. Because, again, I said to you
16     there is no -- there is -- it's a
17     voluntary -- it would have been
18     voluntary. We have no way of
19     following up to see if they did, and
20     there was no penalty if they did not.
21 BY MR. OLSON:
22     Q.    Well, you talk to egg producers
23 all the time. Right?
24     A.    Quite a lot. I love those
25 people.

699

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     Q.    And you talk about what they
3 were doing with their production, didn't you?
4     MS. LEVINE: Object to the form
5 of the question. Calls for speculation.
6     THE WITNESS: You know, we have
7     conversations about a lot of things,
8     and I can't recall, you know -- yes,
9     there would be times I would talk
10     about that.
11 BY MR. OLSON:
12     Q.    Including how they were
13 managing their production, you would talk to
14 them about that?
15     A.    You know what, this is -- this
16 answer is going to surprise you, but very
17 seldom did we actually have those kind of
18 conversations.
19     Q.    But you're not suggesting that
20 you never had those types of conversations?
21     MS. LEVINE: Object to the form
22 of the question.
23     THE WITNESS: These are people
24     that are in the business and they have
25     a great deal of interest in the

700

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     profitability of their industry, and
3     so, yes, they would want to engage in
4     that conversation at times,
5     particularly when things were in
6     terrible shape.
7 BY MR. OLSON:
8     Q.    Let's turn to the slide that
9 ends in 05. This is a slide that you put
10 together. Right?
11     A.    Yes.
12     Q.    "UEP Certified Program -
13 Reduces Flock Size." Right?
14     A.    Yes.
15     Q.    So there's a success. Right?
16     A.    Yes, but you need to point out
17 that, again, there was houses that needed to
18 be built, new houses that needed to be built
19 to replace the hens they were losing in
20 existing houses, and the financial conditions
21 in 2005 and 2006 were so bad that they could
22 not afford to build the new houses that they
23 needed nor would the bankers loan them any
24 money because of that. So here we had a need
25 to build new housing and they couldn't afford

701

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 to do so.
3     Q.    Let's talk about what's
4 discussed in this slide. I want to make sure
5 that we all understand it. So the first
6 bullet says, "Let's assume...producers were
7 providing cage space of 53.3 square inches
8 prior to 2002." Do you know where you got
9 that number from?
10     A.    No, I do not. I think that it
11 was generally thinking that there were some
12 people that were as low as I said before,
13 43 inches, some people at 48 inches. But I
14 think that the majority of people were, based
15 upon what we knew about cages and birds, we
16 believe that 53.3 was probably the majority.
17     Q.    Or maybe the average?
18     A.    No, I don't really think it was
19 the average.
20     Q.    The majority?
21     A.    I think it was probably the
22 majority.
23     Q.    Second bullet you say, "By 2007
24 this house would have been populated with
25 16.7% fewer hens when using the 'house

15 (Pages 698 to 701)

702

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  averaging' space allowance."
3       A.    Yes, but I want you to note
4  that that is talking about per house, that
5  house.
6       Q.    Right.  I got that.
7       A.    We're not talking about a
8  national figure.
9       Q.    My question is actually more
10 about the next one.  It says, "Layer houses
11 filled in the fall of 2008 and thereafter
12 will see further reduction by 3.7% when using
13 the 'house averaging' space allowance."  What
14 does that mean?
15      A.    It means that when you move, I
16 don't remember the dates, but when you move
17 from 64 to 67 square inches per bird, there
18 will be -- you know, you're asking me to look
19 back on it, but -- so when we move from the
20 64 to the 67 square inches, that particular
21 house, those existing houses are going to
22 have 3.7 less, percent less birds in the
23 houses.
24      Q.    And then the next bullet, I
25 won't read it all, but is basically saying

703

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  that under the certified program, we would
3  see further reductions in late 2008 and 2009
4  by approximately 8.9 million hens.  Right?
5       A.    Yes.
6       Q.    Now, let's look at the next
7  slide, "Backfilling Cages."
8       A.    The next slide?
9       Q.    Yes.  You put this slide
10 together, too.  Correct?
11      A.    Yes.
12      Q.    First bullet says, "From the
13 summer of 2003 through the spring of 2004,
14 the industry enjoyed very profitable prices."
15 Right?
16      A.    Yes.
17      Q.    True statement?
18      A.    I'd have to review that, but it
19 must have been, I wrote it.
20      Q.    And the next bullet says, "To
21 take advantage of good prices - producers
22 elected to back fill empty cages."  Right?
23      A.    Yes.
24      Q.    "This added several million
25 hens to the nation's flock inventory and was

704

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  a major reason we destroyed good prices."
3  Right?
4       A.    Right.
5       Q.    That was your view at the time.
6  Right?
7       A.    Yes.
8       Q.    And the third bullet says, "UEP
9  Certified program then develops policy to
10 prohibit backfilling cages."  Right?
11      A.    Yes.
12      Q.    True statement?
13      A.    Yes.
14      Q.    And then you said, "The market
15 now reflects the benefits of that policy."
16 And that was true as well, right?
17      A.    Yes, but you're trying to imply
18 that backfilling was only done as a supply.
19 That was not the reason, this is what I'm
20 trying to say, is that -- is that farmers,
21 because there's no prohibition against it,
22 they were doing a practice that they had
23 never done before and now they're making
24 profits and they think, oh, if I can just put
25 more chickens in that house and backfill

705

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  those cages, I can maximize our profits.
3  When, in fact, what it did, it destroyed, but
4  most of all, it was jeopardizing the intent
5  of the UEP certified program.
6       Q.    Well, you suggest -- I'm not
7  trying to imply anything.  I basically just
8  read what you had written.
9       A.    I know, but --
10      Q.    Is there anything on this
11 page --
12      A.    There was nothing but --
13      Q.    Hold on.  Let me ask the
14 question.
15            Is there anything on this page
16 or anywhere in this presentation that you
17 gave at the PEPA annual convention that
18 suggests that the problem with backfilling
19 had anything at all to do with animal
20 welfare?
21            MS. LEVINE:  Object to the form
22      of the question.
23            THE WITNESS:  You're trying to
24      take my words and imply that it was a
25      supply problem, and I'm saying to you,

16 (Pages 702 to 705)

706

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1     I'm only reporting what is going on
2    and I object to what you're trying
3    to -- trying to put words into this
4    that this was not the intention.
5  BY MR. OLSON:
6    Q.   Mr. Gregory, is there anything
7  either on this slide or anywhere in the
8  presentation that suggests that the problem
9  with producers backfilling had anything at
10  all to do with animal welfare?
11    A.   Again, I would say to you, yes,
12  that's true, but you are misreading it from
13  -- different from what this is really all
14  about.
15    Q.   What this says is that the
16  problem with backfilling is it destroyed good
17  prices.  Right?  That's what it says?
18    A.   You know what, you've asked
19  that question enough times, I've tried to
20  answer it enough times, why don't you move
21  on.
22    Q.   And the prohibition of
23  backfilling, that was another success.
24  Right?

707

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    A.   No.  No.  That doesn't -- It
2  was a success in the fact that it was to
3  provide for a more humane animal welfare
4  program and to meet the intent of what these
5  space guidelines were.
6    Q.   You suggested that for all UEP
7  did to try to help the industry manage
8  supply, it was never successful, but, in
9  fact, what you told PEPA in 2008 was that UEP
10  stepping up and prohibiting backfilling was a
11  major reason that the market had benefited in
12  2007.  Right?
13    MS. LEVINE:  Object to the form
14    of the question.
15    THE WITNESS:  No, I don't think
16    it says that.  It says the market now
17    reflects the benefit of that policy.
18  BY MR. OLSON:
19    Q.   And the market reflected it by
20  record egg prices.  Correct?
21    A.   I don't know whether it was
22  record egg prices then or not.
23    Q.   Well, let's look back then at
24  Exhibit 82.

708

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    A.   You can do that again if that's
2  what you -- if that's -- what number is that?
3    Q.   82, this is your United Voices,
4  your review of 2007 egg prices where you say,
5  "As we come to the...year of record egg
6  prices...," and later you refer to them as
7  extremely good prices.
8    A.   If that's what it says, that's
9  what it says.
10    Q.   So when backfilling
11  succeeded -- the prohibition of backfilling
12  succeeded --
13    A.   Let me ask you a question.  Why
14  in hell are you so concerned about
15  backfilling when what we're talking about is
16  animal welfare, trying to improve welfare of
17  animals?  Are you trying to discredit -- are
18  you trying to -- I mean, I just -- this blows
19  my mind how you nitpick something like that
20  when all we're trying to do is improve the
21  welfare of animals.
22    Q.   There are two reasons why I'm
23  spending time on this.
24    A.   Because backfilling had nothing

709

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  to do with the supply/demand program.
2    Q.   There are two reasons why I'm
3  spending time with this.  First is you
4  suggested that all the work UEP did to help
5  manage supply was never successful.  And it
6  seems to me that's directly contradictory to
7  what you say -- what you said at this --
8    A.   Because backfilling is not a
9  supply/demand recommendation is what I'm
10  saying to you.
11    Q.   Is that what you told the PEPA
12  annual convention in 2008?
13    A.   I did not tell the PEPA people
14  that this was a supply/demand recommendation
15  and that it responded to a supply/demand
16  recommendation.  Nowhere does that say that.
17    Q.   Did you tell the PEPA annual
18  convention that prohibiting backfilling had
19  anything at all to do with animal welfare?
20    MR. McKENNEY:  Objection.  Asked
21    and answered.
22    THE WITNESS:  I don't recall.
23    I'm tired of the question.  I don't
24    recall.

17 (Pages 706 to 709)

710

GENE W. GREGORY - HIGHLY CONFIDENTIAL
BY MR. OLSON:
 3    Q.    You can put that aside.
 4              - - -
 5    (Exhibit Gregory-84, 7/21/08
 6    E-mail with attachment, Bates
 7    UE0354878 - UE0354882, was marked for
 8    identification.)
 9              - - -
10  BY MR. OLSON:
11    Q.    Let me hand you what's marked
12  Gregory-84.  This is Bates stamped UE0354878
13  through 882.  Why don't you briefly scan the
14  document, let us know when you're done.
15    A.    (Reviewing document.)
16          I've scanned it.
17    Q.    All right.  Can you identify
18  the cover e-mail as one that you sent on
19  July 28 -- 21, 2008?
20    A.    Yes, I do.
21    Q.    And you attach a document that
22  you had written.  Correct?
23    A.    Yes.
24    Q.    Now, this document that you had
25  written concerns the fact that Walmart had

711

GENE W. GREGORY - HIGHLY CONFIDENTIAL
 2  apparently been considering purchasing eggs
 3  that were certified under this Process
 4  Verified Program.  Right?
 5    A.    I don't believe the word is
 6  certified.  I believe the word is verified.
 7    Q.    That's what I meant to say.
 8  That were verified under the Process Verified
 9  Program.  Right?
10    A.    Yes.
11    Q.    And how did you learn that?
12    A.    I probably receive more irate
13  phone calls from egg farmers across the
14  country on this subject than anything I have
15  ever received from both Walmart suppliers as
16  well as nonsuppliers.  And so I learned about
17  it thataway.
18    Q.    So some UEP members called you
19  and told you that -- that Walmart was
20  considering purchasing eggs under the Process
21  Verified Program?
22          MS. LEVINE:  Object to the form
23    of the question.  Mischaracterizes the
24    witness' answer.  Asked and answered.
25          THE WITNESS:  As I recall, this

712

GENE W. GREGORY - HIGHLY CONFIDENTIAL
 2  first became an issue because of some
 3  of the egg suppliers to Walmart were
 4  now competing against something they
 5  knew did not know much of the -- they
 6  had very little information about.
 7  BY MR. OLSON:
 8    Q.    You referred to phone calls you
 9  had received from egg farmers?
10    A.    Yes.
11    Q.    What do you recall about who
12  called you?
13    A.    You want me to name all the
14  people that called me?
15    Q.    About this topic.
16    A.    That's what I'm saying, you
17  want me to name all the people that called
18  me?
19    Q.    How many -- about this Walmart
20  topic?
21    A.    Yes.
22    Q.    How many was it approximately?
23  I mean, are we talking dozens?
24    A.    Oh, God.  See, now this is
25  where I have a problem.  If I say 24 and then

713

GENE W. GREGORY - HIGHLY CONFIDENTIAL
 2  it turns out later it's 25, you know, I'm
 3  not --
 4          MS. LEVINE:  I think on this one
 5    Mr. Olson just wants an approximation.
 6  BY MR. OLSON:
 7    Q.    Are we talking one or two or
 8  are we talking more than 20?
 9    A.    No, no, no.  I must have got 20
10  or 30 calls about this.
11    Q.    Because Walmart is a -- is
12  probably the major customer of UEP members?
13    A.    Yes.  Yes.
14    Q.    And that includes --
15    A.    Well, they are the biggest in
16  the retail industry.
17    Q.    And they're a big customer not
18  just for UEP certified egg producers but
19  potentially for other UEP members as well.
20  Right?
21          MS. LEVINE:  Object to the form
22    of the question.  Calls for speculation.
23          THE WITNESS:  Walmart was very
24    supportive of the work that UEP and
25    FMI had done.  In fact, Walmart was

18 (Pages 710 to 713)

714

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    the first company to commit themselves
2    that they would only buy UEP certified
3    eggs.  And that had been their policy.
4    They had written letters when we had
5    discussions about this 100 percent
6    rule.  They had written letters to us
7    warning UEP to main that 100 percent
8    rule.  Now some years have passed and
9    a company or individual has called on
10   Walmart, and they are supposedly
11   marketing a EU -- I'm sorry, a USDA
12   animal welfare program and as such
13   presenting it as superior to the UEP
14   certified program, and in the process
15   of it, making false statements about
16   the UEP certified program.
17   BY MR. OLSON:
18       Q.    Who is this --
19       A.    By this time, at Walmart like
20   maybe it is at many retailers, I don't know,
21   their egg buyers don't -- they're not egg
22   buyers for their life, they will change from
23   one commodity procurement to another one
24   every few years.  So by this time they have

715

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    new people in their egg buying that were --
2    that I was not familiar with.  So after a
3    series of many phone calls saying, Gene, you
4    have got to call Walmart and you've got to
5    defend the UEP certified program because
6    there's things being said about UEP certified
7    that is false and you need to call them and
8    make sure that they understand what UEP
9    certified is.  And so reluctantly finally I
10   made a phone call and it was -- I was given a
11   name of a particular lady to call.  I made
12   that call.  And she was not available, and
13   shortly thereafter a gentleman named Tony
14   called me.
15       Q.    Now, my understanding was that
16   UEP policy forbade UEP staff from contacting
17   the customers of UEP members?
18       A.    That is not totally true
19   because when you have your members asking you
20   to call a retailer to clear up a
21   misunderstanding or to confirm something,
22   then we followed up on those member requests.
23       Q.    Who is this individual or
24   company that you referred to that had called

716

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    on Walmart and that you say was making false
2    statements to Walmart?
3        A.    At that point, it would be --
4    on my part it would be speculation who the
5    individual was.  I have -- you know, I have a
6    feeling who it might be, but I don't know
7    that, so I shouldn't say so.  And -- but I
8    know the company that was calling on Walmart.
9        Q.    What company was that?
10       A.    That was Sparboe.
11       Q.    And do you have any firsthand
12   knowledge of what Sparboe said to Walmart
13   about its program?
14       A.    It told Walmart that this was a
15   USDA animal welfare program.
16       Q.    What's the basis for your
17   knowledge about what Sparboe told Walmart?
18       A.    In the conversation with this
19   gentleman Tony.
20       Q.    So -- and that conversation
21   occurred before or after you drafted this
22   letter to Walmart?
23       A.    You know, I think -- you know,
24   I'm sorry that I don't remember, but it seems

717

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    to me like at some -- it seems to me like,
2    and don't hold me up on this because I'm not
3    sure about my memory on this, but it seems to
4    me like at some time after that, that Chad
5    was invited to go down and meet with the
6    Walmart people.  And I think what I'm doing
7    here is trying to give him some history of
8    what this is so that he can do so.  That's my
9    recollection, but I'm not sure I'm right.
10       Q.    At the time you called Walmart,
11   you had no information about what Sparboe had
12   supposedly told Walmart that was false.
13   Right?
14       MS. LEVINE:  Objection to the
15   form of the question.
16       THE WITNESS:  What I had been
17   told by the phone calls, you know, is
18   that the UEP certified program does
19   not require a farmer to be 100
20   percent, that it -- that a non-UEP
21   certified company could buy UEP
22   certified eggs and sell them to
23   Walmart.  That -- I don't know all
24   what it was.  That the Process

VERITEXT REPORTING COMPANY
(212) 279-9424        www.veritext.com        (212) 490-3430

**718**

1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     Verified Program was a superior
3     program, the UEP's program for
4     whatever reasons, I don't recall all
5     of this stuff.
6  BY MR. OLSON:
7     Q.    How do these people calling you
8  know what Sparboe had told Walmart?
9        MS. LEVINE:  Objection. Calls
10     for speculation.
11        THE WITNESS:  Again, I'm having
12     to recall, but it happened to be, as I
13     understand, that the people that were
14     egg suppliers to Walmart now were
15     being challenged to meet a new price
16     to -- in order to maintain their
17     business because they were --
18     otherwise they were going to change to
19     this program and they didn't know what
20     program they were competing with
21     because they couldn't find out any
22     information about that program.  And
23     so then, you know, they began talking
24     amongst themselves obviously about
25     what's going on here, and so, you

**719**

1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     know, they call me saying, Gene,
3     you've got to do something to protect
4     the credibility of UEP's program.
5  BY MR. OLSON:
6     Q.    But you had no credible
7  information that Sparboe was spreading false
8  information to Walmart, did you --
9        MS. LEVINE:  Objection.
10  BY MR. OLSON:
11     Q.    -- before you contacted Walmart?
12        MS. LEVINE:  Objection to the
13     form of the question. Asked and
14     answered. Mischaracterizes what
15     Mr. Gregory just testified to.
16        THE WITNESS:  My call to -- when
17     I eventually received a call back from
18     this gentleman named Tony is that I
19     explained to him right up front is
20     that I'm not calling you to have a
21     discussion about who you do business
22     or that is not the intent of this
23     call. You can do business with
24     anybody you want to. It is my
25     understanding that someone has made

**720**

1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     some false statements about the UEP
3     certified program and made some
4     statements that maybe is inaccurate
5     about the USDA program, and so I've
6     been asked to call you and try to
7     clear up any misunderstanding.
8  BY MR. OLSON:
9     Q.    And at the time of that
10  conversation, you had no credible basis for
11  making the accusation that Sparboe had made
12  false statements about the UEP certified
13  program, did you?
14        MS. LEVINE:  Objection to the
15     form of the question.  Calls for
16     speculation. Asked and answered
17     several times. Mischaracterizes what
18     Mr. Gregory testified to.
19        THE WITNESS:  When I talked to
20     this gentleman named Tony, I never
21     identified the name of Sparboe or any
22     company name.  I never entered into
23     any conversations about who they
24     were buying with.  My -- again, I
25     state that my call was that I had

**721**

1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     heard that someone was
3     mischaracterizing our program.
4  BY MR. OLSON:
5     Q.    And what was the basis?
6     A.    And Walmart had long been a
7  supporter and knew about all this and
8  obviously they were new people and maybe they
9  didn't know all the details.
10     Q.    So someone calls you on the
11  phone and says I heard Sparboe said to
12  Walmart things that were not true, and then
13  you picked up the phone and called Walmart?
14     A.    I don't think -- say -- I'm
15  sorry, say that again.
16     Q.    Some UEP member calls you on
17  the phone and says I had heard from somewhere
18  that Sparboe said some false information to
19  Walmart. And that was sufficient for you to
20  pick up the phone and tell Walmart that --
21  and call Walmart and say you had heard that
22  someone was spreading false information?
23        MS. LEVINE:  Objection to the
24     form of the question.  Mischaracterizes
25     his last ten minutes of testimony.

**VERITEXT REPORTING COMPANY**
(212) 279-9424       www.veritext.com       (212) 490-3430

722

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  BY MR. OLSON:
3      Q.    Am I missing something?  Is
4  there something --
5      A.    You tried to say some
6  individual called you.  And I said earlier
7  that I probably had more irate phone calls
8  over this than anything.  And I don't know
9  how many, probably 20 or 30 calls I had about
10  this.  By this time, it's my duty to educate
11  and make sure what -- there is a clear
12  understanding that the UEP certified program,
13  that it would be unfair for someone to
14  mischaracterize it.
15     Q.    I've asked it a dozen different
16  ways.  I'm probably asking it the wrong way,
17  but let me just try it one more time.  I'm
18  just trying to understand what was the basis
19  for you making an assertion to anyone that
20  you believe that Sparboe or any other company
21  was spreading false information to Walmart.
22  What was the basis for that?
23     A.    It was based upon phone calls
24  that I had received from numerous producers.
25     Q.    How did those people know what

723

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  Sparboe had said?
3         MS. SOUTHALL:  Objection to
4  form.
5         MS. LEVINE:  Calls for
6  speculation.
7         MR. OLSON:  What's the
8  objection?
9         MS. SOUTHALL:  It calls for
10  speculation.  He's testified to this
11  multiple times.
12        MR. OLSON:  It calls for
13  speculation.  Okay.  Thanks.
14  BY MR. OLSON:
15     Q.    What was the basis to your
16  understanding?  What was your understanding
17  of the basis of these people who called you
18  on the phone knowing what Sparboe had said to
19  Walmart?
20        MS. LEVINE:  Objection to the
21  form of the question.  Calls for
22  speculation.  It mischaracterizes what
23  Mr. Gregory described what he said to
24  Walmart.
25        THE WITNESS:  So how many times

724

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  do I try to answer it?  There are egg
3  suppliers to Walmart.
4  BY MR. OLSON:
5      Q.    How do those people know what
6  Sparboe said to Walmart, that's what I don't
7  understand?
8         MR. BARNES:  You have to ask
9  them.
10        MS. LEVINE:  You're going to
11  have to take their depositions.
12  BY MR. OLSON:
13     Q.    So you don't know either.  Is
14  that the answer, you don't know?
15        MS. LEVINE:  Mr. Olson, this is
16  a long time ago.  This witness really
17  has spent a half an hour trying to
18  answer your questions fully.
19        MR. OLSON:  I'm ignoring all
20  these improper objections, but please
21  don't do any more of that testifying.
22        MS. LEVINE:  It's not improper.
23  You spent 30 minutes on this line of
24  questioning.  If Mr. Gregory has
25  anything else to add, you can ask him.

725

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  BY MR. OLSON:
3      Q.    Did you know the basis of these
4  accusations that were being made in these
5  phone calls to you?
6         MS. LEVINE:  Objection.  Asked
7  and answered.
8  BY MR. OLSON:
9      Q.    Did these people say I was in a
10  room with Sparboe when they said something
11  false?
12     A.    No.
13     Q.    So did you know the basis of
14  them saying that Sparboe was making false
15  statements to Walmart?
16        MS. LEVINE:  Objection.  Asked
17  and answered.
18        THE WITNESS:  You know, Steig,
19  sometimes I just get irritated with
20  you because you are personally
21  attacking me.  You are personally
22  accusing me, and I don't understand
23  why you're doing so.
24  BY MR. OLSON:
25     Q.    Well, you're the one that

21 (Pages 722 to 725)

726

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    accused Sparboe of making false statements to
3    Walmart.
4         A.   I did not.
5         MS. LEVINE:  That is
6    completely --
7         THE WITNESS:  I said I did not.
8    How many times do I have to tell you
9    that?  I never ever mentioned
10   Sparboe's name.
11   BY MR. OLSON:
12        Q.   So you, Mr. Gregory, don't have
13   any basis for believing that Sparboe made
14   false statements to Walmart.  Is that right?
15        MS. LEVINE:  Objection to form
16   of the question.  Mischaracterizes the
17   witness' last 30 minutes of testimony.
18        THE WITNESS:  You know, I have
19   to --
20        MS. LEVINE:  You want to
21   continue on your time and ask him, go
22   ahead.
23        THE WITNESS:  You know, I have
24   to trust the people that's making
25   calls to me that are irritated about

727

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    this situation.  And so that's my
3    source of the reason why I made that
4    call.  It was not about who Walmart is
5    going to do business with.  It's about
6    making sure that it is fully
7    understood about what the UEP
8    certified program is.
9    BY MR. OLSON:
10        Q.   When you contacted Walmart, did
11   you have any basis for believing that Sparboe
12   had made false statements to Walmart?  Yes or
13   no?
14        MS. LEVINE:  Mr. Olson, you
15   really have asked this for 35 minutes.
16   This is a fact deposition to find out
17   what the witness knows.  This is not a
18   time to interrogate him.  You'll have
19   trial.  Really.  He's answered that
20   question about eight times if you look
21   at your record.
22   BY MR. OLSON:
23        Q.   It's a yes or no question.
24        A.   You're looking at me like you
25   want an answer.

728

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2         Q.   Yes.  I'll ask the question one
3    more time.  If it's as easy as everyone on
4    this side of the table is suggesting, if you
5    answered it eight times, it's going to be
6    easy for you to answer again.
7         A.   Why don't you just get to the
8    bottom line of what your --
9         Q.   Here's the question.
10        MS. LEVINE:  He's going to ask
11   the question again.  You can answer
12   it --
13   BY MR. OLSON:
14        Q.   Mr. Gregory --
15        MS. LEVINE:  -- again.
16   BY MR. OLSON:
17        Q.   Mr. Gregory, when you contacted
18   Walmart, did you have any basis for asserting
19   that Sparboe had made false statements to
20   Walmart?
21        MS. LEVINE:  Objection to the
22   form of the question.  Asked and
23   answered for the last 35 minutes.  If
24   this witness has anything else to
25   answer, Mr. Gregory, you can add to

729

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    the record.
3         THE WITNESS:  I will again say,
4    based upon numerous phone calls from
5    our members telling me that what
6    Sparboe was telling Walmart was a
7    misrepresentation of the UEP certified
8    program.
9    BY MR. OLSON:
10        Q.   And did you know the basis for
11   these people in the phone call saying what
12   Sparboe had told Walmart?
13        MS. LEVINE:  Objection to the
14   form.  Asked and answered.  I think
15   the record is very clear on everything
16   Mr. Gregory has said.  If you want to
17   say something in addition, you
18   certainly can, sir.
19        THE WITNESS:  I don't know how
20   to answer your question.  I tried
21   every way in the world, but I don't
22   know how to answer it.  I'm not trying
23   to be evasive.  I'm just trying to
24   tell you where the phone calls came
25   for me and my instructions to make

22 (Pages 726 to 729)

730

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     phone call -- a phone call to Walmart.
3  BY MR. OLSON:
4        Q.    Were these people in the room
5  with Walmart, had they seen something written
6  by Sparboe that was false?
7           MS. LEVINE:  Objection.
8  BY MR. OLSON:
9        Q.    How did these people know what
10 Sparboe was saying to Walmart?
11          MS. LEVINE:  Objection.  Calls
12 for speculation.  Asked and answered.
13 If you can answer any additional
14 information to Mr. Olson, you may.
15 Otherwise, you can stand on your
16 answer.
17          THE WITNESS:  These people are
18 suppliers to Walmart.  I am assuming
19 that Walmart has now called their
20 suppliers and said that you're going
21 to have to lower your price if you
22 want to keep my business because
23 otherwise I'm going to change to this
24 program.  That's what I recall.
25 BY MR. OLSON:

731

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    All right.  So you draft this
3  as something for Mr. Gregory to use
4  potentially when he has discussions with
5  Walmart, Chad Gregory that is?
6        A.    I'm trying to tell him some
7  background of what's going on here.
8        Q.    So if you look at the page that
9  ends in 81 of what you drafted, there's a
10 question for example, "Is it possible that
11 the copyrighted UEP animal husbandry
12 guidelines have been stolen?"
13          Do you see that?
14       A.    Yes.
15       Q.    So you were comfortable
16 suggesting that someone was out there
17 stealing the UEP guidelines?
18       A.    When I saw the copy of this, I
19 can't remember the exact name of the program
20 that was being used as a competition, and you
21 look at it, there is an awful lot of key
22 information in that program that is exactly
23 what's in UEP's program.  And they have
24 selected things out of the UEP certified
25 program to include in their program.  So my

732

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  question is, this is our program, it looks
3  like somebody has taken things from us and
4  not -- without having asked our permission to
5  do so.
6        Q.    And there was some questions
7  you drafted to be asked Walmart.  Right?
8        A.    Yes.
9        Q.    And one of them is, "Why would
10 Wal-Mart accept a secret program that is not
11 supported by an industry?"
12       A.    The reason being is that it
13 would be nice if the egg suppliers that are
14 current suppliers to Walmart had a way of
15 knowing what they're competing against and in
16 trying to find things and trying to go
17 through USDA to find out what this program
18 that supposedly was touted and reported as a
19 USDA program, in our Freedom of Information
20 Act we tried to find out what that was, and
21 so much of it was redacted that we could not
22 learn very much about it other than those
23 things that they had taken out of UEP's
24 program.
25       Q.    You can put that aside.

733

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2                 - - -
3           (Exhibit Gregory-85, 9/24/08
4     E-mail, Bates NUCAL-08md2002-0056239 &
5     NUCAL-08md2002-0056240, was marked for
6     identification.)
7                 - - -
8  BY MR. OLSON:
9        Q.    Let me hand you what's been
10 marked Gregory-85.  This is a two-page
11 document Bates stamped NUCAL-08md2002-0056239
12 through 40.
13          I'll ask if you can identify it
14 as an e-mail that you wrote on September 24,
15 2008?
16       A.    I've read it.
17       Q.    This is an e-mail that you
18 wrote.  Correct?
19       A.    Yes.
20       Q.    It concerns a Wall Street
21 Journal article?
22       A.    Yes.
23       Q.    A reporter named John Wilke?
24       A.    Yes.
25       Q.    At the end of your e-mail

734

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 towards the end, you -- at the bottom of the
2 first page you say, "Mr. Wilke...," in the
3 article, "...says a number of times that he
4 got information from UEP newsletters and
5 letters to members."
6
7          Do you see that?
8     A.    Yes.
9     Q.    You say, "Why any member would
10 share private information with a reporter is
11 beyond my understanding."
12          Do you see that?
13    A.    Yes.
14    Q.    And you're referring to those
15 newsletters and those letters. Right?
16    A.    Yes, although I do not believe
17 that's where he got the information.
18    Q.    All right. So you --
19    A.    You brought this subject up.
20    Q.    I'm at the end of -- I'm at the
21 end of my time.
22    A.    You brought the subject up.
23    Q.    Well, I'm at the end of my
24 time, so --
25    A.    I'd like to tell the setup deal

735

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 here if I could.
2          MS. LEVINE: We can ask you that
3 question.
4          MR. OLSON: At this point, I'm
5 going to thank you for your time. I'm
6 going to pass the witness. Obviously
7 I reserve the right to do any follow
8 up after examination is conducted on
9 this side of the table. And we do
10 anticipate that that will happen. So
11 let's take a break.
12          THE WITNESS: But Mr. --
13          MS. LEVINE: We'll have to see
14 about timing on your 14 hours.
15          VIDEOGRAPHER: The time is
16 approximately 9:32 a.m. This ends
17 tape one, volume three. We're now off
18 the record.
19                  - - -
20          (A recess was taken.)
21                  - - -
22          VIDEOGRAPHER: The time is
23 9:44 a.m. This begins tape two,
24 volume three. We're back on the
25

736

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 record.
2          MS. LEVINE: I just want to say
3 we're back on the record and that the
4 time for this deposition is 14 hours
5 for all of the MDL plaintiffs and then
6 the defendants have an opportunity,
7 but if you want to reserve anything
8 for redirect, please work that into
9 your 14 hours.
10          MS. CAIN-MANNIX: We'll talk
11 about that later. How much time is
12 left?
13          MR. OLSON: We've gone 11:39.
14                  - - -
15          EXAMINATION
16                  - - -
17 BY MS. CAIN-MANNIX:
18    Q.    Good morning, Mr. Gregory.
19    A.    Good morning.
20    Q.    My name is Moira Cain-Mannix.
21 I have a few questions for you.
22          In approximately December of
23 2003, did UEP implement a licensing program?
24    A.    We implemented a licensing
25

737

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 program, but I would need some document to
2 verify the date.
3    Q.    I'll show you what we will mark
4 as Exhibit 86 to your deposition.
5    A.    Okay.
6                  - - -
7          (Exhibit Gregory-86, 12/30/03
8 United Voices, Bates MOARK0006744 -
9 MOARK0006756, was marked for
10 identification.)
11                  - - -
12 BY MS. CAIN-MANNIX:
13    Q.    Could you identify this
14 document for the record?
15    A.    Yes.
16          MS. SUMNER: Read the Bates
17 number into the record for the people
18 on the phone.
19          MS. CAIN-MANNIX: Sure. It's
20 MOARK -- I have an incomplete copy.
21 MOARK0006744 through 6756.
22 BY MS. CAIN-MANNIX:
23    Q.    My questions really are only
24 focusing on the first two pages.

24 (Pages 734 to 737)

**738**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1   GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   A.   Okay.
3   Q.   Is this a document you created?
4   A.   Yes.
5   Q.   In December of 2003?
6   A.   Yes.
7   Q.   I'd like to focus your
8   attention at the bottom of page 1 and it
9   carries over onto the second page.
10  A.   Okay.
11  Q.   "UEP's board has approved the
12  marketing of Animal Care Certified eggs by
13  non-certified producers and/or marketers
14  providing they sign a License and Marketing
15  Agreement, pay an annual license fee and file
16  Monthly Compliance Reports.  The reporting
17  forms and agreements will be provided to all
18  interested marketers soon after January 1,
19  2004."
20       Does this refresh your
21  recollection about the licensing program?
22  A.   Yes.  Yes.
23  Q.   This program at this time was
24  available to producers and/or marketers,
25  non-certified producers and/or marketers?

**739**

1   GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   A.   From that point forward, yes.
3   Q.   Did you have to be a member of
4   UEP or UEA to obtain a license?
5   A.   No.
6   Q.   Did you send the reporting
7   forms and agreements soon after January 1,
8   2004?
9   A.   I don't recall, but this says
10  that I will be doing so or we will be doing
11  so.
12  Q.   I'll show you what we'll mark
13  as Exhibit 87 to your deposition.
14  A.   Are you done with this?
15  Q.   Yes, you can put that away.
16  Thanks.
17       - - -
18       (Exhibit Gregory-87, 4/15/04
19       Letter, Bates NUCAL-08md2002-0001653,
20       was marked for identification.)
21       - - -
22  BY MS. CAIN-MANNIX:
23  Q.   This is NUCAL-08md2002-0001653.
24  A.   Yes.
25  Q.   Can you identify this document,

**740**

1   GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   Mr. Gregory?
3   A.   Yes.
4   Q.   And what is it?
5   A.   It's a letter to Chuck Elste of
6   Nu-Cal Foods.
7   Q.   Dated April 15 of 2004?
8   A.   Yes.
9   Q.   It's regarding the licensing
10  program.  Correct?
11  A.   Yes.
12  Q.   It's asking Nu-Cal Foods if it
13  wants to become a member or licensed
14  marketer.  Correct?
15  A.   Yes.
16  Q.   You tell them what they need to
17  do to become a licensed marketer.  Is that
18  correct?
19  A.   I think that's what the letter
20  is saying, yes.
21  Q.   And the four things they need
22  to do are sign and return the enclosed
23  license agreement?
24  A.   Yes.
25  Q.   Pay an annual fee, sign and

**741**

1   GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   return the enclosed marketing agreement?
3   A.   Yes.
4   Q.   And sign and return the
5   enclosed dispute resolution?
6   A.   Yes.
7   Q.   And those documents are
8   enclosed behind your letter.  Is that
9   correct?
10  A.   Yes.
11  Q.   There's also a copy of the
12  check from Nu-Cal Foods which seems to
13  indicate that they paid some kind of a
14  licensing fee?
15  A.   Yes.
16  Q.   You can put that document
17  aside.
18       I'm going to show you what
19  we'll mark as Exhibit 88 to your deposition.
20       - - -
21       (Exhibit Gregory-88, 6/1/04
22       Letter, Bates NUCAL-08md2002-0001440,
23       was marked for identification.)
24       - - -
25  BY MS. CAIN-MANNIX:

25  (Pages 738 to 741)

**742**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  Q.    For the record, this is
2  NUCAL-08md2002-0001440.  Can you identify
3  this document?
4  A.    Yes.
5  Q.    And this is a letter from you
6  dated June 1, 2004, again, to Mr. Chuck
7  Elste?
8  A.    Yes.
9  Q.    And it's a follow up to your
10 last letter, and they're sending in the
11 licensing agreement and other documents.  Is
12 that correct?
13 A.    Yes.
14 Q.    At this point, now that they
15 are licensed marketers, you sent them a
16 number of enclosures?
17 A.    Yes.
18 Q.    "A copy of your signed license
19 agreement," "Monthly reporting forms," "The
20 audit guidelines as written by USDA," "The
21 audit score sheet to be used by USDA," "The
22 list of USDA auditors," "Letter from
23 USDA-FSIS and USDA-AMS regarding the use of
24 the Animal Care Certified logo," and a

**743**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  "Statement on the required use of the Animal
2  Care Certified Website address"?
3  A.    Yes.
4  Q.    And you asked them to complete
5  monthly reporting forms and return them on a
6  timely basis to Howard Magwire?
7  A.    Yes.
8  Q.    And he was a UEP consultant at
9  that time or an employee?
10 A.    Yes.  And I don't know -- there
11 was a period of time that, yes, he did work
12 for us as a consultant and then we hired him
13 as our director of government relations
14 program, but I don't know what the timing of
15 it is.
16 Q.    And are Exhibits 87 and 88
17 typical of how you would handle the license
18 agreement with other members as well, or
19 licensors I should say?
20        MS. LEVINE:  Objection to the
21 form of the question.
22        THE WITNESS:  Nu-Cal is a little
23 bit different than typical.  And the
24 reason being is that Nu-Cal is a

**744**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  cooperative of egg farmers.  And their
2  individual egg farmers have -- are now
3  UEP certified companies and they can
4  sell their eggs as UEP certified eggs.
5  I think, I'm trying to remember now, I
6  think Chuck Elste requested to have a
7  license agreement because they are
8  doing business with customers that
9  recognize the name Nu-Cal Foods.  They
10 don't recognize the name of JS West or
11 Sunrise Farms, so forth.  So what he's
12 wanting to do is to have a way by
13 which he can communicate to his
14 customers that Nu-Cal has a license to
15 market these eggs.  I think that's --
16 this is a little bit different than
17 what a normal non-certified licensor
18 would be.
19 BY MS. CAIN-MANNIX:
20 Q.    But would the process be
21 similar in terms of the types of documents
22 you sent them --
23 A.    Yes.
24 Q.    -- both to join and then after

**745**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  they joined?
2  A.    Yes.  Yes.
3  Q.    You can put those documents
4  aside.
5        Mr. Gregory, did there come a
6  time when there was some controversy about
7  producers being part of the license program?
8  A.    Yes, there was.
9  Q.    And did it result in producers
10 no longer being capable of obtaining a
11 license?
12 A.    Yes, it did.
13 Q.    For at least a period of time?
14 A.    No.  It changed to a point that
15 from that point forward, if you were an egg
16 producer, you had to -- on your production,
17 you had to implement the UEP certified
18 program, and that by doing so, you could
19 market eggs as UEP certified.  If you were a
20 producer, that was the only way you could
21 market UEP certified.  So there was the need
22 because that left people out of the market,
23 people that did not own chickens but were in
24 the marketing of eggs, they needed a means by

26 (Pages 742 to 745)

746

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 which they could buy UEP certified eggs to
2 fill their customer's order. So it changed
3 at a point in time and it's remained that way
4 ever since.
5
6         Q.    I'm going to show you what
7 we'll mark as Exhibit 89 to your deposition.
8                    - - -
9           (Exhibit Gregory-89, Packet of
10         documents, Bates MOARK0020062 -
11         MOARK0020096, was marked for
12         identification.)
13                    - - -
14 BY MS. CAIN-MANNIX:
15        Q.    We're really only focusing,
16 it's a large packet, but on a couple of
17 pages. It's Bates labeled MOARK0020062
18 through MOARK0020096.
19           I'm going to focus on pages
20 20078 to 20080. Do you have that?
21        A.    Do you want me to scan these
22 now?
23        Q.    Sure.
24        A.    (Reviewing document.)
25           Okay. I just quickly dotted.

747

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2        Q.    Can you identify this document?
3        A.    I do.
4        Q.    Was this a meeting that you
5 attended?
6        A.    It appears that I did. It
7 doesn't have my name on it, but it appears
8 that I did.
9        Q.    Were you the author of these
10 notes or minutes, if you will?
11        A.    I would have to assume that I
12 am. I can't verify for sure.
13        Q.    On the first page, do you
14 recall motion, the motions identified as
15 number 2 and number 3?
16        A.    Yes, I do.
17        Q.    And motion number 2 pertains to
18 producers. Is that correct?
19           MS. ZIEMIANEK: Counsel, which
20         page are we on?
21           MS. CAIN-MANNIX: 20078.
22           THE WITNESS: Yes. That is
23         addressed towards producers.
24           MS. LEVINE: Object to the form
25         of the question. Lack of foundation.

748

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2        These are -- just to be clear, these
3        motions are taken from other
4        documents. They're not -- just to be
5        clear about the document you're using.
6 BY MS. CAIN-MANNIX:
7        Q.    And the motion carried, this
8 motion number 2, with a vote of 19 yes and 8
9 nos. Correct?
10           MS. LEVINE: Object to the form
11         of the question. Lacks foundation as
12         to this document so the witness is
13         clear about what he's testifying to.
14           THE WITNESS: That's what
15         this -- that's what this so states.
16 BY MS. CAIN-MANNIX:
17        Q.    And this motion essentially
18 says we're discontinuing the licensing
19 program for producers at this time. Is that
20 correct?
21           MS. LEVINE: Object to the form
22         of the question as to the motion
23         regarding this date and this document.
24         You certainly can answer the question.
25           THE WITNESS: Yes, at this point

749

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2        it is that if you are an egg producer,
3        your opportunity to market UEP
4        certified eggs is to -- for your
5        company to implement the program.
6 BY MS. CAIN-MANNIX:
7        Q.    So when you say "implement the
8 program," you mean become a member, not a
9 member -- strike that.
10           You become a certified producer
11 under the UEP certified program?
12        A.    Yes.
13        Q.    You could no longer obtain a
14 license?
15        A.    If you were an egg producer,
16 you could no longer obtain a license. Do
17 you -- we gave you the opportunity to enroll
18 in a program and sell eggs that way just like
19 all other producers were. So it was trying
20 to create an equal level playing field for
21 everybody.
22        Q.    At that time, who had licenses,
23 do you recall, that were producers?
24        A.    You know, I'm sorry, but this
25 is 2005. I don't recall.

27 (Pages 746 to 749)

750

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    Do you recall if Sparboe was a
3    licensee at that time?
4        A.    I do not.
5        Q.    Motion number 3 is a motion
6    directed to shell egg processors and further
7    egg processors who do not own or operate egg
8    production facilities.  Correct?
9            MS. LEVINE:  Object to the form
10       of the question regarding this
11       document.
12           THE WITNESS:  That is what it so
13       states.
14   BY MS. CAIN-MANNIX:
15       Q.    And the motion passed.  Correct?
16       A.    Yes.
17       Q.    And the purpose of the motion
18   is to allow shell egg processors and further
19   egg processors to continue to obtain licenses
20   to market ACC eggs?
21           MS. LEVINE:  Object to the form
22       of the question.
23   BY MS. CAIN-MANNIX:
24       Q.    So long as they don't own or
25   operate egg production facilities?

751

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        A.    Yes.  And the reason why that
3    was is that we did not want to restrict this
4    program to only egg producers.  There is
5    other people that market eggs.  So we wanted
6    to provide an opportunity for those people
7    that did not own egg production to be able to
8    fill their customers' needs by providing a
9    license agreement that had certain
10   stipulations to it.
11       Q.    Let's look at the reasons for
12   the motions.
13       A.    Yes.
14       Q.    Do you recall one of the
15   reasons for the motion was an effort to gain
16   100 percent participation?
17       A.    Yes.  That's always been our
18   goal.  We'd like for everybody to be on the
19   program.
20       Q.    But in some sense, motion
21   number 2 eliminates one opportunity for
22   participation?
23       A.    No.  In fact, motion number 2
24   creates an equal situation where everybody
25   can participate in the program --

752

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    But not all --
3        A.    -- if you're a producer.
4        Q.    Producers could no longer get
5    licenses, though?
6        A.    You can no longer get a
7    license.
8        Q.    Reason number 2 states it's a
9    "Reaction to an eastern producer who is
10   'cheating.'"  Do you know who that was?
11       A.    It was reported to me that
12   there, too, was a northeastern producer or
13   eastern producer that had violated the
14   program.  And I've used the word here
15   "cheating," and that he had misrepresented
16   the product.
17       Q.    Do you recall who that was?
18       A.    Do I have to do -- do I have to
19   name?  Kreider Farms.
20       Q.    Reason number 3 states that one
21   of the reasons for the motion is a "Reaction
22   to the market place where in a non-certified
23   marketer can offer a discount on shell eggs
24   which are not ACC vs. ACC.  This is a
25   competitive advantage since they may have

753

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    lower costs on their own production."
3        A.    What is trying to be said
4    there, if you are an egg producer and you
5    have ten houses of chickens, and if you have
6    only implemented our guidelines on two of
7    those houses, let's say, when you take the
8    total farm cost of production because it does
9    cost more to produce Animal Care Certified
10   eggs at this point, it does cost more to
11   produce Animal Care Certified eggs, so when
12   you are only licensed to market eggs out of
13   let's say a couple houses and you spread that
14   cost over your entire farm or company, then
15   you have a lower cost than the company that
16   has made a commitment to do it on 100 percent
17   all their farms.
18       Q.    Does it also mean that a
19   licensed producer could offer to a customer
20   UEP certified eggs or a lower cost non-UEP
21   certified egg?
22       A.    That has always been the case,
23   that if you are a UEP certified producer, you
24   have the opportunity to buy non-certified
25   eggs if that's what your customer would

28 (Pages 750 to 753)

754

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  prefer to buy and pay for.  So that's always
2  been the opportunity to do that.  If your
3  customer wants that, you want to do so.
4       Q.    At that time, were some members
5  upset by producers who were licensors but not
6  subject to the full UEP certified program,
7  that they could produce eggs on some houses
8  that weren't subject to UEP guidelines at a
9  lower cost of production and sell them to
10  customers at a lower cost, or they had the
11  option of selling some licensed eggs at a
12  higher cost to customers and it created a
13  competitive disadvantage?
14       MS. LEVINE:  Objection to the
15  form of the question.  Compound.
16       THE WITNESS:  I'm not trying to
17  be evasive, I'm just --
18  BY MS. CAIN-MANNIX:
19       Q.    It's a long question.
20       A.    It's been -- I don't know
21  how -- at this point I'm not clear on the
22  question and how to answer it.
23       Q.    UEP certified producers that
24  were part of the certified program --

755

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1       A.    Yes.
2       Q.    -- had to implement guidelines
3  on 100 percent of their houses?
4       A.    At that point in time that was
5  changed, yes.
6       Q.    And the licensors didn't have
7  to do that?
8       A.    That's what was occurring, yes.
9       Q.    And so it was a competitive
10  disadvantage due to lower cost of production?
11       MS. LEVINE:  Objection to the
12  form of the question.
13       THE WITNESS:  Yes.
14  BY MS. CAIN-MANNIX:
15       Q.    Moving down to "Problems
16  created/unanswered by motions."  Number 1, it
17  says it "Limits free trade of eggs."  Do you
18  recall that discussion?
19       A.    No, I do not recall the
20  discussion, but I think that it's what we
21  were -- what this is referring to is that we
22  needed to find a vehicle licensed somehow or
23  another so that we did not leave anybody out
24  of the opportunity to sell Animal Care

756

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  Certified eggs.
2       Q.    But it says that was unanswered
3  by the motion.
4       A.    The motion doesn't necessarily
5  say that, but that was -- there's no motion
6  that clearly says limit free trade, but
7  that's the point of this, is establishing a
8  license agreement for people that are simply
9  in the process and our egg products business
10  that don't own layers is that if we were to
11  continue to leave them out of the
12  opportunity, that would limit free trade.
13       Q.    But they already had that
14  opportunity prior to the motion.  Right?
15       A.    No, they did not.  We're
16  talking about at this point in time egg
17  producers had a license, there was -- this is
18  when we are now approving a license agreement
19  for people that don't own chickens.
20       Q.    I want to go back to the first
21  exhibit I showed you.
22       MS. LEVINE:  What number is
23  that?
24       MS. CAIN-MANNIX:  I think it is

757

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  86.
2  BY MS. CAIN-MANNIX:
3       Q.    It states that there was an
4  approval -- "UEP Board has approved the
5  marketing of Animal Care Certified eggs by
6  non-certified producers and/or marketers
7  provided they sign a License and Marketing
8  Agreement..."
9       A.    So what's your point I'm asking?
10       Q.    So it was open to marketers
11  back then that were producers?
12       A.    That was as of January 2004,
13  and now we're looking at a meeting of May of
14  2005, so...
15       Q.    Right.  So marketers didn't
16  change.  Right?
17       A.    Let me go back and look at
18  that.
19       I'm not trying to be evasive,
20  I'm struggling with the time because so many
21  things happened and as changes were going on
22  and I -- my point here is that we were trying
23  to make sure that everybody that marketed
24  eggs had an opportunity to do that, and --

29 (Pages 754 to 757)

**758**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 what page were we on? I forget, was it 78?
2 And what I think I'm trying to say at that
3 point in time, that had we not done that,
4 that it would have left some people out of
5 the market.
6 Q. But licensors back in '4 -- I'm
7 sorry, strike that.
8 Marketers could do it in 2004
9 and they could still do it in 2005. What
10 changed in 2005 was producers could not get
11 licenses anymore.
12 A. No. See, I'm not sure, you
13 see -- you know, my memory is foggy on this,
14 but I'm not sure what we're talking about in
15 a meeting April 19, 2005, all I'm -- what I
16 think I'm reporting on is what those motions
17 were at some point preceding that. This was
18 not necessarily a meeting at that point in
19 time of the Animal Welfare Committee or the
20 board is reporting what those motions were at
21 a previous time.
22 Q. And what time was that, to your
23 recollection?
24 A. Come on. Come on. My memory

**759**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 is not that good. You know, I don't know
2 what the date of that was.
3 Q. Was it a year old motion?
4 A. I do not know that.
5 Q. Moving on to page 79, the
6 continued list of problems created/unanswered
7 by motion. Number 4, one of the reasons was
8 it "Raises the question about the original
9 purpose of ACC: a husbandry practice program
10 now managing the marketing and economic
11 restriction of movement of product." You
12 wrote that. Correct?
13 A. Yes.
14 Q. There's a final --
15 A. You're implying that that is --
16 Q. I'm not implying anything. I'm
17 just trying to get the facts that you wrote
18 this at the time of this document.
19 MS. LEVINE: Objection to form
20 of the question. I think he said he
21 doesn't recall who wrote it, he thinks
22 he does.
23 THE WITNESS: But what I'm
24 writing here is that this is -- I'm

**760**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 reporting that our actions had raised
2 these questions. I'm not saying that
3 I'm raising this question.
4 BY MS. CAIN-MANNIX:
5 Q. Fair enough. The final page
6 references another motion. Do you recall
7 when this motion was made?
8 A. I do not.
9 Q. Was it made at this particular
10 meeting?
11 A. I do not know.
12 Q. And this final motion was
13 defeated. Correct?
14 A. Yes. That so states.
15 Q. And this final motion would
16 have included non-certified producers and
17 marketers. Correct?
18 A. Quite honestly, I don't
19 understand this because I don't know when
20 this motion had been made. But I do -- what
21 I'm saying to you is that at some point in
22 time, licenses were given to people that were
23 not egg producers to allow them to market
24 certified eggs. So I don't know when that

**761**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 motion is made and I don't know why it was
2 defeated.
3 Q. Turn to page 76 of this packet.
4 MR. BARNES: Which package are
5 we on, Counsel?
6 MS. CAIN-MANNIX: Same one,
7 four pages previous to this.
8 THE WITNESS: So now this is
9 minutes from an April 19, 2005,
10 meeting of the Producer Committee for
11 Animal Welfare. You're asking me
12 about page 76?
13 BY MS. CAIN-MANNIX:
14 Q. Correct, the motion identified
15 in the middle of that page.
16 A. Yes.
17 Q. Would that motion have included
18 any type of marketer, whether that marketer
19 be a producer marketer or just a processor
20 marketer that doesn't produce?
21 MS. LEVINE: Object to the form
22 of the question. Lacks foundation.
23 Unclear as to the identity of the
24 entity counsel is referring to.

30 (Pages 758 to 761)

762

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    THE WITNESS: I think this
2    motion is talking about those people
3    that don't own egg laying hens and
4    we're talking about expanding this to
5    people that are egg marketers but
6    don't qualify -- that don't own egg
7    laying hens. I think that's what
8    we're talking about here. You know,
9    I --
10  BY MS. CAIN-MANNIX:
11      Q.    Why is that different from
12  motion number 3 that we looked at previously
13  on page 78?
14      A.    It is different.
15      Q.    I'm asking if it was different
16  because one carried and one did not?
17      A.    So I'm going to compare that to
18  which one you said?
19      Q.    On page 78, motion number 3.
20      A.    It did carry. And I don't
21  know -- but, again, is that part of this
22  April 5th -- was that a motion from
23  April 5th? I don't see it. I don't know.
24      Q.    Well, regardless of the date,

763

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  motion number 3 is clear that it pertains to
2  shell egg processors and further egg
3  processors --
4      MS. LEVINE: Object to the form
5      of the question. Restate my objection.
6  BY MS. CAIN-MANNIX:
7      Q.    -- who do not own or operate
8  egg producing facilities?
9      A.    Yes. Yes.
10      Q.    Let's move on. You can put
11  that aside for now.
12      Did there come a time,
13  Mr. Gregory, when members wanted to get the
14  UEP license program back to the extent they
15  wanted producers to be able to join in the
16  licensing program again?
17      MS. LEVINE: Objection.
18      THE WITNESS: So if you were a
19      producer and you did not want to be a
20      UEP certified company, was there a
21      time when the producers were asking
22      and they would like to have the
23      license again, that's the question?
24  BY MS. CAIN-MANNIX:

764

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1      Q.    Correct.
2      A.    I don't know. You'd have to
3  show me something to confirm that. I don't
4  know.
5      Q.    Can you pull out --
6      A.    You know, let me tell you
7  something. Starting from 1999 through today,
8  this program has been talked about in
9  virtually every meeting UEP has ever held.
10  There has been numerous changes through --
11      Q.    I'm sorry to interrupt you, but
12  we have limited time and I didn't have a
13  question pending, so let your counsel ask
14  that and let's move on.
15      A.    You're trying to pinpoint me on
16  memories of dates and I can't do that.
17      Q.    I'm not. I'm asking if you
18  knew it. If you don't, we'll move on. So
19  let's look at Exhibits 70 and 71 that were
20  previously introduced.
21      A.    That's way back here.
22      MS. LEVINE: Bottom of the pile.
23  BY MS. CAIN-MANNIX:
24      Q.    Do you need help finding it?

765

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1      A.    70 and 71. Okay.
2      Q.    Is this the meeting you
3  attended?
4      A.    It is.
5      MS. LEVINE: Which document are
6      you speaking of?
7      MS. CAIN-MANNIX: I'm sorry,
8      Exhibit 70.
9  BY MS. CAIN-MANNIX:
10      Q.    And at that meeting, did those
11  present, which I understand from your prior
12  testimony included UEP members and UEA
13  further processors --
14      A.    Yes.
15      Q.    -- raise a concern or an issue
16  regarding the discontinuance of the ACC
17  non-certified marketing agreement?
18      A.    I'm sorry, where are you
19  reading that at?
20      Q.    It's issue number 4.
21      A.    Yes. What is your point?
22      Q.    Is that a reference to the
23  previous licensing program?
24      A.    No, that's a -- well, I don't

766

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  know.  It is the point of these people are
3  raising issues or concerns about the program.
4  I've identified that's one of them.
5        Q.    You can put that aside.
6        We'll look at 71, pages 64 and
7  65, "HISTORICAL VIEW OF 'UEP CERTIFIED'
8  PROGRAM."  This is something that you
9  authored.  Correct?
10       A.    Yes.
11       Q.    At the bottom of this page you
12 stated, "With the creation of the 'Animal
13 Care Certified' program in 2002, UEP assumed
14 management of the program and established
15 additional requirements including auditing by
16 USDA and ARPAS.  The program remained a
17 voluntary program for all UEP members and was
18 made available to non-UEP members."  Correct?
19       A.    Correct.
20       Q.    That's a correct statement?
21       A.    Correct.
22       Q.    Would non-UEP members that were
23 part of the certified program, could they
24 attend meetings?
25             MS. LEVINE:  Object to the form

767

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2       of the question.  Which meetings are
3       you asking about?
4             MS. CAIN-MANNIX:  Board or
5       committee meetings of UEP.
6             MS. LEVINE:  Object to the form
7       of the question.  It depends.  Can you
8       identify which board meeting you're
9       asking this witness over a ten-year
10      period?
11            MS. CAIN-MANNIX:  I'm asking
12      just in general, were they permitted.
13            MS. LEVINE:  Object to the form
14      of the question.  If this witness can
15      give a general answer as to the
16      meetings, you can.  If you can't...
17            THE WITNESS:  It was not to my
18      knowledge nor was it -- it was not
19      intended that any, and I don't recall
20      any of them, that if you were not a
21      UEP member, you were not welcome at a
22      UEP meeting.
23 BY MS. CAIN-MANNIX:
24      Q.    So you're saying that they were
25 not, in general, they were not permitted to

768

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  attend the meeting?
3             MS. LEVINE:  Did you answer the
4       question?
5  BY MS. CAIN-MANNIX:
6       Q.    They were not prohibited --
7       A.    Pardon?
8       Q.    I was confused by your answer.
9  Were they permitted or not permitted?
10            MS. LEVINE:  Object to the form
11      of the question.  If this witness can
12      give a general answer to each and
13      every committee or board meeting in a
14      ten-year period.
15            THE WITNESS:  They were not
16      invited.  If you are not an egg
17      producer, not a -- I mean, if you're
18      not a UEP member, you are not invited
19      to any UEP meetings.
20 BY MS. CAIN-MANNIX:
21      Q.    Were you prohibited from
22 attending UEP meetings if you were not a
23 member, but you were a certified --
24      A.    Unless they were invited to
25 that meeting for some reason and they showed

769

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2       up and were not a member, they were asked to
3       leave.
4       Q.    Did any nonmembers that were
5  UEP certified participate in any UEP votes?
6       A.    No.
7       Q.    Moving on.  Oh, wait.  The next
8  paragraph talks about fees.
9       A.    Yes.
10      Q.    So members and nonmembers were
11 subject to a fee for participation in the UEP
12 certified program.  Correct?
13      A.    If you were using the program,
14 yes, you had to pay a fee.
15      Q.    Moving down on your historical
16 view document, two paragraphs below, the
17 reference is the approval of the license and
18 marketing agreement, and that it was
19 terminated in January 2005.  Is that correct?
20            MS. LEVINE:  Objection to the
21      extent this witness can remember.
22            THE WITNESS:  That is so stated
23      that way, but I think there is -- you
24      know, I think as time goes on, there
25      is some confusing things happening

32 (Pages 766 to 769)

770

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 here.
2 BY MS. CAIN-MANNIX:
3 Q. We'll try to clear that up.
4 You agree with the December 2003 statement
5 that it was approved at that time because we
6 went over that. Correct?
7 MS. LEVINE: Object to the form
8 of the question.
9 THE WITNESS: Again, if that's
10 what I so stated before.
11 BY MS. CAIN-MANNIX:
12 Q. Are you objecting to the second
13 part of that paragraph --
14 A. I'm having --
15 Q. -- about the termination --
16 A. Yes.
17 Q. -- in January 2005?
18 A. That's the part I'm struggling
19 with.
20 Q. Was it partially terminated in
21 terms of the licensing portion for producers?
22 A. That could be what it is. I
23 don't know.
24 Q. You can put that aside.

771

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 I'm going to show you what
2 we'll mark as Exhibit 90.
3 - - -
4 (Exhibit Gregory-90, Animal
5 Welfare Committee October 10, 2006 San
6 Antonio, TX, Bates MOARK0027352 -
7 MOARK0027389, was marked for
8 identification.)
9 - - -
10 BY MR. OLSON:
11 Q. We're going to be focusing on
12 page 56 of this document.
13 MS. ANDERSON: Bates?
14 MS. CAIN-MANNIX: Oh, sure.
15 It's MOARK0027352 through MOARK0027386
16 (sic).
17 BY MS. CAIN-MANNIX:
18 Q. Do you recognize this document?
19 A. I accept it based on what it
20 states it is.
21 Q. Focusing your attention on the
22 minutes of the meeting beginning at page 55
23 of this packet.
24 A. Yes.

772

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 Q. It identifies a UEP Animal
2 Welfare Committee meeting on May 15 of 2006
3 in Washington, D.C.?
4 A. Yes.
5 Q. Did you attend this meeting?
6 A. Yes.
7 Q. Did you create these minutes?
8 A. Yes.
9 Q. Turning to page 56.
10 MS. LEVINE: Just for the
11 record, you're reading from the Bates
12 stamp. It's Bates stamp 56.
13 BY MS. CAIN-MANNIX:
14 Q. Right. When I say 56, I'm
15 referring to the last two numbers of the
16 Bates stamp.
17 The section "Non-Certified
18 License Agreement," if I could just read it.
19 "Gregory presented the new License Agreement,
20 which prompted the following motion:
21 "Motion: It was moved by
22 Fortin and seconded by Hickman to approve the
23 'License Agreement' for companies that do not
24 own layers in company owned, contract farms,

773

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 or affiliate facilities and for egg
2 production companies having made a commitment
3 to meet the 100% rule while implementing the
4 cage space requirements of UEP's established
5 hatch schedule currently in effect. Motion
6 carried unanimously."
7 Does this -- do you recall this
8 particular motion?
9 A. I recall -- I accept it for
10 what it says there.
11 Q. And it was a modification --
12 A. I would assume so, yes.
13 Q. -- to the program?
14 A. Yes.
15 Q. It now allowed producers to
16 have a non-certified license agreement. Is
17 that correct?
18 A. I don't think it reads that
19 way, no.
20 MR. McKENNEY: Object to the
21 extent it mischaracterizes the
22 document.
23 BY MS. CAIN-MANNIX:
24 Q. The second half of the motion

774

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 applies to "...egg production companies
3 having made a commitment to meet the 100%
4 rule while implementing the cage space
5 requirements of UEP's established hatch
6 schedule currently in effect." Wouldn't that
7 be producers?
8     A.   That would be those producers
9 that are -- have committed to be on the UEP
10 certified program.
11     Q.   But we're just obtaining a
12 license, not -- they're not on the UEP
13 certified program.
14     A.   No, they are on the UEP
15 certified program.
16     Q.   The heading states
17 "Non-Certified License Agreement."
18     A.   Right. I see you're trying
19 to -- you're tamping my memory and I'm trying
20 to remember a sequence of events. I'm trying
21 to remember what is going on here. There was
22 a situation where there was -- hang on a
23 second. There was a company being bought out
24 by a UEP certified company, and our rule says
25 that in order to be a UEP certified company,

775

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 recognized as UEP certified company, you have
3 to do this on 100 percent of all your farms.
4 Okay. So now this company is buying another
5 rather large egg company, and that egg
6 company is not a UEP certified company, but
7 the company that is buying this company is a
8 rather large company with a prominent brand
9 in the market all over the country. And
10 their attitude was that we do not want to
11 market any eggs that are not UEP certified.
12 We don't want to take any risk. Is there a
13 way to work with this and can your rules be
14 modified to allow us somehow or another to
15 come in the program without completely losing
16 our certification on all the birds we've been
17 committed to all this time. The company was
18 Golden Oval and it was being sold to Moark
19 Productions, the name changes, to Moark
20 Productions, and Moark Productions had a --
21 at that -- again, I apologize because I don't
22 know the dates of all this stuff, Moark
23 Productions had sold 50 percent of their
24 company to Land O'Lakes and Land O'Lakes'
25 label is in the market all over the country,

776

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 and they did not want to be marketing
3 anything that was not UEP certified eggs.
4     So they came to us and I worked
5 with them, and another company if you want to
6 know later on, to try to figure out a way not
7 to disrupt the market. And we figured out, I
8 come up with an idea that I presented that
9 said, okay, you're not going to lose your
10 licensing on your own eggs or your ability to
11 market eggs, own eggs. What we're going to
12 do is bridge this thing, we will give you a
13 license agreement in this case which --
14     Q.   Golden Oval, just so we're on
15 the same page.
16     A.   We will give Moark Productions
17 a license agreement as such that says that
18 they can continue to market those Golden Oval
19 eggs but not as UEP certified until they
20 become 100 percent on their farms. So we
21 worked with Golden Oval and we laid out a
22 schedule by which they would repopulate
23 houses over the period of the next few years.
24 Those eggs could not be marketed as UEP
25 certified until it was 100 percent, but

777

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 rather than jeopardize their UEP certified,
3 we were bridging the gap by giving a license
4 agreement to allow this to happen. Otherwise
5 it would have forced a company, a large
6 company, out of the ability to market UEP
7 certified eggs or it might have interfered
8 with the acquisition of that company. So we
9 tried to figure out a way to bridge this.
10 And the board is accepting that. And we
11 also, I don't mean to -- but we also then
12 used this same opportunity of then to allow
13 Michael Foods to come into it, to a point it
14 allowed Michael Foods then to buy Animal Care
15 Certified or UEP certified eggs from
16 certified companies to provide -- to fill
17 their market orders from customers that
18 wanted those eggs. In the meantime, they had
19 to make a commitment that all of their 13
20 million hens would on a repopulate schedule
21 meet this program. And in the meantime, they
22 could not market any of their own eggs as UEP
23 certified until it was complete. So there's
24 a license agreement in place to allow for
25 this exception of what's going on in

34 (Pages 774 to 777)

778

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  the market, and we were trying not to have a
3  market disruption.
4       Q.   So if I understood your
5  testimony, there were essentially two
6  exceptions, and this motion was to address
7  those.  One was --
8       A.   That was the case.
9       Q.   Wait.  Let me finish.  Moark
10 and Golden Oval eggs, number one; exception
11 number two, Michael Foods?
12      A.   Yes, but we put it in as a
13 policy.  We didn't say this was only for
14 these people.  This would be something that
15 would be available thereafter if -- for any
16 company needing to use it.
17      Q.   Did any other company need to
18 use it later?
19      MS. LEVINE:  Sorry?
20 BY MS. CAIN-MANNIX:
21      Q.   You know, we identified two
22 exceptions.  Did others take advantage of the
23 policy after these two?
24      A.   You know, I don't recall.  And
25 I recall these two because it was a point in

779

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  time when there was great debate going on
3  about this and how we were going to handle
4  this.  Thereafter, I don't recall if anybody
5  took advantage of it or not.
6       My point of this is you're
7  trying to pin me down on dates and on
8  motions.  What I'm trying to explain to
9  you --
10      Q.   No, I'm not.  I'm trying to ask
11 if you remember.  And if you don't, it's
12 okay.
13      A.   There's a series of events
14 that's taking place here.
15      Q.   I understand.  It's okay if you
16 don't remember.  I'm just asking if you do
17 know.
18      MS. LEVINE:  I think what he's
19      objecting to is you trying to pin him
20      to a date.  He does remember the
21      sequence, he doesn't remember the
22      date.
23 BY MS. CAIN-MANNIX:
24      Q.   Does looking at the date of the
25 minutes help?

780

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2       A.   I'm sorry?
3       Q.   Does looking at the date of the
4  minutes help, May 15, 2006?
5       A.   Yes, it does, but what I'm
6  trying to explain to you, that there's a
7  whole series of meetings taking place and
8  this program has changed over the years to a
9  point.  And I don't know about this
10 particular issue, the license agreement, you
11 know, the evolution of what all that was.
12 I'm not trying to evade your question.  I'm
13 just trying to be careful and not tell you
14 something.
15      Q.   Thank you.  I'm going to move
16 on.  You can put that aside.  I'm going to
17 show you what we'll mark as Exhibit 91.
18              - - -
19      (Exhibit Gregory-91, 1/20/09
20      United Voices, Bates RWS 000000775 -
21      RWS 000000781, was marked for
22      identification.)
23              - - -
24 BY MS. CAIN-MANNIX:
25      Q.   I want to focus your attention

781

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  on the first page, the second from the bottom
3  paragraph.
4       MS. ZIEMIANEK:  Could you state
5      the Bates number for that?
6       MS. CAIN-MANNIX:  RWS 775.  It's
7      got about five zeros in front of that.
8  BY MS. CAIN-MANNIX:
9       Q.   It states in the middle of the
10 paragraph, the second from the bottom, "UEP
11 meetings have always been open to everyone
12 and therefore we apologize that circumstances
13 now warrant some meetings or portions of some
14 meetings to be closed to selected members.
15 We hope allied members and others will be
16 understanding."
17      Does this refresh your
18 recollection about the meeting policy?
19      A.   Yes.
20      MS. LEVINE:  Object to the form
21      of the question.
22 BY MS. CAIN-MANNIX:
23      Q.   Essentially at that time, that
24 was the first time that you were saying
25 nonmembers or selected members of other

**782**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  allied divisions could no longer attend
3  meetings?
4          MS. LEVINE:  Object to the form
5  of the question.
6          THE WITNESS:  There has always
7      been UEP meetings that are closed,
8      Executive Committee meetings were
9      always closed.  Committee or boards at
10     times have gone into executive
11     sessions.  But other than those, our
12     meetings were rather open as an
13     education of what's going on in the
14     industry about all kinds of things.
15     What we're doing here is making
16     acknowledgment at this point in time
17     because of the lawsuit filed against
18     us in October or whenever the date was
19     in 2000 -- September 2008, we now are
20     saying that we're going to -- what
21     we're trying to say to you, don't be
22     offended now because we are going to
23     tell you up front this is what's going
24     to happen.
25         MS. CAIN-MANNIX:  Thank you.

**783**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      I'm going to pass to my colleague.
3          MR. SLIDDERS:  Go off the record
4      for a couple of minutes.
5          VIDEOGRAPHER:  The time is
6      approximately 10:43 a.m.  We're off
7      the record.
8                  - - -
9          (A recess was taken.)
10                 - - -
11         VIDEOGRAPHER:  The time is
12     approximately 10:51 a.m.  This begins
13     tape three, volume three.  We are back
14     on the record.
15                 - - -
16             EXAMINATION
17                 - - -
18  BY MR. SLIDDERS:
19     Q.    Good morning, Mr. Gregory.
20         VIDEOGRAPHER:  Put on your
21     microphone.
22  BY MR. SLIDDERS:
23     Q.    Good morning.  My name is
24  Charles Slidders.  I'm for the Indirect
25  Purchaser Plaintiffs.

**784**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     A.    Good morning.
3     Q.    I will try to run through some
4  stuff very briefly and so we can get a move
5  on for today.
6         First thing I want to ask you,
7      though, I want to take you back to the
8      beginning, I guess.
9     A.    The beginning of time or --
10    Q.    Pretty much.  The beginning of
11  your time in the egg industry.  You've been
12  involved in the egg industry for over 50
13  years?
14    A.    Yes.
15         MS. LEVIN:  Could you speak up?
16     It is impossible for me to hear.
17  BY MR. SLIDDERS:
18    Q.    I'm sorry, I have an accent.
19  If you can't understand me, just stop me.
20    A.    Where are you from?
21    Q.    I'm Australian.
22         MS. LEVINE:  I don't think it
23     was the accent, I think it was that it
24     wasn't loud enough.
25  BY MR. SLIDDERS:

**785**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     Q.    So 50 years ago, you started
3  working in the egg industry?
4     A.    I think the year was 1960, in
5  fact.
6     Q.    Who did you start working with
7  then?
8     A.    The company was Cornbelt
9  Hatcheries.
10    Q.    And you rose up through the
11  ranks of Cornbelt Hatcheries to eventually
12  become the general manager?
13    A.    Surprisingly, yes.
14    Q.    And as general manager, your
15  role was to oversee the whole facilities?
16    A.    Yes.
17    Q.    All the sales and marketing of
18  the eggs?
19    A.    Yes.
20    Q.    No problem.  And then for the
21  last 30 years you've been involved in first
22  the Midwest Poultry Association and then UEP
23  as vice president and now the UEP as
24  president?
25    A.    Yes, I served on the Board of

786

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  Directors as an egg producer during one of
3  those years, and I was really interested in
4  the organization, so in 1982, I changed
5  careers and go to work for Midwest United Egg
6  Producers at that time.
7        Q.    Now, as I understand it, what
8  we've seen over the last couple of days
9  you've written extensively on economic
10 issues?
11       MS. LEVINE:  Object to form of
12       the question.  Mischaracterized what
13       the witness has testified time and
14       time again.
15       THE WITNESS:  It's been obvious
16       that I've written far too much.
17 BY MR. SLIDDERS:
18       Q.    I understand that you're not an
19 economist?
20       A.    That's correct.
21       Q.    But you have a fair
22 understanding of economic issues as they
23 relate to the egg industry?
24       MS. LEVINE:  Object to the form
25       of the question.  The witness has

787

1       testified to this.
2        THE WITNESS:  Based on having
3        been an egg producer, I went through
4        times of losing money, and it made me
5        pay more attention to some things
6        because of that.
7  BY MR. SLIDDERS:
8        Q.    I understand.  If I could give
9  you what I will mark Exhibit 92, which is an
10 e-mail chain, it's a one page e-mail chain
11 and it's Bates stamped CF0008607.
12                  - - -
13       (Exhibit Gregory-92, E-mail
14       chain, Bates CF0008607, was marked for
15       identification.)
16                  - - -
17 BY MR. SLIDDERS:
18       Q.    If you could just quickly look
19 through that e-mail.
20       A.    Yes, I've read it.
21       Q.    Can you identify that e-mail?
22       A.    Yes, I can.
23       Q.    And that is an e-mail written
24 by -- the second e-mail is an e-mail written

788

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  by you to all.  Who is the "all"?
3        A.    You know, I don't know.  I
4  would --
5        MS. LEVINE:  Mr. Gregory, don't
6        guess.  If you know the answer, you
7        can so state.  If you don't --
8  BY MR. SLIDDERS:
9        Q.    If you don't know, that's fine.
10       A.    I don't know who "all" was at
11 that point.
12       Q.    Now I'd like to exhibit another
13 document.
14                  - - -
15       (Exhibit Gregory-93, Impacts of
16       Banning Modern Cage Egg Production in
17       the United States press release, Bates
18       CM00187932 - CM00187935, was marked
19       for identification.)
20                  - - -
21 BY MR. SLIDDERS:
22       Q.    A document Exhibit 93, which I
23 believe is a press release with Bates number
24 CM00187932.  Can you identify that document?
25       A.    Yes, I do.

789

1       GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    Is that a press release
3  entitled, "IMPACTS OF BANNING MODERN CAGE EGG
4  PRODUCTION IN THE UNITED STATES"?
5        A.    I don't know whether it's a
6  press release because it doesn't state that
7  it's a press release.  It might have been,
8  but I don't know that.
9        Q.    If we go back to the e-mail.
10       A.    Yes.
11       Q.    If we go to the last line, it
12 says, "You will find attached press releases
13 that are being released to the media today by
14 Golin Harris."
15       MS. LEVINE:  Object to the form
16       of the question.  Lacks foundation
17       that these two documents go together.
18 BY MR. SLIDDERS:
19       Q.    Is this a press release that
20 was attached to that e-mail?
21       A.    I don't know.
22       Q.    If I could now exhibit another
23 document.
24                  - - -
25       (Exhibit Gregory-94, Impacts of

790

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Banning Cage Egg Production in the
3        United States report, Bates
4        CPCEGED00132106 - CPCEGED00132145, was
5        marked for identification.)
6            - - -
7            MS. LEVINE:  He's on to the next
8        document.
9            THE WITNESS:  I'm just trying to
10       refresh my memory about something
11       here.
12           MR. SLIDDERS:  What are we up
13       to?
14           MS. LEVINE:  94.
15       BY MR. SLIDDERS:
16       Q.    Now, Mr. Gregory, this is a
17   report titled, "Impacts of Banning Cage Egg
18   Production in the United States."
19       A.    Yes.
20       Q.    Can you identify this document?
21       A.    Yes.
22       Q.    If you go further down the page
23   it says, "A report prepared for United Egg
24   Producers."
25           Do you see that?

791

1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        A.    Yes.
3        Q.    Now, if you go back to the
4    e-mail, and then if you go to the first
5    paragraph, it says, "UEP contracted with
6    Promar International to do an economic study
7    of the 'Impacts of Banning Cage Egg
8    Production in the United States'.  This study
9    is now complete and a copy of the study will
10   be handed out next week during your Annual
11   Meeting in Hawaii."
12       A.    Yes.
13       Q.    Was this that study?
14       A.    I'm sure it must be.
15       Q.    Thank you.
16       A.    There's a reason why this study
17   was done, but I don't know -- sure you have
18   time for me to answer you, but if you're
19   interested --
20       Q.    Potentially not.  We can talk
21   later.
22           - - -
23           (Exhibit Gregory-95, UEP Board
24       of Directors' Meeting, Bates
25       UB00007529 - UB00007534, was marked

792

1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        for identification.)
3            - - -
4        BY MR. SLIDDERS:
5        Q.    I'd like to tender Exhibit 95,
6    a document "UEP Board of Directors' Minutes,"
7    Bates numbered UB00007529.
8            Can you identify this document?
9        A.    Yes, I do.
10       Q.    What is this document?
11       A.    It's the minutes of a Board of
12   Directors' meeting in October 2009.
13       Q.    Now, you'll see a number of
14   people's names besides "Board & Staff."
15       A.    Yes.
16       Q.    Were they presented with this
17   document, exhibit -- primary agreement, the
18   primary report?
19           MS. LEVINE:  Object to the form
20       of the question.  If the witness can
21       recall this meeting, he can answer.
22           THE WITNESS:  You know, I have
23       my doubts that it was.  I think it
24       would have been given to only UEP
25       members.

793

1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        BY MR. SLIDDERS:
3        Q.    So UEP members would have
4    received a copy of this report?
5        A.    I think at some point in time,
6    either through this meeting or a mailing or
7    whatever it is, I think that we provided it
8    to all members.
9        Q.    Did you provide it to anyone
10   else?
11           MS. LEVINE:  Object to the form
12       of the question.  To the extent
13       that --
14       BY MR. SLIDDERS:
15       Q.    If you can recall.
16           MS. LEVINE:  -- this witness can
17       recall facts like that back to 2009.
18           THE WITNESS:  I don't recall.
19       BY MR. SLIDDERS:
20       Q.    That's fine.
21           If we could go to the press
22   release.
23           MS. LEVINE:  Object to the form
24       of the question.  Mischaracterizes the
25       document.

38 (Pages 790 to 793)

794

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2         MR. SLIDDERS:  Sorry.
3  BY MR. SLIDDERS:
4         Q.    If we could go back to the
5  press release exhibit --
6         MS. LEVINE:  It's Gregory-93, I
7      think, is what is being referred to.
8         THE WITNESS:  Yes.
9  BY MR. SLIDDERS:
10        Q.    That's entitled, do you see
11  under where it says, "IMPACTS OF BANNING
12  MODERN CAGE EGG PRODUCTION IN THE UNITED
13  STATES"?
14        A.    Yes.
15        Q.    Then under that part it says,
16  "Highlights from the report by Promar
17  International October 2009."
18        Do you see that?
19        A.    Yes.
20        Q.    And then if you go to the last
21  paragraph on the first page under -- before
22  "SUMMARY OF TOP FINDINGS," under "STUDY
23  PURPOSE AND METHODS," the third paragraph, it
24  says, "United Egg Producers contracted with
25  Promar International...for this report.

795

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  Promar International...is an independent,
3  nationally-respected agricultural economic
4  consulting firm based in Washington, D.C."
5         A.    Yes.
6         Q.    Do you see that?
7         A.    Yes, I do.
8         Q.    Did the UEP contract with
9  ProMar for the report, the ProMar report?
10        A.    As I recall, this came about
11  through our public relations firm
12  GolinHarris, their recommendation, I don't
13  know whether they contracted with them or we
14  contracted with ProMar, but it was all
15  connected through them.
16        Q.    This is a statement that
17  "ProMar is an independent nationally-respected
18  agricultural economic consulting firm based
19  in Washington," to your knowledge correct?
20        A.    Yes, it is, although they
21  changed their name now.
22        Q.    What is their name now?
23        A.    Agralytica I believe it is.
24        Q.    Do you know who prepared the
25  report?

796

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2         A.    Yes, I do, but -- oh, gosh.
3         Q.    Was it Tom Earley?
4         A.    Yes.  Yes.  Tom Earley.
5         Q.    Now, if we can go to what I'll
6  call the ProMar report, and if we can turn to
7  page 5.
8         A.    Okay.
9         Q.    And if you see the second
10  paragraph there in the second sentence, "The
11  table egg industry is the dominant component
12  of the US egg industry, and accounts for
13  approximately 80 percent of the national egg
14  layer flock, and 85 percent of egg
15  production."
16        Do you see that?
17        A.    Yeah, but I'm not sure that is
18  correct.  Let me think.  The table egg
19  industry --
20        Q.    Well, I have a question
21  that's --
22        A.    Okay.
23        Q.    What is a table egg industry?
24  What are table eggs?
25        A.    I think what he's measured here

797

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  and what USDA reports is that -- USDA reports
3  as such all layers as an example, and all
4  layers is egg laying hens, breeder flock
5  hens.  You know, there's -- so forth.  So it
6  doesn't include just those eggs for the
7  consumer market.  And then we break that out
8  and USDA reports it out that what are table
9  egg layers.  Those are just for the consumer
10  market.  And that -- so what he's saying here
11  is that of the total USDA numbers, this is
12  the percentage of those total eggs that USDA
13  reports as being table egg layers -- table
14  egg layers.
15        Q.    Now, if we can turn to page 10
16  of this report.  The first sentence it says,
17  "Fresh shell table eggs are the principle
18  (sic) egg product consumed in the United
19  States."
20        Do you see that?
21        A.    Yes.
22        Q.    What are fresh shell table
23  eggs?
24        MS. LEVINE:  Object to the form
25      as any kind of speculation by Tom

798

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1     Earley who wrote this document.
2     Mr. Gregory can certainly answer a
3     question as to what his understanding
4     of fresh eggs.
5 BY MR. SLIDDERS:
6     Q.   What is your understanding of
7 fresh shell table eggs are?
8     A.   I think he's trying to break
9 this out that in the wordings shell eggs is a
10 keyword here. He's trying to say that there
11 are more shell eggs, like cartoned eggs or
12 that kind of thing, that are purchased than
13 there are egg products. So he's
14 differentiating between shell eggs and egg
15 products, I think is what is going on here.
16     Q.   So fresh shell table eggs, as
17 you understand it, is that a subset of table
18 eggs?
19     MS. LEVINE: Object to the form
20     of the question.
21     THE WITNESS: No, no, no. Table
22     eggs as USDA reports and what he's
23     doing here encompasses all the eggs
24     sold in carton as well as those that

799

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1     are in egg products.
2 BY MR. SLIDDERS:
3     Q.   So as you understand it, is the
4 shell egg industry or the fresh shell eggs
5 the dominant portion of the table egg
6 industry?
7     A.   Yeah, I don't know what he
8 reports here, but generally the egg products
9 business uses about 30, 32 percent of the egg
10 production.
11     Q.   I understand. Now, if you go
12 to the last paragraph on page 10, the first
13 sentence says, "Shell eggs are the most
14 prevalent from of table egg consumption and
15 are a staple for retail household
16 consumption, bakeries, hotels, restaurants,
17 and catering food service operations."
18     Now, what is your understanding
19 of what that means?
20     A.   I think what he is -- well, I
21 don't know. I don't want to speculate on it.
22 I don't want to misinterpret something.
23     Q.   If you turn to page 12 of the
24 ProMar report, in the third sentence of the

800

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 second paragraph it says, "Overall prices at
2 the farm, wholesale, and retail levels tend
3 to move in close correlation with one
4 another."
5     Do you see that?
6     A.   Yes.
7     Q.   To your understanding, is that
8 a true statement?
9     MS. LEVINE: Object to the form
10     of the question. If this witness can
11     testify to this economic report, you
12     may do so. If not...
13     THE WITNESS: I don't know, I
14     think what he's trying to say is that
15     as farm price goes up or down, you
16     know, the price at the wholesale and
17     then the price at the retail levels,
18     there is a markup as such between -- I
19     think they're flown in correlation is
20     what he's trying to say here.
21 BY MR. SLIDDERS:
22     Q.   To your knowledge, is that
23 true?
24     MS. LEVINE: Object to the form

801

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1 of the question. If Mr. Gregory has
2 economic facts to support that one way
3 or another, he can testify.
4     THE WITNESS: You know, again,
5 I'm just trying to be as -- what we
6 have observed in the last several
7 years, the margin that the retailer is
8 taking in the spread between what farm
9 price and retail price, that spread
10 has widened considerably, you know,
11 it's more than -- it's doubled in the
12 last few years.
13 BY MR. SLIDDERS:
14     Q.   What does that mean?
15     A.   I think what it means -- now,
16 I'm not a retailer and I can't speak for
17 them, but I think that it means that
18 retailers found out that they could leave
19 prices of eggs at a certain point, a high
20 point, whatever it is, and consumers would
21 buy as many of those eggs as they would
22 otherwise. And if farm prices as such go in
23 the tank, they didn't necessarily need to
24 lower their prices because farm prices went

40 (Pages 798 to 801)

802

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    in the tank, even though they're buying them
2    much cheaper now and therefore they can make
3    a much better spread.  For their business,
4    it's no reason to lower the price just
5    because farm prices went down.
6        Q.    How about if farm prices went
7    up?
8        MR. McKENNEY:  Objection to form
9        of the question.
10       MS. LEVINE:  Object to the form
11       of the question.  If this witness can
12       answer --
13   BY MR. SLIDDERS:
14       Q.    In your observations.
15       A.    In my observation, they have
16   now established a spread that is good for
17   their business.  And if the market goes up,
18   you know, they will -- their prices will go
19   up accordingly.  But I also have to recognize
20   that it's in the marketplace, they're not
21   willing to change prices all the time.  I'm
22   being sensitive to their business as well.
23   They don't need this real cycle business.
24       Q.    If we go back to page 12, or

803

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    are we on page 12?
2        A.    Page 12, yes.
3        Q.    In the second sentence of the
4    second paragraph it says, "However, improved
5    transportation and handling technology as
6    well as nationwide price differentials in egg
7    producer prices have encouraged a nationwide
8    market and interstate trade for table eggs."
9        A.    I'm sorry, I lost you there.
10   We're on page 12?
11       Q.    Page 12, second paragraph,
12   second sentence, beginning with, "However..."
13       A.    Okay.  Yeah.  I was looking
14   down the next paragraph.  Okay.
15       Q.    It says, "...improved
16   transportation and handling technology as
17   well as nationwide price differentials in egg
18   producer prices have encouraged a nationwide
19   market and interstate trade for table eggs."
20       To your knowledge as a person
21   with 50 years' experience in the egg
22   industry, is there a nationwide market for
23   eggs?
24       MS. LEVINE:  Object to the form

804

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    of the question.  If this witness is
2    able to answer from his own personal
3    knowledge, he can answer.  Otherwise,
4    he should not speculate as he's
5    reading from a document from an
6    economist's report.
7        THE WITNESS:  Yeah, I think what
8    he's trying to say, based on the
9    history, you know, there was a time
10   when we all -- when -- what has
11   changed is because of improved
12   transportation that, yes, eggs flow
13   all across the country.  You may
14   produce eggs in Iowa and deliver them
15   to California as an example.  And so
16   he's talking about it such as a
17   national commodity now.  And that's
18   one of the very reasons why we're
19   trying to pass federal legislation
20   now.
21   BY MR. SLIDDERS:
22       Q.    You can put those aside now.
23       A.    Please understand, I'm trying
24   to evaluate what I think he's trying to say.

805

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1        Q.    I understand, Mr. Gregory.
2    This is the next exhibit, 96.  It is an
3    e-mail from you to all again dated Friday
4    June 8, 2012.
5            - - -
6        (Exhibit Gregory-96, E-mail
7        chain, Bates CF0005677, was marked for
8        identification.)
9            - - -
10       MS. ANDERSON:  Counsel, the
11       Bates?
12       MR. SLIDDERS:  CF0005677.
13       For expediency I will also
14       exhibit document 97 which is entitled,
15       "Economic Impacts of Converting US
16       Production to Enrich Cage Systems."
17           - - -
18       (Exhibit Gregory-97, Economic
19       Impacts of Converting US Production to
20       Enrich Cage Systems, Bates CF0005678 -
21       CF0005704, was marked for
22       identification.)
23           - - -
24       MS. ZIEMIANEK:  Bates number on

**806**

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  that?
3      MR. SLIDDERS: CF0005678. My
4  apologies.
5      THE WITNESS: The question is?
6  BY MR. SLIDDERS:
7      Q.  I think you testified earlier
8  that ProMar had changed its name to
9  Agralytica?
10     A.  Yes.
11     Q.  Do you identify this e-mail in
12 front of you?
13     A.  Yes. It was an e-mail I sent
14 to the Board of Directors.
15     Q.  And it refers to, if you go to
16 the second paragraph, and the third
17 paragraph, it refers to "the attached
18 report." Is that the attached report, the
19 Agralytica report that is being marked as
20 Exhibit 98?
21     A.  Yes, I'm sure it is.
22     Q.  Now, if we go to the next
23 paragraph, the third paragraph, it says,
24 "After having contacted equipment companies,
25 egg producers and others, Tom completed his

**807**

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  report and just this week we received a final
3  copy."
4      Now, did Tom Earley complete
5  that report?
6      A.  This here?
7      Q.  Yes. The Agralytica report.
8      A.  Yes.
9      Q.  Did Tom Earley produce the
10 ProMar report?
11     A.  Yes.
12     Q.  Now, the last sentence of that
13 paragraph says, "The attached report was
14 released yesterday to Congressional
15 officers."
16     A.  Yes.
17     Q.  Was that sent to congressmen?
18     A.  It was delivered at least to
19 members of Congress, yes.
20     Q.  Did the UEP pay for that
21 report?
22     A.  I'm sure we did. I don't know.
23     MS. LEVINE: Mr. Gregory, you
24     should only testify to what you know.
25 BY MR. SLIDDERS:

**808**

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.  You can put that aside.
3      A.  I think you understand by what
4  we're doing here at this time, don't you? Do
5  I need to explain what --
6      Q.  No, no.
7      A.  -- why it was delivered to
8  Congress?
9      Q.  It's all good.
10     What is UEP's relationship with
11 Urner Barry?
12     A.  There is no relationship.
13 Urner Barry is the market reporter for eggs
14 and some other commodities. And they --
15 they're the only market reporter for eggs.
16     Q.  They're the only market
17 reporter for eggs?
18     A.  Right.
19     Q.  They report on a nationwide
20 basis?
21     A.  Yes.
22     Q.  If I could just tender now as
23 another exhibit.
24     - - -
25     (Exhibit Gregory-98, Shell Egg

**809**

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  Marketing Committee October 11, 2006
3  San Antonio, TX marketing material,
4  Bates UE0210026 - UE0210047, was
5  marked for identification.)
6     - - -
7      MR. SLIDDERS: Exhibit 98.
8  BY MR. SLIDDERS:
9      Q.  Can you identify that document?
10     A.  It is --
11     MS. ANDERSON: Read the Bates
12 range.
13     MR. SLIDDERS: UE0210026 to
14 UE0210047.
15     THE WITNESS: It is the meeting
16 materials for a Shell Egg Marketing
17 Committee October 2006.
18 BY MR. SLIDDERS:
19     Q.  Did you put this package
20 together?
21     A.  I'm sure I did.
22     Q.  If we could turn to page 11,
23 page 11 of the document. I think it's
24 actually on the top of the document, the page
25 number for some reason.

42  (Pages 806 to 809)

810

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      A.    Yes.
3      Q.    Do you see the heading of that
4  page says, "Retail Feature Price For Cage and
5  Non-Cage Eggs"?
6      A.    Yes.
7      Q.    Then under it, it says,
8  USDA-AMS gathers information from 17,000
9  retailers nationwide.  The prices shown below
10 are the advertised prices for shell eggs to
11 consumers at major retail supermarkets --
12 major retail supermarket outlets.  Do you see
13 that?
14     A.    Yes.
15     Q.    Now, do you put this -- this
16 would be used -- and this information would
17 be used by the Shell Egg Marketing Committee?
18     A.    I put this together as a -- for
19 information for the Shell Egg Marketing
20 Committee.
21     Q.    Earlier today I think you
22 testified that Don Bell tracked retail
23 prices.
24     A.    Yes.
25     Q.    Is this the sort of -- if we go

811

1  back to this report, I believe that the
2  information in this report is from the USDA?
3      A.    Yes.  How I gather this, right
4  on USDA-AMS's Web site, they weekly report on
5  all regions of the country X number of
6  stores, I can't remember what it is, of what
7  the price of all categories of eggs are.
8  Now, where Don Bell got his retail egg prices
9  at, I don't know.
10     Q.    But he did report on retail egg
11 prices to UEP?
12     A.    Yes, he did.
13     MS. LEVINE:  Object to the form
14 of the question.
15     THE WITNESS:  Right.  But I
16 think -- I think he's only -- probably
17 in that case I think he's only
18 tracking one category of eggs.  I
19 don't know.
20     We're done with this one?
21 BY MR. SLIDDERS:
22     Q.    Yes, sorry.  We're done with
23 that one.
24     If I could pass you a letter

812

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  dated September 26, 2005, with Bates number
3  UE0212411.  Did I have that wrong?  No.
4      MS. LEVINE:  Which number is it?
5      MR. SLIDDERS:  Exhibit 99.
6      - - -
7      (Exhibit Gregory-99, 9/26/05
8      Letter, Bates UE0212411 - UE0212413,
9      was marked for identification.)
10     - - -
11     THE WITNESS:  You did not give
12 me a copy.
13     MS. LEVINE:  We're going to quiz
14 you.
15     THE WITNESS:  Do you need this?
16 BY MR. SLIDDERS:
17     Q.    Can you identify this letter?
18     A.    Yes.  I wrote the letter.
19     Q.    Did you send it to Mr. Gary
20 Stoller of Stoller Farms?
21     A.    Yes.  Yes.
22     Q.    Put that aside now.
23     This is going to be the easy
24 part.
25     - - -

813

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      (Exhibit Gregory-100, 3/19/08
3      Letter, Bates NL003516 & NL003517, was
4      marked for identification.)
5      - - -
6  BY MR. SLIDDERS:
7      Q.    I'm going to pass you
8  Exhibit 100, which is a -- entitled -- it's a
9  March 19, 2008, letter with Bates number
10 NL003516 to 3517.
11     A.    I recognize it.
12     Q.    Did you write it?
13     A.    My signature is on it, so, yes.
14     Q.    It was sent to all UEP members?
15     A.    Yes.
16     Q.    It was sent to all UEP members
17 in the course of your duties as a UEP
18 president?
19     A.    It would have been.
20     Q.    And the date of the letter is
21 March 19, 2008?
22     A.    Yes.
23     Q.    Thank you.  Put that aside.
24     A.    I feel like I'm missing
25 something here.

43 (Pages 810 to 813)

814

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      MS. LEVINE: Because you're not
3  a lawyer.
4      MR. SLIDDERS: Lucky you.
5      MS. LEVINE: Sometimes lawyers
6  ask question just for the record so
7  that they can confirm who wrote the
8  letter and the date.
9      THE WITNESS: That brings up
10 my -- there's two things that we have
11 too many -- too much of. One is
12 potholes and the other is attorneys.
13          - - -
14     (Exhibit Gregory-101, 2/6/07
15 E-mail, Bates MFI0004431 - MFI0004433,
16 was marked for identification.)
17          - - -
18 BY MR. SLIDDERS:
19     Q.    This is Exhibit 101. It's
20 Bates stamped MFI0004431.
21         Do you recognize this e-mail?
22 Feel free to look through it. Sorry.
23     A.    Yes, I have had e-mails from
24 Dr. Roland, so I would need to scan it to
25 know the details.

815

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2     Q.    Please, take your time.
3     A.    (Reviewing document.)
4     Q.    You received this e-mail on
5  February 6, 2007?
6     A.    This is coming from a Dr.
7  Roland at his -- really come up with an idea
8  about how you could manage supply through
9  some sort of feeding type program. But I
10 never understood very well then, I never --
11 still don't understand it. And we never
12 adopted any of -- UEP never adopted any of
13 it. I have my questions whether egg
14 producers did, either.
15    Q.    But you received this e-mail?
16    A.    It shows that I did, yes.
17    Q.    You received this in your role
18 as president or vice president at that time
19 of UEP?
20    A.    Yes.
21    Q.    You can put that aside.
22          - - -
23    (Exhibit Gregory-102, E-mail
24 chain, Bates RWS 000011241 &
25 RWS 000011242, was marked for

816

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  identification.)
3          - - -
4  BY MR. SLIDDERS:
5     Q.    Let me just tender Exhibit 102.
6  A chain of e-mails, which is a chain of
7  e-mails with Bates number RWS 000011241.
8         Can you identify this document?
9     A.    It looks to me like it's a flow
10 of e-mails. But, I guess, I'm going to have
11 to read some of it to recall what it was.
12    Q.    That's okay, but you did
13 receive this e-mail?
14    A.    Yes, it appears I did.
15    Q.    And you received this e-mail in
16 the course of being vice president of UEP?
17    A.    At that time I would have been
18 the vice president, yes.
19    Q.    And you would have received
20 that on March 15, 2006?
21    A.    Yes.
22    Q.    Thank you. Put that aside.
23         MS. LEVINE: He's much quicker.
24         THE WITNESS: No, no. It's just
25 scaring me, I think one of these days

817

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2  that I'm going to find myself in
3  court, he says, well, you know, I
4  showed you this.
5  BY MR. SLIDDERS:
6     Q.    Could I just give you one more
7  exhibit.
8          - - -
9     (Exhibit Gregory-103, Animal
10 Welfare Report for 2003 Area Meetings,
11 Bates MFI0024405 - MFI0024422, was
12 marked for identification.)
13          - - -
14 BY MR. SLIDDERS:
15    Q.    This is document number
16 MFI0024405 to MFI0024422.
17         Can you identify this document?
18    A.    Yes.
19    Q.    What is it?
20    A.    It's a report on animal welfare
21 given at UEP area meetings in 2003.
22    Q.    Did you prepare this report?
23    A.    I'm sure that I did.
24    Q.    You prepared this report as
25 vice president of UEP?

44 (Pages 814 to 817)

818

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    
2    A.    Yes.
3    Q.    You can put that aside,
4  Mr. Gregory.
5    A.    I'm feeling very nervous
6  when --
7    Q.    Don't be nervous, Mr. Gregory.
8         MS. LEVINE:  Counsel is really
9    doing this for evidentiary purposes.
10        - - -
11       (Exhibit Gregory-104, E-mail
12   chain, Bates NL00327492 & NL00327493,
13   was marked for identification.)
14        - - -
15  BY MR. SLIDDERS:
16   Q.    Just if I could give you
17  another exhibit, Mr. Gregory.  Exhibit 104.
18  It is a chain of e-mails with a Bates stamp
19  NL00327492 to 493.
20        Can you identify this e-mail,
21  Mr. Gregory?
22   A.    Yes.
23   Q.    You received this -- you
24  drafted the first one and sent it on June 24,
25  2008?

819

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    
2    A.    Yes.
3    Q.    And you received that
4  subsequent e-mail by Larry Seger later that
5  day?
6    A.    Yes.
7    Q.    And you both drafted the e-mail
8  and received the e-mail in the course of your
9  role as president of the UEP?
10   A.    Yes.
11   Q.    You can put that aside.
12       MR. SLIDDERS:  Mr. Gregory, I
13   have no further questions subject to
14   reserving my right to redirect later.
15       MS. LEVINE:  Any other --
16       MS. CAIN-MANNIX:  We'll reserve
17   the rest of our time for rebuttal.
18       MS. LEVINE:  Can we get a
19   reading on the time so we know how
20   much time --
21       MR. OLSON:  40 minutes
22   remaining.
23       MS. LEVINE:  40 minutes
24   remaining?
25       THE WITNESS:  40?

820

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    
2       VIDEOGRAPHER:  The time is
3  approximately 11:30 a.m.  We are off
4  the record.
5         - - -
6       (A recess was taken.)
7         - - -
8       VIDEOGRAPHER:  The time is
9  approximately 12:10 p.m.  This begins
10  tape four, volume three.  We are back
11  on the record.
12        - - -
13       EXAMINATION
14        - - -
15  BY MS. LEVINE:
16   Q.    Good afternoon, Mr. Gregory.
17   A.    Good afternoon.
18   Q.    As you know, my name is Jan
19  Levine, and I represent UEP and USEM in these
20  lawsuits.
21   A.    Yes.
22   Q.    I think we all appreciate your
23  stamina and for staying with us over three
24  days.  We know it's not an easy thing, and
25  that you are answering the questions in the

821

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    
2  best way you can recall the facts.  It's now
3  your turn.  I know you've been waiting a long
4  time, so I'm going to ask you some questions.
5    A.    My mind is so cluttered, I
6  don't know whether I'm up or down.
7    Q.    You can take a break whenever
8  you want, Mr. Gregory.
9    A.    I'm fine.
10   Q.    You can have a sip of water.
11   A.    I'm fine.  Let's go.
12   Q.    You agreed with Mr. Olson
13   during his examination that the problem with
14   having a surplus or an over supply of eggs is
15   that it drives the price of eggs down.  How
16   low can it drive the price of eggs down?
17   A.    I guess that's speculating.  I
18   don't know how low that is.
19   Q.    Could it be below the cost of
20  production?
21       MR. OLSON:  Objection to form.
22       THE WITNESS:  Yes, it often is
23   below the cost of production.
24  BY MS. LEVINE:
25   Q.    And have you observed that in

45 (Pages 818 to 821)

822

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  your time in the egg industry?
3       A.    Many times.
4       Q.    And what happens when there is
5  a surplus and the prices go below cost as you
6  just described in your personal experience?
7            MR. OLSON:  Objection to form.
8            THE WITNESS:  There is very few
9       alternatives.  In the shell egg
10      industry, we used to be able to sell
11      some of that surplus to the egg
12      breaking companies, but as they built
13      their own facilities for production,
14      that market dwindled considerably.  So
15      then we're left with either reducing
16      the flock size or we're interested in
17      inquiries for exports.
18 BY MS. LEVINE:
19      Q.    And export is just another
20 market for surplus eggs.  Is that correct?
21           MR. OLSON:  Objection to form.
22           THE WITNESS:  That's right, yes.
23 BY MS. LEVINE:
24      Q.    And in those instances where
25 egg farmers are forced into a below cost

823

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  situation and farmers go out of business,
3  does that create a shortage of eggs?
4            MR. OLSON:  Objection to form.
5            THE WITNESS:  Eventually it
6       will, yes.
7  BY MS. LEVINE:
8       Q.    And in those circumstances,
9  would consumers suffer?
10      A.    Not at all.
11      Q.    If there was a shortage of
12 eggs, would consumers suffer?
13           MR. OLSON:  Objection to form.
14           THE WITNESS:  In my lifetime of
15      50-some years in the egg industry, I
16      never know a time when there wasn't
17      enough eggs to fill the consumer
18      market.
19 BY MS. LEVINE:
20      Q.    What food item is one of the
21 lowest priced and highest in protein?
22           MR. OLSON:  Objection to form.
23           THE WITNESS:  Eggs.
24 BY MS. LEVINE:
25      Q.    On these recommendations that

824

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  you were talking about, were they voluntary?
3       A.    They always were.
4       Q.    Were producers required to
5  follow the recommendations?
6            MR. OLSON:  Objection as to
7       form.
8            THE WITNESS:  No.
9  BY MS. LEVINE:
10      Q.    Was a producer ever penalized
11 for not following a supply recommendation?
12           MR. OLSON:  Objection to form.
13 BY MS. LEVINE:
14      Q.    You can answer.
15      A.    No.
16      Q.    Was any producer ever
17 prohibited from increasing its flock or its
18 production?
19      A.    No.
20      Q.    Did UEP follow up to make sure
21 that the producers follow any recommendation?
22      A.    No.
23      Q.    I want to show you -- take a
24 look at Gregory-25.  Do you remember when Mr.
25 Olson showed you this document?

825

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2       A.    I know that he showed me this
3  document.
4       Q.    Take a look at the last page,
5  Mr. Gregory.  It's titled, "FINANCIAL IMPACT
6  OF ACTIONS TAKEN BY UEP/USEM TO ADDRESS
7  INDUSTRY ECONOMICS."
8            Do you see that page?
9       A.    Yes, I do.
10      Q.    And there's some discussion
11 about what was the impact of these actions?
12      A.    Yes.
13      Q.    What, if anything, did you do
14 when you wrote this document to determine
15 that the marketing committee's and price
16 discovery committee's recommendation caused
17 an increase in the Urner Barry quote?
18           MR. OLSON:  Objection to form.
19           THE WITNESS:  I'm simply using
20      the market quote issued by Urner Barry
21      and making comparisons to that.
22 BY MS. LEVINE:
23      Q.    Could other factors have been
24 responsible for the increase in price?
25      A.    Yeah, there always is.

46 (Pages 822 to 825)

826

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    Lots of different factors.
3    Right?
4        A.    Yes.
5        MR. OLSON:  Objection to form.
6    BY MS. LEVINE:
7        Q.    None of which you considered in
8    doing this document.  Is that correct?
9        MR. OLSON:  Objection to form.
10       THE WITNESS:  That's correct.
11   BY MS. LEVINE:
12       Q.    Did you do anything to
13   determine if other factors were responsible?
14       A.    No.
15       Q.    What happened to the flock
16   side -- strike that.
17       What happened to the flock size
18   nationwide between 1999 and 2008?
19       MR. OLSON:  Objection to form.
20       THE WITNESS:  I'm a little bit
21       confused because he's objecting to
22       every question.
23   BY MS. LEVINE:
24       Q.    That's okay.
25       A.    And I'm not --

827

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    He doesn't like my question.
3    You just go ahead and answer to the best of
4    your ability.
5        A.    They seem pretty
6    straightforward questions, that why I'm
7    having trouble.  So will you ask a question?
8        Q.    I'm going to ask again.  What
9    happened to flock size nationwide between
10   1999 and 2008?
11       MR. OLSON:  Same objection.
12       THE WITNESS:  It had its natural
13       monthly inventory ups and downs, but
14       in repairing -- comparing 1999 with
15       2008, the 2008 flock was considerably
16       larger than the 1999 flock.
17   BY MS. LEVINE:
18       Q.    And what happened to egg
19   production nationwide between 1999 and 2008?
20       MR. OLSON:  Same objection.
21       THE WITNESS:  It increased.
22   BY MS. LEVINE:
23       Q.    These recommendations that Mr.
24   Olson spent a lot of time talking about over
25   the last two days, were they kept a secret,

828

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    sir?
3        A.    No, they were not.
4        Q.    Were they disclosed to the
5    government?
6        A.    Yes, they were.
7        Q.    Were they reported in the
8    United Voices?
9        A.    Yes, they were.
10       Q.    Did you inform the USDA about
11   the supply recommendations that were made
12   from time to time?
13       A.    From time to time, but
14   oftentimes there was a USDA person at the
15   meetings as well.
16       Q.    At the meetings where the
17   recommendations were actually made.  Is that
18   correct?
19       A.    Yes.
20       Q.    And did a USDA official or
21   government official that attended those
22   meetings ever complain to you about those
23   recommendations?
24       A.    Not one time.
25       Q.    Anybody ever tell you it was an

829

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    antitrust violation?
3        A.    No.
4        MR. OLSON:  Objection to form.
5    BY MS. LEVINE:
6        Q.    Anybody from the USDA or the
7    government ever try to stop you?
8        A.    No.
9        MR. OLSON:  Objection to form.
10   BY MS. LEVINE:
11       Q.    Anybody from the USDA or the
12   government ever stand up and tell you that
13   this was a violation of the law?
14       A.    No.
15       Q.    Did you rely on that fact in
16   doing the supply recommendations that the
17   government was in the room?
18       A.    Ask the question --
19       Q.    I'll rephrase it.
20       A.    Yeah.
21       Q.    Did it give you comfort that
22   the government was in the room when you were
23   handling UEP business?
24       A.    Yes.
25       Q.    I'm going to show you a

47 (Pages 826 to 829)

830

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 document, and I'm going to mark it
3 Gregory-105.
4           - - -
5     (Exhibit Gregory-105, 2/1/05
6     Letter, Bates UE0145966 - UE0145969,
7     was marked for identification.)
8           - - -
9 BY MS. LEVINE:
10    Q.   I'd like you to take a look at
11 that document, Mr. Gregory.
12    A.   Yes.
13    Q.   Can you identify that document
14 for us, please?
15    A.   Yes.
16    Q.   What is this document?
17        MS. LEVIN:  Could we have the
18 Bates numbers?
19        MR. OLSON:  Could you wait for
20   us to get the document before you
21   start asking about it?
22        MS. LEVINE:  UE0145966 through
23   UE0145 -- sorry, 145969.
24 BY MS. LEVINE:
25    Q.   Take a look at that document,

831

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 Mr. Gregory.
3    A.   Okay, I've looked at it.
4    Q.   Can you identify that document?
5    A.   Yes.
6    Q.   What is it?
7    A.   It is a letter to Under
8 Secretary William Hawks at USDA's marketing
9 regulatory programs.
10    Q.   Did you draft this letter?
11    A.   Yes.
12    Q.   Can you read for the record who
13 signed this letter?
14    A.   Roger Deffner, the UEP
15 chairman; Wayne Mooney, the UEP marketing
16 chairman; and myself as senior vice
17 president.
18    Q.   Can you also take out
19 Gregory-66 and put it right next to you?
20        MR. OLSON:  Are we done with
21   105?
22        MS. LEVINE:  No.
23        THE WITNESS:  66.
24 BY MS. LEVINE:
25    Q.   At the bottom.

832

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    A.   I must be going to wrong way.
3 Yeah.  66.  Yes.
4    Q.   I'm going to direct your
5 attention, Mr. Gregory, on your letter to the
6 government which has been marked as 105,
7 direct your attention to page 3 of that
8 letter.
9        MR. OLSON:  Sorry, we're back on
10   105 now?
11        MS. LEVINE:  Yes.
12        THE WITNESS:  Yes.
13 BY MS. LEVINE:
14    Q.   Look at page 3 of that letter.
15    A.   Yes.
16    Q.   Do you see the paragraph
17 beginning on "Based on information available
18 at the economic summit..."?
19        Do you see that, sir?
20    A.   Yes.  Uh-huh.
21    Q.   Why don't you just read that
22 paragraph to yourself for a minute.
23    A.   (Reviewing document.)
24        Okay.
25    Q.   And can you take a look at

833

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 Gregory-66 that's right next to you that you
3 pulled out?
4    A.   Yes.
5    Q.   Which was the recommendations
6 made --
7    A.   Yes.
8    Q.   -- at the economic summit that
9 you spoke about --
10    A.   Yes.
11    Q.   -- during these two days of
12 testimony?
13        And can you compare those two,
14 sir?
15    A.   I think they're the same.
16    Q.   So I just want to be clear that
17 the recommendations that were discussed at
18 the economic summit in 2004, and I think Mr.
19 Olson spoke to you about some intention forms
20 or some form, were explained fully by you in
21 this letter to William Hawks, Under Secretary
22 of Marketing and Regulatory Programs in
23 Washington.  Is that correct?
24        MR. OLSON:  Objection to form.
25        THE WITNESS:  That's correct.

48 (Pages 830 to 833)

834

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    BY MS. LEVINE:
2
3        Q.    And did Mr. Hawks ever complain
4    to you about those recommendations?
5        A.    No.
6        Q.    Did he ever say they violated
7    the law?
8        A.    No.
9        Q.    Did he ever say that producers
10   should not take such actions to reduce the
11   flock during over supply periods?
12       A.    No.
13       Q.    Why did you include those
14   details in this bonus buy request to Under
15   Secretary Hawks?
16       A.    The purpose of the commodity
17   purchase program is to purchase surplus
18   agricultural products for the school lunch
19   program, the needy food program, any other
20   government assistance programs. So what most
21   often they wanted to know was, have you first
22   done things yourself to address the issue
23   rather than just come to the government and
24   ask them to bail you out.
25       Q.    The issue being what?

835

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2        A.    The issue being that we had too
3    many old hens, too many hens, and by this
4    time the fowl processors that were once our
5    marketers were not buying hens, not paying
6    for them, we were actually having to pay to
7    get rid of them and we were saying to Mr.
8    Hawks, if you will do a bonus buy on fowl
9    meat, that this would be something that these
10   fowl processor we think would bid upon and
11   then we would have a market for hens they
12   were going to take from the egg farmer.
13       Q.    So before the government would
14   increase the bonus buy, the producers were to
15   take self help. Is that right?
16       A.    They wanted to see evidence
17   that you had tried to take care of yourself
18   first.
19       Q.    And that is why you included as
20   proof of taking care of yourself that you
21   included the recommendations from the 2004
22   economic summit?
23           MR. OLSON: Objection to form.
24           THE WITNESS: Yes.
25   BY MS. LEVINE:

836

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2        Q.    What was the purpose of you
3    including these recommendations in your
4    letter to Senator Hawks?
5            MR. OLSON: Same objection.
6            THE WITNESS: I wanted him to
7        know that our Marketing Committee had
8        made these recommendations as a point
9        of reference that we were trying do
10       something to address this over supply
11       problem.
12   BY MS. LEVINE:
13       Q.    And over your career and your
14   time at UEP, have you written similar letters
15   or advised the government before on the same
16   types of issues?
17       A.    Yes.
18       Q.    And have you ever, in all of
19   those times had any -- received any complaint
20   from any government officials about those
21   recommendations?
22       A.    No.
23       Q.    In your mind, were they
24   encouraged?
25           MR. OLSON: Objection to form.

837

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2            MS. LEVINE: Strike that
3        question.
4            THE WITNESS: Are you done with
5        that one?
6    BY MS. LEVINE:
7        Q.    Yeah. Put it away.
8            You testified just this
9    morning -- you can put it at the end, then
10   I'll ask you a question so you don't get them
11   out of order.
12       A.    Right. Okay.
13       Q.    You testified just this morning
14   that Don Bell shared market statistics with
15   UEP. Remember that testimony?
16       A.    Yes.
17       Q.    Who else did Don Bell share
18   market statistics with?
19       A.    I don't know. I mean, it
20   just -- generally the egg industry, anyone
21   that wanted his statistics, and I don't know
22   the names necessarily of all the people.
23       Q.    Were they widely disseminated?
24       A.    Oh, yeah. Absolutely. Yes.
25       Q.    He was university based. Is

49 (Pages 834 to 837)

838

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    that correct?
3        A.    Yes.
4        Q.    Did the government ever rely on
5    his statistics or use his statistics?
6            MR. OLSON:  Objection to form.
7            THE WITNESS:  That, I don't
8    know.
9    BY MS. LEVINE:
10        Q.    In turning to animal welfare
11    issues, what was the purpose of UEP
12    commissioning the Scientific Advisory
13    Committee?
14        A.    I don't know what the series of
15    events was, but we had watched in Europe
16    where the European Union had passed
17    legislation that was forcing a change in the
18    housing systems in Europe.  We didn't believe
19    that was based upon science.  It was driven
20    by animal activists.  But our interest was
21    the fact that if we needed to make -- and we
22    were fearful that's coming here.  If we
23    needed to make changes, then we should do it
24    based upon what science told us that we
25    needed to do rather than being pressured into

839

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    it by animal activist campaigns.  And they,
3    the animal activists, were targeting our
4    customers by doing all kinds of things.  Just
5    as an example Trader Joe's had received over
6    30,000 e-mails in two days' time and it
7    destroyed their e-mail systems.  So they were
8    using all kinds of boycott, or not boycott,
9    but using all kinds of tactics to scare our
10    customer.
11        Q.    How were the members of the
12    Scientific Advisory Committee selected?
13        A.    We met with Dr. Jeff Armstrong
14    who at that time was at Purdue University and
15    we explained to him what our problem was.  He
16    was interested in animal welfare, not just
17    egg layers, but animal welfare of all farm
18    animals.  We told him what our problem was
19    and said we would like to look at something
20    different, would he mind putting together a
21    committee to look at our industry and come
22    back to us and tell us if we -- changes
23    needed to be made.
24        Q.    Who did Dr. Armstrong select to
25    sit on the Scientific Advisory Committee?

840

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        A.    You want names?
3        Q.    Yes.
4        A.    Okay.  If I can recall the
5    names.  Adele Douglass who was with the
6    American Humane Association; Dr. Joy Mench,
7    she was with University of California Davis;
8    Dr. Janice Swanson who at that time was at
9    Kansas State University; Dr. Ruth Newberry
10    who at that time was with -- who is still
11    with Washington State University; Dr.
12    Patricia Hester who is at Purdue University.
13    Initially he also had Margaret Shea-Moore who
14    was with the USDA, and I don't know what
15    division; Dr. Larry Stanker who was with the
16    USDA, and I don't recall what division.  But
17    anyway, and I believe Bill Chase who was a
18    veterinarian from Iowa; and Don Bell from the
19    University of California.
20            Years later, that committee
21    changed, and some -- I know Margaret
22    Shea-Moore and Larry Stanker, because of
23    their careers with USDA, Margaret Shea-Moore
24    had something with her husband moving or
25    whatever it was, and Larry Stanker who had

841

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    been responsible for discussing food safety
3    with us, moved out of the Texas A&M position
4    he's in and so forth.  Then we added -- Dr.
5    Armstrong added; Dr. Gail Golab who was with
6    the American Veterinary Medical Association;
7    and Dr. Paul Thompson who is a -- anyway, Dr.
8    Paul Thompson at Michigan State University.
9    I'm sorry if I've missed somebody.
10        Q.    You know a lot better than I
11    did, thank you, Mr. Gregory.
12            Can you take a look at
13    Exhibit 20?
14        A.    Yes.
15        Q.    I think over the past two days
16    we've -- Mr. Olson asked you some questions
17    about Gregory-20.  Can you tell me what that
18    document is?
19        A.    That is the -- at that time
20    this is the completed recommendations that
21    the Scientific Committee had presented, I
22    think they presented it probably at our
23    October org meeting, to UEP in 2000.
24        Q.    Can you take a look at page 2
25    of that document, right after the cover page?

842

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  A.  Okay.  Yes.
2  Q.  The second paragraph.  It says
3  in about the end of the second paragraph, UEP
4  did provide one staff member and one producer
5  as ex officio members of the committee.
6  Do you see that, sir?
7  A.  Yes, I do.
8  Q.  And who is the staff member?
9  A.  That was me.
10  Q.  And what was your position,
11  what was your title at that time at UEP?
12  A.  Senior vice president.
13  Q.  And a producer as ex officio
14  members, who was the producer?
15  A.  Barrie Wilcox.
16  Q.  And what was his title at the
17  time?
18  A.  I think at that -- we --
19  Q.  If you remember.
20  A.  You know, I don't know.  At one
21  time he was the Chairman of the Board,
22  another time he was Chairman of Animal
23  Welfare Committee.  I don't know what his
24  position at that time was.

843

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  Q.  Do you know what ex officio
2  means?
3  A.  It may mean something different
4  than I think it is, but I apologize if I'm
5  not right.  I think of it as a nonvoting
6  participant or member, whatever the word is.
7  I don't know.
8  Q.  Did either you or Mr. Wilcox
9  ever vote at the Scientific Committee?
10  A.  No, our role was to take and be
11  a liaison between the Scientific Committee
12  and UEP's committee and board.
13  Q.  What was the Scientific
14  Advisory Committee's role?
15  MR. OLSON:  Objection to form.
16  THE WITNESS:  It was to review
17  all the available literature, both
18  here in this country and in Europe, on
19  the poultry, the production practices
20  of egg laying hens.  And do whatever
21  they want to do, they could visit
22  producers, they could visit equipment
23  manufacturers.  There is no limit to
24  what they could do.  And ultimately

844

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  our request was that they come back to
2  UEP's board with recommendations that
3  they felt was important for our
4  industry.
5  BY MS. LEVINE:
6  Q.  Do you think the Scientific
7  Advisory members would have agreed to serve
8  if the program was a pretext for reducing
9  supply?
10  MR. OLSON:  Objection to form.
11  THE WITNESS:  Absolutely not.
12  These are highly respected people and
13  it would be an insult to them if they
14  thought that.  It would end their
15  careers if it --
16  BY MS. LEVINE:
17  Q.  What was the role of the
18  Producer Committee for Animal Welfare?
19  A.  We recognized early on that
20  just simply a set of scientific
21  recommendations left as they were was okay.
22  But it did not complete what was our goal.
23  So the Producer Committee was formed to take
24  the Scientific Committee recommendation and

845

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  see if they could use those recommendations
2  to create an industry program.
3  Q.  So was the Producer Committee
4  to implement the guidelines?
5  MR. OLSON:  Objection to form.
6  THE WITNESS:  No.  The Producer
7  Committee was to try to draft a
8  program out of that and ultimately get
9  approval from the Board of Directors.
10  BY MS. LEVINE:
11  Q.  Were all the members of the
12  Producer Committee, the members, UEP members?
13  A.  Yes.
14  Q.  Did the Producer Committee have
15  contributors?
16  A.  Yes.  At different times.  I
17  know that Jason Wadsworth from Wegmans
18  Grocery -- well, they owned about 600,000
19  layers and they were a UEA producer/packer
20  member, but Jason sat there as a vehicle by
21  which we could gather information about what
22  the retail market would accept and so forth.
23  And at other times I know that Jason Whaley
24  from Country Creek Farms who was the major

51 (Pages 842 to 845)

846

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   conduit to Walmart sat in that same position.
3      Q.     Was it important for the
4   Producer Committee to understand the needs of
5   those two gentlemen, the contributors?
6      A.     Absolutely, because there,
7   again, is absolutely no reason to develop a
8   program if that program is not going to be
9   accepted by the marketplace.
10     Q.     Could non-committee members
11  bring motions before the Producer Committee?
12     A.     No.
13     Q.     And could non-UEP members vote
14  at the Producer Committee?
15     A.     No, they could not.  I forgot
16  one person.  Peter Clark who was on the
17  Canadian Egg Market Agency's board and is now
18  their chairman sat as a nonvoting member
19  because of the fact that Canada and -- wanted
20  to have somewhat similar guidelines as what
21  the U.S. did have because of similar
22  customers across country boundaries.  So, I'm
23  sorry, I missed him before.
24     Q.     Do you recall that you had a
25  long discussion with Mr. Olson over the last

847

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   day or two about the Scientific Advisory
3   Committee members' names being associated --
4      A.     Yes.
5      Q.     -- with the UEP certified
6   program?
7      A.     Yes.
8      Q.     Do you remember that
9   discussion?
10     A.     Uh-huh.
11     Q.     And you told him that the
12  Scientific Advisory Committee members' names
13  were put on the guidelines at some point, but
14  he didn't show you that later document to
15  establish that fact.  Is that correct?
16     A.     That's correct.
17     Q.     I'm going to mark the next
18  document as the 2007 and 2008 Animal Welfare
19  Guidelines.
20     A.     I'm getting mixed up as to what
21  goes where.
22     Q.     You know what, there's so many
23  documents you have there, Mr. Gregory, I'm
24  going to mark a document so you can just move
25  those over.

848

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      A.     Okay.
3      Q.     I'm going to mark this document
4   as Gregory-106.  It is UE0225056 to
5   UE0225085.
6                 - - -
7          (Exhibit Gregory-106, United Egg
8      Producers Animal Husbandry Guidelines
9      for U.S. Egg Laying Flocks, Bates
10     UE0225056 - UE0225085, was marked for
11     identification.)
12                - - -
13  BY MS. LEVINE:
14     Q.     Mr. Gregory, are you familiar
15  with this document?
16     A.     Yes, I am.
17     Q.     Can you turn to page 3 of the
18  guidelines in front of you?
19     A.     Yes.
20     Q.     What is this document,
21  Mr. Gregory?
22     A.     This is the Animal Husbandry
23  Guidelines.  This is the -- this is our
24  Animal Welfare Program.
25     Q.     Can you look at page 3 of that

849

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   document?
3      A.     Right.
4      Q.     About the middle of the page,
5   are these the members of the Scientific
6   Advisory Committee?
7      A.     At that time, yes.
8      Q.     Did they ever object to be
9   putting in this -- their names appearing on
10  this document?
11     A.     This document here?
12     Q.     Yes.
13     A.     No.  No.
14          Everything is out of order
15  again now.
16          MR. OLSON:  Don't worry about
17  it.
18  BY MS. LEVINE:
19     Q.     Mr. Gregory, put the guidelines
20  back in front of you, I'm going to ask you
21  another couple of questions.  On page 3 --
22          MR. OLSON:  106 still?
23          MS. LEVINE:  Yes.
24  BY MS. LEVINE:
25     Q.     -- at the end of the third

850

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  paragraph, what do the guidelines say about
3  the relationship between the Scientific
4  Advisory Committee's recommendations and the
5  guidelines themselves?
6    A.    That last paragraph there?
7    Q.    Yes.
8    A.    You want me to read it or just --
9    Q.    Yes, and your understanding.
10        MR. OLSON:  Objection to form.
11  BY MS. LEVINE:
12    Q.    You can go ahead and read it.
13    A.    "The guidelines presented in
14  this publication represent the
15  recommendations of the Scientific Advisory
16  Committee for best husbandry practices to
17  assure the welfare of hens managed under cage
18  and cage free conditions."
19    Q.    And is that your understanding?
20    A.    Yes.
21    Q.    Did UEP -- you can close that
22  document.  I'm going to come back to it, but
23  I'm going to ask you another couple of
24  questions.
25        Did UEP work with others in

851

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  developing the UEP certified program?
3    A.    Yes.
4    Q.    And who were those other
5  individuals or entities?
6    A.    Food and Marketing Institute,
7  and -- who we refer to as FMI, and the
8  National Council of Chain Restaurants who we
9  refer to as NCCR.
10    Q.    How about the USDA and Validus?
11    A.    We needed to find a way in
12  which to make sure that we had a credible
13  program, and so we urged USDA originally to
14  be an auditing firm.  We felt it was
15  important to have a government agency doing
16  the auditing as well as an independent agency
17  doing the auditing.  So USDA and Validus then
18  worked with us and became the auditing firms.
19    Q.    And did Kroger work with you?
20        MR. OLSON:  Objection to form.
21        THE WITNESS:  Kroger, I don't
22    recall.  I do know that there was at
23    least one time that Kroger attended a
24    meeting.  I know at one time we held a
25    special as farm tour and like

852

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    symposium type thing for Kroger, and I
3    know Kroger has always been a
4    supporter of the program.
5  BY MS. LEVINE:
6    Q.    Did retailers support the UEP
7  certified program?
8        MR. OLSON:  Objection to form.
9        THE WITNESS:  Yes.  Otherwise
10    the program would have never been a
11    success.
12  BY MS. LEVINE:
13    Q.    Can you take out Gregory-103
14  that was just shown to you today by
15  plaintiff's counsel?  I think it's probably
16  on -- going to be on the bottom.
17    A.    See I've got it all mixed up
18  now.  103.
19    Q.    103.  Maybe the court reporter
20  can help you out.  I think the court reporter
21  is going to help you out.
22    A.    Just that September 2000 --
23  sorry about this.  I got them all mixed up
24  now.  103, yes.
25        MR. OLSON:  Sorry, could you

853

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    guys just hold on one second?
3  BY MS. LEVINE:
4    Q.    I ask you to -- Gregory-103 was
5  already identified this morning.  Can you
6  turn to the page stamped MFI0024413?
7    A.    Yes.
8    Q.    Can you read to me what this
9  page represents?
10        MR. OLSON:  Objection to form.
11        THE WITNESS:  It says, Retailers
12    Which Are Supportive of UEP's Animal
13    Welfare Guidelines.
14  BY MS. LEVINE:
15    Q.    What did you understand that to
16  mean?
17    A.    I don't know what the year of
18  this was, but at any rate, we had been
19  informed by egg suppliers, egg farmers, that
20  these retailers were requiring UEP certified
21  eggs and then the question was, were they
22  also using the logo on their cartons.
23    Q.    And if there is a yes in that
24  column, what does that mean?
25    A.    That meant that they were

53 (Pages 850 to 853)

854

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    requiring their egg suppliers to be UEP
2    certified.
3        Q.    I want to ask you just about a
4    couple of supplier retailers on this list.
5    Albertsons?
6        A.    Yes.
7        Q.    Did Albertsons support the UEP
8    Animal Welfare Guidelines?
9        A.    Yes.  Yes.
10       Q.    Go down to Giant Food, please.
11       A.    Yes.
12       Q.    Did Giant Food support the UEP
13   Animal Welfare Guidelines?
14       A.    Yes.
15       Q.    How about HEB?
16       A.    Yes.
17       Q.    Did they support the UEP Animal
18   Welfare Guidelines?
19       A.    Yes.
20       Q.    How about Kroger, did Kroger
21   support the UEP Animal Welfare Guidelines?
22       A.    Yes.
23       Q.    Price Shopper, did Price
24   Shopper support the UEP Animal Welfare

855

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    Guidelines?  Sorry, Price Chopper.
2        A.    Price Chopper indicates that
3    we're not sure.
4        Q.    How about Publix?
5        A.    Yes.
6        Q.    They supported the UEP Animal
7    Welfare Guidelines?
8        A.    Yes.
9        Q.    How about Winn-Dixie?
10       A.    Yes.
11       Q.    Did Winn-Dixie support the UEP
12   Animal Welfare Guidelines?
13       A.    Yes.
14       Q.    What about McDonald's?
15           MR. OLSON:  Objection to form.
16           THE WITNESS:  McDonald's had
17       their own program.  They had taken
18       much and most of all the science from
19       UEP's Scientific Advisory Committee to
20       develop their own program.
21   BY MS. LEVINE:
22       Q.    Do you think all of these
23   people and all of these entities would have
24   been involved if the program was a pretext

856

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    for reducing supplies?
2            MR. OLSON:  Objection to form.
3            THE WITNESS:  I think to accuse
4        people of that would be an insult.
5        The answer is no.
6    BY MS. LEVINE:
7        Q.    Now, for a producer to
8    implement the guidelines for animal welfare,
9    did the producer's cost increase at times?
10       A.    Yes.
11       Q.    And what effect did that have
12   on price?
13           MR. OLSON:  Objection to form.
14           THE WITNESS:  I don't know,
15       because we don't know whether the cost
16       was ever able to be passed on.
17   BY MS. LEVINE:
18       Q.    Would you take out, Mr. Gregory,
19   Exhibit 35.
20       A.    I have it.
21       Q.    Can you turn to page 2 of
22   Gregory-35.
23       A.    Yes.
24           MR. OLSON:  This is United

857

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    Voices.  Right?
2            THE WITNESS:  Yes.
3            MS. LEVINE:  Yes, March 25,
4        2002, United Voices.
5    BY MS. LEVINE:
6        Q.    Why did UEP think it was
7    important for producers to implement the
8    guidelines even if their customers were not
9    yet demanding the guidelines?
10           MR. OLSON:  Objection to form.
11           THE WITNESS:  In our view, we
12       felt that it was important for our
13       industry finally to have a program
14       already in place that addressed animal
15       welfare issues.  And so when a
16       customer was now being targeted by
17       animal activists, they knew where to
18       turn to for help and to, you know,
19       change, you know, their specifications
20       for buying.
21           So it was not -- it was not
22       necessarily done for the retailer, but
23       we needed retailer support.  We needed
24       retailer's input into this.  But we

**858**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    were going to go ahead even if some
2    retailers were not ready for it.
3
4    BY MS. LEVINE:
5        Q.    Was it a dynamic process to
6    develop these guidelines?
7        A.    It was a series of many
8    meetings and further refining the guidelines
9    as new research came about or new things were
10   learned, that needed to be implemented in
11   order to manage as such the program. So,
12   yes, it was a very dynamic thing, and it was
13   watched by -- throughout the world. Our
14   scientists became world known because of
15   this.
16       Q.    And are you proud of the
17   program, Mr. Gregory?
18       A.    Honestly in my 50-some years in
19   the egg industry, I have never been more
20   proud of anything than this.
21       Q.    Did developing of the program
22   bring together all different sectors of the
23   egg industry for this standard?
24       A.    Yes.
25       Q.    Can you look at Gregory-5?

**859**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2        A.    That must be on the other end
3    somewhere. Sorry about that. I got them all
4    mixed up. Okay.
5        Q.    In Gregory-5, can you turn to
6    the last page?
7        A.    Yes.
8        Q.    What did you mean by "The
9    marketplace is the appropriate place to
10   establish science-based standards that will
11   allow consumers to make their own choices"?
12       MR. OLSON: Objection to form.
13       THE WITNESS: Well, if I can
14   explain to you that at this hearing
15   before the subcommittee of the
16   Livestock Dairy and Poultry Committee,
17   this was a hearing called in which I
18   provided testimony, and sitting at the
19   same table giving testimony was Wayne
20   Pacelle, the president and CEO of the
21   Humane Society of the United States.
22   He and I had a difference of opinion
23   about animal welfare and -- and his
24   was a, more of it should be, you know,
25   as such consumer demanding cage free

**860**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    and all those kind of things. I was
2    arguing that the marketplace relied
3    upon such, upon science-based
4    programs.
5
6    BY MS. LEVINE:
7        Q.    Did the guidelines -- you can
8    put that document away, Mr. Gregory.
9              Did the guidelines place any
10   restrictions at all on the building of new
11   houses?
12       A.    Absolutely not.
13       Q.    Was there any agreement among
14   certified producers not to build new houses?
15       A.    Absolutely not.
16       Q.    Take a look at Gregory-42.
17       A.    I've got it.
18       Q.    Do you recall that Mr. Olson
19   referenced your warning on the last page in
20   regard to the building of new houses? The
21   top of the last page.
22       A.    "Word Of Caution," is that the
23   title?
24       Q.    Yes.
25       A.    Yes.

**861**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1        Q.    And at that time you wanted to
2    explain something, but at that time Mr. Olson
3    wouldn't let you?
4        A.    Yes.
5        MR. OLSON: Objection to form.
6
7    BY MS. LEVINE:
8        Q.    What did you want to explain?
9        A.    Well, when this was laid out in
10   a phase-in schedule, it was done so
11   recognizing that in order to increase this
12   space per bird in the house, you would lose
13   some birds in those existing housing. We
14   also knew that you were going to need to
15   service your customers. And in order to do
16   so, at some point in time you were going to
17   need to build new housing to make up for
18   this -- for these number of birds you lose in
19   an individual house.
20             So what I'm recognizing that I
21   think here's what I'm saying, and I'm saying
22   don't make a mistake to build new -- building
23   new facilities too quickly. Try to manage
24   this so that you're building it as need be
25   type of thing.

862

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 Q. Did you ever tell anyone not to
3 build a new facility?
4 A. No. No.
5 Q. Did the guidelines require
6 producers to reduce their flock size?
7 A. The UEP certified program
8 required them to increase the space per bird
9 in cages. It did not require them to reduce
10 their overall flock size.
11 Q. Did the guidelines place any
12 restrictions on any producer's flock size?
13 A. No.
14 Q. Did the guidelines require
15 producers to reduce chick hatch?
16 A. No.
17 Q. Did the guidelines place any
18 restriction on any producer's chick hatch?
19 A. No.
20 Q. What happened to flock size
21 since the certified program began?
22 MR. OLSON: Objection to form.
23 THE WITNESS: It has increased
24 considerably.
25 BY MS. LEVINE:

863

1 GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 Q. Mr. Gregory, can you look at
3 Gregory -- the document marked Gregory-11?
4 A. Let's see if I'm going in the
5 right direction. Nope. It's in that one.
6 Yes, I have it.
7 Q. I think you testified this
8 morning -- can you look at the page 3 of that
9 document?
10 A. Yes.
11 Q. I think you testified this
12 morning that at one point in the industry
13 producers were, I think you used the word
14 cramming or shoving chickens into cages. Do
15 you remember that?
16 A. Yes.
17 Q. In response to one of Mr.
18 Olson's questions, he asked you about the
19 point number 4 on this document. Do you see
20 that --
21 A. Yes.
22 Q. -- about Don Bell?
23 A. Yes.
24 Q. Strike that question.
25 He asked you about number 4 on

864

1 GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 page 3 of this document.
3 A. Yes.
4 Q. You answered, I think that
5 what -- that what he analyzed there is
6 probably true. What do you mean by that?
7 A. Well, the industry -- see, when
8 I was first in the industry, first several
9 years, we measured our, not our success, but
10 we measured things on a per bird basis, we
11 were getting how many eggs per bird, what was
12 our feed conversion per bird, what was our --
13 you know, what was -- everything was measured
14 on a per bird basis. And after the egg
15 industry come along in 1960s and we're into
16 this several years and so forth, we then
17 begin to find egg producers, in my opinion,
18 having very little regard for welfare or for
19 the individual performance. What they were
20 trying to do is maximize the revenue coming
21 out of the entire house. And in some cases
22 they were putting birds in cages as little --
23 and providing them with as little as
24 43 square inches. What this point is saying,
25 that if the industry did nothing more, he

865

1 GENE W. GREGORY - HIGHLY CONFIDENTIAL
2 said it's estimated that 15 to 20 percent of
3 the nation's houses are less than 48 square
4 inches. If the industry does nothing more
5 than go to 48 inches, it would remove
6 millions of birds.
7 Q. That is in regard to a cage --
8 A. Yes.
9 Q. -- a single cage. Is that
10 correct?
11 MR. OLSON: Objection to form.
12 THE WITNESS: Yes, that is true.
13 BY MS. LEVINE:
14 Q. Now, throughout your testimony,
15 you have been very careful when talking about
16 reducing flocks to point out that you were
17 talking about per cage. Isn't that right,
18 sir?
19 MR. OLSON: Objection to form.
20 THE WITNESS: I'm talking about
21 providing more space per bird within
22 the individual cages.
23 BY MS. LEVINE:
24 Q. That has nothing to do with the
25 number of cages, does it?

866

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    A.    No. No.
2
3    Q.    So taking the birds out of a
4  cage is not related to the overall flock
5  numbers. Is that correct?
6    A.    Not at all.
7    Q.    In fact, from the Animal
8  Welfare Program itself, did producers learn
9  that hens actually produce more eggs if there
10  are less hens in a cage.
11    MR. OLSON: Objection to form.
12    THE WITNESS: As the Scientific
13    Committee told me as they were working
14    on their recommendation and at times I
15    would be trying to represent producers
16    and challenge them on these things,
17    and they told me at the time, said
18    give this some time, what you will
19    find as you do these things, you will
20    get more eggs per hen, you will have
21    lower mortality, et cetera. What we
22    found very soon on, that the eggs per
23    hen on an annual basis increased
24    substantially, the livability improved
25    so much it was beyond people's belief.

867

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2    Feather cover of the birds was so much
3    better and egg farmers that once
4    resisted these kind of changes were
5    patting them on the back and just
6    tickled to death at what they had
7    done.
8  BY MS. LEVINE:
9    Q.    Mr. Gregory, can you look at
10  the document that was marked as Gregory-23?
11    A.    23. Going the wrong direction.
12  21, 2. 23.
13    Q.    Could you turn to page 2 of
14  Exhibit 23?
15    A.    Yes.
16    Q.    Do you see under the part where
17  it says "C. Comments"?
18    A.    Yes.
19    Q.    Mr. Olson questioned you about
20  this document. Do you remember?
21    A.    I do.
22    Q.    You wanted to explain something
23  to him. What did you want to explain, if you
24  remember?
25    A.    I'm sorry, I don't recall right

868

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  now.
2
3    Q.    I think it was in connection
4  with the third point under C. Does that help
5  refresh your recollection at all about what
6  you wanted to say?
7    A.    I apologize, I don't recall.
8    Q.    I was just giving you an
9  opportunity. If you think of it, you let me
10  know.
11    Mr. Gregory, can you take a
12  look at Exhibit 46, it's your "An Economic
13  Perspective By: Gene Gregory"?
14    A.    I do remember that. 46. Okay.
15    Q.    Do you have it in front of you?
16    A.    I do.
17    Q.    Can you turn to page 2?
18    A.    Yes.
19    Q.    At the bottom?
20    A.    Uh-huh.
21    Q.    Do you see the sentence that
22  says, "Now let's consider the reasons that
23  may have caused these egg price improvements"?
24    Do you see that?
25    A.    Yes.

869

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2    Q.    What, if anything, did you do
3  when you wrote this to determine the -- to
4  determine that the reasons actually caused
5  the price improvements noted?
6    MR. OLSON: Objection to form.
7    THE WITNESS: So I need to turn
8    the page and --
9  BY MS. LEVINE:
10    Q.    Yeah.
11    A.    Okay.
12    Q.    I'm sorry. The reason --
13    A.    Yeah.
14    Q.    And really the question is,
15  what did you do, if anything, to make these
16  determinations?
17    MR. OLSON: Same objection.
18    THE WITNESS: Well, I was aware
19    that the USDA had depopulated 3
20    million birds in Southern California
21    because of Egzota Newcastle disease
22    problem. I knew that U.S. Egg
23    Marketers had made some exports during
24    those times. I knew that egg breaking
25    plants at that point in time were

57 (Pages 866 to 869)

870

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    reducing their inventory of products
3    and they were buy -- what I mean by
4    that was they were buying product and
5    because they were reducing their
6    inventory or they would be buying.
7    And at that point in time, I can't
8    remember whether that was along about
9    the Atkins Diet time, we saw an
10   increase in per capita consumption of
11   eggs. And then as we were beginning
12   to phase in the Animal Welfare
13   Guidelines, I anticipated that that
14   was having a contribution. So it was
15   just gathering information from
16   different sources.
17   BY MS. LEVINE:
18       Q.    Could other factors have been
19   responsible for these price improvements?
20       A.    Absolutely. There always are.
21           MR. OLSON: Objection to form.
22   BY MS. LEVINE:
23       Q.    Did you do anything to
24   determine if other factors were responsible?
25       A.    I did not.

871

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    And in terms of the --
3    implementing the welfare guidelines, can you
4    explain what you meant by that at that period
5    of time?
6        A.    What was the dating on this? I
7    forget. This is 2003.
8            MR. OLSON: Objection to form.
9    BY MS. LEVINE:
10       Q.    Go ahead.
11       A.    We have now -- I don't know
12   what the date of this -- it's October 2003,
13   yeah. We had at this point in time lost the
14   program with chicks hatched in April of 2002
15   which meant that those chicks would be going
16   to the layer house in the fall of 2002. So
17   that was our first phase-in period. We were
18   now at 56 inches and we had gone from what we
19   talked about this morning as mostly
20   53.3 inches at that time. So there had
21   been -- in this short amount of time, there
22   had been birds, the number of birds per cage,
23   at least on some of the cages at that point
24   in time had birds -- a bird or so had been
25   taken out of some cage and it not been enough

872

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    a period of time passed for the farmer to
3    have a need for or ability to build new
4    housing.
5        Q.    And when in your guidelines
6    there was a time when the farmer would have a
7    need for new housing. Is that correct?
8            MR. OLSON: Objection to form.
9            THE WITNESS: Absolutely.
10   Eventually he's got to build new
11   housing.
12   BY MS. LEVINE:
13       Q.    And he did, in fact, build new
14   housing?
15           MR. OLSON: Objection to form.
16           THE WITNESS: He invested in the
17   industry. I would not know the
18   millions of dollars that has been
19   invested in new housing.
20   BY MS. LEVINE:
21       Q.    And when new housing was done,
22   then the supply goes up. Right?
23       A.    In fact, it went way beyond
24   what the need was.
25       Q.    And then the price went down.

873

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    Is that right?
3        A.    Absolutely.
4        Q.    And is that one of the reasons
5    that caused, I think you said one of the
6    worst times in egg history?
7        A.    Yes.
8        Q.    Mr. Gregory, can you also look
9    at page 1 of this document?
10       A.    Yes.
11       Q.    Look at the bottom couple of
12   paragraphs about Dick Chilson. Do you see
13   that, sir?
14       A.    Yes.
15       Q.    Do you see in that paragraph
16   that said, "So did the industry lose money
17   during this four-...year period?"
18           Do you see that paragraph?
19       A.    Yes. Yes.
20       Q.    The document says, "Dick
21   Chilson provided figures showing that the
22   average return for all his clients was about
23   ½ cent per dozen profit per year."
24           Do you see that?
25       A.    Yes.

58 (Pages 870 to 873)

874

```
 1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
 2      Q.    Do you see the next sentence,
 3  he said that "...the Top Third of his clients
 4  were about 3 - 4 cents above this average and
 5  his Bottom Third averaged about 3 - 4 cents
 6  below the average."
 7      A.    Yes.
 8      Q.    Do you see that?
 9      A.    Yes.
10      Q.    So sometimes an average,
11  sometimes there are profits and sometimes
12  there are losses.  Correct?
13          MR. OLSON:  Objection to form.
14          THE WITNESS:  Oh, yes.
15  Absolutely.
16  BY MS. LEVINE:
17      Q.    That's what an average is.
18  Right?
19          MR. OLSON:  Objection to form.
20          THE WITNESS:  What this
21  particular thing is talking about is
22  that Dick Chilson had a service where
23  he measured all kinds of parameters
24  with his clients that he had, and then
25  he would publish a report, not
```

875

```
 1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
 2  identify them by name, but he would
 3  publish a report of their performance.
 4  What we're trying to say here is that
 5  not everybody is the same.  There are
 6  some farms and some companies that are
 7  more efficient or more profitable than
 8  others.
 9  BY MS. LEVINE:
10      Q.    Some profit's up, some profit's
11  down.  Right?
12          MR. OLSON:  Objection to form.
13          THE WITNESS:  Right.
14  BY MS. LEVINE:
15      Q.    If you turn to page 2, please.
16  I think you reviewed this document with Mr.
17  Olson a little bit and you -- and in the
18  middle it says, "Let's review the extent of
19  the price turn around."
20          Do you see that?
21      A.    Yes.
22      Q.    You talk about Shell Eggs,
23  Breaking Stock, Unpasteurized Whole,
24  Pasteurized Whole, Dried Whole...
25          Do you see that?
```

876

```
 1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
 2      A.    Yes.
 3      Q.    There you're talking about
 4  averages, too, which is what you just said,
 5  some up, some down.  Right?
 6          MR. OLSON:  Objection to form.
 7          THE WITNESS:  Yes.
 8  BY MS. LEVINE:
 9      Q.    So some prices is up for some
10  purchasers and some went down for other
11  purchaser.  Is that right?
12          MR. OLSON:  Objection to form.
13          THE WITNESS:  What this is, is
14  Urner Barry quote from those different
15  categories of eggs.  And, yes, some
16  went up, some went down.
17  BY MS. LEVINE:
18      Q.    And I think at the top of the
19  document there is some discussion about cost
20  plus contracts.  Do you see that?
21      A.    Yes.
22      Q.    And when you were talking about
23  Urner Barry just when you talked about the
24  shell eggs, the breaking stock, the
25  unpasteurized, you're just talking about
```

877

```
 1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
 2  Urner Barry effect, you're not talking about
 3  cost plus -- sorry, you're not talking about
 4  cost plus contracts?
 5      A.    No.  No.  This is --
 6      Q.    You're not -- go ahead.
 7      A.    No, no.  This does not have
 8  anything to do with cost plus contracts
 9  between egg supplier and his customer.
10      Q.    Or, for that matter, any other
11  type of way that a producer would price his
12  own eggs?
13      A.    In fact, at least in the shell
14  egg industry, I know uses the Urner Barry
15  benchmark quote as the point of negotiation
16  and retailers have driven the egg producers
17  down and down and down to a point instead of
18  selling eggs at the Urner Barry quote, it's
19  likely now that egg producers are having to
20  sell their eggs to a retailer for probably --
21  I've been out of the business now for --
22  really paying attention to this, really ever
23  since this lawsuit was filed, but at that
24  time it was probably they were selling back
25  of the Urner Barry quote by like 20 cents a
```

**VERITEXT REPORTING COMPANY**
(212) 279-9424          www.veritext.com          (212) 490-3430

878

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    dozen. That comes about because the retailer
3    keeps putting pressure on the egg supplier to
4    sell them for less all the time because your
5    competitor will.
6        Q.    When you testified this morning
7    about the effect that retailers have on
8    prices, you don't know that across the board.
9    Right?
10       MR. OLSON: Objection to form.
11       THE WITNESS: Ask the question
12       again, I'm sorry.
13   BY MS. LEVINE:
14       Q.    This morning when you were
15   asking -- you were testifying in answer to
16   some questions about the effect that
17   retailers had on prices, you don't know those
18   effects across the board. Right?
19       MR. OLSON: Objection to form.
20       THE WITNESS: No. No.
21   BY MS. LEVINE:
22       Q.    You don't know every retailer
23   price?
24       A.    No, I have no idea.
25       MR. OLSON: Same objection.

879

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        THE WITNESS: When I talk about
3        retailers, we're talking about what is
4        published by USDA.
5    BY MS. LEVINE:
6        Q.    But you don't know anything in
7    particular about any particular retailer?
8        A.    I have no idea about any
9    contract between a supplier and a retailer.
10       MR. OLSON: Same objection.
11   BY MS. LEVINE:
12       Q.    Or the effect?
13       A.    No.
14       MR. OLSON: Same objection.
15       THE WITNESS: I'm sitting here
16       and I'm wondering what -- I've never
17       been through so, but I don't know that
18       her questions are so offensive or
19       anything. I don't understand all the
20       objections.
21   BY MR. OLSON:
22       Q.    Mr. Gregory, it's just -- it's
23   what lawyers do about a question. He thinks
24   some of my proper questions as -- the way
25   that I'm asking are improper from an

880

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    evidentiary point. He's just making his
3    record.
4        A.    It gets real irritable.
5        Q.    I understand.
6        MR. OLSON: Tell you what,
7        should we have a standing objection to
8        leading questions? Then I can object
9        much less.
10       MS. LEVINE: No, I think we have
11       to keep to object to the form.
12       THE WITNESS: I'm just trying to
13       understand how this whole thing works.
14       MR. OLSON: I just made an offer
15       that would have made it a little
16       simpler, but...
17   BY MS. LEVINE:
18       Q.    What phase-in period did UEP
19   initially want?
20       A.    We went to FMI discussing that
21   we would like to get their endorsement and we
22   would like to do this over a 12-year phase-in
23   period.
24       Q.    And what phase-in period did
25   the retailers want?

881

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        A.    FMI, NCCR wanted to have it
3    done very quickly. They suggested we do it
4    over a three-year period.
5        Q.    What was ultimately
6    implemented?
7        A.    We reached a compromise
8    agreement and settled on six years.
9        Q.    Do you recall that on Tuesday
10   you discussed with Mr. Olson the Scientific
11   Advisory Committee's recommendation on space
12   allowance?
13       A.    Yes.
14       Q.    Let's take a look at those
15   recommendations. Can you take out again
16   Gregory-20, which is September -- dated
17   September 2000?
18       A.    That number is what again?
19       Q.    20.
20       A.    20. Okay.
21       Q.    At the same time I'm going to
22   mark Gregory-107, which is Bates stamped
23   UE0295925 through UE0295940.
24                - - -
25       (Exhibit Gregory-107, United Egg

60  (Pages 878 to 881)

882

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1       Producers Animal Husbandry Guidelines
2       for U.S. Egg Laying Flocks, Bates
3       UE0295925 - UE0295940, was marked for
4       identification.)
5                       - - -
7   BY MS. LEVINE:
8       Q.   I'm going to hand it to the
9   witness.  This is Gregory-107.  There's a
10  couple of documents that I'm going to have
11  you look at all at once so there's no
12  confusion.
13      A.   Okay.
14      Q.   Can you tell me what Gregory-20
15  are?
16      A.   Those are the recommendations
17  that the Scientific Committee presented to
18  our Board of Directors in September of 2000.
19      Q.   Are those the final
20  recommendations?
21      A.   There has been modifications or
22  things that have come about since then based
23  upon research that occurred after that, but
24  at that time that was.
25      Q.   Can you turn to page Bates

883

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1   number UE0208693?
2       A.   I have it, yes.
3       Q.   Under "Housing Recommendations...,
4   do you see that?
5       A.   Yes.
6       Q.   Are these the Scientific
7   Advisory Committee's recommendation on
8   housing and space allowance?
9       A.   Yes.
10      Q.   Can you read to me the third
11  recommendation?
12      A.   "Space allowance should be in
13  the range 67 to 86 square inches of usable
14  space per bird, depending on the type of cage
15  and the type of bird that is being housed.
16  For example, space allowance can be at the
17  low end of the range in shallow cages in
18  which small Leghorn strains are housed, but
19  should be at the higher end of the range in
20  deep cages housing larger strains like brown
21  hens.  Useable space is space that is not
22  obstructed by cage equipment, and has a
23  ceiling height that is high enough for the
24  hens to stand comfortably upright."

884

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1       Q.   Can you look now at what we
2   just marked as Gregory-107?
3       A.   Okay.
4       Q.   What is this document?
5       A.   That is the first edition of
6   the Animal Husbandry Program.
7       Q.   This is the one that you
8   referred to repeatedly when Mr. Olson showed
9   you a draft that was written in 2000.  Right?
10      A.   Yes.
11      Q.   And that draft is Exhibit 21.
12      A.   I don't have that.  Do you want
13  me to find it?
14      Q.   That's okay.  Yeah, take out
15  Exhibit 20 -- I'm sorry, Exhibit 21.
16      A.   21.  So which pile was I in
17  here?
18          MR. OLSON:  While he finds that,
19  can we take a 30-second break so I can
20  do something?
21          MS. LEVINE:  30 seconds?
22          MR. OLSON:  Use the restroom.
23          MS. LEVINE:  We're all going to
24  stay here.

885

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1           MR. OLSON:  Okay.
2           VIDEOGRAPHER:  The time is
3   approximately 1:20 p.m.  We're off the
4   record.
5                       - - -
6           (A recess was taken.)
7                       - - -
8           VIDEOGRAPHER:  The time is
9   approximately 1:25 p.m.  This begins
10  tape five, volume three.  We're back
11  on the record.
12  BY MS. LEVINE:
13      Q.   Mr. Gregory, do you have
14  Exhibit 21?
15      A.   I do have.
16      Q.   And this is the document that
17  Mr. Olson had asked you questions about.
18      A.   Okay.
19      Q.   Is this a draft?
20      A.   Yes.
21      Q.   And is Exhibit 107 the final
22  guidelines?
23          MR. OLSON:  Objection to form.
24          THE WITNESS:  Excuse me.  That

886

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        would have been the guidelines that
3        were the final ones at that time that
4        started the program.
5    BY MS. LEVINE:
6        Q.    Can you turn to page 4 of that
7    document, 107?
8        A.    Yes.
9        Q.    Look under "Recommendations."
10       A.    Yes.
11       Q.    Was the Scientific Advisory
12   Committee's recommendation that space
13   allowance should be in the range of 67 to
14   86 inches included in the 2002 UEP
15   guidelines?
16       A.    In the 2002?  That's what we're
17   looking at right now?
18       Q.    Yes.
19       A.    Yes.
20       Q.    And is that included?
21       A.    Yes.
22       Q.    Where is that included, could
23   you just point that out to me?
24       A.    It's point number 3 under the
25   "Recommendations."

887

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    Thank you.  Let's take another
3    look at recommendations by the Scientific
4    Advisory Committee on housing and space that
5    Mr. Olson asked you about.  Look at Gregory-20.
6        A.    Page 20?
7        Q.    Look at the document 20 --
8        A.    No.  The document 20.
9        Q.    -- the September --
10       A.    Yes, I have it.
11       Q.    -- 2000.  You have that?
12       A.    Uh-huh.
13       Q.    And turn to UE0208693.
14       A.    I have that.
15       Q.    And, please, read the second
16   recommendation.
17       A.    Hens should be able to stand
18   comply upright in their cage without having
19   their heads protruding into the cage above.
20   A cage height of 16 to 17 inches will
21   generally be acceptable for small Leghorn
22   strains, while larger strains will require
23   larger cages -- taller cages.  The slope of
24   the cage floor should not exceed 8 degrees.
25       Q.    Look at Exhibit 107 which are

888

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    the actual guidelines.
3        A.    Yes.
4        Q.    Look at page 4.
5        A.    Yes.
6        Q.    And was the Scientific Advisory
7    Committee's recommendation that birds be
8    allowed to stand comfortably adopted?
9            MR. OLSON:  Objection to form.
10           THE WITNESS:  It says that "All
11       hens should be able to stand
12       comfortably upright in their cage.
13       The slope of the cage floor should not
14       exceed 8 degrees."
15   BY MS. LEVINE:
16       Q.    Thank you, Mr. Gregory.
17       A.    Can I further explain what I
18   think is a positive thing here?
19       Q.    Sure.
20       A.    We talked a great deal about
21   road map.  The thing I'm most proud of about
22   this is that the recommendations that the
23   Scientific Committee made and they recognized
24   that with existing equipment there were some
25   things that you could not do.  You can't

889

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    change the size of the cage and so forth.
3    What it was, it said to the equipment
4    manufacturers in the egg industry, you need
5    to start building different kinds of cages,
6    and they did.  Everything has been built in
7    the -- I think virtually everything has been
8    built since these guidelines came along has
9    provided taller cages, it is most of the
10   system that have been built are manure belt
11   system where there is no drop through, you
12   know, the air quality in the houses.  It was
13   a road map for the equipment companies to
14   build a better cage system.  And it's -- it
15   is amazing what the systems are today versus
16   what they were even in 2000.
17           My point of saying that is that
18   you -- it took time for this evolution.
19       Q.    Recall that another one of the
20   Scientific Advisory Committee's
21   recommendations you covered with Mr. Olson
22   concerned fresh air and acceptable levels of
23   ammonia concentration?
24       A.    Yes.  Yes.
25       Q.    What is the maximum ammonia

VERITEXT REPORTING COMPANY
(212) 279-9424        www.veritext.com        (212) 490-3430

890

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  concentration allowed today under the UEP
3  program?
4      A.    Let's see, I think it's -- I
5  think it's --
6      Q.    I can show you a document.
7      A.    I was going to say, can I get
8  it out of my briefcase?
9      Q.    Can you look at Gregory-106
10 that I gave you?  It is the 2007-2008.
11     A.    What did I do with that?
12     Q.    I can give you my document.
13     A.    I need to read it to be sure.
14     Q.    On 106 --
15     A.    You want me to read about
16 temperature and air quality, the guidelines?
17     Q.    Can you look at --
18     A.    It says --
19     Q.    Can you look at UE0225077, and
20 what does it tell you about the ammonia
21 levels?
22     A.    The ammonia concentration to
23 which birds are exposed should ideally be
24 less than ten parts per million and should
25 rarely exceed 25 parts per million.

891

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.    Thank you, Mr. Gregory.
3          Recall that you wanted to
4  explain to Mr. Olson why the maximum ammonia
5  concentration allowed initially under the UEP
6  program was 50, but you did not have that
7  opportunity.  Do you want to explain it to me
8  now?
9      A.    Yeah, there was a great debate
10 amongst our Producer Committee about this
11 issue.  Because we had people in the northern
12 states that were fearful that in the winter
13 months when you have to button the house up
14 much tighter because of cold temperatures,
15 the ammonia level goes up in the house.  They
16 were arguing that if you take these birds out
17 of their house, then the hens won't produce
18 enough body heat in order to keep the house
19 warm.  They were arguing against this.  And
20 there were people that were arguing against
21 this as well because they were referencing
22 OSHA standards.  And OSHA standards were one
23 thing for like birds and they were different
24 for humans.
25          The Scientific Committee came

892

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  down on the side of the OSHA for humans and
3  the fact that we need to also be concerned
4  about the workers within the house.  And so
5  that was one of their recommendations.  We
6  didn't think we could get to that as yet, but
7  yet when we -- after presenting our
8  guidelines to and asking the endorsement from
9  the FMI and NCCR, this is one of the things
10 that they found was deviated and they urged
11 us to change that and ultimately, regardless
12 of what the effect on northern climates were,
13 we changed it to what the Scientific
14 Committee wanted.
15     Q.    Thank you, Mr. Gregory.
16          What is molting?
17     A.    Well, actually molting is a
18 natural process that birds go through.  It's
19 a means of them in most cases shedding some
20 feather, reducing body fat, getting
21 themselves into a reproductive stage.  Now,
22 in the nature, in the wild, that means
23 getting themselves in a reproductive stage so
24 that they can hatch new chicklings.  In our
25 industry, molting will go -- hens will go

893

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  into a molt naturally, but not all on the
3  same day or the same week or that kind of
4  thing.  And it's a very disruptive thing.  So
5  many years ago, sometime in the 1960s, at --
6  what university, I don't know where that was,
7  I think it was somewhere in California, they
8  figured out that a way to synchronize a molt
9  so that all hens were being molted at the
10 same time.
11          Now, the benefits of a molt, is
12 by the time you do this, a hen is now in its
13 older ages, it's not -- its rate of
14 production is not good.  But more than that,
15 the problem is that as a hen ages, the shell
16 quality, they're depleting calcium from their
17 body to make an egg shell, and as they get
18 older, the shell depleting and the -- as the
19 egg size gets larger, the shell quality gets
20 thinner.  You have more cracks, more checks,
21 that kind of thing.  Well, consumers don't
22 want to buy what we call then B grade eggs,
23 so when you put a hen into molt, when she
24 comes back into production, she is more like
25 a young pullet now and she is now laying eggs

63  (Pages 890 to 893)

894

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  that have a really nice shell on them.
3  That's what the consumer wants.
4      Q.    When birds naturally molt, do
5  they stop eating for a period of time?
6      A.    That's what I'm told. I'm not
7  an expert on that, but, yes, they do stop
8  eating. The purpose of that is to reduce
9  themselves or do some things in order to
10  rejuvenate that reproductive cycle.
11      Incidentally, maybe people in
12  here don't know, but you do not need roosters
13  with hens to produce eggs. Now, it's
14  surprising, but we've actually employed
15  people that work for us and they didn't know
16  that. But you do not need roosters to
17  produce eggs. A hen will naturally lay eggs.
18  The rooster is only necessary in order to
19  fertilize that egg. And if you want to
20  hatch -- hatch chicks, then you need roosters
21  with them. But otherwise you do not need
22  roosters.
23      Q.    Do you recall that on Tuesday
24  you wanted to explain to Mr. Olson why the
25  original UEP guidelines didn't prescribe a

895

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  specific maximum period of time that feed
3  could be withdrawn to induce a molt? And you
4  did not have an opportunity to explain
5  yourself. Could you, please, explain now
6  what you wanted to tell Mr. Olson about that?
7      MR. OLSON: Objection to form.
8      THE WITNESS: Well, at that time
9    when the molt recommendations were
10    being made, the scientists said we
11    recognize the benefits and it's
12    scientifically justified to put hens
13    in molt. And the only known way to do
14    that is withdraw feed. And different
15    programs, different programs produced
16    better results. Surprisingly, hens
17    that went off of feed for more days
18    actually were -- produced better eggs
19    and longer eggs than those that were
20    put in a short molt, short few days
21    because in a short few days, they
22    didn't accomplish what's needed as a
23    molt. Now, it's appalling to me that
24    you have to take feed away from any
25    animal, but it's surprisingly that

896

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    they do quite well during that period
3    of time. But anyway, that was the
4    only way known. But one of the
5    scientists that was working with us
6    said you also have to look at this as
7    a public issue. What if the public
8    was to learn that you're taking feed
9    away from animals, that would be an
10    unacceptable public issue. So we
11    said, okay, we've got to find out a
12    way to resolve this. So we
13    commissioned research on molting to
14    see if we could find a way to induce a
15    molt without taking feed away, and lo
16    and behold despite everybody saying it
17    couldn't be done, we did find it. And
18    believe me, it works and everybody
19    just loves it.
20  BY MS. LEVINE:
21      Q.    Mr. Olson asked you about
22  feeder space.
23      A.    Yes.
24      Q.    Can you take a look at
25  Gregory-20, which are the September 2000

897

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  recommendations?
3      A.    Yes.
4      Q.    Take a look at UE0208693.
5      A.    Yes.
6      Q.    What was the Scientific
7  Advisory Committee's recommendation on feeder
8  space?
9      A.    Four inches per bird.
10      Q.    Could you read that into the
11  record, please, sir?
12      A.    "A minimum feeder space of 4
13  inches per bird should be allocated such that
14  all birds can feed simultaneously."
15      Q.    And can you go to the 2002
16  guidelines, Exhibit 107?
17      A.    Yes.
18      Q.    You should have it right in
19  front of you. And can you look at the
20  housing and space allowance on page 4?
21      A.    Yes.
22      Q.    What was the recommendation
23  adopted on feeder space?
24      A.    "Feeder space should be
25  sufficient to allow all birds to eat at the

64 (Pages 894 to 897)

898

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    same time."
2    Q.    Why wasn't four inches
3    specified?
4           MR. OLSON:  Objection to form.
5           THE WITNESS:  It's a really good
6    question.  Because you see in addition
7    to floor space in a cage, the feeder
8    space is running along in front of it.
9    So if you were to go to four inches of
10   feeder space per bird, that was
11   increasing the feeder space based on
12   what current we're doing.  And just in
13   order to meet that guideline would
14   mean that you have to take more birds
15   out of the cages and depopulate more
16   birds, that would have meant that we
17   would have further reduced the flock
18   size.  But what we argued with the
19   Scientific Committee about is that we,
20   with the existing equipment the way we
21   have it, we don't think that that's
22   possible without taking several
23   million more hens out of the market.
24   We said that as we phased this in, as

899

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    you increase floor space per bird,
2    that correlates by the fact that
3    you're also at the same time
4    increasing the feeder space per bird.
5    We said by the time we phase this in,
6    that we will have accomplished that.
7    But in the meantime, the Scientific
8    Committee did more field research on
9    this because that recommendation came
10   out of university research.  That was
11   not based on commercial operations.
12          So they looked at this in the
13   field.  Than a guy named Dr. -- I
14   think his name is Paul Gardner, at
15   Purdue University, then did a feeder
16   space research project, and I think
17   it's called epidemiologic.  I don't
18   understand what all it is, research
19   project, funded by the U.S. Poultry
20   and Egg Association.  And what he
21   found in commercial -- in commercial
22   business that range, as I recall,
23   something like 2.7 to 3.3 space was
24   enough for a white Leghorn hen.  And

900

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    so through the period of time, then
2    the Scientific Committee changed their
3    recommendation to three inches, I
4    believe, and wrote it in particularly
5    for cage free birds which you would
6    think need more space than cage birds.
7    BY MS. LEVINE:
8    Q.    So, Mr. Gregory, do the
9    guidelines incorporate the Scientific
10   Advisory Committee's recommendation that all
11   birds be able to eat at one time?
12          MR. OLSON:  Objection to form.
13          THE WITNESS:  That's what it
14   says, yes.
15   BY MS. LEVINE:
16   Q.    That's what the guidelines say.
17   Right?
18   A.    Yes.
19   Q.    Can you take a look at
20   Gregory-5?  Do you have that handy?
21   A.    Do I need to keep these out?
22   Q.    Yeah, keep those out.  Just
23   look at Gregory-5.  I'm going to hold this
24   for you.

901

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    A.    I've got it.
2    Q.    On Gregory-5 on page 3, top of
3    page 3 which is UE0567057.
4    A.    Yes.
5    Q.    You said, or the document says,
6    "UEP has never rejected a recommendation by
7    the committee."  What did you mean by that?
8    A.    We accepted -- we accepted --
9    the board accepted those recommendations and
10   endorsed them unanimously.  We accepted them
11   with the understanding that there were some
12   things that we could not do immediately, and
13   accepted with the understanding that the
14   Producer Committee was working on this and
15   trying to figure out -- you see the
16   Scientific Committee never told us when and
17   how to do these things.  They just said this
18   is what it should be.  So the Producer
19   Committee then had to work on this.  But the
20   board or the Producer Committee would never
21   ever -- never ever question the Scientific
22   Committee's recommendation.
23   Q.    Mr. Gregory, can you look at
24   document 27 that was marked as 27.  Which

65 (Pages 898 to 901)

902

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  pile is that?
3      A.    You think it's in this pile?
4      Q.    This pile.
5      A.    Okay, I got it here.
6      Q.    On Tuesday, Mr. Olson asked you
7  about Joy Mench's statement on page 2, that
8  her opinion is that no hen should get less
9  than 72 inches of cage space.
10     A.    Yes.
11     Q.    Do you recall that you wanted
12  to address the remainder of this e-mail, but
13  Mr. Olson wouldn't let you at that time?
14     A.    I think so.
15     Q.    What else did you want to say?
16     A.    Well, what this was is that
17  this 72 inches was based upon, you know,
18  white birds and brown birds, and it was just
19  birds in general. And, you know, 90,
20  95 percent of our egg laying hens in the
21  country are white birds.
22     Q.    Just want to put one issue to
23  rest. What is beak trimming?
24     A.    Okay. Good one. Well,
25  unfortunately the -- years ago the word was

903

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  used and animal activists have used it,
3  de-beaking. And that implies to anyone not
4  understanding our industry as if you had cut
5  the beaks off of chicken. Well, that would
6  be obviously foolish. What it's talking
7  about is trimming, the bird -- birds have a
8  beak that on the tip of it is a real sharp
9  point. Quite honestly, it is a real sharp
10  point because that's a defensive mechanism
11  and they use it for fighting one another. So
12  what happens is that you trim that tip off so
13  that you have more of a blunt point rather
14  than a sharp point, and the purpose of it is,
15  is to avoid cannibalism.
16      Now, again, I tell you, you
17  know, you may -- a bird's beak is
18  proportionate to its body. It's not like a
19  fingernails, just growing all the time. You
20  don't have to keep doing that. You do it
21  only one time.
22     Q.    At what time do you do trim off
23  that little end of the beak?
24     A.    Well, that's another real
25  positive thing that I think our Scientific

904

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  Committee came up with. Prior to this we had
3  people beak trimming at 14 weeks of age or
4  ten weeks of age or different ages, which
5  they proved to us that that was maybe not a
6  good practice, maybe it was inhumane, maybe
7  there was greater pain and so forth. And
8  based upon all the work that Dr. Patricia
9  Hester had done, the recommendation was to
10  try to breed birds that don't need to be beak
11  trimmed which we haven't been able to do yet.
12  But if you do need to beak trim, it should be
13  done at ten days or younger. As a result of
14  that, there's been lots of things happen
15  since then. And many of our chicks are now
16  beak treated, treatment done at day old at
17  the hatchery.
18     Q.    Mr. Gregory, can you look,
19  again, at Gregory-106 which is the most
20  recent guidelines?
21     A.    I have 107.
22     Q.    It's 106.
23     A.    I think you had that and you
24  handed it over to me. I think I couldn't
25  find 106. Is it here?

905

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     Q.    That's okay. I'll give you my
3  copy of 106. Here's Exhibit 106 for you.
4  Can you turn to page 6?
5     A.    Yes.
6     Q.    And look at or review the
7  second paragraph beginning, "After having
8  reviewed the findings of the university
9  research projects for non-feed withdrawal
10  molt programs..."
11      Do you see that?
12     A.    Yes.
13     Q.    Could you just read that to
14  yourself?
15      Has the Scientific Advisory
16  Committee revised its recommendations on molt
17  after this research was done?
18     A.    Yes, they did.
19     Q.    And is it indicated there?
20     A.    Yes.
21     Q.    I'm going to mark the next
22  document. You can put that down, but don't
23  lose it.
24     A.    I'll put it right here if you
25  don't mind.

VERITEXT REPORTING COMPANY
(212) 279-9424    www.veritext.com    (212) 490-3430

906

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    Q.   I'm going to mark the next
2    document as 108. It's Bates stamp UE0176451.
3                    - - -
4          (Exhibit Gregory-108, 10/4/04
5          Letter, Bates UE0176451, was marked
6          for identification.)
7                    - - -
8    BY MS. LEVINE:
9          Q.   Can you identify this document,
10   Mr. Gregory?
11         A.   It's a letter being written by
12   Dr. Armstrong to Paul Bahan who was the
13   chairman of the Producer Committee for animal
14   welfare at that time.
15         Q.   Why did the Scientific Advisory
16   Committee oppose backfilling?
17         A.   Well, I think rather than me
18   paraphrasing, I probably should read what Dr.
19   Armstrong said.
20         Q.   Take your time.
21         A.   What -- he is -- you're waiting
22   for my answer?
23         Q.   Yeah.
24         A.   What he's doing is he is

907

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1          writing to the chairman, the Producer's
2    Animal Welfare Committee providing reasons
3    why it is -- it certainly is not something
4    that the Scientific Committee anticipates,
5    nor do they support. I'm speaking about
6    backfilling. He identifies that the science
7    talks about mixing birds from different age
8    flocks, it causes -- it makes them more
9    susceptible to disease. The vaccination
10   schedules, the social companion, and a
11   variety of reasons why it is not a good
12   animal welfare practice to mix birds of
13   different ages in the cages.
14              He's also going forward to say
15   that he doesn't believe that FMI and NCCR had
16   any knowledge that our industry was
17   backfilling and would not support that. And
18   so he urged us to make this correction as
19   quickly as possible.
20         Q.   And is that why backfilling
21   was -- the issue and the prohibition of
22   backfilling was not discussed originally by
23   this Scientific Advisory Committee?
24         MR. OLSON:   Objection to form.

908

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1          THE WITNESS:   They, like we, had
2    no idea that this was going to be
3    something that was going to occur. It
4    was unanticipated when it was learned
5    about that, they felt it was an
6    embarrassment upon what their intent
7    and welfare guidelines were.
8    BY MS. LEVINE:
9          Q.   Thank you, Mr. Gregory. You
10   can put that document down.
11              I'm going to move to another
12   part of the program. Why are some guidelines
13   assigned more points than others in the
14   audit; for example, the overcrowding of
15   cages?
16         A.   You know, the current audit is
17   broken down, don't hold me to it exactly, but
18   it's broken down into like 50 points for
19   space or 45 -- I can't remember, 50 points, I
20   use it 50 points for space, and 30 points for
21   beak trimming, and 30 points for something
22   else. So when you're talking about space,
23   space is really only one thing. You know,
24   you -- where when you're talking about beak

909

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1          trimming and you got 30 points there, there
2    are like a series of six questions that are
3    each worth five points because they all fit
4    into that. It's the same way with other
5    segments. So it's not -- it's just not one
6    box you're talking about. It involves, you
7    know, feed, you know, it involves lighting,
8    it involves, you know, a follow on beak
9    trimming with certain medications and so
10   forth. So it was necessary to identify all
11   of these things separately and yet the blocks
12   are pretty similar, but it also -- you have
13   to understand as the Scientific Committee
14   would say to you, that if you compromise
15   space, you have created a compromise on
16   everything that you're doing.
17         Q.   Was the criticism by the animal
18   activists against the egg industry most
19   focused on the cage issue?
20         MR. OLSON:   Objection to form.
21         THE WITNESS:   Yeah. I mean,
22   they're activist is to eliminate
23   cages, more so their movement is to
24   eliminate animal agriculture, but

910

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1　　　their focus was up on cages and their
2　　　attack upon us was that we keep these
3　　　chickens in barren cages, that kind of
4　　　thing, or battery cages I guess that's
5　　　what the word is.
6　BY MS. LEVINE:
7　　　Q.　That was one of the reasons for
8　the points being assigned to the cage issue?
9　　　MR. OLSON:  Objection to form.
10　　　THE WITNESS:  Yes.  Yes.  It --
11　　　we want -- and you have to understand
12　　　that when the meetings with FMI and
13　　　NCCR, I mean there's -- that was a
14　　　critical important thing to them, to
15　　　make sure you give the birds enough
16　　　space type thing.
17　BY MS. LEVINE:
18　　　Q.　Take a look at Exhibit 48,
19　Mr. Gregory.
20　　　A.　Would it be in this pile now?
21　　　Q.　It's your most favorite
22　document, it's Mr. Mueller's letter.
23　　　A.　Okay.
24　　　Q.　Okay.  I'm just going to ask
25

911

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1　you a couple of questions, okay, Mr. Gregory?
2　　　A.　Okay.
3　　　Q.　Do you agree with Mr. Mueller's
4　statement that the certified program had a
5　hidden agenda?
6　　　A.　In fact, that's what was so
7　irritating to me and caused my outburst a day
8　or two ago because that was an insult upon
9　what was going on.  So I expressed some
10　things about Mr. Mueller because of that
11　statement that maybe I should not have done
12　so.
13　　　Q.　I take it that you didn't agree
14　with Mr. Mueller's characterization?
15　　　A.　I don't agree with most of the
16　things of Mr. Mueller.
17　　　Q.　In fact, do you think that Mr.
18　Mueller and the Sparboe Company were really
19　concerned with a hidden agenda?
20　　　MR. OLSON:  Objection to form.
21　　　THE WITNESS:  Well, I don't
22　　　know, my -- my suspicion is that this
23　　　did not fit into their marketing plans
24　　　at that time, at least, and they were
25

912

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1　　　trying every means they possibly could
2　　　to throw up roadblocks against the
3　　　development of this program.
4　BY MS. LEVINE:
5　　　Q.　What was his concern that you
6　just described?  What was their business
7　objective?
8　　　MR. OLSON:  Objection to form.
9　BY MS. LEVINE:
10　　　Q.　If you know.
11　　　A.　No, I don't know what it was.
12　　　Q.　Why did they at this time not
13　like the 100 percent rule?  Do you know if
14　they did not like the 100 percent rule?
15　　　A.　You know, it's interesting
16　about Sparboe, Garth Sparboe, the son of the
17　owner, president, Garth Sparboe was on the
18　Producer Committee for Animal Welfare, and
19　was a great contributor, and, you know, did
20　things.  He was one of the people that went
21　with us to FMI and NCCR.  But every time he'd
22　go back home and he'd tell his dad about
23　what's going on, he'd get his butt chewed out
24　from his dad because of what was going on.
25

913

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1　　　So I just think they felt the
2　egg industry did not need to worry about
3　animal welfare probably.  I don't know what
4　all their motives were.  They were constantly
5　trying to cause UEP problems.
6　　　Q.　Is that one of the reasons why
7　you were not concerned with Mueller's letter?
8　　　MR. OLSON:  Objection to form.
9　　　THE WITNESS:  First of all, I
10　　　think Mueller makes a number of, as
11　　　such, statements in it that history
12　　　proves was not -- did not come true.
13　　　And he is making statements without
14　　　being a participant in trying to
15　　　resolve a public issue.  He is sitting
16　　　by and he's objecting to it and he's
17　　　finding every roadblock that he can to
18　　　stop UEP in most everything we do.
19　　　He's as such laying out and telling us
20　　　that he's going to sue, they're going
21　　　to sue us.
22　BY MS. LEVINE:
23　　　Q.　And were those reasons for
24　Sparboe's own economic reasons?
25

68 (Pages 910 to 913)

914

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1   GENE W. GREGORY - HIGHLY CONFIDENTIAL
2       MR. OLSON:  Objection to form.
3       THE WITNESS:  I suspect it was,
4   yes.
5   BY MS. LEVINE:
6   Q.    Is that what you thought?
7       MR. OLSON:  Objection to form.
8       THE WITNESS:  I would assume so,
9   yes.
10  BY MS. LEVINE:
11  Q.    What is the purpose of the 100
12  percent rule, Mr. Gregory?
13  A.    The Scientific Committee, when
14  they made their recommendations, they were
15  making recommendations to improve the welfare
16  of animals.  They were not making
17  recommendations to improve the welfare of
18  20 percent of the birds or 40 percent of the
19  birds or 60 percent of the birds.  It was
20  about this is what we recommend for all
21  birds.  And so if UEP wanted to develop a
22  certification program, it needed to be a
23  credible program.  And if you wanted to
24  use -- you could take our guidelines and you
25  could do whatever you want to, you could use

915

1   what you want to, but if you wanted to use
2   our certification program and use our logo
3   and market your eggs just simply saying
4   they're UEP certified, then there were
5   certain practices that you were going to have
6   to follow.  And we could not go to our FMI,
7   NCCR, any customer and say to them, hey, by
8   the way, we've established Animal Welfare
9   Guidelines for 20 percent of the birds.  I
10  mean, that would just have been ridiculous.
11  We would have had no respect whatsoever.
12      So the only way to do that, and
13  the only way to avoid eggs coming out of a
14  complex of several houses on the egg belts,
15  going in the house and not being mixed up and
16  all this and that was to say, okay, if you
17  want to be on our program, it's got to be 100
18  percent because we're going to be about
19  improving the welfare of 100 percent of the
20  birds, not just a few birds.
21  Q.    Was there a time when Sparboe
22  changed its position on the 100 percent rule?
23  A.    Yes, they -- in fact, they are
24  a good member of the UEP certified program

916

1   GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   now and have been, I don't know, for, I don't
3   know, maybe it's a couple years now, I'm not
4   sure.
5   Q.    Why did they change their
6   position on the 100 percent rule?
7       MR. OLSON:  Objection to form.
8       THE WITNESS:  I don't know all
9   of it, but the series of events was
10  that, you know, I hate to -- these
11  kind of things have come up.  There
12  was undercover investigation done by
13  an animal activist that somehow or
14  another got into Sparboe farm, did a
15  video, obviously like all of them,
16  it's not a fair representation of the
17  company.  But that video was turned
18  over to Brian Ross, and I believe he's
19  with ABC News.  Anyway ABC or Brian
20  Ross did this big evening news show
21  about the Sparboe Company and about
22  their animal welfare programs or food
23  safety programs, and I don't remember
24  all of it, what was on it anyway, it
25  just -- the company itself I think

917

1   GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   poorly represented themselves in that
3   response to that, and they quickly
4   lost customers.  And Beth was by this
5   time is the president of the company,
6   and her husband Bob made a phone call
7   to me and said I would like to meet
8   with you, we need to apologize for
9   everything, all the things we've said
10  bad about UEP, and we've been wrong
11  all along about this, we need your
12  help.  I explained that based on all
13  the things you've done to us, why
14  would I want to help you.
15      We had a conversation on the
16  phone and I said, you know what, Bob,
17  I like you, and it's my duty to help
18  companies that are in trouble.  So I
19  will meet with you if my attorney
20  permits me to do so.  I said, where do
21  you want to meet?  He said, I'll fly
22  today down to Atlanta to do it.
23      So I made a call to my attorney
24  and said, hey --
25  BY MS. LEVINE:

69  (Pages 914 to 917)

918

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.    Don't divulge any communications
3  with attorneys.  You can just tell us about
4  Sparboe and you.
5      A.    As a result, Bob Snell did fly
6  to the airport in Atlanta.  We met with him
7  there.  He shared what their problems were,
8  asked for my help and I agreed to do
9  everything I possibly could to help them.
10          I then, because of all the
11 things that they had done to us, I had a
12 conference call, as I recall, with our
13 Executive Committee and said this is what the
14 situation is.  Our Executive Committee, many
15 of them were saying we don't give a damn,
16 just, you know, let him -- it's not our
17 problem, it's their problem.  And I convinced
18 the Executive Committee that it was my moral
19 duty, I felt like, that if someone was in
20 trouble in our industry, it put a bad light
21 upon the entire industry.  And as president
22 of UEP, I felt compelled to go do what I
23 could to help these people.
24      Q.    And is the example of Sparboe
25 the exact reason for the 100 percent rule?

920

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  they're very pleased to be a UEP
3  certified company and I think they
4  will find that that 100 percent rule
5  serves them well.
6  BY MS. LEVINE:
7      Q.    Let's turn to another subject.
8          Mr. Gregory, was there ever any
9  agreement among certified companies not to
10 purchase non-certified eggs?
11          MR. OLSON:  Objection to form.
12          THE WITNESS:  Agreement amongst
13 companies?
14 BY MS. LEVINE:
15     Q.    Certified companies not to
16 purchase non-certified eggs?
17          MR. OLSON:  Same objection.
18          THE WITNESS:  There was no
19 agreement amongst producers that I
20 ever knew of.  I think there's
21 individual companies that made that
22 decision, but I don't think there was
23 ever any agreement.  I'm sure there
24 wasn't agreement.
25 BY MS. LEVINE:

919

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2          MR. OLSON:  Objection to form.
3          THE WITNESS:  That, I don't
4  know.  But to conclude it, I did then
5  fly to Minneapolis and met with Snell
6  and others and laid out how we could
7  do this, what we had to do, what they
8  had to do.  As a result of it, they
9  made a number of changes.  And I hope
10 that that's helped them retain their
11 business and so forth.  So...
12 BY MS. LEVINE:
13     Q.    Are they now part of the
14 certified program?
15     A.    Yes.  Yes.
16     Q.    And are 100 percent of their
17 facilities, their houses under the program?
18     A.    Absolutely.
19     Q.    Do you think that Sparboe
20 considers the 100 percent rule now an
21 antitrust violation?
22          MR. OLSON:  Objection to form.
23          THE WITNESS:  I don't know what
24 they think.  I have not had a
25 conversation about that.  I think that

921

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.    I'm going to mark the next
3  document as Gregory-109, which is Bates
4  stamped UE0210295 through UE0210298.
5      A.    Yes.
6              - - -
7          (Exhibit Gregory-109,
8  UEP-Producer Committee For Animal
9  Welfare January 24, 2005 Atlanta, GA
10 Minutes, Bates UE0210295 - UE0210298,
11 was marked for identification.)
12             - - -
13 BY MS. LEVINE:
14     Q.    Can you identify this document?
15     A.    It is a -- the minutes of a
16 "UEP-Producer Committee For Animal Welfare."
17     Q.    What is the date?
18     A.    The date, January 24, 2005.
19 That just happened to be the birthday of two
20 of us in the room.
21     Q.    Can you go to page 2?
22     A.    Yes.
23     Q.    About the middle of the page it
24 says, "Who May Market Animal Care Certified
25 Eggs?"

70  (Pages 918 to 921)

922

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      Do you see that?
3          A.    Yes.  Do you want me to read
4  it?
5          Q.    Do you see where you presented
6  Mr. Isaacson's legal opinion?  Do you see
7  that?
8          A.    Yes.
9          Q.    Can you read what is in quotes
10  there?
11         A.    "'In order to protect the
12  integrity of...,'" this in those days what's
13  still called Animal Care Certified.  "'In
14  order to protect the integrity of the ACC
15  program and logo and in view of the
16  difficulty in preventing the commingling of
17  certified eggs with non-certified eggs and to
18  treat all egg producers equally, it is hereby
19  moved: - That no new licenses to market
20  Animal Care Certified eggs will be issued or
21  renewed to producers who are not ACC
22  certified.'"
23         Q.    Why was that motion made?
24             MR. OLSON:  Objection to form.
25             THE WITNESS:  Well, you know,

923

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      I'm not sure the timing of this, but
3      we had a situation in the Northeast
4      with a producer that we felt
5      misrepresented what he was doing.  He
6      was authorized to buy eggs from a
7      certified company and sell those eggs
8      as Animal Care Certified, only those
9      eggs that he bought from a certified
10     company.  There were a number of
11     competitors in that area that were in
12     stores that this company -- now you
13     want me to -- I'll name the name,
14     Kreider Farms was marketing eggs.  And
15     they provided the USDA number, every
16     plant has a USDA number, and they
17     provided pictures and USDA numbers,
18     and et cetera, that demonstrated to us
19     that, in fact, Kreider was putting
20     his -- putting our ACC logo on eggs
21     that he was producing himself which
22     were not certified.  They provided us
23     with pictures, as I recall, at the
24     time and numbers and all that kind of
25     stuff.  We felt that it was legitimate

924

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      enough that it needed to change the
3      program so that this did not continue
4      to occur.
5  BY MS. LEVINE:
6          Q.    And that was the situation that
7  you described to Ms. Cain-Mannix this morning
8  as violating the program and misrepresenting
9  the product.  Is that right?
10         A.    That's right.
11         Q.    And going back to the document
12  in front of you, that motion that you read in
13  was made?
14         A.    Was it made you said?
15         Q.    Yes.
16         A.    It says that "It was moved by
17  Fortin and seconded by Bynum to approve the
18  preamble and motion recommended by Isaacson."
19         Q.    Did that motion pass?
20         A.    It carried with two no votes.
21         Q.    Is Irving Isaacson's language
22  here accurate that the motion was to protect
23  the integrity of the program?
24             MR. OLSON:  Objection to form.
25             THE WITNESS:  That is his direct

925

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1
2      quote.
3  BY MS. LEVINE:
4          Q.    And do you agree?
5          A.    Yes.
6          Q.    Does this refresh your
7  recollection as to what certain producers
8  were concerned about at the producer meeting
9  about 11 months later?
10         A.    Well, I don't remember the
11  time, but they were concerned that allowing a
12  producer to buy certified eggs from somebody
13  else when he's already in production himself,
14  that we could jeopardize the credibility and
15  producers could be, in fact, misusing that
16  carton on their own eggs, so we needed to
17  find a way to stop that situation.
18         Q.    Would you take a look at
19  Exhibit 70 that was discussed this morning.
20         A.    70.  Okay.
21         Q.    And what you just testified to
22  in these last couple of questions about
23  Kreider and about the motion and what you
24  just said, is that what was going on and what
25  was being expressed in Exhibit 70?

926

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2          MR. OLSON:  Objection to form.
3          THE WITNESS:  You know, I
4      can't -- this is, again, I apologize,
5      this is seven and a half years ago or
6      so forth, and I don't recall exactly
7      what it is, but we're talking about
8      some of these people have the concern
9      about the discontinuation of that
10     non-certified marketing agreement, and
11     so as well as other things we go to
12     Minneapolis to listen to their
13     concerns and complaints.
14     BY MS. LEVINE:
15         Q.    Thank you, Mr. Gregory.
16         A.    Listen, I know -- I don't know
17     how this game is played, but I'm walking out
18     of here at 3:00 because I need to catch a
19     plane.
20         Q.    Take a look at Gregory-64.
21         A.    I have it.  Yes.
22         Q.    Pull that out for just a
23     minute.
24         A.    Yes.
25         Q.    On Wednesday Mr. Olson asked

927

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      you about this document.  What did Mr. Dean
3      mean when he said that backfilling would
4      cause problems in the future with flock
5      identity?
6          MR. OLSON:  I'm sorry, I might
7      have the wrong one.  Could you show me
8      what 64 looks like?  Okay.  I
9      apologize.  And I'll object to the
10     form.
11         THE WITNESS:  So I can't --
12     because he doesn't identify it here, I
13     can't be certain what he's talking
14     about.  As I tried to explain, we have
15     two issues that's coming down the pike
16     on us.  One is we have a USDA animal
17     ID system that is going to create real
18     problems for us because we argue with
19     USDA to have that ID system for egg
20     laying hens as a flock rather than an
21     individual bird.
22         We also have been working with
23     USDA -- with FDA on an egg safety rule
24     for quite a long time.  And we know,
25     because we've working with them, we

928

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      know this is going to be a problem.
3          So I think that's what he is talking
4      about.
5      BY MS. LEVINE:
6          Q.    Thank you, Mr. Gregory.
7              In regard to USEM and the
8      exports, who makes decisions about whether
9      USEM will take a particular export?
10         A.    Initially it is the Export
11     Executive Committee.  And if they approve it,
12     then it's forwarded on to the entire
13     membership and ultimately the entire
14     membership has to pass it by a majority of
15     the members.
16         Q.    This morning you told -- Ms.
17     Cain-Mannix showed you a United Voices, I
18     think it was in 2009 after this lawsuit had
19     been taken.  It's 91 if you want to take a
20     look at it, Exhibit 91.
21         A.    I remember it.
22         Q.    And at that time for the Animal
23     Welfare Marketing Committees, you said they
24     will be closed to UEP members only?
25         A.    Yes.

929

1      GENE W. GREGORY - HIGHLY CONFIDENTIAL
2          Q.    And you said it was because of
3      the lawsuit?
4          A.    Yes.
5          Q.    Did you have a concern that
6      people from UEA were talking to the
7      plaintiffs or others about the lawsuit?
8              MR. OLSON:  Objection to form.
9              THE WITNESS:  There was a number
10     of things.  The date on that is what?
11     BY MS. LEVINE:
12         Q.    January 20, 2009.
13         A.    When we saw the Complaint and I
14     read the Complaint, I was how in the world
15     did plaintiff attorneys get all of this
16     stuff.  Where did they get all this from.
17     And the idea -- thought was that somebody has
18     left our meetings and is turning information
19     over to we believe the Humane Society of the
20     United States or animal activists.  And so we
21     decided we had to be more protective of what
22     might be leaving these meetings and so forth.
23     We also decided that we need to say right up
24     front that this is how we're going to --
25     before we had had executive sessions, but

72 (Pages 926 to 929)

930

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    we -- everybody was in the room and we would
3    say now we're going to go into exec session
4    and now all of a sudden we had to take a 10,
5    15-minute break for everybody else to get out
6    of the room.  So this time we're saying to
7    them up front this is the way we're going to
8    conduct meetings.
9        Q.    Let's focus you on another
10   subject, Mr. Gregory.  Whose interest does
11   UEP represent?
12       A.    Egg farmers.
13       Q.    And whose interest does USEM
14   represent?
15       A.    Egg farmers.
16       Q.    Is any UEP member given more
17   than one vote based on the amount of stock or
18   membership capital owned?
19       A.    No.
20       Q.    Is any USEM member given more
21   than one vote based on the amount of stock or
22   membership capital owned?
23           MR. OLSON:  Counsel, I'm going
24   to object to this line of questioning
25   as outside the scope of the direct

931

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    examination.
3            THE WITNESS:  No.
4            MS. LEVINE:  You started the
5    deposition asking him about
6    Capper-Volstead, so I think it's right
7    in.  Continue with the --
8            MR. OLSON:  I started the
9    deposition asking him about
10   Capper-Volstead?
11           THE WITNESS:  No.  No.
12   BY MS. LEVINE:
13       Q.    Does UEP pay dividends?
14       A.    No.
15           MR. OLSON:  Can I just have a
16   stipulation to that objection for this
17   line of questioning?
18           MS. LEVINE:  Let's -- we can
19   always deal with the transcript after.
20   Mr. Gregory has limited time --
21           MR. OLSON:  So I'll object after
22   every question then.
23   BY MS. LEVINE:
24       Q.    Does USEM pay dividends?
25           MR. OLSON:  I object to this as

932

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    outside the scope.
3            THE WITNESS:  No.
4    BY MS. LEVINE:
5        Q.    Does UEP pay dividends?
6        A.    No.
7            MR. OLSON:  I object to this as
8    outside the scope.
9    BY MS. LEVINE:
10       Q.    I want to talk to you a little
11   bit about marketing aspects.  Does UEP help
12   members buy and sell eggs?
13       A.    We have had a service of
14   that -- well, our regionals had provided that
15   service until the consolidation and then we
16   continued doing that.  However, since the
17   lawsuit has filed, our business has declined
18   considerably.
19       Q.    Does UEP have an egg trading
20   program?
21       A.    Yes.
22       Q.    That helped market eggs.
23   Correct?
24           MR. OLSON:  Objection to form.
25           THE WITNESS:  That helps

933

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    producers with surplus eggs find a
3    producer that is in need of eggs.
4    BY MS. LEVINE:
5        Q.    Does UEP help members set
6    standards?
7            MR. OLSON:  Objection to form.
8            THE WITNESS:  Well, we think
9    that we cooperate on setting standards
10   for food safety and on animal welfare
11   if that's what you're referring to,
12   yes.
13   BY MS. LEVINE:
14       Q.    And can you explain the food
15   safety programs at UEP?
16       A.    It's kind of complicated, but
17   it's a program that to address a problem of
18   called salmonella enteritidis, SE, and it is
19   -- it requires certain sanitation practices,
20   it requires certain inspection services.  I
21   mean, the whole -- the program is quite
22   extensive and UEP's program is in many
23   respects hitting most all the highlights of
24   the FDA egg safety rule as well.
25           MR. OLSON:  Counsel, just

73 (Pages 930 to 933)

934

1   GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   briefly --
3        MS. LEVINE:  You can do a
4   continuing objection, but please don't
5   interrupt my question.
6        MR. OLSON:  This is not an
7   objection.  I just want to note we're
8   at 40 minutes until 3:00.  As you know
9   we've reserved 40 minutes and the
10  witness has said he's leaving at the
11  stroke of 3:00, so if there's an issue
12  we should discuss about that, perhaps
13  we should discuss it now.
14       MS. LEVINE:  Mr. Gregory, since
15  you have the 6:00 flight and we're in
16  the middle, you will get there in
17  plenty of time if you leave at about
18  3:15.  Would that be okay, so we
19  can --
20       THE WITNESS:  That's fine, but
21  twice I've been up here and because of
22  that bridge construction out there,
23  it's not easy.
24       MS. ANDERSON:  Some of the
25  defendants also have questions.

935

1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        MR. OLSON:  That's why I raise
3   it now just so we can address whatever
4   we need to do logistically.
5        MS. LEVINE:  I'm going to ask a
6   few more questions and then we'll see
7   what we can do.
8   BY MS. LEVINE:
9        Q.    Does UEP help members with
10  financing?
11       A.    No.
12       Q.    In terms of insurance, does it
13  help -- does it have an insurance program?
14       A.    We have an insurance program.
15       Q.    Mr. Gregory, what is a breeder
16  flock?
17       MR. OLSON:  Objection to form.
18  Outside the scope.
19       THE WITNESS:  A breeder flock is
20  a flock that has laying hens and
21  roosters in it in which they are going
22  to mate hopefully and produce fertile
23  eggs.
24  BY MS. LEVINE:
25       Q.    And producers of breeder flocks

936

1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   could be members of UEP.  Right?
3        A.    By the fact that they own
4   birds, yes.
5        Q.    What are starter pullets?
6        A.    That is a name that we use for
7   pullets that are growing in the growing
8   houses from the day that you put them in the
9   grower house at day one until they reach a
10  mature age that they're ready to start laying
11  hens.  They're called -- they're pullets and
12  we call them starter pullets.
13       Q.    Owners of starter pullets or
14  people in the starter pullets business could
15  be members of UEP?
16       A.    Yes.
17       MR. OLSON:  Objection to form.
18       THE WITNESS:  By the fact that
19  they own birds.
20  BY MS. LEVINE:
21       Q.    Also cooperatives, egg
22  cooperatives could be members.  Correct?
23       A.    If they are in -- if they're an
24  agriculture cooperative with members that own
25  egg laying hens or one of these other things,

937

1        GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   yes.
3        Q.    Also contract producers could
4   be members of UEP?
5        A.    Yes.
6        Q.    And you considered all of those
7   entities to be farmers.  Is that correct?
8        MR. OLSON:  Objection to form.
9        THE WITNESS:  Yes.
10  BY MS. LEVINE:
11       Q.    And you have board meetings,
12  Executive Committee meetings by phone at
13  times.  Right?
14       A.    Yes.
15       Q.    And are those meetings closed?
16       MR. OLSON:  Objection to form.
17       THE WITNESS:  Yes.
18  BY MS. LEVINE:
19       Q.    And you call special meetings
20  from time to time, isn't that so?
21       A.    Yes.
22       Q.    Are those meetings closed?
23       A.    Yes, unless someone is invited
24  to make a presentation.
25       Q.    And the economic summit that we

74 (Pages 934 to 937)

938

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  spent time talking about in 2004, just UEP
3  producers was invited to that meeting, isn't
4  that so?
5      MR. OLSON: Objection to form.
6      THE WITNESS: There were no --
7  we invited Lou Raffle or Joanne Ivy, I
8  don't remember, from the American Egg
9  Board. We invited Ron Whaley from
10  Country Creek Farms. That may have
11  been the only exceptions. They were
12  there to make presentations.
13 BY MS. LEVINE:
14     Q.  They were there just for
15  presentations. Correct?
16     A.  Yes.
17     MR. OLSON: Objection to form.
18     MS. LEVINE: We're going to mark
19  the next document Gregory-110. It is
20  UE0176108. Handing it to the witness.
21         - - -
22     (Exhibit Gregory-110, Letter,
23  Bates UE0176108, was marked for
24  identification.)
25         - - -

939

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  BY MS. LEVINE:
3      Q.  Mr. Gregory, can you identify
4  this document?
5      A.  It appears to me that it's a
6  letter from Roger Deffner, UEP chairman and
7  Dolph Baker, the Marketing Committee chairman
8  announcing, looks to me like announcing an
9  egg economic summit.
10     Q.  In the second paragraph I'm
11  going to read you a sentence, and you let me
12  know if I read it correctly. "Only UEP
13  members are invited so therefore guests will
14  not be welcome. Invited UEP members are
15  company owners, decision makers, and key
16  staff members."
17         Do you see that?
18     A.  Yes.
19     Q.  Does that help refresh your
20  recollection that in the economic summit only
21  UEP members were invited?
22     A.  Yes. Right.
23     MR. OLSON: Objection to form.
24 BY MS. LEVINE:
25     Q.  Thank you.

940

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      I'm just going to take a quick
3  look, and I think then I am finished.
4      A.  And then I'll take that
5  30-second bathroom break that he needed a
6  little bit ago.
7      MS. LEVINE: Mr. Gregory, I'm
8  finished with my questions. You can
9  take your 30-second bathroom break and
10  come on back.
11     THE WITNESS: Thank you.
12     VIDEOGRAPHER: The time is
13  approximately 2:26 p.m. We're off the
14  record.
15         - - -
16     (A recess was taken.)
17         - - -
18     VIDEOGRAPHER: The time is
19  approximately 2:33 p.m. This begins
20  tape six, volume three. We are back
21  on the record.
22         - - -
23     EXAMINATION
24         - - -
25 BY MR. BARNES:

941

1  GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.  Mr. Gregory, my name is Donald
3  Barnes. I represent Rose Acre Farms. As you
4  know, we are a UEP member and we also have
5  the pleasure of defending this lawsuit.
6         The court reporter has put
7  before you a document marked by Mr. Olson as
8  Gregory Exhibit 65 --
9      A.  Yes.
10     Q.  -- which is the United Voices
11  newsletter of November 23, 2004, regarding
12  the egg industry economic summit. Do you see
13  that?
14     A.  Yes. Uh-huh.
15     Q.  Let me direct your attention to
16  the second page, please.
17     A.  Yes.
18     Q.  Now, down in the middle of the
19  page, there's a reference to option 1 and
20  option 2. Do you see that reference?
21     A.  Yes. Yes.
22     Q.  And Mr. Olson directed your
23  attention to those options. The first option
24  was to dispose of hens early, four weeks
25  early. Do you see that?

75 (Pages 938 to 941)

942

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    A.    Yes.
2    Q.    The second option he directed
3  your attention to was "To reduce their
4  December 1, 2004 flock size by 5% between the
5  dates of January 1st through April 30, 2005."
6        Do you see that?
7    A.    Yes.
8    Q.    And then he directed your
9  attention to a list of companies that made
10  their intentions known during economic
11  summit?
12    A.    Yes.
13    Q.    Is my client's name on that
14  list?
15    A.    No, it is not.
16    Q.    To your knowledge, Mr. Gregory,
17  did Rose Acre Farms ever sign any of the
18  intention forms in which they expressed an
19  intention to adopt option 1 or option 2 as
20  referenced in these minutes of the economic
21  summit?
22        MR. OLSON:  Objection to form.
23        THE WITNESS:  Going a little
24    further, I don't think Rose Acre Farms

943

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1    ever agreed to any, any supply
2    recommendation.
3  BY MR. BARNES:
4    Q.    Now, you made a statement early
5  on in your testimony that I thought was
6  pretty perceptive.  If you give me a minute,
7  I'll hopefully be able to locate it.  I
8  believe you said that the industry is
9  independent and the members are, I think you
10  said, damn independent.
11    A.    Yes.
12    Q.    Is Rose Acre one of those damn
13  independent members?
14    A.    I would say I'm afraid so.
15  They do not lack for an opinion.
16    Q.    So to your knowledge, Rose Acre
17  never signed any of these intention forms?
18    A.    To my knowledge, they never
19  did.
20    Q.    Did you do any follow up after
21  the economic summit meeting to determine --
22  to follow up with the members who did not
23  sign any intention forms?
24    A.    Gosh, I don't know.  I might

944

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  have sent a letter, you know, saying these
2  people have made these kind of commitments.
3  There's too many series of events.  I don't
4  know.
5    Q.    I understand.
6    A.    I don't know.
7    Q.    I'm just going to quickly show
8  you a document which we will mark as
9  Exhibit --
10        MS. LEVINE:  111.
11        MR. BARNES:  And if the reporter
12    doesn't mind, to save time, I'll just
13    put my mark on it.
14        MR. OLSON:  We have stickers.
15        MR. BARNES:  Okay.  Exhibit 111.
16    You got it great, very efficient.
17            -  -  -
18        (Exhibit Gregory-111, 11/17/04
19        E-mail, Bates NL 000482, was marked
20        for identification.)
21            -  -  -
22  BY MR. BARNES:
23    Q.    Mr. Gregory, let me show you --
24        MR. BARNES:  Steig.

945

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1        MR. OLSON:  Thanks.
2  BY MR. BARNES:
3    Q.    -- you what has been marked as
4  Gregory Exhibit 11, which for the record --
5        MS. LEVINE:  111.
6  BY MR. BARNES:
7    Q.    Pardon me.  111, which for the
8  record is a one-page document bearing
9  document identification number NL 000482.  It
10  appears to be a memo from Mr. Gregory to Mr.
11  Baker and Mr. Deffner dated November 17,
12  2004, and the subject was "Economic Summit."
13        Can you identify what has been
14  marked as Exhibit 111?
15    A.    Yes.  It's an e-mail from me to
16  those parties that you just identified and
17  the subject matter.
18    Q.    Now, in this document, my
19  client is listed, aren't they?
20    A.    Yes.
21    Q.    And they're listed under the
22  statement that you made in the letter which
23  says, "Of those in attendance yesterday, the
24  following did not sign an 'intention.'"

946

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     Is that correct?
3     A.    That's correct.
4     Q.    You can put that away, sir.
5     Now, do you recall when Rose
6     Acre Farms became a member of UEP?
7     A.    There's a little bit of history
8     here, and we don't really have time for that,
9     so, no, I do not know.
10    Q.    Okay. We're going to see if we
11    can refresh your recollection.
12    A.    Okay. Good.
13    Q.    We're going to mark as our next
14    exhibit, and I hope I have enough of these.
15    This is 112.
16              - - -
17          (Exhibit Gregory-112, A
18    Membership Opportunity Presented By
19    UEP and Midwest UEP To ROSE ACRE
20    FARMS® THE GOOD EGG PEOPLE®, Bates
21    UE0186974 & UE0186975, was marked for
22    identification.)
23              - - -
24    BY MR. BARNES:
25    Q.    Mr. Gregory, let me show you

947

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     what has been marked as Exhibit 112. It is a
3     two-page document bearing identification
4     number UE0186974. It's captioned "A
5     Membership Opportunity Presented By UEP and
6     Midwest UEP To ROSE ACRE FARMS® THE GOOD EGG
7     PEOPLE®."
8              Can you identify this document?
9     A.    Yes.
10    Q.    And is it what it purports to
11    be, an invitation to Rose Acre Farms?
12          MR. OLSON:  Objection to form.
13    BY MR. BARNES:
14    Q.    What is it?
15          MR. OLSON:  You're asking is the
16    document --
17          MR. BARNES:  No, I'm asking the
18    witness.
19          MR. OLSON:  I thought you were
20    asking me.
21          MR. BARNES:  No.  You objected
22    to my question, so I'm going to try to
23    cure the objection.
24          MR. OLSON:  Okay. Then
25    I apologize.

948

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2     BY MR. BARNES:
3     Q.    What is this document,
4     Mr. Gregory?
5     A.    At the time I was working for
6     Midwest United Egg Producers and trying to
7     recruit members and it appears that this was
8     a piece of literature that I used to try to
9     convince Rose Acre Farms that they -- what
10    the benefits were of becoming a member. I
11    don't know what this -- this is not dated, so
12    I don't know the date.
13    Q.    I understand. But it does
14    refer to Midwest UEP on the first page. Do
15    you see that?
16    A.    So that would precede 1998. We
17    know that.
18    Q.    Thank you.
19          Now, if you look at the second
20    page, the second page is captured "UEP's
21    value to Rose Acre Farms." Do you see that?
22    A.    Yes, I do.
23    Q.    And then you go on in a
24    narrative form, and you then list things that
25    you believe were of value to Rose Acre Farms.

949

1     GENE W. GREGORY - HIGHLY CONFIDENTIAL
2          MR. OLSON:  Objection to form.
3          THE WITNESS:  Yes.
4     BY MR. BARNES:
5     Q.    And this was given to Rose Acre
6     Farms to induce them to join UEP. Is that
7     correct?
8          MR. OLSON:  Objection to form.
9          THE WITNESS:  That's correct.
10    BY MR. BARNES:
11    Q.    Thank you.
12          Now, this was prior to '98, did
13    you say?
14    A.    Yes.
15    Q.    How long did it take to you to
16    get Rose -- to convince Rose Acre to become a
17    member, do you recall?
18    A.    I do not. No, I'm sorry, I do
19    not.
20    Q.    We're going to mark our next
21    exhibit UE -- Gregory -- what are we at?
22          THE WITNESS:  113.
23              - - -
24          (Exhibit Gregory-113, UEP
25    Membership agreement, Bates UE0148105,

**VERITEXT REPORTING COMPANY**
(212) 279-9424        www.veritext.com        (212) 490-3430

950

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        was marked for identification.)
3                   - - -
4    BY MR. OLSON:
5        Q.    I'm going to show you Gregory
6    Exhibit 113.  Give these to Mr. Olson to
7    distribute to the folks over there.
8            Can you identify Exhibit 113?
9        A.    It is a UEP membership
10   agreement.
11       Q.    What's the date of the
12   membership agreement?
13       A.    It's hard to read, but it looks
14   to me like it says 2/11/02.
15       Q.    And that is the same as one of
16   the dates in the fax header, is it not,
17   2/11/02?
18       A.    2/11/2002, yes.
19       Q.    Is that your son's signature on
20   the bottom of this membership agreement?
21       A.    Yes, it is.
22       Q.    Now, there's a figure under the
23   column "CAPACITY."  Do you see that?
24       A.    Yes.
25       Q.    It's 16 million?

951

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        A.    Yes.
3        Q.    What is that?
4        A.    That is the number of laying
5    hens that Rose Acre Farms owned in their own
6    houses or leased houses out on contract
7    farms.  And that's what we're going to
8    invoice them for membership dues.
9        Q.    And you did, didn't you?
10       A.    And we did.
11       Q.    Thank you.
12           Let's mark -- you can put that
13   away.
14           Let's mark as our next
15   exhibit 114.  Pass these over to the defense
16   side.  Pass these down to you guys.
17                   - - -
18           (Exhibit Gregory-114, Major
19       Prospects for UEP, Bates UE0198410,
20       was marked for identification.)
21                   - - -
22   BY MR. BARNES:
23       Q.    Mr. Gregory, take a look at
24   Exhibit 114.  It's a one page document, it
25   bears identification number UE0198410.  It is

952

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    captioned at the top "MAJOR PROSPECTS FOR
3    UEP."
4        A.    Yes.
5        Q.    Can you identify that document,
6    Mr. Gregory?
7        A.    Yes, sir.
8        Q.    What is it?
9        A.    It is a list of people that
10   were not UEP members at the time that I wrote
11   this.
12       Q.    So you were the author of this
13   document?
14       A.    Yes.  Yes.
15       Q.    Whose handwriting appears in
16   the right-hand column?
17       A.    That's my handwriting.
18       Q.    Thank you.  You may put that
19   document aside.
20           Now, do you recall when UEP
21   became a member of USEM?
22           MR. OLSON:  Objection to form.
23           THE WITNESS:  No.  UEP was never
24       a member of --
25   BY MR. BARNES:

953

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2        Q.    Pardon me, I'm sorry.  Do you
3    recall when Rose Acre became a member of
4    USEM?
5        A.    I do not know when they did,
6    I've forgotten.
7        Q.    Let me show you our next
8    exhibit which is --
9        A.    I feel like I should know all
10   this, but --
11       Q.    No, no.  That's okay.
12       A.    -- I don't.
13       Q.    I wouldn't expect you to
14   remember all of this information about your
15   members going back many, many years.
16                   - - -
17           (Exhibit Gregory-115, 12/22/06
18       USEM Membership Agreement and Export
19       Commitment, was marked for
20       identification.)
21                   - - -
22   BY MR. BARNES:
23       Q.    Can you identify that exhibit?
24       A.    It is a membership agreement
25   and export commitment for Rose Acres with

78 (Pages 950 to 953)

**954**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  United States Egg Marketers.
3      Q.    What is the date of that USEM
4  Rose Acre membership agreement?
5      A.    22 December 2007.
6      Q.    But I believe that date may be
7  incorrect for the record because if you look
8  at the -- if you look at the fax header on
9  the top --
10     A.    That says December 22, 2006.
11     Q.    I just wanted to correct the
12  record.
13     A.    2006.
14     Q.    I believe it is a December 22,
15  2006, document.
16     A.    Right.
17     Q.    Now, under paragraph 1a at the
18  top, "House capacity...," do you see that
19  column?
20     A.    Yes.
21     Q.    Whose handwriting is that?
22     A.    I cannot read the signer of
23  this document, but it's somebody from Rose
24  Acre Farms.
25     Q.    Now, there's the handwritten --

**955**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  in addition to the number 20 million written
3  under the line, there's another handwritten
4  number.
5      A.    Yes.  I believe I recognize
6  that as Linda Reichert who worked for us and
7  was the one that did the invoicing for
8  membership.  And I would suspect, I'm
9  guessing now, that she had called Rose Acre
10  Farms to get a more exact number of what the
11  membership.  And it turned out to be, I
12  believe that's her writing that says
13  $20,586,000.
14     Q.    Now, would you compare that to
15  the Rose Acre house capacity on Exhibit 113,
16  please?
17     A.    That's --
18     Q.    Exhibit 113.  And what is the
19  house capacity on Exhibit 113?
20     A.    I'm sorry.  16 million.
21     Q.    So how -- what is the increase
22  in the house capacity for Rose Acre hens from
23  2000 -- pardon me, 2/11/2002 until December
24  of 2006?
25     A.    Four and a half million bird

**956**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  increase.
3      Q.    Thank you.  You can put that
4  one aside.
5          I'm just going to ask you to
6  identify one document and then I am going to
7  be quiet.  Let's mark as our next exhibit.
8              -  -  -
9          (Exhibit Gregory-116, E-mail
10  chain, Bates MFI0247110, was marked
11  for identification.)
12              -  -  -
13  BY MR. BARNES:
14     Q.    This is Exhibit 116.  It has a
15  document identification number MFI0247110,
16  and it appears to be an e-mail exchange
17  between Mr. Gregory and Ky Hendrix.  Is that
18  correct, Mr. Gregory?
19          MR. OLSON:  Have you handed us a
20  copy?
21          MR. BARNES:  I'm sorry, I
22  apologize.  I apologize.
23          MR. OLSON:  This is 116.  Okay.
24          THE WITNESS:  Yes, it does.
25  BY MR. BARNES:

**957**

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      Q.    Do you recognize that as an
3  e-mail exchange that you participated in with
4  Mr. Hendrix?
5      A.    Yes, I do.
6      Q.    Mr. Hendrix was a Rose Acre
7  employee at the time.  Is that correct?
8      A.    Yes.
9          MR. BARNES:  Thank you very
10  much, Mr. Gregory.  I have no further
11  questions.  Thank you for your
12  patience.
13          MS. LEVINE:  I'm going to ask
14  you a quick question off the record
15  about timing so that we can finish up
16  today.  Can you go off the record for
17  a minute?
18          VIDEOGRAPHER:  The time is
19  approximately 2:49 p.m.  We're off the
20  record.
21              -  -  -
22          (A recess was taken.)
23              -  -  -
24          VIDEOGRAPHER:  The time is
25  approximately 2:51 p.m.  We're back on

958

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  the record.
2          - - -
3      FURTHER EXAMINATION
4          - - -
5  BY MR. OLSON:
6      Q.    Mr. Gregory, let's see how we
7  can do here.  You can put everything down.
8  You don't need to look at the document right
9  now.
10          In the exchange with Rose Acre
11  counsel, you discussed the -- you observed
12  that Rose Acre was an independent company.
13  Right?
14     A.    Yes.
15     Q.    Are all UEP members independent
16  companies?
17     A.    Yes.
18     Q.    And they all have independent
19  views?
20     A.    Yes.
21     Q.    And with respect to the UEP
22  certified program, did all UEP members have
23  the same identical interests or did they have
24  their own independent interests?

*(Lines 1-25, page 958)*

959

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1      A.    Well, there is different
2  opinions throughout the 200 or so members or
3  whatever it was.  But they all have an
4  independent view, yes.  I'm not sure I'm
5  answering it properly.  But it wasn't like we
6  were all marching in the same line in the
7  early days of this.
8      Q.    Your members have independent
9  views, they have independent business
10  interests as well.  Correct?
11     A.    Yes.
12          MS. LEVINE:  Object to the form
13     of the question.
14          THE WITNESS:  Yes.
15  BY MR. OLSON:
16     Q.    Now, let's look at Exhibit 48
17  which in front of you, please.
18     A.    Yes.
19     Q.    Your counsel, Ms. Levine,
20  circled back to this exhibit.  This was the
21  letter that was sent to you by Irving
22  Isaacson originally written by John Mueller.
23  And this letter contained some statements by
24  Mr. Mueller that got you pretty upset.

960

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  Right?
2      A.    This letter was not sent to me.
3  I was not copied on this.  This was sent
4  to -- it was sent to Irving Isaacson and
5  copied to Al Pope.
6      Q.    And then Mr. Isaacson sent it
7  to you.  Correct?
8      A.    No.  I don't know --
9      Q.    Look at the cover.
10     A.    Okay.  Yeah.  Yeah.  Okay.
11  Yeah.  Yes.  Okay.
12     Q.    So Exhibit 48 was sent to you?
13     A.    Uh-huh.
14     Q.    And what was sent to you was a
15  letter written by John Mueller.  Right?
16     A.    Uh-huh.  Yes.
17     Q.    We talked about it a couple of
18  times.  Some of the things Mr. Mueller said
19  got you pretty upset.  Right?
20     A.    You know --
21     Q.    I'm just trying to get on the
22  same page here.
23     A.    What upset me was the fact that
24  he's accusing me of having a hidden agenda.

961

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1      Q.    Okay.  I just want to be clear
2  on what upset you about the letter.
3      A.    He could have been man enough
4  to have said that to my face.
5      Q.    Now, Mr. Gregory, in your
6  personal opinion as the senior vice president
7  of UEP at this time, you see in the paragraph
8  from Mr. Mueller that starts with
9  "Second...," and he says that he had visited
10  with you and Al Pope about seeking some
11  indicia of proof that UEP is and remains a
12  viable agricultural cooperative association.
13  Do you see that?
14     A.    Yes.
15     Q.    Now, at the time in your
16  position as senior vice president, was that a
17  fair question to ask?
18          MS. LEVINE:  Object to the form
19     of the question.  Calls for
20     speculation.
21          THE WITNESS:  I think it's
22     probably a fair question by any
23     member.
24  BY MR. OLSON:

VERITEXT REPORTING COMPANY
(212) 279-9424          www.veritext.com          (212) 490-3430

962

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1   GENE W. GREGORY - HIGHLY CONFIDENTIAL
2       Q.   And he continues, Mr. Mueller
3   continues, he says, "...I am wondering how
4   the associate or allied memberships auger
5   into all of this?"
6           Do you see that?
7       A.   Yes.
8       Q.   Was that fair question for a
9   member to have?
10          MS. LEVINE:  Object to the form
11  of the question.  Calls for speculation.
12          THE WITNESS:  It might be if you
13  were naive about what we had done.  If
14  you had been attending meetings and
15  you were on the board and so forth,
16  you knew that UEA Allied and Further
17  Processors was a completely separate
18  entity.
19  BY MR. OLSON:
20      Q.   But was it fair for someone to
21  ask that question?
22      A.   It was fair to ask a question,
23  but Bob Sparboe would have very well known, I
24  think, that they were separate organizations.
25      Q.   Now, if you turn to the end of

963

1   GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   Mr. Mueller's letter, this is a portion, that
3   paragraph we've looked at, it says,
4   "Finally,...we are concerned that yourself or
5   a reputably retained law firm...," goes on
6   about whether the "...cooperative status
7   still attaches to the UEP trade association;
8   and that the Animal Welfare initiatives there
9   under have been scrutinized by concerned
10  parties from a thoroughly legal perspective."
11          In your position at that time
12  as senior vice president, was it fair for a
13  member to ask whether the animal welfare
14  initiatives had been scrutinized from a legal
15  perspective?  Fair question?
16          MS. LEVINE:  Object.
17          THE WITNESS:  It's a fair
18  question.  However, I think in many
19  cases there was counsel at these
20  meetings.
21  BY MR. OLSON:
22      Q.   But it's a fair concern.  Right?
23      A.   I don't have any problem with
24  that.
25      Q.   Fair question to ask?

964

1   GENE W. GREGORY - HIGHLY CONFIDENTIAL
2       A.   I think so.
3       Q.   Now, you with Ms. Levine
4   discussed the fact that you felt some comfort
5   in -- well, you know what, let me wait.  I'm
6   not sure we have the exhibit yet.
7           Let me ask this question:  In
8   the context of Sparboe with Ms. Levine, you
9   also discussed the 100 percent rule.  Do you
10  recall that?
11      A.   Yes.
12      Q.   You gave some testimony to the
13  effect that your belief was 100 percent
14  compliance was the only way to have a
15  credible program.  Right?
16      A.   Yes.
17      Q.   That was your belief.  Right?
18      A.   Yes.
19      Q.   Now, if full compliance was so
20  essential to having a credible UEP program,
21  why didn't UEP require compliance with the
22  program as a condition of membership?
23          MS. LEVINE:  Object to the form
24  of the question.  Mischaracterizes --
25          THE WITNESS:  Ask that again,

965

1   GENE W. GREGORY - HIGHLY CONFIDENTIAL
2   I'm not sure I understand that.
3           MR. OLSON:  Are you done?
4           MS. LEVINE:  The membership in
5   what?
6           MR. OLSON:  I'll ask it again.
7   BY MR. OLSON:
8       Q.   If full compliance with the UEP
9   certified program was so essential to UEP's
10  credibility, why wasn't being certified under
11  the program a condition of membership in UEP?
12      A.   Now, they're completely two
13  separate things.  This UEP certified program
14  is unconditional of membership because we
15  wanted to spread it out to the whole
16  industry, let anybody that needed to market
17  these eggs have access to it.
18      Q.   But why didn't you require all
19  UEP members to be certified under the
20  program?
21      A.   It was a voluntary program.
22      Q.   Why?  If full compliance was so
23  essential --
24      A.   No, no, no, no.  Full
25  compliance, 100 percent rule is completely

81 (Pages 962 to 965)

966

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 different.

2    Q.    Well, if the credibility --

3    A.    You're wasting your time with

4 nitpicking stuff again today and I'm going to

5 be out of here.

6    Q.    That's fine.  You can stand up

7 and walk out whenever you want.

8    A.    I'm just telling you you're

9 wasting your time.

10    Q.    And I'm telling you, you can

11 stand up and walk out whenever you want.

12        MS. LEVINE:  Mr. Gregory, he

13        wants you to walk out.  We're going to

14        finish the deposition.  Sit back and

15        relax.  You can ask the questions and

16        you sit back and answer.

17        MR. OLSON:  I appreciate no more

18        threats like that.

19 BY MR. OLSON:

20    Q.    Now, if -- this is all I want

21 to understand.  If your belief was the

22 credibility of UEP --

23    A.    The credibility as we're

24 talking about, not credibility of UEP, we're

967

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 talking credibility of the UEP certified

2 program.

3    Q.    Why did you keep the program

4 voluntary as opposed to requiring that all

5 members be a part of it?  That's the

6 question.

7    A.    Because I just said it is not a

8 condition of membership.

9    Q.    And the question is why, why

10 not?

11        MS. LEVINE:  Asked and answered

12        three times.

13        THE WITNESS:  Because we did not

14        want to force people to be UEP

15        members.  This program was available.

16        You don't have to be a UEP member to

17        use this program.

18 BY MR. OLSON:

19    Q.    But you wanted everyone in the

20 industry to be in the program.  Right?

21    A.    Sure, I'd like that.

22    Q.    Why didn't you require

23 compliance with the program as a condition of

24 UEP membership?

968

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1        MS. LEVINE:  Objection.  Asked

2        and answered now three or four times.

3        THE WITNESS:  I don't know --

4        yeah, I don't know how --

5        MS. LEVINE:  If you can give any

6        other answer --

7        THE WITNESS:  I don't have

8        another answer.

9        MS. LEVINE:  Fine.

10 BY MR. OLSON:

11    Q.    What was the previous answer?

12        MS. LEVINE:  You can read it

13        back.

14        MR. OLSON:  I'm trying, as you

15        know, not to take the full time, but

16        this is not helping.

17        MS. LEVINE:  I know.  But you

18        asked the same question three times.

19        MR. OLSON:  We can do it your

20        way, I'm just telling you it's not

21        going to help get out of here with me

22        not taking the full time.

23 BY MR. OLSON:

24    Q.    The question is, why didn't UEP

969

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1 decide to require compliance with the program

2 as a condition of membership?

3        MS. LEVINE:  Asked and answered.

4        You can repeat your answer to the best

5        of your ability.

6        THE WITNESS:  This is an animal

7        welfare program.  This is not a

8        membership program.  We recognize that

9        there are people being provided with

10        eggs out there that come from people

11        that are not our UEP members.  We did

12        not want them being shut out of this

13        program.

14        MR. OLSON:  Have we found

15        Exhibit 105?  Are they there?

16        MS. LEVINE:  You're looking at

17        105?

18        MR. OLSON:  105.

19        MS. LEVINE:  I'm showing the

20        witness 105.

21        MR. OLSON:  Okay.

22 BY MR. OLSON:

23    Q.    In questions with Ms. Levine,

24 you testified that you had some comfort

VERITEXT REPORTING COMPANY
(212) 279-9424        www.veritext.com        (212) 490-3430

970

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1   because USDA personnel from time to time sat
2   in the room at meetings. Correct?
3
4       A.    Yes.
5       Q.    And were those USDA personnel
6   that sat in the room, were they lawyers?
7       A.    I don't know what their -- I
8   don't know what their education is.
9       Q.    So to your knowledge, none of
10  them were lawyers. Correct?
11      A.    To my knowledge, they were not.
12      Q.    Did you ever ask that -- a USDA
13  or any other government official whether
14  UEP's conduct was lawful?
15      A.    I don't recall whether I did or
16  not.
17      Q.    Exhibit 105, which you talked
18  to your counsel about, is a letter to a Mr.
19  William Hawks. Do you see that?
20      A.    Yes.
21      Q.    Do you know Mr. William Hawks'
22  educational background?
23      A.    No, I do not.
24      Q.    Do you know if he's a lawyer?
25      A.    No, I do not.

971

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2       Q.    Did you ever ask him for legal
3   advice?
4       A.    No, I did not.
5       MR. OLSON: Have we found
6   Exhibit 94?
7       MS. LEVINE: I have Exhibit 94.
8       MS. TURNER-DODGE: 95.
9       MR. OLSON: Sorry, 95.
10      MS. LEVINE: 95.
11      MR. OLSON: We'll try to find
12  it, but I'll tell you what it is while
13  we're looking for it.
14      MS. LEVINE: We got it. We got
15  it. We got it. Handing the witness
16  95.
17  BY MR. OLSON:
18      Q.    95, if you look at the first
19  page, it's Board of Directors' meeting
20  October 15-16, 2009. There's a President's
21  comment. "President Gene Gregory introduced
22  Randon Wilson as UEP/USEM compliance council
23  (sic)."
24      Do you see that?
25      A.    Yes, I do.

972

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1
2       Q.    When did you hire Mr. Wilson as
3   compliance counsel?
4       A.    I don't know the date.
5       Q.    But it was sometime around this
6   time. Right?
7       A.    Yes.
8       Q.    It was sometime around 2009?
9       A.    Yes.
10      Q.    And prior to that, there was no
11  formal UEP/USEM compliance counsel. Correct?
12      MS. LEVINE: Object to the form
13  of the question.
14      MR. McKENNEY: Objection.
15  Beyond the scope.
16      THE WITNESS: Your question
17  again was what?
18  BY MR. OLSON:
19      Q.    And prior to hiring Mr. Wilson,
20  there was no position of UEP/USEM compliance
21  counsel. Correct?
22      MS. LEVINE: Object to the form
23  of the question.
24      MR. McKENNEY: Same objection.
25      MS. LEVINE: As to Mr. Gregory's

973

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1   understanding. You can answer who
2   your lawyers were.
3       THE WITNESS: I thought that the
4   attorneys that we had previous to
5   Randon Wilson were familiar with all
6   the things that we need to do, and
7   that they were as such serving as
8   compliance counsel when they were at
9   these meetings.
10  BY MR. OLSON:
11      Q.    And that's Brann & Isaacson?
12      MR. McKENNEY: Objection.
13  Beyond the scope.
14      THE WITNESS: It was. And then
15  Nowell Berreth after that, yes.
16  BY MR. OLSON:
17      Q.    Now, you talked about with
18  Ms. Levine, we were discussing the origin of
19  the Animal Welfare Program and talked about
20  what happened in Europe.
21      A.    Yes.
22      Q.    You said the changes that
23  happened in Europe were not science based?
24      A.    That was my opinion, yes.

**VERITEXT REPORTING COMPANY**
(212) 279-9424          www.veritext.com          (212) 490-3430

974

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  Q.     What part of the changes that
2  occurred in Europe did you believe were not
3  science based?
4  A.     The enriched colony cage was a
5  thought and a design by a gentleman named Dr.
6  Michael Appleby who I happened to know. And
7  what he designed was just a little bit bigger
8  cage and he put a nest in it and a scratch
9  area in it and then he convinced the -- he
10 and his activist friends convinced the
11 legislators that this is what they should
12 use. Now, other than Dr. Appleby, there was
13 no other peer review science anything
14 whatsoever, but -- and as it turned out, a
15 great deal of work came later on that. And
16 over the evolution of time, I think they
17 designed a very good enriched colony case.
18 But in the beginning I do not believe it was
19 science based.
20 Q.     Other than giving the hens an
21 enriched cage, and just to be clear, we're
22 talking about giving hens a scratching pad
23 and things like that. Right?
24 A.     Yes.

975

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  Q.     The normal -- we're talking
2  about giving hens the opportunity to do the
3  types of things that hens like to do. Right?
4  MS. ANDERSON: Objection.
5  MS. LEVINE: Objection to the
6  form of the question. Calls for
7  speculation as to the --
8  THE WITNESS: I'm not a
9  scientist. I don't know what hens
10 like to do.
11 BY MR. OLSON:
12 Q.     Well, things like a scratching
13 pad and other things like that. Right?
14 MS. LEVINE: Object. Same
15 objection. Calls for speculation.
16 BY MR. OLSON:
17 Q.     Okay. What other things go in
18 an enriched cage, to your knowledge?
19 A.     There is a perch, there is a
20 nest area and there is a scratch area.
21 Q.     Other than providing those
22 types of things to hens, are there other
23 things that were happening in Europe that you
24 thought were not science based?

976

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  A.     I can't remember all the things
2  that was in their guidelines. We're talking
3  about --
4  Q.     Sitting here right now,
5  anything else come to mind?
6  A.     No.
7  Q.     Now, you talked about the
8  Scientific Committee with your counsel. Were
9  there formal rules, to your knowledge, that
10 governed how the Scientific Committee made
11 its decisions?
12 A.     No, but Dr. Armstrong
13 identified early on that everybody would have
14 their input and that everybody would have
15 different research projects, but at the end
16 of the conclusion of all that, they had to
17 come to a consensus and leave the room in
18 support of whatever the recommendation was.
19 Q.     Does consensus mean majority
20 rule or something different?
21 A.     No, in this case, they debated
22 long enough that virtually it was unanimous.
23 Q.     So decisions at the Scientific
24 Committee weren't made by voting?

977

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  A.     It was not a case of aye, yes,
2  that kind of stuff, no.
3  Q.     You talked about the Producer
4  Committee having what you called
5  contributors. Do you see that?
6  A.     Yes.
7  Q.     Was that a formal position that
8  was spelled out in any document?
9  A.     No.
10 Q.     You talked about FMI and NCCR
11 participating in the development of the UEP
12 program?
13 A.     Yes.
14 Q.     You identified FMI and NCCR
15 giving some input into the phase-in schedule?
16 A.     Yes.
17 Q.     Are there other aspects of the
18 UEP program that you attribute to FMI and
19 NCCR?
20 A.     Yes, because they -- when they
21 gave us the original endorsement, they noted,
22 I think this is -- I think they noted that
23 they did not agree with our early guidelines
24 of the ammonia standards.

84 (Pages 974 to 977)

**978**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  
2   Q.   Any others?  
3   A.   Again, you know, I don't  
4  recall.  
5   Q.   You testified in response to  
6  Ms. Levine's questions that flock size has  
7  increased considerably over the time of the  
8  program.  Do you recall that?  
9   A.   Yes.  
10   Q.   What's the data you're basing  
11  that on?  
12   A.   It's based upon the USDA  
13  monthly hen inventory figures.  
14   Q.   Are you comparing those figures  
15  from one year to the figures in another year  
16  or are you doing something different?  
17   A.   I'm comparing it month by month  
18  and arriving at a yearly average of those  
19  monthly figures in doing so.  And then  
20  comparing one year to the other.  
21   Q.   So a yearly average over time  
22  is the basis for the figure.  Correct?  
23   A.   I guess that's what I said, yes.  
24   Q.   That was the basis for your  
25  statement?  You have to verbalize your  

**979**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  
2  answer.  
3   A.   Yes.  
4   Q.   Did you take account -- into  
5  account things like population changes?  
6   A.   What population changes?  
7   Q.   People.  
8   A.   No.  We're talking about --  
9  we're talking about comparing bird numbers.  
10  We're not talking about comparing people  
11  numbers.  Your question was about and her  
12  question was about the flock size.  
13   Q.   Your statement about flock size  
14  increasing is just a pure statement that the  
15  numbers in later years are larger than  
16  numbers in the earlier years.  Correct?  
17   A.   According to USDA statistics.  
18   Q.   And you have no opinion on what  
19  those numbers would have been absent the UEP  
20  certified program.  Correct?  
21   A.   I don't have any way of knowing  
22  what that would be.  
23   Q.   Now, we need Exhibit 11.  Does  
24  anybody have it?  This is United Voices from  
25  August 2, 1999, where you report Mr.  

**980**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  
2  Bell's --  
3   A.   We've been over this three  
4  times now.  
5   MS. LEVINE:  Mr. Gregory, hold  
6   on.  You're almost done.  
7  BY MR. OLSON:  
8   Q.   Where we're talking -- where  
9  you report Mr. Bell's ideas about an industry  
10  wide policy of a minimum space floor  
11  allowance.  
12   MS. LEVINE:  Hold on.  We need  
13   to get Mr. Gregory the document.  
14   THE WITNESS:  I remember that.  
15   MS. LEVINE:  You need to have  
16   the document in front of you.  
17  BY MR. OLSON:  
18   Q.   Here's an extra copy.  
19   Page 3.  Now, in the context of  
20  discussing this with your counsel, you gave  
21  some testimony about how you were always  
22  careful when you talked about flock reduction  
23  to talk about per cage flock reduction.  
24  Right?  You have to verbalize the answer.  
25   A.   Yes.  

**981**

GENE W. GREGORY - HIGHLY CONFIDENTIAL

1  
2   Q.   And you said you only talked  
3  about reduction in a single cage.  Right?  
4   A.   Well, I'm talking about the  
5  space per bird in single cage is what I'm  
6  talking about.  And then so that you don't  
7  trip me up, and in order to get this done, we  
8  used the house average to get it done.  And  
9  so when I talk about birds, I'm talking about  
10  individual cage as well as I'm talking about  
11  a house number.  
12   Q.   But this idea reported to the  
13  membership in August of 1999 in the United  
14  Voices isn't talking about eliminating birds  
15  from a single cage, is it?  
16   A.   You know, I'm having trouble  
17  with this real thing because I don't know  
18  what it has to do with this, but know Don  
19  Bell has written about the fact that there  
20  are birds within houses in this -- in the  
21  country that are stocked at less than  
22  48 square inches and that it would help  
23  the -- help things if everybody was required  
24  to go to 48 inches.  
25   Q.   And this idea proposed to the

982

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  membership about -- that would lead to
3  millions of extra birds being eliminated,
4  that's not being eliminated from a cage.
5  Right?
6          MS. LEVINE:  Object to the form
7      of the question.
8  BY MR. OLSON:
9      Q.    That's being eliminated from
10 the industry?
11         MS. LEVINE:  Mr. Gregory --
12 BY MR. OLSON:
13     Q.    True statement?
14         MS. LEVINE:  -- listen to the
15     question.  Object to the form of the
16     question.  See how best you can answer
17     it.
18 BY MR. OLSON:
19     Q.    True statement?
20     A.    That's what the document says.
21     Q.    Now let's look at 23.  I'll
22 give you a nonofficial copy, but here's 23.
23     A.    What time is your flight?
24     Q.    I have a meeting, very
25 important meeting at 4:00.  We're almost

983

1          GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  done.
3          23, in the same context with
4  your counsel, you talked about this idea, you
5  kept your discussions to reduction per cage.
6  The discussion here on page 1, 5b --
7      A.    We've done this before, haven't
8  we?
9      Q.    This isn't talking about per
10 cage reduction in flock, is it?
11     A.    You asked me about this before,
12 haven't you?  I've seen this before.
13     Q.    Yes.  It's not talking about a
14 per cage flock reduction, is it?
15         MS. LEVINE:  Mr. Gregory, look
16     at the document.
17         THE WITNESS:  That says, "Pullet
18     Costs Per Cage."
19 BY MR. OLSON:
20     Q.    When it -- 5b that talks about
21 inevitably reducing layer population, that's
22 not talking about a per cage reduction, is
23 it?
24     A.    You know, almost everything
25 we've talked about is about USDA inventory of

984

1          GENE W. GREGORY - HIGHLY CONFIDENTIAL
2  laying hens.  USDA doesn't report inventory
3  on a per cage.  So we're talking about, yes,
4  a national hen inventory.
5      Q.    Let me hand you what's been
6  marked 46.  You talked about this with your
7  counsel.  Page 2.  And there were some
8  testimony about this price turnaround where I
9  thought you were saying something about some
10 prices went up, some prices went down.  Do
11 you recall that testimony?
12     A.    And I might have and I might
13 have been in error.  I don't know.  I scanned
14 it very quickly.
15     Q.    Page 2 over here.
16     A.    Yes.
17     Q.    So let's just see if we can
18 clear it up.  Shell eggs is a 16 cents per
19 dozen increase?
20     A.    Right.  Yep.
21     Q.    Breaking stock, 14.8 cent per
22 dozen increase.  Right?
23     A.    Right.
24     Q.    Unpasteurized whole, 11.8 cent
25 per pound increase.  Right?

985

1          GENE W. GREGORY - HIGHLY CONFIDENTIAL
2      A.    Let me correct my statement
3  then.  And it shows in each category there
4  was a price increase.
5      Q.    That was helpful.  We can put
6  that aside.
7          Mr. Gregory, isn't it a fact
8  that the Scientific Advisory Committee
9  recommended that induced molting should not
10 be compared to the type of natural molting
11 that hens go through?
12     A.    Yes, they do.
13     Q.    They said that that's not a way
14 induced molting should be defended.  Correct?
15     A.    That's exactly right.
16     Q.    So if someone tried to
17 define -- defend induced molting as
18 comparable to the natural --
19     A.    I was not trying to defend it
20 by doing so.
21     Q.    And if someone did that, you
22 would disagree with them?
23     A.    I was trying to explain it to
24 people that I think don't know the egg
25 industry.

86  (Pages 982 to 985)

**986**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  MR. OLSON: Does anybody have
2  Exhibit 27?
3  THE WITNESS: How many hours
4  have they had now?
5  MS. LEVINE: A couple more
6  minutes, Mr. Gregory. Concentrate on
7  your answers.
8  MR. BARNES: It doesn't matter
9  if it's official or not.
10 BY MR. OLSON:
11 Q.    You know what, just keep this.
12 We can skip this document. Here you go. We
13 can skip it. Let me see -- all right. Do we
14 have -- do you have 20 which is the final
15 Scientific Advisory Committee report? There
16 it is.
17 A.    You know, a question is I
18 raised my hand and said I'd swear to tell the
19 truth. And I'm being called a liar evidently
20 now.
21 Q.    And 107.
22 THE WITNESS: I'm irritated a
23 bit, Jan. I don't appreciate being
24 called a liar.

**987**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  MS. LEVINE: I know. We're
2  trying not to bring you back. A
3  couple more minutes.
4  THE WITNESS: I raised my hand
5  and said I'd tell the truth. So
6  what's your question?
7  BY MR. OLSON:
8  Q.    Now, Mr. Gregory, this concept
9  of the space given to hens --
10 A.    Yes.
11 Q.    -- that's not just a single
12 concept. There are different aspects of it.
13 Right?
14 A.    I don't understand the
15 question.
16 Q.    Well, you can look at space as
17 the average space in a cage. Right?
18 A.    Yes.
19 Q.    But you can also look at feeder
20 space. Right?
21 A.    It's -- yes.
22 Q.    You can look at the height a
23 chicken gets. Right?
24 A.    Yes.

**988**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  Q.    So there are different aspects
2  of looking at space. Correct?
3  A.    Yes. And I tried to explain to
4  you that you couldn't do all that at once and
5  so as the evolution of equipment changed,
6  those things improved as a result of it.
7  Q.    And the Scientific Committee
8  said science says that a hen should be
9  guaranteed a cage that does not require their
10 head to protrude into the cage above. Right?
11 A.    Yes, they did.
12 Q.    And that was never adopted by
13 the UEP guidelines. Correct?
14 A.    You know, right now, I'm about
15 ready to agree with anything you want to do.
16 Handcuff me, I'm ready to go.
17 Q.    Well, that's not helpful as
18 much as I appreciate the offer.
19 MS. LEVINE: Look at the
20 document.
21 THE WITNESS: I've been over
22 this I don't know how many times.
23 BY MR. OLSON:
24 Q.    I think we're almost -- we're

**989**

GENE W. GREGORY - HIGHLY CONFIDENTIAL
1  really almost done here. I want to talk
2  about the letter that Mr. Armstrong wrote
3  about backfilling. It's 108.
4  A.    I remember it.
5  Q.    Do you recall, Mr. Gregory,
6  the -- here it is. Do you recall the
7  circumstances that led up to Mr. Armstrong
8  sending this letter to Paul Bahan?
9  A.    I do not.
10 Q.    Were you involved in discussing
11 this issue with Mr. Armstrong before the
12 letter was written?
13 A.    I would have no way of knowing.
14 I don't know.
15 Q.    You don't recall whether you
16 were.
17 A.    No, I do not.
18 Q.    Correct?
19 A.    Pardon?
20 Q.    You don't recall whether you
21 were. Correct?
22 A.    That's right.
23 MR. OLSON: Anybody else have
24 anything essential? Okay. Then I

87 (Pages 986 to 989)

990

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2    believe that's all we have.  Thank
3    you.
4         MS. LEVINE:  Mr. Gregory, I have
5    one question.  I have one -- do you
6    have a question?
7         MS. ANDERSON:  No.  I just want
8    the record to reflect the agreement of
9    counsel.
10        MR. HUTCHINSON:  Sparboe Farms
11   does have questions.
12        MS. LEVINE:  One second.
13        MR. HUTCHINSON:  But I'll make
14   the record.
15        MS. LEVINE:  Mr. Gregory, do you
16   stand by all the answers that you gave
17   today in response to my questions?
18        THE WITNESS:  I never
19   intentionally lied about anything and
20   I raised my hand and said I would tell
21   the truth.
22        MS. LEVINE:  And you stand by
23   everything you answered to my
24   questions?
25        THE WITNESS:  Yes.

992

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2         MS. ANDERSON:  Just for the
3    record, Michael Foods has questions
4    relating to the testimony that
5    Mr. Gregory has given today.  So if
6    you would like Michael Foods to notice
7    a separate deposition, I'd like your
8    agreement on the record you will not
9    object to that regardless that he's
10   already been offered and been deposed
11   in the MDL action.
12        MS. LEVINE:  We will not object
13   to that.
14        MR. HUTCHINSON:  And that goes
15   for Sparboe Farms as well.
16        MS. LEVINE:  We will not object
17   to that.
18        MR. OLSON:  Thank you.
19        VIDEOGRAPHER:  The time is
20   approximately 3:19 p.m.  This ends
21   tape six, volume three.  We're now off
22   the record.
23        (Witness excused.)
24        (Deposition concluded at 3:19
25   p.m.)

991

1    GENE W. GREGORY - HIGHLY CONFIDENTIAL
2         MR. OLSON:  And do you stand by
3    everything you answered to my
4    questions?
5         THE WITNESS:  Yes.
6         MS. LEVINE:  I think we have
7    some stipulations.
8         THE WITNESS:  Even though you
9    asked it a half a dozen times.
10        MS. LEVINE:  I think we have
11   some stipulations for the record.
12        MR. HUTCHINSON:  Yes.  Sparboe
13   Farms does have questions for
14   Mr. Gregory.  Given that we subjected
15   him now to three days of testimony and
16   he has a flight to catch, we're
17   willing to take his -- that testimony
18   at a later date provided you will
19   agree to make him available.
20        MS. LEVINE:  We're going to
21   close this deposition as noticed by
22   plaintiffs, and if other defendants
23   want to notice his deposition and
24   take -- and ask questions, we will so
25   accommodate.

993

1
2         C E R T I F I C A T E
3
4
     I do hereby certify that I am a Notary
5    Public in good standing, that the aforesaid
     testimony was taken before me, pursuant to
6    notice, at the time and place indicated; that
     said deponent was by me duly sworn to tell
7    the truth, the whole truth, and nothing but
     the truth; that the testimony of said
8    deponent was correctly recorded in machine
     shorthand by me and thereafter transcribed
9    under my supervision with computer-aided
     transcription; that the deposition is a true
10   and correct record of the testimony given by
     the witness; and that I am neither of counsel
11   nor kin to any party in said action, nor
     interested in the outcome thereof.
12
     WITNESS my hand and official seal this
13   9th day of July, 2013.
14
15
16
     _____
         Notary Public
17
18
19
20
21
22
23
24
25

88  (Pages 990 to 993)

994

**INSTRUCTIONS TO WITNESS**

1
2
3
4     Please read your deposition over
5  carefully and make any necessary corrections.
6  You should state the reason in the
7  appropriate space on the errata sheet for any
8  corrections that are made.
9     After doing so, please sign the errata
10 sheet and date it.
11    You are signing same subject to the
12 changes you have noted on the errata sheet,
13 which will be attached to your deposition.
14    It is imperative that you return the
15 original errata sheet to the deposing
16 attorney within thirty (30) days of receipt
17 of the deposition transcript by you.  If you
18 fail to do so, the deposition transcript may
19 be deemed to be accurate and may be used in
20 court.
21
22
23
24
25

996

1                    E R R A T A   S H E E T
2  IN RE:  PROCESSED EGG PRODUCTS ANTITRUST LITIGATION
3  DATE:   JUNE 27, 2013
4  PAGE   LINE              CORRECTION AND REASON
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23
24 _____     _____
25 (DATE)               GENE W. GREGORY

995

**ACKNOWLEDGMENT OF DEPONENT**

1
2
3     I have read the foregoing transcript of
4  my deposition and except for any corrections or
5  changes noted on the errata sheet, I hereby
6  subscribe to the transcript as an accurate record
7  of the statements made by me.
8
9  _____
10              GENE W. GREGORY
11
12    SUBSCRIBED AND SWORN before and to me
13 this ____ day of _____, 20___.
14
15
16 _____
17              NOTARY PUBLIC
18
19
20 My Commission expires:
21
22
23
24
25

89 (Pages 994 to 996)

**A**

**abc** 916:19,19
**ability** 776:10 777:6
  827:4 872:3 969:6
**able** 680:3 751:7
  763:16 804:3
  822:10 856:17
  887:17 888:11
  900:12 904:11
  943:8
**absent** 979:19
**absolute** 690:16
**absolutely** 837:24
  844:12 846:6,7
  860:12,15 870:20
  872:9 873:3
  874:15 919:18
**acc** 750:20 752:24
  752:24 759:10
  765:17 922:14,21
  923:20
**accent** 784:18,23
**accept** 732:10
  771:20 773:10
  845:23
**acceptable** 887:21
  889:22
**accepted** 846:9
  901:9,9,10,11,14
**accepting** 777:10
**access** 965:17
**accommodate**
  991:25
**accomplish** 895:22
**accomplished** 676:8
  899:7
**account** 979:4,5
**accounts** 796:12
**accurate** 681:9
  689:6 924:22
  994:19 995:6
**accusation** 720:11
**accusations** 725:4
**accuse** 856:4
**accused** 726:2

**accusing** 725:22
  960:25
**acknowledging**
  686:6
**acknowledgment**
  782:16 995:2
**acquisition** 680:4
  777:8
**acre** 648:10 654:16
  659:9 941:3
  942:18,25 943:13
  943:17 946:6,19
  947:6,11 948:9,21
  948:25 949:5,16
  951:5 953:3 954:4
  954:24 955:9,15
  955:22 957:6
  958:11,13
**acres** 953:25
**act** 732:20
**action** 992:11
  993:11
**actions** 645:5 760:2
  825:6,11 834:10
**activist** 839:2
  909:23 916:13
  974:11
**activists** 838:20
  839:3 857:18
  903:2 909:19
  929:20
**actual** 888:2
**add** 724:25 728:25
**added** 703:24 841:4
  841:5
**addition** 729:17
  898:7 955:2
**additional** 730:13
  766:15
**address** 676:16
  743:3 778:6 825:6
  834:22 836:10
  902:12 933:17
  935:3
**addressed** 747:23

857:15
**adele** 840:5
**adjustment** 668:22
  670:9
**adjustments** 690:11
**adopt** 942:20
**adopted** 668:15
  815:12,12 888:8
  897:23 988:13
**advantage** 703:21
  752:25 778:22
  779:5
**advertised** 810:10
**advice** 971:3
**advised** 836:15
**advisory** 838:12
  839:12,25 843:15
  844:8 847:2,12
  849:6 850:4,15
  855:20 881:11
  883:8 886:11
  887:4 888:6
  889:20 897:7
  900:11 905:15
  906:16 907:24
  985:8 986:16
**affiliate** 773:2
**afford** 700:22,25
**aforesaid** 993:5
**afraid** 943:15
**afternoon** 820:16,17
**age** 904:3,4 907:8
  936:10
**agency** 851:15,16
**agencys** 846:17
**agenda** 911:6,20
  960:25
**ages** 893:13,15
  904:4 907:14
**ago** 671:19 686:21
  724:16 785:2
  893:5 902:25
  911:9 926:5 940:6
**agralytica** 795:23
  806:9,19 807:7

**agree** 656:19 770:5
  911:4,14,16 925:4
  977:24 988:16
  991:19
**agreed** 656:4 664:14
  821:12 844:8
  918:8 943:2
**agreement** 654:18
  654:22 738:15
  740:23 741:2
  742:12,20 743:19
  744:8 751:9 756:9
  756:19 757:9
  765:18 769:18
  772:19,20,24
  773:17 774:17
  776:13,17 777:4
  777:24 780:10
  792:17 860:13
  881:8 920:9,12,19
  920:23,24 926:10
  949:25 950:10,12
  950:20 953:18,24
  954:4 990:8 992:8
**agreements** 738:17
  739:7
**agricultural** 795:3
  795:18 834:18
  961:13
**agriculture** 678:4,9
  691:11 909:25
  936:24
**ahead** 661:17
  666:22 675:18
  678:2 726:22
  827:3 850:12
  858:2 871:10
  877:6
**ahern** 650:8,10
**air** 889:12,22
  890:16
**airport** 918:6
**al** 960:6 961:11
**albertsons** 854:6,8
**allied** 781:15 782:2

| | | | |
|---|---|---|---|
| 962:4,16 | 838:20 839:2,3,16 | 969:5 973:2 979:2 | 945:11 948:7 |
| **allocated** 897:13 | 839:17 842:23 | 980:24 982:16 | 952:15 956:16 |
| **allow** 664:14 750:18 | 844:19 847:18 | **answered** 666:10 | **appleby** 974:7,13 |
| 760:24 775:14 | 848:8,22,24 | 670:11 709:22 | **applies** 645:4 774:2 |
| 777:4,12,24 | 853:12 854:9,14 | 711:24 719:14 | **apply** 679:4 |
| 859:11 897:25 | 854:18,22,25 | 720:16 725:7,17 | **appreciate** 820:22 |
| **allowance** 668:11,16 | 855:7,13 856:9 | 727:19 728:5,23 | 966:18 986:24 |
| 668:21 670:8 | 857:15,18 859:23 | 729:14 730:12 | 988:19 |
| 702:2,13 881:12 | 866:7 870:12 | 864:4 967:12 | **appropriate** 859:9 |
| 883:9,13,17 | 882:2 884:7 | 968:3 969:4 | 994:7 |
| 886:13 897:20 | 895:25 903:2 | 990:23 991:3 | **approval** 674:17 |
| 980:11 | 906:14 907:3,13 | **answering** 820:25 | 757:5 769:17 |
| **allowed** 773:16 | 909:18,25 912:19 | 959:6 | 845:10 |
| 777:14 888:8 | 913:4 915:9 | **answers** 672:15 | **approve** 772:23 |
| 890:2 891:5 | 916:13,22 921:8 | 986:8 990:16 | 924:17 928:11 |
| **allowing** 925:11 | 921:16,24 922:13 | **anticipate** 735:11 | **approved** 685:21 |
| **alternatives** 822:9 | 922:20 923:8 | **anticipated** 870:13 | 738:11 757:5 |
| **amazing** 889:15 | 927:16 928:22 | **anticipates** 907:5 | 770:6 |
| **american** 840:6 | 929:20 933:10 | **antitrust** 645:3 | **approving** 756:19 |
| 841:6 938:8 | 963:8,13 969:7 | 657:6 829:2 | **approximately** |
| **ammonia** 889:23,25 | 973:20 | 919:21 996:2 | 656:24 703:4 |
| 890:20,22 891:4 | **animals** 708:18,22 | **antonio** 652:11 | 712:22 735:17 |
| 891:15 977:25 | 839:18 896:9 | 653:8 771:7 809:3 | 736:23 783:6,12 |
| **amount** 683:14 | 914:16 | **anybody** 719:24 | 796:13 820:3,9 |
| 871:21 930:17,21 | **announcing** 939:8,8 | 755:24 779:4 | 885:4,10 940:13 |
| **analyze** 665:13 | **annual** 692:12,16 | 828:25 829:6,11 | 940:19 957:19,25 |
| **analyzed** 864:5 | 693:10,17 705:17 | 965:16 979:24 | 992:20 |
| **anderson** 649:7,9 | 709:13,18 738:15 | 986:2 989:24 | **approximation** |
| 771:14 805:11 | 740:25 791:10 | **anymore** 758:12 | 713:5 |
| 809:11 934:24 | 866:23 | **anyway** 695:21 | **april** 686:17 740:7 |
| 975:5 990:7 992:2 | **answer** 655:3 | 840:17 841:7 | 758:16 761:10 |
| **animal** 652:10 | 699:16 706:21 | 896:3 916:19,24 | 762:23,24 871:14 |
| 653:16,22 654:5,9 | 711:24 724:2,14 | **apologies** 806:4 | 942:6 |
| 669:4 689:19 | 724:18 727:25 | **apologize** 685:17 | **arch** 645:14 647:8 |
| 705:19 706:11 | 728:6,11,25 | 775:21 781:12 | 647:15 |
| 707:4 708:17 | 729:20,22 730:13 | 843:5 868:7 917:8 | **area** 653:17 817:10 |
| 709:20 714:13 | 730:16 748:24 | 926:4 927:9 | 817:21 923:11 |
| 716:16 731:11 | 754:23 767:15 | 947:25 956:22,22 | 974:10 975:21,21 |
| 738:12 742:25 | 768:3,8,12 788:6 | **appalling** 895:23 | **arent** 945:20 |
| 743:2 753:9,11 | 791:18 792:21 | **apparently** 711:2 | **argue** 927:18 |
| 755:25 757:6 | 798:3 802:13 | **appearances** 649:12 | **argued** 898:19 |
| 758:20 761:12 | 804:3,4 824:14 | 650:6 660:7,9 | **arguing** 860:3 |
| 766:12 771:5 | 827:3 856:6 | **appearing** 849:9 | 891:16,19,20 |
| 772:2 777:14 | 878:15 906:23 | **appears** 747:6,7 | **armstrong** 839:13 |
| 817:9,20 838:10 | 966:17 968:7,9,12 | 816:14 939:5 | 839:24 841:5 |

906:13,20 976:13 989:3,8,12
**arpas** 766:16
**arriving** 978:18
**arthur** 648:6
**article** 733:21 734:4
**aside** 673:7 682:25 710:3 732:25 741:17 745:5 763:12 766:5 770:25 780:16 804:23 808:2 812:22 813:23 815:21 816:22 818:3 819:11 952:19 956:4 985:6
**asked** 666:9 670:11 706:19 709:21 711:24 719:13 720:6,16 722:15 725:6,16 727:15 728:22 729:14 730:12 732:4,7 743:5 769:2 841:16 863:18,25 885:18 887:5 896:21 902:6 918:8 926:25 967:12 968:2,19 969:4 983:11 991:9
**asking** 667:14 686:12 702:18 715:20 722:16 740:12 757:10 761:12 762:16 763:22 764:18 767:3,9,11 779:16 830:21 878:15 879:25 892:8 931:5,9 947:15,17 947:20
**asks** 677:8
**aspects** 932:11

977:18 987:13 988:2
**asserting** 728:18
**assertion** 722:19
**assigned** 908:14 910:9
**assist** 678:13
**assistance** 834:20
**associate** 962:4
**associated** 847:3
**association** 692:11 785:22 840:6 841:6 899:21 961:13 963:7
**assume** 701:6 747:11 773:13 914:8
**assumed** 680:24 766:13
**assuming** 730:18
**assure** 850:17
**atkins** 870:9
**atlanta** 654:10 917:22 918:6 921:9
**attach** 710:21
**attached** 663:3 789:12,20 806:17 806:18 807:13 994:13
**attaches** 963:7
**attachment** 651:22 710:6
**attachments** 661:19
**attack** 910:3
**attacking** 725:21
**attained** 667:9
**attend** 766:24 768:2 772:6 782:2
**attendance** 945:24
**attended** 747:5 765:4 828:21 851:23
**attending** 657:14 768:22 962:14

**attention** 738:8 771:22 780:25 787:6 832:5,7 877:22 941:15,23 942:4,10
**attitude** 775:10
**attorney** 917:19,23 994:16
**attorneys** 657:13 814:12 918:3 929:15 973:5
**attribute** 977:19
**attributed** 693:25
**audio** 656:18
**audit** 742:21,22 908:15,17
**auditing** 766:15 851:14,16,17,18
**auditors** 742:23
**auger** 962:4
**august** 979:25 981:13
**australian** 784:21
**author** 747:9 952:12
**authored** 766:9
**authorized** 923:6
**available** 715:13 738:24 766:18 778:15 832:17 843:18 967:16 991:19
**avenue** 646:5 648:2 648:7 649:20
**average** 665:25 701:17,19 873:22 874:4,6,10,17 978:18,21 981:8 987:18
**averaged** 874:5
**averages** 876:4
**averaging** 702:2,13
**avoid** 903:15 915:14
**aware** 668:20 670:7 679:7 688:16 869:18

**awful** 661:25 731:21
**aye** 977:2

**B**

**back** 660:4,5 662:21 666:5 671:9 677:20 679:13 690:7,12 702:19 703:22 707:24 719:17 735:25 736:4 756:21 757:12,18 758:7 763:15 764:22 783:13 784:7 789:9 791:3 793:17 794:4 802:25 811:2 820:10 832:9 839:22 844:2 849:20 850:22 867:5 877:24 885:11 893:24 912:23 924:11 940:10,20 953:15 957:25 959:21 966:15,17 968:14 987:3
**backfill** 704:25
**backfilling** 694:23 703:7 704:10,18 705:18 706:10,17 706:24 707:11 708:11,12,16,25 709:9,19 906:17 907:7,18,21,23 927:3 989:4
**background** 731:7 970:22
**backwards** 683:3
**bad** 679:15 700:21 917:10 918:20
**bahan** 906:13 989:9
**bail** 834:24
**baker** 647:1 650:8 658:21 939:7

945:12
**bakeries** 799:17
**bakermckenzie**
650:10
**ballot** 674:15
**bankers** 700:23
**bankrupt** 678:22
690:9
**banning** 652:16,19
788:16 789:3
790:2,17 791:7
794:11
**barnes** 648:7 651:8
659:8,8 724:8
761:5 940:25
941:3 943:4
944:12,16,23,25
945:3,7 946:24
947:13,17,21
948:2 949:4,10
951:22 952:25
953:22 956:13,21
956:25 957:9
986:9
**barren** 910:4
**barrie** 842:16
**barry** 665:11 682:18
682:23 808:11,13
825:17,20 876:14
876:23 877:2,14
877:18,25
**based** 682:4 701:14
722:23 729:4
771:20 787:3
795:4,18 804:9
832:17 837:25
838:19,24 882:22
898:12 899:12
902:17 904:8
917:12 930:17,21
973:24 974:4,20
975:25 978:12
**basically** 702:25
705:7
**basing** 978:10

**basis** 669:14 690:23
716:17 720:10
721:5 722:18,22
723:15,17 725:3
725:13 726:13
727:11 728:18
729:10 743:7
808:20 864:10,14
866:23 978:22,24
**bates** 661:13,21
666:21 675:13,20
684:18,25 687:12
687:19 692:22
693:7 710:6,12
733:4,11 737:9,17
739:19 741:22
746:10,17 771:7
771:14 772:12,13
772:17 780:20
781:5 787:12,15
788:17,23 790:3
791:24 792:7
805:8,12,21,25
809:4,11 812:2,8
813:3,9 814:15,20
815:24 816:7
817:11 818:12,18
830:6,18 848:9
881:22 882:3,25
906:3,6 921:3,10
938:23 944:20
946:20 949:25
951:19 956:10
**bathroom** 940:5,9
**battery** 910:5
**beak** 902:23 903:8
903:17,23 904:3
904:10,12,16
908:22,25 909:9
**beaks** 903:5
**bearing** 945:9 947:3
**bears** 951:25
**becoming** 948:10
**began** 698:5 718:23
862:21

**beginning** 645:15
696:12 771:23
784:8,9,10 803:13
832:17 870:11
905:7 974:19
**begins** 735:24
783:12 820:9
885:10 940:19
**begun** 687:8 690:10
**behalf** 646:8,13,19
646:24 647:4,10
647:19,25 648:4
648:10,15,21
649:4,10,17,22
650:4,11 658:12
658:15,18,24
659:4,9,13,16,19
**behold** 896:16
**belief** 689:21,24
690:3,24 694:17
866:25 964:13,17
966:22
**believe** 667:4 680:7
701:16 711:5,6
722:20 734:16
788:23 795:23
811:2 838:18
840:17 896:18
900:5 907:16
916:18 929:19
943:9 948:25
954:6,14 955:5,12
974:3,19 990:2
**believing** 726:13
727:11
**bell** 662:5,11 663:4
663:21,22 665:4,8
667:7,12,18,25
668:5 671:23
672:9,10 673:4
683:8 684:8
810:22 811:9
837:14,17 840:18
863:22 981:19
**bell007698** 651:14

**beginning** 661:13,21
**bell007709** 651:14
661:13
**bells** 683:4,25 684:9
980:2,9
**belt** 889:10
**belts** 915:15
**benchmark** 877:15
**benefit** 707:18
**benefited** 707:12
**benefits** 681:11
704:15 893:11
895:11 948:10
**benson** 648:12
658:17
**berreth** 973:16
**best** 821:2 827:3
850:16 969:5
982:16
**beth** 917:4
**better** 694:8,18
696:14 697:21
802:4 841:10
867:3 889:14
895:16,18
**beyond** 663:25
734:11 866:25
872:23 972:15
973:14
**bid** 835:10
**bids** 682:4
**big** 713:17 916:20
**bigger** 974:8
**biggest** 713:15
**bill** 840:17
**bipc** 648:20
**bird** 669:19 702:17
861:12 862:8
864:10,11,12,14
865:21 871:24
883:15,16 897:9
897:13 898:11
899:2,5 903:7
927:21 955:25
979:9 981:5

**birds** 668:16 669:17
701:15 702:22
775:16 861:13,18
864:22 865:6
866:3 867:2
869:20 871:22,22
871:24 888:7
890:23 891:16,23
892:18 894:4
897:14,25 898:15
898:17 900:6,7,12
902:18,18,19,21
903:7,17 904:10
907:8,13 910:16
914:18,19,19,21
915:10,21,21
936:4,19 981:9,14
981:20 982:3
**birthday** 921:19
**bit** 743:24 744:17
826:20 875:17
932:11 940:6
946:7 974:8
986:24
**blizzard** 675:4
**blizzards** 674:12
**block** 646:21 657:24
**blocks** 909:12
**blows** 708:19
**blunt** 903:13
**board** 652:22
665:21 738:11
757:5 758:21
767:4,8 768:13
777:10 785:25
791:23 792:6,11
792:14 806:14
842:22 843:13
844:3 845:10
846:17 878:8,18
882:18 901:10,21
937:11 938:9
962:15 971:19
**boards** 782:9
**bob** 917:6,16 918:5

962:23
**body** 891:18 892:20
893:17 903:18
**bonus** 834:14 835:8
835:14
**bottom** 671:18
685:14 728:8
734:2 738:8
764:23 766:11
781:2,10 831:25
852:16 868:19
873:11 874:5
950:20
**bought** 774:23
923:9
**boundaries** 846:22
**box** 909:7
**boycott** 839:8,8
**brand** 775:8
**brann** 973:12
**break** 735:12 797:7
798:9 821:7
884:20 930:5
940:5,9
**breaking** 822:12
869:24 875:23
876:24 984:21
**breed** 904:10
**breeder** 797:4
935:15,19,25
**brian** 916:18,19
**bridge** 664:24
776:12 777:9
934:22
**bridging** 777:3
**brief** 671:16
**briefcase** 890:8
**briefly** 661:23
675:19 710:13
784:4 934:2
**briggs** 649:1,4
**bring** 846:11 858:22
987:3
**brings** 814:9
**broadway** 650:2

**broke** 687:3
**broken** 908:18,19
**brothers** 649:17
660:11
**brought** 734:19,22
**brown** 883:21
902:18
**buchanan** 648:17
659:3
**build** 700:22,25
860:14 861:17,22
862:3 872:3,10,13
889:14
**building** 860:10,20
861:22,24 889:5
**built** 700:18,18
822:12 889:6,8,10
**bullet** 677:4 680:20
694:3,19 695:4
701:6,23 702:24
703:12,20 704:8
**business** 699:24
718:17 719:21,23
727:5 730:22
744:9 756:10
799:10 802:4,18
802:23,24 823:2
829:23 877:21
899:23 912:7
919:11 932:17
936:14 959:10
**butt** 912:24
**button** 891:13
**buy** 682:2 714:3
717:22 746:2
753:24 754:2
777:14 801:22
834:14 835:8,14
870:3 893:22
923:6 925:12
932:12
**buyer** 674:11
**buyers** 714:22,23
**buying** 715:2 720:24
775:4,7 802:2

835:5 857:21
870:4,6
**bynum** 924:17

**C**

**cage** 652:16,19
653:6 694:20
701:7 773:5 774:4
788:16 789:3
790:2,17 791:7
794:12 805:17,21
810:4 850:17,18
859:25 865:7,9,17
866:4,10 871:22
871:25 883:15,23
887:18,19,20,24
888:12,13 889:2
889:14 898:8
900:6,7 902:9
909:20 910:9
974:5,9,22 975:19
980:23 981:3,5,10
981:15 982:4
983:5,10,14,18,22
984:3 987:18
988:10,11
**cages** 669:7 694:23
701:15 703:7,22
704:10 705:2
862:9 863:14
864:22 865:22,25
871:23 883:18,21
887:23,23 889:5,9
898:16 907:14
908:16 909:24
910:2,4,5
**cainmannix** 647:22
647:24 651:5
658:2,3 736:11,18
736:21 737:13,20
737:23 739:22
741:25 744:20
746:14 747:21
748:6,16 749:6
750:14,23 754:19

755:15 756:25
757:3 760:5 761:7
761:14 762:11
763:7,25 764:24
765:8,10 767:4,11
767:23 768:5,20
770:3,12 771:15
771:18 772:14
773:24 778:20
779:23 780:24
781:6,8,22 782:25
819:16 924:7
928:17
**calcium** 893:16
**calculate** 686:4
**calculated** 681:11
**california** 648:13,13
664:8 665:23
692:10 804:16
840:7,19 869:20
893:7
**call** 674:2,2 715:5,8
715:11,12,13,21
719:2,16,17,23
720:6,25 721:21
727:4 729:11
730:2,2 796:6
893:22 917:6,23
918:12 936:12
937:19
**called** 678:24
711:18 712:12,14
712:17 714:10
715:15,25 717:11
721:13 722:6
723:17 730:19
859:17 899:18
922:13 933:18
936:11 955:9
977:5 986:20,25
**calling** 716:9 718:7
719:20
**calls** 684:12 691:2
696:25 698:12
699:5 711:13

712:8 713:10,22
715:4 717:18
718:9 720:15
721:10,16 722:7,9
722:23 723:5,9,12
723:21 725:5
726:25 729:4,24
730:11 961:20
962:11 975:7,16
**calmaine** 648:4
658:25
**campaigns** 839:2
**campbell** 646:22
657:23,23 680:12
**canada** 679:17,21
846:19
**canadian** 846:17
**cannibalism** 903:15
**cant** 665:2 668:2
672:22,25 680:8
695:18 699:8
731:19 747:12
764:17 767:16
784:19 801:17
811:7 870:7
888:25 908:20
926:4 927:11,13
976:2
**capable** 745:11
**capacity** 950:23
954:18 955:15,19
955:22
**capita** 870:10
**capital** 930:18,22
**cappervolstead**
931:6,10
**caption** 657:5
**captioned** 947:4
952:2
**captured** 948:20
**care** 738:12 742:25
743:3 753:9,11
755:25 757:6
766:13 777:14
835:17,20 921:24

922:13,20 923:8
**career** 836:13
**careers** 786:5
840:23 844:16
**careful** 780:13
865:15 980:22
**carefully** 994:5
**carrie** 649:7,9
**carried** 748:7
762:17 773:7
924:20
**carries** 738:9
**carry** 762:21
**carton** 798:25
925:16
**cartoned** 798:12
**cartons** 853:22
**case** 657:5,7,9
753:22 776:13
778:8 811:18
974:18 976:22
977:2
**cases** 686:5,8 864:21
892:19 963:19
**catch** 926:18 991:16
**categories** 811:8
876:15
**category** 811:19
985:3
**catering** 799:18
**cause** 913:6 927:4
**caused** 825:16
868:23 869:4
873:5 911:8
**causes** 907:9
**caution** 860:22
**ccr** 645:16
**ceiling** 883:24
**cell** 656:16
**cent** 873:23 984:21
984:24
**center** 647:7,22
649:2
**cents** 674:8 681:13
681:13 682:10,11

**874**:4,5 877:25
984:18
**ceo** 673:18 859:20
**certain** 683:21
751:9 801:20
909:10 915:6
925:7 927:13
933:19,20
**certainly** 662:9
691:25 729:18
748:24 798:3
907:4
**certificates** 674:21
**certification** 656:5
775:16 914:22
915:3
**certified** 694:20
695:2 700:12
703:2 704:9 705:5
711:3,6 713:18
714:3,15,17 715:6
715:7,10 717:19
717:22,23 720:3
720:12 722:12
727:8 729:7
731:24 738:12
742:25 743:3
744:4,5 745:18,20
745:22 746:2
749:4,10,11 753:9
753:11,20,21,23
754:7,24,25 756:2
757:6 760:25
763:21 766:7,13
766:23 768:23
769:5,12 774:10
774:13,15,24,25
775:2,6,11 776:3
776:19,25 777:2,7
777:15,15,16,23
847:5 851:2 852:7
853:20 854:3
860:14 862:7,21
911:5 915:5,25
919:14 920:3,9,15

921:24 922:13,17
922:20,22 923:7,8
923:9,22 925:12
958:23 965:9,10
965:13,19 967:2
979:20
**certify** 993:4
**cetera** 673:25
674:21 866:21
923:18
**cf0005677** 652:24
805:8,13
**cf0005678** 653:6
805:21 806:3
**cf0005704** 653:6
805:22
**cf0008607** 652:15
787:12,15
**chad** 717:5 731:5
**chain** 652:14,24
653:15,18 654:23
787:11,11,15
805:8 815:24
816:6,6 818:12,18
851:8 956:10
**chairman** 831:15,16
842:22,23 846:18
906:14 907:2
939:6,7
**challenge** 866:16
**challenged** 718:15
**chance** 661:22
693:13
**change** 714:23
718:18 730:23
757:17 802:22
838:17 857:20
889:2 892:11
916:5 924:2
**changed** 745:15
746:3 755:6
758:11 780:8
786:4 795:21
804:12 806:8
840:21 892:13

900:3 915:23
988:6
**changes** 757:22
764:11 775:19
838:23 839:22
867:4 919:9
973:23 974:2
979:5,6 994:12
995:5
**characterization**
911:15
**charles** 646:11
658:5 783:24
**chase** 840:17
**cheap** 673:19
**cheaper** 802:3
**cheating** 752:10,15
**check** 741:12
**checks** 893:20
**chewed** 912:24
**chicago** 646:23
649:20 650:9
665:21
**chick** 665:16 666:15
862:15,18
**chicken** 903:5
987:24
**chickens** 669:7
696:7 704:25
745:24 753:5
756:20 863:14
910:4
**chicklings** 892:24
**chicks** 871:14,15
894:20 904:15
**chilson** 873:12,21
874:22
**choices** 859:11
**chopper** 855:2,3
**christine** 647:7,9
658:14
**christmas** 696:4
**chuck** 740:5 742:7
744:7
**cira** 647:7

**circled** 959:21
**circumstances**
781:12 823:8
989:8
**clark** 646:22 846:16
**class** 657:19,22
**clear** 672:17,17
673:13 677:14
695:12 715:21
720:7 722:11
729:15 748:2,5,13
754:22 763:2
770:4 833:16
961:2 974:22
984:18
**clearly** 756:7
**client** 945:20
**clients** 873:22 874:3
874:24 942:14
**climates** 892:12
**close** 800:4 850:21
991:21
**closed** 781:14 782:7
782:9 928:24
937:15,22
**cluttered** 821:5
**cm00187932** 652:18
788:18,24
**cm00187935** 652:18
788:18
**coaster** 671:21
**cold** 891:14
**colleague** 783:2
**colony** 974:5,18
**column** 853:24
950:23 952:16
954:19
**com** 646:7,7,13,19
646:24 647:4,9,17
647:18,18,24
648:3,9,14,20
649:4,9,16,21
650:10
**come** 686:25 708:6
745:6 758:25,25

763:13 775:15
776:8 777:13
815:7 834:23
839:21 844:2
850:22 864:15
882:22 913:13
916:11 940:10
969:11 976:6,18
**comes** 878:2 893:24
**comfort** 829:21
964:4 969:25
**comfortable** 731:15
**comfortably** 883:25
888:8,12
**coming** 815:6
838:22 864:20
915:14 927:15
**comment** 971:21
**comments** 867:17
**commercial** 899:12
899:22,22
**commingling**
922:16
**commission** 995:20
**commissioned**
896:13
**commissioning**
838:12
**commit** 714:2
**commitment** 654:22
753:16 773:3
774:3 777:19
953:19,25
**commitments** 944:3
**committed** 774:9
775:17
**committee** 652:10
653:8 654:9 674:3
674:5,10 675:9
758:20 761:11
767:5 768:13
771:6 772:3 782:8
782:9 809:2,17
810:17,20 836:7
838:13 839:12,21

839:25 840:20
841:21 842:6,24
843:10,12,13
844:19,24,25
845:4,8,13,15
846:4,11,14 847:3
847:12 849:6
850:16 855:20
859:16 866:13
882:17 887:4
888:23 891:10,25
892:14 898:20
899:9 900:3 901:8
901:15,17,20,21
904:2 905:16
906:14,17 907:3,5
907:24 909:14
912:19 914:13
918:13,14,18
921:8,16 928:11
937:12 939:7
976:9,11,25 977:5
985:8 986:16
988:8
**committees** 825:15
825:16 843:15
850:4 881:11
883:8 886:12
888:7 889:20
897:7 900:11
901:23 928:23
**commodities** 808:14
**commodity** 678:5
714:24 804:18
834:16
**communicate**
744:14
**communications**
918:2
**companies** 674:24
744:4 772:24
773:3 774:2
777:16 806:24
822:12 875:6
889:13 917:18

920:9,13,15,21
942:10 958:17
**companion** 907:11
**company** 650:12
714:2,10 715:25
716:9,10 717:22
720:22 722:20
749:5 753:14,15
763:21 772:25
774:23,24,25
775:2,4,5,6,6,7,7,8
775:17,24 776:5
777:5,6,8 778:16
778:17 785:8
911:19 916:17,21
916:25 917:5
920:3 923:7,10,12
939:15 958:13
**comparable** 985:18
**compare** 666:4
762:18 833:13
955:14
**compared** 985:10
**comparing** 827:14
978:14,17,20
979:9,10
**comparisons** 825:21
**compelled** 918:22
**competing** 712:4
718:20 732:15
**competition** 731:20
**competitive** 752:25
754:14 755:10
**competitor** 878:5
**competitors** 923:11
**complain** 828:22
834:3
**complaint** 836:19
929:13,14
**complaints** 926:13
**complete** 691:3
697:9 743:5
777:23 791:9
807:4 844:23
**completed** 676:5

806:25 841:20
**completely** 726:6
775:15 962:17
965:12,25
**complex** 915:15
**compliance** 738:16
964:14,19,21
965:8,22,25
967:24 969:2
971:22 972:3,11
972:20 973:9
**complicated** 933:16
**comply** 887:18
**component** 796:11
**compound** 754:16
**compromise** 881:7
909:15,16
**compromising**
669:15
**computeraided**
993:9
**concentrate** 986:7
**concentration**
889:23 890:2,22
891:5
**concept** 987:9,13
**concern** 765:16
912:6 926:8 929:5
963:22
**concerned** 708:15
889:22 892:3
911:20 913:8
925:8,11 963:4,9
**concerns** 710:25
733:20 766:3
926:13
**conclude** 919:4
**concluded** 992:24
**conclusion** 691:14
691:15 976:17
**condition** 964:22
965:11 967:9,24
969:3
**conditions** 665:14
669:8,18 676:18

678:17 700:20
850:18
**conduct** 930:8
970:14
**conducted** 735:9
**conduit** 846:2
**conference** 673:25
918:12
**confidential** 645:7
661:1 662:1 663:1
664:1 665:1 666:1
667:1 668:1 669:1
670:1 671:1 672:1
673:1 674:1 675:1
676:1 677:1 678:1
679:1 680:1 681:1
682:1 683:1 684:1
685:1 686:1 687:1
688:1 689:1 690:1
691:1 692:1 693:1
694:1 695:1 696:1
697:1 698:1 699:1
700:1 701:1 702:1
703:1 704:1 705:1
706:1 707:1 708:1
709:1 710:1 711:1
712:1 713:1 714:1
715:1 716:1 717:1
718:1 719:1 720:1
721:1 722:1 723:1
724:1 725:1 726:1
727:1 728:1 729:1
730:1 731:1 732:1
733:1 734:1 735:1
736:1 737:1 738:1
739:1 740:1 741:1
742:1 743:1 744:1
745:1 746:1 747:1
748:1 749:1 750:1
751:1 752:1 753:1
754:1 755:1 756:1
757:1 758:1 759:1
760:1 761:1 762:1
763:1 764:1 765:1
766:1 767:1 768:1

769:1 770:1 771:1
772:1 773:1 774:1
775:1 776:1 777:1
778:1 779:1 780:1
781:1 782:1 783:1
784:1 785:1 786:1
787:1 788:1 789:1
790:1 791:1 792:1
793:1 794:1 795:1
796:1 797:1 798:1
799:1 800:1 801:1
802:1 803:1 804:1
805:1 806:1 807:1
808:1 809:1 810:1
811:1 812:1 813:1
814:1 815:1 816:1
817:1 818:1 819:1
820:1 821:1 822:1
823:1 824:1 825:1
826:1 827:1 828:1
829:1 830:1 831:1
832:1 833:1 834:1
835:1 836:1 837:1
838:1 839:1 840:1
841:1 842:1 843:1
844:1 845:1 846:1
847:1 848:1 849:1
850:1 851:1 852:1
853:1 854:1 855:1
856:1 857:1 858:1
859:1 860:1 861:1
862:1 863:1 864:1
865:1 866:1 867:1
868:1 869:1 870:1
871:1 872:1 873:1
874:1 875:1 876:1
877:1 878:1 879:1
880:1 881:1 882:1
883:1 884:1 885:1
886:1 887:1 888:1
889:1 890:1 891:1
892:1 893:1 894:1
895:1 896:1 897:1
898:1 899:1 900:1
901:1 902:1 903:1

904:1 905:1 906:1
907:1 908:1 909:1
910:1 911:1 912:1
913:1 914:1 915:1
916:1 917:1 918:1
919:1 920:1 921:1
922:1 923:1 924:1
925:1 926:1 927:1
928:1 929:1 930:1
931:1 932:1 933:1
934:1 935:1 936:1
937:1 938:1 939:1
940:1 941:1 942:1
943:1 944:1 945:1
946:1 947:1 948:1
949:1 950:1 951:1
952:1 953:1 954:1
955:1 956:1 957:1
958:1 959:1 960:1
961:1 962:1 963:1
964:1 965:1 966:1
967:1 968:1 969:1
970:1 971:1 972:1
973:1 974:1 975:1
976:1 977:1 978:1
979:1 980:1 981:1
982:1 983:1 984:1
985:1 986:1 987:1
988:1 989:1 990:1
991:1 992:1
**confirm** 715:22
764:4 814:7
**confirmation**
698:14
**confirmed** 674:17
**confirming** 674:15
**confused** 768:8
826:21
**confusing** 769:25
**confusion** 882:12
**congress** 679:9
807:19 808:8
**congressional**
807:14
**congressmen**

807:17
**connected** 795:15
**connection** 868:3
**consensus** 976:18,20
**consider** 691:18
868:22
**considerably** 801:11
822:14 827:15
862:24 932:18
978:7
**considered** 826:7
937:6
**considering** 711:2
711:20
**considers** 919:20
**consistent** 681:6
**consolidation**
932:15
**constantly** 913:5
**construction** 934:22
**consultant** 743:9,13
**consulting** 663:21
795:4,18
**consumed** 797:18
**consumer** 797:7,9
823:17 859:25
894:3
**consumers** 801:21
810:11 823:9,12
859:11 893:21
**consumption**
799:15,17 870:10
**contacted** 719:11
727:10 728:17
806:24
**contacting** 715:17
**contained** 959:24
**containers** 676:4
686:9
**contd** 652:1 653:1
654:1
**context** 964:8
980:19 983:3
**continue** 656:19
664:17 694:16

726:21 750:19
756:12 776:18
924:3 931:7
**continued** 645:11
689:19 759:7
932:16
**continues** 962:2,3
**continuing** 657:11
934:4
**contract** 664:24
772:25 795:8
879:9 937:3 951:6
**contracted** 791:5
794:24 795:13,14
**contracts** 876:20
877:4,8
**contradictory** 709:7
**contribution** 870:14
**contributor** 912:20
**contributors** 845:16
846:5 977:6
**control** 678:12
**controversy** 745:7
**convention** 692:13
692:16 693:10,18
705:17 709:13,19
**conversation** 700:4
716:19,21 720:10
917:15 919:25
**conversations**
656:15 667:18,21
699:7,18,20
720:23
**conversion** 864:12
**converting** 653:5
805:16,20
**convey** 674:4
**convince** 948:9
949:16
**convinced** 918:17
974:10,11
**cooperate** 933:9
**cooperative** 686:2
744:2 936:24
961:13 963:6

cooperatives 936:21
936:22
copied 960:4,6
copy 731:18 737:21
741:11 742:19
791:9 793:4 807:3
812:12 905:3
956:20 980:18
982:22
copyrighted 731:11
corn 665:19 688:18
688:22
cornbelt 785:8,11
correct 672:11
673:5 676:5,12,25
689:21,25 690:6
703:10 707:21
710:22 733:18
740:10,14,18
741:9 742:13
747:18 748:9,20
750:8,15 759:13
760:14,18 761:15
764:2 766:9,18,19
766:20,21 769:12
769:19 770:7
773:18 786:20
795:19 796:18
822:20 826:8,10
828:18 833:23,25
838:2 847:15,16
865:10 866:5
872:7 874:12
932:23 936:22
937:7 938:15
946:2,3 949:7,9
954:11 956:18
957:7 959:11
960:8 970:3,10
972:11,21 978:22
979:16,20 985:2
985:14 988:3,14
989:19,22 993:10
corrected 668:8
correction 667:8

907:19 996:4
corrections 667:23
671:24 994:5,8
995:4
correctly 675:4
939:12 993:8
correlates 899:3
correlation 800:4,20
cost 688:20,21 753:8
753:9,10,14,15,20
754:10,11,13
755:11 821:19,23
822:5,25 856:10
856:16 876:19
877:3,4,8
costs 690:17 753:2
983:18
couldnt 700:25
718:21 896:17
904:24 988:5
council 851:8
971:22
counsel 656:4 677:8
747:19 761:6,25
764:14 805:11
818:8 852:15
930:23 933:25
958:12 959:20
963:19 970:18
972:3,11,21 973:9
976:9 980:20
983:4 984:7 990:9
993:10
country 679:23
711:14 775:9,25
804:14 811:6
843:19 845:25
846:22 902:21
938:10 981:21
couple 671:19
679:25 682:7
746:16 753:13
783:4 786:8
849:21 850:23
854:5 873:11

882:10 911:2
916:3 925:22
960:18 986:6
987:4
course 813:17
816:16 819:8
court 645:1 657:8
659:20 660:16
817:3 852:19,20
941:6 994:20
courthouse 649:14
cover 661:18 663:4
710:18 841:25
867:2 960:10
covered 889:21
covering 680:21
cpceged00132106
652:20 790:4
cpceged00132145
652:21 790:4
cracks 893:20
cramming 669:7
863:14
create 749:20 772:8
823:3 845:3
927:17
created 738:3
754:13 755:17
759:7 909:16
creates 751:24
creation 766:12
credibility 719:4
925:14 965:10
966:3,23,24,25
967:2
credible 719:6
720:10 851:12
914:23 964:15,20
creek 845:25 938:10
critical 910:15
critically 664:21
criticism 909:18
crop 678:11
cross 674:24
crutcher 648:1

658:24
cslidders 646:13
cure 947:23
current 732:14
898:13 908:17
currently 773:6
774:6
customer 673:21
713:12,17 753:19
753:25 754:4
839:10 857:17
877:9 915:8
customers 715:18
744:9,15 746:3
751:8 754:11,13
777:17 839:4
846:22 857:9
861:15 917:4
cut 903:4
cycle 802:24 894:10
czechowski 649:14
649:16 660:10,11

**D**
dad 912:23,25
dairy 859:16
dallas 648:2
damn 918:15 943:11
943:13
damned 680:2
daniels 647:1
658:21
data 978:10
date 656:23 685:10
737:3 748:23
759:3 762:25
779:20,22,24
780:3 782:18
813:20 814:8
871:12 921:17,18
929:10 948:12
950:11 954:3,6
972:4 991:18
994:10 996:3,25
dated 686:16 687:23

740:7 742:7 805:4
812:2 881:16
945:12 948:11
**dates** 685:8 702:16
764:17 775:22
779:7 942:6
950:16
**dating** 871:6
**davis** 840:7
**day** 661:8 695:17,24
696:8 698:2 819:5
847:2 893:3
904:16 911:8
936:8,9 993:13
995:13
**days** 671:19 786:8
816:25 820:24
827:25 833:11
839:6 841:15
895:17,20,21
904:13 922:12
959:8 991:15
994:16
**dayton** 649:15
**dbarnes** 648:9
**deal** 699:25 734:25
888:20 931:19
974:16
**dean** 927:2
**death** 867:6
**debate** 779:2 891:9
**debated** 976:22
**debeaking** 903:3
**december** 736:23
738:5 770:5 942:5
954:5,10,14
955:23
**dechert** 647:6,9
658:15
**decide** 969:2
**decided** 929:21,23
**decision** 675:5
920:22 939:15
**decisions** 928:8
976:12,24

**declined** 932:17
**deemed** 994:19
**deep** 883:21
**defeated** 760:14
761:3
**defend** 715:6 985:17
985:19
**defendant** 648:4
649:10 658:18
**defendants** 658:12
659:4 736:7
934:25 991:22
**defended** 985:14
**defending** 941:5
**defense** 951:15
**defensive** 903:10
**deffner** 831:14
939:6 945:12
**define** 985:17
**degrees** 887:24
888:14
**deliver** 804:15
**delivered** 807:18
808:7
**delivery** 674:9
681:14,18,22
**demand** 678:8,8
695:23 696:3,6,15
696:19 709:2,10
709:15,16
**demanding** 857:10
859:25
**demonstrated**
923:18
**depended** 691:10
**depending** 883:15
**depends** 691:11
767:7
**depleting** 893:16,18
**deponent** 993:6,8
995:2
**depopulate** 898:16
**depopulated** 869:19
**deposed** 992:10
**deposing** 994:15

**deposition** 645:11
655:1 656:18
657:2,12 727:16
736:5 737:5
739:13 741:19
746:7 931:5,9
966:15 991:21,23
992:7,24 993:9
994:4,13,17,18
995:4
**depositions** 724:11
**derived** 688:22
**describe** 665:7
**described** 723:23
822:6 912:7 924:7
**description** 651:12
652:3 653:3 654:3
655:10
**design** 974:6
**designed** 974:8,18
**despite** 896:16
**destroyed** 704:2
705:3 706:17
839:7
**details** 721:9 814:25
834:14
**determinations**
869:16
**determine** 673:22
825:14 826:13
869:3,4 870:24
943:22
**develop** 846:7
855:21 858:6
914:21
**developing** 851:2
858:21
**development** 912:4
977:12
**develops** 704:9
**deviated** 892:10
**dick** 873:12,20
874:22
**didnt** 690:19 691:15
697:8,13 699:3

718:19 721:9
755:7 757:16
764:13 778:13
801:24 838:18
847:14 892:6
894:15,25 895:22
911:14 951:9
964:21 965:18
967:23 968:25
**diet** 870:9
**difference** 696:11
859:22
**different** 663:6,15
666:2 706:14
722:15 743:24
744:17 762:12,15
762:16 826:2
839:20 843:4
845:17 858:22
870:16 876:14
889:5 891:23
895:14,15 904:4
907:8,14 959:2
966:2 976:16,21
978:16 987:13
988:2
**differentials** 803:7
803:18
**differentiating**
798:15
**difficulty** 922:16
**dinsmore** 649:13,16
**direct** 646:8,19
657:19,22 658:9
832:4,7 924:25
930:25 941:15
**directed** 750:6
941:22 942:3,9
**direction** 655:3
863:5 867:11
**directly** 709:7
**director** 743:14
**directors** 652:22
786:2 791:24
792:6,12 806:14

845:10 882:18
971:19
**disadvantage**
754:14 755:11
**disagree** 985:22
**disaster** 686:25
**disclosed** 828:4
**discontinuance**
765:17
**discontinuation**
926:9
**discontinuing**
748:18
**discount** 752:23
**discovery** 825:16
**discredit** 708:18
**discuss** 667:12,16
667:24 934:12,13
**discussed** 701:4
833:17 881:10
907:23 925:19
958:12 964:4,9
**discusses** 667:7
676:3 695:11
**discussing** 841:2
880:20 973:19
980:20 989:11
**discussion** 719:21
755:19,21 825:10
846:25 847:9
876:19 983:6
**discussions** 668:3
714:6 731:4 983:5
**disease** 869:21
907:10
**dispose** 941:24
**dispute** 741:5
**disrupt** 776:7
**disruption** 778:3
**disruptive** 893:4
**disseminated**
837:23
**distribute** 950:7
**distributed** 662:22
662:23 670:18

672:18 673:5
**district** 645:1,1
657:8,9
**dividends** 931:13,24
932:5
**division** 840:15,16
**divisions** 782:2
**divulge** 918:2
**dock** 674:24
**document** 645:4
661:18,20,24
662:5 666:20,24
670:13,17 672:25
673:3 675:19,19
675:21 677:21
684:24 685:5,15
685:18 686:16
687:19 691:24
693:7,12,14
710:14,15,21,24
733:11 737:2,15
738:3 739:25
741:16 742:4
746:24 747:2
748:5,12,23
750:11 759:16
765:6 769:16
771:13,19 773:23
788:13,22,24
789:23 790:8,20
792:6,8,10,17
793:25 798:2
804:6 805:15
809:9,23,24 815:3
816:8 817:15,17
824:25 825:3,14
826:8 830:2,11,13
830:16,20,25
831:4 832:23
841:18,25 847:14
847:18,24 848:3
848:15,20 849:2
849:10,11 850:22
860:8 863:3,9,19
864:2 867:10,20

873:9,20 875:16
876:19 884:5
885:17 886:7
887:7,8 890:6,12
901:6,25 905:22
906:3,10 908:11
910:23 921:3,14
924:11 927:2
938:19 939:4
941:7 944:9 945:9
945:10,19 947:3,8
947:16 948:3
951:24 952:5,13
952:19 954:15,23
956:6,15 958:9
977:9 980:13,16
982:20 983:16
986:13 988:21
**documents** 652:9
655:9 695:19
741:7 742:12
744:22 745:4
746:10 748:4
789:17 847:23
882:10
**dodge** 657:20
**doesnt** 696:9 707:2
747:7 756:5
759:22 761:21
779:21 789:6
797:6 827:2
907:16 927:12
944:13 984:2
986:9
**doing** 661:6 669:16
686:20 694:18
697:20 698:7,9,14
699:3 704:22
717:7 725:23
739:10,10 744:9
745:19 782:15
798:24 808:4
818:9 826:8
829:16 839:4
851:15,17 898:13

903:20 906:25
909:17 923:5
932:16 978:16,19
985:20 994:9
**doj** 678:24 679:2
**dollars** 872:18
**dolph** 939:7
**domestic** 676:8,19
676:22
**dominant** 796:11
799:6
**don** 659:8 662:7,9
663:22 665:4
671:23 810:22
811:9 837:14,17
840:18 863:22
981:18
**donald** 648:7 941:2
**dont** 662:20 663:16
663:18,25 664:2,6
666:11,12,21
668:2 670:22,23
670:23,25 674:7
677:6,7 678:2
679:14 680:16
687:7 691:5,7,8,13
691:25 692:4,9
695:25 696:20
701:18 702:16
706:21 707:16,22
709:23,24 710:13
711:5 714:21,22
716:7,25 717:3,24
718:4 721:14
722:8 724:6,13,14
724:21 725:22
726:12 728:7
729:19,21 739:9
743:11,15 744:11
749:25 750:24
754:21 756:11,20
759:2 760:19,20
760:25 761:2
762:4,7,7,21,24,24
764:3,4,19 765:25

767:19 770:24
773:19 775:12,21
777:11 778:24
779:4,11,16 780:9
782:21 784:22
788:3,5,7,9,10
789:5,8,21 791:17
793:18 795:12
799:8,22,22,23
800:14 802:24
807:22 808:4
811:10,20 815:11
818:7 821:6,18
832:21 837:10,19
837:21 838:7,14
840:14,16 842:21
842:24 843:8
849:16 851:21
853:17 856:15,16
861:22 867:25
868:7 871:11
878:8,17,22 879:6
879:17,19 884:13
893:6,21 894:12
898:22 899:18
903:20 904:10
905:22,25 908:18
911:16,22 912:12
913:4 916:2,2,8,23
918:2,15 919:3,23
920:22 925:10
926:6,16 934:4
938:8 942:25
943:25 944:4,7
946:8 948:11,12
953:12 958:9
960:9 963:23
967:17 968:4,5,8
970:7,8,15 972:4
975:10 978:3
979:21 981:6,17
984:13 985:24
986:24 987:15
988:23 989:15,16
989:21

**dotted** 746:25
**doubled** 801:12
**doubt** 672:15 673:3
**doubts** 792:23
**douglass** 840:5
**downs** 827:13
**dozen** 681:13,14
682:11,11 722:15
873:23 878:2
984:19,22 991:9
**dozens** 712:23
**dr** 814:24 815:6
839:13,24 840:6,8
840:9,11,15 841:4
841:5,7,7 899:14
904:8 906:13,19
974:6,13 976:13
**draft** 731:2 831:10
845:8 884:10,12
885:20
**drafted** 716:22
731:9 732:7
818:24 819:7
**drew** 691:13,15
**dried** 875:24
**drive** 821:16
**driven** 838:19
877:16
**drives** 821:15
**drop** 889:11
**drove** 688:19,20
690:16
**due** 697:24 755:11
**dues** 951:8
**duly** 660:22 993:6
**dunn** 648:1 658:24
**duties** 813:17
**duty** 722:10 917:17
918:19
**dwindled** 822:14
**dynamic** 858:5,12

————————
**E**
————————

**eagle** 647:25 658:4
**earley** 796:3,4 798:2

807:4,9
**earlier** 670:21
690:18 722:6
806:7 810:21
979:16
**early** 687:5 844:20
941:24,25 943:5
959:8 976:14
977:24
**east** 648:21 650:9
659:6
**easter** 695:16,24
696:3,8 698:2
**eastern** 645:1 657:8
752:9,13
**easy** 728:3,6 812:23
820:24 934:23
**eat** 897:25 900:12
**eating** 894:5,8
**economic** 653:4
759:11 786:9,22
791:6 795:3,18
800:12 801:3
805:16,19 832:18
833:8,18 835:22
868:12 913:25
937:25 939:9,20
941:12 942:11,21
943:22 945:13
**economics** 825:7
**economies** 693:21
**economist** 664:19
682:17 688:13
786:19
**economists** 804:7
**edited** 687:23
**edition** 884:6
**educate** 722:10
**education** 782:13
970:8
**educational** 970:22
**effect** 773:6 774:6
856:12 877:2
878:7,16 879:12
892:12 964:13

**effects** 878:18
**efficient** 875:7
944:17
**effort** 689:6 751:15
**egg** 645:3 647:19,19
652:16,19 653:7
653:21,22 654:4,6
654:16 657:6
662:11,18 663:5
663:11 671:21
673:14 674:2,22
676:24 678:13,15
678:20 679:4,7,24
680:2 682:12
685:22 686:14,19
686:24 688:2,6
690:5 692:11
693:20,25 694:15
695:16,22 696:2,2
697:24,25 698:22
707:21,23 708:5,6
711:13 712:3,9
713:18 714:22,22
715:2 718:14
724:2 732:13
744:2,3 745:16
749:2,15 750:6,7,7
750:18,19,25
751:4,7 753:4,21
756:10,17 760:24
762:4,6,7 763:3,3
763:9 768:16
773:2 774:2 775:5
775:5 784:11,12
785:3 786:2,5,23
787:4 788:16
789:3 790:2,17,23
791:7 794:12,24
796:11,12,13,14
796:18,23 797:4,9
797:13,14,18
798:14,15 799:2,5
799:6,9,10,15
803:7,18,22
806:25 808:25

809:16 810:17,19
811:9,11 815:13
822:2,9,11,25
823:15 827:18
835:12 837:20
839:17 843:21
846:17 848:7,9
853:19,19 854:2
858:19,23 864:14
864:17 867:3
868:23 869:22,24
873:6 877:9,14,16
877:19 878:3
881:25 882:3
889:4 893:17,19
894:19 899:21
902:20 909:19
913:3 915:15
922:18 927:19,23
930:12,15 932:19
933:24 936:21,25
938:8 939:9
941:12 946:20
947:6 948:6 954:2
985:24 996:2
**eggs** 665:21 666:8
666:13 674:23
676:17,19,21
678:4,6,16 682:2
686:9,10,14,15
696:7,9 711:2,20
714:4 717:23
738:12 744:5,5,16
745:20,25 746:2
749:4,18 750:20
751:5 752:23
753:10,11,12,20
753:25 754:8,12
755:18 756:2
757:6,25 760:25
775:11 776:3,10
776:11,11,19,24
777:7,15,18,22
778:10 785:18
796:24 797:6,12

797:17,23 798:5,8
798:10,12,12,15
798:17,19,23,24
799:5,14 801:20
801:22 803:9,20
803:24 804:13,15
808:13,15,17
810:5,10 811:8,19
821:14,15,16
822:20 823:3,12
823:17,23 853:21
864:11 866:9,20
866:22 870:11
875:22 876:15,24
877:12,18,20
893:22,25 894:13
894:17,17 895:18
895:19 915:4,14
920:10,16 921:25
922:17,17,20
923:6,7,9,14,20
925:12,16 932:12
932:22 933:2,3
935:23 965:17
969:11 984:18
**egzota** 869:21
**eight** 727:20 728:5
**eimer** 649:19 660:13
**eimerstahl** 649:21
**either** 706:8 724:13
793:6 815:14
822:15 843:9
**elected** 703:22
**eliminate** 909:23,25
**eliminated** 668:17
982:3,4,9
**eliminates** 751:21
**eliminating** 981:14
**elste** 740:5 742:8
744:7
**email** 651:21,23
652:14,24 653:13
653:15,18 654:13
654:23 710:6,18
733:4,14,17,25

787:11,11,14,20
787:22,24,25,25
789:9,20 791:4
805:4,7 806:11,13
814:15,21 815:4
815:15,23 816:13
816:15 818:11,20
819:4,7,8 839:7
902:12 944:20
945:16 956:9,16
957:3
**emails** 814:23 816:6
816:7,10 818:18
839:6
**emanuel** 646:3
657:18,21
**embarrassing**
669:20
**embarrassment**
908:7
**employed** 894:14
**employee** 743:10
957:7
**empty** 703:22
**enclosed** 740:22
741:2,5,8
**enclosures** 742:17
**encompasses** 798:24
**encouraged** 803:8
803:19 836:24
**endorsed** 901:11
**endorsement**
880:21 892:8
977:22
**ends** 666:21 700:9
731:9 735:17
992:20
**energy** 688:19
690:16
**engage** 663:21 700:3
**enjoyed** 703:14
**enrich** 653:5 805:17
805:21
**enriched** 974:5,18
974:22 975:19

**enroll** 749:17
**entered** 720:22
**enteritidis** 933:18
**entire** 753:14
864:21 918:21
928:12,13
**entities** 851:5
855:24 937:7
**entitled** 789:3
794:10 805:15
813:8
**entity** 761:25 962:18
**epidemiologic**
899:18
**equal** 749:20 751:24
**equally** 922:18
**equipment** 806:24
843:23 883:23
888:24 889:3,13
898:21 988:6
**errata** 994:7,9,12,15
995:5
**error** 984:13
**esquire** 646:3,4,11
646:16,22 647:1,7
647:12,13,14,22
648:1,7,12,17
649:1,7,14,19
650:1,8
**essential** 964:20
965:9,23 989:25
**essentially** 748:17
778:5 781:23
**establish** 847:15
859:10
**established** 766:14
773:5 774:5
802:17 915:9
**establishing** 756:8
**estimated** 865:2
**estimations** 689:4
**et** 673:24 674:21
866:21 923:18
**ethanol** 688:16
689:15 690:15

eu 714:12
europe 838:15,18
  843:19 973:21,24
  974:3 975:24
european 838:16
evade 780:12
evaluate 804:25
evaluating 669:12
evasive 729:23
  754:18 757:20
evening 916:20
events 774:20
  779:13 838:15
  916:9 944:4
eventually 665:2
  719:17 785:11
  823:5 872:10
everybody 749:21
  751:18,24 757:24
  875:5 896:16,18
  930:2,5 976:14,15
  981:23
evidence 835:16
evidentiary 818:9
  880:2
evidently 663:17
  986:20
evolution 780:11
  889:18 974:17
  988:6
ex 842:6,14 843:2
exact 664:10 731:19
  918:25 955:10
exactly 731:22
  908:18 926:6
  985:15
examination 660:25
  735:9 736:16
  783:16 820:13
  821:13 931:2
  940:23 958:4
examined 660:22
example 731:10
  797:3 804:16
  839:5 883:17

908:15 918:24
exceed 887:24
  888:14 890:25
exception 777:25
  778:10
exceptions 778:6,22
  938:11
exchange 956:16
  957:3 958:11
excuse 885:25
excused 992:23
exec 930:3
executive 674:3
  782:8,10 918:13
  918:14,18 928:11
  929:25 937:12
exhibit 651:12 652:3
  653:3 654:3
  661:10,12 670:22
  670:25 671:2,5,6
  671:11,12 675:12
  684:17 687:11
  692:21 707:25
  710:5 733:3 737:5
  737:8 739:13,18
  741:19,21 746:7,9
  756:22 765:9
  771:3,5 780:17,19
  787:10,14 788:12
  788:15,22 789:22
  789:25 791:23
  792:5,17 794:5
  805:3,7,15,19
  806:20 808:23,25
  809:7 812:5,7
  813:2,8 814:14,19
  815:23 816:5
  817:7,9 818:11,17
  818:17 830:5
  841:13 848:7
  856:20 867:14
  868:12 881:25
  884:12,16,16
  885:15,22 887:25
  897:16 905:3

906:5 910:19
  921:7 925:19,25
  928:20 938:22
  941:8 944:10,16
  944:19 945:5,15
  946:14,17 947:2
  949:21,24 950:6,8
  951:15,18,24
  953:8,17,23
  955:15,18,19
  956:7,9,14 959:17
  959:21 960:13
  964:6 969:16
  970:17 971:6,7
  979:23 986:3
exhibits 743:17
  764:20
existing 700:20
  702:21 861:13
  888:24 898:21
expanding 762:5
expect 953:13
expediency 805:14
experience 803:22
  822:6
expert 894:7
expires 995:20
explain 779:8 780:6
  808:5 859:14
  861:3,8 867:22,23
  871:4 888:17
  891:4,7 894:24
  895:4,5 927:14
  933:14 985:23
  988:4
explained 719:19
  833:20 839:15
  917:12
export 654:22 673:9
  673:21 674:3,11
  674:16,17 675:6
  676:4,7 681:11,15
  681:18,22,24
  685:21,23 686:6
  822:19 928:9,10

953:18,25
exports 676:12,15
  681:2 695:5,7
  822:17 869:23
  928:8
exposed 890:23
expressed 911:10
  925:25 942:19
extension 664:9
extensive 933:22
extensively 786:9
extent 763:15
  769:21 773:22
  793:12 875:18
extra 668:16 980:18
  982:3
extreme 694:14
extremely 688:10
  689:14 690:5
  708:8
eye 649:7

_____

**F**

face 961:5
facilities 750:8,25
  763:9 773:2
  785:15 822:13
  861:23 919:17
facility 862:3
fact 665:17 670:16
  672:10 690:19
  696:16 705:3
  707:3,10 710:25
  713:25 727:16
  751:23 785:5
  829:15 838:21
  846:19 847:15
  866:7 872:13,23
  877:13 892:3
  899:3 911:7,18
  915:24 923:19
  925:15 936:3,18
  960:24 964:4
  981:19 985:7
factors 693:24

825:23 826:2,13
870:18,24
**facts** 677:12,15
680:22 759:18
793:17 801:3
821:2
**faegre** 647:1 658:20
**faegrebd** 647:4
**fail** 695:15 994:18
**failure** 697:10
**fair** 666:19 668:19
670:6 760:6
786:21 916:16
961:18,23 962:8
962:20,22 963:12
963:15,17,22,25
**fall** 680:25 702:11
871:16
**false** 714:16 715:8
716:2 717:13
719:7 720:2,12
721:18,22 722:21
725:11,14 726:2
726:14 727:12
728:19 730:6
**familiar** 685:17
715:3 848:14
973:6
**familiarize** 661:23
**far** 678:18 679:13
786:16
**farm** 753:8,14 800:3
800:16 801:9,23
801:25 802:6,7
839:17 851:25
916:14
**farmer** 696:3
717:20 835:12
872:2,6
**farmers** 678:13,15
678:20 679:24
680:2 694:15
704:20 711:13
712:9 744:2,3
822:25 823:2

853:19 867:3
930:12,15 937:7
**farms** 648:10,21,21
648:22 649:4
654:16 658:12
659:4,6,7,10
744:12 752:19
753:17 772:25
775:3 776:20
812:20 845:25
875:6 923:14
938:10 941:3
942:18,25 946:6
946:20 947:6,11
948:9,21,25 949:6
951:5,7 954:24
955:10 990:10
991:13 992:15
**fat** 892:20
**favorite** 910:22
**fax** 950:16 954:8
**faxed** 663:12
**fda** 927:23 933:24
**fearful** 838:22
891:12
**feather** 867:2
892:20
**feature** 810:4
**february** 815:5
**federal** 804:20
**fee** 738:15 740:25
741:14 769:11,14
**feed** 864:12 895:2
895:14,17,24
896:8,15 897:14
909:8
**feeder** 896:22 897:7
897:12,23,24
898:8,11,12 899:5
899:16 987:20
**feeding** 815:9
**feel** 813:24 814:22
953:9
**feeling** 716:7 818:5
**fees** 769:8

**felt** 844:4 851:14
857:13 908:6
913:2 918:19,22
923:4,25 964:4
**fertile** 935:22
**fertilize** 894:19
**fewer** 701:25
**field** 749:20 899:9
899:14
**fighting** 903:11
**figure** 702:8 776:6
777:9 901:16
950:22 978:22
**figured** 776:7 893:8
**figures** 873:21
978:13,14,15,19
**file** 738:15
**filed** 657:7 782:17
877:23 932:17
**filing** 656:5
**fill** 681:25 686:5
703:22 746:3
751:8 777:16
823:17
**filled** 702:11
**final** 759:15 760:6
760:13,16 807:2
882:19 885:22
886:3 986:15
**finally** 696:12 698:5
715:10 857:14
963:4
**financial** 694:4,14
697:19 700:20
825:5
**financing** 935:10
**find** 678:16 718:21
727:16 732:16,17
732:20 755:23
789:12 817:2
851:11 864:17
866:19 884:14
896:11,14,17
904:25 920:4
925:17 933:2

971:11
**finding** 764:25
913:18
**findings** 794:22
905:8
**finds** 884:19
**fine** 788:9 793:20
821:9,11 934:20
966:7 968:10
**fingernails** 903:19
**finish** 778:9 957:15
966:15
**finished** 940:3,8
**firm** 795:4,11,18
851:14 963:5
**firms** 851:18
**first** 663:10 671:9
673:17 687:25
689:13 693:23
694:3,3 701:5
703:12 709:4
712:2 714:2 734:3
737:25 747:13
756:21 781:2,24
784:6 785:21
791:4 794:21
797:16 799:13
818:24 834:21
835:18 864:8,8
871:17 884:6
913:10 941:23
948:14 971:18
**firsthand** 716:12
**fit** 909:4 911:24
**five** 681:2 781:7
885:11 909:4
**flight** 934:15 982:23
991:16
**flip** 661:19 693:13
**flock** 667:9,24 668:8
671:25 687:4
694:7 696:5
700:13 703:25
796:14 797:4
822:16 824:17

826:15,17 827:9
827:15,16 834:11
862:6,10,12,20
866:4 898:18
927:4,20 935:16
935:19,20 942:5
978:6 979:12,13
980:22,23 983:10
983:14
**flocks** 653:23 654:6
848:9 865:16
882:3 907:9
935:25
**flood** 683:10
**flooded** 683:16
**floor** 646:5,17
647:23 668:11,21
670:7 887:24
888:13 898:8
899:2 980:10
**flow** 804:13 816:9
**flown** 800:20
**fly** 917:21 918:5
919:5
**fmi** 713:25 851:7
880:20 881:2
892:9 907:16
910:13 912:22
915:7 977:11,15
977:19
**focus** 738:7 746:19
780:25 910:2
930:9
**focused** 909:20
**focusing** 737:25
746:15 771:12,22
**foggy** 758:14
**folks** 950:7
**follow** 735:8 742:10
824:5,20,21 909:9
915:7 943:21,23
**followed** 715:23
**following** 698:19
772:21 824:11
945:25

**follows** 660:23
**food** 688:18,21
799:18 823:20
834:19 841:2
851:6 854:11,13
916:22 933:10,14
**foods** 646:24 648:4
648:15 649:10
658:19,25 740:6
740:12 741:12
744:10 777:13,14
778:11 992:3,6
**foolish** 903:6
**forbade** 715:17
**force** 967:15
**forced** 777:5 822:25
**forcing** 838:17
**foregoing** 995:3
**forget** 758:2 871:7
**forgot** 683:3 846:15
**forgotten** 953:6
**form** 656:7 668:23
670:10 676:13
682:14 684:2,11
689:7 691:22
696:24 697:16
698:11 699:4,21
705:21 707:14
711:22 713:21
717:16 719:13
720:15 721:24
723:4,21 726:15
728:22 729:14
743:22 747:24
748:10,21 750:9
750:21 754:16
755:13 759:20
761:22 763:5
766:25 767:6,13
768:10 770:8
781:20 782:4
786:11,24 789:15
792:19 793:11,23
797:24 798:20
800:10,25 802:9

802:11 803:25
811:14 821:21
822:7,21 823:4,13
823:22 824:7,12
825:18 826:5,9,19
829:4,9 833:20,24
835:23 836:25
838:6 843:16
844:11 845:6
850:10 851:20
852:8 853:10
855:16 856:3,14
857:11 859:12
861:6 862:22
865:11,19 866:11
869:6 870:21
871:8 872:8,15
874:13,19 875:12
876:6,12 878:10
878:19 880:11
885:24 888:9
895:7 898:5
900:13 907:25
909:21 910:10
911:21 912:9
913:9 914:2,7
916:7 919:2,22
920:11 922:24
924:24 926:2
927:10 929:8
932:24 933:7
935:17 936:17
937:8,16 938:5,17
939:23 942:23
947:12 948:24
949:2,8 952:22
959:13 961:19
962:10 964:23
972:12,22 975:7
982:6,15
**formal** 972:11
976:10 977:8
**formed** 844:24
**forms** 738:17 739:7
742:20 743:6

833:19 942:19
943:18,24
**forth** 665:14,25
666:6 674:21,25
682:2 689:4
744:12 797:5
841:4 845:23
864:16 889:2
904:7 909:11
919:11 926:6
929:22 962:15
**fortin** 772:23 924:17
**forward** 668:5
686:11 739:2
745:16 907:15
**forwarded** 928:12
**found** 664:25
672:12 679:20
801:19 866:22
892:10 899:22
969:15 971:5
**foundation** 747:25
748:11 761:23
789:16
**four** 681:23 740:21
761:8 820:10
873:17 897:9
898:3,10 941:24
955:25 968:3
**fourth** 668:4 694:22
**fowl** 835:4,8,10
**francisco** 648:13
**free** 755:18 756:7,13
814:22 850:18
859:25 900:6
**freedom** 732:19
**fresh** 797:17,22
798:5,8,17 799:5
889:22
**friday** 805:4
**friedman** 648:12
658:18
**friends** 974:11
**front** 719:19 781:7
782:23 806:12

848:18 849:20
868:15 897:19
898:9 924:12
929:24 930:7
959:18 980:16
**full** 754:7 964:19
965:8,22,24
968:16,23
**fully** 724:18 727:6
833:20
**funded** 899:20
**further** 664:2
702:12 703:3
750:6,18 763:3
765:14 790:22
819:13 858:8
888:17 898:18
942:25 957:10
958:4 962:16
**future** 927:4

**G**

**ga** 654:10 921:9
**gail** 841:5
**gain** 751:15
**game** 926:17
**gap** 664:24 777:3
**gardner** 899:15
**garth** 912:17,18
**gary** 812:19
**gather** 664:17 811:4
845:22
**gathering** 870:15
**gathers** 810:8
**gene** 645:12 651:3
657:12 660:21
661:1 662:1 663:1
664:1 665:1 666:1
667:1 668:1 669:1
670:1 671:1 672:1
673:1 674:1 675:1
676:1 677:1 678:1
679:1 680:1 681:1
682:1 683:1 684:1
685:1 686:1 687:1

688:1 689:1 690:1
691:1 692:1 693:1
694:1 695:1 696:1
697:1 698:1 699:1
700:1 701:1 702:1
703:1 704:1 705:1
706:1 707:1 708:1
709:1 710:1 711:1
712:1 713:1 714:1
715:1,4 716:1
717:1 718:1 719:1
719:2 720:1 721:1
722:1 723:1 724:1
725:1 726:1 727:1
728:1 729:1 730:1
731:1 732:1 733:1
734:1 735:1 736:1
737:1 738:1 739:1
740:1 741:1 742:1
743:1 744:1 745:1
746:1 747:1 748:1
749:1 750:1 751:1
752:1 753:1 754:1
755:1 756:1 757:1
758:1 759:1 760:1
761:1 762:1 763:1
764:1 765:1 766:1
767:1 768:1 769:1
770:1 771:1 772:1
773:1 774:1 775:1
776:1 777:1 778:1
779:1 780:1 781:1
782:1 783:1 784:1
785:1 786:1 787:1
788:1 789:1 790:1
791:1 792:1 793:1
794:1 795:1 796:1
797:1 798:1 799:1
800:1 801:1 802:1
803:1 804:1 805:1
806:1 807:1 808:1
809:1 810:1 811:1
812:1 813:1 814:1
815:1 816:1 817:1
818:1 819:1 820:1

821:1 822:1 823:1
824:1 825:1 826:1
827:1 828:1 829:1
830:1 831:1 832:1
833:1 834:1 835:1
836:1 837:1 838:1
839:1 840:1 841:1
842:1 843:1 844:1
845:1 846:1 847:1
848:1 849:1 850:1
851:1 852:1 853:1
854:1 855:1 856:1
857:1 858:1 859:1
860:1 861:1 862:1
863:1 864:1 865:1
866:1 867:1 868:1
868:13 869:1
870:1 871:1 872:1
873:1 874:1 875:1
876:1 877:1 878:1
879:1 880:1 881:1
882:1 883:1 884:1
885:1 886:1 887:1
888:1 889:1 890:1
891:1 892:1 893:1
894:1 895:1 896:1
897:1 898:1 899:1
900:1 901:1 902:1
903:1 904:1 905:1
906:1 907:1 908:1
909:1 910:1 911:1
912:1 913:1 914:1
915:1 916:1 917:1
918:1 919:1 920:1
921:1 922:1 923:1
924:1 925:1 926:1
927:1 928:1 929:1
930:1 931:1 932:1
933:1 934:1 935:1
936:1 937:1 938:1
939:1 940:1 941:1
942:1 943:1 944:1
945:1 946:1 947:1
948:1 949:1 950:1
951:1 952:1 953:1

954:1 955:1 956:1
957:1 958:1 959:1
960:1 961:1 962:1
963:1 964:1 965:1
966:1 967:1 968:1
969:1 970:1 971:1
971:21 972:1
973:1 974:1 975:1
976:1 977:1 978:1
979:1 980:1 981:1
982:1 983:1 984:1
985:1 986:1 987:1
988:1 989:1 990:1
991:1 992:1
995:10 996:25
**general** 767:12,15
767:25 768:12
785:12,14 902:19
**generally** 665:6
666:7 675:4
681:23 683:6
701:11 799:9
837:20 887:21
**genetic** 669:15
**gentleman** 665:3
715:14 716:20
719:18 720:20
974:6
**gentlemen** 846:5
**getting** 847:20
864:11 892:20,23
**gettysburg** 648:22
659:5
**giant** 647:25 658:4
854:11,13
**gibson** 648:1 658:24
**gibsondunn** 648:3
**give** 685:4 689:14
717:8 767:15
768:12 776:12,16
787:9 812:11
817:6 818:16
829:21 866:18
890:12 905:2
910:16 918:15

943:7 950:6 968:6
982:22
**given** 715:11 760:23
792:24 817:21
930:16,20 949:5
987:10 991:14
992:5 993:10
**giving** 688:13 777:3
859:19 868:8
974:21,23 975:3
977:16
**global** 646:24
**go** 656:20 659:20
661:17 666:22
675:18 677:20
678:2,21 682:8
690:7,12 692:15
692:18 695:15,19
717:6 726:21
732:16 756:21
757:18 783:3
786:5 789:9,11,17
790:22 791:3,4
793:21 794:4,20
796:5 799:12
801:23 802:19,25
806:15,22 810:25
821:11 822:5
823:2 827:3
850:12 854:11
858:2 865:5
871:10 877:6
892:18,25,25
897:15 898:10
912:23 915:7
918:22 921:21
926:11 930:3
948:23 957:16
975:18 981:24
985:11 986:13
988:17
**goal** 676:8,11
751:18 844:23
**gobetween** 674:10
**god** 712:24

**goes** 671:8 769:24
800:16 802:18
847:21 872:22
891:15 963:5
992:14
**going** 664:15 677:16
677:17 686:11,13
687:3 699:16
702:21 706:2
718:18,25 724:10
727:5 728:5,10
730:20,23 731:7
735:6,7 741:18
746:6,19 757:22
762:18 771:2,12
774:21 776:9,11
777:25 779:2,3
780:15,16 782:13
782:20,22,23
783:2 798:16
812:13,23 813:7
816:10 817:2
821:4 827:8
829:25 830:2
832:2,4 835:12
846:8 847:17,24
848:3 849:20
850:22,23 852:16
852:21 858:2
861:14,16 863:4
867:11 871:15
881:21 882:8,10
884:24 890:7
900:24 905:21
906:2 907:15
908:3,4,12 910:25
911:10 912:24,25
913:21,21 915:6
915:16,19 921:2
924:11 925:24
927:17 928:2
929:24 930:3,7,23
935:5,21 938:18
939:11 940:2
942:24 944:8

946:10,13 947:22
949:20 950:5
951:7 953:15
956:5,6 957:13
966:5,14 968:22
991:20
**golab** 841:5
**golden** 775:18
776:14,18,21
778:10
**golin** 789:14
**golinharris** 795:12
**good** 654:16 661:4,5
666:3 674:7
680:10 688:10
689:14 690:5
698:6 703:21
704:2 706:17
708:8 736:19,20
759:2 783:19,23
784:2 802:17
808:9 820:16,17
893:14 898:6
902:24 904:6
907:12 915:25
946:12,20 947:6
974:18 993:5
**gosh** 662:20 796:2
943:25
**gotshal** 649:6
**gotten** 669:6
**governed** 976:11
**government** 678:10
678:13 679:8,18
743:14 828:5,21
829:7,12,17,22
832:6 834:20,23
835:13 836:15,20
838:4 851:15
970:13
**governments**
688:16
**grade** 893:22
**great** 699:25 779:2
888:20 891:9

912:20 944:17
974:16
**greater** 904:7
**gregory** 645:12
651:3 657:12
660:21 661:1,4,10
662:1 663:1 664:1
665:1 666:1 667:1
668:1 669:1 670:1
671:1 672:1 673:1
674:1 675:1 676:1
677:1 678:1 679:1
680:1 681:1 682:1
683:1 684:1 685:1
685:3 686:1 687:1
687:20 688:1
689:1 690:1 691:1
692:1 693:1 694:1
695:1 696:1 697:1
698:1 699:1 700:1
701:1 702:1 703:1
704:1 705:1 706:1
706:7 707:1 708:1
709:1 710:1 711:1
712:1 713:1 714:1
715:1 716:1 717:1
718:1 719:1,15
720:1,18 721:1
722:1 723:1,23
724:1,24 725:1
726:1,12 727:1
728:1,14,17,25
729:1,16 730:1
731:1,3,5 732:1
733:1 734:1 735:1
736:1,19 737:1
738:1 739:1 740:1
740:2 741:1 742:1
743:1 744:1 745:1
745:6 746:1 747:1
748:1 749:1 750:1
751:1 752:1 753:1
754:1 755:1 756:1
757:1 758:1 759:1
760:1 761:1 762:1

763:1,14 764:1
765:1 766:1 767:1
768:1 769:1 770:1
771:1 772:1,20
773:1 774:1 775:1
776:1 777:1 778:1
779:1 780:1 781:1
782:1 783:1,19
784:1 785:1 786:1
787:1 788:1,5
789:1 790:1,16
791:1 792:1 793:1
794:1 795:1 796:1
797:1 798:1,3
799:1 800:1 801:1
801:2 802:1 803:1
804:1 805:1,2
806:1 807:1,23
808:1 809:1 810:1
811:1 812:1 813:1
814:1 815:1 816:1
817:1 818:1,4,7,17
818:21 819:1,12
820:1,16 821:1,8
822:1 823:1 824:1
825:1,5 826:1
827:1 828:1 829:1
830:1,11 831:1,2
832:1,5 833:1
834:1 835:1 836:1
837:1 838:1 839:1
840:1 841:1,11
842:1 843:1 844:1
845:1 846:1 847:1
847:23 848:1,14
848:21 849:1,19
850:1 851:1 852:1
853:1 854:1 855:1
856:1,19 857:1
858:1,17 859:1
860:1,8 861:1
862:1 863:1,2,3
864:1 865:1 866:1
867:1,9 868:1,11
868:13 869:1

870:1 871:1 872:1
873:1,8 874:1
875:1 876:1 877:1
878:1 879:1,22
880:1 881:1 882:1
883:1 884:1 885:1
885:14 886:1
887:1 888:1,16
889:1 890:1 891:1
891:2 892:1,15
893:1 894:1 895:1
896:1 897:1 898:1
899:1 900:1,9
901:1,24 902:1
903:1 904:1,18
905:1 906:1,11
907:1 908:1,10
909:1 910:1,20
911:1,2 912:1
913:1 914:1,12
915:1 916:1 917:1
918:1 919:1 920:1
920:8 921:1 922:1
923:1 924:1 925:1
926:1,15 927:1
928:1,6 929:1
930:1,10 931:1,20
932:1 933:1 934:1
934:14 935:1,15
936:1 937:1 938:1
939:1,3 940:1,7
941:1,2,8 942:1,17
943:1 944:1,24
945:1,5,11 946:1
946:25 947:1
948:1,4 949:1,21
950:1,5 951:1,23
952:1,6 953:1
954:1 955:1 956:1
956:17,18 957:1
957:10 958:1,7
959:1 960:1 961:1
961:6 962:1 963:1
964:1 965:1 966:1
966:13 967:1

968:1 969:1 970:1
971:1,21 972:1
973:1 974:1 975:1
976:1 977:1 978:1
979:1 980:1,5,13
981:1 982:1,11
983:1,15 984:1
985:1,7 986:1,7
987:1,9 988:1
989:1,6 990:1,4,15
991:1,14 992:1,5
995:10 996:25
**gregory100** 653:12
813:2
**gregory101** 653:13
814:14
**gregory102** 653:15
815:23
**gregory103** 653:16
817:9 852:13
853:4
**gregory104** 653:18
818:11
**gregory105** 653:20
830:3,5
**gregory106** 653:21
848:4,7 890:9
904:19
**gregory107** 654:4
881:22,25 882:9
884:3
**gregory108** 654:7
906:5
**gregory109** 654:9
921:3,7
**gregory11** 863:3
**gregory110** 654:12
938:19,22
**gregory111** 654:13
944:19
**gregory112** 654:15
946:17
**gregory113** 654:18
949:24
**gregory114** 654:20

951:18
**gregory115** 654:21
953:17
**gregory116** 654:23
956:9
**gregory20** 841:17
881:16 882:14
887:5 896:25
**gregory23** 867:10
**gregory25** 824:24
**gregory35** 856:23
**gregory42** 860:16
**gregory5** 858:25
859:5 900:21,24
901:3
**gregory64** 926:20
**gregory66** 831:19
833:2
**gregory79** 651:13
661:12
**gregory80** 651:15
675:12,18 680:21
**gregory81** 651:16
684:17,24
**gregory82** 651:18
687:11,17
**gregory83** 651:20
692:21 693:4
**gregory84** 651:21
710:5,12
**gregory85** 651:23
733:3,10
**gregory86** 652:4
737:8
**gregory87** 652:6
739:18
**gregory88** 652:7
741:21
**gregory89** 652:9
746:9
**gregory90** 652:10
771:5
**gregory91** 652:13
780:19
**gregory92** 652:14

787:14
**gregory93** 652:16
788:15 794:6
**gregory94** 652:19
789:25
**gregory95** 652:22
791:23
**gregory96** 652:24
805:7
**gregory97** 653:4
805:19
**gregory98** 653:7
808:25
**gregory99** 653:10
812:7
**gregorys** 972:25
**grocers** 650:12
**grocery** 845:19
**grow** 680:3
**grower** 936:9
**growing** 903:19
936:7,7
**guaranteed** 678:12
988:10
**guess** 784:8 788:6
816:10 821:17
910:5 978:23
**guessing** 955:9
**guests** 939:13
**guideline** 898:14
**guidelines** 653:22
654:5 689:19
707:6 731:12,17
742:21 753:6
754:9 755:3 845:5
846:20 847:13,19
848:8,18,23
849:19 850:2,5,13
853:13 854:9,14
854:19,22 855:2,8
855:13 856:9
857:9,10 858:6,8
860:7,9 862:5,11
862:14,17 870:13
871:3 872:5 882:2

885:23 886:2,15
888:2 889:8
890:16 892:8
894:25 897:16
900:10,17 904:20
908:8,13 914:24
915:10 976:3
977:24 988:14
**guy** 899:14
**guys** 853:2 951:16

___

## H

**halebian** 650:1
**half** 724:17 773:25
926:5 955:25
991:9
**hamilton** 645:13
647:12 657:3
659:13,16,19
**hand** 661:9 675:17
684:23 687:17
693:3 710:11
733:9 882:8 984:5
986:19 987:5
990:20 993:12
**handcuff** 988:17
**handed** 791:10
904:24 956:19
**handing** 938:20
971:15
**handle** 743:18 779:3
**handled** 674:25
**handling** 803:6,17
829:23
**handwriting** 952:15
952:17 954:21
**handwritten** 954:25
955:3
**handy** 900:21
**hang** 774:22
**happen** 670:3 675:2
735:11 777:4
782:24 904:14
**happened** 688:17
691:7 718:12

757:22 826:15,17
827:9,18 862:20
921:19 973:21,24
974:7
**happening** 682:7
769:25 975:24
**happens** 822:4
903:12
**hard** 667:5 950:13
**harris** 789:14
**hatch** 665:16 666:15
683:14 773:6
774:5 862:15,18
892:24 894:20,20
**hatched** 871:14
**hatcheries** 785:9,11
**hatchery** 904:17
**hate** 683:2 916:10
**hausfeld** 646:16
658:9
**hausfeldllp** 646:19
**havent** 685:9 904:11
983:7,12
**hawaii** 791:11
**hawks** 831:8 833:21
834:3,15 835:8
836:4 970:19,21
**head** 988:11
**header** 950:16 954:8
**heading** 774:16
810:3
**heads** 887:19
**hear** 784:16
**heard** 721:2,11,17
721:21
**hearing** 859:14,17
**heat** 891:18
**heb** 854:16
**hed** 912:22,23,24
**height** 883:24
887:20 987:23
**heinz** 650:12
**held** 657:2 692:12
764:10 851:24
**hell** 708:15

**help** 689:2 707:8
709:5 764:25
779:25 780:4
835:15 852:20,21
857:19 868:4
917:12,14,17
918:8,9,23 932:11
933:5 935:9,13
939:19 968:22
981:22,23
**helped** 919:10
932:22
**helpful** 680:19
985:5 988:18
**helping** 968:17
**helps** 932:25
**hen** 665:15 669:13
866:20,23 893:12
893:15,23 894:17
899:25 902:8
978:13 984:4
988:9
**hendrix** 956:17
957:4,6
**hens** 685:24 687:4
689:20 698:6
700:19 701:25
703:4,25 762:4,8
777:20 797:4,5
835:3,3,5,11
843:21 850:17
866:9,10 883:22
883:25 887:17
888:11 891:17
892:25 893:9
894:13 895:12,16
898:24 902:20
927:20 935:20
936:11,25 941:24
951:5 955:22
974:21,23 975:3,4
975:10,23 984:2
985:11 987:10
**heres** 728:9 861:21
905:3 980:18

982:22
**hes** 669:22,25
  723:10 727:19
  728:10 744:12
  748:13 779:18
  790:7 796:25
  797:10 798:9,11
  798:14,23 800:15
  800:21 804:5,9,17
  804:25 811:17,18
  816:23 826:21
  841:4 872:10
  880:2 906:25
  907:15 913:17,17
  913:20,21 916:18
  925:13 927:13
  934:10 960:25
  970:24 992:9
**hester** 840:12 904:9
**hey** 915:8 917:24
**hickman** 772:23
**hidden** 911:6,20
  960:25
**high** 678:7,7 696:3
  801:20 883:24
**higher** 754:13
  883:20
**highest** 823:21
**highlight** 688:15
  689:22
**highlights** 794:16
  933:23
**highly** 645:7 661:1
  662:1 663:1 664:1
  665:1 666:1 667:1
  668:1 669:1 670:1
  671:1 672:1 673:1
  674:1 675:1 676:1
  677:1 678:1 679:1
  680:1 681:1 682:1
  683:1 684:1 685:1
  686:1 687:1 688:1
  689:1 690:1 691:1
  692:1 693:1 694:1
  695:1 696:1 697:1

698:1 699:1 700:1
701:1 702:1 703:1
704:1 705:1 706:1
707:1 708:1 709:1
710:1 711:1 712:1
713:1 714:1 715:1
716:1 717:1 718:1
719:1 720:1 721:1
722:1 723:1 724:1
725:1 726:1 727:1
728:1 729:1 730:1
731:1 732:1 733:1
734:1 735:1 736:1
737:1 738:1 739:1
740:1 741:1 742:1
743:1 744:1 745:1
746:1 747:1 748:1
749:1 750:1 751:1
752:1 753:1 754:1
755:1 756:1 757:1
758:1 759:1 760:1
761:1 762:1 763:1
764:1 765:1 766:1
767:1 768:1 769:1
770:1 771:1 772:1
773:1 774:1 775:1
776:1 777:1 778:1
779:1 780:1 781:1
782:1 783:1 784:1
785:1 786:1 787:1
788:1 789:1 790:1
791:1 792:1 793:1
794:1 795:1 796:1
797:1 798:1 799:1
800:1 801:1 802:1
803:1 804:1 805:1
806:1 807:1 808:1
809:1 810:1 811:1
812:1 813:1 814:1
815:1 816:1 817:1
818:1 819:1 820:1
821:1 822:1 823:1
824:1 825:1 826:1
827:1 828:1 829:1
830:1 831:1 832:1

833:1 834:1 835:1
836:1 837:1 838:1
839:1 840:1 841:1
842:1 843:1 844:1
844:13 845:1
846:1 847:1 848:1
849:1 850:1 851:1
852:1 853:1 854:1
855:1 856:1 857:1
858:1 859:1 860:1
861:1 862:1 863:1
864:1 865:1 866:1
867:1 868:1 869:1
870:1 871:1 872:1
873:1 874:1 875:1
876:1 877:1 878:1
879:1 880:1 881:1
882:1 883:1 884:1
885:1 886:1 887:1
888:1 889:1 890:1
891:1 892:1 893:1
894:1 895:1 896:1
897:1 898:1 899:1
900:1 901:1 902:1
903:1 904:1 905:1
906:1 907:1 908:1
909:1 910:1 911:1
912:1 913:1 914:1
915:1 916:1 917:1
918:1 919:1 920:1
921:1 922:1 923:1
924:1 925:1 926:1
927:1 928:1 929:1
930:1 931:1 932:1
933:1 934:1 935:1
936:1 937:1 938:1
939:1 940:1 941:1
942:1 943:1 944:1
945:1 946:1 947:1
948:1 949:1 950:1
951:1 952:1 953:1
954:1 955:1 956:1
957:1 958:1 959:1
960:1 961:1 962:1
963:1 964:1 965:1

966:1 967:1 968:1
969:1 970:1 971:1
972:1 973:1 974:1
975:1 976:1 977:1
978:1 979:1 980:1
981:1 982:1 983:1
984:1 985:1 986:1
987:1 988:1 989:1
990:1 991:1 992:1
**hillandale** 648:21,21
  648:21,22 659:4,5
  659:6,7
**hire** 972:2
**hired** 664:4 743:13
**hiring** 972:19
**historical** 766:7
  769:15
**historically** 695:25
**history** 683:13
  698:4 717:8
  804:10 873:6
  913:12 946:7
**hitting** 933:23
**hold** 705:13 717:3
  853:2 900:24
  908:18 980:5,12
**holding** 698:6
**home** 912:23
**honestly** 683:9
  697:9 760:19
  858:18 903:9
**hope** 680:9 781:15
  919:9 946:14
**hopefully** 935:22
  943:8
**host** 666:2,17
**hotels** 799:17
**hour** 724:17
**hours** 735:15 736:5
  736:10 986:4
**house** 669:11 689:20
  689:23 701:24,25
  702:4,5,13,21
  704:25 861:12,19
  864:21 871:16

891:13,15,17,18
892:4 915:16
936:9 954:18
955:15,19,22
981:8,11
**housed** 883:16,19
**household** 799:16
**houses** 669:8 700:17
700:18,20,22
702:10,21,23
753:5,7,13 754:8
755:4 776:23
860:11,14,20
865:3 889:12
915:15 919:17
936:9 951:6,6
981:20
**housing** 700:25
838:18 861:13,17
872:4,7,11,14,19
872:21 883:4,9,21
887:4 897:20
**howard** 743:7
**humane** 707:4 840:6
859:21 929:19
**humans** 891:24
892:2
**hurley** 647:1,4
658:20,20
**husband** 840:24
917:6
**husbandry** 653:22
654:5 731:11
759:10 848:8,22
850:16 882:2
884:7
**hutchinson** 649:1
658:11,11 990:10
990:13 991:12
992:14

### I

**id** 703:18 734:25
738:7 788:12
792:5 830:10

927:17,19 967:22
986:19 987:6
992:7
**idea** 667:23 668:4
668:20 670:7
776:8 815:7
878:24 879:8
908:3 929:17
981:12,25 983:4
**ideally** 890:23
**ideas** 670:18 980:9
**identical** 958:24
**identification**
661:14 675:14
684:20 687:14
692:24 710:8
733:6 737:11
739:20 741:23
746:12 771:9
780:22 787:16
788:19 790:5
792:2 805:9,23
809:5 812:9 813:4
814:16 816:2
817:12 818:13
830:7 848:11
882:5 906:7
921:11 938:24
944:21 945:10
946:22 947:3
950:2 951:20,25
953:20 956:11,15
**identified** 720:21
747:14 761:15
766:4 778:21
853:5 945:17
976:14 977:15
**identifies** 772:2
907:7
**identify** 657:15
662:4 675:23
685:4 687:21
693:9,16 710:17
733:13 737:14
739:25 742:3

747:2 767:8
787:22 788:24
790:20 792:8
806:11 809:9
812:17 816:8
817:17 818:20
830:13 831:4
875:2 906:10
909:11 921:14
927:12 939:3
945:14 947:8
950:8 952:5
953:23 956:6
**identifying** 686:8
**identity** 761:24
927:5
**ids** 649:2
**ignoring** 724:19
**ill** 693:8 728:2
733:13 737:4
739:12 796:5
829:19 837:10
905:2,24 917:21
923:13 927:9
931:21 940:4
943:8 944:13
965:6 971:12
982:21 990:13
**illinois** 646:23
649:20 650:9
**im** 662:8,15 664:9
671:3 672:19,19
677:11,13,17
679:5 680:9
682:16,17 684:4
685:11,16,16,17
688:12,13 691:6
696:11 704:19
705:6,25 706:2
708:23 709:3,10
709:24 712:16
713:2 714:12
716:25 717:3,7,10
717:10 718:11
719:20 721:14

722:16,17 724:19
729:22,23 730:23
731:6 734:20,20
734:23 735:5,6
741:18 744:6
746:6,19 749:24
754:17,18,22
757:10,20,21
758:3,7,13,15,16
758:17 759:17,17
759:24,25 760:3,4
760:22 762:16,18
764:12,18,18
765:8,19 767:11
770:15,19 771:2
772:15 774:19,20
779:8,10,10,16
780:2,5,12,12,15
780:16 783:2,24
784:18,21 790:9
791:14 796:17
801:6,17 802:22
803:10 804:24
806:21 807:22
809:21 813:7,24
816:10 817:2,23
818:5 821:4,6,9,11
825:19 826:20,25
827:6,8 829:25
830:2 832:4 841:9
843:5 846:22
847:17,20,23
848:3 849:20
850:22,23 861:20
861:21,21 863:4
865:20 867:25
869:12 878:12
879:15,16,25
880:12 881:21
882:8,10 884:16
888:21 894:6,6
900:24 905:21
906:2 907:6
908:12 910:25
916:3 920:23

921:2 923:2
926:17 927:6
930:23 935:5
939:10 940:2,7
943:15 944:8
947:17,22 949:18
950:5 953:2 955:8
955:20 956:5,21
957:13 959:5,5
960:22 964:5
965:2 966:5,9,11
968:15,21 969:20
975:9 978:17
981:4,5,9,10,16
986:20,23 988:15
988:17
**immediately** 901:13
**impact** 825:5,11
**impacts** 652:16,19
653:4 788:15
789:3,25 790:17
791:7 794:11
805:16,20
**imperative** 994:14
**implement** 736:24
745:18 749:5,7
755:3 845:5 856:9
857:8
**implemented**
736:25 753:6
858:10 881:6
**implementing** 773:4
774:4 871:3
**implies** 903:3
**imply** 704:17 705:7
705:24
**implying** 759:16,17
**important** 664:21
844:4 846:3
851:15 857:8,13
910:15 982:25
**impossible** 784:16
**improper** 724:20,22
879:25
**improve** 676:19,22

708:17,21 914:15
914:17
**improved** 803:5,16
804:12 866:24
988:7
**improvements**
868:23 869:5
870:19
**improving** 676:8
915:20
**inaccurate** 720:4
**inches** 668:15
669:19,24 701:7
701:13,13 702:17
702:20 864:24
865:4,5 871:18,20
883:14 886:14
887:20 897:9,13
898:3,10 900:4
902:9,17 981:22
981:24
**incidentally** 894:11
**include** 731:25
797:6 834:13
**included** 760:17
761:18 765:13
835:19,21 886:14
886:20,22
**includes** 713:14
**including** 699:12
766:15 836:3
**income** 664:16
**incomplete** 737:21
**incorporate** 900:10
**incorrect** 954:7
**increase** 825:17,24
835:14 856:10
861:11 862:8
870:10 899:2
955:21 956:2
984:19,22,25
985:4
**increased** 827:21
862:23 866:23
978:7

**increasing** 824:17
898:12 899:5
979:14
**independent** 680:2
795:2,17 851:16
943:10,11,14
958:13,16,19,25
959:5,9,10
**index** 655:1
**indiana** 647:3
**indianapolis** 647:3
**indicate** 741:13
**indicated** 672:15
905:19 993:6
**indicates** 663:14
855:3
**indicia** 961:12
**indirect** 646:13
650:4 658:6
783:24
**individual** 669:14
714:10 715:24
716:6 722:6 744:3
861:19 864:19
865:22 920:21
927:21 981:10
**individuals** 851:5
**induce** 895:3 896:14
949:6
**induced** 985:9,14,17
**industry** 662:12,18
663:5,11 664:11
664:18,22 669:5
669:17 670:18
679:4,8,14,20
686:24 688:10
690:5,9 696:18
700:2 703:14
707:8 713:16
732:11 782:14
784:11,12 785:3
786:23 796:11,12
796:19,23 799:5,7
803:23 822:2,10
823:15 825:7

837:20 839:21
844:5 845:3
857:14 858:19,23
863:12 864:7,8,15
864:25 865:4
872:17 873:16
877:14 889:4
892:25 903:4
907:17 909:19
913:3 918:20,21
941:12 943:9
965:16 967:21
980:9 982:10
985:25
**industrywide**
668:10
**inevitably** 983:21
**inform** 828:10
**information** 663:2
663:25 664:17,20
664:22 665:6,7,10
665:12,17,19
666:7 667:3 672:9
672:13 683:7,15
684:14 712:6
717:12 718:22
719:7,8 721:18,22
722:21 730:14
731:22 732:19
734:5,10,17 810:8
810:16,19 811:3
832:17 845:22
870:15 929:18
953:14
**informed** 853:19
**ingersoll** 648:17
659:3
**inhumane** 669:9
904:6
**initially** 840:13
880:19 891:5
928:10
**initiatives** 963:8,14
**input** 857:25 976:15
977:16

inquiries 822:17
inquiry 673:21,22
674:11
inspection 933:20
instances 822:24
institute 851:6
instructions 729:25
994:2
insult 844:14 856:5
911:9
insurance 678:11,20
935:12,13,14
integrity 922:12,14
924:23
intended 676:18,20
676:21 767:19
intent 705:4 707:5
719:22 908:7
intention 706:5
833:19 942:19,20
943:18,24 945:25
intentionally 990:19
intentions 942:11
interest 679:18
699:25 838:20
930:10,13
interested 663:17
669:4 674:6,6
680:6 683:15
738:18 786:3
791:19 822:16
839:16 993:11
interesting 912:16
interests 958:24,25
959:11
interfere 656:17
interfered 777:7
international 791:6
794:17,25 795:2
interrogate 727:18
interrupt 764:12
934:5
interstate 803:9,20
introduced 764:21
971:21

inventories 665:15
inventory 666:15
683:13 703:25
827:13 870:2,6
978:13 983:25
984:2,4
invested 872:16,19
investigation 916:12
invitation 947:11
invited 663:23
692:19 717:6
768:16,18,24
937:23 938:3,7,9
939:13,14,21
invoice 951:8
invoicing 955:7
involved 675:5
784:12 785:21
855:25 989:11
involves 668:10
909:7,8,9
iowa 665:3 804:15
840:18
irate 711:12 722:7
irritable 880:4
irritant 690:15
irritated 725:19
726:25 986:23
irritating 911:8
irving 924:21
959:22 960:5
isaacson 924:18
959:23 960:5,7
973:12
isaacsons 922:6
924:21
isnt 865:17 937:20
938:3 981:14
983:9 985:7
issue 712:2 765:16
765:21 780:10
834:22,25 835:2
891:11 896:7,10
902:22 907:22
909:20 910:9

913:16 934:11
989:12
issued 825:20
922:20
issues 766:3 786:10
786:22 836:16
838:11 857:16
927:15
item 823:20
ive 666:25 675:22
678:23 706:20
710:16 720:5
722:15 733:16
752:14 766:4
786:16 787:21
831:3 841:9
852:17 860:17
877:21 879:16
901:2 934:21
953:6 983:12
988:22
ivy 938:7

## J

jacobsen 649:19
660:12,12
jacobson 650:1
jan 647:12 659:18
820:18 986:24
janice 840:8
january 654:10
687:23 738:18
739:7 757:13
769:19 770:18
921:9,18 929:12
942:6
jason 648:1 658:23
845:18,21,24
jeannine 646:16
658:8
jeff 839:13
jenner 646:21,24
657:24
jeopardize 777:2
925:14

jeopardizing 705:4
jkenney 646:19
jmckenney 648:3
joanne 938:7
job 694:18 697:21
joes 839:5
john 662:5,8 733:23
959:23 960:16
join 744:25 763:16
949:6
joined 745:2
journal 733:21
joy 840:6 902:7
js 744:11
july 662:6 668:20
670:6 672:10
673:4 710:19
993:13
june 645:9 656:23
742:7 805:5
818:24 996:3
justified 895:12

## K

kansas 840:9
kasowitz 648:12,14
658:17
keep 730:22 880:11
891:18 900:22,23
903:20 910:3
967:4 986:12
keeping 664:20
keeps 878:3
kenney 646:16
658:8,8
kept 662:20 665:9
827:25 983:5
key 681:17 731:21
939:15
keyword 798:11
kin 993:11
kind 664:12,17,20
664:22 674:10
682:5 686:9,10
687:5 699:17

741:13 797:25
798:13 860:2
867:4 893:3,21
910:4 916:11
923:24 933:16
944:3 977:3
**kinds** 782:14 839:4
839:8,9 874:23
889:5
**knew** 701:15 712:5
721:7 764:19
857:18 861:14
869:22,24 920:20
962:16
**know** 661:22 662:20
663:18 664:2,6
666:22 668:2
676:23 677:11
679:5,6,14,16
680:16 682:5
683:2 686:22
687:7 691:7,8,13
692:9 695:25
696:20,21 699:6,8
699:15 701:8
702:18 705:9
706:19 707:22
710:14 712:5
713:2 714:21
716:6,7,9,24,24
717:18,24 718:8
718:19,23 719:2
721:9 722:8,25
724:5,13,14 725:3
725:13,18 726:18
726:23 729:10,19
729:22 730:9
743:11,15 749:24
752:10 754:21
758:14 759:2,2,5
760:12,20,25
761:2 762:9,22,24
764:3,5,7 766:2
769:24 770:24
775:22 776:6

778:21,24 779:17
780:9,11 788:3,3,6
788:9,10 789:5,8
789:21 791:17
792:22 795:13,24
797:5 799:8,22
800:14,17 801:5
801:11 802:19
804:10 807:22,24
811:10,20 814:25
817:3 819:19
820:18,24 821:3,6
821:18 823:16
825:2 834:21
836:7 837:19,21
838:8,14 840:14
840:21 841:10
842:21,21,24
843:2,8 845:18,24
847:22 851:22,24
852:3 853:17
856:15,16 857:19
857:20 859:24
864:13 868:10
871:11 872:17
877:14 878:8,17
878:22 879:6,17
889:12 893:6
894:12,15 902:17
902:19 903:17
908:17,24 909:8,8
909:9 911:23
912:11,12,14,16
912:20 913:4
916:2,3,8,10
917:16 918:16
919:4,23 922:25
926:3,16,16
927:24 928:2
934:8 939:12
941:4 943:25
944:2,5,7 946:9
948:11,12,17
953:5,9 960:9,21
964:5 968:4,5,16

968:18 970:7,8,21
970:24 972:4
974:7 975:10
978:3 981:16,17
981:18 983:24
984:13 985:24
986:12,18 987:2
988:15,23 989:15
**knowing** 723:18
732:15 979:21
989:14
**knowledge** 681:7
716:13,18 767:18
795:19 800:23
803:21 804:4
907:17 942:17
943:17,19 970:9
970:11 975:19
976:10
**known** 858:14
895:13 896:4
942:11 962:23
**knows** 727:17
**kraft** 646:24 657:24
**kreider** 752:19
923:14,19 925:23
**kroger** 851:19,21,23
852:2,3 854:21,21
**ky** 956:17

_____
**L**
**label** 775:25
**labeled** 746:17
**labor** 695:17,23,24
696:8 698:2
**lack** 747:25 943:16
**lacks** 748:11 761:23
789:16
**lady** 715:12
**laid** 776:21 861:9
919:6
**land** 775:24,24
**language** 924:21
**large** 746:16 775:5,8
777:5

**largely** 675:9
**larger** 827:16
883:21 887:22,23
893:19 979:15
**larry** 819:4 840:15
840:22,25
**late** 703:3
**law** 829:13 834:7
963:5
**lawful** 970:14
**lawsuit** 782:17
877:23 928:18
929:3,7 932:17
941:5
**lawsuits** 820:20
**lawyer** 814:3 970:24
**lawyers** 814:5
879:23 970:6,10
973:3
**lay** 894:17
**layer** 666:14 667:8
668:8 702:10
796:14 871:16
983:21
**layers** 686:2 756:11
772:25 797:3,4,9
797:13,14 839:17
845:20
**laying** 653:23 654:6
667:24 669:13
696:7 762:4,8
797:4 843:21
848:9 882:3
893:25 902:20
913:20 927:20
935:20 936:10,25
951:4 984:2
**lead** 982:2
**leading** 880:8
**learn** 711:11 732:22
866:8 896:8
**learned** 711:16
858:10 908:5
**leased** 951:6
**leave** 755:24 756:12

769:3 801:19
934:17 976:18
**leaving** 929:22
934:10
**led** 989:8
**lee** 646:4 657:20
**leeturnerdodge**
646:7
**left** 736:13 745:23
758:5 822:15
844:22 929:18
**legal** 922:6 963:10
963:14 971:2
**leghorn** 883:19
887:21 899:25
**legislation** 804:20
838:17
**legislators** 974:12
**legitimate** 923:25
**letter** 651:13,15,16
652:6,7 653:10,12
653:20 654:7,12
661:13 663:4,11
675:13,23 676:3
684:18 686:6
716:23 739:19
740:5,19 741:8,22
742:6,11,23
811:25 812:8,17
812:18 813:3,9,20
814:8 830:6 831:7
831:10,13 832:5,8
832:14 833:21
836:4 906:6,12
910:23 913:8
938:22 939:6
944:2 945:23
959:22,24 960:3
960:16 961:3
963:2 970:18
989:3,9,13
**letters** 714:5,7 734:6
734:15 836:14
**level** 749:20 891:15
**levels** 800:3,18

889:22 890:21
**levin** 647:7,9 658:14
658:14 784:15
830:17
**levine** 647:12 651:7
659:18,18 660:5
666:9 668:23
670:10 671:7
676:13 677:16
682:14 684:2,11
689:7 691:2
696:24 698:11
699:4,21 705:21
707:14 711:22
713:4,21 717:15
718:9 719:9,12
720:14 721:23
723:5,20 724:10
724:15,22 725:6
725:16 726:5,15
726:20 727:14
728:10,15,21
729:13 730:7,11
735:3,14 736:3
743:21 747:24
748:10,21 750:9
750:21 754:15
755:12 756:23
759:20 761:22
763:5,18 764:23
765:6 766:25
767:6,13 768:3,10
769:20 770:8
772:11 778:19
779:18 781:20
782:4 784:22
786:11,24 788:5
789:15 790:7,14
792:19 793:11,16
793:23 794:6
797:24 798:20
800:10,25 802:11
803:25 807:23
811:14 812:4,13
814:2,5 816:23

818:8 819:15,18
819:23 820:15,19
821:24 822:18,23
823:7,19,24 824:9
824:13 825:22
826:6,11,23
827:17,22 829:5
829:10 830:9,22
830:24 831:22,24
832:11,13 834:2
835:25 836:12
837:2,6 838:9
844:6,17 845:11
848:13 849:18,23
849:24 850:11
852:5,12 853:3,14
855:22 856:7,18
857:4,6 858:4
860:6 861:7
862:25 865:13,23
867:8 869:9
870:17,22 871:9
872:12,20 874:16
875:9,14 876:8,17
878:13,21 879:5
879:11 880:10,17
882:7 884:22,24
885:13 886:5
888:15 896:20
900:8,16 906:9
908:9 910:7,18
912:5,10 913:23
914:5,10 917:25
919:12 920:6,14
920:25 921:13
924:5 925:3
926:14 928:5
929:11 931:4,12
931:18,23 932:4,9
933:4,13 934:3,14
935:5,8,24 936:20
937:10,18 938:13
938:18 939:2,24
940:7 944:11
945:6 957:13

959:13,20 961:19
962:10 963:16
964:3,8,23 965:4
966:13 967:12
968:2,6,10,13,18
969:4,17,20,24
971:7,10,14
972:12,22,25
973:19 975:6,15
980:5,12,15 982:6
982:11,14 983:15
986:6 987:2
988:20 990:4,12
990:15,22 991:6
991:10,20 992:12
992:16
**levinej** 647:17
**levines** 978:6
**liaison** 843:12
**liar** 986:20,25
**liberty** 648:18
**license** 738:14,15
739:4 740:23
742:19 743:18
744:8,15 745:8,12
749:14,16 751:9
752:7 756:9,18,19
757:8 763:15,24
769:17 772:19,20
772:24 773:17
774:12,17 776:13
776:17 777:3,24
780:10
**licensed** 740:13,17
742:16 753:12,19
754:12 755:23
**licensee** 750:3
**licenses** 749:22
750:19 752:5
758:12 760:23
922:19
**licensing** 736:24,25
738:21 740:9
741:14 742:12
748:18 763:17

765:24 770:22
776:10
**licensor** 744:18
**licensors** 743:20
754:6 755:7 758:7
**lied** 990:19
**life** 714:23
**lifetime** 823:14
**light** 918:20
**lighting** 909:8
**limit** 756:7,13
843:24
**limited** 666:13
683:14 764:13
931:20
**limits** 755:18
**linda** 645:16 660:16
955:6
**line** 655:4,4,10,15
655:20 663:10
724:23 728:8
789:11 930:24
931:17 955:3
959:7 996:4
**list** 742:23 759:7
854:5 942:10,15
948:24 952:9
**listed** 945:20,22
**listen** 926:12,16
982:14
**literature** 843:18
948:8
**litigation** 645:3
657:7 996:2
**little** 681:12 712:6
743:23 744:17
826:20 864:18,22
864:23 875:17
880:15 903:23
932:10 940:6
942:24 946:7
974:8
**livability** 866:24
**livestock** 859:16
**llc** 649:22 660:13

**llp** 645:13 646:10,16
646:21 647:6,12
647:21 648:1,12
649:6,13,19 650:1
650:8 658:6,9
**lo** 896:15
**loads** 673:23
**loan** 700:23
**locate** 943:8
**located** 657:3
**locust** 646:17
**logan** 645:13 647:14
657:3
**logistically** 935:4
**logo** 742:25 853:22
915:3 922:15
923:20
**long** 685:13 721:6
724:16 750:24
754:20 821:3
846:25 927:24
949:15 976:23
**longer** 745:11
749:13,16 752:4,6
782:2 895:19
**look** 671:2,4,18
677:24 682:22
685:4 695:10,11
696:16 702:18
703:6 707:24
727:20 731:8,21
751:11 757:18
764:20 766:6
787:19 814:22
824:24 825:4
830:10,25 832:14
832:25 839:19,21
841:12,24 848:25
858:25 860:16
863:2,8 867:9
868:12 873:8,11
881:14 882:11
884:2 886:9 887:3
887:5,7,25 888:4
890:9,17,19 896:6

896:24 897:4,19
900:20,24 901:24
904:18 905:6
910:19 925:18
926:20 928:20
940:3 948:19
951:23 954:7,8
958:9 959:17
960:10 971:18
982:21 983:15
987:17,20,23
988:20
**looked** 670:21 672:4
762:13 831:3
899:13 963:3
**looking** 681:8 687:7
687:21 727:24
757:14 779:24
780:3 803:14
886:17 969:17
971:13 988:3
**looks** 732:2 816:9
927:8 939:8
950:13
**lose** 776:9 861:12,18
873:16 905:23
**losing** 677:2 700:19
775:15 787:5
**losses** 694:4,14
697:20 874:12
**lost** 664:23 687:6
803:10 871:13
917:4
**lot** 661:25 691:9
698:6,24 699:7
731:21 827:24
841:10
**lots** 677:2 826:2
904:14
**lou** 938:7
**loud** 784:24
**love** 698:24
**lovell** 650:1
**loves** 896:19
**low** 669:18 678:8

696:14 701:12
821:16,18 883:18
**lower** 730:21 753:2
753:15,20 754:10
754:11 755:11
801:25 802:5
866:21
**lowest** 823:21
**lp** 648:22 659:6
**lucky** 814:4
**ludlow** 649:15
**lunch** 834:18

**M**

**machine** 993:8
**macusshapira**
647:24
**madison** 646:5
**magwire** 743:7
**mail** 663:13
**mailed** 663:13
**mailing** 793:6
**main** 714:8
**maintain** 664:15
696:5 718:16
**maintained** 664:23
**major** 654:20
690:14 704:2
707:12 713:12
810:11,12 845:25
951:18 952:2
**majority** 701:14,16
701:20,22 928:14
976:20
**makers** 939:15
**making** 674:11
704:23 714:16
716:2 720:11
722:19 725:14
726:2,24 727:6
782:15 825:21
880:2 913:14
914:15,16
**man** 961:4
**manage** 679:9

696:14,18 707:8
709:6 815:8
858:11 861:23
**managed** 673:10,11
673:11 850:17
**management**
673:14 680:25
690:20,25 691:20
694:8 766:14
**manager** 785:12,14
**managing** 678:14,14
694:18 697:21
699:13 759:11
**manges** 649:6
**manufacturers**
843:24 889:4
**manure** 889:10
**map** 888:21 889:13
**march** 693:11 813:9
813:21 816:20
857:4
**marching** 959:7
**marcus** 647:21
658:3
**margaret** 648:12
658:16 840:13,21
840:23
**margin** 801:8
**mark** 661:10 737:4
739:12 741:19
746:7 771:3
780:17 787:10
830:2 847:17,24
848:3 881:22
905:21 906:2
921:2 938:18
944:9,14 946:13
949:20 951:12,14
956:7
**marked** 651:12
652:3 653:3 654:3
655:19 661:14
675:14,18 684:19
684:24 687:13
692:23 693:4

710:7,11 733:5,10
737:10 739:20
741:23 746:11
771:8 780:21
787:15 788:18
790:5 791:25
805:8,22 806:19
809:5 812:9 813:4
814:16 815:25
817:12 818:13
830:7 832:6
848:10 863:3
867:10 882:4
884:3 901:25
906:6 921:11
938:23 941:7
944:20 945:4,15
946:21 947:2
950:2 951:20
953:19 956:10
984:6
**market** 678:16
682:3,3,8,12 696:9
704:14 707:12,17
707:20 744:16
745:20,22,23
749:3 750:20
751:5 752:22
753:12 758:6
760:24 775:9,11
775:25 776:7,11
776:18 777:6,17
777:22 778:2,3
797:7,10 802:18
803:9,20,23
808:13,15,16
822:14,20 823:18
825:20 835:11
837:14,18 845:23
846:17 898:24
915:4 921:24
922:19 932:22
965:16
**marketed** 757:24
776:24

**marketer** 674:2
740:14,17 752:23
761:19,19,20,21
**marketers** 647:19
673:15 685:22
738:13,18,24,25
742:16 757:7,11
757:16 758:9
760:18 762:6
835:5 869:23
954:2
**marketing** 653:7,9
678:24 679:3
714:12 738:12,14
741:2 745:25
757:6,8 759:11
765:18 769:18
776:2 785:17
809:2,3,16 810:17
810:19 825:15
831:8,15 833:22
836:7 851:6
911:24 923:14
926:10 928:23
932:11 939:7
**marketplace** 802:21
846:9 859:9 860:3
**markup** 800:19
**maro** 665:3
**mate** 935:22
**material** 653:9
809:3
**materials** 667:12
809:16
**matter** 877:10
945:18 986:9
**mature** 936:10
**maximize** 669:11
705:2 864:20
**maximum** 696:6
889:25 891:4
895:2
**mcdonalds** 855:15
855:17
**mckenney** 648:1

658:23,23 697:15
709:21 773:21
802:9 972:14,24
973:13
**mckenzie** 650:8
**mckinney** 648:2
**mdl** 645:4 657:10
736:6 992:11
**mean** 681:20 702:14
708:19 712:23
749:8 753:18
768:17 777:11
801:15 837:19
843:4 853:16,24
859:8 864:6 870:3
898:15 901:8
909:22 910:14
915:11 927:3
933:21 976:20
**means** 681:21 696:6
702:15 745:25
799:20 801:16,18
843:3 892:19,22
912:2
**meant** 662:9 711:7
853:25 871:4,15
898:17
**measured** 796:25
864:9,10,13
874:23
**meat** 835:9
**mechanism** 903:10
**media** 789:13
**medical** 841:6
**medications** 909:10
**meet** 696:5 707:5
717:6 718:15
773:4 774:3
777:21 898:14
917:7,19,21
**meeting** 652:22
663:23 747:4
757:14 758:16,19
760:11 761:11
764:10 765:3,11

767:8,22 768:2,13
768:25 771:23
772:3,6 781:18
791:11,24 792:12
792:21 793:6
809:15 841:23
851:24 925:8
938:3 943:22
971:19 982:24,25
**meetings** 653:17
679:23 766:24
767:2,5,16 768:19
768:22 780:7
781:11,13,14
782:3,7,8,12
817:10,21 828:15
828:16,22 858:8
910:13 929:18,22
930:8 937:11,12
937:15,19,22
962:14 963:20
970:3 973:10
**member** 685:24,25
686:4 715:23
721:16 734:9
739:3 740:13
749:8,9 767:21
768:18,23 769:2
842:5,9 843:7
845:21 846:18
915:25 930:16,20
941:4 946:6
948:10 949:17
952:21,24 953:3
961:24 962:9
963:13 967:17
**members** 675:24
711:18 713:12,19
715:18,20 729:5
734:6 743:19
754:5 763:14
765:13 766:17,18
766:22 769:10
781:14,15,25
792:25 793:3,8

807:19 813:14,16
839:11 842:6,15
844:8 845:12,13
845:13 846:10,13
847:3,12 849:5
928:15,24 932:12
933:5 935:9 936:2
936:15,22,24
937:4 939:13,14
939:16,21 943:10
943:14,23 948:7
952:10 953:15
958:16,23 959:3,9
965:19 967:6,16
969:12
**membership** 654:15
654:18,21 674:14
685:21 686:2
928:13,14 930:18
930:22 946:18
947:5 949:25
950:9,12,20 951:8
953:18,24 954:4
955:8,11 964:22
965:4,11,14 967:9
967:25 969:3,9
981:13 982:2
**memberships** 962:4
**memo** 945:11
**memories** 764:17
**memory** 679:12
680:9 717:4
758:14,25 774:19
790:10
**mench** 840:6
**menchs** 902:7
**mentioned** 689:16
726:9
**meridian** 647:2
**merrick** 650:1
**message** 674:4
**met** 839:13 918:6
919:5
**methods** 794:23
**mfi0004431** 653:14

814:15,20
**mfi0004433** 653:14
814:15
**mfi0024405** 653:17
817:11,16
**mfi0024413** 853:6
**mfi0024422** 653:17
817:11,16
**mfi0247110** 654:24
956:10,15
**michael** 649:10
777:13,14 778:11
974:7 992:3,6
**michigan** 649:20
841:8
**microphone** 783:21
**microphones**
656:13,17
**middle** 761:16 781:9
849:4 875:18
921:23 934:16
941:18
**midwest** 647:4
654:16 658:21
785:22 786:5
946:19 947:6
948:6,14
**milberg** 646:10,13
658:6
**million** 703:4,24
777:20 869:20
890:24,25 898:24
950:25 955:2,20
955:25
**millions** 668:16
865:6 872:18
982:3
**mind** 677:6 708:20
821:5 836:23
839:20 905:25
944:13 976:6
**minimum** 668:11,15
668:21 669:23
670:7 897:12
980:10

**minneapolis** 649:3
919:5 926:12
**minnesota** 649:3
**minute** 832:22
926:23 943:7
957:17
**minutes** 654:10
721:25 724:23
726:17 727:15
728:23 747:10
761:10 771:23
772:8 779:25
780:4 783:4 792:6
792:11 819:21,23
921:10,15 934:8,9
942:21 986:7
987:4
**mirabella** 650:17
656:21
**mischaracterizati...**
668:24
**mischaracterize**
722:14
**mischaracterized**
786:12
**mischaracterizes**
711:23 719:14
720:17 721:24
723:22 726:16
773:22 793:24
964:24
**mischaracterizing**
721:3
**misinterpret** 799:23
**misreading** 706:13
**misrepresentation**
729:7
**misrepresented**
752:15 923:5
**misrepresenting**
924:8
**missed** 841:9 846:23
**missing** 722:3
813:24
**mistake** 861:22

**misunderstanding**
715:22 720:7
**misusing** 925:15
**mix** 907:13
**mixed** 847:20
852:17,23 859:4
915:16
**mixing** 907:8
**moark** 649:22
660:13 737:21
775:18,19,20,22
776:16 778:9
**moark0006744**
652:5 737:9,22
**moark0006756**
737:10
**moark0020062**
652:9 746:10,17
**moark0020096**
746:11,18
**moark0027352**
652:12 771:7,16
**moark0027386**
771:16
**moark0027389**
771:8
**modern** 652:16
788:16 789:3
794:12
**modification** 773:12
**modifications**
882:21
**modified** 775:14
**moira** 647:22
736:21
**molt** 893:2,8,11,23
894:4 895:3,9,13
895:20,23 896:15
905:10,16
**molted** 893:9
**molting** 892:16,17
892:25 896:13
985:9,10,14,17
**money** 677:2 687:6
700:24 787:5

873:16
**month** 663:8,9,9
978:17,17
**monthly** 662:22,23
665:15,15 738:16
742:20 743:6
827:13 978:13,19
**months** 891:13
925:9
**mooney** 831:15
**moral** 918:18
**morgan** 649:1
**moria** 658:2
**morning** 661:4,5
736:19,20 783:19
783:23 784:2
837:9,13 853:5
863:8,12 871:19
878:6,14 924:7
925:19 928:16
**morris** 648:6
**mortality** 866:21
**motion** 747:14,17
748:7,8,17,22
750:5,5,15,17
751:15,20,23
752:21 756:4,5,6
756:15 759:4,8
760:7,8,13,16,21
761:2,15,18 762:3
762:13,20,23
763:2 772:21,22
773:6,9,25 778:6
922:23 924:12,18
924:19,22 925:23
**motions** 747:14
748:3 751:12
755:17 758:17,21
779:8 846:11
**motives** 913:5
**mountains** 674:20
**move** 702:15,16,19
706:21 763:11
764:15,19 780:15
784:4 800:4

847:24 908:12
**moved** 772:22 841:3
922:19 924:16
**movement** 759:12
909:24
**moving** 665:22
755:16 759:6
769:7,15 840:24
**msrayle** 650:3
**mueller** 911:11,17
911:19 913:11
959:23,25 960:16
960:19 961:9
962:2
**muellers** 910:23
911:4,15 913:8
963:2
**multiple** 723:11
**mziemianek** 648:14

**N**

**naive** 962:13
**name** 656:21 662:7
665:2 712:13,17
715:12 720:21,22
726:10 731:19
736:21 744:10,11
747:7 752:19
775:19 783:23
795:21,22 806:8
820:18 875:2
899:15 923:13,13
936:6 941:2
942:14
**named** 665:3 715:14
719:18 720:20
733:23 899:14
974:6
**names** 792:14
837:22 840:2,5
847:3,12 849:9
**narrative** 948:24
**national** 702:8
796:13 804:18
851:8 984:4

**nationallyrespected**
795:3,17
**nations** 667:8,24
668:7 671:24
703:25 865:3
**nationwide** 803:7,8
803:18,19,23
808:19 810:9
826:18 827:9,19
**natural** 827:12
892:18 985:10,18
**naturally** 893:2
894:4,17
**nature** 892:22
**nccr** 851:9 881:2
892:9 907:16
910:14 912:22
915:8 977:11,15
977:20
**nearly** 690:9
**necessarily** 756:5
758:19 801:24
837:22 857:23
**necessary** 894:18
909:11 994:5
**need** 659:20 663:18
677:9 695:22
696:13 700:16,24
715:8 737:2
740:16,21 745:22
764:25 778:17
801:24 802:24
808:5 812:15
814:24 861:14,17
861:24 869:7
872:3,7,24 889:4
890:13 892:3
894:12,16,20,21
900:7,22 904:10
904:12 913:3
917:8,11 926:18
929:23 933:3
935:4 958:9 973:7
979:23 980:12,15
**needed** 666:6

678:18 683:19
700:17,18,23
745:25 755:23
838:21,23,25
839:23 851:11
857:24,24 858:10
895:22 914:22
924:2 925:16
940:5 965:16
**needing** 778:16
**needs** 696:4 751:8
846:4
**needy** 834:19
**negotiation** 877:15
**neither** 993:10
**nervous** 818:5,7
**nest** 974:9 975:21
**net** 650:3
**never** 679:19 699:20
704:23 707:9
709:6 720:20,22
726:9 815:10,10
815:11,12 823:16
852:10 858:19
879:16 901:7,17
901:21,22 943:18
943:19 952:23
988:13 990:18
**new** 646:5,5,12,12
650:2,2 656:22
700:18,22,25
715:2 718:15
721:8 772:20
858:9,9 860:10,14
860:20 861:17,22
861:23 862:3
872:3,7,10,13,19
872:21 892:24
922:19
**newberry** 840:9
**newcastle** 869:21
**news** 916:19,20
**newsletter** 670:19
672:11 941:11
**newsletters** 734:5

734:15
**nice** 732:13 894:2
**nitpick** 708:20
**nitpicking** 966:5
**nittygritty** 675:2
**nl** 654:14 944:20
945:10
**nl00327492** 653:19
818:12,19
**nl00327493** 653:19
818:12
**nl003516** 653:12
813:3,10
**nl003517** 653:12
813:3
**noncage** 810:5
**noncertified** 738:13
738:25 744:18
752:22 753:24
757:7 760:17
765:18 772:18
773:17 774:17
920:10,16 922:17
926:10
**noncommittee**
846:10
**nonfeed** 905:9
**nonmembers** 769:4
769:10 781:25
**nonofficial** 982:22
**nonsuppliers**
711:16
**nonuep** 717:21
753:20 766:18,22
846:13
**nonvoting** 843:6
846:18
**nope** 863:5
**norco** 649:22 660:14
**normal** 663:7
744:18 975:2
**north** 646:22 647:2
**northeast** 923:3
**northeastern**
752:12

**northern** 891:11
892:12
**nos** 748:9
**notary** 645:16 993:4
993:16 995:17
**note** 656:12 676:7
702:3 934:7
**noted** 677:19 697:3
869:5 977:22,23
994:12 995:5
**notes** 747:10
**notice** 991:23 992:6
993:6
**noticed** 991:21
**november** 675:24
941:11 945:12
**nowell** 973:16
**nucal** 648:15 658:18
740:6,12 741:12
743:23,25 744:10
744:15
**nucal08md20002...**
651:17 684:18
**nucal08md20002...**
684:19
**nucal08md20020...**
684:25
**nucal08md20020...**
652:8 741:22
742:3
**nucal08md20020...**
652:6 739:19,23
**nucal08md20020...**
651:24 733:4,11
**nucal08md20020...**
651:24 733:5
**number** 651:12
652:3 653:3 654:3
657:10,10 678:6
680:6 685:14
686:8 689:20
701:9 708:3 734:4
737:18 742:17
747:15,15,17
748:8 750:5

751:21,23 752:8
752:20 755:17
756:23 759:8
762:13,20 763:2
765:21 778:10,11
781:5 788:23
792:13 805:25
809:25 811:6
812:2,4 813:9
816:7 817:15
861:18 863:19,25
865:25 871:22
881:18 883:2
886:24 913:11
919:9 923:10,15
923:16 929:9
945:10 947:4
951:4,25 955:2,4
955:10 956:15
981:11
**numbered** 792:7
**numbers** 772:16
797:11 830:18
866:5 923:17,24
979:9,11,15,16,19
**numerous** 722:24
729:4 764:11
**nw** 648:7

**O**

**object** 668:23
670:10 676:13
682:14 684:2,11
689:7 696:24
697:15 698:11
699:4,21 705:21
706:3 707:14
711:22 713:21
747:24 748:10,21
750:9,21 761:22
763:5 766:25
767:6,13 768:10
770:8 773:21
781:20 782:4
786:11,24 789:15

792:19 793:11,23
797:24 798:20
800:10,25 802:11
803:25 811:14
849:8 880:8,11
927:9 930:24
931:21,25 932:7
959:13 961:19
962:10 963:16
964:23 972:12,22
975:15 982:6,15
992:9,12,16
**objected** 947:21
**objecting** 770:13
779:19 826:21
913:17
**objection** 666:9
691:2,21 709:21
717:15 718:9
719:9,12 720:14
721:23 723:3,8,20
725:6,16 726:15
728:21 729:13
730:7,11 743:21
754:15 755:12
759:20 763:6,18
769:20 802:9
821:21 822:7,21
823:4,13,22 824:6
824:12 825:18
826:5,9,19 827:11
827:20 829:4,9
833:24 835:23
836:5,25 838:6
843:16 844:11
845:6 850:10
851:20 852:8
853:10 855:16
856:3,14 857:11
859:12 861:6
862:22 865:11,19
866:11 869:6,17
870:21 871:8
872:8,15 874:13
874:19 875:12

876:6,12 878:10
878:19,25 879:10
879:14 880:7
885:24 888:9
895:7 898:5
900:13 907:25
909:21 910:10
911:21 912:9
913:9 914:2,7
916:7 919:2,22
920:11,17 922:24
924:24 926:2
929:8 931:16
932:24 933:7
934:4,7 935:17
936:17 937:8,16
938:5,17 939:23
942:23 947:12,23
949:2,8 952:22
968:2 972:14,24
973:13 975:5,6,16
**objections** 656:6
724:20 879:20
**objective** 912:8
**obligated** 686:5
**observation** 802:16
**observations** 802:15
**observed** 801:7
821:25 958:12
**obstructed** 883:23
**obtain** 739:4 749:13
749:16 750:19
**obtaining** 745:11
774:11
**obvious** 786:15
**obviously** 670:12
718:24 721:8
735:7 903:6
916:15
**occur** 908:4 924:4
**occurred** 716:22
882:23 974:3
**occurring** 755:9
**october** 652:11
653:8 771:6

782:18 792:12
794:17 809:2,17
841:23 871:12
971:20
**offended** 782:22
**offensive** 879:18
**offer** 752:23 753:19
880:14 988:19
**offered** 992:10
**offers** 682:4
**office** 664:15
**officers** 807:15
**offices** 645:12
**official** 828:20,21
970:13 986:10
993:12
**officials** 836:20
**officio** 842:6,14
843:2
**oftentimes** 828:14
**oh** 667:20 704:24
712:24 769:7
771:15 796:2
837:24 874:14
**ohio** 649:15
**okay** 661:9 662:10
663:20 671:17
677:21,22 680:15
682:10 685:16
695:18 723:13
737:6 738:2,10
746:25 765:2
775:4 776:9
779:12,15 796:8
796:22 803:14,15
816:12 826:24
831:3 832:24
837:12 840:4
842:2 844:22
848:2 859:4
868:14 869:11
881:20 882:13
884:4,15 885:2,19
896:11 902:5,24
905:2 910:24,25

911:2,3 915:17
925:20 927:8
934:18 944:16
946:10,12 947:24
953:11 956:23
960:11,11,12
961:2 969:22
975:18 989:25
**olakes** 775:24,24
**old** 759:4 835:3
904:16
**older** 893:13,18
**olson** 646:3 651:4
657:17,17 660:7
661:3,16 666:18
670:4,15 671:10
675:16 677:3,16
677:23 680:18
682:19 684:6,22
687:16 689:12
691:17 692:3
693:2 697:11,22
698:21 699:11
700:7 706:6
707:19 710:2,10
712:7 713:5,6
714:18 718:6
719:5,10 720:8
721:4 722:2 723:7
723:12,14 724:4
724:12,15,19
725:2,8,24 726:11
727:9,14,22
728:13,16 729:9
730:3,8,14,25
733:8 735:5
736:14 771:11
819:21 821:12,21
822:7,21 823:4,13
823:22 824:6,12
824:25 825:18
826:5,9,19 827:11
827:20,24 829:4,9
830:19 831:20
832:9 833:19,24

835:23 836:5,25
838:6 841:16
843:16 844:11
845:6 846:25
849:16,22 850:10
851:20 852:8,25
853:10 855:16
856:3,14,25
857:11 859:12
860:18 861:3,6
862:22 865:11,19
866:11 867:19
869:6,17 870:21
871:8 872:8,15
874:13,19 875:12
875:17 876:6,12
878:10,19,25
879:10,14,21
880:6,14 881:10
884:9,19,23 885:2
885:18,24 887:5
888:9 889:21
891:4 894:24
895:6,7 896:21
898:5 900:13
902:6,13 907:25
909:21 910:10
911:21 912:9
913:9 914:2,7
916:7 919:2,22
920:11,17 922:24
924:24 926:2,25
927:6 929:8
930:23 931:8,15
931:21,25 932:7
932:24 933:7,25
934:6 935:2,17
936:17 937:8,16
938:5,17 939:23
941:7,22 942:23
944:15 945:2
947:12,15,19,24
949:2,8 950:4,6
952:22 956:19,23
958:6 959:16

961:25 962:19
963:21 965:3,6,7
966:18,20 967:19
968:11,15,20,24
969:15,19,22,23
971:5,9,11,17
972:18 973:11,17
975:12,17 980:7
980:17 982:8,12
982:18 983:19
986:2,11 987:8
988:24 989:24
991:2 992:18
**olsons** 863:18
**once** 674:14,14
835:4 867:3
882:11 988:5
**oneonone** 667:18
**onepage** 945:9
**ones** 886:3
**open** 757:11 781:11
782:12
**operate** 750:7,25
763:8
**operations** 799:18
899:12
**opinion** 688:13
859:22 864:17
902:8 922:6
943:16 961:7
973:25 979:18
**opinions** 679:24
689:4 959:3
**opportunity** 654:15
736:7 749:3,17
751:6,21 753:24
754:3 755:25
756:13,15 757:25
777:12 868:9
891:7 895:4
946:18 947:5
975:3
**oppose** 906:17
**opposed** 674:16
967:5

**option** 754:12
941:19,20,23
942:3,20,20
**options** 941:23
**order** 674:18 678:25
679:3 718:16
746:3 774:25
837:11 849:14
858:11 861:11,15
891:18 894:9,18
898:14 922:11,14
981:7
**orders** 681:25
777:17
**org** 841:23
**organization** 692:10
786:4
**organizations**
962:24
**origin** 973:19
**original** 759:9
894:25 977:22
994:15
**originally** 851:13
907:23 959:23
**osha** 891:22,22
892:2
**ought** 679:16
**outburst** 911:8
**outcome** 993:11
**outlets** 810:12
**outside** 930:25
932:2,8 935:18
**oval** 775:18 776:14
776:18,21 778:10
**overall** 800:2 862:10
866:4
**overbuilt** 690:8
**overcrowding**
908:15
**overkill** 683:11
**oversee** 785:15
**owned** 685:25
772:25 845:19
930:18,22 951:5

**owner** 912:18
**owners** 936:13
939:15
**oxford** 647:22

**P**

**pa** 648:22 659:5
**pacelle** 859:20
**pacific** 692:11
**package** 761:5
809:19
**packer** 845:20
**packet** 652:9 746:9
746:16 761:4
771:24
**pad** 974:23 975:14
**page** 651:12 652:3
653:3 654:3 655:4
655:4,10,15,20
661:18 666:20,22
667:3 671:19,22
687:25 705:11,15
731:8 734:3 738:8
738:9 747:13,20
758:2 759:6 760:6
761:4,13,16
762:14,20 766:11
771:13,23 772:10
776:15 781:2
787:11 790:22
794:21 796:7
797:15 799:13,24
802:25 803:2,3,11
803:12 809:22,23
809:24 810:4
825:4,8 832:7,14
841:24,25 848:17
848:25 849:4,21
853:6,9 856:22
859:6 860:19,21
863:8 864:2
867:13 868:17
869:8 873:9
875:15 882:25
886:6 887:6 888:4

897:20 901:3,4
902:7 905:4
921:21,23 941:16
941:19 948:14,20
948:20 951:24
960:23 971:19
980:19 983:6
984:7,15 996:4
**pages** 737:25 746:17
746:19 761:8
766:6
**paid** 741:13
**pain** 904:7
**paperwork** 674:20
**paragraph** 769:8
770:14 781:3,10
791:5 794:21,23
796:10 799:13
800:2 803:5,12,15
806:16,17,23,23
807:13 832:16,22
842:3,4 850:2,6
873:15,18 905:7
939:10 954:17
961:8 963:3
**paragraphs** 769:16
873:12
**parameters** 874:23
**paraphrasing**
906:19
**pardon** 768:7 945:8
953:2 955:23
989:20
**part** 668:22 670:8
690:13 716:5
745:8 754:25
762:22 766:23
770:14,19 794:15
812:24 867:16
908:13 919:13
967:6 974:2
**partially** 770:21
**participant** 843:7
913:15
**participate** 751:25

769:5
**participated** 957:3
**participating**
977:12
**participation**
751:16,22 769:11
**particular** 702:20
715:12 760:10
773:9 780:10
874:21 879:7,7
928:9
**particularly** 665:22
700:5 900:5
**parties** 656:19
657:16 945:17
963:10
**partly** 697:24
**parts** 683:21 684:8
890:24,25
**party** 993:11
**pass** 735:7 783:2
804:20 811:25
813:7 924:19
928:14 951:15,16
**passed** 714:9 750:15
838:16 856:17
872:2
**pasteurized** 875:24
**patience** 957:12
**patricia** 840:12
904:8
**patrick** 650:8,10
**patting** 867:5
**paul** 841:7,8 899:15
906:13 989:9
**pay** 673:24 738:15
740:25 754:2
769:14 787:6
807:20 835:6
931:13,24 932:5
**paying** 835:5 877:22
**peer** 974:14
**penalized** 824:10
**penalty** 697:8
698:20

**pending** 764:14
**pennsylvania** 645:1
645:15 646:11,18
647:8,15,23 648:7
648:19 657:4,9
**people** 654:17
662:25 669:16
674:25 687:3
698:25 699:23
701:12,13,14
709:14 712:14,17
715:2 717:7 718:7
718:13 721:8
722:25 723:17
724:5 725:9
726:24 729:11
730:4,9,17 737:18
745:23,24 751:5,6
756:9,20 758:5
760:23 762:3,6
766:2 778:14
837:22 844:13
855:24 856:5
891:11,20 894:11
894:15 904:3
912:21 918:23
926:8 929:6
936:14 944:3
946:20 947:7
952:9 967:15
969:10,11 979:7
979:10 985:24
**peoples** 792:14
866:25
**pepa** 692:7,7 693:10
693:17 705:17
707:10 709:12,14
709:18
**pepper** 645:13
647:12 657:3
659:13,16,18
**pepperlaw** 647:17
647:18,18
**percent** 696:10
702:22 714:6,8

717:21 751:16
753:16 755:4
775:3,23 776:20
776:25 796:13,14
799:10 865:2
902:20 912:14,15
914:12,18,18,19
915:10,19,20,23
916:6 918:25
919:16,20 920:4
964:9,13 965:25
**percentage** 685:23
685:24 686:7
797:12
**perceptive** 943:7
**perch** 975:20
**perfectly** 678:5
**performance**
669:13 864:19
875:3
**period** 673:10
676:22 681:14,18
681:23,24 682:6,9
682:13 695:23
696:8,14,18
697:25 743:12
745:14 767:10
768:14 776:23
871:4,17 872:7
873:17 880:18,23
880:24 881:4
894:5 895:2 896:2
900:2
**periodically** 667:16
**periods** 678:8 696:3
834:11
**permission** 732:4
**permit** 680:7
**permits** 917:20
**permitted** 767:12,25
768:9,9
**person** 660:8 667:19
803:21 828:14
846:16
**personal** 804:3

822:6 961:7
**personally** 669:9
  725:20,21
**personnel** 970:2,5
**perspective** 868:13
  963:10,15
**pertains** 747:17
  763:2
**peter** 846:16
**phase** 870:12 899:6
**phased** 898:25
**phasein** 861:10
  871:17 880:18,22
  880:24 977:16
**philadelphia** 645:14
  646:18 647:8,15
  648:19 657:4
**phone** 660:9 667:19
  667:21 711:13
  712:8 715:4,11
  717:18 721:11,13
  721:17,20 722:7
  722:23 723:18
  725:5 729:4,11,24
  730:2,2 737:19
  917:6,16 937:12
**phones** 656:16
**phyllis** 674:12,18
**physically** 661:6
**pick** 656:14 721:20
**picked** 721:13
**pictures** 923:17,23
**piece** 948:8
**pike** 927:15
**pile** 764:23 884:17
  902:2,3,4 910:21
**pin** 779:7,19
**pinpoint** 764:16
**pittsburgh** 647:23
**place** 648:18 656:16
  752:22 777:24
  779:14 780:7
  857:15 859:9
  860:9 862:11,17
  993:6

**plaintiff** 929:15
**plaintiffs** 646:8,14
  646:19 650:4
  657:19,22,25
  658:7,10 736:6
  783:25 852:15
  929:7 991:22
**plane** 926:19
**plans** 911:24
**plant** 923:16
**plants** 869:25
**played** 926:17
**playing** 749:20
**plaza** 646:11 649:14
**please** 656:12,15
  657:15 660:9,17
  661:17 671:5
  675:18 724:20
  736:9 804:24
  815:2 830:14
  854:11 875:15
  887:15 895:5
  897:11 934:4
  941:16 955:16
  959:18 994:4,9
**pleased** 920:2
**pleasure** 941:5
**plenty** 934:17
**plus** 876:20 877:3,4
  877:8
**point** 675:8 677:4,5
  677:12,25 678:3
  681:17 683:10
  690:8 694:17
  695:20 696:17
  700:16 716:4
  735:5 739:2
  742:15 745:15,16
  746:4 748:25
  753:10 754:22
  755:5 756:8,17
  757:10,23 758:4
  758:18,19 760:22
  765:22 766:2
  777:13 778:25

779:6 780:9
782:16 788:11
793:5 801:20,21
836:8 847:13
861:16 863:12,19
864:24 865:16
868:4 869:25
870:7 871:13,23
877:15,17 880:2
886:23,24 889:17
903:9,10,13,14
**points** 908:14,19,20
  908:21,21,22
  909:2,4 910:9
**policy** 668:11
  688:17 690:16
  704:9,15 707:18
  714:4 715:17
  778:13,23 781:18
  980:10
**politics** 691:12
**poor** 676:17
**poorest** 695:22
**poorly** 917:2
**pope** 960:6 961:11
**populated** 701:24
**population** 979:5,6
  983:21
**porter** 648:6 659:9
**porterwright** 648:9
**portion** 687:21
  770:22 799:6
  963:2
**portions** 781:13
**ports** 674:23
**position** 841:3
  842:11,25 846:2
  915:23 916:6
  961:17 963:11
  972:20 977:8
**positive** 888:18
  903:25
**possible** 689:6
  731:10 898:23
  907:20

**possibly** 912:2 918:9
**potential** 669:15
**potentially** 713:19
  731:4 791:20
**potholes** 814:12
**poultry** 647:4
  658:21 664:8,9
  692:11 785:22
  843:20 859:16
  899:20
**pound** 984:25
**powerpoint** 651:20
  692:21
**practice** 704:22
  759:10 904:6
  907:13
**practices** 843:20
  850:16 915:6
  933:19
**preamble** 924:18
**precede** 948:16
**preceding** 758:18
**prefer** 754:2
**prepare** 817:22
**prepared** 790:23
  795:24 817:24
**prescribe** 894:25
**present** 657:14
  765:12
**presentation** 651:20
  692:22 693:9,17
  693:24 705:16
  706:9 937:24
**presentations**
  938:12,15
**presented** 654:15
  772:20 776:8
  792:16 841:21,22
  850:13 882:17
  922:5 946:18
  947:5
**presenting** 714:14
  892:7
**president** 673:18
  785:23,24 813:18

815:18,18 816:16
816:18 817:25
819:9 831:17
842:13 859:20
912:18 917:5
918:21 961:7,17
963:12 971:21
**presidents** 971:20
**press** 652:17 788:17
788:23 789:2,6,7
789:12,19 793:21
794:5
**pressure** 878:3
**pressured** 838:25
**pretext** 844:9
855:25
**pretty** 784:10 827:5
909:13 943:7
959:25 960:20
**prevalent** 799:15
**preventing** 922:16
**previous** 758:22
761:8 765:24
968:12 973:5
**previously** 667:6
762:13 764:21
**price** 671:21 673:24
674:7 676:17,19
678:12 682:12
686:12 718:15
730:21 800:16,17
800:18 801:10,10
802:5 803:7,18
810:4 811:8
821:15,16 825:15
825:24 854:24,24
855:2,3 856:13
868:23 869:5
870:19 872:25
875:19 877:11
878:23 984:8
985:4
**priced** 823:21
**prices** 665:20,25
676:9,23 686:19

686:24 688:2,6,10
689:14 690:5
693:25 697:24
703:14,21 704:2
706:18 707:21,23
708:5,7,8 800:2
801:20,23,25,25
802:6,7,19,22
803:8,19 810:9,10
810:23 811:9,12
822:5 876:9 878:8
878:17 984:10,10
**primary** 676:11
792:17,18
**principle** 797:17
**prior** 681:2 701:8
756:15 765:12
904:2 949:12
972:10,19
**priority** 663:13
**private** 656:14
734:10
**probably** 687:8
701:16,21 711:12
713:12 722:7,9,16
811:17 841:22
852:15 864:6
877:20,24 906:19
913:4 961:23
**problem** 669:2
696:13 705:18,25
706:9,17 712:25
785:20 821:13
836:11 839:15,18
869:22 893:15
918:17,17 928:2
933:17 963:23
**problems** 755:16
759:7 913:6 918:7
927:4,18
**proceed** 660:19
**process** 674:13
711:3,8,20 714:15
717:25 744:21
756:10 858:5

892:18
**processed** 645:3
657:6 996:2
**processor** 761:20
835:10
**processors** 750:6,7
750:18,19 763:3,4
765:14 835:4
962:17
**procurement**
714:24
**produce** 753:9,11
754:8 761:21
804:15 807:9
866:9 891:17
894:13,17 935:22
**produced** 895:15,18
**producer** 745:17,21
749:2,10,15 752:3
752:9,12,13 753:4
753:19,23 761:11
761:20 763:20
768:17 786:2
787:4 803:8,19
824:10,16 842:5
842:14,15 844:19
844:24 845:4,7,13
845:15,20 846:4
846:11,14 856:8
877:11 891:10
901:15,19,21
906:14 912:19
923:4 925:8,12
933:3 977:4
**producers** 647:19
653:21 654:4
674:22 676:24
679:15 696:22
697:18 698:22
701:6 703:21
706:10 713:18
722:24 738:13,24
738:25 745:8,10
747:18,23 748:19
749:19,23 751:4

752:4 754:6,24
756:18 757:7,12
758:11 760:17,24
763:16,22 770:22
773:16 774:7,8
786:6 790:24
794:24 806:25
815:14 824:4,21
834:9 835:14
843:23 848:8
856:10 857:8
860:14 862:6,12
862:15,18 863:13
864:17 866:8,15
877:16,19 882:2
907:2 920:19
922:18,21 925:7
925:15 933:2
935:25 937:3
938:3 948:6
**producing** 678:18
763:9 923:21
**product** 688:18,19
752:16 759:12
797:18 870:4
924:9
**production** 652:17
652:19 653:5
655:9 699:3,13
745:17 750:8,25
751:7 753:2,8
754:10 755:11
773:3 774:2
788:16 789:4
790:2,18 791:8
794:12 796:15
799:11 805:17,20
821:20,23 822:13
824:18 827:19
843:20 893:14,24
925:13
**productions** 775:19
775:20,20,23
776:16
**products** 645:3

657:6 678:4,9
688:21,22 756:10
798:14,16 799:2,9
834:18 870:2
996:2
**profit** 873:23
**profitability** 678:15
700:2
**profitable** 679:19
703:14 875:7
**profits** 704:24 705:2
874:11 875:10,10
**program** 668:22
670:9 673:9
678:11 679:8,17
679:21 690:20,25
691:20 695:2
700:12 703:2
704:9 705:5 707:5
709:2 711:4,9,21
714:13,15,17
715:6 716:14,16
717:19 718:2,3,3
718:19,20,22
719:4 720:3,5,13
721:3 722:12
727:8 729:8
730:24 731:19,22
731:23,25,25
732:2,10,17,19,24
736:24 737:2
738:21,23 740:10
743:15 745:8,19
748:19 749:5,8,11
749:18 751:4,19
751:25 752:14
754:7,25 759:10
763:15,17 764:9
765:24 766:3,8,13
766:14,16,17,23
769:12,13 773:14
774:10,13,15
775:15 777:21
780:8 815:9
834:17,19,19

844:9 845:3,9
846:8,8 847:6
848:24 851:2,13
852:4,7,10 855:18
855:21,25 857:14
858:11,17,21
862:7,21 866:8
871:14 884:7
886:4 890:3 891:6
908:13 911:5
912:4 914:22,23
915:3,18,25
919:14,17 922:15
924:3,8,23 932:20
933:17,21,22
935:13,14 958:23
964:15,20,22
965:9,11,13,20,21
967:3,4,16,18,21
967:24 969:2,8,9
969:14 973:20
977:13,19 978:8
979:20
**programs** 831:9
833:22 834:20
860:5 895:15,15
905:10 916:22,23
933:15
**prohibit** 704:10
**prohibited** 672:13
694:22 768:6,21
824:17
**prohibiting** 695:2
707:11 709:19
**prohibition** 704:21
706:23 708:12
907:22
**project** 899:17,20
**projections** 665:13
**projects** 663:21
905:9 976:16
**promar** 791:6
794:16,25 795:2,9
795:9,14,17 796:6
799:25 806:8

807:10
**prominent** 775:8
**prompted** 772:21
**pronounce** 665:2
**proof** 835:20 961:12
**proper** 879:24
**properly** 959:6
**proportionate**
903:18
**proposed** 981:25
**prospects** 654:20
951:19 952:2
**protect** 719:3
922:11,14 924:22
**protective** 929:21
**protein** 823:21
**protrude** 988:11
**protruding** 887:19
**proud** 858:16,20
888:21
**proved** 904:5
**proves** 913:13
**provide** 663:24
665:8 688:8 707:4
751:6 777:16
793:9 842:5
**provided** 664:10
683:8 684:8
738:17 757:8
793:7 859:18
873:21 889:9
923:15,17,22
932:14 969:10
991:18
**providing** 664:12
673:14 701:7
738:14 751:8
864:23 865:21
907:3 975:22
**public** 645:17
795:11 896:7,7,10
913:16 993:5,16
995:17
**publication** 687:22
850:14

**publish** 874:25
875:3
**published** 665:10
879:4
**publix** 855:5
**pull** 671:15 764:6
926:22
**pulled** 833:3
**pullet** 893:25 983:17
**pullets** 936:5,7,11
936:12,13,14
**purchase** 686:15
834:17,17 920:10
920:16
**purchased** 798:13
**purchaser** 646:8,13
646:19 650:4
657:19,22 658:7
658:10 783:25
876:11
**purchasers** 876:10
**purchasing** 711:2
711:20
**purdue** 839:14
840:12 899:16
**pure** 979:14
**purports** 947:10
**purpose** 750:17
759:10 794:23
834:16 836:2
838:11 894:8
903:14 914:11
**purposely** 689:10
**purposes** 818:9
**pursuant** 993:5
**put** 672:11 673:7
682:25 688:23
700:9 703:9
704:24 706:4
710:3 732:25
739:15 741:16
745:4 763:11
766:5 770:25
778:12 780:16
783:20 804:23

808:2 809:19
810:15,18 812:22
813:23 815:21
816:22 818:3
819:11 831:19
837:7,9 847:13
849:19 860:8
893:23 895:12,20
902:22 905:22,24
908:11 918:20
936:8 941:6
944:14 946:4
951:12 952:18
956:3 958:8 974:9
985:5
**putting** 668:5
839:20 849:9
864:22 878:3
923:19,20

_____

**Q**

**qualify** 762:7
**quality** 889:12
890:16 893:16,19
**question** 656:7
662:15 664:2
668:24 670:5,11
672:8 673:15
676:14 682:15,20
683:4 684:3,12
689:8 698:12
699:5,22 702:9
705:14,22 706:20
707:15 708:14
709:24 711:23
713:22 717:16
719:13 720:15
721:24 723:21
726:16 727:20,23
728:2,9,11,22
729:20 731:10
732:2 735:4
743:22 747:25
748:11,22,24
750:10,22 754:16

754:20,23 755:13
759:9,21 760:4
761:23 763:6,24
764:14 767:2,7,14
768:4,11 770:9
780:12 781:21
782:5 786:12,25
789:16 792:20
793:12,24 796:20
798:4,21 800:11
801:2 802:10,12
804:2 806:5
811:15 814:6
826:22 827:2,7
829:18 837:3,10
853:21 863:24
869:14 878:11
879:23 898:7
901:22 931:22
934:5 947:22
957:14 959:14
961:18,20,23
962:8,11,21,22
963:15,18,25
964:7,24 967:7,10
968:19,25 972:13
972:16,23 975:7
979:11,12 982:7
982:15,16 986:18
987:7,16 990:5,6
**questioned** 867:19
**questioning** 672:19
724:24 930:24
931:17
**questions** 655:19
677:8,17,18
724:18 732:6
736:22 737:24
760:3 815:13
819:13 820:25
821:4 827:6
841:16 849:21
850:24 863:18
878:16 879:18,24
880:8 885:18

909:3 911:2
925:22 934:25
935:6 940:8
957:11 966:16
969:24 978:6
990:11,17,24
991:4,13,24 992:3
**quick** 940:2 957:14
**quicker** 816:23
**quickly** 693:15
746:25 787:19
861:23 881:3
907:20 917:3
944:8 984:14
**quiet** 956:7
**quinn** 646:3 657:18
657:21
**quinnemanuel**
646:7,7
**quite** 683:9 697:9
698:24 760:19
896:2 903:9
927:24 933:21
**quiz** 812:13
**quote** 682:18 825:17
825:20 876:14
877:15,18,25
925:2
**quotes** 671:22 922:9

_____

**R**

**raffle** 938:7
**raise** 765:16 935:2
**raised** 760:2 986:19
987:5 990:20
**raises** 759:9
**raising** 760:4 766:3
**ranch** 649:22
660:14
**randolph** 650:9
**randon** 971:22
973:6
**range** 809:12 883:14
883:18,20 886:13
899:23

**ranks** 785:11
**rarely** 890:25
**rate** 853:18 893:13
**rayle** 650:1
**rcampbell** 646:24
**reach** 936:9
**reached** 881:7
**reaction** 752:9,21
**read** 670:13,17
702:25 705:8
733:16 737:17
772:19 787:21
809:11 816:11
831:12 832:21
850:8,12 853:8
883:11 887:15
890:13,15 897:10
905:13 906:19
922:3,9 924:12
929:14 939:11,12
950:13 954:22
968:13 994:4
995:3
**reading** 685:13
765:20 772:12
804:6 819:19
**reads** 773:19
**ready** 858:3 936:10
988:16,17
**real** 802:24 880:4
903:8,9,24 927:17
981:17
**really** 677:25 683:15
701:18 706:14
724:16 727:15,19
737:24 746:15
786:3 815:7 818:8
869:14 877:22,22
894:2 898:6
908:24 911:19
946:8 989:2
**reason** 663:16
672:12 688:9
690:14 704:2,19
707:12 727:3

732:12 743:25
751:2 752:8,20
768:25 791:16
802:5 809:25
846:7 869:12
918:25 994:6
996:4
**reasons** 688:8
689:13,15 690:4
708:23 709:3
718:4 751:11,15
752:21 759:8
804:19 868:22
869:4 873:4 907:3
907:12 910:8
913:7,24,25
**rebuttal** 819:17
**recall** 663:16,25
667:2,5 668:2
670:16,22,23,24
672:21 679:10
680:9 686:19,23
690:21 691:6,14
691:25 692:4
699:8 709:23,25
711:25 712:11
718:4,12 730:24
739:9 747:14
749:23,25 750:2
751:14 752:17
755:19,20 759:22
760:7 767:19
773:8,10 778:24
778:25 779:4
792:21 793:15,17
793:18 795:10
816:11 821:2
840:4,16 846:24
851:22 860:18
867:25 868:7
881:9 889:19
891:3 894:23
899:23 902:11
918:12 923:23
926:6 946:5

949:17 952:20
953:3 964:10
970:15 978:4,8
984:11 989:6,7,16
989:21
**receipt** 994:16
**receive** 711:12
816:13
**received** 662:5
673:20 711:15
712:9 719:17
722:24 793:4
807:2 815:4,15,17
816:15,19 818:23
819:3,8 836:19
839:5
**receptive** 691:16,19
**recess** 659:25
735:21 783:9
820:6 885:7
940:16 957:22
**recognize** 662:2
682:8 696:12
698:5 744:10,11
771:19 802:20
813:11 814:21
895:11 955:5
957:2 969:9
**recognized** 697:19
775:2 844:20
888:23
**recognizing** 694:15
861:11,20
**recollection** 687:18
688:5 717:10
738:21 758:24
781:18 868:5
925:7 939:20
946:11
**recommend** 914:20
**recommendation**
709:10,15,17
795:12 824:11,21
825:16 844:25
866:14 881:11

883:8,12 886:12
887:16 888:7
897:7,22 899:10
900:4,11 901:7,23
904:9 943:3
976:19
**recommendations**
697:4,5 823:25
824:5 827:23
828:11,17,23
829:16 833:5,17
834:4 835:21
836:3,8,21 841:20
844:3,22 845:2
850:4,15 881:15
882:16,20 883:4
886:9,25 887:3
888:22 889:21
892:5 895:9 897:2
901:10 905:16
914:14,15,17
**recommended**
696:23 698:10
924:18 985:9
**record** 656:12,20
659:21,23 660:4,6
661:20 672:17
677:20 685:6
686:24 688:6
697:24 707:21,23
708:6 727:21
729:2,15 735:19
736:2,4 737:15,18
742:2 772:12
783:3,7,14 814:6
820:4,11 831:12
880:3 885:5,12
897:11 940:14,21
945:5,9 954:7,12
957:14,16,20
958:2 990:8,14
991:11 992:3,8,22
993:10 995:6
**recorded** 993:8
**recording** 656:18

**recourse** 678:20,21
**recruit** 948:7
**redacted** 732:21
**redding** 647:13
659:12,12
**reddingw** 647:18
**redirect** 736:9
819:14
**reduce** 687:4 689:20
834:10 862:6,9,15
894:8 942:4
**reduced** 695:15
697:25 898:18
**reduces** 700:13
**reducing** 822:15
844:9 856:2
865:16 870:2,5
892:20 983:21
**reduction** 694:8
702:12 980:22,23
981:3 983:5,10,14
983:22
**reductions** 703:3
**refer** 662:14,17
708:7 851:7,9
948:14
**reference** 765:23
769:17 836:9
941:19,20
**referenced** 860:19
942:21
**references** 678:23
760:7
**referencing** 891:21
**referred** 690:18
694:5,7 712:8
715:25 794:7
884:9
**referring** 680:11,15
682:17 694:11,25
734:14 755:22
761:25 772:16
933:11
**refers** 662:11 663:4
806:15,17

refining 858:8
reflect 990:8
reflected 707:20
reflects 704:15
  707:18
refresh 688:4
  738:20 781:17
  790:10 868:5
  925:6 939:19
  946:11
refreshes 687:18
regard 860:20
  864:18 865:7
  928:7
regarding 740:9
  742:24 748:23
  750:10 765:17
  941:11
regardless 762:25
  892:11 992:9
regionals 932:14
regions 811:6
regulatory 831:9
  833:22
reichert 955:6
rejected 901:7
rejuvenate 894:10
relate 786:23
related 665:19
  666:8 689:15
  866:4
relates 683:12
relating 992:4
relations 743:14
  795:11
relationship 685:25
  808:10,12 850:3
relax 966:16
release 652:17
  788:17,23 789:2,6
  789:7,19 793:22
  794:5
released 789:13
  807:14
releases 789:12

relied 684:14 860:3
reluctantly 715:10
rely 683:25 684:9
  829:15 838:4
remainder 902:12
remained 746:4
  766:16
remaining 819:22
  819:24
remains 961:12
remember 702:16
  716:25 731:19
  744:6 769:21
  774:20,21 779:11
  779:16,20,21
  811:7 824:24
  837:15 842:20
  847:8 863:15
  867:20,24 868:14
  870:8 908:20
  916:23 925:10
  928:21 938:8
  953:14 976:2
  980:14 989:5
remotely 657:14
remove 865:5
renewed 922:21
repairing 827:14
repeat 969:5
repeatedly 884:9
rephrase 829:19
replace 700:19
repopulate 776:22
  777:20
report 652:20
  653:16 693:21
  790:3,17,23
  792:18 793:4
  794:16,25 795:9,9
  795:25 796:6
  797:16 799:25
  800:12 804:7
  806:18,18,19
  807:2,5,7,10,13,21
  808:19 811:2,3,5

811:11 817:10,20
817:22,24 874:25
875:3 979:25
980:9 984:2
986:16
reported 665:20
  732:18 752:11
  828:7 981:12
reporter 659:20
  660:16 733:23
  734:10 808:13,15
  808:17 852:19,20
  941:6 944:12
reporting 706:2
  738:16 739:6
  742:20 743:6
  758:17,21 760:2
reports 738:16
  797:2,2,8,13
  798:23 799:9
represent 657:16
  820:19 850:14
  866:15 930:11,14
  941:3
representation
  916:16
represented 917:2
representing 656:22
  660:17
represents 853:9
reproductive
  892:21,23 894:10
reputably 963:5
request 655:9
  662:12,18 663:5
  663:12 834:14
  844:2
requested 744:7
requests 715:23
require 717:20
  862:5,9,14 887:22
  964:21 965:18
  967:23 969:2
  988:10
required 743:2

824:4 862:8
981:23
requirement 697:6
requirements
  694:20 766:15
  773:5 774:5
requires 933:19,20
requiring 853:20
  854:2 967:5
research 858:9
  882:23 896:13
  899:9,11,17,19
  905:9,17 976:16
reserve 735:8 736:8
  819:16
reserved 656:8
  934:9
reserving 819:14
resisted 867:4
resolution 741:5
resolve 896:12
  913:16
respect 915:12
  958:22
respected 844:13
respects 933:23
responded 709:16
response 863:17
  917:3 978:5
  990:17
responsibilities
  673:9
responsible 674:19
  825:24 826:13
  841:2 870:19,24
rest 819:17 902:23
restate 763:6
restaurants 799:17
  851:8
restrict 751:3
restriction 759:12
  862:18
restrictions 860:10
  862:12
restroom 884:23

**result** 688:17 745:10
904:13 918:5
919:8 988:7
**results** 895:16
**retail** 665:24,25
713:16 799:16
800:3,18 801:10
810:4,11,12,22
811:9,11 845:23
**retailer** 715:21
801:8,17 857:23
857:24 877:20
878:2,22 879:7,9
**retailers** 714:21
801:19 810:9
852:6 853:11,20
854:5 857:25
858:3 877:16
878:7,17 879:3
880:25
**retain** 919:10
**retained** 963:5
**retirement** 664:13
**return** 740:22 741:2
741:4 743:6
873:22 994:14
**returned** 674:15
**revenue** 864:20
**revenues** 669:11
**review** 661:17
666:22 675:19
687:25 703:18
708:5 843:17
875:18 905:6
974:14
**reviewed** 875:16
905:8
**reviewing** 666:24
675:21 710:15
746:24 815:3
832:23
**revised** 905:16
**richard** 646:22
657:23 680:11
**rid** 835:7

**ridiculous** 915:11
**right** 661:9 668:9,12
668:17 671:13
672:6,23 673:16
676:9 678:6
682:13,24 686:17
688:2,11 689:16
693:21,25 694:5
694:20,23 695:2,5
695:8,21 696:19
697:12 698:2,3,10
698:23 700:10,13
700:15 702:6
703:4,15,22 704:3
704:4,6,10,16
706:18,25 707:13
710:17 711:4,9
713:20 717:10,14
719:19 726:14
731:2 732:7
734:15,18 735:8
756:15 757:16,17
772:15 774:18
808:18 811:4,16
819:14 822:22
826:3 831:19
833:2 835:15
837:12 841:25
843:6 849:3 857:2
863:5 865:17
867:25 872:22
873:2 874:18
875:11,13 876:5
876:11 878:9,18
884:10 886:17
897:18 900:18
905:24 924:9,10
929:23 931:6
936:2 937:13
939:22 954:16
958:9,14 960:2,16
960:20 963:22
964:15,17 967:21
972:6 974:24
975:4,14 976:5

980:24 981:3
982:5 984:20,22
984:23,25 985:15
986:14 987:14,18
987:21,24 988:11
988:15 989:23
**righthand** 952:16
**rios** 645:16
**risk** 775:12
**road** 888:21 889:13
**roadblock** 913:18
**roadblocks** 912:3
**robert** 650:17
656:21
**robin** 647:14 659:15
**roger** 831:14 939:6
**roland** 814:24 815:7
**role** 673:20 674:13
785:15 815:17
819:9 843:11,15
844:18
**roller** 671:21
**ron** 938:9
**room** 725:10 730:4
829:17,22 921:20
930:2,6 970:3,6
976:18
**rooney** 648:17 659:3
**rooster** 894:18
**roosters** 894:12,16
894:20,22 935:21
**rose** 648:10 654:16
659:9 785:10
941:3 942:18,25
943:13,17 946:5
946:19 947:6,11
948:9,21,25 949:5
949:16,16 951:5
953:3,25 954:4,23
955:9,15,22 957:6
958:11,13
**ross** 916:18,20
**rossi** 645:16 660:16
**roundys** 650:11
**rpr** 645:16

**rule** 714:7,9 773:4
774:4,24 912:14
912:15 914:12
915:23 916:6
918:25 919:20
920:4 927:23
933:24 964:9
965:25 976:21
**rules** 775:13 976:10
**run** 784:3
**running** 898:9
**ruth** 840:9
**rw** 647:10 658:15
**rws** 652:13 653:15
780:20,21 781:6
815:24,25 816:7
**ryan** 647:1,4 658:20

_____

**S**

**safety** 841:2 916:23
927:23 933:10,15
933:24
**sale** 681:3 686:12
**sales** 682:5 785:17
**salmonella** 933:18
**samantha** 648:17
659:2
**samatha** 648:20
**san** 648:13 652:11
653:8 771:6 809:3
**sanitation** 933:19
**sat** 845:21 846:2,18
970:2,6
**sauder** 647:10
658:15
**save** 944:13
**saw** 672:9,9,17
673:3 731:18
870:9 929:13
**saying** 669:25
672:20 690:21
702:25 705:25
709:11 712:16
715:4 719:2
725:14 729:11

730:10 740:20
760:3,22 767:24
781:24 782:20
797:10 835:7
861:21,21 864:24
889:17 896:16
915:4 918:15
930:6 944:2 984:9
**says** 663:11 668:14
680:24 681:11
693:12 701:6
702:10 703:12,20
704:8 706:16,18
707:17,17 708:9
708:10 721:11,17
734:4 739:9
748:18 755:18
756:3,7 773:11
774:24 776:17
789:12 790:23
791:5 794:11,15
794:24 797:16
799:14 800:2
803:5,16 806:23
807:13 810:4,7
817:3 842:3
853:11 867:17
868:22 873:20
875:18 888:10
890:18 900:15
901:6 921:24
924:16 945:24
950:14 954:10
955:12 961:10
962:3 963:3
982:20 983:17
988:9
**sbcglobal** 650:3
**scan** 710:13 746:21
814:24
**scanned** 666:25
675:22 710:16
984:13
**scare** 839:9
**scaring** 816:25

**schedule** 773:6
774:6 776:22
777:20 861:10
977:16
**schedules** 907:11
**school** 834:18
**science** 838:19,24
855:19 907:7
973:24 974:4,14
974:20 975:25
988:9
**sciencebased** 859:10
860:4
**scientific** 838:12
839:12,25 841:21
843:10,12,14
844:7,21,25 847:2
847:12 849:5
850:3,15 855:20
866:12 881:10
882:17 883:7
886:11 887:3
888:6,23 889:20
891:25 892:13
897:6 898:20
899:8 900:3,10
901:17,22 903:25
905:15 906:16
907:5,24 909:14
914:13 976:9,11
976:24 985:8
986:16 988:8
**scientifically** 895:12
**scientist** 975:10
**scientists** 858:14
895:10 896:5
**scope** 930:25 932:2
932:8 935:18
972:15 973:14
**score** 742:22
**scott** 650:1
**scratch** 974:9
975:21
**scratching** 974:23
975:13

**scrutinized** 963:9,14
**se** 933:18
**seal** 993:12
**sealing** 656:5
**second** 666:20 677:4
680:20 701:23
738:9 770:13
773:25 774:23
781:2,10 787:25
796:9,10 800:2
803:4,5,12,13
806:16 842:3,4
853:2 887:15
905:7 939:10
941:16 942:3
948:19,20 961:10
990:12
**seconded** 772:23
924:17
**seconds** 884:22
**secret** 732:10
827:25
**secretary** 691:10
831:8 833:21
834:15
**section** 772:18
**sectors** 858:22
**see** 667:9 668:4,14
671:23 681:4,16
687:17 694:9
698:19 702:12
703:3 712:24
731:13 734:7,12
735:14 758:13,14
762:24 774:18
790:25 792:13
794:10,18 795:6
796:9,16 797:20
800:6 810:3,12
825:8 832:16,19
835:16 842:7
845:2 852:17
863:4,19 864:7
867:16 868:21,24
873:12,15,18,24

874:2,8 875:20,25
876:20 883:5
890:4 896:14
898:7 901:16
905:11 922:2,5,6
935:6 939:17
941:12,20,25
942:7 946:10
948:15,21 950:23
954:18 958:7
961:8,14 962:6
970:19 971:24
977:6 982:16
984:17 986:14
**seeing** 667:2
**seeking** 679:8
961:11
**seen** 667:6 672:16
673:2 678:23
730:5 786:8
983:12
**seger** 819:4
**segments** 909:6
**seldom** 699:17
**select** 839:24
**selected** 731:24
781:14,25 839:12
**selective** 683:11
**self** 835:15
**sell** 687:4 717:23
744:5 749:18
754:10 755:25
822:10 877:20
878:4 923:7
932:12
**selling** 754:12
877:18,24
**senator** 836:4
**send** 739:6 812:19
**sending** 742:11
989:9
**senior** 831:16
842:13 961:7,17
963:12
**sense** 751:20

sensitive 656:13
802:23
sent 673:4 710:18
742:16 744:23
806:13 807:17
813:14,16 818:24
944:2 959:22
960:3,4,5,7,13,15
sentence 681:10
796:10 797:16
799:14,25 803:4
803:13 807:12
868:21 874:2
939:11
separate 962:17,24
965:13 992:7
separately 909:12
september 733:14
782:19 812:2
852:22 881:16,17
882:18 887:9
896:25
sequence 774:20
779:21
series 679:22 715:4
779:13 780:7
838:14 858:7
909:3 916:9 944:4
serve 844:8
served 785:25
serves 920:5
service 799:18
861:15 874:22
932:13,15
services 647:4
658:22 933:20
serving 973:8
session 930:3
sessions 782:11
929:25
set 844:21 933:5
setting 933:9
settled 881:8
setup 734:25
seven 926:5

severe 697:19
shallow 883:18
shape 679:15 700:6
shapira 647:21
658:3
share 686:7 734:10
837:17
shared 663:2 672:13
685:23 837:14
918:7
sharp 903:8,9,14
sheamoore 840:13
840:22,23
shedding 892:19
sheet 742:22 994:7
994:10,12,15
995:5
shell 653:7 750:6,18
752:23 763:3
797:17,22 798:8
798:10,12,15,17
799:5,5,14 808:25
809:16 810:10,17
810:19 822:9
875:22 876:24
877:13 893:15,17
893:18,19 894:2
984:18
ship 686:13
shohl 649:13
shopper 854:24,25
short 676:20 682:9
871:21 895:20,20
895:21
shortage 823:3,11
shorthand 993:8
shortly 715:14
shortterm 676:22
shouldnt 716:8
shoving 863:14
show 672:24 691:24
737:4 739:12
741:18 746:6
764:4 771:2
780:17 824:23

829:25 847:14
890:6 916:20
927:7 944:8,24
946:25 950:5
953:7
showed 756:22
768:25 817:4
824:25 825:2
884:9 928:17
showing 873:21
969:20
shown 810:9 852:14
shows 815:16 985:3
shut 969:13
sic 771:17 797:18
971:23
side 728:4 735:10
826:16 892:2
951:16
sign 738:14 740:22
740:25 741:4
757:8 942:18
943:24 945:25
994:9
signature 813:13
950:19
signed 742:19
831:13 943:18
signer 954:22
signing 994:11
similar 744:22
836:14 846:20,21
909:13
simpler 880:16
simply 756:9 825:19
844:21 915:4
simultaneously
897:14
single 865:9 981:3,5
981:15 987:12
sip 821:10
sir 729:18 828:2
832:19 833:14
842:7 865:18
873:13 897:11

946:4 952:7
sit 839:25 966:15,17
site 811:5
sitting 859:18
879:15 913:16
976:5
situation 676:16,25
687:2 727:2
751:24 774:22
823:2 918:14
923:3 924:6
925:17
six 686:21 881:8
909:3 940:20
992:21
sizable 681:2
size 667:8,23 671:25
696:5 700:13
822:16 826:17
827:9 862:6,10,12
862:20 889:2
893:19 898:19
942:5 978:6
979:12,13
skip 986:13,14
slaughter 665:16
666:16
slidders 646:11
651:6 658:5,5
783:3,18,22,24
784:17,25 786:17
787:8,18 788:8,21
789:18 790:12,15
792:4 793:2,14,19
794:2,3,9 798:6
799:3 800:22
801:14 802:14
804:22 805:13
806:3,6 807:25
809:7,8,13,18
811:22 812:5,16
813:6 814:4,18
816:4 817:5,14
818:15 819:12
slide 693:23,23

695:10,11 700:8,9
701:4 703:7,8,9
706:8
**slope** 887:23 888:13
**small** 687:21 883:19
887:21
**snell** 918:5 919:5
**social** 907:11
**society** 859:21
929:19
**sold** 681:2 775:18
775:23 798:25
**soliciting** 679:23
**somebody** 732:3
841:9 925:12
929:17 954:23
**somewhat** 846:20
**son** 912:17
**sons** 950:19
**soon** 738:18 739:7
866:22
**sorry** 662:8,16
671:3 684:4
685:12,16,16
714:12 716:25
721:15 749:24
758:8 764:12
765:8,19 778:19
780:2 784:18
794:2 803:10
811:23 814:22
830:23 832:9
841:9 846:23
852:23,25 855:2
859:3 867:25
869:12 877:3
878:12 884:16
927:6 949:18
953:2 955:20
956:21 971:9
**sort** 679:3 810:25
815:9
**sounds** 681:9
**source** 664:11,16
684:13 727:3

**sources** 678:16
870:16
**south** 649:2,20
**southall** 648:17,20
659:2,2 691:21
723:3,9
**southern** 869:20
**soybean** 665:20
**space** 668:11,15,21
670:7 694:20
701:7 702:2,13
707:6 773:5 774:4
861:12 862:8
865:21 881:11
883:9,13,15,17,22
883:22 886:12
887:4 896:22
897:8,12,20,23,24
898:8,9,11,12
899:2,5,17,24
900:7 902:9
908:20,21,23,24
909:16 910:17
980:10 981:5
987:10,17,18,21
988:3 994:7
**sparboe** 649:4
658:12 716:11,13
716:18 717:12
718:8 719:7
720:11,21 721:11
721:18 722:20
723:2,18 724:6
725:10,14 726:2
726:13 727:11
728:19 729:6,12
730:6,10 750:2
911:19 912:17,17
912:18 915:22
916:14,21 918:4
918:24 919:19
962:23 964:8
990:10 991:12
992:15
**sparboes** 726:10

913:25
**speak** 784:15 801:17
**speaker** 663:23
**speaking** 669:22
765:7 907:6
**special** 851:25
937:19
**specialist** 664:8
**specific** 672:21
895:2
**specifications**
857:20
**specified** 898:4
**speculate** 799:22
804:5
**speculating** 821:17
**speculation** 684:12
691:3 696:25
698:12 699:5
713:22 716:5
718:10 720:16
723:6,10,13,22
730:12 797:25
961:21 962:11
975:8,16
**spelled** 977:9
**spending** 708:24
709:4
**spent** 724:17,23
827:24 938:2
**spoke** 833:9,19
**spread** 753:13 801:9
801:10 802:4,17
965:15
**spreading** 719:7
721:22 722:21
**spring** 703:13
**square** 645:13
647:14 657:4
668:14 669:18,23
701:7 702:17,20
864:24 865:3
883:14 981:22
**stack** 671:5
**staff** 715:17 792:14

842:5,9 939:16
**stage** 892:21,23
**stahl** 649:19 660:13
**stamina** 820:23
**stamp** 666:21
772:13,13,17
818:18 906:3
**stamped** 661:21
675:20 684:25
685:14 687:19
693:8 710:12
733:11 787:12
814:20 853:6
881:22 921:4
**stand** 730:15 829:12
883:25 887:17
888:8,11 966:7,12
990:16,22 991:2
**standard** 858:23
**standards** 859:10
891:22,22 933:6,9
977:25
**standing** 880:7
993:5
**stanker** 840:15,22
840:25
**staple** 799:16
**start** 785:6 830:21
889:5 936:10
**started** 785:2 886:4
931:4,8
**starter** 936:5,12,13
936:14
**starting** 764:8
**starts** 961:9
**state** 665:3 720:25
781:4 788:7 789:6
840:9,11 841:8
994:6
**stated** 766:12
769:22 770:11
**statement** 703:17
704:12 743:2
766:20 770:5
795:16 800:9

902:7 911:5,12
943:5 945:23
978:25 979:13,14
982:13,19 985:2
**statements** 714:16
716:3 720:2,4,12
725:15 726:2,14
727:12 728:19
913:12,14 959:24
995:7
**states** 645:1 647:19
652:17,20 657:8
665:22 748:15
750:13 752:8,20
757:4 760:15
771:21 774:16
781:9 788:17
789:4 790:3,18
791:8 794:13
797:19 859:21
891:12 929:20
954:2
**statistical** 663:24
664:12 683:7
684:10
**statistician** 664:19
**statistics** 662:12,18
662:19 663:5,12
683:4,10,17,25
837:14,18,21
838:5,5 979:17
**status** 963:6
**stay** 884:25
**staying** 820:23
**stealing** 731:17
**steig** 646:3 657:17
677:6 725:18
944:25
**steigolson** 646:7
**stepping** 707:11
**stewart** 650:1
**stickers** 944:15
**stipulated** 656:3
**stipulation** 931:16
**stipulations** 655:14

751:10 991:7,11
**stock** 682:3 875:23
876:24 930:17,21
984:21
**stocked** 981:21
**stocking** 669:17
**stolen** 731:12
**stoller** 812:20,20
**stop** 784:19 829:7
894:5,7 913:19
925:17
**stores** 811:7 923:12
**straightforward**
827:6
**strains** 883:19,21
887:22,22
**street** 645:14 646:17
646:22 647:2,8,15
648:13,18 649:2,7
649:15 650:9
733:20
**strike** 749:9 758:8
826:16 837:2
863:24
**stroke** 934:11
**struggling** 757:21
770:19
**study** 791:6,8,9,13
791:16 794:22
**stuff** 663:7 718:5
775:22 784:4
923:25 929:16
966:5 977:3
**stupid** 690:16
**subcommittee**
859:15
**subject** 667:22
711:14 734:19,22
754:7,9 769:11
819:13 920:7
930:10 945:13,18
994:11
**subjected** 991:14
**subscribe** 995:6
**subscribed** 995:12

**subsequent** 819:4
**subset** 798:18
**subsidy** 678:10,21
**substantially** 866:24
**succeeded** 708:12
708:13
**success** 697:13
700:15 706:24
707:3 852:11
864:9
**successful** 707:9
709:6
**sudden** 930:4
**sue** 913:21,22
**suffer** 823:9,12
**suffered** 694:13
**sufficient** 680:6
721:19 897:25
**suggest** 705:6
**suggested** 671:24
696:17 707:7
709:5 881:3
**suggesting** 677:13
699:19 728:4
731:16
**suggests** 705:18
706:9
**suite** 647:2 648:8,19
649:8,20 650:2
**sullivan** 646:3
657:18
**summary** 794:22
**summer** 703:13
**summit** 832:18
833:8,18 835:22
937:25 939:9,20
941:12 942:12,22
943:22 945:13
**sumner** 647:14
659:15,15 737:17
**sumnerr** 647:18
**sunrise** 744:12
**superior** 714:14
718:2
**supermarket**

810:12
**supermarkets**
650:11 810:11
**supervision** 993:9
**supplier** 854:5
877:9 878:3 879:9
**suppliers** 711:15
712:3 718:14
724:3 730:18,20
732:13,14 853:19
854:2
**supplies** 856:2
**supply** 666:8,13
668:22 670:9
676:20 678:14
679:9,17 690:20
690:25 691:20
694:8,18 695:16
697:21,25 704:18
705:25 707:9
709:2,6,10,15,16
815:8 821:14
824:11 828:11
829:16 834:11
836:10 844:10
872:22 943:2
**support** 655:1
674:16 690:20
801:7 852:6 854:8
854:13,18,22,25
855:12 857:24
907:6,18 976:19
**supported** 690:24
732:11 855:7
**supporter** 721:7
852:4
**supportive** 713:24
853:12
**supposedly** 714:11
717:13 732:18
**sure** 664:9 677:14
680:22 695:14
701:4 715:9 717:4
717:10 722:11
727:6 737:20

746:23 747:12
757:24 758:13,15
771:15 791:14,17
796:17 806:21
807:22 809:21
817:23 824:20
851:12 855:4
888:19 890:13
910:16 916:4
920:23 923:2
959:5 964:6 965:2
967:22
**surplus** 676:16
821:14 822:5,11
822:20 834:17
933:2
**surprise** 699:16
**surprising** 894:14
**surprisingly** 785:13
895:16,25
**susceptible** 907:10
**suspect** 687:6,7
914:3 955:8
**suspicion** 911:23
**sw** 649:14
**swanson** 840:8
**swear** 660:18
986:19
**sworn** 660:22 993:6
995:12
**symposium** 852:2
**synchronize** 893:8
**system** 889:10,11,14
927:17,19
**systems** 653:6
805:17,21 838:18
839:7 889:15

---

**T**

**table** 728:4 735:10
796:11,18,23,24
797:8,13,13,17,22
798:8,17,18,22
799:6,15 803:9,20
859:19

**tactics** 839:9
**take** 665:12 671:2,4
673:22 675:6
689:5 703:21
705:24 724:11
735:12 753:7
775:12 778:22
784:7 815:2 821:7
824:23 825:4
830:10,25 831:18
832:25 834:10
835:12,15,17
841:12,24 843:11
844:24 852:13
856:19 860:16
868:11 881:14,15
884:15,20 887:2
891:16 895:24
896:24 897:4
898:15 900:20
906:21 910:19
911:14 914:24
925:18 926:20
928:9,19 930:4
940:2,4,9 949:15
951:23 968:16
979:4 991:17,24
**taken** 645:12 659:25
676:15 681:22
686:7 732:3,23
735:21 748:3
783:9 820:6 825:6
855:18 871:25
885:7 928:19
940:16 957:22
993:5
**takes** 674:20
**talk** 698:22 699:2,9
699:13 701:3
736:11 791:20
875:22 879:2
932:10 980:23
981:9 989:2
**talked** 720:19 764:9
871:19 876:23

888:20 960:18
970:17 973:18,20
976:8 977:4,11
980:22 981:2
983:4,25 984:6
**talking** 669:22
679:5 680:17
696:11 702:4,7
708:16 712:23
713:7,8 718:23
756:17 758:15
762:3,5,9 804:17
824:2 827:24
865:15,17,20
874:21 876:3,22
876:25 877:2,3
879:3 903:6
908:23,25 909:7
926:7 927:13
928:3 929:6 938:2
966:25 967:2
974:23 975:2
976:3 979:8,9,10
980:8 981:4,6,9,10
981:14 983:9,13
983:22 984:3
**talks** 769:8 907:8
983:20
**taller** 887:23 889:9
**tamping** 774:19
**tank** 801:24 802:2
**tap** 679:11
**tape** 735:18,24
783:13 820:10
885:11 940:20
992:21
**targeted** 857:17
**targeting** 839:3
**technology** 803:6,17
**telephonic** 649:12
**tell** 677:24 685:7
686:4 709:14,18
721:20 726:8
729:24 731:6
734:25 740:16

764:7 780:13
782:23 828:25
829:12 839:22
841:17 862:2
880:6 882:14
890:20 895:6
903:16 912:23
918:3 971:12
986:19 987:6
990:20 993:6
**telling** 686:11 691:6
729:5,6 913:20
966:9,11 968:21
**temperature** 890:16
**temperatures**
891:14
**ten** 721:25 753:5
890:24 904:4,13
**tend** 800:3
**tender** 792:5 808:22
816:5
**tenyear** 767:9
768:14
**terminated** 769:19
770:21
**termination** 770:16
**terms** 744:22 770:22
871:2 935:12
**terrible** 700:6
**testified** 660:23
719:15 720:18
723:10 786:13
787:2 806:7
810:22 837:8,13
863:7,11 878:6
925:21 969:25
978:5
**testify** 800:12 801:4
807:24
**testifying** 724:21
748:13 878:15
**testimony** 651:3
721:25 726:17
765:13 778:5
833:12 837:15

859:18,19 865:14
943:6 964:12
980:21 984:8,11
991:15,17 992:4
993:5,7,10
**texas** 648:2 841:3
**thank** 660:15 735:6
780:15 782:25
791:15 813:23
816:22 841:11
887:2 888:16
891:2 892:15
908:10 926:15
928:6 939:25
940:11 948:18
949:11 951:11
952:18 956:3
957:9,11 990:2
992:18
**thanks** 723:13
739:16 945:2
**thanksgiving** 696:4
**thataway** 711:17
**thats** 662:22 663:15
678:24 680:10
693:7 695:7
706:13,18 708:2,3
708:9,9 709:7
711:7 712:16
717:9 724:6
726:24 727:2
730:24 734:17
740:19 744:16
748:14,15 751:17
753:25 754:2
755:9 756:8 762:8
763:24 764:22
765:25 766:4,20
770:10,19 779:14
786:20 788:9
793:20 794:10
796:21 804:18
816:12 821:17
822:22 826:10,24
833:2,25 838:22

847:16 874:17
884:15 886:16
894:3,6 898:22
900:14,17 903:10
903:24 905:2
910:5 911:7
919:10 924:10
927:15 928:3
933:11 934:20
935:2 946:3 949:9
951:7 952:17
953:11 955:12,17
966:7 967:6
973:12 978:23
982:4,9,20 983:21
985:13,15 987:12
988:18 989:23
990:2
**thereof** 993:11
**theres** 659:10
661:25 672:3,8
676:23 680:20
700:15 704:21
715:7 731:9
741:11 756:6
759:15 777:23
779:13 780:6
791:16 797:5
814:10 825:10
847:22 882:9,11
904:14 910:14
920:20 934:11
941:19 944:4
946:7 950:22
954:25 955:3
971:20
**theyre** 674:5 696:12
704:23 713:17
714:22 732:15
742:11 748:4
774:11,12 800:20
802:2,21 808:15
808:16 833:15
893:16 909:23
913:21 915:5

920:2 936:10,11
936:11,23 945:22
965:12
**thing** 666:3 667:11
682:5 695:13
776:12 784:6
798:13 820:24
852:2 858:12
861:25 874:21
880:13 888:18,21
891:23 893:4,4,21
903:25 908:24
910:5,15,17
981:17
**things** 665:23 666:2
666:17 668:25
679:25 687:5,8
688:14 691:9
699:7 700:5 715:7
721:12 731:24
732:3,16,23
740:21 757:22
769:25 782:14
787:6 814:10
834:22 839:4
858:9 860:2
864:10 866:16,19
882:22 888:25
892:9 894:9
901:13,18 904:14
909:12 911:11,17
912:21 916:11
917:9,13 918:11
926:11 929:10
936:25 948:24
960:19 965:13
973:7 974:24
975:4,13,14,18,23
975:24 976:2
979:5 981:23
988:7
**think** 662:2,22
665:17,20,24
666:11,12 667:15
669:20 674:7

677:9 682:8,25
687:2 688:9,14
689:9 690:13,14
690:15,19 691:7
691:15 692:9
695:21 698:4,7
701:10,14,18,21
704:24 707:16
713:4 716:24
717:7 721:14
729:14 740:19
744:6,7,16 755:21
756:25 758:3,17
759:21 762:2,8
769:23,24 773:19
779:18 784:22,23
785:4 792:23
793:5,7 794:7
796:18,25 798:9
798:16 799:21
800:15,20 801:16
801:18 804:8,25
806:7 808:3
809:23 810:21
811:17,17,18
816:25 820:22
833:15,18 835:10
841:15,22 842:19
843:5,6 844:7
852:15,20 855:23
856:4 857:7
861:21 863:7,11
863:13 864:4
868:3,9 873:5
875:16 876:18
880:10 888:18
889:7 890:4,5
892:6 893:7
898:22 899:15,17
900:7 902:3,14
903:25 904:23,24
906:18 911:18
913:2,11 916:25
919:19,24,25
920:3,20,22 928:3

928:18 931:6
933:8 940:3
942:25 943:10
961:22 962:24
963:18 964:2
974:17 977:23,23
985:24 988:25
991:6,10
**thinking** 692:4
701:11
**thinks** 759:22
879:23
**thinner** 893:20
**third** 689:18 694:19
704:8 794:23
799:25 806:16,23
849:25 868:4
874:3,5 883:11
**thirty** 994:16
**thomas** 649:14,16
**thompson** 841:7,8
**thoroughly** 963:10
**thought** 662:7 669:9
685:11 689:11
844:15 914:6
929:17 943:6
947:19 973:4
974:6 975:25
984:9
**threats** 966:19
**three** 735:18,25
783:13,13 820:10
820:23 885:11
900:4 940:20
967:13 968:3,19
980:3 991:15
992:21
**threeyear** 881:4
**throw** 912:3
**thursday** 645:9
**thutchinson** 649:4
**tickled** 867:6
**tighter** 891:14
**time** 656:8,24
657:13 659:22

660:3 663:20,21
667:13,13,25,25
678:6 679:10
681:24 682:6,9,13
687:8 689:21,25
690:3,10 691:11
691:12 692:18,18
694:17 697:10,12
697:14 698:6,23
704:5 708:24
709:4 714:20,25
717:5,11 720:9
722:10,17 724:16
726:21 727:18
728:3 734:21,24
735:6,16,23 736:5
736:12 738:23
743:10,12 745:7
745:14 746:4
748:19 749:22
750:3 754:5 755:5
756:17 757:21
758:4,20,22,23
759:19 760:23
763:13,22 764:13
769:24 770:6
775:17 779:2
781:23,24 782:16
783:5,11 784:9,11
786:6,13,14
791:18 793:5
802:22 804:10
808:4 815:2,18
816:17 819:17,19
819:20 820:2,8
821:4 822:2
823:16 827:24
828:12,12,13,13
828:24 835:4
836:14 839:6,14
840:8,10 841:19
842:12,18,22,23
842:25 849:7
851:23,24 861:2,3
861:16 866:17,18

869:25 870:7,9
871:5,13,20,21,24
872:2,6 877:24
878:4 881:21
882:24 885:3,9
886:3 889:18
893:10,12 894:5
895:2,8 896:3
898:2 899:4,6
900:2,12 902:13
903:19,21,22
906:15,21 911:25
912:13,22 915:22
917:5 923:24
925:11 927:24
928:22 930:6
931:20 934:17
937:20,20 938:2
940:12,18 944:13
946:8 948:5
952:10 957:7,18
957:24 961:8,16
963:11 966:4,10
968:16,23 970:2,2
972:6 974:17
978:7,21 982:23
992:19 993:6
**timely** 743:7
**times** 663:22 667:20
682:7 699:9 700:4
706:20,21 720:17
723:11,25 726:8
727:20 728:5
734:4 782:10
787:5 822:3
836:19 845:17,24
856:10 866:14
869:24 873:6
937:13 960:19
967:13 968:3,19
980:4 988:23
991:9
**timing** 735:15
743:15 923:2
957:15

**tip** 903:8,12
**tired** 709:24
**title** 664:10 673:18
842:12,17 860:23
**titled** 693:20,24
790:17 825:5
**today** 656:23 661:7
663:12 666:4
764:8 784:5
789:13 810:21
852:14 889:15
890:2 917:22
957:16 966:5
990:17 992:5
**told** 678:7 707:10
709:12 711:19
716:15,18 717:13
717:18 718:8
729:12 838:24
839:18 847:11
866:13,17 894:6
901:17 928:16
**tom** 660:10 796:3,4
797:25 806:25
807:4,9
**tony** 715:14 716:20
719:18 720:20
**top** 794:22 809:24
860:21 874:3
876:18 901:3
952:2 954:9,18
**topic** 712:15,20
**torres** 648:12
658:17
**total** 669:12 685:23
686:2 753:8
797:11,12
**totally** 715:19
**tour** 851:25
**touted** 732:18
**tracked** 665:18,21
665:23 666:3,8
810:22
**tracking** 665:15
811:19

trade 665:21 755:18
  756:7,13 803:9,20
  963:7
trader 839:5
traders 686:14
trading 932:19
transcribed 993:8
transcript 931:19
  994:17,18 995:3,6
transcription 993:9
transportation
  688:20 803:6,17
  804:13
treat 922:18
treated 904:16
treatment 904:16
trial 656:9 727:19
tried 706:20 722:5
  729:20 732:20
  777:9 835:17
  927:14 985:16
  988:4
trim 903:12,22
  904:12
trimmed 904:11
trimming 902:23
  903:7 904:3
  908:22 909:2,10
trip 981:7
trouble 827:7
  917:18 918:20
  981:16
troy 649:1 658:11
trucking 674:24
true 703:17 704:12
  704:16 706:13
  715:19 721:12
  800:9,24 864:6
  865:12 913:13
  982:13,19 993:9
truly 669:3,3
trust 726:24
truth 986:20 987:6
  990:21 993:7,7,7
try 665:12,13

673:22 676:16,18
  689:10 707:8
  720:6 722:17
  724:2 770:4 776:6
  784:3 829:7 845:8
  861:23 904:10
  947:22 948:8
  971:11
trying 664:24
  669:10 672:20
  676:24 677:11
  679:11 681:25,25
  704:17,20 705:7
  705:23 706:3,4
  708:17,18,19,21
  717:8 722:18
  724:17 729:22,23
  731:6 732:16,16
  744:6 749:19
  753:3 754:17
  757:20,23 758:3
  759:18 764:16
  774:18,19,20
  778:2 779:7,8,10
  779:19 780:6,12
  780:13 782:21
  790:9 798:9,11
  800:15,21 801:6
  804:9,20,24,25
  836:9 864:20
  866:15 875:4
  880:12 901:16
  912:2 913:6,15
  948:6 960:22
  968:15 985:19,23
  987:3
tuesday 663:14
  881:9 894:23
  902:6
turn 656:15 666:19
  670:17 671:22
  687:9 700:8 761:4
  796:6 797:15
  799:24 809:22
  821:3 848:17

853:6 856:22
  857:19 859:5
  867:13 868:17
  869:7 875:15,19
  882:25 886:6
  887:13 905:4
  920:7 962:25
turnaround 984:8
turned 674:18
  916:17 955:11
  974:15
turnerdodge 646:4
  657:20 971:8
turning 772:10
  838:10 929:18
turns 713:2
twice 934:21
two 645:13 647:14
  648:18 657:3
  689:13 693:5
  708:23 709:3
  713:7 735:24
  737:25 753:6
  769:16 772:16
  778:5,11,21,23,25
  789:17 814:10
  827:25 833:11,13
  839:6 841:15
  846:5 847:2 911:9
  921:19 924:20
  927:15 965:12
twopage 733:10
  947:3
tx 652:11 653:8
  771:7 809:3
type 665:6,7 667:11
  685:5,18 761:19
  815:9 852:2
  861:25 877:11
  883:15,16 910:17
  985:10
types 699:20 744:22
  836:16 975:4,23
typical 743:18,24
typically 681:21

**U**

ub00007529 652:23
  791:25 792:7
ub00007534 652:23
  791:25
ue 949:21
ue0145 830:23
ue0145966 653:20
  830:6,22
ue0145969 653:20
  830:6
ue0148105 654:19
  949:25
ue0176108 654:12
  938:20,23
ue0176451 654:8
  906:3,6
ue0186974 654:17
  946:21 947:4
ue0186975 654:17
  946:21
ue0198410 654:20
  951:19,25
ue0208693 883:2
  887:13 897:4
ue0210026 653:9
  809:4,13
ue0210047 653:9
  809:4,14
ue0210295 654:11
  921:4,10
ue0210298 654:11
  921:4,10
ue0212411 653:11
  812:3,8
ue0212413 653:11
  812:8
ue0225056 653:23
  848:4,10
ue0225077 890:19
ue0225085 653:23
  848:5,10
ue0295925 654:6
  881:23 882:4
ue0295940 654:6

881:23 882:4
**ue0302008** 651:15
675:13,20
**ue0302009** 651:15
675:13
**ue0354878** 651:22
710:7,12
**ue0354882** 651:22
710:7
**ue0533500** 651:20
692:22 693:8
**ue0533514** 651:20
692:23
**ue0567057** 901:4
**ue0619780** 651:19
687:12,19
**ue0619789** 651:19
687:13
**uea** 739:4 765:13
845:20 929:6
962:16
**uep** 652:22 654:15
654:16,18,20
659:13,16,19
662:24,25 663:20
673:10,11,12,14
680:24 683:6,22
683:24 684:9,9
686:14 694:19,25
696:17,23 698:9
700:12 704:8
705:5 707:7,10
709:5 711:18
713:12,18,19,24
714:3,8,14,17
715:6,7,9,17,17,18
717:19,22 720:2
720:12 721:16
722:12 727:7
729:7 731:11,17
731:24 734:5
736:24 739:4
743:9 744:4,5
745:18,20,22
746:2 749:3,11

753:20,23 754:7,9
754:24 757:5
763:15,21 764:10
765:13 766:7,13
766:17 767:5,21
767:22 768:18,19
768:22 769:5,5,11
772:2 774:9,12,14
774:24,25 775:2,6
775:11 776:3,19
776:24 777:2,6,15
777:22 781:10
782:7 785:22,23
791:5,23 792:6,24
793:3 795:8
807:20 811:12
813:14,16,17
815:12,19 816:16
817:21,25 819:9
820:19 824:20
825:6 829:23
831:14,15 836:14
837:15 838:11
841:23 842:4,12
845:13 847:5
850:21,25 851:2
852:6 853:20
854:2,8,13,18,22
854:25 855:7,12
857:7 862:7
880:18 886:14
890:2 891:5
894:25 901:7
913:6,19 914:21
915:5,25 917:10
918:22 920:2
928:24 930:11,16
931:13 932:5,11
932:19 933:5,15
935:9 936:2,15
937:4 938:2 939:6
939:12,14,21
941:4 946:6,19,19
947:5,6 948:14
949:6,24 950:9

951:19 952:3,10
952:20,23 958:16
958:22,23 961:8
961:12 963:7
964:20,21 965:8
965:11,13,19
966:23,25 967:2
967:15,17,25
968:25 969:12
971:22 972:11,20
977:12,19 979:19
988:14
**uepproducer** 654:9
921:8,16
**ueps** 718:3 719:4
731:23 732:23
738:11 773:5
774:5 808:10
843:13 844:3
853:12 855:20
933:22 948:20
965:9 970:14
**uhhuh** 832:20
847:10 868:20
887:12 941:14
960:14,17
**ultimately** 843:25
845:9 881:5
892:11 928:13
**unacceptable**
669:24 896:10
**unanimous** 976:23
**unanimously** 773:7
901:11
**unanswered** 755:17
756:3 759:7
**unanticipated** 908:5
**unbelievably** 690:17
**unclear** 761:24
**unconditional**
965:14
**undercover** 916:12
**underline** 681:19
689:23
**understand** 677:10

678:19 680:23
695:22 701:5
715:9 718:13
722:18 724:7
725:22 760:20
765:12 779:15
784:19 786:7,18
787:9 798:18
799:4,12 804:24
805:2 808:3
815:11 846:4
853:15 879:19
880:5,13 899:19
909:14 910:12
944:6 948:13
965:2 966:22
987:15
**understanding**
675:3 715:16
719:25 722:12
723:16,16 734:11
781:16 786:22
798:4,7 799:19
800:8 850:9,19
901:12,14 903:4
973:2
**understood** 727:7
778:4 815:10
**unfair** 722:13
**unfortunately**
902:25
**union** 838:16
**united** 645:1 647:19
647:19 651:18
652:4,13,17,20
653:21 654:4
657:8 670:19
687:12,22 688:24
708:4 737:9
780:20 786:5
788:17 789:4
790:3,18,23 791:8
794:12,24 797:18
828:8 848:7
856:25 857:5

859:21 881:25
928:17 929:20
941:10 948:6
954:2 979:24
981:13
**university** 664:7,14
665:3 837:25
839:14 840:7,9,11
840:12,19 841:8
893:6 899:11,16
905:8
**unpasteurized**
875:23 876:25
984:24
**updated** 662:20
**updating** 663:9
**upright** 883:25
887:18 888:12
**ups** 827:13
**upset** 754:6 959:25
960:20,24 961:3
**urged** 851:13
892:10 907:19
**urner** 665:11 682:18
682:22 808:11,13
825:17,20 876:14
876:23 877:2,14
877:18,25
**urquhart** 646:3
657:18
**usable** 883:14
**usda** 665:9,11,18,24
665:24 674:21
680:7 690:19,24
691:16,19 714:12
716:16 720:5
732:17,19 742:21
742:22,23 766:16
797:2,2,8,11,12
798:23 811:3
828:10,14,20
829:6,11 840:14
840:16,23 851:10
851:13,17 869:19
879:4 923:15,16

923:17 927:16,19
927:23 970:2,5,12
978:12 979:17
983:25 984:2
**usdaams** 742:24
810:8
**usdaamss** 811:5
**usdafsis** 742:24
**usdas** 831:8
**use** 731:3 742:24
743:2 778:16,18
838:5 845:2
884:23 903:11
908:21 914:24,25
915:2,3 936:6
967:18 974:13
**useable** 883:22
**useful** 683:22 684:9
**usem** 654:21 659:14
659:17,19 673:11
675:24 680:25
695:7 820:19
825:6 928:7,9
930:13,20 931:24
952:21 953:4,18
954:3 971:22
972:11,20
**uses** 683:24 684:7
799:10 877:14

___

**V**

**vaccination** 907:10
**validus** 851:10,17
**value** 948:21,25
**vanessa** 649:19
660:12
**variety** 665:16
907:12
**vehicle** 755:23
845:21
**verbalize** 978:25
980:24
**verified** 711:4,6,8,8
711:21 718:2
**verify** 737:3 747:12

**veritext** 650:6
656:22 660:17
**versus** 889:15
**veterinarian** 840:18
**veterinary** 841:6
**viable** 961:13
**vice** 785:23 815:18
816:16,18 817:25
831:16 842:13
961:7,17 963:12
**video** 916:15,17
**videographer**
650:17 656:11
659:22 660:3,15
735:16,23 783:5
783:11,20 820:2,8
885:3,9 940:12,18
957:18,24 992:19
**videotape** 657:12
**videotaped** 645:11
**view** 704:5 766:7
769:16 857:12
922:15 959:5
**views** 958:20 959:10
**violated** 752:13
834:6
**violating** 924:8
**violation** 829:2,13
919:21
**virtual** 650:6
**virtually** 764:10
889:7 976:23
**visit** 843:22,23
**visited** 961:10
**vjacobsen** 649:21
**voices** 651:18 652:4
652:13 670:19
687:12,22 688:25
708:4 737:9
780:20 828:8
857:2,5 928:17
941:10 979:24
981:14
**volume** 735:18,25
783:13 820:10

885:11 940:20
992:21
**voluntary** 697:7
698:17,18 766:17
824:2 965:21
967:5
**vote** 748:8 843:10
846:13 930:17,21
**votes** 769:5 924:20
**voting** 976:25
**vs** 752:24

___

**W**

**wadsworth** 845:18
**wait** 769:7 778:9
830:19 964:5
**waiting** 821:3
906:22
**waived** 656:6
**walk** 966:8,12,14
**walking** 926:17
**wall** 733:20
**walmart** 710:25
711:15,19 712:3
712:19 713:11,23
713:25 714:11,20
715:5 716:2,3,9,13
716:15,18,23
717:7,11,13,24
718:8,14 719:8,11
721:6,12,13,19,20
721:21 722:21
723:19,24 724:3,6
725:15 726:3,14
727:4,10,12
728:18,20 729:6
729:12 730:2,5,10
730:18,19 731:5
732:7,10,14 846:2
**want** 677:14,25
678:18 686:14
688:15 689:22
690:7,12 695:20
700:3 701:4 702:3
712:13,17 719:24

726:20 727:25
729:16 730:22
736:3,8 746:21
751:3 754:4
756:21 763:20
775:10,12 776:2,5
780:25 784:6,7
799:22,23 821:8
824:23 833:16
840:2 843:22
850:8 854:4 861:8
867:23 880:19,25
884:13 890:15
891:7 893:22
894:19 902:15,22
910:12 914:25
915:2,18 917:14
917:21 922:3
923:13 928:19
932:10 934:7
961:2 966:8,12,21
967:15 969:13
988:16 989:2
990:7 991:23
**wanted** 672:14,16
673:19,23,23
677:19 680:3,4,4,5
751:5 763:14,16
777:18 834:21
835:16 836:6
837:21 846:19
861:2 867:22
868:6 881:2 891:3
892:14 894:24
895:6 902:11
914:21,23 915:2
954:11 965:15
967:20
**wanting** 744:13
**wants** 713:5 740:13
754:4 894:3
966:14
**warm** 891:19
**warning** 714:8
860:19

**warrant** 781:13
**washington** 648:8
649:8 772:4 795:4
795:19 833:23
840:11
**wasnt** 673:18
680:12,14 784:24
823:16 898:3
920:24 959:6
965:10
**wasting** 966:4,10
**watched** 838:15
858:13
**water** 821:10
**way** 666:5 668:7
671:8 679:20
696:2 698:18
722:16 729:21
732:14 744:13
745:21 746:4
749:18 764:22
769:23 773:20
775:13 776:6
777:9 801:3 821:2
832:2 851:11
872:23 877:11
879:24 893:8
895:13 896:4,12
896:14 898:21
909:5 915:9,13,14
925:17 930:7
964:14 968:21
979:21 985:13
989:14
**wayne** 831:15
859:19
**ways** 696:17 722:16
**weaver** 649:17
660:11
**web** 811:5
**website** 743:3
**wed** 663:24 751:18
**wednesday** 926:25
**week** 791:10 807:2
893:3

**weekly** 811:5
**weeks** 681:23
695:16 904:3,4
941:24
**wegmans** 845:18
**weil** 649:6,9
**welcome** 767:21
939:14
**welfare** 652:10
653:16 654:9
669:4 689:19
705:20 706:11
707:4 708:17,17
708:22 709:20
714:13 716:16
758:20 761:12
771:6 772:3
817:10,20 838:10
839:16,17 842:24
844:19 847:18
848:24 850:17
853:13 854:9,14
854:19,22,25
855:8,13 856:9
857:16 859:23
864:18 866:8
870:12 871:3
906:15 907:3,13
908:8 912:19
913:4 914:15,17
915:9,20 916:22
921:9,16 928:23
933:10 963:8,13
969:8 973:20
**went** 682:12 690:9
770:7 787:4
801:25 802:6,7
872:23,25 876:10
876:16,16 880:20
895:17 912:21
984:10,10
**west** 744:11
**weve** 675:17 684:23
693:3 736:14
775:16 786:8

841:16 894:14
896:11 915:9
917:9,10 927:25
934:9 963:3 980:3
983:7,25
**whaley** 845:24
938:9
**whats** 663:3 690:23
701:3 710:11
716:17 718:25
723:7 731:7,23
733:9 757:10
777:25 782:13,23
895:22 912:24
922:12 950:11
978:10 984:5
987:7
**whatsoever** 673:19
915:12 974:15
**whispering** 656:14
**white** 899:25 902:18
902:21
**whitney** 647:13
659:12
**wholesale** 800:3,17
**wholesaler** 650:12
**wide** 980:10
**widely** 837:23
**widened** 801:11
**wilcox** 842:16 843:9
**wild** 892:22
**wilke** 733:23 734:3
**william** 831:8
833:21 970:19,21
**willing** 673:24
802:22 991:17
**wilson** 971:22 972:2
972:19 973:6
**winndixie** 650:11
855:10,12
**winter** 891:12
**withdraw** 895:14
**withdrawal** 905:9
**withdrawn** 895:3
**witness** 655:3

660:18 666:11
668:25 670:12
671:8 676:15
677:22 680:14
682:16 684:4,13
689:9 691:4,5,23
697:2,17 698:13
699:6,23 705:23
707:16 709:23
711:24,25 713:23
717:17 718:11
719:16 720:19
723:25 724:16
725:18 726:7,17
726:18,23 727:17
728:24 729:3,19
730:17 735:7,13
743:23 747:22
748:12,14,25
750:12 754:17
755:14 759:24
761:9 762:2
763:19 767:9,14
767:17 768:11,15
769:21,22 770:10
782:6 786:13,15
786:25 787:3
790:9 792:20,22
793:16,18 794:8
798:22 800:11,14
801:5 802:12
804:2,8 806:5
809:15 811:16
812:11,15 814:9
816:24 819:25
821:22 822:8,22
823:5,14,23 824:8
825:19 826:10,20
827:12,21 831:23
832:12 833:25
835:24 836:6
837:4 838:7
843:17 844:12
845:7 851:21
852:9 853:11

855:17 856:4,15
857:3,12 859:13
862:23 865:12,20
866:12 869:7,18
872:9,16 874:14
874:20 875:13
876:7,13 878:11
878:20 879:2,15
880:12 882:9
885:25 888:10
895:8 898:6
900:14 908:2
909:22 910:11
911:22 913:10
914:3,8 916:8
919:3,23 920:12
920:18 922:25
924:25 926:3
927:11 929:9
931:3,11 932:3,25
933:8 934:10,20
935:19 936:18
937:9,17 938:6,20
940:11 942:24
947:18 949:3,9,22
952:23 956:24
959:15 961:22
962:12 963:17
964:25 967:14
968:4,8 969:7,21
971:15 972:16
973:4,15 975:9
980:14 983:17
986:4,23 987:5
988:22 990:18,25
991:5,8 992:23
993:10,12 994:2
**wondering** 879:16
962:3
**wont** 702:25 891:17
**word** 711:5,6
752:14 843:7
860:22 863:13
902:25 910:6
**wordings** 798:10

**words** 705:24 706:4
**work** 664:13 665:4
665:5 666:4 675:2
684:10 688:25
709:5 713:24
736:9 743:12
775:13 786:5
850:25 851:19
894:15 901:20
904:8 974:16
**worked** 664:7
674:22,23 776:4
776:21 851:18
955:6
**worker** 664:9
**workers** 892:4
**working** 675:9
785:3,6 866:13
896:5 901:15
927:22,25 948:5
**works** 880:13
896:18
**world** 729:21
858:13,14 929:14
**worry** 849:16 913:3
**worst** 873:6
**worth** 681:12 909:4
**wouldnt** 774:6
861:4 902:13
953:13
**wright** 648:6 659:9
**write** 813:12
**writing** 759:25
907:2 955:12
**written** 705:8
710:22,25 714:5,7
730:5 742:21
786:9,16 787:24
787:25 836:14
884:10 906:12
955:2 959:23
960:16 981:19
989:13
**wrong** 676:24
677:13 689:11

722:16 812:3
832:2 867:11
917:10 927:7
**wrote** 675:24 703:19
733:14,18 759:13
759:18,22 798:2
812:18 814:7
825:14 869:3
900:5 952:10
989:3

___

**X**

___

**Y**

**yeah** 664:6 692:9
796:17 799:8
803:14 804:8
825:25 829:20
832:3 837:7,24
869:10,13 871:13
884:15 891:9
900:23 906:24
909:22 960:11,11
960:12 968:5
**year** 686:7,24 688:5
688:11 692:15
695:23 708:6
759:4 785:4
853:17 873:17,23
978:15,15,20
**yearly** 978:18,21
**years** 664:7 665:10
667:15 669:5
686:21 714:9,25
776:23 780:8
784:13 785:2,21
786:3 801:8,13
803:22 823:15
840:20 858:18
864:9,16 881:8
893:5 902:25
916:3 926:5
953:15 979:15,16
**yep** 984:20
**yesterday** 807:14

945:24
**york** 646:5,5,12,12
650:2,2 656:22
**youd** 764:3
**youll** 671:23 727:18
792:13
**young** 893:25
**younger** 904:13
**youre** 666:23 667:14
669:3 679:11
680:11 694:25
699:19 702:18
704:17 705:23
706:3 710:14
724:10 725:23,25
727:24 730:20
734:14 748:5
752:3 759:16
761:12 764:16
767:8,24 768:17
772:12 774:18,19
776:9 779:6
786:18 791:18
814:2 861:24
876:3,25 877:2,3,6
896:8 899:4
906:22 908:23,25
909:7,17 933:11
947:15 966:4,9
969:17 978:10
980:6
**youve** 661:22 673:2
706:19 715:5
719:3 784:11
785:21 786:9
821:3 917:13

**Z**

**zeros** 781:7
**ziemianek** 648:12
658:16,17 747:19
781:4 805:25

**0**

**00** 926:18 934:8,11

934:15 982:25
**000** 810:8 839:6
845:19 955:13
**000000775** 652:13
780:20
**000000781** 780:21
**000011241** 653:15
815:24 816:7
**000011242** 815:25
**000482** 654:14
944:20 945:10
**0006756** 652:5
**0020096** 652:9
**0027389** 652:12
**009** 675:20
**02** 950:14,17
**03** 652:4 737:8
**04** 652:6,7 654:7,13
739:18 741:21
906:5 944:19
**05** 653:10,20 700:9
812:7 830:5
**06** 651:15 654:21
675:12 953:17
**07** 651:16 653:13
684:17 814:14
**08** 645:15 651:18,21
651:23 653:12
656:25 666:21
687:11 710:5
733:3 813:2
**08md02002** 645:4
657:10
**08md200020000457**
651:17
**09** 652:13 780:19

**1**

**1** 651:18 652:7,13
653:20 672:3
687:11 738:8,18
739:7 741:21
742:7 755:17
780:19 830:5
873:9 885:4,10

941:19 942:5,20
983:6
**10** 649:15 652:11
654:7 659:22
771:6 783:6,12
797:15 799:13
820:9 906:5 930:4
**100** 714:6,8 717:20
751:16 753:16
755:4 773:4 774:3
775:3 776:20,25
813:8 912:14,15
914:11 915:18,20
915:23 916:6
918:25 919:16,20
920:4 964:9,13
965:25
**10006** 650:2
**10010** 646:5
**101** 648:13 814:19
**10119** 646:12
**102** 816:5
**103** 852:18,19,24
**104** 818:17
**105** 831:21 832:6,10
969:16,18,19,21
970:17
**106** 849:22 890:14
904:22,25 905:3,3
**107** 885:22 886:7
887:25 897:16
904:21 986:22
**108** 906:3 989:4
**11** 651:15 653:8
654:13 670:22,25
671:2,5,6,8,12,14
675:12 736:14
809:2,22,23 820:3
925:9 944:19
945:5 950:14,17
950:18 955:23
979:23 984:24
**1100** 649:14
**111** 944:11,16 945:6
945:8,15

**112** 946:15 947:2
**11242** 653:15
**113** 949:22 950:6,8
955:15,18,19
**114** 951:15,24
**116** 956:14,23
**11th** 671:11,11
**12** 652:4 654:21
660:4 737:8
799:24 802:25
803:2,3,11,12
820:9 953:17
**12year** 880:22
**13** 777:19
**1300** 649:7,20
**14** 735:15 736:5,10
904:3 984:21
**145969** 830:23
**15** 652:6 739:18
740:7 772:3 780:4
816:20 865:2
934:18
**1516** 971:20
**15219** 647:23
**15minute** 930:5
**16** 701:25 887:20
950:25 955:20
984:18
**1604** 646:17
**16th** 648:18
**17** 651:16 654:13
684:17 686:17
810:8 887:20
944:19 945:12
**18th** 645:14 647:15
**19** 653:12 748:8
758:16 761:10
813:2,9,21 992:20
992:24
**19102** 648:19
**19103** 645:15
646:18 647:15
**19104** 647:8
**1919** 648:7
**1960** 785:4

**1960s** 864:15 893:5
**1970** 691:8
**1970s** 679:13
**1980s** 666:5 679:13
  691:8
**1982** 786:4
**1983** 662:21
**1998** 948:16
**1999** 662:6 667:4
  668:20 670:6,14
  672:10,20 673:4
  764:8 826:18
  827:10,14,16,19
  979:25 981:13
**1a** 954:17
**1st** 942:6

**2**

**2** 651:13 653:13,20
  661:12 671:19
  672:3 747:15,17
  748:8 751:21,23
  752:8 814:14
  830:5 841:24
  856:22 867:12,13
  868:17 875:15
  899:24 902:7
  921:21 940:13,19
  941:20 942:20
  950:14,17,18
  955:23 957:19,25
  979:25 984:7,15
**20** 652:13 696:10
  713:8,9 722:9
  780:19 841:13
  865:2 877:25
  881:19,20 884:16
  885:4 887:6,7,8
  914:18 915:10
  929:12 955:2,13
  986:15 995:13
**200** 959:3
**2000** 680:25 694:14
  782:19 841:23
  852:22 881:17

882:18 884:10
  887:11 889:16
  896:25 955:23
**20005** 649:8
**20006** 648:8
**2000s** 691:18
**2002** 645:4 657:11
  685:11 701:8
  766:13 857:5
  871:14,16 886:14
  886:16 897:15
  950:18 955:23
**2003** 653:17 703:13
  736:24 738:5
  770:5 817:10,21
  871:7,12
**2004** 703:13 738:19
  739:8 740:7 742:7
  757:13 758:9
  833:18 835:21
  938:2 941:11
  942:5 945:13
**2005** 654:10 687:2
  690:8 694:4,14
  697:20 700:21
  749:25 757:15
  758:10,11,16
  761:20 769:19
  770:18 812:2
  921:9,18 942:6
**2006** 652:11 653:8
  675:25 687:2
  690:8 694:4,15
  697:20 700:21
  771:6 772:3 780:4
  809:2,17 816:20
  954:10,13,15
  955:24
**2007** 686:17,20,23
  688:2 690:6,10
  693:25 696:19,22
  697:24 701:23
  707:13 708:5
  815:5 847:18
  954:5

**20072008** 890:10
**20078** 746:20
  747:21
**2008** 687:23 693:11
  693:18 702:11
  703:3 707:10
  709:13 710:19
  733:15 782:19
  813:9,21 818:25
  826:18 827:10,15
  827:15,19 847:18
**20080** 746:20
**2009** 703:3 792:12
  793:17 794:17
  928:18 929:12
  971:20 972:8
**2012** 805:5
**2013** 645:9 656:23
  672:21 993:13
  996:3
**2026827231** 649:9
**2027783056** 648:9
**21** 651:21 710:5,19
  867:12 884:12,16
  884:17 885:15
**2100** 648:2
**2126081900** 650:3
**2128497000** 646:6
**2128497152** 646:6
**2146983279** 648:3
**2156653884** 648:20
**2159814121** 647:16
**2159814652** 647:17
**2159814714** 647:16
**2159853270** 646:18
**2159942421** 647:9
**22** 651:15 654:21
  675:12,24 953:17
  954:5,10,14
**2200** 649:2
**224** 649:20
**22nd** 646:5
**23** 867:11,12,14
  941:11 982:21,22
  983:3

**20072008** 890:10
**24** 651:23 654:10
  681:13 682:11
  712:25 733:3,14
  818:24 921:9,18
**25** 713:2 857:4
  885:10 890:25
**26** 653:10 812:2,7
  940:13
**27** 645:9 656:23
  901:25,25 986:3
  996:3
**2700** 647:2
**28** 710:19
**2929** 647:8
**2nd** 646:17

**3**

**3** 651:18 653:12
  671:22 672:3
  687:11,23 701:7
  701:16 702:12,22
  747:15 750:5
  752:20 762:13,20
  763:2 813:2 832:7
  832:14 848:17,25
  849:21 863:8
  864:2 869:19
  871:20 874:4,5
  886:24 899:24,24
  901:3,4 926:18
  934:8,11,18
  980:19 992:20,24
**30** 652:4 713:10
  722:9 724:23
  726:17 737:8
  785:21 799:10
  820:3 839:6
  884:22 908:21,22
  909:2 942:6
  994:16
**300** 647:2 650:9
**3000** 645:13 647:14
**30second** 884:20
  940:5,9
**3126607604** 649:21

**3128613735** 650:10
**3129232818** 646:23
**3172371144** 647:3
**32** 735:17 799:10
**3200** 648:19
**33** 940:19
**35** 727:15 728:23
856:20
**3517** 813:10
**353** 646:22
**35th** 647:23
**39** 655:16 736:14

**4**

**4** 651:16 652:6
654:7 672:3
684:17 739:18
758:7 759:8
765:21 863:19,25
874:4,5 886:6
888:4 897:12,20
906:5 982:25
**40** 733:12 819:21,23
819:25 914:18
934:8,9
**4123383344** 647:24
**4156554335** 648:14
**43** 669:18 701:13
783:6 864:24
**44** 735:24
**45** 908:20
**45402** 649:15
**457** 685:2
**46** 868:12,14 984:6
**462041750** 647:3
**48** 668:14 669:23
701:13 865:3,5
910:19 959:17
960:13 981:22,24
**49** 957:19
**493** 818:19

**5**

**5** 674:8 796:7 942:5
**50** 648:18 775:23

784:12 785:2
803:22 891:6
908:19,20,21
**500** 648:8
**501** 650:2
**50some** 823:15
858:18
**51** 646:5 783:12
957:25
**514** 693:8
**53** 701:7,16 871:20
**55** 771:23
**55402** 649:3
**56** 771:13 772:10,13
772:15 871:18
**586** 955:13
**5b** 983:6,20
**5th** 762:23,24

**6**

**6** 652:7 653:13
681:12 682:10
741:21 814:14
815:5 905:4
934:15
**60** 914:19
**600** 845:19
**60601** 650:9
**60604** 649:20
**60654** 646:23
**61** 650:2
**6129778415** 649:3
**64** 702:17,20 766:6
927:8
**6467335727** 646:12
**65** 766:7 941:8
**656** 655:16
**66** 831:23 832:3
**661** 651:4,14
**67** 702:17,20 883:14
886:13
**675** 651:15
**6756** 737:22
**684** 651:17
**687** 651:19

**692** 651:20

**7**

**7** 651:13,21 661:12
701:25 702:12,22
710:5 899:24
**70** 764:20 765:2,9
925:19,20,25
**71** 764:20 765:2
766:6
**710** 651:22
**72** 902:9,17
**733** 651:24
**736** 651:5
**737** 652:5
**739** 652:6
**741** 652:8
**746** 652:9
**752016912** 648:2
**76** 761:4,13
**7709** 661:21
**771** 652:12
**775** 781:6
**78** 758:2 762:14,20
**780** 652:13
**781** 652:13
**783** 651:6
**787** 652:15
**788** 652:18
**789** 652:21 687:19
**79** 661:10 683:4
759:6
**791** 652:23

**8**

**8** 645:15 656:25
659:22 660:4
703:4 748:8 805:5
887:24 888:14
984:21,24
**80** 649:2 796:13
**805** 652:24 653:6
**808** 653:9
**81** 731:9
**812** 653:11

**813** 653:12
**814** 653:14
**815** 653:15
**817** 653:17
**818** 653:19
**82** 707:25 708:4
**820** 651:7
**830** 653:20
**848** 653:23
**85** 796:14
**86** 737:5 757:2
883:14 886:14
**87** 739:13 743:17
**88** 741:19 743:17
**881** 654:6
**882** 710:13
**89** 746:7
**8th** 649:2

**9**

**9** 651:23 653:10
703:4 733:3
735:17,24 812:7
**90** 676:4 771:3
902:19
**900** 649:8
**906** 654:8
**91** 780:17 928:19,20
**92** 787:10
**921** 654:11
**93** 788:22
**9374634928** 649:16
**938** 654:12
**94** 790:14 971:6,7
**940** 651:8
**94111** 648:13
**944** 654:14
**946** 654:17
**949** 654:19
**95** 792:5 902:20
971:8,9,10,16,18
**951** 654:20
**953** 654:22
**956** 654:24
**958** 651:4

**96** 805:3
**97** 805:15
**98** 806:20 809:7
 949:12
**99** 651:13 661:12
 812:5
**9th** 993:13