# ATTACHMENT 21

HIGHLY CONFIDENTIAL

1          UNITED STATES DISTRICT COURT

2         EASTERN DISTRICT OF PENNSYLVANIA

3

4   IN RE:  PROCESSED EGG PRODUCTS    MDL NO. 2002

5   ANTITRUST LITIGATION              08-md-02002

6   ------------------------------------------------

7   THIS DOCUMENT RELATES TO:

8   ALL ACTIONS

9

10

11          ** HIGHLY CONFIDENTIAL **

12

13       VIDEOTAPED DEPOSITION OF JEFF HARDIN

14

15         Taken at Young, Wells Williams,

           4450 Old Canton Road, Suite 200,

16         Jackson, Mississippi, on Friday,

       April 18, 2014, beginning at 9:16 a.m.

17

18

19

20   REPORTED BY:

21       CELESTE O. WERKHEISER, RMR

22

23

24

25

HIGHLY CONFIDENTIAL

Page 2

1 APPEARANCES:
2   PATRICK AHERN, ESQUIRE
      Ahern & Associates, P.C.
3   Three First National Plaza
      70 West Madison Street, Suite 1400
4   Chicago, Illinois 60601
      Telephone: (312) 214-3784
5       ATTORNEY FOR DIRECT ACTION PLAINTIFFS:
        WINN-DIXIE STORES, INC., H. J. HEINZ,
6       C&S WHOLESALE GROCERS, INC. AND
        ROUNDIE'S SUPERMARKETS, INC.
7
8   MARK J. SCHIRMER, ESQUIRE
      Straus & Boies, LLP
9   4041 University Drive, 5th Floor
      Fairfax, Virginia 22030
10  Telephone: (703) 764-8700
      Fax: (703) 764-8704
11      ATTORNEY FOR INDIRECT PURCHASER
        PLAINTIFFS
12
13  JAMES T. ALMON, ESQUIRE
      Kenny Nachwalter, P.A.
14  1100 Miami Center
      201 South Biscayne Boulevard
15  Miami, Florida 33131
      Telephone: (305) 373-1000
16  Fax: (305) 372-1861
        ATTORNEY FOR THE KROGER PLAINTIFFS
17
18  SHARON MARKOWITZ, ESQUIRE
      (VIA TELEPHONE)
19  Stinson Leonard Street, LLP
      150 South Fifth Street
20  Suite 2300
      Minneapolis, MN 55402
21  Telephone: (612) 335-1500
      Fax: (612) 335-1657
22      ATTORNEY FOR DEFENDANT, MICHAEL FOODS,
        INC.
23
24
25

Page 3

1 APPEARANCES: Continued
2
      BRIAN ROBISON, ESQUIRE
3   Gibson, Dunn & Crutcher, LLP
      2100 McKinney Avenue
4   Dallas, Texas 75201-6912
      Telephone: (214) 698-3100
5   Fax: (214) 571-2928
        ATTORNEY FOR DEFENDANT, CAL-MAINE
6       FOODS
7
      AMY N. L. HANSON, ESQUIRE
8   (VIA TELEPHONE)
      Keller Rohrback, LLP
9   1201 3rd Avenue, Suite 3200
      Seattle, Washington 98101-3052
10  Telephone: (206) 224-7435
      Fax: (206) 623-3384
11      ATTORNEY FOR DIRECT PURCHASER
        PLAINTIFFS
12
13
14
15  Videographer: Darren Guastella
16
17
18
19
20
21
22
23
24
25

Page 4

1       STIPULATION
2       It is hereby stipulated and agreed by
3   and between the parties hereto, through their
4   respective attorneys of record, that this
5   deposition may be taken at the time and place
6   hereinbefore set forth, by Celeste O.
7   Werkheiser, Registered Merit Reporter and Notary
8   Public, pursuant to the Federal Rules of Civil
9   Procedure, as amended;
10      That the formality of READING AND
11  SIGNING is specifically NOT WAIVED;
12      That all objections, except as to the
13  form of the questions and the responsiveness of
14  the answers, are reserved until such time as
15  this deposition, or any part thereof, may be
16  used or is sought to be used in evidence.
17          ---
18
19
20
21
22
23
24
25

Page 5

1       T-A-B-L-E  O-F  C-O-N-T-E-N-T-S
2   Examination By:              Page
3   Mr. Schirmer.................................9
4   Mr. Ahern..................................180
5   Mr. Almon..................................213
6   Mr. Robison................................213
7   Mr. Ahern..................................298
8   Mr. Robison................................310
9   Stipulation..................................4
10  Exhibits:
11  Exh 46 Email from Charles Randle dated 4/01/08..67
12  Exh 47 Email from Brandon Wood dated 7/9/09.....69
13  Exh 48 Email from Linda Jackson dated 2/01/07...74
14  Exh 49 Eggs America, Inc Subcontractor
          Agreement...............................75
15
      Exh 50 Email from Jeff Hardin dated 10/24/03....78
16
      Exh 51 Email from Jeff Hardin dated 12/11/08....83
17
      Exh 52 Corporate Brands Agreement..............86
18
      Exh 53 Wal-Mart Business Review 2005-2006.......90
19
      Exh 54 Master Agreement for Finished Goods......97
20
      Exh 55 Email from Jeff Hardin dated 9/26/06....102
21
      Exh 56 Email from Mariela Oetinger
22      Dated 4/22/05.........................104
23  Exh 57 Cal-A-Gram dated 4/17/01...............105
24  Exh 58 Cal-Maine Foods, Inc. All Affiliates
          Consolidated Statement of
25      Operations.............................108

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL

Page 6

1 EXHIBITS: Continued
2 Exh 59 EGG: Mid Morning Tone - Urner Barry
    Market Update - September 2, 2008.......129
3
    Exh 60 EGG: Situation - Urner Barry
4    Market Update December 28, 2004.........131
5 Exh 61 Email from Patrick Caballero
    Dated 1/24/07...........................139
6
    Exh 62 Email from Charles Hardin dated
7    4/18/05................................142
8 Exh 63 Email from Jessica Quinn dated
    9/29/10................................143
9
    Exh 64 Email from Bob Scott dated
10    5/25/07................................147
11 Exh 65 Record of Flock Reduction
    Program.................................148
12
    Exh 66 USSEC Form 10-K 2010...................158
13
    Exh 67 USSEC Form 10-K 2011...................160
14
    Exh 68 UEG Grocery & Food Service Executives'
15    Animal Welfare Conference 2007..........172
16 Exh 69 Complaint.............................182
17 Exh 70 Minutes of the Quarterly Directors'
    Meeting of Cal-Maine Foods, Inc. -
18    March 28, 2003.........................269
19 Exh 71 UEP Animal Husbandry Guidelines for
    U. S. Egg Laying Flocks 2002 Edition....272
20
    Exh 72 UEP Animal Husbandry Guidelines for
21    U. S. Egg Laying Flocks 2003 Edition....272
22 Exh 73 FMI June 2002 Report...................281
23 Exh 74 Letter from Ed Scott to Bill Remiker
    Dated 4/10/03..........................284
24
    Exh 75 Email from Jeff Hardin dated
25    3/28/07................................287

Page 7

1 EXHIBITS: Continued
2 Exh 76 Evolution of the UEP Certified Program -
    April 11, 2007.........................290
3
    Certificate of Reporter.....................312
4
    Witness Signature Page......................313
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1 VIDEOGRAPHER:
2        My name is Darren Guastella with
3 Veritext. The date today is April 18, 2014.
4 The time is approximately 9:16 a.m. The
5 deposition is being held at the offices of Young
6 Wells Williams located at 4450 Old Canton Road,
7 Suite 200, Jackson, Mississippi, 39211.
8        The caption of this case is In Re:
9 Processed Egg Anti-Trust Litigation in the
10 United States District Court, Eastern District
11 of Pennsylvania. The name of the witness is
12 Jeff Hardin.
13        At this time, attorneys will identify
14 themselves and the parties they represent.
15 Afterwards, the court reporter will swear in the
16 witness, and we may proceed.
17 MR. SCHIRMER:
18        My name is Mark Schirmer. I am with
19 Straus & Boies. I'm here representing the
20 indirect purchaser plaintiffs.
21 MR. AHERN:
22        Patrick Ahern representing Winn-Dixie
23 Stores, Inc., C&S Wholesale Grocers, Inc.,
24 Heinz, LLP, and Roundie's Supermarkets, Inc.
25 MR. ALMON:

Page 9

1        Good morning. James Almon,
2 representing the Kroger plaintiffs.
3 MR. HOLLADAY:
4        Rob Holladay, Cal-Maine Foods.
5 MR. ROBISON:
6        Brian Robison, with Gibson, Dunn &
7 Crutcher, for Cal-Maine Foods.
8 MR. HARDIN:
9        Charles Hardin with Cal-Maine Foods.
10 VIDEOGRAPHER:
11        People on the phone.
12 MS. MARKOWITZ:
13        Sharon Markowitz for Michael Foods on
14 the phone.
15 MS. HANSON:
16        Amy Hanson with Keller Rohrback for
17 the direct purchaser plaintiffs, also.
18        CHARLES JEFFREY HARDIN
19     having been first duly sworn, was
20     examined and testified, as follows:
21        EXAMINATION
22 BY MR. SCHIRMER:
23     Q.  Mr. Hardin, would you please state
24 your full name for the record?
25     A.  Charles Jeffrey Hardin.

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL

Page 10

1    Q.   Do you go by Jeff most of the time?
2    A.   Go by Jeff, yes.
3    Q.   I will call you Mr. Hardin today, at
4 least --
5    A.   Jeff is fine.
6    Q.   No.  Not here, I'm afraid.
7         What's your current address?
8    A.   3650 Gunther Road, La Grange, Texas.
9    Q.   And have you ever been -- had your
10 testimony taken in a deposition like this
11 before?
12   A.   No.
13   Q.   Have you ever testified in a
14 courtroom?
15   A.   No.
16   Q.   Have you ever even signed an
17 affidavit that says you're under oath?
18   A.   I've probably signed some affidavits,
19 but I -- yes, I've done that.
20   Q.   Well, since you haven't testified
21 before, let me go through a few of the rules
22 that I'm certain your counsel has, but they're
23 important for the two of us today.
24   A.   Okay.
25   Q.   Given that we both, I think, like to

Page 11

1 talk a little faster than we probably should,
2 just from listening to you, try to keep -- try
3 to listen to my questions, let me finish my
4 questions.  Give your counsel a chance to
5 object, which he most certainly will do at some
6 point today.
7    A.   Okay.
8    Q.   Unless he tells you not to answer,
9 you can go ahead and answer the question.  Just
10 let him get his question out.
11        Now, if he tells you not to answer,
12 I'm going to assume that you're going to be a
13 good witness and do what your counsel says,
14 okay?
15   A.   Absolutely.
16   Q.   Okay.
17   A.   Yeah.
18   Q.   Now, the second rule is, you have to
19 not only let me finish, but don't talk over me,
20 don't anticipate my questions.
21   A.   Okay.
22   Q.   Sometimes I may ask a totally
23 different question by the end.  Now, that will
24 lead to an objection, but that's okay.
25   A.   Okay.

Page 12

1    Q.   I will try and, likewise, listen to
2 you and let you finish.  If I break in on you,
3 just make it clear to me that you're still
4 talking.  I will let you finish.
5    A.   Okay.
6    Q.   Counsel, I'm certain, will also help
7 me along on that one.
8         I also need you to answer audibly, to
9 talk clearly.  Celeste here is real good, okay,
10 but she got a little irritated with me a couple
11 days ago when I went real fast.  So you have to
12 make sure that it's something she can take down.
13 Even magical fingers can only go so fast.
14   A.   Okay.
15   Q.   You're under oath here.
16   A.   Uh-huh.
17   Q.   It's just like -- it's not --
18 frankly, we like to say it's just like being in
19 a courtroom.  You're still under the same
20 obligations being under oath.  You don't have a
21 jury.  This may be shown to a jury, I don't
22 know.
23   A.   Okay.
24   Q.   Is there any reason why you can't
25 testify here today?  Are you under any

Page 13

1 medication?
2    A.   No.
3    Q.   Okay.  Any other reason?
4    A.   Right now, I'm good.
5    Q.   Right now, you're good.  Okay.  By
6 the end, I hope you're still just as happy a
7 fellow, except for being angry at me.
8    A.   Well, let's don't get angry.
9    Q.   I will do my best.
10   A.   All right.  Good.
11   Q.   Where are you currently employed?
12   A.   Cal-Maine Foods.
13   Q.   What is your position there?
14   A.   My title is Vice President of Sales.
15   Q.   Without being -- are you a corporate
16 officer?
17   A.   Yes, sir.
18   Q.   What does it mean to be Vice
19 President of Sales?
20   A.   I have a staff that works for me, and
21 we coordinate the sales activities for our
22 company.
23   Q.   You said you have a staff that works
24 for you.  What are their jobs?  Let's start with
25 that.

4 (Pages 10 - 13)

HIGHLY CONFIDENTIAL

Page 14

1    A.   They have direct responsibilities to
2 several of our customers that we call on,
3 primarily the larger ones.  And I work with them
4 in the coordination of those activities.
5    Q.   Do you also meet with customers
6 yourself?
7    A.   Yes.
8    Q.   You said that they have direct
9 responsibilities for several of the customers.
10 By direct responsibilities, what do you mean?
11    A.   They will go see customers, do any
12 activities that either we want to accomplish or
13 our customer wants to accomplish, and coordinate
14 those through me to try to get it done.
15    Q.   How long have you been a Vice
16 President of Sales for Cal-Maine?
17    A.   I don't know.
18    Q.   Okay.
19    A.   It's been a while.
20    Q.   Okay.
21    A.   I really don't know the date.
22    Q.   How long have you been in the eggs
23 business?
24    A.   I graduated from Alabama in '82, so I
25 started in '82 with Cargill.

Page 15

1    Q.   And what were you doing with Cargill?
2    A.   Sales.  Worked sales/service
3 activity.
4    Q.   What were you selling?
5    A.   Fresh eggs.
6    Q.   Cargill handled fresh eggs?
7    A.   Uh-huh.
8 MR. ROBISON:
9         Say yes.
10    A.   Oh, I'm sorry.
11 MR. SCHIRMER:
12    Q.   With Cargill, was it shell eggs, or
13 was it liquid egg?
14    A.   Shell eggs.
15    Q.   Shell eggs at the time.
16         Today we're going to be talking about
17 eggs in general.  And I'll try and make it clear
18 when I'm talking about shell eggs, but there may
19 be times when I'm going to ask you about things
20 like egg products or what those are.
21    A.   Okay.
22    Q.   And, in fact, I'm sure I will.
23    A.   Okay.
24    Q.   And when we talk to each other about
25 that, can we try and make sure that we are clear

Page 16

1 as to whether we're talking about shell eggs or
2 egg products?  Can we do that?
3    A.   Oh, sure.  I will not be able to help
4 you much on egg products --
5    Q.   All right.
6    A.   -- because I don't know anything
7 about them, but --
8    Q.   I didn't think so.
9    A.   Right.
10    Q.   How long were you with Cargill
11 selling fresh eggs?
12    A.   I was with them until the buy-out.
13 Cal-Maine bought their -- Cargill's egg assets
14 in '88 or '89, something like that.
15         So I started in '82 and was with them
16 until Cargill sold their fresh egg assets to
17 Cal-Maine.
18    Q.   At that point, did you become an
19 employee of Cal-Maine?
20    A.   Yes, sir.
21    Q.   What was your initial title with
22 Cal-Maine when you started there; do you
23 remember?
24    A.   I don't remember.
25    Q.   Were you in sales?

Page 17

1    A.   I was in sales, yes.
2    Q.   And was your job then -- what did
3 your job entail at that time?
4    A.   At that time, my primary
5 responsibility was McDonald's Corporation.  We
6 supplied fresh eggs to McDonald's.
7    Q.   Well, when you say your primary
8 responsibility was to McDonald's, did that
9 include negotiating contracts with McDonald's?
10    A.   Agreements.
11    Q.   Agreements?
12    A.   Agreements, yes.  But, you know, just
13 the daily activities that go along with
14 servicing an account like McDonald's.
15    Q.   What do you mean by the daily
16 activities that go along with servicing an
17 account like McDonald's?
18    A.   Coordinating orders between plants,
19 going to dinner, trying to accomplish their
20 objectives, participating in their charitable
21 activities.  Just relationship building and
22 taking care of their business.
23    Q.   Did there come a time when your job
24 responsibilities changed?
25    A.   I wouldn't say so much changed but --

5 (Pages 14 - 17)

HIGHLY CONFIDENTIAL

Page 18

1 increased, had more and more responsibilities as
2 time went on.
3     Q.   And at some point you became a Vice
4 President of Sales for Cal-Maine.
5     A.   Yes, sir.
6     Q.   I'd like for you to take a look at
7 what was marked yesterday as Exhibit 14.
8     A.   Yes, sir.
9 MR. SCHIRMER:
10        For those of you on the phone,
11 yesterday's exhibit was marked and is CM00090460
12 through 467.
13     Q.   Do you recognize this?
14     A.   I saw it before I came in here, but I
15 don't recognize it from the day, but I saw it as
16 part of the preparation work.
17     Q.   One thing I'm going to suggest for
18 you today.  I will ask you in just a few minutes
19 if you spent any time with your lawyer.
20 Anything that you -- make sure that when you're
21 about to say -- like, if I show you something,
22 and he might have shown it to you, that's okay,
23 but if I ask -- but be very careful about stuff
24 like that.  I don't want to impinge upon the
25 privilege and have anything go on.

Page 19

1     A.   Okay.
2     Q.   What you just did was fine because if
3 you see something during preparation that
4 refreshes your recollection or that you've seen
5 it, that's okay.
6 MR. ROBISON:
7        Don't talk about what we talked
8 about.  That's what he's saying.
9     A.   Right, okay.
10 MR. SCHIRMER:
11     Q.   That's just --
12     A.   Sure, I appreciate it.
13     Q.   I don't want to get into this in the
14 middle of our deposition --
15     A.   Right, okay.
16     Q.   -- okay?
17        It's got a handwritten date down here
18 of 12-19-02.
19     A.   Okay.
20     Q.   And it's attached -- it was done for
21 a lender meeting, apparently, at that date, if
22 you look at the next page.
23     A.   Okay.
24 MR. ROBISON:
25        Object to form.

Page 20

1 MR. SCHIRMER:
2     Q.   In or around 2002, if you go back to
3 the first page, it lists you -- you'll see
4 there's Fred Adams at the top, CEO, Chairman of
5 the Board?
6     A.   Yes, sir.
7     Q.   Would you have a look at this for
8 just a minute and tell me if this, to your
9 recollection, accurately describes the
10 organization of Cal-Maine Foods, Inc. at the end
11 of 2002?
12     A.   From the best of my recollection,
13 this looks like what we'd have looked like back
14 then.
15     Q.   Now, if you look at the middle
16 section under the shell egg division --
17     A.   Yes, sir.
18     Q.   -- under marketing, there's Jeff
19 Hardin, Vice President, Flatonia, Texas.
20     A.   Uh-huh.
21     Q.   That's you?
22     A.   Yes, sir.
23     Q.   And next to your name, there's either
24 an asterisk or a star, I do not say which one,
25 and it says "corporate officer."

Page 21

1     A.   Okay.
2     Q.   Does that refresh your recollection
3 as to whether you were a corporate officer in
4 about 2002?
5     A.   I'm assuming I was.
6     Q.   Okay.  It says you're a Vice
7 President.
8     A.   Vice President.  I think I'm an
9 officer of the company.  I think I became an
10 officer of the company when I was promoted.
11     Q.   Okay.  Now, I want you to look at the
12 last page of this document.  For most of this
13 deposition, I'm going to be asking you about the
14 time period, basically, 2000 through 2008.
15     A.   Okay.
16     Q.   But I will go forward a little bit
17 into a little later time, and I will try not to
18 go any further back than that, except for asking
19 you about what you did at Cal-Maine in a little
20 more detail.
21        If you look at this last page it
22 says, "Cal-Maine Foods Top Ten Egg Customers."
23 Would you have a look at that list just a
24 moment?
25     A.   Okay.

6 (Pages 18 - 21)

HIGHLY CONFIDENTIAL

Page 22

1    Q.   Based upon your recollection, does
2 this appear to be an accurate list of
3 Cal-Maine's top ten egg customers during -- for
4 fiscal year 2002?
5    A.   Yes, sir.
6    Q.   Now, I take it -- has the list of
7 your top ten customers changed over time?
8    A.   Yes, sir.
9    Q.   Let me ask a couple questions. Who
10 is M.D.I. on this?
11    A.   Stands for Merchant Distributors,
12 Incorporated.
13    Q.   Do you know what Merchant
14 Distributors was?
15    A.   That was a Ken Paramore account, so
16 I'm going from memory here, but M.D.I. was a
17 distributor out of South Carolina, I believe.
18    Q.   Mr. Paramore did testify about that
19 yesterday. I'm just trying to make -- one of
20 the things I want to check on is which of these
21 were your responsibility or which would have
22 been portions of your responsibility.
23      For example, did you have any
24 responsibility for Walmart in or about 2000?
25    A.   Yes, sir.

Page 23

1    Q.   Was that national or regional?
2    A.   Yes, sir.
3    Q.   Okay.
4    A.   Yes, sir. I'm sorry, nationally.
5    Q.   National, okay.
6      Now, it says Walmart 1, and it has
7 Sam's and Walmart total. Were there more than
8 one sub-account for Walmart at that time?
9    A.   No, sir. We just kind of accounted
10 for them differently in our mind. We had
11 different buying groups, the Walmart team and
12 the Sam's team, so I just accounted for them
13 differently in everything I did.
14    Q.   What do you mean, you accounted for
15 them differently?
16    A.   In my mind.
17    Q.   Okay. That's fair enough.
18    A.   In my mind, yeah.
19    Q.   When you were selling to them, did
20 you use the same basic pricing benchmarks?
21 MR. ROBISON:
22      Object to form.
23    A.   I'm sorry?
24 MR. SCHIRMER:
25    Q.   You can still answer.

Page 24

1 MR. ROBISON:
2      You can answer if you know.
3    A.   They had different requirements.
4 MR. SCHIRMER:
5    Q.   What do you mean by different
6 requirements?
7    A.   Walmart was a warehouse
8 distribution-type account that picked up eggs at
9 our dock, and Sam's was a store door-type
10 arrangement, where we delivered eggs directly to
11 their clubs.
12    Q.   Okay. I promise I'll come back to
13 that --
14    A.   Okay.
15    Q.   -- the way those operate.
16      H-E-B, who's that?
17    A.   It's H-E-B Grocery Company in
18 San Antonio, Texas.
19    Q.   Was that one of your accounts?
20    A.   Yes, sir.
21    Q.   Today, do you just coordinate the
22 contacts with H-E-B?
23    A.   I'm not sure exactly what you mean.
24    Q.   Well, you said you have people who
25 work for you who do the day to day --

Page 25

1    A.   I do that one, too.
2    Q.   Okay.
3    A.   Yeah.
4    Q.   Food Lion. Was that -- did you have
5 a portion of that account, or was that
6 Mr. Paramore's?
7    A.   Mr. Paramore's.
8    Q.   Eggs America. I'll come back to that
9 in just a minute.
10    A.   Okay.
11    Q.   The Kroger, Dillon, Dillons and
12 Kroger, why are they together?
13    A.   I really don't know. I didn't have
14 responsibility for that account, so --
15    Q.   Okay. At least not in 2002?
16    A.   I can tell you that probably,
17 probably the 11 million is probably some
18 specialty eggs that we distributed to Kroger.
19 And the Dillons is the division in Kansas.
20    Q.   Did you ever deal with Krogers or
21 Dillons in Memphis?
22    A.   No, sir.
23    Q.   I'm from Memphis.
24    A.   You're from Memphis? I lived there
25 for a while, yeah, when I was with Cargill.

7 (Pages 22 - 25)

HIGHLY CONFIDENTIAL

Page 26

1    Q.    Then there's Albertsons.  Was that
2 one of your accounts?
3    A.    Yes, sir.
4    Q.    Nationally or --
5    A.    Nationally.
6    Q.    Then there's Bruno's.  And I'm afraid
7 I didn't ask about that yesterday.
8    A.    Bruno's was -- the time frame here
9 gets a little foggy, okay?  Because Bruno's
10 declared bankruptcy.  Bi-Lo bought them out.
11      So probably in this time frame, if
12 Bruno's existed, yes.  And they obviously
13 existed, so, yeah, that would have been one of
14 my accounts.
15    Q.    Now, number 10, it says Bi-Lo.
16    A.    Correct, which is the one that bought
17 Bruno's.  I just don't remember when.
18    Q.    Was that one of your accounts?
19    A.    No.  As a matter of fact, when Bi-Lo
20 bought Bruno's, then it switched to Ken
21 Paramore.
22    Q.    All right.  And you don't remember
23 when that was.
24    A.    No, sir, I don't.
25    Q.    What is Fiesta?

Page 27

1    A.    Fiesta is a chain of grocery stores
2 in Texas.
3    Q.    Was that one of your accounts?
4    A.    Yes, sir.
5    Q.    Now, I would like you to turn to
6 Exhibit 15, which is this document right here.
7    A.    Okay.
8    Q.    It was introduced yesterday.  Why
9 don't you have a look at it.  I gave you a
10 colored picture, so I think it's kind of cool.
11 And it's just something so you can familiarize
12 yourself with it.  I may be using this as a
13 touchstone for some parts of this deposition.
14    A.    Okay.
15    Q.    I understand it's later in time, but
16 we'll be asking about it over time.
17    A.    Okay.
18 MR. SCHIRMER:
19      Folks on the phone, this is not a
20 Bates numbered document.  As I said, yesterday
21 it was marked as Exhibit 15.
22      Were both of you on the phone
23 yesterday?
24 MS. MARKOWITZ:
25      Yes.  Unfortunately, I don't have the

Page 28

1 exhibit numbers in front of me, so if you would
2 repeat Bates labels for those docs that have
3 Bates labels, that would be great.
4 MR. SCHIRMER:
5      I certainly will if the labels came
6 out on my copies, which is a real problem given
7 what came out last night, trust me.
8 MS. MARKOWITZ:
9      Okay.  Thanks.
10 MR. SCHIRMER:
11    Q.    So I will represent to you that this
12 is a page from your website, the Cal-Maine
13 website, www.Cal-Maine.com.  And you'll be
14 seeing other pages later today.
15    A.    Okay.
16    Q.    If you look at the page -- there's a
17 page that lists the top ten customers.  I was
18 just on it, and I took my finger off of it.
19 It's on page 13, on the lower left-hand corner.
20 See that?
21    A.    Yes, sir.
22    Q.    Now, it lists the top ten customers
23 for -- as of -- for fiscal 2013, on the basis of
24 sales, I guess.  Is that approximately --
25    A.    Ask me one more time, I'm sorry.

Page 29

1    Q.    This appears to list the top ten
2 customers on the basis of fiscal year 2013
3 sales.
4    A.    Yes.
5    Q.    Would this be a current list of your
6 top ten customers, to the best of your
7 knowledge?
8    A.    To the best of my knowledge, this
9 would, yes.
10    Q.    Okay.  Now, Publix Super Markets,
11 which apparently is the previous one, when did
12 they first become a customer of Cal-Maine?
13    A.    I don't know.  It was a Ken Paramore
14 account.  We've done business with them a long
15 time, but --
16    Q.    So is this a regional account, or is
17 this a national account?
18    A.    My recollection was that -- well,
19 it's regional.  The account itself is primarily
20 a southeastern United States account.
21      We started doing some business with
22 Publix early on in the Carolinas, but I don't
23 recall the dates of any of them.
24    Q.    There's one that I don't understand
25 at all, so maybe you can help me.  If you look

8 (Pages 26 - 29)

HIGHLY CONFIDENTIAL

Page 30

1 at number 5, CCF Brands. What is CCF Brands?
2     A.   CCF Brands is a vendor to Walmart and
3 some of their distribution centers, and I packed
4 some eggs for them.
5     Q.   Now, you account for them differently
6 than Walmart and Sam's Club now?
7     A.   Yes, sir.
8     Q.   Do they sell nationally or
9 regionally?
10     A.   I would say nationally.
11     Q.   Now, number 7 is ShopRite. Is that
12 just the ShopRite groceries?
13     A.   That's probably the ShopRite business
14 in metropolitan New York.
15     Q.   And I take it that's not one of your
16 accounts?
17     A.   No, sir. Well, not during this time
18 frame.
19     Q.   Not during this time frame.
20     A.   I've got responsibility for some of
21 it now, but --
22     Q.   Which of these do you have
23 responsibility for now?
24     A.   Since Ken retired --
25     Q.   All of it?

Page 31

1     A.   -- all of it, yes, sir. I don't know
2 much about them, but yes.
3     Q.   Effectively, since Ken retired,
4 you've gained supervision over the entire group.
5     A.   Yes, sir.
6     Q.   All right. That cleans that up.
7         So you have at least supervisory
8 responsibilities over Winn-Dixie and Bi-Lo and
9 some of the other accounts that were primarily
10 Mr. Paramore's accounts in the 2000 to 2008
11 period.
12     A.   Yes, sir.
13     Q.   Costco. What is Costco?
14     A.   They're a competitor to Sam's
15 wholesale clubs. They're a wholesale warehouse
16 chain based out of Washington State.
17     Q.   Now, the next one is -- please look
18 at number 6 on this page. And if you look at
19 the last page of the previous document, which is
20 Exhibit 14, it was number 4.
21     A.   Yes, sir.
22     Q.   It's called Eggs America. What is or
23 was Eggs America?
24     A.   It still is. It still is.
25     Q.   Okay.

Page 32

1     A.   Eggs America is a cooperative that
2 was organized sometime back in the eighties to
3 supply food service -- primarily food service
4 distributors, a national egg program.
5     Q.   I don't know how to ask this quite
6 correctly. What are some of the activities that
7 Eggs America engages in?
8 MR. ROBISON:
9         Object to form.
10 MR. SCHIRMER:
11     Q.   What does it do?
12     A.   The Eggs America office itself is
13 primarily a collection agency. It collects the
14 money -- invoices the eggs and collects the
15 money, and then pushes out documents to its
16 members in efforts of sales coordination.
17     Q.   Now, when you say "sales
18 coordination," does Eggs America -- would you
19 describe Eggs America as a single sales program
20 among its various members?
21     A.   It is a cooperative of members -- egg
22 producers are regional in nature, or back in
23 this time it was, anyway.
24 MR. ROBISON:
25         Well, what time? When you say "this

Page 33

1 time," what are you talking about?
2     A.   Well, I'm talking about the 2000 to
3 2008 time frame that we're talking --
4 MR. ROBISON:
5         I just want to be clear because
6 Exhibit 15 is from last month, and this exhibit
7 is from 2002. So when you say "this time," for
8 everybody's sake, kind of tell us which time
9 you're talking about.
10     A.   I don't know that it's changed
11 significantly, depending on the time frame we're
12 looking at, but egg producers generally are
13 regional in nature. And the Syscos and
14 U.S. Food Services and UniPros and Codes and
15 stuff like that of the world, they had desire
16 for a consistent national egg program. And
17 that's what Eggs America set out to accomplish
18 when it was formed, is what I'm told. I wasn't
19 there when it was formed, but that was their
20 objective.
21 MR. SCHIRMER:
22     Q.   When you say a "consistent national
23 egg program," what did you mean by that?
24     A.   Egg quality, food safety, common
25 place to pay. It made their accounting easy on

9 (Pages 30 - 33)

HIGHLY CONFIDENTIAL

1 them, evidently, a common bill coming in.
2      Just being able to -- a lot of these
3 folks, you know, they had a customer that might
4 be national in scope, like a Denny's or like a
5 Cheesecake Factory or like a -- whoever, their
6 customers, and so they needed consistency around
7 their network. And so we could offer some of
8 those things through our quality programs, our
9 audit programs, that type stuff.
10   Q.   When you say "we could offer," that's
11 Eggs America?
12   A.   Eggs America, correct.
13   Q.   And maybe I misunderstand. I want to
14 make sure I understood what you just said.
15   A.   Uh-huh.
16   Q.   A number of large national food
17 service corporations were looking for a place
18 that they could essentially treat as a single
19 buyer -- a single seller to them for purposes of
20 accounting and for giving them quality
21 assurance.
22   A.   That's my understanding of how it
23 formed, under a company called Kraft, I think,
24 was the genesis of it. Kraft Foods, which
25 became U.S. Food Service.

1      Again, I wasn't there at the time,
2 but that's the history I've been told.
3   Q.   Now, is that how during the period
4 2000 to 2008 Eggs America operated, is it
5 provided a single billing, quality assurance,
6 auditing place for these food services?
7   A.   We invoiced things under Eggs America
8 invoices, and all the money collected was
9 collected at the Eggs America office in Boise.
10 And it still operates like that today.
11   Q.   Would you have a look at Exhibit 16,
12 please?
13   A.   Okay.
14   Q.   Now, have a quick look at it, because
15 it's fairly long, but -- I think it's fairly
16 simple, but make sure you have a chance to look
17 at it.
18   A.   Yes, sir. Okay.
19   Q.   What is this document?
20   A.   It's a list of -- the first page is a
21 list of members from this time frame. Looks
22 like --
23 MR. ROBISON:
24      Members of what?
25   A.   Members of the Eggs America

1 cooperative.
2      So the first page is the members of
3 the cooperative. The second page is some
4 subsidiary locations, looks like. And then
5 subcontractors.
6      Like I said, we're primarily regional
7 in nature, so we had subcontractors also that
8 worked with us.
9 MR. SCHIRMER:
10   Q.   You're going to have to help me on
11 that. Let me understand what subcontractors
12 are. Did the main members subcontract with some
13 of the people who are listed as subcontractors
14 here for the purpose of providing eggs under the
15 Eggs America label?
16   A.   Yes.
17   Q.   I know some of these. I mean, it's
18 got Cal-Maine Foods. And it lists you as on the
19 marketing committee, if you go to page 1,
20 paragraph number 16. I'm terribly sorry, I
21 should have been specifying.
22      You are listed, with an asterisk next
23 to your name --
24   A.   Uh-huh.
25   Q.   -- as Jeff Hardin, member of the

1 marketing committee.
2   A.   Yes, sir.
3   Q.   This is in -- it says, effective
4 3-9-2000.
5   A.   Uh-huh.
6   Q.   Does that jive with your memory that
7 you were a member --
8   A.   Sure.
9   Q.   -- of the marketing committee?
10   A.   Uh-huh.
11   Q.   Do you remain a member of the
12 marketing committee for Eggs America, Inc.
13 today?
14   A.   Yes.
15   Q.   When you're looking at the members of
16 Eggs America, Inc., is this a list of the
17 members of Eggs America, Inc. today, or are
18 there additional members or fewer?
19   A.   Some have come, and some have gone.
20   Q.   Okay. Could you tell me the names of
21 some who have come and some who have gone?
22   A.   There's not anybody obviously on here
23 that has come, but McAnally and Kofkoff, neither
24 one of those are members anymore.
25   Q.   Do you know approximately when

Page 38

1 McAnally stopped being a member?
2    A.   I don't.
3    Q.   Kofkoff, did they -- you said they're
4 no longer a member.  Does that mean that -- when
5 did they no longer become a member; do you
6 recall?
7    A.   I don't recall.  Both of those
8 companies were acquired.
9    Q.   Do you know who acquired them?
10    A.   I do.  Moark.
11    Q.   Does anyone from Moark now
12 participate in Eggs America, Inc.?
13    A.   No, sir.
14    Q.   And do you know approximately when --
15 did Kofkoff continue -- strike all that.
16        After Kofkoff was acquired by Moark,
17 did they continue to be a member of Eggs America
18 for a period of time?
19    A.   I don't remember.
20    Q.   There's some notations I don't
21 understand.
22    A.   Okay.
23    Q.   Please go to the fourth page of this
24 document.  It lists -- there's a list, and on --
25 there's a first page, Alliant Food Service, Inc.

Page 39

1 accounting, and then there's a line.
2    A.   A what?  I'm sorry.
3    Q.   A line on page 4.
4    A.   Uh-huh.  Oh, okay, that.
5    Q.   There's a line right there.  See,
6 right in the middle?
7    A.   Sure, uh-huh.
8    Q.   And then there's a number of
9 companies listed.
10    A.   Uh-huh.
11    Q.   Do you know what that's about?
12    A.   Sure.
13    Q.   What is it?
14    A.   This is just -- you know, I told you
15 a minute ago that the genesis of Eggs America,
16 from what I was told, was Kraft, Kraft became
17 Alliant Food Service.  They were based in
18 Deerfield, Illinois.  So this is their corporate
19 information at the top.  Then the line.  And
20 then all the stuff beyond that is their
21 distribution centers around the country.
22    Q.   And "not on," what does that mean?
23    A.   That means they did not participate
24 in the Eggs America/Alliant corporate program.
25    Q.   And Alliant was a customer of Eggs

Page 40

1 America, Inc.?
2    A.   They were the old Kraft.
3    Q.   Now, if you turn to page 8 --
4    A.   Okay.
5    Q.   -- it lists Sysco Corporation, Sysco
6 Produce Procurement.
7    A.   Uh-huh.
8    Q.   And then there's the line that's
9 similar.  Are the ones below the line local or
10 regional Sysco offices that would be buying from
11 Eggs America?
12    A.   It would be just like the Alliant.
13 This would be a list of their distribution
14 centers, from what I recall.
15        In other words, they're headquartered
16 in Houston.  Their buying office at that time
17 was in Salinas.  Tom Watson ran it.  And then
18 all the distribution centers are listed below
19 it.
20    Q.   And would the same be true, if you go
21 to page 11 and 12, of Premier Foodservice
22 Distributors and the companies listed after it?
23 MR. ROBISON:
24        Object to the form.  Vague.
25    A.   I'm not familiar -- I don't remember

Page 41

1 Premier specifically, and I'm not --
2 MR. SCHIRMER:
3    Q.   Do you remember any of the companies
4 listed on pages 11 and 12, after the line on
5 page 11, as being customers of Eggs America,
6 Inc.?
7    A.   I do not remember any of them.  I
8 remember the name Premier, but I don't remember
9 any of these companies.  Looks like, just as I
10 glance through it, most of them were outside of
11 my marketing area of Eggs America.
12    Q.   Who are Eggs America, Inc.'s
13 customers today?
14    A.   Well, Alliant became something else
15 and eventually became U.S. Food Service.
16        Sysco still exists as it did back in
17 this time frame.
18        I don't know about Premier.  I don't
19 recall anything with Premier.
20        We have a group of customers called
21 UniPro that are, I'm assuming, a cooperative of
22 food service distributors that is called -- the
23 group is called UniPro.
24        I don't remember if Marriott's --
25 they've closed all that stuff down and sold it.

11 (Pages 38 - 41)

HIGHLY CONFIDENTIAL

Page 42

1 Yeah. Here's the UniPro stuff back here.
2       So all of these, you know,
3 typically -- they've got buying groups -- once
4 you get beyond U.S. Food Service and Sysco, the
5 biggies, then the little guys, the smaller guys,
6 get together, and they form cooperatives. And
7 they're looking for some of the same stuff so
8 they can compete with the big guys.
9       Q.   Are you familiar with a group called
10 the United Egg Producers?
11      A.   Yes, sir.
12      Q.   What is it?
13      A.   United Egg is -- I don't know what
14 they call it, whether it's a cooperative or what
15 it is, but it's an association of egg producers.
16      Q.   Have you ever attended any meetings,
17 the UEP meetings?
18      A.   I'm sure I have.
19      Q.   Have you ever been a member of any
20 UEP committees? Have you ever been a
21 representative from Cal-Maine on any UEP
22 committee?
23      A.   No, sir.
24      Q.   Do you remember attending an animal
25 welfare conference some years ago?

Page 43

1       A.   I probably did. I don't recall it
2 specifically. I remember taking a customer to
3 an animal welfare presentation one time.
4       Q.   Do you remember if you ever attended
5 any annual meetings of the United Egg Producers?
6       A.   There's possibilities, but I don't
7 remember one.
8       Q.   Do you know whether United Egg
9 Producers ever markets Cal-Maine's eggs for it?
10 MR. ROBISON:
11          Object to form.
12      A.   They would not have marketed anything
13 that I was responsible for. I'm not sure that I
14 understand the question exactly.
15 MR. SCHIRMER:
16      Q.   Did they ever negotiate with your
17 customers so that -- as to the terms and prices
18 at which Cal-Maine will sell its eggs?
19      A.   No, sir.
20      Q.   Do they ever serve as a billing
21 address for Cal-Maine's sales in the way that
22 Eggs America serves for some of the Eggs America
23 customers?
24      A.   Not for my customer list. There
25 might be some export stuff or something like

Page 44

1 that from time to time, but not for my customer
2 list, no.
3       Q.   So as far as you know with regard to
4 customers in the United States, they do not --
5       A.   No, sir.
6       Q.   -- serve them?
7       A.   Not to my knowledge.
8       Q.   Not to your knowledge.
9       A.   No, sir.
10      Q.   And you --
11      A.   And I would think I would know.
12      Q.   You would know.
13      A.   I would know.
14      Q.   Okay. Do you know whether Eggs
15 America -- strike that.
16          Do you know whether UEP does any
17 buying of feed for its members?
18      A.   I do not know.
19      Q.   Does it buy any for Cal-Maine?
20      A.   I do not know.
21      Q.   Do you have an understanding as to
22 what percentage of Cal-Maine's feed it
23 manufacturers for itself?
24      A.   I do not know.
25      Q.   All right. Okay.

Page 45

1       A.   We manufacture a lot of our own feed,
2 but we have some buying arrangements also that
3 I'm familiar with, but I'm not sure how many
4 tons or anything like that.
5       Q.   We may get into that a little later.
6 I'll represent to you that it's a lot. You
7 manufacture almost all of it.
8       A.   Right.
9       Q.   Would you take a look at Exhibit 17?
10 Have a quick look at it. I'm going to ask you
11 just very briefly about it.
12      A.   Okay.
13      Q.   What is this document?
14      A.   It appears to be the minutes from a
15 meeting we had in Houston.
16      Q.   Did you attend that meeting?
17      A.   Looks like I was there. Yes, sir.
18 My name's on the roll.
19      Q.   Do you recall attending meetings of
20 Eggs America at the Houston Airport Marriott?
21      A.   I don't remember this specific one,
22 no.
23      Q.   It does say that you were there.
24      A.   Yes.
25      Q.   Who is Roger Deffner?

12 (Pages 42 - 45)

HIGHLY CONFIDENTIAL

Page 46

1    A.   Roger Deffner, I don't know his title
2  at the time, but Roger was employed by National
3  Food service out of Washington State, and he
4  represented National Food at Eggs America.
5    Q.   Okay.  And who's Tim Weaver?
6    A.   Tim was -- I think he's the principal
7  owner of Weaver Brothers out of Versailles,
8  Ohio, and represented Weaver for the Midwest
9  PMSA of Eggs America.
10   Q.   What is a PMSA?  I don't understand.
11   A.   It's just geographic regions.
12   Q.   Who's John Klein?
13   A.   My recollection is that John Klein
14 was with McAnally at the time.
15   Q.   I think I know who you are, and I
16 think I know Mr. Paramore, having met both of
17 you.
18   A.   Right.
19   Q.   Who's Mr. O'Brien?
20   A.   Kevin would have been representing
21 Kofkoff in New England.
22   Q.   Now, Linda Jackson.  Who is Linda
23 Jackson?
24   A.   You know, she was the one, from what
25 I was told, that kind of founded Eggs America,

Page 47

1  kind of put the concept together, and served as
2  its President for a long, long time.
3    Q.   When did she cease being its
4  President?
5    A.   Just here recently, last couple of
6  years.
7    Q.   Did she essentially serve as the
8  manager of the co-op?
9    A.   Yeah.  That would be a good
10 description.
11   Q.   It talks about the marketing
12 committee of Eggs America.  What was the
13 marketing committee of Eggs America, Inc.?  Or
14 what is it, if it still exists today?
15   A.   It still exists.  It's the sales
16 group from the member companies that coordinate
17 the activities of the co-op with the customers,
18 the customer activity.
19   Q.   Are there any other corporate
20 committees of Eggs America, Inc. that you are
21 aware of?
22   A.   No.  Not that I know of.  I'm sure
23 there was a Board of Directors, but I wasn't a
24 member of that.
25   Q.   Do you know who was a member of the

Page 48

1  board?
2    A.   I'm not sure of all of them.
3  Dolph Baker was the member from Cal-Maine.
4    Q.   Do you know any other members?
5    A.   No -- I'm sure I do, but it would be
6  speculation because I don't recall them.  I
7  don't know their names from that time frame.
8    Q.   How about today?
9    A.   I would assume that Tim Weaver is on
10 the board.  I would assume that Jerry Booky is
11 on the board from National Food Corporation.
12 And I'm not sure about the other members at this
13 point.  But it's generally the principals or
14 the -- of the companies that serve on the board.
15   Q.   For example, if you look back at
16 Exhibit 16, the front page -- I'm sorry to be
17 moving back and forth --
18   A.   It's okay.
19   Q.   -- but it's a way of helping me
20 ground myself.
21   A.   Okay.
22   Q.   For example, on this, this lists
23 several people as board members.
24   A.   Okay.
25   Q.   For example, as you can see under

Page 49

1  Cal-Maine Foods, Dolph Baker, board committee
2  member.
3    A.   There you go.
4    Q.   Would that jive with your
5  recollection?
6    A.   Yeah.  I couldn't remember all their
7  names.  But Jerry Booky, who I think still sits
8  on the board today.  Of course, Kofkoff is off.
9  Tim Weaver, board member, committee member.  So
10 yes, this is consistent with what I remember.
11   Q.   Do you remember who Joe Fortin was?
12   A.   I remember Joe.  I met him a couple
13 of times back years ago, but it's been a long
14 time since I've seen Joe.
15   Q.   Please look at Exhibit 17.
16   A.   Okay.
17   Q.   Would you go to page 2 of it?
18   A.   Okay.
19   Q.   Now, there's two sort of indented
20 lines saying "U.S. Food" and "Premier."  Go
21 right to the line right underneath that, okay?
22   A.   Okay.
23   Q.   Begins with Ms. Jackson.  It says,
24 "Ms. Jackson reported that the ratio of member
25 eggs sold to subcontractor eggs sold was

13 (Pages 46 - 49)

HIGHLY CONFIDENTIAL

Page 50

1 88.29 percent versus 11.71 percent, exceeding
2 Capper-Volstead requirements."
3          Do you have an understanding as to
4 what Ms. Jackson was talking about?
5     A.   Ms. Jackson had always indicated that
6 we had to be more than 50 percent member-owned
7 eggs to qualify as Capper.  I don't know, but
8 that's just what she always said.
9     Q.   And why would 88 versus 11 percent --
10 oh, okay, I understand.  So you exceeded it by
11 being 88 versus 11.
12    A.   Looks like we exceeded it by 38
13 percentage points or so.
14    Q.   I just wanted to make sure I
15 understood that.
16         Would you go to page 4 of this
17 document?
18    A.   Okay.
19    Q.   There's a section -- three indented
20 paragraphs after an initial opening three lines.
21 Do you see that?
22    A.   Yes, sir.
23    Q.   Okay.  Third paragraph down, it says,
24 "Chris Riska led a discussion surrounding the
25 potential for 'value added' shell eggs,

Page 51

1 including organic, enhanced feed programs, i.e.,
2 Egg-Land's Best and cage free product."
3          And then it has you -- I guess it's
4 you, Jeff Hardin --
5     A.   Uh-huh.
6     Q.   -- reporting "a limited supply of
7 organic feed had impacted the product
8 introduction on a large scale."  Do you have an
9 understanding of what that meant, sir?
10    A.   I don't remember specifically what
11 was restricting the supply of organic feed or
12 why we weren't in it in a bigger way, but this
13 is, you know, 14 years ago.  Organics were not
14 as big a deal back then, so many of our members
15 didn't even have them, probably, at that time.
16 It probably was very limited as to what we had
17 in Cal-Maine.
18    Q.   Do you know whether Eggs America at
19 this time sold organic or enhanced feed program
20 eggs?
21    A.   I don't recall.  I mean, I'm sure we
22 were trying.  I'm sure we were trying, but I'm
23 just -- I don't recall whether we had had any
24 luck or not.
25    Q.   Okay.  And do you recall whether Eggs

Page 52

1 America sold any cage free product?
2     A.   For this time frame, I don't recall,
3 but I'm sure we were trying --
4     Q.   Now --
5     A.   -- to sell some.
6     Q.   Sorry.
7     A.   That's okay.  No, I'm sure we were
8 trying to.
9     Q.   Today, does Eggs America -- in the
10 period, say, 2006 through today, has Eggs
11 America begun selling a cage free product?
12    A.   Yes, sir.
13    Q.   Do you know approximately when that
14 was?
15    A.   About what you're saying, probably.
16 2006, 2007, somewhere through there, probably.
17    Q.   I don't want to talk like a lawyer.
18 Did Eggs America start selling organic and
19 enhanced feed programs at some point, eggs?
20    A.   Yes, sir.
21    Q.   Do you know approximately when?
22    A.   Well, I thought that's what we were
23 just talking about.
24    Q.   No.  I was only talking about cage
25 free in that one.

Page 53

1     A.   Oh, okay.  All of those, that whole
2 group that you're talking about, whether it be
3 nutrient enhanced or cage free or organic, we
4 all tried to sell those programs whenever we had
5 it available to us.
6     Q.   Those kinds that we have just been
7 talking about, value-added shell eggs, organic,
8 do you have another term for those, that kind of
9 product?
10    A.   Nutrient enhanced, value added.
11 Pretty much -- I mean, of course, cage free and
12 organic are different.  They imply different
13 things.  So nutrient enhanced would be things
14 like special feed formulations to achieve a
15 particular outcome in the egg.  And then organic
16 and cage free would mean just what they say.
17    Q.   Now, you said that you're sure Eggs
18 America was trying to sell them.  How come?  Is
19 there a different profit margin to that kind of
20 egg?
21    A.   Oh, I can't speak for everybody as
22 far as profit margin goes.  Our profit margins
23 would have been different in Cal-Maine for
24 those, but it was primarily driven by a need or
25 request by our customers.

14 (Pages 50 - 53)

HIGHLY CONFIDENTIAL

1 They wanted them. They were growing.
2 That whole segment of the industry was gaining
3 ground every year. And so this customer base,
4 along with the other customer base, was
5 requesting those products, and still do today.
6 Q. What are specialty eggs?
7 A. Well, that's what I meant by nutrient
8 enhanced, special. Typically, that would imply
9 some -- in Cal-Maine, something to do with feed
10 that made it different, something to do with the
11 animal husbandry practices of the bird. That's
12 what it would imply.
13 In other words, it would be something
14 different, it would be something special, it
15 would be different than the conventional eggs
16 that at this time frame was completely different
17 product or mix than it is today.
18 Q. Let's go back to -- that's all for
19 right now on this one. I think you can put that
20 away. I won't be asking about that one again.
21 Would you go back and have a quick
22 look at Exhibit 14 for just a minute? I forgot
23 to ask you about something.
24 A. Okay.
25 Q. On page 6, under shell egg marketing.

1 A. Under shell egg what? I'm sorry.
2 Q. Shell egg marketing, page 6.
3 A. Okay.
4 Q. There's a statement that: "We have
5 two experienced Vice Presidents of marketing,
6 Jeff Hardin and Ken Paramore." And it's -- the
7 next line is, it says: "Jeff Hardin works west
8 of our Flatonia, Texas, office. He works west
9 of the Mississippi and is responsible for
10 Walmart, Albertsons, Safeway, Sysco,
11 McDonald's," et cetera.
12 A. Okay.
13 Q. Is that an accurate statement at that
14 time?
15 A. It's close.
16 Q. Close.
17 A. I mean, the river curves a lot, but
18 it's pretty close. I mean, basically I handled
19 the west, and Kenny handled the east.
20 Q. Who handled the Midwest? Depends on
21 which side of the river you're on?
22 A. Well, yeah, it would have. But we
23 just didn't really have that much business up
24 there back in this time frame. Most of our
25 stuff was southeast -- I'm sorry?

1 MR. ROBISON:
2 2002?
3 MR. SCHIRMER:
4 Q. The 2002 time frame?
5 A. Right. Most of the stuff would have
6 been -- and we still -- I mean, it says we
7 market in 42 states or whatever it is, but our
8 business is primarily in the south.
9 Q. Okay. Let's talk about that for just
10 a minute, and then we'll take a break. I want
11 to ask a little bit about that.
12 Please go back to Exhibit 15.
13 A. Exhibit 15?
14 Q. Yeah.
15 A. Okay.
16 Q. And the next one we'll be taking out
17 is Exhibit 28 from yesterday, but I don't think
18 we'll get to that until we take a break. Okay?
19 That's for everybody else sitting around.
20 If you look at page 3 --
21 A. Okay.
22 Q. -- under Cal-Maine Foods' profile it
23 says: "We are the largest producer and marketer
24 of shell eggs in the United States."
25 Is that accurate to your

1 understanding, sir?
2 A. To my understanding, yes.
3 Q. Okay. The fourth bullet point down,
4 and it's in blue, and there's a white -- on
5 mine, there's a white line, maybe there is on
6 yours -- it says, you are a fully-integrated egg
7 producer. What is your understanding of the
8 meaning of that?
9 A. My understanding is that we own
10 hatcheries to hatch our babies, our baby chicks.
11 We own some breeders to breed the males and the
12 females to get the baby chicks. So we hatch
13 them, then we feed them all. We've got milling
14 operations to feed them all.
15 We've got production operations to
16 produce -- or to grow -- we've got operations to
17 produce the pullets from zero to about 18 weeks
18 or so. And then at 18 or 19 weeks, we move them
19 into the laying facilities, which we own. So we
20 own the entire network distribution.
21 Q. Would you take a look at page 9? I
22 got to keep my finger there, but page 9 is the
23 next -- is the page -- so is this your
24 understanding of what you mean by a fully
25 integrated operation?

15 (Pages 54 - 57)

HIGHLY CONFIDENTIAL

1   A.   Yes, sir.
2   Q.   Now, when it says packaging and
3 processing, what does that mean?
4   A.   Well, when we come out -- the flow
5 chart goes -- starting at feed mills or breeder
6 flocks, it just -- it just kind of follows that
7 flow chart.
8        So once you come out of the egg
9 production at the hen house, then the next thing
10 you do is wash and grade the egg and package it
11 for our customers.
12   Q.   Is that done in -- I take it, that's
13 not done by hand anymore.
14   A.   Well, in some cases when I was
15 growing up, but not anymore, no.
16   Q.   If you look at page 11, just a couple
17 pages back, it says: "The facilities are state
18 of the art and fully automated." What does that
19 mean?
20   A.   Well, I mean, it's --
21   Q.   It's at page 11. One more back.
22   A.   Page 11.
23   Q.   One more back, I think.
24   A.   I mean, we -- we operate the newest
25 equipment. It's fully automated, stuff that

1 does the grading portion and the packaging
2 portion. Very labor efficient compared to the
3 way it was done, you know, 20 years ago, 30
4 years ago, so it's -- you know, that's accurate.
5   Q.   During the period 2000 to 2008, would
6 that have been an accurate statement?
7   A.   Sure.
8   Q.   When we're talking about -- I think
9 you said it was pretty automated?
10   A.   Yes, sir.
11   Q.   Is it your understanding that an egg
12 can go from chicken into the box and on to --
13 into the box, be packaged without a human
14 touching it?
15   A.   It can be done, yes.
16   Q.   Is it generally done that way at
17 Cal-Maine?
18   A.   Generally, yes.
19   Q.   If you'd look at page 8, there's a
20 map of the United States with Cal-Maine
21 locations.
22   A.   Uh-huh.
23   Q.   And if you'd look over at page 10,
24 there's something that's called egg production
25 facilities. It's the only way I can think of

1 asking this series of questions.
2   A.   Okay.
3   Q.   How many egg production facilities,
4 approximately, does Cal-Maine have today?
5   A.   Honestly, I don't remember, but it's
6 something in the high thirties.
7   Q.   Do you ever visit the chicken houses
8 or -- what do you call them chicken houses, hen
9 houses?
10   A.   Hen houses, chicken houses.
11   Q.   Okay.
12   A.   Yeah, chicken houses.
13   Q.   Do you ever visit chicken houses
14 today?
15   A.   Sure.
16   Q.   Say, since 2000, have you visited
17 them?
18   A.   Oh, sure.
19   Q.   How many people would be responsible
20 for each chicken house on a day-to-day basis?
21   A.   I'm not good enough at that to give
22 you a good answer. I'm sure they differ.
23   Q.   Okay. Do you know what the range and
24 the size of chicken houses that Cal-Maine has
25 today are?

1   A.   No, sir, I don't. I'm not familiar
2 enough with the production methods to know.
3   Q.   Do you know --
4   A.   There are some are -- some are
5 50,000, some are 300,000 hens, but I don't know
6 specifically.
7   Q.   Are there any that are much less than
8 50,000 hens?
9   A.   I'm sure some of the cage free stuff
10 is way short of that.
11   Q.   What about the caged? Would there be
12 any changed facilities that are less than
13 50,000, to your knowledge?
14   A.   There's probably a few, but it's
15 very, very small.
16   Q.   Okay. You just said something about
17 cage free. You said that they would have fewer
18 hens. Why?
19   A.   There are audit programs and animal
20 care programs that require you to give more
21 space to the cage free, floor space.
22   Q.   Floor space. Are they just all on
23 one floor, one level?
24   A.   There's different methods of
25 production, but I'm not familiar with all of

16 (Pages 58 - 61)

HIGHLY CONFIDENTIAL

Page 62

1 them. Again, I'm a sales guy, but I've seen
2 different methods.
3    Q.   I don't want you to guess. I don't
4 want you to speculate. I just want to know what
5 you've seen when you have gone into the chicken
6 farm chicken houses.
7    A.   Sure, sure.
8    Q.   Now, would you look at page 5 of
9 Exhibit 15. This describes the United States
10 egg industry. It says about 55 percent of the
11 egg industry is -- it says retail egg, which is
12 consumer package. Do you have an understanding
13 of what that means?
14    A.   Sure.
15    Q.   What is it? What does that mean?
16    A.   It means that about 55 percent of all
17 eggs sold in the United States were sold in some
18 type of consumer package at retail.
19    Q.   Is the 55 percent number consistent
20 with your understanding of the approximate
21 percentage of the eggs in the United States that
22 have been sold at retail over the period 2000
23 through, say, 2008?
24 MR. ROBISON:
25       Object to form. Foundation.

Page 63

1    A.   I don't recall what it would have
2 been in 2000 or 2008, but it appears to me that
3 the egg products business continues to grow, and
4 the retail package continues to shrink slightly.
5 MR. SCHIRMER:
6    Q.   All right. You said something just a
7 few minutes ago that I now want to return to
8 because it reminds me. You said that you don't
9 have a lot of experience with the egg products
10 portion of the business.
11    A.   Correct.
12    Q.   Approximately what percentage of
13 Cal-Maine's sales is shell eggs?
14    A.   I don't know off the top of my head,
15 but it's north of 90.
16    Q.   Do you have an understanding as to
17 what percentage of Cal-Maine's sales of shell
18 eggs are specialty eggs today?
19    A.   In dollars would be -- it's a hard
20 question to answer because it'll vary year to
21 year depending on what the egg markets are
22 doing, okay, so that's a moving number.
23       I can tell you that probably the year
24 that we just completed, our fiscal '13, we were
25 probably something like 14 or 15 percent units

Page 64

1 and 22 or 3 percent dollars in round numbers,
2 but don't hold me to that. Somewhere in that
3 neighborhood.
4    Q.   That's a reasonable answer, sir. I'm
5 not going to ask you for exact numbers --
6    A.   Okay.
7    Q.   -- off the top of your head. That
8 wouldn't be fair.
9       If you look at page 24 to this
10 document. If you want to keep your finger where
11 it is, but look at page 24, where it has
12 specialty egg sales --
13    A.   Okay.
14    Q.   -- is the top of it. And --
15    A.   Is yours in color?
16    Q.   Yeah.
17    A.   Yes, sir.
18    Q.   Okay. Let me make sure I understand,
19 that since 2007, in terms of units sold, the
20 number of specialty eggs sold by Cal-Maine has
21 gone from 59, I guess, million dozen to
22 156 million dozen; is that about right?
23    A.   That appears what this represents,
24 yes, sir.
25    Q.   And it's showing bars that give --

Page 65

1 look like it gives a ratio of the eggs. If we
2 were looking at revenue, my understanding is the
3 bar, that light blue section -- or whatever
4 color it is -- I'm colorblind, so I'm --
5    A.   Okay.
6    Q.   -- would be a larger proportion of
7 the overall sales than the unit sales appear to
8 be?
9 MR. ROBISON:
10       Object to form.
11    A.   That's not the way -- I may not
12 understand the question, but it appears to me
13 that the 59 to 81 to 107 to 144 and to 146
14 represent millions of dozens sold as specialty
15 eggs, and the 948 at the last chart -- the last
16 bar represents totals. So it looks like as a
17 percentage of the units or dozens.
18 MR. SCHIRMER:
19    Q.   Okay.
20    A.   I don't see any dollars on this. And
21 I can't do the math, but 156 divided by 948 is
22 probably about 15 percent.
23    Q.   You're faster than me.
24    A.   Well, no, I could be -- that's
25 probably -- I'm probably not right, but that's

17 (Pages 62 - 65)

HIGHLY CONFIDENTIAL

Page 66

1 what it's trying to represent.
2 MR. ROBISON:
3       It's Alabama math.
4    A.  Yeah, absolutely.
5 MR. SCHIRMER:
6    Q.  All right.  If you go back -- have a
7 look at page 12.
8    A.  Okay.
9    Q.  All right.  12 is -- it says
10 "Cal-Maine Customers," and it has a big pie
11 chart.  And it says: "Retail, 85 percent; food
12 service, 11 percent; and, egg products and
13 miscellaneous, 4 percent."
14       What does the retail section of this
15 mean, or what is your understanding of that?
16    A.  That's the grocer, the retail
17 grocers.  It's the Krogers, the Walmarts, the
18 H-E-Bs, the Winn-Dixies of the world.
19    Q.  Okay.  And in the year, say, 2000 to
20 2008, would the proportion of sales to retail
21 food service and egg products have been roughly
22 the same as shown on this pie chart?
23 MR. ROBISON:
24       Object to form.
25    A.  I couldn't answer that off the top of

Page 67

1 my head.  You know, I have lost a lot of food
2 service business in the last ten years.
3 MR. SCHIRMER:
4    Q.  So it might have been a greater
5 percent --
6    A.  Food service might have been a
7 greater percentage.  I've just lost a lot of
8 business in the food service sector.
9    Q.  What is the "and miscellaneous" after
10 it says "egg products"?
11    A.  I don't know.
12 MR. SCHIRMER:
13       Why don't we take a break on that
14 note.
15 VIDEOGRAPHER:
16       We're now going off the record.  The
17 time is 10:19 a.m.
18       (A recess was taken.)
19 VIDEOGRAPHER:
20       We are now going back on the record.
21 The time is 10:47 a.m.
22       (Exhibit 46 marked.)
23 MR. SCHIRMER:
24    Q.  I'm handing you what has been marked
25 as Exhibit Number 46.  Exhibit Number 46 bears

Page 68

1 Bates numbers CM00717659 through 677.  Do you
2 have an understanding of what this document is,
3 sir?
4    A.  No, sir.  I mean, it's financial
5 stuff, but that's all I know.
6    Q.  If you look on the first page, who's
7 Charles Randle?
8    A.  It says he's Manager of Financial
9 Reporting.  I mean, I know Charles.
10    Q.  Oh, okay.
11    A.  Yeah.  He's worked with us for a
12 while.
13    Q.  If you'll look on this, on the "to"
14 line down near the bottom of the second line of
15 people it's to --
16    A.  Yes.
17    Q.  -- it's sent to you; is that right?
18    A.  Yes, sir.  Yes, sir.
19    Q.  Do you receive, as an ordinary -- in
20 the ordinary course of business, copies of
21 Cal-Maine's filings with the Securities and
22 Exchange Commission?
23    A.  I'm sure I do.
24    Q.  Do you recall seeing this one?
25    A.  No, sir.

Page 69

1    Q.  You said it's financial stuff.
2    A.  That's what it appears to be.
3    Q.  I take it, you don't -- this is not
4 something you pay a great deal of attention to?
5    A.  No, sir.
6    Q.  But you do see the financial
7 statements; they are sent around to you on an
8 ordinary basis?
9    A.  Yes, sir.
10    Q.  Okay.  Now, if you remember a little
11 bit earlier today we were talking about Eggs
12 America, Inc.?
13    A.  Yes, sir.
14    Q.  I want to mark as Exhibit 47 a
15 document.
16       (Exhibit 47 marked.)
17    Q.  I will have to have some more copies
18 of this made.
19       Exhibit 47 is a document bearing
20 Bates number CM00730821 and 0822.
21 MR. SCHIRMER:
22       If you have the earlier document,
23 then I'll have more copies made.  You got that
24 one, Brian?
25 MR. ROBISON:

18 (Pages 66 - 69)

HIGHLY CONFIDENTIAL

1        Yes.
2  MR. SCHIRMER:
3        Q.   Okay.  What is this document, sir?
4        A.   It appears to be an e-mail from
5  Brandon to me saying that he received an invoice
6  from Rose Acre Farms.
7        Q.   The second page looks a lot like an
8  invoice from Rose Acre.
9        A.   Correct.
10       Q.   Who is Brandon Wood, or who was he in
11  2004 as relates to Eggs America?
12       A.   Director of Marketing and Technical
13  Services.
14       Q.   Is he still the Director of Marketing
15  and Technical Services for Eggs America today?
16       A.   If he is, he's also the President, so
17  he may have a dual role.
18       Q.   So did he become the President of
19  that when Ms. Jackson, or Ms. FitzHugh,
20  retired --
21       A.   Right.
22       Q.   -- or left?
23       A.   Right.
24       Q.   And you are the person to, I guess.
25       A.   Right.

1        Q.   He says something -- "This is an
2  invalid invoice and therefore an invalid
3  delivery.  We cannot process invoices for, nor
4  pay, an unapproved supplier.  This action is a
5  breach of our agreement with Sysco and in
6  non-compliance with the Capper-Volstead Act."
7        Do you have an understanding of what
8  Brandon was saying when he sent you that?
9        A.   He was fussing at me.  He said we
10  were in violation of the Capper-Volstead Act,
11  but I have no -- I didn't know whether we were
12  or not.  I was just taking care of my customer.
13       Q.   So you didn't understand what he was
14  talking about with being -- failing to be in
15  compliance with the Capper-Volstead Act?
16       A.   Well, I knew what he meant, but I
17  didn't know the details surrounding it.  I'm not
18  a Capper expert by any stretch of the
19  imagination.
20       Q.   When you say you knew what he meant,
21  you knew that he understood -- he was telling
22  you that this sale was somehow in violation of
23  the Capper-Volstead Act?
24       A.   I guess --
25  MR. ROBISON:

1        Object to the form.
2        A.   I assume that's what he meant.
3  MR. SCHIRMER:
4        Q.   Okay.  But you don't know the details
5  of why he would say that --
6        A.   No, sir.
7        Q.   -- perhaps?
8        A.   No, sir.
9        Q.   That's what I was trying to get at.
10       If you look at -- get Exhibit 18 out
11  from yesterday, if you would, please.
12       A.   Yes.
13       Q.   What is it?
14       A.   It appears to be a -- or the last
15  piece of it appears to be an e-mail from me to
16  Ken Paramore, carbon to Dolph.
17       Q.   And did that appear to forward two
18  other e-mails, one from Linda Jackson to you,
19  and then the other one from Linda FitzHugh to
20  Roger Deffner, cc'ing you?
21       A.   That's what it appears to be.
22       Q.   Do you remember receiving this
23  e-mail?
24       A.   I don't remember it specifically, no,
25  sir.

1        Q.   In it, Ms. FitzHugh -- which is, I
2  take it, Ms. FitzHugh is Ms. Jackson after she
3  got married?
4        A.   I'm assuming.  It changed several
5  times.
6        Q.   Okay.  It says, "Linda A. FitzHugh,
7  formerly Jackson" --
8        A.   Right.
9        Q.   -- "President, Eggs America, Inc.,"
10  under the second one.  It says -- the last line
11  is what I don't understand.  "I cannot include
12  Hyde County" -- it's in the first -- the last
13  line in the middle of this paragraph.  Look at
14  the e-mail from Linda FitzHugh to Roger Deffner,
15  cc Jeff Hardin, dated Thursday -- Thursday,
16  okay?
17       A.   Okay.
18       Q.   And the second line -- the second to
19  the last line of the whole thing says, "Of
20  course, I cannot include Hyde County onto the
21  list" -- I assume that's a list of approved
22  subcontractors -- "until we've received a signed
23  subcontractor form from Rose Acre."
24       What's she talking about?
25       A.   I honestly don't know.  It looks like

HIGHLY CONFIDENTIAL

Page 74

1 Germantown Egg was approved, which was a
2 subsidiary of Rose Acre, but Hyde County, she
3 can't, but that's all I could glean from this.
4    Q.   Do you have an understanding as to
5 why Hyde County would not have been approved
6 when you were buying from them?
7 MR. ROBISON:
8        Object to the form.
9 MR. SCHIRMER:
10    Q.   If you were buying from them?
11    A.   I don't recall, sir.  I'm sorry.
12    Q.   Okay.
13 MR. SCHIRMER:
14        Let's mark this document as
15 Exhibit 48.
16        (Exhibit 48 marked.)
17    Q.   This is a document bearing Bates
18 number CM00730823.  What is this document, sir?
19    A.   I don't remember it, but it appears
20 to be Linda going to my boss to try to get this
21 thing signed.
22    Q.   Do you understand -- after "Good
23 Morning Dolph," the first sentence says, "I need
24 your help to get the Germantown subcontract
25 agreement signed and to get them signed up

Page 75

1 according to Board and Capper-Volstead
2 requirements."  Do you see that sentence?
3    A.   Yes, sir.
4    Q.   Do you know what the requirements
5 that were set up by the board were that she's
6 referring to?
7    A.   No, sir.
8    Q.   Do you know what the Capper-Volstead
9 requirements that she is referring to there?
10    A.   No, sir, I don't.
11    Q.   Done.
12        Number 49.
13        (Exhibit 49 marked.)
14    Q.   I'm showing you what has been marked
15 as Exhibit 49.  It bears Bates number CM00730824
16 through 826.  Do you recognize this document,
17 Mr. Hardin?
18    A.   I've seen this document before, yes.
19    Q.   What is it?
20    A.   It says it's an Eggs America, Inc.
21 Subcontractor Agreement.
22    Q.   And is this the form that Eggs
23 America uses to sign up its subcontractors?
24 MR. ROBISON:
25        Object to form.  Foundation.

Page 76

1    A.   I don't know if it's the one we use
2 now.  It appears to be the one we used then.
3 MR. SCHIRMER:
4    Q.   You have seen these types of
5 subcontractor agreements in connection with your
6 work for Eggs America, Inc. in the past?
7    A.   I remember us having a subcontractor
8 agreement, but I don't -- I mean, I wasn't -- if
9 this is the form or exactly what it said at the
10 time.  It appears to be, but I'm just not
11 familiar with all of it.  But, yes, appears to
12 be a subcontractor agreement.
13    Q.   That's all on that.  You won't have
14 to come back to that one, I promise.  You're
15 done.
16    A.   Okay.
17    Q.   Now, do you have an understanding of
18 what Urner Barry price quotes are?
19    A.   I understand -- yes, sir.
20    Q.   What is Urner Barry?
21    A.   We call them our market reporter.  So
22 they report daily a bunch of different items, I
23 think, but we obviously focus on eggs and egg
24 products.  But they quote a daily market.
25    Q.   Do they have different daily markets?

Page 77

1 For example, is this a market for Triple A, for
2 Double A large, Double A medium, Double A extra
3 large, Double A jumbo eggs reported?
4    A.   I'm not familiar with a Double A
5 market.  I'm familiar with a jumbo, extra large,
6 large, medium, small, that type stuff, breaking
7 stock.
8    Q.   Okay.  And I want to make sure that
9 that -- is that reported on both a daily and a
10 weekly basis?
11    A.   Well, I'm not sure what you mean by
12 weekly.  We get it every day that it's open.
13 It's closed today because it's Good Friday, but
14 it's -- but you would get it -- but we would get
15 it daily.
16    Q.   I forgot it was Good Friday.  My wife
17 will get on me for that.
18    A.   Mine already is.
19 MR. ROBISON:
20        Same.
21 MR. SCHIRMER:
22        I'm glad to hear that we're all in
23 the same boat, guys.
24    A.   We are.
25 MR. SCHIRMER:

20 (Pages 74 - 77)

HIGHLY CONFIDENTIAL

1      All right.  Why don't you mark this
2 as Exhibit 50.
3      (Exhibit 50 marked.)
4      Q.   Have you seen this document before,
5 sir?
6      A.   It looks like something I prepared.
7 I don't remember it specifically, but it looks
8 like something I prepared.
9      Q.   Well, in the from line, it's got
10 Jeff Hardin.
11      A.   Sure.
12      Q.   And jhardin@cmfoods.com, is that your
13 e-mail address?
14      A.   Sure.
15      Q.   It's dated October 24, 2003?
16      A.   Yes, sir.
17      Q.   Who's Gary Angell?
18      A.   Gary was the category manager or
19 buyer for Albertsons at the time.
20      Q.   And it says -- you say in this,
21 "Gary, I outlined Cal-Maine's proposal for the
22 Ft. Worth division of Albertsons."  And then
23 there's a section that says jumbo, minus .135 of
24 the jumbo market; extra large, minus .135 of the
25 extra large market; 18-egg extra large -- what

1 does it mean when you say minus .135 of the
2 jumbo, extra large or large market?
3      A.   It's a basis number that we use to
4 discount or add to the Urner Barry, the Urner
5 Barry quote.
6      Q.   Okay.  Let me make sure I understand
7 this.  So when you're quoting prices to your
8 customers, the basis number, at least in this
9 case, was a -- it's an Urner Barry market
10 quotation?
11      A.   This represents a discount to
12 whatever that quote was, so -- and typically, I
13 don't know if it says -- "Pricing is basis the
14 Thursday South Central."
15      Q.   Uh-huh.
16      A.   So when the market came out on
17 Thursdays, I would have taken -- our people
18 would have taken that Thursday market and
19 discounted it by these basis numbers to figure
20 his price.
21      Q.   So it would change each Thursday --
22      A.   Yes, sir.
23      Q.   -- or it could change?
24      A.   Or it could.  Sometimes it may not
25 change, but most weeks it probably would.

1      Q.   You said that the pricing is the
2 basis -- in the previous sentence you said:
3 "Pricing is basis the Thursday South Central
4 Urner Barry for eggs."
5      Do you know what percentage of your
6 shell egg contracts with your retail customers
7 during the period 2000 to 2008 used an Urner
8 Barry as the basis for the -- what we call the
9 minus, or the discount that was applied?
10      A.   Substantial -- during this time
11 frame, substantially all of them.
12      Q.   One of the other things -- you said
13 that there were some other things that were
14 involved.  I want you to look right under this
15 area that gives the --
16      A.   Uh-huh.
17      Q.   -- different types and numbers.
18      A.   Yes, sir.
19      Q.   It says this quote is based upon
20 carton costs from Albertsons of $69.00/thousand
21 for regular, $105.00 for 18 egg, and $75 for
22 jumbos.  What do you mean there?
23      A.   Well, Albertsons and many of my
24 customers control -- these are -- they're
25 control brand cartons.  These are their cartons.

1 Now, we buy them, but they provide the artwork.
2 They tell us how much we're going to pay for
3 them.  And I'm just reflecting that in my quote
4 to him.
5      So, in other words, if you go to
6 $79.00 a thousand, then this basis is no good.
7      Q.   You'd still use Urner Barry, but it
8 would be a different --
9      A.   It would be a different basis number,
10 correct, because this is their brand.  This
11 ain't nothing to do with me.
12      Q.   I guess I'll ask about that.  You say
13 this is their brand.  What do you mean?  Is
14 there a term of art for store brands?
15      A.   Well, store brands would be a good
16 one.
17      Q.   Okay.
18      A.   But many of my retailers, they
19 control their own artwork, they control what
20 goes on that artwork, they control the in-lid
21 portion of it, what the in-lid is going to say
22 of the carton.  They do all of that.
23      And they just tell me, okay, you're
24 going to pay this much for them, and you buy
25 them from X company.

21 (Pages 78 - 81)

1    Q.   And you reflect that price in your
2 ultimate pricing.
3    A.   And I reflect that price here, yes,
4 sir.  I don't do that in every customer's case,
5 but this particular instance I did.
6    Q.   All right.  You said -- the next
7 thing is:  "Gary, I wanted you to know I've
8 tried to get everything possible in 30-day terms
9 and can't get it done."  And you talk about --
10 and I don't want to reread the whole thing, but
11 why can't you get 30-day terms for Albertsons in
12 this instance?
13        You said you couldn't get 30-day
14 terms.  What does that mean?
15    A.   At that basis number, it was so cheap
16 he didn't deserve 30-day terms.  I needed to get
17 paid faster than that.
18    Q.   Fair enough.  And at that time
19 Albertsons was one of your customers?
20    A.   Yes, sir.  Yes, sir.
21 VIDEOGRAPHER:
22        Five minutes.
23 MR. SCHIRMER:
24    Q.   You can put that aside.
25    A.   Okay.

1        (Exhibit 51 marked.)
2    Q.   I'm handing you what has been marked
3 as Exhibit 51 and messily stapled.  It is Bates
4 numbered CM00722346 through 348.
5    A.   Okay.
6    Q.   What is this document?
7    A.   I'm sorry.  I don't recall.
8    Q.   At least at the top it appears to be
9 an e-mail string --
10    A.   Right.
11    Q.   -- that you included.  And it says --
12 who is Daryl S., do you know?  Is that Daryl
13 Sargent?
14    A.   Yes, sir.  That's Daryl Sargent.
15    Q.   Is he employed by Cal-Maine?
16    A.   Yes, sir.
17    Q.   What's his job?
18    A.   He is -- I'm not sure what Daryl's
19 title is.  He reports through me, but probably
20 Regional Sales Manager for Florida.
21    Q.   And in the -- forwarded as part of
22 your message, you say, I believe, "Change it
23 back to original for Northstar," is what you
24 meant --
25    A.   Probably.

1    Q.   -- when you wrote that on
2 December 11, 2008.
3    A.   That's what it appears to be, right.
4    Q.   There's an e-mail that's included on
5 that from Kirby Jones to Daryl Sargent.  And it
6 says, "change our underage back to Urner Barry
7 minus .15 for large eggs and minus .12 for
8 small.  It would be great if this could be
9 effective with yesterday's close."
10        I'm trying to understand this
11 document.  What is this about?
12    A.   Kirby is with North Star Foodservice.
13 I'm sorry.  I don't remember.  But somebody's
14 wanting to change their formulas for some
15 reason.
16    Q.   And you told them to go back to the
17 original.
18    A.   It appears that's right, yes.
19    Q.   All right.  Who is Kirby Jones?
20    A.   Don't know.
21    Q.   You don't know?
22    A.   No, sir.
23    Q.   Who's North Star Foodservice?
24    A.   I vaguely remember the name, but it
25 looks like something that was -- somebody asked

1 me if this was part of our Eggs America stuff,
2 and it could have been.  I just don't remember
3 it.
4        Kirby Jones at U.S. Food Service.
5 Okay.  So they must have been a division of
6 U.S. Foods.
7 VIDEOGRAPHER:
8        One minute.
9 MR. SCHIRMER:
10        Done.  Take a break.
11 VIDEOGRAPHER:
12        This is the end of tape number one in
13 the video deposition of Jeff Hardin.  We are now
14 going off the record.  The time is 11:11.
15        (Off the record.)
16 VIDEOGRAPHER:
17        This is the beginning of tape number
18 two in the video deposition of Jeff Hardin.  We
19 are now going back on the record.  The time is
20 11:13 a.m.
21 MR. SCHIRMER:
22        With a clear tape and my microphone
23 properly adjusted, I'm going to mark this
24 document.
25        (Exhibit 52 marked.)

HIGHLY CONFIDENTIAL

Page 86

1  Q.  I'm showing you what has been marked
2  as, I think, Exhibit 52.  This document bears
3  Bates numbers SVL_EGGS_109250 through 256.  It's
4  a document -- what is it?
5  A.  It's that stupid thing I have to sign
6  when I -- it's their supplier agreement --
7  Corporate Brands Agreement.
8  Q.  What does corporate brands mean?
9  A.  It's -- well, I'm assuming in their
10 case it means their Albertsons brand egg
11 cartons, Albertsons brand eggs.
12 Q.  You said a number of your customers
13 have their own brands, retail customers, at
14 least, in this case, a corporate brand,
15 Albertsons.
16        About what percentage of the shell
17 eggs Cal-Maine sold in the period of 2000 to
18 2008 were for corporate brands, private label
19 store brands?
20 A.  I would be speculating, but it's
21 significant.
22 Q.  Would it be the majority of the eggs?
23 A.  Yeah.  It would be a majority.
24 Q.  Would you look at -- and you said
25 it's one of the dumb things you have to sign, I

Page 87

1  think.
2  A.  No.  It's lawyer stuff.
3  Q.  Sorry.  We do our jobs --
4  A.  I know you do.
5  Q.  -- as best we can.
6        If you look at page SVL_EGGS_109255.
7  A.  Yes, sir.
8  Q.  Is that your signature on the by
9  line?
10 A.  Yes, sir.
11 Q.  And you're signing on behalf of
12 Cal-Maine Foods?
13 A.  Yes, sir.
14 Q.  This is a supply agreement dated
15 November 13 -- as of November 13, 2003, between
16 Albertsons and Cal-Maine?
17 A.  Yes, sir.
18 Q.  The last page, there's an Exhibit A,
19 which I take it is the pricing agreement that
20 typically goes with this?
21 A.  That's what it appears to be.
22 Q.  And is this consistent with the
23 previous document we discussed that had the
24 minus 1.35 South Central Urner Barry?
25 A.  November -- if I proposed it in

Page 88

1  October, this would have been, like, November.
2  Reasonably so, yes, sir, I think so.
3  MR. ROBISON:
4        The witness is comparing Exhibit 15
5  and 52.
6  MR. SCHIRMER:
7  Q.  Right, 15 and 52.
8  A.  This appears to be --
9  Q.  This is the formalization of your
10 proposal.
11 A.  Yeah, that's what it appears to be.
12 Q.  Okay.  Let's take a minute, and I'll
13 ask you about another page.  I just want to make
14 sure that's what it is.
15 A.  Okay.
16 Q.  Now, during the time period 2002
17 through 2008, did most of your customers have
18 this kind of a -- this type of a formal supplier
19 agreement?
20 A.  I wouldn't say most, but the big
21 players did, yes.
22 Q.  Now, on page 109252, there are a
23 number of terms.  I wanted to ask you about a
24 couple of these terms, all right?
25 A.  Okay.

Page 89

1  Q.  First of all, it says "Product
2  Reclamation."  I'm not certain I understand what
3  that means.  Do you have an understanding of
4  what that's about?
5  A.  Only from their definition of it.
6  Q.  Okay.  What is your understanding of
7  what you were agreeing to there?
8  A.  That if the federal or the state --
9  one of the federal or state agencies stop sold
10 eggs at retail or warehouse level, that I would
11 credit them for it.
12 Q.  Now, number 13 is "Term."  What does
13 that mean -- does that mean that they -- you
14 agree to -- these pricing terms obviously change
15 on a weekly basis, so that's not what they mean
16 by the term of the agreement?
17 A.  The market changes weekly.  The
18 basis, we're agreeing to -- for one year on the
19 basis, and to renew -- automatically renew
20 afterwards without termination or negotiation,
21 what it means.
22 Q.  So they get to keep the same basis,
23 the 1.35 minus under the Urner Barry during the
24 period -- term of the agreement.  Is that a
25 correct understanding of this agreement?

23 (Pages 86 - 89)

HIGHLY CONFIDENTIAL

1　A.　Yes.

2　Q.　Was this an exclusive agreement?　Did
3　they agree only to buy from you in this; do you
4　recall?

5　A.　I couldn't tell you.　For a
6　particular warehouse, I mean, the reality of it
7　is, is they're agreeing for me to supply a
8　particular warehouse for them, the Fort Worth
9　division, but it wouldn't make sense for me to
10　supply something somewhere else for them.

11　Q.　All right.

12　　　(Exhibit 53 marked.)

13　Q.　This is a document bearing -- Exhibit
14　Number 53, which has just been marked, is a
15　document bearing Bates numbers CM00215180
16　through 188.　I promise that's what it is, even
17　if it's sort of partially cut off.　What is it?

18　A.　It's a business review I would have
19　prepared for Walmart.

20　Q.　Would you go to the last page of this
21　document, please, Exhibit 53?　There appears to
22　be looks like a PowerPoint slide almost.　It
23　says: "Top/Bottom Brand Drivers (Derived
24　Importance) Summary."　See that?

25　A.　Yes, sir.

1　Q.　Then it gives a list of what top
2　drivers are and bottom drivers are.　What do you
3　mean by brand drivers?

4　A.　I don't have a recollection of this
5　particularly.　This was prepared by
6　International Insights.　And it was a study that
7　Walmart paid for, and I just -- and shared with
8　their egg producers, and I clipped it to talk to
9　Gary about.

10　Q.　Do you remember why you included this
11　in this --

12　A.　I don't remember exactly why.　No,
13　sir, I don't.　I was probably trying to make a
14　point about something, but I don't recall what
15　it would have been.

16　Q.　I can only ask you what you remember,
17　Mr. Hardin.

18　　　If you look at the previous document,
19　was that also prepared for Walmart?　It's the
20　previous page on this document, 187.　It says:
21　"Value is the most important driver."

22　A.　As I recall it -- again, it's the
23　International Insights study.　And I want to
24　think that that was prepared by Walmart -- or
25　they solicited this group to prepare them some

1　documents or a study about the egg category.

2　Q.　Now, there's "Top 12 Derived
3　Importance -- Egg Category."　And number one is:
4　"Good value for the money."　See that?

5　A.　Yes, sir.

6　Q.　Do you have an understanding what .5
7　means?

8　A.　No, sir, I don't recall.

9　Q.　So you don't have an understanding of
10　what any of these .5, .36, in each of these
11　12 derived importance are?

12　A.　I probably did at the time, but I
13　don't recall now what they meant.

14　Q.　All right.　There's also some
15　handwriting on this document.

16　A.　Uh-huh.

17　Q.　Is that your handwriting?

18　A.　I don't recall.　It doesn't appear to
19　be mine, but I just don't recall.

20　Q.　All right.　If you'll look back at
21　page -- the second page of the document, number
22　181, what is that?

23　A.　It's a recap of the volume in cases
24　per week that we sold to Walmart, Cal-Maine sold
25　to Walmart.

1　Q.　Let me make sure I understand that.
2　There's a listing of, I guess, distribution
3　centers, Pageland, Los Lunas, Opelika, average
4　2'04, average 2'03, average 2'05.

5　A.　Yes, sir.

6　Q.　Okay.　And those numbers next to them
7　are the numbers that were sold on an average
8　weekly basis to Walmart during that period of
9　time?

10　A.　For those particular DCs, yes, sir.

11　　　Now, what I'm distributing to him is
12　the growth from '03 to '05 of our business with
13　them.　That's all I'm doing.

14　Q.　Okay.　There's some handwriting at
15　the bottom.

16　A.　Uh-huh.

17　Q.　Is that yours?

18　A.　That appears to be mine, yes.

19　Q.　Can you read the first sentence and
20　tell me what it says?

21　A.　It says: "Foam for
22　Pageland/Hammond/Brundage."

23　Q.　Do you remember what that was about?

24　A.　It's clear enough to me that I was
25　probably -- that was probably my notes to

HIGHLY CONFIDENTIAL

Page 94

1 myself. This would have been probably my copy,
2 and I was just making myself some sales notes as
3 to what I wanted to accomplish.
4    Q.   What does "help in Florida" mean? I
5 assume that's what you were writing.
6    A.   Yeah. Help in Florida. I don't
7 recall specifically what kind of help I was
8 looking for, but I had something on my mind at
9 the time.
10   Q.   Would you look at the third page. It
11 says: "SCORECARD HIGHLIGHTS AND WEAKNESSES."
12   A.   Yes, sir.
13   Q.   What does "In-Stock percentage up
14 slightly to 98.71%" mean?
15   A.   Walmart produces and gives us access
16 to what's called a supplier score card, which is
17 185.
18   Q.   Okay.
19   A.   And instead of him having to go and
20 look through the score card, I was just laying
21 out for him what his number said. That's all it
22 was.
23   Q.   Now, what is the -- when it says net
24 margin -- the -- one, two, three -- fourth one
25 down -- well, let's go to the third one down.

Page 95

1 It says: "Initial margin up .73%." Do you have
2 an understanding what that means?
3    A.   No, sir.
4    Q.   The next one down says: "Net margin
5 of 4.22% to 15.55%." Do you have an
6 understanding of what that means?
7    A.   Well, again, it all comes off of
8 their report. And those are things that they
9 tracked that were important to Walmart, and so I
10 was just highlighting them from our score card.
11   Q.   Is that Walmart's net margin that
12 you're speaking of?
13   A.   Yes, sir.
14   Q.   And I see on the fifth one down,
15 you're saying: "Gross margin return on
16 investment up .67%" --
17   A.   Yes, sir.
18   Q.   -- "to 12.9%"?
19   A.   Yes, sir.
20   Q.   And whose investment is that?
21   A.   Again, this comes right off of their
22 sheet. And all I'm doing is recapping what
23 their reports say, so you don't have to -- these
24 things are very hard to see.
25   Q.   I agree.

Page 96

1    A.   They're designed for a computer.
2 They're not designed to print. And so instead
3 of us fiddling around, I was just highlighting
4 them for him.
5    Q.   There's two other things. What did
6 you mean when you said: "Co-ops count down
7 33%"? Do you have an understanding of what that
8 meant?
9    A.   A co-op is like a credit memo, when
10 they need credit for something. And it's a real
11 pain to do in the Walmart system, so the fewer
12 of them you have because you didn't foul up
13 invoicing or you didn't foul up the eggs, it was
14 the benefit to everybody that you didn't have to
15 deal with it.
16       So the number must be down 33 percent
17 year over year, which was an important tracking
18 number to Walmart.
19   Q.   Now, the co-ops, is that like
20 cooperative pricing arrangements?
21   A.   No, sir. They call them co-ops, but,
22 for instance, we were looking -- that document
23 we were looking at earlier where we were talking
24 about federal stop sales.
25   Q.   Uh-huh.

Page 97

1    A.   Okay. Well, in the Walmart world,
2 it's very difficult to get them credit. And the
3 way they receive their credit is by writing
4 what's called a co-op. They call it a co-op.
5       And so they send it electronically to
6 me, I approve it, and then they deduct it from a
7 check. They won't deduct something unless I
8 approve it. That's all a co-op was.
9    Q.   So it's like -- I would call it a
10 debit or a credit memo?
11   A.   Correct. Exactly. So they just
12 happen to call them co-ops. I don't know why.
13   Q.   I'm done with that.
14       (Exhibit 54 marked.)
15   Q.   I'm showing you what has been marked
16 as Exhibit 54. It bears Bates numbers
17 CM00215496 through 518.
18   A.   Yes, sir.
19   Q.   What is this?
20   A.   It's the robust version of the
21 Albertsons agreement.
22   Q.   That's an interesting way of
23 describing this.
24   A.   It's just way more detailed.
25   Q.   There's some things I don't

25 (Pages 94 - 97)

HIGHLY CONFIDENTIAL

1 understand.
2    A.   Okay.
3    Q.   There's a section called 2.9 in this
4 agreement, if I can get to it. It's called
5 "Most Favored Purchaser."
6    A.   What page are you on?
7    Q.   Page 6 of the document, which is
8 Cal-Maine 00215501.
9         I can read the legalese. What is it
10 you're trying to do in this provision?
11    A.   I don't know what they're trying to
12 accomplish. It's probably -- my reading -- and
13 this is their document, not mine -- so I'm
14 assuming that they're trying to tell me that I'm
15 not going to give somebody a competitive
16 advantage over them, is the way I would --
17    Q.   They get the best price --
18    A.   Well, they get the most favored
19 price. There's a lot more to it than just best
20 price.
21    Q.   Okay. And on page 12 of the
22 document, which is the Bates number ending 507,
23 the term is a two-year term?
24    A.   Yes, sir. Looks like it.
25    Q.   And is that for the pricing formula

1 listed on Exhibit A, which is also 215515?
2    A.   515?
3    Q.   Yes, sir.
4    A.   Probably so, yes, sir.
5    Q.   Now, on 515, it has pricing. It
6 says, "Pricing (per dozen)," and "Cost," and
7 then cost equals, and there's a formula there.
8    A.   Yes, sir.
9    Q.   Would you explain that formula for
10 me?
11    A.   Sure. They want to take the Midwest
12 Urner Barry large market, and they want to
13 either discount it or add to it, then add
14 freight -- add packaging and add freight.
15        Again, it was one of those things, it
16 wouldn't be -- it was one of those things where
17 they control the carton, the packaging piece and
18 how much that package was going to cost me. And
19 so they went about approaching this a little
20 differently than an Albertsons would have.
21    Q.   There's something that says --
22 it's called "Baseline Pricing."
23    A.   Okay.
24    Q.   And it says here: "Large, Extra
25 Large and Jumbo eggs will be pegged to the Large

1 Mid West Urner Barry Market."
2    A.   Yes, sir.
3    Q.   "Pricing for the following week will
4 be set using the Thursday Large, Urner Barry,
5 Mid West quote."
6    A.   Yes, sir.
7    Q.   Did I read that correctly?
8    A.   Yes, sir.
9    Q.   That means that you will -- is my
10 understanding correct that you will give them a
11 price based upon the Thursday Large Urner Barry
12 quote that takes into account the pricing
13 formula that you just described?
14 MR. ROBISON:
15        Object to form.
16    A.   Same as we were talking about with
17 Albertsons.
18 MR. SCHIRMER:
19    Q.   Okay. The next line is the one --
20 "All non-specialty eggs pricing will remain
21 fixed for the contract period." Does that mean,
22 sir, that the formula will be used throughout
23 the contract period?
24    A.   "All non-specialty eggs will remain
25 fixed for the" -- appears to me -- yes, it says

1 "non-specialty," so it's talking about these
2 Lucerne brands up here.
3    Q.   There's something called "Lump Sum."
4    A.   Uh-huh.
5    Q.   "Supplier shall make a lump sum
6 payment of One Hundred Thousand Dollars at
7 inception which shall be a non-refundable
8 signing bonus and shall be considered fully
9 earned upon the signing of the agreement."
10    A.   Uh-huh.
11    Q.   What is that?
12    A.   Negotiations.
13    Q.   Is it payment from you to them?
14    A.   Cal-Maine to Safeway, yes.
15    Q.   You had to pay them $100,000 signing
16 bonus.
17    A.   Yes, sir.
18    Q.   And "Net 14 Days" means they've got
19 to pay in you 14 days.
20    A.   Yes, sir.
21    Q.   And on the previous page -- just 14,
22 one back, have a look at it -- is that your
23 signature on behalf of Cal-Maine?
24    A.   Yes, sir.
25    Q.   And it's dated April 9, 2009?

26 (Pages 98 - 101)

HIGHLY CONFIDENTIAL

1    A.    Yes, sir.
2    Q.    Okay.  I don't have any more
3 questions about that document.
4         (Exhibit 55 marked.)
5    Q.    I'm showing you what has been marked
6 as Exhibit 55.  This is a single-page document
7 bearing Bates number CM00468587.
8    A.    Okay.
9    Q.    What is this document, Mr. Hardin?
10    A.    It looks like a forward from me to
11 Dolph just explaining what I'm doing to try to
12 win the Kroger business in Memphis.
13    Q.    Do you recall whether you won the
14 Kroger business in Memphis with this bid?
15    A.    I don't think I did, no, sir.
16    Q.    And it says --
17    A.    Oh, I'm sorry.  Looking at the date,
18 no, I did not win the business.
19    Q.    Thank you.  It says: "Attached is
20 the new program for the Dillons division and
21 pricing for Memphis."  Was the Dillons division
22 a division of Kroger at the time?
23    A.    Yes, sir.
24    Q.    And did you have the business --
25    A.    Yes, sir.

1    Q.    -- of Dillons at the time?
2    A.    Yes, sir.
3    Q.    Now, the second paragraph says: "You
4 will notice we have reduced the Dillons price by
5 1.5 cents per dozen to reflect the straight
6 south central quote."
7    A.    Yes, sir.
8    Q.    What does that mean?
9    A.    I don't remember, but I can tell you
10 that we were probably on a split of the Midwest
11 and South Central quote, and it was hard to keep
12 up with.  So we flipped a South Central quote
13 and gave him a cent-and-a-half-a-dozen allowance
14 for doing so.
15    Q.    And by South Central quote, that's
16 using the Urner Barry South Central quote --
17    A.    Yes, sir.
18    Q.    -- instead of the combination
19 Midwest?
20    A.    Mid West, correct.  Just to make life
21 easy.
22    Q.    Certainly be easier.
23    A.    I'm not good at averages.
24    Q.    Me neither.
25         (Exhibit 56 marked.)

1    Q.    Showing what you has been marked as
2 Exhibit 56.  It is a single-page document
3 bearing Bates stamp number CM00561399.
4    A.    Okay.
5    Q.    What is it?
6    A.    Looks like an award letter to me from
7 Safeway.  I don't remember it specifically,
8 but --
9    Q.    What was the Randalls division?
10    A.    That was what -- the Safeway division
11 in Houston is called Randalls, and the Safeway
12 division in Dallas is called Tom Thumb.
13    Q.    Looks like you did a little better
14 with them than you did in Memphis this time.
15    A.    Yeah.  Evidently so.
16    Q.    Yeah.
17    A.    You know, we've had the Safeway
18 business in Texas for a long time.
19    Q.    Okay.  Do you remember when you first
20 got the Safeway business in Texas?
21    A.    We acquired it.
22    Q.    About when?  Before 2000?
23    A.    I don't recall.  We had an
24 acquisition, Smith Farms, but I don't know when
25 that acquisition was.

1    Q.    I'm sorry?
2    A.    Acquisition.
3    Q.    Oh.
4    A.    We acquired a company.
5    Q.    What was the company?
6    A.    Called Smith Farms, but I don't
7 recall when.
8    Q.    The reason I ask is if I get the name
9 of the farm, then I can sort of figure out when
10 that happened.
11         And the benchmark for that --
12 apparently, a Houston division --
13    A.    That's what it says, yes, sir.
14    Q.    -- was the Medium Midwest Urner Barry
15 market?  "Please note:  All future business" --
16    A.    Yes, sir.  "Will be based on the
17 Large and Medium Midwest Urner Berry."  They
18 misspelled Barry.
19    Q.    What does "we will benchmark the
20 shrink for eggs" mean?
21    A.    Back in an earlier document, they
22 said that they'd benchmark it at 6 percent;
23 anything above 6 percent shrink, we expect you
24 to pay for.
25         (Exhibit 57 marked.)

27 (Pages 102 - 105)

HIGHLY CONFIDENTIAL

Page 106

1    Q.   The reporter is marking another
2  document as Exhibit 57.  It is a -- I think it's
3  three pages.  It's only one copy.  It's a
4  three-page document bearing Bates number
5  CM00416543 through 45.  It is dated April 17,
6  2001.
7    A.   Okay.
8    Q.   What is this document?
9    A.   I don't know what these last two are,
10 but the first one is a memo from Dolph telling
11 me about a General Managers' meeting that's
12 upcoming.
13   Q.   What were the General Managers'
14 meetings?
15   A.   When we brought in all of our General
16 Managers, or ones that ran our operations, to
17 review their performance results.
18   Q.   Did you attend those meetings?
19   A.   Yes, sir.
20   Q.   On a regular basis?
21   A.   Yes, sir.
22   Q.   Okay.  You might have missed one or
23 two.  I'm not saying you had to attend all of
24 them, but --
25   A.   Yes, sir, but on a regular --

Page 107

1    Q.   It's part of your job.
2    A.   Yes, sir.
3    Q.   It says: "At a later date" -- were
4  materials passed out in advance of these
5  meetings, the General Managers' meetings, for
6  the meetings?
7    A.   In advance of?
8    Q.   Uh-huh.
9    A.   Typically, no.
10   Q.   Would materials be passed out at the
11 meeting?
12   A.   At the meeting.
13   Q.   And what would those materials
14 consist of?
15   A.   Our performance books, management
16 book, all the locations under tab, and we would
17 look at the numbers, performance numbers.
18   Q.   Okay.
19   A.   But these three documents would not
20 have come together.
21   Q.   They were -- I'm just telling you I
22 did it the way they were produced.
23   A.   Okay.
24   Q.   I don't know why they're together.  I
25 was just wondering if that's something that

Page 108

1  you --
2    A.   I don't know.
3    Q.   The second document, which is dated
4  May 31, 2001, which is obviously after that, do
5  you have an understanding what that is?
6    A.   No, sir, I don't.
7    Q.   Do you know what the UEP marketing
8  committee was?
9    A.   Part of it.
10   Q.   What was your understanding of what
11 it was?
12   A.   I don't have an understanding of what
13 it was.  I just heard of it, the marketing
14 committee.
15   Q.   All right.  Do you know what UEA --
16 the third page on this says: "United Egg
17 Association."
18   A.   That's a new one on me.  I do not --
19 I have never heard of United Egg Association.
20 I'm not sure what that is.
21   Q.   Okay.  Fair enough.
22        The reporter is now marking a
23 document as Exhibit 58.
24        (Exhibit 58 marked.)
25   Q.   This is document bearing Bates label

Page 109

1  CM00218881 through 888.
2    A.   Okay.
3    Q.   Other than your picture on page 887,
4  have you ever seen this document before, sir?
5    A.   Sure.  I've seen this before.
6    Q.   What is it?
7    A.   It says it's a Consolidated Statement
8  of Operations for a 13-week period.
9    Q.   Maybe you can help me on some of the
10 terms that are going on here.
11   A.   I doubt it, but I'll try.
12   Q.   Please -- we'll go to the first page.
13 As we go down, there's something about
14 three-quarters of the way down the left-hand
15 side.  It says: "Net P&L CENTS/LAYER," and then
16 it has numbers for November 29, 2008; December
17 1, 2007.  Do you have an understanding of what
18 those numbers represent, sir?
19   A.   What number are you looking at?
20   Q.   It's net P&L cents per layer.
21   A.   I'm not familiar with exactly what
22 that represents, no.
23   Q.   Will you go down a little further to
24 where it -- there's -- at the third line from
25 the bottom --

28 (Pages 106 - 109)

HIGHLY CONFIDENTIAL

Page 110

1    A.   Yes, sir.
2    Q.   -- I believe it says:  "Price back of
3 market."  Do you see that?
4    A.   Yes, sir.
5    Q.   Then there's some numbers next to it
6 that are circled.
7    A.   Yes, sir.
8    Q.   I didn't circle them.
9    A.   That's all right.
10   Q.   8.81 under the November 29, 2008,
11 column.
12   A.   Yes, sir.
13   Q.   And 17.72 in the December 1, 2007,
14 column.
15   A.   Yes, sir.
16   Q.   Do you have an understanding what
17 that means?
18   A.   Yes, sir.
19   Q.   What does it mean?
20   A.   It means the discount for all eggs
21 that we sold to a market, whatever we used as a
22 benchmark market, which probably was the
23 Southeast Large, since most of our business was
24 in the southeast.
25        So in '08, we would have averaged

Page 111

1 selling our eggs at 8.81 cents under the market.
2 And in '07, we would have averaged selling them
3 at 17.72 back of the market for all eggs.
4    Q.   And that would include all your
5 customers?
6    A.   Yes, sir.
7    Q.   So that would include those for
8 who -- like Albertsons, you went minus .13, or
9 13 percent --
10   A.   Yes, sir.
11   Q.   -- and others where you were less?
12   A.   Yes, sir.  Others that were what, I'm
13 sorry?
14   Q.   That would be like .6, obviously, if
15 you're going to get 8 percent of the market.
16 You can't have everybody being sold at 13
17 percent of the market.
18   A.   Correct.  That's all products, all
19 customers, all everything.
20 MR. ROBISON:
21        Mark, just for clarification, the
22 heading says it's the 13-week period ending on
23 those dates, and I think he was -- he might have
24 thought it was the entire year.
25   A.   Oh, I might have said year-ending,

Page 112

1 yeah --
2 MR. ROBISON:
3        So I don't want any confusion.
4    A.   -- but it's a 13-week period.
5 MR. ROBISON:
6        I'm not trying to mess you up, but I
7 just want it to be clear.
8 MR. SCHIRMER:
9        It's okay.  I don't mind if you
10 clarify stuff on the record.
11   Q.   Then let's go to the next page.  I
12 have the same question about this, I guess,
13 except for this is for the 26-week period ended
14 November 29, 2008.
15        That price back of market is the
16 average discount, effectively, to whatever your
17 benchmark market.  It's the third down from the
18 bottom -- third up from the bottom, excuse me.
19   A.   Okay.
20   Q.   And it says:  "Price back of market."
21 That's the average discount for those two time
22 periods?
23   A.   That's what it appears to be, yes,
24 sir.  So one is a 26-week period, and one is a
25 13.

Page 113

1    Q.   I assume, on these two pages, you
2 don't know what's included in the net cost of
3 sales, which is the second entry?
4    A.   I'm not an accountant so --
5    Q.   Who would know that?
6    A.   Well, obviously, our financial folks
7 would know.  And Dolph would understand it.
8    Q.   Okay.  Would you have a look at just
9 a little bit up from here.  It's something
10 called "Average Large Market."  It's on both of
11 these pages.
12   A.   Yes, sir.
13   Q.   Let's start on the first page, 881.
14 It says average large market, apparently for the
15 13 week period ending November 29, 2008.
16   A.   Yes, sir.
17   Q.   And then underneath it there's 129.7.
18 And under December 1, there's 136.0.  Do you
19 have an understanding of what those represent?
20   A.   You're just talking about the 129.7
21 and the 110.63?
22   Q.   Well, I'll ask you about --
23   A.   Okay.
24   Q.   -- the 110.  I want to know about
25 129.7 and 136, which is next to the 129.7.

29 (Pages 110 - 113)

HIGHLY CONFIDENTIAL

Page 114

1 A. Sure. It means that for that 13-week
2 period, the market averaged a dollar 29.7 cents.
3 And for the same period the year prior is it
4 averaged a dollar 36 a dozen. And then it
5 was -- so it was 6.3 cents cheaper in '08 than
6 it was in '07, the market.
7 Q. Okay. I'm sorry. Go ahead.
8 A. Yeah, the market.
9 Q. And then right below it, you were
10 trying to tell me the answer to my next
11 question. The breakeven point, what is that?
12 Breakeven 110.63, 107.03?
13 A. I can't tell you all the elements
14 that go into it because it's a moving number
15 based on the markets, but it represents what our
16 break-even would have been given that particular
17 market.
18 Q. Is this a document that, to your
19 understanding, is prepared by Cal-Maine in the
20 ordinary course of business?
21 A. I'm sure it is.
22 Q. And are these prepared on a periodic
23 basis, to your understanding?
24 MR. ROBISON:
25 Object to form.

Page 115

1 A. That's our financial results. I'm
2 sure they are.
3 MR. SCHIRMER:
4 Q. Look at the last page of this
5 document.
6 A. Okay.
7 Q. I'm sorry it's not in color. It
8 helps me, it won't help you. It gives a list of
9 the locations, of Cal-Maine's locations.
10 There are two things on this I wanted
11 to ask you about. One of the things says:
12 "White states indicate Cal-Maine's major market
13 areas." I'm not certain I understand what that
14 means by major market areas.
15 MR. ROBISON:
16 Object to form.
17 MR. SCHIRMER:
18 Q. Do you have an understanding as to
19 what that means?
20 A. Not with that particular terminology,
21 no.
22 Q. Does Cal-Maine sell into California
23 now?
24 A. Yes. Today?
25 Q. Uh-huh.

Page 116

1 A. Yes.
2 Q. Have you sold into California over
3 the last, say, 14 years?
4 A. Yes.
5 Q. You said, "today." Are you planning
6 not to sell to California in the future?
7 A. Don't know yet.
8 Q. Okay. Yesterday, we looked at a
9 couple of internal documents, and I wonder if we
10 could look at them again today.
11 I would like you, if you would, would
12 you take a look at Exhibit 19?
13 MR. SCHIRMER:
14 For those of you who don't have it,
15 Exhibit 19 is Cal-Maine 00272534 through 552.
16 A. Okay.
17 Q. Do you have an understanding of what
18 this document is?
19 A. Yes, sir.
20 Q. What is it?
21 A. It starts out as a request from Dolph
22 to our General Managers at Bremen asking them to
23 do a customer analysis.
24 Q. Now, I see you're cc'd on this. Look
25 at page 3, the third page of the document.

Page 117

1 A. Yeah.
2 Q. You're cc'd on this request?
3 A. Uh-huh, uh-huh.
4 Q. Would you have received this customer
5 analysis when they were done? Do you, as an
6 ordinary course of business, receive customer
7 analysis when they're done? Let's ask that
8 question.
9 A. Yes.
10 Q. Okay.
11 A. Probably not then, but now, yes.
12 Q. When would you have started receiving
13 those?
14 A. I'm sorry. I don't know. Things
15 have changed since '03.
16 Q. You said you probably wouldn't have
17 received them in what looks to be September or
18 sometime thereafter in '03. Who would have
19 received these customer analysis in September of
20 '03?
21 MR. ROBISON:
22 Object to form.
23 MR. SCHIRMER:
24 Q. If you know.
25 A. I don't know. Probably Dolph, but I

30 (Pages 114 - 117)

HIGHLY CONFIDENTIAL

Page 118

1 don't know.
2    Q.   Would you look at the fourth page of
3 the document?
4    A.   Yes, sir.
5    Q.   Do you know whose handwriting that
6 is?
7    A.   No, sir.
8    Q.   Now, would you go to the fifth page
9 of the document?  It ends in the Bates numbers
10 539.
11    A.   Okay.
12    Q.   Do you have any understanding as
13 whose handwriting might be on this?
14 MR. ROBISON:
15       One more page.
16    A.   I'm sorry.
17 MR. SCHIRMER:
18    Q.   That one, too.  There's handwriting
19 on that, but I'm not going to ask.
20    A.   No, sir.
21    Q.   Okay.  Now, if you look at the --
22 just turn to the next page after, one more.
23    A.   Okay.
24    Q.   Please -- I want to make sure I
25 understand this.  I thought I understood this

Page 119

1 yesterday, and now I want to make sure I do.  If
2 you look down almost to the box at the bottom --
3    A.   Yes, sir.
4    Q.   -- there's -- one, two, three -- four
5 lines up, there's the "Price Discount to
6 Market."
7    A.   Yes, sir.
8    Q.   And over next to it is .145, or 14.5
9 percent, I guess, cents, M.W.  Is that
10 indicating that for Customer Buchanan out of
11 this particular location, Cal-Maine was
12 providing a price discount to market of .15 --
13    A.   .145.
14    Q.   -- .145 cents?
15    A.   Yes, sir.
16    Q.   And that's based upon the Midwest
17 Urner Barry quotation?
18    A.   That's what it appears to say, yes.
19    Q.   That was not one of the locations you
20 had sales responsibility for at the time, I take
21 it, Buchanan in Kentucky?
22    A.   Well, it didn't matter the location.
23 It mattered the customer.
24    Q.   Okay.
25    A.   So I probably had some.  I just

Page 120

1 happened to notice on the sales sheet, it said
2 Robert Orr Sysco, so that would have been one of
3 my guys.  Somebody had wrote in hand Robert Orr,
4 so --
5    Q.   Okay.  I get real confused.  Would
6 you please take a look at CM00272543?
7    A.   My number's cut off, so is it Robert
8 Orr?
9    Q.   No.  It's --
10    A.   Who is it?
11 MR. ROBISON:
12       Kroger in Memphis, Tennessee --
13    A.   Oh, Kroger, Memphis.
14 MR. ROBISON:
15       -- is the customer at the top.
16 MR. SCHIRMER:
17    Q.   Here, I wish you could keep that one,
18 but I'll just --
19    A.   That's okay.  That's okay.  I'll find
20 it.  Kroger Memphis.  Okay.  This one's marked
21 254 on mine.
22    Q.   Okay.  The actual number is 2543.
23 Would that have been one of your customers at
24 the time?
25    A.   No, sir.

Page 121

1    Q.   Whose customer would that have been?
2    A.   I don't recall who would have had
3 that at the time.  I really don't.  I mean, I
4 was obviously chasing it at some point because
5 there was a memo earlier where I was negotiating
6 with -- was it Gary Stall or Tom Klump, I can't
7 remember who -- to try to win the Kroger Memphis
8 business.  But as far as management
9 responsibility, I don't recall.
10    Q.   That's the reason I was asking.  So
11 it shows an actual volume there at the top --
12 one, two, three -- four down, volume 6,500.  And
13 it says: "Edwards had this customer last year,"
14 right up in the box up there.
15    A.   Okay.
16    Q.   Who was Edwards?
17    A.   Edwards was one of our locations here
18 in Mississippi.
19    Q.   Okay.  Were you responsible for stuff
20 coming out of Mississippi at that time?
21    A.   Again, more customer based
22 than -- some geographic, some by customer, but I
23 don't remember exactly who was responsible for
24 Kroger at the time.
25    Q.   Okay.  And the price basis there, if

31 (Pages 118 - 121)

HIGHLY CONFIDENTIAL

Page 122

1 you go price discount to market, in the same
2 spot, is .146. I take it, that's minus .146 off
3 the South Central market?
4    A.  I'm assuming that's what that means,
5 yes, sir.
6    Q.  At that time, on the next page --
7 turn the next page, it's a company called
8 Germantown Egg. Who is Germantown Egg?
9    A.  Germantown was an egg producer in
10 Germantown, Illinois.
11    Q.  Why would they have been listed on a
12 customer analysis sheet if they're an egg
13 producer?
14    A.  We must have been selling them some
15 eggs.
16    Q.  Please turn to the next page just a
17 minute. It says at the top: "McLane
18 Cumberland." What was McLane Cumberland at the
19 time?
20    A.  It's McLane Wholesale, out of Temple,
21 Texas. And their district -- division
22 distribution center was at Nicholasville,
23 Kentucky, and they call it Cumberland. I'm
24 assuming, for the Cumberland River. There's a
25 Cumberland Mountain on up. But that's what they

Page 123

1 call it, McLane Cumberland.
2    Q.  That is a wholesaler of eggs?
3    A.  Yes, sir.
4    Q.  Do you know who McLane's customers
5 are?
6    A.  I know some of them.
7    Q.  Who are some of them?
8    A.  Walgreen, Dollar General. The one
9 out of North Carolina -- they're -- the little
10 smaller retail outlets is typically their
11 customers. 7-Elevens, convenience stores.
12 That's what they specialize in.
13    Q.  That's all I have on that.
14       Take a look at Exhibit 20.
15    A.  Okay.
16    Q.  Do you have an understanding of what
17 this document is?
18    A.  Yes, sir.
19    Q.  What is it?
20    A.  It's probably just a variation of
21 what we just looked at.
22    Q.  Okay. Please look at Exhibit 21.
23 Take a look at this. It's a little longer.
24    A.  Okay.
25    Q.  This is a document bearing Bates

Page 124

1 numbers, with a Bates number that starts at
2 CM00201600.
3    A.  Okay.
4    Q.  Do you know what this document is?
5    A.  This is not a --
6    Q.  Is it a combination of a set --
7    A.  It's a bunch stuff. This is not a
8 common document. This is just something that
9 got copied out of a bunch of files somewhere,
10 but none of this makes any sense at all.
11    Q.  Okay. Let's ignore the first three
12 pages for a minute.
13    A.  Okay.
14    Q.  Let's go to page four, which -- the
15 fourth page of the document, which starts with
16 Charlie.
17    A.  Charlie, okay.
18    Q.  And then there's -- the next document
19 is the General Managers' meeting. Okay. And
20 there's another document -- I like this, where
21 this particular page is on the back of a packet
22 of documents labeled "General Managers'
23 Meeting."
24    A.  Okay.
25    Q.  It says: "Charlie, here's a list of

Page 125

1 those attending the GM meeting who will need
2 books."
3    A.  Uh-huh.
4    Q.  Who's Charlie?
5    A.  He's probably referring to Charlie --
6    Q.  Randle?
7    A.  No. Collins.
8    Q.  Collins. Okay. And is he in your
9 Accounting Department?
10    A.  He is retired now.
11    Q.  He was in the Accounting Department?
12    A.  Yes.
13    Q.  It says here's a list of those who
14 will need books. Now, a little while ago you
15 said you got a big list of materials. Is that
16 what this is talking about when it says "who
17 will need books"?
18    A.  Somebody's just telling Charlie,
19 we're going to need books for these people.
20    Q.  Who is Gary Pickett?
21    A.  Gary was my buyer at Walmart.
22    Q.  Your buyer at Walmart, so he was --
23    A.  He was a Walmart employee.
24    Q.  And he was going to attend this
25 General Manager meeting?

32 (Pages 122 - 125)

HIGHLY CONFIDENTIAL

Page 126

1   A.  Yes, sir.
2   Q.  And who was Craig Willardson?
3   A.  Craig was with Moark. I'm not sure
4 in what capacity.
5   Q.  And why would Craig be at a Cal-Maine
6 General Managers' meeting?
7 MR. ROBISON:
8        Object to form.
9   A.  I have no idea.
10 MR. SCHIRMER:
11   Q.  Do you have an understanding of why
12 Mr. Pickett would have been coming to a
13 Cal-Maine General Managers' meeting?
14   A.  We were trying to convince Gary to
15 give us more business.
16   Q.  And Steve Michella?
17   A.  Michella.
18   Q.  Michella?
19   A.  Uh-huh, with Egg-Land's Best.
20   Q.  He's a customer?
21   A.  No. He's a partner.
22   Q.  Partner. What do you mean by that?
23   A.  I don't know exactly what the
24 make-up, how it was organized at the time, but
25 he was with Egg-Land's Best.

Page 127

1       So we were either a co-op or a
2 franchise member or something at the time, but I
3 don't recall exactly how it was structured back
4 in that day.
5 MR. SCHIRMER:
6        Okay. Why don't we take a break.
7 VIDEOGRAPHER:
8        We are now going off the record. The
9 time is 12:06 p.m.
10      (A recess was taken.)
11 VIDEOGRAPHER:
12        We are now back on the record. The
13 time is 1:07 p.m.
14 MR. SCHIRMER:
15   Q.  I hope you had a nice lunch,
16 Mr. Hardin.
17   A.  Absolutely.
18   Q.  Okay. Good.
19       I'm showing you what has been
20 previously marked as Exhibit 22.
21   A.  Yes, sir.
22   Q.  What is it?
23   A.  It's some kind of report about hatch.
24 I don't ever look at it, so I don't know that
25 much about it, but --

Page 128

1   Q.  Well, that was perfect. You beat me
2 to the punch. Do you see that you're on the
3 e-mail list for it?
4   A.  Oh, sure, yeah.
5   Q.  Do you get this periodically?
6   A.  I did back then. I'm not -- yeah. I
7 still get it, yeah. I'm not sure if it's in
8 this format, but yes.
9   Q.  Did you get it, say, as early --
10 during the -- pretty much during the period 2002
11 through 2008?
12   A.  I'm sure I would have, yes.
13   Q.  Did you review it on a --
14   A.  No.
15   Q.  And this is also sent to Fred Adams
16 and Dolph Baker. And who's Matt Arrowsmith by
17 the way?
18   A.  He's one of our officers.
19   Q.  What does he do?
20   A.  He trades our long and short
21 positions in the company.
22   Q.  Egg long and shorts?
23   A.  Egg longs, egg shorts. He replaces
24 what we're short and sells what we have extra.
25   Q.  Who's -- is Mr. Dawson still -- is he

Page 129

1 with the company?
2   A.  Uh-huh.
3   Q.  Now, who is he? What does he to?
4   A.  He's our CFO.
5   Q.  CFO. Okay. Has his position changed
6 since 2007?
7   A.  Not that I remember.
8   Q.  Okay. This type of document, do you
9 know who creates it?
10   A.  No, sir.
11   Q.  Well, that gets rid of three
12 exhibits.
13   A.  Okay.
14      (Exhibit 59 marked.)
15   Q.  I'm showing you what has been marked
16 as Exhibit 59. It is a document bearing Bates
17 number CM00178560 through 565 -- yes, 565.
18   A.  Okay.
19   Q.  What is it?
20   A.  I've heard of this, but I've never
21 seen one before. They call it the Mid Morning
22 Tone. It's some type of report put out by
23 Urner Barry, but I'm not -- I've never -- I
24 don't ever have access to this. Or page 1 is.
25      I don't know what page 2 is. Never

33 (Pages 126 - 129)

HIGHLY CONFIDENTIAL

Page 130

1 seen those.
2        I never see this. Heard of it, but
3 I've never seen it.
4    Q.   You mean the document -- the part of
5 the pages that says CM178563 that says: "EGG:
6 Situation"?
7    A.   Yes, sir. I've heard of it, but I've
8 never seen it.
9    Q.   Okay.
10    A.   Next page is inventory. I get this
11 e-mailed to me every week.
12    Q.   And who creates that document?
13    A.   I don't know. I don't know. I don't
14 know who creates the document.
15        And then the last page is a recap,
16 week over week over week over week versus a year
17 ago, I think, same period a year ago. But,
18 again, it's national inventory. I see it, but I
19 don't know who prepares it.
20    Q.   All right. You can set that aside.
21 Do you know -- excuse me. I have a question.
22 You don't actually have to look at the document.
23 Do you know if anybody else at Cal-Maine
24 receives these documents on a regular basis, the
25 Egg: Situation, Mid Morning Tone, weekly report?

Page 131

1    A.   I don't know. I'm sure we have
2 people that have a need for it, but I don't
3 know.
4        (Exhibit 60 marked.)
5    Q.   I'm showing you what has been marked
6 as Exhibit 60. This is a document that bears
7 Bates number CM00181669 through 674 -- or at
8 least it's a document or series of documents
9 that was produced as a single document.
10    A.   Uh-huh.
11    Q.   The first page is EGG: Situation
12 report dated December 28, 2004.
13    A.   Okay.
14    Q.   That was the document you said you
15 know about, but you never look at?
16    A.   Well, I don't -- no, I don't mean I
17 don't look at it. I don't have access to it.
18 This is a print-off of the Comtel, and I don't
19 have access to the Comtel.
20    Q.   What do you -- you said something,
21 that you review Urner Barry numbers on either a
22 daily or weekly basis earlier today. Am I
23 correct, or am I wrong?
24    A.   I'm not sure what the question is.
25 I'm sorry.

Page 132

1    Q.   Did you testify earlier today that on
2 a daily or weekly basis you review the Urner
3 Barry --
4    A.   They publish it daily. It's
5 published daily.
6    Q.   Do you review that?
7    A.   No, not every day.
8 MR. ROBISON:
9        Him personally?
10 MR. SCHIRMER:
11        Him personally, yes.
12    A.   No, not every day. I mean, I
13 generally know where it's at, but not every day.
14    Q.   But you review it on a regular
15 basis --
16    A.   Oh, yeah.
17    Q.   -- so you can tell where the egg
18 market is.
19    A.   Oh, absolutely.
20    Q.   And that's part of your job.
21    A.   Absolutely, yeah.
22    Q.   The second page of this document --
23 the second page of this group of documents is
24 called E.C.I. Trading Activity, page 1 of 2.
25    A.   Yes, sir.

Page 133

1    Q.   And it's Bates numbers 670 through
2 671.
3        Do you know what this is?
4    A.   No, sir. I don't. Never seen it.
5    Q.   And the last page is -- the second to
6 last page is a weekly inventory report. That's
7 673.
8    A.   I think that's what we were looking
9 at over here.
10    Q.   Right.
11    A.   Same thing.
12    Q.   Just a different date.
13    A.   Yes, sir. I see it, but --
14    Q.   And the last page is a handwritten
15 document that says: "National Inventory Shell
16 Egg."
17    A.   Yes, sir.
18    Q.   Do you know whose handwriting that
19 is?
20    A.   No, sir.
21    Q.   It's not yours?
22    A.   No, sir.
23    Q.   Okay. The next two documents.
24    A.   Okay.
25    Q.   I'm showing you now what we marked

34 (Pages 130 - 133)

HIGHLY CONFIDENTIAL

Page 134

1 yesterday as Exhibit 23 and 24.
2   A.   Yes, sir.
3   Q.   Cal-A-Grams.
4   A.   Yes, sir.
5   Q.   Dated April 2, 2007.  Look at number
6 23 for a moment, which is labeled --
7   A.   Oh, Exhibit 23, yes, sir.
8   Q.   -- which is labeled CM0051057 through
9 57-something.
10   A.   Yes, sir.
11   Q.   It's actually 577 through 78, but
12 that's okay.  Do you understand what this
13 document is showing?
14   A.   Yes, sir.
15   Q.   What is it?
16   A.   It's what we transfer eggs through
17 our plants for, the basis numbers that we
18 transfer eggs into our plants.
19   Q.   I'm not certain I understand.  What
20 do you mean?
21   A.   When we buy eggs on the outside
22 sometimes we have to pay out the nose for them
23 to get them.
24   Q.   Uh-huh.
25   A.   And we don't want our General

Page 135

1 Managers to suffer, so we transfer them to these
2 at these prices and take a corporate hit for the
3 difference.
4   Q.   So these are the imputed dollar
5 numbers for inter-corporate transfers?
6 MR. ROBISON:
7     Object to form.
8   A.   Ask me that again.
9 MR. SCHIRMER:
10   Q.   Are these the imputed dollar numbers
11 for inter-corporate transfer -- imputed price
12 bases for inter-corporate transfer?
13 MR. ROBISON:
14     Same objection.
15   A.   I'm not sure I know what "imputed"
16 means.
17 MR. SCHIRMER:
18   Q.   I think you answered it the first
19 time, but I was just trying to clean it up a
20 little bit.
21   A.   Yeah, I'm sorry.  I don't understand
22 the question, but --
23   Q.   It's my fault.  It's a lawyerese.
24 It's what you, when you buy something at the
25 corporate level, transfer -- it's essentially

Page 136

1 what you charge your local distribution centers
2 for the eggs?
3 MR. ROBISON:
4     Same objection.  No foundation.
5   A.   It's -- all we're doing is keeping
6 all of our plants on a level playing field, so
7 that they all have the same opportunity to
8 succeed.  That's all it is.  It's just -- that's
9 all it is.
10 MR. SCHIRMER:
11   Q.   Now, if you look at number 24 --
12   A.   Yes, sir.
13   Q.   -- it says, "Inter-company Nest Run
14 Pricing."
15   A.   Yes, sir.
16   Q.   Do you understand what that is?
17   A.   Uh-huh.
18   Q.   What is it, please?
19   A.   It's just eggs right from the hen,
20 ungraded.  They're called nest runs.  So soon as
21 she lays it, that's a nest run egg.
22   Q.   What does it mean, nest run pricing?
23 Do you have an understanding of that, the
24 meaning of that term?
25   A.   Same thing as this over here.  It's

Page 137

1 just these are -- these look like graded eggs.
2 These are nest run eggs.
3 MR. ROBISON:
4     So Exhibit 23 is graded?
5   A.   Exhibit 23 looks to be graded.  This
6 looks like to be something --
7 MR. ROBISON:
8     24 is not graded.
9   A.   Correct.  That's all it is.
10 MR. SCHIRMER:
11   Q.   Now, if you'll look at the next page
12 on Exhibit 24.
13   A.   Yes, sir.
14   Q.   It says: "Inter-company Transfer
15 Pricing will be in effect."
16   A.   Yes, sir.
17   Q.   Do you have an understanding of what
18 the numbers down here, carton/basket, are?
19   A.   In what?  I'm sorry.
20   Q.   Again, it says size, CTN/BSKT --
21   A.   Sure.
22   Q.   What does that mean?
23   A.   In a carton in a basket is -- for
24 jumbos is 18 and a half cents under the large
25 market.  In a carton in a case, corrugated box,

35 (Pages 134 - 137)

HIGHLY CONFIDENTIAL

1 is 17 and a half cents under the market. And
2 that's our inter-company pricing.
3     Q.   When they talk about market, that's
4 whatever corporate Urner Barry market you choose
5 to peg to?
6     A.   Well, we don't have a corporate Urner
7 Barry market, but whatever market we peg to,
8 yes.
9     Q.   I'm not trying to --
10    A.   Right.  Yeah, it's just -- we're
11 using -- as you see, it's Thursday market, like
12 many of our customers, for the next -- for
13 Sunday through Saturday.  And we're just selling
14 eggs amongst our plants is all we're doing.
15    Q.   Okay.  Now, I think you said and
16 agreed as part of your job one of the things you
17 have to do is keep track of what's going on in
18 the egg market.
19    A.   Yes, sir.  My customers ask me about
20 it a lot.
21    Q.   Do you provide information to your
22 customers about the wholesale market on a
23 regular basis?
24    A.   The wholesale market?
25    Q.   Uh-huh.

1     A.   Describe what you mean by wholesale
2 market.
3     Q.   Well, here, let me show you this
4 document.
5         (Exhibit 61 marked.)
6     Q.   I'm showing you a document that's
7 been marked as Exhibit 61.
8     A.   Okay.
9     Q.   What is this document, sir?  It's
10 got -- just a minute, I'll put --
11 MR. SCHIRMER:
12        For the folks on the phone, this is
13 Bates number 00721965 through 966.
14    Q.   What is this document, Mr. Hardin?
15    A.   This is an e-mail that Patrick
16 Caballero sent to me asking me permission.
17    Q.   Okay.  And what is he asking your
18 permission about?
19    A.   To send Tom O'Brien the egg market.
20    Q.   Okay.  When we talk about the egg
21 market, what -- he writes the following -- or
22 you write the following to him, I can't tell --
23 or Jeff -- actually, he writes to you, I guess:
24 "Jeff, we can add him to our daily market fax
25 broadcast."

1     A.   Uh-huh.
2     Q.   "I don't think we can link him to
3 this information.  Tell me what to do."
4         What is a daily market fax broadcast?
5     A.   The Urner Barry market that you have
6 been showing me all morning, I have customers
7 that want to see that some day of the week.
8 Some of them want to see it every day of the
9 week.
10        So we just have -- in our fax
11 machine, we stick it in there and hit broadcast,
12 and it goes to the people that are in that
13 lineup.  And it's just the market.
14    Q.   I understand.
15    A.   It's just the market.  So -- but what
16 he's wanting to do, he's wanting to link him to
17 the Comtel.  And I can't link him to Comtel.
18 It's a subscription service that you buy from
19 Urner Barry.
20    Q.   What you do is you -- let me see if I
21 understand.  For the customers who want to know
22 what the Urner Barry market is doing --
23    A.   Right.
24    Q.   -- and they ask you for it --
25    A.   I send it to them every day.

1     Q.   -- you send it to them every day by
2 fax?
3     A.   Yeah.  Just like H-E-B or Publix,
4 they want to know about every day what's going
5 on with the egg market, so we send it to them.
6     Q.   Okay.
7     A.   That's all it is.
8     Q.   Do you do regular price checks of the
9 retail markets?
10    A.   Yes, sir.
11    Q.   How often do you have them done?
12    A.   We do it at least once a week with
13 some group of customers -- or some group of
14 stores, some group of retailers.
15    Q.   Okay.
16    A.   Depends on the region of the country
17 probably.  More frequently where we're
18 strongest, and less frequently where we're
19 weakest.
20    Q.   I want you to look at Exhibit 11.
21    A.   Okay.
22    Q.   What is Exhibit 11, sir?  I guess
23 it's a two-sided document.
24    A.   It looks like a price check document
25 from somewhere in the southeast, where all of

36 (Pages 138 - 141)

HIGHLY CONFIDENTIAL

Page 142

1 these customers were similarly located.
2    Q.   And these would be the customers
3 where --
4    A.   Retail prices.
5    Q.   -- Cal-Maine would check --
6    A.   Yes, sir. I just have people out in
7 the stores checking retail prices.
8    Q.   And do you get this information on a
9 periodic basis?
10    A.   Uh-huh.
11 MR. ROBISON:
12        You need to say yes.
13    A.   Oh, I'm sorry. Yes. Sorry.
14 MR. SCHIRMER:
15    Q.   Would you look at a document that's
16 going to be marked as 62.
17        (Exhibit 62 marked.)
18    Q.   This is a document bearing Bates
19 number CM00561499. It's a single-page document.
20    A.   Yes, sir.
21    Q.   What is it?
22    A.   Same thing as the other.
23    Q.   Just for Dallas?
24    A.   This looks like the Dallas piece. We
25 would have another one for Houston, too.

Page 143

1    Q.   Who is Gary Pickett? I've forgotten.
2    A.   He was my buyer at Walmart.
3    Q.   So you do the weekly price checks,
4 and you provide these to some of your clients?
5    A.   Oh, absolutely --
6 MR. ROBISON:
7        Object to the form.
8    A.   Yes. I'm sorry. But, yes, they ask
9 us to.
10 MR. SCHIRMER:
11    Q.   And these are the retail price
12 checks.
13    A.   Yes, sir.
14 MR. SCHIRMER:
15        Would you please mark this.
16        (Exhibit 63 marked.)
17    A.   Yes, sir.
18    Q.   This is a document that bears
19 ALBEGED00000616 through 617.
20 MS. MARKOWITZ:
21        Could you say that prefix again?
22 MR. SCHIRMER:
23        Sure. ALBEGED00000616 through 617.
24 MS. MARKOWITZ:
25        Thank you.

Page 144

1 MR. SCHIRMER:
2        I was congratulating myself for
3 getting all the zeroes the previous time.
4    Q.   What is this?
5    A.   It is the same thing as this, except
6 Michael Stockton at Albertsons probably wanted
7 something, hey, I need something on Wednesday,
8 versus whenever these others were taken.
9        So we sent one of our sales reps to
10 Tom Thumb and Kroger and collected the retail
11 information and sent it to Michael Stockton at
12 Albertsons.
13    Q.   Do you know who Eloy Torres is?
14    A.   Yes, sir. He works for us. He's one
15 of my sales reps.
16    Q.   And how about Jessica Quinn?
17    A.   She works for me.
18    Q.   She a sales rep?
19    A.   Sales Manager.
20    Q.   Sales Manager.
21    A.   Yes, sir.
22    Q.   Okay.
23        (Discussion off the record.)
24    Q.   Look at -- would you please take out
25 Exhibit 29? Now, this is an e-mail from Bob

Page 145

1 Scott to a variety of people, and it's got --
2 bears Bates number CM00450832.
3    A.   Yes, sir.
4    Q.   Do you see that you are labeled --
5 listed as one of the people to whom this was
6 cc'd?
7    A.   Yes, sir.
8    Q.   Do you remember receiving this
9 document?
10    A.   I don't remember receiving it, no,
11 sir.
12    Q.   Now, would you look at the fourth
13 line from the bottom that begins "hopefully"?
14    A.   Yes, sir.
15    Q.   It says: "Hopefully, we can reduce
16 supply and get back in the buying mode to get
17 this price back up. We may have to cut deeper
18 into the flock, by continued early selling,
19 which makes your job harder in matching your
20 work force with current volume."
21        Sorry, I don't understand what
22 Mr. Scott is saying there, sir. Can you help
23 me?
24 MR. ROBISON:
25        Object to form.

37 (Pages 142 - 145)

HIGHLY CONFIDENTIAL

1 MR. SCHIRMER:
2    Q.   What does he mean?  What was your
3 understanding of what he meant?
4    A.   I don't remember getting it.  Our
5 market is at 64 cents.  At 64 cents, we're
6 losing our shirt.  Money is pouring out of the
7 bank at 64 cent market.
8        And he's saying, don't paint the
9 fences, don't do nothing, we ain't got the money
10 to do anything.  He's saying, hang on, maybe
11 we'll kill some chickens -- or somebody will
12 kill some chickens -- or molt some chickens and
13 get out of this.
14        But at that kind of money, we are
15 losing our shirt.  Don't paint nothing, don't do
16 anything.
17    Q.   Okay.  And he's saying hopefully we
18 can reduce the supply of chickens and --
19    A.   Well, I don't think he's saying
20 hopefully we can reduce the supply.
21    Q.   Well, it says "we."
22    A.   Well, meaning Cal-Maine.
23    Q.   And the industry, I guess?
24 MR. ROBISON:
25        Same objection.  No, no, no.

1 Objection.  Calls for speculation.
2    A.   I couldn't say.
3 MR. SCHIRMER:
4    Q.   Okay.
5    A.   But the bottom line is, at 64 cents
6 we're losing our shirt.
7        (Exhibit 64 marked.)
8    Q.   I'm showing you a document which has
9 been marked as Exhibit 64.  It bears Bates
10 numbers CM00541328.  I swear that's the number
11 on the bottom.
12    A.   Okay.
13    Q.   What is this, sir?
14    A.   It looks like an e-mail from Bob
15 Scott to Dolph.
16    Q.   And you are cc'd on this?
17    A.   Yes, sir.
18    Q.   Do you have an understanding of what
19 Mr. Scott meant when he wrote:  "Re Our
20 position:  Am staying the course on Molt and
21 Sell.  In fact, moving some sales up on two
22 flocks that were not previously able to move
23 before Easter"?
24    A.   He's just communicating to Dolph that
25 we're going to stay on our molt and sell

1 schedule.
2    Q.   Is there a molt and sell schedule
3 that's regularly set at Cal-Maine?
4    A.   They set them.  Dolph determines what
5 our molt and sell schedule will be.
6    Q.   Okay.  Mr. Hardin, do you know of
7 something called a flock reduction program at
8 Cal-Maine?
9    A.   No, sir.
10    Q.   Are you aware of whether there has
11 been something called a flock reduction program
12 during the period 2002 to 2000 -- until today?
13    A.   Not that I'm aware of, no, sir.
14        (Exhibit 65 marked.)
15    Q.   I'm showing you what has been marked
16 as Exhibit 65.  Now, this is a series of pages
17 that give consecutive dates, but there are --
18 all these run consecutively starting with --
19 there's actually one document that contains lots
20 of these week by week --
21    A.   Uh-huh.
22    Q.   -- starting with CM00266782 through
23 905, but I only provided you with a sample of
24 that, that goes roughly from the beginning to
25 the end.

1    A.   Uh-huh.
2    Q.   You see -- what is the -- it says:
3 "Mr. Jeff Hardin, Mr. David Jenkins and Ken
4 Paramore e-mail."  Do you see that?
5    A.   Uh-huh.
6    Q.   Do you remember receiving these
7 sheets, sir?
8    A.   I don't remember it, but I'm sure I
9 did if I was carboned on it.
10    Q.   And do you have an understanding of
11 what these sheets reflect?
12    A.   No, sir.  I really don't.  It's
13 chicken stuff, and I just didn't pay that much
14 attention to the bird numbers.
15    Q.   And am I correct it's called a
16 "Record of Flock Reduction Program"?
17    A.   Yes, sir, that's what it looks like.
18    Q.   And you don't -- my understanding of
19 your last answer is you do not have an
20 understanding of what the flock reduction
21 program was.
22    A.   No, sir.  Again, I'm not the chicken
23 man.  I'm a sales guy.
24    Q.   Take a look at Exhibit 26.  This was
25 a document that was introduced yesterday.  It is

38 (Pages 146 - 149)

HIGHLY CONFIDENTIAL

Page 150

1 a page from Cal-Maine's website,
2 www.calmainefoods/investigors/volatility-of-egg-
3 prices.aspx, is the web address for this
4 document. It was printed out on April 2, 2014.
5    A.   Okay.
6    Q.   You ever seen this page on your
7 website, sir?
8    A.   Yes, sir.
9    Q.   The second sentence of this
10 particular -- of this statement of volatility of
11 egg prices is: "Small increases in production
12 or small decrease in demand can have a large
13 adverse effect on shell egg prices." Is that
14 consistent with your understanding of the
15 market, sir?
16    A.   Yes.
17    Q.   Would that be consistent with your
18 understanding of the market pretty much through
19 your time at Cal-Maine, or at least since 2000?
20    A.   Yes, sir.
21    Q.   Let's have a look at Exhibit 27 for a
22 minute. This was marked as yesterday. It's
23 the Form 10-K for the year -- fiscal year-ended
24 2002.
25    A.   Okay.

Page 151

1    Q.   And we discussed earlier today that
2 you would receive this in the ordinary course of
3 business?
4    A.   I'm sure I would, yes, sir.
5    Q.   If you'll turn to page -- now, this
6 document is -- because it's a printout has page
7 numbers that are a little different.
8    A.   Okay.
9    Q.   Okay. I want you to go to the page
10 of the document that has the number 4 right in
11 the middle. I think it's --
12    A.   Yes, sir.
13    Q.   -- four pages back.
14    A.   Right above "Shell Eggs."
15    Q.   Right above "Shell Eggs."
16    A.   Okay.
17    Q.   Actually, right below "Shell Eggs" is
18 where I wanted you to go to. It says -- now, we
19 were talking earlier about the company's
20 production being fully integrated?
21    A.   Yes, sir.
22    Q.   "It hatches chicks, grows pullets,
23 manufactures feed and produces and distributes
24 shells eggs." And the: "Company-owned
25 facilities accounted for approximately

Page 152

1 85 percent of its fiscal 2002 egg production."
2 You see that? It's right underneath "Shell
3 Eggs."
4    A.   Okay. Yes, sir.
5    Q.   That's consistent with your
6 understanding of the sales of Cal-Maine and the
7 source of those sales?
8 MR. ROBISON:
9      Object to form.
10    A.   Company-owned facilities accounted
11 for approximately 85 percent of its total
12 production. So we're in a production area here.
13 I don't know that number.
14 MR. SCHIRMER:
15    Q.   Okay. Turn to the next page. In the
16 third full paragraph -- there's a carryover
17 paragraph at the top of the page. Do you see
18 that?
19    A.   Yes, sir.
20    Q.   Then there's three full paragraphs
21 down.
22    A.   Okay.
23    Q.   The 2002 K states -- and this is on
24 page 5, if you read the document -- that: "The
25 company operates in a cyclical industry with

Page 153

1 total demand that is generally level and a
2 product which is price-inelastic." Is that
3 consistent with your understanding?
4    A.   I would be -- yes. I would agree
5 with that at a wholesale and retail level -- or,
6 excuse me, at a distributor and retail level.
7    Q.   Okay.
8    A.   Right.
9    Q.   Distributor and retail.
10    A.   Yeah.
11    Q.   I wanted to make sure.
12      Would you thus agree -- it is also
13 thus consistent with your understanding of the
14 market that small increases in production or
15 decreases in demand can have a large adverse
16 effect on prices and vice-versa?
17    A.   Yes.
18    Q.   There's another statement here that I
19 wanted to ask you about. It says: "However,
20 economic conditions in the egg industry are
21 expected to exhibit less cyclicality in the
22 future. The industry is concentrating into
23 fewer but stronger hands, which should help to
24 lessen the extreme cyclicality of the past." Do
25 you see that?

39 (Pages 150 - 153)

HIGHLY CONFIDENTIAL

Page 154

1     A.   Uh-huh.  Yes, sir.
2     Q.   I'm not certain I understand what
3  that means.  Do you have an understanding of the
4  meaning of those two sentences, sir?
5     A.   I would be speculating.
6  VIDEOGRAPHER:
7          Four minutes.
8     A.   Obviously, I didn't write it, so --
9  MR. SCHIRMER:
10    Q.   I would hope not.
11    A.   -- so I would be speculating as to
12  what somebody was trying to say there.
13    Q.   Okay.  Right under number 5, the
14  second paragraph, it says:  "The Company sells
15  its shell eggs at prices generally related to
16  independently quoted wholesale market prices."
17  Is that the Urner Barry basis we were speaking
18  about earlier in reviewing some of the earlier
19  documents?
20    A.   I'm sorry, ask -- where was that,
21  again?
22    Q.   Under 5.
23    A.   Under 5.  The second paragraph?
24    Q.   The second paragraph down, first
25  sentence.

Page 155

1     A.   Yes, sir.  That's my understanding of
2  what that means.  That would be the Urner Barry.
3     Q.   Okay.  Oh, go back up to the run-over
4  paragraph on the top of this page.  There's a
5  statement at the end of that run-over paragraph,
6  the second line from the end, that says:
7  "Historically, the Company has tended to have
8  higher profit margins when feed costs are
9  higher."  Is that consistent with your
10  understanding of the facts, at least at that
11  time?
12    A.   I think that would reflect what
13  historically we would have seen.  That's been my
14  history.  High feed costs lead to fewer
15  chickens, which leads to higher prices.
16    Q.   And why would fewer chickens lead to
17  higher price and higher profits?
18    A.   I'm sorry.  I said feed costs.
19    Q.   Why would higher feed costs lead to
20  fewer chickens, higher prices and greater
21  profits?
22    A.   Higher feed costs means higher costs,
23  period.  And the farmer typically is going to be
24  reluctant to add a bunch of chickens with high
25  feed prices.

Page 156

1     Q.   And that would mean that there would
2  be fewer chickens?
3     A.   It's speculation on my part, but I
4  would say yes.  I wouldn't be taking as big a
5  chance if I had high feed costs to deal with.
6  VIDEOGRAPHER:
7          One minute.
8  MR. SCHIRMER:
9          Let's take a break.
10  VIDEOGRAPHER:
11         This is the end of tape number two in
12  the video deposition of Jeff Hardin.  We are now
13  going off the record.  The time is 1:42 p.m.
14         (A recess was taken.)
15  VIDEOGRAPHER:
16         This is the beginning of tape number
17  three in the video deposition of Jeff Hardin.
18  We are now going back on the record.  The time
19  is 1:53 p.m.
20  MR. SCHIRMER:
21    Q.   Mr. Hardin, you just testified
22  regarding price -- your understanding of the egg
23  market a few minutes ago based upon the 2000 --
24  I think it was '4 -- or 2002 10-K I put in front
25  of you; is that right?

Page 157

1  MR. ROBISON:
2          Object to form.
3  MS. MARKOWITZ:
4          I'm sorry.  Can you both move a
5  little closer to the phone or speak up?
6  MR. SCHIRMER:
7          Okay.  I'm sorry.  That's my fault.
8  MS. MARKOWITZ:
9          Thanks.
10  MR. SCHIRMER:
11    Q.   Right.
12    A.   Okay.
13    Q.   That was the 2002 10-K?
14    A.   This was the 2002 10-K.
15    Q.   Yeah.  And you said that it was your
16  understanding that it was -- that demand was
17  roughly stable, and the market, both the retail
18  and wholesale markets, are relatively
19  price-inelastic; did I understand that right?
20    A.   The retail and the distributor
21  markets, the -- consumer markets, consumer
22  markets are fairly price-inelastic, yes.
23    Q.   Would you please have a look at what
24  has been marked as Exhibit 66?
25    A.   Yes, sir.

40 (Pages 154 - 157)

HIGHLY CONFIDENTIAL

Page 158

1 (Exhibit 66 marked.)
2 Q. This one came out a little better
3 when it printed. And they all have page
4 numbers. Would you turn to page number 9?
5 Exhibit 66 is the Form 10-K for
6 Cal-Maine Foods for the year ended May 29, 2010.
7 Am I correctly characterizing the document, sir?
8 A. I think so, yes, sir.
9 Q. Please turn to page 9.
10 A. Okay.
11 Q. And there's a big -- "Item 1-A. Risk
12 Factors." See that? You see that?
13 And then there's a smaller, all black
14 or bolded section that says: "Market price of
15 wholesale eggs are volatile and changes in these
16 prices can adversely impact our operations." Do
17 you understand that -- see that?
18 A. Yes, sir.
19 Q. And I take it you would agree with
20 that statement: "Market prices of wholesale
21 shell eggs are volatile and changes in these
22 prices and costs can adversely impact our
23 results of our operations"?
24 A. Yes, sir.
25 Q. Would you go to the last sentence of

Page 159

1 the paragraph underneath that?
2 A. Yes, sir.
3 Q. Do you see the sentence that says:
4 "In general, a 1% increase or decrease in
5 industry supply will translate into a
6 corresponding 7% change in shell egg prices"?
7 A. Yes, sir.
8 Q. Now, is that consistent with your
9 understanding of the market, sir?
10 MR. ROBISON:
11 Object to form.
12 A. That's what I've been told, but I'm
13 no economist. I don't know.
14 MR. SCHIRMER:
15 Q. Who told you that?
16 A. I couldn't even tell you. It's
17 general industry knowledge type stuff. It
18 doesn't take much change in the supply to affect
19 the price --
20 Q. Okay.
21 A. -- at the wholesale level.
22 Q. Price-inelastic at the retail level,
23 consumer level, too, isn't it?
24 MR. ROBISON:
25 Objection.

Page 160

1 MR. SCHIRMER:
2 Q. There was something else -- would you
3 take a look at number 67 for a minute.
4 (Exhibit 67 marked.)
5 Q. There's a similar statement in number
6 67. That is the 2011 K. Exhibit 67 is the
7 Form 10-K for fiscal year ended May 28, 2011, of
8 Cal-Maine Foods. I hope I'm correctly stating
9 what that is. I think I am, aren't I, sir?
10 A. Okay.
11 Q. There is a similar statement on
12 page 9. I'm not going to ask you about that --
13 A. Okay.
14 Q. But would you then take a look at
15 page 4? There's a section called "Growth
16 Strategy and Acquisitions."
17 A. Yes, sir.
18 Q. It says: "For many years, we have
19 pursued a growth strategy focused on the
20 acquisition of existing shell egg production and
21 processing facilities, as well as the
22 construction of new and more efficient
23 facilities."
24 Is it consistent with your
25 understanding that at least since the year 2000

Page 161

1 Cal-Maine has been consistently pursuing
2 acquisitions and construction of new facilities?
3 MR. ROBISON:
4 Object to form. Foundation.
5 A. We have pursued acquisitions and
6 built new facilities since then, yes. Bunches
7 of them since -- through that time frame we've
8 built and purchased.
9 MR. SCHIRMER:
10 Q. It says: "Since the beginning of
11 fiscal 1989" --
12 A. Yes, sir.
13 Q. -- you've completed 16 acquisitions.
14 A. Probably so. I don't remember.
15 Q. 16 acquisitions.
16 A. 16? I don't know them exactly,
17 but --
18 Q. It's the next line down.
19 A. I'm sure that's right, yes.
20 Q. So at least for that long the company
21 has been engaging in acquisitions and
22 construction of new facilities?
23 A. Absolutely. It's gotten harder to
24 build new stuff, but we --
25 Q. Why is it harder to build today?

41 (Pages 158 - 161)

HIGHLY CONFIDENTIAL

Page 162

1 A. You're getting off of the production
2 end of it, but generally, from what I'm told,
3 it's because of permitting, EPA, water, state
4 regulatory stuff. Just harder to build new
5 facilities.
6 Q. Do you have an understanding of how
7 long it takes to build a new facility today?
8 A. I've been told if you can get
9 permitted, once you get permitted, about two and
10 a half years to get it operational, maybe three
11 to get it fully operational.
12 Q. And has anybody told you how long it
13 takes to go through the permitting process?
14 A. Not specifically. I just -- it's a
15 long curve. It's a long time.
16 Q. Okay. Is the time that it takes to
17 build facilities once it's permitted been fairly
18 consistent since about -- since 2002?
19 MR. ROBISON:
20     Objection to foundation.
21 MR. SCHIRMER:
22 Q. Do you have an understanding of that?
23 A. The building of the facilities
24 themselves has probably been fairly consistent
25 as to how long it takes to build them; but,

Page 163

1 you're not talking about building barns, you're
2 talking about bringing chickens into production,
3 and so there's a difference.
4     You can probably build a whole
5 facility fairly quickly, but to populate it with
6 chickens you've got to do it in an efficient way
7 that matches your customer's product mix.
8     It's very complicated, and I'm not a
9 production guy.
10 Q. Okay. Okay. I'm just trying to understand
11 what you just said. Give me just a second.
12 A. Okay. Sure.
13 Q. Who at Cal-Maine would have the most
14 knowledge of how long it has taken to bring a
15 new egg facility online during the period 2002
16 to 2014?
17 A. Probably Steve Storm or Dolph.
18 Q. Okay.
19 A. Again, it's not so much about
20 building, okay? It's about permitting and
21 getting chickens to the right age.
22     Safeway don't want a whole bunch of
23 20-week-old chickens. They don't have any place
24 to go with all the mediums. They don't have a
25 place to go with all the jumbos, if they all are

Page 164

1 100 weeks old. So you have to space it all out
2 from a chicken perspective to get a product mix
3 that the consumer wants.
4 Q. As well as the time it takes to just
5 strictly construct it.
6 A. Absolutely.
7 Q. Would you take another look at
8 Exhibit 25 for just a minute? It was back a
9 little bit ago.
10 MR. ROBISON:
11     I think he --
12 MR. SCHIRMER:
13     I think he still has it over there.
14 A. 25?
15 Q. I've got it right here. Hold on.
16 A. Okay.
17 Q. Look at Exhibit 25. I think the
18 second paragraph talks about specialty eggs
19 being a little bit -- the price of specialty
20 eggs being less volatile or more profitable.
21 A. Okay.
22 MR. ROBISON:
23     Object to form.
24 MR. SCHIRMER:
25 Q. Do you have an understanding why

Page 165

1 that's the case?
2 A. I'm not sure that I understand the
3 question.
4 Q. Well, are the prices of specialty
5 eggs less volatile, in your experience, than the
6 prices for commodity eggs?
7 A. Yes, sir.
8 Q. Why is that the case?
9 MR. ROBISON:
10     Objection. No foundation.
11 A. In the case of Cal-Maine, they're not
12 tagged to a market, pegged to a market price, so
13 they're not as volatile. They're not pegged to
14 Urner Barry.
15 MR. SCHIRMER:
16 Q. Are they sold on a cost-plus basis?
17 A. I would say no, not in the
18 traditional thoughts of cost plus.
19 Q. Do you handle -- are you responsible
20 for negotiating the sales of specialty eggs for
21 Cal-Maine?
22 A. Some brands.
23 Q. Are you ultimately responsible for
24 all the sales of specialty eggs for Cal-Maine?
25 A. Yes, sir.

42 (Pages 162 - 165)

HIGHLY CONFIDENTIAL

1    Q.   You just said, "not in the
2  traditional sense."  What do you mean by it's
3  not a cost-plus basis in the traditional sense?
4    A.   Well, I started out working with
5  McDonald's on cost plus, okay?  And so -- and it
6  was purely whatever the costs were to get the
7  egg out of the chicken house and into the
8  package, into their distribution locations, plus
9  a margin that was negotiated.
10        I have other relationships like that
11  now, where it's purely pegged to cost plus a
12  margin that's negotiated.
13        Typically, in our specialty business,
14  I don't negotiate that margin with anyone.  I
15  decide what it's going to be, and then I let
16  competition take over.  If I can -- if
17  somebody's cutting my price, then I've got to
18  adjust on my specialty, just like on commodity,
19  but it's just not as volatile.
20        We build brands.  Tide detergent
21  don't move every day.  Farmhouse eggs don't move
22  every day.
23    Q.   What do you mean, you build brands?
24    A.   Well, this is about -- specialty
25  segment is about brand building, and that's what

1  we do in our specialty segment -- or national
2  brand segment.  So it's like Tide detergent or
3  Mentoes or Shell gasoline.  You know, you're
4  trying to build a brand is all you're doing.
5    Q.   You've just been talking about
6  brands.  Does Cal-Maine have any trademark
7  brands?
8    A.   Yes, sir.
9    Q.   What are they?
10    A.   Farmhouse, 4-Grain, Sunups and
11  Sunny Meadow are the four that I can recall.
12  Maybe Rio Grande.
13    Q.   Are those all specialty egg brands?
14    A.   No, sir.  There's a couple of
15  conventional brands in there.
16    Q.   Which would be the conventional
17  brands?
18    A.   Sunups and Sunny Meadow.
19    Q.   But your specialty egg brands are
20  sold on the basis of cost plus margin at
21  competition?
22    A.   Yes, sir.
23  MR. SCHIRMER:
24        Would you please hand him Exhibit 31.
25  And then I'm going ask him about 33, 34, and 35

1  in a bit, but not right away.
2    Q.   Exhibit 31, which was marked
3  yesterday, number 31, is a printout from
4  Cal-Maine Foods' website.  If you'll look up in
5  the right-hand corner, it's got website.  I
6  think that's your website address, right?
7    A.   Yes, sir.
8    Q.   And it's one of three documents.  And
9  it's printed out, according to the lower
10  right-hand corner -- I hope the machine -- the
11  machine printed it -- April 2, 2014, at 5:26
12  p.m.
13    A.   Okay.
14    Q.   Have you seen this before?
15    A.   Sure.
16    Q.   Okay.  Would you please turn to the
17  last page of it?
18    A.   Yes, sir.
19    Q.   I take it back.  Go to the second to
20  the last page.  Something we were talking about
21  earlier I wanted to make sure I understand.
22    A.   Okay.
23    Q.   About -- I don't know.  In the lower
24  part of the page, it's something that's called
25  "Molting Program," right before "Pullet" and

1  after "Molt."
2    A.   Yes, sir.
3    Q.   It says -- it describes a molting
4  program as:  "A six-week period that
5  deliberately causes a flock to begin a molt."
6    A.   Yes, sir.
7    Q.   And:  "This is done by controlling
8  the diet until certain weight goals are
9  reached."
10    A.   Yes, sir.
11    Q.   Is that your understanding of how
12  Cal-Maine currently performs its molting
13  program?
14    A.   Yes, sir.
15    Q.   And a molt is -- explain what a molt
16  is for me.
17    A.   I couldn't.
18    Q.   Don't know.  Okay.  Do you have an
19  understanding as to whether Cal-Maine has always
20  engaged in its molting program simply by feeding
21  them different stuff?
22    A.   No, I'm not qualified to answer that.
23    Q.   Okay.  Fair enough.
24    A.   Sorry.
25    Q.   Please turn to the next page.

43 (Pages 166 - 169)

HIGHLY CONFIDENTIAL

Page 170

1 There's not very many entries on this one, but I
2 want you to look at the third one from the
3 bottom.
4    A.   Yes, sir.
5    Q.   "UEP Certified."
6    A.   Yes, sir.
7    Q.   It says: "Guidelines developed by
8 the United Egg Producers scientific committee."
9    A.   Yes, sir.
10    Q.   Do you have an understanding of the
11 requirements for the UEP certified program?
12    A.   Yes, sir.
13    Q.   What are some of those requirements
14 that you understand as -- what is your
15 understanding of some of the requirements of the
16 program?
17    A.   Well, it's an animal husbandry
18 program. It's a program about the animal that
19 was developed originally as the ACC program.
20       As far as requirements of it, there
21 are particular ways to handle the hen,
22 particular ways to go about molting, particular
23 levels of -- ammonia level in the chicken
24 houses, beak trimming. There's some
25 restrictions on beak trimming. But the --

Page 171

1 guess probably the most prominent one, and the
2 one that caused the biggest stir when it was all
3 starting, was the square inches requirement.
4    Q.   What is the square inches
5 requirement, in your understanding?
6    A.   As it exists today or back in this
7 time -- back in -- in general?
8    Q.   In general.
9    A.   It's an allocation of how much space
10 we are allowed under the ACC or FMI program to
11 give the hens.
12    Q.   And you said as it began and as it is
13 now. What is the difference between as it began
14 and as it is now?
15    A.   Well, when it began in the late
16 nineties, early 2000's, whenever it was, most
17 producers would have been on something between
18 48 and 53 square inches of cage space per hen.
19       And this program that was developed
20 with FMI and UEP was to increase that cage space
21 allocation over time.
22    Q.   And is it your understanding that has
23 happened?
24    A.   Yes, sir. That's been going on -- I
25 can't remember what year we completed it, but

Page 172

1 probably '12, something like -- well, it might
2 have been earlier than that.
3    Q.   Might you have completed it in the
4 year 2008? That long ago?
5    A.   I can't remember. But we went from
6 something like 48 to 53 to 67 required now.
7       (Exhibit 68 marked.)
8    Q.   I'm showing what you has been marked
9 as Exhibit 68. It bears production number
10 CM00183394 through 396.
11    A.   Yes, sir.
12    Q.   Why don't you have a look at it real
13 quick.
14    A.   Okay.
15    Q.   Do you recognize this document?
16    A.   I don't specifically recognize it,
17 but it's an agenda for an UEP conference on
18 animal welfare. I remember being there.
19    Q.   Yeah. You were listed as one of the
20 people who was there, Jeff Hardin.
21    A.   Yes, sir. Yes, sir, uh-huh.
22    Q.   Is this the one -- the meeting you
23 were talking about earlier on animal welfare,
24 where you went with one of your customers?
25    A.   I remember this one. I don't know

Page 173

1 that I was talking about that one specifically
2 earlier, but I remember this one specifically
3 because I had several customers there. I just
4 happened to be hosting one of them.
5    Q.   Do you remember any of what went on
6 at that conference?
7    A.   I couldn't tell you specifically
8 about each one of these things, but the
9 intent -- I can tell you the intent, but I don't
10 remember the specific discussion.
11    Q.   What was the intent of this in
12 general, of the program in general?
13    A.   The intent, as I recall it, was to
14 expose, at a buyer level or category manager
15 level, what the FMI program was.
16    Q.   Well, do you have an understanding of
17 whether the FMI program and the UEP certified
18 program are the same thing?
19    A.   Oh, yes, sir. It's the same thing.
20 I'm sorry.
21    Q.   That's your understanding?
22    A.   Yes, sir.
23    Q.   You can put that away.
24    A.   Okay.
25    Q.   Would you please take out what was

44 (Pages 170 - 173)

HIGHLY CONFIDENTIAL

1 marked yesterday as Exhibit 33.
2    A.   Okay.
3    Q.   I think you want to look -- maybe you
4 know what it is already.  What is it?
5    A.   Well, this is the Michigan State
6 study.
7    Q.   And the front page is a Cal-A-Gram
8 from Dolph Baker to you, among others?
9    A.   Yes, sir.
10    Q.   What was the purpose of Mr. Baker
11 giving you this study; do you remember?
12    A.   It was to -- so I could learn and
13 understand what the costs associated with
14 starting the animal -- the FMI animal welfare
15 program was about.  So it highlighted the costs.
16    Q.   Okay.  One of the things it
17 highlights is the cost.
18    A.   Yes, sir, along with other things.
19 Obviously, there's the bird handling and the
20 ammonia control and all those types of things,
21 but one of the things was the costs.
22    Q.   He also discusses the things like the
23 economics of the market, including the
24 elasticities of demand.  If you look at page 8
25 on this -- of the document --

1    A.   Yes, sir.
2    Q.   -- in the upper right-hand corner.
3 MR. ROBISON:
4         Object to form.
5    A.   It's talking about -- I'm sorry.
6 MR. SCHIRMER:
7    Q.   Under conclusion --
8    A.   Under conclusions.
9    Q.   -- he says -- in the middle of the
10 paragraph it says: "Estimates of the price
11 elasticity of demand for eggs typically fall in
12 the minus .12 to minus .08 range.  This
13 indicates that, in the short run before
14 additional cage space could be constructed and
15 the supply response realized egg prices could
16 increase 8 to 12 percent for every 1 percent egg
17 supplies are reduced."  You see that?
18    A.   Yes, sir.
19    Q.   And do you remember reading this when
20 Mr. Baker gave it to you?
21    A.   Oh, absolutely.
22    Q.   And Mr. Baker says on the front that
23 this appears to cover all the bases and could be
24 a good tool to use when visiting customers.
25         Did you ever provide this to any of

1 your customers?
2    A.   Probably every one of any
3 significance.  It went as a package when I took
4 it to them, this and some other stuff.
5    Q.   And you used it to explain what would
6 be the effect of the program or some of the
7 costs.
8    A.   Absolutely.  Sure.
9    Q.   You can put that away.
10    A.   Okay.
11    Q.   Would you please have a look at --
12 MR. SCHIRMER:
13         Get Exhibits 33 and 34.  See if we
14 can get through this quickly.
15    A.   33 again?
16    Q.   34 and 35.
17    A.   Okay.
18    Q.   Let's start with number 34.
19    A.   Yes, sir.
20    Q.   Number 34 is a document Bates
21 numbered NL00212764 through 766.
22    A.   Yes, sir.
23    Q.   What is it?
24    A.   It's a communication within our Eggs
25 America co-op that we would typically use with

1 customers that were inquiring about why egg
2 prices are moving.
3    Q.   So the last page is the communication
4 that you would typically use when customers were
5 asking at this point in time why prices were so
6 high?
7 MR. ROBISON:
8         Object to form.
9    A.   It may be this.  It may be some other
10 form.  It's not particularly this form.  It
11 might be a -- lots of different ways to
12 communicate it.  Might be other activity going
13 on.
14         This just happened to be the one that
15 Roger prepared or somebody prepared for '06, for
16 fall of '06.
17 MR. SCHIRMER:
18    Q.   Do you remember whether you ever used
19 this communication with any of your customers?
20    A.   I don't.
21    Q.   Would you look at -- on that last
22 page, industry standards -- it says:  "The egg
23 market has risen strongly over the past few
24 weeks."  On the top of the last page.  Do you
25 see that at the top?

45 (Pages 174 - 177)

HIGHLY CONFIDENTIAL

Page 178

1    A.   Yes, sir.
2    Q.   And it says: "Several factors have
3  contributed to the situation."
4    A.   Uh-huh.
5    Q.   A. are a significant demand increase
6  during the November-December holiday period?
7    A.   Yes, sir.
8    Q.   Is that consistent with your
9  understanding of what happens during the
10  November-December holiday period in general?
11    A.   Yes, sir.
12    Q.   Number C. says: "Industry standards
13  for space allocations are increasing with time.
14  Another milestone was passed October 1.  As each
15  chicken is given more space the number of
16  chickens that a given facility can hold is
17  reduced.  Therefore, fewer chickens lead to
18  fewer eggs which leads to upward price
19  pressure."
20       Is that consistent with your
21  understanding at the time, sir --
22    A.   Oh, absolutely.
23    Q.   -- what was happening at the time?
24    A.   Absolutely.  And along with B. and
25  D., probably, but -- but A., B. -- I don't

Page 179

1  remember any export activity.  I don't recall
2  any of it.  But A., B., and C. for sure, and I
3  was communicating that to customers every day.
4  MR. SCHIRMER:
5       I don't have anything else right now.
6  MR. ROBISON:
7       You guys have anything?
8  MR. AHERN:
9       I will.  I think Patrick's going
10  before me, though.
11  MR. SCHIRMER:
12       Why don't we take a really brief
13  break.
14  MR. ROBISON:
15       Taking a short break to switch
16  questioners.
17  VIDEOGRAPHER:
18       We are off the record.  The time is
19  2:19 p.m.
20       (Off the record.)
21  VIDEOGRAPHER:
22       We're now going back on the record.
23  The time is 2:29 p.m.
24          CROSS-EXAMINATION
25  BY MR. AHERN:

Page 180

1    Q.   Good afternoon, Mr. Hardin.  My name
2  is Patrick Ahern.  I represent Winn-Dixie
3  Stores, Inc.; C&S Wholesale Grocers, Inc.;
4  Roundie's Supermarkets, Inc.; and, Heinz, LLP.
5    A.   Okay.
6    Q.   I'm going to ask you a few questions.
7       Mr. Hardin, Mr. Paramore retired in
8  September of 2008, approximately?
9    A.   Okay.  I don't remember, but --
10    Q.   Okay.  And -- that's what he told us
11  yesterday.
12    A.   Okay.
13    Q.   Okay.  And he -- Winn-Dixie was an
14  account of Mr. Paramore's up to that time; is
15  that correct?
16    A.   Yes, sir.
17    Q.   Okay.  Did you have any contact or
18  communications with Winn-Dixie as a Cal-Maine
19  customer?
20    A.   I'm not sure.  I'm not sure.  There
21  was a New Orleans division that was kind of over
22  my part of the world, so I can't say for sure.
23    Q.   After Mr. Paramore retired, did you
24  have any contact or communications with
25  Winn-Dixie as a Cal-Maine customer?

Page 181

1    A.   Not until probably fairly recently,
2  since they joined the Topco cooperative.
3    Q.   Okay.  And you've had communications
4  with Winn-Dixie directly after they joined Topco
5  started using Topco?
6    A.   Not directly with Winn-Dixie, no.
7    Q.   You've had your communications with
8  Topco --
9    A.   Since that -- yes.
10    Q.   -- is that correct?
11    A.   Correct.
12    Q.   All right.  Now, I want to mark as
13  the next exhibit, so Exhibit 69 --
14  MR. AHERN:
15       And since this is a Complaint in the
16  case, unfortunately I just have the witness's
17  copy.  I apologize.  It is the Complaint that
18  Publix Super Markets filed in this action on
19  November 16, 2010.
20  MR. ROBISON:
21       I don't have an Exhibit 68.
22  MR. AHERN:
23       She just gave me 69, so --
24  MR. ROBISON:
25       Okay.

46 (Pages 178 - 181)

HIGHLY CONFIDENTIAL

Page 182

1      (Exhibit 69 marked.)
2 MR. AHERN:
3      Q.   Mr. Hardin, I'm handing you what's
4 been marked as Exhibit 69.  And this is a copy
5 of the Complaint by Publix in this case.  Have
6 you seen this document before?
7      A.   I'm not sure that I've seen the
8 Publix, but I've seen one of them.
9      Q.   Okay.  When was the first time that
10 you saw --
11      A.   In preparation for this deposition.
12      Q.   Had you seen it before that?
13      A.   No, sir.  Probably not.
14      Q.   You see the date at the top of this
15 is November 16, 2010?  At the very, very top,
16 11-16-2010?
17      A.   Yes, sir.
18      Q.   After that period of time, did
19 Cal-Maine stop selling UEP-certified eggs to
20 Kroger?
21      A.   No, sir.
22      Q.   Safeway?
23      A.   No, sir.
24      Q.   Albertsons?
25      A.   No, sir.

Page 183

1      Q.   H-E-B?
2      A.   No, sir.
3      Q.   A&P?
4      A.   No, sir.  Well, I don't know that I
5 ever sold anything to A&P except specialty eggs.
6      Q.   Publix?
7      A.   No, sir.
8      Q.   Kraft Foods?
9      A.   Never sold Kraft to my knowledge.
10      Q.   General Mills?
11      A.   Never sold to them either to my
12 knowledge.
13      Q.   Walgreens?
14      A.   No, sir.
15      Q.   SUPERVALU?
16      A.   No, sir.
17      Q.   Winn-Dixie?
18      A.   No, sir.
19      Q.   C&S Wholesale Grocers?
20      A.   I'm not sure I sold anything to C&S
21 except specialty.
22      Q.   Hy-Vee?
23      A.   Was not a customer of mine.
24      Q.   After the complaints were filed, the
25 initial complaints were filed in November of

Page 184

1 2010, did Cal-Maine start selling non-UEP
2 certified eggs to Kroger?
3      A.   No, sir.
4      Q.   Safeway?
5      A.   No, sir.
6      Q.   Albertsons?
7      A.   No, sir.
8      Q.   H-E-B?
9      A.   No, sir.
10      Q.   A&P?
11      A.   No, sir.
12      Q.   Publix?
13      A.   No, sir.
14      Q.   Kraft Foods?
15      A.   Not a customer.
16      Q.   General Mills?
17      A.   Not a customer.
18      Q.   Walgreens?
19      A.   No, sir.
20      Q.   SUPERVALU?
21      A.   No, sir.
22      Q.   Winn-Dixie?
23      A.   No, sir.
24      Q.   C&S Wholesale Grocers?
25      A.   No, sir.

Page 185

1      Q.   Hy-Vee?
2      A.   Not a customer.
3      Q.   After the complaints were filed in
4 November of 2010, did you personally ask any --
5 did you personally ask Kroger whether it wanted
6 to buy non-UEP certified eggs?
7      A.   No, sir.
8      Q.   Safeway?
9      A.   Did I ask them?
10      Q.   Yes.  If they wanted to buy non-UEP
11 certified eggs.  Did you ask anyone at Safeway?
12      A.   No, sir.  It'd have been crazy to.
13      Q.   Albertsons?
14      A.   No, sir.
15      Q.   H-E-B?
16      A.   No, sir.
17      Q.   A&P?
18      A.   No, sir.
19      Q.   Publix?
20      A.   No, sir.
21      Q.   Kraft Foods?
22      A.   No, sir.
23      Q.   General Mills?
24      A.   No, sir.
25      Q.   Walgreens?

47 (Pages 182 - 185)

HIGHLY CONFIDENTIAL

Page 186

1    A.   No, sir.
2    Q.   SUPERVALU?
3    A.   No, sir.
4    Q.   Winn-Dixie?
5    A.   No, sir.
6    Q.   C&S Wholesale Grocers?
7    A.   No, sir.
8    Q.   Hy-Vee?
9    A.   No, sir.
10   Q.   Did anyone at Cal-Maine ask Kroger
11 whether it wanted to buy non-UEP certified eggs?
12 MR. ROBISON:
13        Objection.  Foundation.
14 MR. AHERN:
15   Q.   To your knowledge?
16   A.   No, sir.
17   Q.   Safeway?
18   A.   No, sir.
19   Q.   Albertsons?
20   A.   No, sir.
21   Q.   H-E-B?
22   A.   No, sir.
23   Q.   A&P?
24   A.   No, sir.
25   Q.   Publix?

Page 187

1    A.   No, sir.
2    Q.   Kraft Foods?
3    A.   No, sir.
4    Q.   General Mills?
5    A.   Again, some of those are not my
6 customers, but no.
7    Q.   Walgreens?
8    A.   No, sir.
9    Q.   SUPERVALU?
10   A.   No, sir.
11   Q.   Winn-Dixie?
12   A.   No, sir.
13   Q.   C&S Wholesale Grocers?
14   A.   No, sir.
15   Q.   Hy-Vee?
16   A.   No, sir.
17   Q.   When you say some of them are not
18 your customers, you mean Cal-Maine sold to them
19 but they weren't your customers?
20   A.   No.  You mentioned some that --
21 they're just not Cal-Maine customers.
22   Q.   Okay.  I understand.  I understand.
23        After the Complaints were filed in
24 November of 2010, did you personally ask Kroger
25 whether it wanted Cal-Maine to discontinue

Page 188

1 purchasing eggs produced under the UEP certified
2 program?
3    A.   No, sir.
4    Q.   Safeway?
5    A.   There wasn't a question about it.
6    Q.   Safeway?
7    A.   No, sir.
8    Q.   Albertsons?
9    A.   No, sir.
10   Q.   H-E-B?
11   A.   No, sir.
12   Q.   A&P?
13   A.   No, sir.
14   Q.   Publix?
15   A.   No, sir.
16   Q.   Kraft Foods?
17   A.   None of them.
18   Q.   None of them.
19   A.   No.
20   Q.   General Mills?  I got to go through
21 them all.  I'm sorry.
22   A.   Okay, okay.
23   Q.   Walgreens?
24   A.   No, sir.
25   Q.   SUPERVALU?

Page 189

1    A.   No, sir.
2    Q.   Winn-Dixie?
3    A.   No, sir.
4    Q.   C&S Wholesale Grocers?
5    A.   No, sir.
6    Q.   Hy-Vee?
7    A.   No, sir.
8    Q.   To your knowledge, did anybody at
9 Cal-Maine ask Kroger if it wanted Cal-Maine to
10 discontinue purchasing eggs -- I'm sorry, if it
11 wanted -- strike that.
12        To your knowledge, did anybody at
13 Cal-Maine ask anyone at Kroger if Kroger wanted
14 to discontinue purchasing eggs from Cal-Maine
15 produced under the UEP certified program?
16   A.   I'm sorry, Pat, ask me that again.
17   Q.   Did anyone at Cal-Maine ask anyone at
18 Kroger if Kroger wanted to discontinue
19 purchasing eggs from Cal-Maine produced under
20 the UEP certified program?
21 MR. ROBISON:
22        Objection.  Foundation.
23   A.   I'm still not sure I'm quite
24 understanding the question, but --
25 MR. AHERN:

48 (Pages 186 - 189)

HIGHLY CONFIDENTIAL

Page 190

1  Q.  Well, let me rephrase it.
2  A.  Okay.
3  Q.  Let me try it again.  Did anyone at
4  Cal-Maine --
5  A.  Cal-Maine, okay.
6  Q.  -- ask anyone at Kroger --
7  A.  Okay.
8  Q.  -- if Kroger wanted to stop
9  purchasing eggs from Cal-Maine that were
10  produced under the UEP certified program?
11  MR. ROBISON:
12       Objection.  No foundation.
13  A.  No, sir.  I'm sorry.  No.  I mean,
14  there was no question or reason to ask.
15  MR. AHERN:
16  Q.  Safeway?
17  A.  No, sir.
18  Q.  Albertsons?
19  A.  No, sir.
20  Q.  H-E-B?
21  A.  No, sir.
22  Q.  A&P?
23  A.  No, sir.
24  Q.  Publix?
25  A.  No, sir.

Page 191

1  Q.  Kraft Foods?
2  A.  No, sir.
3  Q.  General Mills?
4  A.  No, sir.
5  Q.  Walgreens?
6  A.  No, sir.
7  Q.  SUPERVALU?
8  A.  No, sir.
9  Q.  Winn-Dixie?
10  A.  No, sir.
11  Q.  C&S Wholesale Grocers?
12  A.  No, sir.
13  Q.  Hy-Vee?
14  A.  No, sir.
15  Q.  When the initial Complaints were
16  filed in November of 2010, did you have any
17  discussions with anyone at Cal-Maine about the
18  filing of the Complaints?
19  A.  Not that I recall.  I'm sure I knew
20  about it, but I don't remember any discussions
21  about it.
22  Q.  Did you personally have any reaction
23  to the complaints, the news that the complaints
24  were filed?
25  A.  I'm sure I did because I would have

Page 192

1  been shocked.
2  Q.  Okay.
3  A.  Okay.
4  Q.  Beyond that, anything else?
5  A.  No.
6  Q.  Okay.  You didn't think, hey, wait a
7  minute, you know, these guys asked for this
8  program?  You didn't think that to yourself?
9  A.  That's what I mean by shocked.
10  Q.  Okay.  But you didn't talk to anybody
11  about that?
12  MR. ROBISON:
13       Object to form.  Mischaracterizes.
14  MR. AHERN:
15  Q.  You didn't talk to any customer about
16  that, correct?
17  A.  I wouldn't have talked to a customer
18  about why did you sue me.  That wasn't my job.
19  Q.  Are you aware of there being any
20  internal discussions at Cal-Maine about these
21  complaints after they were filed?  Not
22  involving --
23  MR. ROBISON:
24       Not with lawyers.
25  MR. AHERN:

Page 193

1  Q.  Not involving discussions with
2  counsel.
3  A.  I remember my boss telling me that
4  these guys had filed Complaints against us for
5  the FMI program, but, beyond that, it was pretty
6  much stayed with Dolph and at corporate level.
7  MR. AHERN:
8  Q.  Did Dolph say anything else to you
9  about it?
10  A.  I don't remember anything
11  specifically.
12  Q.  You've reviewed one of these
13  Complaints in preparation for your deposition;
14  is that correct?
15  A.  Yes, sir.
16  Q.  You understand that the Complaints
17  challenge more than just the UEP certified
18  program, correct?
19  A.  Okay.  Yes.
20  Q.  Is that correct?
21  A.  Yes.
22  Q.  You understand that the Complaints
23  challenge chick hatch reductions?
24  A.  I read that in the Complaint, yes.
25  Q.  Okay.  And decisions to molt early

49 (Pages 190 - 193)

HIGHLY CONFIDENTIAL

Page 194

1 independent of the UEP certified program,
2 correct?
3     A.   I read that in the suit, yes.
4     Q.   All right.  And you also understand
5 that the Complaint challenges conduct relating
6 to egg exports?
7     A.   I read that in the suit, yes.
8     Q.   After the Complaints were filed in
9 November of 2010, did you ask Kroger whether it
10 wanted Cal-Maine to discontinue egg exports made
11 through the USEM?
12    A.   No, sir.
13    Q.   Safeway?
14    A.   No, sir.
15    Q.   Albertsons?
16    A.   No, sir.
17    Q.   H-E-B?
18    A.   No, sir.
19    Q.   A&P?
20    A.   No, sir.
21    Q.   Publix?
22    A.   No, sir.
23    Q.   Kraft Foods?
24    A.   No, sir.
25    Q.   General Mills?

Page 195

1     A.   No, sir.
2     Q.   Walgreens?
3     A.   No, sir.
4     Q.   SUPERVALU?
5     A.   No, sir.
6     Q.   Winn-Dixie?
7     A.   No, sir.
8     Q.   C&S Wholesale Grocers?
9     A.   No, sir.
10    Q.   Hy-Vee?
11    A.   No, sir.
12    Q.   Do you know whether anyone at
13 Cal-Maine ever asked Kroger whether it wanted
14 Cal-Maine to discontinue any egg exports made
15 through USEM?
16    A.   No, sir.
17    Q.   Safeway?
18    A.   No, sir.
19    Q.   Albertsons?
20    A.   No, sir.
21    Q.   H-E-B?
22    A.   No, sir.
23    Q.   A&P?
24    A.   No, sir.
25    Q.   Publix?

Page 196

1     A.   No, sir.
2     Q.   Kraft Foods?
3     A.   No, sir.
4     Q.   General Mills?
5     A.   No, sir.
6     Q.   Walgreens?
7     A.   No, sir.
8     Q.   SUPERVALU?
9     A.   No, sir.
10    Q.   Winn-Dixie?
11    A.   No, sir.
12    Q.   C&S Wholesale Grocers?
13    A.   No, sir.
14    Q.   Hy-Vee?
15    A.   No, sir.
16    Q.   Even though you didn't see a copy of
17 the Complaint back when they were filed, you did
18 learn about the Complaints being filed, correct,
19 back in 2010?
20    A.   I knew that -- well, I guess the
21 first one that I really knew about was the
22 class.
23    Q.   Okay.  And that was earlier.
24    A.   That was sometime earlier.
25    Q.   Right.

Page 197

1     A.   And then I probably learned about the
2 DAPS at some point in the -- you know, after
3 this -- after this point and, like I said, was
4 shocked.
5     Q.   You've got the terminology down.
6     A.   I've heard a lot about it in the last
7 few days.
8     Q.   Unfortunately.
9     A.   Unfortunately, yeah.
10    Q.   Unfortunately for you.
11        So from the time that the first
12 Complaints were filed, you knew that the DAPS,
13 the D-A-Ps, were challenging in part the
14 legality of the UEP certified program, correct?
15 MR. ROBISON:
16        Object to form.
17    A.   I was shocked to learn, with as many
18 questions as I got, that they were challenging
19 the FMI program.
20 MR. AHERN:
21    Q.   Okay.  And you call it the FMI
22 program --
23    A.   Right.
24    Q.   -- but isn't it true -- and Mr.
25 Holladay may have taken me to task a little bit

50 (Pages 194 - 197)

HIGHLY CONFIDENTIAL

Page 198

1 yesterday about this, but I understand that
2 sometimes it's called -- sometimes people refer
3 to it in different terms, but I always
4 understood that, at least on the UEP website,
5 it's called the UEP certified program, correct?
6    A.   Well, I think it is today, but back
7 in the -- back when it first came out and when I
8 was first going to show it to my level -- you
9 know, everybody at the upper levels of
10 management at these companies were on the board
11 of FMI. They knew what was going on. So this
12 was -- my part was to go in underneath that and
13 show it to the folks at the category management
14 level.
15        Their bosses had referred to it as
16 the FMI program. We had referred to it as the
17 FMI first -- the Animal Care Certified, ACC, I
18 think.
19    Q.   The ACC, right.
20    A.   -- was what it -- so originally in my
21 mind it was the FMI ACC program.
22    Q.   I see. And to your understanding,
23 who came up with the name Animal Care Certified
24 for the program?
25    A.   I have no idea.

Page 199

1    Q.   Okay. Do you know whether it was UEP
2 on its own?
3 MR. ROBISON:
4        Objection.
5    A.   No, sir, I don't.
6 MR. AHERN:
7    Q.   You don't know.
8    A.   I'm sorry.
9    Q.   You don't know one way or the other?
10    A.   I don't. I just read the FMI press
11 releases at the time.
12    Q.   But from the time that you -- from
13 certainly in November of 2010, you knew that the
14 direct action plaintiffs were challenging the
15 legality of the UEP certified program, correct?
16 MR. ROBISON:
17        Objection. Foundation.
18 Mischaracterizes.
19    A.   I don't know that I ever knew that
20 they were challenging the foundation of the FMI
21 program. I knew that there was some conflict
22 about it, but I didn't know what it was.
23 MR. AHERN:
24    Q.   Well, you knew you were being sued
25 over it.

Page 200

1    A.   I knew we were being sued over some
2 element of it, but I didn't know exactly what or
3 why.
4    Q.   Okay. Now, let's go back to the time
5 period of 2000 through 2008, okay?
6    A.   Okay.
7    Q.   During that time period did you ever
8 tell a customer that Cal-Maine had agreed to
9 follow a UEP recommendation that it reduce its
10 chick hatch by 5 percent?
11 MR. ROBISON:
12        Object to form. Assumes facts.
13    A.   Ask me that again, Pat, I'm sorry.
14 MR. AHERN:
15    Q.   From 2000 to 2008, did you ever tell
16 a customer that Cal-Maine had agreed to follow a
17 UEP recommendation that it reduce its chick
18 hatch by 5 percent?
19 MR. ROBISON:
20        Same.
21    A.   To answer your question, no, I never
22 told a customer that because it was self-evident
23 that it was going to have to happen.
24 MR. AHERN:
25    Q.   Well, so the answer is no, you never

Page 201

1 told a customer that.
2    A.   No. It was self-evident.
3    Q.   All right. But my question is, did
4 you tell a customer, and your answer is --
5 MR. ROBISON:
6        Asked and answered.
7 MR. AHERN:
8    Q.   -- and your answer is no, correct?
9 MR. ROBISON:
10        Asked and answered.
11    A.   I'm sorry, Pat. I'm sure I'm
12 misunderstanding the question.
13 MR. AHERN:
14    Q.   Did you ever tell a customer that
15 Cal-Maine had agreed to follow a UEP
16 recommendation that it reduce its chick hatch by
17 5 percent, yes or no?
18 MR. ROBISON:
19        Objection. Asked and answered many
20 times, and assumes facts.
21    A.   Again, I'm presenting the FMI
22 program, and it required --
23 MR. AHERN:
24    Q.   No. I'm sorry, you've got to answer
25 the question. It's yes or no. Did you tell a

51 (Pages 198 - 201)

1 customer, yes or no?
2 MR. ROBISON:
3 　　　Not it's asked and answered multiple
4 times, and it still assumes facts.
5 　　A.　I'm sorry, Pat, I'm answering it the
6 best I can.　We had to reduce chick hatch to
7 meet the space requirements.
8 MR. AHERN:
9 　　Q.　I'm not talking about the UEP
10 certified program.　I'm talking about
11 independent of the UEP certified program.
12 　　A.　Oh, okay.　I'm sorry.　Okay.
13 　　Q.　Independent of the UEP certified
14 program, did you ever tell a customer that
15 Cal-Maine had agreed to follow a UEP
16 recommendation that it reduce its chick hatch by
17 5 percent?
18 MR. ROBISON:
19 　　　Same objections.
20 　　A.　And I wasn't familiar with a UEP
21 chick hatch reduction independent of the FMI
22 program.
23 MR. AHERN:
24 　　Q.　So the answer is no?
25 MR. ROBISON:

1 　　　Same.
2 　　A.　No, I would not have known.
3 MR. AHERN:
4 　　Q.　Okay.　Did you ever tell a customer,
5 independent of the UEP certified program, that
6 Cal-Maine had agreed to follow UEP
7 recommendation that it molt its birds early?
8 MR. ROBISON:
9 　　　Same objections.
10 　　A.　No.
11 MR. AHERN:
12 　　Q.　Did you ever tell a customer that,
13 independent of the UEP certified program, that
14 Cal-Maine had agreed to slaughter birds early,
15 which I think sometimes is euphemistically
16 called retire them early?
17 MR. ROBISON:
18 　　　Same objections.
19 　　A.　That wouldn't have been a discussion
20 I would have had with a customer about telling
21 when we're going to slaughter.　We have a
22 program we follow in Cal-Maine.
23 MR. AHERN:
24 　　Q.　So the answer is no?
25 MR. ROBISON:

1 　　　Same objections.
2 MR. AHERN:
3 　　Q.　The answer is no, correct?
4 　　A.　No.
5 MR. ROBISON:
6 　　　Same.
7 MR. AHERN:
8 　　Q.　Now, did you ever have discussions
9 with customers about egg exports being a reason
10 for rising prices?
11 　　A.　Yes.
12 　　Q.　And did you ever tell a customer that
13 there were egg exports being made by USEM?
14 　　A.　Yes.
15 　　Q.　And which customers did you tell
16 that?
17 　　A.　I'm sorry, Pat, I can't tell you
18 specifically, but that's general -- I'm talking
19 to my customers two, three, five times a week.
20 It's general conversation.
21 　　Q.　Okay.　Did you tell them what the
22 USEM was?
23 　　A.　I don't remember specifically which
24 customers, but I'm sure it would have been
25 related to USEM, yes.

1 　　Q.　But I mean did you tell them what
2 USEM was?
3 　　A.　I'm not sure that I would have told
4 them exactly what -- I'm not sure that I know
5 exactly what USEM is myself.　I would have just
6 talked to them in terms of United States Egg
7 Marketers has worked with X country.
8 　　Q.　Okay.　Did you tell them who the
9 members of USEM were?
10 　　A.　No, sir.
11 　　Q.　Did you tell them that Cal-Maine was
12 a member of the USEM?
13 　　A.　I'm sure, in general conversation,
14 yes.　I mean, I don't remember specific
15 conversations, but, again, Pat, I'm talking to
16 them all the time.
17 　　Q.　Did you tell them how -- you know,
18 all due respect --
19 　　A.　Sure.
20 　　Q.　-- not really an answer to my
21 question.
22 　　A.　Okay.
23 　　Q.　Did you ever tell any customer how
24 USEM worked?
25 　　A.　I'm not sure that I even know that.

52 (Pages 202 - 205)

HIGHLY CONFIDENTIAL

Page 206

1    Q.   So the answer would be no.
2    A.   No.  Right.
3    Q.   Did you ever tell a customer that
4  USEM members would reimburse each other for
5  losses sustained in connection with egg exports?
6  MR. ROBISON:
7         Objection.  Assumes facts.  No
8  foundation.
9    A.   No.  I wouldn't know have known that.
10 MR. AHERN:
11   Q.   So the answer is no?
12   A.   No.
13 MR. ROBISON:
14        Same objection.
15 MR. AHERN:
16   Q.   Let's look at Exhibit 20, please.
17 Sorry.  I have it here for you.
18   A.   Okay.
19   Q.   Let me see that one second.  I'm
20 sorry, that's not what I have it as.  Never
21 mind.  I think this was just marked earlier.
22 MR. SCHIRMER:
23        I marked it again.  It was a
24 mistake -- I think it's the last one.
25 MR. AHERN:

Page 207

1         It's the agenda.  Yeah.
2  MR. ROBISON:
3         68.
4  MR. AHERN:
5         Oh, 68.  I'm sorry.  My notes were
6  from yesterday.  I apologize.
7    A.   Okay.
8    Q.   Mr. Hardin, you were asked some
9  questions about this.  Who was the customer that
10 you were bringing to this?
11   A.   The one that I hosted was Mitch Hill
12 at H.E.B., but there were several of my
13 customers here at this.
14   Q.   All right.  And I believe you
15 testified that the purpose of this was to bring
16 this information about the UEP certified program
17 to the category managers, correct?
18   A.   That's my recollection is to
19 communicate to the people at my level --
20   Q.   Okay.
21   A.   -- what the FMI program was about.
22   Q.   All right.  And this was in April of
23 2007, correct?
24   A.   That's what it says, yes.
25   Q.   Okay.  You see where it says, "2 p.m.

Page 208

1  The Science Behind Animal Welfare Programs"?
2    A.   Yes, sir.
3    Q.   Okay.  And it is true, is it not,
4  that the -- that one of the big selling points
5  for the UEP certified program was that it was,
6  according to UEP, derived from a scientific
7  committee?
8  MR. ROBISON:
9         Object to form.
10 MR. AHERN:
11   Q.   Is that correct?
12 MR. ROBISON:
13        Mischaracterizes.  Objection.
14   A.   My understanding is that there was
15 academia and animal rights groups and all
16 involved in this, along with scientists.
17 MR. AHERN:
18        I'll move to strike as
19 non-responsive.
20   A.   Okay.
21   Q.   My question is, a big selling point
22 of the UEP certified program, from UEP's
23 standpoint, was that it was scientifically
24 derived; isn't that correct?
25 MR. ROBISON:

Page 209

1         Same objections.  Now asked and
2  answered, too.
3  MR. AHERN:
4    Q.   Can you answer that yes or no?
5  MR. ROBISON:
6         Same.
7    A.   I really can't because I wasn't
8  involved in it.
9  MR. AHERN:
10   Q.   Okay.
11   A.   Okay?
12   Q.   Okay.  But you did hear that it --
13   A.   Oh, sure.
14   Q.   -- was scientifically derived?
15   A.   It was a science-based animal welfare
16 program.
17   Q.   I understand.
18   A.   All right.
19   Q.   All right.  You can put that aside.
20        Okay.  Let me show you what was
21 marked as Exhibit 64.  And this is the March 25,
22 2007, e-mail from Bob Scott to Dolph Baker,
23 copying you, Ken Paramore and Jack Self.
24   A.   Uh-huh.
25   Q.   And it says:  "Re Mike's comments:

53 (Pages 206 - 209)

HIGHLY CONFIDENTIAL

1 We shouldn't depend on export."
2          And then you see that refers to
3 Michael Bynum's comment about: "Maybe export
4 will save the bacon again in Q4." Do you see
5 that?
6     A.    Yes, sir.
7     Q.    Did exports save the bacon in Q4 of
8 2006?
9 MR. ROBISON:
10          Objection. No foundation.
11    A.    I don't have a recollection.
12 MR. AHERN:
13    Q.    Okay. Did exports help the company
14 with -- achieve higher prices with respect to
15 the sale of eggs?
16 MR. ROBISON:
17          Same objection.
18    A.    I don't have a recollection back that
19 far about exports. I wasn't involved in them.
20 MR. AHERN:
21    Q.    It says: "Daryl talked to Mike
22 Lindsey." Do you know who Mike Lindsey is?
23    A.    Uh-huh.
24    Q.    Who is Mike Lindsey?
25    A.    He's one of my employees.

1     Q.    Okay. And Daryl is?
2     A.    One of my employees.
3     Q.    All right. Bob Scott says: "Our
4 position: Am staying the course on Molt and
5 Sell, in fact moving some sales up on two flocks
6 that were not previously able to move before
7 Easter."
8          Does that mean that you're actually
9 going to be able to sell two additional flocks
10 that you weren't projected to be selling?
11 MR. ROBISON:
12          Objection. Foundation. Speculation.
13    A.    I'm sorry, Pat. I don't know.
14 That's so long ago. I wouldn't have been
15 involved in it.
16 MR. AHERN:
17    Q.    All right. Now, so the e-mail from
18 Mike Bynum to Bob Scott, in that, Mike Bynum
19 says: "Thanks, Bob... I like the April-May-June
20 projections on ending hens better than the O-N-D
21 ones, relative to 2006 and 2005."
22          Do you see that?
23    A.    Yes, sir.
24    Q.    And he says: "I guess there's time
25 to fix those if market conditions indicate."

1          Do you see that as well?
2     A.    Yes, sir.
3     Q.    So in this e-mail, Mr. Bynum, at
4 Tampa Farms, was communicating with Bob Scott,
5 of Cal-Maine farms, regarding projections in the
6 number of layers in their respective companies,
7 correct?
8 MR. ROBISON:
9          Objection. Foundation. Speculation.
10    A.    I don't know.
11 MR. AHERN:
12    Q.    Well, that's what it says, right?
13    A.    That's what it appears to say, yes.
14 MR. AHERN:
15          Let's go off the record.
16 VIDEOGRAPHER:
17          We are now going off the record. The
18 time is 2:56 p.m.
19          (A recess was taken.)
20 VIDEOGRAPHER:
21          We are now going back on the record.
22 The time is 3:02 p.m.
23          CROSS-EXAMINATION
24 BY MR. ALMON:
25    Q.    Good afternoon, Mr. Hardin. My name

1 is James Almon. We met earlier off the record.
2 I represent Kroger, Safeway, Albertsons, H-E-B,
3 Hy-Vee, A&P and Unilever in this case.
4     A.    Okay.
5     Q.    And I'm going to start by asking
6 which of these companies are accounts of yours.
7     A.    Okay.
8     Q.    So we'll take them one at a time.
9          Is Kroger an account of yours?
10    A.    It is today.
11    Q.    It is today. And when did Kroger
12 start being an account of yours?
13    A.    James, I can't tell you specifically,
14 but I've known them for years. I mean, from
15 Gary Stall to where we're at today, I've known
16 them for a long time.
17    Q.    How about Safeway, are they an
18 account of yours?
19    A.    Yes.
20    Q.    Albertsons?
21    A.    Yes.
22    Q.    Is H-E-B an account of yours?
23    A.    Yes.
24    Q.    Hy-Vee?
25    A.    No.

54 (Pages 210 - 213)

HIGHLY CONFIDENTIAL

Page 214

1    Q.   And have you had any contact at all
2 with Hy-Vee regarding selling eggs?
3    A.   If I have, it's been a long time ago.
4    Q.   You don't have any recollection of
5 that.
6    A.   No, I don't.
7    Q.   How about A&P, is that an account of
8 yours?
9    A.   No -- well, my people, today.
10       Back in the day that we're talking
11 about, it would have been Ken Paramore's
12 account.  Today, I have responsibility for what
13 goes into the metro New York area.
14    Q.   Okay.  What about Walgreens, is that
15 a account of yours?
16    A.   Yes.
17    Q.   And is Unilever an account of yours?
18    A.   No.
19    Q.   And you don't sell egg products,
20 correct?
21    A.   No.
22    Q.   Have you ever had any discussions
23 with anyone at Kroger regarding the sale of UEP
24 certified eggs?
25    A.   I'm sure I have.

Page 215

1    Q.   Okay.  Would Gary Stall be one of
2 those?
3    A.   That would have been the one back in
4 the day that I would have been discussing it
5 with, yes.
6    Q.   Can you think of anyone else at
7 Kroger with whom you would have discussed
8 selling UEP certified eggs?
9    A.   Not in this time frame.
10    Q.   Do you believe that Gary Stall ever
11 made any false statements to you about
12 Cal-Maine's sale of UEP certified eggs to
13 Kroger?
14    A.   I don't know why Gary would, no.
15    Q.   So it's your testimony that Gary
16 Stall did not make any false statements to you
17 regarding Kroger's buying UEP certified eggs
18 from Cal-Maine?
19 MR. ROBISON:
20       Object to form.
21 MR. ALMON:
22    Q.   I just want to make sure I understand
23 your answer.
24 MR. ROBISON:
25       Same.

Page 216

1    A.   I don't have any reason to believe
2 that Gary would have lied to me about Kroger's
3 intent to buy FMI certified eggs.
4 MR. ALMON:
5    Q.   Did you ever discuss animal welfare
6 issues with Gary Stall?
7    A.   I can't truthfully say to Gary
8 specifically, but during this time frame it was
9 going on all the time.  I was in a hot air
10 balloon with him, so I'm sure we talked about
11 it.
12    Q.   Do you have any specific recollection
13 of discussing animal welfare issues with Gary
14 Stall?
15    A.   Not specific, but we spent a lot of
16 time together so I'm sure it came up.
17    Q.   Do you believe that Gary Stall ever
18 made any false statements to you about animal
19 welfare issues?
20    A.   Not that I know of.
21    Q.   Are you aware of anyone else at
22 Kroger who made any false statements to you
23 about animal welfare issues?
24    A.   No, sir.
25    Q.   Let's turn to H-E-B.

Page 217

1    A.   Okay.
2    Q.   H-E-B is one of your accounts, yes?
3    A.   Uh-huh.
4    Q.   And Mitch Hill is your principal
5 contact at H-E-B?
6    A.   I'm not sure about during this time
7 frame, but at some point, yes.
8    Q.   Who are the main people that you've
9 dealt with at H-E-B over the year?
10    A.   For this time frame, it would have
11 been Ron Osmond or Chris Hooks or Mitch Hill at
12 a category management level.  I just don't know
13 the timing of it.
14    Q.   And just so we're clear, when you
15 refer to "this time period," what time period
16 are you referring to?
17    A.   I probably started discussing the FMI
18 program in 2000, 2001, 2002, or right in that
19 time frame is when it all started kind of coming
20 together.
21    Q.   Do you believe that Ron Osmond ever
22 made any false statements to you regarding
23 H-E-B's purchase of UEP certified eggs from
24 Cal-Maine?
25    A.   No.

55 (Pages 214 - 217)

HIGHLY CONFIDENTIAL

Page 218

1    Q.   Do you believe that Chris Hooks made
2 any false statements to you about H-E-B's
3 purchase of UEP certified eggs from Cal-Maine?
4    A.   No.
5    Q.   How about Mitch Hill, same question?
6    A.   No.
7    Q.   Did you discuss animal welfare issues
8 with Ron Osmond?
9    A.   Again, I'm not sure when the -- what
10 the timing of it was when they all changed jobs,
11 but it was a point of contention all the time.
12    Q.   Do you have any specific recollection
13 of discussing animal welfare issues with Ron
14 Osmond?
15    A.   No, I don't.  I mean, I talk to him
16 all the time.
17    Q.   Do you believe that Ron Osmond made
18 any false statements to you --
19    A.   No.
20    Q.   -- about animal welfare issues?
21    A.   No.
22    Q.   Did you ever discuss any animal
23 welfare issues with Chris Hooks?
24    A.   Sure I did, but I --
25    Q.   Do you have any specific recollection

Page 219

1 of discussing animal welfare issues with him?
2    A.   No.  It was ongoing issues.
3    Q.   Do you believe --
4 COURT REPORTER:
5        Did you say no or yes?
6    A.   No.  Not specific.
7 MR. ALMON:
8        Sorry, I'll slow down.
9    A.   I'm sorry.
10    Q.   Do you believe that Mr. Hooks made
11 any false statements to you --
12    A.   No.
13    Q.   -- about animal welfare issues?
14    A.   No.
15    Q.   Did you have any discussions with
16 Mitch Hill about animal welfare issues?
17    A.   Absolutely.
18    Q.   And do you have any specific
19 recollection of having --
20    A.   It still --
21    Q.   -- those discussions with Mr. Hill
22 about animal welfare issues?
23    A.   I'm sorry.  It goes on all the time.
24    Q.   Okay.  Can you tell me -- can you
25 describe those discussions?

Page 220

1    A.   You know, H-E-B is a big target, and
2 it's right in my marketplace also, and I have
3 good relationships with all the H-E-B
4 executives.  So it's a topic that we discuss a
5 lot.  They're a target.
6    Q.   And what do you mean by "they're a
7 target"?
8    A.   Well, the PETA's and the Cornucopias
9 and the HSUS organizations have challenged H-E-B
10 on many occasions over the years.  And so H-E-B
11 would then rely on me to give them feedback or
12 be sure they're in compliance or whatever, but
13 it's an ongoing thing.
14        It's just because I'm so close to
15 them.  I talk to them all the time.
16    Q.   And do you believe that Mitch Hill
17 has ever made any false statements to you about
18 animal welfare issues?
19    A.   No.  He rely -- he calls me regularly
20 about animal welfare issues.
21    Q.   All right.  Albertsons is one of your
22 accounts also, correct?
23    A.   Yes, sir.
24    Q.   Gary Angell is a name that we heard
25 earlier today.  Is that your principal contact

Page 221

1 at Albertsons?
2    A.   He was at the time.
3    Q.   And did you ever discuss Albertsons'
4 purchases of UEP certified eggs from Cal-Maine
5 with Mr. Angell?
6    A.   I'm sure I did.
7    Q.   Did Mr. Angell ever make any false
8 statements to you about Albertsons' purchase of
9 UEP certified eggs?
10    A.   No, sir.
11    Q.   Did you ever discuss animal welfare
12 issues with Mr. Angell?
13    A.   I'm sure we did.
14    Q.   And did Mr. Angell ever make any
15 false statements to you about animal welfare
16 issues?
17    A.   No, not that I know of.
18    Q.   Do you have any specific recollection
19 of the discussions that you had with Mr. Angell
20 about animal welfare issues?
21    A.   Not specific, other than they were
22 requiring the FMI program all through that --
23 you know, as all that was transitioning.
24    Q.   Are you aware of anyone else at
25 Albertsons making false statements to you about

56 (Pages 218 - 221)

1 Albertsons' purchase of UEP certified eggs?
2     A.   Not false statements.  I've had other
3 people, obviously, since Gary Angell come
4 through.  I'm not even sure that I can give you
5 specific names right off the top of my head, but
6 it's -- I mean, we talk about it today even.
7     Q.   Regardless of whether you remember
8 the names or not, my question is focused on
9 whether or not anyone's made any false
10 statements to you.  So I'll ask it again.
11     A.   Okay.
12     Q.   Okay.  Besides Gary -- we've talked
13 about Gary Angell.
14     A.   Okay.
15     Q.   Has anyone else at Albertsons --
16 strike that.
17         Do you believe that anyone else at
18 Albertsons has made any false statements to you
19 about Albertsons' purchase of UEP certified
20 eggs?
21     A.   No.
22     Q.   Okay.  Do you believe that anyone
23 else at Albertsons has made false statements to
24 you about animal welfare?
25     A.   No.

1     Q.   Safeway is one of your accounts, too,
2 yes?
3     A.   Uh-huh.
4     Q.   Who do you deal with at Safeway?
5     A.   Today?
6     Q.   Sure.
7     A.   Amy Streeter and Dave Larson.
8     Q.   Did you ever deal with Heather
9 Thornsley?
10     A.   Uh-huh.
11     Q.   How about Mary Ella Ottinger?
12     A.   I remember the name.
13     Q.   Wendy Coe?
14     A.   I'm sorry?
15     Q.   Wendy Coe?
16     A.   Yeah.
17     Q.   You laugh.  Why is that?
18     A.   That was a pretty tough negotiation
19 with Wendy Coe.
20     Q.   Did you discuss Safeway's purchase of
21 UEP certified eggs with any of the five people
22 that you've just listed?
23     A.   I'm sure I did.
24     Q.   Okay.  And did any of the five people
25 that you just listed make any false statements

1 to you as far as you believe about --
2     A.   Not that I know of.
3     Q.   -- Safeway's purchase of UEP
4 certified eggs?
5     A.   Not that I know of.
6     Q.   Did you discuss animal welfare with
7 any of the five people from Safeway that you
8 just listed?
9     A.   I'm sure I did.  I'm sure I did.
10     Q.   And do you believe that any of the
11 five people that you've listed from Safeway made
12 false statements to you about animal welfare at
13 any time?
14     A.   Not that I'm aware of.
15     Q.   Is Walgreens an account of yours?
16     A.   Uh-huh.
17     Q.   Do you contact Walgreens directly, or
18 do you go through a distributor?
19     A.   I contact Walgreens directly, to
20 answer your question, but I'm not sure that I
21 did anything with Walgreens directly during this
22 time frame.  I'm not sure that anybody did,
23 quite frankly.
24     Q.   So you're not aware of anyone at
25 Walgreens making any false statements to you

1 about Walgreens' purchase of UEP certified eggs;
2 is that correct?
3     A.   Not making false statements, no.
4     Q.   And no one at Walgreens, as far as
5 you know, made any false statements to you about
6 animal welfare issues, correct?
7     A.   Not that I'm aware of, no.
8     Q.   A&P is an account of yours; is that
9 right?
10     A.   It's an odd one.
11     Q.   Why is that?
12     A.   Well, we just -- we don't sell A&P
13 anymore.  I mean, it goes through a distributor
14 called Dora, and it's just -- all we sell A&P is
15 specialty eggs.  We don't sell them any
16 conventional eggs at all and haven't in years.
17     Q.   So do you recall ever having any
18 discussions with anyone at A&P about animal
19 welfare issues?
20     A.   Never would have had a need to.  They
21 didn't buy conventional eggs.
22     Q.   So no one at A&P, then, has ever made
23 any false statements to you about animal welfare
24 issues, correct?
25     A.   No, I never had a discussion with

57 (Pages 222 - 225)

HIGHLY CONFIDENTIAL

Page 226

1 them about it at all.
2    Q.   You've talked some earlier about the
3 FMI?
4    A.   Uh-huh.
5    Q.   And you're familiar with what the FMI
6 is, correct?
7    A.   It's an association of retailers.
8    Q.   And you testified earlier that you
9 have read some press releases --
10    A.   Uh-huh.
11    Q.   -- of the FMI?
12    A.   Back -- related to this stuff.  And,
13 of course, you see press releases from the FMI
14 with regularity.
15    Q.   And these are FMI press releases
16 about the UEP program and animal welfare,
17 correct?
18    A.   I remember some stuff back -- I can't
19 remember who was the cheerleader at FMI at the
20 time, but there was a cheerleader for the FMI
21 program there.  I can't remember what the
22 chairman's name was, but yes.
23    Q.   Do you believe that any of those
24 press releases included any false statements?
25    A.   I wouldn't have any reason to think

Page 227

1 that they would.
2    Q.   Have you ever visited the FMI's
3 website?
4    A.   I'm sure I did.
5    Q.   Have you ever read any statements
6 about animal welfare on the FMI's website?
7    A.   No, not that I can recall.  Other
8 than press releases, but not website.
9    Q.   Have you ever read any Kroger press
10 releases discussing animal welfare?
11    A.   I don't have a formal recollection of
12 it, no.
13    Q.   Have you seen any letters to the UEP
14 from Kroger discussing animal welfare?
15    A.   No.
16    Q.   Did you attend Kroger's June 28,
17 2007, shareholder meeting?
18    A.   No.
19    Q.   Did you read a transcript of Kroger's
20 June 28, 2007, shareholder meeting?
21    A.   Not that I remember.
22    Q.   Have you read Kroger's animal welfare
23 policy?
24    A.   Not that I'm aware of.
25    Q.   Do you have any knowledge about a

Page 228

1 Kroger document called a "Doing Our Part
2 Sustainability Report"?
3    A.   No, sir.
4    Q.   Have you read any Albertsons press
5 releases regarding animal welfare?
6    A.   Not that I recall.
7    Q.   Have you ever visited Safeway's
8 website?
9    A.   Probably have.
10    Q.   Have you ever seen Safeway's animal
11 welfare policy that's posted on its website?
12    A.   Probably haven't.  Didn't have a need
13 to.
14    Q.   Do you have any knowledge regarding
15 what specific costs Cal-Maine incurred to
16 implement the UEP program?
17    A.   I know what the studies said it was
18 going to cost.  I don't know Cal-Maine
19 specifically, what it cost us to implement it,
20 but I know what all the studies said.
21    Q.   Do you have any knowledge regarding
22 the actual amounts of the costs that Cal-Maine
23 would incur for participating in the UEP
24 program?
25    A.   I don't know Cal-Maine's specific

Page 229

1 costs.  I know what the studies that were
2 done -- industry studies that had been done at
3 Michigan State and by Don Bell as to what the
4 anticipated costs were to the industry.
5    Q.   Do you have any knowledge regarding
6 whether Cal-Maine passed on any additional costs
7 it incurred in implementing the UEP program by
8 charging its customers higher prices?
9    A.   I changed the basis, the basis
10 number.  I didn't have anything to do with the
11 price, but I changed the basis number.
12    Q.   What do you mean by you changed the
13 basis number?
14    A.   There were costs associated with
15 implementing the FMI program.  So when earlier
16 today we were looking at the 14 and a half back
17 or the 12 and a half back or whatever that
18 number was, I moved that basis number to reflect
19 the higher costs.
20    Q.   And to help Cal-Maine recoup the
21 higher cost that it was incurring --
22    A.   Correct.
23    Q.   -- correct?
24    A.   Correct.
25    Q.   Do you have any knowledge regarding

HIGHLY CONFIDENTIAL

Page 230

1 the amount of the legal fees that Cal-Maine paid
2 its lawyers to defend the company in this
3 lawsuit?
4    A.   Just what I've been told.
5    Q.   And what have you been told?
6 MR. ROBISON:
7        Don't repeat anything you've heard
8 from a lawyer.
9 MR. ALMON:
10    Q.   Right.  I don't want to get into
11 anything your lawyer is telling you.
12    A.   I can't say then.
13    Q.   That's fine.
14        You're aware that Cal-Maine has been
15 sued by more than one group of plaintiffs,
16 correct?
17    A.   I am.
18    Q.   Have you ever seen Cal-Maine -- the
19 legal bills that Cal-Maine receives --
20    A.   No.
21    Q.   -- from its outside counsel?
22    A.   No.
23    Q.   So you don't know if Cal-Maine's
24 counsel sends you separate bills for their work
25 defending each lawsuit brought by the different

Page 231

1 plaintiffs' groups, correct?
2    A.   No.
3 MR. ALMON:
4        I have no more questions.  Thank you,
5 Mr. Hardin.
6    A.   Okay.  You bet.
7 MR. ROBISON:
8        Anyone on the phone have any
9 questions?
10 MS. MARKOWITZ:
11        No questions.
12        CROSS-EXAMINATION
13 BY MR. ROBISON:
14    Q.   Mr. Hardin, earlier today you were
15 asked if you had a reaction to hearing about the
16 lawsuits that the grocery stores had filed
17 against Cal-Maine.  Do you remember that
18 question?
19    A.   Uh-huh.  I'm sorry.  Yes.
20    Q.   And I think you said you were shocked
21 when you heard that.  Would you please explain
22 why it was you were shocked?
23    A.   I was dumbfounded to learn that we
24 had been sued about the FMI program.  I mean, it
25 was -- it had been -- we had been doing it for

Page 232

1 years and had been told that we had to do it for
2 years, and I was just completely dumbfounded
3 when we were going to get sued about it.
4    Q.   Who was it who had been telling you
5 to do it for years?
6    A.   The same folks that are suing us,
7 plus some others.  I mean, Walmart had told us.
8 McDonald's had told us.
9        And then the first recollection that
10 I have of someone discussing was Albertsons.
11 They were the first ones that I kind of
12 remember -- I don't have a specific date for
13 you, but they were the first ones that kind of
14 started talking about the -- an animal welfare
15 program, and then others came shortly
16 thereafter.
17    Q.   And that conversation with
18 Albertsons, you would place in the early 2000s?
19    A.   Yeah.  '99, 2000, 2001, somewhere
20 through there.
21    Q.   I want to go sort of grocery store
22 chain by chain and ask you a series of
23 questions, starting with H-E-B.
24    A.   Okay.
25    Q.   Is H-E-B a customer that you've

Page 233

1 covered for several years?
2    A.   Yes.
3    Q.   And would you please explain why it
4 is you can't pinpoint specific date when you
5 might have talked to somebody at H-E-B about the
6 UEP certified program or animal welfare issues?
7 MR. ALMON:
8        Object to the form.
9 MR. AHERN:
10        Object to the form.
11    A.   I talk to these folks all the time.
12 I mean, literally, I mean, we talk.  We're
13 friends.  We're business associates.  I'm with
14 these folks eating steak, drinking beer, playing
15 golf, raising money for charities.  I mean, I'm
16 with them all the time.
17        And in the case of H-E-B, it's been a
18 big issue over the years.  They've called me
19 many times worried.
20        And I've had film.  I mean, we had
21 some film taken in our chicken houses about
22 animal cruelty.
23        So I've spent a lot of time with
24 H-E-B on this issue.
25 MR. ROBISON:

59 (Pages 230 - 233)

1   Q.   After those films were released, tell
2  us about those conversations you had with H-E-B.
3   A.   Well, the first ones were nasty.  I
4  mean, I was on my way back from Bentonville,
5  Arkansas, seeing the Walmart people.  And went
6  into the Dallas airport, and my phone started
7  ringing, my cell phone.
8        And it rapidly went from there had
9  been a HSUS claim and a video put out just
10 before the 5:00 news in downtown Houston, and
11 the next thing I know we've got people
12 boycotting H-E-B stores.  And it rapidly
13 escalated to where it was on the 5:00 news, and
14 they caught me going through the airport in
15 Dallas.  And then 30 minutes later, I'm on the
16 phone with their public relations people, and it
17 blew up big.
18   Q.   I mean, what were their questions to
19 you?
20   A.   What is going on?  I thought you were
21 on the FMI program.  Have you got all this stuff
22 covered?  What are you doing to protect us?
23 What are you doing to fix this problem tonight?
24 There's thousands of people in Houston that are
25 boycotting our stores.  They won't buy your

1  eggs, they won't buy our eggs.  I mean, it was a
2  huge blowup.
3   Q.   So what did you do in response to
4  these questions from H-E-B?
5   A.   Well, the first thing we did was get
6  a public relations firm involved to help us.
7  And then the next thing we did was redid all the
8  animal welfare audits immediately.  And had the
9  UEP folks out to audit the facility that had
10 been targeted, and satisfied H-E-B that we were
11 following all the FMI guidelines.
12   Q.   Did you lose H-E-B as a customer over
13 that video?
14   A.   No.  No.
15   Q.   Do you have any doubt in your mind
16 that you've had multiple conversations over the
17 years with H-E-B people about the UEP certified
18 program and animal welfare issues?
19 MR. AHERN:
20        Object to the form.
21   A.   I've talked to all of our customers
22 many, many, many times about the FMI -- UEP
23 program, whatever y'all want to call it.  I
24 always called it F -- well, y'all keep saying
25 UEP program, but I always called it FMI program,

1  but I'm talking with these folks all the time
2  about this stuff.
3  MR. ROBISON:
4   Q.   All right.  Now, you were asked about
5  false statements, whether somebody from H-E-B
6  had ever made a false statement to you.  And I
7  want to go back to the allegations that the
8  grocery store plaintiffs have made in these
9  lawsuits since 2010.
10   A.   Okay.
11   Q.   All right.  Now, you explained to one
12 of the other lawyers that you have read through
13 these allegations, and you understood that the
14 grocery store plaintiffs were challenging the
15 UEP certified program.  Do you remember that?
16   A.   Yes.
17   Q.   All right.  Now, think about, on the
18 one hand, the conversations with H-E-B business
19 people about animal welfare demands and the
20 certified program, and then think about the
21 attacks on that same program you read about in
22 the lawsuits.
23        Can you think of a way that both of
24 those things can be true, that H-E-B wants the
25 program and that they're calling it illegal?

1  MR. AHERN:
2        Object to form.
3  MR. ALMON:
4        Object to form.
5   A.   I don't understand any of the --
6  it's, again, shocking to me.  I promise you
7  fellows, it's shocking to me.  I mean, this
8  whole thing -- we talk about this stuff
9  constantly.  They demand -- it's on their egg
10 cartons.  They drew the artwork.  They provide
11 all the detail.  They do the audits.
12        I got a Safeway request on my phone
13 right now to get another farm audited.  I mean,
14 it literally came this morning.  And -- I don't
15 know.  None of it makes any sense to me.
16 MR. AHERN:
17        Move to strike as non-responsive.
18   A.   Sorry.
19 MR. ROBISON:
20        Don't worry.  It wasn't
21 non-responsive.
22   Q.   So can you explain to a jury how the
23 H-E-B egg buyers can be demanding a program that
24 their lawyers say is illegal?
25 MR. ALMON:

HIGHLY CONFIDENTIAL

Page 238

1      Object to form.
2 MR. AHERN:
3      Object to the form.
4    A.  No, I can't explain.
5 MR. ROBISON:
6    Q.  All right.  Now, after the lawsuits
7 were filed in 2010, did the H-E-B egg buyers
8 suddenly reverse course and stop demanding
9 certified eggs?
10 MR. AHERN:
11      Object to form.
12    A.  I haven't had anybody from any
13 company ask me to get out of the -- get away
14 from the animal welfare program.
15 MR. ROBISON:
16    Q.  Is H-E-B still asking for copies of
17 the audit showing that Cal-Maine is UEP
18 certified?
19    A.  I can't tell you about H-E-B
20 specifically, when the last time they requested
21 a copy of the audit, but we routinely send them
22 to our customers, and we routinely get requests
23 for last year's certification.
24    Q.  After the lawsuits started being
25 filed in --

Page 239

1    A.  Oh, absolutely.
2    Q.  Okay.
3    A.  Absolutely.
4    Q.  After the lawsuits started being
5 filed in 2010, has H-E-B continued to demand
6 certified eggs?
7    A.  Yes.  I mean, they did an artwork
8 change since then and put it right on the egg
9 carton again.
10    Q.  So today, if you went into an H-E-B
11 grocery store and looked at an egg carton, it
12 would have the UEP certified logo?
13    A.  Yes, sir.
14    Q.  Let's shift to Safeway.  You were
15 asked similar questions about Safeway.
16    A.  Yes, sir.
17    Q.  Now, even if you can't remember a
18 specific date or time on the calendar, is there
19 any doubt in your mind that you have talked to
20 Safeway representatives several times from the
21 2002 time frame to the present about the UEP
22 certified program and animal welfare issues?
23 MR. ALMON:
24      Object to form.
25    A.  Brian, I wasn't as close to the

Page 240

1 Safeway people as I was to some of the other
2 folks because they were West Coast, and they
3 were going through a buyer change at the time.
4      They -- Dominick's -- they had bought
5 a chain in Chicago called Dominick's.  And I
6 went to see the buyer, who had kind of inherited
7 the Safeway egg program at the time, in Chicago.
8 And I can't remember his name.  But it was
9 required.
10      It wasn't like I was talking to him
11 every minute about it, like some other
12 customers, because they were in transition at
13 the time all this was going on, but it was
14 required.
15 MR. ROBISON:
16    Q.  By Safeway?
17    A.  By Safeway, yes.
18    Q.  In what time frame?
19    A.  This would have been 2002, 2001 --
20 right through there, 2003.
21    Q.  Up through today?
22    A.  Absolutely.  It's in their specs.
23    Q.  Same sort of question about the
24 Safeway lawyers' attacks on the certified
25 program.  Can you reconcile for the jury and

Page 241

1 explain how it can both be true that Safeway is
2 demanding the UEP certified program outside the
3 courtroom, and yet inside the courtroom it
4 challenges it as illegal?
5 MR. ALMON:
6      Object to form.
7    A.  No, sir, I can't reconcile.
8 MR. ROBISON:
9    Q.  And did you say -- what was it you
10 said about you had a voicemail from Safeway
11 today on your phone?
12 MR. ALMON:
13      Object to form.
14    A.  I got an e-mail right now -- I'm
15 sorry.
16 MR. ALMON:
17      It's okay.
18    A.  In fact, I got an e-mail now wanting
19 to get another farm certified for potential
20 supply to Safeway Houston.
21 MR. ROBISON:
22    Q.  Now, who is it that Safeway wants to
23 do the audit, according to this e-mail?
24    A.  Well, according to this e-mail, it
25 just says, hey, we need to get this farm

61 (Pages 238 - 241)

HIGHLY CONFIDENTIAL

Page 242

1 audited. They wanted potentially some
2 Proposition 2 eggs, and they wanted to get it
3 audited for potentially Houston, the Houston
4 distribution center. And so that meant a
5 Safeway QA audit and an animal welfare audit.
6     Q.    So one of the audits would be Safeway
7 going on site to audit --
8     A.    Sure, absolutely. That came last
9 night.
10    Q.    Same questions about Albertsons.
11    A.    Okay.
12    Q.    Even if you can't pinpoint a specific
13 date on the calendar, is there any doubt in your
14 mind you talked to Gary Stall or somebody --
15    A.    Gary Angell.
16    Q.    -- sorry, Gary Angell or somebody
17 else from Albertsons in the 2002 time frame on
18 forward about the UEP certified program and
19 animal welfare --
20    A.    There was never a question --
21 MR. ALMON:
22        Object to form.
23    A.    Sorry. There was never a question
24 about whether they wanted it. I had some
25 problems at Albertsons about getting paid for

Page 243

1 it. And I had some arguments with Gary in
2 e-mail form and verbally.
3        I mean, Gary and I were pretty close.
4 I thought we were, anyway. But we were pretty
5 close. So, I mean, it was coming, and they
6 said -- but he kept arguing with me -- I
7 remember specifically Gary saying, "but I ain't
8 paying for it." And so we had some pretty
9 tenuous arguments about that.
10 MR. ROBISON:
11    Q.    After the lawsuits starting getting
12 filed in 2010, did anybody from Albertsons
13 change course and stop demanding certified eggs?
14    A.    Again, I haven't had one customer ask
15 me to get off the ACC/FMI/UEP program.
16    Q.    And that would include Albertsons?
17    A.    No. We did not.
18    Q.    Is Albertsons still requiring you to
19 give copies of the audits showing that Cal-Maine
20 is UEP certified?
21    A.    I can't specifically say if they've
22 asked specifically for the last audit, but the
23 last set of specs and the last business I won
24 with them, it was required.
25    Q.    After the lawsuits started being

Page 244

1 filed in 2010, has anybody from Albertsons asked
2 for non-certified eggs?
3     A.    No.
4     Q.    And same question about Albertsons'
5 egg buyers and its lawyers. Is there any way
6 you can reconcile for the jury how the egg
7 buyers' demands for certified eggs outside the
8 courtroom could be true at the same time their
9 lawyers' attacks on the certified program as
10 illegal could be true?
11 MR. ALMON:
12        Object to form.
13    A.    I can't reconcile it. I don't
14 understand it.
15 VIDEOGRAPHER:
16        Eight minutes.
17 MR. ROBISON:
18    Q.    Moving to Kroger, Gary Stall is one
19 of the people you said you had met with --
20    A.    Uh-huh.
21    Q.    -- to discuss the certified program
22 and animal welfare issues. Even if you can't
23 pinpoint a specific date, is there any doubt in
24 your mind you and Gary Stall had conversations
25 about the UEP certified program and animal

Page 245

1 welfare issues?
2 MR. ALMON:
3        Object to form.
4     A.    There's no question.
5 MR. ROBISON:
6     Q.    Any question in your mind that Kroger
7 demanded certified eggs in the 2002, 2003 time?
8     A.    No question in my mind.
9     Q.    Has Kroger ever wavered in those
10 demands?
11    A.    Not to my knowledge. I went through
12 a time frame where I wasn't directly responsible
13 for it, but I am today, and no one's ever
14 wavered from it to my knowledge.
15    Q.    So Kroger today --
16    A.    Today requires it.
17    Q.    And is Kroger another one of the
18 customers that demands compliance with the
19 certified program?
20    A.    Brian, I cannot remember their spec,
21 but it's common knowledge. I just don't
22 remember it specifically in the specification,
23 but it's common knowledge that Safeway, Kroger,
24 Albertsons, Walmart, H-E-B, Publix, all of them
25 require the certified program.

62 (Pages 242 - 245)

HIGHLY CONFIDENTIAL

Page 246

1    Q.   Still to this day?
2    A.   Till this day, yes.
3    Q.   And has anybody from Kroger reversed
4  course after 2010 and started demanding
5  non-certified eggs?
6    A.   No.
7    Q.   And, again, can you explain to the
8  jury how the Kroger demands for the UEP
9  certified program can be reconciled as true if
10 the lawyers' attacks on that same program are
11 true?
12 MR. ALMON:
13       Object to form.
14   A.   No.
15 MR. ROBISON:
16   Q.   On Walgreens, is it your
17 understanding that Walgreens still demands that
18 the certified -- UEP certified logo be on egg
19 cartons that are in its stores?
20   A.   Walgreens designs their own cartons,
21 and it's on there.
22   Q.   To this day?
23   A.   To this day.
24   Q.   Has there been any change in that
25 design since 2010 when these lawsuits were

Page 247

1  filed?
2    A.   I don't know that Walgreen had their
3  own carton during this time frame. I'm not sure
4  that Walgreen even had an egg carton -- it's
5  called Nice. And I'm not even sure that they
6  came out with that until 2011 or '12.
7        I mean, they had just bought house
8  brand, store brand -- I mean, distributor
9  brands, my brands. I'm not even sure that
10 Walgreen had an egg program until '10.
11   Q.   So it's your recollection that before
12 2010, Walgreens had other brands of eggs in its
13 stores with the certified logo on it?
14 MR. ALMON:
15       Object to form.
16   A.   Yes.
17 MR. ROBISON:
18   Q.   And then after 2010, Walgreens came
19 out with its own brand; is that what you're
20 saying?
21   A.   Yeah. And I'm not sure of the exact
22 dates. I'm not sure of the exact dates. But I
23 didn't go -- there was never a Walgreen egg
24 program. There just never was one. They
25 would -- to my knowledge.

Page 248

1        We've supplied Walgreens with eggs
2  through McLane. Y'all had asked about McLane
3  earlier. So through McLane, Walgreens got eggs,
4  or through Nash Finch, Walgreens got eggs, but
5  there never was a Nice egg.
6        And when there finally became a Nice
7  egg, Walgreen went out with a bid to bid the
8  Nice egg business, and it required UEP
9  certification.
10   Q.   Even after 2010 when the lawsuits
11 were filed?
12   A.   I don't think any of it happened
13 before 2010. I think all of this was post
14 lawsuit.
15   Q.   So Walgreens comes out with the Nice
16 label for eggs in its stores after 2010, and it
17 required the UEP certified logo to be on those
18 cartons?
19   A.   Yes, sir.
20 MR. ALMON:
21       Object to form.
22 MR. ROBISON:
23   Q.   Has this changed at all up to
24 today --
25   A.   No, sir.

Page 249

1    Q.   -- as you sit here?
2    A.   No, sir. We just bid it two weeks
3  ago, and it required it. There was a bid two
4  weeks ago on the Nice -- for the Walgreen eggs,
5  and it went cheap.
6    Q.   Can you explain for the jury why it
7  is that Walgreens would be demanding certified
8  eggs and putting the UEP certified logo on its
9  cartons at the same time its lawyers are
10 attacking the UEP certified program as illegal?
11 MR. ALMON:
12       Object to form.
13   A.   No, sir. I'm sorry. No, I can't.
14       We just bid it two weeks ago. It's
15 still on the -- it's still on the damn website.
16 Sorry.
17 MR. ROBISON:
18   Q.   Explain what --
19   A.   I apologize. Makes me mad.
20   Q.   Explain what you mean. You bid what
21 two weeks ago?
22   A.   The Walgreen egg business. All the
23 Walgreen business nationally went out for bid.
24 And as a part of that speculation, it required
25 certified eggs. That was just -- it was either

63 (Pages 246 - 249)

HIGHLY CONFIDENTIAL

Page 250

1 two weeks ago today or three weeks ago today.
2 VIDEOGRAPHER:
3        Four minutes.
4 MR. ROBISON:
5        Let's change the tape.
6 VIDEOGRAPHER:
7        This is the end of tape number three
8 in the video deposition of Jeff Hardin. We are
9 now going off the record. The time is 3:35 p.m.
10        (A recess was taken.)
11 VIDEOGRAPHER:
12        This is the beginning of tape number
13 four in the video deposition of Jeff Hardin. We
14 are now going back on the record. The time is
15 3:41 p.m.
16 MR. ROBISON:
17    Q.   Mr. Hardin, I'm handing you
18 Exhibit 52 to your deposition. We marked that
19 earlier today. And what is that again?
20    A.   This is one of those legal documents
21 from Albertsons.
22    Q.   And what's the date on the front?
23 Dated as of 13th day of November, 2003; is that
24 right?
25    A.   2003, yes, sir.

Page 251

1    Q.   All right. And if you look at the
2 bottom of page 1, there's a paragraph number 4,
3 "Pricing Terms"?
4    A.   Yes, sir.
5    Q.   And the first sentence says: "Prices
6 shall be determined as provided on Exhibit "A"
7 attached hereto and incorporated herein."
8    A.   Yes, sir.
9    Q.   You see that?
10    A.   Yes, sir.
11    Q.   Now, if you flip to Exhibit A -- you
12 see Exhibit A on there?
13    A.   Yes, sir.
14    Q.   The last line of Exhibit A says:
15 "Supplier's ACC #," and then somebody wrote in
16 "103." Do you see that?
17    A.   Yes, sir.
18    Q.   What is that?
19    A.   That's Cal-Maine's ACC number.
20    Q.   What's an ACC number?
21    A.   That's Animal Care Certified number.
22    Q.   And was that the name of the UEP --
23    A.   That was what the FMI program was
24 called back then, the ACC program.
25    Q.   And this was part of the contract

Page 252

1 with Albertsons?
2    A.   Yeah. They -- obviously, they had a
3 number 4, "Pricing Terms," as an amendment
4 because this -- or as an attachment, because
5 they used this, I'm sure, with all of their egg
6 producers -- egg suppliers, so that everybody
7 probably had a sheet like this on the back.
8    Q.   And that sheet set forth terms of the
9 contract?
10    A.   Set forth the basis numbers, right.
11    Q.   Pricing?
12    A.   Set forth the pricing, the cartons,
13 and the ACC number.
14    Q.   And was Cal-Maine being ACC certified
15 a requirement for Albertsons under this
16 contract?
17    A.   Yes, sir.
18    Q.   And has that ever changed to this
19 day --
20    A.   No, sir.
21    Q.   -- for dealing with Albertsons?
22    A.   No, sir.
23    Q.   Now, Mr. Hardin, let's get
24 Exhibit 54. You were shown that earlier today.
25 This is a Safeway contract.

Page 253

1    A.   Yes, sir.
2    Q.   And if you go to the -- page 6. The
3 page number is kind of here in the middle of the
4 page.
5    A.   Okay.
6    Q.   Right above the number 6, there's a
7 Section 2.10. Do you see that?
8    A.   Yes, sir.
9    Q.   "Records and Audits"?
10    A.   Yes, sir.
11    Q.   And would you read, just to
12 yourself -- you don't have to read it out
13 loud -- just read to yourself the subparagraphs
14 under "2.10 Records and Audits," and let me know
15 when you're finished.
16    A.   Okay.
17    Q.   Now, what is this section "Records
18 and Audits" saying, just in your layman's terms?
19    A.   It's just saying we've got to have
20 all of our audits available to them. We got to
21 retain them for three years. We've got to be
22 able to show supporting information concerning
23 an invoice. We've got to permit the Safeway
24 folks on site to conduct their own audits and
25 check our records and personal data.

64 (Pages 250 - 253)

HIGHLY CONFIDENTIAL

Page 254

1    Q.    And in your experience, have Safeway
2  people taken advantage of these provisions and
3  come on site to audit locations?
4    A.    I got an e-mail last night wanting to
5  do some more.  We just had some audits in the
6  last eight months or so.
7    Q.    Where Safeway people physically come
8  on to --
9    A.    Safeway people physically came to our
10 Searcy operation and our Waelder operations to
11 do audits around conventional eggs, and then the
12 HFAC audits around our cage free facility and
13 our organic facility in Chase, Kansas.
14   Q.    And this contract is -- flipping to
15 page 4 of the contract --
16   A.    Yes, sir.
17   Q.    -- you see it's dated at the top as
18 of March 22, 2009?
19   A.    Yes.
20   Q.    And then --
21   A.    Is this the one where I had gave them
22 $100,000 lump sum?
23   Q.    We'll get to that in a second.  Yeah.
24        Now, in future dealings with Safeway,
25 have there been similar audit provisions

Page 255

1  allowing Safeway employees to come on site and
2  audit a Cal-Maine location?
3    A.    In future ones?
4    Q.    Yeah, after this 2009 agreement.
5    A.    I just wrapped up negotiations with
6  Safeway this week.
7    Q.    All right.  Tell the jury about your
8  Safeway negotiations this week.  What are you
9  talking about?
10   A.    Well, they had put their egg business
11 out for bid.  So we have been working on it, I
12 don't know how long now, but probably starting
13 in early February.
14   Q.    Of what year?
15   A.    Of this year.  Up until Tuesday, we
16 got notification that we had retained the
17 conventional business under UEP guidelines.  We
18 had retained it.  It cost me about a cent and a
19 half or two cents a dozen to keep it, but we
20 just got notice this week.
21   Q.    So February of 2014 up through
22 mid-April --
23   A.    I can't remember --
24   Q.    -- of 2014 --
25   A.    We've been negotiating it.

Page 256

1    Q.    And during that time, did any Safeway
2  representative ever say that Safeway wanted to
3  shift and start buying non-certified eggs?
4    A.    No, sir.
5    Q.    Did anyone from Safeway ever say it
6  no longer wanted Cal-Maine to be in compliance
7  with the UEP certified program?
8    A.    Said that they did not want us to be?
9  No.  Quite to the contrary, they -- a couple of
10 years ago, they made us go to this Humane Farm
11 Animal Care on the audits page here.  What page
12 is this, 6?
13        So page 7, for our cage free and
14 organic, that's the most stringent standard in
15 the industry.
16   Q.    And you're talking about HFAC on page
17 7?
18   A.    Humane Farm Animal Care, right.
19        And this lady that runs this
20 certification body actually sat on the FMI
21 scientific advisory committee.  And so she
22 developed her own program outside the scientific
23 committee, and Safeway requires compliance with
24 that program.
25   Q.    So for table eggs, Safeway requires

Page 257

1  Cal-Maine to follow the UEP certified program?
2    A.    Yes.
3    Q.    And for cage free eggs, Safeway
4  requires the --
5    A.    HFAC.
6    Q.    -- Cal-Maine to require HFAC
7  guidelines?
8    A.    Right.
9    Q.    To this day?
10   A.    To this day, yes, sir.
11   Q.    Now, let's shift to Exhibit B on this
12 same Safeway contract.
13   A.    D.?
14   Q.    B., as in boy.  Page 22.
15   A.    Okay.
16   Q.    And this is still part of this
17 Safeway contract.  You see a paragraph for
18 "Quality Requirements"?  The first paragraph?
19 The next page.  Page 22, Exhibit B.
20   A.    Yes, sir.
21   Q.    I'm just going to read that into the
22 record.  "Quality Requirements:  USDA Inspector
23 to be on-site at Cal-Maine Food, Inc.
24 facilities.  USDA presence at facility at a
25 minimum of two to three days per week.  Weekly

65 (Pages 254 - 257)

HIGHLY CONFIDENTIAL

Page 258

1 USDA inspection is mandatory on all eggs. Must
2 comply with UEP's Animal Husbandry Guidelines.
3 Suppliers must be Humane Farm Animal Care
4 certified for cage free eggs within six months
5 of business award."
6         Did I read that right?
7     A.   Yes.
8     Q.   And that was a requirement under this
9 2009 contract with Safeway?
10    A.   Well, it was clear. Everything was
11 in the open on this whole thing. I didn't want
12 to do the HFAC program. It was a pain in the
13 neck. And the reason they gave us six months is
14 because I was pushing back on the thing. But
15 they said, okay, we'll give you six more months,
16 but you got to get it. And so we did.
17        But they required -- you know, I've
18 been talking to these people for years. There
19 ain't no secrets about any of this stuff. They
20 required all of it, and to the Nth degree.
21    Q.   And still to this day require both?
22    A.   Still to this day, yes.
23    Q.   Now, next down is "Emergency
24 Requirements." Do you see that?
25    A.   Yes, sir.

Page 259

1     Q.   That says: "Safeway must approve
2 Cal-Maine's Disaster Preparedness Plan." Do you
3 see that?
4     A.   Yes, sir.
5     Q.   Have you provided a Disaster
6 Preparedness Plan to Safeway?
7     A.   You know, I'm -- Brian, I can't
8 remember specifically, but we provide Safeway
9 and a bunch of customers all this kind of stuff
10 all the time. We're one of -- I say one of the
11 few, I can't say that. We have got an emergency
12 preparedness plan in case of hurricanes, in case
13 of tornadoes, depending on what part of the
14 country -- you know, obviously, you don't have a
15 hurricane prevention plan in Kansas.
16        But you've got tornado, you've got
17 fire, you've got hurricane. You've got a crisis
18 management team in place to help ourselves and
19 our customers deal with emergency situations,
20 from public relations all the way to the place
21 burning to the ground, so -- and all of that's
22 required these days.
23    Q.   And you're willing to share that with
24 the customer?
25    A.   Well, they get it all the time. They

Page 260

1 constantly ask for it, just to update their --
2 keep their files up to date.
3     Q.   Now, I want to ask about -- we can
4 put these contracts away for now.
5         I want to ask about an incident
6 involving another egg producer. You've heard of
7 Sparboe Farms?
8     A.   Yes, sir.
9     Q.   Do you remember an incident in late
10 2012 involving Sparboe Farms and one of these
11 undercover videos?
12    A.   Yes, sir.
13    Q.   Would you explain to the jury what
14 you remember happened?
15    A.   Well, I don't remember the specific
16 incident at the moment it happened, but I
17 remember my phone ringing.
18        Sparboe had had an animal welfare
19 cruel -- or animal cruelty tape, similar to what
20 happened to Cal-Maine, that hit the wire. And
21 it was -- as I recall it -- I'm doing all this
22 from memory, but as I recall it, that was on a
23 Friday afternoon, about the same time that it
24 hit Cal-Maine on a Friday afternoon, at, like,
25 5:00, okay? So it hit the news.

Page 261

1         I don't remember it because I was
2 already at my house. But my phone rang, and it
3 was a phone number I didn't recognize. And I
4 answered the phone on my -- answered my cell
5 phone, and it was a guy named Joerg something.
6 I can't remember Joerg's last name, Steinbach or
7 something, with Target Corporation. And he was
8 asking me how quickly I could get eggs to him.
9         And that was the Friday afternoon
10 before -- before -- as I recall it, it was the
11 Friday before Thanksgiving Thursday.
12    Q.   So why was this person from Target
13 calling you?
14    A.   He was --
15 MR. AHERN:
16        Object to the form.
17    A.   He was calling me because he needed
18 eggs. He was getting rid of Sparboe, is what he
19 told me.
20        He told me that Sparboe had had an
21 animal cruelty incident, and it appeared that he
22 needed to get out of that relationship. And he
23 needed to see if Cal-Maine could cover him with
24 eggs quickly.
25 MR. ROBISON:

66 (Pages 258 - 261)

HIGHLY CONFIDENTIAL

1    Q.   And what was your answer?
2    A.   I told him that I would go to work on
3 it and -- so he and I had phone numbers over the
4 weekend. I told him -- I asked him for some
5 phone numbers where I could coordinate purchase
6 orders if I were able to come up with eggs.
7         You got to remember that this was
8 literally less -- as I recall it, less than a
9 week before Thanksgiving. There are no eggs. I
10 mean, we've got a rising egg market. We've got
11 demand going through the roof because it's
12 Thanksgiving. And they need eggs, and it's
13 going to be very difficult to lay my hands on
14 it.
15       So I had asked him for some phone
16 numbers, which he supplied, of folks that I
17 could get ahold of and get purchase orders, if I
18 were able to come up with some eggs for him.
19    Q.   And were you able to get some eggs?
20    A.   Brian, we got him eggs. I can't
21 remember how many -- it was something on the
22 order of 20 or 25 loads of eggs by Tuesday of
23 the next week, to help him get through the
24 Thanksgiving push. And then we became an
25 ongoing supplier to him for the next year and a

1 half or so.
2    Q.   All right. What happened after the
3 next year and a half or so? You had been
4 supplying Target, but then what happened?
5    A.   They put it out for bid, and I lost
6 the business. Somebody cut my price.
7    Q.   Who?
8    A.   Rose Acre Farms. Rose Acre egg
9 farms.
10    Q.   They undercut your price and won?
11    A.   Oh, I'm sure. I mean, we had -- I
12 won't ever forget it. We were coming back from
13 a meeting in -- I was somewhere in east Texas,
14 myself and Jessica Quinn. And then our director
15 of marketing, Allen Andrews, was on a landline.
16       And Target had put the business out
17 for bid, and we had been going back and forth
18 and back and forth on pricing, and them telling
19 me that, you're going to lose it, you're going
20 to lose it if you don't come down further. So I
21 kept adjusting that basis number to try to hold
22 onto it.
23       And then the communication shut down.
24 They said, okay, we'll make the decision.
25       So I pulled over into a Brookshire

1 parking lot in -- not Cameron -- yeah, it was --
2 Cameron, Texas, and got on a conference call
3 with Target.
4         And Jessica and Allen and I felt like
5 we were going to retain the business, and we
6 lost it. They said, "We regret to inform you
7 that we've just chose to go with another egg
8 producer."
9         And we literally had a plant that you
10 could run a conveyor belt to from their
11 distribution center in Florida. And I could not
12 believe we would lose it, but I had bid that
13 business at a ridiculously cheap number, but I
14 wanted to retain that -- particularly that
15 Florida business.
16       And then there was a distribution
17 center in Fort Worth. And we got 9 million
18 chickens within 300 miles of Fort Worth. There
19 was no question I was going to keep that
20 business. And we lost all of it, to price, they
21 said.
22       And that's what Joerg said. Matter
23 of fact, Joerg called me. And I admired him for
24 it. He said, "Jeff" -- after it was all said
25 and done, he called me and said, "Jeff, I tried,

1 but you were just too high. You just got" --
2 "it was too much difference."
3    Q.   Now, you said earlier you had read
4 the lawsuit that the grocery stores had filed
5 against Cal-Maine?
6    A.   Uh-huh.
7    Q.   And did you see Rose Acre as one of
8 the other defendants?
9    A.   Yes, sir.
10    Q.   Now, the plaintiffs say Rose Acre,
11 Cal-Maine and others have been involved in a
12 conspiracy since about '99 or 2000 to cut supply
13 and raise price.
14    A.   Right.
15    Q.   You remember seeing that?
16    A.   Yes, sir.
17 MR. ALMON:
18       Object to form.
19 MR. ROBISON:
20    Q.   Now, does it make any sense to you
21 that if Rose Acre and Cal-Maine are in a
22 conspiracy to increase price, that Rose Acre
23 would be undercutting you on price?
24 MR. ALMON:
25       Object to form.

HIGHLY CONFIDENTIAL

Page 266

1 MR. AHERN:
2      Object to form.
3 MR. ROBISON:
4    Q.   Does that make any sense?
5 MR. ALMON:
6      Same objection.
7 MR. AHERN:
8      Same objection.
9    A.   Rose Acre is my biggest -- one of my
10 biggest competitors.  They have taken business
11 from me at every corner.  They've taken Kroger
12 business from me.  They've taken ALDI business
13 in Dallas.
14      I mean, I'm so much closer to Dallas
15 than Rose Acre is.  I should be able to beat
16 them every time, just from a freight
17 perspective.  I never won any of ALDI's business
18 out in this part of the world.
19      They took U. S. Food Service from me
20 along the eastern seaboard.  They took all my
21 U. S. Food Service business away from me in
22 Florida, every bit of it.  Lost every bit of it
23 to Rose Acre.
24      I lost Winn-Dixie in Jacksonville,
25 Florida, to Weaver Brothers.  Weaver Brothers is

Page 267

1 in Versailles, Ohio.  There's no way they can
2 sell eggs as cheap as I can in Florida.  I got
3 them beat by 9 cents on freight.  They still
4 took it away from me.
5      Everything's out in the open on all
6 of this stuff.  I mean, I've lost lots of
7 business to Rose Acre, to Weaver, to Sparboe.  I
8 lose business -- I lost all my U.S. Food Service
9 business in Texas to Sparboe.  To this day, I
10 still don't have it.
11      So they've all cut my price and took
12 my business away from me.  There ain't no
13 conspiracy.
14 MR. ROBISON:
15    Q.   So what would you tell the jury about
16 the plaintiffs' conspiracy theory --
17    A.   Well, they're crazy.
18 MR. ALMON:
19      Object to the form.
20 MR. AHERN:
21      Object to the form.
22    A.   I'm sorry.  It's crazy.  These --
23 fellows, these guys cut my price all the damn
24 time.  This is not -- they're on me, okay?  I
25 mean, I get called on the carpet -- I'm sorry, I

Page 268

1 don't mean -- I'm turning to speak to y'all,
2 okay?
3      But, guys, y'all got to understand,
4 this thing is a fast moving target.  There ain't
5 but four days worth of inventory of eggs at any
6 one time in the country, hardly.  So this thing
7 is moving fast.  And when things get cheap and
8 somebody needs business, they cut your price,
9 and they come after you, and you better be on
10 your toes.  It moves that quick.  I'm sorry.
11 MR. ROBISON:
12    Q.   And has that been true, these
13 competitor conditions you're describing, has
14 that been true from --
15    A.   1982 through today?
16 MR. ALMON:
17      Object to form.
18 MR. AHERN:
19      Object to form.
20 MR. ROBISON:
21    Q.   1982 through today?
22    A.   Well, that's when I started.
23    Q.   All right.  Mr. Hardin, I'm handing
24 you what I've just marked as Exhibit 70 to your
25 deposition.

Page 269

1      (Exhibit 70 marked.)
2    Q.   And this document is marked "Highly
3 Confidential," but that's hard to see on these
4 copies.
5 MR. ROBISON:
6      For people on the phone, the Bates
7 number is CM00725386-400.
8    Q.   And, Mr. Hardin, I want to ask you
9 about -- well, the page numbers, for some
10 reason, didn't print.  Can you find a page that
11 has 754 in parentheses up at the top.
12    A.   Okay.
13    Q.   And then a paragraph near the bottom
14 starting "Mr. Adams"?
15    A.   Okay.
16    Q.   Then next paragraph down starts with
17 a Michigan State reference.
18    A.   Okay.
19    Q.   See that?
20    A.   Uh-huh.
21    Q.   I'm just going to start there.
22 "Dr. Allan Rahn," R-a-h-n, "from Michigan State
23 University put together a report stating that
24 over the next three to five years, a company
25 starting its animal welfare program with 48

68 (Pages 266 - 269)

HIGHLY CONFIDENTIAL

Page 270

1  inches of cage space per bird, will have a 3 to
2  5 cents per dozen loss of efficiency, labor,
3  etc. Cal-Maine is making a strong effort to
4  cover that expense by price adjustments as it
5  implements its program.
6      "Mr. Baker told the directors that
7  Cal-Maine has begun approaching its customers to
8  cover this increased cost. He was complimentary
9  of Jeff Hardin and Ken Paramore's efforts in
10  this regard. Messrs. Hardin and Paramore
11  requested and received approval to increase the
12  formulas one to two cents on 70 percent of
13  Cal-Maine's customers. They negotiated with
14  Walmart for a two cents per dozen increase, at
15  80,000 cases per week. They've also negotiated
16  an increase for most of the Company's other
17  major customers, including Food Lion, Fiesta,
18  Associated Grocers and Winn-Dixie. Mr. Baker
19  told the directors that Kroger agreed to a one
20  cent increase. Customers understand the
21  increased production cost in increasing space
22  per bird and are willing to pay the increase to
23  help appease the animal welfare people."
24      Do you see that?
25  A.  Yes, sir.

Page 271

1  Q.  Now, these are minutes of a Cal-Maine
2  directors meeting on March 28, 2003.
3  A.  Yes, sir.
4  MR. ALMON:
5      Object to form.
6  MR. ROBISON:
7  Q.  The paragraphs that I just read
8  talking about the roll-out of the program and
9  talking to customers --
10  A.  Uh-huh.
11  Q.  -- is this generally the time frame
12  when you and Mr. Paramore were starting those
13  conversations?
14  MR. ALMON:
15      Object to form.
16  MR. AHERN:
17      Object to form.
18  A.  As I recall it, yes.
19  MR. ROBISON:
20  Q.  And when you went to your customers
21  and talked to them about this program, I think
22  you said earlier today that you had -- you would
23  take written materials with you; is that right?
24  A.  Yes. I mean, it was a presentation
25  of the FMI program that I would carry with me.

Page 272

1  Q.  And tell the jury what sort of
2  written materials you would hand out.
3  A.  There was a four-color brochure-type
4  thing describing the animal husbandry
5  guidelines. So I would take that, along with a
6  Michigan State study that Mr. Adams was
7  referring to in these minutes.
8      And then, if I felt like the customer
9  could comprehend it, although Don Bell got
10  pretty complex with some of his stuff, but there
11  was an economist at U. C. Berkeley, as I recall
12  it, named Don Bell, and I would use some of his
13  materials, too, to carry and explain to our
14  customers what was going on and what was
15  happening, at my level.
16      You know, everybody above knew what
17  was going on. It was the folks that I was
18  dealing with that we knew were having to educate.
19  Q.  All right. I am marking as
20  Exhibits 71 and 72 some things I'd like you to
21  look at. And just tell me when you're finished
22  looking at those two documents.
23      (Exhibit 71 and Exhibit 72 marked.)
24  A.  Do I need to go through them?
25  Q.  Yeah. Just, you know, quickly, I

Page 273

1  guess, browse through them.
2  A.  I mean, I'm familiar with them.
3  MS. MARKOWITZ:
4      Is there a Bates label for these?
5  MR. ROBISON:
6      Yeah, but it's cut off. It's copies
7  of the UEP guidelines.
8  MR. ALMON:
9      Brian, is the 2002 edition 71 or 72?
10  A.  2003 is 72. 2002 is 71.
11  MR. ALMON:
12      Thank you.
13  MR. ROBISON:
14      Hold on. Let's go off the record for
15  a second because I'm missing all of the marked
16  exhibits from earlier days.
17  VIDEOGRAPHER:
18      We're now going off the record. The
19  time is 4:05 p.m.
20      (Off the record.)
21  VIDEOGRAPHER:
22      We are now going back on the record.
23  The time is 4:06 p.m.
24  MR. ROBISON:
25  Q.  All right. Mr. Hardin, would you

69 (Pages 270 - 273)

Page 274

1 look at Exhibit 71, please?
2    A.   Yes, sir.
3    Q.   Tell the jury what that is.
4    A.   This is a -- they call it UEP --
5 United Egg Producers Animal Husbandry Guidelines
6 for U.S. Laying Flocks, 2002 edition.
7         So this was -- I don't remember what
8 version there was, but every year they would
9 update it.  And this is the 2002 version.
10    Q.   So if you met with a client -- sorry.
11 If you met with a customer when the 2002 version
12 of the guidelines we see in Exhibit 71 was in
13 effect, would you hand that version of the
14 guidelines to the customer?
15 MR. AHERN:
16         Object to the form.
17    A.   Like I said, there were updates
18 and -- there were updates and changes to it.
19 Maybe.  Maybe.  Maybe not.  But generally, some
20 kind of change that would warrant them putting
21 out a new edition, then I would take that and
22 update my customers as to where we're at.
23 MR. ROBISON:
24    Q.   So would it have been your practice
25 to give your customer whatever was the current

Page 275

1 edition of the guidelines?
2    A.   Oh, they would just come in the mail
3 to me.  I'd get a stack of, you know, 30 or 40
4 of these.
5    Q.   And then --
6    A.   And then I'd throw the old ones away,
7 put these in the file.  And when I got a chance
8 or when somebody asked, I'd go see them, or I'd
9 send it to them or whatever.
10    Q.   All right.  And then -- so whatever
11 was the current version of these guidelines
12 would be the ones you would use at your customer
13 meetings?
14    A.   Sure.  Oh, yeah.  Yeah.
15    Q.   All right.  Would you look at
16 Exhibit 72, please, and tell the jury what
17 Exhibit 72 is.
18    A.   It says this is a -- it looks like a
19 little change to it.  Yeah.  2003 edition, but
20 it's also got the ACC checkmark on it.
21    Q.   Now, if you would go to -- scratch
22 that.
23         So if you were meeting with a
24 customer when Exhibit 72 was the current version
25 of the guidelines, would this have been the

Page 276

1 guidelines that you would hand out at a customer
2 meeting?
3 MR. AHERN:
4         Object to form.
5    A.   If I was on my toes, yes.  I mean,
6 could I foul up and not -- yeah, sure, I mean, I
7 could foul up, but that would have been my
8 intent, would have been to go and give them an
9 update, particularly if they were asking for an
10 update.  Sometimes they didn't ask for updates,
11 but, you know, generally speaking, this was a
12 topic all the time.
13 MR. ROBISON:
14    Q.   When you went to these customer
15 meetings and you were handing out written
16 materials, what was your goal in making this
17 presentation?
18 MR. AHERN:
19         Object to the form.
20    A.   I typically didn't have a goal.  It
21 was them that was asking -- again, Brian, this
22 stuff was going on all the time.  This is not
23 something where I had an objective to go sell
24 them a program.  They were asking for updates to
25 where are we at, are we doing well, where is

Page 277

1 your latest audit; hey, these guys from PETA,
2 our position is going to be that we offer
3 conventional, we offer organic, we offer cage
4 free, you're up to speed, you know what's going
5 on, we're good on our guidelines, right?
6         And I'd say, yes, sir.  And do you
7 want me to send you the latest version?  And
8 they'd say, yeah.  I mean, this is constant
9 communication about all this stuff.
10 MR. ROBISON:
11    Q.   Let's look at page 14 of Exhibit 72.
12 And this is the 2003 edition of the UEP Animal
13 Welfare Guidelines.
14    A.   Okay.
15    Q.   Do you see subparagraph number 1?
16    A.   Yes, sir.
17    Q.   All right.  The lead-in sentence
18 says: "UEP's Board of Directors has established
19 the additional requirements and benefits for
20 companies that have filed applications to be
21 recognized as an Animal Care Certified company."
22         You see that?
23    A.   Yes, sir.
24    Q.   And then subparagraph 1: "A
25 Certified company must implement the Animal

70 (Pages 274 - 277)

HIGHLY CONFIDENTIAL

1 Husbandry Guidelines on 100 percent of the
2 company's production facilities regardless of
3 where or how eggs may be marketed. This 100
4 percent commitment is intended to be inclusive
5 of all company entities, affiliates, etc."
6      Do you see that?
7    A. Yes, sir.
8    Q. Do you remember discussing this
9 100 percent requirement with customers in the
10 2003 time frame?
11 MR. AHERN:
12      Object to form.
13    A. Yes. I don't know specific customers
14 that it was discussed with, but it was discussed
15 with everybody. I mean, it was -- matter of
16 fact, this particular piece of it was crucial to
17 them protecting their banner.
18      You know, all of my -- y'all saw my
19 customer list. It's not the little guys. You
20 know, my customer list is Walmart, it's Safeway,
21 it's Winn-Dixie, it's Kroger. And, you know,
22 you couldn't have -- this was not an egg
23 marketing program, it was an animal welfare
24 program.
25      And so you couldn't, in my view and

1 in their -- and in my view telling them about
2 all this stuff, Cal-Maine couldn't have a
3 chicken house in Edwards, Mississippi, that
4 complied and supplied them eggs, and chicken
5 houses in Robertsdale, Alabama, that didn't. It
6 was a threat to them, you know. You've got to
7 have all your chickens on it, or HSUS will come
8 after you. They'll come after me at
9 Robertsdale.
10      And all they want to do is tell the
11 press, hey, Cal-Maine, your egg supplier is not
12 UEP certified, not compliant. They don't treat
13 all their hens the same way. They treat the
14 ones that supply you a particular way, but the
15 ones down there they treat differently.
16      And, Kroger or Safeway, you've got
17 all the power, why don't you make them comply
18 with all of it.
19      So it was a threat to their banner,
20 to their storefront. So I told customer after
21 customer after customer that it was important
22 that 100 percent of the chickens be on it, or
23 they were still vulnerable to the attacks.
24 MR. AHERN:
25      Move to strike as non-responsive,

1 multiple hearsay, and speculation.
2 MR. ROBISON:
3    Q. Did any customer in the 2003 time
4 frame object to this 100 percent requirement
5 when you explained it to them?
6 MR. AHERN:
7      Object to the form.
8    A. I don't recall anybody ever objecting
9 to any parts of it.
10 MR. ROBISON:
11    Q. How about after 2010?
12 MR. AHERN:
13      Same objection.
14    A. Nobody has given me any feedback of
15 any sort to strike out a portion of it or get
16 off of it or -- not one customer.
17 MR. ROBISON:
18    Q. Now, let me show you Exhibit 33. I
19 think you identified that as the Michigan State
20 study?
21    A. Yes, sir.
22    Q. And is that another one of the
23 written materials that you would hand to
24 customers during these meetings?
25    A. This would have been the primary

1 piece that I would have used. It would have
2 gone inside this folder, and, you know, that
3 would have been the primary piece I used.
4      Again, the Don Bell stuff was pretty
5 technical, but the Michigan State study did a
6 pretty good job, I felt like, of explaining the
7 cost.
8      My objective was to explain the
9 program and get my price increases that I needed
10 to cover the cost of the program, and this study
11 did a pretty good job of it.
12    Q. All right. I'm going to hand you
13 Exhibit 73. Mr. Hardin, what is Exhibit 73? Do
14 you recognize this?
15    A. I vaguely remember it. I mean, I --
16 but it's the -- it's the introduction, as I
17 recall it, of the FMI/NCCR program.
18      (Exhibit 73 marked.)
19    Q. And is this another packet of written
20 materials you would have handed to customers
21 during these meetings?
22 MR. AHERN:
23      Object to form.
24    A. Where's the folder? I thought I saw
25 the folder earlier. But, I mean, it would have

71 (Pages 278 - 281)

HIGHLY CONFIDENTIAL

Page 282

1 all gone together like that.
2 MR. ROBISON:
3    Q.   And for the record, what exhibits are
4 you putting together like that?
5    A.   Well, I mean, this was a folder.
6 This was a bound folder.
7    Q.   Exhibit 72?
8    A.   72.  And then 73.  And then whatever
9 this one -- the Michigan State -- 33.
10 Typically.  Now, I'm not saying -- I don't know
11 that I did it in every case, but typically -- I
12 mean, I'm going in there to try to get a price
13 increase to cover my cost.  And so I would have
14 armed myself with as much information as I could
15 and laid it all out there because I'm asking
16 them to pay me more money.  So all of this stuff
17 would have gone with me.
18    Q.   Actually, let's go to Exhibit 33
19 briefly.  And go to the conclusion paragraph.
20    A.   Yes, sir.
21    Q.   I want to direct your attention to a
22 sentence that one of the other lawyers had read
23 to you.  It's here in the middle, starting with
24 "this indicates."  You see that?
25    A.   Yes, sir.

Page 283

1    Q.   "This indicates that, in the short
2 run -- i.e., before additional cage space could
3 be constructed and a supply response realized --
4 egg prices could increase 8 to 12 percent for
5 every 1 percent egg supplies are reduced."
6       Do you see that?
7    A.   Yes, sir.
8    Q.   I want to focus on the language here
9 in the middle, "before additional cage space
10 could be constructed"; do you see that?
11    A.   Yes, sir.
12    Q.   In your conversations with Fred
13 Adams, Dolph Baker, Steve Storm, anybody at
14 Cal-Maine, did you ever hear anybody say that
15 as -- in conjunction with the UEP certified
16 program, there would be no new cage facilities
17 constructed?
18 MR. AHERN:
19       Object to form.
20 MR. ALMON:
21       Object to form.
22    A.   No, sir.  No, quite the opposite.  I
23 mean, I think -- we had a big customer base, and
24 this was going to have an impact.
25       What happened was that our customers

Page 284

1 demanded that we -- or FMI and our customers
2 demanded that we accelerate the program from the
3 way it was originally laid out.  And so we were
4 looking for ways to get new construction under
5 way because we knew that, you know, it's six
6 years or seven years -- or whatever the time
7 frame was that they had accelerated it to, we
8 were trying to build chicken houses.
9       (Exhibit 74 marked.)
10 MR. ROBISON:
11    Q.   I'm going to show you Exhibit 74.
12 MR. ROBISON:
13       And for people on the phone, I do
14 have a Bates number this time.  It's
15 CM00450697-99.
16    Q.   And while I'm handing this out, just
17 take a minute to read that.
18    A.   Okay.
19    Q.   Who is Bill Remiker, or who was he in
20 2003?
21    A.   Bill was the category manager at
22 SUPERVALU responsible for the distribution
23 centers that we supplied back then, which was
24 only Indianola, as I recall it.
25    Q.   And is he somebody you would talk to

Page 285

1 directly --
2    A.   Yes.
3    Q.   -- at SUPERVALU?
4    A.   Uh-huh.
5    Q.   And do you see on the last page of
6 this exhibit that you are copied on it?
7    A.   Yes.
8    Q.   All right.  I just want to focus on
9 the first paragraph for right now.
10    A.   Yes, sir.
11    Q.   First paragraph, couple lines down:
12 "At this time we are only in position to bid on
13 the Indianola operation.  As an active and
14 certified member of the Food Marketing Institute
15 and National Counsel of Chain Restaurants'
16 Animal Welfare Program, the number of eggs
17 available for sale is shrinking.  This program
18 as you know is not based on elimination of
19 housing, but on giving the birds more room per
20 cage by decreasing that number.  You may or may
21 not have heard by 2008, we will have
22 eliminated about 20 percent of our flocks from
23 current housing."
24       Do you see that?
25    A.   Yes.

72 (Pages 282 - 285)

HIGHLY CONFIDENTIAL

Page 286

1    Q.  Is this statement in this letter
2  consistent with your understanding of --
3    A.  I wrote this.
4    Q.  Okay.
5    A.  I mean, this is a document -- you
6  might have seen it or -- something we looked at
7  earlier today, but our General Managers ran the
8  daily operations and communicated on a local
9  level with the customers.
10        And in this particular case, Ed Scott
11  was one of our key managers that had a good
12  relationship with all these folks.  He knew how
13  to handle it.  So I wrote this letter for him,
14  and he signatured it and, I'm sure, sent it to
15  Bill.
16    Q.  And what's the date on it?
17    A.  April 10, 2003.
18    Q.  And explain what you mean:  "This
19  program as you know is not based on elimination
20  of housing."  Explain what you mean there.
21    A.  I'm sorry, Brian.  Ask me that again.
22    Q.  Sure.  "This program as you know" --
23    A.  "This program as you know is not
24  based on elimination of housing" -- yeah.  No,
25  what it's -- again, I'm in shock about the whole

Page 287

1  thing, but the whole purpose of the program was
2  an animal welfare program to give, among other
3  things, the hens more space in the chicken
4  houses they were living in.
5        So we were just -- you know, we had
6  to pull chickens out of cages.  That was the
7  only way to accomplish it.  So we were pulling
8  chickens out of cages to give them more space.
9  It was as simple as that.
10    Q.  I'm going to show you now Exhibit 75.
11        (Exhibit 75 marked.)
12    Q.  Take a minute to read that while I
13  pass these out.
14  MR. ROBISON:
15        This, on the phone, is CM00560038-39.
16    Q.  Just let me know when you're finished
17  reading it.
18    A.  Okay.
19    Q.  All right.  If you would look at the
20  back page.  There's kind of -- well, it looks
21  like to me kind of an announcement from Gene
22  Gregory.  Do you see that?
23    A.  Uh-huh.
24    Q.  You've got to say yes.
25    A.  Yeah.  I'm sorry.  Yes.

Page 288

1    Q.  Do you remember this 2007 conference
2  in Arizona?
3    A.  I remember the conference.  I don't
4  specifically remember the language of the --
5    Q.  Of the e-mail?
6    A.  -- the e-mail, but I remember the
7  conference, yes.
8    Q.  Now, at the bottom of the first page
9  of Exhibit 75, there's an e-mail to Mitch Hill.
10  Do you see that?
11    A.  Yes, sir.
12    Q.  And that's dated March 23, 2007?
13    A.  Yes.
14    Q.  And read that e-mail, just the one
15  sentence there.
16    A.  "At the request of Jeff Hardin of
17  Cal-Maine Foods, we would like to invite you to
18  the United Egg Producers Animal Welfare
19  conference."
20    Q.  All right.  And then the next e-mail,
21  Mitch e-mails you directly --
22    A.  Uh-huh.
23    Q.  -- same day?
24    A.  Yes, sir.
25    Q.  And he says, "Count me in for the

Page 289

1  conference."  See that?
2    A.  Yes, sir.
3    Q.  Is this the e-mail chain that led to
4  you and Mitch attending this animal welfare
5  conference together?
6    A.  Yes, sir.
7    Q.  All right.  And if you and H-E-B
8  people had been talking about the animal welfare
9  program for several years by the time of this
10  2007 conference, why was it you invited Mitch
11  Hill to attend?
12  MR. ALMON:
13        Object to form.
14  MR. AHERN:
15        Object to form.
16    A.  As I recall it, this was an update.
17  There was a lot of -- I can't remember the
18  exact -- seemed like we had something earlier
19  today that showed the customer list -- or the
20  list of people that was coming to this
21  conference.
22  MR. ROBISON:
23    Q.  Right.  That's Exhibit 68.
24    A.  Okay.  But this was an update to get
25  them up to speed as to what all was going on,

73 (Pages 286 - 289)

HIGHLY CONFIDENTIAL

Page 290

1 not only with the animal care program, ACC
2 program, but with the -- what was going on with
3 HSUS, what was going on with Cornucopia. I
4 mean, it was a general discussion, as I recall
5 it, about the animal activist groups and what
6 was going on with the certified program.
7    Q.   All right. I'm handing you
8 Exhibit 68, which we marked earlier. Is that
9 the agenda for this conference?
10    A.   It appears to be, Brian. Again, I
11 don't recall it exactly, but it appears to be,
12 yes.
13    Q.   All right. And do you see on the
14 agenda at 2:30 p.m., there is a presentation
15 called "How the UEP Certified Program Came into
16 Existence and How it has Evolved over Time"?
17    A.   Yes, sir.
18    Q.   I'm going to hand you what I'm going
19 to mark as Exhibit 76.
20        (Exhibit 76 marked.)
21    Q.   Take a minute to look through that
22 while I pass it out.
23 MR. ROBISON:
24        People on the phone, the Exhibit 76
25 is Bates numbered V, as in Victor,

Page 291

1 FFI0159735-763.
2    A.   Okay.
3    Q.   Does this appear to you to be the
4 PowerPoint presentation that went with that
5 program at 2:30 on the agenda, "How the UEP
6 Certified Program Came into Existence and How it
7 has Evolved over Time"?
8 MR. ALMON:
9        Objection. Foundation.
10    A.   I don't specifically remember the
11 presentation itself, but I'm sure that's what it
12 was. It's what it said it was.
13 MR. ROBISON:
14    Q.   And what's the date on the front of
15 Exhibit 76?
16    A.   April 11, 2007.
17    Q.   And what's the date of the
18 presentation at 2:30 p.m. on that agenda in
19 Exhibit 68?
20    A.   April 11, 2007.
21    Q.   All right. Let's go to -- on
22 Exhibit 76, the PowerPoint slides, let's go to
23 the page that ends in 751.
24    A.   Okay.
25    Q.   The top of this slide says: "A UEP

Page 292

1 Certified Company Must: Implement guidelines on
2 100 percent of all company owned or controlled
3 houses regardless of where or how eggs are
4 marketed." Do you see that?
5    A.   Yes, sir.
6    Q.   And does that describe this
7 100 percent requirement we've been discussing
8 today?
9 MR. AHERN:
10        Object to the form.
11    A.   There was no secrets about the
12 100 per. I was selling them -- that 100 percent
13 was important to them. It was important to
14 them, that all the -- that this was an animal
15 welfare program.
16 MR. AHERN:
17        Move to strike as non-responsive.
18 MR. ROBISON:
19    Q.   Now, when you took Mitch Hill --
20        (Discussion off the record.)
21 MR. ROBISON:
22    Q.   Now, were you talking to Mitch Hill
23 from H-E-B on a regular basis at this conference
24 in Arizona in April of 2007?
25 MR. ALMON:

Page 293

1        Object to form.
2    A.   I'm sure I was. I was hosting him,
3 so I was with him.
4 MR. ROBISON:
5    Q.   Did he ever object to anything he
6 heard about the UEP program at this conference?
7 MR. ALMON:
8        Object to form.
9    A.   I don't recall anything. That's been
10 a long time ago, Brian, but I don't recall
11 anything.
12 MR. ROBISON:
13    Q.   You don't remember him saying, I
14 can't believe what I just heard that speaker
15 say, I didn't know that was part of the program,
16 or anything along those lines?
17    A.   No.
18 MR. ALMON:
19        Object to form.
20 MR. ROBISON:
21    Q.   Now, let's go back to the list of
22 attendees, Exhibit 68.
23    A.   Yes, sir.
24    Q.   Just flip to the second page, please.
25 Sorry. The first page of the attendee list --

74 (Pages 290 - 293)

HIGHLY CONFIDENTIAL

Page 294

1    A.   Okay.
2    Q.   -- second page of Exhibit 68.  Going
3  down the right-hand column, you see Mitch Hill
4  from H-E-B, his name?
5    A.   Yes, sir.
6    Q.   And Judy Holland is listed there from
7  Winn-Dixie?
8    A.   Yes, sir.
9    Q.   And at the time of this conference,
10 2007, was Winn-Dixie a current customer of
11 Cal-Maine?
12   A.   I think so, yes.
13   Q.   Next page, we have Tommy Reed from
14 Walmart?
15   A.   Yes, sir.
16   Q.   And was Walmart a current customer at
17 this time in 2007?
18   A.   Yes, sir.
19   Q.   And then there's a Harriet Solar from
20 Kroger.  Do you see that?
21   A.   Yes, sir.
22   Q.   And was Kroger an active customer of
23 Cal-Maine in 2007?
24   A.   As I recall.
25   Q.   Do you remember any of those people

Page 295

1  coming to you during this Arizona conference and
2  expressing any dismay about what they had heard
3  about the program?
4    A.   I've never heard any of them come to
5  me ever asking about -- or saying something
6  about dismay of the program.
7  MR. AHERN:
8        Object to the form.
9    A.   No.  Not at the conference.
10 MR. ROBISON:
11   Q.   Whenever you were talking to
12 customers about trying to secure some sort of
13 price increase to cover the cost of complying
14 with the certified program -- you've talked
15 about those conversations -- were you trying to
16 get a cost increase from your customers that
17 would recoup the entire cost of complying or
18 just a portion of the cost?
19 MR. ALMON:
20       Object to the form.
21   A.   Well --
22 MR. ROBISON:
23   Q.   What was your understanding?
24 MR. ALMON:
25       Same objection.

Page 296

1    A.   -- if you read the studies and did
2  your homework and listened to my boss, the thing
3  ranged anywhere from, as I recall it, two or two
4  and a half cents a dozen up to 11 cents a dozen,
5  as it -- you know, as it all implemented.
6        And we were asking at the genesis of
7  it for a portion of it to get the thing going
8  because we were going to lose -- I don't
9  remember the numbers exactly, but we were going
10 from 48 to 53 inches, something to that effect,
11 in the first -- along with doing all the other
12 husbandry things that had to be done.
13       Well, there was no way I was ever
14 going to get a 4 cent price increase all at one
15 time or a 5 cent price increase.  And quite
16 frankly, we probably didn't understand all of
17 the cost as it went along because it was a
18 rolled-out program.  It implemented over time.
19       So the 2 cents or the penny that I
20 was going for in 2001 or '2 or '3, whenever it
21 was, was kind of like -- in my mind, anyway, it
22 was the down payment on it, not knowing what was
23 going to happen from there on out.
24 MR. ROBISON:
25   Q.   And do you know whether -- do you

Page 297

1  personally know whether Cal-Maine ever has
2  recouped all of the costs that it incurred to
3  come into compliance with the UEP program?
4    A.   I don't.  I don't even know how you'd
5  measure it, quite frankly, but it was -- you got
6  a bunch of assets with 20 percent fewer chickens
7  in them.
8    Q.   And would you personally know of any
9  way to calculate any harm to Cal-Maine's
10 reputation or goodwill as a result of the
11 lawsuits over the last several years, these
12 anti-trust lawsuits?
13 MR. ALMON:
14       Object to form.
15 MR. AHERN:
16       Object to form.
17   A.   I'm sorry.  I don't understand the
18 question.
19 MR. ROBISON:
20   Q.   These anti-trust lawsuits filed by
21 the grocery stores started in 2010.  You've seen
22 one of those.  Would you personally have any way
23 of calculating the amount of any harm to
24 Cal-Maine's goodwill or reputation as a result
25 of these lawsuits?

75 (Pages 294 - 297)

HIGHLY CONFIDENTIAL

Page 298

1 MR. ALMON:
2      Object to the form.
3   A.  I don't have a way of calculating it,
4 no.
5 MR. ROBISON:
6      Let's take a break, and I'll see if
7 I'm finished. I'm just going to check my notes.
8 VIDEOGRAPHER:
9      We are now going off the record. The
10 time is 4:31 p.m.
11      (A recess was taken.)
12 VIDEOGRAPHER:
13      We are now going back on the record.
14 The time is 4:40 p.m.
15 MR. ROBISON:
16      I pass the witness.
17           CROSS-EXAMINATION
18 BY MR. AHERN:
19   Q.  Mr. Hardin, Patrick Ahern again.  I
20 just have a few follow-up questions.
21      Would you pull out Exhibit 73,
22 please?
23   A.  Okay.
24   Q.  And this is the June 2002 report from
25 FMI/NCCR, correct?

Page 299

1   A.  Yes, sir.
2   Q.  And on the third page of that
3 document, would you look at that?  And I'll
4 direct you to the portion down at the bottom
5 that says "Laying Hens."
6   A.  Okay.
7   Q.  Okay.  And it says there:  "UEP
8 developed a process specifically to address
9 animal welfare concerns in 1999."  Do you see
10 that?
11   A.  Yes, sir.
12   Q.  Okay.  Is that news to you, that UEP
13 started this in 1999, or did you know that?
14   A.  I don't remember specifically the
15 dates --
16   Q.  Okay.
17   A.  -- Patrick, but, I mean, this was an
18 issue that was ongoing, and I was talking to my
19 customers about.
20   Q.  You've talked a lot about that.  I'm
21 trying to get specific answers to questions
22 here, okay?
23   A.  Okay.
24   Q.  Did you know that the UEP had started
25 developing its own program in 1999?

Page 300

1 MR. ROBISON:
2      Object to form.
3   A.  I didn't know what year it started.
4 MR. AHERN:
5   Q.  Okay.  And would it shock you to know
6 that the UEP started developing its own program
7 before it started talking to FMI?
8 MR. ROBISON:
9      Object to form.  Assumes facts.
10   A.  We had a -- the industry, as I recall
11 it, had an animal welfare program long before
12 that.
13 MR. AHERN:
14   Q.  Okay.  Well, would it shock you to
15 know that UEP had started working on this long
16 before it talked to FMI, yes or no?
17 MR. ROBISON:
18      Same objection.
19   A.  Again, we had an animal care program
20 long time before this.
21 MR. AHERN:
22   Q.  So the answer is no, it wouldn't
23 shock you?
24 MR. ROBISON:
25      Same objection.

Page 301

1 MR. AHERN:
2   Q.  Correct?
3   A.  No, it wouldn't.
4   Q.  And, in fact, the egg industry was
5 the focus of the attacks from the animal rights
6 activists, correct, because it was your
7 practices that they were challenging, correct?
8 MR. ROBISON:
9      Objection.  Foundation.  Assumes
10 facts.
11   A.  My recollection is that the HSUS was
12 attacking many of the animal agricultural
13 groups, us being one of them.
14 MR. AHERN:
15   Q.  They were raiding or trying to
16 infiltrate your facilities, correct?
17   A.  Yes.
18   Q.  So this was an issue for the egg
19 producing industry independently, correct?
20 MR. ROBISON:
21      Object to form.  Vague.
22   A.  Not that I recall.  I remember this
23 being a problem across all of animal
24 agriculture.
25 MR. AHERN:

76 (Pages 298 - 301)

HIGHLY CONFIDENTIAL

Page 302

1    Q.   Oh, I see.  Okay.  But -- all right.
2  All right.
3         Now, did you ever share with any of
4  your customers the fact that UEP had started
5  working on this program before it started
6  talking to FMI about it?
7  MR. ROBISON:
8         Objection.  Assumes facts.
9    A.   I'm not sure that I even knew that.
10 The first that I recall of a set of --
11 MR. AHERN:
12   Q.   I'm sorry.  So the answer is no?
13 MR. ROBISON:
14       Same objection.
15 MR. AHERN:
16   Q.   Did you ever tell any of your
17 customers that the UEP had started working on
18 this before it started working with FMI on it?
19 MR. ROBISON:
20       Same objection.  Assumes facts.
21   A.   No.  Not that I recall.
22 MR. AHERN:
23   Q.   Let's pull out Exhibit 75, which is
24 the PowerPoint presentation.  Now --
25 MR. ROBISON:

Page 303

1         I think that's 76.
2  MR. AHERN:
3    Q.   I'm sorry.  All right.  76, please.
4    A.   Okay.
5    Q.   Now, first of all, this was presented
6  by Mark Oldenkamp on the second page.  Do you
7  see that?
8    A.   Yes, sir.
9    Q.   Okay.  And Mark Oldenkamp was
10 chairman of the UEP Animal Welfare Producer
11 Committee at the time?  That's what it says.
12   A.   According to this, yes.
13   Q.   And Mark Oldenkamp was involved with
14 an egg producer, correct?
15 MR. ROBISON:
16       Object to form.
17   A.   I'm not sure about at the time, but
18 yes, he is today.
19 MR. AHERN:
20   Q.   I think he's with -- is he with NuCal
21 these days?
22 MR. ROBISON:
23       Same objection.
24   A.   I'm sorry, I don't --
25 MR. AHERN:

Page 304

1    Q.   Okay.
2    A.   -- I can't remember if it's NuCal or
3  Valley Fresh, but it's one of those northern
4  California producers.
5    Q.   But a member of the UEP and an egg
6  producer presented this presentation, correct?
7    A.   That's what it appears to be.  I
8  don't remember the specifics of the
9  presentation, but it appears that way.
10   Q.   Okay.  Now, if you go to the page
11 that ends in 744?
12   A.   Yes, sir.
13   Q.   And it says:  "Respected Scientific
14 Committee."  See that?
15   A.   Yes, sir.
16   Q.   Now -- so this is what I was asking
17 you before, and I think you agreed, that the UEP
18 was touting the UEP certified program as being
19 scientifically based.  Do you recall that?  Do
20 you recall I asked you that?
21   A.   I don't recall it, but yes, I'm
22 sure -- we had touted about it, about the FMI
23 program being scientifically based.
24   Q.   And this page is consistent with
25 that, correct?

Page 305

1    A.   It appears that way, yes.
2    Q.   Okay.  Now, you've talked a lot about
3  how shocked you have been, okay, in this
4  deposition.
5    A.   Uh-huh.
6    Q.   Would you be shocked to know that the
7  respected scientific committee complained to the
8  UEP about their names being put on the early
9  version of the guidelines and asked that those
10 names be removed?
11 MR. ROBISON:
12       Objection.  Assumes facts.
13 MR. AHERN:
14   Q.   Would that shock you?
15 MR. ROBISON:
16       Misconstrues.
17   A.   I didn't have any knowledge of that.
18 MR. AHERN:
19   Q.   Would that shock you?
20 MR. ROBISON:
21       Same objections.  No foundation.
22   A.   I don't know whether it would or not.
23 I'm sorry, I don't know whether that would shock
24 me or not.  I didn't know any of them.
25 MR. AHERN:

77 (Pages 302 - 305)

HIGHLY CONFIDENTIAL

Page 306

1    Q.   Would that be information that you
2 would want to share with your customers?
3 MR. ROBISON:
4        Same objections.  Assumes facts.
5 Misconstrues.  No foundation.
6    A.   Again, I didn't start selling
7 anything to my customers until the FMI
8 announcement, that I recall.
9 MR. AHERN:
10   Q.   Would the fact that the scientific
11 committee asked for their names to be removed
12 from the UEP guidelines be something that you
13 would have discussed or should have discussed
14 with your customer?
15 MR. ROBISON:
16       Same objection.  Assumes and
17 misconstrues facts.
18   A.   I don't know.
19 MR. AHERN:
20   Q.   Well, it was being touted as being
21 scientifically based, right?
22 MR. ROBISON:
23       Same objections.
24   A.   Yes.
25 MR. AHERN:

Page 307

1    Q.   So if the scientists who are the
2 basis for that touting said, take our names off
3 of it, that's something that you would have
4 shared with the customers, right?
5 MR. ROBISON:
6        All of the same objections.
7    A.   I'm sorry, Pat, I don't know.  I just
8 don't -- I don't know because I don't know the
9 time frame you're talking about.
10       Again, from my perspective, I'm just
11 a sales guy, so I didn't go selling a program
12 until it was announced.
13 MR. AHERN:
14   Q.   I'm sorry.  That's not responsive.
15   A.   Well, I'm sorry.  I don't mean to be
16 that way.
17   Q.   Well, but you didn't have any problem
18 speculating in response to Mr. Robison's
19 questions, but I'm asking you a question here --
20   A.   Again, you're asking me about --
21   Q.   -- and you're having a hard time
22 answering?
23   A.   -- you're asking -- no, you're
24 asking --
25 MR. ROBISON:

Page 308

1        Whoa.  Don't talk.  You don't have to
2 answer that garbage.  I object to the
3 characterization.
4 MR. AHERN:
5    Q.   All right.  Let's pull out
6 Exhibit 71, please.  This is the UEP Animal
7 Husbandry Guidelines for U.S. Egg Laying Flocks,
8 2002 edition.  And if you would go to page 10 of
9 this document, please.  It's actually the 11th
10 page of the exhibit.
11       Okay.  Look at the -- under
12 "Handling, Transportation and Slaughter," look
13 at the fourth paragraph, please.  It says:
14 "When hens must be euthanized on the farm,
15 cervical dislocation is an accepted method when
16 performed by skilled workers.  Carbon monoxide
17 can be used to euthanize large number of hens in
18 modified atmosphere killing (MAK) carts."
19       Do you see that?
20   A.   Yes, sir.
21   Q.   So what is cervical dislocation?
22   A.   I don't know.
23   Q.   Snapping the necks; is that right?
24 MR. ROBISON:
25       Objection.  Foundation.

Page 309

1    A.   I don't know.
2 MR. AHERN:
3    Q.   Okay.  You don't know.
4    A.   I don't know.  I'm not a chicken guy.
5    Q.   Okay.  You're not a chicken guy.
6        So what is carbon dioxide,
7 euthanization by carbon dioxide?
8    A.   I mean, it's a way of euthanizing the
9 hens, gassing the hens, I guess, but I'm not
10 familiar with it.  I've never seen it done.
11   Q.   That's gassing the hens, right?
12   A.   I've never seen it done, but I assume
13 so.
14   Q.   And you've previously testified that
15 the purpose of the UEP animal -- UEP certified
16 program was to take better care of the hens,
17 right?  And now you're sitting here with
18 guidelines that talk about snapping their necks
19 and gassing them, correct?
20   A.   No, sir.
21 MR. ROBISON:
22       Object to the form.
23   A.   No, sir, that's not what I said.
24 MR. AHERN:
25   Q.   Well, you did say that.

78 (Pages 306 - 309)

HIGHLY CONFIDENTIAL

1  A.  No, sir, I didn't.  I said that this
2  was an animal welfare program.
3  Q.  Okay.  And this is an animal welfare
4  program that has, as part of its component,
5  snapping their necks and gassing them; is that
6  correct?
7  A.  That's what it appears to be, yes.
8  MR. AHERN:
9      I have nothing further.
10 MR. ROBISON:
11     Anyone else?
12 MR. ALMON:
13     I have nothing else.
14     CROSS-EXAMINATION
15 BY MR. ROBISON:
16 Q.  Mr. Hardin, when you handed out
17 Exhibit 71 to customers, how many of them
18 objected to the clause on euthanasia on page 10
19 that Mr. Ahern was just asking you about?
20 MR. AHERN:
21     Object to the form.
22 A.  Nobody that I recall.  Nobody that I
23 recall.
24 MR. ROBISON:
25     Nothing further.

1     CERTIFICATE OF COURT REPORTER
2     I, CELESTE O. WERKHEISER, Registered Merit
3  Reporter and Notary Public, in and for the
4  County of Hinds, State of Mississippi, hereby
5  certify that the foregoing pages contain a true
6  and correct transcript of the testimony of the
7  witness, as taken by me at the time and place
8  heretofore stated, and later reduced to
9  typewritten form by computer-aided transcription
10 under my supervision, to the best of my skill
11 and ability.
12    I further certify that I placed the witness
13 under oath to truthfully answer all questions in
14 this matter under the authority vested in me by
15 the State of Mississippi.
16    I further certify that I am not in the
17 employ of, or related to, any counsel or party
18 in this matter, and have no interest, monetary
19 or otherwise, in the final outcome of the
20 proceedings.
21    Witness my signature and seal, this the
22 25th day of April, 2014.
23
24
      Celeste O. Werkheiser, RMR, CSR #1307
25    My Commission Expires May 6, 2015

1     We are finished.  We'll sign and
2  return and --
3  MR. AHERN:
4      Highly confidential?
5  MR. ROBISON:
6      -- highly confidential, just like the
7  other ones.
8  VIDEOGRAPHER:
9      That's it?
10     This concludes the videotaped
11 deposition of Jeff Hardin, which consists of
12 four tapes.  We are now going off the record.
13 The time is 4:51 p.m.
14     (Deposition concluded at 4:51 p.m.)
15
16
17
18
19
20
21
22
23
24
25

1     ACKNOWLEDGMENT OF DEPONENT
2     I, JEFF HARDIN, do hereby certify
3  that I have read the foregoing transcript of my
4  testimony taken on 4/18/14, and further certify
5  that it is a true and accurate record of my
6  testimony (with the exception of the corrections
7  listed below):
8  Page  Line          Correction
9  ____|____|_____|_____
10 ____|____|_____|_____
11 ____|____|_____|_____
12 ____|____|_____|_____
13 ____|____|_____|_____
14 ____|____|_____|_____
15 ____|____|_____|_____
16 ____|____|_____|_____
17 ____|____|_____|_____
18 ____|____|_____|_____
19 ____|____|_____|_____
20 ____|____|_____|_____
21     _____
      JEFF HARDIN
22
   SUBSCRIBED AND SWORN TO BEFORE ME
23 THIS _____ DAY OF _____, 20___.
24 _____
25 (NOTARY PUBLIC)     MY COMMISSION EXPIRES:

HIGHLY CONFIDENTIAL

**[& - 2002]**                                                                 Page 1

**&**

**&**  2:2,8 3:3 6:14
8:19 9:6

**0**

**00215501**  98:8
**00272534**  116:15
**00721965**  139:13
**02002**  1:5
**03**  93:12 117:15,18
117:20
**05**  93:12
**06**  177:15,16
**07**  111:2 114:6
**08**  1:5 110:25 114:5
175:12
**0822**  69:20

**1**

**1**  23:6 36:19 109:17
110:13 113:18
129:24 132:24
158:11 159:4
175:16 178:14
251:2 277:15,24
283:5
**1.35**  87:24 89:23
**1.5**  103:5
**1/24/07**  6:5
**10**  6:12,13 26:15
59:23 150:23
156:24 157:13,14
158:5 160:7 247:10
286:17 308:8
310:18
**10/24/03**  5:15
**100**  164:1 278:1,3,9
279:22 280:4 292:2
292:7,12,12
**100,000**  101:15
254:22
**102**  5:20
**103**  251:16
**104**  5:22

**105**  5:23
**105.00**  80:21
**107**  65:13
**107.03**  114:12
**108**  5:25
**109250**  86:3
**109252**  88:22
**109255**  87:6
**10:19**  67:17
**10:47**  67:21
**11**  7:2 25:17 40:21
41:4,5 50:9,11
58:16,21,22 66:12
84:2 141:20,22
291:16,20 296:4
**11-16-2010**  182:16
**11.71**  50:1
**110**  113:24
**110.63**  113:21
114:12
**1100**  2:14
**11:11**  85:14
**11:13**  85:20
**11th**  308:9
**12**  40:21 41:4 66:7,9
84:7 92:2,11 98:21
172:1 175:12,16
229:17 247:6 283:4
**12-19-02**  19:18
**12.9**  95:18
**12/11/08**  5:16
**1201**  3:9
**129**  6:2
**129.7**  113:20,25
**129.7.**  113:17,25
**12:06**  127:9
**13**  28:19 63:24
87:15,15 89:12
109:8 111:8,9,16,22
112:4,25 113:15
114:1
**1307**  312:24
**131**  6:4
**135**  78:23,24 79:1

**136**  113:25
**136.0.**  113:18
**139**  6:5
**13th**  250:23
**14**  18:7 31:20 51:13
54:22 63:25 101:18
101:19,21 116:3
229:16 277:11
**14.5**  119:8
**1400**  2:3
**142**  6:7
**143**  6:8
**144**  65:13
**145**  119:8,13,14
**146**  65:13 122:2,2
**147**  6:10
**148**  6:11
**15**  27:6,21 33:6
56:12,13 62:9 63:25
65:22 84:7 88:4,7
119:12
**15.55**  95:5
**150**  2:19
**156**  64:22 65:21
**158**  6:12
**16**  35:11 36:20
48:16 161:13,15,16
181:19 182:15
**160**  6:13
**17**  45:9 49:15 106:5
138:1
**17.72**  110:13 111:3
**172**  6:15
**18**  1:16 8:3 57:17,18
72:10 78:25 80:21
137:24
**180**  5:4
**181**  92:22
**182**  6:16
**185**  94:17
**187**  91:20
**188**  90:16
**19**  57:18 116:12,15
**1982**  268:15,21

**1989**  161:11
**1999**  299:9,13,25
**1:07**  127:13
**1:42**  156:13
**1:53**  156:19

**2**

**2**  6:2 49:17 129:25
132:24 134:5 150:4
168:11 207:25
242:2 296:19,20
**2'03**  93:4
**2'04**  93:4
**2'05**  93:4
**2.10**  253:14
**2.10.**  253:7
**2.9**  98:3
**2/01/07**  5:13
**20**  59:3 123:14
163:23 206:16
262:22 285:22
297:6 313:23
**200**  1:15 8:7
**2000**  21:14 22:24
31:10 33:2 35:4
59:5 60:16 62:22
63:2 66:19 80:7
86:17 104:22
148:12 150:19
156:23 160:25
200:5,15 217:18
232:19 265:12
**2000's**  171:16
**2000s**  232:18
**2001**  106:6 108:4
217:18 232:19
240:19 296:20
**2002**  1:4 6:19,22
20:2,11 21:4 22:4
25:15 33:7 56:2,4
88:16 128:10
148:12 150:24
152:1,23 156:24
157:13,14 162:18
163:15 217:18

HIGHLY CONFIDENTIAL

**[2002 - 507]**                                                                 Page 2

239:21 240:19
242:17 245:7 273:9
273:10 274:6,9,11
298:24 308:8
**2003**   6:18,21 78:15
87:15 240:20 245:7
250:23,25 271:2
273:10 275:19
277:12 278:10
280:3 284:20
286:17
**2004**   6:4 70:11
131:12
**2005**   211:21
**2005-2006**   5:18
**2006**   52:10,16 210:8
211:21
**2007**   6:15 7:2 52:16
64:19 109:17
110:13 129:6 134:5
207:23 209:22
227:17,20 288:1,12
289:10 291:16,20
292:24 294:10,17
294:23
**2008**   6:2 21:14
31:10 33:3 35:4
59:5 62:23 63:2
66:20 80:7 84:2
86:18 88:17 109:16
110:10 112:14
113:15 128:11
172:4 180:8 200:5
200:15 285:21
**2009**   101:25 254:18
255:4 258:9
**201**   2:14
**2010**   6:12 158:6
181:19 182:15
184:1 185:4 187:24
191:16 194:9
196:19 199:13
236:9 238:7 239:5
243:12 244:1 246:4
246:25 247:12,18

248:10,13,16
280:11 297:21
**2011**   6:13 160:6,7
247:6
**2012**   260:10
**2013**   28:23 29:2
**2014**   1:16 8:3 150:4
163:16 168:11
255:21,24 312:22
**2015**   312:25
**206**   3:10,10
**21**   123:22
**2100**   3:3
**213**   5:5,6
**214**   3:4,5
**214-3784**   2:4
**215515**   99:1
**22**   64:1 127:20
254:18 257:14,19
**22030**   2:9
**224-7435**   3:10
**23**   134:1,6,7 137:4,5
288:12
**2300**   2:20
**24**   64:9,11 78:15
134:1 136:11 137:8
137:12
**25**   164:8,14,17
209:21 262:22
**254**   120:21
**2543**   120:22
**256**   86:3
**25th**   312:22
**26**   112:13,24 149:24
**269**   6:18
**27**   150:21
**272**   6:19,21
**28**   6:4,18 56:17
131:12 160:7
227:16,20 271:2
**281**   6:22
**284**   6:23
**287**   6:25
**29**   109:16 110:10
112:14 113:15

144:25 158:6
**29.7**   114:2
**290**   7:2
**298**   5:7
**2:19**   179:19
**2:29**   179:23
**2:30**   290:14 291:5
291:18
**2:56**   212:18

**3**

**3**   56:20 64:1 116:25
270:1 296:20
**3-9-2000**   37:4
**3/28/07**   6:25
**30**   59:3 82:8,11,13
82:16 234:15 275:3
**300**   264:18
**300,000**   61:5
**305**   2:15,16
**31**   108:4 167:24
168:2,3
**310**   5:8
**312**   2:4 7:3
**313**   7:4
**3200**   3:9
**33**   96:7,16 167:25
174:1 176:13,15
280:18 282:9,18
**33131**   2:15
**335-1500**   2:21
**335-1657**   2:21
**34**   167:25 176:13,16
176:18,20
**348**   83:4
**35**   167:25 176:16
**36**   92:10 114:4
**3650**   10:8
**372-1861**   2:16
**373-1000**   2:15
**38**   50:12
**39211**   8:7
**396**   172:10
**3:02**   212:22

**3:35**   250:9
**3:41**   250:15
**3rd**   3:9

**4**

**4**   5:9 31:20 39:3
50:16 66:13 151:10
156:24 160:15
167:10 251:2 252:3
254:15 296:14
**4.22**   95:5
**4/01/08**   5:11
**4/10/03**   6:23
**4/17/01**   5:23
**4/18/05**   6:7
**4/18/14**   313:4
**4/22/05**   5:22
**40**   275:3
**4041**   2:9
**42**   56:7
**4450**   1:15 8:6
**45**   106:5
**46**   5:11 67:22,25,25
**467**   18:12
**47**   5:12 69:14,16,19
**48**   5:13 74:15,16
171:18 172:6
269:25 296:10
**49**   5:14 75:12,13,15
**4:05**   273:19
**4:06**   273:23
**4:31**   298:10
**4:40**   298:14
**4:51**   311:13,14

**5**

**5**   30:1 62:8 92:6,10
152:24 154:13,22
154:23 200:10,18
201:17 202:17
270:2 296:15
**5/25/07**   6:10
**50**   5:15 50:6 78:2,3
**50,000**   61:5,8,13
**507**   98:22

**51** 5:16 83:1,3
**515** 99:2,5
**518** 97:17
**52** 5:17 85:25 86:2
  88:5,7 250:18
**53** 5:18 90:12,14,21
  171:18 172:6
  296:10
**539** 118:10
**54** 5:19 97:14,16
  252:24
**55** 5:20 62:10,16,19
  102:4,6
**552** 116:15
**55402** 2:20
**56** 5:21 103:25
  104:2
**565** 129:17,17
**57** 5:23 105:25
  106:2 134:9
**571-2928** 3:5
**577** 134:11
**58** 5:24 108:23,24
**59** 6:2 64:21 65:13
  129:14,16
**5:00** 234:10,13
  260:25
**5th** 2:9

## 6

**6** 31:18 54:25 55:2
  98:7 105:22,23
  111:14 253:2,6
  256:12 312:25
**6,500** 121:12
**6.3** 114:5
**60** 6:3 131:4,6
**60601** 2:4
**61** 6:5 139:5,7
**612** 2:21,21
**617** 143:19,23
**62** 6:6 142:16,17
**623-3384** 3:10
**63** 6:8 143:16

**64** 6:9 146:5,5,7
  147:5,7,9 209:21
**65** 6:11 148:14,16
**66** 6:12 157:24
  158:1,5
**67** 5:11 6:13 95:16
  160:3,4,6,6 172:6
**670** 133:1
**671** 133:2
**673** 133:7
**674** 131:7
**677** 68:1
**68** 6:14 172:7,9
  181:21 207:3,5
  289:23 290:8
  291:19 293:22
  294:2
**69** 5:12 6:16 181:13
  181:23 182:1,4
**69.00** 80:20
**698-3100** 3:4

## 7

**7** 30:11 123:11
  159:6 256:13,17
**7/9/09** 5:12
**70** 2:3 6:17 268:24
  269:1 270:12
**703** 2:10,10
**71** 6:19 272:20,23
  273:9,10 274:1,12
  308:6 310:17
**72** 6:20 272:20,23
  273:9,10 275:16,17
  275:24 277:11
  282:7,8
**73** 6:22 95:1 281:13
  281:13,18 282:8
  298:21
**74** 5:13 6:23 284:9
  284:11
**744** 304:11
**75** 5:14 6:24 80:21
  287:10,11 288:9
  302:23

**751** 291:23
**75201-6912** 3:4
**754** 269:11
**76** 7:2 290:19,20,24
  291:15,22 303:1,3
**764-8700** 2:10
**764-8704** 2:10
**766** 176:21
**78** 5:15 134:11
**79.00** 81:6

## 8

**8** 40:3 59:19 111:15
  174:24 175:16
  283:4
**8.81** 110:10 111:1
**80,000** 270:15
**81** 65:13
**82** 14:24,25 16:15
**826** 75:16
**83** 5:16
**85** 66:11 152:1,11
**86** 5:17
**88** 16:14 50:9,11
**88.29** 50:1
**881** 113:13
**887** 109:3
**888** 109:1
**89** 16:14

## 9

**9** 5:3 57:21,22
  101:25 158:4,9
  160:12 264:17
  267:3
**9/26/06** 5:20
**9/29/10** 6:8
**90** 5:18 63:15
**905** 148:23
**948** 65:15,21
**966** 139:13
**97** 5:19
**98.71** 94:14
**98101-3052** 3:9
**99** 232:19 265:12

**9:16** 1:16 8:4

## a

**a&p** 183:3,5 184:10
  185:17 186:23
  188:12 190:22
  194:19 195:23
  213:3 214:7 225:8
  225:12,14,18,22
**a.m.** 1:16 8:4 67:17
  67:21 85:20
**ability** 312:11
**able** 16:3 34:2
  147:22 211:6,9
  253:22 262:6,18,19
  266:15
**absolutely** 11:15
  66:4 127:17 132:19
  132:21 143:5
  161:23 164:6
  175:21 176:8
  178:22,24 219:17
  239:1,3 240:22
  242:8
**academia** 208:15
**acc** 170:19 171:10
  198:17,19,21
  243:15 251:15,19
  251:20,24 252:13
  252:14 275:20
  290:1
**accelerate** 284:2
**accelerated** 284:7
**accepted** 308:15
**access** 94:15 129:24
  131:17,19
**accomplish** 14:12
  14:13 17:19 33:17
  94:3 98:12 287:7
**account** 17:14,17
  22:15 23:8 24:8
  25:5,14 29:14,16,17
  29:19,20 30:5
  100:12 180:14
  213:9,12,18,22

HIGHLY CONFIDENTIAL

214:7,12,15,17
224:15 225:8
**accountant** 113:4
**accounted** 23:9,12
23:14 151:25
152:10
**accounting** 33:25
34:20 39:1 125:9,11
**accounts** 24:19 26:2
26:14,18 27:3 30:16
31:9,10 213:6 217:2
220:22 223:1
**accurate** 22:2 55:13
56:25 59:4,6 313:5
**accurately** 20:9
**achieve** 53:14
210:14
**acknowledgment**
313:1
**acquired** 38:8,9,16
104:21 105:4
**acquisition** 104:24
104:25 105:2
160:20
**acquisitions** 160:16
161:2,5,13,15,21
**acre** 70:6,8 73:23
74:2 263:8,8 265:7
265:10,21,22 266:9
266:15,23 267:7
**act** 71:6,10,15,23
**action** 2:5 71:4
181:18 199:14
**actions** 1:8
**active** 285:13
294:22
**activist** 290:5
**activists** 301:6
**activities** 13:21 14:4
14:12 17:13,16,21
32:6 47:17
**activity** 15:3 47:18
132:24 177:12
179:1

**actual** 120:22
121:11 228:22
**adams** 20:4 128:15
269:14 272:6
283:13
**add** 79:4 99:13,13
99:14,14 139:24
155:24
**added** 50:25 53:7,10
**additional** 37:18
175:14 211:9 229:6
277:19 283:2,9
**address** 10:7 43:21
78:13 150:3 168:6
299:8
**adjust** 166:18
**adjusted** 85:23
**adjusting** 263:21
**adjustments** 270:4
**admired** 264:23
**advance** 107:4,7
**advantage** 98:16
254:2
**adverse** 150:13
153:15
**adversely** 158:16,22
**advisory** 256:21
**affect** 159:18
**affidavit** 10:17
**affidavits** 10:18
**affiliates** 5:24 278:5
**afraid** 10:6 26:6
**afternoon** 180:1
212:25 260:23,24
261:9
**age** 163:21
**agencies** 89:9
**agency** 32:13
**agenda** 172:17
207:1 290:9,14
291:5,18
**ago** 12:11 39:15
42:25 49:13 51:13
59:3,4 63:7 125:14
130:17,17 156:23

164:9 172:4 211:14
214:3 249:3,4,14,21
250:1,1 256:10
293:10
**agree** 89:14 90:3
95:25 153:4,12
158:19
**agreed** 4:2 138:16
200:8,16 201:15
202:15 203:6,14
270:19 304:17
**agreeing** 89:7,18
90:7
**agreement** 5:14,17
5:19 71:5 74:25
75:21 76:8,12 86:6
86:7 87:14,19 88:19
89:16,24,25 90:2
97:21 98:4 101:9
255:4
**agreements** 17:10
17:11,12 76:5
**agricultural** 301:12
**agriculture** 301:24
**ahead** 11:9 114:7
**ahern** 2:2,2 5:4,7
8:21,22 179:8,25
180:2 181:14,22
182:2 186:14
189:25 190:15
192:14,25 193:7
197:20 199:6,23
200:14,24 201:7,13
201:23 202:8,23
203:3,11,23 204:2,7
206:10,15,25 207:4
208:10,17 209:3,9
210:12,20 211:16
212:11,14 233:9
235:19 237:1,16
238:2,10 261:15
266:1,7 267:20
268:18 271:16
274:15 276:3,18
278:11 279:24

280:6,12 281:22
283:18 289:14
292:9,16 295:7
297:15 298:18,19
300:4,13,21 301:1
301:14,25 302:11
302:15,22 303:2,19
303:25 305:13,18
305:25 306:9,19,25
307:13 308:4 309:2
309:24 310:8,19,20
311:3
**ahold** 262:17
**aided** 312:9
**ain't** 81:11 146:9
243:7 258:19
267:12 268:4
**air** 216:9
**airport** 45:20 234:6
234:14
**alabama** 14:24 66:3
279:5
**albeged00000616**
143:19,23
**albertsons** 26:1
55:10 78:19,22
80:20,23 82:11,19
86:10,11,15 87:16
97:21 99:20 100:17
111:8 144:6,12
182:24 184:6
185:13 186:19
188:8 190:18
194:15 195:19
213:2,20 220:21
221:1,3,8,25 222:1
222:15,18,19,23
228:4 232:10,18
242:10,17,25
243:12,16,18 244:1
244:4 245:24
250:21 252:1,15,21
**aldi** 266:12
**aldi's** 266:17

HIGHLY CONFIDENTIAL

**allan** 269:22
**allegations** 236:7,13
**allen** 263:15 264:4
**alliant** 38:25 39:17
  39:24,25 40:12
  41:14
**allocation** 171:9,21
**allocations** 178:13
**allowance** 103:13
**allowed** 171:10
**allowing** 255:1
**almon** 2:13 5:5 8:25
  9:1 212:24 213:1
  215:21 216:4 219:7
  230:9 231:3 233:7
  237:3,25 239:23
  241:5,12,16 242:21
  244:11 245:2
  246:12 247:14
  248:20 249:11
  265:17,24 266:5
  267:18 268:16
  271:4,14 273:8,11
  283:20 289:12
  291:8 292:25 293:7
  293:18 295:19,24
  297:13 298:1
  310:12
**amended** 4:9
**amendment** 252:3
**america** 5:14 25:8
  31:22,23 32:1,7,12
  32:18,19 33:17
  34:11,12 35:4,7,9
  35:25 36:15 37:12
  37:16,17 38:12,17
  39:15,24 40:1,11
  41:5,11,12 43:22,22
  44:15 45:20 46:4,9
  46:25 47:12,13,20
  51:18 52:1,9,11,18
  53:18 69:12 70:11
  70:15 73:9 75:20,23
  76:6 85:1 176:25

**ammonia** 170:23
  174:20
**amount** 230:1
  297:23
**amounts** 228:22
**amy** 3:7 9:16 223:7
**analysis** 116:23
  117:5,7,19 122:12
**andrews** 263:15
**angell** 78:17 220:24
  221:5,7,12,14,19
  222:3,13 242:15,16
**angry** 13:7,8
**animal** 6:15,19,20
  42:24 43:3 54:11
  61:19 170:17,18
  172:18,23 174:14
  174:14 198:17,23
  208:1,15 209:15
  216:5,13,18,23
  218:7,13,20,22
  219:1,13,16,22
  220:18,20 221:11
  221:15,20 222:24
  224:6,12 225:6,18
  225:23 226:16
  227:6,10,14,22
  228:5,10 232:14
  233:6,22 235:8,18
  236:19 238:14
  239:22 242:5,19
  244:22,25 251:21
  256:11,18 258:2,3
  260:18,19 261:21
  269:25 270:23
  272:4 274:5 277:12
  277:21,25 278:23
  285:16 287:2
  288:18 289:4,8
  290:1,5 292:14
  299:9 300:11,19
  301:5,12,23 303:10
  308:6 309:15 310:2
  310:3

**announced** 307:12
**announcement**
  287:21 306:8
**annual** 43:5
**answer** 11:8,9,11
  12:8 23:25 24:2
  60:22 63:20 64:4
  66:25 114:10
  149:19 169:22
  200:21,25 201:4,8
  201:24 202:24
  203:24 204:3
  205:20 206:1,11
  209:4 215:23
  224:20 262:1
  300:22 302:12
  308:2 312:13
**answered** 135:18
  201:6,10,19 202:3
  209:2 261:4,4
**answering** 202:5
  307:22
**answers** 4:14 299:21
**anti** 8:9 297:12,20
**anticipate** 11:20
**anticipated** 229:4
**antitrust** 1:5
**antonio** 24:18
**anybody** 37:22
  130:23 162:12
  189:8,12 192:10
  224:22 238:12
  243:12 244:1 246:3
  280:8 283:13,14
**anymore** 37:24
  58:13,15 225:13
**anyone's** 222:9
**anyway** 32:23 243:4
  296:21
**apologize** 181:17
  207:6 249:19
**apparently** 19:21
  29:11 105:12
  113:14

**appear** 22:2 65:7
  72:17 92:18 291:3
**appearances** 2:1 3:1
**appeared** 261:21
**appears** 29:1 45:14
  63:2 64:23 65:12
  69:2 70:4 72:14,15
  72:21 74:19 76:2,10
  76:11 83:8 84:3,18
  87:21 88:8,11 90:21
  93:18 100:25
  112:23 119:18
  175:23 212:13
  290:10,11 304:7,9
  305:1 310:7
**appease** 270:23
**applications** 277:20
**applied** 80:9
**appreciate** 19:12
**approaching** 99:19
  270:7
**approval** 270:11
**approve** 97:6,8
  259:1
**approved** 73:21
  74:1,5
**approximate** 62:20
**approximately** 8:4
  28:24 37:25 38:14
  52:13,21 60:4 63:12
  151:25 152:11
  180:8
**april** 1:16 7:2 8:3
  101:25 106:5 134:5
  150:4 168:11
  207:22 211:19
  255:22 286:17
  291:16,20 292:24
  312:22
**area** 41:11 80:15
  152:12 214:13
**areas** 115:13,14
**arguing** 243:6
**arguments** 243:1,9

HIGHLY CONFIDENTIAL

**arizona** 288:2
292:24 295:1
**arkansas** 234:5
**armed** 282:14
**arrangement** 24:10
**arrangements** 45:2
96:20
**arrowsmith** 128:16
**art** 58:18 81:14
**artwork** 81:1,19,20
237:10 239:7
**aside** 82:24 130:20
209:19
**asked** 84:25 192:7
195:13 201:6,10,19
202:3 207:8 209:1
231:15 236:4
239:15 243:22
244:1 248:2 262:4
262:15 275:8
304:20 305:9
306:11
**asking** 21:13,18
27:16 54:20 60:1
116:22 121:10
139:16,17 177:5
213:5 238:16 261:8
276:9,21,24 282:15
295:5 296:6 304:16
307:19,20,23,24
310:19
**assets** 16:13,16
297:6
**associated** 174:13
229:14 270:18
**associates** 2:2
233:13
**association** 42:15
108:17,19 226:7
**assume** 11:12 48:9
48:10 72:2 73:21
94:5 113:1 309:12
**assumes** 200:12
201:20 202:4 206:7
300:9 301:9 302:8

302:20 305:12
306:4,16
**assuming** 21:5
41:21 73:4 86:9
98:14 122:4,24
**assurance** 34:21
35:5
**asterisk** 20:24 36:22
**atmosphere** 308:18
**attached** 19:20
102:19 251:7
**attachment** 252:4
**attacking** 249:10
301:12
**attacks** 236:21
240:24 244:9
246:10 279:23
301:5
**attend** 45:16 106:18
106:23 125:24
227:16 289:11
**attended** 42:16 43:4
**attendee** 293:25
**attendees** 293:22
**attending** 42:24
45:19 125:1 289:4
**attention** 69:4
149:14 282:21
**attorney** 2:5,11,16
2:22 3:5,11
**attorneys** 4:4 8:13
**audibly** 12:8
**audit** 34:9 61:19
235:9 238:17,21
241:23 242:5,5,7
243:22 254:3,25
255:2 277:1
**audited** 237:13
242:1,3
**auditing** 35:6
**audits** 235:8 237:11
242:6 243:19 253:9
253:14,18,20,24
254:5,11,12 256:11

**authority** 312:14
**automated** 58:18,25
59:9
**automatically** 89:19
**available** 53:5
253:20 285:17
**avenue** 3:3,9
**average** 93:3,4,4,7
112:16,21 113:10
113:14
**averaged** 110:25
111:2 114:2,4
**averages** 103:23
**award** 104:6 258:5
**aware** 47:21 148:10
148:13 192:19
216:21 221:24
224:14,24 225:7
227:24 230:14

**b**

**b** 5:1 24:16,17,22
141:3 178:24,25
179:2 183:1 184:8
185:15 186:21
188:10 190:20
194:17 195:21
213:2,22 216:25
217:2,5,9 220:1,3,9
220:10 232:23,25
233:5,17,24 234:2
234:12 235:4,10,12
235:17 236:5,18,24
237:23 238:7,16,19
239:5,10 245:24
257:11,14,19 289:7
292:23 294:4
**b's** 217:23 218:2
**babies** 57:10
**baby** 57:10,12
**back** 20:2,13 21:18
24:12 25:8 32:2,22
41:16 42:1 48:15,17
49:13 51:14 54:18
54:21 55:24 56:12

58:17,21,23 66:6
67:20 76:14 83:23
84:6,16 85:19 92:20
101:22 105:21
110:2 111:3 112:15
112:20 124:21
127:3,12 128:6
145:16,17 151:13
155:3 156:18 164:8
168:19 171:6,7
179:22 196:17,19
198:6,7 200:4
210:18 212:21
214:10 215:3
226:12,18 229:16
229:17 234:4 236:7
250:14 251:24
252:7 258:14
263:12,17,18
273:22 284:23
287:20 293:21
298:13
**bacon** 210:4,7
**baker** 48:3 49:1
128:16 174:8,10
175:20,22 209:22
270:6,18 283:13
**balloon** 216:10
**bank** 146:7
**bankruptcy** 26:10
**banner** 278:17
279:19
**bar** 65:3,16
**barns** 163:1
**barry** 6:2,3 76:18,20
79:4,5,9 80:4,8 81:7
84:6 87:24 89:23
99:12 100:1,4,11
103:16 105:14,18
119:17 129:23
131:21 132:3 138:4
138:7 140:5,19,22
154:17 155:2
165:14

**bars** 64:25
**base** 54:3,4 283:23
**based** 22:1 31:16
39:17 80:19 100:11
105:16 114:15
119:16 121:21
156:23 209:15
285:18 286:19,24
304:19,23 306:21
**baseline** 99:22
**bases** 135:12 175:23
**basic** 23:20
**basically** 21:14
55:18
**basis** 28:23 29:2
60:20 69:8 77:10
79:3,8,13,19 80:2,3
80:8 81:6,9 82:15
89:15,18,19,22 93:8
106:20 114:23
121:25 130:24
131:22 132:2,15
134:17 138:23
142:9 154:17
165:16 166:3
167:20 229:9,9,11
229:13,18 252:10
263:21 292:23
307:2
**basket** 137:18,23
**bates** 27:20 28:2,3
68:1 69:20 74:17
75:15 83:3 86:3
90:15 97:16 98:22
102:7 104:3 106:4
108:25 118:9
123:25 124:1
129:16 131:7 133:1
139:13 142:18
145:2 147:9 176:20
269:6 273:4 284:14
290:25
**beak** 170:24,25
**bearing** 69:19 74:17
90:13,15 102:7

104:3 106:4 108:25
123:25 129:16
142:18
**bears** 67:25 75:15
86:2 97:16 131:6
143:18 145:2 147:9
172:9
**beat** 128:1 266:15
267:3
**beer** 233:14
**began** 171:12,13,15
**beginning** 1:16
85:17 148:24
156:16 161:10
250:12
**begins** 49:23 145:13
**begun** 52:11 270:7
**behalf** 87:11 101:23
**believe** 22:17 83:22
110:2 207:14
215:10 216:1,17
217:21 218:1,17
219:3,10 220:16
222:17,22 224:1,10
226:23 264:12
293:14
**bell** 229:3 272:9,12
281:4
**belt** 264:10
**benchmark** 105:11
105:19,22 110:22
112:17
**benchmarks** 23:20
**benefit** 96:14
**benefits** 277:19
**bentonville** 234:4
**berkeley** 272:11
**berry** 105:17
**best** 13:9 20:12 29:6
29:8 51:2 87:5
98:17,19 126:19,25
202:6 312:10
**bet** 231:6
**better** 104:13 158:2
211:20 268:9

309:16
**beyond** 39:20 42:4
192:4 193:5
**bi** 26:10,15,19 31:8
**bid** 102:14 248:7,7
249:2,3,14,20,23
255:11 263:5,17
264:12 285:12
**big** 42:8 51:14 66:10
88:20 125:15 156:4
158:11 208:4,21
220:1 233:18
234:17 283:23
**bigger** 51:12
**biggest** 171:2 266:9
266:10
**biggies** 42:5
**bill** 6:23 34:1 284:19
284:21 286:15
**billing** 35:5 43:20
**bills** 230:19,24
**bird** 54:11 149:14
174:19 270:1,22
**birds** 203:7,14
285:19
**biscayne** 2:14
**bit** 21:16 56:11
69:11 113:9 135:20
164:9,19 168:1
197:25 266:22,22
**black** 158:13
**blew** 234:17
**blowup** 235:2
**blue** 57:4 65:3
**board** 20:5 47:23
48:1,10,11,14,23
49:1,8,9 75:1,5
198:10 277:18
**boat** 77:23
**bob** 6:9 144:25
147:14 209:22
211:3,18,19 212:4
**body** 256:20
**boies** 2:8 8:19

**boise** 35:9
**bolded** 158:14
**bonus** 101:8,16
**book** 107:16
**books** 107:15 125:2
125:14,17,19
**booky** 48:10 49:7
**boss** 74:20 193:3
296:2
**bosses** 198:15
**bottom** 68:14 90:23
91:2 93:15 109:25
112:18,18 119:2
145:13 147:5,11
170:3 251:2 269:13
288:8 299:4
**bought** 16:13 26:10
26:16,20 240:4
247:7
**boulevard** 2:14
**bound** 282:6
**box** 59:12,13 119:2
121:14 137:25
**boy** 257:14
**boycotting** 234:12
234:25
**brand** 80:25 81:10
81:13 86:10,11,14
90:23 91:3 166:25
167:2,4 247:8,8,19
**brandon** 5:12 70:5
70:10 71:8
**brands** 5:17 30:1,1
30:2 81:14,15 86:7
86:8,13,18,19 101:2
165:22 166:20,23
167:6,7,13,15,17,19
247:9,9,12
**breach** 71:5
**break** 12:2 56:10,11
67:13 85:10 114:16
127:6 156:9 179:13
179:15 298:6
**breakeven** 114:11
114:12

breaking 77:6
breed 57:11
breeder 58:5
breeders 57:11
bremen 116:22
brian 3:2 9:6 69:24
   239:25 245:20
   259:7 262:20 273:9
   276:21 286:21
   290:10 293:10
brief 179:12
briefly 45:11 282:19
bring 163:14 207:15
bringing 163:2
   207:10
broadcast 139:25
   140:4,11
brochure 272:3
brookshire 263:25
brothers 46:7
   266:25,25
brought 106:15
   230:25
browse 273:1
brundage 93:22
bruno's 26:6,8,9,12
   26:17,20
bs 66:18
bskt 137:20
buchanan 119:10,21
build 161:24,25
   162:4,7,17,25 163:4
   166:20,23 167:4
   284:8
building 17:21
   162:23 163:1,20
   166:25
built 161:6,8
bullet 57:3
bunch 76:22 124:7,9
   155:24 163:22
   259:9 297:6
bunches 161:6
burning 259:21

business 5:18 14:23
   17:22 29:14,21
   30:13 55:23 56:8
   63:3,10 67:2,8
   68:20 90:18 93:12
   102:12,14,18,24
   104:18,20 105:15
   110:23 114:20
   117:6 121:8 126:15
   151:3 166:13
   233:13 236:18
   243:23 248:8
   249:22,23 255:10
   255:17 258:5 263:6
   263:16 264:5,13,15
   264:20 266:10,12
   266:12,17,21 267:7
   267:8,9,12 268:8
buy 16:12 44:19
   81:1,24 90:3 134:21
   135:24 140:18
   185:6,10 186:11
   216:3 225:21
   234:25 235:1
buyer 34:19 78:19
   125:21,22 143:2
   173:14 240:3,6
buyers 237:23 238:7
   244:5,7
buying 23:11 40:10
   40:16 42:3 44:17
   45:2 74:6,10 145:16
   215:17 256:3
bynum 211:18,18
   212:3
bynum's 210:3

c

c 5:1 178:12 179:2
   272:11
c&s 2:6 8:23 180:3
   183:19,20 184:24
   186:6 187:13 189:4
   191:11 195:8
   196:12

caballero 6:5 139:16
cage 51:2 52:1,11,24
   53:3,11,16 61:9,17
   61:21 171:18,20
   175:14 254:12
   256:13 257:3 258:4
   270:1 277:3 283:2,9
   283:16 285:20
caged 61:11
cages 287:6,8
cal 3:5 5:23,24 6:17
   9:4,7,9 13:12 14:16
   16:13,17,19,22 18:4
   20:10 21:19,22 22:3
   28:12 29:12 36:18
   42:21 43:9,18,21
   44:19,22 48:3 49:1
   51:17 53:23 54:9
   56:22 59:17,20 60:4
   60:24 63:13,17
   64:20 66:10 68:21
   78:21 83:15 86:17
   87:12,16 92:24 98:8
   101:14,23 114:19
   115:9,12,22 116:15
   119:11 126:5,13
   130:23 134:3 142:5
   146:22 148:3,8
   150:1,19 152:6
   158:6 160:8 161:1
   163:13 165:11,21
   165:24 167:6 168:4
   169:12,19 174:7
   180:18,25 182:19
   184:1 186:10
   187:18,21,25 189:9
   189:9,13,14,17,19
   190:4,5,9 191:17
   192:20 194:10
   195:13,14 200:8,16
   201:15 202:15
   203:6,14,22 205:11
   212:5 215:12,18
   217:24 218:3 221:4
   228:15,18,22,25

229:6,20 230:1,14
   230:18,19,23
   231:17 238:17
   243:19 251:19
   252:14 255:2 256:6
   257:1,6,23 259:2
   260:20,24 261:23
   265:5,11,21 270:3,7
   270:13 271:1 279:2
   279:11 283:14
   288:17 294:11,23
   297:1,9,24
calculate 297:9
calculating 297:23
   298:3
calendar 239:18
   242:13
california 115:22
   116:2,6 304:4
call 10:3 14:2 42:14
   60:8 76:21 80:8
   96:21 97:4,9,12
   122:23 123:1
   129:21 197:21
   235:23 264:2 274:4
called 31:22 34:23
   41:20,22,23 42:9
   59:24 94:16 97:4
   98:3,4 99:22 101:3
   104:11,12 105:6
   113:10 122:7
   132:24 136:20
   148:7,11 149:15
   160:15 168:24
   198:2,5 203:16
   225:14 228:1
   233:18 235:24,25
   240:5 247:5 251:24
   264:23,25 267:25
   290:15
calling 236:25
   261:13,17
calls 147:1 220:19
cameron 264:1,2

canton 1:15 8:6
capacity 126:4
capper 50:2,7 71:6
  71:10,15,18,23 75:1
  75:8
caption 8:8
carbon 72:16
  308:16 309:6,7
carboned 149:9
card 94:16,20 95:10
care 17:22 61:20
  71:12 198:17,23
  251:21 256:11,18
  258:3 277:21 290:1
  300:19 309:16
careful 18:23
cargill 14:25 15:1,6
  15:12 16:10,16
  25:25
cargill's 16:13
carolina 22:17
  123:9
carolinas 29:22
carpet 267:25
carry 271:25 272:13
carryover 152:16
carton 80:20 81:22
  99:17 137:18,23,25
  239:9,11 247:3,4
cartons 80:25,25
  86:11 237:10
  246:19,20 248:18
  249:9 252:12
carts 308:18
case 8:8 79:9 82:4
  86:10,14 137:25
  165:1,8,11 181:16
  182:5 213:3 233:17
  259:12,12 282:11
  286:10
cases 58:14 92:23
  270:15
category 78:18 92:1
  92:3 173:14 198:13
  207:17 217:12

284:21
caught 234:14
caused 171:2
causes 169:5
cc 73:15
cc'd 116:24 117:2
  145:6 147:16
cc'ing 72:20
ccf 30:1,1,2
cease 47:3
celeste 1:21 4:6 12:9
  312:2,24
cell 234:7 261:4
cent 103:13 146:7
  255:18 270:20
  296:14,15
center 2:14 122:22
  242:4 264:11,17
centers 30:3 39:21
  40:14,18 93:3 136:1
  284:23
central 79:14 80:3
  87:24 103:6,11,12
  103:15,16 122:3
cents 103:5 109:15
  109:20 111:1 114:2
  114:5 119:9,14
  137:24 138:1 146:5
  146:5 147:5 255:19
  267:3 270:2,12,14
  296:4,4,19
ceo 20:4
certain 10:22 12:6
  89:2 115:13 134:19
  154:2 169:8
certainly 11:5 28:5
  103:22 199:13
certificate 7:3 312:1
certification 238:23
  248:9 256:20
certified 7:2 170:5
  170:11 173:17
  182:19 184:2 185:6
  185:11 186:11
  188:1 189:15,20

190:10 193:17
194:1 197:14 198:5
198:17,23 199:15
202:10,11,13 203:5
203:13 207:16
208:5,22 214:24
215:8,12,17 216:3
217:23 218:3 221:4
221:9 222:1,19
223:21 224:4 225:1
233:6 235:17
236:15,20 238:9,18
239:6,12,22 240:24
241:2,19 242:18
243:13,20 244:2,7,9
244:21,25 245:7,19
245:25 246:5,9,18
246:18 247:13
248:17 249:7,8,10
249:25 251:21
252:14 256:3,7
257:1 258:4 277:21
277:25 279:12
283:15 285:14
290:6,15 291:6
292:1 295:14
304:18 309:15
certify 312:5,12,16
  313:2,4
cervical 308:15,21
cetera 55:11
cfo 129:4,5
chain 27:1 31:16
  232:22,22 240:5
  285:15 289:3
chairman 20:4
  303:10
chairman's 226:22
challenge 193:17,23
challenged 220:9
challenges 194:5
  241:4
challenging 197:13
  197:18 199:14,20
  236:14 301:7

chance 11:4 35:16
  156:5 275:7
change 79:21,23,25
  83:22 84:6,14 89:14
  159:6,18 239:8
  240:3 243:13
  246:24 250:5
  274:20 275:19
changed 17:24,25
  22:7 33:10 61:12
  73:4 117:15 129:5
  218:10 229:9,11,12
  248:23 252:18
changes 89:17
  158:15,21 274:18
characterization
  308:3
characterizing
  158:7
charge 136:1
charging 229:8
charitable 17:20
charities 233:15
charles 5:11 6:6 9:9
  9:18,25 68:7,9
charlie 124:16,17,25
  125:4,5,18
chart 58:5,7 65:15
  66:11,22
chase 254:13
chasing 121:4
cheap 82:15 249:5
  264:13 267:2 268:7
cheaper 114:5
check 22:20 97:7
  141:24 142:5
  253:25 298:7
checking 142:7
checkmark 275:20
checks 141:8 143:3
  143:12
cheerleader 226:19
  226:20
cheesecake 34:5

HIGHLY CONFIDENTIAL

chicago 2:4 240:5,7
chick 193:23 200:10
  200:17 201:16
  202:6,16,21
chicken 59:12 60:7
  60:8,10,12,13,20,24
  62:5,6 149:13,22
  164:2 166:7 170:23
  178:15 233:21
  279:3,4 284:8 287:3
  309:4,5
chickens 146:11,12
  146:12,18 155:15
  155:16,20,24 156:2
  163:2,6,21,23
  178:16,17 264:18
  279:7,22 287:6,8
  297:6
chicks 57:10,12
  151:22
choose 138:4
chose 264:7
chris 50:24 217:11
  218:1,23
circle 110:8
circled 110:6
civil 4:8
claim 234:9
clarification 111:21
clarify 112:10
class 196:22
clause 310:18
clean 135:19
cleans 31:6
clear 12:3 15:17,25
  33:5 85:22 93:24
  112:7 217:14
  258:10
clearly 12:9
client 274:10
clients 143:4
clipped 91:8
close 55:15,16,18
  84:9 220:14 239:25
  243:3,5

closed 41:25 77:13
closer 157:5 266:14
club 30:6
clubs 24:11 31:15
cm00090460 18:11
cm00178560 129:17
cm00181669 131:7
cm00183394 172:10
cm00201600 124:2
cm00215180 90:15
cm00215496 97:17
cm00218881 109:1
cm00266782 148:22
cm00272543 120:6
cm00416543 106:5
cm00450697-99
  284:15
cm00450832 145:2
cm00468587 102:7
cm0051057 134:8
cm00541328 147:10
cm00560038-39
  287:15
cm00561399 104:3
cm00561499 142:19
cm00717659 68:1
cm00722346 83:4
cm00725386-400
  269:7
cm00730821 69:20
cm00730823 74:18
cm00730824 75:15
cm178563 130:5
cmfoods.com 78:12
coast 240:2
codes 33:14
coe 223:13,15,19
collected 35:8,9
  144:10
collection 32:13
collects 32:13,14
collins 125:7,8
color 64:15 65:4
  115:7 272:3

colorblind 65:4
colored 27:10
column 110:11,14
  294:3
combination 103:18
  124:6
come 17:23 24:12
  25:8 37:19,21,23
  53:18 58:4,8 76:14
  107:20 222:3 254:3
  254:7 255:1 262:6
  262:18 263:20
  268:9 275:2 279:7,8
  295:4 297:3
comes 95:7,21
  248:15
coming 34:1 121:20
  126:12 217:19
  243:5 263:12
  289:20 295:1
comment 210:3
comments 209:25
commission 68:22
  312:25 313:25
commitment 278:4
committee 36:19
  37:1,9,12 42:22
  47:12,13 49:1,9
  108:8,14 170:8
  208:7 256:21,23
  303:11 304:14
  305:7 306:11
committees 42:20
  47:20
commodity 165:6
  166:18
common 33:24 34:1
  124:8 245:21,23
communicate
  177:12 207:19
communicated
  286:8
communicating
  147:24 179:3 212:4

communication
  176:24 177:3,19
  263:23 277:9
communications
  180:18,24 181:3,7
companies 38:8
  39:9 40:22 41:3,9
  47:16 48:14 198:10
  212:6 213:6 277:20
company 13:22 21:9
  21:10 24:17 34:23
  81:25 105:4,5 122:7
  128:21 129:1
  136:13 137:14
  138:2 151:24
  152:10,25 154:14
  155:7 161:20
  210:13 230:2
  238:13 269:24
  277:21,25 278:5
  292:1,2
company's 151:19
  270:16 278:2
compared 59:2
comparing 88:4
compete 42:8
competition 166:16
  167:21
competitive 98:15
competitor 31:14
  268:13
competitors 266:10
complained 305:7
complaint 6:16
  181:15,17 182:5
  193:24 194:5
  196:17
complaints 183:24
  183:25 185:3
  187:23 191:15,18
  191:23,23 192:21
  194:8 196:18
  197:12

HIGHLY CONFIDENTIAL

**completed** 63:24 161:13 171:25 172:3

**completely** 54:16 232:2

**complex** 272:10

**compliance** 71:6,15 220:12 245:18 256:6,23 297:3

**compliant** 279:12

**complicated** 163:8

**complied** 279:4

**complimentary** 270:8

**comply** 258:2 279:17

**complying** 295:13 295:17

**component** 310:4

**comprehend** 272:9

**computer** 96:1 312:9

**comtel** 131:18,19 140:17,17

**concentrating** 153:22

**concept** 47:1

**concerning** 253:22

**concerns** 299:9

**concluded** 311:14

**concludes** 311:10

**conclusion** 175:7 282:19

**conclusions** 175:8

**conditions** 153:20 211:25 268:13

**conduct** 194:5 253:24

**conference** 6:15 42:25 172:17 173:6 264:2 288:1,3,7,19 289:1,5,10,21 290:9 292:23 293:6 294:9 295:1,9

**confidential** 1:11 269:3 311:4,6

**conflict** 199:21

**confused** 120:5

**confusion** 112:3

**congratulating** 144:2

**conjunction** 283:15

**connection** 76:5 206:5

**consecutive** 148:17

**consecutively** 148:18

**considered** 101:8

**consist** 107:14

**consistency** 34:6

**consistent** 33:16,22 49:10 62:19 87:22 150:14,17 152:5 153:3,13 155:9 159:8 160:24 162:18,24 178:8,20 286:2 304:24

**consistently** 161:1

**consists** 311:11

**consolidated** 5:24 109:7

**conspiracy** 265:12 265:22 267:13,16

**constant** 277:8

**constantly** 237:9 260:1

**construct** 164:5

**constructed** 175:14 283:3,10,17

**construction** 160:22 161:2,22 284:4

**consumer** 62:12,18 157:21,21 159:23 164:3

**contact** 180:17,24 214:1 217:5 220:25 224:17,19

**contacts** 24:22

**contain** 312:5

**contains** 148:19

**contention** 218:11

**continue** 38:15,17

**continued** 3:1 6:1 7:1 145:18 239:5

**continues** 63:3,4

**contract** 100:21,23 251:25 252:9,16,25 254:14,15 257:12 257:17 258:9

**contracts** 17:9 80:6 260:4

**contrary** 256:9

**contributed** 178:3

**control** 80:24,25 81:19,19,20 99:17 174:20

**controlled** 292:2

**controlling** 169:7

**convenience** 123:11

**conventional** 54:15 167:15,16 225:16 225:21 254:11 255:17 277:3

**conversation** 204:20 205:13 232:17

**conversations** 205:15 234:2 235:16 236:18 244:24 271:13 283:12 295:15

**conveyor** 264:10

**convince** 126:14

**cool** 27:10

**cooperative** 32:1,21 36:1,3 41:21 42:14 96:20 181:2

**cooperatives** 42:6

**coordinate** 13:21 14:13 24:21 47:16 262:5

**coordinating** 17:18

**coordination** 14:4 32:16,18

**copied** 124:9 285:6

**copies** 28:6 68:20 69:17,23 238:16 243:19 269:4 273:6

**copy** 94:1 106:3 181:17 182:4 196:16 238:21

**copying** 209:23

**corner** 28:19 168:5 168:10 175:2 266:11

**cornucopia** 290:3

**cornucopias** 220:8

**corporate** 5:17 13:15 20:25 21:3 39:18,24 47:19 86:7 86:8,14,18 135:2,5 135:11,12,25 138:4 138:6 193:6

**corporation** 17:5 40:5 48:11 261:7

**corporations** 34:17

**correct** 26:16 34:12 63:11 70:9 81:10 89:25 97:11 100:10 103:20 111:18 131:23 137:9 149:15 180:15 181:10,11 192:16 193:14,18,20 194:2 196:18 197:14 198:5 199:15 201:8 204:3 207:17,23 208:11,24 212:7 214:20 220:22 225:2,6,24 226:6,17 229:22,23,24 230:16 231:1 298:25 301:2,6,7,16 301:19 303:14 304:6,25 309:19 310:6 312:6

**correction** 313:8

**corrections** 313:6

**correctly** 32:6 100:7
158:7 160:8
**corresponding**
159:6
**corrugated** 137:25
**cost** 99:6,7,18 113:2
165:16,18 166:3,5
166:11 167:20
174:17 228:18,19
229:21 255:18
270:8,21 281:7,10
282:13 295:13,16
295:17,18 296:17
**costco** 31:13,13
**costs** 80:20 155:8,14
155:18,19,22,22
156:5 158:22 166:6
174:13,15,21 176:7
228:15,22 229:1,4,6
229:14,19 297:2
**counsel** 10:22 11:4
11:13 12:6 193:2
230:21,24 285:15
312:17
**count** 96:6 288:25
**country** 39:21
141:16 205:7
259:14 268:6
**county** 73:12,20
74:2,5 312:4
**couple** 12:10 22:9
47:5 49:12 58:16
88:24 116:9 167:14
256:9 285:11
**course** 49:8 53:11
68:20 73:20 114:20
117:6 147:20 151:2
211:4 226:13 238:8
243:13 246:4
**court** 1:1 8:10,15
219:4 312:1
**courtroom** 10:14
12:19 241:3,3 244:8
**cover** 175:23 261:23
270:4,8 281:10

282:13 295:13
**covered** 233:1
234:22
**craig** 126:2,3,5
**crazy** 185:12 267:17
267:22
**creates** 129:9
130:12,14
**credit** 89:11 96:9,10
97:2,3,10
**crisis** 259:17
**cross** 179:24 212:23
231:12 298:17
310:14
**crucial** 278:16
**cruel** 260:19
**cruelty** 233:22
260:19 261:21
**crutcher** 3:3 9:7
**csr** 312:24
**ctn** 137:20
**cumberland** 122:18
122:18,23,24,25
123:1
**current** 10:7 29:5
145:20 274:25
275:11,24 285:23
294:10,16
**currently** 13:11
169:12
**curve** 162:15
**curves** 55:17
**customer** 14:13
29:12 34:3 39:25
43:2,24 44:1 47:18
54:3,4 71:12 116:23
117:4,6,19 119:10
119:23 120:15
121:1,13,21,22
122:12 126:20
180:19,25 183:23
184:15,17 185:2
192:15,17 200:8,16
200:22 201:1,4,14
202:1,14 203:4,12

203:20 204:12
205:23 206:3 207:9
232:25 235:12
243:14 259:24
272:8 274:11,14,25
275:12,24 276:1,14
278:19,20 279:20
279:21,21 280:3,16
283:23 289:19
294:10,16,22
306:14
**customer's** 82:4
163:7
**customers** 14:2,5,9
14:11 21:22 22:3,7
28:17,22 29:2,6
34:6 41:5,13,20
43:17,23 44:4 47:17
53:25 58:11 66:10
79:8 80:6,24 82:19
86:12,13 88:17
111:5,19 120:23
123:4,11 138:12,19
138:22 140:6,21
141:13 142:1,2
172:24 173:3
175:24 176:1 177:1
177:4,19 179:3
187:6,18,19,21
204:9,15,19,24
207:13 229:8
235:21 238:22
240:12 245:18
259:9,19 270:7,13
270:17,20 271:9,20
272:14 274:22
278:9,13 280:24
281:20 283:25
284:1 286:9 295:12
295:16 299:19
302:4,17 306:2,7
307:4 310:17
**cut** 90:17 120:7
145:17 263:6
265:12 267:11,23

268:8 273:6
**cutting** 166:17
**cyclical** 152:25
**cyclicality** 153:21
153:24

**d**

**d** 178:25 197:13
211:20 257:13
**daily** 17:13,15 76:22
76:24,25 77:9,15
131:22 132:2,4,5
139:24 140:4 286:8
**dallas** 3:4 104:12
142:23,24 234:6,15
266:13,14
**damn** 249:15 267:23
**daps** 197:2,12
**darren** 3:15 8:2
**daryl** 83:12,12,14
84:5 210:21 211:1
**daryl's** 83:18
**data** 253:25
**date** 8:3 14:21 19:17
19:21 102:17 107:3
133:12 182:14
232:12 233:4
239:18 242:13
244:23 250:22
260:2 286:16
291:14,17
**dated** 5:11,12,13,15
5:16,20,22,23 6:5,6
6:8,9,23,24 73:15
78:15 87:14 101:25
106:5 108:3 131:12
134:5 250:23
254:17 288:12
**dates** 29:23 111:23
148:17 247:22,22
299:15
**dave** 223:7
**david** 149:3
**dawson** 128:25

**day** 18:15 24:25,25
60:20,20 77:12 82:8
82:11,13,16 127:4
132:7,12,13 140:7,8
140:25 141:1,4
166:21,22 179:3
214:10 215:4 246:1
246:2,22,23 250:23
252:19 257:9,10
258:21,22 267:9
288:23 312:22
313:23
**days** 12:11 101:18
101:19 197:7
257:25 259:22
268:5 273:16
303:21
**dcs** 93:10
**deal** 25:20 51:14
69:4 96:15 156:5
223:4,8 259:19
**dealing** 252:21
272:18
**dealings** 254:24
**dealt** 217:9
**debit** 97:10
**december** 6:4 84:2
109:16 110:13
113:18 131:12
178:6,10
**decide** 166:15
**decision** 263:24
**decisions** 193:25
**declared** 26:10
**decrease** 150:12
159:4
**decreases** 153:15
**decreasing** 285:20
**deduct** 97:6,7
**deeper** 145:17
**deerfield** 39:18
**defend** 230:2
**defendant** 2:22 3:5
**defendants** 265:8

**defending** 230:25
**deffner** 45:25 46:1
72:20 73:14
**definition** 89:5
**degree** 258:20
**deliberately** 169:5
**delivered** 24:10
**delivery** 71:3
**demand** 150:12
153:1,15 157:16
174:24 175:11
178:5 237:9 239:5
262:11
**demanded** 245:7
284:1,2
**demanding** 237:23
238:8 241:2 243:13
246:4 249:7
**demands** 236:19
244:7 245:10,18
246:8,17
**denny's** 34:4
**department** 125:9
125:11
**depend** 210:1
**depending** 33:11
63:21 259:13
**depends** 55:20
141:16
**deponent** 313:1
**deposition** 1:13 4:5
4:15 8:5 10:10
19:14 21:13 27:13
85:13,18 156:12,17
182:11 193:13
250:8,13,18 268:25
305:4 311:11,14
**derived** 90:23 92:2
92:11 208:6,24
209:14
**describe** 32:19
139:1 219:25 292:6
**described** 100:13
**describes** 20:9 62:9
169:3

**describing** 97:23
268:13 272:4
**description** 47:10
**deserve** 82:16
**design** 246:25
**designed** 96:1,2
**designs** 246:20
**desire** 33:15
**detail** 21:20 237:11
**detailed** 97:24
**details** 71:17 72:4
**detergent** 166:20
167:2
**determined** 251:6
**determines** 148:4
**developed** 170:7,19
171:19 256:22
299:8
**developing** 299:25
300:6
**diet** 169:8
**differ** 60:22
**difference** 135:3
163:3 171:13 265:2
**different** 11:23
23:11 24:3,5 53:12
53:12,19,23 54:10
54:14,15,16 61:24
62:2 76:22,25 80:17
81:8,9 133:12 151:7
169:21 177:11
198:3 230:25
**differently** 23:10,13
23:15 30:5 99:20
279:15
**difficult** 97:2 262:13
**dillon** 25:11
**dillons** 25:11,19,21
102:20,21 103:1,4
**dinner** 17:19
**dioxide** 309:6,7
**direct** 2:5 3:11 9:17
14:1,8,10 199:14
282:21 299:4

**directly** 24:10 181:4
181:6 224:17,19,21
245:12 285:1
288:21
**director** 70:12,14
263:14
**directors** 6:17 47:23
270:6,19 271:2
277:18
**disaster** 259:2,5
**discontinue** 187:25
189:10,14,18
194:10 195:14
**discount** 79:4,11
80:9 99:13 110:20
112:16,21 119:5,12
122:1
**discounted** 79:19
**discuss** 216:5 218:7
218:22 220:4 221:3
221:11 223:20
224:6 244:21
**discussed** 87:23
151:1 215:7 278:14
278:14 306:13,13
**discusses** 174:22
**discussing** 215:4
216:13 217:17
218:13 219:1
227:10,14 232:10
278:8 292:7
**discussion** 50:24
144:23 173:10
203:19 225:25
290:4 292:20
**discussions** 191:17
191:20 192:20
193:1 204:8 214:22
219:15,21,25
221:19 225:18
**dislocation** 308:15
308:21
**dismay** 295:2,6
**distributed** 25:18

| | | | |
|---|---|---|---|
| **distributes** 151:23 | 106:4,8 108:3,23,25 | **dominick's** 240:4,5 | 217:2,5,9,23 218:2 |
| **distributing** 93:11 | 109:4 114:18 115:5 | **don** 229:3 272:9,12 | 220:1,3,9,10 232:23 |
| **distribution** 24:8 | 116:18,25 118:3,9 | 281:4 | 232:25 233:5,17,24 |
| 30:3 39:21 40:13,18 | 123:17,25 124:4,8 | **door** 24:9 | 234:2,12 235:4,10 |
| 57:20 93:2 122:22 | 124:15,18,20 129:8 | **dora** 225:14 | 235:12,17 236:5,18 |
| 136:1 166:8 242:4 | 129:16 130:4,12,14 | **double** 77:2,2,2,3,4 | 236:24 237:23 |
| 264:11,16 284:22 | 130:22 131:6,8,9,14 | **doubt** 109:11 | 238:7,16,19 239:5 |
| **distributor** 22:17 | 132:22 133:15 | 235:15 239:19 | 239:10 241:14,18 |
| 153:6,9 157:20 | 134:13 139:4,6,9,14 | 242:13 244:23 | 241:23,24 243:2 |
| 224:18 225:13 | 141:23,24 142:15 | **downtown** 234:10 | 245:24 254:4 288:5 |
| 247:8 | 142:18,19 143:18 | **dozen** 64:21,22 99:6 | 288:6,9,14,20,21 |
| **distributors** 22:11 | 145:9 147:8 148:19 | 103:5,13 114:4 | 289:3,7 292:23 |
| 22:14 32:4 40:22 | 149:25 150:4 151:6 | 255:19 270:2,14 | 294:4 |
| 41:22 | 151:10 152:24 | 296:4,4 | **e.c.i.** 132:24 |
| **district** 1:1,2 8:10 | 158:7 172:15 | **dozens** 65:14,17 | **earlier** 69:11,22 |
| 8:10 122:21 | 174:25 176:20 | **dr** 269:22 | 96:23 105:21 121:5 |
| **divided** 65:21 | 182:6 228:1 269:2 | **drew** 237:10 | 131:22 132:1 151:1 |
| **division** 20:16 25:19 | 286:5 299:3 308:9 | **drinking** 233:14 | 151:19 154:18,18 |
| 78:22 85:5 90:9 | **documents** 32:15 | **drive** 2:9 | 168:21 172:2,23 |
| 102:20,21,22 104:9 | 92:1 107:19 116:9 | **driven** 53:24 | 173:2 196:23,24 |
| 104:10,12 105:12 | 124:22 130:24 | **driver** 91:21 | 206:21 213:1 |
| 122:21 180:21 | 131:8 132:23 | **drivers** 90:23 91:2,2 | 220:25 226:2,8 |
| **dixie** 2:5 8:22 31:8 | 133:23 154:19 | 91:3 | 229:15 231:14 |
| 180:2,13,18,25 | 168:8 250:20 | **dual** 70:17 | 248:3 250:19 |
| 181:4,6 183:17 | 272:22 | **due** 205:18 | 252:24 265:3 |
| 184:22 186:4 | **doing** 15:1 29:21 | **duly** 9:19 | 271:22 273:16 |
| 187:11 189:2 191:9 | 63:22 93:13 95:22 | **dumb** 86:25 | 281:25 286:7 |
| 195:6 196:10 | 102:11 103:14 | **dumbfounded** | 289:18 290:8 |
| 266:24 270:18 | 136:5 138:14 | 231:23 232:2 | **early** 29:22 128:9 |
| 278:21 294:7,10 | 140:22 167:4 228:1 | **dunn** 3:3 9:6 | 145:18 171:16 |
| **dixies** 66:18 | 231:25 234:22,23 | | 193:25 203:7,14,16 |
| **dock** 24:9 | 260:21 276:25 | **e** | 232:18 255:13 |
| **docs** 28:2 | 296:11 | **e** 5:1,1 24:16,17,22 | 305:8 |
| **document** 1:7 21:12 | **dollar** 114:2,4 123:8 | 66:18 70:4 72:15,18 | **earned** 101:9 |
| 27:6,20 31:19 35:19 | 135:4,10 | 72:23 73:14 78:13 | **easier** 103:22 |
| 38:24 45:13 50:17 | **dollars** 63:19 64:1 | 83:9 84:4 128:3 | **east** 55:19 263:13 |
| 64:10 68:2 69:15,19 | 65:20 101:6 | 130:11 139:15 | **easter** 147:23 211:7 |
| 69:22 70:3 74:14,17 | **dolph** 48:3 49:1 | 141:3 144:25 | **eastern** 1:2 8:10 |
| 74:18 75:16,18 78:4 | 72:16 74:23 102:11 | 147:14 149:4 183:1 | 266:20 |
| 83:6 84:11 85:24 | 106:10 113:7 | 184:8 185:15 | **easy** 33:25 103:21 |
| 86:2,4 87:23 90:13 | 116:21 117:25 | 186:21 188:10 | **eating** 233:14 |
| 90:15,21 91:18,20 | 128:16 147:15,24 | 190:20 194:17 | **economic** 153:20 |
| 92:15,21 96:22 98:7 | 148:4 163:17 174:8 | 195:21 209:22 | **economics** 174:23 |
| 98:13,22 102:3,6,9 | 193:6,8 209:22 | 211:17 212:3 213:2 | **economist** 159:13 |
| 104:2 105:21 106:2 | 283:13 | 213:22 216:25 | 272:11 |

HIGHLY CONFIDENTIAL

ed   6:23 286:10
edition   6:19,21
  273:9 274:6,21
  275:1,19 277:12
  308:8
educate   272:18
edwards   121:13,16
  121:17 279:3
effect   137:15 150:13
  153:16 176:6
  274:13 296:10
effective   37:3 84:9
effectively   31:3
  112:16
efficiency   270:2
efficient   59:2 160:22
  163:6
effort   270:3
efforts   32:16 270:9
egg   1:4 6:2,3,19,21
  8:9 15:13,20 16:2,4
  16:13,16 20:16
  21:22 22:3 32:4,21
  33:12,16,23,24
  42:10,13,15 43:5,8
  51:2 53:15,20 54:25
  55:1,2 57:6 58:8,10
  59:11,24 60:3 62:10
  62:11,11 63:3,9,21
  64:12 66:12,21
  67:10 74:1 76:23
  78:25 80:6,21 86:10
  91:8 92:1,3 108:16
  108:19 122:8,8,9,12
  126:19,25 128:22
  128:23,23 130:5,25
  131:11 132:17
  133:16 136:21
  138:18 139:19,20
  141:5 150:2,11,13
  152:1 153:20
  156:22 159:6
  160:20 163:15
  166:7 167:13,19
  170:8 175:15,16

177:1,22 194:6,10
  195:14 204:9,13
  205:6 206:5 214:19
  237:9,23 238:7
  239:8,11 240:7
  244:5,6 246:18
  247:4,10,23 248:5,7
  248:8 249:22 252:5
  252:6 255:10 260:6
  262:10 263:8 264:7
  274:5 278:22
  279:11 283:4,5
  288:18 301:4,18
  303:14 304:5 308:7
eggs   5:14 14:22 15:5
  15:6,12,14,15,17,18
  16:1,11 17:6 24:8
  24:10 25:8,18 30:4
  31:22,23 32:1,7,12
  32:14,18,19 33:17
  34:11,12 35:4,7,9
  35:25 36:14,15
  37:12,16,17 38:12
  38:17 39:15,24,25
  40:11 41:5,11,12
  43:9,18,22,22 44:14
  45:20 46:4,9,25
  47:12,13,20 49:25
  49:25 50:7,25 51:18
  51:20,25 52:9,10,18
  52:19 53:7,17 54:6
  54:15 56:24 62:17
  62:21 63:13,18,18
  64:20 65:1,15 69:11
  70:11,15 73:9 75:20
  75:22 76:6,23 77:3
  80:4 84:7 85:1 86:3
  86:11,17,22 87:6
  89:10 96:13 99:25
  100:20,24 105:20
  110:20 111:1,3
  122:15 123:2
  134:16,18,21 136:2
  136:19 137:1,2
  138:14 151:14,15

151:17,24 152:3
  154:15 158:15,21
  164:18,20 165:5,6
  165:20,24 166:21
  175:11 176:24
  178:18 182:19
  183:5 184:2 185:6
  185:11 186:11
  188:1 189:10,14,19
  190:9 210:15 214:2
  214:24 215:8,12,17
  216:3 217:23 218:3
  221:4,9 222:1,20
  223:21 224:4 225:1
  225:15,16,21 235:1
  235:1 238:9 239:6
  242:2 243:13 244:2
  244:7 245:7 246:5
  247:12 248:1,3,4,16
  249:4,8,25 254:11
  256:3,25 257:3
  258:1,4 261:8,18,24
  262:6,9,12,18,19,20
  262:22 267:2 268:5
  278:3 279:4 285:16
  292:3
eight   244:16 254:6
eighties   32:2
either   14:12 20:23
  99:13 127:1 131:21
  183:11 249:25
elasticities   174:24
elasticity   175:11
electronically   97:5
element   200:2
elements   114:13
elevens   123:11
eliminated   285:22
elimination   285:18
  286:19,24
ella   223:11
eloy   144:13
email   5:11,12,13,15
  5:16,20,21 6:5,6,8,9
  6:24

emergency   258:23
  259:11,19
employ   312:17
employed   13:11
  46:2 83:15
employee   16:19
  125:23
employees   210:25
  211:2 255:1
ended   112:13
  150:23 158:6 160:7
ends   118:9 291:23
  304:11
engaged   169:20
engages   32:7
engaging   161:21
england   46:21
enhanced   51:1,19
  52:19 53:3,10,13
  54:8
entail   17:3
entire   31:4 57:20
  111:24 295:17
entities   278:5
entries   170:1
entry   113:3
epa   162:3
equals   99:7
equipment   58:25
escalated   234:13
esquire   2:2,8,13,18
  3:2,7
essentially   34:18
  47:7 135:25
established   277:18
estimates   175:10
et   55:11
euphemistically
  203:15
euthanasia   310:18
euthanization   309:7
euthanize   308:17
euthanized   308:14
euthanizing   309:8

eventually 41:15
everybody 53:21
  56:19 96:14 111:16
  198:9 252:6 272:16
  278:15
everybody's 33:8
everything's 267:5
evidence 4:16
evident 200:22
  201:2
evidently 34:1
  104:15
evolution 7:2
evolved 290:16
  291:7
exact 64:5 247:21,22
  289:18
exactly 24:23 43:14
  76:9 91:12 97:11
  109:21 121:23
  126:23 127:3
  161:16 200:2 205:4
  205:5 290:11 296:9
examination 5:2
  9:21 179:24 212:23
  231:12 298:17
  310:14
examined 9:20
example 22:23
  48:15,22,25 77:1
exceeded 50:10,12
exceeding 50:1
exception 313:6
exchange 68:22
exclusive 90:2
excuse 112:18
  130:21 153:6
executives 6:14
  220:4
exh 5:11,12,13,14,15
  5:16,17,18,19,20,21
  5:23,24 6:2,3,5,6,8
  6:9,11,12,13,14,16
  6:17,19,20,22,23,24
  7:2

exhibit 18:7,11 27:6
  27:21 28:1 31:20
  33:6,6 35:11 45:9
  48:16 49:15 54:22
  56:12,13,17 62:9
  67:22,25,25 69:14
  69:16,19 72:10
  74:15,16 75:13,15
  78:2,3 83:1,3 85:25
  86:2 87:18 88:4
  90:12,13,21 97:14
  97:16 99:1 102:4,6
  103:25 104:2
  105:25 106:2
  108:23,24 116:12
  116:15 123:14,22
  127:20 129:14,16
  131:4,6 134:1,7
  137:4,5,12 139:5,7
  141:20,22 142:17
  143:16 144:25
  147:7,9 148:14,16
  149:24 150:21
  153:21 157:24
  158:1,5 160:4,6
  164:8,17 167:24
  168:2 172:7,9 174:1
  181:13,13,21 182:1
  182:4 206:16
  209:21 250:18
  251:6,11,12,14
  252:24 257:11,19
  268:24 269:1
  272:23,23 274:1,12
  275:16,17,24
  277:11 280:18
  281:13,13,18 282:7
  282:18 284:9,11
  285:6 287:10,11
  288:9 289:23 290:8
  290:19,20,24
  291:15,19,22
  293:22 294:2
  298:21 302:23
  308:6,10 310:17

exhibits 5:10 6:1 7:1
  129:12 176:13
  272:20 273:16
  282:3
existed 26:12,13
existence 290:16
  291:6
existing 160:20
exists 41:16 47:14
  47:15 171:6
expect 105:23
expected 153:21
expense 270:4
experience 63:9
  165:5 254:1
experienced 55:5
expert 71:18
expires 312:25
  313:25
explain 99:9 169:15
  176:5 231:21 233:3
  237:22 238:4 241:1
  246:7 249:6,18,20
  260:13 272:13
  281:8 286:18,20
explained 236:11
  280:5
explaining 102:11
  281:6
export 43:25 179:1
  210:1,3
exports 194:6,10
  195:14 204:9,13
  206:5 210:7,13,19
expose 173:14
expressing 295:2
extra 77:2,5 78:24
  78:25,25 79:2 99:24
  128:24
extreme 153:24

**f**

f 5:1 235:24
facilities 57:19
  58:17 59:25 60:3

61:12 151:25
  152:10 160:21,23
  161:2,6,22 162:5,17
  162:23 257:24
  278:2 283:16
  301:16
facility 162:7 163:5
  163:15 178:16
  235:9 254:12,13
  257:24
fact 15:22 26:19
  147:21 211:5
  241:18 264:23
  278:16 301:4 302:4
  306:10
factors 158:12 178:2
factory 34:5
facts 155:10 200:12
  201:20 202:4 206:7
  300:9 301:10 302:8
  302:20 305:12
  306:4,17
failing 71:14
fair 23:17 64:8
  82:18 108:21
  169:23
fairfax 2:9
fairly 35:15,15
  157:22 162:17,24
  163:5 181:1
fall 175:11 177:16
false 215:11,16
  216:18,22 217:22
  218:2,18 219:11
  220:17 221:7,15,25
  222:2,9,18,23
  223:25 224:12,25
  225:3,5,23 226:24
  236:5,6
familiar 40:25 42:9
  45:3 61:1,25 76:11
  77:4,5 109:21
  202:20 226:5 273:2
  309:10

familiarize  27:11

far  44:3 53:22 121:8
  170:20 210:19
  224:1 225:4

farm  62:6 105:9
  237:13 241:19,25
  256:10,18 258:3
  308:14

farmer  155:23

farmhouse  166:21
  167:10

farms  70:6 104:24
  105:6 212:4,5 260:7
  260:10 263:8,9

fast  12:11,13 268:4
  268:7

faster  11:1 65:23
  82:17

fault  135:23 157:7

favored  98:5,18

fax  2:10,16,21 3:5
  3:10 139:24 140:4
  140:10 141:2

february  255:13,21

federal  4:8 89:8,9
  96:24

feed  44:17,22 45:1
  51:1,7,11,19 52:19
  53:14 54:9 57:13,14
  58:5 151:23 155:8
  155:14,18,19,22,25
  156:5

feedback  220:11
  280:14

feeding  169:20

fees  230:1

fellow  13:7

fellows  237:7 267:23

felt  264:4 272:8
  281:6

females  57:12

fences  146:9

fewer  37:18 61:17
  96:11 153:23
  155:14,16,20 156:2

178:17,18 297:6

ffi0159735-763
  291:1

fiddling  96:3

field  136:6

fiesta  26:25 27:1
  270:17

fifth  2:19 95:14
  118:8

figure  79:19 105:9

file  275:7

filed  181:18 183:24
  183:25 185:3
  187:23 191:16,24
  192:21 193:4 194:8
  196:17,18 197:12
  231:16 238:7,25
  239:5 243:12 244:1
  247:1 248:11 265:4
  277:20 297:20

files  124:9 260:2

filing  191:18

filings  68:21

film  233:20,21

films  234:1

final  312:19

finally  248:6

financial  68:4,8
  69:1,6 113:6 115:1

finch  248:4

find  120:19 269:10

fine  10:5 19:2
  230:13

finger  28:18 57:22
  64:10

fingers  12:13

finish  11:3,19 12:2,4

finished  5:19 253:15
  272:21 287:16
  298:7 311:1

fire  259:17

firm  235:6

first  2:3 9:19 20:3
  29:12 35:20 36:2
  38:25 68:6 73:12

74:23 89:1 93:19
  104:19 106:10
  109:12 113:13
  124:11 131:11
  135:18 154:24
  182:9 196:21
  197:11 198:7,8,17
  232:9,11,13 234:3
  235:5 251:5 257:18
  285:9,11 288:8
  293:25 296:11
  302:10 303:5

fiscal  22:4 28:23
  29:2 63:24 150:23
  152:1 160:7 161:11

fitzhugh  70:19
  72:19 73:1,2,6,14

five  82:22 204:19
  223:21,24 224:7,11
  269:24

fix  211:25 234:23

fixed  100:21,25

flatonia  20:19 55:8

flip  251:11 293:24

flipped  103:12

flipping  254:14

flock  6:11 145:18
  148:7,11 149:16,20
  169:5

flocks  6:19,21 58:6
  147:22 211:5,9
  274:6 285:22 308:7

floor  2:9 61:21,22
  61:23

florida  2:15 83:20
  94:4,6 264:11,15
  266:22,25 267:2

flow  58:4,7

fmi  6:22 171:10,20
  173:15,17 174:14
  193:5 197:19,21
  198:11,16,17,21
  199:10,20 201:21
  202:21 207:21
  216:3 217:17

221:22 226:3,5,11
  226:13,15,19,20
  229:15 231:24
  234:21 235:11,22
  235:25 243:15
  251:23 256:20
  271:25 281:17
  284:1 298:25 300:7
  300:16 302:6,18
  304:22 306:7

fmi's  227:2,6

foam  93:21

focus  76:23 283:8
  285:8 301:5

focused  160:19
  222:8

foggy  26:9

folder  281:2,24,25
  282:5,6

folks  27:19 34:3
  113:6 139:12
  198:13 232:6
  233:11,14 235:9
  236:1 240:2 253:24
  262:16 272:17
  286:12

follow  200:9,16
  201:15 202:15
  203:6,22 257:1
  298:20

following  100:3
  139:21,22 235:11

follows  9:20 58:6

food  6:14 25:4 32:3
  32:3 33:14,24 34:16
  34:25 35:6 38:25
  39:17 41:15,22 42:4
  46:3,4 48:11 49:20
  66:11,21 67:1,6,8
  85:4 257:23 266:19
  266:21 267:8
  270:17 285:14

foods  2:22 3:6 5:24
  6:17 9:4,7,9,13
  13:12 20:10 21:22

34:24 36:18 49:1
56:22 85:6 87:12
158:6 160:8 168:4
183:8 184:14
185:21 187:2
188:16 191:1
194:23 196:2
288:17
**foodservice** 40:21
84:12,23
**force** 145:20
**foregoing** 312:5
313:3
**forget** 263:12
**forgot** 54:22 77:16
**forgotten** 143:1
**form** 4:13 6:12,13
19:25 23:22 32:9
40:24 42:6 43:11
62:25 65:10 66:24
72:1 73:23 74:8
75:22,25 76:9
100:15 114:25
115:16 117:22
126:8 135:7 143:7
145:25 150:23
152:9 157:2 158:5
159:11 160:7 161:4
164:23 175:4 177:8
177:10,10 192:13
197:16 200:12
208:9 215:20 233:8
233:10 235:20
237:2,4 238:1,3,11
239:24 241:6,13
242:22 243:2
244:12 245:3
246:13 247:15
248:21 249:12
261:16 265:18,25
266:2 267:19,21
268:17,19 271:5,15
271:17 274:16
276:4,19 278:12
280:7 281:23

283:19,21 289:13
289:15 292:10
293:1,8,19 295:8,20
297:14,16 298:2
300:2,9 301:21
303:16 309:22
310:21 312:9
**formal** 88:18 227:11
**formality** 4:10
**formalization** 88:9
**format** 128:8
**formed** 33:18,19
34:23
**formerly** 73:7
**formula** 98:25 99:7
99:9 100:13,22
**formulas** 84:14
270:12
**formulations** 53:14
**fort** 90:8 264:17,18
**forth** 4:6 48:17
252:8,10,12 263:17
263:18
**fortin** 49:11
**forward** 21:16
72:17 102:10
242:18
**forwarded** 83:21
**foul** 96:12,13 276:6
276:7
**foundation** 62:25
75:25 136:4 161:4
162:20 165:10
186:13 189:22
190:12 199:17,20
206:8 210:10
211:12 212:9 291:9
301:9 305:21 306:5
308:25
**founded** 46:25
**four** 119:4 121:12
124:14 151:13
154:7 167:11 250:3
250:13 268:5 272:3
311:12

**fourth** 38:23 57:3
94:24 118:2 124:15
145:12 308:13
**frame** 26:8,11 30:18
30:19 33:3,11 35:21
41:17 48:7 52:2
54:16 55:24 56:4
80:11 161:7 215:9
216:8 217:7,10,19
224:22 239:21
240:18 242:17
245:12 247:3
271:11 278:10
280:4 284:7 307:9
**franchise** 127:2
**frankly** 12:18
224:23 296:16
297:5
**fred** 20:4 128:15
283:12
**free** 51:2 52:1,11,25
53:3,11,16 61:9,17
61:21 254:12
256:13 257:3 258:4
277:4
**freight** 99:14,14
266:16 267:3
**frequently** 141:17
141:18
**fresh** 15:5,6 16:11
16:16 17:6 304:3
**friday** 1:16 77:13,16
260:23,24 261:9,11
**friends** 233:13
**front** 28:1 48:16
156:24 174:7
175:22 250:22
291:14
**ft** 78:22
**full** 9:24 152:16,20
**fully** 57:6,24 58:18
58:25 101:8 151:20
162:11
**further** 21:18
109:23 263:20

310:9,25 312:12,16
313:4
**fussing** 71:9
**future** 105:15 116:6
153:22 254:24
255:3

**g**

**gained** 31:4
**gaining** 54:2
**garbage** 308:2
**gary** 78:17,18,21
82:7 91:9 121:6
125:20,21 126:14
143:1 213:15 215:1
215:10,14,15 216:2
216:6,7,13,17
220:24 222:3,12,13
242:14,15,16 243:1
243:3,7 244:18,24
**gasoline** 167:3
**gassing** 309:9,11,19
310:5
**gene** 287:21
**general** 15:17
106:11,13,15 107:5
116:22 123:8
124:19,22 125:25
126:6,13 134:25
159:4,17 171:7,8
173:12,12 178:10
183:10 184:16
185:23 187:4
188:20 191:3
194:25 196:4
204:18,20 205:13
286:7 290:4
**generally** 33:12
48:13 59:16,18
132:13 153:1
154:15 162:2
271:11 274:19
276:11
**genesis** 34:24 39:15
296:6

HIGHLY CONFIDENTIAL

geographic  46:11
121:22
germantown  74:1
74:24 122:8,8,9,10
getting  144:3 146:4
162:1 163:21
242:25 243:11
261:18
gibson  3:3 9:6
give  11:4 60:21
61:20 64:25 98:15
100:10 126:15
148:17 163:11
171:11 220:11
222:4 243:19
258:15 274:25
276:8 287:2,8
given  10:25 28:6
114:16 178:15,16
280:14
gives  65:1 80:15
91:1 94:15 115:8
giving  34:20 174:11
285:19
glad  77:22
glance  41:10
glean  74:3
gm  125:1
go  10:1,2,21 11:9
12:13 14:11 17:13
17:16 18:25 20:2
21:16,18 36:19
38:23 40:20 49:3,17
49:20 50:16 54:18
54:21 56:12 59:12
66:6 81:5 84:16
90:20 94:19,25
109:12,13,23
112:11 114:7,14
118:8 122:1 124:14
151:9,18 155:3
158:25 162:13
163:24,25 168:19
170:22 188:20
198:12 200:4

212:15 224:18
232:21 236:7
247:23 253:2
256:10 262:2 264:7
272:24 273:14
275:8,21 276:8,23
282:18,19 291:21
291:22 293:21
304:10 307:11
308:8
goal  276:16,20
goals  169:8
goes  53:22 58:5
81:20 87:20 140:12
148:24 214:13
219:23 225:13
going  11:12,12
15:16,19 17:19
18:17 21:13 22:16
36:10 45:10 64:5
67:16,20 74:20 81:2
81:21,24 85:14,19
85:23 98:15 99:18
109:10 111:15
118:19 125:19,24
127:8 138:17 141:4
142:16 147:25
155:23 156:13,18
160:12 166:15
167:25 171:24
177:12 179:9,22
180:6 198:8,11
200:23 203:21
211:9 212:17,21
213:5 216:9 228:18
232:3 234:14,20
240:3,13 242:7
250:9,14 257:21
262:11,13 263:17
263:19,19 264:5,19
269:21 272:14,17
273:18,22 276:22
277:2,4 281:12
282:12 283:24
284:11 287:10

289:25 290:2,3,6,18
290:18 294:2 296:7
296:8,9,14,20,23
298:7,9,13 311:12
golf  233:15
good  9:1 11:13 12:9
13:4,5,10 47:9
60:21,22 74:22
77:13,16 81:6,15
92:4 103:23 127:18
175:24 180:1
212:25 220:3 277:5
281:6,11 286:11
goods  5:19
goodwill  297:10,24
gotten  161:23
grade  58:10
graded  137:1,4,5,8
grading  59:1
graduated  14:24
grain  167:10
gram  5:23 174:7
grams  134:3
grande  167:12
grange  10:8
great  28:3 69:4 84:8
greater  67:4,7
155:20
gregory  287:22
grocer  66:16
groceries  30:12
grocers  2:6 8:23
66:17 180:3 183:19
184:24 186:6
187:13 189:4
191:11 195:8
196:12 270:18
grocery  6:14 24:17
27:1 231:16 232:21
236:8,14 239:11
265:4 297:21
gross  95:15
ground  48:20 54:3
259:21

group  31:4 41:20,23
42:9 47:16 53:2
91:25 132:23
141:13,13,14
230:15
groups  23:11 42:3
208:15 231:1 290:5
301:13
grow  57:16 63:3
growing  54:1 58:15
grows  151:22
growth  93:12
160:15,19
guastella  3:15 8:2
guess  28:24 51:3
62:3 64:21 70:24
71:24 81:12 93:2
112:12 119:9
139:23 141:22
146:23 171:1
196:20 211:24
273:1 309:9
guidelines  6:19,20
170:7 235:11
255:17 257:7 258:2
272:5 273:7 274:5
274:12,14 275:1,11
275:25 276:1 277:5
277:13 278:1 292:1
305:9 306:12 308:7
309:18
gunther  10:8
guy  62:1 149:23
163:9 261:5 307:11
309:4,5
guys  42:5,5,8 77:23
120:3 179:7 192:7
193:4 267:23 268:3
277:1 278:19

h

h  2:5 24:16,17,22
66:18 141:3 183:1
184:8 185:15
186:21 188:10

HIGHLY CONFIDENTIAL

190:20 194:17
195:21 213:2,22
216:25 217:2,5,9,23
218:2 220:1,3,9,10
232:23,25 233:5,17
233:24 234:2,12
235:4,10,12,17
236:5,18,24 237:23
238:7,16,19 239:5
239:10 245:24
269:22 289:7
292:23 294:4
**h.e.b.** 207:12
**half** 103:13 137:24
138:1 162:10
229:16,17 255:19
263:1,3 296:4
**hammond** 93:22
**hand** 28:19 58:13
109:14 120:3
167:24 168:5,10
175:2 236:18 272:2
274:13 276:1
280:23 281:12
290:18 294:3
**handed** 281:20
310:16
**handing** 67:24 83:2
182:3 250:17
268:23 276:15
284:16 290:7
**handle** 165:19
170:21 286:13
**handled** 15:6 55:18
55:19,20
**handling** 174:19
308:12
**hands** 153:23
262:13
**handwriting** 92:15
92:17 93:14 118:5
118:13,18 133:18
**handwritten** 19:17
133:14

**hang** 146:10
**hanson** 3:7 9:15,16
**happen** 97:12
200:23 296:23
**happened** 105:10
120:1 171:23 173:4
177:14 248:12
260:14,16,20 263:2
263:4 283:25
**happening** 178:23
272:15
**happens** 178:9
**happy** 13:6
**hard** 63:19 95:24
103:11 269:3
307:21
**harder** 145:19
161:23,25 162:4
**hardin** 1:13 5:15,16
5:20 6:6,24 8:12 9:8
9:9,18,23,25 10:3
20:19 36:25 51:4
55:6,7 73:15 75:17
78:10 85:13,18
91:17 102:9 127:16
139:14 148:6 149:3
156:12,17,21
172:20 180:1,7
182:3 207:8 212:25
231:5,14 250:8,13
250:17 252:23
268:23 269:8 270:9
270:10 273:25
281:13 288:16
298:19 310:16
311:11 313:2,21
**harm** 297:9,23
**harriet** 294:19
**hatch** 57:10,12
127:23 193:23
200:10,18 201:16
202:6,16,21
**hatcheries** 57:10
**hatches** 151:22

**head** 63:14 64:7
67:1 222:5
**heading** 111:22
**headquartered**
40:15
**hear** 77:22 209:12
283:14
**heard** 108:13,19
129:20 130:2,7
197:6 220:24 230:7
231:21 260:6
285:21 293:6,14
295:2,4
**hearing** 231:15
**hearsay** 280:1
**heather** 223:8
**heinz** 2:5 8:24 180:4
**held** 8:5
**help** 12:6 16:3 29:25
36:10 74:24 94:4,6
94:7 109:9 115:8
145:22 153:23
210:13 229:20
235:6 259:18
262:23 270:23
**helping** 48:19
**helps** 115:8
**hen** 58:9 60:8,10
136:19 170:21
171:18
**hens** 61:5,8,18
171:11 211:20
279:13 287:3 299:5
308:14,17 309:9,9
309:11,16
**hereinbefore** 4:6
**hereto** 4:3 251:7
**heretofore** 312:8
**hey** 144:7 192:6
241:25 277:1
279:11
**hfac** 254:12 256:16
257:5,6 258:12
**high** 60:6 155:14,24
156:5 177:6 265:1

**higher** 155:8,9,15
155:17,17,19,20,22
155:22 210:14
229:8,19,21
**highlighted** 174:15
**highlighting** 95:10
96:3
**highlights** 94:11
174:17
**highly** 1:11 269:2
311:4,6
**hill** 207:11 217:4,11
218:5 219:16,21
220:16 288:9
289:11 292:19,22
294:3
**hinds** 312:4
**historically** 155:7
155:13
**history** 35:2 155:14
**hit** 135:2 140:11
260:20,24,25
**hold** 64:2 164:15
178:16 263:21
273:14
**holiday** 178:6,10
**holladay** 9:3,4
197:25
**holland** 294:6
**homework** 296:2
**honestly** 60:5 73:25
**hooks** 217:11 218:1
218:23 219:10
**hope** 13:6 127:15
154:10 160:8
168:10
**hopefully** 145:13,15
146:17,20
**hosted** 207:11
**hosting** 173:4 293:2
**hot** 216:9
**house** 58:9 60:20
166:7 247:7 261:2
279:3

**houses** 60:7,8,9,10
60:10,12,13,24 62:6
170:24 233:21
279:5 284:8 287:4
292:3
**housing** 285:19,23
286:20,24
**houston** 40:16 45:15
45:20 104:11
105:12 142:25
234:10,24 241:20
242:3,3
**hsus** 220:9 234:9
279:7 290:3 301:11
**huge** 235:2
**huh** 12:16 15:7
20:20 34:15 36:24
37:5,10 39:4,7,10
40:7 51:5 59:22
79:15 80:16 92:16
93:16 96:25 101:4
101:10 107:8
115:25 117:3,3
125:3 126:19 129:2
131:10 134:24
136:17 138:25
140:1 142:10
148:21 149:1,5
154:1 172:21 178:4
209:24 210:23
217:3 223:3,10
224:16 226:4,10
231:19 244:20
265:6 269:20
271:10 285:4
287:23 288:22
305:5
**human** 59:13
**humane** 256:10,18
258:3
**hundred** 101:6
**hurricane** 259:15,17
**hurricanes** 259:12
**husbandry** 6:19,20
54:11 170:17 258:2

272:4 274:5 278:1
296:12 308:7
**hy** 183:22 185:1
186:8 187:15 189:6
191:13 195:10
196:14 213:3,24
214:2
**hyde** 73:12,20 74:2
74:5

**i**

**i.e.** 51:1 283:2
**idea** 126:9 198:25
**identified** 280:19
**identify** 8:13
**ignore** 124:11
**illegal** 236:25
237:24 241:4
244:10 249:10
**illinois** 2:4 39:18
122:10
**imagination** 71:19
**immediately** 235:8
**impact** 158:16,22
283:24
**impacted** 51:7
**impinge** 18:24
**implement** 228:16
228:19 277:25
292:1
**implemented** 296:5
296:18
**implementing** 229:7
229:15
**implements** 270:5
**imply** 53:12 54:8,12
**importance** 90:24
92:3,11
**important** 10:23
91:21 95:9 96:17
279:21 292:13,13
**imputed** 135:4,10
135:11,15
**inc.'s** 41:12

**inception** 101:7
**inches** 171:3,4,18
270:1 296:10
**incident** 260:5,9,16
261:21
**include** 17:9 73:11
73:20 111:4,7
243:16
**included** 83:11 84:4
91:10 113:2 226:24
**including** 51:1
174:23 270:17
**inclusive** 278:4
**incorporated** 22:12
251:7
**increase** 159:4
171:20 175:16
178:5 265:22
270:11,14,16,20,22
282:13 283:4
295:13,16 296:14
296:15
**increased** 18:1
270:8,21
**increases** 150:11
153:14 281:9
**increasing** 178:13
270:21
**incur** 228:23
**incurred** 228:15
229:7 297:2
**incurring** 229:21
**indented** 49:19
50:19
**independent** 194:1
202:11,13,21 203:5
203:13
**independently**
154:16 301:19
**indianola** 284:24
285:13
**indicate** 115:12
211:25
**indicated** 50:5

**indicates** 175:13
282:24 283:1
**indicating** 119:10
**indirect** 2:11 8:20
**industry** 54:2 62:10
62:11 146:23
152:25 153:20,22
159:5,17 177:22
178:12 229:2,4
256:15 300:10
301:4,19
**inelastic** 153:2
157:19,22 159:22
**infiltrate** 301:16
**inform** 264:6
**information** 39:19
138:21 140:3 142:8
144:11 207:16
253:22 282:14
306:1
**inherited** 240:6
**initial** 16:21 50:20
95:1 183:25 191:15
**inquiring** 177:1
**inside** 241:3 281:2
**insights** 91:6,23
**inspection** 258:1
**inspector** 257:22
**instance** 82:5,12
96:22
**institute** 285:14
**integrated** 57:6,25
151:20
**intended** 278:4
**intent** 173:9,9,11,13
216:3 276:8
**inter** 135:5,11,12
136:13 137:14
138:2
**interest** 312:18
**interesting** 97:22
**internal** 116:9
192:20
**international** 91:6
91:23

HIGHLY CONFIDENTIAL

**introduced** 27:8
149:25
**introduction** 51:8
281:16
**invalid** 71:2,2
**inventory** 130:10,18
133:6,15 268:5
**investigors** 150:2
**investment** 95:16,20
**invite** 288:17
**invited** 289:10
**invoice** 70:5,8 71:2
253:23
**invoiced** 35:7
**invoices** 32:14 35:8
71:3
**invoicing** 96:13
**involved** 80:14
208:16 209:8
210:19 211:15
235:6 265:11
303:13
**involving** 192:22
193:1 260:6,10
**irritated** 12:10
**issue** 233:18,24
299:18 301:18
**issues** 216:6,13,19
216:23 218:7,13,20
218:23 219:1,2,13
219:16,22 220:18
220:20 221:12,16
221:20 225:6,19,24
233:6 235:18
239:22 244:22
245:1
**it'd** 185:12
**it'll** 63:20
**item** 158:11
**items** 76:22

**j**

**j** 2:5,8
**jack** 209:23

**jackson** 1:16 5:13
8:7 46:22,23 49:23
49:24 50:4,5 70:19
72:18 73:2,7
**jacksonville** 266:24
**james** 2:13 9:1
213:1,13
**jeff** 1:13 5:15,16,20
6:24 8:12 10:1,2,5
20:18 36:25 51:4
55:6,7 73:15 78:10
85:13,18 139:23,24
149:3 156:12,17
172:20 250:8,13
264:24,25 270:9
288:16 311:11
313:2,21
**jeffrey** 9:18,25
**jenkins** 149:3
**jerry** 48:10 49:7
**jessica** 6:8 144:16
263:14 264:4
**jhardin** 78:12
**jive** 37:6 49:4
**job** 17:2,3,23 83:17
107:1 132:20
138:16 145:19
192:18 281:6,11
**jobs** 13:24 87:3
218:10
**joe** 49:11,12,14
**joerg** 261:5 264:22
264:23
**joerg's** 261:6
**john** 46:12,13
**joined** 181:2,4
**jones** 84:5,19 85:4
**judy** 294:6
**jumbo** 77:3,5 78:23
78:24 79:2 99:25
**jumbos** 80:22
137:24 163:25
**june** 6:22 211:19
227:16,20 298:24

**jury** 12:21,21
237:22 240:25
244:6 246:8 249:6
255:7 260:13
267:15 272:1 274:3
275:16

**k**

**k** 6:12,13 150:23
152:23 156:24
157:13,14 158:5
160:6,7
**kansas** 25:19 254:13
259:15
**keep** 11:2 57:22
64:10 89:22 103:11
120:17 138:17
235:24 255:19
260:2 264:19
**keeping** 136:5
**keller** 3:8 9:16
**ken** 22:15 26:20
29:13 30:24 31:3
55:6 72:16 149:3
209:23 214:11
270:9
**kenny** 2:13 55:19
**kentucky** 119:21
122:23
**kept** 243:6 263:21
**kevin** 46:20
**key** 286:11
**kill** 146:11,12
**killing** 308:18
**kind** 23:9 27:10
33:8 46:25 47:1
53:8,19 58:6 88:18
94:7 127:23 146:14
180:21 217:19
232:11,13 240:6
253:3 259:9 274:20
287:20,21 296:21
**kinds** 53:6
**kirby** 84:5,12,19
85:4

**klein** 46:12,13
**klump** 121:6
**knew** 71:16,20,21
191:19 196:20,21
197:12 198:11
199:13,19,21,24
200:1 272:16 284:5
286:12 302:9
**know** 12:22 14:17
14:21 16:6 17:12
22:13 24:2 25:13
29:13 31:1 32:5
33:10 34:3 36:17
37:25 38:9,14 39:11
39:14 41:18 42:2,13
43:8 44:3,11,12,13
44:14,16,18,20,24
46:1,15,16,24 47:22
47:25 48:4,7 50:7
51:13,18 52:13,21
59:3,4 60:23 61:2,3
61:5 62:4 63:14
67:1,11 68:5,9
71:11,17 72:4 73:25
75:4,8 76:1 79:13
80:5 82:7 83:12
84:20,21 87:4 97:12
98:11 104:17,24
106:9 107:24 108:2
108:7,15 113:2,5,7
113:24 116:7
117:14,24,25 118:1
118:5 123:4,6 124:4
126:23 127:24
129:9,25 130:13,13
130:14,19,21,23
131:1,3,15 132:13
133:3,18 135:15
140:21 141:4
144:13 148:6
152:13 159:13
161:16 167:3
168:23 169:18
172:25 174:4 183:4
192:7 195:12 197:2

198:9 199:1,7,9,19
199:22 200:2 205:4
205:17,25 206:9
210:22 211:13
212:10 215:14
216:20 217:12
220:1 221:17,23
224:2,5 225:5
228:17,18,20,25
229:1 230:23
234:11 237:15
247:2 253:14
255:12 258:17
259:7,14 272:16,25
275:3 276:11 277:4
278:13,18,20,21
279:6 281:2 282:10
284:5 285:18
286:19,22,23 287:5
287:16 293:15
296:5,25 297:1,4,8
299:13,24 300:3,5
300:15 305:6,22,23
305:24 306:18
307:7,8,8 308:22
309:1,3,4
**knowing** 296:22
**knowledge** 29:7,8
44:7,8 61:13 159:17
163:14 183:9,12
186:15 189:8,12
227:25 228:14,21
229:5,25 245:11,14
245:21,23 247:25
305:17
**known** 203:2 206:9
213:14,15
**kofkoff** 37:23 38:3
38:15,16 46:21 49:8
**kraft** 34:23,24 39:16
39:16 40:2 183:8,9
184:14 185:21
187:2 188:16 191:1
194:23 196:2

**kroger** 2:16 9:2
25:11,12,18 102:12
102:14,22 120:12
120:13,20 121:7,24
144:10 182:20
184:2 185:5 186:10
187:24 189:9,13,13
189:18,18 190:6,8
194:9 195:13 213:2
213:9,11 214:23
215:7,13 216:22
227:9,14 228:1
244:18 245:6,9,15
245:17,23 246:3,8
266:11 270:19
278:21 279:16
294:20,22
**kroger's** 215:17
216:2 227:16,19,22
**krogers** 25:20 66:17

**l**

**l** 3:7 5:1
**la** 10:8
**label** 36:15 86:18
108:25 248:16
273:4
**labeled** 124:22
134:6,8 145:4
**labels** 28:2,3,5
**labor** 59:2 270:2
**lady** 256:19
**laid** 282:15 284:3
**land's** 51:2 126:19
126:25
**landline** 263:15
**language** 283:8
288:4
**large** 34:16 51:8
77:2,3,5,6 78:24,25
78:25 79:2,2 84:7
99:12,24,25,25
100:4,11 105:17
110:23 113:10,14
137:24 150:12

153:15 308:17
**larger** 14:3 65:6
**largest** 56:23
**larson** 223:7
**late** 171:15 260:9
**latest** 277:1,7
**laugh** 223:17
**lawsuit** 230:3,25
248:14 265:4
**lawsuits** 231:16
236:9,22 238:6,24
239:4 243:11,25
246:25 248:10
297:11,12,20,25
**lawyer** 18:19 52:17
87:2 230:8,11
**lawyerese** 135:23
**lawyers** 192:24
230:2 236:12
237:24 240:24
244:5,9 246:10
249:9 282:22
**lay** 262:13
**layer** 109:15,20
**layers** 212:6
**laying** 6:19,21 57:19
94:20 274:6 299:5
308:7
**layman's** 253:18
**lays** 136:21
**lead** 11:24 155:14
155:16,19 178:17
277:17
**leads** 155:15 178:18
**learn** 174:12 196:18
197:17 231:23
**learned** 197:1
**led** 50:24 289:3
**left** 28:19 70:22
109:14
**legal** 230:1,19
250:20
**legalese** 98:9
**legality** 197:14
199:15

**lender** 19:21
**leonard** 2:19
**lessen** 153:24
**letter** 6:23 104:6
286:1,13
**letters** 227:13
**level** 61:23 89:10
135:25 136:6 153:1
153:5,6 159:21,22
159:23 170:23
173:14,15 193:6
198:8,14 207:19
217:12 272:15
286:9
**levels** 170:23 198:9
**lid** 81:20,21
**lied** 216:2
**life** 103:20
**light** 65:3
**likewise** 12:1
**limited** 51:6,16
**linda** 5:13 46:22,22
72:18,19 73:6,14
74:20
**lindsey** 210:22,22
210:24
**line** 39:1,3,5,19 40:8
40:9 41:4 49:21
55:7 57:5 68:14,14
73:10,13,18,19 78:9
87:9 100:19 109:24
145:13 147:5 155:6
161:18 251:14
313:8
**lines** 49:20 50:20
119:5 285:11
293:16
**lineup** 140:13
**link** 140:2,16,17
**lion** 25:4 270:17
**liquid** 15:13
**list** 21:23 22:2,6
29:1,5 35:20,21
37:16 38:24 40:13
43:24 44:2 73:21,21

HIGHLY CONFIDENTIAL

91:1 115:8 124:25
125:13,15 128:3
278:19,20 289:19
289:20 293:21,25
**listed**   36:13,22 39:9
40:18,22 41:4 99:1
122:11 145:5
172:19 223:22,25
224:8,11 294:6
313:7
**listen**   11:3 12:1
**listened**   296:2
**listening**   11:2
**listing**   93:2
**lists**   20:3 28:17,22
36:18 38:24 40:5
48:22
**literally**   233:12
237:14 262:8 264:9
**litigation**   1:5 8:9
**little**   11:1 12:10
21:16,17,19 26:9
42:5 45:5 56:11
69:10 99:19 104:13
109:23 113:9 123:9
123:23 125:14
135:20 151:7 157:5
158:2 164:9,19
197:25 275:19
278:19
**lived**   25:24
**living**   287:4
**llp**   2:8,19 3:3,8 8:24
180:4
**lo**   26:10,15,19 31:8
**loads**   262:22
**local**   40:9 136:1
286:8
**located**   8:6 142:1
**location**   119:11,22
255:2
**locations**   36:4 59:21
107:16 115:9,9
119:19 121:17
166:8 254:3

**logo**   239:12 246:18
247:13 248:17
249:8
**long**   14:15,22 16:10
29:14 35:15 47:2,2
49:13 104:18
128:20,22 161:20
162:7,12,15,15,25
163:14 172:4
211:14 213:16
214:3 255:12
293:10 300:11,15
300:20
**longer**   38:4,5 123:23
256:6
**longs**   128:23
**look**   18:6 19:22 20:7
20:15 21:11,21,23
27:9 28:16 29:25
31:17,18 35:11,14
35:16 45:9,10 48:15
49:15 54:22 56:20
57:21 58:16 59:19
59:23 62:8 64:9,11
65:1 66:7 68:6,13
72:10 73:13 80:14
86:24 87:6 91:18
92:20 94:10,20
101:22 107:17
113:8 115:4 116:10
116:12,24 118:2,21
119:2 120:6 123:14
123:22,23 127:24
130:22 131:15,17
134:5 136:11 137:1
137:11 141:20
142:15 144:24
145:12 149:24
150:21 157:23
160:3,14 164:7,17
168:4 170:2 172:12
174:3,24 176:11
177:21 206:16
251:11 272:21 274:1
275:15 277:11

287:19 290:21
299:3 308:11,12
**looked**   20:13 116:8
123:21 239:11
286:6
**looking**   33:12 34:17
37:15 42:7 65:2
94:8 96:22,23
102:17 109:19
133:8 229:16
272:22 284:4
**looks**   20:13 35:21
36:4 41:9 45:17
50:12 65:16 70:7
73:25 78:6,7 84:25
90:22 98:24 102:10
104:6,13 117:17
137:5,6 141:24
142:24 147:14
149:17 275:18
287:20
**los**   93:3
**lose**   235:12 263:19
263:20 264:12
267:8 296:8
**losing**   146:6,15
147:6
**loss**   270:2
**losses**   206:5
**lost**   67:1,7 263:5
264:6,20 266:22,24
267:6,8
**lot**   34:2 45:1,6 55:17
63:9 67:1,7 70:7
98:19 138:20 197:6
216:15 220:5
233:23 264:1
289:17 299:20
305:2
**lots**   148:19 177:11
267:6
**loud**   253:13
**lower**   28:19 168:9
168:23

**lucerne**   101:2
**luck**   51:24
**lump**   101:3,5 254:22
**lunas**   93:3
**lunch**   127:15

**m**

**m.d.i.**   22:10,16
**m.w.**   119:9
**machine**   140:11
168:10,11
**mad**   249:19
**madison**   2:3
**magical**   12:13
**mail**   70:4 72:15,23
73:14 78:13 83:9
84:4 128:3 139:15
144:25 147:14
149:4 209:22
211:17 212:3
241:14,18,23,24
243:2 254:4 275:2
288:5,6,9,14,20
289:3
**mailed**   130:11
**mails**   72:18 288:21
**main**   36:12 217:8
**maine**   3:5 5:24 6:17
9:4,7,9 13:12 14:16
16:13,17,19,22 18:4
20:10 21:19,22
28:12 29:12 36:18
42:21 43:18 44:19
48:3 49:1 51:17
53:23 54:9 56:22
59:17,20 60:4,24
64:20 66:10 83:15
86:17 87:12,16
92:24 98:8 101:14
101:23 114:19
115:22 116:15
119:11 126:5,13
130:23 142:5
146:22 148:3,8
150:19 152:6 158:6

HIGHLY CONFIDENTIAL

160:8 161:1 163:13
165:11,21,24 167:6
168:4 169:12,19
180:18,25 182:19
184:1 186:10
187:18,21,25 189:9
189:9,13,14,17,19
190:4,5,9 191:17
192:20 194:10
195:13,14 200:8,16
201:15 202:15
203:6,14,22 205:11
212:5 215:18
217:24 218:3 221:4
228:15,18,22 229:6
229:20 230:1,14,18
230:19 231:17
238:17 243:19
252:14 255:2 256:6
257:1,6,23 260:20
260:24 261:23
265:5,11,21 270:3,7
271:1 279:2,11
283:14 288:17
294:11,23 297:1

**maine's**  22:3 43:9
43:21 44:22 63:13
63:17 68:21 78:21
115:9,12 150:1
215:12 228:25
230:23 251:19
259:2 270:13 297:9
297:24

**maine.com.**  28:13

**major**  115:12,14
270:17

**majority**  86:22,23

**mak**  308:18

**making**  94:2 221:25
224:25 225:3 270:3
276:16

**males**  57:11

**man**  149:23

**management**  107:15
121:8 198:10,13

217:12 259:18

**manager**  47:8 68:8
78:18 83:20 125:25
144:19,20 173:14
284:21

**managers**  106:11,13
106:16 107:5
116:22 124:19,22
126:6,13 135:1
207:17 286:7,11

**mandatory**  258:1

**manufacture**  45:1,7

**manufacturers**
44:23

**manufactures**
151:23

**map**  59:20

**march**  6:18 209:21
254:18 271:2
288:12

**margin**  53:19,22
94:24 95:1,4,11,15
166:9,12,14 167:20

**margins**  53:22
155:8

**mariela**  5:21

**mark**  2:8 8:18 69:14
74:14 78:1 85:23
111:21 143:15
181:12 290:19
303:6,9,13

**marked**  18:7,11
27:21 67:22,24
69:16 74:16 75:13
75:14 78:3 83:1,2
85:25 86:1 90:12,14
97:14,15 102:4,5
103:25 104:1
105:25 108:24
120:20 127:20
129:14,15 131:4,5
133:25 139:5,7
142:16,17 143:16
147:7,9 148:14,15
150:22 157:24

158:1 160:4 168:2
172:7,8 174:1 182:1
182:4 206:21,23
209:21 250:18
268:24 269:1,2
272:23 273:15
281:18 284:9
287:11 290:8,20

**market**  6:2,4 56:7
76:21,24 77:1,5
78:24,25 79:2,9,16
79:18 89:17 99:12
100:1 105:15 110:3
110:21,22 111:1,3
111:15,17 112:15
112:17,20 113:10
113:14 114:2,6,8,17
115:12,14 119:6,12
122:1,3 132:18
137:25 138:1,3,4,7
138:7,11,18,22,24
139:2,19,21,24
140:4,5,13,15,22
141:5 146:5,7
150:15,18 153:14
154:16 156:23
157:17 158:14,20
159:9 165:12,12
174:23 177:23
211:25 262:10

**marketed**  43:12
278:3 292:4

**marketer**  56:23

**marketers**  205:7

**marketing**  20:18
36:19 37:1,9,12
41:11 47:11,13
54:25 55:2,5 70:12
70:14 108:7,13
263:15 278:23
285:14

**marketplace**  220:2

**markets**  29:10 43:9
63:21 76:25 114:15
141:9 157:18,21,21

157:22 181:18

**marking**  106:1
108:22 272:19

**markowitz**  2:18
9:12,13 27:24 28:8
143:20,24 157:3,8
231:10 273:3

**married**  73:3

**marriott**  45:20

**marriott's**  41:24

**mart**  5:18

**mary**  223:11

**master**  5:19

**matches**  163:7

**matching**  145:19

**materials**  107:4,10
107:13 125:15
271:23 272:2,13
276:16 280:23
281:20

**math**  65:21 66:3

**matt**  128:16

**matter**  26:19 119:22
264:22 278:15
312:14,18

**mattered**  119:23

**mcanally**  37:23 38:1
46:14

**mcdonald's**  17:5,6,8
17:9,14,17 55:11
166:5 232:8

**mckinney**  3:3

**mclane**  122:17,18
122:20 123:1 248:2
248:2,3

**mclane's**  123:4

**md**  1:5

**mdl**  1:4

**meadow**  167:11,18

**mean**  13:18 14:10
17:15 23:14 24:5,23
33:23 36:17 38:4
39:22 51:21 53:11
53:16 55:17,18 56:6
57:24 58:3,19,20,24

62:15 66:15 68:4,9
76:8 77:11 79:1
80:22 81:13 82:14
86:8 89:13,13,15
90:6 91:3 94:4,14
96:6 100:21 103:8
105:20 110:19
121:3 126:22 130:4
131:16 132:12
134:20 136:22
137:22 139:1 146:2
156:1 166:2,23
187:18 190:13
192:9 205:1,14
211:8 213:14
218:15 220:6 222:6
225:13 229:12
231:24 232:7
233:12,12,15,20
234:4,18 235:1
237:7,13 239:7
243:3,5 247:7,8
249:20 262:10
263:11 266:14
267:6,25 268:1
271:24 273:2 276:5
276:6 277:8 278:15
281:15,25 282:5,12
283:23 286:5,18,20
290:4 299:17
307:15 309:8
**meaning** 57:8
136:24 146:22
154:4
**means** 39:23 62:13
62:16 86:10 89:3,21
92:7 95:2,6 100:9
101:18 110:17,20
114:1 115:14,19
122:4 135:16 154:3
155:2,22
**meant** 51:9 54:7
71:16,20 72:2 83:24
92:13 96:8 146:3
147:19 242:4

**measure** 297:5
**medication** 13:1
**medium** 77:2,6
105:14,17
**mediums** 163:24
**meet** 14:5 202:7
**meeting** 6:17 19:21
45:15,16 106:11
107:11,12 124:19
124:23 125:1,25
126:6,13 172:22
227:17,20 263:13
271:2 275:23 276:2
**meetings** 42:16,17
43:5 45:19 106:14
106:18 107:5,5,6
275:13 276:15
280:24 281:21
**member** 36:25 37:7
37:11 38:1,4,5,17
42:19 47:16,24,25
48:3 49:2,9,9,24
50:6 127:2 205:12
285:14 304:5
**members** 32:16,20
32:21 35:21,24,25
36:2,12 37:15,17,18
37:24 44:17 48:4,12
48:23 51:14 205:9
206:4
**memo** 96:9 97:10
106:10 121:5
**memory** 22:16 37:6
260:22
**memphis** 25:21,23
25:24 102:12,14,21
104:14 120:12,13
120:20 121:7
**mentioned** 187:20
**mentoes** 167:3
**merchant** 22:11,13
**merit** 4:7 312:2
**mess** 112:6
**message** 83:22

**messily** 83:3
**messrs** 270:10
**met** 46:16 49:12
213:1 244:19
274:10,11
**method** 308:15
**methods** 61:2,24
62:2
**metro** 214:13
**metropolitan** 30:14
**miami** 2:14,15
**michael** 2:22 9:13
144:6,11 210:3
**michella** 126:16,17
126:18
**michigan** 174:5
229:3 269:17,22
272:6 280:19 281:5
282:9
**microphone** 85:22
**mid** 6:2 100:1,5
103:20 129:21
130:25 255:22
**middle** 19:14 20:15
39:6 73:13 151:11
175:9 253:3 282:23
283:9
**midwest** 46:8 55:20
99:11 103:10,19
105:14,17 119:16
**mike** 210:21,22,24
211:18,18
**mike's** 209:25
**miles** 264:18
**milestone** 178:14
**milling** 57:13
**million** 25:17 64:21
64:22 264:17
**millions** 65:14
**mills** 58:5 183:10
184:16 185:23
187:4 188:20 191:3
194:25 196:4
**mind** 23:10,16,18
94:8 112:9 198:21

206:21 235:15
239:19 242:14
244:24 245:6,8
296:21
**mine** 57:5 77:18
92:19 93:18 98:13
120:21 183:23
**minimum** 257:25
**minneapolis** 2:20
**minus** 78:23,24 79:1
80:9 84:7,7 87:24
89:23 111:8 122:2
175:12,12
**minute** 20:8 25:9
39:15 54:22 56:10
85:8 88:12 122:17
124:12 139:10
150:22 156:7 160:3
164:8 192:7 240:11
284:17 287:12
290:21
**minutes** 6:17 18:18
45:14 63:7 82:22
154:7 156:23
234:15 244:16
250:3 271:1 272:7
**miscellaneous** 66:13
67:9
**mischaracterizes**
192:13 199:18
208:13
**misconstrues**
305:16 306:5,17
**missed** 106:22
**missing** 273:15
**mississippi** 1:16 8:7
55:9 121:18,20
279:3 312:4,15
**misspelled** 105:18
**mistake** 206:24
**misunderstand**
34:13
**misunderstanding**
201:12

HIGHLY CONFIDENTIAL

mitch 207:11 217:4
217:11 218:5
219:16 220:16
288:9,21 289:4,10
292:19,22 294:3
mix 54:17 163:7
164:2
mn 2:20
moark 38:10,11,16
126:3
mode 145:16
modified 308:18
molt 146:12 147:20
147:25 148:2,5
169:1,5,15,15
193:25 203:7 211:4
molting 168:25
169:3,12,20 170:22
moment 21:24 134:6
260:16
monetary 312:12
money 32:14,15
35:8 92:4 146:6,9
146:14 233:15
282:16
monoxide 308:16
month 33:6
months 254:6 258:4
258:13,15
morning 6:2 9:1
74:23 129:21
130:25 140:6
237:14
mountain 122:25
move 57:18 147:22
157:4 166:21,21
208:18 211:6
237:17 279:25
292:17
moved 229:18
moves 268:10
moving 48:17 63:22
114:14 147:21
177:2 211:5 244:18
268:4,7

multiple 202:3
235:16 280:1

**n**

n 3:7 5:1,1 211:20
269:22
nachwalter 2:13
name 8:2,11,18 9:24
20:23 36:23 41:8
84:24 105:8 180:1
198:23 212:25
220:24 223:12
226:22 240:8
251:22 261:6 294:4
name's 45:18
named 261:5 272:12
names 37:20 48:7
49:7 222:5,8 305:8
305:10 306:11
307:2
nash 248:4
nasty 234:3
national 2:3 23:1,5
29:17 32:4 33:16,22
34:4,16 46:2,4
48:11 130:18
133:15 167:1
285:15
nationally 23:4 26:4
26:5 30:8,10 249:23
nature 32:22 33:13
36:7
nccr 281:17 298:25
near 68:14 269:13
neck 258:13
necks 308:23 309:18
310:5
need 12:8 53:24
74:23 96:10 125:1
125:14,17,19 131:2
142:12 144:7
225:20 228:12
241:25 262:12
272:24

needed 34:6 82:16
261:17,22,23 281:9
needs 268:8
negotiate 43:16
166:14
negotiated 166:9,12
270:13,15
negotiating 17:9
121:5 165:20
255:25
negotiation 89:20
223:18
negotiations 101:12
255:5,8
neighborhood 64:3
neither 37:23
103:24
nest 136:13,20,21,22
137:2
net 94:23 95:4,11
101:18 109:15,20
113:2
network 34:7 57:20
never 108:19 129:20
129:23,25 130:2,3,8
131:15 133:4 183:9
183:11 200:21,25
206:20 225:20,25
242:20,23 247:23
247:24 248:5
266:17 295:4
309:10,12
new 30:14 46:21
102:20 108:18
160:22 161:2,6,22
161:24 162:4,7
163:15 180:21
214:13 274:21
283:16 284:4
newest 58:24
news 191:23 234:10
234:13 260:25
299:12
nice 127:15 247:5
248:5,6,8,15 249:4

nicholasville 122:22
night 28:7 242:9
254:4
nineties 171:16
nl00212764 176:21
non 71:6 100:20,24
101:1,7 184:1 185:6
185:10 186:11
208:19 237:17,21
244:2 246:5 256:3
279:25 292:17
north 63:15 84:12
84:23 123:9
northern 304:3
northstar 83:23
nose 134:22
notary 4:7 312:3
313:25
notations 38:20
note 67:14 105:15
notes 93:25 94:2
207:5 298:7
notice 103:4 120:1
255:20
notification 255:16
november 87:15,15
87:25 88:1 109:16
110:10 112:14
113:15 178:6,10
181:19 182:15
183:25 185:4
187:24 191:16
194:9 199:13
250:23
nth 258:20
nucal 303:20 304:2
number 26:15 30:1
30:11 31:18,20
34:16 36:20 39:8
62:19 63:22 64:20
67:25,25 69:20
74:18 75:12,15 79:3
79:8 81:9 82:15
85:12,17 86:12
88:23 89:12 90:14

HIGHLY CONFIDENTIAL

92:3,21 94:21 96:16
96:18 98:22 102:7
104:3 106:4 109:19
114:14 120:22
124:1 129:17 131:7
134:5 136:11
139:13 142:19
145:2 147:10
151:10 152:13
154:13 156:11,16
158:4 160:3,5 168:3
172:9 176:18,20
178:12,15 212:6
229:10,11,13,18,18
250:7,12 251:2,19
251:20,21 252:3,13
253:3,6 261:3
263:21 264:13
269:7 277:15
284:14 285:16,20
308:17
**number's**  120:7
**numbered**  27:20
83:4 176:21 290:25
**numbers**  28:1 64:1
64:5 68:1 79:19
80:17 86:3 90:15
93:6,7 97:16 107:17
107:17 109:16,18
110:5 118:9 124:1
131:21 133:1
134:17 135:5,10
137:18 147:10
149:14 151:7 158:4
252:10 262:3,5,16
269:9 296:9
**nutrient**  53:3,10,13
54:7

**o**

**o**  1:21 4:6 5:1,1
211:20 312:2,24
**o'brien**  46:19
139:19

**oath**  10:17 12:15,20
312:13
**object**  11:5 19:25
23:22 32:9 40:24
43:11 62:25 65:10
66:24 72:1 74:8
75:25 100:15
114:25 115:16
117:22 126:8 135:7
143:7 145:25 152:9
157:2 159:11 161:4
164:23 175:4 177:8
192:13 197:16
200:12 208:9
215:20 233:8,10
235:20 237:2,4
238:1,3,11 239:24
241:6,13 242:22
244:12 245:3
246:13 247:15
248:21 249:12
261:16 265:18,25
266:2 267:19,21
268:17,19 271:5,15
271:17 274:16
276:4,19 278:12
280:4,7 281:23
283:19,21 289:13
289:15 292:10
293:1,5,8,19 295:8
295:20 297:14,16
298:2 300:2,9
301:21 303:16
308:2 309:22
310:21
**objected**  310:18
**objecting**  280:8
**objection**  11:24
135:14 136:4
146:25 147:1
159:25 162:20
165:10 186:13
189:22 190:12
199:4,17 201:19
206:7,14 208:13

210:10,17 211:12
212:9 266:6,8
280:13 291:9
295:25 300:18,25
301:9 302:8,14,20
303:23 305:12
306:16 308:25
**objections**  4:12
202:19 203:9,18
204:1 209:1 305:21
306:4,23 307:6
**objective**  33:20
276:23 281:8
**objectives**  17:20
**obligations**  12:20
**obviously**  26:12
37:22 76:23 89:14
108:4 111:14 113:6
121:4 154:8 174:19
222:3 252:2 259:14
**occasions**  220:10
**october**  78:15 88:1
178:14
**odd**  225:10
**oetinger**  5:21
**offer**  34:7,10 277:2
277:3,3
**office**  32:12 35:9
40:16 55:8
**officer**  13:16 20:25
21:3,9,10
**officers**  128:18
**offices**  8:5 40:10
**oh**  15:10 16:3 39:4
50:10 53:1,21 60:18
68:10 102:17 105:3
111:25 120:13
128:4 132:16,19
134:7 142:13 143:5
155:3 173:19
175:21 178:22
202:12 207:5
209:13 239:1
263:11 275:2,14
302:1

**ohio**  46:8 267:1
**okay**  10:24 11:7,14
11:16,21,24,25 12:5
12:9,14,23 13:3,5
14:18,20 15:21,23
18:22 19:1,5,9,15
19:16,19,23 21:1,6
21:11,15,25 23:3,5
23:17 24:12,14 25:2
25:10,15 26:9 27:7
27:14,17 28:9,15
29:10 31:25 35:13
35:18 37:20 38:22
39:4 40:4 44:14,25
45:12 46:5 48:18,21
48:24 49:16,18,21
49:22 50:10,18,23
51:25 52:7 53:1
54:24 55:3,12 56:9
56:15,18,21 57:3
60:2,11,23 61:16
63:22 64:6,13,18
65:5,19 66:8,19
68:10 69:10 70:3
72:4 73:6,16,17
74:12 76:16 77:8
79:6 81:17,23 82:25
83:5 85:5 88:12,15
88:25 89:6 93:6,14
94:18 97:1 98:2,21
99:21,23 100:19
102:2,8 104:4,19
106:7,22 107:18,23
108:21 109:2 112:9
112:19 113:8,23
114:7 115:6 116:8
116:16 117:10
118:11,21,23
119:24 120:5,19,19
120:20,22 121:15
121:19,25 123:15
123:22,24 124:3,11
124:13,17,19,24
125:8 127:6,18
129:5,8,13,18 130:9

HIGHLY CONFIDENTIAL

**[okay - page]**

131:13 133:23,24
134:12 138:15
139:8,17,20 141:6
141:15,21 144:22
146:17 147:4,12
148:6 150:5,25
151:8,9,16 152:4,15
152:22 153:7
154:13 155:3 157:7
157:12 158:10
159:20 160:10,13
162:16 163:10,12
163:18,20 164:16
164:21 166:5
168:13,16,22
169:18,23 172:14
173:24 174:2,16
176:10,17 180:5,9
180:10,12,13,17
181:3,25 182:9
187:22 188:22,22
190:2,5,7 192:2,3,6
192:10 193:19,25
196:23 197:21
199:1 200:4,5,6
202:12,12 203:4
204:21 205:8,22
206:18 207:7,20,25
208:3,20 209:10,11
209:12,20 210:13
211:1 213:4,7
214:14 215:1 217:1
219:24 222:11,12
222:14,22 223:24
231:6 232:24
236:10 239:2
241:17 242:11
253:5,16 257:15
258:15 260:25
263:24 267:24
268:2 269:12,15,18
277:14 284:18
286:4 287:18
289:24 291:2,24
294:1 298:23 299:6

299:7,12,16,22,23
300:5,14 302:1
303:4,9 304:1,10
305:2,3 308:11
309:3,5 310:3
**old** 1:15 8:6 40:2
163:23 164:1 275:6
**oldenkamp** 303:6,9
303:13
**once** 42:3 58:8
141:12 162:9,17
**one's** 120:20 245:13
**ones** 14:3 40:9
106:16 211:21
232:11,13 234:3
255:3 275:6,12
279:14,15 311:7
**ongoing** 219:2
220:13 262:25
299:18
**online** 163:15
**op** 47:8,17 96:9 97:4
97:4,8 127:1 176:25
**opelika** 93:3
**open** 77:12 258:11
267:5
**opening** 50:20
**operate** 24:15 58:24
**operated** 35:4
**operates** 35:10
152:25
**operation** 57:25
254:10 285:13
**operational** 162:10
162:11
**operations** 5:25
57:14,15,16 106:16
109:8 158:16,23
254:10 286:8
**opportunity** 136:7
**opposite** 283:22
**ops** 96:6,19,21 97:12
**order** 262:22
**orders** 17:18 262:6
262:17

**ordinary** 68:19,20
69:8 114:20 117:6
151:2
**organic** 51:1,7,11,19
52:18 53:3,7,12,15
254:13 256:14
277:3
**organics** 51:13
**organization** 20:10
**organizations** 220:9
**organized** 32:2
126:24
**original** 83:23 84:17
**originally** 170:19
198:20 284:3
**orleans** 180:21
**orr** 120:2,3,8
**osmond** 217:11,21
218:8,14,17
**ottinger** 223:11
**outcome** 53:15
312:19
**outlets** 123:10
**outlined** 78:21
**outside** 41:10
134:21 230:21
241:2 244:7 256:22
**overall** 65:7
**owned** 50:6 151:24
152:10 292:2
**owner** 46:7

| p |
|---|

**p&l** 109:15,20
**p.a.** 2:13
**p.c.** 2:2
**p.m.** 127:9,13
156:13,19 168:12
179:19,23 207:25
212:18,22 250:9,15
273:19,23 290:14
291:18 298:10,14
311:13,14
**package** 58:10
62:12,18 63:4 99:18

166:8 176:3
**packaged** 59:13
**packaging** 58:2 59:1
99:14,17
**packed** 30:3
**packet** 124:21
281:19
**page** 5:2 7:4 19:22
20:3 21:12,21 28:12
28:16,17,19 31:18
31:19 35:20 36:2,3
36:19 38:23,25 39:3
40:3,21 41:5 48:16
49:17 50:16 54:25
55:2 56:20 57:21,22
57:23 58:16,21,22
59:19,23 62:8 64:9
64:11 66:7 68:6
70:7 87:6,18 88:13
88:22 90:20 91:20
92:21,21 94:10 98:6
98:7,21 101:21
102:6 104:2 106:4
108:16 109:3,12
112:11 113:13
115:4 116:25,25
118:2,8,15,22 122:6
122:7,16 124:14,15
124:21 129:24,25
130:10,15 131:11
132:22,23,24 133:5
133:6,14 137:11
142:19 150:1,6
151:5,6,9 152:15,17
152:24 155:4 158:3
158:4,9 160:12,15
168:17,20,24
169:25 174:7,24
177:3,22,24 251:2
253:2,3,4 254:15
256:11,11,13,16
257:14,19,19 269:9
269:10 277:11
285:5 287:20 288:8
291:23 293:24,25

**[page - piece]**

294:2,13 299:2
303:6 304:10,24
308:8,10 310:18
313:8
**pageland** 93:3,22
**pages** 28:14 41:4
58:17 106:3 113:1
113:11 124:12
130:5 148:16
151:13 312:5
**paid** 82:17 91:7
230:1 242:25
**pain** 96:11 258:12
**paint** 146:8,15
**paragraph** 36:20
50:23 73:13 103:3
152:16,17 154:14
154:23,24 155:4,5
159:1 164:18
175:10 251:2
257:17,18 269:13
269:16 282:19
285:9,11 308:13
**paragraphs** 50:20
152:20 271:7
**paramore** 22:15,18
26:21 29:13 46:16
55:6 72:16 149:4
180:7,23 209:23
270:10 271:12
**paramore's** 25:6,7
31:10 180:14
214:11 270:9
**parentheses** 269:11
**parking** 264:1
**part** 4:15 18:16
83:21 85:1 107:1
108:9 130:4 132:20
138:16 156:3
168:24 180:22
197:13 198:12
228:1 249:24
251:25 257:16
259:13 266:18
293:15 310:4

**partially** 90:17
**participate** 38:12
39:23
**participating** 17:20
228:23
**particular** 53:15
82:5 90:6,8 93:10
114:16 115:20
119:11 124:21
150:10 170:21,22
170:22 278:16
279:14 286:10
**particularly** 91:5
177:10 264:14
276:9
**parties** 4:3 8:14
**partner** 126:21,22
**parts** 27:13 280:9
**party** 312:17
**pass** 287:13 290:22
298:16
**passed** 107:4,10
178:14 229:6
**pat** 189:16 200:13
201:11 202:5
204:17 205:15
211:13 307:7
**patrick** 2:2 6:5 8:22
139:15 180:2
298:19 299:17
**patrick's** 179:9
**pay** 33:25 69:4 71:4
81:2,24 101:15,19
105:24 134:22
149:13 270:22
282:12
**paying** 243:8
**payment** 101:6,13
296:22
**peg** 138:5,7
**pegged** 99:25
165:12,13 166:11
**pennsylvania** 1:2
8:11

**penny** 296:19
**people** 9:11 24:24
36:13 48:23 60:19
68:15 79:17 125:19
131:2 140:12 142:6
145:1,5 172:20
198:2 207:19 214:9
217:8 222:3 223:21
223:24 224:7,11
234:5,11,16,24
235:17 236:19
240:1 244:19 254:2
254:7,9 258:18
269:6 270:23
284:13 289:8,20
290:24 294:25
**percent** 50:1,1,6,9
62:10,16,19 63:25
64:1 65:22 66:11,12
66:13 67:5 96:16
105:22,23 111:9,15
111:17 119:9 152:1
152:11 175:16,16
200:10,18 201:17
202:17 270:12
278:1,4,9 279:22
280:4 283:4,5
285:22 292:2,7,12
297:6
**percentage** 44:22
50:13 62:21 63:12
63:17 65:17 67:7
80:5 86:16 94:13
**perfect** 128:1
**performance** 106:17
107:15,17
**performed** 308:16
**performs** 169:12
**period** 21:14 31:11
35:3 38:18 52:10
59:5 62:22 80:7
86:17 88:16 89:24
93:8 100:21,23
109:8 111:22 112:4
112:13,24 113:15

114:2,3 128:10
130:17 148:12
155:23 163:15
169:4 178:6,10
182:18 200:5,7
217:15,15
**periodic** 114:22
142:9
**periodically** 128:5
**periods** 112:22
**permission** 139:16
139:18
**permit** 253:23
**permitted** 162:9,9
162:17
**permitting** 162:3,13
163:20
**person** 70:24 261:12
**personal** 253:25
**personally** 132:9,11
185:4,5 187:24
191:22 297:1,8,22
**perspective** 164:2
266:17 307:10
**peta** 277:1
**peta's** 220:8
**phone** 9:11,14 18:10
27:19,22 139:12
157:5 231:8 234:6,7
234:16 237:12
241:11 260:17
261:2,3,4,5 262:3,5
262:15 269:6
284:13 287:15
290:24
**physically** 254:7,9
**picked** 24:8
**pickett** 125:20
126:12 143:1
**picture** 27:10 109:3
**pie** 66:10,22
**piece** 72:15 99:17
142:24 278:16
281:1,3

HIGHLY CONFIDENTIAL

pinpoint 233:4
242:12 244:23
place 4:5 33:25
34:17 35:6 163:23
163:25 232:18
259:18,20 312:7
placed 312:12
plaintiffs 2:5,11,16
3:11 8:20 9:2,17
199:14 230:15
231:1 236:8,14
265:10 267:16
plan 259:2,6,12,15
planning 116:5
plant 264:9
plants 17:18 134:17
134:18 136:6
138:14
players 88:21
playing 136:6
233:14
plaza 2:3
please 9:23 31:17
35:12 38:23 49:15
56:12 72:11 90:21
105:15 109:12
118:24 120:6
122:16 123:22
136:18 143:15
144:24 157:23
158:9 167:24
168:16 169:25
173:25 176:11
206:16 231:21
233:3 274:1 275:16
293:24 298:22
303:3 308:6,9,13
plus 165:16,18
166:3,5,8,11 167:20
232:7
pmsa 46:9,10
point 11:6 16:18
18:3 48:13 52:19
57:3 91:14 114:11
121:4 177:5 197:2,3

208:21 217:7
218:11
points 50:13 208:4
policy 227:23
228:11
populate 163:5
portion 25:5 59:1,2
63:10 81:21 280:15
295:18 296:7 299:4
portions 22:22
position 13:13 129:5
147:20 211:4 277:2
285:12
positions 128:21
possibilities 43:6
possible 82:8
post 248:13
posted 228:11
potential 50:25
241:19
potentially 242:1,3
pouring 146:6
power 279:17
powerpoint 90:22
291:4,22 302:24
practice 274:24
practices 54:11
301:7
prefix 143:21
premier 40:21 41:1
41:8,18,19 49:20
preparation 18:16
19:3 182:11 193:13
prepare 91:25
prepared 78:6,8
90:19 91:5,19,24
114:19,22 177:15
177:15
preparedness 259:2
259:6,12
prepares 130:19
presence 257:24
present 239:21
presentation 43:3
271:24 276:17

290:14 291:4,11,18
302:24 304:6,9
presented 303:5
304:6
presenting 201:21
president 13:14,19
14:16 18:4 20:19
21:7,8 47:2,4 70:16
70:18 73:9
presidents 55:5
press 199:10 226:9
226:13,15,24 227:8
227:9 228:4 279:11
pressure 178:19
pretty 53:11 55:18
59:9 128:10 150:18
193:5 223:18 243:3
243:4,8 272:10
281:4,6,11
prevention 259:15
previous 29:11
31:19 80:2 87:23
91:18,20 101:21
144:3
previously 127:20
147:22 211:6
309:14
price 76:18 79:20
82:1,3 98:17,19,20
100:11 103:4 110:2
112:15,20 119:5,12
121:25 122:1
135:11 141:8,24
143:3,11 145:17
153:2 155:17
156:22 157:19,22
158:14 159:19,22
164:19 165:12
166:17 175:10
178:18 229:11
263:6,10 264:20
265:13,22,23
267:11,23 268:8
270:4 281:9 282:12
295:13 296:14,15

prices 43:17 79:7
135:2 142:4,7
150:11,13 153:16
154:15,16 155:15
155:20,25 158:16
158:20,22 159:6
165:4,6 175:15
177:2,5 204:10
210:14 229:8 251:5
283:4
prices.aspx 150:3
pricing 23:20 79:13
80:1,3 82:2 87:19
89:14 96:20 98:25
99:5,6,22 100:3,12
100:20 102:21
136:14,22 137:15
138:2 251:3 252:3
252:11,12 263:18
primarily 14:3
29:19 31:9 32:3,13
36:6 53:24 56:8
primary 17:4,7
280:25 281:3
principal 46:6 217:4
220:25
principals 48:13
print 96:2 131:18
269:10
printed 150:4 158:3
168:9,11
printout 151:6
168:3
prior 114:3
private 86:18
privilege 18:25
probably 10:18 11:1
25:16,17,17 26:11
30:13 43:1 51:15,16
52:15,16 61:14
63:23,25 65:22,25
65:25 79:25 83:19
83:25 91:13 92:12
93:25,25 94:1 98:12
99:4 103:10 110:22

HIGHLY CONFIDENTIAL

117:11,16,25
119:25 123:20
125:5 141:17 144:6
161:14 162:24
163:4,17 171:1
172:1 176:2 178:25
181:1 182:13 197:1
217:17 228:9,12
252:7 255:12
296:16
**problem**  28:6
234:23 301:23
307:17
**problems**  242:25
**procedure**  4:9
**proceed**  8:16
**proceedings**  312:20
**process**  71:3 162:13
299:8
**processed**  1:4 8:9
**processing**  58:3
160:21
**procurement**  40:6
**produce**  40:6 57:16
57:17
**produced**  107:22
131:9 188:1 189:15
189:19 190:10
**producer**  56:23 57:7
122:9,13 260:6
264:8 303:10,14
304:6
**producers**  32:22
33:12 42:10,15 43:5
43:9 91:8 170:8
171:17 252:6 274:5
288:18 304:4
**produces**  94:15
151:23
**producing**  301:19
**product**  51:2,7 52:1
52:11 53:9 54:17
89:1 153:2 163:7
164:2

**production**  57:15
58:9 59:24 60:3
61:2,25 150:11
151:20 152:1,12,12
153:14 160:20
162:1 163:2,9 172:9
270:21 278:2
**products**  1:4 15:20
16:2,4 54:5 63:3,9
66:12,21 67:10
76:24 111:18
214:19
**profile**  56:22
**profit**  53:19,22,22
155:8
**profitable**  164:20
**profits**  155:17,21
**program**  6:11 7:2
32:4,19 33:16,23
39:24 51:19 102:20
148:7,11 149:16,21
168:25 169:4,13,20
170:11,16,18,18,19
171:10,19 173:12
173:15,17,18
174:15 176:6 188:2
189:15,20 190:10
192:8 193:5,18
194:1 197:14,19,22
198:5,16,21,24
199:15,21 201:22
202:10,11,14,22
203:5,13,22 207:16
207:21 208:5,22
209:16 217:18
221:22 226:16,21
228:16,24 229:7,15
231:24 232:15
233:6 234:21
235:18,23,25,25
236:15,20,21,25
237:23 238:14
239:22 240:7,25
241:2 242:18
243:15 244:9,21,25

245:19,25 246:9,10
247:10,24 249:10
251:23,24 256:7,22
256:24 257:1
258:12 269:25
270:5 271:8,21,25
276:24 278:23,24
281:9,10,17 283:16
284:2 285:16,17
286:19,22,23 287:1
287:2 289:9 290:1,2
290:6,15 291:5,6
292:15 293:6,15
295:3,6,14 296:18
297:3 299:25 300:6
300:11,19 302:5
304:18,23 307:11
309:16 310:2,4
**programs**  34:8,9
51:1 52:19 53:4
61:19,20 208:1
**projected**  211:10
**projections**  211:20
212:5
**prominent**  171:1
**promise**  24:12 76:14
90:16 237:6
**promoted**  21:10
**properly**  85:23
**proportion**  65:6
66:20
**proposal**  78:21
88:10
**proposed**  87:25
**proposition**  242:2
**protect**  234:22
**protecting**  278:17
**provide**  81:1 138:21
143:4 175:25
237:10 259:8
**provided**  35:5
148:23 251:6 259:5
**providing**  36:14
119:12

**provision**  98:10
**provisions**  254:2,25
**ps**  197:13
**public**  4:8 234:16
235:6 259:20 312:3
313:25
**publish**  132:4
**published**  132:5
**publix**  29:10,22
141:3 181:18 182:5
182:8 183:6 184:12
185:19 186:25
188:14 190:24
194:21 195:25
245:24
**pull**  287:6 298:21
302:23 308:5
**pulled**  263:25
**pullet**  168:25
**pullets**  57:17 151:22
**pulling**  287:7
**punch**  128:2
**purchase**  217:23
218:3 221:8 222:1
222:19 223:20
224:3 225:1 262:5
262:17
**purchased**  161:8
**purchaser**  2:11 3:11
8:20 9:17 98:5
**purchases**  221:4
**purchasing**  188:1
189:10,14,19 190:9
**purely**  166:6,11
**purpose**  36:14
174:10 207:15
287:1 309:15
**purposes**  34:19
**pursuant**  4:8
**pursued**  160:19
161:5
**pursuing**  161:1
**push**  262:24
**pushes**  32:15

pushing 258:14
put 47:1 54:19
  82:24 129:22
  139:10 156:24
  173:23 176:9
  209:19 234:9 239:8
  255:10 260:4 263:5
  263:16 269:23
  275:7 305:8
putting 249:8
  274:20 282:4

**q**

q4 210:4,7
qa 242:5
qualified 169:22
qualify 50:7
quality 33:24 34:8
  34:20 35:5 257:18
  257:22
quarterly 6:17
quarters 109:14
question 11:9,10,23
  43:14 63:20 65:12
  112:12 114:11
  117:8 130:21
  131:24 135:22
  165:3 188:5 189:24
  190:14 200:21
  201:3,12,25 205:21
  208:21 218:5 222:8
  224:20 231:18
  240:23 242:20,23
  244:4 245:4,6,8
  264:19 297:18
  307:19
questioners 179:16
questions 4:13 11:3
  11:4,20 22:9 60:1
  102:3 180:6 197:18
  207:9 231:4,9,11
  232:23 234:18
  235:4 239:15
  242:10 298:20
  299:21 307:19

312:13
quick 35:14 45:10
  54:21 172:13
  268:10
quickly 163:5
  176:14 261:8,24
  272:25
quinn 6:8 144:16
  263:14
quite 32:5 189:23
  224:23 256:9
  283:22 296:15
  297:5
quotation 79:10
  119:17
quote 76:24 79:5,12
  80:19 81:3 100:5,12
  103:6,11,12,15,16
quoted 154:16
quotes 76:18
quoting 79:7

**r**

r 269:22
rahn 269:22
raiding 301:15
raise 265:13
raising 233:15
ran 40:17 106:16
  286:7
randalls 104:9,11
randle 5:11 68:7
  125:6
rang 261:2
range 60:23 175:12
ranged 296:3
rapidly 234:8,12
ratio 49:24 65:1
reached 169:9
reaction 191:22
  231:15
read 93:19 98:9
  100:7 152:24
  193:24 194:3,7
  199:10 226:9 227:5

227:9,19,22 228:4
  236:12,21 253:11
  253:12,13 257:21
  258:6 265:3 271:7
  282:22 284:17
  287:12 288:14
  296:1 313:3
reading 4:10 98:12
  175:19 287:17
real 12:9,11 28:6
  96:10 120:5 172:12
reality 90:6
realized 175:15
  283:3
really 14:21 25:13
  55:23 121:3 149:12
  179:12 196:21
  205:20 209:7
reason 12:24 13:3
  84:15 105:8 121:10
  190:14 204:9 216:1
  226:25 258:13
  269:10
reasonable 64:4
reasonably 88:2
recall 29:23 38:6,7
  40:14 41:19 43:1
  45:19 48:6 51:21,23
  51:25 52:2 63:1
  68:24 74:11 83:7
  90:4 91:14,22 92:8
  92:13,18,19 94:7
  102:13 104:23
  105:7 121:2,9 127:3
  167:11 173:13
  179:1 191:19
  225:17 227:7 228:6
  260:21,22 261:10
  262:8 271:18
  272:11 280:8
  281:17 284:24
  289:16 290:4,11
  293:9,10 294:24
  296:3 300:10
  301:22 302:10,21

304:19,20,21 306:8
  310:22,23
recap 92:23 130:15
recapping 95:22
receive 68:19 97:3
  117:6 151:2
received 70:5 73:22
  117:4,17,19 270:11
receives 130:24
  230:19
receiving 72:22
  117:12 145:8,10
  149:6
recess 67:18 127:10
  156:14 212:19
  250:10 298:11
reclamation 89:2
recognize 18:13,15
  75:16 172:15,16
  261:3 281:14
recognized 277:21
recollection 19:4
  20:9,12 21:2 22:1
  29:18 46:13 49:5
  91:4 207:18 210:11
  210:18 214:4
  216:12 218:12,25
  219:19 221:18
  227:11 232:9
  247:11 301:11
recommendation
  200:9,17 201:16
  202:16 203:7
reconcile 240:25
  241:7 244:6,13
reconciled 246:9
record 4:4 6:11 9:24
  67:16,20 85:14,15
  85:19 112:10 127:8
  127:12 144:23
  149:16 156:13,18
  179:18,20,22
  212:15,17,21 213:1
  250:9,14 257:22
  273:14,18,20,22

HIGHLY CONFIDENTIAL

282:3 292:20 298:9
298:13 311:12
313:5
**records** 253:9,14,17
253:25
**recoup** 229:20
295:17
**recouped** 297:2
**redid** 235:7
**reduce** 145:15
146:18,20 200:9,17
201:16 202:6,16
**reduced** 103:4
175:17 178:17
283:5 312:8
**reduction** 6:11
148:7,11 149:16,20
202:21
**reductions** 193:23
**reed** 294:13
**refer** 198:2 217:15
**reference** 269:17
**referred** 198:15,16
**referring** 75:6,9
125:5 217:16 272:7
**refers** 210:2
**reflect** 82:1,3 103:5
149:11 155:12
229:18
**reflecting** 81:3
**refresh** 21:2
**refreshes** 19:4
**refundable** 101:7
**regard** 44:3 270:10
**regarding** 156:22
212:5 214:2,23
215:17 217:22
228:5,14,21 229:5
229:25
**regardless** 222:7
278:2 292:3
**region** 141:16
**regional** 23:1 29:16
29:19 32:22 33:13
36:6 40:10 83:20

**regionally** 30:9
**regions** 46:11
**registered** 4:7 312:2
**regret** 264:6
**regular** 80:21
106:20,25 130:24
132:14 138:23
141:8 292:23
**regularity** 226:14
**regularly** 148:3
220:19
**regulatory** 162:4
**reimburse** 206:4
**related** 154:15
204:25 226:12
312:17
**relates** 1:7 70:11
**relating** 194:5
**relations** 234:16
235:6 259:20
**relationship** 17:21
261:22 286:12
**relationships**
166:10 220:3
**relative** 211:21
**relatively** 157:18
**released** 234:1
**releases** 199:11
226:9,13,15,24
227:8,10 228:5
**reluctant** 155:24
**rely** 220:11,19
**remain** 37:11
100:20,24
**remember** 16:23,24
26:17,22 38:19
40:25 41:3,7,8,8,24
42:24 43:2,4,7
45:21 49:6,10,11,12
51:10 60:5 69:10
72:22,24 74:19 76:7
78:7 84:13,24 85:2
91:10,12,16 93:23
103:9 104:7,19
121:7,23 129:7

145:8,10 146:4
149:6,8 161:14
171:25 172:5,18,25
173:2,5,10 174:11
175:19 177:18
179:1 180:9 191:20
193:3,10 204:23
205:14 222:7
223:12 226:18,19
226:21 227:21
231:17 232:12
236:15 239:17
240:8 243:7 245:20
245:22 255:23
259:8 260:9,14,15
260:17 261:1,6
262:7,21 265:15
274:7 278:8 281:15
288:1,3,4,6 289:17
291:10 293:13
294:25 296:9
299:14 301:22
304:2,8
**remiker** 6:23 284:19
**reminds** 63:8
**removed** 305:10
306:11
**renew** 89:19,19
**rep** 144:18
**repeat** 28:2 230:7
**rephrase** 190:1
**replaces** 128:23
**report** 6:22 76:22
95:8 127:23 129:22
130:25 131:12
133:6 228:2 269:23
298:24
**reported** 1:20 49:24
77:3,9
**reporter** 4:7 7:3
8:15 76:21 106:1
108:22 219:4 312:1
312:3
**reporting** 51:6 68:9

**reports** 83:19 95:23
**represent** 8:14
28:11 45:6 65:14
66:1 109:18 113:19
180:2 213:2
**representative**
42:21 256:2
**representatives**
239:20
**represented** 46:4,8
**representing** 8:19
8:22 9:2 46:20
**represents** 64:23
65:16 79:11 109:22
114:15
**reps** 144:9,15
**reputation** 297:10
297:24
**request** 53:25
116:21 117:2
237:12 288:16
**requested** 238:20
270:11
**requesting** 54:5
**requests** 238:22
**require** 61:20
245:25 257:6
258:21
**required** 172:6
201:22 240:9,14
243:24 248:8,17
249:3,24 258:17,20
259:22
**requirement** 171:3
171:5 252:15 258:8
278:9 280:4 292:7
**requirements** 24:3,6
50:2 75:2,4,9
170:11,13,15,20
202:7 257:18,22
258:24 277:19
**requires** 245:16
256:23,25 257:4
**requiring** 221:22
243:18

HIGHLY CONFIDENTIAL

[reread - robison]

**reread** 82:10
**reserved** 4:14
**respect** 205:18
  210:14
**respected** 304:13
  305:7
**respective** 4:4 212:6
**response** 175:15
  235:3 283:3 307:18
**responsibilities** 14:1
  14:9,10 17:24 18:1
  31:8
**responsibility** 17:5
  17:8 22:21,22,24
  25:14 30:20,23
  119:20 121:9
  214:12
**responsible** 43:13
  55:9 60:19 121:19
  121:23 165:19,23
  245:12 284:22
**responsive** 208:19
  237:17,21 279:25
  292:17 307:14
**responsiveness** 4:13
**restaurants** 285:15
**restricting** 51:11
**restrictions** 170:25
**result** 297:10,24
**results** 106:17 115:1
  158:23
**retail** 62:11,18,22
  63:4 66:11,14,16,20
  80:6 86:13 89:10
  123:10 141:9 142:4
  142:7 143:11
  144:10 153:5,6,9
  157:17,20 159:22
**retailers** 81:18
  141:14 226:7
**retain** 253:21 264:5
  264:14
**retained** 255:16,18
**retire** 203:16

**retired** 30:24 31:3
  70:20 125:10 180:7
  180:23
**return** 63:7 95:15
  311:2
**revenue** 65:2
**reverse** 238:8
**reversed** 246:3
**review** 5:18 90:18
  106:17 128:13
  131:21 132:2,6,14
**reviewed** 193:12
**reviewing** 154:18
**rid** 129:11 261:18
**ridiculously** 264:13
**right** 13:4,5,10 16:5
  16:9 19:9,15 26:22
  27:6 31:6 39:5,6
  44:25 45:8 46:18
  49:21,21 54:19 56:5
  63:6 64:22 65:25
  66:6,9 68:17 70:21
  70:23,25 73:8 78:1
  80:14 82:6 83:10
  84:3,18,19 88:7,24
  90:11 92:14,20
  95:21 108:15 110:9
  114:9 121:14
  130:20 133:10
  136:19 138:10
  140:23 151:10,14
  151:15,17 152:2
  153:8 154:13
  156:25 157:11,19
  161:19 163:21
  164:15 168:1,5,6,10
  168:25 175:2 179:5
  181:12 194:4
  196:25 197:23
  198:19 201:3 206:2
  207:14,22 209:18
  209:19 211:3,17
  212:12 217:18
  220:2,21 222:5
  225:9 230:10 236:4

236:11,17 237:13
  238:6 239:8 240:20
  241:14 250:24
  251:1 252:10 253:6
  255:7 256:18 257:8
  258:6 263:2 265:14
  268:23 271:23
  272:19 273:25
  275:10,15 277:5,17
  281:12 285:8,9
  287:19 288:20
  289:7,23 290:7,13
  291:21 294:3 302:1
  302:2 303:3 306:21
  307:4 308:5,23
  309:11,17
**rights** 208:15 301:5
**ringing** 234:7
  260:17
**rio** 167:12
**risen** 177:23
**rising** 204:10 262:10
**risk** 158:11
**riska** 50:24
**river** 55:17,21
  122:24
**rmr** 1:21 312:24
**road** 1:15 8:6 10:8
**rob** 9:4
**robert** 120:2,3,7
**robertsdale** 279:5,9
**robison** 3:2 5:6,8
  9:5,6 15:8 19:6,24
  23:21 24:1 32:8,24
  33:4 35:23 40:23
  43:10 56:1 62:24
  65:9 66:2,23 69:25
  71:25 74:7 75:24
  77:19 88:3 100:14
  111:20 112:2,5
  114:24 115:15
  117:21 118:14
  120:11,14 126:7
  132:8 135:6,13
  136:3 137:3,7

142:11 143:6
  145:24 146:24
  152:8 157:1 159:10
  159:24 161:3
  162:19 164:10,22
  165:9 175:3 177:7
  179:6,14 181:20,24
  186:12 189:21
  190:11 192:12,23
  197:15 199:3,16
  200:11,19 201:5,9
  201:18 202:2,18,25
  203:8,17,25 204:5
  206:6,13 207:2
  208:8,12,25 209:5
  210:9,16 211:11
  212:8 215:19,24
  230:6 231:7,13
  233:25 236:3
  237:19 238:5,15
  240:15 241:8,21
  243:10 244:17
  245:5 246:15
  247:17 248:22
  249:17 250:4,16
  261:25 265:19
  266:3 267:14
  268:11,20 269:5
  271:6,19 273:5,13
  273:24 274:23
  276:13 277:10
  280:2,10,17 282:2
  284:10,12 287:14
  289:22 290:23
  291:13 292:18,21
  293:4,12,20 295:10
  295:22 296:24
  297:19 298:5,15
  300:1,8,17,24 301:8
  301:20 302:7,13,19
  302:25 303:15,22
  305:11,15,20 306:3
  306:15,22 307:5,25
  308:24 309:21
  310:10,15,24 311:5

HIGHLY CONFIDENTIAL

**robison's** 307:18
**robust** 97:20
**roger** 45:25 46:1,2
    72:20 73:14 177:15
**rohrback** 3:8 9:16
**role** 70:17
**roll** 45:18 271:8
**rolled** 296:18
**ron** 217:11,21 218:8
    218:13,17
**roof** 262:11
**room** 285:19
**rose** 70:6,8 73:23
    74:2 263:8,8 265:7
    265:10,21,22 266:9
    266:15,23 267:7
**roughly** 66:21
    148:24 157:17
**round** 64:1
**roundie's** 2:6 8:24
    180:4
**routinely** 238:21,22
**rule** 11:18
**rules** 4:8 10:21
**run** 136:13,21,22
    137:2 148:18 155:3
    155:5 175:13
    264:10 283:2
**runs** 136:20 256:19

**s**

**s** 5:1 6:19,21 83:12
    266:19,21
**safety** 33:24
**safeway** 55:10
    101:14 104:7,10,11
    104:17,20 163:22
    182:22 184:4 185:8
    185:11 186:17
    188:4,6 190:16
    194:13 195:17
    213:2,17 223:1,4
    224:7,11 237:12
    239:14,15,20 240:1
    240:7,16,17,24

241:1,10,20,22
242:5,6 245:23
252:25 253:23
254:1,7,9,24 255:1
255:6,8 256:1,2,5
256:23,25 257:3,12
257:17 258:9 259:1
259:6,8 278:20
279:16
**safeway's** 223:20
    224:3 228:7,10
**sake** 33:8
**sale** 71:22 210:15
    214:23 215:12
    285:17
**sales** 13:14,19,21
    14:16 15:2,2 16:25
    17:1 18:4 28:24
    29:3 32:16,17,19
    43:21 47:15 62:1
    63:13,17 64:12 65:7
    65:7 66:20 83:20
    94:2 96:24 113:3
    119:20 120:1 144:9
    144:15,18,19,20
    147:21 149:23
    152:6,7 165:20,24
    211:5 307:11
**salinas** 40:17
**sam's** 23:7,12 24:9
    30:6 31:14
**sample** 148:23
**san** 24:18
**sargent** 83:13,14
    84:5
**sat** 256:20
**satisfied** 235:10
**saturday** 138:13
**save** 210:4,7
**saw** 18:14,15 182:10
    278:18 281:24
**saying** 19:8 49:20
    52:15 70:5 71:8
    95:15 106:23
    145:22 146:8,10,17

146:19 235:24
243:7 247:20
253:18,19 282:10
293:13 295:5
**says** 10:17 11:13
20:25 21:6,22 23:6
26:15 37:3 49:23
50:23 55:7 56:6,23
57:6 58:2,17 62:10
62:11 66:9,11 67:10
68:8 71:1 73:6,10
73:19 74:23 75:20
78:20,23 79:13
80:19 83:11 84:6
89:1 90:23 91:20
93:20,21 94:11,23
95:1,4 99:6,21,24
100:25 102:16,19
103:3 105:13 107:3
108:16 109:7,15
110:2 111:22
112:20 113:14
115:11 121:13
122:17 124:25
125:13,16 130:5,5
133:15 136:13
137:14,20 145:15
146:21 149:2
151:18 153:19
154:14 155:6
158:14 159:3
160:18 161:10
169:3 170:7 175:9
175:10,22 177:22
178:2,12 207:24,25
209:25 210:21
211:3,19,24 212:12
241:25 251:5,14
259:1 275:18
277:18 288:25
291:25 299:5,7
303:11 304:13
308:13
**scale** 51:8

**schedule** 148:1,2,5
**schirmer** 2:8 5:3
8:17,18 9:22 15:11
18:9 19:10 20:1
23:24 24:4 27:18
28:4,10 32:10 33:21
36:9 41:2 43:15
56:3 63:5 65:18
66:5 67:3,12,23
69:21 70:2 72:3
74:9,13 76:3 77:21
77:25 82:23 85:9,21
88:6 100:18 112:8
115:3,17 116:13
117:23 118:17
120:16 126:10
127:5,14 132:10
135:9,17 136:10
137:10 139:11
142:14 143:10,14
143:22 144:1 146:1
147:3 152:14 154:9
156:8,20 157:6,10
159:14 160:1 161:9
162:21 164:12,24
165:15 167:23
175:6 176:12
177:17 179:4,11
206:22
**science** 208:1
209:15
**scientific** 170:8
208:6 256:21,22
304:13 305:7
306:10
**scientifically** 208:23
209:14 304:19,23
306:21
**scientists** 208:16
307:1
**scope** 34:4
**score** 94:16,20 95:10
**scorecard** 94:11
**scott** 6:9,23 145:1
145:22 147:15,19

HIGHLY CONFIDENTIAL

**[scott - shown]**

209:22 211:3,18
212:4 286:10
**scratch** 275:21
**seaboard** 266:20
**seal** 312:21
**searcy** 254:10
**seattle** 3:9
**second** 11:18 36:3
68:14 70:7 73:10,18
73:18 92:21 103:3
108:3 113:3 132:22
132:23 133:5 150:9
154:14,23,24 155:6
163:11 164:18
168:19 206:19
254:23 273:15
293:24 294:2 303:6
**secrets** 258:19
292:11
**section** 20:16 50:19
65:3 66:14 78:23
98:3 158:14 160:15
253:7,17
**sector** 67:8
**secure** 295:12
**securities** 68:21
**see** 14:11 19:3 20:3
28:20 39:5 48:25
50:21 65:20 69:6
75:2 90:24 92:4
95:14,24 110:3
116:24 128:2 130:2
130:18 133:13
138:11 140:7,8,20
145:4 149:2,4 152:2
152:17 153:25
158:12,12,17 159:3
175:17 176:13
177:25 182:14
196:16 198:22
206:19 207:25
210:2,4 211:22
212:1 226:13 240:6
251:9,12,16 253:7
254:17 257:17

258:24 259:3
261:23 265:7 269:3
269:19 270:24
274:12 275:8
277:15,22 278:6
282:24 283:6,10
285:5,24 287:22
288:10 289:1
290:13 292:4 294:3
294:20 298:6 299:9
302:1 303:7 304:14
308:19
**seeing** 28:14 68:24
234:5 265:15
**seen** 19:4 49:14 62:1
62:5 75:18 76:4
78:4 109:4,5 129:21
130:1,3,8 133:4
150:6 155:13
168:14 182:6,7,8,12
227:13 228:10
230:18 286:6
297:21 309:10,12
**segment** 54:2
166:25 167:1,2
**self** 200:22 201:2
209:23
**sell** 30:8 43:18 52:5
53:4,18 115:22
116:6 147:21,25
148:2,5 211:5,9
214:19 225:12,14
225:15 267:2
276:23
**seller** 34:19
**selling** 15:4 16:11
23:19 52:11,18
111:1,2 122:14
138:13 145:18
182:19 184:1 208:4
208:21 211:10
214:2 215:8 292:12
306:6 307:11
**sells** 128:24 154:14

**send** 97:5 139:19
140:25 141:1,5
238:21 275:9 277:7
**sends** 230:24
**sense** 90:9 124:10
166:2,3 237:15
265:20 266:4
**sent** 68:17 69:7 71:8
128:15 139:16
144:9,11 286:14
**sentence** 74:23 75:2
80:2 93:19 150:9
154:25 158:25
159:3 251:5 277:17
282:22 288:15
**sentences** 154:4
**separate** 230:24
**september** 6:2
117:17,19 180:8
**series** 60:1 131:8
148:16 232:22
**serve** 43:20 44:6
47:7 48:14
**served** 47:1
**serves** 43:22
**service** 6:14 15:2
32:3,3 34:17,25
38:25 39:17 41:15
41:22 42:4 46:3
66:12,21 67:2,6,8
85:4 140:18 266:19
266:21 267:8
**services** 33:14 35:6
70:13,15
**servicing** 17:14,16
**set** 4:6 33:17 75:5
100:4 124:6 130:20
148:3,4 243:23
252:8,10,12 302:10
**seven** 284:6
**share** 259:23 302:3
306:2
**shared** 91:7 307:4
**shareholder** 227:17
227:20

**sharon** 2:18 9:13
**sheet** 95:22 120:1
122:12 252:7,8
**sheets** 149:7,11
**shell** 15:12,14,15,18
16:1 20:16 50:25
53:7 54:25 55:1,2
56:24 63:13,17 80:6
86:16 133:15
150:13 151:14,15
151:17 152:2
154:15 158:21
159:6 160:20 167:3
**shells** 151:24
**shift** 239:14 256:3
257:11
**shirt** 146:6,15 147:6
**shock** 286:25 300:5
300:14,23 305:14
305:19,23
**shocked** 192:1,9
197:4,17 231:20,22
305:3,6
**shocking** 237:6,7
**shoprite** 30:11,12,13
**short** 61:10 128:20
128:24 175:13
179:15 283:1
**shortly** 232:15
**shorts** 128:22,23
**show** 18:21 139:3
198:8,13 209:20
253:22 280:18
284:11 287:10
**showed** 289:19
**showing** 64:25
75:14 86:1 97:15
102:5 104:1 127:19
129:15 131:5
133:25 134:13
139:6 140:6 147:8
148:15 172:8
238:17 243:19
**shown** 12:21 18:22
66:22 252:24

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| **shows** 121:11 | 82:4,20,20 83:14,16 | 178:1,7,11,21 | **sit** 249:1 |
| **shrink** 63:4 105:20 | 84:22 87:7,10,13,17 | 180:16 182:13,17 | **site** 242:7 253:24 |
| 105:23 | 88:2 90:25 91:13 | 182:21,23,25 183:2 | 254:3 255:1 257:23 |
| **shrinking** 285:17 | 92:5,8 93:5,10 | 183:4,7,14,16,18 | **sits** 49:7 |
| **shut** 263:23 | 94:12 95:3,13,17,19 | 184:3,5,7,9,11,13,19 | **sitting** 56:19 309:17 |
| **side** 55:21 109:15 | 96:21 97:18 98:24 | 184:21,23,25 185:7 | **situation** 6:3 130:6 |
| **sided** 141:23 | 99:3,4,8 100:2,6,8 | 185:12,14,16,18,20 | 130:25 131:11 |
| **sign** 75:23 86:5,25 | 100:22 101:17,20 | 185:22,24 186:1,3,5 | 178:3 |
| 311:1 | 101:24 102:1,15,23 | 186:7,9,16,18,20,22 | **situations** 259:19 |
| **signature** 7:4 87:8 | 102:25 103:2,7,17 | 186:24 187:1,3,8,10 | **six** 169:4 258:4,13 |
| 101:23 312:21 | 105:13,16 106:19 | 187:12,14,16 188:3 | 258:15 284:5 |
| **signatured** 286:14 | 106:21,25 107:2 | 188:7,9,11,13,15,24 | **size** 60:24 137:20 |
| **signed** 10:16,18 | 108:6 109:4,18 | 189:1,3,5,7 190:13 | **skill** 312:10 |
| 73:22 74:21,25,25 | 110:1,4,7,12,15,18 | 190:17,19,21,23,25 | **skilled** 308:16 |
| **significance** 176:3 | 111:6,10,12 112:24 | 191:2,4,6,8,10,12,14 | **slaughter** 203:14,21 |
| **significant** 86:21 | 113:12,16 116:19 | 193:15 194:12,14 | 308:12 |
| 178:5 | 118:4,7,20 119:3,7 | 194:16,18,20,22,24 | **slide** 90:22 291:25 |
| **significantly** 33:11 | 119:15 120:25 | 195:1,3,5,7,9,11,16 | **slides** 291:22 |
| **signing** 4:11 87:11 | 122:5 123:3,18 | 195:18,20,22,24 | **slightly** 63:4 94:14 |
| 101:8,9,15 | 126:1 127:21 | 196:1,3,5,7,9,11,13 | **slow** 219:8 |
| **similar** 40:9 160:5 | 129:10 130:7 | 196:15 199:5 | **small** 61:15 77:6 |
| 160:11 239:15 | 132:25 133:4,13,17 | 205:10 208:2 210:6 | 84:8 150:11,12 |
| 254:25 260:19 | 133:20,22 134:2,4,7 | 211:23 212:2 | 153:14 |
| **similarly** 142:1 | 134:10,14 136:12 | 216:24 220:23 | **smaller** 42:5 123:10 |
| **simple** 35:16 287:9 | 136:15 137:13,16 | 221:10 228:3 | 158:13 |
| **simply** 169:20 | 138:19 139:9 | 239:13,16 241:7 | **smith** 104:24 105:6 |
| **single** 32:19 34:18 | 141:10,22 142:6,20 | 248:19,25 249:2,13 | **snapping** 308:23 |
| 34:19 35:5 102:6 | 143:13,17 144:14 | 250:25 251:4,8,10 | 309:18 310:5 |
| 104:2 131:9 142:19 | 144:21 145:3,7,11 | 251:13,17 252:17 | **solar** 294:19 |
| **sir** 13:17 16:20 18:5 | 145:14,22 147:13 | 252:20,22 253:1,8 | **sold** 16:16 41:25 |
| 18:8 20:6,17,22 | 147:17 148:9,13 | 253:10 254:16 | 49:25,25 51:19 52:1 |
| 22:5,8,25 23:2,4,9 | 149:7,12,17,22 | 256:4 257:10,20 | 62:17,17,22 64:19 |
| 24:20 25:22 26:3,24 | 150:7,8,15,20 151:4 | 258:25 259:4 260:8 | 64:20 65:14 86:17 |
| 27:4 28:21 30:7,17 | 151:12,21 152:4,19 | 260:12 265:9,16 | 89:9 92:24,24 93:7 |
| 31:1,5,12,21 35:18 | 153:3 154:1,4 155:1 | 270:25 271:3 274:2 | 110:21 111:16 |
| 37:2 38:13 42:11,23 | 157:25 158:7,8,18 | 277:6,16,23 278:7 | 116:2 165:16 |
| 43:19 44:5,9 45:17 | 158:24 159:2,7,9 | 280:21 282:20,25 | 167:20 183:5,9,11 |
| 50:22 51:9 52:12,20 | 160:9,17 161:12 | 283:7,11,22 285:10 | 183:20 187:18 |
| 57:1 58:1 59:10 | 165:7,25 167:8,14 | 288:11,24 289:2,6 | **solicited** 91:25 |
| 61:1 64:4,17,24 | 167:22 168:7,18 | 290:17 292:5 | **somebody** 84:25 |
| 68:3,4,18,18,25 | 169:2,6,10,14 170:4 | 293:23 294:5,8,15 | 98:15 120:3 146:11 |
| 69:5,9,13 70:3 72:6 | 170:6,9,12 171:24 | 294:18,21 299:1,11 | 154:12 177:15 |
| 72:8,25 74:11,18 | 172:11,21,21 | 303:8 304:12,15 | 233:5 236:5 242:14 |
| 75:3,7,10 76:19 | 173:19,22 174:9,18 | 308:20 309:20,23 | 242:16 251:15 |
| 78:5,16 79:22 80:18 | 175:1,18 176:19,22 | 310:1 | 263:6 268:8 275:8 |

284:25
**somebody's** 84:13
125:18 166:17
**soon** 136:20
**sorry** 15:10 23:4,23
28:25 36:20 39:2
48:16 52:6 55:1,25
74:11 83:7 84:13
87:3 102:17 105:1
111:13 114:7 115:7
117:14 118:16
131:25 135:21
137:19 142:13,13
143:8 145:21
154:20 155:18
157:4,7 169:24
173:20 175:5
188:21 189:10,16
190:13 199:8
200:13 201:11,24
202:5,12 204:17
206:17,20 207:5
211:13 219:8,9,23
223:14 231:19
237:18 241:15
242:16,23 249:13
249:16 267:22,25
268:10 274:10
286:21 287:25
293:25 297:17
302:12 303:3,24
305:23 307:7,14,15
**sort** 49:19 90:17
105:9 232:21
240:23 272:1
280:15 295:12
**sought** 4:16
**source** 152:7
**south** 2:14,19 22:17
56:8 79:14 80:3
87:24 103:6,11,12
103:15,16 122:3
**southeast** 55:25
110:23,24 141:25

**southeastern** 29:20
**space** 61:21,21,22
164:1 171:9,18,20
175:14 178:13,15
202:7 270:1,21
283:2,9 287:3,8
**sparboe** 260:7,10,18
261:18,20 267:7,9
**speak** 53:21 157:5
268:1
**speaker** 293:14
**speaking** 95:12
154:17 276:11
**spec** 245:20
**special** 53:14 54:8
54:14
**specialize** 123:12
**specialty** 25:18 54:6
63:18 64:12,20
65:14 100:20,24
101:1 164:18,19
165:4,20,24 166:13
166:18,24 167:1,13
167:19 183:5,21
225:15
**specific** 45:21
173:10 205:14
216:12,15 218:12
218:25 219:6,18
221:18,21 222:5
228:15,25 232:12
233:4 239:18
242:12 244:23
260:15 278:13
299:21
**specifically** 4:11
41:1 43:2 51:10
61:6 72:24 78:7
94:7 104:7 162:14
172:16 173:1,2,7
193:11 204:18,23
213:13 216:8
228:19 238:20
243:7,21,22 245:22
259:8 288:4 291:10

299:8,14
**specification** 245:22
**specifics** 304:8
**specifying** 36:21
**specs** 240:22 243:23
**speculate** 62:4
**speculating** 86:20
154:5,11 307:18
**speculation** 48:6
147:1 156:3 211:12
212:9 249:24 280:1
**speed** 277:4 289:25
**spent** 18:19 216:15
233:23
**split** 103:10
**spot** 122:2
**square** 171:3,4,18
**stable** 157:17
**stack** 275:3
**staff** 13:20,23
**stall** 121:6 213:15
215:1,10,16 216:6
216:14,17 242:14
244:18,24
**stamp** 104:3
**standard** 256:14
**standards** 177:22
178:12
**standpoint** 208:23
**stands** 22:11
**stapled** 83:3
**star** 20:24 84:12,23
**start** 13:24 52:18
113:13 176:18
184:1 213:5,12
256:3 269:21 306:6
**started** 14:25 16:15
16:22 29:21 117:12
166:4 181:5 217:17
217:19 232:14
234:6 238:24 239:4
243:25 246:4
268:22 297:21
299:13,24 300:3,6,7
300:15 302:4,5,17

302:18
**starting** 58:5 148:18
148:22 171:3
174:14 232:23
243:11 255:12
269:14,25 271:12
282:23
**starts** 116:21 124:1
124:15 269:16
**state** 9:23 31:16
46:3 58:17 89:8,9
162:3 174:5 229:3
269:17,22 272:6
280:19 281:5 282:9
312:4,15
**stated** 312:8
**statement** 5:24 55:4
55:13 59:6 109:7
150:10 153:18
155:5 158:20 160:5
160:11 236:6 286:1
**statements** 69:7
215:11,16 216:18
216:22 217:22
218:2,18 219:11
220:17 221:8,15,25
222:2,10,18,23
223:25 224:12,25
225:3,5,23 226:24
227:5 236:5
**states** 1:1 8:10 29:20
44:4 56:7,24 59:20
62:9,17,21 115:12
152:23 205:6
**stating** 160:8 269:23
**stay** 147:25
**stayed** 193:6
**staying** 147:20
211:4
**steak** 233:14
**steinbach** 261:6
**steve** 126:16 163:17
283:13
**stick** 140:11

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| stinson  2:19 | study  91:6,23 92:1 | suing  232:6 | 53:17 59:7 60:15,18 |
| stipulated  4:2 | 174:6,11 272:6 | suit  194:3,7 | 60:22 61:9 62:7,7 |
| stipulation  4:1 5:9 | 280:20 281:5,10 | suite  1:15 2:3,20 3:9 | 62:14 64:18 68:23 |
| stir  171:2 | stuff  18:23 33:15 | 8:7 | 77:8,11 78:11,14 |
| stock  77:7 94:13 | 34:9 39:20 41:25 | sum  101:3,5 254:22 | 79:6 83:18 88:14 |
| stockton  144:6,11 | 42:1,7 43:25 55:25 | summary  90:24 | 93:1 99:11 108:20 |
| stop  89:9 96:24 | 56:5 58:25 61:9 | sunday  138:13 | 109:5 114:1,21 |
| 182:19 190:8 238:8 | 68:5 69:1 77:6 85:1 | sunny  167:11,18 | 115:2 118:24 119:1 |
| 243:13 | 87:2 112:10 121:19 | sunups  167:10,18 | 126:3 128:4,7,12 |
| stopped  38:1 | 124:7 149:13 | super  29:10 181:18 | 131:1,24 135:15 |
| store  24:9 81:14,15 | 159:17 161:24 | supermarkets  2:6 | 137:21 143:23 |
| 86:19 232:21 236:8 | 162:4 169:21 176:4 | 8:24 180:4 | 149:8 151:4 153:11 |
| 236:14 239:11 | 226:12,18 234:21 | supervalu  183:15 | 161:19 163:12 |
| 247:8 | 236:2 237:8 258:19 | 184:20 186:2 187:9 | 165:2 168:15,21 |
| storefront  279:20 | 259:9 267:6 272:10 | 188:25 191:7 195:4 | 176:8 179:2 180:20 |
| stores  2:5 8:23 27:1 | 276:22 277:9 279:2 | 196:8 284:22 285:3 | 180:20,22 182:7 |
| 123:11 141:14 | 281:4 282:16 | supervision  31:4 | 183:20 189:23 |
| 142:7 180:3 231:16 | stupid  86:5 | 312:10 | 191:19,25 201:11 |
| 234:12,25 246:19 | sub  23:8 | supervisory  31:7 | 204:24 205:3,4,13 |
| 247:13 248:16 | subcontract  36:12 | supplied  17:6 248:1 | 205:19,25 209:13 |
| 265:4 297:21 | 74:24 | 262:16 279:4 | 214:25 215:22 |
| storm  163:17 | subcontractor  5:14 | 284:23 | 216:10,16 217:6 |
| 283:13 | 49:25 73:23 75:21 | supplier  71:4 86:6 | 218:9,24 220:12 |
| straight  103:5 | 76:5,7,12 | 88:18 94:16 101:5 | 221:6,13 222:4 |
| strategy  160:16,19 | subcontractors  36:5 | 262:25 279:11 | 223:6,23 224:9,9,20 |
| straus  2:8 8:19 | 36:7,11,13 73:22 | supplier's  251:15 | 224:22 227:4 242:8 |
| street  2:3,19,19 | 75:23 | suppliers  252:6 | 247:3,5,9,21,22 |
| streeter  223:7 | subparagraph | 258:3 | 252:5 263:11 |
| stretch  71:18 | 277:15,24 | supplies  175:17 | 275:14 276:6 |
| strictly  164:5 | subparagraphs | 283:5 | 286:14,22 291:11 |
| strike  38:15 44:15 | 253:13 | supply  32:3 51:6,11 | 293:2 302:9 303:17 |
| 189:11 208:18 | subscribed  313:22 | 87:14 90:7,10 | 304:22 |
| 222:16 237:17 | subscription  140:18 | 145:16 146:18,20 | surrounding  50:24 |
| 279:25 280:15 | subsidiary  36:4 74:2 | 159:5,18 175:15 | 71:17 |
| 292:17 | substantial  80:10 | 241:20 265:12 | sustainability  228:2 |
| string  83:9 | substantially  80:11 | 279:14 283:3 | sustained  206:5 |
| stringent  256:14 | succeed  136:8 | supplying  263:4 | svl  86:3 87:6 |
| strong  270:3 | suddenly  238:8 | supporting  253:22 | swear  8:15 147:10 |
| stronger  153:23 | sue  192:18 | sure  12:12 15:22,25 | switch  179:15 |
| strongest  141:18 | sued  199:24 200:1 | 16:3 18:20 19:12 | switched  26:20 |
| strongly  177:23 | 230:15 231:24 | 24:23 34:14 35:16 | sworn  9:19 313:22 |
| structured  127:3 | 232:3 | 37:8 39:7,12 42:18 | sysco  40:5,5,10 |
| studies  228:17,20 | suffer  135:1 | 43:13 45:3 47:22 | 41:16 42:4 55:10 |
| 229:1,2 296:1 | suggest  18:17 | 48:2,5,12 50:14 | 71:5 120:2 |
| | | 51:21,22 52:3,7 | |

syscos 33:13
system 96:11

**t**

t 2:13 5:1,1,1
tab 107:16
table 256:25
tagged 165:12
take 12:12 18:6 22:6
  30:15 45:9 56:10,18
  57:21 58:12 67:13
  69:3 73:2 85:10
  87:19 88:12 99:11
  116:12 119:20
  120:6 122:2 123:14
  123:23 127:6 135:2
  144:24 149:24
  156:9 158:19
  159:18 160:3,14
  164:7 166:16
  168:19 173:25
  179:12 213:8
  271:23 272:5
  274:21 284:17
  287:12 290:21
  298:6 307:2 309:16
taken 1:15 4:5 10:10
  67:18 79:17,18
  127:10 144:8
  156:14 163:14
  197:25 212:19
  233:21 250:10
  254:2 266:10,11,12
  298:11 312:7 313:4
takes 100:12 162:7
  162:13,16,25 164:4
talk 11:1,19 12:9
  15:24 19:7 52:17
  56:9 82:9 91:8
  138:3 139:20
  192:10,15 218:15
  220:15 222:6
  233:11,12 237:8
  284:25 308:1
  309:18

talked 19:7 192:17
  205:6 210:21
  216:10 222:12
  226:2 233:5 235:21
  239:19 242:14
  271:21 295:14
  299:20 300:16
  305:2
talking 12:4 15:16
  15:18 16:1 33:1,2,3
  33:9 50:4 52:23,24
  53:2,7 59:8 69:11
  71:14 73:24 96:23
  100:16 101:1
  113:20 125:16
  151:19 163:1,2
  167:5 168:20
  172:23 173:1 175:5
  202:9,10 204:18
  205:15 214:10
  232:14 236:1
  240:10 255:9
  256:16 258:18
  271:8,9 289:8
  292:22 295:11
  299:18 300:7 302:6
  307:9
talks 47:11 164:18
tampa 212:4
tape 85:12,17,22
  156:11,16 250:5,7
  250:12 260:19
tapes 311:12
target 220:1,5,7
  261:7,12 263:4,16
  264:3 268:4
targeted 235:10
task 197:25
team 23:11,12
  259:18
technical 70:12,15
  281:5
telephone 2:4,10,15
  2:18,21 3:4,8,10

tell 20:8 25:16 33:8
  37:20 63:23 81:2,23
  90:5 93:20 98:14
  103:9 114:10,13
  132:17 139:22
  140:3 159:16 173:7
  173:9 200:8,15
  201:4,14,25 202:14
  203:4,12 204:12,15
  204:17,21 205:1,8
  205:11,17,23 206:3
  213:13 219:24
  234:1 238:19 255:7
  267:15 272:1,21
  274:3 275:16
  279:10 302:16
telling 71:21 106:10
  107:21 125:18
  193:3 203:20
  230:11 232:4
  263:18 279:1
tells 11:8,11
temple 122:20
ten 21:22 22:3,7
  28:17,22 29:1,6
  67:2
tended 155:7
tennessee 120:12
tenuous 243:9
term 53:8 81:14
  89:12,16,24 98:23
  98:23 136:24
termination 89:20
terminology 115:20
  197:5
terms 43:17 64:19
  82:8,11,14,16 88:23
  88:24 89:14 109:10
  198:3 205:6 251:3
  252:3,8 253:18
terribly 36:20
testified 9:20 10:13
  10:20 156:21
  207:15 226:8
  309:14

testify 12:25 22:18
  132:1
testimony 10:10
  215:15 312:6 313:4
  313:6
texas 3:4 10:8 20:19
  24:18 27:2 55:8
  104:18,20 122:21
  263:13 264:2 267:9
thank 102:19
  143:25 231:4
  273:12
thanks 28:9 157:9
  211:19
thanksgiving
  261:11 262:9,12,24
theory 267:16
thereof 4:15
thing 18:17 58:9
  73:19 74:21 82:7,10
  86:5 133:11 136:25
  142:22 144:5
  173:18,19 220:13
  234:11 235:5,7
  237:8 258:11,14
  268:4,6 272:4 287:1
  296:2,7
things 15:19 22:20
  34:8 35:7 53:13,13
  80:12,13 86:25 95:8
  95:24 96:5 97:25
  99:15,16 115:10,11
  117:14 138:16
  173:8 174:16,18,20
  174:21,22 236:24
  268:7 272:20 287:3
  296:12
think 10:25 16:8
  21:8,9 27:10 34:23
  35:15 44:11 46:6,15
  46:16 49:7 54:19
  56:17 58:23 59:8,25
  76:23 86:2 87:1
  88:2 91:24 102:15
  106:2 111:23

HIGHLY CONFIDENTIAL

**[think - touchstone]** Page 42

| | | | |
|---|---|---|---|
| 130:17 133:8 | 100:4,11 138:11 | 238:20 239:18,21 | 252:24 268:15,21 |
| 135:18 138:15 | 261:11 | 240:3,7,13,18 | 271:22 286:7 |
| 140:2 146:19 | **thursdays** 79:17 | 242:17 244:8 245:7 | 289:19 292:8 |
| 151:11 155:12 | **tide** 166:20 167:2 | 245:12 247:3 249:9 | 303:18 |
| 156:24 158:8 160:9 | **till** 246:2 | 250:9,14 256:1 | **toes** 268:10 276:5 |
| 164:11,13,17 168:6 | **tim** 46:5,6 48:9 49:9 | 259:10,25 260:23 | **told** 33:18 35:2 |
| 174:3 179:9 192:6,8 | **time** 4:5,14 8:4,13 | 266:16 267:24 | 39:14,16 46:25 |
| 198:6,18 203:15 | 10:1 15:15 17:3,4 | 268:6 271:11 | 84:16 159:12,15 |
| 206:21,24 215:6 | 17:23 18:2,19 21:14 | 273:19,23 276:12 | 162:2,8,12 180:10 |
| 226:25 231:20 | 21:17 22:7 23:8 | 276:22 278:10 | 200:22 201:1 205:3 |
| 236:17,20,23 | 26:8,11 27:15,16 | 280:3 284:6,14 | 230:4,5 232:1,7,8 |
| 248:12,13 271:21 | 28:25 29:15 30:17 | 285:12 289:9 | 261:19,20 262:2,4 |
| 280:19 283:23 | 30:19 32:23,25 33:1 | 290:16 291:7 | 270:6,19 279:20 |
| 294:12 303:1,20 | 33:3,7,8,11 35:1,21 | 293:10 294:9,17 | **tom** 40:17 104:12 |
| 304:17 | 38:18 40:16 41:17 | 296:15,18 298:10 | 121:6 139:19 |
| **third** 50:23 94:10,25 | 43:3 44:1,1 46:2,14 | 298:14 300:20 | 144:10 |
| 108:16 109:24 | 47:2 48:7 49:14 | 303:11,17 307:9,21 | **tommy** 294:13 |
| 112:17,18 116:25 | 51:15,19 52:2 54:16 | 311:13 312:7 | **tone** 6:2 129:22 |
| 152:16 170:2 299:2 | 55:14,24 56:4 67:17 | **times** 15:19 49:13 | 130:25 |
| **thirties** 60:6 | 67:21 76:10 78:19 | 73:5 201:20 202:4 | **tonight** 234:23 |
| **thornsley** 223:9 | 80:10 82:18 85:14 | 204:19 233:19 | **tons** 45:4 |
| **thought** 52:22 | 85:19 88:16 92:12 | 235:22 239:20 | **tool** 175:24 |
| 111:24 118:25 | 93:9 94:9 102:22 | **timing** 217:13 | **top** 20:4 21:22 22:3 |
| 234:20 243:4 | 103:1 104:14,18 | 218:10 | 22:7 28:17,22 29:1 |
| 281:24 | 112:21 119:20 | **title** 13:14 16:21 | 29:6 39:19 63:14 |
| **thoughts** 165:18 | 120:24 121:3,20,24 | 46:1 83:19 | 64:7,14 66:25 83:8 |
| **thousand** 80:20 81:6 | 122:6,19 126:24 | **today** 8:3 10:3,23 | 90:23 91:1 92:2 |
| 101:6 | 127:2,9,13 135:19 | 11:6 12:25 15:16 | 120:15 121:11 |
| **thousands** 234:24 | 144:3 150:19 | 18:18 24:21 28:14 | 122:17 152:17 |
| **threat** 279:6,19 | 155:11 156:13,18 | 35:10 37:13,17 | 155:4 177:24,25 |
| **three** 2:3 50:19,20 | 161:7 162:15,16 | 41:13 47:14 48:8 | 182:14,15 222:5 |
| 94:24 106:3,4 | 164:4 171:7,21 | 49:8 52:9,10 54:5 | 254:17 269:11 |
| 107:19 109:14 | 177:5 178:13,21,23 | 54:17 60:4,14,25 | 291:25 |
| 119:4 121:12 | 179:18,23 180:14 | 63:18 69:11 70:15 | **topco** 181:2,4,5,8 |
| 124:11 129:11 | 182:9,18 197:11 | 77:13 115:24 116:5 | **topic** 220:4 276:12 |
| 152:20 156:17 | 199:11,12 200:4,7 | 116:10 131:22 | **tornado** 259:16 |
| 162:10 168:8 | 205:16 211:24 | 132:1 148:12 151:1 | **tornadoes** 259:13 |
| 204:19 250:1,7 | 212:18,22 213:8,16 | 161:25 162:7 171:6 | **torres** 144:13 |
| 253:21 257:25 | 214:3 215:9 216:8,9 | 198:6 213:10,11,15 | **total** 23:7 152:11 |
| 269:24 | 216:16 217:6,10,15 | 214:9,12 220:25 | 153:1 |
| **throw** 275:6 | 217:15,19 218:11 | 222:6 223:5 229:16 | **totally** 11:22 |
| **thumb** 104:12 | 218:16 219:23 | 231:14 239:10 | **totals** 65:16 |
| 144:10 | 220:15 221:2 | 240:21 241:11 | **touching** 59:14 |
| **thursday** 73:15,15 | 224:13,22 226:20 | 245:13,15,16 | **touchstone** 27:13 |
| 79:14,18,21 80:3 | 233:11,16,23 236:1 | 248:24 250:1,1,19 | |

**tough** 223:18
**touted** 304:22
   306:20
**touting** 304:18
   307:2
**track** 138:17
**tracked** 95:9
**tracking** 96:17
**trademark** 167:6
**trades** 128:20
**trading** 132:24
**traditional** 165:18
   166:2,3
**transcript** 227:19
   312:6 313:3
**transcription** 312:9
**transfer** 134:16,18
   135:1,11,12,25
   137:14
**transfers** 135:5
**transition** 240:12
**transitioning**
   221:23
**translate** 159:5
**transportation**
   308:12
**treat** 34:18 279:12
   279:13,15
**tried** 53:4 82:8
   264:25
**trimming** 170:24,25
**triple** 77:1
**true** 40:20 197:24
   208:3 236:24 241:1
   244:8,10 246:9,11
   268:12,14 312:5
   313:5
**trust** 8:9 28:7
   297:12,20
**truthfully** 216:7
   312:13
**try** 11:2,2 12:1
   14:14 15:17,25
   21:17 74:20 102:11
   109:11 121:7 190:3

263:21 282:12
**trying** 17:19 22:19
   51:22,22 52:3,8
   53:18 66:1 72:9
   84:10 91:13 98:10
   98:11,14 112:6
   114:10 126:14
   135:19 138:9
   154:12 163:10
   167:4 284:8 295:12
   295:15 299:21
   301:15
**tuesday** 255:15
   262:22
**turn** 27:5 40:3
   118:22 122:7,16
   151:5 152:15 158:4
   158:9 168:16
   169:25 216:25
**turning** 268:1
**two** 10:23 49:19
   55:5 72:17 85:18
   94:24 96:5 98:23
   106:9,23 112:21
   113:1 115:10 119:4
   121:12 133:23
   141:23 147:21
   154:4 156:11 162:9
   204:19 211:5,9
   249:2,3,14,21 250:1
   255:19 257:25
   270:12,14 272:22
   296:3,3
**type** 24:8,9 34:9
   62:18 77:6 88:18
   129:8,22 159:17
   272:3
**types** 76:4 80:17
   174:20
**typewritten** 312:9
**typically** 42:3 54:8
   79:12 87:20 107:9
   123:10 155:23
   166:13 175:11
   176:25 177:4

276:20 282:10,11

**u**

**u** 6:19,21 266:19,21
   272:11
**u.s.** 33:14 34:25
   41:15 42:4 49:20
   85:4,6 267:8 274:6
   308:7
**uea** 108:15
**ueg** 6:14
**uep** 6:19,20 7:2
   42:17,20,21 44:16
   108:7 170:5,11
   171:20 172:17
   173:17 182:19
   184:1 185:6,10
   186:11 188:1
   189:15,20 190:10
   193:17 194:1
   197:14 198:4,5
   199:1,15 200:9,17
   201:15 202:9,11,13
   202:15,20 203:5,6
   203:13 207:16
   208:5,6,22 214:23
   215:8,12,17 217:23
   218:3 221:4,9 222:1
   222:19 223:21
   224:3 225:1 226:16
   227:13 228:16,23
   229:7 233:6 235:9
   235:17,22,25
   236:15 238:17
   239:12,21 241:2
   242:18 243:15,20
   244:25 246:8,18
   248:8,17 249:8,10
   251:22 255:17
   256:7 257:1 273:7
   274:4 277:12
   279:12 283:15
   290:15 291:5,25
   293:6 297:3 299:7
   299:12,24 300:6,15

302:4,17 303:10
   304:5,17,18 305:8
   306:12 308:6
   309:15,15
**uep's** 208:22 258:2
   277:18
**uh** 12:16 15:7 20:20
   34:15 36:24 37:5,10
   39:4,7,10 40:7 51:5
   59:22 79:15 80:16
   92:16 93:16 96:25
   101:4,10 107:8
   115:25 117:3,3
   125:3 126:19 129:2
   131:10 134:24
   136:17 138:25
   140:1 142:10
   148:21 149:1,5
   154:1 172:21 178:4
   209:24 210:23
   217:3 223:3,10
   224:16 226:4,10
   231:19 244:20
   265:6 269:20
   271:10 285:4
   287:23 288:22
   305:5
**ultimate** 82:2
**ultimately** 165:23
**unapproved** 71:4
**underage** 84:6
**undercover** 260:11
**undercut** 263:10
**undercutting**
   265:23
**underneath** 49:21
   113:17 152:2 159:1
   198:12
**understand** 27:15
   29:24 36:11 38:21
   43:14 46:10 50:10
   64:18 65:12 71:13
   73:11 74:22 76:19
   79:6 84:10 89:2
   93:1 98:1 113:7

HIGHLY CONFIDENTIAL

115:13 118:25
134:12,19 135:21
136:16 140:14,21
145:21 154:2
157:19 158:17
163:10 165:2
168:21 170:14
174:13 187:22,22
193:16,22 194:4
198:1 209:17
215:22 237:5
244:14 268:3
270:20 296:16
297:17
**understanding**
34:22 44:21 50:3
51:9 57:1,2,7,9,24
59:11 62:12,20
63:16 65:2 66:15
68:2 71:7 74:4
76:17 89:3,6,25
92:6,9 95:2,6 96:7
100:10 108:5,10,12
109:17 110:16
113:19 114:19,23
115:18 116:17
118:12 123:16
126:11 136:23
137:17 146:3
147:18 149:10,18
149:20 150:14,18
152:6 153:3,13
154:3 155:1,10
156:22 157:16
159:9 160:25 162:6
162:22 164:25
169:11,19 170:10
170:15 171:5,22
173:16,21 178:9,21
189:24 198:22
208:14 246:17
286:2 295:23
**understood** 34:14
50:15 71:21 118:25
198:4 236:13

**unfortunately** 27:25
181:16 197:8,9,10
**ungraded** 136:20
**unilever** 213:3
214:17
**unipro** 41:21,23
42:1
**unipros** 33:14
**unit** 65:7
**united** 1:1 8:10
29:20 42:10,13 43:5
43:8 44:4 56:24
59:20 62:9,17,21
108:16,19 170:8
205:6 274:5 288:18
**units** 63:25 64:19
65:17
**university** 2:9
269:23
**upcoming** 106:12
**update** 6:2,4 260:1
274:9,22 276:9,10
289:16,24
**updates** 274:17,18
276:10,24
**upper** 175:2 198:9
**upward** 178:18
**urner** 6:2,3 76:18,20
79:4,4,9 80:4,7 81:7
84:6 87:24 89:23
99:12 100:1,4,11
103:16 105:14,17
119:17 129:23
131:21 132:2 138:4
138:6 140:5,19,22
154:17 155:2
165:14
**usda** 257:22,24
258:1
**use** 23:20 76:1 79:3
81:7 175:24 176:25
177:4 272:12
275:12
**usem** 194:11 195:15
204:13,22,25 205:2

205:5,9,12,24 206:4
**uses** 75:23
**ussec** 6:12,13

**v**

**v** 290:25
**vague** 40:24 301:21
**vaguely** 84:24
281:15
**valley** 304:3
**value** 50:25 53:7,10
91:21 92:4
**variation** 123:20
**variety** 145:1
**various** 32:20
**vary** 63:20
**vee** 183:22 185:1
186:8 187:15 189:6
191:13 195:10
196:14 213:3,24
214:2
**vendor** 30:2
**verbally** 243:2
**veritext** 8:3
**versa** 153:16
**versailles** 46:7 267:1
**version** 97:20 274:8
274:9,11,13 275:11
275:24 277:7 305:9
**versus** 50:1,9,11
130:16 144:8
**vested** 312:14
**vice** 13:14,18 14:15
18:3 20:19 21:6,8
55:5 153:16
**victor** 290:25
**video** 85:13,18
156:12,17 234:9
235:13 250:8,13
**videographer** 3:15
8:1 9:10 67:15,19
82:21 85:7,11,16
127:7,11 154:6
156:6,10,15 179:17
179:21 212:16,20

244:15 250:2,6,11
273:17,21 298:8,12
311:8
**videos** 260:11
**videotaped** 1:13
311:10
**view** 278:25 279:1
**violation** 71:10,22
**virginia** 2:9
**visit** 60:7,13
**visited** 60:16 227:2
228:7
**visiting** 175:24
**voicemail** 241:10
**volatile** 158:15,21
164:20 165:5,13
166:19
**volatility** 150:2,10
**volstead** 50:2 71:6
71:10,15,23 75:1,8
**volume** 92:23
121:11,12 145:20
**vulnerable** 279:23

**w**

**waelder** 254:10
**wait** 192:6
**waived** 4:11
**wal** 5:18
**walgreen** 123:8
247:2,4,10,23 248:7
249:4,22,23
**walgreens** 183:13
184:18 185:25
187:7 188:23 191:5
195:2 196:6 214:14
224:15,17,19,21,25
225:1,4 246:16,17
246:20 247:12,18
248:1,3,4,15 249:7
**walmart** 22:24 23:6
23:7,8,11 24:7 30:2
30:6 55:10 90:19
91:7,19,24 92:24,25
93:8 94:15 95:9

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| 96:11,18 97:1 | **wash** 58:10 | 204:19 255:6,8,20 | 276:14 291:4 |
| 125:21,22,23 143:2 | **washington** 3:9 | 257:25 262:9,23 | 296:17 |
| 232:7 234:5 245:24 | 31:16 46:3 | 270:15 | **werkheiser** 1:21 4:7 |
| 270:14 278:20 | **water** 162:3 | **weekend** 262:4 | 312:2,24 |
| 294:14,16 | **watson** 40:17 | **weekly** 77:10,12 | **west** 2:3 55:8,19 |
| **walmart's** 95:11 | **wavered** 245:9,14 | 89:15,17 93:8 | 100:1,5 103:20 |
| **walmarts** 66:17 | **way** 24:15 43:21 | 130:25 131:22 | 240:2 |
| **want** 14:12 18:24 | 48:19 51:12 59:3,16 | 132:2 133:6 143:3 | **white** 57:4,5 115:12 |
| 19:13 21:11 22:20 | 59:25 61:10 65:11 | 257:25 | **whoa** 308:1 |
| 33:5 34:13 52:17 | 97:3,22,24 98:16 | **weeks** 57:17,18 | **wholesale** 2:6 8:23 |
| 56:10 62:3,4,4 63:7 | 107:22 109:14 | 79:25 164:1 177:24 | 31:15,15 122:20 |
| 64:10 69:14 77:8 | 128:17 163:6 199:9 | 249:2,4,14,21 250:1 | 138:22,24 139:1 |
| 80:14 82:10 88:13 | 234:4 236:23 244:5 | 250:1 | 153:5 154:16 |
| 91:23 99:11,12 | 259:20 267:1 | **weight** 169:8 | 157:18 158:15,20 |
| 112:3,7 113:24 | 279:13,14 284:3,5 | **welfare** 6:15 42:25 | 159:21 180:3 |
| 118:24 119:1 | 287:7 296:13 297:9 | 43:3 172:18,23 | 183:19 184:24 |
| 134:25 140:7,8,21 | 297:22 298:3 304:9 | 174:14 208:1 | 186:6 187:13 189:4 |
| 141:4,20 151:9 | 305:1 307:16 309:8 | 209:15 216:5,13,19 | 191:11 195:8 |
| 163:22 170:2 174:3 | **ways** 170:21,22 | 216:23 218:7,13,20 | 196:12 |
| 181:12 215:22 | 177:11 284:4 | 218:23 219:1,13,16 | **wholesaler** 123:2 |
| 230:10 232:21 | **we've** 29:14 57:13 | 219:22 220:18,20 | **wife** 77:16 |
| 235:23 236:7 256:8 | 57:15,16 73:22 | 221:11,15,20 | **willardson** 126:2 |
| 258:11 260:3,5 | 104:17 161:7 | 222:24 224:6,12 | **williams** 1:15 8:6 |
| 269:8 277:7 279:10 | 222:12 234:11 | 225:6,19,23 226:16 | **willing** 259:23 |
| 282:21 283:8 285:8 | 248:1 253:19,21,23 | 227:6,10,14,22 | 270:22 |
| 306:2 | 255:25 262:10,10 | 228:5,11 232:14 | **win** 102:12,18 121:7 |
| **wanted** 50:14 54:1 | 264:7 292:7 | 233:6 235:8,18 | **winn** 2:5 8:22 31:8 |
| 82:7 88:23 94:3 | **weakest** 141:19 | 236:19 238:14 | 66:18 180:2,13,18 |
| 115:10 144:6 | **weaknesses** 94:11 | 239:22 242:5,19 | 180:25 181:4,6 |
| 151:18 153:11,19 | **weaver** 46:5,7,8 | 244:22 245:1 | 183:17 184:22 |
| 168:21 185:5,10 | 48:9 49:9 266:25,25 | 260:18 269:25 | 186:4 187:11 189:2 |
| 186:11 187:25 | 267:7 | 270:23 277:13 | 191:9 195:6 196:10 |
| 189:9,11,13,18 | **web** 150:3 | 278:23 285:16 | 266:24 270:18 |
| 190:8 194:10 | **website** 28:12,13 | 287:2 288:18 289:4 | 278:21 294:7,10 |
| 195:13 242:1,2,24 | 150:1,7 168:4,5,6 | 289:8 292:15 299:9 | **wire** 260:20 |
| 256:2,6 264:14 | 198:4 227:3,6,8 | 300:11 303:10 | **wish** 120:17 |
| **wanting** 84:14 | 228:8,11 249:15 | 310:2,3 | **witness** 7:4 8:11,16 |
| 140:16,16 241:18 | **wednesday** 144:7 | **wells** 1:15 8:6 | 11:13 88:4 298:16 |
| 254:4 | **week** 92:24 100:3 | **wendy** 223:13,15,19 | 312:7,12,21 |
| **wants** 14:13 164:3 | 109:8 111:22 112:4 | **went** 12:11 18:2 | **witness's** 181:14 |
| 236:24 241:22 | 112:13,24 113:15 | 99:19 111:8 172:5 | **won** 102:13 243:23 |
| **warehouse** 24:7 | 114:1 130:11,16,16 | 172:24 173:5 176:3 | 263:10 266:17 |
| 31:15 89:10 90:6,8 | 130:16,16 140:7,9 | 234:5,8 239:10 | **wonder** 116:9 |
| **warrant** 274:20 | 141:12 148:20,20 | 240:6 245:11 248:7 | **wondering** 107:25 |
| | 163:23 169:4 | 249:5,23 271:20 | |

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| **wood** 5:12 70:10 | 66:4 68:11 86:23 | **yesterday's** 18:11 |
| **words** 40:15 54:13 | 88:11 94:6 104:15 | 84:9 |
| 81:5 | 104:16 112:1 114:8 | **york** 30:14 214:13 |
| **work** 14:3 18:16 | 117:1 128:4,6,7 | **young** 1:15 8:5 |
| 24:25 76:6 145:20 | 132:16,21 135:21 | |
| 230:24 262:2 | 138:10 141:3 | **z** |
| **worked** 15:2 36:8 | 153:10 157:15 | **zero** 57:17 |
| 68:11 205:7,24 | 172:19 197:9 207:1 | **zeroes** 144:3 |
| **workers** 308:16 | 223:16 232:19 | |
| **working** 166:4 | 247:21 252:2 | |
| 255:11 300:15 | 254:23 255:4 264:1 | |
| 302:5,17,18 | 272:25 273:6 | |
| **works** 13:20,23 55:7 | 275:14,14,19 276:6 | |
| 55:8 144:14,17 | 277:8 286:24 | |
| **world** 33:15 66:18 | 287:25 | |
| 97:1 180:22 266:18 | **year** 22:4 29:2 54:3 | |
| **worried** 233:19 | 63:20,21,23 66:19 | |
| **worry** 237:20 | 89:18 96:17,17 | |
| **worth** 78:22 90:8 | 98:23 111:24,25 | |
| 264:17,18 268:5 | 114:3 121:13 | |
| **wrapped** 255:5 | 130:16,17 150:23 | |
| **write** 139:22 154:8 | 150:23 158:6 160:7 | |
| **writes** 139:21,23 | 160:25 171:25 | |
| **writing** 94:5 97:3 | 172:4 217:9 255:14 | |
| **written** 271:23 | 255:15 262:25 | |
| 272:2 276:15 | 263:3 274:8 300:3 | |
| 280:23 281:19 | **year's** 238:23 | |
| **wrong** 131:23 | **years** 42:25 47:6 | |
| **wrote** 84:1 120:3 | 49:13 51:13 59:3,4 | |
| 147:19 251:15 | 67:2 116:3 160:18 | |
| 286:3,13 | 162:10 213:14 | |
| **www.cal** 28:13 | 220:10 225:16 | |
| **www.calmainefoo...** | 232:1,2,5 233:1,18 | |
| 150:2 | 235:17 253:21 | |
| **x** | 256:10 258:18 | |
| **x** 81:25 205:7 | 269:24 284:6,6 | |
| **y** | 289:9 297:11 | |
| **y'all** 235:23,24 | **yesterday** 18:7 | |
| 248:2 268:1,3 | 22:19 26:7 27:8,20 | |
| 278:18 | 27:23 56:17 72:11 | |
| **yeah** 11:17 23:18 | 116:8 119:1 134:1 | |
| 25:3,25 26:13 42:1 | 149:25 150:22 | |
| 47:9 49:6 55:22 | 168:3 174:1 180:11 | |
| 56:14 60:12 64:16 | 198:1 207:6 | |