# ATTACHMENT 25

Page 1

1      IN THE UNITED STATES DISTRICT COURT

       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2

3   IN RE:  PROCESSED EGG PRODUCTS :

    ANTITRUST LITIGATION           :

4   -------------------------------:  MDL No. 2002

    THIS DOCUMENT RELATES TO:      :  08-MD-02002

5   ALL DIRECT PURCHASER ACTIONS   :

6

7            ** HIGHLY CONFIDENTIAL **

8

9            Thursday, March 20, 2014

10

11            Videotaped deposition of

12   GREGORY EUGENE HINTON, taken at the offices

13   of Porter, Wright, Morris & Arthur LLP, 1900

14   K Street, NW, Suite 1110, Washington, D.C.

15   20006, beginning at 9:06 a.m., before LINDA

16   ROSSI RIOS, a Federally Approved RPR, CCR and

17   Notary Public.

18

19

20

21

22

23

24

25

Page 2

1  A P P E A R A N C E S :
2
3  SUSMAN GODFREY LLP
     BY: MATTHEW B. ALLEN, ESQUIRE
4  Suite 5100
     1000 Louisiana Street
5  Houston, TX 77002
     713-653-7803
6  mallen@susmangodfrey.com
     On behalf of the Direct Purchaser
7  Plaintiffs
8
9  STRAUS & BOIES, LLP
     BY: MARK J. SCHIRMER, ESQUIRE
10  4141 University Avenue
      Fairfax, VA 22030
11  703-764-8700
      mschirmer@straus-boies.com
12  On behalf of the Indirect Purchaser
      Plaintiffs
13
14
      JENNER & BLOCK, LLP
15  BY: JAMES T. MALYSIAK, ESQUIRE
      353 North Clark Street
16  Chicago, IL 60654
      312-840-7282
17  jmalysiak@jenner.com
      On behalf of the Direct Action Plaintiffs
18  and Kraft, Kellogg, Nestle and General
      Mills
19
20
      WEIL, GOTSHAL & MANGES LLP
21  BY: CARRIE M. ANDERSON, ESQUIRE
      1300 Eye Street, N.W.
22  Suite 900
      Washington, D.C. 20005
23  202-682-7231
      carrie.anderson@weil.com
24  On behalf of Defendant, Michael Foods
      and Papetti's Hygrade Egg Products Lee
25

Page 3

1  A P P E A R A N C E S :
2
3  PORTER, WRIGHT, MORRIS & ARTHUR LLP
     BY: JOHN C. MONICA, JR., ESQUIRE
4  1900 K Street, NW
     Suite 1110
5  Washington, D.C. 20006
     202-778-3050
6  jmonica@porterwright.com
     and
7  MOLLY S. CRABTREE, ESQUIRE
     41 South High Street
8  Suites 2800 - 3200
     Columbus, OH 43215-6194
9  617-227-2015
     mcrabtree@porterwright.com
10  On behalf of Defendant, Rose Acre Farms
11
12  FAEGRE BAKER DANIELS
      BY: E. JASON BURKE, ESQUIRE
13  311 S. Wacker Drive
      Suite 4400
14  Chicago, IL 60606
      317-212-2264
15  jason.burke@faegrebd.com
      On behalf of Midwest Poultry Services
16  (Via teleconference)
17
18
      A L S O  P R E S E N T :
19
20
      KIM JOHNSON, Videographer
21
22
23
24
25

Page 4

1              I N D E X
2              - - -
3  Testimony of: GREGORY EUGENE HINTON
4  By Mr. Malysiak          12
5  By Mr. Allen             121
6  By Mr. Schirmer          168, 274
7  By Mr. Monica            260
8              - - -
9          E X H I B I T S
10              - - -
11  EXHIBIT NUMBER  DESCRIPTION    PAGE MARKED
12
     Hinton-32   7/5/06 E-mail,
13      RA0012499 & 0012500    49
14  DAP-Hinton-1  6/3/02 United Voices,
          DAY0028331 - 0028334   78
15
     DAP-Hinton-2  6/27/02 Shell Egg Price
16      Discovery Committee
          Meeting, Chicago,
17      Illinois Minutes,
          CM00181854          80
18
     DAP-Hinton-3  7/12/02 Letter with
19      attached meeting notes,
          CM00416046 - 00416049  86
20
     DAP-Hinton-4  10/9/02 UEP Marketing
21      Committee Meeting
          Savannah, Georgia,
22      CM00274063 - 00274077  89
23  DAP-Hinton-5  Animal Welfare Report
          for 2003 Area Meetings,
24      CM00430620 - 00430637  93
25

Page 5

1          E X H I B I T S (cont'd.)
2              - - -
3  EXHIBIT NUMBER  DESCRIPTION    PAGE MARKED
4
     DAP-Hinton-6  (Skipped)
5
     DAP-Hinton-7  Rick Brown Urner Barry,
6      CM00412937 - 0412940  96
7  DAP-Hinton-8  (Skipped)
8  DAP-Hinton-9  (Skipped)
9  DAP-Hinton-10 (Skipped)
10  DAP-Hinton-11 UEP's Shell Egg
      Marketing Committee
11      January 26, 2004,
          CM00413675 - 00413701  98
12
     DAP-Hinton-12 (Skipped)
13
     DAP-Hinton-13 UEP Marketing Committee
14      May 10, 2004 Washington,
          D.C.,
15      CM00189887 - 00189903  102
16  DAP-Hinton-14 (Skipped)
17  DAP-Hinton-15 (Skipped)
18  DAP-Hinton-16 Shell Egg Marketing
      Committee
19      January 24, 2005,
          DAY0028896 - 0028925  104
20
     DAP-Hinton-17 UEP Board of Directors
21      January 25, 2005
          Atlanta, GA Minutes,
22      DAY0028028 - 0028035  109
23  DAP-Hinton-18 (Skipped)
24  DAP-Hinton-19 (Skipped)
25  DAP-Hinton-20 (Skipped)

2 (Pages 2 - 5)

**Page 6**

```
 1        E X H I B I T S (cont'd.)
 2              - - -
 3  EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
 4
    DAP-Hinton-21 (Skipped)
 5
    DAP-Hinton-22 (Skipped)
 6
    DAP-Hinton-23 (Skipped)
 7
    DAP-Hinton-24 (Skipped)
 8
    DAP-Hinton-25 United Egg Association
 9        Further Processors
          Division Meeting Minutes
10        - April 23, 2007
          Las Vegas, Nevada,
11        UE0902043 & 0902044    113
12  DAP-Hinton-26 (Skipped)
13  DAP-Hinton-27 (Skipped)
14  DAP-Hinton-28 (Skipped)
15  DAP-Hinton-29 5/30/07 Letter,
          KRA00026658 - 00026663 119
16
    DAP-Hinton-30 (Skipped)
17
    DAP-Hinton-31 (Skipped)
18
    Exhibit 33  Certified Egg Products,
19        Inc. Information Release,
          RA0014219      126
20
    Exhibit 34  Certified Egg Products,
21        Inc. Agreement,
          RA0010549 & 0010550   134
22
    Exhibit 35  PowerPoint slides,
23        RA0069068 - 0069072  151
24  Hinton-36  Page off of Web site  169
25
```

**Page 8**

```
 1        E X H I B I T S (cont'd.)
 2              - - -
 3  EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
 4
    Hinton-48   E-mail chain,
 5        RAUPDATE0018104     235
 6  Hinton-49   E-mail chain,
          RAUPDATE0005158 &
 7        RAUPDATE0005159     241
 8  Hinton-50   2/28/03 E-mail,
          RAUPDATE0005560     249
 9
    Hinton-51   E-mail chain,
10        RA0006491      250
11  Hinton-52   1/27/03 E-mail,
          RA0006385      253
12
    Hinton-53   4/14/03 E-mail,
13        RA0005326      256
14            - - -
15
16
17
18
19
20
21
22
23
24
25
```

**Page 7**

```
 1        E X H I B I T S (cont'd.)
 2              - - -
 3  EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
 4
    Hinton-37   Printout from home
 5        page            176
 6  Hinton-38   Vendor Profile -
          Company Description,
 7        RA0005033 - 0005043  182
 8  Hinton-39   New Supplier
          Information Form,
 9        RA0005046 - 0005048  192
10  Hinton-40   Urner Barry's
          Price-Current,
11        KEL00003257 - 00003259 200
12  Hinton-41   E-mail chain,
          RAUPDATE0007136     205
13
    Hinton-42   August 2008 Sales
14        Report,
          RAUPDATE0019887 &
15        RAUPDATE0019888     210
16  Hinton-43   USDA Weekly Retail
          Shell Feature Activity,
17        RA0007500 & 0007501  215
18  Hinton-44   E-mails,
          RAUPDATE0044684     217
19
    Hinton-45   7/2/04 E-mail,
20        RAUPDATE0008335 &
          RAUPDATE0008336     222
21
    Hinton-46   1/22/06 E-mail,
22        RAUPDATE0015948 -
          RAUPDATE0015951     229
23
    Hinton-47   E-mail chain,
24        RA0014751 - 0014753  231
25
```

**Page 9**

```
 1        DEPOSITION SUPPORT INDEX
 2
 3  DIRECTION TO WITNESS NOT TO ANSWER
 4  Page  Line       Page  Line
 5  (None)
 6
 7
 8
 9  REQUEST FOR PRODUCTION OF DOCUMENTS
10  Page  Line
11  (None)
12
13
14  STIPULATIONS
15  Page  Line
16  (None)
17
18
19  QUESTIONS MARKED
20  Page  Line
21  (None)
22
23
24
25
```

3 (Pages 6 - 9)

Page 10

1
2          - - -
3          VIDEOGRAPHER:  We are now on the
4  record.  My name is Kim Johnson,
5  representing Veritext.
6          The date today is March 20,
7  2014.  The time is 9:06.  This
8  deposition is being held at Porter
9  Wright located at 1900 K Street,
10  Northwest, Washington, D.C., and is
11  being taken by counsel for the
12  plaintiff in the matter of Processed
13  Egg Products Antitrust Litigation.
14  This case is filed in the U.S.
15  District Court of Eastern
16  Pennsylvania, Case Number 08-MD-02002.
17  The name of the witness is Greg
18  Hinton.
19          At this time attorneys present
20  in the room and attending remotely
21  will identity themselves and the
22  parties they represent.
23          MR. MALYSIAK:  James Malysiak,
24  Jenner & Block, Chicago, Illinois,
25  representing Direct Action Plaintiffs,

Page 11

1
2  Kraft Foods, General Mills, Kellogg,
3  Nestle, and also here for the other
4  Direct Action Plaintiffs.
5          MR. ALLEN:  Matt Allen with
6  Susman Godfrey for the Direct
7  Purchaser Class.
8          MR. SCHIRMER:  Mark Schirmer
9  with Straus & Boies for the Indirect
10  Purchaser Class.
11          MR. MONICA:  Hi.  I'm John
12  Monica from Porter, Wright, Morris &
13  Arthur, representing Rose Acre Farms,
14  Inc.  And with me is my partner, Molly
15  Crabtree.
16          MS. ANDERSON:  Carrie Anderson
17  from Weil Gotshal on behalf of Michael
18  Foods and Papetti's Hygrade Egg
19  Products.
20          VIDEOGRAPHER:  On the phone?
21          MR. BURKE:  Jason Burke of
22  Faegre Baker Daniels on behalf of
23  Midwest Poultry Services.
24          VIDEOGRAPHER:  Our court
25  reporter, Linda Rossi, representing

Page 12

1
2          Veritext will swear in the witness and
3  we can proceed.
4          - - -
5          GREGORY EUGENE HINTON, after
6  having been duly sworn, was examined
7  and testified as follows:
8          - - -
9          EXAMINATION
10          - - -
11  BY MR. MALYSIAK:
12      Q.    Good morning, Mr. Hinton.
13      A.    Good morning.
14      Q.    Would you state your full name
15  for the record?
16      A.    Gregory Eugene Hinton.
17      Q.    And where do you live?
18      A.    Seymour, Indiana.
19      Q.    Where do you work?
20      A.    Rose Acre Farms.
21      Q.    What's your business address?
22      A.    6874 North Base Road, Seymour,
23  Indiana.
24      Q.    What's your position at Rose
25  Acre?

Page 13

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      A.    Vice president of sales.
3      Q.    How long have you had that
4  position?
5      A.    Since approximately 1989.  No.
6  I'm sorry, 1992.
7      Q.    How long have you been with
8  Rose Acre?
9      A.    For 34 years.
10      Q.    So if my math is right, 1980?
11      A.    Correct.
12          MR. MONICA:  Good.
13  BY MR. MALYSIAK:
14      Q.    Could you give us a summary of
15  your educational background?
16      A.    Sure.  I went to kindergarten
17  at Emerson Elementary School.
18          MR. MONICA:  Go ahead.
19          THE WITNESS:  That was
20  kindergarten.  That was elementary
21  school.  Then starting in first grade
22  I went to a Lutheran parochial school,
23  Emmanuel Lutheran School in Seymour,
24  Indiana.  And I attended the Lutheran
25  school for eight years.  And then upon

4 (Pages 10 - 13)

Page 14

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1  graduation there, I went to Seymour
2  High School for four years, graduated
3  in 1980 from Seymour High School, and
4  then I attended IUPUI in Columbus,
5  Indiana at night, going to college at
6  night for approximately five years.
7  BY MR. MALYSIAK:
8      Q.    Did you work anywhere full time
9  before Rose Acre?
10     A.    Full time, not -- there could
11 have been weeks I worked 40 hours, but it was
12 all during high school, so they were, I
13 guess, considered probably part time.
14     Q.    But since completing high
15 school, you've worked full time at Rose Acre?
16     A.    Yes, I have.
17     Q.    What positions at Rose Acre did
18 you have from the beginning, 1980, until you
19 became vice president of sales?
20     A.    I started out working after
21 school in the afternoons unloading carton
22 trucks.  So I didn't have a title.  I guess
23 it would be unloading carton trucks.  So I
24 did that during most of my second half of my

Page 15

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1  senior year until I graduated.  During that
2  time I helped out in the cooler stacking
3  eggs, helping load -- helping the shippers
4  load trucks as general duties and the --
5  around the packaging and cooler eggs.  Then
6  after graduation, I worked -- I became full
7  time and I worked in the cooler, and that
8  involved stacking eggs on the line as well as
9  loading egg trucks.  Approximately sometime
10 in '81, late '81, I transferred -- and that
11 was at Cort Acres in Seymour, Indiana.  In
12 '81 I transferred over to Jen-Acres, our farm
13 in North Vernon, Indiana.  My responsibilities
14 over there, I was cooler manager, I was
15 responsible for all the duties as far as
16 loading the trucks over the shippers that
17 help load egg trucks.  I also had
18 responsibility of house inspections, walking
19 chicken houses and making reports on a daily
20 basis.  I stayed there for about a year and a
21 half, and at that time I transferred back to
22 Cort Acres in Seymour where I took on
23 responsibility of cooler manager at that
24 location.  I held that position as cooler

Page 16

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1  manager until approximately late '88, early
2  '89.  At that time I was -- my position
3  changed and I became working in the sales
4  department working with egg sales.  And
5  worked in the egg sales department until '92
6  when I was -- approximately '92, I don't
7  remember the exact day, but it's around '92
8  when I was promoted to vice president of
9  sales.  And I've held that position ever
10 since.
11     Q.    You mentioned cooling a few
12 times.  I have no background in the egg
13 industry so a lot of my questions may seem
14 pretty fundamental to you, but what's the
15 cooling process involve?
16     A.    When I say cooling or cooler,
17 I'm referring to where we store the eggs, so
18 the egg cooler.  Once the eggs are -- it's
19 changed over the years, but today we have
20 mandatory refrigeration laws according to the
21 FDA and the Food Modernization Act.  But back
22 then it wasn't quite the standard it is
23 today.  But basically after the eggs are
24 packed in the carton, put in the case, taped,

Page 17

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1  stacked, the eggs are put into an egg cooler
2  to be held until the time that we would load
3  them on the trucks to send them to customers.
4      Q.    Is there some limit by law on
5  how long you can keep them in the cooler?
6      A.    A limit by law that you can
7  keep them in the cooler?  No.  Not aware of
8  a --
9      Q.    Has Rose Acre had its own
10 policy as to how long they can keep them in
11 the cooler?
12     A.    We have different customer
13 specifications, so depending on what the
14 customer specs are kind of dictate the length
15 of time the eggs could be in the cooler,
16 because from the time that we pack the eggs,
17 customers -- some of them have different
18 requirements as far as how old the eggs could
19 be upon delivery.  So that more -- that
20 dictates it more than anything.  And then --
21 yes.
22     Q.    What are your responsibilities
23 as vice president of sales?
24     A.    I am responsible for overseeing

Page 18

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 all the egg and egg product sales for Rose
2 Acre. I have direct responsibility for
3 pricing of the eggs to our customers, for our
4 sales force that works inside and outside
5 sales with our customers, the customer
6 service group, our quality inspection group
7 that goes visit supermarkets to inspect
8 quality of shell eggs. And really anything
9 involving customers would fall under my
10 responsibility.
11    Q.    Have your responsibilities
12 changed at all since 1992 over time?
13    A.    The overall general
14 responsibilities, no.
15    Q.    You referred in your answer to
16 several different types of individuals that
17 work under your supervision. Could you go
18 through those again? Who are your staff, the
19 people that report to you?
20    A.    Today?
21    Q.    Well, let's go back, this case
22 really focuses on 1999 to 2008. You don't
23 have to give by names but just categories and
24 functions.

Page 19

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1    A.    Oh, okay. I would have sales
2 staff that would travel and meet with
3 customers, work on prospective new customers
4 and visit customers, review how things are
5 going, you know, just in general. Make sure
6 if there's any other needs the customer has.
7 So that's outside staff. But I have what I
8 would call inside staff that work with
9 customers from a customer service standpoint,
10 they receive the orders, make sure the orders
11 are sent out to the farms, that the orders
12 are processed, that pricing gets communicated
13 to the accounts receivable so that they're
14 invoiced. They work with transport to make
15 sure if we're making deliveries, that they
16 would coordinate that. And then some work in
17 the office that would talk to customers or
18 work on outside sales. But basically went in
19 the office but don't necessarily travel as
20 much. And then we have out in the -- 2008,
21 I'm trying to think the time frame, we have
22 -- I don't -- I think it may have been 2008,
23 right around there, but we have what we would
24 call our quality, sales quality inspection

Page 20

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 team that visits supermarkets and checks the
2 quality of shell eggs at the supermarket
3 level. That's the sales staff, the different
4 responsibilities.
5    Q.    During that period, 1999 to
6 2008, what's your estimate of how many
7 individuals in those positions reported to
8 you?
9    A.    At any time back between then
10 and 2008, maybe six or seven.
11    Q.    Do you have any ownership
12 interest in Rose Acre?
13    A.    No, I don't.
14    Q.    Never have?
15    A.    Never have.
16    Q.    Are you a member of the Rose
17 Acre board?
18    A.    Yes, I am.
19    Q.    How long have you been on the
20 Rose Acre board?
21    A.    I think about three or four
22 years.
23    Q.    So you weren't on the Rose Acre
24 board during the period 1999 to 2008?

Page 21

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1    A.    I don't believe so, no.
2    Q.    During that period, 1999-2008,
3 how were you compensated by Rose Acre?
4    A.    With a paycheck.
5    Q.    Salary?
6    A.    I don't remember back in '99 if
7 I was -- '99. I don't remember back that
8 far. In 2008 I'd have been on salary.
9    Q.    Have you ever been on
10 commission at all?
11    A.    No.
12    Q.    During that period 1999-2008,
13 what was the geographical scope of Rose Acre
14 sales?
15    A.    I would have -- during -- '99
16 it wouldn't be as broad. But as you get
17 closer to 2008, I would consider it to be
18 national, but we didn't sell in every state,
19 but we sold pretty much across the U.S. and
20 some international sales.
21    Q.    During that period, 1999-2008,
22 who were your largest customers?
23    A.    Save-A-Lot, Aldi, Kroger,
24 Wal-Mart, Kraft Foods, Schnucks, Certified

6 (Pages 18 - 21)

Page 22

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  Grocers.
3       Are we -- can I ask you a
4  question?
5    Q.   Sure.
6    A.   Are we talking just shell eggs,
7  just eggs, just eggs and egg products or do
8  you want other products?
9    Q.   Let's go with eggs first.
10   A.   Just want to make sure. Did I
11 mention Wal-Mart?
12   Q.   Yes.
13   A.   Those are our largest
14 customers. Oh, Dutch Farms. I'm sorry.
15 Dutch Farms.
16   Q.   What percentage of Rose Acre's
17 total sales of eggs during that period,
18 1999-2008, would be to these large customers,
19 would you estimate?
20       MR. MONICA: We're talking eggs
21 or are you including egg products?
22       MR. MALYSIAK: Just eggs.
23       MR. MONICA: Just eggs.
24       THE WITNESS: Well, I mentioned
25 Kraft, so that's egg products. So are

Page 23

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  we counting egg products or --
3  BY MR. MALYSIAK:
4    Q.   Let's just go with eggs first.
5    A.   Just shell eggs?
6    Q.   Yes.
7    A.   On just the customers I
8  mentioned?
9    Q.   Yes, the ones you consider your
10 large customers.
11   A.   I don't know exactly off the
12 top of my head.
13   Q.   Any ballpark estimate?
14   A.   No. It would change -- it
15 would change over time.
16   Q.   Taking, for instance, Kroger,
17 what percentage of your sales of eggs would
18 you make every year to Kroger would you
19 estimate?
20   A.   For what years?
21   Q.   1999-2008. And, of course, it
22 might vary.
23   A.   It can vary by year. So I --
24 without looking at an exact document, I don't
25 want to put out a number that may not be

Page 24

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  correct.
3    Q.   Now, you also mentioned egg
4  products. What egg products did Rose Acre
5  sell during those years, 1999-2008?
6    A.   We sold salt yolk. I'm sorry,
7  salt.
8    Q.   How do you spell it?
9    A.   S-A-L-T, Y-O-L-K. Salt yolk.
10 Salted whole mix, liquid egg whites, dried
11 egg whites, high whip and standard, dried egg
12 yolk, standard and free flow, dried whole
13 egg, frozen salt yolk, frozen sugar yolk,
14 frozen egg whites, an enzyme modified egg
15 yolk, no cholesterol product. That's the
16 majority of them. There could be a few
17 others I didn't mention.
18   Q.   Did Rose Acre do this
19 processing itself to make these products?
20   A.   Yes, they did.
21   Q.   Where do you have the
22 facilities to do that, during that period
23 again?
24   A.   At Cort Acres in Seymour,
25 Indiana. At Pulaski County Egg Farm in

Page 25

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  Francesville, Indiana. At Guthrie Center Egg
3  Farm in Guthrie Center, Iowa. And at
4  Marshall Egg Products in Marshall, Missouri.
5  And Nepco Egg Products in Social Circle,
6  Georgia.
7    Q.   Are each of those facilities --
8  was each of those facilities during -- go
9  ahead.
10   A.   Excuse me. I mentioned
11 Francesville, okay.
12   Q.   Was each of those facilities
13 during that period owned and operated by Rose
14 Acre?
15   A.   Yes, they were.
16   Q.   Can you estimate during that
17 period, 1999-2008, the percentage in dollar
18 amount each year that Rose Acre sold of shell
19 eggs versus these egg products?
20   A.   No, I can't.
21   Q.   During that period, did you
22 handle the sales relationship with any of
23 these large customers you've named?
24   A.   Yes.
25   Q.   Which ones?

7 (Pages 22 - 25)

Page 26

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2     A.    I had relationships with all my
3 customers.
4     Q.    Which ones were you the chief
5 connector, if you will, the one who made the
6 contracts?
7     A.    Could we read back the ones
8 that I gave you?
9     Q.    Save-A-Lot.
10    A.    Primary -- you want to go one
11 by one?
12    Q.    Yes.
13    A.    Primary contact.
14    Q.    Aldi?
15    A.    Primary contact.
16    Q.    Kroger?
17    A.    Primary contact in the
18 beginning.
19    Q.    And when did that end?
20    A.    I don't remember exactly what
21 year.  But I still have a lot of contact, but
22 I'm not -- I have someone else as the
23 primary.
24    Q.    Wal-Mart?
25    A.    Primary contact.

Page 27

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2     Q.    Kraft?
3     A.    Primary contact.
4     Q.    Schnucks?
5     A.    Same.  In the beginning,
6 primary contact, but that changed over time.
7     Q.    Certified Grocers?
8     A.    It was primary contact.
9     Q.    And Dutch Farms?
10    A.    Primary contact.
11    Q.    Did Rose Acre have a standard
12 practice with respect to these large
13 customers of length of contract?
14    A.    There's no standard.
15    Q.    What were the ranges of terms
16 of contract during that period with these
17 types of customers?
18    A.    From no -- well, are we talking
19 about the customers that we just mentioned?
20    Q.    Yes.
21    A.    From no contract to five years.
22    Q.    Which ones were no contract?
23    A.    Save-A-Lot, Aldi, Dutch Farms.
24 Gets the ones that were no contract.
25    Q.    Which one -- which one or more

Page 28

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 were five years?
3     A.    Kraft.
4     Q.    For the no contract one, how
5 did you determine what would be sold to them
6 and at what price?
7     A.    Well, what determined what I
8 sold to them is what they requested.  So
9 whatever products the customer asked for,
10 we'd sell to them and it would be -- I would
11 establish a price and then they accepted and
12 we started selling to them.  And then over
13 time if they -- it was no set time that they
14 could come back and ask that they were either
15 going to rebid their business or would want
16 to negotiate a different price.
17    Q.    So it was essentially on an
18 order-by-order basis?
19    A.    It would be -- I don't know if
20 I -- I wouldn't just term it as order by
21 order, but I would say it was just on a
22 period of time.  And if they -- at any time
23 they could come back to me and either drop
24 the business or renegotiate.  It was no set
25 contract, just...

Page 29

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2     Q.    How was the price determined
3 for those deals?
4     A.    For which ones, for which
5 customers specifically?
6     Q.    Say Save-A-Lot.
7     A.    It was a price negotiated off
8 the -- if we go -- for what year?
9     Q.    Any time during 1999-2008.
10    A.    They -- in '99 they would have
11 been purchasing off the Rose Acre market.
12 2008, I believe they would have been at that
13 time off the Urner Barry market.
14    Q.    What was the Rose Acre market?
15    A.    It's a market that's
16 established by Rose Acre's that we set every
17 Thursday to sell Rose Acre branded eggs off
18 of.
19    Q.    That continued throughout the
20 period 1999-2008?
21    A.    Yes, it did.
22    Q.    Did any of the major customers
23 use the Rose Acre market --
24    A.    Yes.
25    Q.    -- for pricing?  Which ones?

8 (Pages 26 - 29)

Page 30

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2     A.    Aldi, Save-A-Lot, Dutch Farms,
3  Certified.  I believe that's all the ones
4  that I've mentioned so far.
5     Q.    What was the business reason
6  for having a Rose Acre market rather than
7  relying on the Urner Barry quotations?
8        MR. MONICA:  Objection.  You can
9     answer.
10        THE WITNESS:  It was a
11     long-standing market that Rose Acre's,
12     we had established back in the early
13     '80s, and we would -- sold our Rose
14     Acre branded eggs off the -- off our
15     Rose Acre market which we established
16     based on our -- basically we
17     established based on our egg supply.
18  BY MR. MALYSIAK:
19     Q.    How would the egg supply affect
20  the Rose Acre market price?
21     A.    The -- our -- we'd establish
22  our market based on our supply of eggs.  If
23  we're short on eggs, our market can move, had
24  the ability if we could move the market.  We
25  only change once a week, on Thursdays, so

Page 31

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  it's different than the Urner Barry market
3  where it was a daily market.  So we would
4  review what our sales were and what our
5  supply was to determine our market.
6     Q.    During that period, 1999-2008,
7  was the Rose Acre market price published?
8     A.    To our customers.
9     Q.    So it wasn't made public
10  otherwise?
11     A.    No.
12     Q.    Did you analyze during that
13  period on a frequent basis the relationship
14  between the Rose Acre market price and Urner
15  Barry prices?
16     A.    Yes, we did.
17        MR. MONICA:  Objection.  Sorry,
18     you have to give me a chance to
19     object, but go ahead and answer.
20        THE WITNESS:  We -- yes, we did.
21  BY MR. MALYSIAK:
22     Q.    And how did you do that?
23     A.    With a report.
24     Q.    How often did you do that?
25     A.    We did an annual summary, but

Page 32

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  it was -- it would have been entered not
3  necessarily every week into an Excel
4  spreadsheet and then we would do -- at the
5  end of the year we'd have an average that
6  showed weekly by different markets and have
7  an average at the end of the year.
8     Q.    Did you -- in setting the Rose
9  Acre price, did you take into consideration
10  the Urner Barry prices?
11        MR. MONICA:  Objection.
12        THE WITNESS:  That would be --
13     we would look at the Urner Barry
14     market as part of our review process.
15  BY MR. MALYSIAK:
16     Q.    What percentage of your eggs
17  during that period do you believe you sold,
18  do you estimate you sold on the Rose Acre
19  market?
20     A.    I can't remember exactly.
21     Q.    Any ballpark?
22     A.    No, sir.
23     Q.    You also mentioned all these
24  various egg products other than the shelled
25  egg products, the shelled eggs.  Who were

Page 33

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  your main customers during 1999 to 2008 for
3  those products?
4     A.    For egg products?
5     Q.    Yes.
6     A.    Kraft, Flowers, Dawn Foods,
7  Multifoods, M&M, Mars, Nestle.  We sold some
8  to General Mills, Kellogg's, ConAgra,
9  Gilster-Mary Lee, McKee Baking, Krispy Kreme
10  Doughnuts, Prime Foods, John Olysky, Rich
11  Products, Wabash Valley Produce, Michael
12  Foods, Deb-El, Ohio Farmers.  That's off the
13  top of my head right now.  There's others.
14     Q.    Was Kraft your biggest
15  purchaser of those?
16     A.    Yes.
17     Q.    What percentage of your total
18  sales of egg products other than shell eggs
19  did you sell to Kraft over that period?
20     A.    It would have -- it could have
21  varied over that period.  I don't -- it would
22  have varied year to year, could have varied,
23  depending on how much dried we sold.  Without
24  doing a lot of calculations, I just don't
25  want to -- I don't know for sure.

9 (Pages 30 - 33)

Page 34

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1
2    Q.    Any ballpark estimate?
3    A.    More than 20 -- around -- more
4    than 20 percent.
5    Q.    Did Kraft also buy shelled eggs
6    from you during that period?
7    A.    No, not that I can recall.
8    Q.    What were the contract term
9    durations for contracts with the customers
10   you've named for these egg products?
11   A.    Anywhere from spot sales to
12   five years.
13   Q.    Was Kraft again the five-year
14   contract?
15   A.    Yes.
16   Q.    How was the price determined
17   for these products during that period?
18   A.    For --
19        MR. MONICA:  Objection.  You can
20   answer.
21        THE WITNESS:  For which
22   products, which customer?
23   BY MR. MALYSIAK:
24   Q.    Did it vary by product?
25   A.    Yes, sir.

Page 35

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1
2    Q.    Did you have something
3    equivalent to your Rose Acre market for these
4    products?
5    A.    No, we did not.
6    Q.    Was there a source of price
7    information that you relied upon for these
8    products during that period, like Urner
9    Barry?
10   A.    Yes, sir.
11   Q.    What was that?
12   A.    The Urner Barry.
13   Q.    Does Urner Barry have -- during
14   that period, did Urner Barry have quotations
15   for all of these individual products?
16   A.    No.
17   Q.    For those that there was no
18   Urner Barry quotation, how did you determine
19   price with the customer?
20   A.    There was -- there was only one
21   product and it was a proprietary product that
22   we produced.
23   Q.    What was that?
24   A.    Neff.  Or I'm sorry, FEME at
25   that time.

Page 36

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1
2    Q.    How do you spell that?
3    A.    F-E-M-E.
4    Q.    What is that type of product?
5    A.    It was a product for Kraft
6    that's -- that we have special -- can we go
7    into detail?
8    Q.    You don't have to go into a lot
9    of detail.  Just --
10   A.    It was a proprietary product
11   for Kraft Foods.
12        MR. MONICA:  It's his client so
13   I think it's okay to --
14        THE WITNESS:  Well, I --
15        MR. MONICA:  I understand.
16   BY MR. MALYSIAK:
17   Q.    It's a proprietary issue is
18   what you're saying?
19   A.    Yes, sir.
20        MR. MONICA:  I believe they have
21   a privacy agreement about the product
22   and he's afraid of disclosing things.
23        MR. MALYSIAK:  It wouldn't be so
24   good for me to ask the question to
25   cause that breach.

Page 37

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1
2    BY MR. MALYSIAK:
3    Q.    But all the other egg products
4    during that period did have Urner Barry
5    quotes?
6    A.    There were quotes for liquid,
7    frozen and dried products.  And prices we
8    established using the Urner Barry, but if we
9    did like, say, a bag in a box liquid, there's
10   not necessarily a quote for bag in a box on
11   the Urner Barry, so we would use the Urner
12   Barry tanker market and establish a cost
13   based on other costs associated with putting
14   it in a bag in a box from pasturization,
15   possibly from packaging, can off labor and
16   the cost of the packaging.  So it would be --
17   we'd ramp up a price but start with an Urner
18   Barry, but Urner Barry didn't quote the
19   specific product.
20   Q.    What is bag in a box, just out
21   of curiosity?
22   A.    It's where we put liquid egg
23   and fill it in a plastic bag and put it in a
24   box for food -- mainly for food service use
25   and bakeries.

10 (Pages 34 - 37)

Page 38

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2  Q.  Going back to shell eggs and
3  price determination during the 1999-2008
4  period, for those customers for which you
5  used Urner Barry, were there negotiations
6  about the price or was it just agreed that
7  whatever the Urner Barry relevant quotation
8  was would be the price?
9      A.  No, it would be a negotiation
10  because Urner Barry on shell eggs is a
11  benchmark.
12     Q.  What do you mean by "benchmark"?
13     A.  It's a benchmark price.  Urner
14  Barry on the shell egg market, it's a
15  benchmark and then we sell at discount, we
16  would negotiate a discount to that benchmark.
17     Q.  What would the discount be
18  based upon?
19     A.  Our negotiations with the
20  customer.
21     Q.  So it could vary from customer
22  to customer?
23     A.  Yes, sir.
24     Q.  What were the factors that
25  would go into the size of the discount?

Page 39

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2      A.  The specifications by the
3  customer dictated quite a bit.  If it was
4  USDA, what kind of egg carton, whether it was
5  a foam carton, a pulp carton, pulp carton
6  label, a clear carton.  The case it was in,
7  if it was a Kraft case, meaning brown Kraft,
8  or a white case, varied the cost.  Those kind
9  of factors could -- would go into our
10  consideration as far as -- as some of the
11  factors that played into that.
12     Q.  For a customer during that
13  period that had a discount, would that
14  discount stay constant throughout the period?
15     A.  Like I said before, it depends
16  on if it was -- if there was a contract for a
17  period of time that stated that it would stay
18  constant or if it just changed over time
19  based on renegotiation with the customer.
20     Q.  How about the egg products side
21  of it, again, was the Urner Barry quotation
22  the price that was used?
23     A.  In some cases.
24     Q.  Were there any situations where
25  there would be some change from that?

Page 40

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2      A.  Yes.
3      Q.  What were those circumstances
4  during that period when that would happen?
5      A.  Customers would contract price
6  so they would ask for a fixed price on a set
7  number of pounds for a fixed period of time.
8  It's pretty common, especially with dried
9  eggs.
10     Q.  What would -- would that be
11  the Urner Barry price that would be used?
12     A.  No, it would be just the fixed
13  price.
14     Q.  Do you recall when Rose Acre
15  Farms joined United Egg Producers?
16     A.  Yes.
17     Q.  When was that?
18     A.  It was sometime towards the end
19  of 2002, early 2003, in that -- somewhere in
20  that time area, time frame.
21     Q.  Was there a reason why Rose
22  Acre joined UEP at that time?
23     A.  Yes.
24     Q.  What was the reason?
25     A.  Because I had customers that --

Page 41

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2  UEP was working with the Scientific Committee
3  to establish Animal Welfare Certified
4  guidelines and we had -- there was animal
5  welfare groups that were, I'd say, going to
6  customers and trying to get them to enact
7  animal welfare standards.  And so it became
8  clear to us that we were going to need to
9  participate in the Animal Welfare guidelines
10  for our customers that were going to require
11  it.  And our decision was to join UEP and be
12  part of the Scientific Committee's UEP
13  Certified Guidelines and we can offer that to
14  our customers.
15     Q.  Did Rose Acre have any Animal
16  Welfare Guidelines before joining UEP?
17     A.  Yes, we've always had standards
18  for a company, but never a defined program
19  like the Scientific Committee put together.
20     Q.  Was a -- did you have a
21  published set of guidelines at Rose Acre?
22     A.  I don't recall.
23     Q.  For instance, did you have a
24  cage space requirement before joining UEP?
25     A.  I don't recall a specific

11 (Pages 38 - 41)

Page 42

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  requirement, but it wasn't my area of the
3  company.
4      Q.   Who was in charge of that area?
5      A.   KY Hendrix.
6      Q.   Did you personally have any
7  role at UEP after Rose Acre joined?
8      A.   Yes.
9      Q.   What were your involvements?
10     A.   I served on a committee, a
11 marketing committee on UEP for a few years.
12     Q.   You don't recall the years?
13     A.   No, I don't.
14     Q.   But was it during that period,
15 2002-2008?
16     A.   Yes, sir.
17     Q.   By "Marketing Committee," you
18 mean marketing of what products?
19     A.   Well, it was eggs.
20     Q.   Shell eggs?
21     A.   No, it would be -- all eggs, it
22 would be all eggs.
23     Q.   All egg products?
24     A.   It would be representing egg
25 and egg products, correct.

Page 43

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      Q.   Did you have any leadership
3  position on that committee?
4      A.   No, I did not.  Not that I
5  recall.
6      Q.   What was the -- as you
7  understood it, what was the purpose of that
8  committee?
9      A.   It's been so long ago, I'd have
10 to look at stuff and refresh myself on it.
11     Q.   Do you recall how often the
12 meetings of the Marketing Committee were?
13     A.   No, I don't.  I don't remember
14 for sure.
15     Q.   Do you recall attending the
16 meetings?
17     A.   I can remember attending the
18 meeting, yes, sir.
19     Q.   More than one?
20     A.   I don't remember.
21     Q.   Do you recall whether the
22 meeting or meetings were in person or on the
23 telephone?
24     A.   I believe there was a --
25 they've had -- there was a call-in meeting

Page 44

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  the one time.  I remember being on the phone
3  one time.
4      Q.   Do you recall any of the issues
5  that were discussed at any of the meetings of
6  the Marketing Committee?
7      A.   I can remember talking about --
8  one time talking about grade yield size loss.
9      Q.   Can you explain what that was
10 about?
11     A.   It was grade yield size loss is
12 what you have when you take nest run eggs and
13 convert that product to graded product.
14     Q.   So would you explain what nest
15 eggs are?
16     A.   Nest run eggs are ungraded,
17 unwashed eggs that come from an off-line
18 chicken house, from a -- yeah.
19     Q.   Off-line you mean?
20         MR. MONICA:  One leads to
21 another.
22         THE WITNESS:  Off-line is where
23 it would be a standard-alone, if you
24 will, a stand-alone chicken house
25 compared to an in-line which would be

Page 45

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  chicken houses that are connected
3  directly to a processing plant.
4  BY MR. MALYSIAK:
5      Q.   And then graded, you mean USDA
6  graded?
7      A.   It could be.
8      Q.   What are the other options?
9      A.   Just graded, USDA, US -- AMS
10 USDA services is a voluntary program for egg
11 producers, not mandatory.
12     Q.   And what was the -- was there a
13 problem that was perceived in this on the
14 committee?
15         MR. MONICA:  Objection.
16 BY MR. MALYSIAK:
17     Q.   As you understood it.
18     A.   No, it was -- it was, well, a
19 problem.  I don't know -- it didn't involve
20 us because Rose Acre's, we didn't have
21 off-line contract farms.  We only had in-line
22 during that period.  So it really wasn't
23 something that concerned me.
24     Q.   Did you have any other
25 involvement at UEP other than the Marketing

12 (Pages 42 - 45)

Page 46

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 Committee?
2 
3    A.   There's a subbranch of UEP
4 called UEA.  And I was a member of UEA.  Rose
5 Acre's was a company member of UEA and I was
6 a -- I was one of our representatives to UEA
7 during that time.
8    Q.   You say it was a UEA, that's
9 United Eggs Association?
10    A.   Yes, sir.
11    Q.   Was a subbranch of UEP?
12       MR. MONICA:  Objection.  Calls
13 for a legal conclusion.
14       THE WITNESS:  Well, I refer to
15 it as that.  It was -- UEA was -- and
16 I asked, I remember specifically
17 asking about UEA and why UEA was just
18 not a committee of UEP, because they
19 had committees.  UEP had committees.
20 But UEA was not a committee.  And I
21 was told that UEA could not be a
22 committee of UEP because there were
23 members of UEA, it allowed companies
24 that didn't own birds to be a member,
25 so UEA had to be totally separate from

Page 47

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 
2 UEP.  And it couldn't be a
3 subcommittee because of that reason,
4 because since they didn't have
5 chickens, they weren't allowed to be
6 UEP members, but they could be UEA
7 members.  That was what I was told,
8 because I thought it was silly that I
9 was going to two different -- I had to
10 be in two different groups, but that
11 was the explanation that was given to
12 me.  So I don't know how, I honestly
13 don't personally know how that worked,
14 but that's what I was told when I
15 asked.
16 BY MR. MALYSIAK:
17    Q.   Who did you ask?
18    A.   I asked Howard Magwire.
19    Q.   Who is Mr. Magwire?
20    A.   He was a -- used to be in
21 charge of AMS for USDA and then when he
22 retired from the government, he went to work
23 for UEP and he was a designated
24 representative for us at UEA for our
25 meetings.

Page 48

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 
2    Q.   Was Rose Acre a member of UEA
3 right from the start of its membership with
4 UEP?
5    A.   I don't remember for sure.
6    Q.   You said you attended UEA
7 meetings?
8    A.   Yes, sir.
9    Q.   How often were they?
10    A.   Once or twice a year.
11    Q.   These were in person?
12    A.   Meetings I -- I attended
13 meetings in person, yes.
14    Q.   Were there telephone meetings
15 as well for UEA?
16    A.   I don't remember.
17    Q.   Did you have a leadership role
18 in UEA?
19    A.   Yes, sir.
20    Q.   What was that?
21    A.   I was chairman of UEA for, I
22 don't know if it was -- I can't remember if
23 it was one year or two years.  Whatever the
24 terms was, it was either one or two.
25    Q.   Do you remember when that was?

Page 49

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 
2    A.   No, I don't remember exact
3 years.
4       MR. MALYSIAK:  This is an
5 exhibit I wasn't intending to use
6 initially so if you could just mark
7 this 32.
8       - - -
9       (Exhibit Hinton-32, 7/5/06
10 E-mail, Bates RA0012499 & RA0012500,
11 was marked for identification.)
12       - - -
13 BY MR. MALYSIAK:
14    Q.   Mr. Hinton, you've been given
15 what's been marked Hinton Deposition
16 Exhibit 32, which is a two-page document with
17 the production number RA0012499 to 12500
18 which on its face appears to be an e-mail
19 from Howard Magwire on July 5, 2006, to a
20 number of individuals.  Trying to see if your
21 name is in the list there.
22    A.   Yes, it is.
23    Q.   It is.  Does this refresh your
24 recollection as to when you became chairman
25 of UEA?

13 (Pages 46 - 49)

Page 50

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      A.    Yes, it does.
3      Q.    When was that?
4      A.    According to this, it's July of
5  2006.
6      Q.    How long did you remain
7  chairman?
8      A.    Like I said, I knew -- I
9  thought it was a year -- I may -- you know,
10  thinking about this and now I remember why I
11  became chairman.  I believe I served the
12  remainder of the resigning chairman's year
13  and then possibly one year then after that.
14  So I don't think I was on two years.  So I
15  don't recall exactly the time.
16      Q.    Do you recall who succeeded
17  you?
18      A.    I don't remember for sure.
19      Q.    What was your understanding
20  during this period of your membership and
21  your chairmanship of UEA, what UEA's function
22  was?
23      A.    UEA worked -- was -- my sense,
24  the function was to work with the government,
25  to work with -- at the time, I'm trying to

Page 51

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  remember when it shifted, it used to be egg
3  products fell under AMS and then it shifted
4  to FSIS.  So if there was any -- if there was
5  issues with -- that a particular company
6  might have with an inspection process at
7  their plant, that they could go -- the UEA
8  would represent that producer and try to help
9  resolve issues with government inspectors
10  possibly or if a new -- if a company or
11  equipment manufacturers, a lot of them are
12  from Europe, they would have a new egg
13  breaking machine or a new pasteurizer or
14  new -- any kind of thing really involving the
15  process for egg products that they wanted to
16  sell to us, they always had to be approved,
17  they had to go through an approval process
18  with the government to get that product
19  approved and UEA would help facilitate that
20  for -- and so even to the extent that if I
21  had personally worked direct with the company
22  and had a new process that we needed, they
23  would help kind of be like a -- UEA would
24  help be that kind -- I call it kind of
25  liaison.  They would -- they, on the behalf

Page 52

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  of egg products producers, would help you
3  with government issues.
4      Q.    Do you recall any other
5  functions that UEA had during your time
6  there?
7      A.    No.  That was -- that's really,
8  my understanding, the main role of what they
9  did.
10      Q.    Why was Rose Acre -- why did
11  Rose Acre become a member even though it
12  had -- you did own chickens?
13      A.    Because we also -- not only did
14  we own chickens, we did -- we were a large
15  producer of egg products as well, and UEA was
16  one that represented the egg product side.
17      Q.    Was it your understanding --
18  one way or the other, was it your
19  understanding whether all UEP members were
20  also UEA members or not?
21      A.    I'm sorry, could you repeat the
22  question?
23      Q.    Did you have an understanding
24  whether all UEP members during that time were
25  also UEA members or were some members not in

Page 53

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  UEA?
3      A.    No, there were many UEP members
4  that were not UEA members.
5      Q.    Was that essentially those that
6  didn't have egg products?
7          MR. MONICA:  Objection.
8          THE WITNESS:  That's reasonable
9  to say.  I mean, most -- if you didn't
10  have egg products, I guess it's our
11  own company's decision, I mean,
12  because we had egg products, our
13  decision was to join UEA, but I guess
14  I can't speak for somebody else, but I
15  don't recall members that didn't have
16  egg products off the top of my head.
17  I can't recall anybody that was.
18  BY MR. MALYSIAK:
19      Q.    You said before that you spoke
20  to Mr. Magwire about why there had to be a
21  separate UEA from UEP.  Did he mention the
22  Capper-Volstead Act in that connection?
23      A.    I don't recall specifically if
24  he mentioned that.
25      Q.    Did he explain why it was

14 (Pages 50 - 53)

Page 54

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1  important to have UEA as separate from UEP?

2      Q.   Who was involved for Rose Acre

3      A.    As I stated before, he told me

4  that it had to be separate because some

5  members that didn't own birds could be a

6  member of UEA, is what he told me. That's

7  what I recall.

8      Q.   Do you recall any of the

9  members of UEA that didn't own any birds?

10     A.   Yes.

11     Q.   Which ones?

12     A.   Deb-El Foods.

13     Q.   Any others?

14     A.   I believe Cargill, Sunny

15 Cargill, their -- Sunny Fresh. Their

16 division is called -- Sunny Fresh is their

17 division. Those are the two that I recall

18 right off.

19     Q.   There might have been others?

20     A.   There might have been, but

21 those are the two that I recall.

22     Q.   Do you recall there being a

23 Further Processor Committee at either UEA or

24 UEP?

25         MR. MONICA:  Objection.

Page 55

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1      Compound.

2         THE WITNESS:  I don't recall.

3  BY MR. MALYSIAK:

4      Q.   Did you have any involvement in

5  the shell -- well, strike that, in a Price

6  Discovery Committee at UEP?

7      A.    The Marketing Committee I

8  mentioned, the official name was Marketing

9  and Price Discovery.

10     Q.   So that was one and the same

11 committee?

12     A.   Yes.

13     Q.   Did you have any involvement in

14 the UEP Certified Program at UEP?

15     A.   No, sir.

16     Q.   Did anybody from Rose Acre?

17     A.   Yes.

18     Q.   Who did?

19     A.   KY Hendrix.

20     Q.   Were you ever involved during

21 that period, 2002-2008, in any audits by UEP

22 of Rose Acre's compliance with the Certified

23 Guidelines?

24     A.   No, I was not.

Page 56

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1      Q.   Who was involved for Rose Acre

2  in those?

3      A.   KY Hendrix.

4      Q.   Are you familiar with the UEP

5  publication called United Voices?

6      A.   Yes, sir.

7      Q.   During the period 2002-2008,

8  did you regularly receive that publication

9  yourself?

10     A.   I believe so, yes.

11     Q.   How often did it come out?

12     A.   I know it's -- I think it's

13 weekly now. Back then I -- it could have

14 been weekly.

15     Q.   Did you review each edition as

16 it came out?

17         MR. MONICA:  Objection.

18         THE WITNESS:  I don't --

19         MR. MONICA:  You can answer.

20         THE WITNESS:  I can't -- I don't

21 remember from back that far.

22 BY MR. MALYSIAK:

23     Q.   Did you regularly review it?

24         MR. MONICA:  Objection.

25

Page 57

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1         THE WITNESS:  I would regularly

2      read it, yes.

3  BY MR. MALYSIAK:

4      Q.   During that period, 2002-2008,

5  do you recall ever discussing anything in the

6  United Voices with anyone else at Rose Acre?

7         MR. MONICA:  Objection. Vague.

8  Overbroad.

9         THE WITNESS:  I don't remember

10 any specific discussions, no.

11 BY MR. MALYSIAK:

12     Q.   Are you familiar with the

13 organization called U.S. Export Marketers, or

14 USEM?

15     A.   Yes, sir.

16     Q.   Was Rose Acre a member of USEM

17 at any point?

18     A.   Yes.

19     Q.   Do you recall when Rose Acre

20 became a member of USEM?

21     A.   I believe it was early 2007.

22     Q.   Why did Rose Acre become a

23 member of USEM then?

24     A.   For a couple of reasons.  USEM,

25

15 (Pages 54 - 57)

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 from my recollection, was to help remove
3 surplus shell eggs that we could -- give us a
4 better option to move our surplus eggs and
5 then also to help out if other countries had
6 any, you know, disasters, we would help them
7 out.
8     Q.    When you refer to surplus eggs,
9 what do you mean?
10    A.    Eggs that are -- that wasn't
11 going to get moved to our regular customer
12 channels and that gave us another option for
13 those eggs versus possibly the other option
14 of breaking and drying and not having an
15 unknown price we may get for them, so we
16 looked at it as maybe a better solution to
17 move surplus egg that we had.
18    Q.    Had you engaged in any exports
19 of eggs or egg products prior to joining
20 USEM?
21    A.    Yes.
22    Q.    When did you begin exporting
23 eggs, if you can recall?
24    A.    In the '90s probably.  I'm
25 not -- no, we exported in the '80s as well.

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 As early -- let me think.  Give me a second
3 and I can tell you my earliest recollection.
4 It would have been 1982.
5     Q.    Good memory.
6     A.    Yes.
7     Q.    Was there something about that
8 particular export that you remember?
9     A.    Yes, there was.
10    Q.    What was that?
11    A.    It was some export eggs, we
12 were exporting to Baghdad, Iraq, and I
13 remember it.
14    Q.    I'm trying to remember what
15 happened in Baghdad, Iraq in 1982.
16    A.    Nothing then, but since then,
17 it's something that I remember.
18    Q.    How frequently would you
19 estimate you exported eggs from then on?
20    A.    Through 2008?  What period?
21 I'm sorry.
22    Q.    From 1982 through 2008.
23    A.    Just through 2008.  I can't
24 remember exactly how long.  We did shell eggs
25 and egg products.  I remember going to Japan

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 and visiting our customers that we were
3 selling egg products to in Japan.  And then
4 shell eggs, it was -- I can't say exactly how
5 frequent it was at that time.  I just
6 remember -- I remember doing it, but --
7     Q.    Would there at least be one
8 every year, for instance?
9     A.    Oh, well, it was not just once.
10 I mean, it was just a practice that we did.
11 We had regular export customers.
12    Q.    So you would be selling to the
13 same customers virtually each year?
14    A.    Every week.
15    Q.    And so you would have -- you
16 could have weekly exports?
17    A.    Yes, sir.
18    Q.    And who are your customers for
19 these exports?
20    A.    Back on the shell eggs, Jurgen
21 Fuchs from Germany.  And then -- I remember
22 him off the top of my head for shell eggs.
23 And then we had Hidden Villa Ranch during
24 that time exported -- pretty much every week
25 for years we exported eggs to Hong Kong.  And

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 egg product -- in Japan we sold to -- it was
3 KYGO company out of Tokyo that we exported
4 egg products to on a regular basis.
5     Q.    And did you continue doing that
6 to those customers into the 2000s?
7     A.    That particular -- just up to
8 2008.  Correct?
9     Q.    Right.
10    A.    Okay.  I no longer sell the
11 customer egg products -- in 2008, I don't
12 believe I was selling the particular customer
13 I mentioned in Japan, but we did continue to
14 work with Jurgen Fuchs.
15    Q.    Now, for the period that you
16 were selling exports prior to you joining
17 USEM, what was your business purpose in
18 selling the exports?
19    A.    It was -- I'm trying to think
20 of the years.  We would have had -- it was
21 twofold.  It was -- it helped to move eggs
22 out of the U.S. as well as normal.  On the
23 regular basis, they were regular customers
24 that I just -- that I sold to.
25    Q.    And those contracts were

16 (Pages 58 - 61)

Page 62

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  profitable to Rose Acre?
3      A.   I can't specifically -- I hope,
4  but without looking at specific -- at times
5  they were, yes.  And then times, I mean, we
6  lose money selling eggs.
7      Q.   Given that you had this regular
8  practice of exporting eggs from the 1980s,
9  why did you join USEM to do so?
10     A.   Like I say, I believe I stated
11 why I joined USEM already.
12     Q.   Did USEM bring something
13 additional to your business that you didn't
14 have on your own?
15     A.   They had other -- there was
16 other markets that they sold that I wasn't
17 selling to.
18     Q.   Do you recall how many exports
19 you made through the USEM by the end of 2008?
20     A.   No, I don't.
21     Q.   Were the eggs that you exported
22 through USEM eggs that Rose Acre produced
23 itself?
24     A.   In 2008?
25     Q.   2007, 2008.

Page 63

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      A.   I believe so, yes.
3      Q.   Do you recall what the domestic
4  price versus the international price was for
5  those exports?
6      A.   No, I don't.
7      Q.   Do you ever recall whether Rose
8  Acre sold at an export price that was lower
9  than the current domestic price?
10         MR. MONICA:  Objection.
11         THE WITNESS:  I don't remember.
12 BY MR. MALYSIAK:
13     Q.   Just so I'm clear on it, did
14 your exports from 1980 on involve both shell
15 eggs and egg products or just one of those?
16     A.   From 1980 on?
17     Q.   Yes.
18     A.   Both.
19     Q.   Both.  During that period --
20 during the period 1999 to 2008, how did Rose
21 Acre determine how many eggs it would need
22 for its sales during a particular year?
23     A.   We -- I never know how many
24 eggs I need for sales for a particular year.
25     Q.   Is there any, during that

Page 64

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  period again, 1999-2008, was there any
3  planning process you went through on sort of
4  a periodical basis that determined how many
5  eggs you would need to sell?
6          MR. MONICA:  Objection.  You can
7  answer.
8          THE WITNESS:  Rose Acre, ever
9  since I started at Rose Acre in 1980,
10 I've never known a year in time or any
11 period at any time where I've worked
12 at Rose Acre that we weren't building
13 chicken houses or remodeling and
14 adding chickens.  So planning, I
15 plan -- my plan was to sell the eggs
16 that we produced.
17 BY MR. MALYSIAK:
18     Q.   Were there occasions when you
19 had what you've called before surplus eggs?
20     A.   Yes, sir.
21     Q.   And did you have surplus eggs
22 at any point during the period 1999-2008?
23     A.   Yes.
24     Q.   What percentage of your egg
25 production at Rose Acre during that period

Page 65

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  would you have considered surplus eggs?
3      A.   I can't say for sure.
4      Q.   Any ballpark estimate?
5      A.   No, sir.  I can tell you what
6  times of the year there are more surplus than
7  others.
8      Q.   When is that?
9      A.   After Easter from -- because
10 the demand for eggs, demand for eggs drops
11 off, for shell eggs especially, after Easter
12 until about the 4th of July every year.
13     Q.   Do you have an understanding
14 why that is?
15     A.   Some of it is at the end of the
16 school, when schools get out in May.  I mean
17 you get -- it depends when Easter falls.
18 After school is out, business always drops
19 out, and I think it's because kids sleep in,
20 parents don't get them up for breakfast.
21 They lay around, watch TV.  They just don't
22 eat as much is my thought.  And pretty much
23 most people thought in the egg business is
24 that has something to do with it.  Then you
25 get close to 4th of July and there's picnics,

17 (Pages 62 - 65)

Page 66

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 there's things, sell more deviled eggs, egg
2 salads, things like that help pick up the
3 demand, but it seems after Easter every year,
4 it's just clockwork, you can set your watch
5 by it. Now, some of the egg products
6 customers, picks up because they're making,
7 for example, your client, their demand --
8 Q. Kraft?
9 A. Yes. Their demand is -- Kraft
10 would -- demand would peak during that period
11 because they were gearing up for the summer
12 for the salad -- for, you know, the type of
13 products that would use their products. And
14 so theirs would peak when some of the shell
15 eggs are backed off. So just -- but shell
16 eggs have always backed off. It's very
17 consistent.
18 Q. So during 1999-2008, if you had
19 surplus eggs -- let me strike that.
20 How would you determine whether
21 you had surplus eggs at any point?
22 A. When the customers' orders
23 didn't -- I guess when the coolers were
24 backing up.

Page 67

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 Q. So you were running out of
2 space in the coolers and you had to do
3 something with those eggs because you had no
4 room?
5 A. Sell them or smell them is --
6 our term in industry, for Rose Acre's. I
7 think my founder started that, but I don't
8 know. I guess I can't claim it.
9 Q. I've done a lot of work in the
10 cattle industry and there's some claim to it
11 there.
12 A. Is there?
13 Q. So you didn't want to smell it,
14 so what did you do with it?
15 MR. MONICA: Objection as to
16 time.
17 THE WITNESS: Yeah.
18 BY MR. MALYSIAK:
19 Q. Any time, 1999-2008.
20 A. Well, it varied. I mean,
21 there's various things you -- we just had to
22 deal with it. There was several different
23 ways that could happen.
24 Q. What were they?

Page 68

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 A. We had the option, if you could
2 offer discounts to existing customers would
3 be one of the avenues to try to encourage
4 more egg sales. And sell them on the open
5 market, basically pack them up and sell them
6 on the open market at whatever price you
7 could get for the eggs. And our other option
8 which we had that some producers didn't have
9 is because we had three breaking plants, we
10 had the option that we could break it, break
11 the surplus eggs and dry the eggs, because we
12 had egg dryers, then just set on the
13 inventory and sell at a later time.
14 Q. How long can you keep, say,
15 dried eggs without selling them?
16 A. White product, two years,
17 approximately two years on egg whites and a
18 year on yellow product. Oh, and our other
19 options are -- I'm sorry, was to break it and
20 freeze it and then we would store the frozen,
21 same thing, about a year. Frozen.
22 Q. Now, you say one option was to
23 offer your current customers lower prices to
24 try to get them into buying more of these

Page 69

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 surplus eggs?
2 MR. MONICA: Objection.
3 THE WITNESS: We would offer
4 eggs at a discount to our existing
5 customers, correct.
6 BY MR. MALYSIAK:
7 Q. Would those include these major
8 customers that you named such as Save-A-Lot
9 and Wal-Mart?
10 MR. MONICA: Objection. It
11 would involve some regular customers.
12 We would offer to, like I said, our
13 customers that were regular customers.
14 Q. Do you remember any specific
15 instances when you did that?
16 A. Not specific. Not in that time
17 frame, no.
18 Q. You referred to open market
19 sales. What do you mean by "open market
20 sales"?
21 A. We would put -- you could -- we
22 would put eggs on ECI, list eggs for sale on
23 ECI, or contact, we had a couple of egg, they

Page 70

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  call them egg traders in the industry that
3  market -- they're in the business of selling
4  longs and shorts, producers looking for
5  product and producers that may have surplus
6  product to sell.
7      Q.    What is ECI?
8      A.    Egg Clearinghouse.
9      Q.    What does it do?
10     A.    They -- it's a -- it's a blind
11  trading forum where eggs -- bids and offers
12  are posted on a daily basis. And if you're
13  looking to buy eggs, you can go on that Board
14  and look at the offers to sell. And if you
15  have surplus eggs that you want to sell, you
16  can post them for sale. So it's a trading
17  forum for eggs.
18     Q.    How is transport determined if
19  someone buys on ECI?
20     A.    It could either be a pick up or
21  a delivery.
22     Q.    Have you ever -- has Rose Acre
23  ever -- strike that.
24        During 1999 to 2008, did Rose
25  Acre use the futures markets for sales of its

Page 71

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  eggs or egg products?
3        MR. MONICA: Objection as to
4  form.
5        THE WITNESS: I'm not aware of
6  any futures market for eggs.
7  BY MR. MALYSIAK:
8      Q.    So there's no futures market
9  such as the Chicago Board of Trade or Chicago
10  Mercantile Exchange for egg products?
11     A.    Not that I'm familiar with, no.
12     Q.    During that period 1999-2008,
13  did you have a surplus that resulted -- a
14  surplus of eggs that just resulted in you
15  destroying the products?
16        MR. MONICA: Objection. No,
17  I've never known the stuff to throw,
18  as we would refer, to throw the eggs
19  in the river, no.
20  BY MR. MALYSIAK:
21     Q.    Do you know of any producers
22  during that period who were doing that?
23     A.    I can't. I have no idea what
24  other producers did.
25     Q.    Over your years as vice

Page 72

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  president of sales for Rose Acre, were you
3  involved at all in decisions whether to
4  acquire production facilities?
5      A.    No.
6      Q.    How about whether to build
7  production facilities, new ones?
8      A.    No.
9      Q.    And how about whether to
10  remodel production facilities?
11     A.    No.
12     Q.    Who was involved in those types
13  of decisions?
14     A.    Marcus Rust.
15     Q.    After Rose Acre joined UEP in
16  late 2002, did Rose Acre shortly thereafter
17  participate in the Certified Animal Welfare
18  Program?
19     A.    Yes, we participate in the
20  Certified Animal Welfare Program.
21     Q.    As a result of your
22  participation, did you have to modify any of
23  your existing production facilities?
24     A.    What do you mean by "modify"?
25     Q.    Change. Change the types of

Page 73

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  cases, cages you had so that you could comply
3  with the various cage space requirements?
4      A.    It wouldn't be my area and I
5  don't have knowledge that we had to modify
6  cages, but it wouldn't be something I would
7  have dealt with.
8      Q.    Do you have any understanding
9  of how Rose Acre, after 2002, complied with
10  the requirements of increasing cage space per
11  hen under the Certified Program?
12     A.    I wouldn't -- I didn't
13  specifically deal with it, but I am familiar
14  that the guidelines had square inch
15  requirements that got phased in
16  over somewhere -- I don't know, there was
17  five to eight years, there was a period of
18  time there was a phase-in requirement that
19  was required, I'm familiar with that.
20     Q.    Do you recall how Rose Acre
21  went about complying with that?
22     A.    No, that wasn't my area.
23     Q.    During that period after 2002
24  to 2008 when the cage space requirements of
25  the Certified Program were being phased in,

19 (Pages 70 - 73)

Page 74

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 did you see any impact on Rose Acre's supply
2 of eggs?
3    A.   No.  As I stated before, ever
4 since I worked at Rose Acre's, we've always
5 added chicken houses.  So I don't recall us
6 ever having a drop in our supply of eggs.
7 All I've had is increase in supply to sell.
8    Q.   Did you -- as vice president of
9 sales during that period 2002-2008, did you
10 ever -- did you receive regularly any
11 information from others in the company as to
12 how -- what the egg supply was at that
13 current time?
14    MR. MONICA:  Objection.  You can
15 answer.
16    THE WITNESS:  No.  I knew on
17 a -- I knew on a daily basis how many
18 eggs I had to sell.
19 BY MR. MALYSIAK:
20    Q.   And how did you know that?
21    A.   They were in my coolers every
22 morning.
23    Q.   You got a report how many there
24 were?

Page 75

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1    A.   There's reports, within the
2 company there are reports that are generated
3 every day on eggs produced at every farm, but
4 so there is a report, yes, I used.
5    Q.   Go ahead.
6    A.   I used to do the report.  The
7 cooler managers does that.  So when I was
8 cooler manager, as I stated back in the '80s
9 when I was running the coolers, I generated
10 that report, so I'm familiar with the report.
11    Q.   How would you count the eggs?
12    A.   By hand.  You go out and count
13 every case and you'd write them down in your
14 report.  Physically count every day.  Used to
15 do it twice a day.
16    Q.   Do you recall whether you
17 received in that period 2002-2008 any reports
18 for longer periods as to how much the egg
19 supply was?
20    MR. MONICA:  Objection.
21    THE WITNESS:  No, because like I
22 said, we were always building so it
23 was constantly changing.  And then
24 you've always got -- at any time in

Page 76

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 our company, there's always birds that
2 are going to be sold out, new birds
3 coming in.  So it's a constant change.
4    MR. MONICA:  Counsel, I'm sorry,
5 I keep objecting because that's --
6 your questions aren't clear as to
7 whether -- to me, whether they're Rose
8 Acre supply or industry supply.
9    MR. MALYSIAK:  These were all
10 Rose Acre.
11    MR. MONICA:  I thought they
12 were, but --
13    THE WITNESS:  I was only
14 speaking for Rose Acre, too.
15    MR. MALYSIAK:  Good point.
16 Thank you.
17    MR. MONICA:  I thought that was
18 the case, but I would think you --
19    MR. MALYSIAK:  Just to make
20 sure.  It's always good to have a
21 clear record.
22    MR. MONICA:  Thank you.
23    MR. MALYSIAK:  This is a good
24 time for a break.

Page 77

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1    VIDEOGRAPHER:  This is the end
2 of tape one in the videotape
3 deposition of Greg Hinton.  We're off
4 the record at 10:32.
5       - - -
6    (A recess was taken.)
7       - - -
8    VIDEOGRAPHER:  Here begins tape
9 two in the videotape deposition of
10 Greg Hinton.  We are back on the
11 record at 10:54.
12 BY MR. MALYSIAK:
13    Q.   Mr. Hinton, during your
14 testimony today you referred to an
15 organization called FSIS.
16    A.   Yes.
17    Q.   What is that?
18    A.   Food Safety Inspection Service.
19    Q.   Is that a governmental agency?
20    A.   Yes, it is.
21    Q.   Part of the USDA?
22    A.   Yes.
23    Q.   Do you know what its function
24 is?

20 (Pages 74 - 77)

Page 78

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2    A.   Well, food safety for different
3 products.  For us it obviously involves egg
4 products, but they also have jurisdiction
5 over, I believe, meat and poultry, and I'm
6 not sure what else.
7             - - -
8        (Exhibit DAP-Hinton-1, 6/3/02
9    United Voices, Bates DAY0028331 -
10    DAY0028334, was marked for
11    identification.)
12            - - -
13 BY MR. MALYSIAK:
14    Q.   Exhibit that I've marked as
15 Hinton Exhibit 1.
16        MS. ANDERSON:  Are the exhibits
17    going to be marked, Counsel, as DAP or
18    marked separate from the others,
19    Counsel, or should we just refer to
20    this as Hinton-1?
21        MR. MALYSIAK:  I would just
22    refer to it as Hinton-1.
23 BY MR. MALYSIAK:
24    Q.   Mr. Hinton, Exhibit 1 is a
25 two-page -- four-page document that on its

Page 79

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 face is United Voices, June 3, 2002,
3 production number DAY0028331 through 334.
4 And I just want to direct you to the third
5 page, 333 at the bottom.  It says, "UEA
6 FURTHER PROCESSORS FORM AN ANIMAL WELFARE
7 COMMITTEE.
8        "UEA Further Processor
9 Chairman, Elliot Gibber has appointed a
10 committee for the purpose of developing
11 discussion points and coordination of Animal
12 Husbandry Guidelines with UEP.  The committee
13 consisting of Larry Seger, Paul Osborne,
14 Arthur Papetti, Mike Luker, David Crockett,
15 Blair Van Zetten, Greg Hinton and Bob Krouse
16 will conduct their first meeting in Chicago
17 on May 29," which would have been -- I'm not
18 sure if it means 2002.  It appears to.
19        Do you recall being part of
20 such a UEA Animal Welfare Committee?
21    A.   No, I don't.
22    Q.   So you have no memory of this
23 at all?
24    A.   I don't remember it, no.
25            - - -

Page 80

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2        (Exhibit DAP-Hinton-2, 6/27/02
3    Shell Egg Price Discovery Committee
4    Meeting, Chicago, Illinois Minutes,
5    Bates CM00181854, was marked for
6    identification.)
7            - - -
8 BY MR. MALYSIAK:
9    Q.   I'd like you to look at what
10 has been marked as Hinton Deposition
11 Exhibit 2.  Hinton Deposition Exhibit 2 is a
12 one-page document, production number
13 CM00181854, and its heading is "Shell Egg
14 Price Discovery Committee Meeting June 27,
15 2002 Chicago, Illinois."
16        MR. MONICA:  Can we turn it over
17    for one second.  It says, "HIGHLY
18    CONFIDENTIAL," I just want to --
19        MS. ANDERSON:  His name is on
20    it.
21        MR. MONICA:  Is his name on it?
22    Never mind.
23        MS. ANDERSON:  Probably just
24    establish that for the record since
25    counsel is on the phone.

Page 81

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 BY MR. MALYSIAK:
3    Q.   Mr. Hinton, this is a
4 minutes -- appears to be minutes of a meeting
5 of the Shell Egg Price Discovery Committee
6 meeting on June 27, 2002, and it shows you as
7 being present.  Do you recall being at this
8 meeting?
9    A.   I don't recall the particular
10 meeting, no.  I remember going to Chicago for
11 a meeting one time, though, I remember that.
12    Q.   This Shell Egg Price Discovery
13 Committee, was that, based on your earlier
14 testimony, was that the same thing as the
15 Marketing Committee that you were a member
16 of?
17    A.   That's how I remember it, yes.
18    Q.   Can you identify the other
19 people that were present at the meeting by
20 their -- by the person they work for, the
21 company they work for?
22    A.   I can try, yes.  Do you want me
23 to --
24    Q.   Go ahead, if you could.  Dolph
25 Baker, for instance.

21 (Pages 78 - 81)

Page 82

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      A.    Dolph is with Cal-Maine Foods.
3 Just go in order?
4      Q.    Go through, sure.
5      A.    Jim Dean, he had -- his farm is
6 in Iowa. 2002. It wasn't called Dean. It
7 was -- I know he owned -- I can't think off
8 the top of my head, but his farm was in Iowa,
9 I know that.
10          Roger Deffner was with National
11 Egg in I believe, Washington.
12          Butch DeVries, Butch -- I'm
13 trying to think if it was in -- Butch at one
14 time I know worked for Mike -- it would have
15 been Waldbaum, I believe, at the time,
16 Waldbaum Foods, I believe.
17          Joe Fortin, he worked for, in
18 2002, I think it would have been called Red
19 Bird Egg, I believe.
20          Larry Seger, he walked for
21 Wabash Valley Produce.
22          John Hammond, the name -- I
23 don't remember who John worked for.
24          Paul Osborne worked for Moark.
25          Tim Weaver worked for Weaver

Page 83

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 Egg.
3          Myself for Rose Acre's.
4          Chuck Elste would have been --
5 he worked for a co-op out in California. I
6 believe it was -- I'm not sure if he had
7 multiple companies, but I remember I think
8 NuCal was one of them.
9          Jerry Grove, Jerry didn't -- he
10 was a -- worked for -- with Agri Stats.
11          Glenn Carter, I don't
12 particularly remember Glenn.
13          And Gene Gregory was with UEP.
14      Q.    What was Agri Stats, what kind
15 of organization is that?
16      A.    Agri Stats is a market
17 reporting service.
18      Q.    Does it have any connection to
19 Urner Barry?
20      A.    No, sir. Not that I'm aware
21 of, no.
22      Q.    It is not an egg producer?
23      A.    No, it's not.
24      Q.    The next paragraph after the
25 names of those who were present says, "Baker

Page 84

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 reported that the purpose of the meeting was
3 to develop recommendations for Urner Barry
4 that could improve the price discovery system
5 regardless of the supply demand conditions."
6          Do you recall a meeting that
7 addressed that issue that you attended?
8      A.    I don't remember that specific
9 issue, no.
10      Q.    Several paragraphs down,
11 there's a paragraph that says, "Osborne
12 recommended that Urner Barry quote a Graded
13 Loose quote but not be used as a component
14 for establishing a carton large quote.
15 Osborne further recommended that Urner Barry
16 use only trading of nest run and trading of
17 carton eggs for establishing a large quote.
18 Neither recommendation was acted upon."
19          Do you recall any discussion in
20 a meeting you attended on that issue?
21      A.    No, I don't remember it.
22      Q.    The next paragraph says, "The
23 remainder of the meeting focused upon the
24 need for Urner Barry to use the correct
25 conversion costs for plant grade loose large

Page 85

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 eggs."
3          Do you remember being in a
4 meeting of this committee that discussed that
5 issue?
6      A.    I don't remember the exact
7 discussion, no.
8      Q.    Do you recall what the issue
9 was that this was addressing?
10      A.    As I testified earlier, I did
11 state that I remember something to do with
12 plant grade size loss, and that could have
13 been part of the -- centered around that.
14      Q.    What's your understanding of
15 what the term "conversion costs" means in
16 this context?
17      A.    I don't know for sure.
18      Q.    The document then says,
19 "MOTION: It was moved by Deffner and
20 seconded by Fortin to recommend to Urner
21 Barry that a range of 28 - 52 cents,
22 regardless of material, be used for a steady
23 market evaluation of plant grade loose
24 values."
25          Do you remember voting on such

22 (Pages 82 - 85)

Page 86

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  a motion?
3      A.   I don't remember, no.  That
4  exactly, no.
5      Q.   Do you remember anything about
6  that motion?
7      A.   No, I don't.
8            - - -
9           (Exhibit DAP-Hinton-3, 7/12/02
10      Letter with attached meeting notes,
11      Bates CM00416046 - CM00416049, was
12      marked for identification.)
13           - - -
14  BY MR. MALYSIAK:
15      Q.   I'd like you to look at what's
16  been marked as Hinton Deposition Exhibit 3.
17      A.   Do you want to get them first?
18      MR. MONICA:  This one is fine.
19  Go ahead.
20      THE WITNESS:  Before you hand
21  them to me so I just want to make sure
22  in the process of coming this way --
23      MR. MONICA:  Could we do that,
24  Counsel?  Could you hand them this
25  way?  He wants me to -- yeah, that

Page 87

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      makes sense.
3  BY MR. MALYSIAK:
4      Q.   Hinton Deposition Exhibit 3 is
5  a four-page document with production numbers
6  CM00416046 through 049.  On its face it has a
7  caption of "United Egg Producers," dated
8  July 12, 2002, to UEP's Shell Egg Price
9  Discovery Committee from Gene Gregory.
10      On the second page, 047,
11  there's a document that says, "Notes Of Price
12  Discovery Meeting of July 10, 2002 With Rick
13  Brown."  It does not show you attending that
14  meeting, but you -- the first page shows that
15  you received a copy of the notes from Mr.
16  Gregory.  Do you recall receiving this
17  document?
18      A.   No, I don't.
19      Q.   On the last paragraph of page
20  047, it says, "Before the meeting ended,
21  discussion was held on the advantages and
22  disadvantages of a separate egg market quote
23  for eggs produced by animal husbandry
24  certified companies.  It was determined that
25  in order to satisfy the interest of all

Page 88

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  producers, that a member of UEP's Marketing
3  Committee and Rick Brown should be held this
4  fall to finalize any decision."
5      Do you recall any discussion at
6  UEP about having a separate egg market quote
7  for eggs produced by animal husbandry
8  certified companies?
9      A.   I don't remember a specific
10  discussion, no.
11      Q.   Do you recall any discussion
12  that you had at UEP with anyone about this
13  issue?
14      A.   No.  I don't remember any
15  specific discussion, no.
16      Q.   How about generally, do you
17  recall discussing it?
18      A.   In general I remember Rick
19  Brown, there was a discussion -- I remember
20  Rick Brown discussing the fact whether he was
21  going to, quote, report different markets for
22  certified eggs.  I remember that in general.
23      Q.   Rick Brown was with Urner
24  Barry?
25      A.   Yes, he was.

Page 89

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      Q.   Did you have a position on
3  whether there should be a separate quote for
4  certified eggs?
5      MR. MONICA:  Objection as to
6  time frame.
7  BY MR. MALYSIAK:
8      Q.   During this period 2002-2008.
9      A.   I don't remember the exact
10  discussions, no.
11      Q.   Any at all that you recall?
12      A.   No, I don't remember.
13      Q.   During that period 2002-2008,
14  did Urner Barry ever provide a price quote
15  for certified eggs?
16      A.   Yes.
17      Q.   When did that happen?
18      A.   I don't know when it happened.
19  They still do today.
20           - - -
21           (Exhibit DAP-Hinton-4, 10/9/02
22      UEP Marketing Committee Meeting
23      Savannah, Georgia, Bates CM00274063 -
24      CM00274077, was marked for
25      identification.)

23 (Pages 86 - 89)

Page 90

1    GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2            - - -
3   BY MR. MALYSIAK:
4        Q.    I'd like you to look at what's
5   been marked Exhibit 4.  Exhibit 4 is a
6   multipage document with production numbers
7   CM00274063 through 077.  And its front page
8   says, "UEP Marketing Committee Meeting
9   October 9, 2002 Savannah, Georgia."
10           The second page, Mr. Hinton,
11  has an agenda for UEP Marketing Committee
12  Meeting October 9, 2002 Savannah, Georgia
13  showing you as a committee member.  Do you
14  recall attending such a meeting in Savannah,
15  Georgia?
16       A.    I remember being in Savannah,
17  Georgia.  I don't remember exactly the
18  meeting, but I was in Savannah, Georgia.  I
19  remember that.  Only time I've ever been
20  there.
21       Q.    On the agenda, item number 5
22  shows "Separate Quote For Certified Eggs,"
23  "Talking Points - Dolph Baker," "Weaver Bros.
24  letter," and then on the right "Gene
25  Gregory."

Page 91

1    GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2            If you turn to page 075,
3   several pages in, which says,
4   "CERTIFIED/UNCERTIFIED MARKET TALKING
5   POINTS."  Number 5 of the talking points
6   says, "Certified companies should only commit
7   to purchase eggs from certified companies."
8            Do you recall any discussion at
9   a meeting you attended on that issue?
10       A.    I don't remember that
11  particular discussion, but that's not how the
12  program works.
13       Q.    How did the program work during
14  that period 2002-2008?
15       A.    I had the ability, I can
16  purchase non-certified eggs and sell
17  non-certified eggs along with my certified
18  production.
19       Q.    Did you understand there was a
20  100 percent rule adopted for the guidelines?
21           MR. MONICA:  Objection.
22           THE WITNESS:  Yes, sir.  The 100
23       percent rule pertains to all of my
24       production.
25  BY MR. MALYSIAK:

Page 92

1    GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2        Q.    So it only -- your
3   understanding, it applies only to eggs you
4   produce, they have to be 100 percent
5   certified?
6        A.    Yes, sir.
7        Q.    But you understand that you can
8   buy non-certified eggs from elsewhere and
9   resell them?
10       A.    Yes, sir.
11       Q.    Did you discuss that with
12  anybody at UEP?
13           MR. MONICA:  Objection.
14           THE WITNESS:  I didn't set the
15       guidelines, no, sir.
16  BY MR. MALYSIAK:
17       Q.    Did you discuss whether what
18  you were doing in terms of non-certified eggs
19  was -- complied with the program?
20           MR. MONICA:  Objection.
21           THE WITNESS:  Not that I can
22       recall with UEP, no.
23  BY MR. MALYSIAK:
24       Q.    Do you recall discussing with
25  anybody?

Page 93

1    GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2        A.    With people in my office.
3        Q.    With your staff?
4        A.    Yes.
5        Q.    Number 6 on the talking points
6   says, "The market reporter has a difficult
7   time in determining our current daily carton
8   market, let alone two daily markets."
9            Do you remember any discussion
10  at a meeting you attended of that issue?
11       A.    No, I don't.
12           - - -
13           (Exhibit DAP-Hinton-5, Animal
14       Welfare Report for 2003 Area Meetings,
15       Bates CM00430620 - CM00430637, was
16       marked for identification.)
17           - - -
18  BY MR. MALYSIAK:
19       Q.    I'd like you to look at what's
20  been marked as Hinton Deposition Exhibit 5.
21  Hinton Deposition Exhibit 5 is a multipage
22  document with production numbers CM00430620
23  through 637.  The first page says, "ANIMAL
24  WELFARE REPORT FOR 2003 AREA MEETINGS."
25           Mr. Hinton, I'm going to have

24 (Pages 90 - 93)

Page 94

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  you look at the second page, 621, which is
3  headed up "Animal Care Certified Companies
4  Implementing UEP's Animal Husbandry
5  Guidelines." Bullet point five down says,
6  "An Animal Care Certified company must
7  implement the guidelines on 100% of their
8  company facilities regardless of where or how
9  they may market eggs. The company may only
10 market eggs as Animal Care Certified if
11 produced by the Certified company or
12 purchased from another Certified company.
13 Eggs from Certified and non-certified
14 companies may not be co-mingled."
15      Is that your understanding of
16 how 100 percent rule worked?
17      MR. MONICA: Objection. You can
18 answer.
19      THE WITNESS: [Reviewing
20 document.] Yes.
21 BY MR. MALYSIAK:
22   Q.   The next several pages are
23 headed LIST OF ANIMAL CARE CERTIFIED
24 COMPANIES AND CONTACT PERSONS. If you look
25 at the page that's 626 on the production

Page 95

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  number, you'll see that it lists Rose Acre
3  Farms and you as the contact person. Did you
4  understand you were the Rose Acre contact
5  person for the Certified Program?
6      MR. MONICA: Objection.
7      THE WITNESS: No.
8  BY MR. MALYSIAK:
9    Q.   Were you ever contacted by
10 anyone about this Certified Program?
11     MR. MONICA: Objection.
12     THE WITNESS: Contacted meaning
13 what?
14 BY MR. MALYSIAK:
15   Q.   Anybody call you up and ask you
16 anything about your Certified Program, your
17 compliance with the Certified Program?
18     MR. MONICA: Objection.
19     THE WITNESS: My --
20 BY MR. MALYSIAK:
21   Q.   Rose Acre's compliance.
22   A.   -- compliance?
23   Q.   Yes.
24   A.   By "anyone," who do you mean?
25   Q.   Really anyone.

Page 96

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2    A.   Customers have asked me if we
3  complied with the UEP Certified Program.
4    Q.   Anyone else that you recall?
5    A.   Not that I recall.
6    Q.   What does the term GYSL mean in
7  the egg industry?
8    A.   Grade yield size loss.
9    Q.   What's that used for?
10   A.   For in the process -- step to
11 process of nest run eggs that I discussed
12 earlier.
13         - - -
14         (Exhibit DAP-Hinton-7, Rick
15     Brown Umer Barry, Bates CM00412937 -
16     CM00412940, was marked for
17     identification.)
18         - - -
19 BY MR. MALYSIAK:
20   Q.   The next exhibit I'm going to
21 use is Exhibit 7.
22     MS. ANDERSON: Are we skipping
23 6?
24     MR. MALYSIAK: Yes.
25 BY MR. MALYSIAK:

Page 97

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2    Q.   Exhibit 7 is a four-page
3  document with production numbers CM00412937
4  through 940. The first page has a heading
5  "Rick Brown Umer Barry."
6      Page 3, Mr. Hinton, has a
7  heading "UEP Price Discovery Committee
8  Meeting February 20, 2003 Chicago, Illinois."
9  Shows you as being present. Do you recall
10 being at such a meeting in February 2003?
11   A.   I don't remember the particular
12 meeting. As I stated before, I remember
13 being in Chicago for a meeting.
14   Q.   Down at the bottom there's a
15 paragraph that has five numbered items under
16 it. It says, "Looper...," who is Mr. Looper?
17   A.   Ken Looper, he -- I don't know
18 his exact title. He may have been a vice
19 president, but he worked for Cal-Maine Foods.
20   Q.   The paragraph says -- starts,
21 "Looper asked the committee the following
22 questions or made statements in regard to
23 price discovery."
24     Then number 4 says, "When the
25 vast majority of the eggs offered are in one

25 (Pages 94 - 97)

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  region, and other regions are in balance, why
3  are all regions put down the same amount?"
4      Number 5, "The function of
5  price is to balance supply with demand.  The
6  surplus area; or, the area that is offering
7  eggs need to be enough lower to encourage the
8  balanced areas to buy and low enough to
9  encourage the surplus area to remove old hens
10  and/or molt."
11      Do you recall any discussion of
12  that at such a meeting with Mr. Looper?
13      A.   No, I don't.
14          - - -
15          (Exhibit DAP-Hinton-11, UEP's
16      Shell Egg Marketing Committee January
17      26, 2004, Bates CM00413675 -
18      CM00413701, was marked for
19      identification.)
20          - - -
21  BY MR. MALYSIAK:
22      Q.   The next exhibit I'll use is
23  Exhibit 11.  Exhibit 11 is a multipage
24  document with production numbers CM00413675
25  through 3701.  The first page has a heading,

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  "UEP's Shell Egg Marketing Committee
3  January 26, 2004," and shows committee
4  members with Mr. Hinton.
5      On the second page shows agenda
6  for UEP's Marketing Committee January 26,
7  2004, Atlanta, Georgia.
8      Mr. Hinton, do you remember
9  attending a meeting of the UEP Marketing
10  Committee in January 2004 in Atlanta?
11      A.   I don't remember this
12  particular meeting, no.  I'm usually in
13  Atlanta that time of the year.
14      Q.   On business?
15      A.   There's a trade show every year
16  the last week of January sponsored -- well,
17  at that time it would have been called
18  south -- I believe it was called
19  southeastern, but I usually attend that trade
20  show.  I can't tell you I was exactly at the
21  trade show that particular year, but I --
22  it's pretty general that I attend it.
23      Q.   This is a multipage document
24  that was produced by Cal-Maine.  Do you
25  recall that for a meeting such as this you

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  would receive a packet of information such as
3  this?  For instance, this includes egg market
4  statistics.
5      A.   Well, could you repeat the
6  question?
7      Q.   Sure.  For a meeting such as
8  this one of the Shell Egg Marketing
9  Committee, do you recall receiving as a
10  matter of course a packet of information such
11  as this with an agenda and market statistics,
12  that type of thing?
13      A.   I don't recall receiving -- I
14  don't remember receiving information before
15  meetings that I attended, no.
16      Q.   Would such information on a
17  regular basis be handed out at the meetings?
18      A.   We were given information at --
19  we would have been given information at
20  meetings, yes.
21      Q.   Written documents?
22      A.   Yes.
23      Q.   If you turn to page -- several
24  pages in, 3689, it's headed up "SUPPLY DEMAND
25  COMMENTS 1-16-04 Submitted by:  Ken Looper."

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  Move down to number 6 which says, "The demand
3  side had the support of 2 large exports by
4  USEM.  One export in November 2002 of 200,000
5  cases that were delivered in 4 weeks and
6  another in March of 2003 of 240,000 cases
7  delivered over a 4 week period."
8      Were you aware before Rose Acre
9  joined USEM, that USEM was making large
10  exports of eggs?
11      A.   I was aware that USEM exported
12  eggs, yes.
13      Q.   Large volumes?
14      MR. MONICA:  Objection.
15      THE WITNESS:  Well, I guess it
16      depends on what you term as "large
17      volumes."
18  BY MR. MALYSIAK:
19      Q.   Would 200,000 cases be a large
20  volume?
21      A.   It's less than a week's
22  production of my eggs, but it's 200,000
23  cases.
24      Q.   Do you recall any discussion at
25  UEP prior to your joining USEM as to whether

26 (Pages 98 - 101)

Page 102

1　GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2　USEM exports were impacting the domestic U.S.
3　price for eggs?
4　　A.　Could you repeat the question,
5　please?
6　　Q.　Let's restate it.
7　　　Do you recall at any point
8　between 2002 and when you joined USEM having
9　a discussion with anyone at US -- UEP as to
10　whether USEM exports were impacting the
11　domestic price of eggs in the U.S.?
12　　A.　No, I don't recall the
13　discussions.
14　　　　- - -
15　　　(Exhibit DAP-Hinton-13, UEP
16　　Marketing Committee May 10, 2004
17　　Washington, D.C., Bates CM00189887 -
18　　CM00189903, was marked for
19　　identification.)
20　　　　- - -
21　BY MR. MALYSIAK:
22　　Q.　Mr. Hinton, I'd like you to
23　look at what's been marked as Exhibit 13.
24　Exhibit 13 is a multipage document with
25　production numbers CM00189887 through 903,

Page 103

1　GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2　and the first page has a heading "UEP
3　Marketing Committee May 10, 2004, Washington,
4　D.C."
5　　　The second page has an agenda
6　for that meeting and shows you as a committee
7　member. I'm going to ask you about the page
8　marked 891, about five -- page 5 of the
9　document. This page reads, "Egg Products
10　Price Discovery Committee," "UEA Further
11　Processor members have requested that UEP
12　establish a price discovery committee for egg
13　products.
14　　　"Dolph Baker, chairman of UEP's
15　Price Discovery Committee, met with UEA
16　members on April 27th and explained how the
17　Shell Egg Price Discovery Committee has
18　worked with the market reporter, over the
19　past several years, in creating the best
20　possible price discovery system. He will
21　honor the UEA request and appoint the
22　following UEP members to serve on the Egg
23　Products Price Discovery Committee." And
24　you're listed as one of the six.
25　　　Do you recall being named to

Page 104

1　GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2　that Eggs Products Price Discovery Committee?
3　　A.　I don't remember.
4　　Q.　Do you remember attending a
5　meeting of an eggs products Price Discovery
6　Committee?
7　　A.　No, not particularly, not for
8　egg products, no.
9　　　　- - -
10　　　(Exhibit DAP-Hinton-16, Shell
11　　Egg Marketing Committee January 24,
12　　2005, Bates DAY0028896 - DAY0028925,
13　　was marked for identification.)
14　　　　- - -
15　BY MR. MALYSIAK:
16　　Q.　I'm going to move to the next
17　exhibit which will be 16.
18　　　　- - -
19　　　(A discussion off the record
20　　occurred.)
21　　　　- - -
22　BY MR. MALYSIAK:
23　　Q.　Exhibit 16 is a multipage
24　exhibit with production numbers DAY0028896
25　through 8925. The first page has a heading,

Page 105

1　GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2　"Shell Egg Marketing Committee January 24,
3　2005," shows 2005 committee members including
4　Mr. Hinton. And then an agenda for the
5　January 24, 2005, meeting in Atlanta, Georgia
6　on page 2. I'm going to ask you about the
7　minutes of the meeting, however, on the third
8　page, "Shell Egg Marketing Committee
9　October 20, 2004, New Orleans," which shows
10　you being present.
11　　　Do you remember being in a
12　meeting of the Shell Egg Marketing Committee
13　in New Orleans in October 2004?
14　　A.　I don't remember the particular
15　meeting, but I remember being in New Orleans.
16　　Q.　On the next page which is 8899
17　of the minutes of that meeting, there's a
18　reference to area meeting recommendations.
19　Do you recall what area meeting
20　recommendations were at UEP?
21　　A.　I know UEP holds area meetings.
22　To my knowledge, I never attended any.
23　　Q.　Under "Area Meeting
24　Recommendations" on that page it says,
25　"Gregory presented the following

27 (Pages 102 - 105)

Page 106

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 recommendations from area meetings:
3       "1. Develop a program to
4 reduce the flock by 5% with a goal of
5 reducing the nation's flock size by 8 - 10
6 million hens.
7       "2. Animal Care Certified
8 companies skip the cage space allowance of 61
9 square inches and go directly to 64 square
10 inches with chicks hatched after April 1,
11 2005.
12       "3. Animal Care Certified
13 companies may not purchase eggs from
14 non-certified companies for marketing in the
15 shell egg market."
16       The next paragraph says,
17 "Gregory reported that a legal opinion had
18 been requested from Irving Isaacson office on
19 item #3." That would be animal care
20 company -- companies may not purchase eggs
21 from non-certified companies for marketing
22 them with the shell egg market. The
23 paragraph goes on, "Their office has written
24 the following that could be acted upon: 'For
25 the integrity of the Animal Care Certified

Page 107

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 program and to avoid the potential and
3 significant problem of co-mingling certified
4 and non-certified eggs, an Animal Care
5 Certified company may only use eggs from
6 their own production or purchase eggs from
7 other Animal Care Certified companies or
8 authorized Animal Care Certified marketers
9 for consumer sales into the shell egg
10 markets. Animal Care Certified companies
11 that break eggs and sell at least some of
12 their eggs into the further products markets
13 may purchase eggs from non-Animal Care
14 Certified companies or marketers for egg
15 product sales so long as the certified and
16 non-certified eggs are non co-mingled.'"
17       It then says, "MOTION: It was
18 moved by Osborne and seconded by Mooney to
19 recommend the language recommended by
20 Irving's office to the Animal Welfare
21 Committee. (The motion was tabled)."
22       Do you recall any discussion of
23 that issue at a meeting you attended?
24       A.   I don't remember this
25 particular discussion, no.

Page 108

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2       Q.   Under the next paragraph, it
3 says, "Recommendation to Board:
4       "MOTION:  It was moved by
5 Wicker and seconded by Schimpf to recommend
6 to the Board a plan for hens currently
7 scheduled for disposal between December 1,
8 2004 and July 1, 2005 be disposed of 4 weeks
9 early or reduce your flock size by 5%.
10 (Carried.)"
11       Did you -- do you remember
12 participating in any discussion of that
13 motion at a meeting you attended?
14       A.   No, I don't recall the
15 discussion.  And for Rose Acre's we would
16 have never been for this because our
17 policies, we don't do that because of our
18 structure, because we have our own -- we have
19 our own breeder flocks and hatchery and our
20 own pullet growing facilities, so we would
21 never be part of this, something like that
22 because it wouldn't fit with our flock
23 schedule and we would never do something like
24 that.
25       Q.   Do you recall whether you voted

Page 109

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 on the motion?
3       A.   I don't recall.  I wouldn't
4 have the authority -- in my position with the
5 company, I wouldn't have the authority to
6 even vote on something like that.
7       MR. MONICA:  We promised you a
8 break.
9       VIDEOGRAPHER:  We're off the
10 record at 11:43.
11       - - -
12       (A recess was taken.)
13       - - -
14       VIDEOGRAPHER:  We're back on the
15 record at 12:09.
16       - - -
17       (Exhibit DAP-Hinton-17, UEP
18 Board of Directors January 25, 2005
19 Atlanta, GA Minutes, Bates DAY0028028
20 - DAY0028035, was marked for
21 identification.)
22       - - -
23 BY MR. MALYSIAK:
24       Q.   I'd like you to look at what
25 has been marked as Hinton Deposition 17,

28 (Pages 106 - 109)

Page 110

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 multipage document with the production number
3 DAY0028028 through 035 with the heading UEP
4 Board of Directors January 25, 2005, Atlanta,
5 Georgia Minutes.
6         Mr. Hinton, do you recall under
7 "Board Members and Staff," a Mr. Marcus Rust
8 is named and then under "Members & Guests"
9 Greg Hinton is among the group named. Do you
10 remember being at a UEP Board of Directors
11 meeting January 25, 2005, in Atlanta,
12 Georgia?
13     A.   2005. I don't remember the
14 exact meeting, but January -- as I stated
15 before, that week in January I'm usually in
16 Atlanta every year.
17     Q.   Under -- at the bottom of that
18 page under "Chairman's Comments," it says,
19 "Among the comments made by Chairman Deffner
20 were the following: It was just a year ago
21 that we met in this very hotel and were so
22 full of optimism. All indicators were that
23 we could sustain $1.00 plus eggs for an
24 extended period and the price structures for
25 the next 18 months. (We took care of that).

Page 111

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 The market came full circle with prices from
3 $1.35 to 59 cents. We don't have to accept
4 low prices and we can have a good 2005 if we
5 just make a few changes and work together.
6 We sell ourselves short by spending a great
7 deal of time talking about the negatives.
8 Year-end flock size was actually less than
9 forecast but still a problem. The Economic
10 Summit highlighted some of the problems and
11 more of you have already reacted in a
12 positive manner. We need more of you to
13 participate in a positive change. Thanks to
14 those that have prepaid your 2005 dues and
15 assessments."
16         Do you recall Mr. Deffner
17 making those comments at a meeting you
18 attended in Atlanta in January 2005?
19     A.   No, I don't.
20     Q.   The next page, down at the
21 "Marketing Committee Report" paragraph, it
22 says, "Wayne Mooney presented the committee
23 report and called upon Gene Gregory to review
24 a number of industry statistics. Mooney
25 reported on the number of companies that have

Page 112

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 made their intentions known to either sell
3 flocks early or reduce their flocks by 5%.
4 He also reported that egg producers may need
5 some help in finding a market for their spent
6 hens and help from USDA would be requested.
7 He also reported that Michael Sheats from
8 USDA Market News had met with the committee
9 and proposed some changes to the market
10 reports currently being provided by Market
11 News. Mooney submitted the following
12 motions:"
13         The second motion down I'm
14 going to move to, "Motion: It was moved by
15 Mooney and seconded by Dean to recommend that
16 the current 'intentions program' for flocks
17 to be disposed of 4 weeks earlier than
18 previously scheduled and/or flock size
19 reduction by 5% be extended through Labor
20 Day. Carried."
21         Do you remember that motion
22 being made and voted upon at a meeting you
23 attended?
24     A.   No, I don't recall that
25 particular motion. As I stated earlier, that

Page 113

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 wouldn't be consistent with what Rose Acre's
3 policy is.
4     Q.   When such a motion was made at
5 a meeting you attended, did you say anything
6 about it?
7     A.   I don't recall. I would never
8 vote for it.
9     Q.   How about Mr. Rust, he was
10 listed as being at this meeting, do you
11 recall him saying anything about it at this
12 meeting?
13     A.   I don't recall at this meeting,
14 no.
15         - - -
16         (Exhibit DAP-Hinton-25, United
17 Egg Association Further Processors
18 Division Meeting Minutes - April 23,
19 2007 Las Vegas, Nevada, Bates
20 UE0902043 & UE0902044, was marked for
21 identification.)
22         - - -
23 BY MR. MALYSIAK:
24     Q.   I'm going to move to Hinton
25 Deposition Exhibit 25. It's a two-page

29 (Pages 110 - 113)

Page 114

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 document with production number -- numbers
3 UE0902043 to 44, heading, "United Egg
4 Association Further Processors Division
5 Meeting Minutes - April 23, 2007, Las Vegas,
6 Nevada." And among the attendees it shows
7 Mr. Hinton.
8         Down on the paragraph says,
9 "Election of Treasurer," it refers to
10 Chairman Hinton.
11         Do you remember attending this
12 meeting of the Further Processors Division of
13 the United Egg Association in April 2007 in
14 Las Vegas?
15     A.    I don't remember the particular
16 meeting, no, but that's -- that time of the
17 year I'm in Las Vegas for the Urner Barry
18 conference.
19     Q.    Do you recall what this Further
20 Processors Division purpose was?
21     A.    Further Processors, that's
22 United Egg Association.
23     Q.    Yes.
24     A.    It's United Egg Association.
25     Q.    Previously -- you previously

Page 115

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 discussed your role in United Egg
3 Association, that's what you're referring to?
4     A.    Yes.
5     Q.    Do you know what Further
6 Processors means in this context?
7     A.    Well, Further Processor would
8 be an egg breaker, and I would -- if I -- in
9 my company, that would be an egg breaker.
10     Q.    By "egg breaker," you mean
11 what?
12     A.    Somebody that breaks eggs.
13 That's what I would call a Further Processor,
14 somebody that breaks eggs.
15     Q.    And then uses the --
16     A.    Produces liquid eggs or dry
17 frozen egg products.
18     Q.    Can you identify by company the
19 attendees?
20     A.    I can certainly try.
21     Q.    Sure.
22     A.    You want me to start and go
23 down?
24     Q.    Yes.
25     A.    Okay. George Attwood, he is

Page 116

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 with ADF.
3     Q.    What is that?
4     A.    American Dehydrated Foods.
5 Dana Persson, Dana, at that time he was with
6 Golden Oval Foods.
7     Q.    Golden Oval?
8     A.    Yes. Dave Cisneros. Dave has
9 worked for several companies. I don't --
10 2007, I'm not sure, he might have been with
11 Sparboe then. I'm not positive.
12         Jim Hull, he's with American
13 Egg Products.
14         Danny Sullivan, I don't
15 remember.
16         Arthur Papetti, Papetti Egg.
17         Mike McGriff, he was -- I
18 believe he was staff at UEP then.
19         Mick Pollock, I don't recall.
20         Beth Schnell, she was with
21 Sparboe.
22         Randy Green, he was with UEP.
23         Rob Harrington, he might have
24 been with Primary Egg then, I'm not positive.
25 But he's been with Primary Egg.

Page 117

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2         Jeff Cutler -- 2007. 2007,
3 Jeff -- Jeff Cutler works for Rose Acre's
4 today. That's around, I believe, when he
5 started with us. If not, he was still
6 working for Moark or Golden Oval. They
7 combined companies, so I'm not sure exactly.
8         Scott Hennehe, I don't
9 remember.
10         Mark Mello, I don't remember.
11         There's Dave again. I guess he
12 was there twice. That was pretty good. So
13 we've talked about Dave.
14         Michael Gibber, he was with
15 Deb-El.
16         Chad Gregory with UEP.
17         Toby Catherman would have been
18 with Michael Foods.
19         Myself.
20         Chris Salisbury, don't know.
21 Don't remember.
22         Bill Bloyer, don't remember.
23         Norm Stocker would have been
24 with Cargill Sunny Fresh.
25         Brian Hayward was with Crystal

30 (Pages 114 - 117)

Page 118

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2 Lake.

3         Craig Morris, USDA.

4         Terry Pollard -- '07, Terry may

5 have been with Diversey, a chemical supplier

6 that was a vendor for UEP.

7         Elliot Gibber, Deb-El.

8         Mike Sheats, USDA.

9         Gene Gregory, UEP.

10        Howard Magwire, UEP.

11        And Randy Pesciotta, Urner

12 Barry.

13        Q.    Do you have any memory of this

14 meeting as to what was discussed?

15        A.    No, I don't.

16        Q.    Much earlier today you referred

17 to a customer of yours called Dutch Farms.

18        A.    Yes.

19        Q.    What's the nature of that

20 company?

21        A.    They're a distributor in

22 Chicago, Illinois.

23        Q.    Food distributor?

24        A.    Yes.  As far as -- well, I

25 don't know if they sell other products

Page 119

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2 besides food, but they are a food

3 distributor, correct.

4         - - -

5         (Exhibit DAP-Hinton-29, 5/30/07

6 Letter, Bates KRA00026658 -

7 KRA00026663, was marked for

8 identification.)

9         - - -

10 BY MR. MALYSIAK:

11        Q.    I'd like you to look at what

12 has been marked as Deposition Exhibit 29.

13 This is a multipage document with production

14 numbers KRA00026658 through 26663.  The first

15 page is a letter from Mr. Hinton to John

16 Gregorich at Kraft Foods on the Rose Acre

17 letterhead, dated May 30, 2007.

18        Mr. Hinton, do you recall

19 sending this letter to Mr. Gregorich?

20        A.    I don't recall exactly sending

21 the letter, but this is my letter, yes.

22        Q.    The second paragraph of your

23 letter says, "Since our last contract began

24 in 2005 there have been many changes in the

25 cost of producing eggs.  The rising feed

Page 120

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2 prices have had the largest impact on our

3 cost of production.  Also complying with the

4 new UEP Animal Care Certified guidelines has

5 caused a decrease in our overall bird numbers

6 and resulted in an increase in production

7 costs.  Under the UEP guidelines we have went

8 from 48 square inches per bird when the

9 program began to the current 64 square inches

10 per bird.  By April of 2008 we have to

11 increase to the final number of 67 square

12 inches per bird."

13        When you were saying here that

14 "...complying with the...UEP Animal Care

15 Certified guidelines has caused a decrease in

16 our overall bird numbers and resulted in an

17 increase in production costs," were you

18 referring to Rose Acre's bird numbers and

19 production costs?

20        MR. MONICA:  Objection.  You may

21 answer.

22        THE WITNESS:  Yes.

23        MR. MALYSIAK:  That's all I have

24 at this time.  Lunch?

25        MR. MONICA:  Lunch, yes.

Page 121

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2         MR. MALYSIAK:  Lunch, okay.

3 Take lunch.

4         VIDEOGRAPHER:  Off the record at

5 12:26.

6         - - -

7         (A recess was taken.)

8         - - -

9         VIDEOGRAPHER:  We're back on the

10 record at 1:22.

11         - - -

12         EXAMINATION

13         - - -

14 BY MR. ALLEN:

15        Q.    Good afternoon, Mr. Hinton.  My

16 name is Matt Allen, I'm a lawyer for the

17 Direct Purchaser Class.

18        A.    Hi, Matt.

19        Q.    Did you prepare for your

20 deposition, Mr. Hinton?

21        A.    For today?

22        Q.    Yes.

23        A.    I didn't prepare specifically

24 for today's deposition, no.

25        Q.    You didn't meet with your

31 (Pages 118 - 121)

Page 122

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 lawyers to review documents in preparation
2 for this deposition?
3 A. I reviewed a notice, there was
4 one document that I was shown by my lawyers.
5 Q. Where did that happen?
6 A. It happened in my office the
7 first time -- well, actually the document ---
8 it was my office or the Rose Acre office a
9 month or two ago, and then yesterday in this
10 office.
11 Q. How many days did you prepare
12 total?
13 A. I told you for this deposition
14 I didn't.
15 Q. So that was the extent of your
16 preparation, a review of a document yesterday
17 in this office and then a review of a
18 document in Indiana?
19 A. It was -- yes, it was the
20 notice that I was going to be giving a
21 deposition.
22 Q. Do you remember doing some work
23 to help set up Certified Egg Products, Inc.?
24 A. Yes.

Page 123

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 Q. When did you start doing that
2 work?
3 A. I don't remember.
4 Q. Were you ever an actual
5 employee of Certified Egg Products or did you
6 work on Certified Egg Products as a Rose Acre
7 employee?
8 A. I was never an employee of
9 Certified Egg Products.
10 Q. What type of work did you do on
11 Certified Egg Products?
12 A. I, as I recall, gathered some
13 information about the different products that
14 members produced, and some work with a
15 product logo.
16 Q. Is that the extent of your work
17 on the company?
18 A. I attended -- I attended some
19 meetings of Certified Egg Products.
20 Q. What type of meetings?
21 A. Meetings with the members of
22 Certified Egg Products.
23 Q. Do you remember where they
24 were?

Page 124

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 A. I remember going to Salt Lake
2 City, Utah. And I believe one time, I
3 believe it was in Denver.
4 Q. So do you remember going to
5 more than two meetings or were those the only
6 two?
7 A. No, we went -- I went to Salt
8 Lake more than once. I don't remember how
9 many times. But I know it was more than
10 once.
11 Q. Do you remember if you attended
12 any Board of Director meetings?
13 A. Well, at the meetings I
14 attended, the members, the Board would have
15 been at those meetings.
16 Q. Do you remember who was on the
17 Board?
18 A. Somebody from each company that
19 was a member, as I recall, which -- you want
20 to know some of the companies?
21 Q. Sure, that would be great.
22 A. We were on, Rose Acre's.
23 Crystal Lake, Willamette.
24 Q. I'm sorry?

Page 125

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 A. Willamette.
2 Q. How do you spell that?
3 A. W-I-L-L-A-M-E-T-T-E, I believe.
4 NuCal, I guess it was called, I say NuCal,
5 they had a division Newegg is their products
6 for NuCal. They had a -- I think Newegg was
7 their egg products. Wabash Valley Produce.
8 National Egg. I believe American Egg
9 Products. They're the ones I can think of.
10 There may have been some others, I'd have to
11 look at records to see that.
12 Q. Okay. What was the purpose of
13 the organization?
14 A. The purpose was to bring
15 different egg products companies together
16 to -- that had -- each one of the companies
17 may have produced a different egg product.
18 Some had similar, some had different products
19 than the other members and it was to bring
20 the different companies together with their
21 particular products to combine those products
22 to be able to go out to national food service
23 companies to offer them a wide variety
24 because individually on our own, the

32 (Pages 122 - 125)

Page 126

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  different members did not have the variety of
3  products needed to service the customers on a
4  national basis.  So together, we could -- the
5  thought was, was to have the companies offer
6  the wide variety that the customers
7  ultimately were demanding or requesting for
8  their -- you know, for their needs.
9      Q.   That includes shell eggs?
10     A.   No.  The focus was purely on
11 egg products.
12     Q.   What does egg products consist
13 of or include?
14     A.   Egg products would be liquid,
15 frozen and dried eggs in different varieties.
16     Q.   Whose idea was it to form
17 Certified Egg Products?
18     A.   I don't know for sure.
19          - - -
20          (Exhibit 33, Certified Egg
21     Products, Inc. Information Release,
22     Bates RA0014219, was marked for
23     identification.)
24          - - -
25 BY MR. ALLEN:

Page 127

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      Q.   I'm handing you what's been
3  marked as Exhibit 3 -- 33, I'm sorry, which
4  is a document entitled, "CERTIFIED EGG
5  PRODUCTS, INC. INFORMATION RELEASE," Bates
6  number RA0014219.
7          Do you recognize this document,
8  Mr. Hinton?
9      A.   I don't necessarily -- I don't
10 remember the document.
11     Q.   Do you agree that it appears to
12 be a press release for Certified Eggs
13 Products -- Certified Egg Products?
14     A.   It's an -- it says it's an
15 information release for Certified Egg
16 Products, Incorporated.
17     Q.   So you don't know whether this
18 was ever sent out?
19     A.   Sent out to who?
20     Q.   Anyone.
21     A.   I don't know for sure who would
22 have received it, no.
23     Q.   In the first paragraph it says,
24 "The cooperative is national in scope and has
25 as its founding members Creighton Brothers,

Page 128

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  LLC of Atwood, Indiana; Hickman's Family
3  Farms of Buckeye, Arizona; Layers, Inc. of
4  Dubois, Indiana; National Food Corporation of
5  Everett, Washington; Rose Acre Farms of
6  Seymour, Indiana; and Willamette Egg Farms of
7  Canby, Oregon."
8          Did I read that correctly?
9      A.   Yes.
10     Q.   You said that eventually there
11 were some other members.  Correct?
12          MR. MONICA:  Objection.
13 BY MR. ALLEN:
14     Q.   You mentioned Crystal Lake as a
15 member of Certified Egg Products at some
16 point?
17     A.   I said Crystal Lake, but that's
18 Creighton Brothers.  There's some companies I
19 can refer to them by multiple names.
20     Q.   Okay.
21     A.   Same thing for Layers,
22 Incorporated, DuBois, I called them Wabash
23 Valley, so it's the same company.
24     Q.   Are there any on the list that
25 you gave me a minute ago that aren't on this

Page 129

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  list?
3      A.   I believe the one I gave that I
4  recalled was NuCal or New -- I called them
5  NuCal or Newegg.  I think the rest of them
6  here, I forgot, I left off, I didn't mention
7  Hickman's that's on here, so...
8      Q.   This document also shows that
9  Marcus Rust of Rose Acre was the Chairman of
10 the Board of CEP.  Correct?
11     A.   Yes.
12     Q.   Was Mr. Rust the chairman since
13 the inception of the CEP?  And just for the
14 record, when I say CEP, I'm referring to
15 Certified Egg Products.  Is that okay?
16     A.   That you refer to them as CEP?
17     Q.   You understand what I mean?
18     A.   I understand that.  That's
19 fine.
20          I don't remember exactly when
21 Marcus made chairman, but I don't remember
22 that there was any other chairman besides
23 Marcus.
24     Q.   In the second paragraph it
25 says, "The Cooperative will assemble the

33 (Pages 126 - 129)

Page 130

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 products from its members enabling them to
3 provide a full line of UEP certified egg
4 products to customers."
5         Do you see that?
6     A.   Yes.
7     Q.   Was that the plan, the CEP
8 members would ship their products to some
9 local or some centralized office of the
10 cooperative and the office would sell those
11 products?
12         MR. MONICA:  Objection.
13         THE WITNESS:  No.
14 BY MR. ALLEN:
15     Q.   How did it work?
16     A.   Well, we never saw the product,
17 so it didn't really work.
18     Q.   Do you know what the plan was?
19     A.   That the member, as far as
20 distribution of products, if we actually ever
21 did distribute products, that the members
22 would produce the product that -- their
23 product that they was able to produce and
24 ship it to the customers.
25     Q.   Directly?

Page 131

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2     A.   From their -- yes.
3     Q.   What was the cooperative's role
4 in that going to be in that process, selling
5 the products from the members to the end
6 customers?
7     A.   What's the question, I'm sorry?
8     Q.   What role was the cooperative
9 going to play in that process?
10     A.   The cooperative would have
11 facilitated the postproduction and sales of
12 the products.
13     Q.   So the plan was for the co-op
14 to be actively involved in selling its
15 members products?
16         MR. MONICA:  Objection.
17         THE WITNESS:  The products that
18     the cooperative would have been
19     working on, yes.
20 BY MR. ALLEN:
21     Q.   Did you say the plan was for
22 the CEP only to sell egg products and not
23 shell eggs?
24     A.   As I recall it was -- the focus
25 was on egg products. That's why the name

Page 132

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 was -- that's how the name came up, Certified
3 Egg Products.
4     Q.   Did the UEP, as far as you
5 know, ever sell its members eggs?
6     A.   You just asked me if UEP --
7     Q.   Yes.
8     A.   -- United Egg Producers?
9     Q.   Yes. I'm sorry. Yes.
10         MR. MONICA:  Sold CEP's eggs?
11 BY MR. ALLEN:
12     Q.   Sold its members. I'm sorry.
13     A.   You might want to --
14     Q.   So what I'm referring to, if
15 we've got too many acronyms floating around
16 let me know.
17     A.   You changed gears.
18     Q.   I did. So CEP, Certified Egg
19 Products and UEP, United Egg Producers. Is
20 that okay?
21     A.   Sure.
22     Q.   Do you know if the UEP ever
23 sold its members eggs or egg products?
24     A.   UEP. I don't remember exactly
25 how it worked, but UEP -- I think there was a

Page 133

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 period of time UEP may have traded in eggs.
3     Q.   Do you know when that was?
4     A.   No, I don't.
5     Q.   Do you know did it trade in its
6 members' eggs?
7     A.   I don't know. I don't
8 remember.
9     Q.   What do you mean when you say
10 trade in?
11     A.   Well, UEP, the management in
12 UEP worked with exports for the USEM.
13     Q.   Do you remember whether the UEP
14 ever sold Rose Acre's eggs?
15     A.   US -- through USEM Rose Acre's
16 eggs were sold.
17     Q.   Other than through USEM, did
18 the UEP ever sell Rose Acre's eggs?
19     A.   Not that I remember.
20     Q.   Do you know whether CEP ever
21 sought any sort of formal affiliation with
22 the UEP?
23         MR. MONICA:  Objection.
24         THE WITNESS:  What are you -- I
25     guess could you explain the question,

34 (Pages 130 - 133)

Page 134

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  please?
3  BY MR. ALLEN:
4      Q.   Yeah, I'm wondering if
5  Certified Egg Products ever sought some sort
6  of formal relationship with United Egg
7  Producers?
8      A.   No, not that I recall.
9            - - -
10        (Exhibit 34, Certified Egg
11  Products, Inc. Agreement, Bates
12  RA0010549 & RA0010550, was marked for
13  identification.)
14           - - -
15  BY MR. ALLEN:
16      Q.   Mr. Hinton, I'm handing you
17  what's been marked Exhibit 34 for purposes of
18  this deposition. It's a document entitled,
19  "CERTIFIED EGG PRODUCTS, INC. AGREEMENT." It
20  was produced by Rose Acre in this litigation.
21  Bates number RA0010549.
22        Do you recognize this document,
23  Mr. Hinton?
24      A.   I'm aware of this document,
25  yes.

Page 135

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      Q.   Do you know what this agreement
3  was used for? Feel free to read it if you
4  would like to refresh yourself.
5      A.   That was something else.
6        No, I don't. I don't remember
7  exactly what it's -- I mean, reading it, it
8  talks about having to consult and being able
9  to attend Certified Egg Products meetings,
10  but I don't -- I can't remember right now
11  exactly who this was for.
12      Q.   Okay.
13      A.   When you first showed it to me,
14  I thought it was the agreement when we joined
15  Certified, but it's not that.
16      Q.   So the second paragraph it
17  says, "WHEREAS, Certified has been organized
18  as a Capper-Volstead cooperative of egg
19  producers or cooperatives of egg
20  producers..."
21        Do you see that?
22      A.   Yes.
23      Q.   And then further down in
24  paragraph number 4, it says, "The parties
25  understand that Capper-Volstead protection

Page 136

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  from antitrust laws in the United States is
3  predicated upon the fact that Certified and
4  its members are producer organizations and
5  that they do not include parties who are not
6  producers, such as salesmen, brokers or
7  others involved in packing, sales, marketing
8  and distribution for parties not members of
9  Certified."
10        Did I read that correctly?
11      A.   Yes, you did.
12      Q.   When you were working on
13  Certified Egg Products, was it your
14  understanding to be a Capper -- a valid
15  Capper-Volstead cooperative, all CEP members
16  had to be producer organizations?
17        MR. MONICA: Objection. Calls
18  for legal conclusion. Also vague and
19  ambiguous. You can answer if you
20  want, or if you can.
21        THE WITNESS: It was my
22  understanding that under the
23  Capper-Volstead, we would -- you had
24  to be a producer, yes.
25  BY MR. ALLEN:

Page 137

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      Q.   Was the CEP diligent in making
3  sure that all of its members were producers?
4        MR. MONICA: Objection. You can
5  answer.
6        THE WITNESS: That I can recall,
7  Randon Wilson, who was our counsel,
8  was very diligent.
9  BY MR. ALLEN:
10      Q.   What did the CEP do to make
11  sure that its members were producers?
12        MR. MONICA: Objection.
13        THE WITNESS: As I recall,
14  Randon Wilson personally reviewed each
15  member.
16  BY MR. ALLEN:
17      Q.   Do you know whether the CEP
18  sent out a survey asking members about their
19  companies?
20      A.   What do you mean by "survey"?
21      Q.   Well, actually I'm wondering if
22  they sent out, if CEP sent out a survey
23  asking prospective CEP members about their
24  company generally to make sure they were
25  producers?

35 (Pages 134 - 137)

Page 138

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 A. As I said, to my -- that I
3 can -- I thought you were going to say
4 something.
5 MR. MONICA: No, no, no. Go
6 ahead.
7 THE WITNESS: That I can
8 remember, as I already stated, Randon
9 Wilson checked, talked and reviewed
10 each member in CEP.
11 BY MR. ALLEN:
12 Q. Did you do anything personally
13 to help ensure that potential CEP members
14 were producers?
15 A. That wasn't my job.
16 Q. Do you know whether Marcus Rust
17 was involved in that process?
18 MR. MONICA: Objection.
19 THE WITNESS: As far as I know,
20 Randon Wilson did all that. He made
21 sure. It was Randon's job to do.
22 BY MR. ALLEN:
23 Q. I'd like to ask you a few more
24 questions about your time with the United Egg
25 Association.

Page 139

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 A. Okay.
3 Q. If it's okay, we'll add one
4 more acronym here, the UEA.
5 A. I usually call it that.
6 Q. Okay. How long were you Rose
7 Acre's representative with the UEA?
8 A. I don't recall how many years.
9 Q. Was it multiple years?
10 A. Yes.
11 Q. Do you remember how long you
12 were Rose Acre's representative before you
13 were the chairman?
14 A. No, I don't.
15 Q. Do you know whether it was
16 multiple years?
17 A. I don't remember how many years
18 for sure.
19 Q. Was it normal, based on what
20 you remember, to appoint someone as the
21 chairman who hadn't been with the
22 organization for very long?
23 A. I think I missed the meeting
24 and I got -- found out that I missed the
25 meeting I was made vice chairman.

Page 140

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 Q. Punishment.
3 A. Call it what you will. That's
4 kind of what I recall. Maybe.
5 Q. So you were the vice chairman
6 and also chairman at one point. Correct?
7 A. As the document showed earlier,
8 I was vice chairman, the chairman resigned
9 and I was appointed chairman.
10 Q. What were your responsibilities
11 as chairman of the UEA?
12 A. To preside over the meetings
13 when I was chairman.
14 Q. Anything else?
15 A. Not really.
16 Q. How many meetings did the UEA
17 have a year?
18 A. There might have been two or
19 three.
20 Q. Did you usually attend the
21 meetings?
22 A. When I was chairman I did.
23 Q. Were you the only Rose Acre
24 representative?
25 A. No.

Page 141

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 Q. There were other Rose Acre
3 representatives to the UEA?
4 A. Yes.
5 Q. Who were they?
6 A. Victor Rigterink.
7 Q. Rigterink?
8 A. Rigterink.
9 Q. Can you spell that?
10 A. R-I-G -- R-I-G-T-E-R-I-N-K.
11 Larry McBee, M-C big B-E-E, capital B.
12 Sorry. Jeff -- well, 2008. Just to the
13 period till 2008 or -- well, Jeff Cutler.
14 Jeff Cutler.
15 Q. When was -- were these guys
16 representative -- Rose Acre representatives
17 to the UEA between 2000 and 2008?
18 A. I believe Jeff, that would have
19 been about Jeff's first time. Because
20 earlier we discussed, I mentioned Jeff Cutler
21 in one of the other minutes and I was trying
22 to decide what actual date he started with
23 Rose Acre's. It was in that time frame. I
24 believe in 2008 Jeff would have been a
25 representative of UEA for Rose Acre's.

36 (Pages 138 - 141)

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2  Q.  And Victor and Larry came
3 before Jeff?
4  A.  Yes. And Victor still works
5 for us, Larry no longer does. But Victor
6 would have been -- that I can remember,
7 Victor probably went to meetings before I
8 did.
9  Q.  How many Rose Acre
10 representatives were there at any given time?
11  A.  Two or three sometimes. I
12 think Todd Vogel might have attended a
13 meeting before, but not on a regular basis.
14 More -- on a regular basis would have been
15 Victor, Larry, myself and now Jeff would have
16 been the ones I can recall.
17  Q.  So typically between whenever
18 you guys, whenever Rose Acre joined the UEA
19 until 2008, there were generally around four
20 Rose Acre representatives?
21     MR. MONICA: Objection.
22     THE WITNESS: No. I said two,
23     maybe three, two or three that would
24     have attended meetings.
25 BY MR. ALLEN:

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  Q.  Two or three?
3  A.  Yes.
4  Q.  Was the UEA broken into three
5 divisions, the Further Processors, Producers
6 and Packers, and Allied Industries?
7  A.  I don't know about producer
8 packer. I'm familiar with -- I mean, we had
9 the UEA and then there's an Allied Division
10 of the UEA that I'm familiar with.
11  Q.  So you said UEA and then the
12 Allied Division?
13  A.  Yes.
14  Q.  So were there two divisions
15 than just the UEA Division and then the
16 Allied Division?
17  A.  I don't know the structure. I
18 know what the Allied Division was made up of,
19 but I don't -- I'm not -- I don't know
20 exactly how that's structured. But I know
21 there is an Allied Division.
22  Q.  What type of companies were in
23 the Allied Division?
24  A.  Vendors, suppliers.
25  Q.  What does that mean?

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  A.  It would be companies that
3 produce breaking equipment. They may have
4 soap companies possibly, supply vendors that
5 would --
6  Q.  I'm sorry, did you say soap?
7  A.  Soap, detergent that you wash
8 the eggs in. Chemicals, chemical companies,
9 equipment chemical companies. Like that.
10 Companies that would supply goods or services
11 to egg product companies.
12  Q.  Okay. And they would be in the
13 Allied Division?
14  A.  Yes.
15  Q.  And then the other division,
16 just the general UEA consisted of what type
17 of companies?
18  A.  Egg breaking companies.
19  Q.  Egg breaking companies. Is an
20 egg breaking company any company that breaks
21 eggs? Would they fall within that second
22 division of the UEA?
23  A.  In my mind they would, yes.
24  Q.  So that's the division that
25 Rose Acre fell into in the UEA, the Egg

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 Breaking Division?
3  A.  Yes. Further -- Egg Breaking,
4 Further Processor, however you want to call
5 it, yes.
6  Q.  Do you know where the UEA had
7 its offices?
8  A.  Well, I think Howard Magwire
9 who -- at the time I -- when I was active
10 was -- his office, he was in Washington, D.C.
11 I think the official address -- that I recall
12 the official address, I think that UEA would
13 have been in, I don't know if it's Atlanta or
14 somewhere -- it's somewhere -- either if it's
15 not Atlanta, somewhere around Atlanta,
16 Georgia.
17  Q.  Was it the same address as the
18 UEP?
19  A.  I believe so, yes.
20  Q.  So do you know who the
21 president of the UEA was when you were the
22 chairman?
23  A.  The president?
24  Q.  Did they have a president, do
25 you know?

Page 146

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      A.   Not that I remember.  Howard
3  was --
4      Q.   Does the -- was --
5      A.   Howard Magwire was our -- well,
6  that I recall, that I dealt with was where
7  Howard Magwire was my contact.
8      Q.   Did the UEA have a management
9  team?
10     A.   Howard was -- I mean Howard was
11  our designated -- at the time I was there,
12  I'm not sure, I don't attend the meetings any
13  more, but Howard was my -- I would consider
14  Howard, you know, kind of our team.  I think
15  that Randy Green may have assisted.  He was
16  a -- he assisted Howard with matters in
17  Washington, D.C., as I recall.
18     Q.   Who did Howard work for?
19     A.   Howard Magwire?
20     Q.   Yes.
21     A.   At that time he would have --
22  for UEP.
23     Q.   For UEP?
24     A.   Yes.  As far as I know.
25     Q.   Do you know what his role with

Page 147

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  UEP or his position there was?
3      A.   I think he worked on government
4  relations.
5      Q.   Government relations.  So he
6  was a full-time UEP employee?
7      A.   I guess I never -- as far as --
8  he was always there.  I mean, I don't know
9  his exact job status.  But as far as I know,
10  he was always there.
11     Q.   Do you remember his official
12  position or title at UEA?
13     A.   He was our designated liaison
14  for us from UEP that Howard took care of UEA
15  business for the UEA members.
16     Q.   I'm sorry, when you say our
17  designated contact, do you mean Rose Acre or
18  do you mean --
19     A.   For UEA members.
20     Q.   UEA, okay.
21     A.   Yeah.  If we had anything UEA,
22  if we had anything, we'd go to Howard, at
23  least when I was doing it, when I was
24  chairman on it, that I remember.
25     Q.   Were there other UEP employees

Page 148

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  that worked for the UEA?
3      A.   I don't know -- the only ones
4  that were designated was Howard.
5      Q.   So Gene Gregory you don't
6  remember playing a role in the UEA or having
7  a position with the UEA?
8      A.   No, I don't.
9      Q.   Did UEA members attend UEP
10  meetings?
11     A.   I did.
12     Q.   Did other UEA members attend
13  UEP meetings?
14     A.   Yes.
15     Q.   Did UEA members receive the
16  UEP's newsletter United Voices?
17     A.   I did.
18     Q.   Do you know whether the
19  newsletter was sent to all UEA members?
20     A.   I don't know.
21     Q.   Did the UEA have its own
22  newsletter?
23     A.   Not that I recall.
24     Q.   Did the UEA do anything as an
25  organization to support the UEP's certified

Page 149

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  program?
3      MR. MONICA:  Objection.  You can
4  answer.
5      THE WITNESS:  I don't recall
6  that as an organization, no.  I mean,
7  my -- ourself as Rose Acre's was a UEP
8  member and a UEA member.
9  BY MR. ALLEN:
10     Q.   So in their business dealings,
11  do you know whether UEA members showed any
12  preference for members of the UEP Certified
13  Program?
14     MR. MONICA:  Objection.
15     THE WITNESS:  Could you repeat
16  the question?
17  BY MR. ALLEN:
18     Q.   Sure.  Was there any UEA policy
19  that UEA members in their business dealings
20  should show preference to companies who were
21  members of the UEP Certified Program?
22     MR. MONICA:  Objection.  You can
23  answer.
24     THE WITNESS:  No, not that I
25  recall.

38 (Pages 146 - 149)

Page 150

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
1
2 BY MR. ALLEN:
3    Q.    Do you know whether the UEA did
4 any advertising or marketing in support of
5 the UEP Certified Program?
6    A.    No, not that I recall.  We
7 didn't -- UEA was not in the business of
8 marketing.
9    Q.    Mr. Hinton, I'd like to refer
10 you back to an exhibit you saw earlier today.
11 It's Exhibit Number 13, Bates number
12 CM00189887.  Do you see it?
13    A.    Yes.
14    Q.    If you will turn to page 5 of
15 the packet, Bates number CM00189891, the page
16 is titled, "Egg Products Price Discovery
17 Committee."
18        Do you see that?
19    A.    Yes.
20    Q.    The first sentence says, "UEA
21 Further Processor members have requested that
22 UEP establish a price discovery committee for
23 egg products."
24        Did I read that correctly?
25    A.    Yes.

Page 151

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2    Q.    Why would the UEA further
3 processors request that the UEP establish
4 that committee?
5        MR. MONICA:  Objection.
6        THE WITNESS:  I don't know.  I
7    don't remember that.
8 BY MR. ALLEN:
9    Q.    You don't know whether this
10 committee was established?
11    A.    I don't remember it, no.
12        MR. ALLEN:  35.
13        - - -
14        (Exhibit 35, PowerPoint slides,
15    Bates RA0069068 - RA0069072, was
16    marked for identification.)
17        - - -
18 BY MR. ALLEN:
19    Q.    Mr. Hinton, I'm handing you
20 what's been marked as Exhibit 35 for this
21 deposition.  It is a document consisting of
22 five pages.  It's what appear to be
23 PowerPoint slides.  It's Bates number
24 RA0069068 through 72.
25        Do you recognize this document?

Page 152

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2    A.    No, I don't.
3    Q.    The first slide appears to say
4 or does say, "Marketing - Statistics 2007
5 Area Meetings."
6        Did the UEP have area meetings?
7    A.    Did UEP -- yes, they did.
8    Q.    Did a Rose Acre representative
9 typically attend those meetings?
10    A.    As I recall, yes.
11    Q.    Was Rose Acre always in the
12 same UEP area or was it in multiple areas?
13    A.    We would have to look -- what,
14 I guess, is the question?
15    Q.    I'm trying to find out if Rose
16 Acre would have attended multiple area
17 meetings or whether it was always in the same
18 area?
19    A.    We -- as I recall, without
20 looking at the list of where the meetings
21 were held, I believe that we had farms,
22 locations and that would have span more than
23 one area.
24    Q.    Do you know which areas?
25    A.    The midwest and the southeast.

Page 153

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2    Q.    Did Rose Acre only attend one
3 area meeting or was it only officially in one
4 area for purposes of these meetings, do you
5 know?
6    A.    I don't know.  I never recall
7 ever attending one myself.  And I just -- I
8 know KY attended meetings, I know that.  But
9 I don't know which ones.  I don't have
10 specific knowledge of ones -- you know, the
11 ones he attended.
12    Q.    Do you know -- you're referring
13 to KY?
14    A.    Hendrix.
15    Q.    Hendrix, okay.  Sorry.
16        Do you know who else attended
17 UEP area meetings?
18    A.    Not for sure.  The only one I
19 know, KY I knew attended them, but I don't
20 remember if we had anybody else.  It's
21 possible, but I just -- I remember KY
22 attended them.
23    Q.    If you'll turn to page 3 of the
24 packet, Bates number RA0069070, you'll see a
25 slide titled, "Possible Reasons For Better

39 (Pages 150 - 153)

Page 154

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 Egg Prices."
3        Do you see that?
4    A.   Yes.
5    Q.   Do you remember whether 2007
6 was a good year for egg prices?
7        MR. MONICA:  Objection.
8        THE WITNESS:  What do you mean
9 by -- well, I -- 2007, I don't
10 remember.
11 BY MR. ALLEN:
12   Q.   So if the slide shows, "Reduced
13 flock size" is one of the possible reasons
14 for better prices.  Correct?
15       MR. MONICA:  Objection.
16       THE WITNESS:  Are you asking me
17 if that's what's written here?
18 BY MR. ALLEN:
19   Q.   Yes.
20   A.   That is written here.  I don't
21 necessarily agree with it, but it's written
22 there.
23   Q.   Based on your experience in the
24 egg industry, would a reduced flock size ever
25 improve egg prices?

Page 155

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2        MR. MONICA:  Objection.  Calls
3 for speculation.
4        THE WITNESS:  There's a lot of
5 factors that go into egg prices, and
6 flock size would be one of them.
7 BY MR. ALLEN:
8    Q.   How does or how can a flock
9 size affect egg prices?
10       MR. MONICA:  Objection.
11       THE WITNESS:  It's -- prices,
12 there are so many factors go into it,
13 you can't point to one thing.  Demand
14 along with any kind of -- with the
15 eggs, there's multiple factors.  And
16 the demand would go along with the
17 supply.
18 BY MR. ALLEN:
19   Q.   But you said flock size is one
20 of the factors that affects egg prices.
21 Right?
22   A.   That's supply.
23   Q.   So is it generally the case
24 that it can affect the price in the sense
25 that the bigger the flock size, the price

Page 156

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 goes down?
3        MR. MONICA:  Objection.
4 Hypothetical.  Also calls for expert
5 opinion.
6        THE WITNESS:  Right.  So not
7 necessarily.  I mean, like I said,
8 demand, it's a combination of factors
9 that always affect if we're talking
10 price or market, whichever you want to
11 refer to, but, for example, if you
12 want to refer to markets, this past
13 February I saw probably, according to
14 USDA statistics, we had the highest
15 flock size of all time on record and
16 we also had the highest price all time
17 in the Urner Barry market.  So, no, I
18 can't sit here and say that what the
19 flock size is would have direct
20 correlation.  There's many things that
21 affect it, and sometimes we never
22 know.
23 BY MR. ALLEN:
24   Q.   Will the flock size going up
25 ever cause prices to go up?

Page 157

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2        MR. MONICA:  Objection.  Same
3 objections.
4        THE WITNESS:  It's what I
5 stated, I can't say exactly for sure.
6 Sometimes we just -- you know, there's
7 factors that go into it that we --
8 it's hard to explain, because this --
9 like I said, I guess I'll go back to
10 this past February.  I saw record
11 number, record high production and
12 record high prices.  So you can't --
13 it's our -- I couldn't sit here today
14 and draw that correlation to say that
15 it affects it, because I've seen that
16 happening and it's hard to explain.
17 BY MR. ALLEN:
18   Q.   Is another possible reason it
19 lists, "Planned supply for weeks between
20 Easter and Labor Day."
21        Do you see that?
22   A.   Yes.
23   Q.   Is a possible reason for better
24 egg prices.
25        As you sit here today, based on

40 (Pages 154 - 157)

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  your experience in the UEP and in the egg
3  industry generally, what do you understand
4  that to mean?
5          MR. MONICA: Objection.
6          THE WITNESS: I don't know. I
7      wasn't at this meeting and I -- first
8      I've seen of this. I'm not going to
9      draw any conclusions.
10 BY MR. ALLEN:
11     Q.    You have no understanding?
12         MR. MONICA: Objection.
13         THE WITNESS: No. I don't know
14     who prepared this, and I'm not going
15     to draw any conclusions.
16 BY MR. ALLEN:
17     Q.    If you'll turn the page, Mr.
18 Hinton, you'll see the side at the top says,
19 "Reduce Egg Supply Between Easter and Labor
20 Day." It goes on to say that "UEP has
21 suggested that if producers reduce their egg
22 production for the week between Easter and
23 Labor Day...," assuming week is missing an S
24 there, "...it will make a major contribution
25 to the annual price being increased by

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  several cents per dozen."
3          It goes on to say, "How have we
4      done in 2007 compared to 2006?"
5          Did I read that correctly?
6      A.    Yes.
7      Q.    And then it shows that
8  production in April, May, and June of 2007
9  was less than in 2006 by millions of cases.
10 Correct?
11         MR. MONICA: Objection.
12         THE WITNESS: What's the
13     question again?
14 BY MR. ALLEN:
15     Q.    Well, it shows the production
16 in 2007 for April, May, and June is less than
17 during the same months in 2006?
18         MR. MONICA: Object to the form.
19         THE WITNESS: I don't know what
20     this is showing. If that's
21     production, I don't know what it is.
22 BY MR. ALLEN:
23     Q.    Let's see, there's a graph that
24 says on the left, in the far left column,
25 April, May, June, July. And then if you go

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  across, it shows 2006 and 2007. It appears
3  to show for each year the number of eggs in
4  million cases that were produced. In April
5  of 2006, it shows 17.97. And then in
6  April 2007, it shows 17.61. Do you not think
7  that that's production, egg production?
8          MR. MONICA: Objection. You can
9      answer it.
10         THE WITNESS: I don't know and I
11     don't know where these numbers came
12     from. I can't -- I'm not -- I can't
13     validate what these are.
14 BY MR. ALLEN:
15     Q.    Did Rose Acre ever reduce egg
16 production between Easter and Labor Day to
17 increase egg prices?
18         MR. MONICA: Objection.
19         THE WITNESS: Rose Acre's has
20     a -- our flock department which
21     manages our egg production, works off
22     of 18-year cycles because of our
23     structure. We have -- Rose Acre, we
24     have our own breeder farms. So
25     because of that, we raise our own eggs

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      for their hatchery that -- then we
3      hatch that and then those go, in
4      turn the baby chicks go to our pullet
5      facilities where we grow them out
6      until the time they start laying legs,
7      and then they move to the laying
8      facility which they'll lay eggs up
9      till the time that they're sold out at
10     the end of their laying cycle. So
11     Rose Acre's, I don't know if there's
12     any time during a 12-month period that
13     we're not changing flocks, whether
14     we're -- whether we have flocks that
15     are going into molt or flocks that are
16     being sold out. So -- and all that's
17     planned out, like I said, on 18-month
18     cycles. So to ask me have we ever
19     removed flocks from Easter to Labor
20     Day, yes, we do, every year, but we
21     also remove flocks from Labor Day to
22     Easter. So it's a continual process
23     for us. It never ends.
24         MR. ALLEN: Mr. Rust, I think we
25     need to change the tape.

41 (Pages 158 - 161)

Page 162

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
1
2        VIDEOGRAPHER:  This is the end
3  of tape two in the videotape of Greg
4  Hinton.  We're off the record at 2:14.
5            - - -
6        (A recess was taken.)
7            - - -
8        VIDEOGRAPHER:  Here begins tape
9  three in the videotape deposition of
10  Greg Hinton.  We're back on the record
11  at 2:20.
12 BY MR. ALLEN:
13    Q.    Mr. Hinton, I only have a few
14 more questions.
15        Before the break we were
16 discussing the PowerPoint slide on the
17 document Bates numbered RA0069070.  The top
18 of that slide, which is the third slide on
19 the page says, "Possible Reasons For Better
20 Egg Prices."  One of the reasons on the
21 slide, one of the possible reasons for better
22 egg prices is earlier molt schedule.  Is that
23 correct?  Do you see that?
24    A.    That's what's written here,
25 correct.

Page 163

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
1
2    Q.    Based on your experience in the
3  egg industry, how could an earlier molt
4  schedule lead to better egg prices?
5        MR. MONICA:  Objection.  Calls
6  for speculation.
7        THE WITNESS:  Like I said, I've
8  not seen this document, I'm not going
9  to speculate on what they mean here.
10 BY MR. ALLEN:
11    Q.    So is it your opinion that an
12 earlier molt schedule would not lead to
13 better egg prices?
14        MR. MONICA:  Objection.
15        THE WITNESS:  Like I've stated
16 before, there is a lot of reasons for
17 egg prices and I stated with Rose
18 Acre's that we molt and sell out
19 flocks on a regular basis based on our
20 flock schedules.
21 BY MR. ALLEN:
22    Q.    So is it your opinion that an
23 earlier molt schedule would not lead to
24 better prices?
25        MR. MONICA:  Objection.

Page 164

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
1
2        THE WITNESS:  I don't have an
3  opinion on it one way or the other.
4 BY MR. ALLEN:
5    Q.    Further down in the same slide
6  it says, "UEP Certified companies have
7  reduced per house flock size by at least 25%
8  since 2001."
9        Do you know whether that's
10 accurate --
11    A.    No, I don't.
12    Q.    -- as of 2007?
13    A.    I do not know that.
14        MR. MONICA:  I'm sorry, did you
15 say 2007?
16        MR. ALLEN:  I said as of 2007.
17 BY MR. ALLEN:
18    Q.    I'm wondering whether it's
19 accurate that UEP Certified companies have
20 reduced per house flock size by at least
21 25 percent since 2001 as of 2007.  Mr.
22 Hinton, you're saying you just don't know?
23    A.    Yeah, I don't know.
24    Q.    The slide is suggesting that
25 reducing the per house flock size is a

Page 165

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
1
2  possible reason for better egg prices.  Based
3  on your experience in the egg industry, how
4  could reducing the per house flock size
5  increase egg prices?
6        MR. MONICA:  Objection.
7  Mischaracterization of the slide.
8  Calls for speculation.  You can
9  answer.
10        THE WITNESS:  Like I said
11 before, I don't have an opinion one
12 way or the other on that.
13 BY MR. ALLEN:
14    Q.    This slide lists eight total
15 reasons, possible reasons for better egg
16 prices apparently in 2007 based on the first
17 slide.  Is it your opinion that these just
18 aren't possible reasons for better egg prices
19 in 2007?
20        MR. MONICA:  Objection.
21        THE WITNESS:  As I stated
22 before, there's -- a lot of things
23 have affect on egg prices, and I'm not
24 going to speculate on why and who
25 created this slide when I've never

42 (Pages 162 - 165)

Page 166

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 seen it before, that I recall.
3 BY MR. ALLEN:
4 Q. There's another possible reason
5 the slide shows, "USEM Exported 896 container
6 loads between November 1, 2006 and May 11,
7 2007."
8 Do you see that?
9 A. Yes, that's what's written
10 here.
11 Q. Did Rose Acre participate in
12 USEM exports in 2007?
13 A. Yes.
14 Q. Based on your experience, is it
15 possible that USEM exports could affect egg
16 prices?
17 MR. MONICA: Objection.
18 THE WITNESS: Like I stated
19 before, there's many factors go into
20 egg prices. I'm not going to
21 speculate myself on what's going to --
22 you know, exact cause of that.
23 BY MR. ALLEN:
24 Q. Is it possible for -- based on
25 your experience, so you don't -- you just

Page 167

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 can't say whether the USEM export could ever
3 affect egg prices. Is that your opinion?
4 MR. MONICA: Objection.
5 Mischaracterizes his testimony.
6 THE WITNESS: I'm not -- I said
7 that it's -- I'm not going to pin down
8 and say there's one thing that can
9 affect egg prices. There's multiple
10 things that can affect egg prices.
11 BY MR. ALLEN:
12 Q. So you can't say whether USEM
13 exports could ever affect egg prices?
14 A. Without looking at specific
15 examples and conditions, demand conditions at
16 the time, and I don't know, I mean, it would
17 only be speculation on my part, you would
18 probably need an economist to be able to tell
19 you that.
20 MR. ALLEN: That's all I have,
21 Mr. Hinton. Thank you for your time.
22 THE WITNESS: Thank you.
23 MR. SCHIRMER: Take a short
24 break while we switch.
25 VIDEOGRAPHER: Off the record.

Page 168

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 Off the record at 2:25.
3 - - -
4 (A recess was taken.)
5 - - -
6 VIDEOGRAPHER: We're back on the
7 record at 2:30.
8 - - -
9 EXAMINATION
10 - - -
11 BY MR. SCHIRMER:
12 Q. Mr. Hinton, my name is Mark
13 Schirmer. We briefly -- I briefly introduced
14 myself earlier. I represent the Indirect
15 Purchaser Plaintiffs. And I have some
16 questions for you.
17 A. Okay.
18 Q. If you don't understand
19 anything I'm going to ask, I may not be
20 clear, please just say you don't understand
21 and I'll do my best I can to clarify.
22 A. All right.
23 Q. Okay. Now, you've been -- you
24 said you've been working for Rose Acre for 34
25 years. Is that right?

Page 169

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 A. Yes.
3 Q. So you have a fair -- would you
4 say you have a pretty good understanding of
5 Rose Acre as a company?
6 A. Yes.
7 Q. Would you say that Rose Acre is
8 a vertically integrated supplier of eggs?
9 MR. MONICA: Objection. The
10 term "vertically integrated."
11 THE WITNESS: Yes.
12 BY MR. SCHIRMER:
13 Q. What do you mean -- would you
14 say that Rose Acre is a full-service supplier
15 of eggs?
16 MR. MONICA: Objection as to
17 full-service.
18 THE WITNESS: What do you mean
19 by "full-service"?
20 - - -
21 (Exhibit Hinton-36, Page off of
22 Web site, was marked for
23 identification.)
24 - - -
25 BY MR. SCHIRMER:

43 (Pages 166 - 169)

Page 170

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 Q. Showing you what has been
3 marked as Exhibit 36. Why don't you take a
4 moment to look at it, sir. If you look in
5 the upper right-hand corner of it, it might
6 give you some idea, might help you understand
7 what you're looking at.
8 A. [Reviewing document.] Okay.
9 Q. I'm showing you what has been
10 marked as Exhibit 36. It was also marked as
11 Exhibit 36 for Marcus Rust's deposition. It
12 is -- I will say what it says on the upper
13 right-hand corner. It says, WWW.goodegg.com
14 /b2b-services/retailers/custom-packaging.
15 Sir, what is this?
16 A. It would be a page off of our
17 Web site.
18 Q. Would you, please, turn to the
19 second page of this document where it says,
20 "Custom Packaging" at the top?
21 A. Yes.
22 Q. Where it says, "As a
23 full-service egg supplier, we not only
24 deliver the product you want, we deliver it
25 in the packaging you envision."

Page 171

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 What is your understanding of
3 the meaning of full-service egg supplier off
4 of your Web site?
5 A. That we provide eggs in
6 different pack sizes the customer may want or
7 packs a -- meaning we would provide full
8 cases, half cases. We provide in different
9 kinds of packaging, whether it's a pulp
10 carton, a foam carton, clear carton, two and
11 a half pack, six pack, and in the different
12 sizes being super jumbos, jumbos, extra
13 large, large, medium and small eggs and loose
14 eggs for food service.
15 Q. What is a private packer label?
16 A. That would be customers on
17 brand. I'd refer it as a customer's own
18 private branded carton.
19 Q. For example, if you were to
20 sell to Kroger, would that be a Kroger brand?
21 A. Yes, it would.
22 Q. Now, what is a packer label?
23 A. That would be my Rose Acre
24 brand.
25 Q. Now, do you ever -- would you

Page 172

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 look at the last sentence in the regular
3 type, not the italics type on this page. It
4 says, "We work with customers to determine
5 the required packaging type and size, and
6 then meet with customer design and marketing
7 teams to develop egg cartons that meet
8 customer goals."
9 Would that be -- the people who
10 are meeting to -- with the customers to help
11 meet the customer goals, would those be
12 people who are under your supervision?
13 A. Yes.
14 Q. What is it exactly you're doing
15 when you're designing these egg cartons?
16 MR. MONICA: Objection. You can
17 answer.
18 THE WITNESS: The information
19 that the customer -- it may be -- in
20 most cases a lot of customers already
21 have their own cartons. If they ask
22 for nutritional -- what's the correct
23 nutritional, the most common question
24 is, that we work with customers is to
25 make sure that we've got the

Page 173

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 up-to-date or correct nutrition
3 information. For example, about a
4 year and a half ago, I think it was
5 now two years, USDA, the standard on
6 cholesterol was changed and so we
7 had -- we went to our customers and we
8 worked with them to update their
9 nutritional facts panel to make sure
10 it was accurate and correct. We're
11 getting ready to do that again because
12 the government is coming out with some
13 new guidelines that we've got to put
14 new nutritional information on the
15 thing. There are certain states that
16 have requirements. What comes to mind
17 is Maryland. When you put your net
18 weights, you have to have certain
19 height and character, and so we would
20 assist customers then to make sure
21 that they get their packaging correct
22 for the states they're selling into.
23 That's an example.
24 Legal lines is another thing
25 that we would assist them with.

44 (Pages 170 - 173)

Page 174

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      Certain states, for example, Texas,
3      for every egg you sell in Texas, you
4      have to list -- produce the pack by
5      Texas license number, dot, dot, dot,
6      whatever your number may be, and the
7      company name and address.  So we've
8      had customers that we'll review with
9      them even if though they may not have
10     a warehouse in Texas, but if they have
11     stores, they move into Texas, we would
12     have to contact them, we work with
13     them to make sure that that document
14     is right.  And then the customer
15     sometimes will want to change cartons.
16     They want -- like, say they're in a
17     foam carton and they want to move to a
18     pulp or a pulp label carton or a clear
19     carton, we would -- we work between
20     our customer and a lot of -- many of
21     the customers have their own artwork
22     departments so we would work with
23     their artwork department and then kind
24     of back and forth between the carton
25     company, carton manufacturer and the

Page 175

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      customer to coordinate those efforts
3      back and forth.  If a customer
4      requires a -- if a customer
5      requires -- if they want to have a
6      USDA shielded product, all shielded --
7      any carton you put a USDA shield on we
8      have to submit it to USDA for label
9      approval process and then they come
10     back, assign a number and we go back,
11     give our -- the customer the number
12     that has to go in a small box
13     underneath the shield.  And then that
14     goes back to the carton company and
15     then a copy of that artwork has to be
16     given to the USDA inspector at the
17     plant that they'll allow us to pack
18     that carton with the shield on it.  So
19     those are just -- I went through
20     several, but that would just be some
21     of the examples.
22 BY MR. SCHIRMER:
23     Q.    Now, just a minute ago, I asked
24 you if you would consider Rose Acre to be
25 vertically integrated?

Page 176

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      A.    Yes.
3      Q.    I'm showing you what is to be
4  marked as Hendrix-37 -- Hinton-37 which was
5  previously marked as Exhibit 34 in the Rust
6  deposition.
7                    - - -
8          (Exhibit Hinton-37, Printout
9      from home page, was marked for
10     identification.)
11                   - - -
12 BY MR. SCHIRMER:
13     Q.    I'm showing you what has been
14 marked as Hinton-37.  What is it?
15     A.    Pardon?
16     Q.    What is it?
17     A.    It's a printout from our home
18 page.
19     Q.    Please look at --
20     A.    Our current home page.
21     Q.    -- I believe the second page of
22 the document that starts off "Rose Acre Farms
23 Commodity Eggs"?
24     A.    Yes.
25     Q.    In the second sentence you say,

Page 177

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  "Because we built our egg production around a
3  vertical integration model, we can ensure the
4  best feed for and best treatment of our
5  animals, which leads to best quality
6  products."
7          What do you mean by -- what
8  does Rose Acre mean by "a vertical
9  integration model"?
10     A.    Vertically integrated, as we
11 refer to it, would be that we have -- as I
12 kind of went through some of it earlier, but
13 I'll go through it in more detail for you.
14 We have our own breeder farms.  So we buy day
15 old chicks and then we raise those -- which
16 are breeder, day old breeder chicks.  And we
17 raise those in our own company houses.  We
18 gather the eggs from -- since we have
19 roosters and -- chickens and roosters, and we
20 gather the eggs from the breeder farm, take
21 it to our own company hatchery where the eggs
22 are incubated, the baby chicks are hatched,
23 and from there the baby chicks are taken to a
24 pullet facility where we raise them up until
25 about 16, 17 weeks old, and then those birds

45 (Pages 174 - 177)

Page 178

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 are transferred to a layer facility, one of
2 our many layer facilities. Then once they're
3 in the layer facility, all of our Rose Acre
4 housing is, as we would term, also vertically
5 integrated that the eggs are laid and
6 gathered. Within 24 hours of time of lay,
7 the eggs are gathered, they come onto belts
8 out of the houses onto a main conveyor belt,
9 that conveyor belt then brings them into the
10 processing building where the eggs are washed
11 and sanitized and graded, inspected and
12 graded for size and grade. They are then
13 packed into individual loose packs for egg
14 cartons. From that standpoint, the cartons
15 are loose or placed into egg cases. Those
16 cases are then sent through the line where
17 they're taped, sealed and then stacked on the
18 pallets and then put into the egg cooler
19 awaiting shipment to our customers.
20         With that, on our egg products,
21 the same, similar process, but when they get
22 to the -- after they're washed and sanitized,
23 the eggs are then sent to a -- on a separate
24 belt back into our breaking plant where those

Page 179

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 eggs then are -- the eggs are broken, the
2 liquid, they're either broken for a whole egg
3 or separated for egg whites and egg yolk.
4 That product then goes through filters and
5 then is put into holding tanks waiting
6 further processing. We would then pull the
7 product from the tanks, go through our
8 pasteurizers. From the pasteurizers, they
9 would then go into a bulk for bulk shipment,
10 for customers that buy tanker loads or to our
11 packaging line where we would further pack
12 into anywhere from a one pound gable top
13 carton for retail sales to a 2,000 pound tote
14 for industry bakeries. From that point,
15 those products are placed into a cooler which
16 is colder than the shell egg cooler. Shell
17 egg is mandatory 45 degrees, where all of our
18 liquid egg products we keep between 38 -- 35
19 and 38 degrees where it's held for shipment
20 to the customer.
21         So our vertically integrate --
22 I'm sorry, I left out one step in that.
23 Our -- Rose Acre's, we have I think it's
24 approximately 15 feed mills. The feed mills

Page 180

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 are on site with our layer farms so Rose
2 Acre's, we buy grain from local area farmers.
3 We buy the corn. We also have a soybean
4 crushing plant in Seymour, Indiana that we
5 crush soybeans and produce some of our own
6 soybean meal. We also buy soybean meal on
7 the outside. So all the feed that we're
8 feeding our birds, we have control, we grind
9 the corn, take the meal, add our vitamin
10 premix. And then in some cases the mills are
11 in line with the farm so it's direct auger to
12 the chickens. The others we have feed trucks
13 that go around and put the grain in the bins.
14 So we have knowledge, since we feed -- we
15 grow all of our baby chicks, we produce all
16 our feed, we feed our birds, that's why we
17 deem ourselves as a vertically integrated
18 producer.
19     Q.   You said -- just a minute ago
20 you said you have trucks. Do you also have
21 trucks that you use to deliver your products
22 to the customers?
23     A.   In some case -- yes, we do have
24 trucks that we -- we utilize our own trucks

Page 181

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 to deliver eggs. We rely on outside carriers
2 as well as customer pickups.
3     Q.   What are customer pickups?
4     A.   Where the customer would
5 arrange for their own transportation.
6 Whether they use their own company-owned
7 trucks to pick up the eggs or whether they
8 hire a truck that they arrange for pick up at
9 our -- at the farm. They pick up the eggs
10 right at the farm.
11     Q.   What is a commodity egg? The
12 language is commodity eggs. What is a
13 commodity egg?
14     A.   A commodity egg I would term an
15 egg that's a non-specialty egg.
16     Q.   Let's drill on that. What
17 would be your term for a specialty egg?
18     A.   A specialty egg would be an egg
19 that -- there's several eggs fall into
20 special egg category, the simplest breakdown
21 would be organic eggs would be -- I would
22 call a specialty egg. Cage free eggs would
23 be another category for specialty eggs. And
24 then nutritionally enhanced egg would be a

46 (Pages 178 - 181)

Page 182

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  third category for a specialty egg.  And
3  free -- and then there's a free range egg
4  that would be a specialty range also.  I
5  think that's --
6      Q.    Based on your experience of
7  selling -- does Rose Acre sell a series of
8  specialty eggs?
9      A.    Yes, we do.
10     Q.    Based on your experience as the
11 vice president of sales of Rose Acre, are
12 the -- is there a different pricing structure
13 for specialty eggs than commodity eggs?
14     A.    Yes, there is.
15     Q.    How so?
16     A.    In almost all cases, our
17 specialty eggs are sold at a fixed price,
18 unlike the value of our commodity eggs.
19 Commodity eggs are more often sold off of
20 market basis versus a fixed price, but not
21 always.
22               - - -
23         (Exhibit Hinton-38, Vendor
24     Profile - Company Description, Bates
25     RA0005033 - RA0005043, was marked for

Page 183

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      identification.)
3               - - -
4  BY MR. SCHIRMER:
5      Q.    I'm showing you what is marked
6  as Hinton-38.  I'm sorry, I have two of
7  these.  This was previously marked as, I
8  believe it's Hendrix-1, DPP-1.  It bears
9  Bates number RA0005033 through 5043.  Why
10 don't you have a look at it, review it for a
11 moment, and I'm going to have a number of
12 questions about it.
13     A.    Okay.  [Reviewing document.]
14     Q.    I promise I won't ask you about
15 the schedule on the last couple of pages.
16     A.    Oh, only this one.  Okay.
17     Q.    All right.  What is this
18 document?
19     A.    This was a document that was
20 put together by a previous salesperson that
21 worked for me, David T. Grout.
22     Q.    What was the purpose, why did
23 he put this document together?
24     A.    David was hired to work on a
25 food service, food service accounts,

Page 184

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  restaurants, and as part of that, David -- we
3  didn't have anything quite like this at the
4  time when David came to work for us, so David
5  took it upon himself to gather information
6  and put -- he was pretty much given a free
7  rein to work on food service and whatever he
8  thought he needed to do.  So he put this
9  together which, when he would go out and make
10 sales calls on prospective new customers,
11 this is the information that he had compiled
12 to go and have meetings and talk to customers
13 about.
14     Q.    Was this document ever provided
15 to customers?
16     A.    I believe so, yeah.  I think
17 David -- I believe David used this in his
18 meetings with customers, to my knowledge.  I
19 don't know -- okay.  Let me go back.
20         I don't know if -- there are
21 some things in here where there's e-mails, I
22 doubt if that was given to customers.  I
23 mean, I'm sorry, I don't want to -- the whole
24 document may not be given to customers.  When
25 you told me to look at the first few pages, I

Page 185

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  mean the description about the company and
3  company capabilities and things were, but I
4  don't know, I think you had an e-mail
5  attached to this that that wouldn't have been
6  given to customers.
7      Q.    Is there an e-mail attached to
8  it?
9      A.    I thought I saw one.
10         MR. MONICA:  There's several
11     documents attached.
12 BY MR. SCHIRMER:
13     Q.    I didn't think there was an
14 e-mail attached, if there is.
15         MR. MONICA:  Right here.
16         MR. SCHIRMER:  What page is
17     that?
18         THE WITNESS:  These documents --
19     that wouldn't have been given to the
20     customer.
21         MR. MONICA:  5032 is the Bates
22     stamp.
23         THE WITNESS:  I mean, there
24     might have been, not to -- I guess
25     when you say all customers, there may

47 (Pages 182 - 185)

Page 186

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1
2    have been, if we want to specifically
3    talk about that, we can, but...
4 BY MR. SCHIRMER:
5    Q.   Excuse me, the e-mail should --
6 does not belong as part of -- should not have
7 been a part of the document.
8    A.   Okay.
9    Q.   I have no doubt that you did
10 not provide that e-mail to a client. That
11 shouldn't have been part of it. Forgive me.
12 It's my fault, I put it in there.
13      Please look at --
14    A.   One more statement. This -- at
15 the back of this document is a new supplier
16 form, I think, that specifically talks about
17 one customer. So that document, the new
18 supplier information form in the back, that
19 would not have been given in general to
20 customers other than possibly the customer
21 that's specified in that document.
22    Q.   Would you, please, take a look
23 at the third page, RA0005035 in the lower
24 right-hand corner. There's a section that
25 says, "Sales," about midway down 5035.

Page 187

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1
2    A.   Yes.
3    Q.   It says, "The sales department
4 consists of Executive V.P. of Sales..." Is
5 that you?
6    A.   No, it's not.
7    Q.   Who would that be?
8    A.   That would be Marcus Rust.
9    Q.   And "...five office sales
10 positions and four field sales positions."
11 Would one of those be you?
12    A.   Yes.
13    Q.   Now, would you turn to the next
14 page, 5036. It says, "We have about an 8%
15 share of the shell egg market, and we are the
16 second largest egg producer in the nation."
17      To your -- to your knowledge,
18 is that a correct statement?
19    A.   At --
20    Q.   At this time when David created
21 this document.
22    A.   Yes.
23    Q.   Now, turn to the next page.
24 There's two things I want to ask you about.
25 "Where are Rose Acre Products" and "Food

Page 188

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1
2 Service Industry vs. Retail." Take a quick
3 look at those and I'll ask you a question.
4    A.   The domestic international.
5    Q.   Yes, there's two --
6    A.   Food services, I'm sorry.
7    Q.   There's two sections right
8 there. Where it says, "Where are Rose Acre
9 Products" and "Food Service Industry vs.
10 Retail." Take a quick look at those and I'll
11 ask you a question.
12    A.   "...(domestic, international),"
13 is that --
14    Q.   Yes. Those two -- there are
15 two --
16    A.   Oh, Food Service -- I'm sorry.
17    Q.   There's two sections right
18 there. Where are Rose Acre Products:
19 (domestic, international)," Food Service
20 Industry vs. Retail." It's in black letters
21 bigger than the others.
22    A.   Okay.
23    Q.   It says you supply eggs across
24 the country from Maine to California. Was
25 that correct at the time this document was

Page 189

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1
2 written?
3    A.   Yes.
4    Q.   Is it correct today?
5    A.   Today, I believe we still have
6 some customers, I'm not positive if I have
7 any eggs going into Maine today.
8    Q.   Could you supply customers in
9 Maine today?
10    A.   Absolutely.
11    Q.   Could you supply customers
12 anyplace in the United States today?
13    A.   Yes.
14    Q.   The next sentence, it says,
15 Internationally -- it says,
16 "Internationally...," I promise to slow down.
17 "...we ship dry products to Japan, Mexico,
18 Europe (Spain, European Union), and China."
19      Was that correct at the time
20 this was written?
21    A.   Yes.
22    Q.   Is it correct today?
23    A.   No.
24    Q.   What is incorrect about it?
25    A.   I don't -- currently today, I'm

48 (Pages 186 - 189)

Page 190

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  not shipping dry products -- I've had some --
3  in the past year I've had some go to China,
4  Europe, and the EU. I don't recall any sales
5  to Europe this past year on dried. Mexico
6  and Japan, I don't have anything currently
7  going there. I'm working on -- I'm working
8  with Japan right now on some dried products
9  as we -- today.
10     Q.  Between 2000 and 2008, would it
11 be fair to say that you -- that Rose Acre
12 shipped dry products to Japan, Mexico, Europe
13 and China?
14     A.  Yes.
15     Q.  The next point down it says,
16 "Food Service Industry vs. Retail." Earlier
17 today you said you didn't recall what the
18 approximate breakdown for shell egg market,
19 what percentage of your sales are shell eggs
20 versus egg products --
21        MR. MONICA: Objection. I'm
22    sorry, when you're done -- I'll object
23    when you're done. My bad.
24 BY MR. SCHIRMER:
25     Q.   -- egg products.

Page 191

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2        Does this document refresh your
3  recollection as to the approximate percentage
4  of Rose Acre sales that are retail shell eggs
5  and egg products for food service
6  manufacturers and industrial applications?
7        MR. MONICA: I'll object to the
8    characterization of his prior
9    testimony. You can answer.
10        THE WITNESS: I don't -- there
11    was some question asked earlier today,
12    but that's not the specific question
13    as I recall that was asked to me. But
14    does this correctly reflect at that
15    time our sales of shell eggs and egg
16    products, yes.
17 BY MR. SCHIRMER:
18     Q.  Would that be approximately the
19 mix of shell eggs and egg products today?
20     A.  Today it's shifted a little
21 bit. We're probably more 27, 28 percent egg
22 products and remainder shell.
23     Q.  So it's gone, the egg products
24 have gone down a little bit since the date
25 this was --

Page 192

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2     A.  Yes, it has.
3     Q.  Prior to -- between 2000 and
4  2008, is the 68/32 breakdown of retail versus
5  egg product, retail shell eggs versus egg
6  products a reasonable approximation of Rose
7  Acre's mix of sales?
8        MR. MONICA: Objection. You can
9    answer.
10        THE WITNESS: Can you read that
11    again, it was a long --
12 BY MR. SCHIRMER:
13     Q.  I'll rephrase it.
14        Would the 68 percent retail
15 shell eggs and 32 percent egg products be a
16 reasonable approximation of Rose Acre's
17 approximate mix of sales during the period
18 2000 through 2008?
19        MR. MONICA: Objection.
20        THE WITNESS: Our -- it was that
21    approximate -- it was in that
22    approximate range.
23        - - -
24        (Exhibit Hinton-39, New Supplier
25    Information Form, Bates RA0005046 -

Page 193

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2    RA0005048, was marked for
3    identification.)
4        - - -
5        COURT REPORTER: He wants it
6    first.
7        MR. MONICA: The only reason I
8    ask is that we've had highly
9    confidential issue at other depos. I
10   just want to make sure before I give
11   it to the witness.
12        MR. SCHIRMER: Anything that is
13   highly confidential comes from your
14   files. I swear.
15        MR. MONICA: It could come from
16   a competitor's files.
17        THE WITNESS: That was in the
18   back of this other one, just so you
19   know.
20 BY MR. SCHIRMER:
21     Q.  I separated it out because I
22 wanted to ask you about it separately.
23     A.  Okay.
24     Q.  I'm showing you what has been
25 marked as Exhibit 39. It bears Bates numbers

49 (Pages 190 - 193)

Page 194

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 RA0005046 through 5048. What is it?
3    A.  It's a questionnaire from
4 Sysco. It's a "NEW SUPPLIER INFORMATION
5 FORM" given to us by Sysco Food Service that
6 David would have filled out, David Grout.
7    Q.  That's David Grout on the first
8 page under "Supplier Contact"?
9    A.  Yes, it is.
10    Q.  I'd like you to turn to the
11 third page of the document, page 3. I take
12 it, there's number 17 -- I want you to look
13 at number 17.
14    A.  Okay.
15    Q.  In light of your testimony a
16 few minutes ago, I take it you would agree
17 that the answer, "We serve world wide. All
18 locations in the USA are able to be
19 distributed to" is a correct statement?
20    A.  Yes, it is.
21    Q.  Now, look at number 22. Where
22 it says, "WHAT IS YOUR PRICING STRUCTURE."
23 I'd like you to look at the third sentence
24 where it says, the first sentence says, "We
25 set..." -- there's the question, "WHAT IS

Page 195

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 YOUR PRICING STRUCTURE," and then the first
3 sentence, We set up our pricing structure
4 depending on the customer's markets -- needs
5 and desires. I assume that's correct?
6    A.  Yes.
7    Q.  "This includes FOB. Delivered
8 to specific locations, and Cost Average
9 Delivery." What is cost average delivery?
10    A.  In this specific case when
11 we're talking about Sysco, Sysco has multiple
12 warehouse locations and they may ask us
13 instead of having -- and it may be on the
14 same truck so we may go to multiple stops.
15 So instead of having a different price, you
16 would take the entire, as we would call
17 route, and you would average the freight and
18 then give -- so you're billing each warehouse
19 the same freight rather than having a
20 different freight rate for each warehouse.
21    Q.  The next sentence says, "In
22 addition we set up pricing terms on monthly,
23 quarterly, bi-annually and annually rates off
24 the Urnabary markets for all our products
25 Shell to Liquid to Dry."

Page 196

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2    What does that mean?
3    MR. MONICA: Objection.
4    THE WITNESS: It means that
5 depending on what the customer is
6 looking for, we're able to accommodate
7 them with monthly, quarterly,
8 bi-annually or annual prices for their
9 products.
10 BY MR. SCHIRMER:
11    Q.  Would this be -- where it says
12 you're setting these rates off of the Urner
13 Barry markets for all our products shell to
14 liquid to dry on quarterly, bi-annually,
15 annually, is that the Rose Acre market?
16    A.  It's -- in this example here,
17 it's talking about the Urner Barry market,
18 which is spelled wrong.
19    Q.  Look down at number 27, please.
20 The last -- there's a sentence that says,
21 "This can be set to your terms, however we
22 usually sell product at a set cost." What
23 does that mean?
24    MR. MONICA: Objection.
25    THE WITNESS: The Sigma --

Page 197

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 they're referring -- the question is
3 asking about the Sigma Program. Sigma
4 has a -- Sysco/Sigma, they would
5 have -- we're going to go into talking
6 about specific customers. Okay to
7 talk about --
8    MR. MONICA: Yes.
9    THE WITNESS: Okay.
10 BY MR. SCHIRMER:
11    Q.  You can talk about it in
12 general if you prefer.
13    A.  Well, okay. Let's say they
14 have a -- they would ask us to build into
15 their pricing funds that would be given back
16 to national mark -- national, regional and
17 local marketing funds, so it was up to them
18 to determine what those -- if they tell us
19 what those funds are that they want added to
20 our base price, we would add it in and then
21 rebate that money back to them.
22    Q.  So generally you sell on a set
23 price --
24    MR. MONICA: Objection.
25 BY MR. SCHIRMER:

50 (Pages 194 - 197)

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2     Q.   -- without rebates. Is that

3 what this is saying?

4     MR. MONICA: Objection.

5     THE WITNESS: No. If a

6     customer -- if a customer would ask

7     for that specific program, it's common

8     in food service -- it's a very common

9     practice in the food service business,

10    but not necessarily in the retail

11    shelling business.

12 BY MR. SCHIRMER:

13     Q.   Put that one away. I don't

14 think I'm going to have any more questions.

15 Turn to -- earlier today we

16 talked a little bit about some of the

17 committees you were on with the UEP and the

18 UEA. Do you remember that?

19     A.   Yes.

20     Q.   One of the committees was the

21 Price Discovery Committee or the Marketing

22 Price Discovery Committee, same thing?

23     A.   Yes.

24     Q.   What was your understanding of

25 the Price Discovery Committee's function?

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2     A.   I don't remember exactly. I

3 talked about -- the only thing I did talk

4 about was I remember the grade yield size

5 loss being the discussion point. But other

6 than that, I don't remember all the

7 functions, if any.

8     Q.   Would you, please, pull out

9 Exhibit Number 2 from earlier today.

10     A.   I take it it's at the bottom?

11     Q.   Yes. It is the minutes of the

12 Price Discovery Committee meeting -- Shell

13 Egg Price Discovery Committee Meeting,

14 June 7, 2002. The first full paragraph after

15 everyone is named, it says, "Baker reported

16 that the purpose of the meeting was to

17 develop recommendations for Urner Barry that

18 could improve the price discovery system

19 regardless of the supply demand conditions."

20 Do you have an understanding of

21 what that sentence means?

22     MR. MONICA: Objection.

23     THE WITNESS: No, I don't

24    remember.

25 BY MR. SCHIRMER:

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2     Q.   What would be -- what is Urner

3 Barry exactly?

4     A.   Urner Barry is a market

5 reporting service for many different

6 products; eggs, poultry, a lot of seafood. I

7 don't know if they get into beef markets or

8 not. But I know they do -- I know they do

9 chicken and -- you know, poultry, eggs and

10 seafood for sure.

11     Q.   I'm showing you what is to be

12 marked as Exhibit 40, previously marked

13 Exhibit 42 in the Rust deposition.

14     - - -

15     (Exhibit Hinton-40, Urner

16    Barry's Price-Current, Bates

17    KEL00003257 - KEL00003259, was marked

18    for identification.)

19     - - -

20 BY MR. SCHIRMER:

21     Q.   What is this document?

22     A.   Looks like it's "Urner Barry's

23 Price-Current" is the heading of it.

24     Q.   Have you ever seen one of these

25 before?

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2     A.   Yes.

3     Q.   Do you receive Urner Barry's

4 Price-Current releases on a regular basis?

5     A.   No. We subscribe to Urner

6 Barry's online service called Comtell.

7     Q.   Does Comtell have information

8 similar to this price sheet?

9     A.   Yes, it does.

10     Q.   And it has this as -- you're

11 looking at 42, which for anybody -- for any

12 person who is not bored off the phone, bears

13 KEL00003257 through 3259. On page number 1,

14 it contains a statement egg products at the

15 top, price per pound.

16     A.   Yes.

17     Q.   Is that information available

18 in the Comtell system?

19     A.   Yes, it is.

20     Q.   Is all the information listed

21 on this front page of the type that is

22 available in the Comtell system?

23     MR. MONICA: Take your time,

24    please.

25     THE WITNESS: In general it is,

Page 202

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 but this is 2004, so the format is
3 different, and I don't know if there's
4 some items that are no longer, I would
5 have to look today and compare it, but
6 in general information, that's similar
7 information is available today on
8 Comtell.
9       MR. MONICA: I'm going to object
10 to the middle column, because I don't
11 know if you're drawing a distinction.
12 I think it's a confusing question,
13 especially the middle column.
14       THE WITNESS: The what?
15 BY MR. SCHIRMER:
16   Q.   He's talking about where it
17 says, "EGG SITUATION," and there's
18 essentially a commentary. Is that --
19   A.   All right. Urner Barry -- on
20 the Comtell system today, Urner Barry,
21 there's a mid-morning tone that is published
22 on Comtell each day. At the end of each day
23 there is -- I don't know if it's every day, I
24 can't recall for sure, but there's some
25 commentary that is published on the Comtell

Page 203

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 system.
3   Q.   During the period 2000 to 2008,
4 did Rose Acre subscribe to the Comtell
5 system?
6   A.   I'm not sure when Comtell
7 started exactly. I don't remember what year
8 it was actually available as Comtell. It's
9 possible, but I can't remember the year.
10   Q.   During the period 2008 -- 2002
11 to 2008, did Rose Acre either subscribe to
12 the Comtell system or a system that would
13 give Urner Barry Current or price sheet
14 system so that it would give similar
15 information to the information of the prices
16 of egg products and regional table grade eggs
17 listed on the first page of Exhibit 42?
18   A.   Yes.
19   Q.   Now, did the Comtell system
20 also provide information about the retail
21 prices of eggs?
22   A.   Urner Barry, that I recall,
23 does not do any for any retail reporting of
24 eggs, USDA does. And with what USDA
25 publishes, I believe that you can -- that

Page 204

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 Comtell lists lots of government reports.
3 And I think you can access the government,
4 the USDA report through the Comtell site.
5 But I don't know, I don't know -- I'm not
6 aware that Urner Barry would do it. But
7 they -- I think you can access the government
8 information through the Comtell.
9   Q.   As part of your job as the --
10 you're the head of sales now?
11   A.   Yes, I am.
12   Q.   As part of your job --
13   A.   For Rose Acre Farms.
14   Q.   For Rose Acre -- obviously only
15 for Rose Acre.
16       As part of your job as the head
17 of sales for Rose Acre and previously as a
18 part of your job as a member of the sales
19 staff, did you as part of your ordinary
20 course of business review the price
21 quotations listed on Comtell or the Urner
22 Barry system on a regular basis?
23   A.   The price reported on -- yes, I
24 did.
25   Q.   Could we -- would it be fair to

Page 205

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 say that -- strike that.
3       Why would you review the Urner
4 Barry data on a regular basis?
5   A.   Because I sell eggs off of --
6 in a relationship to the Urner Barry market.
7   Q.   Would you agree that the Urner
8 Barry prices are a benchmark for prices in
9 the industry?
10       MR. MONICA: Objection to the
11 term "benchmark." You can answer.
12       THE WITNESS: They -- the Urner
13 Barry, the numbers reflect and report
14 on Urner Barry for shell eggs, I would
15 refer to as a benchmark, but not for
16 egg products.
17       - - -
18       (Exhibit Hinton-41, E-mail
19 chain, Bates RAUPDATE0007136, was
20 marked for identification.)
21       - - -
22       MR. SCHIRMER: I'll show you
23 Exhibit 41 in just a moment.
24 BY MR. SCHIRMER:
25   Q.   I'm showing you what has been

52 (Pages 202 - 205)

Page 206

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 marked as Exhibit 41, carrying Bates stamp
2 label RAUPDATE0007136.
3
4    A.    It's --
5    Q.    What is it?
6    A.    It's an e-mail from myself to
7 Marcus Rust.
8    Q.    With an e-mail from Marcus Rust
9 back to you at the top of it. Is that right?
10    A.    Yes, it is.
11    Q.    In the first sentence of the
12 portion of the e-mail from you to Mr. Rust
13 dated Monday, September 13, 2004, it says, "I
14 think that to pick up new business we are
15 going to have to consider -21 back for
16 private label."
17        What did you mean when you
18 wrote that?
19    A.    That for private label which
20 refers to the customer brand eggs, that as a
21 base price, that to move our market to 21 --
22 to go 21 back as a guideline when we're
23 backing customers.
24    Q.    21 back of what?
25    A.    21 back of the Urner Barry

Page 207

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1
2 market.
3    Q.    Now, the last sentence of that
4 paragraph says, "We are at a base of -22 for
5 RA/Dutchfarms in Chicago and at -21 for
6 private label for Save-A-Lot and Aldi."
7        What did you mean when you say
8 "We are at a base of -22 for RA/Dutchfarms in
9 Chicago..."?
10    A.    RA means Rose Acre/ -- we had a
11 dual label that had Rose Acre and Dutch
12 Farms' name on it. It was a dual branded
13 carton for that customer, for Dutch Farms.
14    Q.    That means 22 off of the Urner
15 Barry number?
16        MR. MONICA: Objection.
17        THE WITNESS: When was this?
18 2004. I believe -- without looking at
19 records, it may have been the Rose
20 Acre market, not the Urner Barry
21 market for the Rose Acre/Dutch Farms
22 product. But I'd have to look at
23 records for sure.
24 BY MR. SCHIRMER:
25    Q.    Didn't mean to interrupt you,

Page 208

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 I'm sorry.
2
3    A.    Sorry.
4    Q.    Now, "...-21 for private label
5 for Save-A-Lot and Aldi," was that off the
6 Rose Acre or the Urner Barry market?
7    A.    Private labels were sold off
8 the Urner Barry market.
9    Q.    That's all on that.
10        Would you, please, look at
11 Exhibit 29 for a moment. It's a letter from
12 you, you recall, to John Gregorich of Kraft
13 Foods. Is that right?
14    A.    Yes.
15    Q.    The last sentence of the first
16 paragraph, "Any day that Urner Barry doesn't
17 quote a certified market, we will use the
18 non-certified market quote for that day."
19        What does that mean?
20    A.    Urner Barry has a -- for liquid
21 eggs, they have a certified market and a
22 non-certified market. And at that time if
23 there wasn't -- what I was stating is if
24 there's not a certified market, if Urner
25 Barry doesn't report a certified market on a

Page 209

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1
2 given day, that we would use the
3 non-certified quote for that day.
4    Q.    Does Urner Barry have a
5 certified quote for shell eggs?
6    A.    Not today, no.
7    Q.    Did they during the period 2000
8 to 2008?
9    A.    I believe there was a period
10 they had, I don't know exactly when it was.
11    Q.    Was that quote a national quote
12 or was that a -- was that broken down by
13 region?
14    A.    On the certified quote?
15    Q.    Yes.
16    A.    I don't recall. Today we have
17 basically five regional quotes, but I can't
18 remember.
19    Q.    When you say today we have five
20 regional quotes, does that -- you're talking
21 about in general for Urner Barry's --
22    A.    Shell eggs, I'm sorry.
23    Q.    -- shell eggs. As I understood
24 your testimony, there is not currently a
25 shell egg certified quote separate from the

53 (Pages 206 - 209)

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 general shell eggs quote?
3   A.   Correct, for shell eggs.
4   Q.   But there is one for liquid
5 eggs?
6   A.   Yes, there is.
7   Q.   Is that on a regional basis or
8 is that on a national basis?
9   A.   National basis.
10        - - -
11     (Exhibit Hinton-42, August 2008
12   Sales Report, Bates RAUPDATE0019887 &
13   RAUPDATE0019888, was marked for
14   identification.)
15        - - -
16 BY MR. SCHIRMER:
17   Q.   I'm showing you what has been
18 marked Hinton-42. This is a document, yes,
19 it says, "HIGHLY CONFIDENTIAL," but Greg
20 Hinton wrote it, so...
21     MR. MONICA: I won't object in
22   that case.
23 BY MR. SCHIRMER:
24   Q.   It bears Bates label
25 RAUPDATE0019887 through 19888. I'm really

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 just interested in the first couple of
3 paragraphs. But have a look. You see on the
4 second page it says, "Thanks Greg Hinton
5 8/8/08." What is this document?
6   A.   This is a document that was
7 prepared for the Board of Directors of Rose
8 Acre Farms.
9   Q.   Do you prepare it?
10   A.   Yes. I used to.
11   Q.   Why don't we follow up right
12 there. What do you mean you used to prepare
13 this, let's say this type of report?
14   A.   I just don't do this particular
15 document anymore.
16   Q.   Is this a report that was
17 prepared or is still -- strike that. I
18 object to that.
19     Is this a type of document that
20 is prepared during the period 2000-2008 that
21 was prepared on a periodic basis for the
22 Board of Directors?
23   A.   I prepared it, I can't tell
24 you, I don't remember exact dates when I
25 started doing a report like this or exactly

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 when I quit preparing a document like this.
3 But it was a monthly report that was -- that
4 I prepared to give out to -- and I don't --
5 did all the members get it? Yeah. That I
6 prepared and give to the Board, but I
7 don't -- like I said, I don't recall the time
8 frame that I did this report.
9   Q.   I will represent to you that
10 you at least did it in 2007 and 2008. You
11 said you no longer prepare it. When did you
12 stop preparing this type of document?
13   A.   I don't remember.
14   Q.   What caused you -- did somebody
15 else prepare this document?
16   A.   No. If -- there's no document
17 like this prepared anymore.
18   Q.   And you don't recall when it
19 was stopped?
20   A.   No, I don't.
21   Q.   Look at the first sentence.
22 "The Midwest UB large began the month at
23 $1.10 fell to 97¢ for two weeks and then has
24 rebounded to a current market of $1.14."
25     Do you see that?

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2   A.   Yes.
3   Q.   What is the Midwest UB large?
4   A.   That would be the Midwest Urner
5 Barry large egg report, egg market.
6   Q.   And it says in the third
7 sentence, "Mediums have dropped from 91¢ to
8 78¢ and has only rebounded to 81¢." Is that
9 referring to the Midwest Urner Barry market
10 quotation?
11   A.   For medium eggs, correct.
12   Q.   Why do you use the -- in your
13 reports to the Board, why did you use the
14 Midwest Urner Barry quotation?
15   A.   Because that's the region that
16 we're located in. Our main headquarters, a
17 lot of our firms are in the Midwest so I just
18 report -- I just would list what the Urner
19 Barry was for the Midwest.
20   Q.   As -- would you use it as an
21 example of what the egg market is doing for
22 the Board?
23   A.   Yes.
24     MR. SCHIRMER: Could we take a
25   short break?

54 (Pages 210 - 213)

Page 214

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2       MR. MONICA:  Sure.
3       VIDEOGRAPHER:  We are off the
4  record at 3:28.
5            - - -
6       (A recess was taken.)
7            - - -
8       VIDEOGRAPHER:  We are back on
9  the record at 3:48.
10 BY MR. SCHIRMER:
11     Q.   Mr. Hinton, as a salesperson,
12 over the period 2002 to 2008 and today, was
13 part of your job following the markets for
14 eggs?
15     A.   I guess, what do you mean by
16 "following the markets"?
17     Q.   Do you have to know what's
18 going on in the market -- in the market for
19 eggs in order to help price and sell your
20 product?
21     A.   Which market are you talking
22 about?
23     Q.   Let's -- how about the market
24 for retail market for shell eggs.
25     A.   But what market are you

Page 215

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  referring to?
3       Q.   Is there more than one retail
4  market for shell eggs?
5       A.   Is there a specific market you
6  want to ask me about?
7            MR. SCHIRMER:  Please mark this
8  one 43.
9            - - -
10      (Exhibit Hinton-43, USDA Weekly
11      Retail Shell Feature Activity, Bates
12      RA0007500 & RA0007501, was marked for
13      identification.)
14           - - -
15 BY MR. SCHIRMER:
16      Q.   Please look at what has been
17 marked as Hinton-43, bearing Bates numbers
18 RA 007500 and RA0007501.
19      A.   [Reviewing document.]
20      Q.   Do you have an understanding
21 what this document is?
22      A.   Yes.  I've seen a document like
23 this before, yes.
24      Q.   What is it?
25      A.   It's USDA, I referred to this

Page 216

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  earlier, it's the USDA -- title of it is
3  "USDA Weekly Retail Shell Feature Activity."
4       Q.   You said that you could -- I
5  believe you said you could access that
6  through the Comtell system?
7       A.   I said I think you may be able
8  to get to this through Comtell.  It's
9  published on the USDA AMS's Web site, but I
10 said that I think you can get to this through
11 the Comtell site.  Yes.
12      Q.   I didn't want to misstate what
13 you said.
14           Do you review document, this
15 kind of information on a periodic basis as
16 part of your job as a head of sales at Rose
17 Acre?
18      A.   The retail activity, USDA's
19 report, I can recall maybe looking at it a
20 couple times a year.  I don't use this as the
21 course of my business, no.
22      Q.   But you do review the
23 quotations on the Urner Barry system on a
24 periodic basis?
25      A.   The Urner Barry, yes, I do.

Page 217

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2       MR. SCHIRMER:  I'm showing you
3  what is to be marked as Hinton-44.
4            - - -
5       (Exhibit Hinton-44, E-mails,
6       Bates RAUPDATE0044684, was marked for
7       identification.)
8            - - -
9  BY MR. SCHIRMER:
10      Q.   It bears Bates number
11 RAUPDATE0044684.  What is it?
12      A.   It's an e-mail trail -- or an
13 e-mail.  I don't know if it's a trail, it's
14 an e-mail.  There's a couple looks like
15 one -- a couple different e-mails here.
16      Q.   At the top there's an e-mail
17 that is from you to Marcus Rust.  Is that
18 correct?  Which forwards a previous e-mail
19 from Kevin Whaley to Kevin Whaley, Greg
20 Hinton, Sean Delano and Bill Bradley.  Is
21 that right?
22      A.   Yes.
23      Q.   Who is Kevin Whaley?
24      A.   He's with CCF Brands.
25      Q.   What is CCF Brands?

55 (Pages 214 - 217)

Page 218

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2   A.   Country Creek Farms.

3   Q.   What is Country Creek Farms?

4   A.   They sell eggs to -- well, they

5 sell food, they sell eggs along with some

6 other food products.

7   Q.   Is it -- do they sell shell

8 eggs?

9   A.   Yes, they sell shell eggs.

10 They sell some liquid eggs.  And I know

11 they -- I think they sell bagels and they

12 sell -- they might sell pies and -- gosh,

13 what else.  They sell some other food

14 products.

15   Q.   Do they sell to, directly to

16 consumers?

17   A.   Not that I'm aware of, no.

18   Q.   To whom --

19   A.   To supermarkets.

20   Q.   And Sean Delano, who is Sean

21 Delano?

22   A.   She works for CCF Brands as

23 well.

24   Q.   Do you know what his position

25 is?

Page 219

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2   A.   2008 --

3   Q.   What his position was in 2008?

4   A.   He worked with -- well, with me

5 he worked with shell eggs, I don't know

6 exactly what his title, you know, would have

7 been what else he worked on there, but I

8 worked with him on shell eggs.

9   Q.   If you look at the portion of

10 the message that is forwarded from Kevin

11 Whaley to you, among others, it says what --

12 at the pricing I'm comparing in this e-mail

13 to the previous two weeks.  What I really

14 need to more thoroughly understand is in

15 reference to the total program cost

16 difference.

17       As you sit here, do you know

18 what you meant -- what he meant by "total

19 program cost difference"?  Look down at the

20 bottom, the e-mail from Whaley to you.

21   A.   I was -- you asked me and I was

22 reading through the whole thing so I could

23 see if I can draw a conclusion to what that

24 was.

25   Q.   I'm trying to understand

Page 220

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2 exactly what you're trying to understand.

3   A.   The e-mail, the date and time,

4 it's the same -- day later.  Let's see, 2008.

5 The gist of it is he's asking me if the egg

6 program with regard to some of the customers

7 he mentions in the first e-mail, the

8 differences between their egg program and the

9 Wal-Mart egg program is what he's asking.

10   Q.   Was CCF Brands on the Wal-Mart

11 program?

12   A.   We sold eggs to CCF going to

13 Wal-Mart.  Well, so CCF was our -- we sold

14 CCF who sold to Wal-Mart.

15   Q.   What is the Wal-Mart program or

16 was it at the time?

17   A.   What do you mean by date

18 that --

19   Q.   It says, the -- "If we made

20 them equal, what would have to be dropped

21 from the walmart program?"

22       What's the Wal-Mart program?

23 What does that mean?

24   A.   He's referring -- in this case,

25 the Wal-Mart program, he would be referring

Page 221

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2 to the Wal-Mart specifications.

3   Q.   Now, please look at number 9

4 where he says, "Etc."  "What other

5 differences that make retails lower?"  Do you

6 have an understanding of what Mr. Whaley was

7 talking about there?

8   A.   No, I don't.

9   Q.   A little while ago you were

10 speaking to Mr. Allen, I believe, and you

11 testified you don't -- there are a number of

12 factors that contribute to the egg -- price

13 of eggs in the market.  Am I right there?

14   A.   I don't recall the exact

15 wording, but there are -- I would agree that

16 there's a lot of factors that affect the

17 price of eggs in the market.

18   Q.   And during that time -- now,

19 did you ever send projections to the egg

20 market to clients like Kraft or other of your

21 clients, your customers?

22   A.   Projections, I would.

23   Q.   Well, did you ever -- go ahead.

24   A.   Yes, I've been asked for

25 customers to give them an idea of what

56 (Pages 218 - 221)

Page 222

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 they -- because they asked me, they say for
3 their budget purposes, they need to give
4 reports based on what we see that the market
5 may be doing and I would -- I've sent reports
6 to customers giving them my best guess on
7 what the market might do -- what the market
8 may be doing in the future, but obviously no
9 idea what it will do, but just my best idea.
10 I've done that, yes.
11    Q.   When you did that, you gave
12 them your best guess, you wouldn't lie to
13 your customer?
14    A.   No.  I would give them my best,
15 honest guess.
16    Q.   I'm showing you what is to be
17 marked Hinton Number 45.  It bears Bates
18 numbers RAUPDATE0008335 and 36.
19           - - -
20        (Exhibit Hinton-45, 7/2/04
21    E-mail, Bates RAUPDATE0008335 &
22    RAUPDATE0008336, was marked for
23    identification.)
24           - - -
25 BY MR. SCHIRMER:

Page 223

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2    Q.   Have you had a moment to look
3 at it, sir?
4    A.   Yes.
5    Q.   What is it?
6    A.   It's an e-mail that I sent to
7 Bradley Katz at Kraft Foods.
8    Q.   In this you provide Don Bell's
9 projection for the large shell egg market for
10 the balance of 2004-2005.  Who is Don Bell?
11    A.   He is an economist for, I
12 believe it's Cal -- I think Cal State
13 Fullerton.  And he works -- he also does some
14 work with the -- today with the Egg Industry
15 Center in Ames, Iowa.
16    Q.   The second -- the third
17 sentence in this e-mail, this is an e-mail
18 from you to Bradley Katz of Kraft?
19    A.   Correct.
20    Q.   You say the year-end inventory
21 is projected to be 287.3 million compared to
22 279.5 million at the end of 2003.  What do
23 you mean by -- what did you mean when you
24 said -- when you talked about the year-end
25 inventory?

Page 224

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2    A.   That was Don Bell's, the
3 numbers from Don Bell's report, the year-end
4 inventory of number of layers in the United
5 States.
6    Q.   Now, down at the bottom you
7 have a section, or near the bottom of this
8 first page, RAUPDATE0008335, you have a
9 section called "Projections."  Do you see
10 that?
11    A.   Yes.
12    Q.   The third sentence down states,
13 As always there is always the possibility of
14 disease that could change everything.
15    A.   Yes.
16    Q.   What does that mean?
17    A.   That's referring to many
18 different diseases.  One of the main ones
19 that we face every day is the concern about
20 avian influenza like to just -- kind of
21 ravaged the Mexican egg market, the egg
22 industry in Mexico for the last couple of
23 years.  The U.S., our biggest incident with
24 that was in -- back in '93 when 11 million
25 birds were culled in the State of

Page 225

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 Pennsylvania because of avian influenza.  And
3 then since then it's -- we see it occur every
4 year throughout the world, a lot of it --
5 mainly in Asia, but there's a huge concern
6 about what's going on in Mexico right now,
7 that that doesn't get into the U.S. So avian
8 influenza is the largest.  The other would be
9 Exotic Newcastle Disease, Merricks, for
10 example, that we are -- we've had -- our
11 company experienced the last couple of years
12 with the problem.  So a disease in your
13 business can be one of the single biggest
14 factors that can affect egg supply.
15    Q.   Because it leads to birds being
16 taken out of production?
17    A.   Because it would kill your bird
18 or impair the production of that bird, yes.
19    Q.   Now, you said that a disease in
20 the business can be one of the single biggest
21 factors that can affect egg supply.  The
22 reason you note that here is because that
23 could affect the price of eggs?
24    A.   If you -- tomorrow if 11
25 million birds die in the U.S., yes, it will

57 (Pages 222 - 225)

Page 226

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 affect the price of eggs.
3 Q. At the bottom of this and the
4 top of the next page, you also say -- talk
5 about "Current 59 Square inches. It depends
6 on how many birds are added to offset the
7 increase of cage space."
8 MR. MONICA: He only has
9 one page.
10 THE WITNESS: I only have one
11 page.
12 MS. CRABTREE: We wrote on it.
13 - - -
14 (A discussion off the record
15 occurred.)
16 - - -
17 MR. MONICA: Keep that together.
18 BY MR. SCHIRMER:
19 Q. "Current 59 Square inches."
20 What's that mean?
21 A. That's -- "Current 59 Square
22 inches" is referring to the UEP Certified Egg
23 Program, Animal Welfare Program.
24 Q. And why would you put -- what
25 was the purpose of informing Mr. Katz about

Page 227

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 the current square inches and the remaining
3 schedule for Animal Certified Care Program in
4 your projection of egg prices?
5 A. I was giving him the schedule
6 of -- the phase-in schedule for the square
7 inches for the program.
8 Q. Why would that have any affect
9 on the projection for the egg market?
10 A. As I stated, after I gave the
11 square inches, then I discussed how many
12 birds are added to offset the increase in
13 cage space.
14 Q. And if there -- but you also
15 say -- don't you always say, "A major factor
16 is the difficulty in getting permits for new
17 housing"?
18 A. That can be a factor, yes.
19 Q. Didn't you say "A major factor
20 is the difficulty in getting permits for new
21 housing"?
22 A. Yes, I did.
23 Q. So if there is difficulty in
24 getting permits for new housing so that you
25 cannot offset the increased cage space, what

Page 228

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 effect would that have on the price of eggs?
3 MR. MONICA: Objection.
4 THE WITNESS: In Rose -- as I've
5 stated before, in Rose Acre's case, we
6 continue to add production ever since
7 1980s since I've been with the
8 company. We're building then and
9 we're building today. So we never did
10 stop building.
11 BY MR. SCHIRMER:
12 Q. I understand that. That's not
13 what you're saying to your client here. Are
14 you saying that this only relates to Rose
15 Acre?
16 MR. MONICA: Objection.
17 Argumentative.
18 THE WITNESS: This is my
19 projection that I provided to my
20 customer.
21 BY MR. SCHIRMER:
22 Q. And you said Rose Acre
23 continued to add capacity during the entire
24 time. Are you aware of any documents
25 produced by Rose Acre which compare the

Page 229

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 capacity of the facilities prior to the
3 Animal Care Certified Program and after the
4 implementation of the Animal Care Certified
5 Program?
6 A. No, I'm not, if there is.
7 - - -
8 (Exhibit Hinton-46, 1/22/06
9 E-mail, Bates RAUPDATE0015948 -
10 RAUPDATE0015951, was marked for
11 identification.)
12 - - -
13 BY MR. SCHIRMER:
14 Q. I'm showing you what has been
15 marked as Hinton-46, previously marked as
16 Rust Exhibit 40. This bears Bates number
17 RAUPDATE0015948 through 15951.
18 Have you ever seen this
19 document before?
20 A. My name is on the e-mail, but I
21 don't remember it, no.
22 Q. Your e-mail --
23 A. It was sent to me.
24 Q. Your e-mail is
25 ghinton@goodegg.com?

58 (Pages 226 - 229)

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      A.    Yes, it is.
3      Q.    Does this refresh your
4  recollection as to whether Rose Acre ever did
5  a comparison showing what the difference was
6  between what farms had at the beginning of
7  the program and what they had as of 2008 --
8          MR. MONICA:  Objection.
9  BY MR. SCHIRMER:
10     Q.    -- in terms of layers?
11         MR. MONICA:  Objection.
12 BY MR. SCHIRMER:
13     Q.    Clearly, just to clarify,
14 obviously there are farms here that were
15 acquired by Rose Acre or where ground was not
16 broken until after the Animal Care Certified
17 Program was already begun or entered into.
18         MR. MONICA:  Objection.
19 BY MR. SCHIRMER:
20     Q.    So does this refresh your
21 recollection as to whether Rose Acre did an
22 analysis of the effects of the Animal Care
23 Certified Program on its layer capacity?
24         MR. MONICA:  Objection.
25         THE WITNESS:  Like I said, I

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  don't remember this, but if this
3  obviously is a Rose Acre report and --
4  it is a Rose Acre report.  I just
5  don't remember it.
6              - - -
7          (Exhibit Hinton-47, E-mail
8      chain, Bates RA0014751 - RA0014753,
9      was marked for identification.)
10             - - -
11 BY MR. SCHIRMER:
12     Q.    I'm showing you what has been
13 marked as Hinton Exhibit 47, bears Bates
14 number RA0014751 through RA0014753.
15     A.    Okay.  I'm sorry.
16     Q.    I haven't asked anything yet.
17 I will, I promise.
18     A.    I didn't think so.
19     Q.    I was just announcing in case
20 there is someone still on the phone.
21         Do you recognize what's been --
22 what has been marked as Hinton-47?
23     A.    I don't specifically remember
24 it, but it's an e-mail, it's an e-mail
25 communication with myself and the buyer at

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  Schnucks Markets.
3      Q.    Please look at page, the first
4  page of this document where you have
5  forwarded to, is the name Steve --
6      A.    Zielinski.
7      Q.    Zielinski, thank you.  You
8  forward to Steve Zielinski a -- something
9  that's subject "RE:  Holy Eggs."  I don't
10 know that what that means.  But it says,
11 "Steve; On August 31, 2007 Don Bell an
12 economist I think at UC Irving who projects
13 egg markets made the following projections
14 for the UB Midwest Large Market."
15         Do you see that?
16     A.    Yes.
17     Q.    And under -- and then there's a
18 series of dates and numbers.  What are those
19 dates and numbers?
20     A.    Those are -- well, if this was
21 August of 2007, that would be September 2007
22 going forward into 2008.  And that would be
23 Don Bell's market projections for the Midwest
24 Urner Barry large market.
25     Q.    And he says -- and you say

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  here, "He bases his projection on the
3  previous 24 month chick hatch, seasonal egg
4  price patterns and a monthly adjustment using
5  most recent published UB MW Large market."
6          Why would he use the previous
7  24 hours chick hatch in order to make a
8  projection of the UB market, Midwest large
9  market for eggs?
10         MR. MONICA:  Objection.  Calls
11 for speculation and expert testimony.
12 You can answer if you can.
13         THE WITNESS:  I took that right
14 off of his report.  I wrote exactly
15 what he wrote, and my thinking would
16 be he's using chick hatch to help him
17 know how many -- as I say for our
18 process, you plan your schedule, so if
19 he's looking at chick hatches, he
20 knows how many chickens are coming.
21 Does that -- I mean, generally that's
22 what I would -- but you would need to
23 ask Don exactly, but that would be my
24 thought, he's trying to predict the --
25 because part of Don's report also

59 (Pages 230 - 233)

Page 234

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2 along with the projections, he
3 projects out layer numbers in the U.S.
4 also, how many chickens. That's part
5 of his report.
6 BY MR. SCHIRMER:
7　Q.　To your understanding, is the
8 number of layers a significant factor in the
9 price of eggs?
10　　　MR. MONICA: Objection. Asked
11 and answered.
12　　　THE WITNESS: Demand is a
13 significant factor, that I would say
14 is a big significant factor in the
15 price of eggs. But -- because you --
16 you had to -- you'd have to go to a
17 certain point in time if you want to
18 talk about numbers compared to demand
19 to draw a conclusion to that.
20 BY MR. SCHIRMER:
21　Q.　Who is Ann Mesavage? Do you
22 know who Ann Mesavage is? I may be
23 pronouncing it wrong.
24　A.　Not off the top of my head, no.
25　　　　　- - -

Page 235

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2　　　(Exhibit Hinton-48, E-mail
3 chain, Bates RAUPDATE0018104, was
4 marked for identification.)
5　　　　　- - -
6 BY MR. SCHIRMER:
7　Q.　I'm showing you what has been
8 marked as Hinton-48. Take a moment to look
9 at it.
10　A.　[Reviewing document.]
11　Q.　Prior to today and other than
12 talking with your lawyer, have you ever seen
13 this document before?
14　A.　I -- my -- it's an e-mail, so
15 I've -- we made an e-mail reply, so, yes. I
16 don't particularly remember it, but...
17　Q.　It bears RAUPDATE0018104. It's
18 labeled a highly confidential document. It
19 says -- at the top of it, it says, "From:
20 Greg Hinton <ghinton@webmail.goodegg.com>."
21 Is that your e-mail address?
22　A.　I'm not sure about the webmail,
23 but goodegg.com is.
24　Q.　I was trying to say it
25 correctly, what is her name, do you know?

Page 236

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2　A.　My guess is Mesavage. Yes.
3　Q.　In this e-mail, this is an
4 e-mail you -- the first one is an e-mail you
5 wrote, is it -- or is it an e-mail you wrote?
6　　　MR. MONICA: Objection as to
7 first.
8　　　MR. SCHIRMER: The top, one on
9 the top. How about that?
10　　　THE WITNESS: I wrote this top
11 e-mail, yes.
12 BY MR. SCHIRMER:
13　Q.　Now, in the third sentence
14 down, you say, "Over the last two years we
15 have seen the flock size run between 280-285
16 million birds. This is down from a high of
17 around 290..."
18　　　Do you recall where you -- from
19 where you received that information?
20　A.　I would think it would have
21 been from Don Bell's, Don Bell's report.
22　Q.　Now, in -- the next sentence
23 talks about prediction for January 2009. The
24 following sentence says, "The number of
25 layers is the most significant factor in the

Page 237

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2 price of eggs." Would you agree with
3 yourself that that is -- that that is the
4 case?
5　A.　That's what I wrote then. I
6 don't necessarily agree with myself now.
7 Because like I stated earlier today, this
8 past February, I saw the highest number of
9 layers we ever had, and we had the highest
10 egg market of all time. So demand, today my
11 thinking on that is changed.
12　Q.　At the time was that an
13 accurate statement of your view?
14　A.　Like I said, I don't remember
15 exactly writing this, but that's what I
16 stated. That's what I wrote then.
17　Q.　You didn't lie to her when you
18 wrote it?
19　　　MR. MONICA: Objection.
20　　　THE WITNESS: No, I would not
21 have lied to my customer.
22 BY MR. SCHIRMER:
23　Q.　I didn't think so.
24　　　The next sentence you say, "All
25 the other issues (feed, energy, animal

60 (Pages 234 - 237)

Page 238

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 welfare guidelines,) affect the number of
3 layers."
4         Is that an accurate -- was that
5 an accurate statement at the time it was
6 made?
7         MR. MONICA: Objection. Calls
8 for an expert opinion.
9         MR. SCHIRMER: Excuse me, what
10 was the objection?
11        MR. MONICA: Calls for expert
12 opinion. You're asking if those
13 things are true.
14 BY MR. SCHIRMER:
15   Q.   Did you say something was false
16 when you said, all the other issues (feed,
17 animal -- energy, Animal Welfare Guidelines,)
18 affect the number of layers?
19        MR. MONICA: Different question.
20        MR. SCHIRMER: It's the same
21 question.
22        THE WITNESS: That's what I
23 wrote.
24 BY MR. SCHIRMER:
25   Q.   To your knowledge, was it

Page 239

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 correct?
3    A.   That's part of it, yes. I
4 mean, what I said, and I obviously don't have
5 everything listed, but that was some other
6 issues I did bring up, yes.
7    Q.   Now, for a moment you just
8 said -- a separate question struck me. You
9 said that this February you saw that the
10 eggs, number of layers was high, but so was
11 the price. Was demand for eggs at an all
12 time high this February?
13   A.   It had -- yes, it was amazingly
14 high.
15   Q.   That's sort of the next
16 sentence in this, just like Econ 101, the
17 other side is demand.
18        MR. MONICA: Objection as to
19 form.
20        THE WITNESS: Yes, demand has an
21 affect.
22 BY MR. SCHIRMER:
23   Q.   So -- now, you say there are
24 different factors. You said on Friday, 18,
25 July 2008, a little further down, "There are

Page 240

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 different factors that effect egg production
3 costs vs the egg market."
4         Do you see that?
5    A.   Yes.
6    Q.   Now, you said number 1 is --
7 "Production costs would be #1 feed."
8         Do you see that?
9    A.   Yes.
10   Q.   Is that the main variable cost
11 for the production of eggs, to your
12 understanding?
13   A.   Yes.
14        You say number 2, the
15 "...reduction of flock to meet animal care
16 guidelines..." Why is that a production cost
17 in your understanding?
18   A.   In my understanding, if you put
19 less chickens per square inch on your farm
20 and your other costs remain, your variable
21 costs remain the same, it's going to increase
22 your production costs.
23   Q.   Is that because the capital
24 cost per layer go up?
25        MR. MONICA: Objection. You can

Page 241

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 answer.
3         THE WITNESS: The capital cost.
4 It would increase your cost per layer
5 if you -- yes. It would increase your
6 cost per layer.
7 BY MR. SCHIRMER:
8    Q.   That's a better answer than my
9 question probably.
10        Right under that it says, "Egg
11 Market," number 1 is "Flock size," number 2
12 is "demand," and number 3 is "exports." What
13 did you mean when you wrote that?
14   A.   The flock size, demand, and
15 exports, it all refers to supply and demand
16 as I stated earlier in the -- when I quoted
17 Econ 101.
18   Q.   Okay. We may come back to
19 that.
20        MR. SCHIRMER: Exhibit 49,
21 please.
22        - - -
23        (Exhibit Hinton-49, E-mail
24 chain, Bates RAUPDATE0005158 &
25 RAUPDATE0005159, was marked for

61 (Pages 238 - 241)

Page 242

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1   identification.)

3     - - -

4  BY MR. SCHIRMER:

5    Q.   I'm showing you what has been

6  marked as Hinton Exhibit 49, bearing Bates

7  number RAUPDATE0005158 through 5159.  Do you

8  recognize the document?

9    A.   I don't remember it exactly,

10  but it's an e-mail from myself to Nancy

11  Beatty, the buyer at the time at Cracker

12  Barrel.

13    Q.   Underneath it, that's the top

14  e-mail on the page, on page RAUPDATE0005158.

15  Underneath that is an e-mail from Nancy

16  Beatty to you and Ken Paramore?

17    A.   Yes.

18    Q.   Who is Ken Paramore, at that

19  time?

20    A.   At that time Ken Paramore was

21  vice president of sales at Cal-Maine Foods.

22    Q.   Did Cal-Maine -- who is Nancy

23  Beatty, first let's get that?

24    A.   Nancy is the buyer at Cracker

25  Barrel, and Cal-Maine was one of the

---

Page 243

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2  suppliers to Cracker Barrel.

3    Q.   And during this period of time,

4  was Rose Acre Farms a supplier to Cracker

5  Barrel?

6    A.   Yes, we were.

7    Q.   Was Cal-Maine one of your

8  competitors?

9    A.   Yes, they were.

10    Q.   In your response to Ms. Beatty,

11  at the end of the first paragraph you said,

12  "There is a low point after each holiday

13  period; but then the market will rebound

14  because of molt or sell out schedules."

15     What did you mean when you

16  wrote that, sir?

17    A.   It refers to like for Rose

18  Acre's when I talk about the low point,

19  meaning demand, a dip in demand after a

20  holiday, and our flock department would --

21  when you -- because we go all the way back to

22  the breeders, we try to time our placement of

23  chicks -- or eggs first starts with the

24  hatchery.  So we place our -- we time our

25  hatching to our schedule flocks, to our --

---

Page 244

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2  if, in fact, birdS -- the flocks we do molt

3  or replace flocks, we try to have a majority

4  of them fall into a period that would be

5  after Christmas and after Easter is how our

6  flock department would try to time those.  So

7  we're -- because we're -- like I said before,

8  we've always got flocks in molt, we're always

9  selling out, but we try to time it more to

10  meet the demand.  The goal would be to have

11  our flocks in peak production during a

12  holiday and lower production after the

13  holidays.  We are -- that's what we strive to

14  do.

15    Q.   So maybe -- I'm trying to

16  understand this.  So Rose Acre tries to

17  schedule its molt or sell out so that it is

18  engaging in peak production when it

19  anticipates peak demand and the best prices?

20    MR. MONICA:  Objection.

21    THE WITNESS:  Well, peak demand,

22  it's not always the best prices, but

23  we hope so.  We hope that the holiday

24  demand has -- because we need that to

25  survive.

---

Page 245

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2  BY MR. SCHIRMER:

3    Q.   I hope you do survive.

4     You said -- the next sentence

5  says, "The wild card in the egg market is

6  disease," and you talk about the highest

7  markets after an outbreak of either Exotic

8  Newcastle or AI, I guess that's avian

9  influenza?

10    A.   Yes, it is.

11    Q.   That refers to the discussion

12  we had just a few minutes ago?

13    A.   Yes, it did -- or does.  Yes,

14  it does.

15    Q.   It refers to --

16    A.   That discussion.

17    Q.   -- that type of discussion

18  where if 11 million birds die from avian

19  influenza, obviously the supply goes down and

20  price goes up?

21    MR. MONICA:  Objection.

22  BY MR. SCHIRMER:

23    Q.   Isn't that what you testified?

24    A.   If 11 million birds die

25  tomorrow, the price will go up, yes, I

62 (Pages 242 - 245)

Page 246

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  testified to that.
3      Q.   Now, a little further down you
4  say, "The longer we see lower prices the more
5  bird numbers are usually reduced, causing the
6  market to rebound at a much higher level."
7      What did you mean by that?
8      A.   As egg producers, we go -- we
9  can go through long periods of time, even
10  years that we lose money.  And what I was
11  referring to that is that after producers
12  lose money for long lengths, and even years,
13  that sometimes that would result in producers
14  maybe either going out of business or
15  changing their business model that would
16  result then in the markets -- making a change
17  in the marketplace, impacting the marketplace.
18      Q.   You said, "...to rebound at a
19  much higher level," what do you mean when you
20  said that?
21      A.   Higher level than where we were
22  losing money is what I would have been
23  referring to.
24      MR. SCHIRMER:  We're getting to
25  the end of the tape, why don't we take

Page 247

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  a very -- five minutes.  I don't have
3  a lot more.
4      VIDEOGRAPHER:  This is the end
5  of tape three in the videotape
6  deposition of Greg Hinton.  Off the
7  record at 4:35.
8          - - -
9      (A recess was taken.)
10         - - -
11     VIDEOGRAPHER:  Here begins tape
12  four in the videotape deposition of
13  Greg Hinton.  We are back on the
14  record at 4:44.
15  BY MR. SCHIRMER:
16     Q.   A follow up on something that
17  Matt pointed out for me.  You were talking
18  about the company Certified Egg Products, the
19  co-op?
20     A.   Yes.
21     Q.   They never actually sold
22  anything?
23     A.   Yes.
24     Q.   Would you agree with Mr. Rust
25  that the idea of Certified Egg Products was

Page 248

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  to take all of the various products sold by
3  various companies who were part of it and
4  sell them under a single brand name?
5      A.   I don't know, you're saying --
6      MR. MONICA:  He doesn't know
7  what Mr. Rust said probably.
8  Objection.
9      THE WITNESS:  Right.  I don't --
10  I guess I'll answer that.  You're
11  putting -- you're saying -- I don't
12  know that Mr. Rust said that, I guess,
13  is what my answer would be.  So if you
14  want to ask it a different --
15  BY MR. SCHIRMER:
16     Q.   Was it your understanding --
17     A.   If you want to ask it a
18  different --
19     Q.   -- that all the egg breaking
20  groups would have one company that would be
21  sold, with the products that would be sold
22  under a single label?
23     A.   We developed -- we were
24  developing a single brand called Chef Select
25  to market the products under.  I can't say

Page 249

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  that we would have -- everything would have
3  always been sold under that brand, but we
4  were developing a brand that we could --
5  Certified Egg Products would use to market
6  product.
7      Q.   Now, Mr. -- you said Mr. Rust
8  was the CEO of that company, or the chairman?
9      A.   He was chairman.
10     Q.   You said a little earlier today
11  that you didn't know whose vision it was.  Do
12  you know if Mr. Rust was one of the people
13  who helped develop the idea of Certified Egg
14  Products as a company?
15     A.   Yes, I believe so.
16     Q.   Okay.  Showing you what will be
17  marked as Hinton-50.
18         - - -
19     (Exhibit Hinton-50, 2/28/03
20  E-mail, Bates RAUPDATE0005560, was
21  marked for identification.)
22         - - -
23  BY MR. SCHIRMER:
24     Q.   It bears Bates number
25  RAUPDATE0005560.  What is it?

63 (Pages 246 - 249)

Page 250

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      A.   It's an e-mail from myself to,
3  it says J. Harris, but then Candy, it's to
4  someone at Cracker Barrel.
5      Q.   Do you remember who the person
6  you were sending this e-mail to was?
7      A.   Well, I titled it Candy.
8      Q.   Do you know who Candy might be?
9      A.   I think Candy was the buyer.
10     Q.   And when you wrote this, this
11 accurately reflected what you -- what your --
12 what the projections you were providing to
13 her or him was?  Did this accurately reflect
14 your views at the time?  Let's do it that
15 way.
16     A.   11 years ago I wrote this.
17     Q.   You told your customers the
18 truth when you wrote to them?
19     A.   It would have been to the best
20 of my ability, yes.
21             - - -
22          (Exhibit Hinton-51, E-mail
23     chain, Bates RA0006491, was marked for
24     identification.)
25             - - -

Page 251

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  BY MR. SCHIRMER:
3      Q.   I'm showing you what has been
4  marked Hinton-51, bearing Bates number
5  RA0006491.  What is Exhibit 51, sir?
6      A.   It's an e-mail from Ray Harmon,
7  the buyer, Cracker Barrel to myself.  And --
8      Q.   And contained in that e-mail --
9      A.   I'm sorry.
10     Q.   Go ahead.
11     A.   And then previously in that was
12 an e-mail from myself to Ray.
13     Q.   And the e-mail from you to Ray
14 Harmon of Cracker Barrel, what was the
15 subject of that e-mail?
16     A.   I provided him Don Bell's
17 forecast for the Urner Barry large egg market
18 from August '04 through April of '05.
19     Q.   What else did you tell him in
20 that e-mail?  You did more than just tell him
21 here's Don Bell's projection, didn't you?
22     A.   Do you want me to read the
23 e-mail, sir?
24     Q.   Well, sure.  Okay.  You say in
25 here "The next reduction in flock size for

Page 252

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  the animal...certified program will take
3  place with chicks hatched April 1, 2005 when
4  we go from 59 square inches to 61 per bird."
5          Why were you providing him with
6  that information?
7      A.   Because that's what was part of
8  the Certified Program, and I gave him what
9  the next placement was for that program.
10     Q.   Why would that be relevant to
11 an e-mail titled subject, "Price forecast"?
12     A.   Just information I provided to
13 my customer, sir.
14     Q.   Why does he need to know that?
15 Why is it relevant to him?
16     MR. MONICA:  Objection.
17     THE WITNESS:  Because they were
18     buying eggs on the Certified Program
19     and I gave him information on the next
20     forecast, on the next production area
21     along with some other information.
22 BY MR. SCHIRMER:
23     Q.   Did you provide him that
24 information because the increase in square
25 inches per bird might have increased the

Page 253

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  price of eggs?
3      A.   I was just providing him with
4  information.
5      Q.   So if he asked for the
6  information about how many square inches were
7  going -- the change in the Animal Care
8  Certified Program was going in his e-mail?
9      A.   I don't remember what all
10 discussions was with the customer at that
11 time.
12     Q.   Was Cracker Barrel
13 monitoring -- to your knowledge at that time,
14 was Cracker Barrel monitoring the
15 implementation of the Animal Welfare
16 Guidelines?
17     A.   I don't recall exactly at that
18 time, no.
19     Q.   You don't recall today whether
20 they were or were not?
21     A.   No, I don't.
22             - - -
23          (Exhibit Hinton-52, 1/27/03
24     E-mail, Bates RA0006385, was marked
25     for identification.)

Page 254

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2      - - -

3  BY MR. SCHIRMER:

4      Q.   I'm showing you what has been

5  marked Hinton-52.  It bears Bates number

6  RA0006385.

7      A.   [Reviewing document.]

8      Q.   What is it?

9      A.   It's an e-mail from Bill

10  Bradley at Country Creek Farms that I

11  received.

12      Q.   And it was also sent to other

13  people, or appears to have also been sent to

14  other people.  Is that fair to say?

15      A.   Yes, it is.

16      Q.   Who is Bob Hodges?

17      A.   At that time, I believe he

18  would have been a -- with Moark.

19      Q.   Who was Vince Reina, Jr.?

20      A.   He's with Maxim Egg Farm.

21      Q.   And what is Maxim Egg Farm?

22      A.   A producer in Texas.

23      Q.   Who is Jim Clark?

24      A.   I don't remember for sure who

25  Jim Clark was working with in 2003.

Page 255

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2      Q.   Do you know who Al Schimpf was

3  working for in 2003?

4      A.   Yes, S&R Egg Farm in Wisconsin.

5      Q.   How about Monte Terry?

6      A.   Monte was working for George's

7  Egg Farm in Arkansas.

8      Q.   In this e-mail, Mr. Bradley

9  says, "Wal-Mart has notified us today that

10  they will be giving a two...cents adjustment

11  in your egg prices to adjust for the

12  additional cost associated with the animal

13  care program."

14          Do you see that?

15      A.   Yes, I do.

16      Q.   Is that a reflection of the

17  costs that Rose Acre faced, the additional

18  costs Rose Acre faced because of the Animal

19  Care Program?

20      A.   Could you restate your

21  question?

22      Q.   Sure.  Was that $0.02

23  adjustment in the egg prices a reflection of

24  the actual cost to Rose Acre of complying

25  with the Animal Care Program?

Page 256

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2      A.   I can't say that that was --

3  the $0.02 was giving -- was added to the cost

4  to Wal-Mart because of the Certified Program,

5  but to say that reflects all our costs, I

6  can't sit here today and say what that was,

7  what our costs actually was.  That's the

8  increase that Wal-Mart gave to us at this

9  particular time for the Animal Care Program,

10  but I'm not -- you'd have to -- we'd have to

11  look at the record, I can't sit here today

12  and say what our cost was.  It's not -- I

13  don't have that.

14      Q.   Who would know that

15  information, the cost, would it be per dozen

16  that he's speaking of?

17      A.   Yes, that's $0.02 per dozen.

18  Correct.

19      Q.   Who would know that information?

20      A.   It would be in our financial

21  records.  You'd have to pull records for

22  that.

23          - - -

24          (Exhibit Hinton-53, 4/14/03

25          E-mail, Bates RA0005326, was marked

Page 257

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

2      for identification.)

3          - - -

4  BY MR. SCHIRMER:

5      Q.   I'm showing you what is marked

6  as Hinton Exhibit 53, sir, bearing Bates

7  number RA0005326.  What is it?

8      A.   It's an e-mail from myself to

9  Bruce Boomsma.

10      Q.   Who is Bruce Boomsma?

11      A.   At that time, he was the -- in

12  charge of sales for Dutch Farms.  He's since

13  deceased.

14      Q.   In this e-mail you said that

15  the current costs for customers who want to

16  go to the Animal Care Certified logo on their

17  cartons is $0.02 per dozen.  What did you

18  mean when you wrote that?

19      A.   That's what I -- what I meant

20  was that if any of his customers wanted to go

21  to the Certified Program, that I would

22  increase his cost on the price I sold him

23  eggs at by $0.02 per dozen.

24      Q.   Just a couple more questions.

25          You testified earlier today

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  that in I think Mr. Malysiak's examination,
3  that 200,000 cases of eggs is about a week's
4  production for you. Is that correct?
5      A.   It's less than a week's, but
6  yes.
7      Q.    Why don't you get Hinton-11
8  out, please. Please turn to pages CM00413689
9  through 413690. Earlier today you testified
10  about the material in the points on page
11  41689. Would you turn to the next page,
12  please. Number 7, this is a series of points
13  from Ken Looper. He says that "If 1,000,000
14  additional individuals are on a high protein
15  diet and add two eggs a day, that equals
16  5,555 cases...a day; or, 38,885 cases each
17  week. 38,885 additional cases each week
18  represents approximately one percent of all
19  the eggs produced."
20      Do you see that?
21      A.   Yes.
22      Q.    To your knowledge, is that an
23  accurate statement or, was that an accurate
24  statement at the time?
25      A.   I don't know without looking

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  at -- I'd have to look at some production
3  records. USDA and then you never -- you'd
4  have to look at that to know that.
5      Q.    Mr. Looper then says, "one or
6  two percent up or down in the supply of most
7  any commodity provides a big difference in
8  price."
9      Do you agree with what Mr.
10  Looper is saying there?
11      MR. MONICA: Objection.
12      THE WITNESS: I don't really
13      have a comment either way with what
14      Mr. Looper was thinking there, what
15      his numbers are. It's not my numbers,
16      and I don't recall seeing this report.
17  BY MR. SCHIRMER:
18      Q.    So you have no opinion as to
19  that statement?
20      A.   No, I don't. I don't know if
21  that's accurate or not.
22      MR. SCHIRMER: Subject to any
23      possible further examination by your
24      counsel or anybody on the phone or
25      anybody else in the room, I'm done.

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      MR. MONICA: I have a few
3      questions. Is anybody left on the
4      phone?
5      MR. BURKE: Yes, I'm still here.
6      MR. MONICA: Do we have any
7      questions?
8      MR. BURKE: I do not have any
9      questions.
10      MR. MONICA: You may be done in
11      a few minutes here.
12          - - -
13      EXAMINATION
14          - - -
15  BY MR. MONICA:
16      Q.    Mr. Hinton, if you would turn
17  to Exhibit 29, please. When you have that in
18  front of you, please look at the second
19  paragraph of that document.
20      A.   Okay.
21      Q.    Counsel asked you about the
22  third sentence of that second paragraph. I'm
23  going to read it into the record. "Also
24  complying with the new UEP Animal Care
25  Certified guidelines has caused a decrease in

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  our overall bird numbers and resulted in an
3  increase in production costs."
4      Did I read that correctly?
5      A.   Yes.
6      Q.    If you recall, could you please
7  tell us what you meant when you put that in
8  your letter to John Gregorich?
9      A.   I would have been referring to,
10  under the UEP Animal Care Guidelines, there
11  was a phase-in process where we had to give
12  the birds more square inches per bird. And
13  what I was referring to here is the fact that
14  as we had to get more square inches per bird,
15  it increased the cost on that particular --
16  on those birds in that. So that's what I was
17  referring to, the cage, the cage space, the
18  square inches per chicken increased our cost
19  to produce on those birds.
20      Q.    From your knowledge from 2000
21  through 2008, did Rose Acre ever reduce its
22  overall laying hen numbers?
23      A.   Not -- alls I can recall, we
24  were always building chicken houses and
25  adding birds. And we -- the reason, a couple

Page 262

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2  of reasons.  One, I mean, the company always,
3  we always -- since I've been there in 1980,
4  going back, we've always grown, the company
5  was always in a growth mode.  And part of --
6  you know, being part of the UEP Animal Care
7  Certified guidelines did call for a reduction
8  in -- or an increase in per square inches per
9  bird.  And had we not done anything, our
10  production would have decreased and I
11  couldn't have filled my customer's needs.  So
12  to have enough eggs to keep a continuous
13  supply to our customers, we continued to
14  grow, we were growing and we had to grow even
15  more just to make sure that I had enough eggs
16  to supply our customer needs.
17      Q.    To your knowledge, did UEP's
18  Animal Welfare Program ever contain a
19  prohibition saying that members could not
20  build additional houses or add cages?
21      A.    No.  No, sir.
22      Q.    Just set that aside for a
23  second.  Well, you can leave it there.
24          If you'll look at Exhibit 48.
25      A.    Okay.

Page 263

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      Q.    I believe when Mr. Schirmer
3  examined you about this document, he asked
4  you if you had lied to your customers and you
5  indicated that generally that, no, that was
6  not your intent.  Do you recall that?
7      A.    Yes.  I don't lie to customers.
8      Q.    When you wrote this document,
9  you believed the information in it was
10  accurate.  Correct?
11          MR. SCHIRMER:  Object to the
12      form.
13          THE WITNESS:  Could you repeat
14      the question?
15  BY MR. MONICA:
16      Q.    When you wrote this e-mail, you
17  did your best to convey what you believed was
18  accurate information to Kraft.  Correct?
19      A.    Yes.  In my mind, that's what I
20  wrote, yes.
21      Q.    And you're not an economist.
22  Correct?
23      A.    No, I'm not.
24      Q.    But you did your best to
25  provide the information you knew?

Page 264

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      A.    Yes.  My personal knowledge,
3  yes.
4      Q.    If you look at Document 52 that
5  Mr. Schirmer gave you to look at and asked
6  you questions about it.  It's a January 27th
7  e-mail from Bill Bradley to a series of
8  people including you.
9      A.    Yes.
10      Q.    Do you recall that e-mail?
11      A.    Yes.
12      Q.    And the subject is "Wal-Mart
13  animal care cost."  Do you see that?
14      A.    Yes, I do.
15      Q.    Mr. Schirmer asked you
16  questions about the $0.02 adjustment that's
17  referenced in this e-mail.  Do you see that?
18      A.    Yes.
19      Q.    Do you ever recall any other
20  customers of Rose Acre provided an adjustment
21  to Rose Acre in association with the UEP
22  Animal Welfare Program costs?
23      A.    Yes.
24      Q.    Who do you recall?
25      A.    Kroger.

Page 265

1  GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2      Q.    Do you recall how large it was
3  approximately?
4      A.    I don't remember today exactly
5  how much it was.  I remember having a meeting
6  with Kroger to discuss it along with our --
7  our CFO went along with me to the meeting to
8  discuss our increased cost of production and
9  we met with the Kroger buyer.  I don't
10  remember exact costs.
11      Q.    Do you remember who you met
12  with?
13          MR. MALYSIAK:  Objection to
14      foundation.  Date and time.
15          MR. MONICA:  I'm getting there.
16  BY MR. MONICA:
17      Q.    Do you remember who you met
18  with?
19      A.    Gary Stahl.
20      Q.    Do you remember when?
21      A.    I don't remember the exact
22  date, no.  It's --
23      Q.    Can you ballpark time frame?
24      A.    It would have been in the 2003,
25  2004 time frame, I believe.

67 (Pages 262 - 265)

Page 266

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1
2    Q.    Do you remember what you
3  discussed, if anything, with Mr. Stahl at
4  that meeting?
5    A.    We discussed our increased
6  costs of production because of the -- to
7  comply with the UEP Animal Welfare Program.
8    Q.    Do you recall how Mr. Stahl
9  responded to that?
10    A.    He agreed with our CFO's report
11  on that and gave us a price increase for
12  their eggs during the middle of a contract.
13    Q.    I'm going to ask you about some
14  other entities, and after I name them, I'd
15  like you to tell me if you ever recall having
16  conversations with them about the UEP
17  Certified Program.  When I say "you," I mean
18  you, Greg Hinton.
19    A.    Okay.
20    Q.    So I'm just interested in your
21  personal recollection.
22          Have you ever had a
23  conversation with Hy-Vee regarding the UEP
24  Certified Program?
25    A.    Yes.

Page 267

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1
2    Q.    Who at Hy-Vee did you have that
3  discussion with, if you recall?
4    A.    Todd Gean.
5    Q.    Do you know how to spell Todd's
6  last name?
7    A.    G-E-A-N.
8    Q.    Do you recall approximately
9  when that was?
10    A.    It would have been spring, late
11  spring 2012.
12    Q.    Do you recall the substance of
13  that conversation?
14    A.    It was just in a general
15  discussion about Rose Acre's capabilities and
16  our food safety and our animal welfare
17  programs.
18    Q.    Did Mr. Gean indicate to you or
19  anyone else at Rose Acre how he was requiring
20  UEP Certified eggs?
21    A.    Yes.
22          MR. SCHIRMER:  Object to the
23      form.
24  BY MR. MONICA:
25    Q.    What did he say about that?

Page 268

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1
2    A.    That was just part of their
3  specs.  It was UEP Certified and we provided
4  our UEP certificate to Hy-Vee along with
5  our -- along with other certificates, our
6  SQF, level three certificates for food safety
7  was very important to them.
8    Q.    Are you aware that Hy-Vee has
9  sued Rose Acre in 2000, I believe it was
10  '8 -- I'm sorry, 2010 over its participation
11  in the UEP Certified Program?
12          MR. SCHIRMER:  Object to form.
13          THE WITNESS:  Yes.
14  BY MR. MONICA:
15    Q.    Did that issue come up in your
16  conversation with Mr. Gean?
17    A.    No.
18          MR. SCHIRMER:  Object to form.
19          THE WITNESS:  No, it did not.
20  BY MR. MONICA:
21    Q.    Kraft Foods Global, Inc., do
22  you recall ever having a conversation with
23  anyone at Kraft about the UEP Certified
24  Program?
25    A.    Several people.

Page 269

GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL

1
2    Q.    Who did you have discussions
3  with if you can recall?
4    A.    Well, I got refreshed.  John
5  Gregorich, Scott Mannion, and Barbara
6  McWilliams.
7    Q.    When did these discussions
8  occur if you recall?
9          MR. SCHIRMER:  Object to the
10      form.
11          THE WITNESS:  They would be over
12      the course of the last approximately
13      seven years, different times.  Those
14      are three different buyers that I
15      mentioned at Kraft.
16  BY MR. MONICA:
17    Q.    With John, I can't say his last
18  name, Gregorich?
19    A.    Gregorich.
20    Q.    Gregorich.  Do you recall the
21  substance of any conversations you had with
22  Mr. Gregorich about the UEP Certified
23  Program?
24    A.    I mean, in general there was --
25  Kraft was changing their specs to include the

68 (Pages 266 - 269)

Page 270

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 animal -- the UEP Animal Certified Program in
3 their specifications, and as we looked at
4 earlier today in one of the prior exhibits,
5 there was a letter from me referring to that,
6 that Kraft had changed their specifications
7 and that they -- that we were changing,
8 moving their pricing to the certified, the
9 Urner Barry certified market report, market
10 quote.
11 Q. Did Mr. Gregorich explain to
12 you why Kraft had changed its spec to include
13 UEP certification requirements?
14 MR. SCHIRMER: Object to form.
15 THE WITNESS: Discussions
16 centered around pressure from animal
17 rights group was a big part of it.
18 The same reason for the last four
19 years, Kraft has requested to have, to
20 buy a percentage of eggs from cage
21 free birds, and it sill centers around
22 from pressure from animal rights
23 groups, from what they tell me.
24 BY MR. MONICA:
25 Q. Can you recall the substance of

Page 271

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 any of your conversations with Scott Mannion
3 at Kraft regarding the UEP Certified Program?
4 A. I don't remember exact
5 conversation, no. Just Scott came on as a
6 new buyer and I had to discuss our entire
7 business model and kind of a past history.
8 And I believe there's some -- well, there
9 were some documents I provided to Scott
10 showing him just a history of our
11 relationship with Kraft.
12 Q. Barbara McWilliams at Kraft, do
13 you recall the substance of any your
14 conversations with Ms. McWilliams about the
15 UEP Certified Program?
16 A. Yes.
17 Q. What is your recollection?
18 A. During the last contract
19 negotiation, or Kraft today doesn't refer to
20 as contracts, it would be annual POs, a
21 conversation came up that Barbara informed me
22 that they were going to be testing out a
23 secondary supplier for their products, and I
24 asked specifically if the supplier was a UEP
25 Certified supplier because in Kraft's

Page 272

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 specifications that I have, that's a
3 requirement. Barbara initially -- the
4 conversation went that she said that it
5 wasn't necessarily a Kraft requirement to be
6 UEP Certified. And I pointed out to Barbara
7 that it was, in fact, a requirement of Rose
8 Acre's, from my knowledge, it was a
9 requirement because it was in the
10 specifications that Kraft had provided me,
11 and she said she wasn't aware of the
12 specifications. So I sent her the Kraft
13 specifications which did state, require the
14 UEP Certified Guidelines. And then when I
15 later asked if we were going to be -- if that
16 was going to be part of the requirements, she
17 said that -- basically that ours, the
18 requirements for Rose Acre's has not changed,
19 it's still going to be the certified
20 guidelines. And I -- beyond that, what Kraft
21 does, that was the extent of my conversation
22 with Barbara. That was spring of 2013.
23 Q. Have you ever had a
24 conversation or discussion with anyone at
25 Nestle about the UEP Certified Program?

Page 273

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 MR. SCHIRMER: Object to form.
3 THE WITNESS: I personally have
4 not, but Nestle was one of our
5 customers that my sales staff works
6 with that require UEP Certified eggs.
7 BY MR. MONICA:
8 Q. Have you ever had discussion
9 with anyone at SuperValu regarding the UEP
10 Certified Program?
11 A. With -- I have with Save-A-Lot
12 which is a division of SuperValu.
13 Q. Who at Save-A-Lot --
14 A. Kim --
15 Q. Let me ask the question. Who
16 at Save-A-Lot did you have a discussion with
17 about the UEP Certified Program?
18 A. Kim Fromme.
19 Q. Do you recall when,
20 approximately, that occurred?
21 A. No, I don't.
22 Q. Do you recall the substance of
23 the discussion?
24 MR. SCHIRMER: Object to the
25 form.

69 (Pages 270 - 273)

Page 274

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2       THE WITNESS: I think it was
3 educating Kim, giving her information
4 about, she was asking about the Animal
5 Welfare Program, what all was involved
6 in it. And just going through that
7 with her and then working later with
8 their artwork department where they
9 required the UEP Certified logo on
10 their egg cartons.
11 BY MR. MONICA:
12       Q.   Anything else that you can
13 recall about those conversations?
14       A.   No, I don't. Not exactly, no.
15       MR. MONICA: I have no further
16 questions.
17       MS. ANDERSON: I have no
18 questions.
19       MR. SCHIRMER: Just a couple.
20       - - -
21       FURTHER EXAMINATION
22       - - -
23 BY MR. SCHIRMER:
24       Q.   You said that over the years in
25 response to Mr. Monica's question, that Rose

Page 275

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 Acre has been consistently increasing
3 production.
4       A.   Yes, we have.
5       Q.   The North Carolina Hyde County
6 Farm, do you know when that began production?
7       A.   We started construction in
8 2005, so production would have followed
9 either that year or in 2006. I don't know
10 exact date when we had the first production.
11       Q.   Do you know when you first
12 started planning the North Carolina facility?
13       A.   I don't recall for sure. That
14 would be something you'd need to ask Marcus
15 Rust.
16       Q.   One last question. We were
17 talking about Hinton-48, the e-mail from you
18 to Ann Mesavage at Kraft. You said -- you
19 don't have to look at it, I swear.
20       A.   Okay.
21       Q.   You said you're not an
22 economist so this is just your best estimate
23 of what was going to happen in the egg
24 market.
25       A.   I remember saying I'm not an

Page 276

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2 economist, but I -- without looking exactly
3 at what we're talking about, I -- but, yes,
4 I'm --
5       Q.   How long have you worked in the
6 egg industry again?
7       A.   34 years.
8       Q.   How long have you been in sales
9 in the egg industry?
10       A.   Since 1989.
11       Q.   So that's, what, 24 years in
12 sales in the egg industry?
13       MR. MALYSIAK: 25.
14       MR. SCHIRMER: 25.
15       THE WITNESS: Yes.
16       MR. SCHIRMER: Don't make me
17 feel any older than I am.
18       No more questions.
19       MR. MONICA: We have no more
20 either. You're done.
21       VIDEOGRAPHER: This is the end
22 of tape four in the videotape
23 deposition of Greg Hinton. The
24 deposition concludes at 5:23.
25       - - -

Page 277

1 GREGORY EUGENE HINTON - HIGHLY CONFIDENTIAL
2       (Witness excused.)
3       (Deposition concluded at 5:23
4 p.m.)

Page 278

1
2    C E R T I F I C A T E
3
4
       I do hereby certify that I am a Notary
5    Public in good standing, that the aforesaid
     testimony was taken before me, pursuant to
6    notice, at the time and place indicated; that
     said deponent was by me duly sworn to tell
7    the truth, the whole truth, and nothing but
     the truth; that the testimony of said
8    deponent was correctly recorded in machine
     shorthand by me and thereafter transcribed
9    under my supervision with computer-aided
     transcription; that the deposition is a true
10   and correct record of the testimony given by
     the witness; and that I am neither of counsel
11   nor kin to any party in said action, nor
     interested in the outcome thereof.
12
       WITNESS my hand and official seal this
13   28th day of March, 2014.
14
15
16   _____
       Notary Public
17
18
19
20
21
22
23
24
25

Page 279

1
2    INSTRUCTIONS TO WITNESS
3
4       Please read your deposition over
5    carefully and make any necessary corrections.
6    You should state the reason in the
7    appropriate space on the errata sheet for any
8    corrections that are made.
9       After doing so, please sign the errata
10   sheet and date it.
11      You are signing same subject to the
12   changes you have noted on the errata sheet,
13   which will be attached to your deposition.
14      It is imperative that you return the
15   original errata sheet to the deposing
16   attorney within thirty (30) days of receipt
17   of the deposition transcript by you.  If you
18   fail to do so, the deposition transcript may
19   be deemed to be accurate and may be used in
20   court.
21
22
23
24
25

Page 280

1
2       ACKNOWLEDGMENT OF DEPONENT
3       I have read the foregoing transcript of
4    my deposition and except for any corrections or
5    changes noted on the errata sheet, I hereby
6    subscribe to the transcript as an accurate record
7    of the statements made by me.
8
9    _____
10       GREGORY EUGENE HINTON
11
12      SUBSCRIBED AND SWORN before and to me
13   this _____ day of _____, 20___.
14
15
16   _____
17       NOTARY PUBLIC
18
19
20   My Commission expires:
21
22
23
24
25

Page 281

1    E R R A T A  S H E E T
2    IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION
3    DATE:  3/20/14
4    PAGE   LINE        CORRECTION AND REASON
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23
24   _____   _____
25   (DATE)         GREGORY EUGENE HINTON

71 (Pages 278 - 281)

**[& - 2006]**

### &

**&** 1:13 2:9,14,20 3:3
4:13 6:11,21 7:14
7:17,20 8:6 10:24
11:9,12 49:10 110:8
113:20 134:12
210:12 215:12
222:21 241:24

### 0

**0.02** 255:22 256:3
256:17 257:17,23
264:16
**00003259** 7:11
**00026663** 6:15
**0005043** 7:7
**0005048** 7:9
**0007501** 7:17
**0010550** 6:21
**0012500** 4:13
**0014753** 7:24
**00189903** 5:15
**00274077** 4:22
**0028035** 5:22
**0028334** 4:14
**0028925** 5:19
**00412940** 5:6
**00413701** 5:11
**00416049** 4:19
**00430637** 4:24
**0069072** 6:23
**007500** 215:18
**02002** 1:4 10:16
**035** 110:3
**04** 251:18
**047** 87:10,20
**049** 87:6
**05** 251:18
**07** 118:4
**075** 91:2
**077** 90:7
**08** 1:4 10:16
**0902044** 6:11

### 1

**1** 4:14 78:8,15,20,22
78:24 106:3,10
108:7,8 166:6 183:8
183:8 201:13 240:6
240:7 241:11 252:3
**1,000,000** 258:13
**1-16-04** 100:25
**1.00** 110:23
**1.10** 212:23
**1.14.** 212:24
**1.35** 111:3
**1/22/06** 7:21 229:8
**1/27/03** 8:11 253:23
**10** 5:9,14 87:12
102:16 103:3 106:5
**10/9/02** 4:20 89:21
**100** 91:20,22 92:4
94:7,16
**1000** 2:4
**101** 239:16 241:17
**102** 5:15
**104** 5:19
**109** 5:22
**10:32** 77:5
**10:54** 77:12
**11** 5:10 98:15,23,23
166:6 224:24
225:24 245:18,24
250:16 258:7
**1110** 1:14 3:4
**113** 6:11
**119** 6:15
**11:43** 109:10
**12** 4:4 5:12 87:8
161:12
**121** 4:5
**12500** 49:17
**126** 6:19
**12:09** 109:15
**12:26** 121:5
**13** 5:13 102:15,23
102:24 150:11
206:13

### 1300

**1300** 2:21
**134** 6:21
**14** 5:16
**15** 5:17 179:25
**151** 6:23
**15951** 229:17
**16** 5:18 104:10,17
104:23 177:25
**168** 4:6
**169** 6:24
**17** 5:20 109:17,25
177:25 194:12,13
**17.61.** 160:6
**17.97.** 160:5
**176** 7:5
**18** 5:23 110:25
160:22 161:17
239:24
**182** 7:7
**19** 5:24
**1900** 1:13 3:4 10:9
**192** 7:9
**1980** 13:10 14:4,19
63:14,16 64:9 262:3
**1980s** 62:8 228:7
**1982** 59:4,15,22
**19888** 210:25
**1989** 13:5 276:10
**1992** 13:6 18:13
**1999** 18:23 20:6,25
33:2 63:20 70:24
**1999-2008** 21:3,13
21:22 22:18 23:21
24:5 25:17 29:9,20
31:6 38:3 64:2,22
66:19 67:20 71:12
**1:22** 121:10

### 2

**2** 4:15 80:2,11,11
101:3 105:6 106:7
199:9 240:14
241:11
**2,000** 179:14

### 2/28/03

**2/28/03** 8:8 249:19
**20** 1:9 5:25 10:6
34:3,4 97:8 105:9
280:13
**200** 7:11
**200,000** 101:4,19,22
258:3
**2000** 141:17 190:10
192:3,18 203:3
209:7 261:20 268:9
**2000-2008** 211:20
**20005** 2:22
**20006** 1:15 3:5
**2000s** 61:6
**2001** 164:8,21
**2002** 1:4 40:19
72:16 73:9,23 79:2
79:18 80:15 81:6
82:6,18 87:8,12
90:9,12 101:4 102:8
199:14 203:10
214:12
**2002-2008** 42:15
55:22 56:8 57:5
74:10 75:18 89:8,13
91:14
**2003** 4:23 40:19
93:14,24 97:8,10
101:6 223:22
254:25 255:3
265:24
**2004** 5:11,14 98:17
99:3,7,10 102:16
103:3 105:9,13
108:8 202:2 206:13
207:18 265:25
**2004-2005** 223:10
**2005** 5:19,21 104:12
105:3,3,5 106:11
108:8 109:18 110:4
110:11,13 111:4,14
111:18 119:24
252:3 275:8
**2006** 49:19 50:5
159:4,9,17 160:2,5

166:6 275:9
**2007**  6:10 57:22
  62:25 113:19 114:5
  114:13 116:10
  117:2,2 119:17
  152:4 154:5,9 159:4
  159:8,16 160:2,6
  164:12,15,16,21
  165:16,19 166:7,12
  212:10 232:11,21
  232:21
**2008**  7:13 18:23
  19:21,23 20:7,11,25
  21:9,18 29:12 33:2
  59:20,22,23 61:8,11
  62:19,24,25 63:20
  70:24 73:24 120:10
  141:12,13,17,24
  142:19 190:10
  192:4,18 203:3,10
  203:11 209:8
  210:11 212:10
  214:12 219:2,3
  220:4 230:7 232:22
  239:25 261:21
**2009**  236:23
**2010**  268:10
**2012**  267:11
**2013**  272:22
**2014**  1:9 10:7
  278:13
**202-682-7231**  2:23
**202-778-3050**  3:5
**205**  7:12
**21**  6:4 206:15,21,22
  206:24,25 207:5
  208:4
**210**  7:15
**215**  7:17
**217**  7:18
**22**  6:5 194:21 207:4
  207:8,14
**22030**  2:10
**222**  7:20

**229**  7:22
**23**  6:6,10 113:18
  114:5
**231**  7:24
**235**  8:5
**24**  5:19 6:7 104:11
  105:2,5 178:7 233:3
  233:7 276:11
**240,000**  101:6
**241**  8:7
**249**  8:8
**25**  5:21 6:8 109:18
  110:4,11 113:16,25
  164:7,21 276:13,14
**250**  8:10
**253**  8:11
**256**  8:13
**26**  5:11 6:12 98:17
  99:3,6
**260**  4:7
**26663**  119:14
**27**  6:13 80:14 81:6
  191:21 196:19
**274**  4:6
**279.5**  223:22
**27th**  103:16 264:6
**28**  6:14 85:21
  191:21
**280-285**  236:15
**2800**  3:8
**287.3**  223:21
**28th**  278:13
**29**  6:15 79:17 119:5
  119:12 208:11
  260:17
**290**  236:17
**2:14**  162:4
**2:20**  162:11
**2:25**  168:2
**2:30**  168:7

**3**

**3**  4:18 79:2 86:9,16
  87:4 97:6 106:12,19
  127:3 153:23

194:11 241:12
**3/20/14**  281:3
**30**  6:16 119:17
  279:16
**31**  6:17 232:11
**311**  3:13
**312-840-7282**  2:16
**317-212-2264**  3:14
**32**  4:12 49:7,9,16
  192:15
**3200**  3:8
**3259**  201:13
**33**  6:18 126:20
  127:3
**333**  79:5
**334**  79:3
**34**  6:20 13:9 134:10
  134:17 168:24
  176:5 276:7
**35**  6:22 151:12,14
  151:20 179:19
**353**  2:15
**36**  6:24 169:21
  170:3,10,11 222:18
**3689**  100:24
**37**  7:4 176:4,4,8,14
**3701**  98:25
**38**  7:6 179:19,20
  182:23 183:6
**38,885**  258:16,17
**39**  7:8 192:24
  193:25
**3:28**  214:4
**3:48**  214:9

**4**

**4**  4:20 89:21 90:5,5
  97:24 101:5,7 108:8
  112:17 135:24
**4/14/03**  8:12 256:24
**40**  7:10 14:12
  200:12,15 229:16
**41**  3:7 7:12 205:18
  205:23 206:2

**413690**  258:9
**4141**  2:10
**41689**  258:11
**42**  7:13 200:13
  201:11 203:17
  210:11,18
**43**  7:16 215:8,10,17
**43215-6194**  3:8
**44**  7:18 114:3 217:3
  217:5
**4400**  3:13
**45**  7:19 179:18
  222:17,20
**46**  7:21 229:8,15
**47**  7:23 231:7,13,22
**48**  8:4 120:8 235:2,8
  262:24 275:17
**49**  4:13 8:6 241:20
  241:23 242:6
**4:35**  247:7
**4:44**  247:14
**4th**  65:12,25

**5**

**5**  4:23 49:19 90:21
  91:5 93:13,20,21
  98:4 103:8 106:4
  108:9 112:3,19
  150:14
**5,555**  258:16
**5/30/07**  6:15 119:5
**50**  8:8 249:17,19
**5032**  185:21
**5035**  186:25
**5036**  187:14
**5043**  183:9
**5048**  194:2
**51**  8:9 250:22 251:4
  251:5
**5100**  2:4
**5159**  242:7
**52**  8:11 85:21
  253:23 254:5 264:4
**53**  8:12 256:24
  257:6

**[59 - adopted]**

**59** 111:3 226:5,19 226:21 252:4

**6**

**6** 5:4 93:5 96:23 101:2
**6/27/02** 4:15 80:2
**6/3/02** 4:14 78:8
**60606** 3:14
**60654** 2:16
**61** 106:8 252:4
**617-227-2015** 3:9
**621** 94:2
**626** 94:25
**637** 93:23
**64** 106:9 120:9
**67** 120:11
**68** 192:14
**68/32** 192:4
**6874** 12:22

**7**

**7** 5:5 96:14,21 97:2 199:14 258:12
**7/12/02** 4:18 86:9
**7/2/04** 7:19 222:20
**7/5/06** 4:12 49:9
**703-764-8700** 2:11
**713-653-7803** 2:5
**72** 151:24
**77002** 2:5
**78** 4:14
**78¢** 213:8

**8**

**8** 5:7 106:5 187:14 268:10
**8/8/08** 211:5
**80** 4:17
**80s** 30:13 58:25 75:9
**81** 15:11,11,13
**81¢** 213:8
**86** 4:19
**88** 16:2
**8899** 105:16

**89** 4:22 16:3
**891** 103:8
**8925** 104:25
**896** 166:5

**9**

**9** 5:8 90:9,12 221:3
**900** 2:22
**903** 102:25
**90s** 58:24
**91¢** 213:7
**92** 16:6,7,8
**93** 4:24 224:24
**940** 97:4
**96** 5:6
**97¢** 212:23
**98** 5:11
**99** 21:7,8,16 29:10
**9:06** 1:15 10:7

**a**

**a.m.** 1:15
**ability** 30:24 91:15 250:20
**able** 125:23 130:23 135:8 167:18 194:18 196:6 216:7
**absolutely** 189:10
**accept** 111:3
**accepted** 28:11
**access** 204:3,7 216:5
**accommodate** 196:6
**accounts** 19:14 183:25
**accurate** 164:10,19 173:10 237:13 238:4,5 258:23,23 259:21 263:10,18 279:19 280:6
**accurately** 250:11 250:13
**acknowledgment** 280:2
**acquire** 72:4
**acquired** 230:15

**acre** 3:10 11:13 12:20,25 13:8 14:10 14:16,18 17:10 18:3 20:13,18,21,24 21:4 21:14 24:4,18 25:14 25:18 27:11 29:11 29:14,17,23 30:6,14 30:15,20 31:7,14 32:9,18 35:3 40:14 40:22 41:15,21 42:7 48:2 52:10,11 55:17 56:2 57:7,17,20,23 62:2,22 63:8,21 64:8,9,12,25 70:22 70:25 72:2,15,16 73:9,20 76:9,11,15 95:2,4 101:8 119:16 122:9 123:7 128:5 129:9 134:20 140:23 141:2,16 142:9,18,20 144:25 147:17 152:8,11,16 153:2 160:15,23 166:11 168:24 169:5,7,14 171:23 175:24 176:22 177:8 178:4 182:7 182:11 187:25 188:8,18 190:11 191:4 196:15 203:4 203:11 204:13,14 204:15,17 207:10 207:11,20,21 208:6 211:8 216:17 228:15,22,25 230:4 230:15,21 231:3,4 243:4 244:16 255:17,18,24 261:21 264:20,21 267:19 268:9 275:2
**acre's** 22:16 29:16 30:11 45:20 46:5 55:23 67:7 74:2,5 83:3 95:21 108:15 113:2 117:3 120:18

**124**:23 133:14,15 133:18 139:7,12 141:23,25 149:7 160:19 161:11 163:18 179:24 180:3 192:7,16 228:5 243:18 267:15 272:8,18
**acres** 15:12,13,23 24:24
**acronym** 139:4
**acronyms** 132:15
**act** 16:22 53:22
**acted** 84:18 106:24
**action** 2:17 10:25 11:4 278:11
**actions** 1:5
**active** 145:9
**actively** 131:14
**activity** 7:16 215:11 216:3,18
**actual** 123:5 141:22 255:24
**add** 139:3 180:10 197:20 228:6,23 258:15 262:20
**added** 74:6 197:19 226:6 227:12 256:3
**adding** 64:14 261:25
**addition** 195:22
**additional** 62:13 255:12,17 258:14 258:17 262:20
**address** 12:21 145:11,12,17 174:7 235:21
**addressed** 84:7
**addressing** 85:9
**adf** 116:2
**adjust** 255:11
**adjustment** 233:4 255:10,23 264:16 264:20
**adopted** 91:20

**advantages** 87:21
**advertising** 150:4
**affect** 30:19 155:9
　155:24 156:9,21
　165:23 166:15
　167:3,9,10,13
　221:16 225:14,21
　225:23 226:2 227:8
　238:2,18 239:21
**affiliation** 133:21
**aforesaid** 278:5
**afraid** 36:22
**afternoon** 121:15
**afternoons** 14:22
**agency** 77:20
**agenda** 90:11,21
　99:5 100:11 103:5
　105:4
**ago** 43:9 110:20
　122:10 128:25
　173:4 175:23
　180:20 194:16
　221:9 245:12
　250:16
**agree** 127:11 154:21
　194:16 205:7
　221:15 237:2,6
　247:24 259:9
**agreed** 38:6 266:10
**agreement** 6:21
　36:21 134:11,19
　135:2,14
**agri** 83:10,14,16
**ahead** 13:18 25:9
　31:19 75:6 81:24
　86:19 138:6 221:23
　251:10
**ai** 245:8
**aided** 278:9
**al** 255:2
**aldi** 21:24 26:14
　27:23 30:2 207:6
　208:5
**allen** 2:3 4:5 11:5,5
　121:14,16 126:25

128:13 130:14
131:20 132:11
134:3,15 136:25
137:9,16 138:11,22
142:25 149:9,17
150:2 151:8,12,18
154:11,18 155:7,18
156:23 157:17
158:10,16 159:14
159:22 160:14
161:24 162:12
163:10,21 164:4,16
164:17 165:13
166:3,23 167:11,20
221:10
**allied** 143:6,9,12,16
　143:18,21,23
　144:13
**allow** 175:17
**allowance** 106:8
**allowed** 46:23 47:5
**alls** 261:23
**amazingly** 239:13
**ambiguous** 136:19
**american** 116:4,12
　125:9
**ames** 223:15
**amount** 25:18 98:3
**ams** 45:9 47:21 51:3
**ams's** 216:9
**analysis** 230:22
**analyze** 31:12
**anderson** 2:21 11:16
　11:16 78:16 80:19
　80:23 96:22 274:17
**animal** 4:23 41:3,4,7
　41:9,15 72:17,20
　79:6,11,20 87:23
　88:7 93:13,23 94:3
　94:4,6,10,23 106:7
　106:12,19,25 107:4
　107:7,8,10,13,20
　120:4,14 226:23
　227:3 229:3,4
　230:16,22 237:25

238:17,17 240:15
252:2 253:7,15
255:12,18,25 256:9
257:16 260:24
261:10 262:6,18
264:13,22 266:7
267:16 270:2,2,16
270:22 274:4
**animals** 177:5
**ann** 234:21,22
　275:18
**announcing** 231:19
**annual** 31:25 158:25
　196:8 271:20
**annually** 195:23,23
　196:8,14,15
**answer** 9:3 18:16
　30:9 31:19 34:20
　56:20 64:7 74:16
　94:18 120:21
　136:19 137:5 149:4
　149:23 160:9 165:9
　172:17 191:9 192:9
　194:17 205:11
　233:12 241:2,8
　248:10,13
**answered** 234:11
**anticipates** 244:19
**antitrust** 1:3 10:13
　136:2 281:2
**anybody** 53:17
　55:17 92:12,25
　95:15 153:20
　201:11 259:24,25
　260:3
**anymore** 211:15
　212:17
**anyplace** 189:12
**apparently** 165:16
**appear** 151:22
**appears** 49:18 79:18
　81:4 127:11 152:3
　160:2 254:13
**applications** 191:6

**applies** 92:3
**appoint** 103:21
　139:20
**appointed** 79:9
　140:9
**appropriate** 279:7
**approval** 51:17
　175:9
**approved** 1:16
　51:16,19
**approximate** 190:18
　191:3 192:17,21,22
**approximately** 13:5
　14:7 15:10 16:2,7
　68:18 179:25
　191:18 258:18
　265:3 267:8 269:12
　273:20
**approximation**
　192:6,16
**april** 6:10 103:16
　106:10 113:18
　114:5,13 120:10
　159:8,16,25 160:4,6
　251:18 252:3
**area** 4:23 40:20 42:2
　42:4 73:4,22 93:14
　93:24 98:6,6,9
　105:18,19,21,23
　106:2 152:5,6,12,16
　152:18,23 153:3,4
　153:17 180:3
　252:20
**areas** 98:8 152:12
　152:24
**argumentative**
　228:17
**arizona** 128:3
**arkansas** 255:7
**arrange** 181:6,9
**arthur** 1:13 3:3
　11:13 79:14 116:16
**artwork** 174:21,23
　175:15 274:8

**asia** 225:5
**aside** 262:22
**asked** 28:9 46:16
47:15,18 96:2 97:21
132:6 175:23
191:11,13 219:21
221:24 222:2
231:16 234:10
253:5 260:21 263:3
264:5,15 271:24
272:15
**asking** 46:17 137:18
137:23 154:16
197:3 220:5,9
238:12 274:4
**assemble** 129:25
**assessments** 111:15
**assign** 175:10
**assist** 173:20,25
**assisted** 146:15,16
**associated** 37:13
255:12
**association** 6:8 46:9
113:17 114:4,13,22
114:24 115:3
138:25 264:21
**assume** 195:5
**assuming** 158:23
**atlanta** 5:21 99:7,10
99:13 105:5 109:19
110:4,11,16 111:18
145:13,15,15
**attached** 4:19 86:10
185:5,7,11,14
279:13
**attend** 99:19,22
135:9 140:20
146:12 148:9,12
152:9 153:2
**attended** 13:24 14:5
48:6,12 84:7,20
91:9 93:10 100:15
105:22 107:23
108:13 111:18
112:23 113:5

123:19,19 124:12
124:15 142:12,24
152:16 153:8,11,16
153:19,22
**attendees** 114:6
115:19
**attending** 10:20
43:15,17 87:13
90:14 99:9 104:4
114:11 153:7
**attorney** 279:16
**attorneys** 10:19
**attwood** 115:25
**atwood** 128:2
**audits** 55:22
**auger** 180:12
**august** 7:13 210:11
232:11,21 251:18
**authority** 109:4,5
**authorized** 107:8
**available** 201:17,22
202:7 203:8
**avenue** 2:10
**avenues** 68:4
**average** 32:5,7
195:8,9,17
**avian** 224:20 225:2
225:7 245:8,18
**avoid** 107:2
**awaiting** 178:20
**aware** 17:8 71:5
83:20 101:8,11
134:24 204:6
218:17 228:24
268:8 272:11

**b**

**b** 2:3 4:9 5:1 6:1 7:1
8:1 141:11,11
**b2b** 170:14
**baby** 161:4 177:22
177:23 180:16
**back** 15:22 16:22
18:22 20:10 21:7,8
26:7 28:14,23 30:12

38:2 56:14,22 60:20
75:9 77:11 109:14
121:9 150:10 157:9
162:10 168:6
174:24 175:3,10,10
175:14 178:25
184:19 186:15,18
193:18 197:15,21
206:9,15,22,24,25
214:8 224:24
241:18 243:21
247:13 262:4
**backed** 66:16,17
**background** 13:15
16:13
**backing** 66:25
206:23
**bad** 190:23
**bag** 37:9,10,14,20
37:23
**bagels** 218:11
**baghdad** 59:12,15
**baker** 3:12 11:22
81:25 83:25 90:23
103:14 199:15
**bakeries** 37:25
179:15
**baking** 33:9
**balance** 98:2,5
223:10
**balanced** 98:8
**ballpark** 23:13
32:21 34:2 65:4
265:23
**barbara** 269:5
271:12,21 272:3,6
272:22
**barrel** 242:12,25
243:2,5 250:4 251:7
251:14 253:12,14
**barry** 5:5 29:13 30:7
31:2,15 32:10,13
35:9,12,13,14,18
37:4,8,11,12,18,18
38:5,7,10,14 39:21

40:11 83:19 84:3,12
84:15,24 85:21
88:24 89:14 96:15
97:5 114:17 118:12
156:17 196:13,17
199:17 200:3,4
202:19,20 203:13
203:22 204:6,22
205:4,6,8,13,14
206:25 207:15,20
208:6,8,16,20,25
209:4 213:5,9,14,19
216:23,25 232:24
251:17 270:19
**barry's** 7:10 200:16
200:22 201:3,6
209:21
**base** 12:22 197:20
206:21 207:4,8
**based** 30:16,17,22
37:13 38:18 39:19
81:13 139:19
154:23 157:25
163:2,19 165:2,16
166:14,24 182:6,10
222:4
**bases** 233:2
**basically** 16:24
19:19 30:16 68:6
209:17 272:17
**basis** 15:21 28:18
31:13 61:4,23 64:4
70:12 74:18 100:17
126:4 142:13,14
163:19 182:20
201:4 204:22 205:4
210:7,8,9 211:21
216:15,24
**bates** 49:10 78:9
80:5 86:11 89:23
93:15 96:15 98:17
102:17 104:12
109:19 113:19
119:6 126:22 127:5
134:11,21 150:11

150:15 151:15,23
153:24 162:17
182:24 183:9
185:21 192:25
193:25 200:16
205:19 206:2
210:12,24 215:11
215:17 217:6,10
222:17,21 229:9,16
231:8,13 235:3
241:24 242:6
249:20,24 250:23
251:4 253:24 254:5
256:25 257:6
**bearing** 215:17
242:6 251:4 257:6
**bears** 183:8 193:25
201:12 210:24
217:10 222:17
229:16 231:13
235:17 249:24
254:5
**beatty** 242:11,16,23
243:10
**beef** 200:7
**began** 119:23 120:9
212:22 275:6
**beginning** 1:15
14:19 26:18 27:5
230:6
**begins** 77:9 162:8
247:11
**begun** 230:17
**behalf** 2:6,12,17,24
3:10,15 11:17,22
51:25
**believe** 21:2 29:12
30:3 32:17 36:20
43:24 50:11 54:14
56:11 57:22 61:12
62:10 63:2 78:5
82:11,15,16,19 83:6
99:18 116:18 117:4
124:3,4 125:4,9
129:3 141:18,24

145:19 152:21
176:21 183:8
184:16,17 189:5
203:25 207:18
209:9 216:5 221:10
223:12 249:15
254:17 263:2
265:25 268:9 271:8
**believed** 263:9,17
**bell** 223:10 232:11
**bell's** 223:8 224:2,3
232:23 236:21,21
251:16,21
**belong** 186:6
**belt** 178:9,10,25
**belts** 178:8
**benchmark** 38:11
38:12,13,15,16
205:8,11,15
**best** 103:19 168:21
177:4,4,5 222:6,9
222:12,14 244:19
244:22 250:19
263:17,24 275:22
**beth** 116:20
**better** 58:4,16
153:25 154:14
157:23 162:19,21
163:4,13,24 165:2
165:15,18 241:8
**beyond** 272:20
**bi** 195:23 196:8,14
**bids** 70:11
**big** 141:11 234:14
259:7 270:17
**bigger** 155:25
188:21
**biggest** 33:14
224:23 225:13,20
**bill** 117:22 217:20
254:9 264:7
**billing** 195:18
**bins** 180:14
**bird** 82:19 120:5,8
120:10,12,16,18

225:17,18 246:5
252:4,25 261:2,12
261:14 262:9
**birds** 46:24 54:5,9
76:2,3 177:25 180:9
180:17 224:25
225:15,25 226:6
227:12 236:16
244:2 245:18,24
261:12,16,19,25
270:21
**bit** 39:3 191:21,24
198:16
**black** 188:20
**blair** 79:15
**blind** 70:10
**block** 2:14 10:24
**bloyer** 117:22
**board** 5:20 20:18,21
20:25 70:13 71:9
108:3,6 109:18
110:4,7,10 124:13
124:15,18 129:10
211:7,22 212:6
213:13,22
**bob** 79:15 254:16
**boies** 2:9 11:9
**boies.com** 2:11
**boomsma** 257:9,10
**bored** 201:12
**bottom** 79:5 97:14
110:17 199:10
219:20 224:6,7
226:3
**box** 37:9,10,14,20
37:24 175:12
**bradley** 217:20
223:7,18 254:10
255:8 264:7
**brand** 171:17,20,24
206:20 248:4,24
249:3,4
**branded** 29:17
30:14 171:18
207:12

**brands** 217:24,25
218:22 220:10
**breach** 36:25
**break** 68:11,11,20
76:25 107:11 109:8
162:15 167:24
213:25
**breakdown** 181:21
190:18 192:4
**breaker** 115:8,9,10
**breakfast** 65:20
**breaking** 51:13
58:14 68:10 144:3
144:18,19,20 145:2
145:3 178:25
248:19
**breaks** 115:12,14
144:20
**breeder** 108:19
160:24 177:14,16
177:16,20
**breeders** 243:22
**brian** 117:25
**briefly** 168:13,13
**bring** 62:12 125:15
125:20 239:6
**brings** 178:10
**broad** 21:17
**broken** 143:4 179:2
179:3 209:12
230:16
**brokers** 136:6
**bros** 90:23
**brothers** 127:25
128:18
**brown** 5:5 39:7
87:13 88:3,19,20,23
96:15 97:5
**bruce** 257:9,10
**buckeye** 128:3
**budget** 222:3
**build** 72:6 197:14
262:20
**building** 64:12
75:23 178:11 228:8

[building - certified]

228:9,10 261:24
**built** 177:2
**bulk** 179:10,10
**bullet** 94:5
**burke** 3:12 11:21,21
260:5,8
**business** 12:21
28:15,24 30:5 61:17
62:13 65:18,23 70:3
99:14 147:15
149:10,19 150:7
198:9,11 204:20
206:14 216:21
225:13,20 246:14
246:15 271:7
**butch** 82:12,12,13
**buy** 34:5 70:13 92:8
98:8 177:14 179:11
180:3,4,7 270:20
**buyer** 231:25
242:11,24 250:9
251:7 265:9 271:6
**buyers** 269:14
**buying** 68:25 252:18
**buys** 70:19

**c**

**c** 2:1 3:1,3 141:11
278:2,2
**cage** 41:24 73:3,10
73:24 106:8 181:23
226:7 227:13,25
261:17,17 270:20
**cages** 73:2,6 262:20
**cal** 82:2 97:19 99:24
223:12,12 242:21
242:22,25 243:7
**calculations** 33:24
**california** 83:5
188:24
**call** 19:9,25 43:25
51:24 70:2 95:15
115:13 139:5 140:3
145:4 181:23
195:16 262:7

**called** 46:4 54:16
56:6 57:14 64:19
77:16 82:6,18 99:17
99:18 111:23
118:17 125:5
128:22 129:4 201:6
224:9 248:24
**calls** 46:12 136:17
155:2 156:4 163:5
165:8 184:10
233:10 238:7,11
**canby** 128:7
**candy** 250:3,7,8,9
**capabilities** 185:3
267:15
**capacity** 228:23
229:2 230:23
**capital** 141:11
240:23 241:3
**capper** 53:22 135:18
135:25 136:14,15
136:23
**caption** 87:7
**card** 245:5
**care** 94:3,6,10,23
106:7,12,19,25
107:4,7,8,10,13
110:25 120:4,14
147:14 227:3 229:3
229:4 230:16,22
240:15 253:7
255:13,19,25 256:9
257:16 260:24
261:10 262:6
264:13
**carefully** 279:5
**cargill** 54:14,15
117:24
**carolina** 275:5,12
**carrie** 2:21 11:16
**carrie.anderson**
2:23
**carried** 108:10
112:20

**carriers** 181:2
**carrying** 206:2
**carter** 83:11
**carton** 14:22,24
16:25 39:4,5,5,5,6
84:14,17 93:7
171:10,10,10,18
174:17,18,19,24,25
175:7,14,18 179:14
207:13
**cartons** 172:7,15,21
174:15 178:15,15
257:17 274:10
**case** 10:14,16 16:25
18:22 39:6,7,8
75:14 76:19 155:23
180:24 195:10
210:22 220:24
228:5 231:19 237:4
**cases** 39:23 73:2
101:5,6,19,23 159:9
160:4 171:8,8
172:20 178:16,17
180:11 182:16
258:3,16,16,17
**categories** 18:24
**category** 181:21,24
182:2
**catherman** 117:17
**cattle** 67:11
**cause** 36:25 156:25
166:22
**caused** 120:5,15
212:14 260:25
**causing** 246:5
**ccf** 217:24,25 218:22
220:10,12,13,14
**ccr** 1:16
**center** 25:2,3 223:15
**centered** 85:13
270:16
**centers** 270:21
**centralized** 130:9
**cents** 85:21 111:3
159:2 255:10

**ceo** 249:8
**cep** 129:10,13,14,16
130:7 131:22
132:18 133:20
136:15 137:2,10,17
137:22,23 138:10
138:13
**cep's** 132:10
**certain** 173:15,18
174:2 234:17
**certainly** 115:20
**certificate** 268:4
**certificates** 268:5,6
**certification** 270:13
**certified** 6:18,20
21:25 27:7 30:3
41:3,13 55:15,23
72:17,20 73:11,25
87:24 88:8,22 89:4
89:15 90:22 91:4,6
91:7,16,17,17 92:5
92:8,18 94:3,6,10
94:11,12,13,13,23
95:5,10,16,17 96:3
106:7,12,14,21,25
107:3,4,5,7,8,10,14
107:15,16 120:4,15
122:24 123:6,7,10
123:12,20,23
126:17,20 127:4,12
127:13,15 128:15
129:15 130:3 132:2
132:18 134:5,10,19
135:9,15,17 136:3,9
136:13 148:25
149:12,21 150:5
164:6,19 208:17,18
208:21,22,24,25
209:3,5,14,25
226:22 227:3 229:3
229:4 230:16,23
247:18,25 249:5,13
252:2,8,18 253:8
256:4 257:16,21
260:25 262:7

[certified - common]                                                    Page 8

266:17,24 267:20
268:3,11,23 269:22
270:2,8,9 271:3,15
271:25 272:6,14,19
272:25 273:6,10,17
274:9
**certify** 278:4
**cfo** 265:7
**cfo's** 266:10
**chad** 117:16
**chain** 7:12,23 8:4,6
8:9 205:19 231:8
235:3 241:24
250:23
**chairman** 48:21
49:24 50:7,11 79:9
103:14 110:19
114:10 129:9,12,21
129:22 139:13,21
139:25 140:5,6,8,8
140:9,11,13,22
145:22 147:24
249:8,9
**chairman's** 50:12
110:18
**chairmanship** 50:21
**chance** 31:18
**change** 23:14,15
30:25 39:25 72:25
72:25 76:4 111:13
161:25 174:15
224:14 246:16
253:7
**changed** 16:4,20
18:13 27:6 39:18
132:17 173:6
237:11 270:6,12
272:18
**changes** 111:5 112:9
119:24 279:12
280:5
**changing** 75:24
161:13 246:15
269:25 270:7

**channels** 58:12
**character** 173:19
**characterization**
191:8
**charge** 42:4 47:21
257:12
**checked** 138:9
**checks** 20:2
**chef** 248:24
**chemical** 118:5
144:8,9
**chemicals** 144:8
**chicago** 2:16 3:14
4:16 10:24 71:9,9
79:16 80:4,15 81:10
97:8,13 118:22
207:5,9
**chick** 233:3,7,16,19
**chicken** 15:20 44:18
44:24 45:2 64:13
74:6 200:9 261:18
261:24
**chickens** 47:5 52:12
52:14 64:14 177:19
180:13 233:20
234:4 240:19
**chicks** 106:10 161:4
177:15,16,22,23
180:16 243:23
252:3
**chief** 26:4
**china** 189:18 190:3
190:13
**cholesterol** 24:15
173:6
**chris** 117:20
**christmas** 244:5
**chuck** 83:4
**circle** 25:5 111:2
**circumstances** 40:3
**cisneros** 116:8
**city** 124:3
**claim** 67:9,11
**clarify** 168:21
230:13

**clark** 2:15 254:23,25
**class** 11:7,10 121:17
**clear** 39:6 41:8
63:13 76:7,22
168:20 171:10
174:18
**clearinghouse** 70:8
**clearly** 230:13
**client** 36:12 66:8
186:10 228:13
**clients** 221:20,21
**clockwork** 66:5
**close** 65:25
**closer** 21:18
**cm00181854** 4:17
80:5,13
**cm00189887** 5:15
102:17,25 150:12
**cm00189891** 150:15
**cm00189903** 102:18
**cm00274063** 4:22
89:23 90:7
**cm00274077** 89:24
**cm00412937** 5:6
96:15 97:3
**cm00412940** 96:16
**cm00413675** 5:11
98:17,24
**cm00413689** 258:8
**cm00413701** 98:18
**cm00416046** 4:19
86:11 87:6
**cm00416049** 86:11
**cm00430620** 4:24
93:15,22
**cm00430637** 93:15
**colder** 179:17
**college** 14:6
**columbus** 3:8 14:5
**column** 159:24
202:10,13
**combination** 156:8
**combine** 125:22
**combined** 117:7

**come** 28:14,23 44:17
56:12 175:9 178:8
193:15 241:18
268:15
**comes** 173:16
193:13
**coming** 76:4 86:22
173:12 233:20
**comment** 259:13
**commentary** 202:18
202:25
**comments** 100:25
110:18,19 111:17
**commission** 21:11
280:20
**commit** 91:6
**committee** 4:16,21
5:10,13,18 41:2,19
42:10,11,17 43:3,8
43:12 44:6 45:14
46:2,18,20,22 54:23
55:7,8,12 79:7,10
79:12,20 80:3,14
81:5,13,15 85:4
87:9 88:3 89:22
90:8,11,13 97:7,21
98:16 99:2,3,6,10
100:9 102:16 103:3
103:6,10,12,15,17
103:23 104:2,6,11
105:2,3,8,12 107:21
111:21,22 112:8
150:17,22 151:4,10
198:21,22 199:12
199:13
**committee's** 41:12
198:25
**committees** 46:19
46:19 198:17,20
**commodity** 176:23
181:12,13,14,15
182:13,18,19 259:7
**common** 40:8
172:23 198:7,8

**communicated**
19:13
**communication**
231:25
**companies** 46:23
83:7 87:24 88:8
91:6,7 94:3,14,24
106:8,13,14,20,21
107:7,10,14 111:25
116:9 117:7 124:21
125:16,17,21,24
126:5 128:18
137:19 143:22
144:2,4,8,9,10,11,17
144:18,19 149:20
164:6,19 248:3
**company** 7:6 41:18
42:3 46:5 51:5,10
51:21 61:3 74:12
75:3 76:2 81:21
94:6,8,9,11,12
106:20 107:5 109:5
115:9,18 118:20
123:18 124:19
128:23 137:24
144:20,20 169:5
174:7,25 175:14
177:17,21 181:7
182:24 185:2,3
225:11 228:8
247:18 248:20
249:8,14 262:2,4
**company's** 53:11
**compare** 202:5
228:25
**compared** 44:25
159:4 223:21
234:18
**comparing** 219:12
**comparison** 230:5
**compensated** 21:4
**competitor's** 193:16
**competitors** 243:8
**compiled** 184:11

**completing** 14:15
**compliance** 55:23
95:17,21,22
**complied** 73:9 92:19
96:3
**comply** 73:2 266:7
**complying** 73:21
120:3,14 255:24
260:24
**component** 84:13
**compound** 55:2
**computer** 278:9
**comtell** 201:6,7,18
201:22 202:8,20,22
202:25 203:4,6,8,12
203:19 204:2,4,8,21
216:6,8,11
**conagra** 33:8
**concern** 224:19
225:5
**concerned** 45:23
**concluded** 277:3
**concludes** 276:24
**conclusion** 46:13
136:18 219:23
234:19
**conclusions** 158:9
158:15
**conditions** 84:5
167:15,15 199:19
**conduct** 79:16
**conference** 114:18
**confidential** 1:7
13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1

61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
80:18 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1,9,13
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1

203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1,19
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1,18 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1
**confusing** 202:12
**connected** 45:2
**connection** 53:22
83:18
**connector** 26:5
**consider** 21:18 23:9
146:13 175:24
206:15
**consideration** 32:9
39:10
**considered** 14:14
65:2
**consist** 126:12
**consisted** 144:16
**consistent** 66:18
113:2
**consistently** 275:2
**consisting** 79:13
151:21

consists 187:4
constant 39:14,18
 76:4
constantly 75:24
construction 275:7
consult 135:8
consumer 107:9
consumers 218:16
cont'd 5:1 6:1 7:1
 8:1
contact 26:13,15,17
 26:21,25 27:3,6,8
 27:10 69:25 94:24
 95:3,4 146:7 147:17
 174:12 194:8
contacted 95:9,12
contain 262:18
contained 251:8
container 166:5
contains 201:14
context 85:16 115:6
continual 161:22
continue 61:5,13
 228:6
continued 29:19
 228:23 262:13
continuous 262:12
contract 27:13,16
 27:21,22,24 28:4,25
 34:8,14 39:16 40:5
 45:21 119:23
 266:12 271:18
contracts 26:6 34:9
 61:25 271:20
contribute 221:12
contribution 158:24
control 180:9
conversation 266:23
 267:13 268:16,22
 271:5,21 272:4,21
 272:24
conversations
 266:16 269:21
 271:2,14 274:13

conversion 84:25
 85:15
convert 44:13
convey 263:17
conveyor 178:9,10
cooler 15:3,6,8,15
 15:24,25 16:17,19
 17:2,6,8,12,16 75:8
 75:9 178:19 179:16
 179:17
coolers 66:24 67:3
 74:22 75:10
cooling 16:12,16,17
cooperative 127:24
 129:25 130:10
 131:8,10,18 135:18
 136:15
cooperative's 131:3
cooperatives 135:19
coordinate 19:17
 175:2
coordination 79:11
copy 87:15 175:15
corn 180:4,10
corner 170:5,13
 186:24
corporation 128:4
correct 13:11 24:2
 42:25 61:8 69:6
 84:24 119:3 128:11
 129:10 140:6
 154:14 159:10
 162:23,25 172:22
 173:2,10,21 187:18
 188:25 189:4,19,22
 194:19 195:5 210:3
 213:11 217:18
 223:19 239:2
 256:18 258:4
 263:10,18,22
 278:10
correction 281:4
corrections 279:5,8
 280:4

correctly 128:8
 136:10 150:24
 159:5 191:14
 235:25 261:4 278:8
correlation 156:20
 157:14
cort 15:12,23 24:24
cost 37:12,16 39:8
 119:25 120:3 195:8
 195:9 196:22
 219:15,19 240:10
 240:16,24 241:3,4,6
 255:12,24 256:3,12
 256:15 257:22
 261:15,18 264:13
 265:8
costs 37:13 84:25
 85:15 120:7,17,19
 240:3,7,20,21,22
 255:17,18 256:5,7
 257:15 261:3
 264:22 265:10
 266:6
counsel 10:11 76:5
 78:17,19 80:25
 86:24 137:7 259:24
 260:21 278:10
count 75:12,13,15
counting 23:2
countries 58:5
country 188:24
 218:2,3 254:10
county 24:25 275:5
couple 57:25 69:25
 183:15 211:2
 216:20 217:14,15
 224:22 225:11
 257:24 261:25
 274:19
course 23:21 100:10
 204:20 216:21
 269:12
court 1:1 10:15
 11:24 193:5 279:20

crabtree 3:7 11:15
 226:12
cracker 242:11,24
 243:2,4 250:4 251:7
 251:14 253:12,14
craig 118:3
created 165:25
 187:20
creating 103:19
creek 218:2,3
 254:10
creighton 127:25
 128:18
crockett 79:14
crush 180:6
crushing 180:5
crystal 117:25
 124:24 128:14,17
culled 224:25
curiosity 37:21
current 7:10 63:9
 68:24 74:14 93:7
 112:16 120:9
 176:20 200:16,23
 201:4 203:13
 212:24 226:5,19,21
 227:2 257:15
currently 108:6
 112:10 189:25
 190:6 209:24
custom 170:14,20
customer 17:13,15
 18:6 19:7,10 28:9
 34:22 35:19 38:20
 38:21,22 39:3,12,19
 58:11 61:11,12
 118:17 171:6 172:6
 172:8,11,19 174:14
 174:20 175:2,3,4,11
 179:21 181:3,4,5
 185:20 186:17,20
 196:5 198:6,6
 206:20 207:13
 222:13 228:20
 237:21 252:13

253:10 262:16
**customer's** 171:17
195:4 262:11
**customers** 17:4,18
18:4,6,10 19:4,4,5
19:10,18 21:23
22:14,18 23:7,10
25:23 26:3 27:13,17
27:19 29:5,22 31:4
33:2 34:9 38:4 40:5
40:25 41:6,10,14
60:2,11,13,18 61:6
61:23 66:7,23 68:3
68:24 69:6,9,12,14
69:14 96:2 126:3,6
130:4,24 131:6
171:16 172:4,10,20
172:24 173:7,20
174:8,21 178:20
179:11 180:23
184:10,12,15,18,22
184:24 185:6,25
186:20 189:6,8,11
197:6 206:23 220:6
221:21,25 222:6
250:17 257:15,20
262:13 263:4,7
264:20 273:5
**cutler** 117:2,3
141:13,14,20
**cycle** 161:10
**cycles** 160:22
161:18

**d**

**d** 4:1
**d.c.** 1:14 2:22 3:5
5:14 10:10 102:17
103:4 145:10
146:17
**daily** 15:20 31:3
70:12 74:18 93:7,8
**dana** 116:5,5
**daniels** 3:12 11:22

**danny** 116:14
**dap** 4:14,15,18,20
4:23 5:4,5,7,8,9,10
5:12,13,16,17,18,20
5:23,24,25 6:4,5,6,7
6:8,12,13,14,15,16
6:17 78:8,17 80:2
86:9 89:21 93:13
96:14 98:15 102:15
104:10 109:17
113:16 119:5
**data** 205:4
**date** 10:6 141:22
173:2 191:24 220:3
220:17 265:14,22
275:10 279:10
281:3,25
**dated** 87:7 119:17
206:13
**dates** 211:24 232:18
232:19
**dave** 116:8,8 117:11
117:13
**david** 79:14 183:21
183:24 184:2,4,4,17
184:17 187:20
194:6,6,7
**dawn** 33:6
**day** 16:8 75:4,15,16
112:20 157:20
158:20,23 160:16
161:20,21 177:14
177:16 202:22,22
202:23 208:16,18
209:2,3 220:4
224:19 258:15,16
278:13 280:13
**day0028028** 5:22
109:19 110:3
**day0028035** 109:20
**day0028331** 4:14
78:9 79:3
**day0028334** 78:10
**day0028896** 5:19
104:12,24

**day0028925** 104:12
**days** 122:12 279:16
**deal** 67:23 73:13
111:7
**dealings** 149:10,19
**deals** 29:3
**dealt** 73:7 146:6
**dean** 82:5,6 112:15
**deb** 33:12 54:12
117:15 118:7
**deceased** 257:13
**december** 108:7
**decide** 141:22
**decision** 41:11 53:11
53:13 88:4
**decisions** 72:3,13
**decrease** 120:5,15
260:25
**decreased** 262:10
**deem** 180:18
**deemed** 279:19
**defendant** 2:24 3:10
**deffner** 82:10 85:19
110:19 111:16
**defined** 41:18
**degrees** 179:18,20
**dehydrated** 116:4
**delano** 217:20
218:20,21
**deliver** 170:24,24
180:22 181:2
**delivered** 101:5,7
195:7
**deliveries** 19:16
**delivery** 17:20 70:21
195:9,9
**demand** 65:10,10
66:4,8,10,11 84:5
98:5 100:24 101:2
155:13,16 156:8
167:15 199:19
234:12,18 237:10
239:11,17,20
241:12,14,15
243:19,19 244:10

244:19,21,24
**demanding** 126:7
**denver** 124:4
**department** 16:5,6
160:20 174:23
187:3 243:20 244:6
274:8
**departments** 174:22
**depending** 17:14
33:23 195:4 196:5
**depends** 39:15
65:17 101:16 226:5
**deponent** 278:6,8
280:2
**depos** 193:9
**deposing** 279:15
**deposition** 1:11 9:1
10:8 49:15 77:4,10
80:10,11 86:16 87:4
93:20,21 109:25
113:25 119:12
121:20,24 122:3,14
122:22 134:18
151:21 162:9
170:11 176:6
200:13 247:6,12
276:23,24 277:3
278:9 279:4,13,17
279:18 280:4
**description** 4:11 5:3
6:3 7:3,6 8:3 182:24
185:2
**design** 172:6
**designated** 47:23
146:11 147:13,17
148:4
**designing** 172:15
**desires** 195:5
**destroying** 71:15
**detail** 36:7,9 177:13
**detergent** 144:7
**determination** 38:3
**determine** 28:5 31:5
35:18 63:21 66:21
172:4 197:18

**determined** 28:7
29:2 34:16 64:4
70:18 87:24
**determining** 93:7
**develop** 84:3 106:3
172:7 199:17
249:13
**developed** 248:23
**developing** 79:10
248:24 249:4
**deviled** 66:2
**devries** 82:12
**dictate** 17:15
**dictated** 39:3
**dictates** 17:21
**die** 225:25 245:18
245:24
**diet** 258:15
**difference** 219:16
219:19 230:5 259:7
**differences** 220:8
221:5
**different** 17:13,18
18:17 20:4 28:16
31:2 32:6 47:9,10
67:23 78:2 88:21
123:14 125:16,18
125:19,21 126:2,15
171:6,8,11 182:12
195:15,20 200:5
202:3 217:15
224:18 238:19
239:24 240:2
248:14,18 269:13
269:14
**difficult** 93:6
**difficulty** 227:16,20
227:23
**diligent** 137:2,8
**dip** 243:19
**direct** 1:5 2:6,17
10:25 11:4,6 18:3
51:21 79:4 121:17
156:19 180:12

**direction** 9:3
**directly** 45:3 106:9
130:25 218:15
**director** 124:13
**directors** 5:20
109:18 110:4,10
211:7,22
**disadvantages**
87:22
**disasters** 58:6
**disclosing** 36:22
**discount** 38:15,16
38:17,25 39:13,14
69:5
**discounts** 68:3
**discovery** 4:16 55:7
55:10 80:3,14 81:5
81:12 84:4 87:9,12
97:7,23 103:10,12
103:15,17,20,23
104:2,5 150:16,22
198:21,22,25
199:12,13,18
**discuss** 92:11,17
265:6,8 271:6
**discussed** 44:5 85:4
96:11 115:2 118:14
141:20 227:11
266:3,5
**discussing** 57:6
88:17,20 92:24
162:16
**discussion** 79:11
84:19 85:7 87:21
88:5,10,11,15,19
91:8,11 93:9 98:11
101:24 102:9
104:19 107:22,25
108:12,15 199:5
226:14 245:11,16
245:17 267:3,15
272:24 273:8,16,23
**discussions** 57:11
89:10 102:13
253:10 269:2,7

**270**:15
**disease** 224:14
225:9,12,19 245:6
**diseases** 224:18
**disposal** 108:7
**disposed** 108:8
112:17
**distinction** 202:11
**distribute** 130:21
**distributed** 194:19
**distribution** 130:20
136:8
**distributor** 118:21
118:23 119:3
**district** 1:1,1 10:15
**diversey** 118:5
**division** 6:9 54:16
54:17 113:18 114:4
114:12,20 125:6
143:9,12,15,16,18
143:21,23 144:13
144:15,22,24 145:2
273:12
**divisions** 143:5,14
**document** 1:4 23:24
49:16 78:25 80:12
85:18 87:5,11,17
90:6 93:22 94:20
97:3 98:24 99:23
102:24 103:9 110:2
114:2 119:13 122:5
122:8,17,19 127:4,7
127:10 129:8
134:18,22,24 140:7
151:21,25 162:17
163:8 170:8,19
174:13 176:22
183:13,18,19,23
184:14,24 186:7,15
186:17,21 187:21
188:25 191:2
194:11 200:21
210:18 211:5,6,15
211:19 212:2,12,15
212:16 215:19,21

215:22 216:14
229:19 232:4
235:10,13,18 242:8
254:7 260:19 263:3
263:8 264:4
**documents** 9:9
100:21 122:2
185:11,18 228:24
271:9
**doing** 33:24 60:6
61:5 71:22 92:18
122:23 123:2
147:23 172:14
211:25 213:21
222:5,8 279:9
**dollar** 25:17
**dolph** 81:24 82:2
90:23 103:14
**domestic** 63:3,9
102:2,11 188:4,12
188:19
**don** 223:8,10 224:2
224:3 232:11,23
233:23 236:21,21
251:16,21
**don's** 233:25
**dot** 174:5,5,5
**doubt** 184:22 186:9
**doughnuts** 33:10
**dozen** 159:2 256:15
256:17 257:17,23
**dpp** 183:8
**draw** 157:14 158:9
158:15 219:23
234:19
**drawing** 202:11
**dried** 24:10,11,12
33:23 37:7 40:8
68:16 126:15 190:5
190:8
**drill** 181:17
**drive** 3:13
**drop** 28:23 74:7
**dropped** 213:7
220:20

**drops** 65:10,18
**dry** 68:12 115:16
189:17 190:2,12
195:25 196:14
**dryers** 68:13
**drying** 58:14
**dual** 207:11,12
**dubois** 128:4,22
**dues** 111:14
**duly** 12:6 278:6
**durations** 34:9
**dutch** 22:14,15 27:9
27:23 30:2 118:17
207:11,13,21
257:12
**dutchfarms** 207:5,8
**duties** 15:5,16

### e

**e** 2:1,1 3:1,1,12,18
3:18 4:1,9,12 5:1
6:1 7:1,12,18,19,21
7:23 8:1,4,6,8,9,11
8:12 36:3,3 49:10
49:18 125:4,4
141:10,11,11
184:21 185:4,7,14
186:5,10 205:18
206:6,8,12 217:5,12
217:13,14,15,16,18
219:12,20 220:3,7
222:21 223:6,17,17
229:9,20,22,24
231:7,24,24 235:2
235:14,15,21 236:3
236:4,4,5,11 241:23
242:10,14,15
249:20 250:2,6,22
251:6,8,12,13,15,20
251:23 252:11
253:8,24 254:9
255:8 256:25 257:8
257:14 263:16
264:7,10,17 267:7
275:17 278:2,2

281:1,1,1
**earlier** 81:13 85:10
96:12 112:17,25
118:16 140:7
141:20 150:10
162:22 163:3,12,23
168:14 177:12
190:16 191:11
198:15 199:9 216:2
237:7 241:16
249:10 257:25
258:9 270:4
**earliest** 59:3
**early** 16:2 30:12
40:19 57:22 59:2
108:9 112:3
**easter** 65:9,11,17
66:4 157:20 158:19
158:22 160:16
161:19,22 244:5
**eastern** 1:1 10:15
**eat** 65:22
**eci** 69:24,25 70:7,19
**econ** 239:16 241:17
**economic** 111:9
**economist** 167:18
223:11 232:12
263:21 275:22
276:2
**edition** 56:16
**educating** 274:3
**educational** 13:15
**effect** 228:2 240:2
**effects** 230:22
**efforts** 175:2
**egg** 1:3 2:24 4:15
5:10,18 6:8,18,20
10:13 11:18 15:10
15:18 16:5,6,13,19
17:2 18:2,2 22:7,21
22:25 23:2 24:3,4
24:10,11,11,13,14
24:14,25 25:2,4,5
25:19 30:17,19
32:24,25 33:4,18

34:10 37:3,22 38:14
39:4,20 40:15 42:23
42:24,25 45:10 51:2
51:12,15 52:2,15,16
53:6,10,12,16 58:17
58:19 59:25 60:3
61:2,4,11 63:15
64:24 65:23 66:2,6
68:5,13,18 69:25
70:2,8 71:2,10
74:13 75:19 78:3
80:3,13 81:5,12
82:11,19 83:2,22
87:7,8,22 88:6 96:7
98:16 99:2 100:3,8
103:9,12,17,22
104:8,11 105:2,8,12
106:15,22 107:9,14
112:4 113:17 114:3
114:13,22,24 115:2
115:8,9,10,17
116:13,16,24,25
122:24 123:6,7,10
123:12,20,23 125:8
125:9,9,16,18
126:11,12,14,17,20
127:4,13,15 128:6
128:15 129:15
130:3 131:22,25
132:3,8,18,19,23
134:5,6,10,19 135:9
135:18,19 136:13
138:24 144:11,18
144:19,20,25 145:3
150:16,23 154:2,6
154:24,25 155:5,9
155:20 157:24
158:2,19,21 160:7
160:15,17,21
162:20,22 163:3,4
163:13,17 165:2,3,5
165:15,18,23
166:15,20 167:3,9
167:10,13 170:23
171:3 172:7,15

174:3 177:2 178:14
178:16,19,21 179:3
179:4,4,17,18,19
181:12,14,15,16,16
181:18,19,19,21,23
181:25 182:2,3
187:15,16 190:18
190:20,25 191:5,15
191:19,21,23 192:5
192:5,15 199:13
201:14 202:17
203:16 205:16
209:25 213:5,5,21
220:5,8,9 221:12,19
223:9,14 224:21,21
225:14,21 226:22
227:4,9 232:13
233:3 237:10 240:2
240:3 241:10 245:5
246:8 247:18,25
248:19 249:5,13
251:17 254:20,21
255:4,7,11,23
274:10 275:23
276:6,9,12 281:2
**eggs** 15:4,6,9 16:18
16:19,24 17:2,16,17
17:19 18:4,9 20:3
22:6,7,7,9,17,20,22
22:23 23:4,5,17
25:19 29:17 30:14
30:22,23 32:16,25
33:18 34:5 38:2,10
40:9 42:19,20,21,22
44:12,15,16,17 46:9
58:3,4,8,10,13,19,23
59:11,19,24 60:4,20
60:22,25 61:21 62:6
62:8,21,22 63:15,21
63:24 64:5,15,19,21
65:2,10,10,11 66:2
66:16,17,20,22 67:4
68:8,12,12,16 69:2
69:5,24,24 70:11,13
70:15,17 71:2,6,14

71:18 74:3,7,19
75:4,12 84:17 85:2
87:23 88:7,22 89:4
89:15 90:22 91:7,16
91:17 92:3,8,18
94:9,10,13 96:11
97:25 98:7 101:10
101:12,22 102:3,11
104:2,5 106:13,20
107:4,5,6,11,12,13
107:16 110:23
115:12,14,16
119:25 126:9,15
127:12 131:23
132:5,10,23 133:2,6
133:14,16,18 144:8
144:21 155:15
160:3,25 161:8
169:8,15 171:5,13
171:14 176:23
177:18,20,21 178:6
178:8,11,24 179:2,2
181:2,8,10,13,20,22
181:23,24 182:8,13
182:13,17,18,19
188:23 189:7
190:19 191:4,15,19
192:5,15 200:6,9
203:16,21,24 205:5
205:14 206:20
208:21 209:5,22,23
210:2,3,5 213:11
214:14,19,24 215:4
218:4,5,8,9,10
219:5,8 220:12
221:13,17 225:23
226:2 228:2 232:9
233:9 234:9,15
237:2 239:10,11
240:11 243:23
252:18 253:2
257:23 258:3,15,19
262:12,15 266:12
267:20 270:20
273:6

**eight** 13:25 73:17
165:14
**either** 28:14,23
48:24 54:23 70:20
112:2 145:14 179:3
203:11 245:7
246:14 259:13
275:9 276:20
**el** 33:12 54:12
117:15 118:7
**election** 114:9
**elementary** 13:17,20
**elliot** 79:9 118:7
**elste** 83:4
**emerson** 13:17
**emmanuel** 13:23
**employee** 123:6,8,9
147:6
**employees** 147:25
**enabling** 130:2
**enact** 41:6
**encourage** 68:4 98:7
98:9
**ended** 87:20
**ends** 161:23
**energy** 237:25
238:17
**engaged** 58:18
**engaging** 244:18
**enhanced** 181:25
**ensure** 138:13 177:3
**entered** 32:2 230:17
**entire** 195:16
228:23 271:6
**entities** 266:14
**entitled** 127:4
134:18
**envision** 170:25
**enzyme** 24:14
**equal** 220:20
**equals** 258:15
**equipment** 51:11
144:3,9
**equivalent** 35:3

**errata** 279:7,9,12,15
280:5
**especially** 40:8
65:11 202:13
**esquire** 2:3,9,15,21
3:3,7,12
**essentially** 28:17
53:5 202:18
**establish** 28:11
30:21 37:12 41:3
80:24 103:12
150:22 151:3
**established** 29:16
30:12,15,17 37:8
151:10
**establishing** 84:14
84:17
**estimate** 20:7 22:19
23:13,19 25:16
32:18 34:2 59:19
65:4 275:22
**eu** 190:4
**eugene** 1:12 4:3 12:5
12:16 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1

99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1

234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 280:10
281:25
**europe** 51:12 189:18
190:4,5,12
**european** 189:18
**evaluation** 85:23
**eventually** 128:10
**everett** 128:5
**exact** 16:8 23:24
49:2 85:6 89:9
97:18 110:14 147:9
166:22 211:24
221:14 265:10,21
271:4 275:10
**exactly** 23:11 26:20
32:20 50:15 59:24
60:4 86:4 90:17
99:20 117:7 119:20
129:20 132:24
135:7,11 143:20
157:5 172:14 199:2
200:3 203:7 209:10
211:25 219:6 220:2
233:14,23 237:15
242:9 253:17 265:4
274:14 276:2
**examination** 12:9
121:12 168:9 258:2
259:23 260:13
274:21

**examined** 12:6
263:3
**example** 66:8
156:11 171:19
173:3,23 174:2
196:16 213:21
225:10
**examples** 167:15
175:21
**excel** 32:3
**exchange** 71:10
**excuse** 25:10 186:5
238:9
**excused** 277:2
**executive** 187:4
**exhibit** 4:11 5:3 6:3
6:18,20,22 7:3 8:3
49:5,9,16 78:8,14
78:15,24 80:2,11,11
86:9,16 87:4 89:21
90:5,5 93:13,20,21
96:14,20,21 97:2
98:15,22,23,23
102:15,23,24
104:10,17,23,24
109:17 113:16,25
119:5,12 126:20
127:3 134:10,17
150:10,11 151:14
151:20 169:21
170:3,10,11 176:5,8
182:23 192:24
193:25 199:9
200:12,13,15
203:17 205:18,23
206:2 208:11
210:11 215:10
217:5 222:20 229:8
229:16 231:7,13
235:2 241:20,23
242:6 249:19
250:22 251:5
253:23 256:24
257:6 260:17
262:24

**exhibits** 78:16 270:4
**existing** 68:3 69:5
72:23
**exotic** 225:9 245:7
**experience** 154:23
158:2 163:2 165:3
166:14,25 182:6,10
**experienced** 225:11
**expert** 156:4 233:11
238:8,11
**expires** 280:20
**explain** 44:9,14
53:25 133:25 157:8
157:16 270:11
**explained** 103:16
**explanation** 47:11
**export** 57:14 59:8
59:11 60:11 63:8
101:4 167:2
**exported** 58:25
59:19 60:24,25 61:3
62:21 101:11 166:5
**exporting** 58:22
59:12 62:8
**exports** 58:18 60:16
60:19 61:16,18
62:18 63:5,14 101:3
101:10 102:2,10
133:12 166:12,15
167:13 241:12,15
**extended** 110:24
112:19
**extent** 51:20 122:16
123:17 272:21
**extra** 171:12
**eye** 2:21

**f**

**f** 36:3 278:2
**face** 49:18 79:2 87:6
224:19
**faced** 255:17,18
**facilitate** 51:19
**facilitated** 131:11

**facilities** 24:22 25:7
25:8,12 72:4,7,10
72:23 94:8 108:20
161:5 178:3 229:2
**facility** 161:8 177:24
178:2,4 275:12
**fact** 88:20 136:3
244:2 261:13 272:7
**factor** 227:15,18,19
234:8,13,14 236:25
**factors** 38:24 39:9
39:11 155:5,12,15
155:20 156:8 157:7
166:19 221:12,16
225:14,21 239:24
240:2
**facts** 173:9
**faegre** 3:12 11:22
**faegrebd.com** 3:15
**fail** 279:18
**fair** 169:3 190:11
204:25 254:14
**fairfax** 2:10
**fall** 18:10 88:4
144:21 181:20
244:4
**falls** 65:17
**false** 238:15
**familiar** 56:5 57:13
71:11 73:13,19
75:11 143:8,10
**family** 128:2
**far** 15:16 17:19 21:9
30:4 39:10 56:22
118:24 130:19
132:4 138:19
146:24 147:7,9
159:24
**farm** 15:13 24:25
25:3 75:4 82:5,8
177:20 180:12
181:10,11 240:19
254:20,21 255:4,7
275:6

**farmers** 33:12 180:3
**farms** 3:10 11:13
  12:20 19:12 22:14
  22:15 27:9,23 30:2
  40:15 45:21 95:3
  118:17 128:3,5,6
  152:21 160:24
  176:22 177:14
  180:2 204:13
  207:12,13,21 211:8
  218:2,3 230:6,14
  243:4 254:10
  257:12
**fault** 186:12
**fda** 16:22
**feature** 7:16 215:11
  216:3
**february** 97:8,10
  156:13 157:10
  237:8 239:9,12
**federally** 1:16
**feed** 119:25 177:4
  179:25,25 180:8,13
  180:15,17,17
  237:25 238:16
  240:7
**feeding** 180:9
**feel** 135:3 276:17
**fell** 51:3 144:25
  212:23
**feme** 35:24
**field** 187:10
**filed** 10:14
**files** 193:14,16
**fill** 37:23
**filled** 194:6 262:11
**filters** 179:5
**final** 120:11
**finalize** 88:4
**financial** 256:20
**find** 152:15
**finding** 112:5
**fine** 86:18 129:19
**firms** 213:17

**first** 13:21 22:9 23:4
  79:16 86:17 87:14
  93:23 97:4 98:25
  103:2 104:25
  119:14 122:8
  127:23 135:13
  141:19 150:20
  152:3 158:7 165:16
  184:25 193:6 194:7
  194:24 195:2
  199:14 203:17
  206:11 208:15
  211:2 212:21 220:7
  224:8 232:3 236:4,7
  242:23 243:11,23
  275:10,11
**fit** 108:22
**five** 14:7 27:21 28:2
  34:12,13 73:17 94:5
  97:15 103:8 151:22
  187:9 209:17,19
  247:2
**fixed** 40:6,7,12
  182:17,20
**floating** 132:15
**flock** 106:4,5 108:9
  108:22 111:8
  112:18 154:13,24
  155:6,8,19,25
  156:15,19,24
  160:20 163:20
  164:7,20,25 165:4
  236:15 240:15
  241:11,14 243:20
  244:6 251:25
**flocks** 108:19 112:3
  112:3,16 161:13,14
  161:15,19,21
  163:19 243:25
  244:2,3,8,11
**flow** 24:12
**flowers** 33:6
**foam** 39:5 171:10
  174:17

**fob** 195:7
**focus** 126:10 131:24
**focused** 84:23
**focuses** 18:23
**follow** 211:11
  247:16
**followed** 275:8
**following** 97:21
  103:22 105:25
  106:24 110:20
  112:11 214:13,16
  232:13 236:24
**follows** 12:7
**food** 16:22 37:24,24
  77:19 78:2 118:23
  119:2,2 125:23
  128:4 171:14
  183:25,25 184:7
  187:25 188:6,9,16
  188:19 190:16
  191:5 194:5 198:8,9
  218:5,6,13 267:16
  268:6
**foods** 2:24 11:2,18
  21:25 33:6,10,12
  36:11 54:12 82:2,16
  97:19 116:4,6
  117:18 119:16
  208:13 223:7
  242:21 268:21
**force** 18:5
**forecast** 111:9
  251:17 252:11,20
**foregoing** 280:3
**forgive** 186:11
**forgot** 129:6
**form** 7:8 71:4 79:6
  126:16 159:18
  186:16,18 192:25
  194:5 239:19
  263:12 267:23
  268:12,18 269:10
  270:14 273:2,25
**formal** 133:21 134:6

**format** 202:2
**forth** 174:24 175:3
**fortin** 82:17 85:20
**forum** 70:11,17
**forward** 232:8,22
**forwarded** 219:10
  232:5
**forwards** 217:18
**found** 139:24
**foundation** 265:14
**founder** 67:8
**founding** 127:25
**four** 14:3 20:22
  78:25 87:5 97:2
  142:19 187:10
  247:12 270:18
  276:22
**frame** 19:22 40:20
  69:19 89:6 141:23
  212:8 265:23,25
**francesville** 25:2,11
**free** 24:12 135:3
  181:23 182:3,3
  184:6 270:21
**freeze** 68:21
**freight** 195:17,19,20
**frequent** 31:13 60:5
**frequently** 59:18
**fresh** 54:15,16
  117:24
**friday** 239:24
**fromme** 273:18
**front** 90:7 201:21
  260:18
**frozen** 24:13,13,14
  37:7 68:21,22
  115:17 126:15
**fsis** 51:4 77:16
**fuchs** 60:21 61:14
**full** 12:14 14:9,11,16
  15:7 110:22 111:2
  130:3 147:6 169:14
  169:17,19 170:23
  171:3,7 199:14

**fullerton** 223:13
**function** 50:21,24
  77:24 98:4 198:25
**functions** 18:25 52:5
  199:7
**fundamental** 16:15
**funds** 197:15,17,19
**further** 6:9 54:23
  79:6,8 84:15 103:10
  107:12 113:17
  114:4,12,19,21
  115:5,7,13 135:23
  143:5 145:3,4
  150:21 151:2 164:5
  179:7,12 239:25
  246:3 259:23
  274:15,21
**future** 222:8
**futures** 70:25 71:6,8

**g**

**g** 141:10,10 267:7
**ga** 5:21 109:19
**gable** 179:13
**gary** 265:19
**gather** 177:18,20
  184:5
**gathered** 123:13
  178:7,8
**gean** 267:4,18
  268:16
**gearing** 66:12
**gears** 132:17
**gene** 83:13 87:9
  90:24 111:23 118:9
  148:5
**general** 2:18 11:2
  15:5 18:14 19:6
  33:8 88:18,22 99:22
  144:16 186:19
  197:12 201:25
  202:6 209:21 210:2
  267:14 269:24
**generally** 88:16
  137:24 142:19

155:23 158:3
  197:22 233:21
  263:5
**generated** 75:3,10
**geographical** 21:14
**george** 115:25
**george's** 255:6
**georgia** 4:21 25:6
  89:23 90:9,12,15,17
  90:18 99:7 105:5
  110:5,12 145:16
**germany** 60:21
**getting** 173:11
  227:16,20,24
  246:24 265:15
**ghinton** 229:25
  235:20
**gibber** 79:9 117:14
  118:7
**gilster** 33:9
**gist** 220:5
**give** 13:14 18:24
  31:18 58:3 59:2
  170:6 175:11
  193:10 195:18
  203:13,14 212:4,6
  221:25 222:3,14
  261:11
**given** 47:11 49:14
  62:7 100:18,19
  142:10 175:16
  184:6,22,24 185:6
  185:19 186:19
  194:5 197:15 209:2
  278:10
**giving** 122:21 222:6
  227:5 255:10 256:3
  274:3
**glenn** 83:11,12
**global** 268:21
**go** 13:18 18:18,22
  22:9 23:4 25:8
  26:10 29:8 31:19
  36:6,8 38:25 39:9
  51:7,17 70:13 75:6

75:13 81:24 82:3,4
  86:19 106:9 115:22
  125:23 138:5
  147:22 155:5,12,16
  156:25 157:7,9
  159:25 161:3,4
  166:19 175:10,12
  177:13 179:8,10
  180:14 184:9,12,19
  190:3 195:14 197:5
  206:22 221:23
  234:16 240:24
  243:21 245:25
  246:8,9 251:10
  252:4 257:16,20
**goal** 106:4 244:10
**goals** 172:8,11
**godfrey** 2:3 11:6
**goes** 18:8 106:23
  156:2 158:20 159:3
  175:14 179:5
  245:19,20
**going** 14:6 19:6
  28:15 38:2 41:5,8
  41:10 47:9 58:11
  59:25 76:3 78:17
  81:10 88:21 93:25
  96:20 103:7 104:16
  105:6 112:14
  113:24 122:21
  124:2,5 131:4,9
  138:3 156:24 158:8
  158:14 161:15
  163:8 165:24
  166:20,21 167:7
  168:19 183:11
  189:7 190:7 197:5
  198:14 202:9
  206:15 214:18
  220:12 225:6
  232:22 240:21
  246:14 253:7,8
  260:23 262:4
  266:13 271:22
  272:15,16,19 274:6

275:23
**golden** 116:6,7
  117:6
**good** 12:12,13 13:12
  36:24 59:5 76:16,21
  76:24 111:4 117:12
  121:15 154:6 169:4
  278:5
**goodegg.com**
  229:25 235:23
**goods** 144:10
**gosh** 218:12
**gotshal** 2:20 11:17
**government** 47:22
  50:24 51:9,18 52:3
  147:3,5 173:12
  204:2,3,7
**governmental** 77:20
**grade** 13:21 44:8,11
  84:25 85:12,23 96:8
  178:13 199:4
  203:16
**graded** 44:13 45:5,6
  45:9 84:12 178:12
  178:13
**graduated** 14:3 15:2
**graduation** 14:2
  15:7
**grain** 180:3,14
**graph** 159:23
**great** 111:6 124:22
**green** 116:22 146:15
**greg** 10:17 77:4,11
  79:15 110:9 162:3
  162:10 210:19
  211:4 217:19
  235:20 247:6,13
  266:18 276:23
**gregorich** 119:16,19
  208:12 261:8 269:5
  269:18,19,20,22
  270:11
**gregory** 1:12 4:3
  12:5,16 13:1 14:1
  15:1 16:1 17:1 18:1

19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1,13 84:1 85:1
86:1 87:1,9,16 88:1
89:1 90:1,25 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
105:25 106:1,17
107:1 108:1 109:1
110:1 111:1,23
112:1 113:1 114:1
115:1 116:1 117:1
117:16 118:1,9
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1,5
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1

167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
280:10 281:25
**grind**  180:9
**grocers**  22:2 27:7
**ground**  230:15
**group**  18:7,7 110:9
  270:17
**groups**  41:5 47:10
  248:20 270:23

**grout**  183:21 194:6
  194:7
**grove**  83:9
**grow**  161:5 180:16
  262:14,14
**growing**  108:20
  262:14
**grown**  262:4
**growth**  262:5
**guess**  14:14,23
  53:10,13 66:24 67:9
  101:15 117:11
  125:5 133:25 147:7
  152:14 157:9
  185:24 214:15
  222:6,12,15 236:2
  245:8 248:10,12
**guests**  110:8
**guideline**  206:22
**guidelines**  41:4,9,13
  41:16,21 55:24
  73:14 79:12 91:20
  92:15 94:5,7 120:4
  120:7,15 173:13
  238:2,17 240:16
  253:16 260:25
  261:10 262:7
  272:14,20
**guthrie**  25:2,3
**guys**  141:15 142:18
**gysl**  96:6

**h**

**h**  4:9 5:1 6:1 7:1 8:1
  281:1
**half**  14:25 15:22
  171:8,11 173:4
**hammond**  82:22
**hand**  75:13 86:20,24
  170:5,13 186:24
  278:12
**handed**  100:17
**handing**  127:2
  134:16 151:19

**handle**  25:22
**happen**  40:4 67:24
  89:17 122:6 275:23
**happened**  59:15
  89:18 122:7
**happening**  157:16
**hard**  157:8,16
**harmon**  251:6,14
**harrington**  116:23
**harris**  250:3
**hatch**  161:3 233:3,7
  233:16
**hatched**  106:10
  177:22 252:3
**hatchery**  108:19
  161:2 177:21
  243:24
**hatches**  233:19
**hatching**  243:25
**hayward**  117:25
**head**  23:12 33:13
  53:16 60:22 82:8
  204:10,16 216:16
  234:24
**headed**  94:3,23
  100:24
**heading**  80:13 97:4
  97:7 98:25 103:2
  104:25 110:3 114:3
  200:23
**headquarters**
  213:16
**height**  173:19
**held**  10:8 15:25
  16:10 17:3 87:21
  88:3 152:21 179:20
**help**  15:18 51:8,19
  51:23,24 52:2 58:2
  58:5,6 66:3 112:5,6
  122:24 138:13
  170:6 172:10
  214:19 233:16
**helped**  15:3 61:21
  249:13

| | | | |
|---|---|---|---|
| **helping** 15:4,4 | 104:1 105:1 106:1 | 236:1 237:1 238:1 | 86:1,9,16 87:1,4 |
| **hen** 73:11 261:22 | 107:1 108:1 109:1 | 239:1 240:1 241:1 | 88:1 89:1,21 90:1 |
| **hendrix** 42:5 55:20 | 110:1 111:1 112:1 | 242:1 243:1 244:1 | 90:10 91:1 92:1 |
| 56:4 153:14,15 | 113:1 114:1 115:1 | 245:1 246:1 247:1 | 93:1,13,20,21,25 |
| 176:4 183:8 | 116:1 117:1 118:1 | 248:1 249:1 250:1 | 94:1 95:1 96:1,14 |
| **hennehe** 117:8 | 119:1 120:1 121:1 | 251:1 252:1 253:1 | 97:1,6 98:1,15 99:1 |
| **hens** 98:9 106:6 | 122:1 123:1 124:1 | 254:1 255:1 256:1 | 99:4,8 100:1 101:1 |
| 108:6 112:6 | 125:1 126:1 127:1 | 257:1 258:1 259:1 | 102:1,15,22 103:1 |
| **hi** 11:11 121:18 | 128:1 129:1 130:1 | 260:1 261:1 262:1 | 104:1,10 105:1,4 |
| **hickman's** 128:2 | 131:1 132:1 133:1 | 263:1 264:1 265:1 | 106:1 107:1 108:1 |
| 129:7 | 134:1 135:1 136:1 | 266:1 267:1 268:1 | 109:1,17,25 110:1,6 |
| **hidden** 60:23 | 137:1 138:1 139:1 | 269:1 270:1 271:1 | 110:9 111:1 112:1 |
| **high** 3:7 14:3,4,13 | 140:1 141:1 142:1 | 272:1 273:1 274:1 | 113:1,16,24 114:1,7 |
| 14:15 24:11 157:11 | 143:1 144:1 145:1 | 275:1 276:1 277:1 | 114:10 115:1 116:1 |
| 157:12 236:16 | 146:1 147:1 148:1 | **hinton** 1:12 4:3,12 | 117:1 118:1 119:1,5 |
| 239:10,12,14 | 149:1 150:1 151:1 | 4:14,15,18,20,23 | 119:15,18 120:1 |
| 258:14 | 152:1 153:1 154:1 | 5:4,5,7,8,9,10,12,13 | 121:1,15,20 122:1 |
| **higher** 246:6,19,21 | 155:1 156:1 157:1 | 5:16,17,18,20,23,24 | 123:1 124:1 125:1 |
| **highest** 156:14,16 | 158:1 159:1 160:1 | 5:25 6:4,5,6,7,8,12 | 126:1 127:1,8 128:1 |
| 237:8,9 245:6 | 161:1 162:1 163:1 | 6:13,14,15,16,17,24 | 129:1 130:1 131:1 |
| **highlighted** 111:10 | 164:1 165:1 166:1 | 7:4,6,8,10,12,13,16 | 132:1 133:1 134:1 |
| **highly** 1:7 13:1 14:1 | 167:1 168:1 169:1 | 7:18,19,21,23 8:4,6 | 134:16,23 135:1 |
| 15:1 16:1 17:1 18:1 | 170:1 171:1 172:1 | 8:8,9,11,12 10:18 | 136:1 137:1 138:1 |
| 19:1 20:1 21:1 22:1 | 173:1 174:1 175:1 | 12:5,12,16 13:1 | 139:1 140:1 141:1 |
| 23:1 24:1 25:1 26:1 | 176:1 177:1 178:1 | 14:1 15:1 16:1 17:1 | 142:1 143:1 144:1 |
| 27:1 28:1 29:1 30:1 | 179:1 180:1 181:1 | 18:1 19:1 20:1 21:1 | 145:1 146:1 147:1 |
| 31:1 32:1 33:1 34:1 | 182:1 183:1 184:1 | 22:1 23:1 24:1 25:1 | 148:1 149:1 150:1,9 |
| 35:1 36:1 37:1 38:1 | 185:1 186:1 187:1 | 26:1 27:1 28:1 29:1 | 151:1,19 152:1 |
| 39:1 40:1 41:1 42:1 | 188:1 189:1 190:1 | 30:1 31:1 32:1 33:1 | 153:1 154:1 155:1 |
| 43:1 44:1 45:1 46:1 | 191:1 192:1 193:1,8 | 34:1 35:1 36:1 37:1 | 156:1 157:1 158:1 |
| 47:1 48:1 49:1 50:1 | 193:13 194:1 195:1 | 38:1 39:1 40:1 41:1 | 158:18 159:1 160:1 |
| 51:1 52:1 53:1 54:1 | 196:1 197:1 198:1 | 42:1 43:1 44:1 45:1 | 161:1 162:1,4,10,13 |
| 55:1 56:1 57:1 58:1 | 199:1 200:1 201:1 | 46:1 47:1 48:1 49:1 | 163:1 164:1,22 |
| 59:1 60:1 61:1 62:1 | 202:1 203:1 204:1 | 49:9,14,15 50:1 | 165:1 166:1 167:1 |
| 63:1 64:1 65:1 66:1 | 205:1 206:1 207:1 | 51:1 52:1 53:1 54:1 | 167:21 168:1,12 |
| 67:1 68:1 69:1 70:1 | 208:1 209:1 210:1 | 55:1 56:1 57:1 58:1 | 169:1,21 170:1 |
| 71:1 72:1 73:1 74:1 | 210:19 211:1 212:1 | 59:1 60:1 61:1 62:1 | 171:1 172:1 173:1 |
| 75:1 76:1 77:1 78:1 | 213:1 214:1 215:1 | 63:1 64:1 65:1 66:1 | 174:1 175:1 176:1,4 |
| 79:1 80:1,17 81:1 | 216:1 217:1 218:1 | 67:1 68:1 69:1 70:1 | 176:8,14 177:1 |
| 82:1 83:1 84:1 85:1 | 219:1 220:1 221:1 | 71:1 72:1 73:1 74:1 | 178:1 179:1 180:1 |
| 86:1 87:1 88:1 89:1 | 222:1 223:1 224:1 | 75:1 76:1 77:1,4,11 | 181:1 182:1,23 |
| 90:1 91:1 92:1 93:1 | 225:1 226:1 227:1 | 77:14 78:1,8,15,20 | 183:1,6 184:1 185:1 |
| 94:1 95:1 96:1 97:1 | 228:1 229:1 230:1 | 78:22,24 79:1,15 | 186:1 187:1 188:1 |
| 98:1 99:1 100:1 | 231:1 232:1 233:1 | 80:1,2,10,11 81:1,3 | 189:1 190:1 191:1 |
| 101:1 102:1 103:1 | 234:1 235:1,18 | 82:1 83:1 84:1 85:1 | 192:1,24 193:1 |

194:1 195:1 196:1
197:1 198:1 199:1
200:1,15 201:1
202:1 203:1 204:1
205:1,18 206:1
207:1 208:1 209:1
210:1,11,18,20
211:1,4 212:1 213:1
214:1,11 215:1,10
215:17 216:1 217:1
217:3,5,20 218:1
219:1 220:1 221:1
222:1,17,20 223:1
224:1 225:1 226:1
227:1 228:1 229:1,8
229:15 230:1 231:1
231:7,13,22 232:1
233:1 234:1 235:1,2
235:8,20 236:1
237:1 238:1 239:1
240:1 241:1,23
242:1,6 243:1 244:1
245:1 246:1 247:1,6
247:13 248:1 249:1
249:17,19 250:1,22
251:1,4 252:1 253:1
253:23 254:1,5
255:1 256:1,24
257:1,6 258:1,7
259:1 260:1,16
261:1 262:1 263:1
264:1 265:1 266:1
266:18 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1,17 276:1,23
277:1 280:10
281:25
**hire** 181:9
**hired** 183:24
**history** 271:7,10
**hodges** 254:16
**holding** 179:6
**holds** 105:21

**holiday** 243:12,20
244:12,23
**holidays** 244:13
**holy** 232:9
**home** 7:4 176:9,17
176:20
**honest** 222:15
**honestly** 47:12
**hong** 60:25
**honor** 103:21
**hope** 62:3 244:23,23
245:3
**hotel** 110:21
**hours** 14:12 178:7
233:7
**house** 15:19 44:18
44:24 164:7,20,25
165:4
**houses** 15:20 45:2
64:13 74:6 177:17
178:9 261:24
262:20
**housing** 178:5
227:17,21,24
**houston** 2:5
**howard** 47:18 49:19
118:10 145:8 146:2
146:5,7,10,10,13,14
146:16,18,19
147:14,22 148:4
**huge** 225:5
**hull** 116:12
**husbandry** 79:12
87:23 88:7 94:4
**hy** 266:23 267:2
268:4,8
**hyde** 275:5
**hygrade** 2:24 11:18
**hypothetical** 156:4

**i**

**idea** 71:23 126:16
170:6 221:25 222:9
222:9 247:25
249:13

**identification** 49:11
78:11 80:6 86:12
89:25 93:16 96:17
98:19 102:19
104:13 109:21
113:21 119:8
126:23 134:13
151:16 169:23
176:10 183:2 193:3
200:18 205:20
210:14 215:13
217:7 222:23
229:11 231:9 235:4
242:2 249:21
250:24 253:25
257:2
**identify** 81:18
115:18
**identity** 10:21
**il** 2:16 3:14
**illinois** 4:17 10:24
80:4,15 97:8 118:22
**impact** 74:2 120:2
**impacting** 102:2,10
246:17
**impair** 225:18
**imperative** 279:14
**implement** 94:7
**implementation**
229:4 253:15
**implementing** 94:4
**important** 54:2
268:7
**improve** 84:4
154:25 199:18
**inception** 129:13
**inch** 73:14 240:19
**inches** 106:9,10
120:8,9,12 226:5,19
226:22 227:2,7,11
252:4,25 253:6
261:12,14,18 262:8
**incident** 224:23
**include** 69:8 126:13
136:5 269:25

270:12
**includes** 100:3
126:9 195:7
**including** 22:21
99:4 105:3 264:8
**incorporated**
127:16 128:22
**incorrect** 189:24
**increase** 74:8 120:6
120:11,17 160:17
165:5 226:7 227:12
240:21 241:4,5
252:24 256:8
257:22 261:3 262:8
266:11
**increased** 158:25
227:25 252:25
261:15,18 265:8
266:5
**increasing** 73:10
275:2
**incubated** 177:22
**index** 9:1
**indiana** 12:18,23
13:24 14:6 15:12,14
24:25 25:2 122:19
128:2,4,6 180:5
**indicate** 267:18
**indicated** 263:5
278:6
**indicators** 110:22
**indirect** 2:12 11:9
168:14
**individual** 35:15
178:14
**individually** 125:25
**individuals** 18:17
20:8 49:20 258:14
**industrial** 191:6
**industries** 143:6
**industry** 16:14 67:7
67:11 70:2 76:9
96:7 111:24 154:24
158:3 163:3 165:3
179:15 188:2,9,20

190:16 205:9
223:14 224:22
276:6,9,12
**influenza** 224:20
225:2,8 245:9,19
**information** 6:19
7:8 35:7 74:12
100:2,10,14,16,18
100:19 123:14
126:21 127:5,15
172:18 173:3,14
184:5,11 186:18
192:25 194:4 201:7
201:17,20 202:6,7
203:15,15,20 204:8
216:15 236:19
252:6,12,19,21,24
253:4,6 256:15,19
263:9,18,25 274:3
**informed** 271:21
**informing** 226:25
**initially** 49:6 272:3
**inside** 18:5 19:9
**inspect** 18:8
**inspected** 178:12
**inspection** 18:7
19:25 51:6 77:19
**inspections** 15:19
**inspector** 175:16
**inspectors** 51:9
**instance** 23:16
41:23 60:8 81:25
100:3
**instances** 69:17
**instructions** 279:2
**integrate** 179:22
**integrated** 169:8,10
175:25 177:10
178:6 180:18
**integration** 177:3,9
**integrity** 106:25
**intending** 49:5
**intent** 263:6
**intentions** 112:2,16

**interest** 20:13 87:25
**interested** 211:2
266:20 278:11
**international** 21:21
63:4 188:4,12,19
**internationally**
189:15,16
**interrupt** 207:25
**introduced** 168:13
**inventory** 68:14
223:20,25 224:4
**invoiced** 19:15
**involve** 16:16 45:19
63:14 69:12
**involved** 15:9 55:21
56:2 72:3,12 131:14
136:7 138:17 274:5
**involvement** 45:25
55:5,14
**involvements** 42:9
**involves** 78:1
**involving** 18:10
51:14
**iowa** 25:3 82:6,8
223:15
**iraq** 59:12,15
**irving** 106:18
232:12
**irving's** 107:20
**isaacson** 106:18
**issue** 36:17 84:7,9
84:20 85:5,8 88:13
91:9 93:10 107:23
193:9 268:15
**issues** 44:4 51:5,9
52:3 237:25 238:16
239:6
**italics** 172:3
**item** 90:21 106:19
**items** 97:15 202:4
**iupui** 14:5

**j**

**j** 2:9 250:3

**james** 2:15 10:23
**january** 5:11,19,21
98:16 99:3,6,10,16
104:11 105:2,5
109:18 110:4,11,14
110:15 111:18
236:23 264:6
**japan** 59:25 60:3
61:2,13 189:17
190:6,8,12
**jason** 3:12 11:21
**jason.burke** 3:15
**jeff** 117:2,3,3 141:12
141:13,14,18,20,24
142:3,15
**jeff's** 141:19
**jen** 15:13
**jenner** 2:14 10:24
**jenner.com** 2:17
**jerry** 83:9,9
**jim** 82:5 116:12
254:23,25
**jmalysiak** 2:17
**jmonica** 3:6
**job** 138:15,21 147:9
204:9,12,16,18
214:13 216:16
**joe** 82:17
**john** 3:3 11:11
33:10 82:22,23
119:15 208:12
261:8 269:4,17
**johnson** 3:20 10:4
**join** 41:11 53:13
62:9
**joined** 40:15,22 42:7
62:11 72:15 101:9
102:8 135:14
142:18
**joining** 41:16,24
58:19 61:16 101:25
**jr** 3:3 254:19
**july** 49:19 50:4
65:12,25 87:8,12
108:8 159:25

239:25
**jumbos** 171:12,12
**june** 79:2 80:14 81:6
159:8,16,25 199:14
**jurgen** 60:20 61:14
**jurisdiction** 78:4

**k**

**k** 1:14 3:4 10:9 24:9
141:10
**katz** 223:7,18
226:25
**keep** 17:6,8,11
68:15 76:6 179:19
226:17 262:12
**kel00003257** 7:11
200:17 201:13
**kel00003259** 200:17
**kellogg** 2:18 11:2
**kellogg's** 33:8
**ken** 97:17 100:25
242:16,18,20
258:13
**kevin** 217:19,19,23
219:10
**kids** 65:19
**kill** 225:17
**kim** 3:20 10:4
273:14,18 274:3
**kin** 278:11
**kind** 17:15 39:4,8
51:14,23,24,24
83:14 140:4 146:14
155:14 174:23
177:12 216:15
224:20 271:7
**kindergarten** 13:16
13:20
**kinds** 171:9
**knew** 50:8 74:17,18
153:19 263:25
**know** 19:6 23:11
28:19 33:25 45:19
47:12,13 48:22 50:9
56:13 58:6 63:23

66:13 67:9 71:21
73:16 74:21 77:24
82:7,9,14 85:17
89:18 97:17 105:21
115:5 117:20
118:25 124:10,21
126:8,18 127:17,21
130:18 132:5,16,22
133:3,5,7,20 135:2
137:17 138:16,19
139:15 143:7,17,18
143:19,20 145:6,13
145:20,25 146:14
146:24,25 147:8,9
148:3,18,20 149:11
150:3 151:6,9
152:24 153:5,6,8,8
153:9,10,12,16,19
156:22 157:6 158:6
158:13 159:19,21
160:10,11 161:11
164:9,13,22,23
166:22 167:16
184:19,20 185:4
193:19 200:7,8,8,9
202:3,11,23 204:5,5
209:10 214:17
217:13 218:10,24
219:5,6,17 232:10
233:17 234:22
235:25 248:5,6,12
249:11,12 250:8
252:14 255:2
256:14,19 258:25
259:4,20 262:6
267:5 275:6,9,11
**knowledge** 73:5
105:22 153:10
180:15 184:18
187:17 238:25
253:13 258:22
261:20 262:17
264:2 272:8
**known** 64:10 71:17
112:2

**knows** 233:20
**kong** 60:25
**kra00026658** 6:15
119:6,14
**kra00026663** 119:7
**kraft** 2:18 11:2
21:25 22:25 27:2
28:3 33:6,14,19
34:5,13 36:5,11
39:7,7 66:9,10
119:16 208:12
221:20 223:7,18
263:18 268:21,23
269:15,25 270:6,12
270:19 271:3,11,12
271:19 272:5,10,12
272:20 275:18
**kraft's** 271:25
**kreme** 33:9
**krispy** 33:9
**kroger** 21:24 23:16
23:18 26:16 171:20
171:20 264:25
265:6,9
**krouse** 79:15
**ky** 42:5 55:20 56:4
153:8,13,19,21
**kygo** 61:3

**l**

**l** 3:18 24:9,9 125:4,4
**label** 39:6 171:15,22
174:18 175:8 206:3
206:16,19 207:6,11
208:4 210:24
248:22
**labeled** 235:18
**labels** 208:7
**labor** 37:15 112:19
157:20 158:19,23
160:16 161:19,21
**laid** 178:6
**lake** 118:2 124:2,9
124:24 128:14,17

**language** 107:19
181:13
**large** 22:18 23:10
25:23 27:12 52:14
84:14,17,25 101:3,9
101:13,16,19
171:13,13 212:22
213:3,5 223:9
232:14,24 233:5,8
251:17 265:2
**largest** 21:23 22:13
120:2 187:16 225:8
**larry** 79:13 82:20
141:11 142:2,5,15
**las** 6:10 113:19
114:5,14,17
**late** 15:11 16:2
72:16 267:10
**law** 17:5,7
**laws** 16:21 136:2
**lawyer** 121:16
235:12
**lawyers** 122:2,5
**lay** 65:21 161:8
178:7
**layer** 178:2,3,4
180:2 230:23 234:3
240:24 241:4,6
**layers** 128:3,21
224:4 230:10 234:8
236:25 237:9 238:3
238:18 239:10
**laying** 161:6,7,10
261:22
**lead** 163:4,12,23
**leadership** 43:2
48:17
**leads** 44:20 177:5
225:15
**leave** 262:23
**lee** 2:24 33:9
**left** 129:6 159:24,24
179:23 260:3
**legal** 46:13 106:17
136:18 173:24

**legs** 161:6
**length** 17:15 27:13
**lengths** 246:12
**letter** 4:18 6:15
86:10 90:24 119:6
119:15,19,21,21,23
208:11 261:8 270:5
**letterhead** 119:17
**letters** 188:20
**level** 20:4 246:6,19
246:21 268:6
**liaison** 51:25 147:13
**license** 174:5
**lie** 222:12 237:17
263:7
**lied** 237:21 263:4
**light** 194:15
**limit** 17:5,7
**linda** 1:15 11:25
**line** 9:4,4,10,15,20
15:9 44:17,19,22,25
45:21,21 130:3
178:17 179:12
180:12 281:4
**lines** 173:24
**liquid** 24:10 37:6,9
37:22 115:16
126:14 179:3,19
195:25 196:14
208:20 210:4
218:10
**list** 49:21 69:24
94:23 128:24 129:2
152:20 174:4
213:18
**listed** 103:24 113:10
201:20 203:17
204:21 239:5
**lists** 95:2 157:19
165:14 204:2
**litigation** 1:3 10:13
134:20 281:2
**little** 191:20,24
198:16 221:9
239:25 246:3

249:10
**live** 12:17
**llc** 128:2
**llp** 1:13 2:3,9,14,20
3:3
**load** 15:4,5,18 17:3
**loading** 15:10,17
**loads** 166:6 179:11
**local** 130:9 180:3
197:17
**located** 10:9 213:16
**location** 15:25
**locations** 152:22
194:18 195:8,12
**logo** 123:16 257:16
274:9
**long** 13:3,7 17:6,11
20:20 30:11 43:9
50:6 59:24 68:15
107:15 139:6,11,22
192:11 246:9,12
276:5,8
**longer** 61:10 75:19
142:5 202:4 212:11
246:4
**longs** 70:4
**look** 32:13 43:10
70:14 80:9 86:15
90:4 93:19 94:2,24
102:23 109:24
119:11 125:12
152:13 170:4,4
172:2 176:19
183:10 184:25
186:13,22 188:3,10
194:12,21,23
196:19 202:5
207:22 208:10
211:3 212:21
215:16 219:9,19
221:3 223:2 232:3
235:8 256:11 259:2
259:4 260:18
262:24 264:4,5
275:19

**looked** 58:16 270:3
**looking** 23:24 62:4
70:4,13 152:20
167:14 170:7 196:6
201:14 207:18
216:19 233:19
258:25 276:2
**looks** 200:22 217:14
**looper** 97:16,16,17
97:21 98:12 100:25
258:13 259:5,10,14
**loose** 84:13,25 85:23
171:13 178:14,16
**lose** 62:6 246:10,12
**losing** 246:22
**loss** 44:8,11 85:12
96:8 199:5
**lot** 16:14 21:24 26:9
26:21 27:23 29:6
30:2 33:24 36:8
51:11 67:10 69:9
155:4 163:16
165:22 172:20
174:20 200:6 207:6
208:5 213:17
221:16 225:4 247:3
273:11,13,16
**lots** 204:2
**louisiana** 2:4
**low** 98:8 111:4
243:12,18
**lower** 63:8 68:24
98:7 186:23 221:5
244:12 246:4
**luker** 79:14
**lunch** 120:24,25
121:2,3
**lutheran** 13:22,23
13:24

**m**

**m** 2:21 36:3 125:4
141:11
**m&m** 33:7

**machine** 51:13
278:8
**magwire** 47:18,19
49:19 53:20 118:10
145:8 146:5,7,19
**mail** 4:12 7:12,19,21
7:23 8:4,6,8,9,11,12
49:10,18 185:4,7,14
186:5,10 205:18
206:6,8,12 217:12
217:13,14,16,18
219:12,20 220:3,7
222:21 223:6,17,17
229:9,20,22,24
231:7,24,24 235:2
235:14,15,21 236:3
236:4,4,5,11 241:23
242:10,14,15
249:20 250:2,6,22
251:6,8,12,13,15,20
251:23 252:11
253:8,24 254:9
255:8 256:25 257:8
257:14 263:16
264:7,10,17 275:17
**mails** 7:18 184:21
217:5,15
**main** 33:2 52:8
178:9 213:16
224:18 240:10
**maine** 82:2 97:19
99:24 188:24 189:7
189:9 242:21,22,25
243:7
**major** 29:22 69:8
158:24 227:15,19
**majority** 24:16
97:25 182:18 244:3
**making** 15:20 19:16
66:7 101:9 111:17
137:2 246:16
**mallen** 2:6
**malysiak** 2:15 4:4
10:23,23 12:11
13:13 14:8 22:22

23:3 30:18 31:21
32:15 34:23 36:16
36:23 37:2 45:4,16
47:16 49:4,13 53:18
55:4 56:23 57:4,12
63:12 64:17 67:19
69:7,15 71:7,20
74:20 76:10,16,20
76:24 77:13 78:13
78:21,23 80:8 81:2
86:14 87:3 89:7
90:3 91:25 92:16,23
93:18 94:21 95:8,14
95:20 96:19,24,25
98:21 101:18
102:21 104:15,22
109:23 113:23
119:10 120:23
121:2 265:13
276:13
**malysiak's** 258:2
**management** 133:11
146:8
**manager** 15:15,24
16:2 75:9
**managers** 75:8
**manages** 160:21
**mandatory** 16:21
45:11 179:18
**manges** 2:20
**manner** 111:12
**mannion** 269:5
271:2
**manufacturer**
174:25
**manufacturers**
51:11 191:6
**march** 1:9 10:6
101:6 278:13
**marcus** 72:14 110:7
129:9,21,23 138:16
170:11 187:8 206:7
206:8 217:17
275:14

**mark** 2:9 11:8 49:6
117:10 168:12
197:16 215:7
**marked** 4:11 5:3 6:3
7:3 8:3 9:19 49:11
49:15 78:10,14,17
78:18 80:5,10 86:12
86:16 89:24 90:5
93:16,20 96:16
98:18 102:18,23
103:8 104:13
109:20,25 113:20
119:7,12 126:22
127:3 134:12,17
151:16,20 169:22
170:3,10,10 176:4,5
176:9,14 182:25
183:5,7 193:2,25
200:12,12,17
205:20 206:2
210:13,18 215:12
215:17 217:3,6
222:17,22 229:10
229:15,15 231:9,13
231:22 235:4,8
241:25 242:6
249:17,21 250:23
251:4 253:24 254:5
256:25 257:5
**market** 29:11,13,14
29:15,23 30:6,11,15
30:20,22,23,24 31:2
31:3,5,7,14 32:14
32:19 35:3 37:12
38:14 68:6,7 69:20
69:21 70:3 71:6,8
83:16 85:23 87:22
88:6 91:4 93:6,8
94:9,10 100:3,11
103:18 106:15,22
111:2 112:5,8,9,10
156:10,17 182:20
187:15 190:18
196:15,17 200:4
205:6 206:21 207:2

207:20,21 208:6,8
208:17,18,21,22,24
208:25 212:24
213:5,9,21 214:18
214:18,21,23,24,25
215:4,5 221:13,17
221:20 222:4,7,7
223:9 224:21 227:9
232:14,23,24 233:5
233:8,9 237:10
240:3 241:11
243:13 245:5 246:6
248:25 249:5
251:17 270:9,9
275:24
**marketers** 57:14
107:8,14
**marketing** 4:20 5:10
5:13,18 42:11,17,18
43:12 44:6 45:25
55:8,9 81:15 88:2
89:22 90:8,11 98:16
99:2,6,9 100:8
102:16 103:3
104:11 105:2,8,12
106:14,21 111:21
136:7 150:4,8 152:4
172:6 197:17
198:21
**marketplace** 246:17
246:17
**markets** 32:6 62:16
70:25 88:21 93:8
107:10,12 156:12
195:4,24 196:13
200:7 214:13,16
232:2,13 245:7
246:16
**mars** 33:7
**marshall** 25:4,4
**mart** 21:25 22:11
26:24 69:10 220:9
220:10,13,14,15,22
220:25 221:2 255:9
256:4,8 264:12

**mary** 33:9
**maryland** 173:17
**material** 85:22
258:10
**math** 13:10
**matt** 11:5 121:16,18
247:17
**matter** 10:12 100:10
**matters** 146:16
**matthew** 2:3
**maxim** 254:20,21
**mcbee** 141:11
**mcgriff** 116:17
**mckee** 33:9
**mcrabtree** 3:9
**mcwilliams** 269:6
271:12,14
**md** 1:4 10:16
**mdl** 1:4
**meal** 180:7,7,10
**mean** 38:12 42:18
44:19 45:5 53:9,11
58:9 60:10 62:5
65:16 67:21 69:21
72:24 95:24 96:6
115:10 129:17
133:9 135:7 137:20
143:8,25 146:10
147:8,17,18 149:6
154:8 156:7 158:4
163:9 167:16
169:13,18 177:7,8
184:23 185:2,23
196:2,23 206:17
207:7,25 208:19
211:12 214:15
220:17,23 223:23
223:23 224:16
226:20 233:21
239:4 241:13
243:15 246:7,19
257:18 262:2
266:17 269:24
**meaning** 39:7 95:12
171:3,7 243:19

**means** 79:18 85:15
115:6 196:4 199:21
207:10,14 232:10
**meant** 219:18,18
257:19 261:7
**meat** 78:5
**medium** 171:13
213:11
**mediums** 213:7
**meet** 19:3 121:25
172:6,7,11 240:15
244:10
**meeting** 4:16,19,21
6:9 43:18,22,25
79:16 80:4,14 81:4
81:6,8,10,11,19
84:2,6,20,23 85:4
86:10 87:12,14,20
89:22 90:8,12,14,18
91:9 93:10 97:8,10
97:12,13 98:12 99:9
99:12,25 100:7
103:6 104:5 105:5,7
105:12,15,17,18,19
105:23 107:23
108:13 110:11,14
111:17 112:22
113:5,10,12,13,18
114:5,12,16 118:14
139:23,25 142:13
153:3 158:7 172:10
199:12,13,16 265:5
265:7 266:4
**meetings** 4:23 43:12
43:16,22 44:5 47:25
48:7,12,13,14 93:14
93:24 100:15,17,20
105:21 106:2
123:20,21,22 124:6
124:13,14,16 135:9
140:12,16,21 142:7
142:24 146:12
148:10,13 152:5,6,9
152:17,20 153:4,8
153:17 184:12,18

mello 117:10
member 20:17 46:4
46:5,24 48:2 52:11
54:6 57:17,21,24
81:15 88:2 90:13
103:7 124:20
128:15 130:19
137:15 138:10
149:8,8 204:18
members 46:23 47:6
47:7 52:19,20,24,25
52:25 53:3,4,15
54:5,9 99:4 103:11
103:16,22 105:3
110:7,8 123:15,22
124:15 125:20
126:2 127:25
128:11 130:2,8,21
131:5,15 132:5,12
132:23 133:6 136:4
136:8,15 137:3,11
137:18,23 138:13
147:15,19 148:9,12
148:15,19 149:11
149:12,19,21
150:21 212:5
262:19
membership 48:3
50:20
memory 59:5 79:22
118:13
mention 22:11
24:17 53:21 129:6
mentioned 16:12
22:24 23:8 24:3
25:10 27:19 30:4
32:23 53:24 55:9
61:13 128:14
141:20 269:15
mentions 220:7
mercantile 71:10
merricks 225:9
mesavage 234:21,22
236:2 275:18

message 219:10
met 103:15 110:21
112:8 265:9,11,17
mexican 224:21
mexico 189:17
190:5,12 224:22
225:6
michael 2:24 11:17
33:11 112:7 117:14
117:18
mick 116:19
mid 202:21
middle 202:10,13
266:12
midway 186:25
midwest 3:15 11:23
152:25 212:22
213:3,4,9,14,17,19
232:14,23 233:8
mike 79:14 82:14
116:17 118:8
million 106:6 160:4
223:21,22 224:24
225:25 236:16
245:18,24
millions 159:9
mills 2:18 11:2 33:8
179:25,25 180:11
mind 80:22 144:23
173:16 263:19
mingled 94:14
107:16
mingling 107:3
minute 128:25
175:23 180:20
minutes 4:17 5:21
6:9 80:4 81:4,4
105:7,17 109:19
110:5 113:18 114:5
141:21 194:16
199:11 245:12
247:2 260:11
mischaracterization
165:7

mischaracterizes
167:5
missed 139:23,24
missing 158:23
missouri 25:4
misstate 216:12
mix 24:10 191:19
192:7,17
moark 82:24 117:6
254:18
mode 262:5
model 177:3,9
246:15 271:7
modernization
16:22
modified 24:14
modify 72:22,24
73:5
molly 3:7 11:14
molt 98:10 161:15
162:22 163:3,12,18
163:23 243:14
244:2,8,17
moment 170:4
183:11 205:23
208:11 223:2 235:8
239:7
monday 206:13
money 62:6 197:21
246:10,12,22
monica 3:3 4:7
11:11,12 13:12,18
22:20,23 30:8 31:17
32:11 34:19 36:12
36:15,20 44:20
45:15 46:12 53:7
54:25 56:18,20,25
57:8 63:10 64:6
67:16 69:3,11 71:3
71:16 74:15 75:21
76:5,12,18,23 80:16
80:21 86:18,23 89:5
91:21 92:13,20
94:17 95:6,11,18
101:14 109:7

120:20,25 128:12
130:12 131:16
132:10 133:23
136:17 137:4,12
138:5,18 142:21
149:3,14,22 151:5
154:7,15 155:2,10
156:3 157:2 158:5
158:12 159:11,18
160:8,18 163:5,14
163:25 164:14
165:6,20 166:17
167:4 169:9,16
172:16 185:10,15
185:21 190:21
191:7 192:8,19
193:7,15 196:3,24
197:8,24 198:4
199:22 201:23
202:9 205:10
207:16 210:21
214:2 226:8,17
228:3,16 230:8,11
230:18,24 233:10
234:10 236:6
237:19 238:7,11,19
239:18 240:25
244:20 245:21
248:6 252:16
259:11 260:2,6,10
260:15 263:15
265:15,16 267:24
268:14,20 269:16
270:24 273:7
274:11,15 276:19
monica's 274:25
monitoring 253:13
253:14
monte 255:5,6
month 122:10
161:12,17 212:22
233:3
monthly 195:22
196:7 212:3 233:4

**months** 110:25
159:17
**mooney** 107:18
111:22,24 112:11
112:15
**morning** 12:12,13
74:23 202:21
**morris** 1:13 3:3
11:12 118:3
**motion** 85:19 86:2,6
107:17,21 108:4,13
109:2 112:13,14,21
112:25 113:4
**motions** 112:12
**move** 30:23,24 58:4
58:17 61:21 101:2
104:16 112:14
113:24 161:7
174:11,17 206:21
**moved** 58:11 85:19
107:18 108:4
112:14
**moving** 270:8
**mschirmer** 2:11
**multifoods** 33:7
**multipage** 90:6
93:21 98:23 99:23
102:24 104:23
110:2 119:13
**multiple** 83:7
128:19 139:9,16
152:12,16 155:15
167:9 195:11,14
**mw** 233:5

**n**

**n** 2:1 3:1,18 4:1
141:10 267:7
**n.w.** 2:21
**name** 10:4,17 12:14
49:21 55:9 80:19,21
82:22 121:16
131:25 132:2
168:12 174:7
207:12 229:20

232:5 235:25 248:4
266:14 267:6
269:18
**named** 25:23 34:10
69:9 103:25 110:8,9
199:15
**names** 18:24 83:25
128:19
**nancy** 242:10,15,22
242:24
**nation** 187:16
**nation's** 106:5
**national** 21:19
82:10 125:9,23
126:4 127:24 128:4
197:16,16 209:11
210:8,9
**nature** 118:19
**near** 224:7
**necessarily** 19:20
32:3 37:10 127:9
154:21 156:7
198:10 237:6 272:5
**necessary** 279:5
**need** 41:8 63:21,24
64:5 84:24 98:7
111:12 112:4
161:25 167:18
219:14 222:3
233:22 244:24
252:14 275:14
**needed** 51:22 126:3
184:8
**needs** 19:7 126:8
195:4 262:11,16
**neff** 35:24
**negatives** 111:7
**negotiate** 28:16
38:16
**negotiated** 29:7
**negotiation** 38:9
271:19
**negotiations** 38:5,19
**neither** 84:18
278:10

**nepco** 25:5
**nest** 44:12,14,16
84:16 96:11
**nestle** 2:18 11:3 33:7
272:25 273:4
**net** 173:17
**nevada** 6:10 113:19
114:6
**never** 20:15,16
41:18 63:23 64:10
71:17 80:22 105:22
108:16,21,23 113:7
123:9 130:16 147:7
153:6 156:21
161:23 165:25
228:9 247:21 259:3
**new** 7:8 19:4 51:10
51:12,13,14,22 72:7
76:3 105:9,13,15
120:4 129:4 173:13
173:14 184:10
186:15,17 192:24
194:4 206:14
227:16,20,24
260:24 271:6
**newcastle** 225:9
245:8
**newegg** 125:6,7
129:5
**news** 112:8,11
**newsletter** 148:16
148:19,22
**night** 14:6,7
**non** 91:16,17 92:8
92:18 94:13 106:14
106:21 107:4,13,16
107:16 181:16
208:18,22 209:3
**norm** 117:23
**normal** 61:22
139:19
**north** 2:15 12:22
15:14 275:5,12
**northwest** 10:10

**notary** 1:17 278:4
278:16 280:17
**note** 225:22
**noted** 279:12 280:5
**notes** 4:19 86:10
87:11,15
**notice** 122:4,21
278:6
**notified** 255:9
**november** 101:4
166:6
**nucal** 83:8 125:5,5,7
129:4,5
**number** 4:11 5:3 6:3
7:3 8:3 10:16 23:25
40:7 49:17,20 79:3
80:12 90:21 91:5
93:5 95:2 97:24
98:4 101:2 110:2
111:24,25 114:2
120:11 127:6
134:21 135:24
150:11,11,15
151:23 153:24
157:11 160:3 174:5
174:6 175:10,11
183:9,11 194:12,13
194:21 196:19
199:9 201:13
207:15 217:10
221:3,11 222:17
224:4 229:16
231:14 234:8
236:24 237:8 238:2
238:18 239:10
240:6,14 241:11,11
241:12 242:7
249:24 251:4 254:5
257:7 258:12
**numbered** 97:15
162:17
**numbers** 87:5 90:6
93:22 97:3 98:24
102:25 104:24
114:2 119:14 120:5

120:16,18 160:11
193:25 205:13
215:17 222:18
224:3 232:18,19
234:3,18 246:5
259:15,15 261:2,22
**nutrition** 173:2
**nutritional** 172:22
172:23 173:9,14
**nutritionally** 181:25
**nw** 1:14 3:4

**o**

**o** 3:18 24:9
**object** 31:19 159:18
190:22 191:7 202:9
210:21 211:18
263:11 267:22
268:12,18 269:9
270:14 273:2,24
**objecting** 76:6
**objection** 30:8 31:17
32:11 34:19 45:15
46:12 53:7 54:25
56:18,25 57:8 63:10
64:6 67:16 69:3,11
71:3,16 74:15 75:21
89:5 91:21 92:13,20
94:17 95:6,11,18
101:14 120:20
128:12 130:12
131:16 133:23
136:17 137:4,12
138:18 142:21
149:3,14,22 151:5
154:7,15 155:2,10
156:3 157:2 158:5
158:12 159:11
160:8,18 163:5,14
163:25 165:6,20
166:17 167:4 169:9
169:16 172:16
190:21 192:8,19
196:3,24 197:24
198:4 199:22

205:10 207:16
228:3,16 230:8,11
230:18,24 233:10
234:10 236:6
237:19 238:7,10
239:18 240:25
244:20 245:21
248:8 252:16
259:11 265:13
**objections** 157:3
**obviously** 78:3
204:14 222:8
230:14 231:3 239:4
245:19
**occasions** 64:18
**occur** 225:3 269:8
**occurred** 104:20
226:15 273:20
**october** 90:9,12
105:9,13
**offer** 41:13 68:3,24
69:4,13 125:24
126:5
**offered** 97:25
**offering** 98:6
**offers** 70:11,14
**office** 19:18,20 93:2
106:18,23 107:20
122:7,9,9,11,18
130:9,10 145:10
187:9
**offices** 1:12 145:7
**official** 55:9 145:11
145:12 147:11
278:12
**officially** 153:3
**offset** 226:6 227:12
227:25
**oh** 3:8 19:2 22:14
60:9 68:19 183:16
188:16
**ohio** 33:12
**okay** 19:2 25:11
36:15 61:10 115:25
121:2 125:13

128:20 129:15
132:20 135:12
139:2,3,6 144:12
147:20 153:15
168:17,23 170:8
183:13,16 184:19
186:8 188:22
193:23 194:14
197:6,9,13 231:15
241:18 249:16
251:24 260:20
262:25 266:19
275:20
**old** 17:19 98:9
177:15,16,25
**older** 276:17
**olysky** 33:10
**once** 16:19 30:25
48:10 60:9 124:9,11
178:3
**ones** 23:9 25:25 26:4
26:7 27:22,24 29:4
29:25 30:3 54:11
72:7 125:10 142:16
148:3 153:9,10,11
224:18
**online** 201:6
**op** 83:5 131:13
247:19
**open** 68:5,7 69:20
69:21
**operated** 25:13
**opinion** 106:17
156:5 163:11,22
164:3 165:11,17
167:3 238:8,12
259:18
**optimism** 110:22
**option** 58:4,12,13
68:2,8,11,23
**options** 45:8 68:20
**order** 28:18,18,20
28:21 82:3 87:25
214:19 233:7

**orders** 19:11,11,12
66:23
**ordinary** 204:19
**oregon** 128:7
**organic** 181:22
**organization** 57:14
77:16 83:15 125:14
139:22 148:25
149:6
**organizations** 136:4
136:16
**organized** 135:17
**original** 279:15
**orleans** 105:9,13,15
**osborne** 79:13 82:24
84:11,15 107:18
**ourself** 149:7
**outbreak** 245:7
**outcome** 278:11
**outside** 18:5 19:8,19
180:8 181:2
**oval** 116:6,7 117:6
**overall** 18:14 120:5
120:16 261:2,22
**overbroad** 57:9
**overseeing** 17:25
**owned** 25:13 82:7
181:7
**ownership** 20:12

**p**

**p** 2:1,1 3:1,1,18
**p.m.** 277:4
**pack** 17:17 68:6
171:6,11,11 174:4
175:17 179:12
**packaging** 15:6
37:15,16 170:14,20
170:25 171:9 172:5
173:21 179:12
**packed** 16:25
178:14
**packer** 143:8 171:15
171:22

**packers** 143:6
**packet** 100:2,10
  150:15 153:24
**packing** 136:7
**packs** 171:7 178:14
**page** 4:11 5:3 6:3,24
  7:3,5 8:3 9:4,4,10
  9:15,20 49:16 78:25
  78:25 79:5 80:12
  87:5,10,14,19 90:7
  90:10 91:2 93:23
  94:2,25 97:2,4,6
  98:25 99:5 100:23
  103:2,5,7,8,9
  104:25 105:6,8,16
  105:24 110:18
  111:20 113:25
  119:15 150:14,15
  153:23 158:17
  162:19 169:21
  170:16,19 172:3
  176:9,18,20,21
  185:16 186:23
  187:14,23 194:8,11
  194:11 201:13,21
  203:17 211:4 224:8
  226:4,9,11 232:3,4
  242:14,14 258:10
  258:11 281:4
**pages** 91:3 94:22
  100:24 151:22
  183:15 184:25
  258:8
**pallets** 178:19
**panel** 173:9
**papetti** 79:14
  116:16,16
**papetti's** 2:24 11:18
**paragraph** 83:24
  84:11,22 87:19
  97:15,20 106:16,23
  108:2 111:21 114:8
  119:22 127:23
  129:24 135:16,24
  199:14 207:4

208:16 243:11
  260:19,22
**paragraphs** 84:10
  211:3
**paramore** 242:16,18
  242:20
**pardon** 176:15
**parents** 65:20
**parochial** 13:22
**part** 14:14 32:14
  41:12 77:22 79:19
  85:13 108:21
  167:17 184:2 186:6
  186:7,11 204:9,12
  204:16,18,19
  214:13 216:16
  233:25 234:4 239:3
  248:3 252:7 262:5,6
  268:2 270:17
  272:16
**participate** 41:9
  72:17,19 111:13
  166:11
**participating**
  108:12
**participation** 72:22
  268:10
**particular** 51:5 59:8
  61:7,12 63:22,24
  81:9 91:11 97:11
  99:12,21 105:14
  107:25 112:25
  114:15 125:22
  211:14 256:9
  261:15
**particularly** 83:12
  104:7 235:16
**parties** 10:22 135:24
  136:5,8
**partner** 11:14
**party** 278:11
**pasteurizer** 51:13
**pasteurizers** 179:9,9
**pasturization** 37:14

**patterns** 233:4
**paul** 79:13 82:24
**paycheck** 21:5
**peak** 66:11,15
  244:11,18,19,21
**pennsylvania** 1:1
  10:16 225:2
**people** 18:20 65:23
  81:19 93:2 172:9,12
  249:12 254:13,14
  264:8 268:25
**perceived** 45:13
**percent** 34:4 91:20
  91:23 92:4 94:16
  164:21 191:21
  192:14,15 258:18
  259:6
**percentage** 22:16
  23:17 25:17 32:16
  33:17 64:24 190:19
  191:3 270:20
**period** 20:6,25 21:3
  21:13,22 22:17
  24:22 25:13,17,21
  27:16 28:22 29:20
  31:6,13 32:17 33:19
  33:21 34:6,17 35:8
  35:14 37:4 38:4
  39:13,14,17 40:4,7
  42:14 45:22 50:20
  55:22 56:8 57:5
  59:20 61:15 63:19
  63:20 64:2,11,22,25
  66:11 71:12,22
  73:17,23 74:10
  75:18 89:8,13 91:14
  101:7 110:24 133:2
  141:13 161:12
  192:17 203:3,10
  209:7,9 211:20
  214:12 243:3,13
  244:4
**periodic** 211:21
  216:15,24

**periodical** 64:4
**periods** 75:19 246:9
**permits** 227:16,20
  227:24
**person** 43:22 48:11
  48:13 81:20 95:3,5
  201:12 250:5
**personal** 264:2
  266:21
**personally** 42:6
  47:13 51:21 137:14
  138:12 273:3
**persons** 94:24
**persson** 116:5
**pertains** 91:23
**pesciotta** 118:11
**phase** 73:18 227:6
  261:11
**phased** 73:15,25
**phone** 11:20 44:2
  80:25 201:12
  231:20 259:24
  260:4
**physically** 75:15
**pick** 66:3 70:20
  181:8,9,10 206:14
**picks** 66:7
**pickups** 181:3,4
**picnics** 65:25
**pies** 218:12
**pin** 167:7
**place** 243:24 252:3
  278:6
**placed** 178:16
  179:16
**placement** 243:22
  252:9
**plaintiff** 10:12
**plaintiffs** 2:7,12,17
  10:25 11:4 168:15
**plan** 64:15,15 108:6
  130:7,18 131:13,21
  233:18
**planned** 157:19
  161:17

planning 64:3,14
275:12
plant 45:3 51:7
84:25 85:12,23
175:17 178:25
180:5
plants 68:10
plastic 37:23
play 131:9
played 39:11
playing 148:6
please 102:5 134:2
168:20 170:18
176:19 186:13,22
196:19 199:8
201:24 208:10
215:7,16 221:3
232:3 241:21 258:8
258:8,12 260:17,18
261:6 279:4,9
plus 110:23
point 57:18 64:22
66:22 76:16 94:5
102:7 128:16 140:6
155:13 179:15
190:15 199:5
234:17 243:12,18
pointed 247:17
272:6
points 79:11 90:23
91:5,5 93:5 258:10
258:12
policies 108:17
policy 17:11 113:3
149:18
pollard 118:4
pollock 116:19
porter 1:13 3:3 10:8
11:12
porterwright.com
3:6,9
portion 206:12
219:9
pos 271:20

position 12:24 13:4
15:25 16:3,10 43:3
89:2 109:4 147:2,12
148:7 218:24 219:3
positions 14:18 20:8
187:10,10
positive 111:12,13
116:11,24 189:6
possibility 224:13
possible 103:20
153:21,25 154:13
157:18,23 162:19
162:21 165:2,15,18
166:4,15,24 203:9
259:23
possibly 37:15 50:13
51:10 58:13 144:4
186:20
post 70:16
posted 70:12
postproduction
131:11
potential 107:2
138:13
poultry 3:15 11:23
78:5 200:6,9
pound 179:13,14
201:15
pounds 40:7
powerpoint 6:22
151:14,23 162:16
practice 27:12 60:10
62:8 198:9
predicated 136:3
predict 233:24
prediction 236:23
prefer 197:12
preference 149:12
149:20
premix 180:11
prepaid 111:14
preparation 122:2
122:17
prepare 121:19,23
122:12 211:9,12

212:11,15
prepared 158:14
211:7,17,20,21,23
212:4,6,17
preparing 212:2,12
present 10:19 81:7
81:19 83:25 97:9
105:10
presented 105:25
111:22
preside 140:12
president 13:2
14:20 16:9 17:24
72:2 74:9 97:19
145:21,23,24
182:11 242:21
press 127:12
pressure 270:16,22
pretty 16:15 21:20
40:8 60:24 65:22
99:22 117:12 169:4
184:6
previous 183:20
217:18 219:13
233:3,6
previously 112:18
114:25,25 176:5
183:7 200:12
204:17 229:15
251:11
price 4:15 7:10 28:6
28:11,16 29:2,7
30:20 31:7,14 32:9
34:16 35:6,19 37:17
38:3,6,8,13 39:22
40:5,6,11,13 55:6
55:10 58:15 63:4,4
63:8,9 68:7 80:3,14
81:5,12 84:4 87:8
87:11 89:14 97:7,23
98:5 102:3,11
103:10,12,15,17,20
103:23 104:2,5
110:24 150:16,22
155:24,25 156:10

156:16 158:25
182:17,20 195:15
197:20,23 198:21
198:22,25 199:12
199:13,18 200:16
200:23 201:4,8,15
203:13 204:20,23
206:21 214:19
221:12,17 225:23
226:2 228:2 233:4
234:9,15 237:2
239:11 245:20,25
252:11 253:2
257:22 259:8
266:11
prices 31:15 32:10
37:7 68:24 111:2,4
120:2 154:2,6,14,25
155:5,9,11,20
156:25 157:12,24
160:17 162:20,22
163:4,13,17,24
165:2,5,16,18,23
166:16,20 167:3,9
167:10,13 196:8
203:15,21 205:8,8
227:4 244:19,22
246:4 255:11,23
pricing 18:4 19:13
29:25 182:12
194:22 195:2,3,22
197:15 219:12
270:8
primary 26:10,13
26:15,17,23,25 27:3
27:6,8,10 116:24,25
prime 33:10
printout 7:4 176:8
176:17
prior 58:19 61:16
101:25 191:8 192:3
229:2 235:11 270:4
privacy 36:21
private 171:15,18
206:16,19 207:6

208:4,7

**probably** 14:14
58:24 80:23 142:7
156:13 167:18
191:21 241:9 248:7

**problem** 45:13,19
107:3 111:9 225:12

**problems** 111:10

**proceed** 12:3

**process** 16:16 32:14
51:6,15,17,22 64:3
86:22 96:10,11
131:4,9 138:17
161:22 175:9
178:22 233:18
261:11

**processed** 1:3 10:12
19:13 281:2

**processing** 24:19
45:3 178:11 179:7

**processor** 54:23
79:8 103:11 115:7
115:13 145:4
150:21

**processors** 6:9 79:6
113:17 114:4,12,20
114:21 115:6 143:5
151:3

**produce** 33:11
82:21 92:4 125:8
130:22,23 144:3
174:4 180:6,16
261:19

**produced** 35:22
62:22 64:16 75:4
87:23 88:7 94:11
99:24 123:15
125:18 134:20
160:4 228:25
258:19

**producer** 51:8 52:15
83:22 136:4,16,24
143:7 180:19
187:16 254:22

**producers** 40:15
45:11 52:2 68:9
70:4,5 71:21,24
87:7 88:2 112:4
132:8,19 134:7
135:19,20 136:6
137:3,11,25 138:14
143:5 158:21 246:8
246:11,13

**produces** 115:16

**producing** 119:25

**product** 18:2 24:15
34:24 35:21,21 36:4
36:5,10,21 37:19
44:13,13 51:18
52:16 61:2 68:17,19
70:5,6 107:15
123:16 125:18
130:16,22,23
144:11 170:24
175:6 179:5,8 192:5
196:22 207:22
214:20 249:6

**production** 9:9
49:17 64:25 72:4,7
72:10,23 79:3 80:12
87:5 90:6 91:18,24
93:22 94:25 97:3
98:24 101:22
102:25 104:24
107:6 110:2 114:2
119:13 120:3,6,17
120:19 157:11
158:22 159:8,15,21
160:7,7,16,21 177:2
225:16,18 228:6
240:2,7,11,16,22
244:11,12,18
252:20 258:4 259:2
261:3 262:10 265:8
266:6 275:3,6,8,10

**products** 1:3 2:24
6:18,20 10:13 11:19
22:7,8,21,25 23:2
24:4,4,19 25:4,5,19

28:9 32:24,25 33:3
33:4,11,18 34:10,17
34:22 35:4,8,15
37:3,7 39:20 42:18
42:23,25 51:3,15
52:2,15 53:6,10,12
53:16 58:19 59:25
60:3 61:4,11 63:15
66:6,14,14 71:2,10
71:15 78:3,4 103:9
103:13,23 104:2,5,8
107:12 115:17
116:13 118:25
122:24 123:6,7,10
123:12,14,20,23
125:6,8,10,16,19,22
125:22 126:3,11,12
126:14,17,21 127:5
127:13,13,16
128:15 129:15
130:2,4,8,11,20,21
131:5,12,15,17,22
131:25 132:3,19,23
134:5,11,19 135:9
136:13 150:16,23
177:6 178:21
179:16,19 180:22
187:25 188:9,18
189:17 190:2,8,12
190:20,25 191:5,16
191:19,22,23 192:6
192:15 195:24
196:9,13 200:6
201:14 203:16
205:16 218:6,14
247:18,25 248:2,21
248:25 249:5,14
271:23 281:2

**profile** 7:6 182:24

**profitable** 62:2

**program** 41:18
45:10 55:15 72:18
72:20 73:11,25
91:12,13 92:19 95:5
95:10,16,17 96:3

106:3 107:2 112:16
120:9 149:2,13,21
150:5 197:3 198:7
219:15,19 220:6,8,9
220:11,15,21,22,25
226:23,23 227:3,7
229:3,5 230:7,17,23
252:2,8,9,18 253:8
255:13,19,25 256:4
256:9 257:21
262:18 264:22
266:7,17,24 268:11
268:24 269:23
270:2 271:3,15
272:25 273:10,17
274:5

**programs** 267:17

**prohibition** 262:19

**projected** 223:21

**projection** 223:9
227:4,9 228:19
233:2,8 251:21

**projections** 221:19
221:22 224:9
232:13,23 234:2
250:12

**projects** 232:12
234:3

**promise** 183:14
189:16 231:17

**promised** 109:7

**promoted** 16:9

**pronouncing** 234:23

**proposed** 112:9

**proprietary** 35:21
36:10,17

**prospective** 19:4
137:23 184:10

**protection** 135:25

**protein** 258:14

**provide** 89:14 130:3
171:5,7,8 186:10
203:20 223:8
252:23 263:25

**provided** 112:10
  184:14 228:19
  251:16 252:12
  264:20 268:3 271:9
  272:10
**provides** 259:7
**providing** 250:12
  252:5 253:3
**public** 1:17 31:9
  278:5,16 280:17
**publication** 56:6,9
**published** 31:7
  41:21 202:21,25
  216:9 233:5
**publishes** 203:25
**pulaski** 24:25
**pull** 179:7 199:8
  256:21
**pullet** 108:20 161:4
  177:24
**pulp** 39:5,5 171:9
  174:18,18
**punishment** 140:2
**purchase** 91:7,16
  106:13,20 107:6,13
**purchased** 94:12
**purchaser** 1:5 2:6
  2:12 11:7,10 33:15
  121:17 168:15
**purchasing** 29:11
**purely** 126:10
**purpose** 43:7 61:17
  79:10 84:2 114:20
  125:13,15 183:22
  199:16 226:25
**purposes** 134:17
  153:4 222:3
**pursuant** 278:5
**put** 16:25 17:2
  23:25 37:22,23
  41:19 69:23,24 98:3
  173:13,17 175:7
  178:19 179:6
  180:14 183:20,23
  184:6,8 186:12

198:13 226:24
  240:18 261:7
**putting** 37:13
  248:11

**q**

**quality** 18:7,9 19:25
  19:25 20:3 177:5
**quarterly** 195:23
  196:7,14
**question** 22:4 36:24
  52:22 100:6 102:4
  131:7 133:25
  149:16 152:14
  159:13 172:23
  188:3,11 191:11,12
  194:25 197:2
  202:12 238:19,21
  239:8 241:9 255:21
  263:14 273:15
  274:25 275:16
**questionnaire** 194:3
**questions** 9:19
  16:14 76:7 97:22
  138:24 162:14
  168:16 183:12
  198:14 257:24
  260:3,7,9 264:6,16
  274:16,18 276:18
**quick** 188:2,10
**quit** 212:2
**quite** 16:23 39:3
  184:3
**quotation** 35:18
  38:7 39:21 213:10
  213:14
**quotations** 30:7
  35:14 204:21
  216:23
**quote** 37:10,18
  84:12,13,14,17
  87:22 88:6,21 89:3
  89:14 90:22 208:17
  208:18 209:3,5,11
  209:11,14,25 210:2

270:10
**quoted** 241:16
**quotes** 37:5,6
  209:17,20

**r**

**r** 2:1 3:1,18 141:10
  141:10,10 278:2
  281:1,1
**ra** 207:5,8,10 215:18
**ra0005033** 7:7
  182:25 183:9
**ra0005035** 186:23
**ra0005043** 182:25
**ra0005046** 7:9
  192:25 194:2
**ra0005048** 193:2
**ra0005326** 8:13
  256:25 257:7
**ra0006385** 8:11
  253:24 254:6
**ra0006491** 8:10
  250:23 251:5
**ra0007500** 7:17
  215:12
**ra0007501** 215:12
  215:18
**ra0010549** 6:21
  134:12,21
**ra0010550** 134:12
**ra0012499** 4:13
  49:10,17
**ra0012500** 49:10
**ra0014219** 6:19
  126:22 127:6
**ra0014751** 7:24
  231:8,14
**ra0014753** 231:8,14
**ra0069068** 6:23
  151:15,24
**ra0069070** 153:24
  162:17
**ra0069072** 151:15
**raise** 160:25 177:15
  177:17,24

**ramp** 37:17
**ranch** 60:23
**randon** 137:7,14
  138:8,20
**randon's** 138:21
**randy** 116:22
  118:11 146:15
**range** 85:21 182:3,4
  192:22
**ranges** 27:15
**rate** 195:20
**rates** 195:23 196:12
**raupdate0005158**
  8:6 241:24 242:7,14
**raupdate0005159**
  8:7 241:25
**raupdate0005560**
  8:8 249:20,25
**raupdate0007136**
  7:12 205:19 206:3
**raupdate0008335**
  7:20 222:18,21
  224:8
**raupdate0008336**
  7:20 222:22
**raupdate0015948**
  7:22 229:9,17
**raupdate0015951**
  7:22 229:10
**raupdate0018104**
  8:5 235:3,17
**raupdate0019887**
  7:14 210:12,25
**raupdate0019888**
  7:15 210:13
**raupdate0044684**
  7:18 217:6,11
**ravaged** 224:21
**ray** 251:6,12,13
**reacted** 111:11
**read** 26:7 57:3 128:8
  135:3 136:10
  150:24 159:5
  192:10 251:22
  260:23 261:4 279:4

280:3
**reading** 135:7
219:22
**reads** 103:9
**ready** 173:11
**really** 18:9,23 45:22
51:14 52:7 95:25
130:17 140:15
210:25 219:13
259:12
**reason** 30:5 40:21
40:24 47:3 157:18
157:23 165:2 166:4
193:7 225:22
261:25 270:18
279:6 281:4
**reasonable** 53:8
192:6,16
**reasons** 57:25
153:25 154:13
162:19,20,21
163:16 165:15,15
165:18 262:2
**rebate** 197:21
**rebates** 198:2
**rebid** 28:15
**rebound** 243:13
246:6,18
**rebounded** 212:24
213:8
**recall** 34:7 40:14
41:22,25 42:12 43:5
43:11,15,21 44:4
50:15,16 52:4 53:15
53:17,23 54:7,8,17
54:21,22 55:3 57:6
57:20 58:23 62:18
63:3,7 73:20 74:6
75:17 79:19 81:7,9
84:6,19 85:8 87:16
88:5,11,17 89:11
90:14 91:8 92:22,24
96:4,5 97:9 98:11
99:25 100:9,13
101:24 102:7,12

103:25 105:19
107:22 108:14,25
109:3 110:6 111:16
112:24 113:7,11,13
114:19 116:19
119:18,20 123:13
124:20 131:24
134:8 137:6,13
139:8 140:4 142:16
145:11 146:6,17
148:23 149:5,25
150:6 152:10,19
153:6 166:2 190:4
190:17 191:13
202:24 203:22
208:12 209:16
212:7,18 216:19
221:14 236:18
253:17,19 259:16
261:6,23 263:6
264:10,19,24 265:2
266:8,15 267:3,8,12
268:22 269:3,8,20
270:25 271:13
273:19,22 274:13
275:13
**recalled** 129:4
**receipt** 279:16
**receivable** 19:14
**receive** 19:11 56:9
74:11 100:2 148:15
201:3
**received** 75:18
87:15 127:22
236:19 254:11
**receiving** 87:16
100:9,13,14
**recess** 77:7 109:12
121:7 162:6 168:4
214:6 247:9
**recognize** 127:7
134:22 151:25
231:21 242:8
**recollection** 49:24
58:2 59:3 191:3

230:4,21 266:21
271:17
**recommend** 85:20
107:19 108:5
112:15
**recommendation**
84:18 108:3
**recommendations**
84:3 105:18,20,24
106:2 199:17
**recommended**
84:12,15 107:19
**record** 10:4 12:15
76:22 77:5,12 80:24
104:19 109:10,15
121:4,10 129:14
156:15 157:10,11
157:12 162:4,10
167:25 168:2,7
214:4,9 226:14
247:7,14 256:11
260:23 278:10
280:6
**recorded** 278:8
**records** 125:12
207:19,23 256:21
256:21 259:3
**red** 82:18
**reduce** 106:4 108:9
112:3 158:19,21
160:15 261:21
**reduced** 154:12,24
164:7,20 246:5
**reducing** 106:5
164:25 165:4
**reduction** 112:19
240:15 251:25
262:7
**refer** 46:14 58:8
71:18 78:19,22
128:19 129:16
150:9 156:11,12
171:17 177:11
205:15 271:19

**reference** 105:18
219:15
**referenced** 264:17
**referred** 18:16
69:20 77:15 118:16
215:25
**referring** 16:18
115:3 120:18
129:14 132:14
153:12 197:2 213:9
215:2 220:24,25
224:17 226:22
246:11,23 261:9,13
261:17 270:5
**refers** 114:9 206:20
241:15 243:17
245:11,15
**reflect** 191:14
205:13 250:13
**reflected** 250:11
**reflection** 255:16,23
**reflects** 256:5
**refresh** 43:10 49:23
135:4 191:2 230:3
230:20
**refreshed** 269:4
**refrigeration** 16:21
**regard** 97:22 220:6
**regarding** 266:23
271:3 273:9
**regardless** 84:5
85:22 94:8 199:19
**region** 98:2 209:13
213:15
**regional** 197:16
203:16 209:17,20
210:7
**regions** 98:2,3
**regular** 58:11 60:11
61:4,23,23 62:7
69:12,14 100:17
142:13,14 163:19
172:2 201:4 204:22
205:4

**regularly** 56:9,24
57:2 74:11
**rein** 184:7
**reina** 254:19
**relates** 1:4 228:14
**relations** 147:4,5
**relationship** 25:22
31:13 134:6 205:6
271:11
**relationships** 26:2
**release** 6:19 126:21
127:5,12,15
**releases** 201:4
**relevant** 38:7
252:10,15
**relied** 35:7
**rely** 181:2
**relying** 30:7
**remain** 50:6 240:20
240:21
**remainder** 50:12
84:23 191:22
**remaining** 227:2
**remember** 16:8 21:7
21:8 26:20 32:20
43:13,17,20 44:2,7
46:16 48:5,16,22,25
49:2 50:10,18 51:2
56:22 57:10 59:8,13
59:14,17,24,25 60:6
60:6,21 63:11 69:16
79:24 81:10,11,17
82:23 83:7,12 84:8
84:21 85:3,6,11,25
86:3,5 88:9,14,18
88:19,22 89:9,12
90:16,17,19 91:10
93:9 97:11,12 99:8
99:11 100:14 104:3
104:4 105:11,14,15
107:24 108:11
110:10,13 112:21
114:11,15 116:15
117:9,10,21,22
122:23 123:4,24

124:2,5,9,12,17
127:10 129:20,21
132:24 133:8,13,19
135:6,10 138:8
139:11,17,20 142:6
146:2 147:11,24
148:6 151:7,11
153:20,21 154:5,10
198:18 199:2,4,6,24
203:7,9 209:18
211:24 212:13
229:21 231:2,5,23
235:16 237:14
242:9 250:5 253:9
254:24 265:4,5,10
265:11,17,20,21
266:2 271:4 275:25
**remodel** 72:10
**remodeling** 64:13
**remotely** 10:20
**remove** 58:2 98:9
161:21
**removed** 161:19
**renegotiate** 28:24
**renegotiation** 39:19
**repeat** 52:21 100:5
102:4 149:15
263:13
**rephrase** 192:13
**replace** 244:3
**reply** 235:15
**report** 4:23 7:14
18:20 31:23 74:24
75:5,7,11,11,15
88:21 93:14,24
111:21,23 204:4
205:13 208:25
210:12 211:13,16
211:25 212:3,8
213:5,18 216:19
224:3 231:3,4
233:14,25 234:5
236:21 259:16
266:10 270:9

**reported** 20:8 84:2
106:17 111:25
112:4,7 199:15
204:23
**reporter** 11:25 93:6
103:18 193:5
**reporting** 83:17
200:5 203:23
**reports** 15:20 75:2,3
75:18 112:10 204:2
213:13 222:4,5
**represent** 10:22
51:8 168:14 212:9
**representative**
47:24 139:7,12
140:24 141:16,25
152:8
**representatives** 46:6
141:3,16 142:10,20
**represented** 52:16
**representing** 10:5
10:25 11:13,25
42:24
**represents** 258:18
**request** 9:9 103:21
151:3
**requested** 28:8
103:11 106:18
112:6 150:21
270:19
**requesting** 126:7
**require** 41:10
272:13 273:6
**required** 73:19
172:5 274:9
**requirement** 41:24
42:2 73:18 272:3,5
272:7,9
**requirements** 17:19
73:3,10,15,24
173:16 270:13
272:16,18
**requires** 175:4,5
**requiring** 267:19

**resell** 92:9
**resigned** 140:8
**resigning** 50:12
**resolve** 51:9
**respect** 27:12
**responded** 266:9
**response** 243:10
274:25
**responsibilities**
15:14 17:23 18:12
18:15 20:5 140:10
**responsibility** 15:19
15:24 18:3,11
**responsible** 15:16
17:25
**rest** 129:5
**restate** 102:6 255:20
**restaurants** 184:2
**result** 72:21 246:13
246:16
**resulted** 71:13,14
120:6,16 261:2
**retail** 7:16 179:14
188:2,10,20 190:16
191:4 192:4,5,14
198:10 203:20,23
214:24 215:3,11
216:3,18
**retailers** 170:14
**retails** 221:5
**retired** 47:22
**return** 279:14
**review** 19:5 31:4
32:14 56:16,24
111:23 122:2,17,18
174:8 183:10
204:20 205:3
216:14,22
**reviewed** 122:4
137:14 138:9
**reviewing** 94:19
170:8 183:13
215:19 235:10
254:7

**rich** 33:10
**rick** 5:5 87:12 88:3
  88:18,20,23 96:14
  97:5
**right** 13:10 19:24
  33:13 48:3 54:18
  61:9 90:24 135:10
  155:21 156:6
  168:22,25 170:5,13
  174:14 181:11
  183:17 185:15
  186:24 188:7,17
  190:8 202:19 206:9
  208:13 211:11
  217:21 221:13
  225:6 233:13
  241:10 248:9
**rights** 270:17,22
**rigterink** 141:6,7,8
**rios** 1:16
**rising** 119:25
**river** 71:19
**road** 12:22
**rob** 116:23
**roger** 82:10
**role** 42:7 48:17 52:8
  115:2 131:3,8
  146:25 148:6
**room** 10:20 67:5
  259:25
**roosters** 177:19,19
**rose** 3:10 11:13
  12:20,24 13:8 14:10
  14:16,18 17:10 18:2
  20:13,17,21,24 21:4
  21:14 22:16 24:4,18
  25:13,18 27:11
  29:11,14,16,17,23
  30:6,11,13,15,20
  31:7,14 32:8,18
  35:3 40:14,21 41:15
  41:21 42:7 45:20
  46:4 48:2 52:10,11
  55:17,23 56:2 57:7
  57:17,20,23 62:2,22

63:7,20 64:8,9,12
64:25 67:7 70:22,24
72:2,15,16 73:9,20
74:2,5 76:8,11,15
83:3 95:2,4,21
101:8 108:15 113:2
117:3 119:16
120:18 122:9 123:7
124:23 128:5 129:9
133:14,15,18
134:20 139:6,12
140:23 141:2,16,23
141:25 142:9,18,20
144:25 147:17
149:7 152:8,11,15
153:2 160:15,19,23
161:11 163:17
166:11 168:24
169:5,7,14 171:23
175:24 176:22
177:8 178:4 179:24
180:2 182:7,11
187:25 188:8,18
190:11 191:4 192:6
192:16 196:15
203:4,11 204:13,14
204:15,17 207:10
207:11,19,21 208:6
211:7 216:16 228:4
228:5,14,22,25
230:4,15,21 231:3,4
243:4,17 244:16
255:17,18,24
261:21 264:20,21
267:15,19 268:9
272:7,18 274:25
**rossi** 1:16 11:25
**route** 195:17
**rpr** 1:16
**rule** 91:20,23 94:16
**run** 44:12,16 84:16
  96:11 236:15
**running** 67:2 75:10
**rust** 72:14 110:7
  113:9 129:9,12

138:16 161:24
176:5 187:8 200:13
206:7,8,12 217:17
229:16 247:24
248:7,12 249:7,12
275:15
**rust's** 170:11

**s**

**s** 2:1 3:1,7,13,18,18
  4:9 5:1 6:1 7:1 8:1
  24:9 158:23 281:1
**s&r** 255:4
**safety** 77:19 78:2
  267:16 268:6
**salad** 66:13
**salads** 66:3
**salary** 21:6,9
**sale** 69:24 70:16
**sales** 7:13 13:2
  14:20 16:4,5,6,10
  17:24 18:2,5,6 19:2
  19:19,25 20:4 21:15
  21:21 22:17 23:17
  25:22 31:4 33:18
  34:11 63:22,24 68:5
  69:21,22 70:25 72:2
  74:10 107:9,15
  131:11 136:7
  179:14 182:11
  184:10 186:25
  187:3,4,9,10 190:4
  190:19 191:4,15
  192:7,17 204:10,17
  204:18 210:12
  216:16 242:21
  257:12 273:5 276:8
  276:12
**salesmen** 136:6
**salesperson** 183:20
  214:11
**salisbury** 117:20
**salt** 24:6,7,9,13
  124:2,8

**salted** 24:10
**sanitized** 178:12,23
**satisfy** 87:25
**savannah** 4:21
  89:23 90:9,12,14,16
  90:18
**save** 21:24 26:9
  27:23 29:6 30:2
  69:9 207:6 208:5
  273:11,13,16
**saw** 130:16 150:10
  156:13 157:10
  185:9 237:8 239:9
**saying** 36:18 113:11
  120:13 164:22
  198:3 228:13,14
  248:5,11 259:10
  262:19 275:25
**says** 79:5 80:17
  83:25 84:11,22
  85:18 87:11,20 90:8
  91:3,6 93:6,23 94:5
  97:16,20,24 101:2
  105:24 106:16
  107:17 108:3
  110:18 111:22
  114:8 119:23
  127:14,23 129:25
  135:17,24 150:20
  158:18 159:24
  162:19 164:6
  170:12,13,19,22
  172:4 186:25 187:3
  187:14 188:8,23
  189:14,15 190:15
  194:22,24,24
  195:21 196:11,20
  199:15 202:17
  206:13 207:4
  210:19 211:4 213:6
  219:11 220:19
  221:4 232:10,25
  235:19,19 236:24
  241:10 245:5 250:3
  255:9 258:13 259:5

schedule 108:23
162:22 163:4,12,23
183:15 227:3,5,6
233:18 243:25
244:17
scheduled 108:7
112:18
schedules 163:20
243:14
schimpf 108:5 255:2
schirmer 2:9 4:6
11:8,8 167:23
168:11,13 169:12
169:25 175:22
176:12 183:4
185:12,16 186:4
190:24 191:17
192:12 193:12,20
196:10 197:10,25
198:12 199:25
200:20 202:15
205:22,24 207:24
210:16,23 213:24
214:10 215:7,15
217:2,9 222:25
226:18 228:11,21
229:13 230:9,12,19
231:11 234:6,20
235:6 236:8,12
237:22 238:9,14,20
238:24 239:22
241:7,20 242:4
245:2,22 246:24
247:15 248:15
249:23 251:2
252:22 254:3 257:4
259:17,22 263:2,11
264:5,15 267:22
268:12,18 269:9
270:14 273:2,24
274:19,23 276:14
276:16
schnell 116:20
schnucks 21:25 27:4
232:2

school 13:17,21,22
13:23,25 14:3,4,13
14:16,22 65:16,18
schools 65:16
scientific 41:2,12,19
scope 21:14 127:24
scott 117:8 269:5
271:2,5,9
seafood 200:6,10
seal 278:12
sealed 178:18
sean 217:20 218:20
218:20
seasonal 233:3
second 14:25 59:2
80:17 87:10 90:10
94:2 99:5 103:5
112:13 119:22
129:24 135:16
144:21 170:19
176:21,25 187:16
211:4 223:16
260:18,22 262:23
secondary 271:23
seconded 85:20
107:18 108:5
112:15
section 186:24 224:7
224:9
sections 188:7,17
see 49:20 74:2 95:2
125:12 130:5
135:21 150:12,18
153:24 154:3
157:21 158:18
159:23 162:23
166:8 211:3 212:25
219:23 220:4 222:4
224:9 225:3 232:15
240:4,8 246:4
255:14 258:20
264:13,17
seeing 259:16
seen 157:15 158:8
163:8 166:2 200:24

215:22 229:18
235:12 236:15
seger 79:13 82:20
select 248:24
sell 21:19 24:5 28:10
29:17 33:19 38:15
51:16 61:10 64:5,15
66:2 67:6 68:5,6,14
70:6,14,15 74:8,19
91:16 107:11 111:6
112:2 118:25
130:10 131:22
132:5 133:18
163:18 171:20
174:3 182:7 196:22
197:22 205:5
214:19 218:4,5,5,7
218:9,10,11,12,12
218:13,15 243:14
244:17 248:4
selling 28:12 60:3
60:12 61:12,16,18
62:6,17 68:16 70:3
131:4,14 173:22
182:7 244:9
send 17:4 221:19
sending 119:19,20
250:6
senior 15:2
sense 50:23 87:2
155:24
sent 19:12 127:18,19
137:18,22,22
148:19 178:17,24
222:5 223:6 229:23
254:12,13 272:12
sentence 150:20
172:2 176:25
189:14 194:23,24
195:3,21 196:20
199:21 206:11
207:3 208:15
212:21 213:7
223:17 224:12
236:13,22,24

237:24 239:16
245:4 260:22
separate 46:25
53:21 54:2,4 78:18
87:22 88:6 89:3
90:22 178:24
209:25 239:8
separated 179:4
193:21
separately 193:22
september 206:13
232:21
series 182:7 232:18
258:12 264:7
serve 103:22 194:17
served 42:10 50:11
service 18:7 19:10
37:24 77:19 83:17
125:23 126:3
169:14,17,19
170:23 171:3,14
183:25,25 184:7
188:2,9,16,19
190:16 191:5 194:5
198:8,9 200:5 201:6
services 3:15 11:23
45:10 144:10
170:14 188:6
set 28:13,24 29:16
40:6 41:21 66:5
68:13 92:14 122:24
194:25 195:3,22
196:21,22 197:22
262:22
setting 32:8 196:12
seven 20:11 269:13
seymour 12:18,22
13:23 14:2,4 15:12
15:23 24:24 128:6
180:5
share 187:15
sheats 112:7 118:8
sheet 201:8 203:13
279:7,10,12,15
280:5

**shell** 4:15 5:10,18 7:16 18:9 20:3 22:6 23:5 25:18 33:18 38:2,10,14 42:20 55:6 58:3 59:24 60:4,20,22 63:14 65:11 66:15,16 80:3 80:13 81:5,12 87:8 98:16 99:2 100:8 103:17 104:10 105:2,8,12 106:15 106:22 107:9 126:9 131:23 179:17,17 187:15 190:18,19 191:4,15,19,22 192:5,15 195:25 196:13 199:12 205:14 209:5,22,23 209:25 210:2,3 214:24 215:4,11 216:3 218:7,9 219:5 219:8 223:9

**shelled** 32:24,25 34:5

**shelling** 198:11

**shield** 175:7,13,18

**shielded** 175:6,6

**shifted** 51:2,3 191:20

**ship** 130:8,24 189:17

**shipment** 178:20 179:10,20

**shipped** 190:12

**shippers** 15:4,17

**shipping** 190:2

**short** 30:23 111:6 167:23 213:25

**shorthand** 278:8

**shortly** 72:16

**shorts** 70:4

**show** 87:13 99:15,20 99:21 149:20 160:3 205:22

**showed** 32:6 135:13 140:7 149:11

**showing** 90:13 159:20 170:2,9 176:3,13 183:5 193:24 200:11 205:25 210:17 217:2 222:16 229:14 230:5 231:12 235:7 242:5 249:16 251:3 254:4 257:5 271:10

**shown** 122:5

**shows** 81:6 87:14 90:22 97:9 99:3,5 103:6 105:3,9 114:6 129:8 154:12 159:7 159:15 160:2,5,6 166:5

**side** 39:20 52:16 101:3 158:18 239:17

**sigma** 196:25 197:3 197:3,4

**sign** 279:9

**significant** 107:3 234:8,13,14 236:25

**signing** 279:11

**sill** 270:21

**silly** 47:8

**similar** 125:19 178:22 201:8 202:6 203:14

**simplest** 181:21

**single** 225:13,20 248:4,22,24

**sir** 32:22 34:25 35:10 36:19 38:23 42:16 43:18 46:10 48:8,19 55:16 56:7 57:16 60:17 64:20 65:5 83:20 91:22 92:6,10,15 170:4,15 223:3 243:16 251:5 251:23 252:13

257:6 262:21

**sit** 156:18 157:13,25 219:17 256:6,11

**site** 6:24 169:22 170:17 171:4 180:2 204:4 216:9,11

**situation** 202:17

**situations** 39:24

**six** 20:11 103:24 171:11

**size** 38:25 44:8,11 85:12 96:8 106:5 108:9 111:8 112:18 154:13,24 155:6,9 155:19,25 156:15 156:19,24 164:7,20 164:25 165:4 172:5 178:13 199:4 236:15 241:11,14 251:25

**sizes** 171:6,12

**skip** 106:8

**skipped** 5:4,7,8,9,12 5:16,17,23,24,25 6:4,5,6,7,12,13,14 6:16,17

**skipping** 96:22

**sleep** 65:19

**slide** 152:3 153:25 154:12 162:16,18 162:18,21 164:5,24 165:7,14,17,25 166:5

**slides** 6:22 151:14 151:23

**slow** 189:16

**small** 171:13 175:12

**smell** 67:6,14

**soap** 144:4,6,7

**social** 25:5

**sold** 21:20 24:6 25:18 28:5,8 30:13 32:17,18 33:7,23 61:2,24 62:16 63:8 76:3 132:10,12,23

133:14,16 161:9,16 182:17,19 208:7 220:12,13,14 247:21 248:2,21,21 249:3 257:22

**solution** 58:16

**somebody** 53:14 115:12,14 124:19 212:14

**sorry** 13:6 22:14 24:6 31:17 35:24 52:21 59:21 68:20 76:5 124:25 127:3 131:7 132:9,12 141:12 144:6 147:16 153:15 164:14 179:23 183:6 184:23 188:6 188:16 190:22 208:2,3 209:22 231:15 251:9 268:10

**sort** 64:3 133:21 134:5 239:15

**sought** 133:21 134:5

**source** 35:6

**south** 3:7 99:18

**southeast** 152:25

**southeastern** 99:19

**soybean** 180:4,7,7

**soybeans** 180:6

**space** 41:24 67:3 73:3,10,24 106:8 226:7 227:13,25 261:17 279:7

**spain** 189:18

**span** 152:22

**sparboe** 116:11,21

**speak** 53:14

**speaking** 76:15 221:10 256:16

**spec** 270:12

**special** 36:6 181:21

**specialty** 181:16,18 181:19,23,24 182:2

182:4,8,13,17
**specific**   37:19 41:25
  57:11 62:4 69:16,18
  84:8 88:9,15 153:10
  167:14 191:12
  195:8,10 197:6
  198:7 215:5
**specifically**   29:5
  46:16 53:23 62:3
  73:13 121:23 186:2
  186:16 231:23
  271:24
**specifications**   17:14
  39:2 221:2 270:3,6
  272:2,10,12,13
**specified**   186:21
**specs**   17:15 268:3
  269:25
**speculate**   163:9
  165:24 166:21
**speculation**   155:3
  163:6 165:8 167:17
  233:11
**spell**   24:8 36:2
  125:3 141:9 267:5
**spelled**   196:18
**spending**   111:6
**spent**   112:5
**spoke**   53:19
**sponsored**   99:16
**spot**   34:11
**spreadsheet**   32:4
**spring**   267:10,11
  272:22
**sqf**   268:6
**square**   73:14 106:9
  106:9 120:8,9,11
  226:5,19,21 227:2,6
  227:11 240:19
  252:4,24 253:6
  261:12,14,18 262:8
**stacked**   17:2 178:18
**stacking**   15:3,9
**staff**   18:19 19:3,8,9
  20:4 93:3 110:7

116:18 204:19
  273:5
**stahl**   265:19 266:3,8
**stamp**   185:22 206:2
**stand**   44:24
**standard**   16:23
  24:11,12 27:11,14
  44:23 173:5
**standards**   41:7,17
**standing**   30:11
  278:5
**standpoint**   19:10
  178:15
**start**   37:17 48:3
  115:22 123:2 161:6
**started**   14:21 28:12
  64:9 67:8 117:5
  141:22 203:7
  211:25 275:7,12
**starting**   13:21
**starts**   97:20 176:22
  243:23
**state**   12:14 21:19
  85:11 223:12
  224:25 272:13
  279:6
**stated**   39:17 54:3
  62:10 74:4 75:9
  97:12 110:14
  112:25 138:8 157:5
  163:15,17 165:21
  166:18 227:10
  228:5 237:7,16
  241:16
**statement**   186:14
  187:18 194:19
  201:14 237:13
  238:5 258:23,24
  259:19
**statements**   97:22
  280:7
**states**   1:1 136:2
  173:15,22 174:2
  189:12 224:5,12

**stating**   208:23
**statistics**   100:4,11
  111:24 152:4
  156:14
**stats**   83:10,14,16
**status**   147:9
**stay**   39:14,17
**stayed**   15:21
**steady**   85:22
**step**   96:10 179:23
**steve**   232:5,8,11
**stipulations**   9:14
**stocker**   117:23
**stop**   212:12 228:10
**stopped**   212:19
**stops**   195:14
**store**   16:18 68:21
**stores**   174:11
**straus**   2:9,11 11:9
**street**   1:14 2:4,15,21
  3:4,7 10:9
**strike**   55:6 66:20
  70:23 205:2 211:17
**strive**   244:13
**struck**   239:8
**structure**   108:18
  143:17 160:23
  182:12 194:22
  195:2,3
**structured**   143:20
**structures**   110:24
**stuff**   43:10 71:17
**subbranch**   46:3,11
**subcommittee**   47:3
**subject**   232:9
  251:15 252:11
  259:22 264:12
  279:11
**submit**   175:8
**submitted**   100:25
  112:11
**subscribe**   201:5
  203:4,11 280:6
**subscribed**   280:12

**substance**   267:12
  269:21 270:25
  271:13 273:22
**succeeded**   50:16
**sued**   268:9
**sugar**   24:13
**suggested**   158:21
**suggesting**   164:24
**suite**   1:14 2:4,22 3:4
  3:13
**suites**   3:8
**sullivan**   116:14
**summary**   13:14
  31:25
**summer**   66:12
**summit**   111:10
**sunny**   54:14,15,16
  117:24
**super**   171:12
**supermarket**   20:3
**supermarkets**   18:8
  20:2 218:19
**supervalu**   273:9,12
**supervision**   18:18
  172:12 278:9
**supplier**   7:8 118:5
  169:8,14 170:23
  171:3 186:15,18
  192:24 194:4,8
  243:4 271:23,24,25
**suppliers**   143:24
  243:2
**supply**   30:17,19,22
  31:5 74:2,7,8,13
  75:20 76:9,9 84:5
  98:5 100:24 144:4
  144:10 155:17,22
  157:19 158:19
  188:23 189:8,11
  199:19 225:14,21
  241:15 245:19
  259:6 262:13,16
**support**   9:1 101:3
  148:25 150:4

**sure** 13:16 19:6,11
19:16 22:5,10 33:25
43:14 48:5 50:18
65:3 76:21 78:6
79:18 82:4 83:6
85:17 86:21 100:7
115:21 116:10
117:7 124:22
126:18 127:21
132:21 137:3,11,24
138:21 139:18
146:12 149:18
153:18 157:5
172:25 173:9,20
174:13 193:10
200:10 202:24
203:6 207:23 214:2
235:22 251:24
254:24 255:22
262:15 275:13
**surplus** 58:3,4,8,17
64:19,21 65:2,6
66:20,22 68:12 69:2
70:5,15 71:13,14
98:6,9
**survey** 137:18,20,22
**survive** 244:25
245:3
**susman** 2:3 11:6
**susmangodfrey.com**
2:6
**sustain** 110:23
**swear** 12:2 193:14
275:19
**switch** 167:24
**sworn** 12:6 278:6
280:12
**sysco** 194:4,5 195:11
195:11 197:4
**system** 84:4 103:20
199:18 201:18,22
202:20 203:2,5,12
203:12,14,19
204:22 216:6,23

**t**

**t** 2:15 3:18 4:9 5:1
6:1 7:1 8:1 24:9
125:4,4 141:10
183:21 278:2,2
281:1,1
**table** 203:16
**tabled** 107:21
**take** 32:9 44:12
121:3 167:23 170:3
177:20 180:10
186:22 188:2,10
194:11,16 195:16
199:10 201:23
213:24 235:8
246:25 248:2 252:2
**taken** 1:12 10:11
77:7 109:12 121:7
162:6 168:4 177:23
214:6 225:16 247:9
278:5
**talk** 19:18 184:12
186:3 197:7,11
199:3 226:4 234:18
243:18 245:6
**talked** 117:13 138:9
198:16 199:3
223:24
**talking** 22:6,20
27:18 44:7,8 90:23
91:4,5 93:5 111:7
156:9 195:11
196:17 197:5
202:16 209:20
214:21 221:7
235:12 247:17
275:17 276:3
**talks** 135:8 186:16
236:23
**tanker** 37:12 179:11
**tanks** 179:6,8
**tape** 77:3,9 161:25
162:3,8 246:25
247:5,11 276:22

**taped** 16:25 178:18
**team** 20:2 146:9,14
**teams** 172:7
**teleconference** 3:16
**telephone** 43:23
48:14
**tell** 59:3 65:5 99:20
167:18 197:18
211:23 251:19,20
261:7 266:15
270:23 278:6
**term** 28:20 34:8
67:7 85:15 96:6
101:16 169:10
178:5 181:15,18
205:11
**terms** 27:15 48:24
92:18 195:22
196:21 230:10
**terry** 118:4,4 255:5
**testified** 12:7 85:10
221:11 245:23
246:2 257:25 258:9
**testimony** 4:3 77:15
81:14 167:5 191:9
194:15 209:24
233:11 278:5,7,10
**testing** 271:22
**texas** 174:2,3,5,10
174:11 254:22
**thank** 76:17,23
167:21,22 232:7
**thanks** 111:13 211:4
**theirs** 66:15
**thereof** 278:11
**thing** 51:14 68:22
81:14 100:12
128:21 155:13
167:8 173:15,24
198:22 199:3
219:22
**things** 19:5 36:22
66:2,3 67:22 156:20
165:22 167:10
184:21 185:3

187:24 238:13
**think** 19:22,23
20:22 36:13 50:14
56:13 59:2 61:19
65:19 67:8 76:19
82:7,13,18 83:7
125:7,10 129:5
132:25 139:23
142:12 145:8,11,12
146:14 147:3 160:6
161:24 173:4
179:24 182:5
184:16 185:4,13
186:16 198:14
202:12 204:3,7
206:14 216:7,10
218:11 223:12
231:18 232:12
236:20 237:23
250:9 258:2 274:2
**thinking** 50:10
233:15 237:11
259:14
**third** 79:4 105:7
162:18 182:2
186:23 194:11,23
213:6 223:16
224:12 236:13
260:22
**thirty** 279:16
**thoroughly** 219:14
**thought** 47:8 50:9
65:22,23 76:12,18
126:5 135:14 138:3
184:8 185:9 233:24
**three** 20:22 68:10
140:19 142:11,23
142:23 143:2,4
162:9 247:5 268:6
269:14
**throw** 71:17,18
**thursday** 1:9 29:17
**thursdays** 30:25
**till** 141:13 161:9

tim 82:25
time 10:7,19 14:9,11
14:14,16 15:3,8,22
16:3 17:3,16,17
18:13 19:22 20:10
23:15 27:6 28:13,13
28:22,22 29:9,13
35:25 39:17,18 40:7
40:20,20,22 44:2,3
44:8 46:7 50:15,25
52:5,24 60:5,24
64:10,11 67:17,20
68:14 69:18 73:18
74:14 75:25 76:25
81:11 82:14,15 89:6
90:19 93:7 99:13,17
111:7 114:16 116:5
120:24 122:8 124:3
133:2 138:24
141:19,23 142:10
145:9 146:11,21
147:6 156:15,16
161:6,9,12 167:16
167:21 178:7 184:4
187:20 188:25
189:19 191:15
201:23 208:22
212:7 220:3,16
221:18 228:24
234:17 237:10,12
238:5 239:12
242:11,19,20 243:3
243:22,24 244:6,9
246:9 250:14
253:11,13,18
254:17 256:9
257:11 258:24
265:14,23,25 278:6
times 16:13 62:4,5
65:6 124:10 216:20
269:13
title 14:23 97:18
147:12 216:2 219:6
titled 150:16 153:25
250:7 252:11

toby 117:17
today 10:6 16:20,24
18:21 77:15 89:19
117:4 118:16
121:21 150:10
157:13,25 189:4,5,7
189:9,12,22,25
190:9,17 191:11,19
191:20 198:15
199:9 202:5,7,20
209:6,16,19 214:12
223:14 228:9
235:11 237:7,10
249:10 253:19
255:9 256:6,11
257:25 258:9 265:4
270:4 271:19
today's 121:24
todd 142:12 267:4
todd's 267:5
tokyo 61:3
told 46:21 47:7,14
54:3,6 122:14
184:25 250:17
tomorrow 225:24
245:25
tone 202:21
top 23:12 33:13
53:16 60:22 82:8
158:18 162:17
170:20 179:13
201:15 206:9
217:16 226:4
234:24 235:19
236:8,9,10 242:13
total 22:17 33:17
122:13 165:14
219:15,18
totally 46:25
tote 179:14
trade 71:9 99:15,19
99:21 133:5,10
traded 133:2
traders 70:2

trading 70:11,16
84:16,16
trail 217:12,13
transcribed 278:8
transcript 279:17
279:18 280:3,6
transcription 278:9
transferred 15:11
15:13,22 178:2
transport 19:15
70:18
transportation
181:6
travel 19:3,20
treasurer 114:9
treatment 177:4
tries 244:16
truck 181:9 195:14
trucks 14:23,24 15:5
15:10,17,18 17:4
180:13,21,22,25,25
181:8
true 238:13 278:9
truth 250:18 278:7,7
278:7
try 51:8 68:4,25
81:22 115:20
243:22 244:3,6,9
trying 19:22 41:6
49:20 50:25 59:14
61:19 82:13 141:21
152:15 219:25
220:2 233:24
235:24 244:15
turn 80:16 91:2
100:23 150:14
153:23 158:17
161:4 170:18
187:13,23 194:10
198:15 258:8,11
260:16
tv 65:21
twice 48:10 75:16
117:12

two 47:9,10 48:23
48:24 49:16 50:14
54:17,21 68:17,18
77:10 78:25 93:8
113:25 122:10
124:6,7 140:18
142:11,22,23 143:2
143:14 162:3
171:10 173:5 183:6
187:24 188:5,7,14
188:15,17 212:23
219:13 236:14
255:10 258:15
259:6
twofold 61:21
tx 2:5
type 36:4 66:13
100:12 123:11,21
143:22 144:16
172:3,3,5 201:21
211:13,19 212:12
245:17
types 18:17 27:17
72:12,25
typically 142:17
152:9

u

u.s. 10:14 21:20
57:14 61:22 102:2
102:11 224:23
225:7,25 234:3
ub 212:22 213:3
232:14 233:5,8
uc 232:12
ue0902043 6:11
113:20 114:3
ue0902044 113:20
uea 46:4,4,5,6,8,15
46:17,17,20,21,23
46:25 47:6,24 48:2
48:6,15,18,21 49:25
50:21,23 51:7,19,23
52:5,15,20,25 53:2
53:4,13,21 54:2,6,9

54:23 79:5,8,20
103:10,15,21 139:4
139:7 140:11,16
141:3,17,25 142:18
143:4,9,10,11,15
144:16,22,25 145:6
145:12,21 146:8
147:12,14,15,19,20
147:21 148:2,6,7,9
148:12,15,19,21,24
149:8,11,18,19
150:3,7,20 151:2
198:18
**uea's** 50:21
**uep** 4:20 5:13,20
40:22 41:2,11,12,16
41:24 42:7,11 45:25
46:3,11,18,19,22
47:2,6,23 48:4
52:19,24 53:3,21
54:2,24 55:7,15,15
55:22 56:5 72:15
79:12 83:13 88:6,12
89:22 90:8,11 92:12
92:22 96:3 97:7
99:9 101:25 102:9
102:15 103:2,11,22
105:20,21 109:17
110:3,10 116:18,22
117:16 118:6,9,10
120:4,7,14 130:3
132:4,6,19,22,24,25
133:2,11,12,13,18
133:22 145:18
146:22,23 147:2,6
147:14,25 148:9,13
149:7,12,21 150:5
150:22 151:3 152:6
152:7,12 153:17
158:2,20 164:6,19
198:17 226:22
260:24 261:10
262:6 264:21 266:7
266:16,23 267:20
268:3,4,11,23

269:22 270:2,13
271:3,15,24 272:6
272:14,25 273:6,9
273:17 274:9
**uep's** 5:10 87:8 88:2
94:4 98:15 99:2,6
103:14 148:16,25
262:17
**ultimately** 126:7
**uncertified** 91:4
**underneath** 175:13
242:13,15
**understand** 36:15
91:19 92:7 95:4
129:17,18 135:25
158:3 168:18,20
170:6 219:14,25
220:2 228:12
244:16
**understanding**
50:19 52:8,17,19,23
65:13 73:8 85:14
92:3 94:15 136:14
136:22 158:11
169:4 171:2 198:24
199:20 215:20
221:6 234:7 240:12
240:17,18 248:16
**understood** 43:7
45:17 209:23
**ungraded** 44:16
**union** 189:18
**united** 1:1 4:14 6:8
40:15 46:9 56:6
57:7 78:9 79:2 87:7
113:16 114:3,13,22
114:24 115:2 132:8
132:19 134:6 136:2
138:24 148:16
189:12 224:4
**university** 2:10
**unknown** 58:15
**unloading** 14:22,24
**unwashed** 44:17

**update** 173:8
**upper** 170:5,12
**urnabary** 195:24
**urner** 5:5 7:10 29:13
30:7 31:2,14 32:10
32:13 35:8,12,13,14
35:18 37:4,8,11,11
37:17,18 38:5,7,10
38:13 39:21 40:11
83:19 84:3,12,15,24
85:20 88:23 89:14
96:15 97:5 114:17
118:11 156:17
196:12,17 199:17
200:2,4,15,22 201:3
201:5 202:19,20
203:13,22 204:6,21
205:3,6,7,12,14
206:25 207:14,20
208:6,8,16,20,24
209:4,21 213:4,9,14
213:18 216:23,25
232:24 251:17
270:9
**usa** 194:18
**usda** 7:16 39:4 45:5
45:9,10 47:21 77:22
112:6,8 118:3,8
156:14 173:5 175:6
175:7,8,16 203:24
203:24 204:4
215:10,25 216:2,3,9
259:3
**usda's** 216:18
**use** 29:23 37:11,24
49:5 66:14 70:25
84:16,24 96:21
98:22 107:5 180:22
181:7 208:17 209:2
213:12,13,20
216:20 233:6 249:5
**usem** 57:15,17,21,24
57:25 58:20 61:17
62:9,11,12,19,22
101:4,9,9,11,25

102:2,8,10 133:12
133:15,17 166:5,12
166:15 167:2,12
**uses** 115:15
**usually** 99:12,19
110:15 139:5
140:20 196:22
246:5
**utah** 124:3
**utilize** 180:25

**v**

**v.p.** 187:4
**va** 2:10
**vague** 57:8 136:18
**valid** 136:14
**validate** 160:13
**valley** 33:11 82:21
125:8 128:23
**values** 85:24
**van** 79:15
**variable** 240:10,20
**varied** 33:21,22,22
39:8 67:21
**varieties** 126:15
**variety** 125:24
126:2,6
**various** 32:24 67:22
73:3 248:2,3
**vary** 23:22,23 34:24
38:21
**vast** 97:25
**vee** 266:23 267:2
268:4,8
**vegas** 6:10 113:19
114:5,14,17
**vendor** 7:6 118:6
182:23
**vendors** 143:24
144:4
**veritext** 10:5 12:2
**vernon** 15:14
**versus** 25:19 58:13
63:4 182:20 190:20
192:4,5

vertical 177:3,8
vertically 169:8,10
175:25 177:10
178:5 179:22
180:18
vice 13:2 14:20 16:9
17:24 71:25 74:9
97:18 139:25 140:5
140:8 182:11
242:21
victor 141:6 142:2,4
142:5,7,15
videographer 3:20
10:3 11:20,24 77:2
77:9 109:9,14 121:4
121:9 162:2,8
167:25 168:6 214:3
214:8 247:4,11
276:21
videotape 77:3,10
162:3,9 247:5,12
276:22
videotaped 1:11
view 237:13
views 250:14
villa 60:23
vince 254:19
virtually 60:13
vision 249:11
visit 18:8 19:5
visiting 60:2
visits 20:2
vitamin 180:10
vogel 142:12
voices 4:14 56:6
57:7 78:9 79:2
148:16
volstead 53:22
135:18,25 136:15
136:23
volume 101:20
volumes 101:13,17
voluntary 45:10
vote 109:6 113:8

voted 108:25 112:22
voting 85:25
vs 188:2,9,20 190:16
240:3

w

w 125:4
wabash 33:11 82:21
125:8 128:22
wacker 3:13
waiting 179:6
wal 21:25 22:11
26:24 69:10 220:9
220:10,13,14,15,22
220:25 221:2 255:9
256:4,8 264:12
waldbaum 82:15,16
walked 82:20
walking 15:19
walmart 220:21
want 22:8,10 23:25
26:10 28:15 33:25
67:14 70:15 79:4
80:18 81:22 86:17
86:21 115:22
124:20 132:13
136:20 145:4
156:10,12 170:24
171:6 174:15,16,17
175:5 184:23 186:2
187:24 193:10
194:12 197:19
215:6 216:12
234:17 248:14,17
251:22 257:15
wanted 51:15
193:22 257:20
wants 86:25 193:5
warehouse 174:10
195:12,18,20
wash 144:7
washed 178:11,23
washington 1:14
2:22 3:5 5:14 10:10
82:11 102:17 103:3

128:5 145:10
146:17
watch 65:21 66:5
way 52:18 86:22,25
164:3 165:12
243:21 250:15
259:13
wayne 111:22
ways 67:24
we've 41:17 74:5
117:13 132:15
172:25 173:13
174:7 193:8 225:10
244:8 262:4
weaver 82:25,25
90:23
web 6:24 169:22
170:17 171:4 216:9
webmail 235:22
webmail.goodegg....
235:20
week 30:25 32:3
60:14,24 99:16
101:7 110:15
158:22,23 258:17
258:17
week's 101:21 258:3
258:5
weekly 7:16 32:6
56:14,15 60:16
215:10 216:3
weeks 14:12 101:5
108:8 112:17
157:19 177:25
212:23 219:13
weights 173:18
weil 2:20 11:17
weil.com 2:23
welfare 4:23 41:3,5
41:7,9,16 72:17,20
79:6,20 93:14,24
107:20 226:23
238:2,17 253:15
262:18 264:22
266:7 267:16 274:5

went 13:16,22 14:2
19:19 47:22 64:3
73:21 120:7 124:8,8
142:7 173:7 175:19
177:12 265:7 272:4
whaley 217:19,19
217:23 219:11,20
221:6
whichever 156:10
whip 24:11
white 39:8 68:17
whites 24:10,11,14
68:18 179:4
wicker 108:5
wide 125:24 126:6
194:17
wild 245:5
willamette 124:24
125:2 128:6
wilson 137:7,14
138:9,20
wisconsin 255:4
witness 9:3 10:17
12:2 13:19 22:24
30:10 31:20 32:12
34:21 36:14 44:22
46:14 53:8 55:3
56:19,21 57:2,10
63:11 64:8 67:18
69:4 71:5 74:17
75:22 76:14 86:20
91:22 92:14,21
94:19 95:7,12,19
101:15 120:22
130:13 131:17
133:24 136:21
137:6,13 138:7,19
142:22 149:5,15,24
151:6 154:8,16
155:4,11 156:6
157:4 158:6,13
159:12,19 160:10
160:19 163:7,15
164:2 165:10,21
166:18 167:6,22

[witness - zielinski]

169:11,18 172:18
185:18,23 191:10
192:10,20 193:11
193:17 196:4,25
197:9 198:5 199:23
201:25 202:14
205:12 207:17
226:10 228:4,18
230:25 233:13
234:12 236:10
237:20 238:22
239:20 241:3
244:21 248:9
252:17 259:12
263:13 268:13,19
269:11 270:15
273:3 274:2 276:15
277:2 278:10,12
279:2
**wondering** 134:4
137:21 164:18
**wording** 221:15
**work** 12:19 14:9
18:18 19:4,9,15,17
19:19 47:22 50:24
50:25 61:14 67:10
81:20,21 91:13
111:5 122:23 123:3
123:7,11,15,17
130:15,17 146:18
172:4,24 174:12,19
174:22 183:24
184:4,7 223:14
**worked** 14:12,16
15:7,8 16:6 47:13
50:23 51:21 64:11
74:5 82:14,17,23,24
82:25 83:5,10 94:16
97:19 103:18 116:9
132:25 133:12
147:3 148:2 173:8
183:21 219:4,5,7,8
276:5
**working** 14:21 16:4
16:5 41:2 117:6

131:19 136:12
168:24 190:7,7
254:25 255:3,6
274:7
**works** 18:5 91:12
117:3 142:4 160:21
218:22 223:13
273:5
**world** 194:17 225:4
**wright** 1:13 3:3 10:9
11:12
**write** 75:14
**writing** 237:15
**written** 100:21
106:23 154:17,20
154:21 162:24
166:9 189:2,20
**wrong** 196:18
234:23
**wrote** 206:18 210:20
226:12 233:14,15
236:5,5,10 237:5,16
237:18 238:23
241:13 243:16
250:10,16,18
257:18 263:8,16,20
**www.goodegg.com**
170:13

**x**

**x** 4:1,9 5:1 6:1 7:1
8:1

**y**

**y** 24:9
**yeah** 44:18 67:15
86:25 134:4 147:21
164:23 184:16
212:5
**year** 15:2,21 23:18
23:23 25:18 26:21
29:8 32:5,7 33:22
33:22 34:13 48:10
48:23 50:9,12,13
60:8,13 63:22,24
64:10 65:6,12 66:4

68:19,22 99:13,15
99:21 110:16,20
111:8 114:17
140:17 154:6 160:3
160:22 161:20
173:4 190:3,5 203:7
203:9 216:20
223:20,24 224:3
225:4 275:9
**years** 13:9,25 14:3,7
16:20 20:23 23:20
24:5 27:21 28:2
34:12 42:11,12
48:23 49:3 50:14
60:25 61:20 68:17
68:18 71:25 73:17
103:19 139:8,9,16
139:17 168:25
173:5 224:23
225:11 236:14
246:10,12 250:16
269:13 270:19
274:24 276:7,11
**yellow** 68:19
**yesterday** 122:10,17
**yield** 44:8,11 96:8
199:4
**yolk** 24:6,9,12,13,13
24:15 179:4

**z**

**zetten** 79:15
**zielinski** 232:6,7,8