# ATTACHMENT 26

Page 1

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2

   IN RE:  PROCESSED EGG PRODUCTS :  MDL No. 2002
3  ANTITRUST LITIGATION            :  No. 08-MD-02002
   -------------------------------:
4  THIS DOCUMENT APPLIES TO:       :
   ALL ACTIONS                     :
5  -----------------------------------------------
6  IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
              TWENTY-NINTH JUDICIAL DISTRICT
7

   ASSOCIATED WHOLESALE GROCERS,  :  Case No.
8  INC., et al.,                  :  10-cv-2171
           Plaintiffs,            :
9          v.                     :
   UNITED EGG PRODUCERS, et al.,  :
10         Defendants.            :
11
12           ** HIGHLY CONFIDENTIAL **
13
14             Friday, April 18, 2014
15
16             Videotaped 30(b)(6) deposition
17  of Food Marketing Institute, through JILL
18  HOLLINGSWORTH, DVM, taken at the offices of
19  Pepper Hamilton LLP, 600 Fourteenth Street,
20  N.W., Washington, D.C. 20005, beginning at
21  9:11 a.m., before LINDA ROSSI RIOS, a
22  Federally Approved RPR, CCR and Notary
23  Public.
24
25

Page 2

```
1  A P P E A R A N C E S :
2
3  KENNY NACHWALTER
      BY:  DOUGLAS H. PATTON, ESQUIRE
4      and
        SAMUEL J. RANDALL, ESQUIRE
5  1100 Miami Center
      201 South Biscayne Boulevard
6  Miami, FL  33131
      305-373-1000
7  dpatton@kennynachwalter.com
      srandall@kennynachwalter.com
8  On behalf of Kroger Plaintiffs
9
10 HAUSFELD, LLP
      BY:  JEANNINE M. KENNEY, ESQUIRE
11 1604 Locust Street
      2nd Floor
12 Philadelphia, PA  19103
      215-985-3270
13 jkenney@hausfeldllp.com
      On behalf of Direct Purchaser Plaintiffs
14 (Via teleconference)
15
16 STRAUS BOIES
      BY:  THOMAS M. PALUMBO, ESQUIRE
17 4041 University Drive
      5th Floor
18 Fairfax, VA  22030
      703-764-8700
19 tpalumbo@straus-boies.com
      On behalf of Indirect Purchaser Plaintiffs
20 (Via teleconference)
21
22
23
24
25
```

Page 3

```
1  A P P E A R A N C E S :
2
3  STUEVE SIEGEL HANSON LLP
      BY:  BRADLEY T. WILDERS, ESQUIRE
4  460 Nichols Road
      Suite 200
5  Kansas City, MO  64112
      816-714-7126
6  wilders@stuevesiegel.com
      On behalf of the Plaintiffs in the Kansas
7  Associated Wholesale Grocers litigation
8
9  PROSKAUER ROSE LLP
      BY:  ADRIAN FONTECILLA, ESQUIRE
10 1001 Pennsylvania Ave, N.W.
      Suite 400 South
11 Washington, D.C.  20004-2533
      202-416-5863
12 afontecilla@proskauer.com
      On behalf of Daybreak Foods
13 (Via teleconference)
14
15 MARCUS & SHAPIRA LLP
      BY:  BRIAN HILL, ESQUIRE
16 One Oxford Center
      35th Floor
17 Pittsburgh, PA  15219
      412-338-5213
18 hill@marcus-shapira.com
      On behalf of Giant Eagle
19 (Via teleconference)
20
21
22
23
24
25
```

Page 4

```
1  A P P E A R A N C E S :
2
3  PEPPER HAMILTON, LLP
      BY:  EVAN W. DAVIS, ESQUIRE
4      and
        ROBIN P. SUMNER, ESQUIRE
5  3000 Two Logan Square
      18th & Arch Street
6  Philadelphia, PA  19103
      215-981-4245
7  215-981-4652
      davisew@pepperlaw.com
8  sumner@pepperlaw.com
      On behalf of United Egg Producers and the
9  United States Egg Marketers
10
11 CROWELL & MORING
      BY:  ELISA F. KANTOR, ESQUIRE
12 1001 Pennsylvania Avenue NW
      Washington D.C.  20004-2595
13 202-624-2904
      ekantor@crowell.com
14 On behalf of Daybreak Foods
15
16 PORTER, WRIGHT, MORRIS & ARTHUR
      BY:  DONALD M. BARNES, ESQUIRE
17 1900 K Street, NW
      Suite 1110
18 Washington, D.C.  20006
      202-778-3056
19 dbarnes@porterwright.com
      On behalf of Rose Acre Farms
20
21
22
23
24
25
```

Page 5

```
1  A P P E A R A N C E S :
2
3  FAEGRE BAKER DANIELS
      BY:  E. JASON BURKE, ESQUIRE
4  311 S. Wacker Drive
      Suite 4400
5  Chicago, IL  60606
      317-212-2264
6  jason.burke@faegrebd.com
      On behalf of Midwest Poultry Services
7  (Via teleconference)
8
9  WEIL GOTSHAL & MANGES
      BY:  CARRIE M. ANDERSON, ESQUIRE
10 1300 Eye Street, NW
      Suite 900
11 Washington, D.C.  20005
      202-682-7231
12 carrie.anderson@weil.com
      On behalf of Michael Foods
13
14
   HUTCHINSON P.A.
15 BY:  TROY J. HUTCHINSON, ESQUIRE
      1907 Wayzata Boulevard E
16 Suite 330
      Wayzata, MN  55391
17 952-215-0141
      On behalf of Sparboe Farms
18 (Via teleconference)
19
20 EIMER STAHL, LLP
      BY:  TRAVIS A. KENNEDY, ESQUIRE
21 224 South Michigan Avenue
      Suite 1100
22 Chicago, IL  60604
      312-660-7672
23 tkennedy@eimerstahl.com
      On behalf of Moark, LLC
24 and Norco Ranch, Inc.
      (Via teleconference)
25
```

Page 6

1  A P P E A R A N C E S :
2
3  GIBSON DUNN & CRUTCHER
   BY:  JASON C. MCKENNEY, ESQUIRE
4  2100 McKinney Avenue
   Suite 1100
5  Dallas, TX  75201-6912
   214-698-3279
6  jmckenney@gibsondunn.com
   On behalf of the Defendant, Cal-Maine
7
8
   GEORGE GREEN, ESQUIRE
9  General Counsel Food Marketing Institute
   2345 Crystal Drive
10 Suite 800
   Arlington VA  22202
11 202-220-0613
   On behalf of the Witness
12
13
14 A L S O  P R E S E N T :
15 NOLAN CHURCH, Videographer
16
17
18
19
20
21
22
23
24
25

Page 7

1          I N D E X
2
3  Testimony of:  JILL HOLLINGSWORTH, DVM
4  By Mr. Patton          16, 414
5  By Mr. Davis           227
6  By Mr. Barnes          382
7  By Ms. Kantor          402
8  By Mr. Wilders         427
9
10            - - -
11     E X H I B I T S
12            - - -
13 EXHIBIT NUMBER   DESCRIPTION    PAGE MARKED
14
   H-1      Animal Welfare Project,
15          KRGEG00020402 & 20403  33
16 H-2      1/2/01 Fax,
           FMI-001153 - 001162    45
17
   H-3      1/14/01 Board approved
18          animal welfare policy,
           KRGEG00020461          63
19
   H-4      2/2/01 Fax,
20          KRGEG00020448 - 20460  73
21 H-5      4/14/01 Memo,
           FMI-000686             89
22
   H-6      Animal Welfare
23          Conference Call 6/6/01,
           FMI-000680 - 0006803   97
24
25

Page 8

1  E X H I B I T S (cont'd.)
2        - - -
3  EXHIBIT NUMBER   DESCRIPTION    PAGE MARKED
4
   H-7      Animal Husbandry
5          Guidelines for U.S. Egg
           Laying Flocks 2000
6          Edition,
           KRGEG00020660 - 20670  113
7
   H-8      E-mail chain,
8          FMI-000536 & 000537    127
9  H-9     1/4/02 Letter,
           FMI-000836 - 000838    131
10
   H-10     E-mail chain,
11          FMI-000595 - 000601    137
12 H-11    2/4/02 Letter,
           FMI-001213 - 001261    145
13
   H-12     3/20/02 E-mail,
14          FMI-001078 & 001079    152
15 H-13    6/02 Report,
           FMI-000015 - 000022    156
16
   H-14     Status reports,
17          FMI-000074 - 000076    160
18 H-15    UEP Animal Husbandry
           Guidelines for U.S.
19          Egg Laying Flocks
           2002 Edition,
20          FMI-000171 - 000186    163
21 H-16    7/16/02 Letter,
           FMI-000293 & 000294    172
22
   H-17     7/2/02 Letter,
23          FMI-000050             176
24 H-18    9/9/02 Letter,
           FMI-000286 - 000288    179
25

Page 9

1  E X H I B I T S (cont'd.)
2        - - -
3  EXHIBIT NUMBER   DESCRIPTION    PAGE MARKED
4
   H-19     What Happens If
5          100% Committed is
           Changed?,
6          MOARK0000338 - 000342 182
7  H-20    United Voice publication,
           DAY0017605 - 0017612   190
8
   H-21     E-mail chain,
9          FMI-001514 & 001515    194
10 H-22    E-mail chain,
           FMI-003090 - 003091    201
11
   H-23     E-mail chain,
12          FMI-002651 - 002652    209
13 H-24    The Food Marketing
           Institute and the
14          National Council of
           Chain Restaurants:
15          animal welfare and the
           retail food industry
16          in the United States
           of America paper       262
17
   H-25     7/2/01 Fax,
18          FMI-001129 - 001142    297
19 H-26    8/13/01 Fax,
           FMI-001099 - 001117    303
20
   H-27     Animal Welfare for
21          Food Animals Revised
           version adopted
22          1/26/12,
           FMI-000038             311
23
   H-28     Summary of Meeting with
24          FMI-December 13, 2001,
           MPS-00047338           323
25

3 (Pages 6 - 9)

Page 10

```
1        E X H I B I T S (cont'd.)
2              - - -
3  EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
4
    H-29      Interim Report FMI-NCCR
5             Animal Welfare Program
              February 15, 2002,
6             FMI-000245 - 000249   342
7  H-30       January 2003 Report
              FMI-NCCR Animal Welfare
8             Program,
              FMI-000001 - 000014   345
9
    H-31      June 2003 Report
10            FMI-NCCR Animal Welfare
              Program,
11            FMI-000105 - 000110   345
12 H-32       Status FMI-NCCR Animal
              Welfare Guidelines
13            Updated October 2004,
              FMI-000077 & 000078   346
14
    H-33      Status FMI-NCCR Animal
15            Welfare Guidelines
              Updated February 2005,
16            FMI-000075   346
17 H-34       Status FMI-NCCR Animal
              Welfare Guidelines
18            Updated March 2007,
              FMI-000076   346
19
    H-35      Status FMI-NCCR Animal
20            Welfare Guidelines
              Updated May 2008,
21            FMI-004436   346
22 H-36       12/11/01 Letter,
              UE0178561 & 0178562   350
23
    H-37      Comparison of Audit
24            Tools (Revised
              1/7/2002),
25            FMI-001363 - 001377   356
```

Page 11

```
1        E X H I B I T S (cont'd.)
2              - - -
3  EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
4
    H-38      Welfare best practices
5             emerge article   361
6  H-39       8/16/02 Fax,
              FMI-001066 - 001077   371
7
    H-40      UEP Certified Gets
8             High Marks From Food
              Marketing Institute
9             article   377
10 H-41       Food Marketing
              Institute Officers and
11            Directors,
              FMI-000983   391
12
    H-42      Food Marketing
13            Institute Officers and
              Directors,
14            FMI-000685   392
15 H-43       5/5/09 FMI press
              release   395
16
    H-44      6/6/07 Memorandum,
17            FMI-001062 - 001065   407
18 H-45       2/13/02 E-mail,
              MOARK0011157   413
19
    H-46      E-mail chain,
20            FMI-002537 & 002538   442
21 H-47       E-mail chain,
              FMI-003078 & 003079   442
22
              - - -
23
24
25
```

Page 12

```
1        DEPOSITION SUPPORT INDEX
2
3  DIRECTION TO WITNESS NOT TO ANSWER
4  Page   Line       Page   Line
5  (None)
6
7
8
9  REQUEST FOR PRODUCTION OF DOCUMENTS
10 Page   Line
11 (None)
12
13
14 STIPULATIONS
15 Page   Line
16 (None)
17
18 QUESTIONS MARKED
19 Page   Line
20 (None)
21
22
23              - - -
24
25
```

Page 13

```
1
2              - - -
3          VIDEOGRAPHER:  We're now on the
4  record.
5          My name is Nolan Church of
6  Capital Heights, Maryland.
7          Today's date is April 18, 2014.
8  The time is approximately 9:11 a.m.
9          This deposition is being held
10 at the office of Pepper Hamilton,
11 located at 600 14th Street,
12 Washington, D.C.
13         The captions of the cases are
14 Processed Eggs Antitrust Litigation
15 and Associated Wholesale Grocers,
16 Incorporated, et al. versus United Egg
17 Producers, et al.  The name of the
18 witness is Jill Hollingsworth.
19         At this time the attorneys,
20 please, identify themselves and the
21 parties they represent.
22         MR. PATTON:  Douglas Patton with
23 the firm of Kenny Nachwalter, on
24 behalf of the Kroger Plaintiffs.
25         MR. WILDERS:  Brad Wilders from
```

4 (Pages 10 - 13)

Page 14

1
2      the firm Stueve Siegel Hanson, on
3      behalf of the plaintiffs in the Kansas
4      litigation in Wyandotte County,
5      Kansas.
6           MR. BARNES:  Don Barnes with the
7      firm of Porter, Wright, Morris &
8      Arthur representing Rose Acre Farms.
9           MR. MCKENNEY:  Jason McKenney
10     from Gibson Dunn & Crutcher on behalf
11     of Defendant Cal-Maine.
12          MS. KANTOR:  Elisa Kantor from
13     the law firm of Crowell & Moring on
14     behalf of Daybreak Foods.
15          MS. ANDERSON:  Carrie Anderson
16     with Weil Gotshal on behalf of Michael
17     Foods.
18          MS. SUMNER:  Robin Sumner from
19     Pepper Hamilton on behalf of
20     Defendants, United Egg Producers and
21     the United States Egg Marketers.
22          MR. DAVIS:  Evan Davis, Pepper
23     Hamilton on behalf of United Egg
24     Producers and United States Egg
25     Marketers.

Page 15

1
2           MR. GREEN:  George Green,
3      general counsel, Food Marketing
4      Institute on behalf of the Witness,
5      Jill Hollingsworth.
6           VIDEOGRAPHER:  At this time the
7      court reporter, Linda Rossi Rios, will
8      administer the oath.
9           - - -
10          JILL HOLLINGSWORTH, DVM, after
11     having been duly sworn, was examined
12     and testified as follows:
13          - - -
14          COURT REPORTER:  Excuse me, will
15     counsel on the phone, please, identify
16     themselves?
17          MR. HUTCHINSON:  Troy Hutchinson
18     on behalf of Sparboe Farms.
19          MR. FONTECILLA:  Andrian
20     Fontecilla with the firm Proskauer
21     Rose on behalf of Defendant Daybreak
22     Foods, Inc.
23          MR. PALUMBO:  Thomas Palumbo,
24     the law firm of Straus Boies on behalf
25     of Indirect Purchaser Plaintiffs.

Page 16

1
2           MR. HILL:  This is Brian Hill
3      from Marcus & Shapira on behalf of
4      Giant Eagle.
5           MR. KENNEDY:  Travis Kennedy of
6      Eimer Stahl on behalf of Moark, LLC
7      and Norco Ranch, Inc.
8           MR. BURKE:  Jason Burke with
9      Faegre Baker Daniels on behalf of
10     Midwest Poultry Services.
11          - - -
12          EXAMINATION
13          - - -
14  BY MR. PATTON:
15     Q.    Good morning.
16     A.    Hi.
17     Q.    Could you, please, introduce
18  yourself for the record?
19     A.    Yes, I can.  My name is
20  Dr. Jill Hollingsworth.  In the way of a
21  little background, I was an employee of the
22  Food Marketing Institute from November of
23  1997 until June of 2011, and I continue
24  working with them as a consultant.  I am a
25  Doctor of Veterinary Medicine.  Prior to

Page 17

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  working at the Food Marketing Institute, I
3  was for 15 years an employee of the U.S.
4  Department of Agriculture in various
5  positions, but always within one division,
6  and that was the Food Safety and Inspection
7  Program of USDA which has oversight
8  regulating meat and poultry production.
9      Q.    Thank you.  Dr. Hollingsworth,
10  the court reporter needs to take down your
11  answers and my questions and that's the most
12  important thing.
13     A.    Okay.
14     Q.    If you could wait a moment
15  between my question and your answer, it will
16  give us time -- to give her time, and we
17  won't step on each other.
18     A.    Okay.
19     Q.    That happens sometimes, and
20  it's usually my fault.
21          If you choose to answer a
22  question yes or no, I would ask that you do
23  so rather than do uh-huhs or uh-uhs or that
24  type of thing, because they're ambiguous
25  answers.

5 (Pages 14 - 17)

Page 18

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    A.   All right.

3    Q.   You also know that you are

4 designated today to testify on behalf of the

5 FMI as a corporation. Is that right?

6    A.   Yes.

7    Q.   I would like to focus today on

8 the time period when you were employed by FMI

9 and when you worked to develop the FMI's

10 animal welfare policy, and also get into your

11 dealings with various producer industries

12 including the UEP.

13    A.   All right.

14    Q.   Before we do that, let's go

15 back over your background a little bit. Did

16 you attend university?

17    A.   Yes, I did. I have an

18 undergraduate degree, a Bachelor of Science

19 in agriculture sciences at the University of

20 Georgia. And I also received my Doctorate of

21 Veterinary Medicine from the University of

22 Georgia.

23    Q.   What time period is that?

24    A.   Wow.

25    Q.   Even roughly.

Page 19

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    A.   Well, I was at the University

3 of Georgia from 1970 through '77. That

4 encompasses both of those degrees.

5    Q.   And after University of

6 Georgia, did you go right to the USDA?

7    A.   No, actually I worked in a

8 private practice for two years before joining

9 the Department of Agriculture.

10    Q.   As a veterinarian?

11    A.   As a small animal practitioner

12 veterinarian, yes.

13    Q.   Then when did you join the

14 USDA?

15    A.   That would have been in 19 --

16 roughly 1979 or '80.

17    Q.   What was -- could you just --

18 15 years is a long time to cover, so if you

19 could walk us through your different

20 positions and titles and responsibilities,

21 that would be helpful.

22    A.   I initially started out as what

23 is known as a Supervisory Veterinary Medical

24 Officer in the Department of Agriculture Food

25 Safety Inspection Service. In that capacity,

Page 20

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 I was responsible for overseeing the

3 slaughter and processing of poultry in

4 Northern Georgia. And the veterinarians are

5 assigned to the slaughter processing

6 facilities mainly to look for animal diseases

7 and to make sure that the animals that are

8 processed into food are done so in a safe

9 manner.

10    I -- my career advanced, I

11 moved to an area office, which was in Athens,

12 Georgia, and that area covered all the meat

13 and poultry processing in the State of

14 Georgia. I then moved to the regional office

15 which was in Atlanta. And in that capacity,

16 I was the regional poultry specialist for the

17 southeast region, and that included both

18 domestic animal production and processing,

19 and also imports/exports.

20    I then moved to Washington,

21 D.C. where I worked at the Office of the

22 Administrator in various positions, most of

23 them including food safety, risk assessment,

24 investigating of recalls, outbreaks and

25 that -- things of that nature. And

Page 21

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 eventually I was the assistant to the

3 undersecretary on food safety.

4    Q.   When did you start with the

5 FMI?

6    A.   In November of 1997.

7    Q.   And what was your position with

8 the FMI?

9    A.   I came to FMI as the Vice

10 President of what was then called Science and

11 Technology, but it was changed to the

12 Division of Food Safety.

13    Q.   And what were your

14 responsibilities?

15    A.   Primarily helping develop

16 programs for food safety assurance, working

17 with retailers as an advocate for them in

18 assuring that the programs that they had in

19 place made -- made sure that the stores were

20 providing safe food to consumers. We did a

21 lot working with members on such things as

22 training employees in safe practices,

23 sanitation programs, had to make sure stores

24 were clean and safe. And also a large part

25 of the job was dealing in regulatory issues,

6 (Pages 18 - 21)

Page 22

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 making sure we were in compliance with food
2 safety regulations from both FDA and USDA.
3     Q.    Before we get into the animal
4 welfare part of your job, let's take a step
5 back and try to figure out -- or let me ask
6 you some questions about FMI.  Very generally
7 what is FMI as an organization and what's its
8 purpose?
9     A.    FMI is a nonprofit trade
10 association.  Its members include retail food
11 stores, and they are everything from singly
12 independently owned stores, all the way up to
13 large multi-store chains throughout the
14 United States.  The members, there's about
15 1,500 members and total they represent about
16 40,000 stores.  In addition to the retail
17 stores themselves, our membership also
18 includes wholesalers and the food
19 distribution centers that provide the food to
20 those stores.
21         We also have an associate
22 member program.  The associate members
23 include those companies that provide products
24 or services to the retail food industry.

Page 23

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1     Q.    Such as food producers?
2     A.    It can be food producers, it
3 can be companies that manufacture equipment
4 that is used in the stores, companies that
5 provide various retail services and in
6 addition to the food providers.
7     Q.    What generally is the FMI's
8 mission, if you know?
9     A.    The mission is really to
10 provide research, education and industry
11 support to the retail food sector.  We have a
12 variety of divisions within FMI.  For
13 example, we do lobby on their behalf.  We
14 have a government relations division.  We
15 have an education division that does a lot of
16 work in providing information to our members
17 particularly on research such as consumer
18 trends, shopping behaviors, new products
19 coming to the market.  We also monitor and
20 track for them emerging issues, helping them
21 prepare not only to have stores of today, but
22 the stores of tomorrow.
23     Q.    Does the FMI, as part of its
24 responsibilities, focus on the development of

Page 24

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 policies and forms, for instance, for its
2 retail members and other members?
3     A.    We do work on developing
4 policies at our members request.  We are, of
5 course, a member driven organization.  And if
6 our members ask us to provide or develop the
7 research for them so that they can develop
8 policies, we do.  Of course, they are the
9 members' policies, not necessarily FMI's
10 policies.  But we do work with our members
11 primarily through a committee process.  FMI
12 has several different committees.  For
13 example, we have a Food Safety Committee.  We
14 also have a Communications Committee.  And
15 those committees do work with the members on
16 issues to develop policies and also to
17 provide them information.
18     Q.    Do -- does any single member of
19 the FMI control or dictate policy for the
20 FMI?
21     A.    No, all the members are
22 considered equal, even whether they're a
23 single store owner or a big chain store,
24 they're all seen as equal members with an

Page 25

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 equal voice.  And policies have to be
2 developed by the committee and approved by
3 the board.  FMI has a rather large board,
4 usually about 80 members on the board.  The
5 board is very representative.  We always make
6 sure on the board -- it's mainly made up of
7 the CEOs of the companies.  We try to have a
8 very representative and diverse group
9 including small stores operators, big store
10 operators, different parts of the country,
11 some of them are regional, some of them are
12 national, some of them are international.  So
13 that -- the board really has to approve
14 anything that's called a policy.
15     Q.    Does FMI have the authority to
16 reach agreements or bind individual members?
17     A.    No.  No.  I mean, everything we
18 do for them is offered to them as a service
19 and then they choose which things they want
20 to implement or follow or use.
21     Q.    Now, let's focus on the time
22 period when you became involved in animal
23 welfare.  Is it your recollection that it was
24 late in the year 2000 when you were part of

7 (Pages 22 - 25)

Page 26

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  an effort within FMI to focus on animal
3  welfare issues?
4      A.   Yeah.  I'm sorry, yes.  That
5  was in 2000.
6      Q.   And what was your job title at
7  that time period?
8      A.   I was vice president of food
9  safety programs.
10     Q.   And what -- walk us through
11 this, how this started.  What precipitated
12 the interest in developing or focusing on
13 animal welfare issues?
14     A.   Well, there were several things
15 happening at that time.  Animal activist
16 groups had begun something of a program of
17 protesting in front of mostly food service
18 operations, companies like McDonald's or
19 Burger King.  Organizations like PETA, they
20 would protest in front of the stores,
21 basically disruptive to the business, but
22 also making demands that these food service
23 companies implement certain animal welfare
24 practices and procedures that organizations
25 like PETA wanted to have done.  Our members

Page 27

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  were aware of that.  They followed it, it was
3  in the news.  FMI also tracks news that might
4  impact members and keeps them aware of
5  emerging issues.  And that was certainly
6  something that was on our radar screen
7  because it was becoming more and more
8  disruptive to the food service industry at
9  the time.  Then later in 2000, several of our
10 members came to FMI and said we've actually
11 received a letter, the letter is asking us to
12 explain what is our animal welfare stand,
13 what is our policies, how do we feel about
14 animal welfare.  And those members asked FMI
15 if we would explore it further and see how
16 big an issue is this becoming, is it going to
17 affect how consumers feel about retail stores
18 and what, if anything, should they be doing
19 about it.
20     Q.   What were the activities that
21 you were observing with the McDonald's and
22 the Burger Kings that you mentioned?
23     A.   Well, one of the things that we
24 saw happening and that was of some concern
25 was that the -- one of the things PETA was

Page 28

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  doing was they would target one organization,
3  one company like McDonald's and make some
4  demands.  And then if McDonald's said, okay,
5  we will do what you're asking, then they
6  would leave McDonald's and go to another
7  company like a Burger King, and they would
8  ask them to step up and do more than
9  McDonald's.  They were starting to get
10 everyone to play against each other.  What
11 happened was some of those food service
12 companies, it appeared to us, were actually
13 making changes without any scientific basis,
14 they were just doing it to make PETA go away.
15 We felt that was not a way to approach this
16 issue.
17     Q.   Was it FMI's objective to try
18 to get ahead of the animal welfare issue,
19 operate proactively before the sights turned
20 on retail?
21     A.   Always, yes.  In fact, we're
22 always trying to be kind of futuristic in our
23 thinking, like what could happen, what can we
24 do to sort of fend off or redirect anything
25 that could negatively impact retailers and

Page 29

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  consumers' beliefs about what retailers do
3  for them.  And so, yes, we wanted to be very
4  proactive, and we even wanted to get more
5  information at that time, what did consumers
6  actually think about what retailers should be
7  doing in this regard.
8      Q.   In this time period in 2000,
9  had the activist groups actually turned their
10 sights yet on the retailers?
11     A.   In the sense that they were
12 getting letters and questioning them about
13 what were they doing, we felt that that tide
14 was turning toward retail.
15     Q.   Had they been protested or was
16 there a level of activity that you had seen
17 with the McDonald's and the Burger Kings, had
18 that matured yet?
19     A.   I can't say for sure that I
20 know if anyone actually had a protester in
21 front of the store, but I do know that there
22 was concern that that tide was turning.  But,
23 again, the focus was at that point in early
24 2000, especially mostly on food service
25 operations.

8 (Pages 26 - 29)

Page 30

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2     Q.    By "food service," you mean the

3 Burger Kings and the --

4     A.    Fast food, right. What you

5 call fast food.

6     Q.    So what did -- what did --

7 another poorly asked question.

8     What did you do, how did you

9 get into action on animal welfare is my

10 question?

11     A.    Well, our consumer and media

12 group -- I'm sorry, not consumer,

13 communications and media group, they are very

14 good at tracking how many news hits there are

15 on various things of that nature, and then

16 they report that out to the members. One of

17 the things that they even saw was increasing

18 media coverage of these protests and this

19 animal welfare issue. They were making us

20 and the members aware that they could see

21 this starting to emerge and become a bigger

22 issue. At that time late in 2000, there were

23 five members in particular who had not

24 collectively, independently contacted FMI and

25 said we're really getting growingly more and

Page 31

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 more concerned about this, and would you

3 start looking into this issue for us. And at

4 that time we agreed to get those five members

5 together, they each had a representative, and

6 we asked them what would you like FMI to do,

7 what kinds of concerns do you have, where

8 would you like us to go with this issue, and

9 do you want us to make it a priority. Those

10 companies said, yes, we would like you to do

11 that.

12     Q.    Now, at this point in time, did

13 you develop internally a committee or an

14 approach? I know that Karen Brown became

15 involved, so point us how you started to go

16 about this.

17     A.    Well, the first thing we felt

18 we had to do was to get ourselves organized

19 was to say what would we have as a very

20 generic, if you will, overriding policy. If

21 we're going to start looking at how do we

22 deal with animal welfare issues on behalf of

23 our members, what would we want to do

24 initially. And the first thing was to come

25 up with the policy. The policy was I

Page 32

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 considered somewhat broad and generic. It

3 had four or five bullets in it. It said

4 things like, you know, we feel that animals

5 should not be raised in a condition where

6 there's any neglect or abuse. We felt that

7 anything we did had to be science based. We

8 also felt that the policy wasn't going to

9 encourage that the government play its role

10 where there was a regulatory requirement. So

11 they were broad policy type statement.

12     We developed them in

13 conjunction with the members who were

14 interested in this case. We asked them, you

15 know, did you think this was the policy

16 direction we would take. They agreed, and

17 then we decided at that time, because the

18 issue would have an impact on all of our

19 members in one way or another, we proposed to

20 our president and CEO that we write this up

21 as a board level policy and present it to the

22 board for their approval.

23     Q.    So the notion was to develop an

24 overarching policy before really ever looking

25 at guidelines of any particular industry?

Page 33

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2     A.    Right. Right. Well, along

3 with the policy, what we also did was develop

4 what we call some program steps. And it was

5 to let the board know, because we knew the

6 board would ask if we approved this policy,

7 what does it mean, what are you going to do

8 then. So we did develop some action steps

9 that we saw as what we would do if the policy

10 was approved.

11     Q.    Let me mark with you Exhibit 1,

12 because I think it may be helpful to walk

13 through this.

14     A.    Okay.

15     - - -

16     (Exhibit H-1, Animal Welfare

17     Project, Bates KRGEG00020402 &

18     KRGEG00020403, was marked for

19     identification.)

20     - - -

21 BY MR. PATTON:

22     Q.    I've handed you what's been

23 marked Exhibit 1 to your deposition.

24     MR. DAVIS: This is -- excuse

25 me, Doug, this is marked highly

Page 34

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 confidential.
2 MR. PATTON: Yeah. It's my
3 client's document, so I'm okay having
4 her see it.
5 MR. BARNES: Right. You're
6 waiving the highly confidential
7 designation. Correct?
8 MR. PATTON: No, I'm not. I'm
9 saying she can see this document.
10 It's okay with me.
11 MR. DAVIS: Has she signed the
12 protective order?
13 MR. PATTON: I don't know. And
14 I don't -- it's not --
15 MR. BARNES: I think you've
16 waived it. Go ahead.
17 MR. PATTON: Well, if I've
18 waived it, I waived it to this
19 document, so...
20 BY MR. PATTON:
21 Q. Is this -- this is one of the
22 earliest documents I have found in the case.
23 If you take a moment and look at this. Does
24 this sort of outline the animal welfare

Page 35

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 project at its early stages --
2 MR. DAVIS: Objection to form.
3 MR. MCKENNEY: Objection to
4 form.
5 THE WITNESS: I've never seen
6 this, so if you'll give me just a
7 minute, I'll have to look at it.
8 There are a few statements in
9 here that I would say are not
10 necessarily consistent with the way
11 FMI positioned our animal welfare
12 program. For example, FMI itself did
13 not have any intention of setting
14 standards. That was something that we
15 didn't do, we didn't have the
16 expertise to do that.
17 BY MR. PATTON:
18 Q. Why is that?
19 A. Mainly because we didn't have
20 the expertise. These were animal producers,
21 we're retailers. That wasn't our expertise,
22 to set a standard. And, let's see, that's
23 the one that I noticed right off. Oh, and
24 also it said work with animal welfare experts

Page 36

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 including the American Humane Association.
2 That was not one of the groups that we tapped
3 for an animal expert.
4 Q. Let me -- maybe to cut through
5 this, if you looked at the first paragraph at
6 the top, "To have a uniform response by the
7 grocery retail industry to consumer
8 concerns...," was that part of FMI's
9 objective?
10 A. One of the things that we had
11 as our intention in developing our animal
12 welfare program was to be able to speak on
13 behalf of the industry about our policy which
14 was we do care about animal welfare as an
15 issue.
16 Q. Do you see where it identified
17 cows, pigs, sheep, lambs, chicken, meat and
18 eggs?
19 A. Uh-huh.
20 Q. Was part of the FMI objective
21 to look at all producer industries, not just
22 one particular industry such as eggs?
23 A. It was to do all of the major
24 protein commodities, animal commodities.

Page 37

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 Q. Why was that?
2 A. Because the animal welfare
3 issues involve the raising, handling and
4 transportation of all these different
5 species, cows, pigs, chickens.
6 Q. Where -- in bullet paragraph 6,
7 there are some bullet points there, and one
8 says, "industry is interested and concerned
9 about the issue of humane treatment of
10 animals." Was that a concern at the time
11 period in late 2000 and -- in late 2000?
12 A. I would say, yes, I think the
13 retail industry was concerned that they
14 wanted to be able to assure their consumers
15 that the products they sold were coming from
16 suppliers who did treat their animals with
17 concern for their humane care.
18 Q. Where it says, "retail industry
19 has no direct role," do you have an
20 understanding of what that refers to?
21 MR. BARNES: Object to the
22 question. The witness has testified
23 she's never seen this document before
24 and you're asking her to interpret it.

10 (Pages 34 - 37)

Page 38

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 MR. PATTON: Hang on. First of
3 all, I would appreciate no speaking
4 objections, because we're going to
5 object to form here, and I'm going to
6 be fairly firm about that, because I
7 don't do speaking objections. Second,
8 if we're going to have one objection,
9 can we have one objection from
10 everyone so this doesn't turn into a
11 filibuster, so...
12 MR. BARNES: I gave you the
13 basis for the objection to give you an
14 opportunity to cure it.
15 MR. PATTON: With all respect,
16 I'll ask you if I need guidance in
17 curing an objection. I'm pretty good
18 at understanding objections.
19 MR. BARNES: I'm just trying to
20 help.
21 MR. PATTON: Thank you.
22 MR. DAVIS: I'll additionally
23 object to a lack of foundation for all
24 questions about this document.
25 MR. PATTON: Let's do this:

Page 39

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 I'll press forward with my question.
3 BY MR. PATTON:
4 Q. Were you aware whether or not
5 in the early development stages retail
6 industry had a direct role or do you know
7 what that refers to?
8 A. One of the things that the
9 retailers had mentioned, and it's just a
10 fact, is that at the retail store level, they
11 do not have direct oversight of how an animal
12 is raised. And they felt that they were
13 somewhat removed from that. They deal
14 directly with their suppliers of food. They
15 don't necessarily work in the business of
16 purchasing or care for animals.
17 Q. If you turn to the second page
18 of this document, and this is really my
19 point, it identifies a date of December 14,
20 2000. Do you see that?
21 A. I do.
22 Q. At this point in time, was --
23 do you understand what is meant by "Currently
24 in the...gathering phase?"
25 A. That was still -- FMI at that

Page 40

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 time was still assessing the scope of the
3 issue, what would be the potential impact on
4 the retail industry because of this issue,
5 what was happening in other industries,
6 particularly food service, fast food
7 restaurants with the issue.
8 Q. And it also mentions FMI is
9 analyzing existing published industry
10 standards including McDonald's. Was that the
11 case?
12 A. McDonald's had -- because of
13 the protests that were being brought about by
14 PETA directly against McDonald's, McDonald's
15 did start to publish some actions that they
16 would take as part of their own personal
17 requirements of their suppliers.
18 Q. Why would the FMI look to
19 McDonald's guidelines?
20 A. Well, basically we were trying
21 to see what was the basis of those
22 guidelines, were they science based, were
23 they using experts, or were they only
24 responding to the demands of PETA.
25 Q. There's another entry there

Page 41

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 that says FMI held a conference call with
3 McDonald's. Were you privy to those
4 discussions?
5 MR. DAVIS: Objection.
6 Misstates the document.
7 THE WITNESS: Yes, I was on
8 conference calls with McDonald's
9 representative.
10 BY MR. PATTON:
11 Q. What was the substance or what
12 was discussed in those calls?
13 A. We were asking McDonald's what
14 I just mentioned, what was driving their
15 standards, what were they using as the
16 science basis for their standards and whether
17 or not they felt their standards were
18 consistent with industry best practices.
19 Q. At this point in time, had FMI
20 conducted -- well, let me ask it this way:
21 In point 3 there's an indication that FMI
22 will conduct focus groups. Do you see that
23 in paragraph 3?
24 A. Yes.
25 Q. Why was FMI interested in

11 (Pages 38 - 41)

Page 42

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 conducting focus groups?
3     A.   One of the things we wanted to
4 know, and we focus on this on a variety of
5 issues on behalf of our members, and that is
6 what is their customer's attitudes about
7 issues. We do a lot of research on consumer
8 trends, and this was in part looking at what
9 does consumers feel about animal welfare
10 issues.
11     Q.   There's also in point 5 here,
12 an indication that "FMI will identify
13 advisory council members..." Do you know
14 what that refers to?
15     A.   FMI felt that we needed to
16 reach out to get the expertise that could
17 bring science-based decisions to this issue.
18 And we felt that the best thing to do was to
19 identify those people who are professionally
20 recognized as animal welfare experts. And we
21 started to look at who those people were,
22 what their credentials were and how we might
23 bring them together to work together to
24 advise us on what are animal welfare issues.
25     Q.   So just to -- before we move on

Page 43

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 to the year 2001, is it accurate that the FMI
3 began to look at this in late 2001 as an
4 issue?
5     MR. DAVIS: Objection.
6     THE WITNESS: We actually
7     started looking at this issue
8     initially in 2000.
9 BY MR. PATTON:
10     Q.   Right. I'm sorry, in December
11 of 2001 -- I'm sorry, let me start again.
12     In December of 2000, was the
13 FMI basically in the gathering phase as this
14 document shows?
15     A.   Yes.
16     Q.   Was it -- had it yet developed
17 the policy?
18     MR. DAVIS: Objection.
19     THE WITNESS: Yes.
20 BY MR. PATTON:
21     Q.   It had?
22     A.   We had the outline of a policy.
23 It had not yet been board approved, so it was
24 not yet a policy. But we were working on the
25 bullets of what would constitute a policy.

Page 44

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.   And you -- and the plan was to
3 try to conduct focus groups going forward and
4 to try to develop an advisory council?
5     A.   Yes.
6     Q.   Had FMI at this point in time
7 in earnest started to evaluate the guidelines
8 of individual industries?
9     MR. DAVIS: Objection to form.
10     THE WITNESS: We had begun to
11     talk to the producer groups to
12     identify which organizations already
13     had animal welfare guidelines, how
14     they -- what experts they used. So we
15     had talked to them, but we had not
16     begun any evaluation, per se, or
17     analysis of what those guidelines
18     were.
19 BY MR. PATTON:
20     Q.   At that point in time, were
21 you -- what knowledge do you have as to
22 whether or not the UEP had already
23 established guidelines?
24     A.   To the best of my knowledge,
25 UEP would have told us in 2000 that they did

Page 45

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 have a guideline.
3     Q.   That they had already prepared?
4     A.   Yes.
5     Q.   Let me mark with you Exhibit 2
6 to your deposition.
7     - - -
8     (Exhibit H-2, 1/2/01 Fax, Bates
9     FMI-001153 - FMI-001162, was marked
10     for identification.)
11     - - -
12 BY MR. PATTON:
13     Q.   Ms. Hollingsworth, I've
14 identified -- Dr. Hollingsworth, I've
15 identified a January 2, 2001, fax to several
16 individuals from Karen Brown. And I would
17 like to have you focus on what is -- well,
18 there's three things identified here,
19 background piece, animal welfare practice
20 comparison and then a listing of animal
21 groups. Do you see that?
22     A.   Uh-huh.
23     Q.   Yes?
24     A.   Right.
25     Q.   Yes?

12 (Pages 42 - 45)

Page 46

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2      A.    Yes. I'm sorry. Yeah. I'm
3  sorry. Yes.
4      Q.    The second page of this
5  document, is that the recommendation that you
6  had mentioned earlier that was being made to
7  the board regarding the policy?
8      A.    On the second page -- or the
9  first page other than the cover page, the
10  five bullets under "POLICY Suggestions" was
11  the policy we had worked on.
12      Q.    At the top there's -- it says,
13  "Background, Animal welfare issues, including
14  animal husbandry practices and...slaughter..."
15          To what industries that
16  apply, or to what producer industries, if you
17  know?
18      A.    I don't think there was any
19  particular one. I think we were talking
20  about animals used for food in general.
21      Q.    So that would be beef, turkey,
22  swine?
23      A.    Yes. Cattle for beef, dairy
24  animals, poultry bulk for protein meat and
25  for eggs, turkeys.

Page 47

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2      Q.    So was it the intention of the
3  policy to apply to all industries?
4      A.    Yes. Yes.
5      Q.    Now, where it says, "Current
6  Activities," it lists out the fact that "FMI
7  is gathering information from the producer
8  community regarding current procedures..."
9  What is that referring to?
10      A.    Are you referring to the
11  sentence that says, "We are working to
12  identify...organizations?" I'm sorry, can
13  you tell me what -- I'm not sure what
14  sentence.
15      Q.    Under "Current Activities" it
16  says, "FMI is gathering information from the
17  producer community..."
18          Do you see that?
19      A.    We began to talk to the various
20  commodity representative organizations to ask
21  them did they have animal welfare guidelines,
22  and in a very broad sense what parts of
23  animal husbandry and animal practices did
24  those guidelines cover.
25      Q.    Then the next sentence says,

Page 48

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2  "We are working to identify animal welfare
3  organizations and academic experts..."  What
4  was FMI doing in that regard?
5      A.    As far as the academic experts,
6  that was one of the things I was working on
7  with universities looking at organizations
8  that specifically have people who are
9  identified as experts mainly by their
10  degrees. They're all Ph.D.s or Doctors of
11  Veterinary Medicine who have a specialty in
12  man welfare and animal policies. I was,
13  working on helping to identify them. And we
14  were also looking at what were the animal
15  activist organizations, so we basically knew
16  who we would be working with in both areas.
17      Q.    And it also says that "We are
18  exploring the need for consumer research..."
19  Why was that necessary?
20      A.    Again, we wanted to have a
21  clear understanding of what did the customer
22  of the retail store feel about animal welfare
23  and what did they expect retail stores to do
24  about that issue.
25      Q.    Why was that important?

Page 49

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2      A.    Well, because if consumers said
3  that they didn't think it was a problem, then
4  that might change our focus. If consumers
5  said this is an area we want you to focus on,
6  we would share that with our members and say,
7  yes, your customers care about this.
8      Q.    Now, it -- the "POLICY
9  Suggestions" -- well, above the "POLICY
10  Suggestions," there is a in bold heading
11  reads, "Potential Policy and Program
12  Components." And it says FMI -- "As FMI
13  explores the appropriate role for our
14  industry..." Why was FMI exploring its
15  appropriate role for the industry?
16      A.    Again, that was largely
17  consumer driven, it was looking at what do
18  customers expect of retail stores.
19      Q.    Did the FMI have the power to
20  tell producers what to do?
21      A.    No.
22      Q.    Was FMI viewing itself as
23  fundamentally neutral in this process?
24      A.    FMI's position was to represent
25  the wishes of our retail members. We're

13 (Pages 46 - 49)

Page 50

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1  member driven.  We ask our members what would
2  you like to do for -- how can we help you,
3  what would you like us to do for you.  So we
4  were basically looking for what do retailers
5  want, what can help them.
6      Q.    Could FMI tell its members what
7  to do?
8      A.    No.
9          MR. BARNES:  Objection.  Asked
10     and answered.
11 BY MR. PATTON:
12     Q.    I asked could it tell producers
13 what to do.  So this question is whether FMI
14 had -- could FMI with its policy tell its
15 individual members what to do?
16     A.    No.  Our policies are only
17 meant to represent a position that the board
18 has agreed to, but they're always -- it's up
19 to the individual company which policies they
20 choose to use or modify or not use at all.
21     Q.    And over the years, had the FMI
22 actually developed numerous policies in
23 different areas besides welfare that you're
24 aware of?

Page 51

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1      A.    Yes, we have.
2      Q.    In any of those policies, was
3  it ever the FMI's intent or purpose in
4  requiring members to follow that policy?
5          MR. DAVIS:  Objection.
6          THE WITNESS:  They were always
7      voluntary.
8  BY MR. PATTON:
9      Q.    Now, if you look at the "POLICY
10 Suggestions" on the lower part of this
11 document that you have in front of you, it
12 says, "FMI will work cooperatively with its
13 counterparts in the food industry to promote
14 production 'best practices' for each species
15 that will strengthen food quality and safety,
16 and ensure animal well-being at every step of
17 the production process."
18     Do you see that?
19     A.    Yes.
20     Q.    Was that one of the
21 recommendations that was made to the FMI
22 Board in developing a policy?
23     A.    Yes.
24     Q.    Why does it say that FMI will

Page 52

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1  work cooperatively with its counterparts?
2      A.    It was always our intent, and
3  it's always our intent, to work with the
4  entire food community so that we can have
5  collaboration throughout the food chain.
6      Q.    By "food community," you mean
7  all producer industries?
8          MR. MCKENNEY:  Objection.  Form.
9          THE WITNESS:  I think by "food
10     industry," we mean everyone in the
11     food chain.  And also it's not just
12     the food chain, but it's also not just
13     retail stores, but also restaurants
14     and food service.
15 BY MR. PATTON:
16     Q.    Was it more than just the egg
17 industry?
18     A.    Oh, yes.  It was everyone in
19 the food supply chain.
20     Q.    Would it be fair to say that
21 the intent was to develop a universal policy
22 that applied to all welfare issues, not just
23 one particular industry?
24          MR. DAVIS:  Objection.  Form.

Page 53

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1          THE WITNESS:  Yes.
2  BY MR. PATTON:
3      Q.    Why is that?
4      A.    Because animal welfare is
5  across the board for all animals.  It's not
6  just for cattle or chickens or turkeys, it
7  was for all the food animals.
8      Q.    And retail stores carry more
9  than just eggs.  Right?
10     A.    They carry lots of products.
11     Q.    When -- well, I'm going to wait
12 until I mark the policy, but if you turn
13 several pages into this document, you'll see
14 some comparative charts, and the way you can
15 do that is with a Bates number that says FMI.
16 Let's go to the one that says 1161.  Do you
17 see it's entitled "BEEF ANIMAL WELFARE
18 PRACTICES COMPARISONS?"
19     A.    Yes.
20     Q.    What is this chart?
21          MR. BARNES:  Objection.  There's
22     no testimony that this witness has
23     ever seen this document before.
24          THE WITNESS:  I am aware of this

14 (Pages 50 - 53)

Page 54

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 document, I do not know who put it
2 together. I personally did not. As
3 we had mentioned earlier in our early
4 discussions looking into this issue,
5 we had told our members that we would
6 look at some of the animal welfare
7 programs that were already in
8 existence. And it appears that this
9 represents some very generic
10 statements as to what is included in
11 our best practice guide.
12 BY MR. PATTON:
13 Q. Part of your deposition you're
14 being asked questions as FMI's representative
15 today. Right?
16 A. Yes.
17 Q. So my questions may go beyond
18 just documents that you personally saw,
19 but --
20 A. Yes.
21 Q. -- documents that were
22 generated by the organization. Is that fair?
23 A. And in that respect, this was
24 an FMI document.

Page 55

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 Q. Now, tell me what this
2 indicates. Is the FMI looking at various
3 aspects of the slaughter and treatment of
4 beef?
5 MR. DAVIS: Objection.
6 THE WITNESS: Well, this
7 particular document is labeled as the
8 "BEEF ANIMAL WELFARE PRACTICES..." So
9 in this case this was regarding beef
10 animals.
11 BY MR. PATTON:
12 Q. Where it says, "American Meat
13 Institute," what does that refer to, are
14 those guidelines?
15 A. AMI, yes, that would be the
16 American Meat Institute's, their industry
17 best practices guidelines for beef animal
18 welfare.
19 Q. And then you also have
20 McDonald's listed, why is that?
21 A. McDonald's at that time, due to
22 pressure primarily from PETA, were working on
23 developing some of their own requirements for
24 animal welfare.

Page 56

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 Q. Was FMI comparing or at least
2 measuring some other policies against
3 McDonald's policy?
4 A. We were not necessarily
5 comparing against them as much as we wanted
6 to have an awareness of what other companies
7 were doing.
8 Q. Do you have a view as to
9 whether or not McDonald's policies as to
10 animal welfare are good or bad or standard?
11 MR. DAVIS: Objection.
12 THE WITNESS: I really couldn't
13 comment on what McDonald's was doing.
14 BY MR. PATTON:
15 Q. Where it indicates IBP, what
16 does that refer to?
17 A. IBP is a company called -- at
18 the time they were called Iowa Beef
19 Processors, and they were a very large cattle
20 and beef producing organization, and they had
21 guidelines that they used within their
22 organization.
23 Q. And then the AVMA, is that
24 another -- what is that?

Page 57

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 A. The AVMA is the American
2 Veterinary Medical Association. And the AVMA
3 had begun the process, they actually had
4 formed an animal welfare component within the
5 AVMA organization, and they also were
6 starting to develop best practices for live
7 animal handling.
8 Q. So in this chart, is what
9 you're doing is comparing all of these
10 different standards or reviewing them?
11 A. We were looking at what
12 different organizations were already doing.
13 And one of the things we were trying to focus
14 on at that time is what are considered best
15 practices and how are they being developed.
16 Q. I see the word at the top
17 "COMPARISONS," so that's why I'm trying to
18 understand why FMI was comparing these
19 different policies.
20 A. Again, it was trying to
21 determine what was the existing best practice
22 and how were they being developed.
23 Q. I'm going to ask you about best
24 practice in a minute after we get through

15 (Pages 54 - 57)

Page 58

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 this chart.
3      If you turn the page to Bates
4 numbered FMI 162, do you see that that is a
5 poultry welfare practices comparison?
6     A.   Yes.
7     Q.   Why did the FMI prepare this
8 chart or engage in this activity?
9     A.   For the same reasons that we
10 were looking at all different animal
11 programs.  Again, we wanted to get a general
12 sense of what was already in existence, what
13 was considered to be best practices, and what
14 organizations and groups were going about
15 developing certain requirements as part -- or
16 standards, I should say, for part of their
17 best practices.
18     Q.   Part of -- under the poultry
19 comparison, was FMI also looking at the
20 National Chicken Council, for instance, for
21 broiler chickens and the Turkey Federation?
22     A.   Yes.
23     Q.   And these two columns that had
24 McDonald's and United Egg Producers, do you
25 see that?

Page 59

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     A.   Yes.
3     Q.   Under the United Egg Producers
4 heading, next to the activities such as
5 housing disabled, slaughter, et cetera,
6 you'll see entries.  Do you see those?
7     A.   Yes.
8     Q.   Do you know where those entries
9 came from?
10     A.   This appears to be research
11 that was done to go to the -- ask these
12 groups specifically what is your best
13 practice position on each of these different
14 categories.
15     Q.   And so in January, on
16 January 2nd of 2001 when this document was
17 created, had the UEP established a housing
18 policy of 67 to 86 square inches?
19     MR. DAVIS:  Objection to form.
20     THE WITNESS:  It appears that
21     this was information that was provided
22     by UEP on what was their existing
23     position on best practices for
24     housing.
25 BY MR. PATTON:

Page 60

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.   And that position existed prior
3 to the FMI having yet issued its own animal
4 welfare policy?
5     MR. DAVIS:  Objection.  Lacks
6     foundation.
7     THE WITNESS:  This position had
8     to exist at the time this was
9     developed, so the date on this would
10     be the time that this existed.
11 BY MR. PATTON:
12     Q.   Now, where it says McDonald's,
13 what does that indicate to you, that
14 McDonald's has a housing requirement of
15 72 square inches per cage?
16     A.   This was at a time when
17 McDonald's was starting to issue their own
18 animal welfare best practices or in their
19 case as an individual company, what they were
20 asking of their suppliers, again, in response
21 to pressures they were receiving from
22 activist groups.
23     Q.   In comparing the McDonald's and
24 UEP guidelines in this chart, are there
25 differences that you see between McDonald's

Page 61

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 and UEP?
3     MR. DAVIS:  Objection.
4     THE WITNESS:  There do appear to
5     be differences in what they say in
6     these boxes, yes.
7 BY MR. PATTON:
8     Q.   Would one of those differences
9 be that McDonald's had a cage space
10 requirement of 72 inches by 2002 and the UEP
11 had 67 square inches for 2012?
12     A.   Yes, that's what it says.
13     Q.   And McDonald's under the --
14 well, do you see the heading that says forced
15 molting?
16     A.   Yes.
17     Q.   What is forced hen molting?
18     A.   In general, forced molting is a
19 practice whereby food and/or water are
20 removed from poultry which then puts them
21 into a molting process where they tend to
22 lose feathers, grow new feathers and it puts
23 them back into production cycles.
24     Q.   And that's done through food
25 deprivation typically?

16 (Pages 58 - 61)

Page 62

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      A.   Primarily through food.
3  Sometimes from water deprivation also.
4      Q.   At this point in time, was
5  there a difference between McDonald's policy
6  and the UEP's policy as depicted on this
7  chart?
8          MR. DAVIS: Objection. Lacks
9  foundation.
10         THE WITNESS: In this chart,
11     yes, it shows that McDonald's was
12     taking the position that they would
13     not -- they were opposed to forced
14     molting. And in the UEP column it
15     shows that they, in fact, said forced
16     molting was an acceptable practice.
17 BY MR. PATTON:
18     Q.   Is that an important or
19 significant difference in your mind?
20         MR. DAVIS: Objection.
21         THE WITNESS: Later it became
22     important to us. Well, obviously
23     there are differences in the chart.
24     And later it did become important to
25     us because it was one of the issues

Page 63

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      that our experts identified as
3      something that needed to be
4      scientifically studied and further
5      addressed.
6  BY MR. PATTON:
7      Q.   Let's move on to the
8  development of the board policy. I'm going
9  to hand you what's been marked as Exhibit 3
10 to your deposition.
11         -  -  -
12         (Exhibit H-3, 1/14/01 Board
13     approved animal welfare policy, Bates
14     KRGEG00020461, was marked for
15     identification.)
16         -  -  -
17         MR. BURKE: Would you mind
18     providing Bates numbers for those of
19     us on the phone?
20         MR. PATTON: Sure. This is the
21     board policy approved by the FMI, and
22     it's Bates stamp KRGE00020461.
23         MR. DAVIS: Are you similarly
24     waiving your designation for this
25     document?

Page 64

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2          MR. PATTON: Yes.
3  BY MR. PATTON:
4      Q.   And, Ms. Hollingsworth, can you
5  identify this as the board approved animal
6  welfare policy dated January 14, 2001?
7      A.   Yes, it appears to be that.
8      Q.   So if we look at Exhibit 2, and
9  then Exhibit 3, we see that a recommendation
10 was made on January 2, 2001, and policy
11 suggestions were made. And then on
12 January 14th the board approved an animal
13 welfare policy?
14     A.   Yes.
15     Q.   Were you involved at all in the
16 process of making policy suggestions or
17 answering questions that the board may have
18 had during this time period?
19     A.   Yes, I was.
20     Q.   Where it says that in point 2,
21 that the "FMI will work cooperatively with
22 its counterparts in the food industry to
23 promote production 'best practices'..." let's
24 talk about best practices. What does that
25 mean to you and what did it mean to the FMI?

Page 65

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      A.   Best practices incorporated two
3  things, one is what is the current practice
4  and what, based on science, would experts
5  advise as being practices that were
6  reasonable, implementable and the industry
7  could do to improve animal welfare.
8      Q.   When you say "reasonable," what
9  do you mean?
10     A.   Reasonable in the sense that
11 they are doable.
12     Q.   That they're ascertainable, not
13 just aspirational?
14     A.   Yes.
15     Q.   And I think you said
16 implementable, too, I don't know if that's a
17 word, but is that the same concept, for best
18 practices to work, they have to be reasonably
19 implemented?
20     A.   They have to be something that
21 can be done by the industry, yes.
22     Q.   And was the goal in best
23 practices to develop a policy that applied to
24 all organizations or does best practices mean
25 that it would apply to a single industry as

17 (Pages 62 - 65)

Page 66

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 opposed to all industries?
3         MR. DAVIS: Objection to form.
4 BY MR. PATTON:
5     Q.    Let me rephrase that question.
6         My understanding of the term
7 "best practice" is that it's a process of
8 developing a standard for multiple
9 organizations to follow and not merely
10 narrowly tailored to a specific industry.
11        MR. DAVIS: Objection.
12 BY MR. PATTON:
13    Q.    So my question is not leading,
14 would you agree or disagree with that
15 concept?
16        MR. DAVIS: Objection.
17        THE WITNESS: Best practices is
18 a term that would apply to all
19 industries, although they may not be
20 identical. What is best practice for
21 a cow may not be a best practice for a
22 chicken.
23 BY MR. PATTON:
24    Q.    Now -- and is that why FMI
25 really could only develop a policy, because

Page 67

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 it couldn't get any more specific?
3         MR. DAVIS: Objection to form.
4         MR. MCKENNEY: Objection.
5 Leading.
6         THE WITNESS: No. The intent of
7 the policy was to establish a position
8 that all retailers could agree to,
9 that they felt they could support
10 this. This type of policy was not
11 meant to be specifically detailed, but
12 to be generic and across the board.
13 BY MR. PATTON:
14    Q.    Now, are there limitations on
15 best practices such as feasibility?
16    A.    Yes, there can be.
17    Q.    And can you expand on that from
18 your perspective?
19    A.    But if it's not feasible, then
20 it wouldn't be a best practice. If you can't
21 do something, then it can't be a best
22 practice.
23    Q.    If a particular industry, for
24 instance, were to say it's just impossible,
25 we can't do that, would you take -- would

Page 68

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 that be taken into consideration?
3         MR. DAVIS: Objection.
4         THE WITNESS: It would be taken
5 into consideration. However, in this
6 particular case, and I may be jumping
7 ahead here, but when we looked at
8 things that were challenges, we then
9 said can we target to get to those
10 points where we have improvement. It
11 was meant to be a continuous
12 improvement process.
13 BY MR. PATTON:
14    Q.    Now, with this policy, did the
15 FMI have the power or the authority to
16 require its members to follow this policy?
17        MR. BARNES: Objection. Asked
18 and answered.
19        MR. DAVIS: Objection.
20        THE WITNESS: None of our
21 policies are required to be followed.
22 They are provided to the members to
23 individually make their decision if
24 they want to follow it.
25 BY MR. PATTON:

Page 69

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.    Was the purpose of this policy
3 to require members to accept or adopt any
4 industry's particular guidelines?
5         MR. DAVIS: Objection.
6 Foundation.
7         THE WITNESS: No, it's entirely
8 up to the members to make voluntary
9 decisions.
10 BY MR. PATTON:
11    Q.    That would have been true, yes
12 or no, for the beef, pork, turkey, veal,
13 broiler chicken and egg industry as well?
14    A.    Yes, for all of them.
15    Q.    Did the FMI, by issuing this
16 policy, intend to adopt a specific industry's
17 guidelines as its own?
18    A.    No. It was not our intent to
19 have an adoption of a program.
20    Q.    By adopting this policy, was it
21 ever the intent of FMI to require that its
22 members, for instance, buy only UEP certified
23 eggs?
24        MR. DAVIS: Objection.
25        THE WITNESS: No.

18 (Pages 66 - 69)

Page 70

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 BY MR. PATTON:

3    Q.   Did the FMI ever tell its
4 members that they had to buy only UEP
5 certified eggs?
6    A.   No.
7    Q.   Was a retailer free under this
8 policy to buy eggs from whomever it wanted?
9    A.   Yes.
10    Q.   If an egg farmer, for instance,
11 this is a hypothetical, but under this policy
12 I want to ask it, if a farmer, for instance,
13 had one farm that was compliant with
14 McDonald's standards and another farm that
15 was compliant with UEP standards, was the
16 retailer free to pick and choose if it wanted
17 to buy under the McDonald's as opposed to the
18 UEP?
19    A.   Yes.
20      MR. DAVIS: Objection to form.
21      Excuse me one second. Dr.
22 Hollingsworth, if you could just give
23 me a moment to interpose an objection.
24      THE WITNESS: I'm sorry. Okay.
25      MR. DAVIS: Thank you.

Page 71

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 BY MR. PATTON:

3    Q.   Did the FMI, through this
4 policy, did it ever require that its members
5 buy from egg producers that were only 100
6 percent compliant with a particular
7 guideline --
8    A.   No.
9    Q.   -- like the UEP guideline?
10    A.   I'm sorry. I missed the first
11 part. I'm not sure. Were they?
12    Q.   I stepped on your -- was the
13 purpose of this policy to require FI
14 members -- FMI members to purchase from
15 producers that were only 100 percent
16 compliant with the UEP guidelines?
17    A.   No.
18      MR. DAVIS: Objection to form.
19      THE WITNESS: I'm sorry. No.
20 BY MR. PATTON:
21    Q.   Now, if we go back to this
22 policy, would it be fair to say that in many
23 ways this policy was forward looking and sort
24 of a work in progress, as things evolved, the
25 FMI would encourage suppliers to stay updated

Page 72

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 with ever developing animal welfare
3 processes?
4      MR. DAVIS: Objection to form.
5 BY MR. PATTON:
6    Q.   That's a mouthful.
7    A.   I'm not sure I understand the
8 question.
9    Q.   Well, it says FMI here will
10 work with suppliers to communicate examples
11 of best practices in order to maintain
12 consumer confidences. Was that a forward
13 looking statement?
14    A.   Yes.
15    Q.   Now, after -- let me -- before
16 we leave subject, did FMI adopt any other
17 policy on animal welfare after this or was
18 this it?
19    A.   This one has been recently
20 revised.
21    Q.   And how recently?
22    A.   In 2012.
23    Q.   But from 2001, when it was
24 adopted, through 2012, this was the only
25 animal welfare policy issued by FMI. Right?

Page 73

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    A.   Correct.
3    Q.   Did FMI adopt as its own any
4 particular industry's guidelines?
5    A.   No.
6    Q.   Like the beef industry or like
7 the egg industry, did the FMI say we're going
8 to adopt that guideline and promote it as our
9 own?
10    A.   No.
11    Q.   This is all it ever issued. Is
12 that right?
13      MR. DAVIS: Objection.
14      THE WITNESS: Yes.
15 BY MR. PATTON:
16    Q.   Let me mark next in order
17 Exhibit 4 to your deposition.
18      - - -
19      (Exhibit H-4, 2/2/01 Fax, Bates
20      KRGEG00020448 - KRGEG00020460, was
21      marked for identification.)
22      - - -
23 BY MR. PATTON:
24    Q.   Now, Ms. Hollingsworth, I've
25 placed in front of you a fax bearing Bates

19 (Pages 70 - 73)

Page 74

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 number KRGE00020448. I waive the
2 confidentially -- confidential designation on
3 this document. It is a multipage document
4 from Karen Brown. And as FMI's corporate
5 representative, I'd like to ask you some
6 questions about this document.
7     A.    All right. Yes.
8     Q.    You'll see that attached is a
9 work plan and an unedited report of a
10 consumer focus group.
11    A.    Yes.
12    Q.    The fax is dated February of
13 2001?
14    A.    Yes.
15    Q.    What is -- if you turn the
16 page, what is this work plan?
17    A.    This was a plan that FMI had
18 put together for their next steps in how they
19 would proceed following the approval of the
20 board policy.
21    Q.    Now, if we look at the time
22 period December 1 through January 5, it
23 indicates that during that time period some
24 activity had already occurred. Is that

Page 75

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 right?
2     A.    Yes. Those things that had
3 happened in January and early February, these
4 were things that we had already put in place
5 or accomplished.
6     Q.    Does the December 1 date
7 refresh your recollection as to when
8 activities really started from the FMI's
9 perspective?
10        MR. DAVIS:  Objection to form.
11        Asked and answered.
12        THE WITNESS:  Yes. These
13        indicate things that would have been
14        done throughout the month of December
15        up to and including the day of the
16        board meeting.
17 BY MR. PATTON:
18    Q.    And where it says on bullet two
19 under December 1, "Undertake formal meetings
20 with the producer community...," what
21 happened in that regard, if you recall?
22    A.    We were informally talking to
23 the various animal commodity groups. We
24 always worked with them and kept them

Page 76

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 apprised of what we were doing. And we did
2 tell them that we were trying to identify
3 those organizations that already had
4 guidelines. And we also told them that we
5 would be presenting to our board a policy for
6 their review and approval.
7     Q.    And if you actually go down,
8 you'll see it says, "Prepare and send to
9 Board proposed policy and background Board
10 discussion." Is that what we saw in one of
11 the prior exhibits?
12    A.    That actually would have been
13 sent prior to the actual board meeting. We
14 would always give the board an opportunity to
15 look at those policies we were going to ask
16 them to vote on.
17    Q.    And I think -- and is that what
18 we saw in Exhibit 2, the recommendation?
19    A.    It would have been this
20 information. This is not the exact package
21 that we sent to the board members, but this
22 would have been the information we sent.
23    Q.    Then you can keep Exhibit 2 out
24 as well. Where it says, "Develop a matrix of

Page 77

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 federal regulations, veterinary community
2 guidelines, current industry guidelines...,
3 animal rights organization demands and
4 McDonald's guidelines," is that the matrix
5 that we saw attached to Exhibit 2?
6     A.    That is the chart, yes.
7     Q.    So we already looked at that?
8     A.    Yes.
9     Q.    And those were the comparison
10 charts. Is that right?
11    A.    Yes.
12    Q.    Now, in January -- the heading
13 January 6 to January 31, it says, "Secure
14 Board consensus on policy and program
15 components." Is that the approval of the
16 animal welfare policy that we saw in
17 Exhibit 3?
18    A.    Yes.
19    Q.    It also says, "Conduct focus
20 groups." Was -- at this point in time had
21 FMI conducted focus group studies?
22    A.    I would have to look at the
23 exact dates when we did those studies.
24    Q.    Well, actually if you turn a

20 (Pages 74 - 77)

Page 78

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 few pages farther into the document, do you
3 actually see a Kinzey & Day document that's a
4 focus group study?
5     A.    Yes.
6     Q.    If you look at the first page
7 of the document, it actually says, the
8 unedited report of the consumer focus groups
9 report that we did?
10    A.    Yes.
11    Q.    So do you think those are the
12 studies?
13    A.    Yes, these are the studies that
14 we did.
15    Q.    Now, sticking the timeline or
16 work plan, if you turn to the third page of
17 the document, there is in the time period
18 indicated from "March to June," you have
19 "Form Advisory Council." Was it the intent
20 at this time to try to put an advisory
21 council together in the March and June 2001
22 time period?
23    A.    Yes, we had already begun to
24 talk to animal welfare experts to determine
25 who were people that we would look to as

Page 79

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 advisors and also who was willing and
3 interested in doing this.
4     Q.    Why were you looking to
5 scientific experts?
6     A.    Because we wanted any --
7 anything that we did in this field, we felt
8 we wanted it to be justifiable and science
9 based. So we had to go to the experts for
10 that.
11    Q.    Now, it also states that there
12 is a goal here in February to meet and
13 solicit information from the American Humane
14 Association and other advocacy groups. Did
15 the FMI talk to advocacy groups as well?
16    A.    Yes, we did.
17    Q.    Why is that?
18    A.    We wanted -- two reasons. One
19 was to hear directly from them what were
20 their concerns, what were their issues. And
21 then also to make them aware of what we
22 intended to do and how we intended to go
23 forward on the issue.
24    Q.    It wasn't FMI's objective to
25 favor one set of producers over an activist

Page 80

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 groups, was it?
3         MR. DAVIS:  Objection.
4         THE WITNESS:  No, it was to
5     gather information.
6 BY MR. PATTON:
7     Q.    Now, if you turn to the focus
8 group report for McKinzey & Day -- I'm sorry,
9 Kinzey & Day, and you turn to the third page
10 entitled, "PURPOSE AND SCOPE."
11    A.    Yes.
12    Q.    And it -- was it your
13 understanding that the group, the focus
14 groups were undertaken to evaluate attitudes
15 toward animal welfare issues in the context
16 of grocery shopping, perceptions of animal
17 welfare and awareness of PETA?
18    A.    Yes.
19    Q.    What was your -- what's your
20 understanding of what this focus group report
21 revealed?
22        MR. DAVIS:  Objection. Lacks
23     foundation.
24 BY MR. PATTON:
25    Q.    Let me lay some foundation.

Page 81

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 You knew that a focus group was conducted.
3 Right?
4     A.    Yes.
5     Q.    And at some point had you
6 reviewed their findings?
7     A.    Yes. I saw this final report,
8 or this report when it was made available.
9     Q.    If you turn to page 4 of this
10 report where it's entitled -- and then it's
11 Bates number 20456.  Do you see some of the
12 key findings?
13    A.    Yes.
14    Q.    Based on this report, was one
15 of the key findings -- well, let me back up.
16        Do you understand that this
17 report was -- the focus groups were performed
18 by interviewing shoppers?
19    A.    Yes.
20    Q.    And one of the key findings is
21 that it says, "Animal welfare, at least as it
22 pertains to grocery products, is a very low
23 level concern for virtually all of the
24 participants."
25    A.    Yes.

21 (Pages 78 - 81)

Page 82

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2    Q.   And can you expand on that or
3  explain what that means?
4        MR. DAVIS:  Objection.  Lacks
5    foundation.  Calls for a narrative.
6        THE WITNESS:  Consumers
7    indicated to us that when they are in
8    a food store shopping and purchasing
9    food, they don't necessarily direct
10   that -- directly relate that to the
11   animal that was raised to produce that
12   food.
13 BY MR. PATTON:
14   Q.    Based on this information
15 gathering process that you were involved in,
16 was it the finding or the view of FMI that
17 animal welfare was a very low level concern
18 for shoppers?
19       MR. DAVIS:  Objection.
20       THE WITNESS:  That was the
21   report and the findings from the
22   organization that did those
23   interviews, yes.
24 BY MR. PATTON:
25   Q.    Is it your understanding that

Page 83

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2  when people are in -- shoppers are in grocery
3  stores, they don't want to think about how
4  the animal is treated or where their food
5  came from, just as long as it was safe?
6        MR. DAVIS:  Objection.  Lacks
7    foundation.
8        THE WITNESS:  That was the
9    finding in the report.
10 BY MR. PATTON:
11   Q.    Do you agree with that?
12       MR. DAVIS:  Objection.  Lacks
13   foundation.
14       THE WITNESS:  FMI relied on this
15   focus group, so we trusted their
16   information to us and what they said.
17 BY MR. PATTON:
18   Q.    Well, the reason I ask that is
19 it says, "Almost all participants said that
20 they do not consciously think of animals when
21 they buy leather or even when they buy meat
22 products."  Is that the view?
23   A.    That is correct.  That was the
24 finding.
25   Q.    Now, if you turn to the bottom

Page 84

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2  of page 5, Bates numbered 457, it indicates
3  that some participants did say that they
4  would become concerned if some credible
5  source accused their grocery chain of selling
6  products that were derived from animals that
7  had been inhumanely treated.  Do you see
8  that?
9    A.    I do not.  Can you be more
10 specific as to what bullet?
11   Q.    The last bullet point down at
12 the bottom, "Some participants...," on page
13 5.
14   A.    Yes, I see it now.  Thank you.
15   Q.    Then let's carry that over to
16 the next bullet that said most
17 participants...of news programs such as 60
18 Minutes and Dateline are viewed as credible.
19   A.    Yes, I see that.
20   Q.    What was your understanding
21 of -- what do you understand that reference
22 to be?
23       MR. DAVIS:  Objection.  Lacks
24   foundation.
25       THE WITNESS:  We understood that

Page 85

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2    to mean that of the consumers that
3    were included in this survey, that
4    they would pay attention to what they
5    were hearing if it came from a source
6    that they trusted, and that it would
7    concern them if that trusted source
8    told them that there was a problem.
9  BY MR. PATTON:
10   Q.    Now, the next bullet -- so if
11 there was a report on 60 Minutes or 20/20,
12 that would be a problem?
13   A.    The consumers in this survey
14 indicated that they would believe that
15 information and it would cause them concern.
16   Q.    And then the next bullet reads,
17 most participants do not think of PETA as
18 being credible.  What is that -- what is your
19 understanding of what that means?
20       MR. BARNES:  Objection to form.
21       THE WITNESS:  The response from
22   the consumers was that unlike those
23   organizations or media sources that
24   they identified as credible like
25   60 Minutes and Dateline, when asked

22 (Pages 82 - 85)

Page 86

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 about PETA, they did not give PETA
3 that same degree of credibility.
4 BY MR. PATTON:
5 Q. It indicates most participants
6 said that PETA is too extreme.
7 A. That is correct.
8 Q. And so PETA was, by this study,
9 viewed as not a very credible organization.
10 Is that right?
11 MR. DAVIS: Objection. Leading.
12 THE WITNESS: In this survey,
13 PETA was identified as an organization
14 that was extremist.
15 BY MR. PATTON:
16 Q. Now, if you go to the last two
17 pages of the document, it says, "IMPLICATIONS
18 FOR FOOD MARKETING INSTITUTE." Do you see
19 the first recommendation that the FMI
20 apparently does not need to take any direct
21 communications efforts to assure the public
22 that animals used in the production of animal
23 products are treated humanely?
24 A. That is correct.
25 Q. That was one of the suggestions

Page 87

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 being made by the focus group results.
3 Right?
4 A. Yes.
5 Q. And the other one is that there
6 are indications, however, that consumers
7 could become aware that there were
8 accusations of inhumane conduct that were
9 made from a credible source such as 20/20?
10 A. That is what they --
11 MR. DAVIS: Objection. Form.
12 THE WITNESS: That is what they,
13 the group, said that they felt was one
14 of the implications, yes.
15 BY MR. PATTON:
16 Q. And then if you go to point 3,
17 it says, "...many participants would want a
18 response from the grocery stores, ...even
19 though the Food Marketing Institute does not
20 need to take any direct action at the present
21 time, the Institute would be prudent to watch
22 the situation and be prepared to help chains
23 respond, should the need arise." Was that
24 also the suggestion made by this focus group?
25 A. Yes, it was.

Page 88

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 Q. How did the suggestions by
3 this -- or how did these focus group -- let
4 me ask that question again.
5 How did this report from the
6 Kinzey & Day marketing research firm based on
7 these focus groups guide FMI going forward?
8 MR. DAVIS: Objection.
9 BY MR. PATTON:
10 Q. If at all.
11 A. These results did help guide
12 us, but, again, these results were shared
13 with our members. And we asked our members
14 in light of this information, how would they
15 like FMI to proceed in this matter.
16 Q. Did it guide at all the
17 members, the actual individuals at FMI who
18 were working on a policy? Was it important
19 information to you?
20 MR. DAVIS: Objection.
21 MR. BARNES: Objection. Form.
22 Compound.
23 BY MR. PATTON:
24 Q. Let me ask it again.
25 Was this useful information to

Page 89

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 the -- to you and your staff that were
3 working on animal welfare issues at the time?
4 A. Yes, it was.
5 MR. PATTON: Let me turn to --
6 let me mark another exhibit.
7 - - -
8 (Exhibit H-5, 4/14/01 Memo,
9 Bates FMI-000686, was marked for
10 identification.)
11 - - -
12 BY MR. PATTON:
13 Q. This is Exhibit 5. Now, I want
14 to move forward to the time period in April,
15 and this is a memo from you to several
16 individuals, Adele Douglass, Gail Golab,
17 Temple Grandin and Joe Regenstein, dated
18 April 13, 2001. Is that correct?
19 A. Yes, it is.
20 Q. I'll use this as a point of
21 reference. Did it -- is there a point in
22 time in April when you, and I mean you the
23 FMI, had made some inroads in putting
24 together an expert advisory panel?
25 A. Yes. We had put together a

23 (Pages 86 - 89)

Page 90

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 panel, and the people on this memo were the
2 first four people who we had approached who
3 agreed to do this and we had put them on this
4 committee.
5 Q. Eventually I think Dr. Joy
6 Mench and Dr. Swanson joined the committee as
7 well. Is that right?
8 A. They did, and also Dr. David
9 Frasier.
10 Q. What was Dr. Frasier's area of
11 specialty or focus?
12 A. He -- they were all animal
13 welfare experts. He was from British
14 Columbia, and his primary focus area was
15 swine.
16 Q. Were you aware that Drs. Mench
17 and Swanson were also on the UEP Scientific
18 Advisory Committee?
19 MR. DAVIS: Objection.
20 THE WITNESS: We were aware of
21 that. The commodity groups that
22 shared with us their existing
23 guidelines indicated in those
24 guidelines who were the experts they

*(Note: lines renumbered below)*

Page 91

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 worked with.
2 BY MR. PATTON:
3 Q. Now, in other producer
4 communities like slaughter, beef, turkey,
5 sheep, did they also have scientific
6 committees that you were aware of?
7 A. I can't say yes for sheep, but
8 yes, there was certainly for both beef
9 cattle, dairy cattle and turkeys.
10 Q. Did any of those advisory
11 council members sit on any of those
12 committees as well?
13 A. Yes, they did.
14 Q. Not that many experts in this
15 field, are there?
16 A. It's a rather small community.
17 Q. And so was it common that they
18 would sit on a -- not surprising you may have
19 an expert that sat on multiple advisory
20 councils or panels?
21 A. That's correct.
22 Q. Now, in the second paragraph
23 here you say, "As a first step, we met with
24 all of the commodity groups and industry

Page 92

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 representatives to ascertain all current
2 guidelines, policies and programs... We now
3 need your assistance in reviewing these
4 documents to determine if they are
5 scientifically sound, practical, and in
6 keeping with 'best practices' as identified
7 by experts like yourself."
8 Was that the mission, at least
9 going forward, by April of 2001?
10 A. Yes, it was.
11 Q. And explain again how the
12 concept of best practices was to play in the
13 role of these experts in analyzing
14 guidelines?
15 MR. GREEN: Objection. Calls
16 for a narrative.
17 THE WITNESS: We asked our
18 experts using their expertise and
19 their knowledge of what the current
20 state of science was, what were the
21 best practices that they would
22 recommend to the various commodity
23 groups and whether or not those
24 guidelines, in fact, included those

Page 93

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 best practices.
2 BY MR. PATTON:
3 Q. Now, you go on to explain here
4 that you've asked -- that you provided copies
5 of industry guidelines and that you had asked
6 the experts to review areas that they found
7 weakness, that could be improved, areas that
8 are acceptable given today's science and
9 technology, and you asked them to prioritize
10 these as gaps. Can you explain what you were
11 asking there?
12 A. Gaps became the term that was
13 eventually coined and used to identify any
14 practices or procedures in a guideline where
15 the experts felt there was science to either
16 justify or recommend a change or something
17 different than what was in the existing
18 guideline and also those areas where they
19 felt there was emerging science and those
20 things could be targeted for future
21 employment.
22 Q. When you said "recommend," are
23 you saying that these experts could insist or
24 require a producer to change?

24 (Pages 90 - 93)

Page 94

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    MR. DAVIS: Objection.
3    MR. MCKENNEY: Objection.
4 Leading.
5    THE WITNESS: We were asking
6 them only to provide recommendations
7 for what could be improved.
8 BY MR. PATTON:
9    Q.   And that was to the FMI.
10 Right?
11    A.   Yes.
12    Q.   Now, at this point in time, who
13 was the group, identify the members of the
14 FMI group that was focusing on this animal
15 welfare issue. By that I mean, was it Karen
16 Brown and yourself?
17    MR. BARNES: Object to the form.
18    THE WITNESS: Karen Brown and I
19 were given the lead on this project,
20 looking at how do we go forward. The
21 project was, of course, also directed
22 by members and members explaining to
23 us what their expectations were for
24 what FMI would do.
25 BY MR. PATTON:

Page 95

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    Q.   What did you -- by "members,"
3 what do you mean?
4    A.   Retail companies that we
5 were -- that were part of our membership.
6    Q.   Were they looking for guidance
7 from FMI?
8    MR. DAVIS: Objection.
9    THE WITNESS: They were looking
10 for FMI to advise them on a way
11 forward and how we would use the
12 experts. They were not looking to FMI
13 to provide them specifically with any
14 of FMI's own guidance on animal
15 welfare.
16 BY MR. PATTON:
17    Q.   Because each -- is that because
18 each member is still free to do whatever they
19 wanted?
20    MR. DAVIS: Objection. Leading.
21    THE WITNESS: Yes.
22 BY MR. PATTON:
23    Q.   And so FMI was in some ways
24 limited in what they could actually
25 accomplish with respect to forcing producers

Page 96

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 or forcing members to take positions. Is
3 that a fair statement?
4    MR. DAVIS: Objection.
5    THE WITNESS: FMI has -- as an
6 advocacy group we can't force members
7 or anyone, even a nonmember to do
8 anything.
9 BY MR. PATTON:
10    Q.   Or to require action?
11    A.   Exactly. No, we cannot do
12 that.
13    Q.   Now, let's turn to the time
14 period June of 2001. Did you have or had the
15 FMI received guidelines by June from all the
16 various different producer communities or
17 different industries?
18    MR. DAVIS: Objection.
19    THE WITNESS: We did from all
20 the major ones that we contacted. We
21 had decided that we would focus on the
22 major commodities. So, for example,
23 we did not have anything on lambs. We
24 didn't do anything on seafood at that
25 time. We were looking at the major

Page 97

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 food commodities which was cattle,
3 both beef and dairy; poultry, both
4 eggs and meat production, and turkeys.
5 BY MR. PATTON:
6    Q.   Did FMI --
7    A.   And swine. I'm sorry, and
8 swine.
9    Q.   Did FMI focus or favor its
10 analysis on any one of these industries in
11 particular or was it objective and universal
12 in its review?
13    MR. DAVIS: Objection.
14    THE WITNESS: It was objective
15 and universal.
16    - - -
17    (Exhibit H-6, Animal Welfare
18 Conference Call 6/6/01, Bates
19 FMI-000680 - FMI-0006803, was marked
20 for identification.)
21    - - -
22 BY MR. PATTON:
23    Q.   Let me hand you what's been
24 marked as Exhibit 6 to your deposition.
25    Exhibit 6 is a memorandum dated

25 (Pages 94 - 97)

Page 98

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 Wednesday, June 6, 2001, regarding a
3 conference call that was conducted by the
4 FMI, and it indicates that you, among others,
5 was a participate. Is that correct?
6     A.   Yes.
7     Q.    And this document bears Bates
8 number FMI 000680.
9     A.   Yes.
10     Q.    Now, it says that "After
11 introductions, Karen reviewed the role of the
12 expert review panel and FMI's intent to
13 develop a set of retailer's expectations..."
14        What do you recall Karen saying
15 about the expert's role in the review?
16     A.    Primarily that the role of the
17 experts would be to provide us scientific
18 guidance and scientific justification.
19     Q.    Under the summary of general
20 comments, do you know where these -- are
21 these comments that had been provided by the
22 advisory panel?
23     A.    These comments represent an
24 entire discussion between the FMI
25 representatives and the experts.

Page 99

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.    During this conference call,
3 were any FMI members involved or participate?
4     A.    To my knowledge and
5 recollection, this was only the three FMI
6 participants and the experts.
7     Q.    So no members from any retailer
8 group had any influence and participation in
9 this discussion. Is that right?
10     A.    I don't believe they did.
11     Q.    Now, I'm going to go through
12 some of these bullet points, but there's one
13 that says, "To be effective, a standard must
14 also have a means for measuring compliance."
15 What does that refer to?
16     A.    The experts felt that you can
17 write a really good guideline, but if you
18 don't know if someone has implemented it or
19 that they're implementing it correctly, then
20 you really can't say that you've made a
21 substantial impact on animal welfare. In
22 other words, just writing a requirement or a
23 standard, there has to be some way to
24 demonstrate it's being practiced. That was
25 the position of the experts.

Page 100

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.    And that makes sense. Right?
3     A.    It does make sense.
4     Q.    What is compliance is a much
5 broader question. Would you agree?
6        MR. BARNES: Objection. Form.
7        THE WITNESS: Compliance can be
8     difficult to measure. You have to
9     have something -- a measurable
10     requirement if you're going to
11     actually say, yes, you were in
12     compliance.
13 BY MR. PATTON:
14     Q.    This concept of compliance, at
15 this point in time, was it universal to all
16 producer communities such as beef, cattle,
17 turkey, not a particular industry?
18     A.    It was across the board. Some
19 called it the compliance, some referred to it
20 as conformity. Both of those terms are used,
21 whether you conform at the standard or comply
22 with it. They were interchangeable words.
23     Q.    Now, it says, "Temple estimates
24 that...10% of the cattle industry does not
25 comply with the standards. Those that are

Page 101

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 audited do a much better job."
3        What was is she saying, if you
4 recall, on the subject?
5        MR. DAVIS: Objection.
6        THE WITNESS: This was a
7     statement made by Dr. Temple Grandin.
8     Her expertise is in the beef cattle
9     industry, and she felt that without
10     auditing, a company or a company
11     that's raising cattle does not
12     necessarily comply or conform with all
13     of the standards because they have not
14     been assessed against those standards.
15 BY MR. PATTON:
16     Q.    Now, there's also a bullet here
17 that says, "Should strive for 'Acceptable
18 Minimal Standard.'" What does that refer to?
19     A.    In the development of a
20 standard or a guideline, we always take into
21 account that there may be very small
22 producers and very large producers. So we
23 want to be sure that we have -- minimal is
24 the term that's frequently used to say we
25 have to have a standard that's achievable by

26 (Pages 98 - 101)

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 all.

3    Q.    Was that part of FMI's

4 objective or understanding in reviewing

5 various industries' guidelines?

6    A.    When -- this, of course, was a

7 statement that was made as part of a

8 conference call, but we also felt that we did

9 want to support guidelines that could be

10 achieved by everyone.

11    Q.    Now, there's a last bullet

12 point, and I just want to focus on the last

13 sentence of the last bullet point on page 1,

14 and it says, "Keeping animals alive and well

15 should be the economic incentive, which also

16 improves quality and productivity."

17       Do you see that?

18    A.    Yes.

19    Q.    Explain to me what you

20 understand that sentence to mean?

21       MR. DAVIS: Objection.

22       THE WITNESS: Just a moment so I

23 can read the bullet so I have that in

24 context.

25       MR. GREEN: Are you asking her

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 that question as the FMI witness or

3 her own opinion?

4       MR. PATTON: Let's start with I

5 will -- let me -- I'll ask it in her

6 opinion.

7 BY MR. PATTON:

8    Q.    Do you have a view as to

9 whether or not animal welfare, when properly

10 administered, improves productivity and

11 quality of food?

12    A.    It certainly can.

13    Q.    Do you have a view as to

14 whether or not, if there are increased costs

15 to animal welfare, whether those costs are

16 offset by better productivity and better

17 quality?

18       MR. DAVIS: Objection.

19       THE WITNESS: There can be

20 increased costs. It depends on what

21 state or what standards are already in

22 place. A company may have to make a

23 lot of changes, a company may have to

24 make no changes. So it could have

25 cost, but it doesn't necessarily have

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    cost.

3 BY MR. PATTON:

4    Q.    Where -- now it says here,

5 "Keeping animals alive and well...improves

6 quality and productivity." Is that your

7 understanding?

8       MR. DAVIS: Objection.

9       Misstates the document.

10       THE WITNESS: Yes. That is my

11 understanding and my opinion.

12 BY MR. PATTON:

13    Q.    And explain -- I don't want to

14 put words in your mouth, but I want to

15 understand that if animals are more humanely

16 treated, they're more productive.

17       MR. BARNES: Objection.

18 Leading.

19       THE WITNESS: The general

20 consensus of the experts and of the

21 industry is that if animals are

22 humanely handled, you can have more

23 efficient production, because you will

24 have fewer animals die, fewer animals

25 diseased and animals that are

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 healthier and, therefore, can produce

3 food more efficiently and safer foods.

4 BY MR. PATTON:

5    Q.    And that's -- is that one of

6 the hallmarks or the goals of a good animal

7 welfare program?

8       MR. GREEN: Objection.

9       THE WITNESS: It was certainly

10 one of our goals.

11 BY MR. PATTON:

12    Q.    Keep animals healthy and also

13 increase productivity. Is that a fair

14 statement?

15    A.    Yes, it is.

16    Q.    You're not aware of an animal

17 welfare program that was designed to reduce

18 output and increase prices?

19    A.    No.

20    Q.    Now, if we turn through this

21 document, you'll see that -- let me make sure

22 there wasn't a double negative in that last

23 answer. When I say --

24    A.    Okay.

25    Q.    Are you aware of any animal

27 (Pages 102 - 105)

Page 106

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 welfare guidelines whose intention was to
2 reduce output and increase prices?
3     A.    I'm not aware of any such
4 program.
5     Q.    Now, as we go through this --
6 the rest of this document, you'll see that
7 there's references to cattle, chicken layers,
8 chicken broilers, swine, turkeys, kosher,
9 veal and other products.
10     A.    Yes.
11     Q.    Generally were these all of the
12 different industries that the FMI was looking
13 at at the time?
14     A.    These were the industry sectors
15 that we wanted to initially focus on,
16 although some of them had a higher priority
17 than others.
18     Q.    Now, the cattle -- under
19 cattle, it appears that you had reviewed
20 guidelines?
21     A.    Yes.
22     Q.    And at one bullet there it
23 says, "Guidelines are only good if they are
24 accompanied by an audit..."  Is that -- who

Page 107

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 made that suggestion?
2     A.    Can you show me which bullet
3 you're referring to?
4     Q.    I'm sorry.  The third bullet
5 down under "Summary of cattle issues."
6     A.    Given that this is in the
7 cattle section, I believe that that was a
8 statement particularly made by Temple
9 Grandin.
10     Q.    Now, if you turn to chickens egg
11 layers, there's a reference to three gaps.
12 Do you see that?
13     A.    Yes.
14     Q.    Those are the gaps that the
15 experts were asked to identify in the
16 guidelines?
17     A.    These were the gaps that the
18 experts told us that they felt these were --
19 these three in particular were areas that we
20 would need to look at.
21     Q.    And forced molting -- it says,
22 "...space forced molting; and disposal."
23         Do you see that?
24     A.    Yes, I do.

Page 108

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1     Q.    Maybe if we turn to the second
2 page, that may help you, or the next page, I
3 should say, sort of give you a little bit
4 more facts as to what those are referring to.
5 Do you see where it says, "Recommendation is
6 for minimum 72 square inches floor space?"
7     A.    Yes.
8     Q.    Was that McDonald's standard?
9     MR. DAVIS:  Objection.
10     THE WITNESS:  In the chart that
11 we had earlier put together, that is
12 what McDonald's identified was going
13 to be their recommendation.
14 BY MR. PATTON:
15     Q.    And then it says, "UEP said it
16 would meet this standard (67-72...) in 10
17 years..."
18     A.    Yes.
19     Q.    What does that indicate to you?
20     A.    In the UEP guidance, they
21 indicated that it would have to be a
22 phased-in program to reach that standard, and
23 that they could get to between 67 and
24 72 square inches per bird over a ten-year

Page 109

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 period of time.
2     Q.    And was McDonald's recommending
3 it by 2002?
4     MR. DAVIS:  Objection.
5 BY MR. PATTON:
6     Q.    Do you know?
7     A.    That is what they told us when
8 we were looking at their standard, yes.
9     Q.    Then it says, "...not
10 acceptable to expert panel."
11         Do you see that?
12     A.    Yes.
13     Q.    What does that mean?
14     A.    The experts told us two things,
15 one is that they felt ten years was a long
16 time to implement that kind of a phased-in
17 time, and they were also concerned that the
18 way it was worded, theoretically nothing
19 could be done for nine years and then on the
20 tenth year, the change would have to be made.
21 So they felt the way it was written was not
22 going to be acceptable to them as far as
23 their expert advice to us.
24     Q.    Early on I had asked you about

Page 110

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 feasibility being a limitation on best
3 practice. Do you recall that?
4    A.  Yes.
5    Q.  If industry in the end draws
6 the line and says it's just not feasible, we
7 just can't do it before that time period.
8 Did the FMI have to accept that as one of the
9 limitations on best practices?
10    A.  I think we can't force any
11 industry to make a change, but we would
12 certainly note that we had made a
13 recommendation and the industry did not agree
14 with the recommendation.
15    Q.  With respect to forced molting,
16 was the UEP pursuing forced molting in its
17 guidelines?
18      MR. DAVIS: Objection.
19      THE WITNESS: My recollection is
20   that they had taken a position that
21   water would not be withheld, but they
22   were not opposed to feed withdrawal.
23 BY MR. PATTON:
24    Q.  And was that -- I mean, was
25 that another limitation or a feasibility

Page 111

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 issue that under best practices FMI had to
3 deal with?
4      MR. DAVIS: Objection.
5      THE WITNESS: That was one of
6   the areas where we asked the industry
7   and our experts could we find more
8   science and more alternatives to
9   forced molting, were there other ways
10   to achieve what they were trying to
11   achieve with that practice.
12 BY MR. PATTON:
13    Q.  Was forced molting in later
14 years actually something that the FMI noted
15 was an issue for the FMI?
16      MR. DAVIS: Objection.
17 BY MR. PATTON:
18    Q.  I can show you documents to
19 that respect.
20    A.  Yes, that became one of the
21 outstanding issues.
22    Q.  So UEP continued to at least
23 approve of or not disapprove of forced
24 molting whereas the FMI noted that as an
25 issue. Is that a fair statement?

Page 112

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      MR. DAVIS: Objection.
3      THE WITNESS: Yes, it is, but
4   UEP did say that would continue
5   to look at it knowing our concerns.
6 BY MR. PATTON:
7    Q.  And was that -- did that -- was
8 FMI in a position of power to insist that UEP
9 stop forced molting?
10      MR. DAVIS: Objection.
11      THE WITNESS: No, we were not in
12   that position.
13      MR. PATTON: Why don't we take a
14   break, we've been going an hour and a
15   half --
16      THE WITNESS: Good.
17      MR. PATTON: Or hour and 20
18   minutes.
19      VIDEOGRAPHER: Going off the
20   record. The time of 10:49.
21      - - -
22   (A recess was taken.)
23      - - -
24      VIDEOGRAPHER: We are back on
25 the video record. This is the start

Page 113

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 of disc number two. The time is
3 11:07.
4      - - -
5   (Exhibit H-7, Animal Husbandry
6   Guidelines for U.S. Egg Laying Flocks
7   2000 Edition, Bates KRGEG00020660 -
8   KRGEG00020670, was marked for
9   identification.)
10      - - -
11 BY MR. PATTON:
12    Q.  Ms. Hollingsworth, I -- Dr.
13 Hollingsworth, I placed in front of you what
14 are the UEP Animal Welfare Guidelines, the
15 2000 Edition.
16    A.  Yes.
17    Q.  Are these the guidelines that
18 the FMI and its advisory committee reviewed
19 in the 2001 period as we've seen in prior
20 documents?
21      MR. DAVIS: Objection.
22      THE WITNESS: Yes.
23 BY MR. PATTON:
24    Q.  Had you reviewed these
25 guidelines?

29 (Pages 110 - 113)

Page 114

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    A.   Yes, I did.

3    Q.   You reviewed these guidelines

4 along with other guidelines from other

5 industries like beef and cattle and turkey to

6 the extent they existed?

7    A.   Yes.

8    Q.   You didn't focus unduly on

9 these guidelines as opposed to guidelines

10 that were produced by other producer

11 communities?

12    A.   They were all done

13 simultaneously.

14    Q.   Did the FMI write these

15 guidelines?

16    A.   No, they did not.

17    Q.   Did the FMI ever request that

18 the UEP develop these guidelines in 2000?

19    A.   We did not ask them to write

20 guidelines. We asked to see the guidelines

21 that they had.

22    Q.   So the UEP never drafted these

23 guidelines or edited -- I'm sorry, the FMI

24 never drafted these guidelines or edited

25 them. Is that right?

Page 115

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    MR. DAVIS: Objection.

3    THE WITNESS: We did not edit

4    them. We did ask our experts to

5    comment on them.

6 BY MR. PATTON:

7    Q.   But they were preexisting by

8 the time the FMI became involved in the

9 process. Is that fair?

10    MR. DAVIS: Objection.

11    THE WITNESS: Yes, that's

12    correct.

13 BY MR. PATTON:

14    Q.   If you turn to the page that's

15 delineated KRGE 20665, and I'm sorry, that's

16 the only page numbering I have on this thing.

17 It's entitled "Molting." 665, do you see

18 that?

19    A.   Yes.

20    Q.   Under the molting

21 recommendations, under -- well, the third

22 full paragraph at the top it says, "Molting

23 results in the use of approximately 50% fewer

24 hens than would be needed to supply the

25 consuming market..."

Page 116

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    Is that your understanding of

3 what molting accomplishes?

4    A.   That is not a statement that I

5 have scientific proof of. We did accept that

6 this was information provided by UEP and

7 there would be some basis for a statement,

8 although I can't verify the 50 percent, but

9 we understood the basis for their statement.

10    Q.   And was molting an established

11 and an existing process that egg producers

12 were using by at least 2000?

13    A.   I cannot confirm that every egg

14 producer used molting, but, yes, it was a

15 common practice.

16    Q.   And if you look under the

17 "MOLTING RECOMMENDATIONS," do you see the

18 paragraph that starts "However...," it says,

19 "However, until such time that these

20 alternatives are available, the shortest

21 period of feed withdrawal possible should be

22 used..."

23    A.   Yes.

24    Q.   So was the -- this consistent

25 with the scientific committee's review that

Page 117

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 UEP was still acknowledging food deprivation

3 and forced molting as part of their

4 guidelines?

5    MR. DAVIS: Objection.

6    THE WITNESS: It was still

7    included in their guidelines.

8 BY MR. PATTON:

9    Q.   Whereas McDonald's had already

10 said no forced molting. Right?

11    MR. DAVIS: Objection.

12    THE WITNESS: McDonald's had

13    told us that that was -- that was

14    their position.

15 BY MR. PATTON:

16    Q.   If you turn to the second to

17 the last page it says, "CAGE STOCKING DENSITY

18 'PHASE-IN' PLAN."

19    A.   Yes.

20    Q.   This was the UEP's phase-in

21 plan. Right?

22    A.   Yes.

23    MR. MCKENNEY: Objection.

24    Leading.

25 BY MR. PATTON:

30 (Pages 114 - 117)

Page 118

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2    Q.   Was this ever FMI's plan?
3    A.   This was the phase-in plan that
4 UEP presented to us in their 2000 guideline.
5    Q.   Is this where we see that they
6 would aspire or at least require that
7 producers reach 67 square inches by 2012?
8        MR. MCKENNEY:  Objection.  Form.
9        THE WITNESS:  Yes, this was the
10       plan that showed a ten-year program
11       for increasing cage space density.
12 BY MR. PATTON:
13       Q.   Now, McDonald's was at
14 72 inches.  That's -- simple math, that is
15 greater than 67.  Right?
16       MR. DAVIS:  Objection.
17       THE WITNESS:  That was what
18       McDonald's put into their
19       recommendations.
20 BY MR. PATTON:
21       Q.   Was it ever FMI's position to
22 insist that the UEP raise their number to 72?
23       A.   Our position, based on guidance
24 from the experts, was that we would like to
25 see a shorter time frame and get in closer to

Page 119

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 the recommended minimum of 72.
3    Q.   Okay.  But you -- were you --
4 was FMI in a position to require or insist
5 that the UEP change their phase-in period or
6 increase the cage space?
7    A.   No --
8        MR. DAVIS:  Objection.
9        THE WITNESS:  -- we couldn't do
10       that.
11 BY MR. PATTON:
12       Q.   In fact, were you ever -- do
13 you know if the UEP ever got to 72 inches,
14 because what I've seen is they haven't?
15       MR. DAVIS:  Objection.
16       MR. MCKENNEY:  Objection to
17       form.
18       THE WITNESS:  To my knowledge,
19       they never said 72 across the board
20       for all poultry.
21 BY MR. PATTON:
22       Q.   Now, if you turn to the last
23 page, do you see the "SCIENTIFIC ADVISORY
24 COMMITTEE MEMBERS" for the UEP?
25       A.   Yes, I do.

Page 120

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2    Q.   Do you know who Don Bell is?
3    A.   I do not.
4    Q.   Were you aware that Donald Bell
5 was an economist?
6        MR. DAVIS:  Objection.
7        THE WITNESS:  I do not know
8        Donald Bell.
9 BY MR. PATTON:
10       Q.   What information do you have
11 that Donald Bell had been actually providing
12 economic information to UEP leadership
13 regarding the economics of cage space
14 limitations?
15       MR. DAVIS:  Objection.
16       THE WITNESS:  I was not aware of
17       that.
18 BY MR. PATTON:
19       Q.   Do you have any knowledge as to
20 whether Mr. Bell had informed the UEP that
21 the best way to raise prices was to institute
22 a cage space limitation?
23       MR. DAVIS:  Objection.
24       THE WITNESS:  I would have no
25       way of knowing that, no knowledge of

Page 121

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 that.
3 BY MR. PATTON:
4    Q.   But you see, at least, that he
5 was part of their Scientific Advisory
6 Committee.  Right?
7    A.   Yes, his name is here.
8    Q.   Now, let's talk about your
9 interactions with the UEP in the 2001 time
10 period.  Who -- during this time period
11 starting in August of 2001 where I think we
12 had left off or July-August time period
13 through January of 2002, who at the UEP was
14 the FMI or yourself interacting with, if you
15 can recall?
16       A.   The primary point of contact
17 was Al Pope, who was head of the
18 organization, I don't remember his exact
19 title, and also Gene Gregory.
20       Q.   Do you understand that they
21 were part of the UEP leadership?
22       A.   Yes.
23       Q.   Did you know who the major
24 members of the UEP were?
25       A.   We were aware of some of their

31 (Pages 118 - 121)

Page 122

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  members, either because their names came up
3  in discussions or some of them actually at
4  one point in time came in and visited along
5  with UEP, but we did not have a list of all
6  UEP members.
7      Q.    Do you know that the primary
8  members were firms or egg marketing firms
9  such as Cal-Maine, Sparboe, Midwest
10 Poultry --
11         MR. DAVIS:  Objection.
12         MR. BARNES:  Objection.
13     Leading.
14         MR. MCKENNEY:  Object to the
15     form.
16 BY MR. PATTON:
17     Q.    -- et cetera?
18         MR. BARNES:  Leading.
19         THE WITNESS:  It was our
20     understanding that there were some egg
21     producers we knew were members of UEP.
22 BY MR. PATTON:
23     Q.    At times did -- I think you
24 just said that individual members of the UEP,
25 some of these egg producers themselves came

Page 123

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  and met with FMI?
3      A.    Yes, they did.  UEP brought
4  them in to meet with us.
5      Q.    When you had -- the FMI was
6  going through this process of reviewing the
7  guidelines, was the UEP interested in the
8  results of FMI's assessment?
9          MR. DAVIS:  Objection.
10         THE WITNESS:  The UEP was very
11     interested and very involved in that.
12 BY MR. PATTON:
13     Q.    By "very interested," what do
14 you mean?
15     A.    The UEP indicated to us that
16 they were very, very eager to have FMI
17 recognize their set of guidelines and that
18 they would become part of the guidelines that
19 we would make our members aware of as having
20 met the requirements or the best practices
21 from our experts.
22     Q.    When you say also involved,
23 describe for me the level of involvement you
24 perceived from the UEP in their efforts to
25 have I think you said the FMI acknowledge

Page 124

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  their guidelines?
3      A.    Yes.
4          MR. DAVIS:  Objection.
5          THE WITNESS:  We asked UEP on
6      numerous occasions to come in, to meet
7      with us.  We would share with them
8      where our experts were.  We actually
9      invited them to come in at one time
10     when our experts were there so they
11     could interact one-on-one, and we
12     encouraged not only UEP but all of the
13     animal commodity groups if they would
14     like to bring in representative
15     members of their organization to also
16     ask us questions and to share with us
17     and our experts their thoughts about
18     what we were suggesting were possible
19     changes or needed research on the
20     existing guidelines.
21 BY MR. PATTON:
22     Q.    Do you feel that the UEP had a
23 heightened sense of eagerness and involvement
24 from your perspective in having the FMI
25 acknowledge their guidelines?

Page 125

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2          MR. DAVIS:  Objection.
3          THE WITNESS:  I felt they were
4      very eager and supportive of that
5      approach.
6  BY MR. PATTON:
7      Q.    Now, I think you know that
8  eventually the UEP issued a set of guidelines
9  in 2002.  Right?
10     A.    I believe it was 2002.  There
11 were, you know, a set of editions that came
12 out over time.
13     Q.    Right.  Did the FMI ever
14 require the UEP to issue a second set of
15 guidelines?
16         MR. DAVIS:  Objection.
17     Mischaracterizes.
18         THE WITNESS:  No, we never
19     required them to.
20 BY MR. PATTON:
21     Q.    Did the FMI ever write the
22 UEP's 2000 guidelines for them?
23     A.    No, they did not.
24     Q.    Did the FMI ever ask and
25 request that the UEP write or prepare 2002

32 (Pages 122 - 125)

Page 126

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 guidelines?
3     A.   No, we did not.
4     Q.   Was it ever FMI's role to
5 require the UEP to develop a revised
6 guidelines?
7         MR. DAVIS:  Objection.
8 Mischaracterizes.
9         THE WITNESS:  No, it wasn't.
10 BY MR. PATTON:
11    Q.   Did any member of the FMI come
12 to the FMI and say you got to go get the UEP
13 to write these guidelines?
14    A.   No.
15    Q.   Would that have been
16 inappropriate from FMI's perspective as in
17 its role as a retail trade association?
18    A.   No, that would not have been
19 our role or responsibility.
20    Q.   Now, during this -- I'm going
21 to focus on the time period January through
22 2002 when you and the FMI were interacting
23 with UEP members.  Let me mark Exhibit 8.
24        MR. BARNES:  Did you mark 7,
25 Doug?  I don't recall that being

Page 127

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 marked.
3         MR. PATTON:  I did mark 7.
4         MR. BARNES:  You did?
5         MR. PATTON:  And it is the 2000
6 edition guidelines.
7         MR. BARNES:  Thank you.
8             - - -
9         (Exhibit H-8, E-mail chain,
10 Bates FMI-000536 & FMI-000537, was
11 marked for identification.)
12            - - -
13 BY MR. PATTON:
14    Q.   Dr. Hollingsworth, I've placed
15 Exhibit 8 in front of you.  Take a moment to
16 look at it while I hand it out to counsel.
17        My focus is not on the first
18 e-mail, but the second e-mail that begins at
19 the bottom of the page and carries over.
20        Exhibit 8, in the e-mail I'm
21 focusing on is an e-mail from Karen Brown,
22 several individuals and cc'ing you, entitled
23 "Follow-up to Denver Meeting," and it's Bates
24 number FMI-000536.  And I'd like to focus on
25 the center paragraph in Ms. Brown's e-mail

Page 128

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 that says, "I talked with Al Pope and Gene
3 Gregory of the UEP?"
4         Do you see that?
5     A.   Yes, I do.
6     Q.   Are those the individuals that
7 you identified were the primary
8 representatives from the UEP that you were
9 interacting with?
10    A.   Yes, they were.
11    Q.   And she says, I've explained
12 where we were and shared with them minus
13 assignment timelines and other stuff or other
14 species issues because the UEP has a
15 June 14th board meeting coming up.
16        Does this indicate that Mr.
17 Pope and Mr. Gregory had informed Ms. Brown
18 that the UEP had a January 14th board
19 meeting?
20    A.   Yes, they did.
21    Q.   Then it says, "UEP has a timing
22 problem and would like to speed up their
23 process."  It says, "Egg producers
24 have...significant decisions about their
25 flocks by April."  And that "UEP believes

Page 129

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 that FMI-NCCR approval of their program is
3 essential to having total industry
4 cooperation implementing the guidelines.
5 They would like to have our review
6 accomplished ASAP."
7         Now, based on that, is this
8 consistent with your understanding that UEP
9 believed it was essential for the FMI and NCR
10 to acknowledge their program?
11        MR. BARNES:  Objection to form.
12        MR. DAVIS:  Objection.
13        THE WITNESS:  UEP did let us
14 know that they felt FMI and the
15 National Chain Council of Restaurants'
16 acceptance of their best practices and
17 guidelines was important to them and
18 their members.
19 BY MR. PATTON:
20    Q.   And do you recall them at a
21 minimum explaining to you that it was
22 essential --
23        MR. DAVIS:  Objection.
24 BY MR. PATTON:
25    Q.   -- to their members as set

33 (Pages 126 - 129)

Page 130

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 forth in Ms. Brown's e-mail?
3      MR. DAVIS: Objection.
4      THE WITNESS: I don't remember
5 the specific wording that it was
6 essential to have total industry
7 cooperation, but they did on several
8 occasions reiterate that it was very
9 important to them to have this kind of
10 acceptance of their program.
11 BY MR. PATTON:
12      Q.   Did you -- was your impression
13 that UEP was working or doing -- taking steps
14 to try to get the FMI to accelerate their
15 review?
16      A.   Yes, they wanted us to get the
17 review and get the acceptance done as quickly
18 as possible.
19      Q.   And did you -- did the FMI
20 feel -- interpret that as slightly, if not
21 more pressure being put on them by UEP?
22      MR. DAVIS: Objection.
23      THE WITNESS: I don't know that
24 we really felt pressured. We had a
25 process. We had a limited amount of

Page 131

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 time we could ask of the experts to
3 dedicate to this project. But we did
4 recognize that it was important to
5 them that we work on the UEP
6 guidelines and get them our
7 endorsement or acceptance of as
8 quickly as we could.
9 BY MR. PATTON:
10      Q.   And the UEP wanted that.
11 Right?
12      A.   Yes, they did.
13      Q.   Let me mark Exhibit 9 to your
14 deposition.
15            - - -
16      (Exhibit H-9, 1/4/02 Letter,
17      Bates FMI-000836 - FMI-000838, was
18      marked for identification.)
19            - - -
20 BY MR. PATTON:
21      Q.   Now, as you were looking at
22 this exhibit, I just want to put this in a
23 context for you. This is before the UEP had
24 established their 2002 guidelines. I am not
25 going to ask -- I am not asking about what

Page 132

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 became their certification program later.
3 Are you aware that eventually the UEP came up
4 with a certification program that was
5 separate from their guidelines?
6      MR. DAVIS: Objection.
7      THE WITNESS: Yes, I am.
8 BY MR. PATTON:
9      Q.   And we'll talk about the
10 certification program later.
11      In your capacity as an FMI
12 corporate designee for this deposition, I
13 know you haven't seen this document, but I'd
14 like you to confirm that this is a UEP letter
15 to Ms. Brown dated January 4, 2002, sent by
16 both Al Pope and Gene Gregory and produced by
17 FMI bearing Bates number FMI-0000836?
18      MR. DAVIS: Objection.
19      THE WITNESS: Yes.
20 BY MR. PATTON:
21      Q.   The letter is addressed to Ms.
22 Brown. Do you see the big block at the top
23 of the letter?
24      A.   Yes, I do.
25      Q.   Could you read that into the

Page 133

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 record, please?
3      A.   "It is critically important
4 that FMI endorse UEP's animal welfare
5 guidelines in order to meet the proposed
6 schedule of implementation. Time is of
7 essence."
8      Q.   Is this consistent with your
9 view that the UEP was reminding FMI how
10 critical it was that the FMI acknowledge the
11 UEP's guidelines?
12      MR. DAVIS: Objection.
13      THE WITNESS: Yes, it is
14 consistent with their wish that we do
15 that.
16 BY MR. PATTON:
17      Q.   Was it -- did you strike it --
18 or did it strike you odd that the UEP was
19 making these requests and telling you it was
20 critical?
21      MR. DAVIS: Objection.
22      THE WITNESS: It was different
23 from the other commodity groups. They
24 all seemed to want that kind of
25 endorsement or acceptance, but they

34 (Pages 130 - 133)

Page 134

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    were moving along with the process and
3    the timeline we laid out. But UEP
4    wanted an accelerated approach to
5    that, and it was important to them
6    that we move with their program
7    quickly.
8 BY MR. PATTON:
9    Q.   In your interactions with Mr.
10 Pope, did you ever ask him why it was so
11 important to the UEP or why it was critical
12 to the UEP?
13       MR. DAVIS: Objection.
14       THE WITNESS: I believe there
15    were discussions as to -- and not so
16    much us asking Mr. Pope and Mr.
17    Gregory why, but them sharing with us
18    that it was very important for them.
19 BY MR. PATTON:
20    Q.   Why -- what is your
21 understanding of why Mr. Pope and Mr. Gregory
22 were saying time is of the essence?
23       MR. DAVIS: Objection.
24       THE WITNESS: Initially one of
25    the things that they had told us

Page 135

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    that they did have, I believe it was
3    either a board or a committee meeting
4    where they wanted to be able to
5    announce that they had this
6    endorsement, and they also had told us
7    that it was their goal to get their
8    members all on board and consistent
9    with a set of guidelines.
10 BY MR. PATTON:
11    Q.   Now, if you turn to the second
12 paragraph it says, "UEP began, as you are
13 aware, to develop its first set of guidelines
14 in 1983. This was followed by an update in
15 early 1990's." And then it says, "In 1999 we
16 undertook an aggressive in depth science
17 based review and revision of our guidelines."
18       Did you know that?
19    A.   We were aware of it at the time
20 when they told us. We didn't necessarily
21 look back as to what years and what times
22 they did their Animal Welfare Program. When
23 we started our project, the first thing we
24 asked all of the commodity groups is, do you
25 already have existing guidelines and will you

Page 136

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 share them. So at that point we were aware
3 they had them, not necessarily the dates and
4 the updates.
5    Q.   Did you have any information
6 that had been provided to you about how their
7 original guidelines, particularly with
8 respect to the cage space limitations, was
9 developed?
10       MR. DAVIS: Objection.
11       THE WITNESS: I don't recall us
12    specifically asking them how they
13    developed them.
14 BY MR. PATTON:
15    Q.   Were you aware that the UEP
16 Marketing Committee actually developed the
17 phase-in periods?
18       MR. DAVIS: Objection.
19       MS. ANDERSON: Objection.
20       THE WITNESS: I did not -- I
21    would not know that.
22 BY MR. PATTON:
23    Q.   Were you aware that this was --
24 that at the time these guidelines, these
25 Animal Welfare Guidelines were generated by

Page 137

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 the UEP, that they were internally
3 recognizing their guidelines as a means to
4 restrict output and increase prices?
5       MR. DAVIS: Objection.
6       MS. ANDERSON: Objection.
7       THE WITNESS: I would have no
8    way of knowing that at all.
9 BY MR. PATTON:
10    Q.   Would that be a consistent goal
11 with respect to animal welfare from your
12 perspective?
13       MR. DAVIS: Objection.
14       THE WITNESS: From an animal
15    welfare perspective, no.
16 BY MR. PATTON:
17    Q.   Now, let me mark Exhibit 10 to
18 your deposition.
19       - - -
20       (Exhibit H-10, E-mail chain,
21    Bates FMI-000595 - FMI-000601, was
22    marked for identification.)
23       - - -
24 BY MR. PATTON:
25    Q.   Take a moment to -- Exhibit 10

35 (Pages 134 - 137)

Page 138

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 is an e-mail exchange between Karen Brown and
3 several members of the FMI Scientific
4 Committee and includes a carbon copy to
5 yourself. Unfortunately I don't know the
6 date. Other than there appears to be a
7 document and a couple of documents toward the
8 end that bear the date February 15, 2002.
9       Do you see that?
10  A.   Yes.
11  Q.   Now, it bears Bates number
12 FMI-000595. It states that during this time
13 period, that you -- Terrie, you and Ms. Brown
14 met with the UEP at their request?
15  A.   Correct.
16  Q.   Were there times when the UEP
17 would actually request to meet with the FMI?
18  A.   Yes. UEP did ask on several
19 occasions to meet with us.
20  Q.   I think you recall that there
21 had been a meeting where the UEP actually,
22 along with member companies, came to meet
23 with the FMI. Right?
24  A.   Yes. And our experts may or
25 may not have been present at some of those

Page 139

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 meetings.
3  Q.   It says here the UEP has been
4 concerned that they would not be able to get
5 their producers to move forward on the UEP
6 industry guidelines without some form of
7 formal support by FMI and NCR. Let me read
8 that again because I didn't do a good job.
9       It says, UEP has been concerned
10 that they would not be able to get their
11 producers to move forward on the UEP industry
12 guidelines without some form of formal
13 support by FMI and NCR.
14      Did I read that correctly?
15  A.   Yes. It's NCCR, but yes.
16  Q.   NCCR. Is it -- is this
17 consistent with your understanding that the
18 UEP was expressing concern that they couldn't
19 get their producers on board and they wanted
20 the FMI and the NCCR to formally support
21 their guidelines?
22      MR. DAVIS: Objection.
23      THE WITNESS: That is what they
24 told us.
25 BY MR. PATTON:

Page 140

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  Q.   Was it the UEP that was asking
3 FMI to approve the guidelines or was FMI
4 asking UEP to work on their guidelines?
5      MR. DAVIS: Objection.
6      THE WITNESS: It was UEP asking
7 us.
8 BY MR. PATTON:
9  Q.   UEP was --
10  A.   Asking FMI.
11      MS. ANDERSON: Doug, the phone
12 has been disconnected. We can go off
13 the record and fix the phone. They
14 can't hear.
15      MR. PATTON: Let's take a quick
16 break.
17      VIDEOGRAPHER: Going off the
18 record. The time is 11:35.
19          - - -
20      (A recess was taken.)
21          - - -
22      VIDEOGRAPHER: Back on the video
23 record. 11:36.
24 BY MR. PATTON:
25  Q.   Do you have a recollection at

Page 141

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 all during this meeting whether or not the
3 UEP representatives were also asking FMI to
4 prepare a letter acknowledging the UEP's
5 efforts in putting together their guidelines?
6  A.   Yes, UEP did want us to make it
7 very clear that we were working together and
8 that we were recognizing their work. And
9 they also requested that we take a stand and
10 a position on supporting and advocating their
11 guidelines.
12  Q.   They were asking FMI. Correct?
13  A.   Yes, correct.
14  Q.   FMI wasn't asking UEP to do
15 that?
16  A.   No, we were not. They were
17 asking us to do that.
18  Q.   It says here, "Also attached is
19 a copy of a letter we sent to UEP for use
20 with their producers that supports best
21 management practices..." and then Ms. Brown
22 writes, "This letter is not meant to be an
23 endorsement of their guidelines -- and we
24 have made this clear to UEP."
25      Do you see that?

36 (Pages 138 - 141)

Page 142

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    A.   Yes, I do.
3    Q.   Is that an accurate statement?
4    A.   It is an accurate statement.
5 We had a process for endorsement and we had
6 not completed that process with UEP, so at
7 that time we could not give them an
8 endorsement, but we could give them this
9 letter, which we did, explaining that we were
10 working with them.
11    Q.   Did the UEP want the FMI to
12 endorse their guidelines?
13    A.   Yes, they did.
14    Q.   And why do you think they were
15 asking that?
16        MR. DAVIS:  Objection.
17        THE WITNESS:  The comment they
18    had made to us, as indicated in this
19    memo, was that they felt that was
20    important for them to get all of their
21    members to adhere to those guidelines.
22 BY MR. PATTON:
23    Q.   And as a person knowledged in
24 animal welfare, wouldn't it make sense that
25 the more people that -- more entities that

Page 143

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 could observe the humane treatment of
3 animals, the better?
4    A.   Yes, of course.
5    Q.   What knowledge do you have that
6 the UEP also wanted all their members on
7 board in order to raise prices of eggs?
8        MR. DAVIS:  Objection.
9        THE WITNESS:  They never gave us
10    a reason why they wanted them.  They
11    just wanted all their members to use
12    the guidelines.
13 BY MR. PATTON:
14    Q.   Do you have any information as
15 you sit here today regarding whether or not
16 the UEP internally wanted all of its members
17 to abide by these guidelines so that they
18 could raise the prices of eggs?
19        MR. DAVIS:  Objection.
20        THE WITNESS:  They never said
21    that.  And I would not know that.
22 BY MR. PATTON:
23    Q.   What knowledge do you have
24 during this time period in 2002-2003, that
25 the UEP internally was monitoring the prices,

Page 144

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 the increased prices of eggs and attributing
3 them to compliance with their own UEP Animal
4 Welfare Guidelines?
5        MR. DAVIS:  Objection.
6        THE WITNESS:  I didn't have any
7    knowledge of that.
8 BY MR. PATTON:
9    Q.   Let me mark -- well, let me ask
10 you this: During this time period, was the
11 UEP also expressing to the FMI, or reminding
12 the FMI is probably a better way to say it,
13 that there were activist groups and PETA was
14 out there and there was a real threat of
15 activist activity if FMI didn't acknowledge
16 UEP's guidelines?
17        MR. DAVIS:  Objection.
18        THE WITNESS:  I don't remember
19    that discussion.
20 BY MR. PATTON:
21    Q.   Do you recall at all in
22 discussions with members of the UEP and of
23 the producers when you had that meeting
24 reminding FMI that PETA and activist groups
25 would come and protest in front of

Page 145

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 supermarkets if FMI didn't acknowledge UEP's
3 guidelines?
4        MR. DAVIS:  Objection.
5        THE WITNESS:  I don't remember
6    that specifically, no.
7 BY MR. PATTON:
8    Q.   Let me show you what's going to
9 be marked as Exhibit 11.
10        - - -
11    (Exhibit H-11, 2/4/02 Letter,
12    Bates FMI-001213 - FMI-001261, was
13    marked for identification.)
14        - - -
15 BY MR. PATTON:
16    Q.   By the way, do you recall when
17 your meeting took place with -- this meeting
18 with the UEP where they asked to meet with
19 you?
20        MR. DAVIS:  Objection.
21        THE WITNESS:  The day that this
22    meeting occurred?  I do not.  I know
23    it was prior to May, but I don't know
24    the exact day.
25 BY MR. PATTON:

37 (Pages 142 - 145)

Page 146

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2  Q.  Let me hand you what's been
3  marked as Exhibit 11 to your deposition.
4  I've handed you what has been marked as a
5  letter from the UEP dated February 4, 2002,
6  and attached to it is a document entitled the
7  "North American Animal Liberation Front Press
8  Office."
9      Do you see that?
10  A.  Yes.
11  Q.  Just kind of thumb through this
12  document.  There's some pretty radical stuff
13  being presented in here by the Animal
14  Liberation Front, would that be a fair
15  statement?
16      MR. DAVIS:  Objection.
17      THE WITNESS:  I haven't read
18      this, so I just -- I can't say for
19      sure.
20  BY MR. PATTON:
21  Q.  Well, let's take one second and
22  turn to, for instance, FMI-0001227 of the
23  document entitled "Animal Liberation."
24  A.  Yes, I see that.
25  Q.  And if you go and you turn the

Page 147

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2  page, you can see that they're identifying
3  animals rescued and released 3,000 mink down
4  to one snail.  Do you see that?
5  A.  I'm looking for that exact --
6  Q.  On the next page.
7  A.  Okay.  Yes.  I'm sorry, yes, I
8  do see that.
9  Q.  Tell me generally what you know
10  about the Animal Liberation Front.
11  A.  They are considered an
12  extremist animal rights group.  And they have
13  taken some action that at times has been
14  considered questionable, perhaps not legal.
15  And they are considered extremists.
16  Q.  If you turn to the front page
17  of this letter, it's from Mr. Al Pope and he
18  says, "Hi Karen:  Fortunately, most of these
19  were locations other than Supermarkets."
20      Do you see that?
21  A.  Yes.
22  Q.  Do you have any understanding
23  as to why Mr. Pope would be sending to the
24  FMI what is basically a report from a radical
25  extreme animal -- animal welfare

Page 148

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2  organization?
3      MR. DAVIS:  Objection.
4      THE WITNESS:  No.
5  BY MR. PATTON:
6  Q.  Why would he say -- do you know
7  why he would say fortunately these aren't
8  supermarkets?
9      MR. DAVIS:  Objection.
10     THE WITNESS:  I believe that
11     there was concern that supermarkets
12     would be targeted like the food
13     service restaurants had been, and it
14     appears that is the point he is
15     making.
16  BY MR. PATTON:
17  Q.  Do you believe or do you have a
18  view as to whether or not Mr. Pope was trying
19  to use fear tactics at this point in time in
20  addition to repeatedly indicating to the FMI
21  that it was essential that they adopt or that
22  they acknowledge the UEP guidelines?
23      MR. DAVIS:  Objection.
24      MR. GREEN:  You're asking her
25      opinion as the 30(b)(6)?

Page 149

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2  BY MR. PATTON:
3  Q.  As a 30(b)(6) witness, do you
4  have --
5  A.  No.
6  Q.  You have no view?
7  A.  It was kind of a two part
8  question.  Can you break it out into one
9  piece?
10  Q.  We already know that -- or you
11  already testified that FMI was receiving
12  requests, and your impression was that it
13  was -- UEP was very eager and involved in
14  having the FMI acknowledge its guidelines.
15  Is that right?
16      MR. DAVIS:  Objection.
17      THE WITNESS:  Yes, that is
18      correct.
19  BY MR. PATTON:
20  Q.  As a component to that effort
21  from the UEP, do you believe that the UEP was
22  also raising the specter of fear of protests
23  of radical activist groups to encourage the
24  FMI to acknowledge their guidelines?
25      MR. DAVIS:  Objection.

38 (Pages 146 - 149)

Page 150

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      THE WITNESS: No, I don't
3 believe we felt that way. Certainly
4 as an FMI representative in these
5 discussions, I don't feel we felt that
6 way.
7 BY MR. PATTON:
8    Q.   Have you any knowledge of any
9 internal meetings conducted at UEP where
10 they, in fact, recognized the importance of
11 reminding the FMI that if their guidelines
12 aren't acknowledged, the FMI will continue to
13 see PETA attacks at their companies and their
14 stores?
15      MR. DAVIS: Objection.
16      THE WITNESS: I don't remember.
17 I would not know of any internal
18 meeting.
19 BY MR. PATTON:
20    Q.   So I mean, the FMI and some of
21 its members may have had the intent of
22 reminding the FMI that without acknowledging
23 the UEP guidelines, FMI members may be
24 subject to PETA attacks?
25      MR. DAVIS: Objection.

Page 151

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      THE WITNESS: Are you asking me
3 if I was at a meeting where that was
4 discussed or if FMI was? No.
5 BY MR. PATTON:
6    Q.   Did anyone from UEP ever tell
7 you that they actually had a meeting and one
8 of their objectives was to remind the FMI of
9 the potential for PETA attacks?
10      MR. DAVIS: Objection.
11      THE WITNESS: I don't. No, I
12 don't.
13 BY MR. PATTON:
14    Q.   What recollection do you have
15 of UEP's members or suppliers putting direct
16 pressure on members of the FMI to adopt their
17 guidelines?
18      MR. DAVIS: Objection.
19      THE WITNESS: I'm not aware of
20 that. I don't know of any pressure
21 that was between UEP and individual
22 companies.
23 BY MR. PATTON:
24    Q.   Let me hand you what's been
25 marked as Exhibit 11. I'm sorry, Exhibit 12.

Page 152

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      - - -
3      (Exhibit H-12, 3/20/02 E-mail,
4 Bates FMI-001078 & FMI-001079, was
5 marked for identification.)
6      - - -
7 BY MR. PATTON:
8    Q.   Exhibit 11. Did I say 11 or
9 12? I am sorry. Let's start over.
10      Exhibit 12 is an e-mail
11 exchange dated March 20, 2002, between an
12 individual from Kroger and Karen Brown. It's
13 bearing Bates -- bears the Bates number
14 FMI-001078 through 79. Do you know who Lynn
15 Marmer is?
16    A.   Yes, I do.
17    Q.   In your capacity as a 30(b)(6)
18 witness, because you're not on this e-mail,
19 were you aware that Kroger was receiving
20 pressure from the UEP to sign on to their
21 standards?
22      MR. DAVIS: Objection.
23      THE WITNESS: Because of this,
24 it is apparent that FMI was aware.
25 BY MR. PATTON:

Page 153

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    Q.   It says -- and Mr. Marmer
3 writes, "Karen:"
4      "Our egg merchant called me
5 today to tell me UEP is pressuring suppliers
6 to Kroger to 'sign up on the UEP standards'
7 by April 1st."
8      Suppliers are being told that
9 if they don't get signed up by the 1st, they
10 will "miss their chance."
11      "Suppliers seem to be trying to
12 scare companies like Kroger..."
13      Do you see that?
14    A.   Yes, I do.
15      MR. DAVIS: Objection.
16      MR. BARNES: Objection to form.
17 Move to strike. It's double hearsay,
18 at least double hearsay.
19 BY MR. PATTON:
20    Q.   What knowledge --
21      MR. DAVIS: Excuse me.
22 Objection. Misstates the document.
23 BY MR. PATTON:
24    Q.   Is this -- did Ms. Brown ever
25 inform you or raise with you the fact that

39 (Pages 150 - 153)

Page 154

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 UEP members were trying to scare Kroger to
3 adopt UEP guidelines?
4          MR. DAVIS:  Objection.
5          THE WITNESS:  I don't recall Ms.
6     Brown specifically telling me that
7     that was the case.
8 BY MR. PATTON:
9     Q.    What recollection do you have
10 during this time period of pressure being put
11 on retailers by the UEP independently?
12          MR. DAVIS:  Objection.
13          THE WITNESS:  Direct pressure, I
14     was not aware of.  Other than UEP's
15     insistence to FMI that they approve
16     their guidelines.  But I was not aware
17     of direct UEP to an individual retail
18     company.
19 BY MR. PATTON:
20     Q.    Did the FMI ever pressure any
21 of its member companies to accept the UEP
22 guidelines?
23     A.    No, we did not.
24     Q.    Would you find it odd that a
25 trade association like the UEP would be

Page 155

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 pressuring retailers to sign onto their
3 guidelines?
4          MR. DAVIS:  Objection.
5          THE WITNESS:  Yes, I would find
6     that unusual.
7 BY MR. PATTON:
8     Q.    Would it be acceptable to you
9 as a member of a trade association yourself?
10          MR. DAVIS:  Objection.
11          THE WITNESS:  It is not --
12          MR. GREEN:  You're asking her as
13     a 30(b)(6)?
14          MR. PATTON:  Sure.
15          THE WITNESS:  It is not
16     something we would do because it's not
17     the way we would conduct business.  So
18     I can't speak on what UEP's policies
19     are going on directly to retailers,
20     but it does seem unusual.
21 BY MR. PATTON:
22     Q.    Now, did there come a time when
23 FMI actually issued recommendations with
24 respect to different entities' welfare
25 guidelines?

Page 156

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     A.    I'm sorry, ask the question
3 again?
4     Q.    Did there come a point in time
5 that you recall that the UEP actually issued
6 recommendations to its members with respect
7 to different animal welfare guidelines?
8     A.    I'm sorry, I'm not
9 understanding.  Did UEP issue recommendations?
10    Q.    I'm sorry.  I'm confusing UEP
11 and FMI.  Let's start this over again.
12          Did there come a time when FMI
13 actually issued a report in June of 2002
14 regarding recommendations of different
15 entities, different producer groups'
16 guidelines?
17    A.    Yes.
18          MR. PATTON:  Let me mark that so
19     we have it as part of the record.
20          - - -
21          (Exhibit H-13, 6/02 Report,
22     Bates FMI-000015 - FMI-000022, was
23     marked for identification.)
24          - - -
25 BY MR. PATTON:

Page 157

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.    Take a look at this, but I'm
3 just going to ask you a couple of -- about a
4 couple of areas.
5          Now, where it says -- the
6 fourth full paragraph it says, FMI and NCCR
7 have been working with independent, expert
8 advisors and producer/processor community to
9 promote "best practices" for each species
10 that will ensure animal welfare -- or animal
11 well-being throughout production and
12 processing.  Is that consistent with the
13 initial goal that the FMI had which was to
14 review guidelines to be consistent with best
15 practices?
16    A.    Yes.
17    Q.    And what is this report?
18    A.    This was a status report that
19 was actually shared with our members and made
20 available to both FMI and NCCR members to
21 apprise them of where we were in our process
22 and what was the current status of each of
23 the individual commodity guidelines.
24    Q.    And if you go through all of
25 these guidelines, you'll see that they deal

40 (Pages 154 - 157)

Page 158

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 with transportation and slaughter process,
2 breeding and rearing, laying hens, dairy
3 cattle, broiler turkeys, swine, cattles,
4 ranch and feed lots. Right?
5   A.   Yes.
6   Q.   So this wasn't just a statement
7 that was UEP specific, was it?
8   A.   No, this was for all of our
9 work to date.
10   Q.   And was there portions of the
11 UEP 2002 guidelines that the FMI did
12 recommend to its membership?
13   A.   Yes. The UEP guidelines were
14 supported by FMI with the understanding there
15 were still some outstanding issues.
16   Q.   And what were those outstanding
17 issues?
18   A.   I believe the primary ones were
19 the issue of molting and also ammonia levels
20 were, to my recollection, two of the bigger
21 issues that were still outstanding.
22   Q.   And by recommending a portion
23 of these guidelines, was FMI's message
24 limited to the view that these portions of

Page 159

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 the guidelines were consistent with best
2 practices?
3       MR. DAVIS:  Objection.
4       MR. MCKENNEY:  Objection to
5   form. Mischaracterizes testimony.
6       THE WITNESS:  Yes, when we
7   endorsed or supported the various
8   guidelines, it was based on the
9   guidance from our experts saying that
10   they now represented best practices
11   with the proviso that there were some
12   outstanding issues.
13 BY MR. PATTON:
14   Q.   By "outstanding issues," you
15 meant that they weren't necessarily
16 consistent yet with best practices?
17       MR. DAVIS:  Objection.
18       MS. ANDERSON:  Objection.
19       THE WITNESS:  They were not yet
20   resolved particularly between the
21   experts and the industry in question
22   as to what would be best practices and
23   what would be a possible alternative
24   or timeline to implement the changes.

Page 160

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1         - - -
2       (Exhibit H-14, Status reports,
3   Bates FMI-000074 - FMI-000076, was
4   marked for identification.)
5         - - -
6 BY MR. PATTON:
7   Q.   Let me hand you Exhibit 14.
8 I'm going to represent to you that Exhibit 14
9 bearing Bates number FMI-000074 is actually a
10 composite exhibit that I've put together of
11 status reports that FMI produced in the
12 litigation.
13       MR. DAVIS:  Doug, are you
14   representing that this is a complete
15   compilation?
16       MR. PATTON:  It's what was --
17   what I found that was produced.
18       MR. DAVIS:  I'll object to your
19   characterization and preliminarily
20   move to strike all testimony with
21   respect to this document.
22       MR. PATTON:  Motion denied.
23 BY MR. PATTON:
24   Q.   What is the first page of this

Page 161

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 document, if you know?
2   A.   The first page is the one dated
3 January 2003, was a status report of FMI and
4 NCCR's endorsement of each of the different
5 commodity groups current at that time, animal
6 welfare guideline. And then it also
7 identified what were ongoing outstanding
8 issues.
9   Q.   And you see the -- well, first
10 of all, it's relevant to all producer
11 organizations, not just UEP. Right?
12   A.   It was for all the ones that we
13 were reviewing at that time, yes.
14   Q.   By "endorsement," are you
15 saying that FMI adopted these guidelines or
16 that they acknowledged them to be consistent
17 with best practices?
18       MR. DAVIS:  Objection.
19       THE WITNESS:  The endorsement
20   implied that the guidelines in
21   question were reviewed by our experts,
22   and our experts agreed that these were
23   current best practices.
24 BY MR. PATTON:

41 (Pages 158 - 161)

Page 162

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    Q.    When we looked at UEP, we see,

3 at least for 2003, three bullet points,

4 "ammonia levels," "light density," "forced

5 molting." Those remained outstanding issues

6 for the UEP. Is that right?

7    A.    Correct.

8    Q.    And what did that mean with

9 respect to forced molting, that it was still

10 an accepted practice in 2003?

11        MR. MCKENNEY: Object to the

12    form.

13        THE WITNESS: Forced molting was

14    still part of their guidelines, that

15    it could be done. Again, they made a

16    modification, they were not

17    withdrawing water. They could do feed

18    withdrawal. They tried to establish

19    some dates for withdrawal, and they

20    said that they would undertake

21    scientific research to look at

22    alternatives.

23 BY MR. PATTON:

24    Q.    If you turn to the next page,

25 you'll see that in October of 2004 is forced

Page 163

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 molting still now a point of difference

3 between FMI and UEP?

4    A.    Yes. In October 2004 when we

5 updated our status report, it was still on

6 the points of difference.

7    Q.    As a person who has been

8 involved in animal welfare issues and a

9 veterinarian, is depriving a hen of food for

10 up to sometimes a week or two weeks the best

11 way to treat an animal?

12        MR. DAVIS: Objection.

13        THE WITNESS: As a veterinarian,

14    it was considered to be not consistent

15    with best practices.

16 BY MR. PATTON:

17    Q.    Now, let me mark the UEP

18 guidelines for 2002 as Exhibit 15 to your

19 deposition.

20        - - -

21        (Exhibit H-15, UEP Animal

22    Husbandry Guidelines for U.S. Egg

23    Laying Flocks 2002 Edition, Bates

24    FMI-000171 - FMI-000186, was marked

25    for identification.)

Page 164

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2        - - -

3 BY MR. PATTON:

4    Q.    And I just -- after you have a

5 moment to review these, let me know that they

6 were actually produced from the files of FMI

7 which to me indicates that you at least --

8 that the FMI had received them?

9    A.    Yes, we were aware of these

10 guidelines.

11    Q.    If you turn to the section on

12 molting, which is page 179, do you see the

13 same paragraph that I pointed out to you

14 earlier, "However, until such time that these

15 alternatives are available the shortest

16 period of feed withdrawal possible should be

17 used..."

18    A.    Yes, I see that.

19    Q.    So in these 2002 guidelines,

20 they essentially remained the same as the

21 2000 as it pertains to molting?

22    A.    Yes, they said molting was

23 permissible.

24    Q.    And that wasn't consistent with

25 best practices from FMI's perspective. Is

Page 165

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 that right?

3        MR. DAVIS: Objection.

4        THE WITNESS: FMI's experts

5    still believed that there were other

6    best practices that could be used in

7    lieu of feed withdrawal for forced

8    molting.

9 BY MR. PATTON:

10    Q.    Now, if you turn to the section

11 on the cage space which now is called "TIME

12 PERIOD FOR IMPLEMENTATIONS," and it's 183,

13 towards the end of the document.

14    A.    Yes.

15    Q.    You see where the 67 inches was

16 moved up from 2012 to 2008. Right?

17    A.    Yes.

18    Q.    But did they ever reach

19 72 inches?

20    A.    One of the things that the UEP

21 had presented to us as an alternative to the

22 original recommendation was to have a

23 different requirement based on the type of

24 bird because of its size.

25    Q.    I see. And was the FMI in a

42 (Pages 162 - 165)

Page 166

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 position to force or require the UEP to
3 change these phase-in periods?
4     A.    No, we couldn't force them to
5 change it.  We only could provide them the
6 advice or guidance from our experts.
7     Q.    And if they told you this is
8 the best industry could do, was FMI in a
9 position to dispute that?
10         MR. DAVIS:  Objection.
11         THE WITNESS:  FMI would have
12     continued to take the position that
13     that was a point where UEP and our
14     experts differed.
15 BY MR. PATTON:
16     Q.    But at this point in time, do
17 you recall the UEP saying that any more
18 compression of time would create market
19 disruption?
20         MR. DAVIS:  Objection.
21         THE WITNESS:  Any compression of
22     time?
23 BY MR. PATTON:
24     Q.    Changing these times or these
25 cage sizes -- let me strike that.

Page 167

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2         Changing these time periods or
3 altering the cage space limitations would
4 visit a hardship on UEP members?
5         MR. DAVIS:  Objection.
6         THE WITNESS:  In discussions
7     with our experts, UEP did say that
8     they needed time to phase in this
9     change, and that was acceptable to our
10     experts, that they could use time to
11     do that.
12 BY MR. PATTON:
13     Q.    I had early on asked you about
14 was feasibility a limitation to best
15 practices.  Would this be an example of UEP
16 saying it's just not feasible for us to do it
17 any shorter or any better?
18     A.    This was what UEP told us they
19 believed was achievable.  And our experts
20 agreed with them after discussing it with
21 them.
22     Q.    Now -- and that was UEP's
23 representations that were being made to the
24 FMI.  Is that right?
25     A.    Yes.

Page 168

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.    Now, if you turn to this page
3 called "COMPLIANCE," and I'm going to get to
4 that in a moment, do you see there is a
5 section called "CERTIFICATION"?
6     A.    Yes.
7     Q.    And it explains how if you pass
8 a UEP audit, that you will be designated a
9 certified company?
10     A.    I see where it says that.
11     Q.    And it also explains that there
12 would be a welfare seal, but that that still
13 needed to be developed?
14     A.    Oh, I'm sorry, that was the
15 next section?
16     Q.    Yeah.
17     A.    Yes, I see that.
18     Q.    So that still was in
19 development at this point.  Right?
20     A.    Yes.
21     Q.    Now, did the FMI regard the
22 Animal Welfare Guidelines and what was to
23 become the UEP's Animal Certified Program as
24 two different things?
25     A.    FMI did not look at or consider

Page 169

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 any type of certification or seal as part of
3 that program.
4     Q.    And why is that?
5     A.    We -- for one thing, we always
6 felt that it was a voluntary program.  The
7 application of the welfare requirements or
8 standards that were in here was strictly
9 between the suppliers and the buyers.  And,
10 therefore, FMI would not support or endorse
11 any kind of certification or a seal.
12     Q.    And while FMI was willing to
13 acknowledge or to a limited extent endorse
14 the guidelines, it would not endorse a
15 certification program.  Is that what you're
16 saying?
17         MR. DAVIS:  Objection.
18         THE WITNESS:  That is correct.
19 BY MR. PATTON:
20     Q.    Do you recall whether or not
21 Mr. Gregory and Mr. Al Pope tried to get the
22 FMI to acknowledge or sign off on the
23 certification program?
24         MR. DAVIS:  Objection.
25         THE WITNESS:  Yes, they did.

43 (Pages 166 - 169)

Page 170

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 BY MR. PATTON:
3 Q. Explain to me how they made
4 that effort.
5 A. Through both personal visits,
6 e-mail communication, phone call
7 communication, both Mr. Pope and Mr. Gregory
8 wanted us to support their certification
9 program and acknowledge it, and to encourage
10 its use.
11 Q. Did FMI do that?
12 A. We repeatedly told them we
13 could not and would not do that.
14 Q. So it's clear, FMI never asked
15 the UEP to develop a certification program,
16 did it?
17 A. We did not.
18 Q. Did FMI, on behalf of its
19 members, ask the UEP to create or adopt a
20 certification program?
21 A. No, we did not.
22 Q. Is a distinction in your mind
23 that animal welfare guidelines are -- deal
24 with animal welfare, but certification is a
25 producer marketing deal? Is that what I hear

Page 171

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 you saying?
3 MR. DAVIS: Objection.
4 Mischaracterizes her testimony.
5 Argumentative.
6 THE WITNESS: We made it clear
7 that our endorsement was of those
8 components of the Animal Welfare
9 Guidelines that our experts reviewed
10 and commented on. It had nothing to
11 do with any kind of certification or
12 seal.
13 BY MR. PATTON:
14 Q. Or logo-ing that said animal
15 certified?
16 A. Exactly. None of that.
17 Q. If you turn to the second to
18 the last page, there's "ACKNOWLEDGMENTS."
19 And at the bottom there's one from the Food
20 Marketing Institute and National Council For
21 Chain Restaurants. It says, acknowledgment
22 for reviewing these guidelines. Is that
23 right?
24 A. Yes.
25 Q. Does it say that the FMI and

Page 172

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 NCCR adopt these guidelines?
3 A. It does not say that.
4 Q. Does it say that the FMI is
5 going to promote these guidelines to
6 producers and members?
7 A. It does not say that.
8 Q. What do you understand it means
9 to say that the FMI reviewed these
10 guidelines?
11 MR. DAVIS: Objection.
12 THE WITNESS: Our understanding
13 and FMI's understanding was that they
14 were acknowledging the fact that
15 through our experts we did look at the
16 guidelines and provide them our
17 comment and input on the current
18 guidelines.
19 BY MR. PATTON:
20 Q. I'm done with these guidelines.
21 Let me mark with you Exhibit 16
22 to your deposition.
23 - - -
24 (Exhibit H-16, 7/16/02 Letter,
25 Bates FMI-000293 & FMI-000294, was

Page 173

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 marked for identification.)
3 - - -
4 BY MR. PATTON:
5 Q. Exhibit 16 is a July 16, 2002,
6 letter to Tim Hammonds and Karen Brown and
7 Terrie Dort, from Al Pope, President of the
8 UEP, and it's bearing Bates stamp FMI-00293,
9 so we know FMI received this. Right?
10 A. Yes.
11 Q. If you -- it says in the first
12 sentence, "...Tim, Terrie and Karen:
13 Recognizing that it may sound repetitive, I
14 again want to thank you, on behalf of both
15 our Board and Staff, for the cooperation
16 you...have extended."
17 Do you see that?
18 A. Yes.
19 Q. I'm just going to skip to the
20 last paragraph that says another issue. The
21 good news and bad news. The press release
22 went off without any controversy on the
23 issue. That's the good news. The bad news
24 is that very few of our customers are asking
25 that the guidelines be part of their

44 (Pages 170 - 173)

Page 174

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 specifications. In fact, on two recent bids,
3 industry was told that it is only a public
4 relations issue and that they purchased eggs from
5 the lowest bidder. This is not certified
6 companies. This program will fail if our
7 customers are not committed to the program to
8 the same degree as the industry. We welcome
9 your advice and assistance.
10        Do you see that?
11    A.    Yes.
12    Q.    Is this consistent with Mr.
13 Pope's efforts to get the FMI to endorse or
14 sign on to the certification program?
15    A.    I believe that my understanding
16 when Mr. Pope made this comment was that he
17 was hoping that FMI and NCCR would
18 specifically request of our members that we
19 asked for these guidelines and only from
20 suppliers who were using the guidelines.
21    Q.    He wanted you to contact
22 members and ask them to require that the UEP
23 guidelines be part of their specifications?
24        MR. DAVIS: Objection.
25 BY MR. PATTON:

Page 175

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    Q.    Am I understanding that
3 correct?
4        MR. DAVIS: Mischaracterizes her
5    testimony. Misstates the document.
6    And is argumentative.
7        MR. MCKENNEY: Objection.
8    Leading.
9        THE WITNESS: Yes, that was our
10    understanding.
11 BY MR. PATTON:
12    Q.    Had you had conversations with
13 Mr. Pope where he wanted you to send the
14 guidelines to members and encourage them to
15 make them part of their guidelines -- of
16 their purchasing specifications?
17        MR. DAVIS: Objection.
18        THE WITNESS: I don't know that
19    he specifically said send them the
20    guidelines, but he did say that he had
21    asked FMI and NCCR to ask our members
22    to require these guidelines of their
23    suppliers.
24 BY MR. PATTON:
25    Q.    Did that strike you as odd?

Page 176

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    A.    Perhaps from a trade
3 association perspective if the intent was to
4 have all their members consistent, but it was
5 odd in that also Mr. Pope would understand
6 that as a trade association, we cannot ask
7 our members to do something like that.
8    Q.    Let me hand you what's been
9 marked as Exhibit 17.
10        - - -
11        (Exhibit H-17, 7/2/02 Letter,
12    Bates FMI-000050, was marked for
13    identification.)
14        - - -
15 BY MR. PATTON:
16    Q.    Exhibit 17 is a letter dated
17 July 2, 2002, from Al Pope to FMI and NCCR
18 members.
19        Do you see that?
20    A.    Yes.
21    Q.    It is on UEP letterhead?
22    A.    Yes.
23    Q.    Now, you're not addressed on
24 this letter and neither is anyone at the FMI.
25 I take it that these were letters that were

Page 177

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 sent from the UEP to individual FMI members.
3 Is that fair?
4        MR. DAVIS: Objection.
5    Mischaracterizes the document.
6        THE WITNESS: I have to question
7    the fact that up at the top he does
8    have both the FMI address and the NCCR
9    address.
10 BY MR. PATTON:
11    Q.    And the salutation says FMI and
12 NCCR members, that's why I'm confused. Do
13 you know if this letter was ever sent to FMI
14 members?
15    A.    If you can give me just a
16 moment to read it, please.
17    Q.    Sure.
18    A.    I can only say based on past
19 FMI practices, that a letter like this -- we
20 would strongly object to a letter like this
21 that bore our title and address at the top
22 because it appears that we were in support of
23 this. I don't know if this was sent to FMI,
24 without looking further in the records, if
25 this was sent to FMI and we were asked would

45 (Pages 174 - 177)

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 we approve or allow them to send this. I

3 don't know if it was ever actually sent.

4     Q.    By this you're referring to a

5 letter that says thank you and a request at

6 the top. Do you see that?

7     A.    Yes.

8     Q.    And the request is, it says,

9 "We respectfully ask and need your help." At

10 the end of the paragraph I've just read it

11 says, "To the extent that your company makes

12 these guidelines a part of your purchasing

13 specifications, together we can achieve both

14 our goals."

15         Do you see that?

16     A.    Yes.

17     Q.    Is the UEP trying to reach out

18 to individual FMI and NCCR members to get

19 them to make the guidelines part of their

20 purchasing specifications?

21         MR. DAVIS:  Objection.

22         THE WITNESS:  That is what it

23 says.

24 BY MR. PATTON:

25     Q.    Would FMI ever do that?

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2     A.    FMI would not. We would make

3 our members aware of something that was

4 available, but we could not ask them to

5 accept it.

6     Q.    Did you say you found this

7 objectionable?

8         MR. DAVIS:  Objection.

9 Misstates her testimony.

10 BY MR. PATTON:

11     Q.    I can't remember the word you

12 used.

13     A.    If it was sent to FMI and we

14 were asked is it okay if UEP sends this out,

15 we would have said we don't approve sending

16 this out.

17         MR. PATTON:  Let me mark

18 Exhibit 18.

19             - - -

20         (Exhibit H-18, 9/9/02 Letter,

21 Bates FMI-000286 - FMI-000288, was

22 marked for identification.)

23             - - -

24 BY MR. PATTON:

25     Q.    Exhibit 18 is a letter produced

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 by FMI bearing Bates number 00286. It's

3 dated September 9, 2002. It's to

4 Mr. Hammonds and Terrie Dort. And it's on

5 UEP letterhead. Have I correctly described

6 the document?

7     A.    Yes.

8     Q.    And was this received and

9 produced by FMI in its files?

10     A.    Yes.

11     Q.    It indicates that the UEP now

12 has approximately 80 percent of all egg

13 producers in the U.S. under the certification

14 program. And then it says, "Enclosed is the

15 press release...

16         "Would it be possible to share

17 this with your membership?  We would greatly

18 appreciate your sending it to them."

19         And you're cc'd on it.  Do you

20 see that?

21     A.    Yes.

22     Q.    Was this consistent with UEP's

23 campaign to try to get the FMI to send their

24 guidelines to FMI members?

25         MR. DAVIS:  Objection.

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2         MR. MCKENNEY:  Objection.

3         THE WITNESS:  This specifically

4     was asking FMI to share with our

5     members the certification program,

6     information on that certification.

7 BY MR. PATTON:

8     Q.    Is that something that FMI

9 refused to do?

10     A.    To the best of my knowledge, we

11 did not do this as requested, that is, we

12 would not have, to the best of my knowledge,

13 sent this to our members. However, we do

14 make our members aware, usually on our Web

15 site, of various press releases that impact

16 the industry. So they may have known such a

17 press release existed. We would not -- it

18 would be unlikely that FMI would ever

19 actually mail something like this to its

20 members.

21     Q.    If you look at the last page,

22 there's that -- what is that, is that a logo,

23 Animal Care Certified?

24     A.    That is the logo that UEP used

25 as part of their certification program.

Page 182

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.   And there's a press release and
3 they wanted you to send it to your members.
4 Right?
5     A.   That is what the letter
6 requests.
7     Q.   Your recollection is you didn't
8 do it?
9     A.   Correct.
10     MR. MCKENNEY:  Objection.
11 Leading.
12 BY MR. PATTON:
13     Q.   Let me show you what's been
14 marked as Exhibit 19.
15         - - -
16     (Exhibit H-19, What Happens If
17 100% Committed is Changed?, Bates
18 MOARK0000338 - MOARK0000342, was
19 marked for identification.)
20         - - -
21 BY MR. PATTON:
22     Q.   Exhibit 19 is a document
23 produced in this litigation, and it bears
24 Bates number MOARK0000338.  It's not marked
25 confidential or highly confidential.

Page 183

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     This is an internal UEP
3 document that was produced in the case.  I'd
4 like you to look at the paragraph that starts
5 with "October 18, 2001..."
6     A.   Yes.
7     Q.   It says, "Staff and producers
8 took the above motion to FMI and NCCR...,"
9 and that the motion that's being referred to
10 is the time period for implementation of
11 guidelines.  Do you see that?
12     A.   Yes.
13     Q.   And it says -- well, focusing
14 on staff and producers, is that consistent
15 with your recollection that at the time UEP
16 and producer members came to visit FMI?
17     MR. DAVIS:  Objection.  Lacks
18 foundation.
19     THE WITNESS:  Yes, but I believe
20 that this was strictly focused on the
21 cage space issue, not the guidelines
22 as a whole.
23 BY MR. PATTON:
24     Q.   Do you see it says, UEP sold
25 FMI and NCCR on the benefits of adopting this

Page 184

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 program.  Were you aware that the UEP thought
3 that they had sold this program to you?
4     MR. DAVIS:  Objection. Lacks
5 foundation.
6     THE WITNESS:  I believe that UEP
7 felt that they had successfully
8 presented us a compromised position
9 for phasing in cage space and in
10 particular their proposal to base it
11 on the type of bird in the cage.  They
12 presented that to us as an
13 alternative, we discussed it with our
14 experts and we did accept that.
15 BY MR. PATTON:
16     Q.   When -- I guess my question
17 wasn't very good.
18     When you met with them, did
19 they say we're here to try to sell you on
20 this?
21     MR. DAVIS:  Objection.
22     THE WITNESS:  I don't believe
23 they would have used or did use that
24 particular word.
25 BY MR. PATTON:

Page 185

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.   Were you aware until today that
3 internally they believed they sold you on it?
4     MR. DAVIS:  Objection. Lacks
5 foundation.
6     THE WITNESS:  Again, the word
7 "sold" is not how I -- how I
8 understood what we did which was to
9 discuss and reach a compromise.
10 BY MR. PATTON:
11     Q.   Did you believe the UEP
12 presented themselves as honest and
13 trustworthy?
14     MR. MCKENNEY:  Objection. Form.
15     THE WITNESS:  I think, again,
16 the word "sold" I find offensive
17 because we felt it was a compromise.
18 BY MR. PATTON:
19     Q.   Let me have you turn to the
20 Bates stamp bearing 341.  It's entitled at
21 the top, "The Marketplace and USDA."
22     A.   Within this document?
23     Q.   Yes.
24     A.   Yes, I have it.
25     Q.   Do you see the paragraph that's

47 (Pages 182 - 185)

Page 186

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 the fourth one down, that says, While
3 producers have signed on and made commitments
4 to UEP, it is disappointing that FMI and NCCR
5 have not required commitments from their
6 members.
7      That's correct, right, FMI
8 never required commitments from its members?
9      A.   That is correct, we did not
10 require that.
11     Q.   Did FMI require a member to
12 choose the UEP guidelines as opposed to maybe
13 McDonald's or someone else's?
14     A.   No, what we did was made our
15 members aware of the guidelines that we had
16 reviewed and which our experts said they
17 believed reflected best practices.
18     Q.   Now, were you also told or
19 informed by the UEP that there would be a
20 hard cost to their members, the UEP members
21 adopting their guidelines?
22     A.   In general, all of the
23 commodity groups would in their discussions
24 with us make us aware of the fact that
25 certain changes in practices could cost them

Page 187

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 money.  But those conversations also
3 discussed ways in which money could be saved
4 by implementing best practices.
5      Q.   Turn to the last page.  It
6 says in words with regards to recovery of
7 costs, it says, Pass on the costs to their
8 customers.  Only allow the use of Animal Care
9 Certified logo to those customers that agree
10 to pay the costs.
11         In your discussions with UEP,
12 did they ever tell you or even imply to you
13 that part of their plan was to take these
14 costs and pass them on to their own
15 customers?
16         MR. DAVIS:  Objection.
17         THE WITNESS:  There was never a
18     specific discussion about that, no.
19 BY MR. PATTON:
20     Q.   What knowledge do you have that
21 UEP's internal goal of passing on the animal
22 welfare costs to retailers such as members of
23 FMI?
24         MR. DAVIS:  Objection.
25         THE WITNESS:  We would not have

Page 188

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      been aware of that discussion if that
3      was their internal discussion.
4 BY MR. PATTON:
5      Q.   What knowledge do you have of
6 the UEP members collectively agreeing to pass
7 on their animal welfare costs to retailers?
8         MR. DAVIS:  Objection.
9         THE WITNESS:  We have no
10     knowledge of that.
11 BY MR. PATTON:
12     Q.   Do you see down here on point
13 3, in the reference to costs it says, "Hope
14 that as guidelines are implemented the flock
15 size will decline and egg prices will
16 increase to more than cover the costs."  What
17 knowledge do you have that UEP was internally
18 hoping that the Animal Welfare Guidelines
19 would reduce flock size, increase prices and
20 more than cover the cost for animal welfare?
21         MR. DAVIS:  Objection.
22         THE WITNESS:  We had no
23     knowledge.
24 BY MR. PATTON:
25     Q.   Is it surprising to you that

Page 189

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 UEP internally regarded these Welfare
3 Guidelines as a means to reduce flock size
4 and increase egg prices?
5         MR. DAVIS:  Objection.
6         THE WITNESS:  I can't speak for
7      how UEP conducts business, but this
8      would have not been something that FMI
9      would have been pleased to know.
10         MR. PATTON:  Hang on one second.
11 What time do we have?  Why don't we
12 break for lunch at this point.
13         MR. DAVIS:  Sure.  I'll move to
14 strike all testimony about this
15 document.  You laid no foundation that
16 she seen it.  You have actually laid
17 an affirmative foundation that she
18 hasn't seen it.
19         VIDEOGRAPHER:  Going off the
20 record.  The time of 12:25.
21         - - -
22     (A recess was taken.)
23         - - -
24         VIDEOGRAPHER:  We're back on the
25 video record.  The start of disc

48 (Pages 186 - 189)

Page 190

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    three. The time is 1:30.
3 BY MR. PATTON:
4    Q.  Good afternoon, Dr. Hollingsworth.
5    A.  Same to you.
6    Q.  Is there any part of your
7 testimony this morning that you would like to
8 change?
9    A.  No.
10    Q.  Were you aware that the UEP had
11 hired a public relations firm by the name of
12 GolinHarris to promote the UEP Animal Welfare
13 Guidelines?
14    MR. DAVIS: Objection.
15    THE WITNESS: No, I don't recall
16    that.
17 BY MR. PATTON:
18    Q.  Were you aware that they hired
19 a national public relation firm to promote
20 their Animal Certified Program?
21    A.  Not directly, no.
22    - - -
23    (Exhibit H-20, United Voice
24    publication, Bates DAY0017605 -
25    DAY0017612, was marked for

Page 191

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    identification.)
3    - - -
4 BY MR. PATTON:
5    Q.  Let me hand you what has been
6 marked as Exhibit 20 to your deposition.
7 These are -- this is a United Voices
8 publication issued by the UEP. Are you
9 familiar with this magazine?
10    A.  I am, yes.
11    Q.  Let me have you turn to page 4
12 of the document. You'll see that at the
13 bottom it's dated July 17, 2003?
14    A.  Yes.
15    Q.  This is about a little under a
16 year after the UEP had issued their 2002
17 guidelines. Is that about right?
18    A.  Yes.
19    Q.  You see at the top where it
20 says, "Word Of Caution"?
21    A.  Yes.
22    Q.  It says, "As producers continue
23 to reduce their layer house capacity to meet
24 the UEP Animal Husbandry Guidelines, please
25 don't make the mistake of building new

Page 192

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 facilities to replace the lost number of
3 birds."
4    Were you aware of -- that the
5 UEP in conjunction with reducing henhouse
6 capacity was also cautioning its members not
7 to build new henhouses?
8    MR. DAVIS: Objection.
9    THE WITNESS: No, I was not
10    aware of that.
11 BY MR. PATTON:
12    Q.  Now under -- was it ever your
13 understanding that in connection with the
14 Animal Welfare Guidelines, that egg producers
15 couldn't build larger cages or bigger
16 henhouses?
17    MR. DAVIS: Objection. Vague
18    and misleading.
19    THE WITNESS: Yes, they could
20    have done either of those.
21 BY MR. PATTON:
22    Q.  So simply because there's an
23 increase in the cage space per bird doesn't
24 mean that UEP couldn't build a 20-by-30 foot
25 cage and put as many hens as they could as

Page 193

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 long as they meet the cage space
3 requirements?
4    MR. DAVIS: Objection to form.
5    THE WITNESS: That would be
6    correct.
7 BY MR. PATTON:
8    Q.  Did anyone tell that you the
9 UEP had other intentions which was to try to
10 limit the expansion of new henhouses or
11 different size cages --
12    MR. DAVIS: Objection.
13 BY MR. PATTON:
14    Q.  -- while they were implementing
15 the UEP guidelines?
16    A.  No.
17    Q.  I want to go back to the
18 subject of the UEP requesting support from
19 FMI. Do you remember that we touched on that
20 this morning?
21    A.  Yes.
22    Q.  Were you aware that from time
23 to time the UEP in the 2005 time period would
24 reach out to the FMI and solicit FMI to write
25 letters of support for the UEP?

49 (Pages 190 - 193)

Page 194

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      A.   Yes.
3      Q.   And, again, did you find that
4 somewhat odd?
5      A.   Not necessarily.  Whenever we
6 had a joint venture with any trade
7 association on any issue, we might jointly
8 issue a press release or a letter supporting
9 what we had done together.
10     Q.   But the fact that the UEP was
11 asking the FMI to write letters to its
12 members to abide by the UEP guidelines, would
13 that have struck you as odd?
14          MR. DAVIS:  Objection.
15      Misstates the record.
16          THE WITNESS:  It is something we
17      would not have done.
18          MR. PATTON:  Let me mark
19      Exhibit 21.
20             - - -
21          (Exhibit H-21, E-mail chain,
22      Bates FMI-001514 & FMI-001515, was
23      marked for identification.)
24             - - -
25 BY MR. PATTON:

Page 195

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      Q.   For the record, I've placed in
3 front of you a document which is an e-mail
4 from Ken Klippen to several individuals, but
5 if you look at the top, Ken Klippen also sent
6 this e-mail to you.  Wait, I take that back.
7 You're not copied on this e-mail.  That's
8 another one.
9          This is an e-mail dated
10 August 2, 2004, from -- by and between Karen
11 Brown and Ken Klippen, and it bears Bates
12 number FMI-001514.
13          Do you see that?
14      A.   Yes.
15      Q.   This is produced by FMI in the
16 regular course of this litigation?
17      A.   Yes.
18      Q.   Now, let's start with the first
19 e-mail which is on the second page, and it's
20 dated July 27, 2004.  Do you see the single
21 spaced e-mail that says, "Hi Karen, This idea
22 will make you and FMI look really good in the
23 eyes of the egg industry.  A letter from you
24 to United Egg Producers commending us for
25 developing animal welfare guidelines based on

Page 196

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 the recommendations of a scientific advisory
3 committee."
4          It then goes on and explains
5 how the committee spent three years, it talks
6 about the seal on egg cartons and Animal Care
7 Certified Program.  And then it ends with a
8 sentence that says, "A quick note from you
9 simply commending the egg industry for trying
10 to improve the welfare of chickens would be
11 helpful.  Karen, the letter can be addressed
12 to me and faxed?"
13          Do you see that?
14      A.   Yes.
15      Q.   Do you know who Ken Klippen is?
16      A.   I do.
17      Q.   Who is he?
18      A.   At this time he was the Vice
19 President For Government Relations at UEP.
20      Q.   And is your interpretation of
21 this e-mail that the UEP is reaching out and
22 asking the FMI for a letter commending the
23 UEP on their efforts?
24          MR. DAVIS:  Objection.
25      Misstates the document.

Page 197

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2          THE WITNESS:  Yes.  They were
3      asking for a letter.
4 BY MR. PATTON:
5      Q.   And it says, "A quick note from
6 you simply commending the egg industry...to
7 improve the welfare of chickens would be
8 helpful."  Right?
9      A.   Yes.
10     Q.   Now, the FMI, did it ever ask
11 the UEP for letters?
12     A.   I don't recall us asking for
13 any specific letters.  As we work with the
14 different industries, sometimes we would
15 agree to do a joint press release or a joint
16 announcement of a standard, but that would be
17 it.
18     Q.   In all of the instances I've
19 shown you today, this is the UEP --
20     A.   Yes.
21     Q.   -- reaching out to the FMI and
22 requesting a letter?
23     A.   Yes, this was UEP's request to
24 us to do that.
25     Q.   So now Karen responds and

50 (Pages 194 - 197)

Page 198

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 says -- well, first, the importance on this
3 e-mail is high and the subject is "Help."
4 Right?
5    A.    Yes.
6    Q.    So this is the UEP asking for
7 help?
8    A.    Right.
9        MR. DAVIS:  Objection.
10       Misstates the document.  Excuse me.
11       Objection.  Misstates the document.
12 BY MR. PATTON:
13   Q.    And then it says, can you --
14 Karen says, "Can you send me some bullet
15 points?  (I don't need a draft from Gene.)
16       Do you understand what Karen
17 was saying?
18   A.    Karen was saying back to Ken
19 that we could probably do something, but we
20 would have to see specifically what it was
21 they wanted us to say and that we didn't need
22 UEP to actually write it for us, but just
23 give us some idea as to what content they
24 were looking for.
25   Q.    And then Mr. Klippen responds

Page 199

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 and he identifies several bullet points,
3 "Congratulations to UEP...," "Guidelines
4 based on...Scientific Advisory Committee...,"
5 and all of that, but nothing in there is
6 about the certified program.  Right?
7    A.    In these bullets, there's
8 nothing about the certified program.
9    Q.    So in his initial request he
10 had included the certified program, but in
11 his bullets he took it out?
12   A.    That's correct.
13   Q.    And that's because FMI would
14 not support or endorse the certified program.
15 Is that right?
16       MR. DAVIS:  Objection.
17       THE WITNESS:  We had made it
18       known to UEP that we could not and
19       would not support a certification.
20 BY MR. PATTON:
21   Q.    Do you know if Karen ever wrote
22 the letter or prepared it?
23   A.    I believe Karen did work with
24 Tim and Terrie Dort from the NCCR to have
25 such a letter prepared.

Page 200

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    Q.    And then she writes basically
3 that she'd be happy to do it for our
4 feathered and fury friends.  Do you see that?
5    A.    Yes.
6    Q.    Do you believe Ms. Brown
7 actually thought that she was promoting
8 animal welfare when she would respond to
9 these requests?
10       MR. DAVIS:  Objection.
11       THE WITNESS:  I believe that
12       Karen that felt by writing such
13       letters and her reference to feathered
14       and fury friends, she was talking
15       about all the commodity groups, that
16       it was a good thing to share with
17       people what we were doing together.
18 BY MR. PATTON:
19   Q.    Do you know if Ms. Brown ever
20 thought that she was supporting an
21 industry-wide supply restraint in a
22 conspiracy to increase prices of eggs?
23       MR. DAVIS:  Objection.  Lacks
24       foundation, and calls for speculation.
25       THE WITNESS:  FMI would not have

Page 201

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2       done that, thereby Karen Brown would
3       not have done that.
4       MR. PATTON:  Let me mark
5       Exhibit 22.
6           -  -  -
7       (Exhibit H-22, E-mail chain,
8       Bates FMI-003090 - FMI-003091, was
9       marked for identification.)
10          -  -  -
11 BY MR. PATTON:
12   Q.    Exhibit 22 is an e-mail
13 exchange between Gene Gregory and Karen
14 Brown, dated May 3, 2005, produced by FMI on
15 its -- produced by FMI bearing FMI-003090
16 Bates stamp.  Do you see that?
17   A.    Yes.
18   Q.    This was produced by FMI in
19 this litigation?
20   A.    Yes.
21   Q.    Sorry, I'm numbering something
22 over here.
23       If we start with the e-mail at
24 the bottom, it's an announcement from Gene
25 Gregory that the UEP board had finally passed

51 (Pages 198 - 201)

Page 202

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1  a motion regarding molting and that producers
2  must eliminate the use of feed withdrawal to
3  induce a molt. Do you see that?
4      A.   Yes.
5      Q.   So was it your understanding
6  that at least from the time period of 2000,
7  when they issued their first guidelines,
8  through 2005, through May of 2005, the UEP
9  was continuing to research the alternatives
10  to forced food elimination and molting?
11      A.   Yes.
12      MR. DAVIS:  Objection to form.
13      THE WITNESS:  Sorry. Yes, we
14  believed they were continuing to look
15  at that issue.
16  BY MR. PATTON:
17      Q.   I'm sorry, that was a very bad
18  question the way I asked it. But for almost
19  a five-year period, the UEP, as you
20  understood it, was researching molting
21  through the use of food deprivation. Right?
22      MR. DAVIS:  Objection.
23      THE WITNESS:  It was our
24  understanding they won't continued to

Page 203

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1      look at alternatives for that, yes.
2  BY MR. PATTON:
3      Q.   It wasn't until 2005 that they
4  decided that they could pass a motion to say
5  they didn't need to withdraw food. Right?
6      MR. DAVIS:  Objection.
7      THE WITNESS:  Yes, that's what
8  they notified us.
9  BY MR. PATTON:
10      Q.   Now, if you go down below, he
11  says one more point that we would like to
12  make you aware of and request for your
13  consideration. So he's informing FMI of
14  something and he's making another request.
15  Right?
16      A.   Yes.
17      Q.   He says it has come to our
18  attention that a small group (and yet large
19  producers) that are not currently Animal Care
20  Certified companies may be thinking of
21  starting an animal welfare program of their
22  own to compete with the UEP's Animal Care
23  Certified Program.
24      This was a representation that

Page 204

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1  Mr. Gregory was making to Ms. Brown?
2      A.   Yes.
3      Q.   And it says, This group may be
4  made up of producers that are egg breakers
5  and provide process egg products. Their
6  intent is to develop a program that they will
7  implement only when their customer or
8  customers want it.
9      That's Mr. Gregory's
10  interpretation of that group's intent as
11  well. Right?
12      A.   Correct.
13      Q.   And then he says, in other
14  words, humane guidelines from some hens --
15  for some hens - inhumane guidelines for other
16  hens. And then he says, this group will want
17  to pick and choose from the UEP guidelines,
18  that they can get what they want to meet and
19  sell to their customers.
20      That's Mr. Gregory's
21  representation to the FMI again. Right?
22      A.   Yes.
23      Q.   So those are his words?
24      A.   Yes.

Page 205

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1      Q.   He saying, "Should this group
2  seek to receive the endorsement of either FMI
3  or NCCR, we would hope that you would respond
4  by only endorsing UEP's guidelines..."
5      Do you see that?
6      A.   Yes.
7      Q.   Now, this is, again, a request
8  from Mr. Gregory being made to the FMI, not
9  the FMI requesting information from the UEP.
10  Right?
11      A.   Correct.
12      Q.   Karen responds, "Great news on
13  the molting issue." And "We will revise our
14  guideline status chart." Is that the chart
15  that we had seen earlier today where you had
16  pointed to differences that could then be
17  moved?
18      A.   Yes.
19      Q.   So at least at this point -- at
20  least at this point in time there was at
21  least one less point of difference between
22  the FMI's best practices and the UEP
23  guidelines. Right?
24      A.   Correct.

52 (Pages 202 - 205)

Page 206

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2    Q.    And then she says, "On the
3 second issue -- we have no intention to
4 endorse a second set of guidelines for laying
5 hens that are weaker than the UEP
6 guidelines."
7         Do you see that?
8    A.   Yes, I do.
9    Q.   Is that, in essence, the hope
10 or the assurance that Mr. Gregory was asking
11 for?
12        MR. DAVIS:  Objection.
13        THE WITNESS:  I take this to be
14    Karen just reiterating what our
15    position was on all of these commodity
16    guidelines, and that is the ones that
17    we were endorsing we felt represented
18    best practices, and we didn't need
19    multiple sets of best practices.
20 BY MR. PATTON:
21    Q.   Well, my question, I'm sorry,
22 was probably poorly worded.
23        How could Karen or the FMI even
24 consider endorsing a guideline or a practice
25 if they hadn't seen it yet?

Page 207

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2        MR. DAVIS:  Objection.
3 BY MR. PATTON:
4    Q.    Wouldn't it have been
5 consistent with FMI's practice to at least
6 look and see and receive a guideline and
7 consider it?
8        MR. DAVIS:  Objection.
9        THE WITNESS:  If we had been
10    amenable to looking at another
11    guideline, it would have had to have
12    gone through the same process that all
13    the guidelines went through.  That was
14    rather time consuming and labor
15    intensive.  It would take a while to
16    do that.
17 BY MR. PATTON:
18    Q.    So is Karen saying we had no
19 intention, could one of the interpretations
20 be from FMI's perspective that we have no
21 intention of endorsing a second set of
22 guidelines that we haven't seen yet?
23        MR. DAVIS:  Objection.
24        THE WITNESS:  It would be true
25    that we couldn't endorse anything we

Page 208

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2    had not seen and that hadn't been
3    through that entire process.
4 BY MR. PATTON:
5    Q.    Now, if someone like the head
6 of the FMI -- the head of the UEP represented
7 to you that this was a weaker program,
8 wouldn't that get your attention a little
9 bit?
10        MR. DAVIS:  Objection.
11        THE WITNESS:  I think what
12    attention it would get is that there
13    is no need for us to look at another
14    guideline that's weaker because we've
15    already identified best practices.
16 BY MR. PATTON:
17    Q.    You spent a lot of time with
18 scientific experts and others --
19    A.   Correct.
20    Q.    -- trying to go through this
21 process?
22    A.   Right.  We would not support
23 anything less than that.
24    Q.    But if another program did come
25 along, I mean things changed, right, and if

Page 209

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 another program evolved and was better, would
3 the FMI rule out considering it?
4    A.    We discussed that internally.
5 If there was more than one guideline for a
6 commodity.  And at the time, quite honestly,
7 we weren't faced with that and I don't think
8 we made any finite decision that we would
9 never do it.  We just couldn't see where
10 there was a need because we had already
11 identified best practices.
12        MR. PATTON:  Let me mark
13    Exhibit 23.
14        - - -
15        (Exhibit H-23, E-mail chain,
16    Bates FMI-002651 - FMI-002652, was
17    marked for identification.)
18        - - -
19 BY MR. PATTON:
20    Q.    Take a moment to look at that.
21 Exhibit 23 is an e-mail
22 exchange between Tim Hammonds, Al Pope, Karen
23 Brown, dated June 27, 2005?
24    A.   Yes.
25    Q.    It bears Bates number

53 (Pages 206 - 209)

Page 210

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 FMI-002651. And it also indicates that you
2 received a copy of this from Karen on or
3 about June 27, 2005. Do you see that?
4 A. Yes.
5 Q. Remind me, who is Al Pope
6 again?
7 A. Al Pope is head of United Egg
8 Producers.
9 Q. And he's e-mailed Tim Hammonds,
10 and he -- if we look at the second paragraph
11 he says, "We have on good authority, that the
12 Sparboe company will spearhead an effort to
13 develop a competing program, of course
14 without the 100% provision."
15 I note that they have become
16 associate members of FMI. We would
17 respectfully request that FMI maintains its
18 current position only supporting the UEP
19 guidelines which were jointly developed with
20 FMI.
21 Do you see that?
22 A. Yes, I do.
23 Q. This is a request being made
24 from the head of UEP to FMI, is it not?

Page 211

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 MR. DAVIS: Objection.
2 THE WITNESS: It is a request
3 from Al Pope to FMI, yes.
4 BY MR. PATTON:
5 Q. Is this yet another example of
6 the UEP reaching out and asking FMI for
7 support?
8 A. Yes, it is.
9 Q. It says, not maintaining this
10 position would contribute to the weakening
11 and even destruction of our program, our
12 program that has set the standards for all
13 other animal agricultural commodities.
14 Did I read that correctly?
15 A. Yes.
16 Q. These are Mr. Pope's
17 representations to FMI, are they not?
18 A. Yes.
19 Q. Mr. Pope is explaining to the
20 UEP what I would call a dark and stormy night
21 here, that if these guidelines get traction,
22 it's going to be a weakening and even a
23 destruction of the UEP guidelines and all
24 animal agricultural commodities as we know

Page 212

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 it.
3 MR. DAVIS: Objection.
4 BY MR. PATTON:
5 Q. Right?
6 MR. MCKENNEY: Objection.
7 Leading.
8 THE WITNESS: What I see here is
9 Al wanting support for -- it's a bit
10 confusing because he's referring to
11 the program which he previously refers
12 to as the Animal Care Certified
13 Program. It is not the Animal Care
14 Certified Program that we ever
15 endorsed or supported, it was the
16 guidelines themselves.
17 BY MR. PATTON:
18 Q. That's an important
19 distinction. So he's now asking for
20 continued support of something that you never
21 supported in the first place. Is that what
22 you're saying?
23 MR. DAVIS: Objection.
24 THE WITNESS: I think the way he
25 has worded it, it leads to some

Page 213

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 confusion as to whether he's asking
3 for -- he does say only supporting the
4 UEP guidelines, which we did support,
5 but then he did use the word
6 "program." And we didn't support the
7 program. So it is a little confusing
8 the way Al has worded it.
9 BY MR. PATTON:
10 Q. The program meaning the UEP's
11 own --
12 A. Certification program.
13 MR. MCKENNEY: Objection.
14 Leading.
15 BY MR. PATTON:
16 Q. When he understands -- when he
17 says not maintaining this position would
18 contribute to the weakening and destruction
19 of our program, you view those as pretty dire
20 words?
21 MR. DAVIS: Objection.
22 THE WITNESS: He does make it
23 sound as if we don't support the
24 guidelines, then their certification
25 program will be weakened and lost.

54 (Pages 210 - 213)

Page 214

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 BY MR. PATTON:
3    Q.    At any point in time in this
4 2005 period or any time, was the FMI ever
5 asking the UEP for their guidelines or for
6 them to develop guidelines?
7    A.    I'm sorry, ask --
8    Q.    During this time period, the
9 FMI wasn't saying, hey, we need you guys to
10 develop guidelines?
11       MR. DAVIS:  Objection to the
12    definition of this time period.
13       THE WITNESS:  We had from the
14    beginning of our program all the way
15    back to 2000, had asked to use the UEP
16    guidelines as the basis for reviewing
17    and eventually having a set of best
18    practices we could endorse.  We did
19    not ask them to specifically write
20    guidelines.  We asked them to share
21    the guidelines they already had with
22    us and work with us on improving them.
23 BY MR. PATTON:
24    Q.    That was a poorly worded
25 question.  What I'm trying to draw the

Page 215

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 distinction here that what I see it's always
3 the FMI asking the UEP for support -- I'm
4 sorry, it's always the UEP asking FMI for
5 support.  Right?
6       MR. MCKENNEY:  Objection.
7    Leading.
8 BY MR. PATTON:
9    Q.    The FMI never asked the UEP or
10 required them to draft guidelines in the
11 first place.  Is that right?
12       MR. DAVIS:  Objection.
13    Compound.  Leading, and misstates her
14    prior testimony.
15       THE WITNESS:  We -- the
16    guidelines already existed.  We had
17    asked UEP to work with us using their
18    guidelines as the basis for a new set
19    of best practices.
20 BY MR. PATTON:
21    Q.    The FMI never wrote these
22 guidelines for the UEP?
23       MR. DAVIS:  Objection.
24       THE WITNESS:  We did not.
25 BY MR. PATTON:

Page 216

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    Q.    In this letter where Mr. Pope
3 is asking Tim to continue to support -- let
4 me start that again.
5       Tim Hammonds is -- start that.
6       Al Pope is asking Mr. Hammonds
7 to continue to provide support of the UEP
8 guidelines.  Is that right?
9    A.    Yes, he is asking for the
10 support for the UEP guidelines, yes.
11    Q.    You draw the distinction
12 between the fact that he may be confusing the
13 program with the guidelines?
14       MR. DAVIS:  Objection.
15       THE WITNESS:  I think the way
16    this e-mail is worded, there could be
17    some confusion in using guidelines and
18    programs as if they were the same.
19 BY MR. PATTON:
20    Q.    Now, when Mr. Hammonds
21 responds, he says, "Thanks for the heads up
22 Al."
23       Do you see that?
24    A.    Yes.
25    Q.    Does that indicate to you that

Page 217

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 basically Mr. Hammonds had no idea about what
3 was in this e-mail until it was brought to
4 his attention?
5       MR. DAVIS:  Objection.
6       THE WITNESS:  I would say that
7    Mr. Hammonds was not aware of this
8    until Al sent him an e-mail and
9    explained it to him.
10 BY MR. PATTON:
11    Q.    That's why he said "Thanks for
12 the head up"?
13       MR. DAVIS:  Objection.
14       THE WITNESS:  Correct.
15 BY MR. PATTON:
16    Q.    Now, when he said, "We will
17 stick with you," does that indicate that the
18 FMI is in some type of agreement with the UEP
19 to support guidelines?
20       MR. DAVIS:  Objection.
21       THE WITNESS:  I take that to
22    mean that Tim Hammonds was conveying
23    to Al that we were going to continue
24    to support and endorse the UEP
25    guidelines that we had already

55 (Pages 214 - 217)

Page 218

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    recognized.
3 BY MR. PATTON:
4    Q.   Did it mean that Mr. Hammonds
5 was going to support in any way the
6 certification program?
7        MS. KANTOR: Objection.
8        THE WITNESS: I don't believe he
9    would have implied that at all because
10    Mr. Hammonds was very firm in his
11    position that we would not endorse a
12    certification program.
13 BY MR. PATTON:
14    Q.   If someone were to interpret
15 this document as evidence of a conspiracy
16 between the FMI and UEP to promote
17 guidelines, would you agree or disagree with
18 that view?
19        MR. DAVIS: Objection to form.
20        THE WITNESS: Can you repeat the
21    way you said it?
22 BY MR. PATTON:
23    Q.   If someone were to interpret
24 this document and Mr. Hammonds' response as
25 evidence of a conspiracy between FMI and the

Page 219

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 UEP to promote and agree to UEP's Animal Care
3 Certification Program, would you agree or
4 disagree with that?
5        MR. DAVIS: Objection.
6        THE WITNESS: I would disagree
7    because Mr. Hammonds would not have
8    supported the certification program.
9 BY MR. PATTON:
10    Q.   If someone were to hold this up
11 in a court of law in front of a federal judge
12 and say is the evidence of a conspiracy
13 between FMI and the UEP to restrict supply of
14 eggs in the United States, would you agree or
15 disagree as a representative of FMI?
16        MR. MCKENNEY: Objection to
17    form.
18        MR. DAVIS: Objection.
19        THE WITNESS: I would disagree.
20 BY MR. PATTON:
21    Q.   Let me ask you a few other
22 questions and then I'm going to reserve my
23 time for the end.
24        Were you aware that at the same
25 time the UEP was promoting its Animal Welfare

Page 220

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 Program and its certifications, that at the
3 same time it was instructing its members to
4 engage in early molt program and hen disposal
5 programs?
6        MR. DAVIS: Objection.
7        THE WITNESS: I'm going to have
8    to have you repeat it.
9 BY MR. PATTON:
10    Q.   Sure. Were you aware that at
11 the same time that the UEP was promoting its
12 Animal Welfare Guidelines, that it was
13 instructing its members to accelerate molt
14 and engage in early hen disposal?
15        MR. DAVIS: Objection.
16        THE WITNESS: I think I'm
17    struggling with the question because
18    of what you mean by "early molt." Our
19    understanding was that UEP was
20    conveying to its members their new
21    recommendations on not using feed
22    withdrawal. So they were encouraging
23    their members to adopt the new and
24    what we considered improved
25    guidelines. But I know of no other

Page 221

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    information they might have shared
3    with them on other accelerated type of
4    molting.
5 BY MR. PATTON:
6    Q.   Well, do you have any knowledge
7 of a motion and an instruction passed
8 internally within the UEP, for instance, in
9 2002, instructing members to accelerate molt
10 and engage in early hen disposal?
11        MR. DAVIS: Objection.
12        THE WITNESS: No, I don't know
13    that.
14 BY MR. PATTON:
15    Q.   Were you aware at any point in
16 time in 2004 and 2005 that they were
17 enlisting their members to accelerate 5
18 percent of their flock into molt and to
19 dispose of 5 percent of their hens?
20        MR. DAVIS: Objection.
21        THE WITNESS: We were not aware
22    of that.
23 BY MR. PATTON:
24    Q.   Were you aware that in 2000 the
25 UEP and its members adopted a supply

56 (Pages 218 - 221)

Page 222

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 adjustment program where they agreed to
3 effectuate an immediate molt of 5 percent of
4 their flocks and to eliminate 5 percent of
5 their flocks?
6          MR. DAVIS:  Objection.
7          THE WITNESS:  No.
8 BY MR. PATTON:
9     Q.    Are you aware that certain egg
10 producers have sued plaintiffs in this case
11 and have alleged that through the FMI these
12 plaintiffs conspired and demanded that the
13 UEP develop its guidelines?
14     A.    Say that again?
15     Q.    Are you aware that certain
16 defendants in this case have sued some of my
17 clients and some of the plaintiffs in this
18 case?
19          MR. HUTCHINSON:  Objection to
20     form.
21          COURT REPORTER:  Who is that,
22     please?
23          MR. HUTCHINSON:  Troy Hutchinson.
24 BY MR. PATTON:
25     Q.    Are you aware that certain egg

Page 223

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 producers in this case have sued certain
3 plaintiffs in this case and alleged that
4 these plaintiffs, through the FMI, conspired
5 and demanded that the UEP develop its Animal
6 Welfare Guidelines?
7          MR. MCKENNEY:  Objection to
8     form.
9          MR. HUTCHINSON:  Objection to
10     form.
11          THE WITNESS:  I was aware, but
12     probably not to that extent.
13 BY MR. PATTON:
14     Q.    If -- is it true that the FMI
15 and its members coordinated and conspired
16 together to demand that the UEP create and
17 adopt animal welfare guidelines?
18     A.    No, they did not.
19     Q.    Is it true that the FMI and
20 certain of its members conspired together to
21 demand that the UEP create its certification
22 program?
23     A.    We did not.
24     Q.    It's alleged in this case by
25 counterclaim defendants, that the FMI

Page 224

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 undertook a coordinated campaign to oversee
3 and regulate the egg industry.  Is that true?
4     A.    No, it's not.
5          MR. MCKENNEY:  Objection to
6     form.
7          MR. HUTCHINSON:  Objection to
8     form.
9 BY MR. PATTON:
10     Q.    It's alleged that the FMI
11 requested that the UEP create and adopt its
12 own animal welfare program and its certified
13 program.  Is that true?
14          MR. MCKENNEY:  Objection to
15     form.
16          THE WITNESS:  That is not true.
17 BY MR. PATTON:
18     Q.    It's alleged that the FMI
19 demanded that the UEP shorten its phase-in
20 period.  Is that true?
21     A.    That is not true.
22     Q.    It's alleged that the FMI fully
23 understood the importance of endorsing the
24 certification program because the FMI knew
25 that the certification program of the UEP was

Page 225

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 a supply restraint.  Is that true?
3          MR. MCKENNEY:  Objection to
4     form.
5          MR. HUTCHINSON:  Objection to
6     form.
7          THE WITNESS:  That is not true.
8 BY MR. PATTON:
9     Q.    Would the FMI have ever
10 supported a price fixing conspiracy?
11     A.    No, they would not.
12     Q.    Would it ever have supported or
13 agreed to a price fixing conspiracy entered
14 into by the UEP producers?
15     A.    No, they would not.
16     Q.    Were you ever told that the UEP
17 program was a hidden agenda for price fixing?
18          MR. DAVIS:  Objection.
19          THE WITNESS:  No.
20 BY MR. PATTON:
21     Q.    Were you ever told that members
22 of the UEP themselves regarded the UEP
23 program as a supply restraint?
24          MR. DAVIS:  Objection.
25          THE WITNESS:  No.

57 (Pages 222 - 225)

Page 226

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 BY MR. PATTON:
3    Q.   Were you ever told that the UEP
4 members believed that the guidelines were
5 secretly designed to restrict supply and
6 increase prices?
7         MR. DAVIS:  Objection.
8         THE WITNESS:  No.
9 BY MR. PATTON:
10   Q.   Did the FMI ever conspire with
11 any of its members to require the UEP to
12 develop guidelines or certification programs?
13   A.   No.
14        MR. MCKENNEY:  Objection to
15 form.
16        MR. PATTON:  Thank you.  I have
17 no further questions.  I reserve some
18 time and I think counsel for Kansas
19 may have time at the end, too.
20        Would you like to go off the
21 record for a moment?
22        VIDEOGRAPHER:  Off the record.
23 The time of 2:03.
24        - - -
25        (A recess was taken.)

Page 227

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2        - - -
3        VIDEOGRAPHER:  Back on the video
4 record.  The time of 2:14.
5        - - -
6        EXAMINATION
7        - - -
8 BY MR. DAVIS:
9    Q.   Dr. Hollingsworth, good
10 afternoon.
11   A.   Good afternoon.
12   Q.   My name is Evan Davis.  I'm an
13 attorney for United States Egg Producers and
14 United States Egg Marketers.
15        Did you prepare for your
16 deposition today?
17   A.   I did look at some background
18 materials from the office.
19   Q.   Did you speak with your
20 attorney, Mr. Green?
21   A.   I met briefly with him on just
22 protocol of how this deposition worked.
23   Q.   When was that?
24   A.   Yesterday.
25   Q.   Had you spoken with Mr. Green

Page 228

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 before yesterday about this deposition?
3    A.   Only to schedule a time to come
4 and clear my schedule so I could fly in here.
5    Q.   How long yesterday did you
6 speak with Mr. Green?
7    A.   A couple of hours.  Maybe three
8 hours.
9    Q.   Did Mr. Green show you any
10 documents or send you any documents to review
11 in advance of your deposition?
12   A.   I did ask Mr. Green if he would
13 show me some documents as a reminder of
14 things that were on the Web site or documents
15 that I hadn't seen in ten years.
16   Q.   Approximately how many
17 documents was that?
18   A.   20 maybe.
19   Q.   Other than Mr. Green, have you
20 spoken with anyone else at FMI in preparation
21 for this deposition?
22   A.   No.
23   Q.   Have you spoken with any FMI
24 members in preparation for this deposition?
25   A.   No.

Page 229

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    Q.   Have you spoken with anyone
3 else in preparation for this deposition?
4    A.   No.
5    Q.   Have you spoken with any FMI
6 members about the pending litigation?
7    A.   No.
8    Q.   At any point in time?
9    A.   No.
10   Q.   Have you spoken with any other
11 attorneys about this litigation or this
12 deposition?
13   A.   No.
14   Q.   Are you aware that FMI has
15 produced documents responsive to a subpoena
16 that was issued in this litigation?
17   A.   Yes.
18   Q.   Do you know how those documents
19 were collected and then produced?
20   A.   I can assume that there was a
21 request for them and they were provided and
22 that's based on what I've seen here.
23   Q.   Do you know how that collection
24 ensued?
25   A.   No.

58 (Pages 226 - 229)

Page 230

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.    The documents that FMI has
3 produced, are those documents that FMI has
4 kept in its ordinary course of business?
5     A.    Based on what I've seen, yes.
6     Q.    To the extent that you're
7 aware, yes, they are?
8     A.    Yes.
9     Q.    And for those documents that
10 FMI created, were those documents created as
11 part of FMI's regular business practices?
12        MR. WILDERS:  Objection.  Lacks
13    foundation.
14        THE WITNESS:  Yes.  If you mean
15    are these the standard type of
16    documents we would have created in
17    development of a program or e-mails,
18    yes.
19 BY MR. DAVIS:
20     Q.    The documents that FMI has
21 produced are documents that it created in the
22 course of its business?
23     A.    Yes.
24     Q.    Now, did you personally collect
25 any of your own documents?

Page 231

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     A.    Only to look on the Web site,
3 FMI's Web site to see -- I knew in 2012, for
4 example, they revised the policy.  I just
5 wanted to look and see what that change was,
6 so I did that.
7     Q.    In the last several years, have
8 you been asked to collect any documents so
9 that FMI could produce them?
10     A.    No.
11     Q.    Dr. Hollingsworth, how many
12 members does FMI have today?
13     A.    Approximately 1,500.
14     Q.    What percentage of the industry
15 does that reflect?
16        MR. PATTON:  Object.
17        THE WITNESS:  I'd say at least
18    75 percent of the retail food
19    industry.
20 BY MR. DAVIS:
21     Q.    Has that -- has FMI's
22 membership remained constant since, say, 2000
23 or has it increased or decreased?
24     A.    It pretty much stays constant.
25 Some companies merge so the numbers could

Page 232

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 fluctuate, but it's generally been the same.
3     Q.    And it's always -- so it's
4 always been around 75 percent of the retail
5 food industry?
6     A.    I believe that's correct.
7     Q.    Are you aware of -- well,
8 strike that.
9        I'll name some member --
10 specific entities for you.
11     A.    Okay.
12     Q.    And my question is whether or
13 not -- my first question is whether or not
14 these entities have been members of FMI from
15 2000 through the present?
16     A.    Okay.
17     Q.    Winn-Dixie?
18     A.    Yes.
19     Q.    Albertsons?
20     A.    Yes.  Albertsons has broken up
21 and changed names, but all of those stores
22 and those companies have continuously
23 remained as members.
24     Q.    SuperValu?
25     A.    Yes.

Page 233

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.    Kroger?
3     A.    Yes.
4     Q.    Giant Eagle?
5     A.    Yes.
6     Q.    Safeway?
7     A.    Yes.
8     Q.    Walgreens?
9     A.    Walgreens is a newer member.
10 They were not in 2000, but they are members
11 now.
12     Q.    Do you recall approximately
13 when they became a member?
14     A.    I'd say between maybe
15 2003-2005, in that range.
16     Q.    They've been a member since
17 that time?
18     A.    I believe so.
19     Q.    Hy-Vee?
20     A.    Yes.
21     Q.    Since 2000 again?
22     A.    Yes.  Yes.  Back to 2000.
23     Q.    Great Atlantic & Pacific Tea
24 Company, also known as A&P?
25     A.    A&P.  They were in 2000.  They

59 (Pages 230 - 233)

Page 234

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 are no longer members. But they were back in

2 2000.

3    Q.   Do you recall approximately

4 when they dropped off?

5    A.   I would say -- boy, I'm

6 guessing here, but around 2008 maybe.

7    Q.   So from 2000 till around 2008,

8 A&P was an FMI member?

9    A.   It could have been as early as

10 2005, but it was mid 2000.

11    Q.   Company H.E. Butt or HEB?

12    A.   They were a member in 2000.

13 They dropped their membership and then they

14 rejoined.

15    Q.   So can you give me an

16 approximation of what years that was?

17    A.   I'm afraid I just don't

18 remember.

19    Q.   That's fine. Does FMI have

20 documents that reflect its membership from

21 year to year?

22    A.   Yes.

23    Q.   What are those documents?

24    A.   Basically we keep a roster of

Page 235

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 members, of all of our members, and we could

2 easily provide information on when somebody

3 was a member and if they were not a member.

4    Q.   When you say that could be

5 easily provided, is that maintained

6 electronically?

7    A.   Yes.

8    Q.   To your knowledge, has that

9 been provided to the parties in this

10 litigation?

11    A.   My understanding is that

12 information had been looked up by FMI to have

13 that information available.

14    Q.   Who at FMI maintains that

15 information?

16    A.   Our membership division.

17    Q.   Is there an individual who

18 oversees that?

19    A.   The current person who does it,

20 I believe his name is Matt Grizzard.

21    Q.   Go back to naming a few of

22 these entities.

23    A.   I'll try to remember, this is

24 ten years ago or more.

Page 236

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1    Q.   So has Meyer been a member

2 since 2000?

3    A.   Yes.

4    Q.   Publix?

5    A.   Yes.

6    Q.   Roundy's?

7    A.   Yes.

8    Q.   C&S Wholesale Grocers?

9    A.   Yes.

10    Q.   Stop & Shop?

11    A.   Yes.

12    Q.   Giant?

13    A.   Yes.

14    Q.   Associated Wholesale Grocers or

15 AWG?

16    A.   Yes.

17       MR. WILDERS: Objection. Vague.

18 If you want to me to explain, then are

19 you asking the entire time?

20       MR. DAVIS: No. I wasn't asking

21 you to explain.

22 BY MR. DAVIS:

23    Q.   Dr. Hollingsworth, has AWG been

24 a member, an FMI member since 2000?

Page 237

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1    A.   That is -- to the best of my

2 knowledge, they have been.

3    Q.   Wal-Mart?

4    A.   Yes.

5    Q.   Costco?

6    A.   No. Costco was a member and

7 they dropped their membership. And, again, I

8 would say that was in the early part of 2000,

9 maybe 2003. Again, I just can't remember the

10 exact year.

11    Q.   Sam's Club?

12    A.   Yes, they were members.

13    Q.   And have been since 2000?

14    A.   And have been since 2000.

15    Q.   Ahold USA?

16    A.   Yes. Ahold, yes.

17    Q.   Ahold. Whole Foods?

18    A.   They are not members.

19    Q.   Have they ever been members?

20    A.   To my knowledge, no. Not

21 during the time that I was at FMI. They may

22 have been at some time, but I don't remember

23 them ever being members.

24    Q.   Kraft?

60 (Pages 234 - 237)

Page 238

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    A.   They are an associate member.

3    Q.   What does that mean exactly?

4    A.   Our membership is retailers,

5 food retailers, wholesalers and distributors.

6 They are our primary members. We do have an

7 associate member program. Associate members

8 are organizations that provide either food

9 products or services to the retail food

10 industry.

11    Q.   Do they have the same rights

12 as, quote/unquote, regular members?

13    A.   No. They are not -- for

14 example, we don't lobby on their behalf.

15 They are not represented by us. But as

16 associate members, they are entitled to

17 certain access to information, educational

18 materials and those sorts of things.

19    Q.   Does FMI consider its

20 association members' interests when

21 advocating or making decisions?

22    A.   Our focus is primarily always

23 on our primary members.

24    Q.   It's primarily on your primary

25 members?

Page 239

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    A.   Yes.

3    Q.   Is it exclusively on your

4 primary members?

5    A.   Well, for example, if we were

6 to put together a conference, we would take

7 into consideration what our associate members

8 might want to have in the form of like an

9 education program. So we do ask for their

10 input on certain things like conferences, but

11 they would not be involved at all in things

12 like policy.

13    Q.   So in developing the FMI's

14 animal welfare policy, FMI considered the

15 interest of its members. Right?

16    A.   Primary members, yes.

17    Q.   Considered the interest of its

18 primarily members?

19    A.   Yes.

20    Q.   Did FMI consider the interest

21 of its associate members?

22    A.   No.

23    Q.   Was General Mills an FMI

24 member?

25    A.   Yes, they were, and still are.

Page 240

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    Q.   A primary member?

3    A.   No. No. I'm sorry, they're an

4 associate.

5    Q.   Kellogg?

6    A.   An associate member.

7    Q.   Nestle?

8    A.   Associate member.

9    Q.   Conopco?

10    A.   I don't think so, that doesn't

11 ring a bell.

12    Q.   Sodexo?

13    A.   No.

14    Q.   Heinz?

15    A.   And I don't think Sodexo is an

16 associate. They represent Marriott hotels

17 and restaurants. I don't think they're a

18 member at all.

19    Q.   Heinz?

20    A.   They were not a member.

21    Q.   Eby-Brown Company?

22    A.   Eby-Brown. It doesn't ring a

23 bell.

24    Q.   Karetas Foods?

25    A.   Doesn't ring a bell.

Page 241

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    Q.   Goldberg & Solovy Foods?

3    A.   I don't believe so.

4    Q.   Nussbaum-SF, Incorporated?

5    A.   Don't believe so.

6    Q.   Wickson?

7    A.   Do not think so.

8    Q.   SensoryEffects Flavor Systems?

9    A.   I don't know. A company like

10 that could be an associate member, but not

11 that I'm aware of.

12    Q.   Approximately what percentage

13 of FMI's members are primary members?

14    A.   Well, 100 percent of our

15 members are our primary members. You mean --

16    Q.   So the number that you gave me

17 at the beginning when I asked about how many

18 members FMI has --

19    A.   1,500, that is primary members.

20 Those are our retail members, the 1,500.

21    Q.   Approximately how many

22 associate members does FMI have?

23    A.   I honestly don't know.

24    Q.   Would you say it's more than

25 1,500?

61 (Pages 238 - 241)

Page 242

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    A.   No.  I'd say it's less than

3 that.

4    Q.   Four B Corporation?

5    A.   Yes, they are members.  I don't

6 know them by that name.  I think they go by

7 Ball Foods, but that would be Ball Foods.

8    Q.   Ball Foods Stores?

9    A.   Yes.

10    Q.   And they are an FMI member?

11    A.   They would be members from

12 since 2000.

13    Q.   Somerset Industries?

14    A.   No.

15    Q.   Consentino Group or Consentino

16 Enterprises?

17    A.   I don't know.

18    Q.   You don't know?

19    A.   I don't know.

20    Q.   Mid Am Food Enterprises?

21    A.   Yes, I believe they are

22 associate members.

23    Q.   Cnw Foods?

24    A.   No.

25    Q.   Food 4 Less?

Page 243

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    A.   I believe they are members.  I

3 believe they are part -- that's a subsidiary

4 of a larger company, if I'm not mistaken.  I

5 believe they are members.

6    Q.   Do you know what company it's a

7 subsidiary of?

8    A.   I would be guessing, so I'd

9 rather not guess.

10    Q.   That's fine.  Does FMI collect

11 dues from its members?

12    A.   Yes.

13    Q.   How are these dues calculated?

14    A.   There is a scale, a sliding

15 scale, and it is based on volume, sales

16 volume.

17    Q.   In dollars?

18    A.   Yes.

19    Q.   Of all products?

20    A.   No.  If there's like a store

21 that is a super center that may sell, you

22 know, hardware and furniture, we wouldn't

23 include that in the calculation.

24    Q.   So are FMI's dues calculated

25 based on each member's dollar sales of food

Page 244

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 or food products?

3    A.   Food, and it also would include

4 other items that are considered typical

5 retail same items like health and beauty

6 products, cosmetics, cleaning products, those

7 kinds of things.

8    Q.   So the larger member in term of

9 its dollar sales, the more it pays in FMI

10 dues?

11    A.   Correct.

12    Q.   Can you tell me who FMI's ten

13 largest members are using that as a metric?

14    A.   I can tell you who is among the

15 top members.  I don't know if I could tell

16 you who is exactly the top ten.

17    Q.   Sure.

18    A.   Among the largest members would

19 be Wal-Mart, Safeway, Kroger, SuperValu, and

20 I'll stop there because I know they are among

21 the biggest.

22    Q.   Is Winn-Dixie among the bigger

23 members?

24    A.   Winn-Dixie actually has been

25 bought out by another company.

Page 245

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    Q.   Which company?

3    A.   I believe they are now part or

4 merged with Bi-Lo.

5    Q.   And are they -- is Bi-Lo an FMI

6 member?

7    A.   Yes.

8    Q.   Is that one of FMI's larger

9 members?

10    A.   I don't know if combined they

11 have reached that status, I couldn't answer

12 that.

13    Q.   So these are -- the four that

14 you named are among the top ten you're

15 confident?

16    A.   They are among the big ones.

17    Q.   How much do these biggest

18 members pay annually in FMI dues?

19    MR. PATTON:  Object to the form.

20    THE WITNESS:  I don't have that

21 information.  It's available.  I don't

22 have it.  I wouldn't know off the top

23 of my head.

24 BY MR. DAVIS:

25    Q.   But FMI knows how much they

62 (Pages 242 - 245)

Page 246

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 each pay in dues?

3     A.   Yes.

4     Q.   Does FMI have documents showing

5 how much each of its members pay in dues?

6     A.   Yes.

7     Q.   Those are easily accessible

8 information to FMI?

9     A.   They would be available, yes.

10     Q.   Does FMI have a Board of

11 Directors?

12     A.   Yes, they do.

13     Q.   What's the board's role?

14     A.   The board's role is to review

15 policy and to give guidance and direction to

16 FMI. They also provide FMI with priorities

17 and the things that they as retailers would

18 like to see their association do on their

19 behalf.

20     Q.   Are they responsible for

21 managing the business of FMI?

22     A.   We do have a CEO and president

23 who actually oversees the day-to-day

24 operations of the organization of FMI, but

25 they do, through committees, for example,

Page 247

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 there's a finance committee where they are

3 responsible for the performance of FMI, its

4 employees and its functioning, but in a board

5 oversight capacity. The president and CEO

6 run the day-to-day operations.

7     Q.   Does the president and CEO take

8 direction from the board?

9     A.   Yes.

10     Q.   And the board is representative

11 of the interest of FMI's members?

12     A.   Yes. It's a rather large

13 board. It has about 80 members and they are

14 diverse and representative across the board

15 of the industry.

16     Q.   Is the board elected?

17     A.   The board is and the

18 membership -- everyone is elected for either

19 a two- or three-year term, and those

20 positions rotate, so at any given time, like

21 a portion of the board leaves, new members

22 come on. Board members can recommend other

23 CEOs to come on. The board is primary made

24 up of CEOs.

25     Q.   By whom is the board elected?

Page 248

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2     A.   Members are nominated for

3 consideration and the board votes on them.

4     Q.   The board votes on who to elect

5 to its own board?

6     A.   Yes.

7     Q.   Does each board member have one

8 vote?

9     A.   I believe so.

10     Q.   Are officers of the board

11 elected?

12     A.   Yes, they are. There is a

13 process where, I believe, they are nominated

14 and then they're elected. And those officers

15 make up the Executive Committee which is a

16 subset of the board. And there's usually

17 about 20 people on the Executive Committee.

18     Q.   Is the Executive Committee

19 elected by the board or by the membership?

20     A.   By the board.

21     MR. GREEN: Can I interrupt?

22 Can I get a minute with the witness?

23     MR. DAVIS: Certainly. Should

24 we go off the record?

25     VIDEOGRAPHER: Going off the

Page 249

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 record. The time of 2:32.

3     - - -

4     (A recess was taken.)

5     - - -

6     VIDEOGRAPHER: Back on the

7 record at 2:32.

8 BY MR. DAVIS:

9     Q.   Dr. Hollingsworth, would you

10 like to clarify any of your answers?

11     A.   Yes, I would like to correct a

12 statement that I made. It is, in fact, the

13 membership who elects the members of the

14 board. They are asked to vote. So it is a

15 membership election process.

16     Q.   Does each member have one vote

17 in that process?

18     A.   Yes, I believe so.

19     Q.   Do larger members or members

20 that pay more in dues have any more of a say

21 or more of a vote in that process than

22 others?

23     A.   I don't believe so.

24     Q.   When -- is that true for all

25 issues in which members have a vote, that

63 (Pages 246 - 249)

Page 250

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 each member has one equal vote?
3      A.    I believe so.
4      Q.    Does FMI have bylaws?
5      A.    Yes, we do.
6      Q.    Are those kept in some written
7 form?
8      A.    Yes, they are.
9      Q.    Do you know if those have been
10 produced to the parties in this litigation?
11     A.    I don't know that.
12     Q.    If the parties were to request
13 them, is that something that could be easily
14 found and made available?
15     A.    Yes.
16     Q.    Does FMI keep a list of its
17 directors, its board members?
18     A.    Yes.
19     Q.    And that's true over time?
20     A.    Yes.
21     Q.    Are those lists updated
22 annually or as the board changes?
23     A.    Yes, every year they are
24 updated.
25     Q.    Could those historical lists be

Page 251

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 easily located by FMI?
3      A.    Yes.
4      Q.    Does the board appoint
5 committees?
6      A.    There are different types of
7 committees within FMI.  Some of them are
8 board committees.  Others are what I'll call
9 operational committees that are internal
10 within the FMI staff, but then there are also
11 board -- there are board level committees,
12 committees that report to the board.
13     Q.    So the Executive Committee is,
14 you said, named by the board or elected by
15 the board.  Is that right?
16     A.    I believe that's correct.
17     Q.    And what is the role of the
18 Executive Committee?
19     A.    The Executive Committee also --
20 first of all, they are the officers, so they
21 include the chairman of the board, the
22 previous past chair, the treasurer,
23 secretary, those positions.  And the
24 Executive Committee will meet to further
25 refine an issue or a question that they might

Page 252

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 want to bring to the board for discussion or
3 decision.
4      Q.    How often does that -- do
5 members of the Executive Committee change?
6      A.    I'm not sure.  I want to say
7 every year, but I can't verify that.
8      Q.    Does FMI have records of who
9 has served on the Executive Committee?
10     A.    Yes.
11     Q.    That's true going back to at
12 least 2000?
13     A.    Yes.
14     Q.    Are those records something
15 that could easily be obtained and produced?
16     A.    Yes, they could.
17     Q.    Do you know sitting here today
18 who has served on the Executive Committee?
19     A.    Since 2000?
20     Q.    Yes.
21     A.    I wouldn't be able to repeat
22 all those names off the top of my head, no.
23     Q.    Have CEOs of large food
24 retailers sat on the Executive Committee?
25           MR. PATTON:  Object to the form.

Page 253

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2           THE WITNESS:  CEOs of large
3      companies, small companies and even
4      independent operators have been on
5      that committee.
6 BY MR. DAVIS:
7      Q.    Has anyone from Kroger sat on
8 the Executive Committee?
9      A.    Before I answer that, I would
10 want to actually look at the list to confirm.
11     Q.    You're not sure?
12     A.    I'm not sure.
13     Q.    Safeway?
14           MR. PATTON:  Object to the form.
15           THE WITNESS:  Again, I'm not
16      sure.
17 BY MR. DAVIS:
18     Q.    Has anyone from SuperValu sat
19 on the Executive Committee?
20     A.    I'm not sure.
21     Q.    Has anyone from Winn-Dixie?
22     A.    I'm not sure.
23     Q.    So you would rely on the
24 documents that FMI has --
25     A.    Exactly.

64 (Pages 250 - 253)

Page 254

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2　　Q.　-- to answer those questions?
3　　A.　Yes.
4　　Q.　You said FMI has staff or
5 employees?
6　　A.　Yes.
7　　Q.　Approximately how many?
8　　A.　Today or are we talking in the
9 past? It's fluctuated over the years.
10　　Q.　Let's -- from 2000 through
11 today what is sort of the low and the high
12 numbers?
13　　A.　I would say a low of maybe 50
14 to 60 and a high of 100.
15　　Q.　What's the role of staff
16 vis-á-vis the membership or more specifically
17 the Board of Directors?
18　　　　MR. PATTON: Object to the form.
19　　　　THE WITNESS: The role -- I'm
20　　sorry, the role -- can you just repeat
21　　the question?
22 BY MR. DAVIS:
23　　Q.　Sure. You testified that staff
24 sort of takes its direction from the
25 membership and from the board.

Page 255

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2　　A.　Yes.
3　　Q.　How does staff do that
4 generally?
5　　　　MR. WILDERS: Objection. Beyond
6　　the scope of the deposition notice.
7　　　　THE WITNESS: One of the ways
8　　that the FMI staff operates is through
9　　first we have divisions, so there's
10　　communications in media, food safety,
11　　government relations. And within
12　　those groups there are committees. We
13　　do have a lot of committees that
14　　include membership. The members
15　　belong to the committee and then FMI
16　　staff participate with that committee
17　　to get direction from them and also to
18　　share ideas and information with those
19　　committees.
20 BY MR. DAVIS:
21　　Q.　So you said FMI's staff's goal
22 is to act on behalf of its membership.
23 Right?
24　　A.　Yes, we're an advocacy type of
25 trade association.

Page 256

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2　　Q.　And you serve the interest of
3 your members?
4　　A.　Yes.
5　　Q.　So staff gauges what the
6 interest of its members are in ways such as
7 through its interactions with the Board of
8 Directors. Is that one?
9　　　　MR. PATTON: Object to the form.
10　　　　THE WITNESS: With the Board of
11　　Directors and with committees and with
12　　direct one-on-one member interaction.
13 BY MR. DAVIS:
14　　Q.　So those would all be examples
15 of ways FMI staff gauges the interest of its
16 members?
17　　A.　Yes.
18　　Q.　And then acts upon those
19 interests to try to serve them and further
20 them?
21　　A.　Yes.
22　　Q.　As an industry trade
23 association, what is FMI's function?
24　　A.　Again, to be an advocacy
25 organization for our members, we provide

Page 257

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 research, education, food support in the
3 areas of food safety. We lobby on their
4 behalf. We assist them with understanding,
5 interpreting regulations, provide them with
6 information such as consumer trends, new
7 research on retail markets and marketing
8 issues and keep them posted on general
9 information of interest from consumers as far
10 as what consumers are buying and shopping
11 for. Those kinds of thing.
12　　Q.　Does FMI consider industry
13 collaboration to be an area in which it
14 supports its membership?
15　　　　MR. WILDERS: Objection. Form.
16　　　　THE WITNESS: When you say
17　　"industry," I'm not sure if you mean
18　　retailer to retailer or the food
19　　industry as a whole.
20 BY MR. DAVIS:
21　　Q.　Well, either. To your
22 understanding, does FMI serve either of those
23 interests?
24　　A.　Yes, we do.
25　　Q.　How so?

65 (Pages 254 - 257)

Page 258

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2    A.    As far as collaboration, we as
3 a trade association do work and deal with
4 other sister trade associations I'll call
5 them, for lack of a better name, on areas of
6 common interest.  And we also -- when you say
7 industry to industry, we also deal with our
8 associate members who, of course, represent
9 suppliers and bulk foods and service.  So we
10 interact with associate members, too.
11    Q.    Now, in the course of your
12 personal employment at FMI, did you have
13 contact with FMI's members?
14    A.    Yes.
15    Q.    Fairly frequent contact with
16 FMI's members?
17    A.    Yes.
18    Q.    On what sorts of topics?
19    A.    Well, my primary interaction
20 was on food safety, that was the area that I
21 was responsible for.  But we also dealt with
22 regulatory issues.  We would deal with
23 communication issues, education issues,
24 training of store employees, those sorts of
25 things.

Page 259

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2    Q.    And I think this morning
3 certainly made clear you had substantial
4 interaction with members on issues related to
5 animal welfare?
6    A.    Yes.
7    Q.    Did you come to know your
8 members' views on issues like animal welfare
9 fairly well?
10        MR. WILDERS:  Objection.
11        THE WITNESS:  I think as a whole
12    what we understood was what our
13    members were asking FMI to do for them
14    on their behalf in the area of animal
15    welfare.
16 BY MR. DAVIS:
17    Q.    Did you understand why it was
18 that members were asking FMI to do that?
19    A.    Yes.
20    Q.    Do you feel like you have a
21 fairly solid understanding of FMI members'
22 business practices and how their businesses
23 operate?
24        MR. PATTON:  Object to the form.
25        THE WITNESS:  I would say not to

Page 260

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 the extent that I did not work in a
3 retail store for a retail company.
4 But I had a general understanding of
5 the different people in different
6 departments and how they interacted
7 with FMI.
8 BY MR. DAVIS:
9    Q.    You said you understood their
10 views on animal welfare.  Correct?
11    A.    Yes.
12    Q.    You understand -- did you
13 understand their -- the concerns that they
14 had?
15    A.    Yes.
16        MR. WILDERS:  Objection.
17        THE WITNESS:  They would express
18    those concerns to us.
19 BY MR. DAVIS:
20    Q.    Did you understand what the
21 basis of those concerns was through your
22 conversations with them?
23    A.    I believe so, yes.
24    Q.    Did you understand the steps
25 that they desired in order to address those

Page 261

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 concerns?
3        MR. PATTON:  Object to the form.
4    Vague.
5        MR. WILDERS:  Outside the
6    deposition notice.
7        THE WITNESS:  I think that was a
8    mutual kind of discussion where we
9    would propose ideas to them and then
10    they would also share thoughts with
11    us.  So it was more of a discussion,
12    not a you must do this or we will do
13    this.
14 BY MR. DAVIS:
15    Q.    Was this one discussion or was
16 this a series of discussions?
17    A.    This would be a series.
18    Q.    Over a fairly extensive period
19 of time?
20    A.    Yes.
21    Q.    Were there any board members
22 who you would say were sort of specifically
23 interested or involved in animal welfare
24 issues?
25    A.    Initially, yes.  In 2000, there

66 (Pages 258 - 261)

Page 262

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 was a small number, five of them, who
3 particularly --
4      MR. GREEN: The question was
5 board members.
6      THE WITNESS: I'm sorry?
7      MR. GREEN: Board members.
8      THE WITNESS: Oh, board members.
9 I'm sorry. I would not say board
10 members, no. Companies, but not board
11 members. I apologize.
12 BY MR. DAVIS:
13      Q.   No, that's fine. We'll talk
14 about those five companies in just a moment.
15      A.   Okay.
16      Q.   So we talked about in 2000 FMI
17 undertook an animal welfare initiative, so to
18 speak. Is that fair? Strike the question.
19          I'll hand you what's been
20 marked as Exhibit 24.
21          -   -   -
22          (Exhibit H-24, The Food
23      Marketing Institute and the National
24      Council of Chain Restaurants: animal
25      welfare and the retail food industry

Page 263

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      in the United States of America paper,
3      was marked for identification.)
4          -   -   -
5 BY MR. DAVIS:
6      Q.   Dr. Hollingsworth, do you
7 recognize Exhibit 24?
8      A.   Yes, I do.
9      Q.   What is this document?
10      A.   This is a paper that was
11 written by myself and Karen Brown as part of
12 an invitation to present FMI's development of
13 animal welfare in the retail industry. It
14 was part of a publication published by the
15 Office of International Epizootics, or OIE,
16 which is an international organization that
17 -- for an easier way to understand it, it is
18 sort of the animal branch of the World Health
19 Organization.
20      Q.   And you said this was published
21 by that organization?
22      A.   I believe they did put it in
23 one of their reviews.
24      Q.   Is this at the top right-hand
25 corner a citation to that publication?

Page 264

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      A.   Yes.
3      Q.   Prior to its publication, did
4 you -- you said you and Ms. Brown wrote this
5 document?
6      A.   Yes.
7      Q.   You then reviewed this document
8 and ensured that it's accurate?
9      A.   Yes.
10      Q.   We'll walk through this a
11 little bit, but generally is what you write
12 in this document based on what we just
13 discussed, which is your knowledge of FMI
14 members' views on animal welfare?
15      MR. WILDERS: Objection. Vague
16      and ambiguous as to members.
17 BY MR. DAVIS:
18      Q.   Do you understand the question?
19      A.   Perhaps not the way it was
20 worded, no.
21      Q.   So you -- what you write in
22 this article, is this in part, at least,
23 based on your knowledge of FMI's members'
24 views about animal welfare?
25      MR. WILDERS: Objection to the

Page 265

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      word "members."
3      THE WITNESS: I don't believe
4      this document presents and represents
5      individual views. It was a summary of
6      the process that we took to address
7      animal welfare concerns and how they
8      could impact the retail industry.
9 BY MR. DAVIS:
10      Q.   Sure. And that process was
11 based on the interests of FMI's members as we
12 talked about. Correct?
13      MR. WILDERS: Same objection.
14      THE WITNESS: It was based on
15      the members' request to FMI to help
16      them address the growing concerns
17      about animal welfare.
18 BY MR. DAVIS:
19      Q.   Turning to the document, the
20 first page, and the last full paragraph that
21 starts "In 2000..."
22      A.   Yes.
23      Q.   "In 2000, animal rights
24 organizations began to demand that individual
25 restaurant chain companies force their

67 (Pages 262 - 265)

Page 266

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 suppliers to follow specific animal welfare
3 guidelines developed by activist
4 organizations. The demands by the activists
5 were followed by 'campaigns' that publicly
6 portrayed the targeted companies as
7 supporters of animal abuse, pain and
8 suffering in food production agriculture. In
9 an effort to respond in a manner that would
10 demonstrate to their restaurant customers
11 their concerns for animal welfare, several
12 chain restaurant companies began to develop
13 their own animal welfare guidelines and
14 programmes. These initial efforts resulted
15 in chain restaurant suppliers developing
16 different, customized, and sometimes
17 conflicting, animal welfare requirements.
18 Some of these requirements were based on the
19 demands of activist groups with various
20 motivations, including those seeking the
21 total elimination of animal protein as a food
22 source."
23     I'll stop there for a second.
24 Do you agree with what you wrote?
25     A.   Yes.

Page 267

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.   You go on "Believing their
3 tactics for achieving success, the activists
4 began to approach supermarket chains in the
5 USA, making similar demands."
6         Is that accurate as well?
7     A.   Yes.
8     Q.   And those supermarket chains
9 that were approached by activists, those are
10 by and large FMI members?
11         MR. PATTON: Object to the form.
12         THE WITNESS: Yes.
13 BY MR. DAVIS:
14     Q.   Are those by and large FMI
15 members?
16     A.   Yes, they are.
17     Q.   Any FMI members in particular
18 that you can recall?
19     A.   They would have been among the
20 five FMI members in 2000 who independently
21 had contacted us and said they had growing
22 concerns about animal welfare issues.
23     Q.   So we can move on to the next
24 paragraph where it says that "...late in
25 2000,... (FMI) was asked by five member

Page 268

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 companies (Ahold...; Albertsons...; The
3 Kroger Co.; Safeway, Inc. and Wal-Mart
4 Stores, Inc.) to develop a voluntary policy
5 and programme to address animal welfare that
6 the entire supermarket industry could
7 embrace."
8         Do you see that?
9     A.   Yes.
10     Q.   Are those the five members that
11 you referred to earlier?
12     A.   Yes, they are.
13     Q.   Those members affirmatively
14 came to FMI and asked FMI to develop a
15 voluntary policy and program to address
16 animal welfare that the entire supermarket
17 industry could embrace?
18         MR. PATTON: Object to form.
19         THE WITNESS: I don't believe
20     they may have said those exact words,
21     verbatim all of them the identical
22     words, but in essence, that is what
23     they came and told us their concern
24     was, and that they needed our help and
25     support.

Page 269

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 BY MR. DAVIS:
3     Q.   And that's how you would
4 characterize their behavior at that time?
5     A.   Yes.
6     Q.   And that's accurate?
7     A.   Yes.
8     Q.   Do you have an understanding as
9 to why they asked FMI to take this action?
10     A.   In large part because as you
11 previously read in the previous paragraph,
12 they did not think that it was wise for
13 organizations to independently start
14 establishing independent standards that would
15 not -- probably would not be scientifically
16 supported.
17     Q.   They thought it was a bad idea
18 for individual retail establishments to
19 develop their own independent animal welfare
20 guidelines?
21     A.   These five companies expressed
22 that concern, yes.
23     Q.   I'll continue on in the
24 article, you say, "They reason that an
25 industry approach would be more efficient,

68 (Pages 266 - 269)

Page 270

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 allow the pooling of resources, and provide
3 an incentive for the supplier community to
4 work with their supermarket customers to
5 develop an effective animal welfare
6 programme." Is that accurate?
7     A.    Yes, it is.
8     Q.    So is that a reason why these
9 members wanted an industry-wide approach to
10 animal welfare?
11    A.    Yes, that was among the
12 reasons.
13    Q.    It goes on to say that "The
14 goal was to develop an animal welfare
15 programme that would be science-based, free
16 of direct external pressure, and based on a
17 cooperative approach among retailers and
18 suppliers."
19        Do you see that?
20    A.    Yes.
21    Q.    Is that accurate?
22    A.    Yes, it is.
23    Q.    And to the last part, "...based
24 on a cooperative approach among retailers and
25 suppliers," is that, in fact, what FMI then

Page 271

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 proceeded to undertake?
3     A.    Yes.
4     Q.    Did FMI's other members support
5 this effort?
6        MR. WILDERS:  Objection.  Vague.
7 Ambiguous.
8        THE WITNESS:  As we continued to
9    pursue looking at this, we did have
10    more and more members contact us and
11    tell us that they were also interested
12    in this and wanted to be kept apprise
13    of our progress and what we were
14    doing.
15 BY MR. DAVIS:
16    Q.    Does FMI undertake this effort
17 because it thought it was in the interest of
18 its members generally or these -- only these
19 five members specifically?
20    A.    We believed it was going to
21 become a larger issue and impact more and
22 more members and, therefore, we felt it was
23 in the interest of all.
24    Q.    Of all of FMI's members?
25    A.    Yes.

Page 272

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.    And FMI's members agreed with
3 that view by and large?
4        MR. WILDERS:  Objection.  Calls
5    for speculation.  Vague and ambiguous.
6 BY MR. DAVIS:
7     Q.    Did other members -- did other
8 FMI members express an agreement with that
9 view?
10    A.    Others members did.
11    Q.    Several other members?
12    A.    Yes.
13    Q.    Some of which were large retail
14 food establishments.  Right?
15    A.    Yes.
16    Q.    Why was it important that the
17 Animal Welfare Program be one that the entire
18 supermarket industry could embrace?
19        MR. PATTON:  Object to the form.
20        THE WITNESS:  What we wanted to
21    make available to our members was a
22    program that anyone could take avail
23    of if they so choose.  So we wanted to
24    make it universal enough that any
25    retailer could use the program or be a

Page 273

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    part of the program if they wanted to.
3 BY MR. DAVIS:
4     Q.    And you write that "...an
5 industry approach would...provide an
6 incentive for the supplier community to work
7 with their supermarket customers to develop
8 an effective animal welfare programme."  What
9 is it that you mean by that?
10    A.    I'm sorry, can you tell me
11 where that is?
12    Q.    I'm sorry.  It's in this
13 paragraph, "They reasoned that an industry
14 approach would...," and then one of the
15 things that you list there is "...provide an
16 incentive for the supplier community to work
17 with their supermarket customers to develop
18 an effective animal welfare programme."
19    A.    The intent was -- and, again,
20 we were looking at what was happening in the
21 food service industry.  What we wanted --
22 what we felt would be an incentive is that we
23 would have one approach and not 1,500
24 companies all having their own set of
25 standards or guidelines or their approach.

69 (Pages 270 - 273)

Page 274

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 The idea was we could make it simple for the
2 retailers and the industry to have one way to
3 approach the issue.
4     Q.    So the view was -- your view
5 was it was in members' interests to have one
6 industry-wide standard?
7     A.    Our members felt that it was
8 certainly an advantage for them and it would
9 be for their suppliers, too.
10     Q.    So it would be -- so FMI then
11 worked with the industry to develop a single
12 animal welfare standard?
13         MR. PATTON:  Objection.
14         MR. WILDERS:  Objection.  Vague.
15         THE WITNESS:  That's not the way
16 I would put it.
17 BY MR. DAVIS:
18     Q.    Did FMI --
19         MR. PATTON:  Let her finish her
20 answer.
21         THE WITNESS:  When you say
22 "industry," you need to clarify for me
23     who you mean when you say "industry."
24 BY MR. DAVIS:

Page 275

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1     Q.    Sure.  A producer organization.
2     A.    Okay.
3     Q.    Would FMI work with producer
4 organizations in the effort of
5 collaboratively developing an animal welfare
6 policy that could be embraced by that entire
7 industry?
8         MR. PATTON:  Object to the form.
9         THE WITNESS:  We did want to
10     make the commodity groups aware of
11     what our policy would entail, but it
12     was not our intent to sit down with
13     them and we would write a guideline.
14 BY MR. DAVIS:
15     Q.    You collaborated with them to
16 develop guidelines?
17         MR. WILDERS:  Objection.
18         MR. PATTON:  Objection.
19         THE WITNESS:  Not to develop.
20     They were already developed.  They had
21     their own guidelines.
22 BY MR. DAVIS:
23     Q.    You say here that "They
24 reasoned that an industry approach would...,"

Page 276

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 among other things, "...provide an incentive
2 for the supplier community to work with their
3 supermarket customers to develop an effective
4 animal welfare programme."  Right?
5     A.    Yes.
6     Q.    So what does that mean?
7     A.    The concept of an animal
8 welfare program was to come up with how would
9 we proceed with the other animal industry
10 groups to identify what would be in an animal
11 welfare policy, what would be in a guideline,
12 how would those guidelines be monitored or
13 implemented.  So we wanted to meet with those
14 groups to develop the whole gamut of what
15 needed to be done to end up with a policy
16 that everybody could say we've all had input
17 in and embrace this policy.
18     Q.    So FMI worked with producer
19 groups --
20     A.    Yes.
21     Q.    -- to develop animal welfare
22 guidelines that could be embraced by the
23 industry?
24     A.    Again --

Page 277

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1         MR. WILDERS:  Objection.
2 Mischaracterizes the testimony.
3         THE WITNESS:  I'm sorry.  I
4     would say it was the overall program
5     we worked together on.  The guidelines
6     existed already.  We wanted to work to
7     review them, be sure that they
8     represented best practices, but we
9     didn't sit down with a blank piece of
10     paper to write a guideline.
11 BY MR. DAVIS:
12     Q.    But FMI collaborated with
13 producers to shape those guidelines?
14         MR. PATTON:  Objection to form.
15     Asked and answered.
16         MR. WILDERS:  Objection.
17         THE WITNESS:  Again, I think
18     it's the word we're struggling with
19     here.  They existed.  The guidelines
20     were there.  We wanted to work with
21     them on reviewing them, having experts
22     provide input into whether or not they
23     represented the best scientific best
24     practices.

70 (Pages 274 - 277)

Page 278

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 BY MR. DAVIS:
2
3     Q.    And do you consider that FMI
4 worked with producers to help to shape those
5 guidelines then? I didn't say necessarily
6 nonexistent to start, but did FMI work with
7 producers --
8         MR. GREEN: Asked and answered.
9         MR. PATTON: Object to the form.
10 BY MR. DAVIS:
11     Q.    Well, I'm going to ask it one
12 more time.
13         Did FMI work with producers to
14 shape their guidelines in a way that could be
15 embraced by an entire industry?
16         MR. PATTON: Object to the form.
17         MR. WILDERS: Objection. Asked
18 and answered.
19         THE WITNESS: I think the way I
20 want to answer that is, again, to say
21 that FMI worked with the producer
22 groups to review their existing
23 guidelines and provide them with
24 information from experts, not from FMI
25 itself, but from our advisory expert

Page 279

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 panel on what could be done to those
3 existing guidelines to assure they
4 represented best science-based
5 practices.
6 BY MR. DAVIS:
7     Q.    If you could turn back to what
8 was marked as Exhibit 12. Exhibit 12 is an
9 e-mail exchange with Lynn Marmer from Kroger
10 and Karen Brown. Do you recall seeing this
11 document earlier this morning?
12     A.    Yes, I do.
13     Q.    If you look down in the
14 document from Ms. Marmer, she writes that
15 "...there are two purposes to having an
16 industry-wide group..."
17         Do you see that sentence, that
18 phrase? It's about halfway down the first
19 page.
20     A.    Yes, I see it.
21     Q.    One of those purposes is "to
22 not allow advocacy groups to pit one retailer
23 against another..."
24         Do you see that?
25     A.    Yes.

Page 280

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2     Q.    Did FMI understand that that
3 was a purpose for having an industry-wide set
4 of animal welfare guidelines?
5         MR. PATTON: Objection to form.
6 Mischaracterizes the testimony and the
7 evidence in the case.
8         MR. WILDERS: Also vague and
9 ambiguous.
10         THE WITNESS: That was based on
11 in our discussions when we used as an
12 example what was happening
13 particularly between McDonald's and
14 Burger King, where an animal activist
15 group was going back and forth between
16 McDonald's and Burger King basically
17 saying to one, this company did that,
18 are you going to do it, they did this,
19 can you do that. So our retailers,
20 when they saw and heard what was going
21 on in the fast food industry, did not
22 want to be in that predicament where
23 they were basically arguing or
24 fighting with each other on what is
25 animal welfare.

Page 281

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 BY MR. DAVIS:
2
3     Q.    Did you have an understanding
4 as to why your members didn't want to be in
5 that predicament?
6     A.    They felt it was nonproductive.
7 It was not going to going achieve
8 science-based welfare procedures and
9 guidelines.
10     Q.    If you turn to the back of the
11 exhibit, Ms. Marmer writes that "If the
12 animal welfare group does its work right, it
13 is reasonable to assume that most of the
14 major purchasers of eggs (whether retailers
15 or fast food) will support the FMI work group
16 guidelines and the egg industry will have to
17 get on board or be left behind by the major
18 players."
19         Is that what she wrote?
20     A.    That is what she wrote.
21     Q.    Do you agree with that
22 statement?
23         MR. PATTON: I'm going to object
24 to the form.
25         MR. DAVIS: You're objecting to

71 (Pages 278 - 281)

Page 282

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 me asking her if she agrees with that?
3     MR. PATTON: Yes.
4     MR. GREEN: Are you asking
5 individual or 30(b)(6)?
6 BY MR. DAVIS:
7     Q.    I'll ask you first as an
8 individual, do you agree with that statement?
9     A.    I don't.
10     Q.    Do you know if FMI has a view
11 on that statement?
12     A.    My opinion from FMI's
13 perspective is that this would not be the way
14 we would position this. This would not be
15 our statement.
16     Q.    So this is one member's view.
17 Is that right?
18     A.    Yes.
19     Q.    Do you know if other members
20 had views that comported with Ms. Marmer's
21 view?
22     A.    I wouldn't know. I don't know.
23     Q.    Is it your testimony that no
24 other FMI members expressed a similar
25 viewpoint as this?

Page 283

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2     A.    I did not see this specifically
3 from another member in writing as it is here.
4     Q.    Not necessarily in writing, but
5 are you aware in any way of other members
6 sharing this view?
7     A.    I believe a portion of it would
8 have been supported in that our members did
9 feel that if FMI could come up with a good
10 process, that there would be general support
11 from the industry commodity groups, not just
12 the eggs, but from all of them, that it was a
13 reasonable approach that in the long run
14 would be good for all.
15     Q.    And that the industry, in this
16 case the egg industry, would have to get on
17 board?
18     MR. WILDERS: Objection.
19 Mischaracterizes the testimony.
20 BY MR. DAVIS:
21     Q.    Directly quoting from the
22 document that the egg industry would have to
23 get on board?
24     A.    We never felt -- that's not
25 within our purview to decide if the industry

Page 284

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 would get on board. That is strictly a
3 relationship between a buyer and a seller, so
4 it would be the retailer and their supplier.
5     Q.    I'm simply asking if you're
6 aware of any other FMI members expressing a
7 view akin to that one?
8     A.    No, I am not.
9     Q.    So you said that a portion of
10 your membership would have supported this
11 general view. Is that right?
12     A.    Yes.
13     MR. WILDERS: Objection.
14     THE WITNESS: I'm sorry.
15     MR. GREEN: Mischaracterizes
16 what she said.
17 BY MR. DAVIS:
18     Q.    Did you say that a portion of
19 your membership felt as though FMI could come
20 up with a good process, there would be
21 general support from the industry commodity
22 groups?
23     A.    Yes, that is what I said.
24     Q.    And which members are those
25 that you're referring to?

Page 285

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2     A.    When I say "the members," I
3 mean the FMI members.
4     Q.    You said a portion of your
5 members. Are there members, specific members
6 that you're thinking of?
7     A.    No. I was saying -- when I say
8 a portion of the members, we felt and we were
9 sure, based on input from the members, that
10 they were looking for us to provide them with
11 a reasonable way to support animal welfare
12 best practices, and we felt that we could
13 deliver on that and, therefore, they would
14 support our approach to how to go about doing
15 that.
16     Q.    Turn back to Exhibit 24, the
17 article.
18     A.    Okay.
19     Q.    On page 657 at the top.
20     A.    Yes.
21     Q.    Under the heading "Joint
22 programme," the second sentence you write,
23 "The food service companies were being pulled
24 into a competitive cycle whereby each company
25 had to do something different from the next

72 (Pages 282 - 285)

Page 286

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 to alleviate the public attention being
2 directed at them and their customers."
3
4      Do you see that?
5      A.   Under "Joint programme goals"
6 or joint programs?
7      Q.   "Joint programme" heading.
8      A.   Okay.
9      Q.   Then the second sentence.
10     A.   Okay.
11     Q.   "The food service companies..."
12     A.   I see it now.
13     Q.   What did you mean by that
14 statement?
15     A.   That is, again, referring back
16 to the situation that was evolving among the
17 fast food chains.  Again, I will use
18 McDonald's and Burger King as an example,
19 that every time one of those companies took
20 an animal welfare position, then the activist
21 group would go to their competitor and say X
22 company did this, can you do more than they
23 did.  And they were playing them against each
24 other.
25     Q.   Did FMI members want to avoid

Page 287

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 being pulled into a similar competitive
3 cycle?
4      MR. PATTON:  Object to the form.
5      MR. WILDERS:  Objection.  Vague
6 and ambiguous.
7      MR. PATTON:  Calls for
8 information not in her knowledge.
9      THE WITNESS:  FMI and its
10 members jointly agreed and believed
11 that that was not the way to achieve
12 sound science-based animal welfare
13 guidelines.
14 BY MR. DAVIS:
15     Q.   You call it here "a competitive
16 cycle."  Right?
17     A.   Yes, between companies,
18 individual companies.
19     Q.   And did FMI members express a
20 desire to avoid being engaged in that
21 competitive cycle?
22     MR. WILDERS:  Objection.  Vague
23 and ambiguous.
24 BY MR. DAVIS:
25     Q.   Do you understand what you

Page 288

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 yourself meant when you used the phrase,
3 "competitive cycle"?
4      A.   Yes.
5      Q.   So that's not vague or
6 ambiguous to you.  Right:
7      A.   In this case word "competitive
8 cycle" meant one company pitted against
9 another to keep changing their animal welfare
10 requirements to better the next company.
11     Q.   Using that definition --
12     A.   Yes.
13     Q.   -- did FMI members express a
14 desire to avoid being pulled into a similar
15 competitive cycle?
16     A.   They did not want to start
17 developing independent individual animal
18 welfare requirements just to say I have
19 something different from company A or B.
20     Q.   And your membership expressed
21 that viewpoint to you?
22     A.   Yes.
23     MR. WILDERS:  Objection.  Vague
24 and ambiguous.
25 BY MR. DAVIS:

Page 289

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2      Q.   Turn back a page, 656 at the
3 top.
4      MR. WILDERS:  Counsel, but is
5 there a reason why we don't have a
6 Bates stamp copy of this document?
7      MR. DAVIS:  This document was
8 not, to my knowledge, produced in this
9 case yet.
10     MR. WILDERS:  Then I move to
11 strike all testimony if you didn't
12 produce the document.  I would move to
13 strike all the testimony related to
14 this document since it wasn't produced
15 in our case pursuant to our discovery
16 request before this deposition.
17 BY MR. DAVIS:
18     Q.   656, under "The role of the
19 Food Marketing Institute," do you see that
20 header?
21     A.   Yes.
22     Q.   The second paragraph starts,
23 "In December 2000, the FMI formed a member
24 company advisory committee..."
25     Do you see that?

73 (Pages 286 - 289)

Page 290

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    A.   Yes.
3    Q.   And is that accurate that in
4 December 2000, FMI formed a member advisory
5 committee?
6    A.   Yes.
7    Q.   Did you personally have a role
8 with regard to that committee?
9    A.   Yes.
10   Q.   What was your role?
11   A.   Mainly -- I would say it was
12 twofold.  One would be to listen to their
13 input on how they would like FMI to proceed.
14 And then also to present to them ideas and
15 suggestions that FMI had come up with for how
16 we might want to proceed on setting up an
17 animal welfare program.
18   Q.   Why was that -- why was that
19 committee formed?
20   A.   The committee was formed
21 because we had requests from at least five
22 members to further explore their concerns
23 about animal welfare.
24   Q.   What were that committee's
25 responsibilities?

Page 291

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    A.   Initially it was to identify to
3 FMI what were their concerns, their ideas for
4 how we might want to proceed, and then also
5 to review and comment back to us on proposals
6 we made for what would be next steps.
7    Q.   Ultimately did FMI take
8 direction from that committee?
9    A.   Yes.
10   Q.   Who served on the Member
11 Advisory Committee?
12   A.   There were representatives from
13 Ahold, Albertsons, Kroger, Safeway and
14 Wal-Mart.
15   Q.   Do you recall anyone from
16 Winn-Dixie serving on that committee?
17   A.   Over time the committee grew
18 and other members asked to add a
19 representative, so I remember the initial
20 five.  Off the top of my head, I couldn't --
21 because there were member companies that
22 added on and added on over time.
23   Q.   Does FMI have lists showing the
24 members of that committee?
25   A.   I believe they would, yes.

Page 292

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    Q.   They still would have that
3 list?
4    A.   I believe so.
5    Q.   Did the committee hold
6 meetings?
7    A.   To the best of my recollection,
8 they were conference calls.
9    Q.   Do you know how often those
10 occurred?
11   A.   Not off the top of my head, no.
12   Q.   Do you know when the first one
13 was?
14   A.   I believe it would have been in
15 late 2000.
16   Q.   Do you know if minutes were
17 kept?
18   A.   There would either have been
19 minutes kept or follow up or summaries of
20 here is what we agreed to as far as next
21 steps.
22   Q.   Who from FMI participated on --
23 in these meetings or on these conference
24 calls?
25   A.   Primarily myself and Karen

Page 293

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 Brown.
3    Q.   Is there anyone else that
4 participated from time to time?
5    A.   From time to time we might
6 have -- I believe in one meeting we had, for
7 example, somebody from the communications
8 group who was going to share with the members
9 information that they had gathered on how
10 many media hits there were on animal welfare
11 stories and that type of thing.
12   Q.   To the extent that notes or
13 minutes were kept, who would have kept those?
14   A.   FMI.
15   Q.   Was it you or Karen specifically
16 that would have been in charge of that?
17   A.   Usually Karen kept the minutes
18 from the conversations.
19   Q.   Do you know what she did with
20 those minutes?
21   A.   I would assume -- like I said,
22 the minutes themselves might have just been
23 notes that were then turned into summaries.
24 And I would assume that they are still part
25 of the FMI files.

74 (Pages 290 - 293)

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    Q.    Were they circulated by e-mail?

3    A.    They would have been circulated

4 either probably by e-mail or electronically

5 in some way to those people who participated

6 on the call.

7    Q.    Including yourself?

8    A.    Yes.

9    Q.    Does this Member Advisory

10 Committee exist today?

11    A.    No, it was more of an ad hoc

12 working group to develop our policy and

13 program for animal welfare.  The member group

14 does not exist, to my knowledge, anymore.

15    Q.    When was it disbanded?

16    A.    I don't know that there was an

17 exact date, but I would say that the

18 committee, once FMI was able to publish the

19 list of guidelines that we were supporting

20 and the process for how we would have

21 continuous review and improvement, there was

22 no more need for that committee, and they

23 just didn't have a need to have continuing

24 conference calls.  I would say that was

25 probably around 2005.

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    Q.    So during the approximately

3 four or five years that this committee was in

4 existence, did you have continuous contact

5 with the committee?

6    A.    Yes.  We would keep them

7 apprised of things as they were being

8 developed.

9    Q.    And that's you personally as

10 well as others at FMI?

11    A.    Myself and Karen.

12    Q.    How -- you said initially the

13 committee had five members on it and then it

14 grew over time?

15    A.    Uh-huh.

16    Q.    Yes?

17    A.    Yes.  I'm sorry.

18    Q.    How was it that other members

19 came to be added to the committee?

20    A.    I think there was probably two,

21 maybe three ways.  One would be if a member

22 approached FMI to notify us they had either

23 received a letter from an activist group or

24 if they had heard about it in, say, local

25 media, and they would call us to ask us what

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 was happening with FMI on this issue, were we

3 aware of it, and we would tell them about the

4 committee and ask them if they wanted to

5 join.

6        I think there were some -- we

7 did send out information to our members on --

8 again, we would track emerging issues and we

9 would have made them aware that this was an

10 issue we're keeping a close eye on, it's on

11 our radar screen and they might have come

12 back to us and said we're interesting, could

13 we put somebody on this working group.  So

14 they by and large would have approached us

15 with concern about animal welfare, and we

16 would let them know about the Advisory

17 Committee, and if they wanted to participate,

18 they would be welcome to do so.

19    Q.    Were all the members of this

20 Advisory Committee, did they all express an

21 affirmative interest in animal welfare?

22    A.    Yes.  That's why they wanted to

23 be on the committee.

24    Q.    I'll show you what's been

25 marked as Exhibit 25.

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2            - - -

3        (Exhibit H-25, 7/2/01 Fax, Bates

4        FMI-001129 - FMI-001142, was marked

5        for identification.)

6            - - -

7 BY MR. DAVIS:

8    Q.    Dr. Hollingsworth, do you

9 recognize Exhibit 25?

10    A.    Yes.

11    Q.    What is this document?

12    A.    This was information that was

13 provided by Karen Brown of -- it looks like

14 to a group of members who were going to have

15 a meeting in Chicago on animal welfare.

16    Q.    Do you know if the people

17 listed on the to and the cc lines here

18 constitute the Member Advisory Committee?

19    A.    I don't know that they were all

20 actually considered official members of an

21 advisory committee, but they were all members

22 who had expressed an interest in what we were

23 doing with animal welfare and wanted to be a

24 part of any updates that we were putting out.

25    Q.    Do you have any understanding

Page 298

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1  of why certain people are listed in the to
2  field and others are in the cc field?
3     A.   No.
4     Q.   Does this refresh your
5  recollection at all as to when members from
6  Winn-Dixie were involved with the Member
7  Advisory Committee?
8     A.   They're listed here, yes.
9     Q.   Do you believe that as of
10 July 2001, those members were also
11 involved --
12    A.   Yes.
13    Q.   -- with the committee?
14    A.   These people were all
15 interested in what we were doing with animal
16 welfare.
17    Q.   Was this document drafted in
18 the normal course of FMI's business?
19       MR. PATTON:  Object to the form.
20       MR. WILDERS:  Lacks foundation.
21       MR. PATTON:  There are several
22       documents.
23 BY MR. DAVIS:
24    Q.   I'll still refer to it as --

Page 299

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1  I'll rephrase the question.
2        Was this document as a whole
3  maintained in this fashion by FMI in FMI's
4  ordinary course of business?
5        MR. WILDERS:  Objection.  Lacks
6        foundation.  Outside the scope of the
7        deposition notice.
8        THE WITNESS:  Yes.  If this is
9        the cover sheet and then it indicates
10       what documents are attached or
11       included, and that is the way it would
12       have been maintained in our files, in
13       our records.
14 BY MR. DAVIS:
15    Q.   To the extent that FMI drafted
16 portions of this document, were those
17 portions drafted in the ordinary course of
18 FMI's business?
19    A.   They would have been, yes.
20    Q.   And they were drafted on or
21 about July 2, 2001, this front page at least?
22    A.   That's what this document
23 reflects.
24    Q.   Look on page 1, the second

Page 300

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1  paragraph says -- I'm sorry, I mean the first
2  page of the document, like the cover sheet.
3     A.   This one, cover sheet.  I'm
4  sorry.
5     Q.   The second paragraph says, "The
6  purpose of our meeting is to review and
7  comment on the gaps in current producer
8  industry guidelines that have been identified
9  by our third party animal welfare experts."
10 Is that the first sentence?
11    A.   Yes.
12    Q.   Then it goes on, "You will help
13 us develop a process to determine the
14 feasibility and potential economic impact at
15 retail of changes to current guidelines."
16 That's the second sentence.  Is that right?
17    A.   Yes.
18    Q.   So was it, in fact, true that
19 the individuals listed here were to help FMI
20 develop a process to determine the
21 feasibility and potential economic impact at
22 retail of changes to current animal welfare
23 guidelines?
24    A.   Yes, that was listed here as

Page 301

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1  the intent of this meeting.
2     Q.   And that's accurate?
3     A.   Yes.
4     Q.   What does that mean to develop
5  a process to determine the feasibility and
6  potential economic impact at retail of
7  changes to the current guidelines?
8     A.   One of the things that we
9  wanted to be sure is that any program we had
10 was not just a paperwork exercise, it was
11 something that could truly -- and that was
12 the feasibility part, that it could, in fact,
13 be done, that it was reasonable and practical
14 and feasible.  And as far as the economic
15 impact, our members had said what we do not
16 want is a disruption in the marketplace.  We
17 don't want to do anything that would be
18 extreme.  What we're looking for is a
19 reasonable program that both the suppliers
20 and the buyers can deal with, yet they were
21 assured by our experts it was scientifically
22 based.
23    Q.   What do you mean when you say
24 "a disruption in the marketplace"?  Why is it

76 (Pages 298 - 301)

Page 302

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 that FMI members wanted to avoid that?
3     A.    Because one of their goals here
4 was not to overreact or make changes based on
5 emotions, but that rather we were approaching
6 this in a thoughtful scientific way and also
7 the belief that it didn't have to be done
8 overnight, it could be a phased in kind of
9 program.
10     Q.    And so but your term was "a
11 disruption in the marketplace," I think.
12     A.    Right.
13     Q.    That members wanted to avoid
14 you said. Is that right?
15     A.    Yes.
16     Q.    What do you mean by that, "a
17 disruption in the marketplace"?
18         MR. PATTON: Objection. Asked
19 and answered.
20         MR. WILDERS: Objection.
21         THE WITNESS: I don't think we
22 wanted to look at a program for any of
23 the commodities that would prevent
24 that commodity from being available
25 for sale in the market.

Page 303

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 BY MR. DAVIS:
3     Q.    I'll show you what's been
4 marked as Exhibit 26.
5         - - -
6         (Exhibit H-26, 8/13/01 Fax,
7     Bates FMI-001099 - FMI-001117, was
8     marked for identification.)
9         - - -
10 BY MR. DAVIS:
11     Q.    Dr. Hollingsworth, do you
12 recognize Exhibit 26?
13     A.    Yes, I recognize it as a
14 document developed by Karen Brown in follow
15 up to the meeting we had in Chicago.
16     Q.    And is this another meeting of
17 the -- the meeting you're referring to as one
18 of the Member Advisory Committee?
19     A.    Was this group who -- it was
20 the group that was identified as those
21 members who had an ongoing interest in animal
22 welfare.
23     Q.    So that's inclusive of the
24 Member Advisory Committee?
25     A.    Yes.

Page 304

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.    Was this document as it's kept
3 here maintained in this fashion in the
4 ordinary course of FMI's business?
5     A.    Yes, it would have been.
6     Q.    And the portions of it that are
7 drafted by FMI, were those drafted in the
8 ordinary course of FMI's business?
9     A.    Yes.
10     Q.    And they were drafted
11 contemporaneously with what's being described
12 in here?
13     A.    Yes.
14         MR. DAVIS: Why don't we take a
15 short break. Go off the record.
16         VIDEOGRAPHER: Going off the
17 record at the time of 3:23.
18         - - -
19         (A recess was taken.)
20         - - -
21         VIDEOGRAPHER: Back on the video
22 record. The start of disc number
23 four. The time is 3:20 -- sorry,
24 3:32.
25 BY MR. DAVIS:

Page 305

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.    Dr. Hollingsworth, I think you
3 had one correction you'd like to make on the
4 record.
5     A.    Yes, I would. I had previously
6 stated that meeting minutes and notes were
7 kept either electronically or in hard form
8 and they would be in FMI's possession. I
9 wanted to also add to that that all of those
10 documents have already been produced by FMI
11 in their document production. So they have
12 already been provided.
13     Q.    Is that your statement?
14     A.    Yes.
15     Q.    How is it that you know that?
16     A.    I was advised of that by legal
17 counsel.
18     Q.    Do you know where in FMI's
19 production those are or how they were
20 collected?
21     A.    They were provided to you in
22 the request for producing documents.
23     Q.    Do you know how they were
24 collected by FMI?
25     A.    No.

77 (Pages 302 - 305)

Page 306

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1

2       MR. DAVIS: One other statement
3   for Mr. Wilders. I'm advised that
4   Exhibit 24 is, in fact, in the Kansas
5   production, and that it's located at
6   Bates CM 731181 through 89.
7       MR. WILDERS: Thank you.
8 BY MR. DAVIS:
9    Q.   Dr. Hollingsworth, I'll direct
10 your attention back to Exhibit 24, the
11 article. If you turn to page 660. So the
12 paragraph immediately above the word
13 "Conclusion" ends with the sentence,
14 "Suppliers and producers need to support
15 their retail customers on public policy
16 issues if the food industry is to avoid
17 mandatory programmes and maintain consumer
18 confidence."
19       Is that right?
20    A.   Yes.
21    Q.   That's what you and Ms. Brown
22 wrote?
23    A.   Yes.
24    Q.   Is this a view that was shared
25 by FMI's members?

Page 307

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1

2    A.   Yes.
3       MR. WILDERS: Objection. Vague
4   and ambiguous.
5 BY MR. DAVIS:
6    Q.   So you say that "Suppliers and
7 producers need to support their retail
8 customers..." Right?
9    A.   That's what it says.
10    Q.   And why is it that suppliers
11 and producers need to support their retail
12 customers?
13    A.   As the rest of the sentence
14 says, it was always the industry, when I say
15 "industry" here, I mean retail and suppliers,
16 that when possible they would prefer not to
17 have regulatory or mandatory programs imposed
18 on them, but rather work together on
19 voluntary programs.
20    Q.   But you say that "Suppliers and
21 producers need to support their retail
22 customers..." Right? So was it important
23 for FMI's retail customer member -- I'm
24 sorry, retail members, that they have the
25 support of suppliers and producers?

Page 308

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1

2       MR. WILDERS: Objection. Calls
3   for speculation.
4       THE WITNESS: We wanted to be
5   sure that we worked together as
6   partners on any programs that could,
7   in fact, become mandatory or
8   regulatory, whereas if we worked
9   together and supported the programs,
10   then they were likely to remain as
11   voluntary programs.
12 BY MR. DAVIS:
13    Q.   So is animal welfare an example
14 of a program that you say could become
15 regulatory or mandatory?
16    A.   We felt that was a possibility.
17    Q.   And that's an example of a
18 program where suppliers and producers need to
19 support their retail customers, according to
20 you?
21       MR. WILDERS: Objection.
22   Misstates the testimony. Calls for
23   speculation.
24       THE WITNESS: It's a program
25   where suppliers and buyers together

Page 309

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1

2   need to work together to have
3   voluntary programs.
4 BY MR. DAVIS:
5    Q.   And so did FMI seek the
6 support, then, of suppliers and producers?
7       MR. PATTON: Object to the form.
8       THE WITNESS: We developed a
9   program that would actually engage and
10   include them in the process.
11 BY MR. DAVIS:
12    Q.   It was FMI's program that
13 engaged and included suppliers and producers?
14       MR. PATTON: Object to the form.
15       THE WITNESS: Right. We did not
16   want to do this independent without
17   input and involvement of the
18   producers.
19 BY MR. DAVIS:
20    Q.   I'm using your words.
21    A.   Yes.
22    Q.   FMI sought the support --
23 retail customers sought the support of
24 suppliers and producers. Is that accurate?
25       MR. WILDERS: Objection. Asked

78 (Pages 306 - 309)

Page 310

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 and answered.

2     THE WITNESS: That is correct,

3 on a policy issue, yes.

4 BY MR. DAVIS:

5     Q.    Animal welfare being one of

6 them?

7     A.    Yes.

8     Q.    If you turn back to page 656.

9 Dr. Hollingsworth, if you turn on this

10 document to page 656. In the second column

11 under "Programme of the Food Marketing

12 Institute" --

13    A.    Yes.

14    Q.    -- it says, "On 14

15 January 2001, the FMI's Board of Directors

16 adopted a policy and programme to address

17 animal welfare (Appendix 1)."

18    Q.    And if then you turn to page

19 660 where it says, "Appendix 1."

20    A.    Yes.

21    Q.    Does this, in fact, reflect the

22 policy and program that the Food Marketing

23 Institute developed?

Page 311

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1     A.    Yes.

2     Q.    Is that the same one that you

3 testified earlier, you were shown

4 another document about this?

5     A.    Yes, this was the one that was

6 included in the FMI board policy.

7     Q.    Has -- and that's Exhibit 3?

8 I'm sorry, can you reference Exhibit 3?

9     A.    Yes.

10    Q.    Has the board ever reconsidered

11 or reevaluated this policy?

12    A.    Yes. Just recently in 2012 it

13 was updated.

14    Q.    I'll show you what's been

15 marked as Exhibit 27.

16    A.    All right.

17         - - -

18    (Exhibit H-27, Animal Welfare

19 for Food Animals Revised version

20 adopted 1/26/12, Bates FMI-000038, was

21 marked for identification.)

22         - - -

23 BY MR. DAVIS:

24    Q.    Is Exhibit 27 the revised

Page 312

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 policy or the policy that FMI has as of 2012?

2     A.    Yes, it is.

3     Q.    And it is substantially similar

4 in your view to the one that existed in 2001?

5     A.    Yes.

6     Q.    Does FMI's board monitor FMI's

7 staff's compliance with this policy?

8     MR. PATTON: Object to the form

9 of the question. Note for the record

10 this questioning is outside the scope

11 of the discovery period in this case.

12    THE WITNESS: I'm not sure I

13 understand when you say, "FMI's

14 staff's compliance."

15 BY MR. DAVIS:

16    Q.    Well, is this -- this a policy

17 that -- does this direct the activities of

18 FMI's staff?

19    A.    Yes.

20    Q.    And does the board oversee the

21 staff's compliance with that policy?

22    MR. PATTON: Of the 2012?

23    MR. DAVIS: Correct.

24    THE WITNESS: I would say that

Page 313

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 the staff reports directly to the CEO

2 and president of FMI who in turn

3 reports to the board. The staff does

4 not generally report directly to the

5 board.

6 BY MR. DAVIS:

7     Q.    That's fine. Does FMI

8 continue, then, to work with producer

9 organizations to promote animal welfare

10 programs?

11    MR. PATTON: Continuing

12 objection to the scope.

13    MR. WILDERS: Mischaracterizes

14 the prior testimony.

15    THE WITNESS: Yes, FMI continues

16 to work with its sister trade

17 organizations on this and a variety of

18 issues.

19 BY MR. DAVIS:

20    Q.    If you turn in the article,

21 Exhibit 24, to page 656, and, again, under

22 "Programme of the Food Marketing Institute,"

23 that paragraph about halfway down, you write

24 that "The FMI Board directed the organization

79 (Pages 310 - 313)

Page 314

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 to develop retailer expectations for use with
3 suppliers; to work with respected animal
4 welfare experts and organizations; to review
5 expectations with the producer community; to
6 distribute expectations as voluntary
7 recommendations for retailers to adopt; and
8 to support an on-going animal welfare..."
9     A.   I'm sorry, can I stop -- I'm
10 not following where you were. I'm sorry, did
11 you say 656 or 7?
12     Q.   656.
13     A.   Okay. I'm at 657. I'm sorry.
14 Okay. Again?
15     Q.   "Programme of the Food
16 Marketing Institute."
17     A.   Yes.
18     Q.   And then it reads, "The FMI
19 Board directed the organization...," about
20 halfway down that paragraph.
21     A.   I see it, yes.
22     Q.   So if you read that sentence,
23 it is that the board directed FMI to develop
24 retailer expectations?
25     A.   The board directed FMI to work

Page 315

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 with the retailers to develop a set of
3 expectations that they could then share with
4 suppliers.
5     Q.   So the -- just so the retailers
6 would, or FMI would develop expectations for
7 retailers to use in requesting of suppliers?
8     A.   No, these expectations were the
9 expectations that retailers had for what
10 would constitute an animal welfare program.
11     Q.   They were retailers'
12 expectations?
13     A.   Yes.
14     Q.   And they were for use with the
15 suppliers --
16     A.   Right.
17     Q.   -- who were supplying those
18 retailers?
19     A.   Yes. They were to share with
20 the suppliers that these are things the
21 retailers have concerns about and
22 expectations for what they hope an animal
23 welfare program and guidance would look like.
24     Q.   With the hope of shaping the
25 animal welfare policies that were implemented

Page 316

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 by those suppliers?
3         MR. WILDERS: Objection.
4     Misstates the prior testimony.
5         THE WITNESS: The expectations
6     were things such as you would rely on
7     science and experts. Those were the
8     types of expectations that we
9     developed with the retailers and then
10     shared that with the suppliers.
11 BY MR. DAVIS:
12     Q.   You say -- all right. So were
13 the retailer expectations, in fact, shared
14 with suppliers?
15         MR. WILDERS: Objection. Calls
16     for speculation.
17         THE WITNESS: Yes, they were.
18 BY MR. DAVIS:
19     Q.   What suppliers were they shared
20 with?
21     A.   They were -- well, let me
22 correct that then when you say "suppliers."
23 They were shared with the other commodity
24 organizations.
25     Q.   Like UEP?

Page 317

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     A.   Yes.
3     Q.   So FMI shared its retailers'
4 expectations with UEP?
5     A.   Yes.
6     Q.   And FMI reviewed its suppliers'
7 expectations with the producer community?
8     A.   Again, through their trade
9 associations.
10     Q.   So FMI reviewed its suppliers'
11 expectations with UEP?
12     A.   Yes.
13         MR. PATTON: Objection to the
14     form of the question.
15 BY MR. DAVIS:
16     Q.   Is that right?
17     A.   We went over those expectations
18 with the commodity group so that they
19 understood what it was the FMI members were
20 asking them to consider in their animal
21 guidelines.
22         MR. PATTON: Evan, I just want
23     to know, I think you -- I'm not
24     interfering with your exam. I think
25     you said supplier expectations, I

80 (Pages 314 - 317)

Page 318

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 don't think you meant that so you
3 might want to check your --
4     MS. ANDERSON: You stated so FMI
5 reviewed its suppliers' expectations
6 with UEP.
7     MR. DAVIS: You're right. I did
8 misstate that. I apologize.
9     MR. PATTON: That's why I
10 objected to form.
11 BY MR. DAVIS:
12     Q.    FMI reviewed its retailer
13 members' expectations of suppliers with UEP?
14     A.    Yes.
15     Q.    And then if we move on to the
16 next paragraph here, "Following the action of
17 its Board of Directors, the FMI began a
18 series of meetings with the producer
19 community..." Right?
20     A.    Correct.
21     Q.    Among those meetings it lists,
22 one, meetings with United Egg Producers. Is
23 that right?
24     A.    Yes.
25     Q.    And the purpose, as expressed

Page 319

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 by you and Ms. Brown, is to share FMI's
3 policy and program.
4     A.    Correct.
5     Q.    Is that right?
6     A.    Correct.
7     Q.    So was that something that
8 FMI's members requested that it do?
9     MR. WILDERS: Objection. Vague.
10 Ambiguous.
11     THE WITNESS: It was agreed and
12 discussed that this would be part of a
13 process that we would engage the
14 various commodity groups and work
15 jointly with them. That was
16 understood that that would be one of
17 our steps in this process.
18 BY MR. DAVIS:
19     Q.    Why did FMI undertake that
20 step?
21     A.    Because our members and FMI
22 felt that the best way to achieve a
23 successful outcome was to work with the
24 commodity groups in collaboration on this
25 project.

Page 320

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2     Q.    Did FMI seek to have producer
3 organizations, including UEP, adopt animal
4 welfare guidelines that FMI could ultimately
5 endorse?
6     MR. PATTON: Object to the form.
7 Misstates prior testimony.
8     MR. WILDERS: Asked and
9 answered.
10     THE WITNESS: It wasn't a matter
11 of those organizations adopting
12 guidelines. They already had their
13 own guidelines. We worked with these
14 groups because they indicated they had
15 guidelines and they were open and
16 willing to share those guidelines with
17 us to then review them and allow our
18 experts to assess whether or not they
19 could be accepted as is or if there
20 were areas for improvement to develop
21 best practices.
22 BY MR. DAVIS:
23     Q.    In the event that there were
24 areas for improvement to develop best
25 practices as you just said, was it FMI's hope

Page 321

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 that those areas for improvement would be
3 resolved sufficiently for FMI to endorse that
4 producer group's guidelines?
5     A.    Yes.
6     MR. PATTON: Object to the form.
7     THE WITNESS: I'm sorry. Yes,
8 it was.
9 BY MR. DAVIS:
10     Q.    Did FMI reach out to UEP as a
11 producer organization that it discussed
12 animal welfare guidelines with?
13     MR. PATTON: Object to the form.
14     THE WITNESS: Yes, FMI reached
15 out to United Egg Producers to make
16 them aware of what we were doing and
17 to ask if they were interested in
18 working with us on that.
19 BY MR. DAVIS:
20     Q.    What was United Egg Producers'
21 response to that, to FMI's overture?
22     A.    Their response was that they
23 were very interested, and, in fact, they
24 already had a guideline that they would like
25 to share with us to review.

81 (Pages 318 - 321)

Page 322

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2  Q.  Did that meeting, in fact,
3 occur?
4  A.  Explain what you mean by "that
5 meeting."  There were many meetings.
6  Q.  There were many meetings that
7 then resulted from this overture by FMI?
8  A.  There were many meetings that
9 followed to work collaboratively with UEP on
10 reviewing their guidelines and discussing
11 those items that became -- called the gaps or
12 areas for improvement.
13  Q.  Who from FMI was involved in
14 those meetings?
15  A.  Primarily myself and Karen
16 Brown.
17  Q.  Who from UEP was involved in
18 those meetings?
19  A.  Most of the meetings were with
20 Al, Al Pope and Gene Gregory.  And there was
21 one time, perhaps more, I'm not sure, but I
22 know at least one time when Al and Gene would
23 bring in some members to also talk to us.
24  Q.  I'll show you what's been
25 marked as Exhibit 28.

Page 324

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2  the question.
3  MR. BURKE:  Could we get a Bates
4 number?
5  MR. DAVIS:  Sure.  It's
6 MPS-00047338.
7  THE WITNESS:  I don't recall
8  seeing this document before.
9 BY MR. DAVIS:
10  Q.  Do you recall attending a
11 meeting on or about December 13, 2001, with
12 the individuals listed on this document?
13  A.  Not specifically.
14  MR. WILDERS:  I'm going to
15  object.  If she didn't receive the
16  document and it's marked confidential,
17  then you can't show it to her under
18  the Kansas protective order.
19  MR. DAVIS:  Can we go off the
20  record for a minute?
21  VIDEOGRAPHER:  Going off the
22  record at the time of 3:53.
23  - - -
24  (A recess was taken.)
25  - - -

Page 323

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2  - - -
3  (Exhibit H-28, Summary of
4  Meeting with FMI-December 13, 2001,
5  Bates MPS-00047338, was marked for
6  identification.)
7  - - -
8 BY MR. DAVIS:
9  Q.  Dr. Hollingsworth, do you
10 recognize this document?
11  A.  Not initially, no.  If I have a
12 chance to read it, perhaps I would.
13  Q.  Sure.
14  MR. PATTON:  I'll note that
15  you're putting a confidential document
16  in front of the witness produced by
17  Midwest Poultry.
18  MR. DAVIS:  Sure, it's marked as
19  regular confidential.
20  MR. PATTON:  But I still think
21  that you have to comply with the
22  protective order.
23  MR. DAVIS:  She certainly --
24  they're notes from a meeting.  She's
25  listed as an attendee.  I'll ask her

Page 325

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2  VIDEOGRAPHER:  Back on the video
3  record.  The time is 3:55.
4 BY MR. DAVIS:
5  Q.  Dr. Hollingsworth, you can put
6 that exhibit aside and turn back to
7 Exhibit 24.
8  A.  All right.
9  Q.  If you turn to page 657, under
10 "Joint programme," do you see the heading
11 "Joint programme"?
12  A.  Yes, I do.
13  Q.  Then in that first paragraph
14 toward the bottom it reads that "...in
15 June 2001, the FMI and the NCCR joined their
16 parallel efforts."
17  Do you see that?
18  A.  Yes, I do.
19  Q.  What is NCCR?
20  A.  NCCR is another trade
21 association, and it stands for the National
22 Council of Chain Restaurants.
23  Q.  Whom do they represent?
24  A.  They primarily represent fast
25 food or what are called quick service

82 (Pages 322 - 325)

Page 326

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 restaurants.
3    Q.   Why is it that in June 2001 --
4    A.   Excuse me, I need to go back
5 and clarify that. They also do have some
6 members who were chain restaurants that do --
7 are sit-down table restaurants. It's not
8 just fast food.
9    Q.   Why is it that in June 2001 FMI
10 and NCCR joined their parallel efforts?
11    A.   We had been discussing with
12 both NCCR and the National Restaurant
13 Association how we had hoped to approach this
14 issue and the concern about animal welfare,
15 and the NCCR informed us that they were doing
16 something similar, and that after discussing
17 with NCCR and some of their members,
18 particularly Burger King and McDonald's, we
19 realized we were taking a similar approach
20 and it only made sense to put those together.
21    Q.   You go on to say that FMI and
22 NCCR "...considered the advantages of a
23 single industry approach."
24      Do you see that?
25    A.   Yes.

Page 327

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    Q.   And then you list four of those
3 advantages?
4    A.   Yes.
5    Q.   Were these advantages that FMI
6 and NCCR considered?
7    A.   These were the advantages,
8 among the advantages that we had discussed.
9    Q.   Were these advantages that were
10 identified by FMI's staff and some of its
11 members?
12    A.   These were primarily identified
13 by FMI and NCCR and approved or accepted by
14 our members.
15    Q.   The first reads -- well, I'll
16 ask you, why is it that FMI and FMI's members
17 considered a clear and consistent
18 communication of animal welfare expectation
19 to the animal producers to be an advantage of
20 a single industry approach?
21    A.   We felt that the advantage was
22 that there would not be conflicting
23 information as to what was the best practice
24 and that the animal producers would also be
25 understanding that these are best practices,

Page 328

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 these are -- this is the science that
3 supports them and, therefore, they wouldn't
4 be told, no, this is the best practice or
5 this is. It was trying to get one message on
6 what is the best practice.
7    Q.   So the idea is that the
8 retailers would come up with a consistent set
9 of expectations. Is that right?
10      MR. WILDERS: Objection.
11 Misstates testimony.
12      MR. PATTON: Objection.
13      THE WITNESS: No, we were not
14 coming up with a consistent set of
15 expectations. What we wanted to do
16 was to work with the producers so that
17 we had agreement on a consistent set
18 of what constitutes the best
19 practices.
20 BY MR. DAVIS:
21    Q.   I'm asking why it was that FMI
22 and NCCR joined their efforts, FMI and NCCR
23 consists of retailers or otherwise consumers
24 of eggs?
25    A.   Right. And in that regard, it

Page 329

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 was so that FMI and NCCR were not telling
3 suppliers different things about what is a
4 best practice.
5    Q.   And so it was that the
6 expectations of FMI and NCCR members were
7 consistent as they were being expressed to
8 your suppliers?
9      MR. PATTON: Objection to form.
10      MR. WILDERS: Objection to form.
11      THE WITNESS: We were trying to
12 achieve a single understanding about
13 what is scientifically based best
14 practices, and that there was
15 agreement among the industry what that
16 was.
17 BY MR. DAVIS:
18    Q.   And FMI worked with NCCR so
19 that the message across their members was
20 consistent when it was expressed to
21 suppliers?
22      MR. WILDERS: Objection. Vague
23 and ambiguous.
24 BY MR. DAVIS:
25    Q.   I'm just repeating what you're

83 (Pages 326 - 329)

Page 330

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 saying.

2    A.    Yeah.  I'm not sure when you

3 say "the message," what message?

4    Q.    Well, their --

5    A.    I'm saying best practices and

6 you're saying message.

7    Q.    I'll use best practices then.

8    A.    Okay.

9    Q.    FMI worked with NCCR so that

10 its expectations were -- animal welfare best

11 practices were consistently expressed to

12 suppliers.  Is that accurate?

13    A.    I would say that is -- yes,

14 that seems accurate.

15    Q.    The second advantage that you

16 list is "a single programme based on science

17 and designed to support continuous

18 improvement."  Why was that considered to be

19 an advantage of the joint parallel effort

20 between FMI and NCCR?

21    A.    Well, again, we felt it only

22 made sense that if we were using the same

23 experts and looking at the same set of

24 guidelines, it only made sense that we had

Page 331

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 one set and that there was agreement among

2 the experts, the suppliers and retailers that

3 these were the best practices.

4    Q.    You go on to write that

5 "avoidance of market-driven competition on an

6 issue that affected all the food animal

7 industries" is an advantage.  What do you

8 mean by "avoidance of market-driven

9 competition"?

10    A.    That, again, was the issue

11 between McDonald's and Burger King where they

12 were being driven primarily by PETA in

13 competing with each other on a set of

14 guidelines that were not necessarily science

15 based, but they were being driven by pressure

16 from an activist group.

17    Q.    So why did FMI and its members

18 consider the avoidance of market-driven

19 competition on this issue to be an advantage

20 of a single industry approach?

21    A.    Because we believed that

22 working together with the experts, we could

23 come to an agreement on what were best

24 practices, and we didn't need to have

Page 332

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 individuals coming up with best practices

2 that were not based on science, but rather

3 pushed by such things as activist groups.

4    Q.    You consider that to be

5 market-driven competition?

6        MR. WILDERS:  Objection.  Asked

7 and answered.

8        THE WITNESS:  We considered the

9 situation between companies like

10 McDonald's and Burger King to be

11 driven and pressure put on them to do

12 something because PETA asked for it

13 rather than what was based on science.

14 BY MR. DAVIS:

15    Q.    Did FMI and its members think

16 that by working with NCCR, they could help to

17 avoid being dragged into a similar situation?

18    A.    We felt that --

19        MR. WILDERS:  Objection.  Calls

20 for speculation.

21        THE WITNESS:  I'm sorry.

22 BY MR. DAVIS:

23    Q.    You can go ahead.

24    A.    We felt that there was a

Page 333

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 collaborative approach, that it was to

2 everyone's benefit to identify universally

3 what were the best scientific best practices.

4    Q.    But I'm asking, this reference

5 is specifically FMI joining its efforts with

6 NCCR, and lists these as advantages.  So is

7 that an advantage of FMI joining its efforts

8 with NCCR?

9    A.    In the sense that, yes, we felt

10 that if food service restaurants and

11 retailers were all working together, then it

12 was good for the entire food supply chain.

13 It was FMI's members and NCCR's members who

14 would all benefit from having an agreed upon

15 what is best practices.

16    Q.    Would it also at all result in

17 FMI's members sharing in the cost of animal

18 welfare?

19        MR. WILDERS:  Objection.  Lacks

20 foundation.  Calls for speculation.

21        THE WITNESS:  I'm not

22 understanding.  The cost to FMI?

23 BY MR. DAVIS:

24    Q.    Did FMI's members ever express

Page 334

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 any concern about the cost of animal welfare
2 being borne by the entire retail food
3 industry?
4      A.   I don't remember it being a
5 discussion among the retailers about the cost
6 to them.
7      Q.   You recall no discussions among
8 retailers about that topic?
9      A.   As we previously stated, the
10 retailers and the chain restaurants did not
11 want food to be not available, they wanted
12 there to be a market for these products and
13 for consumers to be satisfied with the
14 products, and it was their intent to be sure
15 that we could tell the consumer that there
16 were a set of best practices that were being
17 implemented across the board.
18      Q.   Were costs of doing so a topic
19 that was discussed by FMI members?
20           MR. PATTON:  Objection.  Asked
21 and answered.
22           THE WITNESS:  Not specifically,
23 no.
24 BY MR. DAVIS:

Page 335

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1      Q.   Generally?
2      A.   There were times when the trade
3 organization would say if we don't space this
4 out over time, it may cost us.  And as I
5 mentioned earlier, there were discussions
6 also about how animal welfare best practices
7 can actually save costs.  So there were
8 general discussions about costs may be
9 incurred, may be saved, but they were not a
10 motivating factor in developing the
11 guidelines.
12      Q.   The last advantage here that
13 you list is "providing one voice when
14 discussing animal welfare with consumers, the
15 media, activists and the general public."
16 Why is that an advantage of FMI and NCCR
17 joining their parallel efforts?
18      A.   We always feel that, especially
19 with consumers in the media, if there's a
20 consistent message, then they don't become
21 confused over what is the industry doing, how
22 is the industry dealing with animal welfare
23 issues, and we felt having a consistent
24 position on what are best practices and how

Page 336

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 do we develop them, that that would be useful
2 for consumers and the media to understand
3 what we were doing.
4      Q.   Look at the very bottom of this
5 page, the bottom of the second column, you
6 write that "The FMI and NCCR believe their
7 combined efforts will further develop and
8 support industry policies strengthening
9 animal welfare and will support the following
10 specific goals."  Then you go on to list five
11 goals.  Is that right?
12      A.   Yes.
13      Q.   The first is that "consistent
14 expectations across the USA food retail
15 sector."  Why was having consistent
16 expectations across the USA food retail
17 sector a goal for FMI and FMI members?
18      A.   Because having consistent
19 expectations would avoid confusion.
20      Q.   The next is "implementation of
21 practicable and obtainable animal welfare
22 guidelines based on science."  Why was that a
23 goal for FMI and its members?
24      A.   I'm having trouble, it seems

Page 337

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 obvious to me, but the point was if we had a
2 set of guidelines based on science, then we
3 could explain them to the public, the
4 industry would understand how we develop them
5 and then they could be implemented because
6 they were practical and they could be
7 attained.
8      Q.   Next why is having "a
9 measurable verification process" a goal of
10 FMI and its members?
11      A.   That was based on -- in
12 previous documents we noted that the animal
13 welfare experts felt that there had to be
14 some way to verify that people were actually
15 using the guidelines and they understood them
16 and were implementing them properly.  So we
17 felt that there had to be some way to say
18 they're not just guidelines on paper, but
19 there's a way to show that they're actually
20 being used.
21      Q.   Would that be an audit?
22      A.   An audit would be one type of
23 verification process.
24      Q.   And a measurable verification

85 (Pages 334 - 337)

Page 338

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 process. Right?

2 A. Yes.

3 Q. Next you list list "an ongoing

4 advisory council of third party, independent

5 animal welfare experts." Why was that a

6 goal?

7 A. We felt that because we wanted

8 to have the best science and base it on

9 science, that we had to have experts. And we

10 also felt that it was important that this

11 wasn't just a one time thing, that it was a

12 plan for continuous improvement and,

13 therefore, we wanted that to be an ongoing

14 process.

15 Q. Lastly, you write that

16 "improved communications across the supply

17 chain on animal welfare issues" is a goal.

18 Why was that a goal for FMI and its members?

19 A. Again, to primarily avoid

20 confusion and misunderstanding as to what

21 would be a guideline and what would be a best

22 practice.

23 Q. Did FMI and its members endorse

24 these goals?

---

Page 339

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 A. I don't know that there's

2 actually a document that identifies these as

3 the goals of the program, but these were the

4 goals that were discussed and that were the

5 driving focus for why we were even doing this

6 partnership together.

7 Q. Is that a discussion that staff

8 had with the Member Advisory Committee?

9 A. It probably would have been

10 discussed with them and with individual

11 members.

12 Q. And the board?

13 A. I doubt that the board would

14 get into this much detail as a full board.

15 Their role really was to set the policy and

16 then to let us take that policy and implement

17 it.

18 Q. Do you recall any discussions

19 with specific members about these goals?

20 A. Not specifically, no.

21 Q. So you couldn't say which

22 members, if any specific members that had

23 discussions about these goals?

24 A. No.

---

Page 340

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 Q. If you turn to Exhibit 26. You

2 said that this was notes from a discussion, I

3 believe, with members of the Member Advisory

4 Committee and other members interested in

5 animal welfare issues. Is that right?

6 A. Yes, this was a follow-up

7 communication to them following the meeting

8 we had in Chicago.

9 Q. If you turn to the second page

10 of this document, under "FLIP CHART NOTES,"

11 are these notes from what was discussed

12 during that meeting in Chicago?

13 A. Yes, they are.

14 Q. And under "GOALS," it lists six

15 different items. Are those all items that

16 were discussed during this meeting in

17 Chicago?

18 A. They would have been items that

19 were put on the flip charts either for

20 discussion or just as part of the discussion

21 of that meeting.

22 Q. So consistency across all

23 retail was something that was discussed

24 during that meeting?

---

Page 341

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 A. The idea of having a consistent

2 set of science-based guidelines was discussed

3 as opposed to individual company requirements

4 for guidelines.

5 Q. As was having a measurable

6 audit process?

7 A. That was discussed. It was

8 still an open part of the discussion. We

9 weren't sure how we would do that, but it was

10 part of the discussion.

11 Q. This was a discussion that was

12 had only among producers and FMI members.

13 Correct?

14 A. No, I believe the NCCR members

15 were also present at the Chicago meeting. I

16 think there's some information as to who was

17 at that meeting. I believe some of NCCR

18 members were there.

19 Q. Were there any members --

20 individuals from the producer community at

21 this meeting?

22 A. To my knowledge, no.

23 Q. So topics like having a

24 measurable audit process were being discussed

---

86 (Pages 338 - 341)

Page 342

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 by retailers outside of any discussions with
3 the producer community?
4     A.   These were listed as goals that
5 we wanted to further explore, yes.
6     Q.   When you say "we," you mean?
7     A.   The attendees at that meeting.
8     Q.   I'll show you what's been
9 marked as Exhibit 29.
10          - - -
11       (Exhibit H-29, Interim Report
12       FMI-NCCR Animal Welfare Program
13       February 15, 2002, Bates FMI-000245 -
14       FMI-000249, was marked for
15       identification.)
16          - - -
17 BY MR. DAVIS:
18     Q.   Do you recognize Exhibit 29?
19     A.   Yes, I do.
20     Q.   What is this document? What is
21 this document?
22     A.   This is an interim report that
23 was produced by FMI and NCCR to clarify and
24 update where we were in the process of
25 developing this program.

Page 343

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.   Do you know who drafted it?
3     A.   I believe it was drafted by
4 Karen Brown.
5     Q.   Why was this report created?
6     A.   It is part of our normal policy
7 to keep members apprised and to keep a record
8 of what kinds of progress we made on
9 projects.
10     Q.   If you turn to Exhibit 13. Is
11 Exhibit 13 a subsequent one of these reports?
12       MR. PATTON: Which exhibit are
13 you asking about?
14       MR. DAVIS: 13.
15       THE WITNESS: Yes. This is also
16 a report on the program.
17 BY MR. DAVIS:
18     Q.   In the second paragraph, the
19 introduction on Exhibit 13, it reads that
20 some recommendations -- the front page there,
21 the second paragraph.
22     A.   Yes, I see it.
23     Q.   "Some recommendations contained
24 within this report have economic
25 implications. Some require an implementation

Page 344

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 timetable because they cannot be accomplished
3 immediately."
4       What do you mean or what does
5 that -- those sentences mean?
6     A.   If we used the UEP example, the
7 UEP had told us that they could not
8 immediately implement some of the best
9 practices that were recommended by the
10 experts, that what they needed was time to
11 phase them in because they were economically
12 not reasonable to do immediately.
13     Q.   The next sentence there says,
14 "Some areas are still being researched to
15 confirm that changes will enhance, not
16 hinder, animal well-being."
17       Is that right?
18     A.   Yes.
19     Q.   What exactly does that mean?
20     A.   Not only for UEP, but in other
21 areas, there were some recommendations from
22 the advisors on changes, but the
23 organizations would say they needed more
24 science to show that it, in fact, was to the
25 benefit of animal welfare to make those

Page 345

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 changes, and we also agree that to make some
3 changes we had to be able to justify what was
4 the benefit to the animals to do that.
5       MR. DAVIS: Can we go off the
6 record a minute?
7       VIDEOGRAPHER: Going off the
8 record. The time of 4:18.
9          - - -
10       (A recess was taken.)
11          - - -
12       VIDEOGRAPHER: Back on the
13 record. The time of 4:24.
14          - - -
15       (Exhibits H-30, January 2003
16       Report FMI-NCCR Animal Welfare
17       Program, Bates FMI-000001 -
18       FMI-000014; and H-31, June 2003 Report
19       FMI-NCCR Animal Welfare Program, Bates
20       FMI-000105 - FMI-000110, were marked
21       for identification.)
22          - - -
23 BY MR. DAVIS:
24     Q.   Dr. Hollingsworth, I'm going to
25 hand you what's been marked as Exhibits 30

87 (Pages 342 - 345)

Page 346

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 and 31, and ask you if Exhibits 30 and 31 are
3 reports similar to Exhibits 29 and 13 just
4 that come later chronologically?
5    A.   Yes.
6    Q.   Now, are Exhibits 29, 30, 31,
7 and 13 all documents that were created in the
8 normal course of FMI's business?
9    A.   Yes.
10   Q.   And they were created
11 contemporaneously with the dates that are
12 reflected on them?
13   A.   Yes.
14   Q.   And with what's being described
15 in those documents?
16   A.   Yes.
17   Q.   These have been maintained by
18 FMI in the ordinary course of FMI's business?
19   A.   Yes.
20        - - -
21        (Exhibits H-32, Status FMI-NCCR
22   Animal Welfare Guidelines Updated
23   October 2004, Bates FMI-000077 &
24   FMI-000078; H-33, Status FMI-NCCR
25   Animal Welfare Guidelines Updated

Page 347

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2   February 2005, Bates FMI-000075; H-34,
3   Status FMI-NCCR Animal Welfare
4   Guidelines Updated March 2007, Bates
5   FMI-000076; and H-35, Status FMI-NCCR
6   Animal Welfare Guidelines Updated May
7   2008, Bates FMI-004436, were marked
8   for identification.)
9        - - -
10 BY MR. DAVIS:
11   Q.   You could put those aside.
12        I'm going to hand you documents
13 that have been marked 32, 33, 34, 35.
14        MR. PATTON:  Can you tell us
15 which ones they are?
16        MR. BARNES:  I'm going to hand
17 you 32.
18        MR. PATTON:  June 2003 report,
19 is that --
20        MS. ANDERSON:  Is that 30?
21        MR. PATTON:  -- 30?  That's what
22 I'm asking.
23        MS. ANDERSON:  Was this 30 or
24 31?
25        MR. DAVIS:  I'll tell you the

Page 348

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      Bates numbers in one second.  30 would
3 have been FMI 1 through 14; and 31 was
4 starting with FMI 105.
5        MR. PATTON:  And 32 is 077?
6        MR. DAVIS:  32 is 077.  33 is
7 75.  34 is 76.  And 35 is 4436.
8        MS. ANDERSON:  Maybe you can
9 just read them, the Bates range of
10 each exhibit into the record.
11        MR. DAVIS:  These are all
12 one-page exhibits.
13        MS. ANDERSON:  What about the
14 stapled ones?  Read it in, please.
15        MR. DAVIS:  Going back,
16 Exhibit 30 is FMI 1 through 14.
17 Exhibit 31 starts with FMI 105.  I
18 don't have the end Bates numbers.
19        MS. ANDERSON:  It's 110.
20        MR. DAVIS:  105 to 110.
21 Exhibit 32 is FMI 77.  Exhibit 33 is
22 FMI 75.
23        MS. ANDERSON:  Exhibit 32 is 77
24 through 78.  Right?
25        MS. SUMNER:  Yes.

Page 349

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2        MR. DAVIS:  77 through 78, yes.
3        Exhibit 33 is FMI 75.
4 Exhibit 34 is FMI 76.  And Exhibit 35
5 is FMI 4436.
6 BY MR. DAVIS:
7    Q.   Dr. Hollingsworth, do you
8 recognize Exhibits 32 through 35?
9    A.   Yes, I do.
10   Q.   What are these documents?
11   A.   These were status reports that
12 indicated where we were in the process for
13 each of the organizations' guidelines on
14 endorsing them or acknowledging that they, in
15 fact, had met the best practices as per our
16 expert advisors.
17   Q.   Were these documents created by
18 FMI in the normal course of its business
19 activities?
20   A.   Yes, they were.
21   Q.   And were these maintained by
22 FMI in the ordinary course of business?
23        MR. WILDERS:  Objection.  Lack
24 of foundation.
25        THE WITNESS:  Yes.

88 (Pages 346 - 349)

Page 350

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 BY MR. DAVIS:
3      Q.   Were these documents created by
4 FMI contemporaneously with the dates that are
5 reflected on them?
6      A.   Yes, they were.
7      Q.   If you turn to Exhibit 34.
8      A.   Yes.
9      Q.   Does Exhibit 34 demonstrate
10 that as of March 2007 there were no points of
11 difference from the UEP guidelines?
12     A.   Yes, that is what it says.
13     Q.   You can put those aside.
14          Dr. Hollingsworth, I'll show
15 you what's been marked as Exhibit 36.  It
16 bear Bates range UE0178561 through 62.
17               - - -
18          (Exhibit H-36, 12/11/01 Letter,
19          Bates UE0178561 & UE0178562, was
20          marked for identification.)
21               - - -
22 BY MR. DAVIS:
23     Q.   Is Exhibit AA a letter from Bob
24 Krouse and Al Pope to FMI?
25     A.   Yes.

Page 351

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2          MR. WILDERS:  I assume you're
3 waiving the confidential designation?
4          MR. PATTON:  Exhibit AA?
5          MR. DAVIS:  Exhibit 36, excuse
6 me.
7 BY MR. DAVIS:
8      Q.   Was this letter received by FMI
9 from UEP?
10     A.   I don't know, but it says here
11 it was addressed to Karen Brown.
12     Q.   Do you have any reason to think
13 that it was not?
14          MR. PATTON:  Object.  Calls for
15 speculation.
16          THE WITNESS:  I have no reason
17 to think that it was not sent.  I
18 believe it was.
19 BY MR. DAVIS:
20     Q.   If you look at the first
21 heading under where it says "Phase-in."
22     A.   I'm sorry, under where?
23     Q.   Under "Phase-in," it says, "a
24 'Fast Track' revised implementation program
25 reduces the originally Proposed Phase-in by

Page 352

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 approximately 50%."
3      Q.   Do you see that?
4      A.   Yes, I do.
5      Q.   Do you recall UEP reducing
6 their proposed phase-in for cage space
7 requirements by approximately 50 percent?
8      A.   In our discussions with them in
9 their guidelines, they originally proposed
10 ten years to increase cage space, and they
11 came back with a proposal to make changes in
12 five years.
13     Q.   Was that in response to a
14 concern expressed by FMI?
15     A.   It was a concern expressed by
16 the expert groups.  The expert advisors.
17     Q.   By FMI's expert advisors?
18     A.   Yes.
19     Q.   So if you'll turn now back to
20 Exhibit 9.  On the top of the Exhibit 9 in a
21 box there, it says, "It is critically
22 important that FMI endorse UEP's animal
23 welfare guidelines in order to meet the
24 proposed schedule of implementation.  Time is
25 of the essence."

Page 353

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2          Do you see that?
3      A.   Yes.
4      Q.   Is the proposed schedule of
5 implementation the cage space phase-in that
6 FMI -- that was referenced earlier?
7          MR. PATTON:  Object to the form.
8 No foundation.
9          MR. WILDERS:  Calls for
10 speculation.
11          THE WITNESS:  That would not be
12 my understanding.
13 BY MR. DAVIS:
14     Q.   That's not your understanding?
15     A.   That is not my understanding of
16 what they meant here.
17     Q.   What's your understanding of
18 what the proposed schedule of implementation
19 was here?
20          MR. PATTON:  No foundation.
21          THE WITNESS:  I don't know what
22 specific they were talking about
23 implementation, but they do not say
24 anything here about the change in the
25 cage space.

89 (Pages 350 - 353)

Page 354

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 BY MR. DAVIS:
3      Q.    So do you know what's being
4 referred to in that sentence?
5           MR. PATTON:  In which exhibit?
6           MR. DAVIS:  On Exhibit 9, the
7 sentence that I just read.
8           THE WITNESS:  No, I don't.
9 BY MR. DAVIS:
10     Q.    Put that aside.
11           If you turn back to Exhibit 24,
12 it's the article that you and Ms. Brown
13 wrote.
14     A.    Yes.
15     Q.    On page 658, under
16 "Verification programme" you write, "The FMI
17 and the NCCR members requested that the two
18 organizations develop a voluntary,
19 independent verification programme based on
20 third-party audits."
21           Do you see that?
22     A.    No.  Is it in the first
23 paragraph under verification?
24     Q.    It is.  It starts with the
25 second sentence.

Page 355

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2      A.    Yes, I see it.  I'm sorry.
3      Q.    Is that accurate, did FMI and
4 NCCR members request that their organizations
5 develop verification programs based on
6 third-party audits?
7      A.    Yes, in discussions with them,
8 they brought that up as a concern that they
9 had and asked us to look at it.
10     Q.    And is there an audit component
11 to the FMI animal welfare guidelines?
12     A.    Again, there are not FMI
13 guidelines, animal welfare guidelines, these
14 were the commodity group guidelines.  But FMI
15 and NCCR did proceed with developing an audit
16 program.
17     Q.    And initially who did FMI and
18 its members believe should run that audit
19 program?
20           MR. WILDERS:  Objection.  Calls
21 for speculation.
22           THE WITNESS:  There were several
23 ideas proposed for how such a program
24 might be implemented, but because
25 neither FMI nor NCCR themselves have

Page 356

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2      auditing capability, in all cases it
3      was to look out to some third party.
4 BY MR. DAVIS:
5      Q.    And how was it that that audit
6 was developed?
7      A.    The audits that we eventually
8 used were developed by using an outside
9 company, a third party who were given the
10 guidance, the guidelines, and then asked to
11 turn that guideline into essentially a
12 checklist.
13     Q.    I'll hand you what's been
14 marked as Exhibit 37.
15           - - -
16           (Exhibit H-37, Comparison of
17           Audit Tools (Revised 1/7/2002), Bates
18           FMI-001363 - FMI-001377, was marked
19           for identification.)
20           - - -
21 BY MR. DAVIS:
22     Q.    Do you recognize Exhibit 37?
23     A.    Yes, I do.
24     Q.    What is this document?
25     A.    This was a document looking and

Page 357

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 making a comparison between the audit tools,
3 they're called tools, it's an audit process
4 and form that was used by United Egg
5 Producers versus the one that FMI and NCCR
6 had developed by an outside firm called SES.
7      Q.    Did FMI prepare this document?
8      A.    No, they did not.
9      Q.    Who prepared this document?
10     A.    I believe it was done by SES.
11     Q.    If you turn to page 3 under
12 "HOUSING and SPACE ALLOWANCE."
13     A.    Yes.
14     Q.    And then the paragraph that
15 starts, "This set of questions...," do you
16 see that?
17     A.    Yes.
18     Q.    The third sentence says, "In
19 the NCCR/FMI audit, these questions are
20 considered to be critical and therefore
21 assigned the highest point values in the
22 audit."
23           Do you see that?
24     A.    Yes.
25     Q.    Is that related to the housing

90 (Pages 354 - 357)

Page 358

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 and space allowance provisions that are
2 referenced above?
3     A.    That's what it's referring to.
4     Q.    Is that accurate, were those
5 questions considered critical and, therefore,
6 assigned the highest point values in the
7 audit?
8     A.    This is explaining what was
9 currently at that time in the audit.  They
10 were given a high point value within the
11 audits for both the audit that SES had
12 developed and also in the UEP audit.
13     Q.    Is it that they were given high
14 point values because they were considered to
15 be critical?
16         MR. PATTON:  Object to the form.
17         MR. WILDERS:  Asked and
18 answered.
19         THE WITNESS:  That is the
20 assessment that SES provided to us.
21 BY MR. DAVIS:
22     Q.    Does FMI agree with that
23 assessment?
24     A.    We believe that, yeah.  I would

Page 359

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 say that in this case we believe that housing
2 and space allowance was one of the key
3 components of an animal welfare guideline
4 and, therefore, they had to be measured and
5 assigned a point value.
6     Q.    But it says that that's why it
7 was assigned the highest point values in the
8 audit.  Do you agree with that statement?
9         MR. WILDERS:  Objection.  Asked
10 and answered.
11         THE WITNESS:  I'm not sure if
12 they were the highest, but if it means
13 here that there -- I believe in the
14 audit there were categories of points
15 like one, two and three.  There may
16 have been multiple issues that rated
17 three.  But they were saying this is
18 among the highest point values.
19 BY MR. DAVIS:
20     Q.    Who developed the point values,
21 was it FMI?
22     A.    SES.
23     Q.    SES came up with its own point
24 values?

Page 360

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1     A.    They came up with point values
2 based on input from the experts and what was
3 in the guidance document.
4     Q.    Did FMI approve of those point
5 values?
6         MR. WILDERS:  Objection.  Vague
7 and ambiguous.
8         THE WITNESS:  I don't know.
9 BY MR. DAVIS:
10     Q.    And SES, according to the
11 feedback that they got, believed that
12 questions regarding space allowance were
13 considered to be critical and they,
14 therefore, assigned them the highest point
15 values in the audit.  Is that accurate?
16         MR. PATTON:  Objection.  Asked
17 and answered.
18         MR. WILDERS:  Calls for
19 speculation.
20         THE WITNESS:  That is what SES
21 says here.
22 BY MR. DAVIS:
23     Q.    Do you know if that's accurate?
24         MR. GREEN:  Object to the form

Page 361

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 of the question.
2         THE WITNESS:  That is what SES
3 said, so I have to believe that is
4 what SES says they have done.
5 BY MR. DAVIS:
6     Q.    I'll show you what's been
7 marked as Exhibit 38.
8                 - - -
9         (Exhibit H-38, Welfare best
10 practices emerge article, was marked
11 for identification.)
12                 - - -
13 BY MR. DAVIS:
14     Q.    Dr. Hollingsworth, do you
15 recognize this document?
16     A.    I do.
17     Q.    What is this document?
18     A.    This was an article based on an
19 interview I did with Feedstuffs Magazine.
20     Q.    Do you see down at the very
21 bottom of column one --
22     A.    Yes.
23     Q.    -- this quotes you as saying,
24 "'We're often used as a catalyst to bring

91 (Pages 358 - 361)

Page 362

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 about some kind of change in the food
3 industry.'"
4     Do you see that?
5     A.   Yes.
6     Q.   Is that an accurate quote?
7     A.   Yes, it is.
8     Q.   Is it accurate to say that FMI
9 acted as a catalyst for bringing about
10 changes in animal welfare?
11     MR. WILDERS:  Objection.  Lacks
12     foundation.  Calls for speculation.
13     THE WITNESS:  I believe that
14     that was one of the things that we
15     felt we could accomplish working
16     jointly with the industry.
17 BY MR. DAVIS:
18     Q.   That would include animal
19 welfare for egg laying hens?
20     A.   Yes.
21     Q.   You go on to talk about focus
22 groups that FMI conducted with consumers in
23 2001?
24     A.   Yes.
25     Q.   You say that consumers

Page 363

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 "'expected retail stores to get involved in
3 this issue.'"
4     Is that accurate?
5     A.   What we said here was that we
6 conducted the focus group to determine if
7 consumers thought we should.
8     Q.   What were the results of that
9 finding?
10     A.   The consumers did not directly
11 relate retail food stores and live animals
12 and animal welfare issues.
13     Q.   Well, you say in the paragraph,
14 it's the one, two, third full paragraph in
15 the second column, it starts with "They also
16 told..."
17     Do you see that?
18     A.   Yes.
19     Q.   You say that consumers
20 "expected retail stores to get involved in
21 this issue"?
22     MR. PATTON:  Object.  You only
23     read part of the quote.
24 BY MR. DAVIS:
25     Q.   Do you see that?

Page 364

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2     A.   Yes, I do.
3     Q.   Is that accurate?
4     MR. WILDERS:  Objection.  Vague
5     and ambiguous.
6 BY MR. DAVIS:
7     Q.   Did consumers "expect retail
8 stores to get involved in this issue"?
9     A.   The consumer groups told us
10 that if they were aware that a retail store
11 had information about animal abuse and did
12 nothing, that they would find that a problem
13 for them.  And they wanted the stores to be
14 knowledgeable about where food came from.
15     Q.   So is that an accurate quote?
16     A.   This quote, this sentence
17 "expected retail stores to get involved in
18 this issue" would be a correct quote.
19     Q.   Does it reflect your view that
20 consumers expected retail stores to become
21 involved with animal welfare issues?
22     MR. PATTON:  Object to the form.
23     Asked and answered.
24     MR. WILDERS:  Mischaracterizes
25     the testimony.

Page 365

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2     THE WITNESS:  We have a copy of
3     the complete report, and this is just
4     a quote, you know, several words that
5     are quoted as part of a statement.  So
6     I think in context, you would have to
7     look at the summary report from the
8     consumer group survey.  But as it is
9     used here, it is correct in the sense
10     that in that report it said that
11     retail stores were expected by their
12     consumers to be knowledgeable and
13     aware of animal welfare issues.
14 BY MR. DAVIS:
15     Q.   Toward the end of the article,
16 it says, "So far, FMI and NCCR..."  Do you
17 see that?  It's under the pictures of the
18 pigs.
19     A.   Yes.
20     Q.   It says, "...FMI and NCCR have
21 endorsed the animal care guidelines developed
22 by...," and it lists a number of entities
23 including United Egg Producers?
24     A.   Yes.
25     Q.   So is it accurate that FMI and

92 (Pages 362 - 365)

Page 366

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 NCCR endorsed the animal welfare guidelines
2 developed by United Egg Producers?
3     A.    I would have to actually look
4 at the dates and the dates of the status
5 reports. What I want to be careful is that
6 there were programs that were endorsed with
7 differences. And depending on the date of
8 this article and the date of the status
9 reports, I can't confirm just looking at this
10 if that was with or without the differences,
11 if they had been resolved at that time or
12 not.
13     Q.    So they endorsed, FMI endorsed
14 the UEP guidelines, and at some point
15 endorsed them without any identified
16 differences?
17     A.    Yes.
18     Q.    The last paragraph, "We are
19 given a lot of credit for actually bringing
20 about some of most sweeping changes in animal
21 welfare that, in the past, were talked about
22 but never really happened until recently."
23     Do you see that?
24     A.    Yes.

Page 367

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1     Q.    Would that include animal
2 welfare guidelines?
3     A.    That would.
4     Q.    Including the UEP Animal
5 Welfare Guidelines?
6     A.    I think the concept of sweeping
7 changes in animal welfare was the entire
8 approach that we took and that we were able
9 to, with our experts, identify best practices
10 that were not currently considered best
11 practices and now were as a result of the
12 work that we had done.
13     Q.    You can put that down.
14     MR. DAVIS: Can we go off the
15 record for one minute?
16     VIDEOGRAPHER:  Going off the
17 record. The time is 4:46.
18     - - -
19     (A recess was taken from 4:46
20 p.m. to 5:01 p.m.)
21     - - -
22     VIDEOGRAPHER:  We are back on
23 the video record. The start of disc
24 number three. The time is -- I'm

Page 368

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1     sorry, disc number five. The time is
2     5:01.
3 BY MR. DAVIS:
4     Q.    Dr. Hollingsworth, you
5 testified earlier that FMI did not think it
6 was appropriate to endorse any producers'
7 certification program. Is that right?
8     A.    That is correct.
9     Q.    Why was that?
10     A.    Because our goal was to
11 strictly have science-based guidelines. We
12 did not feel that we wanted to pursue any
13 kind of certification because the program was
14 voluntary, and we didn't want to imply that
15 there was somehow our direct oversight of
16 these guidelines. They were not our
17 guidelines. They were endorsed by us, but
18 they were not ours and, therefore, we felt we
19 weren't going to certify producers that were
20 using them.
21     Q.    That was true across the board,
22 that wasn't specific to UEP. Correct?
23     A.    That's correct.
24     Q.    If you'll turn back to your

Page 369

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 article, Exhibit 24 on page 656, at the
2 bottom of the first column, literally the
3 last word, "The" and then continuing on to
4 the next column. "The purpose of these
5 consumer groups...," and this is referring to
6 the consumer focus groups. Is that right?
7     A.    Yes.
8     Q.    "The purpose of these consumer
9 groups is to informally probe what consumers
10 thought the role of the supermarket should be
11 regarding animal welfare." Is that accurate?
12     A.    Yes.
13     Q.    "The unpublished results of the
14 focus groups were that consumers want to be
15 sure animals in food production are treated
16 humanely."
17     Is that accurate?
18     A.    Yes.
19     Q.    So is that what the findings of
20 the consumer focus groups were, was that
21 consumers wanted to be sure animals in food
22 production are treated humanely?
23     A.    I believe that's a correct
24 statement.

93 (Pages 366 - 369)

Page 370

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2   Q.   So you testified earlier, you
3 were shown Exhibit 4 which was the results of
4 these focus groups.  Do you recall your
5 testimony about that document?
6   A.   Yes.
7   Q.   And you testified that in light
8 of receiving that document, FMI asked its
9 members how they wanted to proceed.  Is that
10 accurate?
11      MR. PATTON:  Objection to the
12   form.  Misstates prior testimony.
13      MR. WILDERS:  Objection.
14      THE WITNESS:  In response to
15   this, we asked our members did they
16   want us to continue with the pursuit
17   of an animal welfare program as we had
18   already outlined it to them.
19 BY MR. DAVIS:
20   Q.   How did your members respond to
21 that question?
22   A.   They said, yes, they wanted us
23 to continue to look at animal welfare as an
24 issue.
25   Q.   In response to the focus groups

Page 371

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 that FMI commissioned, your members asked
3 that FMI continue to look into animal
4 welfare?
5   A.   That was one of the factors.
6 Remember, originally we had talked about that
7 members had received letters from PETA, they
8 were aware of what was happening to other
9 industry sectors.  They were also just
10 monitoring the media.  All of those factors
11 contributed to their interest in having an
12 animal welfare program.  The consumer focus
13 group was one component that was added to
14 those others where they then said, yes, we
15 want to continue with this.  But this was not
16 the only reason they wanted to do it.
17   Q.   It was one of the reasons?
18   A.   It was one of the reasons.
19   Q.   I'm going to show you what's
20 been marked as Exhibit 39.
21      - - -
22      (Exhibit H-39, 8/16/02 Fax,
23   Bates FMI-001066 - FMI-001077, was
24   marked for identification.)
25      - - -

Page 372

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 BY MR. DAVIS:
3   Q.   Dr. Hollingsworth, do you
4 recognize Exhibit 39?
5   A.   Yes, in general.  I'd have to
6 read it.  But it is a document from Karen
7 Brown with an animal welfare update attached.
8   Q.   Does this reflect that on
9 August 16, 2002, Ms. Brown sent to FMI
10 members a document called an Animal Welfare
11 Update?
12   A.   Yes.
13   Q.   These are, in fact, eight FMI
14 members listed as recipients of this fax, are
15 they not?
16   A.   Yes.
17   Q.   In the paragraph under the
18 heading "United Egg Producers," Ms. Brown
19 writes that "UEP has requested we communicate
20 to our members how important it is for
21 retailers voluntarily supporting the FMI
22 animal welfare guidelines for egg layers to
23 make sure their egg buyers let their egg
24 suppliers know they want confirmation their
25 suppliers are following UEP guidelines."

Page 373

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2      Is that accurate?
3   A.   Yes, what you read is what it
4 says here.
5   Q.   So did Ms. Brown inform FMI
6 members of UEP's request that FMI communicate
7 to its members the importance that UEP saw in
8 the retailers voluntarily supporting the FMI
9 animal welfare guidelines?
10   A.   To my knowledge, only in this
11 document.  It was not a broad-based
12 announcement to the entire membership.
13   Q.   This is an example of FMI
14 communicating UEP's desire, is it not?
15      MR. WILDERS:  Objection.  Asked
16   and answered.  Misstates her
17   testimony.
18      THE WITNESS:  It is Karen Brown
19   explaining to the members what UEP has
20   requested.
21 BY MR. DAVIS:
22   Q.   Which is that FMI communicate
23 to its members how important it is for
24 retailers to adopt the animal welfare
25 guidelines.  Right.

94 (Pages 370 - 373)

Page 374

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2      MR. WILDERS: Objection.
3      THE WITNESS: That was UEP's
4   request.
5 BY MR. DAVIS:
6    Q.    Here FMI, specifically Karen
7 Brown, is relaying that request to certain
8 FMI members. Right?
9    A.    Yes, she is letting them know
10 what UEP's request was.
11   Q.    So it's not just FMI that was
12 aware of this request by UEP but a number of
13 its members. Right?
14      MR. WILDERS: Objection. Vague
15   and ambiguous. Misstates the document
16   and the testimony.
17      COURT REPORTER: I can't hear
18   you.
19      MR. DAVIS: Are you done
20   talking?
21 BY MR. DAVIS:
22   Q.    Go ahead, Ms. Hollingsworth.
23   A.    It is Karen Brown sharing with
24 this group the request that UEP had made of
25 FMI.

Page 375

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2    Q.    So these eight FMI members were
3 aware of UEP's request as of August 16, 2002.
4 Right?
5    A.    Yes.
6    Q.    These members include, for
7 example, Winn-Dixie. Correct?
8    A.    Yes.
9    Q.    And Albertsons?
10      MR. RANDALL: Objection to form.
11      THE WITNESS: Yes.
12 BY MR. DAVIS:
13   Q.    And Safeway?
14      MR. RANDALL: Objection to form.
15      THE WITNESS: Yes, these
16   individuals with these companies were
17   aware of that.
18 BY MR. DAVIS:
19   Q.    And Kroger?
20   A.    Yes.
21   Q.    And Giant Foods?
22   A.    Yes.
23   Q.    Individuals within those
24 companies were all aware of UEP's request
25 of August 16, 2002. Correct?

Page 376

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2    A.    Yes.
3    Q.    Put that aside. I'll show you
4 what's been marked Exhibit 40. Actually give
5 me one second.
6      Does FMI today continue to
7 support UEP's Animal Welfare Guidelines?
8      MR. PATTON: Objection. Outside
9   of the scope of discovery. Outside
10   the scope of discovery. The discovery
11   cutoff is 2008. He's asking
12   questions about 2000 --
13      MR. BARNES: I understand. Are
14   you saying -- on behalf of the DAP,
15   are you saying you are not going to
16   request discovery from any defendant
17   post 2008? Is that your position?
18      MR. PATTON: Our position is we
19   have to work that out. His question
20   are of FMI and they're in a case
21   right now --
22      MR. DAVIS: Your objection is
23   noted. The question stands.
24      THE WITNESS: Yes, they do.
25 BY MR. DAVIS:

Page 377

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2    Q.    FMI continues to support the
3 UEP guidelines?
4    A.    Yes.
5    Q.    Why is that?
6    A.    Because they are included in
7 the process of being reviewed by our experts
8 and they meet the best practices as expressed
9 by our experts.
10   Q.    Has any FMI member expressed a
11 desire that FMI no longer endorse the UEP
12 Certified Guidelines?
13      MR. PATTON: Object to the form.
14   Mischaracterizes the testimony.
15      THE WITNESS: Not that I know
16   of, no.
17 BY MR. DAVIS:
18   Q.    I'll show you what's been
19 marked as Exhibit 40.
20      - - -
21   (Exhibit H-40, UEP Certified
22   Gets High Marks From Food Marketing
23   Institute article, was marked for
24   identification.)
25      - - -

95 (Pages 374 - 377)

Page 378

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 BY MR. DAVIS:
3    Q.    Dr. Hollingsworth, do you
4 recognize Exhibit 40?
5    A.    No, I don't.
6    Q.    Have you ever read this press
7 release before, or this article before I
8 should say?
9        MR. PATTON:  Same objection.
10 Outside the scope of discovery.
11       MR. WILDERS:  Also asked and
12 answered.
13       THE WITNESS:  No, I don't recall
14 reading this.
15 BY MR. DAVIS:
16    Q.    The first line in the document
17 states that "United Egg Producers...Certified
18 program recently received one of the highest
19 evaluations from the Food Marketing
20 Institute...animal welfare advisory committee
21 for its role in ensuring the proper care of
22 egg-laying hens nationwide."
23        Did I read that correctly?
24    A.    That is what it says.
25    Q.    Is that an accurate statement?

Page 379

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    A.    To my knowledge, it was
3 recognition of the United Egg Producers'
4 guidelines.
5    Q.    And did the guidelines receive
6 one of the highest evaluations from FMI's
7 Animal Welfare Advisory Committee?
8    A.    I don't know.
9    Q.    You don't know if that's
10 accurate or not?
11    A.    I don't know if that's
12 accurate.
13    Q.    Has FMI's Animal Welfare
14 Advisory existed through today?
15    A.    The Welfare Advisory Committee
16 does still exist, yes.
17    Q.    Do you know if the Welfare
18 Advisory Committee evaluated producer
19 guidelines as of May 30, 2013?
20       MR. WILDERS:  Object to the
21 form.
22       THE WITNESS:  Reviewing
23 guidelines has been an ongoing
24 process, but I don't know the exact
25 dates when that was done.

Page 380

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 BY MR. DAVIS:
3    Q.    Do you have any reason to think
4 that this is inaccurate?
5    A.    I do have a question about the
6 certified program being included here.
7    Q.    If this were to refer only to
8 the guidelines, would you have any reason to
9 think it's inaccurate?
10       MR. WILDERS:  Calls for
11 speculation.  Hypothetical.
12       MR. PATTON:  Objection.
13       THE WITNESS:  I don't know that
14 the Advisory Committee has done any
15 kind of evaluation with a high or low
16 evaluation process.  I'm not aware of
17 that.
18 BY MR. DAVIS:
19    Q.    Is that within -- something
20 that's within the knowledge of FMI?
21    A.    I don't know.
22    Q.    You don't know if anyone at FMI
23 knows what FMI's Animal Welfare Advisory
24 Committee has done?
25       MR. PATTON:  Object to the form.

Page 381

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2       THE WITNESS:  With regard to
3 this, I would have to say I'm not
4 aware.
5 BY MR. DAVIS:
6    Q.    But someone at FMI would know
7 that.  Right?
8    A.    I can't say that for sure.  I
9 don't know.
10       MR. DAVIS:  Go off the record.
11       VIDEOGRAPHER:  Going off the
12 record.  The time is 5:13.
13           - - -
14       (A recess was taken from 5:13
15 p.m. to 5:15 p.m.)
16           - - -
17       VIDEOGRAPHER:  We are back on
18 the video record.  The time is 5:15.
19       MR. DAVIS:  Dr. Hollingsworth,
20 that's all the questions I have for
21 you.  Mr. Barnes is going to have some
22 additional questions for you.
23       THE WITNESS:  Thank you.
24
25

96 (Pages 378 - 381)

Page 382

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2         - - -
3           EXAMINATION
4         - - -
5 BY MR. BARNES:
6    Q.   Dr. Hollingsworth, we met
7 briefly when you attended the deposition this
8 morning. My name is Don Barnes. I represent
9 Rose Acre Farms. I just have a few questions
10 for you. I know it's late in the day and
11 I'll try to be as brief as possible.
12    A.   All right.
13    Q.   What is an FMI dailyLead,
14 L-E-A-D, do you know what that is?
15    A.   The FMI dailyLead is a news
16 service that our trade association uses from
17 an outside company that provides highlights
18 of news stories that might be of interest to
19 our members.
20    Q.   You just mentioned it might
21 be -- these news stories might be of interest
22 to your members. Can I assume that that
23 document, the dailyLead, is circulated to
24 your membership?
25    A.   It's a voluntary sign up.

Page 383

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    Q.   Can any non-members sign up?
3    A.   I believe they can.
4    Q.   So I could sign up and get a
5 dailyLead, if I wanted to?
6    A.   I believe so.
7    Q.   Thank you.
8        You testified earlier about the
9 structure of FMI and about membership, how
10 member dues are calculated. Do you recall
11 generally that testimony?
12    A.   Yes, I do.
13    Q.   I believe you testified that
14 member dues are calculated based upon sales?
15    A.   Volume, yes. Sales volume,
16 yes.
17    Q.   Do you know who currently among
18 the FMI membership has the largest sales
19 volume?
20    A.   I believe that would be
21 Wal-Mart.
22    Q.   Who is number two?
23    A.   I don't know exactly.
24    Q.   Who is number -- would it be
25 Kroger?

Page 384

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    A.   I don't know the exact because
3 it changes from time to time based on a
4 company's sales or acquisitions. I provided
5 some of those companies that were among the
6 top and largest companies, but I don't know
7 their exact order.
8    Q.   You mentioned, I believe,
9 Wal-Mart, Safeway, Kroger and SuperValu.
10    A.   I believe those are the ones I
11 mentioned, yes.
12    Q.   Off the top of your head, do
13 you have any recollection of the approximate
14 volume of sales of any of those companies?
15    A.   I do not.
16    Q.   Do you have an idea of the
17 largest amount of dues any member pays to
18 FMI?
19    A.   I do not. It has changed over
20 time and I do not know what that is right
21 now.
22    Q.   Can you give me a ballpark?
23        MR. PATTON: Objection.
24        THE WITNESS: I don't know.
25 BY MR. BARNES:

Page 385

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    Q.   Is it more than a million
3 dollars?
4        MR. PATTON: Objection.
5 Foundation. Outside the scope.
6        THE WITNESS: I don't know.
7 BY MR. BARNES:
8    Q.   You have no idea what your
9 largest member pays to the organization in
10 dues?
11        MR. WILDERS: Objection.
12 Argumentative.
13        THE WITNESS: I do not.
14 BY MR. BARNES:
15    Q.   Now, Mr. Patton asked you about
16 a lawsuit that certain egg producers had
17 filed against some of your members. Do you
18 recall generally that testimony?
19    A.   Yes.
20    Q.   Now, before that lawsuit was
21 filed, are you aware that a number of your
22 members had filed a lawsuit against United
23 Egg Producers and some of its egg farmer
24 members?
25    A.   Yes, I'm aware of that.

97 (Pages 382 - 385)

Page 386

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      Q.   How did you become aware of
3  that?
4      A.   I was asked if I could be
5  available for a deposition and that it
6  involved a lawsuit whereby there were
7  retailers who were the plaintiffs and
8  producers who were the defendants.
9      Q.   When were you given that
10 advice?
11     A.   I believe it was when -- I
12 don't remember the exact day.  It was when I
13 was first asked if I could be made available
14 to provide such information.  It is -- I
15 don't remember the day.
16     Q.   Are you aware that Mr. Patton
17 represents six of your largest members in a
18 lawsuit against UEP and my client?
19         MR. PATTON:  Object to the form
20 of the question.
21         THE WITNESS:  I know he
22 represents the plaintiffs or some of
23 the plaintiffs.  I don't know which
24 ones.
25 BY MR. BARNES:

Page 387

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      Q.   Do you know he represents
3  Kroger?
4      A.   I would not know that
5  specifically, no.
6      Q.   But you know he represents some
7  of your members --
8      A.   Yes.
9      Q.   -- in a lawsuit against my
10 client?
11     A.   I believe the lawsuit was
12 against UEP.  I don't know if it was specific
13 producers.
14     Q.   You testified earlier about
15 animal extremist -- or pardon me, I believe
16 your words were extremist animal rights
17 groups.  Do you recall generally that
18 testimony?
19     A.   Yes.
20     Q.   And I believe one of those
21 groups was identified as the Animal
22 Liberation Front.  Do you recall that?
23     A.   Yes.
24     Q.   Did FMI keep track of the
25 activities of these extremists animal rights

Page 388

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  groups?
3      A.   Not as a specific function of
4  FMI, but our communications media department
5  does monitor the news media and information
6  that is publicly available about such groups
7  and their activities.
8      Q.   From time to time, did any of
9  your members report to FMI about activities
10 taken against them by some of these extremist
11 animal rights groups?
12     A.   FMI members did notify us if
13 they, for example, received a letter from an
14 organization demanding certain changes to
15 their procedures or practices, and FMI
16 members would notify us if they wanted to
17 make us aware, for example, if there was a
18 protest or an expected protest in front of
19 one of their stores.
20     Q.   Did they ever report any
21 criminal activity by any of these extremist
22 animal rights groups against them?
23     A.   Not that I'm aware of.
24     Q.   Would you, please, take a look
25 at Exhibit 2 which has previously been

Page 389

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  marked.  I want to direct your attention
3  specifically, Dr. Hollingsworth, to the third
4  page of the Bates number on the bottom is
5  FMI-001156.  Do you see that page?
6      A.   Yes, I do.
7      Q.   According to this page, FMI
8  categorized some of the extremist animal
9  rights groups into three categories, radical,
10 moderate, and passive.  Do you see that?
11     A.   Yes.
12         MR. PATTON:  Object to the form.
13 BY MR. BARNES:
14     Q.   This is an FMI document.
15 Correct?
16     A.   That's my understanding, yes,
17 it is.
18     Q.   Now, looking under the
19 "RADICAL" column, if you would, please, do
20 you see the Animal Liberation Front listed
21 under that column?
22     A.   Yes, I do.
23     Q.   Now, FMI also provided a
24 definition of the extremist groups listed as
25 radical.  Is that correct?

98 (Pages 386 - 389)

Page 390

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2  A.  Yes, they did.

3  Q.  What's the definition that FMI

4  provided for these extremist animal rights

5  groups?

6  A.  It would -- the definition

7  says, "criminal acts & destruction of

8  property."

9  Q.  Thank you, Dr. Hollingsworth,

10  I'm through with that document.

11  Let me -- you previously

12  testified that Associated Wholesale Grocers

13  was a member of FMI, I believe the question

14  was 2000 to the present.  Is that correct?

15  A.  Yes.

16  Q.  Do you know an individual named

17  Douglas Carolan?

18  A.  Doesn't ring a bell.

19  Q.  How about Gary Phillips?

20  A.  I know that name.

21  Q.  Who was Gary Phillips?

22  A.  I believe -- I'm trying to

23  think of in what context I know Gary

24  Phillips.  I know he was a member, but I

25  can't remember in what capacity.

Page 391

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2  Q.  Do you recall whether he had

3  previously been on the Board of Directors?

4  A.  I wouldn't know that off the

5  top of my head.

6  Q.  That I assume would be in the

7  documents that you produced?

8  A.  Yes.

9  MR. BARNES:  Let's mark as our

10  next exhibit, whatever number it is.

11  MR. GREEN:  41.

12  - - -

13  (Exhibit H-41, Food Marketing

14  Institute Officers and Directors,

15  Bates FMI-000983, was marked for

16  identification.)

17  - - -

18  BY MR. BARNES:

19  Q.  Now, take a moment, please, Dr.

20  Hollingsworth, and take a look at what has

21  been marked as Exhibit 41, bears the

22  identification number FMI-000983.  What is

23  this document?

24  A.  This is a list of the officers

25  and directors of FMI's board dated 6 of 2000.

Page 392

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2  Q.  Would you look down on the

3  left-hand side column about ten names down.

4  There's a name Douglas Carolan, Associated

5  Wholesale Grocers, Inc., Kansas City.

6  Do you see that?

7  A.  Yes.

8  Q.  Does that at all refresh your

9  recollection as to whether Mr. Carolan was on

10  the board of FMI certainly back in this time

11  period?

12  A.  Yes, he was.  According to

13  this, he was.

14  Q.  By the way, is this type of

15  document, a document that FMI regularly

16  prepares and maintains as a business record?

17  A.  Yes.

18  MR. WILDERS:  Lacks foundation.

19  Outside the scope.

20  BY MR. BARNES:

21  Q.  Let me show you another one.

22  Exhibit 42.

23  - - -

24  (Exhibit H-42, Food Marketing

25  Institute Officers and Directors,

Page 393

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2  Bates FMI-000685, was marked for

3  identification.)

4  - - -

5  BY MR. BARNES:

6  Q.  Once again, if you would,

7  please, take a moment to look at Exhibit 42,

8  bears identification number FMI-000685.  And

9  in particular, Dr. Hollingsworth, the fourth

10  column from the left, the third name from the

11  bottom, do you see that?  Gary L. Phillips --

12  A.  Yes, I do.

13  Q.  -- Associated Wholesale

14  Grocers?

15  A.  Yes.

16  Q.  Does that refresh your

17  recollection that Mr. Phillips was a member

18  of your board back in 2001?

19  A.  Yes.

20  Q.  Now, if you look at the first

21  column, the third name down is J. Fred Ball.

22  Ball's Price Chopper & Hen House Markets,

23  Kansas City.  Do you see that?

24  A.  Yes.

25  Q.  I take it Mr. Ball was a member

99 (Pages 390 - 393)

Page 394

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 of your board at this time. Correct?
3    A.   Yes, he was.
4    Q.   Do you know if he had any
5 affiliation with Associated Wholesale
6 Grocers?
7    A.   I do not know.
8    Q.   Do you know if an organization
9 called Price Chopper had any association with
10 your member Associated Wholesale Grocers?
11    A.   I don't know.
12         MR. WILDERS:  Objection.  Vague.
13 BY MR. BARNES:
14    Q.   I've got a series of these, but
15 I'm not going to spend the time marking them.
16 You've already testified that they are
17 business records of FMI.  Correct?
18         MR. WILDERS:  Objection.  Lacks
19         foundation.  Outside the scope.
20 BY MR. BARNES:
21    Q.   That is correct, Dr.
22 Hollingsworth, they are business records?
23    A.   Yes.
24         MR. BARNES:  Let me mark as our
25    next exhibit, I think it's 43.

Page 395

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 BY MR. BARNES:
3    Q.   While she's marking that
4 exhibit, do you know an individual named
5 Jerry Garland?
6    A.   Again, the name is familiar,
7 but I cannot tell you in what context.
8    Q.   We're going to try to refresh
9 your recollection.  Would you, please, take a
10 look at what --
11            - - -
12         (Exhibit H-43, 5/5/09 FMI press
13    release, was marked for identification.)
14            - - -
15 BY MR. BARNES:
16    Q.   Dr. Hollingsworth, please take
17 a look at what has been marked as Exhibit 43.
18 It is a press release, it appears to be an
19 FMI press release, and I'll ask you if you
20 can identify that document?
21    A.   Yes.  It does appear to be an
22 FMI press release.
23    Q.   And it refers to -- the press
24 release says, "JERRY GARLAND ELECTED TO FMI
25 BOARD."

Page 396

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2         Do you see that?
3    A.   Yes.
4    Q.   And that was in May of 2009.
5 Is that correct?
6    A.   Correct.
7    Q.   Does that refresh your
8 recollection that in or about this period of
9 time Mr. Garland was elected to the FMI
10 Board?
11    A.   Yes.
12    Q.   Now, the first paragraph of
13 this exhibit says that Mr. Garland was also
14 president and CEO of Associated Wholesale
15 Grocers, Inc.  Do you see that?  The very
16 first paragraph.
17    A.   Yes.
18    Q.   Did you happen to know Mr.
19 Garland when he was at Kroger?
20    A.   No, I did not.
21    Q.   The document says that prior to
22 joining AWG, he worked for the Kroger company
23 for 24 years.  But you had no connection with
24 him during his Kroger tenure?
25         MR. WILDERS:  Asked and

Page 397

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    answered.
3         THE WITNESS:  I did not.
4 BY MR. BARNES:
5    Q.   You mentioned in your prior
6 testimony that some of your members, and
7 maybe many of your members, your larger
8 members, have subsidiaries.  Do you recall
9 that?
10    A.   Yes.
11    Q.   Are subsidiaries eligible for
12 their own membership in FMI?
13    A.   It depends on how the company
14 is structured.  Some of them are members as
15 separate members and independent.  Others are
16 just under the umbrella of a corporate
17 company that they belong to.
18    Q.   So if -- let's take a wild
19 example, Associated Wholesale Grocers, they
20 have their own membership.  Correct?
21    A.   Correct.
22    Q.   Now, assuming they have
23 subsidiaries or affiliated groups, and
24 assuming further that those affiliated groups
25 became members of FMI, wouldn't that give AWG

100 (Pages 394 - 397)

Page 398

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  a disproportionate voice in the governance of
3  FMI?
4      MR. WILDERS: Object to the
5  characterization of AWG members as
6  subsidiaries.
7  BY MR. BARNES:
8      Q.  Affiliates.
9      MR. WILDERS: Same objection.
10     THE WITNESS: I believe you're
11  comparing a wholesaler to a retailer,
12  and that would be different.
13  BY MR. BARNES:
14     Q.  Well, please explain that to
15  me, I didn't understand it.
16     A.  A retailer who may be receiving
17  products from a wholesaler is a separate
18  company.
19     Q.  Did you understand Associated
20  Wholesale Grocers to be a wholesaler?
21     A.  That would be my understanding
22  of their primary business.
23     Q.  Did you understand that
24  Associated Wholesale Grocers had members?
25     A.  I did not know they considered

Page 399

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  them members. I'm not sure that that's the
3  term that they use.
4      Q.  Without getting into legal
5  technicality, can we use affiliates as a
6  general descriptive term?
7      MR. GREEN: Objection.
8      MR. WILDERS: Objection. Vague
9  and ambiguous.
10  BY MR. BARNES:
11     Q.  How about they had -- they were
12  retailers to whom Associated Wholesale
13  Grocers sold product?
14     A.  That I would say is true.
15     Q.  Are any of them members of FMI?
16     A.  I would not specifically know
17  that.
18     Q.  How about generally?
19     A.  Generally one would assume that
20  a wholesale FMI member also has retail
21  members to whom they sell products.
22     Q.  Now, how would you calculate
23  the dues of a wholesaler such as AWG?
24     A.  I don't know that.
25     Q.  But, again, whatever they paid

Page 400

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  for dues would be in your company records?
3      A.  FMI has a formula for assessing
4  dues.
5      Q.  I mean, how does FMI
6  calculate AW -- I'm sorry, you're right.
7  They have a formula. Is it different for
8  wholesalers?
9      A.  I don't know.
10     Q.  I am almost done. One second.
11     Do you know that Associated
12  Wholesale Grocers, another one of your
13  members, is suing UEP and my client? Are you
14  aware of that?
15     A.  I did not know that.
16     Q.  Well, you'll get a chance to
17  meet AWG, your member's lawyer who is
18  representing AWG in that lawsuit in a few
19  minutes.
20     Are you aware, Dr. Hollingsworth,
21  that some of your members, independent of FMI,
22  on their own, came to UEP and worked with UEP
23  on the Animal Welfare Guidelines?
24     MR. PATTON: Object to the form
25  of the question.

Page 401

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2      MR. WILDERS: Assumes facts not
3  in evidence.
4      THE WITNESS: I am not aware of
5  that.
6  BY MR. BARNES:
7      Q.  Are you aware that any of your
8  members required AWG -- pardon me, let me
9  strike that. That was a terrible start.
10  Terrible start.
11     Are you aware that any of your
12  members required their eggs to come from
13  chickens who were raised according to the UEP
14  Animal Welfare Guidelines?
15     MR. PATTON: Object to the form.
16     MR. WILDERS: Assumes facts not
17  in evidence.
18     THE WITNESS: I am not aware of
19  any specific company that would have
20  made that decision. It was a
21  voluntary program for retailers to
22  make the decision if they wanted their
23  suppliers to use any of the guidelines
24  that we had supported.
25  BY MR. BARNES:

101 (Pages 398 - 401)

Page 402

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    Q.    And I understand that.  But are

3 you aware that any of your retailers actually

4 took that step?

5    A.    No, I don't know that.  We

6 didn't track that.  We have no list of that.

7 We didn't do that.

8         MR. BARNES:  Dr. Hollingsworth,

9 you've been exceedingly patient after

10 a long day, and I thank you for

11 spending this much time with us.  I

12 have no further questions at this

13 time.

14         VIDEOGRAPHER:  Going off the

15 record.  The time of 5:38.

16         - - -

17         (A recess was taken from

18 5:38 p.m. to 5:40 p.m.)

19         - - -

20         VIDEOGRAPHER:  Back on the video

21 record.  The time of 5:40.

22         - - -

23         EXAMINATION

24         - - -

25 BY MS. KANTOR:

Page 403

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    Q.    Good afternoon, Dr.

3 Hollingsworth.  My name is Elisa Kantor, and

4 I represent Daybreak Foods in this case.

5         Earlier you testified that

6 Winn-Dixie was a member of FMI sometime

7 between 2000 and the present.  Is that right?

8    A.    Continuously since 2000.

9    Q.    So do you know when Winn-Dixie

10 became a member?

11    A.    No.

12    Q.    I'd like to turn your attention

13 to Exhibit 26, please.

14    A.    I have it.

15    Q.    Earlier you testified that

16 people listed in the fax to line and cc line

17 on the top of the first page of this document

18 were -- had expressed interest in the Member

19 Advisory Committee regarding Animal Welfare

20 Guidelines review.  Is that right?

21    A.    Yes, their interest was in the

22 entire program that FMI was initiating and

23 managing on animal welfare.

24    Q.    You see that there are some

25 Safeway employees listed here.  Is that

Page 404

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 right?

3    A.    Yes.

4    Q.    So Brian Dowling is listed as

5 being involved in a committee?

6    A.    Yes.

7    Q.    And Debra Lambert is listed?

8    A.    Yes.

9    Q.    Susan Adams was involved in the

10 committee?

11    A.    Yes.

12    Q.    And Craig Bolton?

13    A.    I need to clarify.  The

14 committee was sort of a core committee, but a

15 lot of times the committee members would

16 involve other people from their company who

17 had an interest either for communications or

18 whatever reason, and so the cc'd list were

19 people who said please keep me involved and

20 in the loop on what's going on, what the

21 committee is doing.

22    Q.    I see.  So the people in the cc

23 line may not have asked to be informed of the

24 committee's efforts.  Is that right?

25    A.    No.  The people on the cc may

Page 405

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 not have been specific members of the

3 committee, but they asked to be kept informed

4 of the activities that we were performing.

5    Q.    I see.  So that would include

6 the Safeway employees listed on the cc line.

7 Is that right?

8    A.    Yes.

9    Q.    And Mickey Clerc from

10 Winn-Dixie is also listed on the fax to line

11 on this document.  Is that right?

12    A.    Yes.

13    Q.    Do you remember what Mickey

14 Clerc's role was in this committee?

15    A.    All the committee members

16 were -- there wasn't specific designated

17 roles or offices or anything of that nature.

18 It was an ad hoc committee that was put

19 together just to advise FMI on their process

20 for addressing animal welfare.

21    Q.    And you see -- sorry.  Strike

22 that.

23         Were any other Safeway

24 employees involved in FMI's animal welfare

25 efforts between 1999 and 2008 other than the

102 (Pages 402 - 405)

Page 406

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 individuals listed here?
3     A.    Between '99 and 2008?
4     Q.    Yes.
5     A.    I would assume that there
6 probably was.  I couldn't tell you off the
7 top of my head.  But there were changes in
8 companies.  People changed positions and
9 became involved.  So I would say it's
10 possible that there was, but I don't know
11 them.
12    Q.    You don't specifically recall
13 any other people?
14    A.    No.
15    Q.    How about for Winn-Dixie, were
16 any other Winn-Dixie employees involved in
17 FMI's animal welfare efforts between 1999 and
18 2008?
19    A.    I would say the same, it is
20 possible, but I couldn't identify any
21 specific individuals.
22    Q.    Dr. Hollingsworth, earlier you
23 testified that FMI has a board of directors.
24 Is that right?
25    A.    Correct.

Page 407

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.    And are you generally familiar
3 with the people who are on FMI's Board of
4 Directors between 1999 and 2008?
5     A.    Generally.  It's a very large
6 board and there is always a list available as
7 we've seen in these exhibits.
8     Q.    Picking up Exhibit 42, if you
9 could, do you see on the right-hand side of
10 the list of officers and directors, five
11 lines down that Allen Rowland is listed?
12    A.    Yes.
13    Q.    Was Allen Rowland from
14 Winn-Dixie stores a member of the FMI Board
15 of Directors during the 2001 period?
16    A.    Yes.
17    Q.    Was Peter Lynch ever a member
18 of the FMI Board of Directors?
19    A.    Again, I would not say that
20 without being able to verify it in writing.
21        MS. KANTOR:  Would you, please,
22 mark this?
23             -  -  -
24        (Exhibit H-44, 6/6/07
25 Memorandum, Bates FMI-001062 -

Page 408

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     FMI-001065, was marked for
3     identification.)
4             -  -  -
5 BY MS. KANTOR:
6     Q.    Dr. Hollingsworth, the court
7 reporter has handed you what has been marked
8 as Exhibit 44 which is Bates stamped
9 FMI-001062.
10    A.    Yes.
11    Q.    I'd like to direct your
12 attention to the second page of this
13 document, please.  Does this appear to be the
14 Board of Directors list for the Food
15 Marketing Institute?
16    A.    Yes.
17    Q.    Do you see on the first page of
18 this document that the memorandum is dated
19 June 6, 2007?
20    A.    Yes.
21    Q.    Does this indicate to you that
22 this was the Food Marketing Institute Board
23 of Directors list as of that date?
24    A.    Yes, for 2007.
25    Q.    Do you see on the fourth line

Page 409

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 from the left, three rows down where Peter
3 Lynch from Winn-Dixie stores is listed?
4     A.    Fourth row?
5     Q.    Fourth row from -- sorry,
6 fourth column from the left, three rows down?
7     A.    Yes.
8     Q.    Does that refresh your
9 recollection as to whether Peter Lynch was on
10 the FMI Board of Directors?
11    A.    Yes.
12    Q.    Dr. Hollingsworth, did
13 Mr. Rowland or Mr. Lynch participate in any
14 discussions or meetings regarding the
15 development of FMI's animal welfare policy?
16    A.    Not that I was engaged in, no,
17 or that I'm aware of.
18    Q.    Has Winn-Dixie been involved in
19 any animal welfare efforts that FMI is
20 currently involved in?
21    A.    Winn-Dixie has been involved in
22 the process from its beginning in 2000.  Is
23 that your question?  I think I understood
24 that.
25    Q.    So are you saying that

103 (Pages 406 - 409)

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 Winn-Dixie is still involved in FMI's review

3 of animal welfare guidelines?

4 A. Winn-Dixie is now owned by a

5 different company. I'm not sure who would

6 represent them at this time, but I believe

7 that they're -- the committee itself, as I

8 had mentioned earlier, is not necessarily an

9 active committee. It was an ad hoc committee

10 to put the program in place. So there is not

11 an active working committee, per se, on this,

12 but there is a large group of FMI members who

13 remain interested in the issue and receive

14 updates.

15 Q. Is Winn-Dixie one of those

16 members?

17 A. I couldn't say for sure,

18 especially since they're not operating under

19 the Winn-Dixie banner for us. It's Bi-Lo.

20 Q. Is Bi-Lo one of those members?

21 A. I don't know.

22 Q. Is Safeway one of those

23 members?

24 A. I don't know specifically who

25 is receiving current e-mails. I don't know

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 that.

3 MS. KANTOR: I'd like to go off

4 the record, please.

5 VIDEOGRAPHER: Off the record.

6 The time of 5:49.

7 - - -

8 (A recess was taken.)

9 - - -

10 VIDEOGRAPHER: We are back on

11 the video record with a time of 5:58.

12 MS. KANTOR: I have nothing

13 further. Thank you.

14 MR. DAVIS: Troy?

15 MR. HUTCHINSON: This is Troy

16 Hutchinson for Sparboe Farms. I have

17 waited patiently all day to ask

18 Ms. Hollingsworth some questions. I'm

19 told I don't have any time to do that,

20 which is unfortunate. I do have

21 questions. I am being denied the

22 opportunity to cross-examine this

23 witness, and I reserve my right to do

24 so, and I move to strike the testimony

25 that's been offered without my ability

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 to do so.

3 MR. DAVIS: So defendants will,

4 with that, turn questioning back over.

5 We, however, do reserve our rights

6 under the federal rules to any

7 remainder of time that we are entitled

8 to redirect from questioning done by

9 plaintiffs.

10 MR. PATTON: Let me note in

11 response to Mr. Hutchinson's comment

12 that we have coordinated the time both

13 with FMI and all the defense counsel

14 in this room, and we've separated the

15 time four hours for plaintiffs for

16 this deposition and three hours for

17 defendants. If you didn't coordinate,

18 Troy, or you were not a part of that,

19 then I am truly sorry. But that's

20 what you should have done.

21 Let's go off the record so I can

22 move my spot.

23 VIDEOGRAPHER: Going off the

24 record.

25 MR. HUTCHINSON: Mr. Patton, I

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 would respectfully disagree with your

3 position. I didn't coordinate

4 anything. You took testimony from

5 this witness regarding counterclaims

6 brought by my client and I have a

7 right to cross-examine this witness.

8 I'm being denied that ability. So I

9 will reserve my right to do so, and we

10 may have to recall this witness. I

11 have a right to cross-examine the

12 witness.

13 VIDEOGRAPHER: Going off the

14 record. The time is 6:00 p.m.

15 - - -

16 (A recess was taken.)

17 - - -

18 (Exhibit H-45, 2/13/02 E-mail,

19 Bates MOARK0011157, was marked for

20 identification.)

21 - - -

22 VIDEOGRAPHER: We are back on

23 the video record. The time is 6:02.

24 - - -

25 FURTHER EXAMINATION

104 (Pages 410 - 413)

Page 414

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2         - - -
3 BY MR. PATTON:
4    Q.   Dr. Hollingsworth, thank you.
5         Exhibit 40, do you have that in
6 front of you?
7    A.   Yes, I do.
8    Q.   Does that appear to be a press
9 release issued by the FMI?
10   A.   It does not.
11   Q.   And do you see in the first
12 full paragraph it's a quote from Chad
13 Gregory, the UEP president?
14   A.   Yes.
15   Q.   Do you see in the second
16 paragraph there's a quote from Mark Oldenkamp
17 who is the chairman of UEP's Animal Welfare
18 Committee?
19   A.   Yes.
20   Q.   Is it your understanding that
21 these representations were made in a press
22 release issued or contributed to the UEP
23 without the FMI's contribution?
24        MR. DAVIS:  Objection.
25        MR. MCKENNEY:  Objection to

Page 415

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    form.
3        THE WITNESS:  There is no quote
4    from FMI.  This was not done jointly
5    with FMI.
6 BY MR. PATTON:
7    Q.   Thank you.
8        Now, you were asked questions
9 about an audit process by counsel for UEP,
10 particularly with the SES audit process?
11   A.   Yes.
12   Q.   What knowledge do you have with
13 respect to whether or not the UEP actually
14 allowed those audits to take place or whether
15 or not they rejected outside audits and
16 insisted on doing their own audits?
17        MR. DAVIS:  Objection to form.
18        THE WITNESS:  There were
19    discussions between UEP and FMI about
20    the use of the SES audit, but, again,
21    it was a voluntary program and we made
22    UEP aware of that audit process, our
23    members were aware of that process.
24    But we could not -- we were not in a
25    position to insist that anyone use

Page 416

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    that audit.
3 BY MR. PATTON:
4    Q.   Are you aware that UEP actually
5 rejected SES from conducting audits at their
6 members' farms?
7        MR. DAVIS:  Objection to form.
8        THE WITNESS:  I can't say I can
9    confirm that specifically, no.
10 BY MR. PATTON:
11   Q.   Now, do you remember earlier
12 today I had asked, and you also had questions
13 about the extremist radical group, the
14 American Liberation Front?
15   A.   Yes.
16   Q.   And I want to put that back in
17 context with you.  Earlier today I had asked
18 you about a meeting with -- between FMI and
19 UEP members where both UEP leadership and
20 producer members attended that meeting.  Do
21 you remember that?
22   A.   Yes.
23   Q.   And you couldn't recall exactly
24 when that happened?
25   A.   Correct, I can't.

Page 417

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2    Q.   Let me hand you what's been
3 marked as Exhibit 45.  I have now had
4 permission to place this document in front of
5 you.  It's a document produced by Moark in
6 this litigation.
7        MS. ANDERSON:  Did Moark
8    consent?
9 BY MR. PATTON:
10   Q.   Do you see --
11        MS. ANDERSON:  I don't think
12    Moark consented on the record.
13        MR. PATTON:  They told me.
14        MS. ANDERSON:  But since they're
15    on the phone, they could quickly do it
16    for the record.  Travis?
17        MR. KENNEDY:  Yeah, we
18    consented.  Thank you.
19        MS. ANDERSON:  So you're waiving
20    confidentiality on the document?
21        MR. PATTON:  Yes.
22        MR. KENNEDY:  Yes.
23 BY MR. PATTON:
24   Q.   So this indicates in the second
25 full paragraph, and this is a UEP, you can

105 (Pages 414 - 417)

Page 418

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 see it's written from Gene Gregory.
2         Do you see that?
3     A.    Yes.
4     Q.    And it says, we now have an
5 appointment to meet with FMI and NCCR
6 tomorrow on February 14 to discuss with them
7 the progress we have made since the last
8 meeting and to learn what their committee's
9 decisions are as to accepting UEP guidelines.
10        Do you see that?
11    A.    Yes.
12    Q.    Now, that is UEP's
13 characterization of what they intend to do at
14 the meeting. Right?
15    A.    Correct.
16    Q.    Now, it indicates that Bob
17 Krouse and Garth Sparboe will be attending
18 this meeting along with Al Pope, Ken Klippen
19 and Gene Gregory. Does that refresh your
20 recollection that the UEP actually came to
21 FMI and present was Bob Krouse and Garth
22 Sparboe?
23    A.    Yes.
24    Q.    Do you remember meeting

Page 419

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 Mr. Sparboe?
2     A.    I do.
3     Q.    Now, it indicates here, "We
4 will again point out to FMI and NCCR the
5 importance of working together on a planned
6 phase-in schedule and for them to recommend
7 to their membership that the UEP guidelines
8 be the only guidelines they endorse."
9         Do you see that?
10    A.    Yes.
11    Q.    Is this consistent with UEP's
12 practice, from your experience, of
13 recommending or encouraging the FMI to accept
14 their guidelines?
15        MR. DAVIS: Objection to form.
16        THE WITNESS: FMI actually
17 wanted to work with UEP to be able to
18 endorse and accept their guidelines,
19 but the difference here in the
20 sentence is the statement about it
21 would be the only guidelines that we
22 would endorse. And that was a very
23 strong position that they had and one
24 that, first of all, I assume they're

Page 420

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 talking only about eggs, because
2 certainly it wasn't the only
3 guidelines we endorsed, we did them
4 for other species.
5 BY MR. PATTON:
6     Q.    So it was the UEP again wanting
7 FMI to recommend to their members their
8 guidelines. Right?
9     A.    Correct.
10    Q.    The UEP was asking FMI to
11 present their guidelines, that is the UEP
12 guidelines, as the only guidelines to FMI's
13 membership. Correct?
14    A.    Correct.
15        MR. HUTCHINSON: Objection to
16 the -- objection to the extent that
17 you're characterizing --
18        MR. PATTON: It also says --
19        MR. HUTCHINSON: -- the
20 individuals from Sparboe. Excuse me,
21 Doug. Doug --
22        MR. PATTON: Troy --
23        MR. HUTCHINSON: -- excuse me,
24 I'm making an objection.

Page 421

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1        MR. PATTON: A speaking
2 objection is not acceptable. Do you
3 object to the form, Troy?
4        MR. HUTCHINSON: I object to the
5 mischaracterization of the individuals
6 from Sparboe as being part of the UEP.
7 BY MR. PATTON:
8     Q.    Was Sparboe at this -- was
9 Garth Sparboe at this meeting?
10    A.    I believe he was.
11    Q.    And was he one of the members
12 from the UEP who was at this meeting that was
13 urging that the FMI tell its members to
14 accept only the UEP guidelines?
15        MR. DAVIS: Objection to form.
16        THE WITNESS: He came to the
17 meeting with UEP. I can't say
18 specifically that I know who UEP
19 members were, but he certainly was
20 presented as such.
21 BY MR. PATTON:
22    Q.    Do you recall him speaking?
23    A.    Yes, I believe he did.
24    Q.    And this is on February 14,

106 (Pages 418 - 421)

Page 422

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 2002. Right?
3     A.   Correct.
4     Q.   Now, the last sentence says,
5 "Otherwise, we will continue to see PETA
6 attacking each company separately such as
7 they have done to McDonalds - Burger King -
8 Wendys - Applebees - Safeway - Domino's -
9 Papa Johns and Little Caesars."
10          Those are UEP's words.  Is that
11 right?
12     A.   Correct.
13     Q.   Now, do you recall in that
14 meeting that they raised the specter of PETA
15 attacking retail and fast food establishments
16 as part of their efforts to convince UEP --
17 as part of their efforts to convince FMI to
18 accept UEP guidelines?
19          MR. DAVIS:  Objection.
20          THE WITNESS:  I can't
21 specifically remember everything that
22 was discussed at this meeting in 2002,
23 but there had been general discussions
24 about concerns for how PETA had
25 attacked individual companies and the

Page 423

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 idea that it made sense to work
3 together.
4 BY MR. PATTON:
5     Q.   And that was a proposition that
6 the UEP, Mr. Krouse and Mr. Sparboe were
7 presenting to FMI leadership.  Is that right?
8     A.   Correct.
9          MR. HUTCHINSON:  Objection.
10          MR. BURKE:  Object to form.
11          MR. HUTCHINSON:  Objection to
12 form.
13          MR. PATTON:  Let me have you
14 look at Exhibit 11, please.
15          COURT REPORTER:  Who besides
16 Troy just objected, please?
17          MR. BURKE:  This is Jason Burke.
18          COURT REPORTER:  Thank you.
19 BY MR. PATTON:
20     Q.   Exhibit 11, I marked and asked
21 you questions about earlier today.
22     A.   Yes.
23     Q.   And it is a letter from Mr. Al
24 Pope attaching the Animal Liberation Front
25 annual report.  Is that right?

Page 424

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     A.   Yes.
3     Q.   And this is one of the
4 organizations that you told Mr. Barnes in his
5 questioning was a radical and extremist
6 group?
7     A.   Based on the definition that
8 FMI used, yes.
9     Q.   It indicates here, does it not,
10 that on February 4, 2002, ten days before the
11 scheduled meeting with FMI, that Mr. Pope was
12 sending you this report from this radical
13 extremist group.  Right?
14          MR. MCKENNEY:  Objection to
15 form.
16          THE WITNESS:  Yes, he did.
17 BY MR. PATTON:
18     Q.   Did you ask the UEP for this
19 report?
20     A.   No, I don't recall us asking
21 for this.
22     Q.   He reminds you "Fortunately,
23 most of these were locations other than
24 Supermarkets."
25          Is that correct?

Page 425

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     A.   That's what it says.
3          MR. MCKENNEY:  Objection.
4 Leading.
5 BY MR. PATTON:
6     Q.   Is it consistent with UEP's
7 efforts to try to get the FMI and its members
8 to accept only the UEP guidelines and doing
9 so by reminding the FMI of these radical
10 animal welfare groups that were sitting in
11 the fringe?
12          MR. DAVIS:  Objection to form.
13          MS. ANDERSON:  Objection to
14 form.
15          THE WITNESS:  I can't really
16 speak to what Mr. Pope's motivation
17 was for providing this.
18          MR. PATTON:  Thank you.  I have
19 no further questions.
20          MR. HUTCHINSON:  This is Troy
21 Hutchinson, I have some cross on those
22 questions.
23          MR. PATTON:  You'll have to wait
24 until the plaintiffs are done with
25 their time.

107 (Pages 422 - 425)

Page 426

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 　　MR. HUTCHINSON: So you're not
3 allowing me to ask the questions now?
4 　　MR. PATTON: Troy, why don't you
5 wait until we get done?
6 　　MR. HUTCHINSON: Well, just make
7 the record. I mean, I'm not going to
8 fight with anybody. Either you're
9 going to let me or you're not. I just
10 want the record to be clear.
11 　　MR. PATTON: Could we go off the
12 record?
13 　　MR. HUTCHINSON: No. Let's
14 stay -- we need this on the record.
15 　　MR. PATTON: You're using your
16 time. You can do it if you're allowed
17 to do it later.
18 　　Please go off the record.
19 　　VIDEOGRAPHER: Going off the
20 record. The time of 6:11.
21 　　　- - -
22 　　(A recess was taken.)
23 　　　- - -
24 　　VIDEOGRAPHER: Back on the
25 record. The time is 6:12.

Page 427

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 　　　- - -
3 　　　EXAMINATION
4 　　　- - -
5 BY MR. WILDERS:
6 　　Q. Dr. Hollingsworth, my name is
7 Brad Wilders. I represent Associated
8 Wholesale Grocers, Consentino's and Four B,
9 you previously identified I think as Ball's
10 Food Group. I'm going take as little of your
11 time as possible. You've been very patient
12 and a real trooper here today, but my client
13 does have a few questions for you.
14 　　If you could pull out
15 Exhibit 25, please.
16 　　A. I have that.
17 　　Q. And you previously testified
18 that this was a status update sent to some of
19 the people listed on the first page of the
20 exhibit. Is that right?
21 　　A. Exhibit 25 is a document
22 transmitting materials to a group of FMI
23 members prior to a meeting.
24 　　Q. And other than the people
25 listed here on the to or cc lines, do you

Page 428

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 know whether this -- strike that.
3 　　Other than the people listed
4 here on the to and cc lines, was this
5 document ever sent to Associated Wholesale
6 Grocers?
7 　　A. Not that I'm aware of.
8 　　Q. And other than the people
9 listed on the document, are you aware of any
10 other members of FMI that this was
11 communicated to?
12 　　A. As far as FMI members, not that
13 I'm aware of. FMI staff, yes. It went to
14 myself, and it would have been an internal
15 document, but I don't know of any other
16 members who would have received it.
17 　　Q. During the course of your
18 questioning today by the defendants, you were
19 asked on a number of occasions about the
20 intent or purpose or expectation of FMI
21 members generally. Do you recall some of
22 those questions?
23 　　A. Yes.
24 　　Q. And specifically with 1,500
25 members, can you say that any -- that all of

Page 429

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1
2 the members have the same purpose or intent
3 on any particular issue?
4 　　A. No, I can't say that.
5 　　Q. So when you used -- when you
6 answered questions with respect to the term
7 "FMI members," what is it that you were --
8 you understood that term to mean?
9 　　A. I think it would depend on the
10 context. But, for example, when we said we
11 went forward with a policy based on the
12 board's request, it meant -- when I said the
13 members' request, it meant because the board
14 approved the policy and the board is
15 considered representative of the membership.
16 　　Q. But -- and let's look at
17 Exhibit 25. If you'll turn to FMI 1131,
18 "BOARD APPROVED POLICY."
19 　　A. Yes.
20 　　Q. Is this -- in 2001, was this
21 the only policy that was ever approved by the
22 board with respect to animal welfare?
23 　　A. With respect to animal welfare,
24 this was the only policy, yes.
25 　　Q. And other than I think you had

108 (Pages 426 - 429)

Page 430

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  testified to a 2012 revision, I'm just going
3  to set that aside for the moment. Okay?
4      A.    All right.
5      Q.    With respect to the board's
6  involvement in the animal welfare program,
7  other than approving the policy, what level
8  of involvement did the board have?
9      A.    The only direct involvement the
10 board would have had is if there had been any
11 individual member who might have asked for an
12 update or information, but once the board set
13 the policy in motion, it was between the
14 staff and people within member companies who
15 had been appointed to work on this issue with
16 us.
17     Q.    And those were the people that
18 were on the member committee that you
19 testified about earlier?
20     A.    Yes, both the member committee
21 and those who had directly expressed an
22 interest with being involved.
23     Q.    Was Associated Wholesale
24 Grocers ever one of the member -- committee
25 members or someone who expressed an interest

Page 431

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  of being involved in animal welfare?
3      A.    Not that I recall. And I don't
4  see their names on the distribution list, so
5  I would assume not. I don't recall anyone
6  from there being on this.
7      Q.    Was anyone from Consentino's in
8  Kansas City, Missouri or elsewhere involved
9  in the animal welfare program of FMI?
10     A.    Not that I'm aware of.
11     Q.    What about anyone from Four B
12 Corporation or as you referred to it Ball's
13 Food Group?
14     A.    Not that I'm aware of.
15     Q.    And can you confirm for me that
16 the policy that was passed by the board that
17 you were looking at within Exhibit 25, that
18 policy does not say anything specifically
19 about eggs, does it?
20     A.    No, it does not.
21     Q.    It's a generalized policy about
22 animal welfare, not about the egg producing
23 industry. Is that right?
24     A.    Correct.
25     Q.    Sitting here today, can you

Page 432

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  tell us what, if any, involvement the board
3  ever had in any egg specific animal welfare
4  guidelines?
5      A.    The actual board members, I
6  don't know of any.
7      Q.    Is that true also for the 2012
8  revisions of the animal welfare policy of
9  FMI?
10     A.    I don't know that for sure.
11     Q.    Sitting here today, can you
12 tell us about any involvement the board had
13 with respect to egg welfare guidelines other
14 than the generalized policies?
15     A.    I'm sorry, ask the question
16 again?
17     Q.    It was a bad question. I'll
18 withdraw that.
19          If you could pull out
20 Exhibit 24, please. Maybe while your counsel
21 is doing that, has anyone from Associated
22 Wholesale Grocers ever addressed the issue of
23 animal welfare to FMI?
24     A.    Not that I'm aware of.
25     Q.    And has anyone from Consentino

Page 433

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  Group ever approached FMI about animal
3  welfare or spoken to them about it?
4      A.    Not that I'm aware of.
5      Q.    What about Four B or Ball's
6  Food Group?
7      A.    Not that I'm aware of.
8      Q.    With 1,500 members, would it be
9  true that members are free to have their own
10 opinions about particular policies?
11     A.    Yes.
12     Q.    If you could -- on Exhibit 24,
13 if you could turn to page 656. I want to
14 direct your attention to "Programme of the
15 Food Marketing Institute."
16     A.    Yes.
17     Q.    There was a line of questioning
18 about the last full sentence of that
19 paragraph where it read, "The FMI Board
20 directed the organization to develop retailer
21 expectations for use for suppliers..."
22          Do you see that?
23     A.    Yes.
24     Q.    And did retailer expectations
25 in this paragraph refer to any specific

109 (Pages 430 - 433)

Page 434

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 retailer's expectations?

3    A.    No.

4    Q.    And so what was your

5 understanding when you wrote this about what

6 you meant with respect to retailer

7 expectations? Whose expectations were you

8 talking about?

9    A.    Those of a general group that

10 would represent membership in general, in

11 particular the advisory counsel that we were

12 working with at that time.

13    Q.    Where was this Exhibit 24,

14 where was this published, or if it wasn't

15 published, do you know what the purpose of it

16 was?

17        MR. DAVIS:  Objection.  Asked

18 and answered.

19        THE WITNESS:  I had mentioned

20 this earlier.  It was part of a

21 publication for an organization called

22 the Office of International

23 Epizootics.  And Ms. Brown and I were

24 asked to attend a meeting of this

25 organization to make a presentation to

Page 435

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2    them and then to provide our remarks

3    in a printed form.

4 BY MR. WILDERS:

5    Q.    Thank you.  I'm sorry if you

6 answered that earlier, I may have missed that

7 one.

8        Could you pull out Exhibit 6 --

9 sorry, Exhibit 37, please.  In Exhibit 37,

10 could you, please, turn to the page listed

11 16 -- 1365, it says FMI-1365.  Do you recall

12 whether the UEP Certified Program was --

13 membership in the UEP Certified Program was

14 based on whether a farmer or producer passed

15 or failed the UEP audit?

16    A.    That was my understanding.

17    Q.    And the audit that you had

18 talked about earlier, that FMI had arranged

19 for, was that a pass or fail audit?

20    A.    It was not.

21    Q.    Can you explain the difference

22 between a pass or fail audit and what FMI was

23 involved in?

24    A.    Our audit was intended to

25 provide an assessment of a company or a

Page 436

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 facility and informed them of what

3 conformities or non-conformities they had

4 with the guidance.  Our audit did not say

5 whether a company passed or failed.  It only

6 said whether they met all of the guidelines

7 or if they needed improvement.  The UEP audit

8 which I was not a part of their process or

9 their auditing, but we were informed by UEP

10 that it was a pass/fail type of audit.

11    Q.    And was that a particular issue

12 of contention between UEP and FMI during this

13 process?

14        MR. DAVIS:  Objection.

15        THE WITNESS:  I don't remember

16    the major discussion being an issue

17    over the pass/fail or not.

18 BY MR. WILDERS:

19    Q.    If you would look at 1365

20 where -- and this is talking about housing

21 and space allowance.  Is that right?

22    A.    Yes.

23    Q.    And the evaluation of the two

24 program audits reads, "This set of questions

25 is found in both audit tools; however, a

Page 437

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

2 non-conformance on this issue will not result

3 in an audit failure in the NCCR/FMI audit."

4        Did I read that correctly?

5    A.    I'm sorry, I don't see that.

6    Q.    It's right under the "...chicks

7 hatched after April 1, 2008..."

8    A.    Okay.

9    Q.    Right here.

10    A.    Oh, I'm sorry, the first

11 italicized paragraph, okay.  Let me read it

12 again.

13        What you read was correct, yes.

14    Q.    And was it true that with

15 respect to the difference between the UEP

16 audit and the FMI audit, that under the UEP

17 audit, if you did not meet the cage space

18 requirements, you would automatically fail

19 the UEP audit?

20        MR. DAVIS:  Objection.

21        THE WITNESS:  That is what SES

22    told us in their assessment of the UEP

23    audit.

24 BY MR. WILDERS:

25    Q.    And that was not true with

110 (Pages 434 - 437)

Page 438

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 respect to the FMI audit?
3     A.    Correct, it was not part of
4 the -- that would not have happened in the
5 FMI/NCCR audit.
6     Q.    Were members of FMI who chose
7 to take advantage of the SES audit free to
8 continue to buy eggs from a supplier if they
9 had a non-conformance on the cage space
10 requirements?
11     MR. DAVIS:  Objection.
12     THE WITNESS:  It was entirely up
13 to a retailer to decide who they
14 wanted to purchase from.
15 BY MR. WILDERS:
16     Q.    Was one of the goals of the FMI
17 audit process to allow a retailer to compare
18 audits between one supplier and another on
19 each individual animal welfare guideline?
20     MR. DAVIS:  Objection.
21     THE WITNESS:  That would be
22 entirely, again, up to the retailer
23 how they wanted to use the audit
24 results.
25 BY MR. WILDERS:

Page 439

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.    Did FMI ever do anything to
3 pressure their members to only buy eggs from
4 suppliers who passed the UEP certified audit?
5     A.    No, we did not.
6     Q.    Did they ever do anything to
7 pressure their members to adopt in any way
8 the animal welfare policy of FMI?
9     A.    I'm sorry, to adopt the policy?
10     Q.    Right.  You testified earlier,
11 I thought, that you -- that FMI members were
12 free or not free to adopt the FMI Animal
13 Welfare Guidelines?
14     A.    Correct.
15     Q.    So did FMI ever take any action
16 to pressure members to adopt the FMI animal
17 welfare guidelines?
18     A.    No, not to adopt the
19 guidelines.
20     Q.    Did they ever in any way
21 suggest -- strike that.
22     Did they ever in any way
23 pressure members to adopt the egg specific
24 animal welfare best practices?
25     A.    No.

Page 440

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2     Q.    Were there any consequences
3 with respect to FMI membership if a member
4 chose not to buy eggs that were compliant
5 with the best practices of the FMI Scientific
6 Advisory Committee?
7     A.    No, there would be no
8 consequences.
9     Q.    Did FMI ever use any marketing
10 to pressure consumers to put pressure on
11 retailers to adopt the FMI animal welfare
12 best practices?
13     A.    No.
14     Q.    Did FMI do any marketing with
15 respect to the best practices developed by
16 the Scientific Advisory Committee for eggs?
17     A.    Marketing, when you say
18 marketing, do you mean to the membership or
19 to the consumers or to the public in general?
20     Q.    Either the consumers or public
21 in general.
22     A.    We made -- we did do interviews
23 and make statements and issue press releases
24 regarding what we were doing and the progress
25 that we were making, but nothing as far as

Page 441

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 retailers having to use the program.  Just
3 that it was available.
4     Q.    Could you pull out Exhibit 40
5 again, please?  That was the 2013 UEP press
6 release.
7     MR. DAVIS:  Objection to the
8     characterization.
9 BY MR. WILDERS:
10     Q.    It's the one-page document.
11     A.    Yes, I have it.
12     Q.    And I believe you testified
13 you've never seen this before.  Correct?
14     A.    I had not.
15     Q.    Are you aware of instances
16 prior to this document where UEP was not
17 accurately stating FMI's position with
18 respect to the UEP Certified Program?
19     MR. DAVIS:  Objection.
20     THE WITNESS:  Not in a press
21     release.
22 BY MR. WILDERS:
23     Q.    What about in any way?
24     A.    I believe that previously there
25 was some correspondence where UEP asked if

111 (Pages 438 - 441)

Page 442

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 FMI would take certain positions, but they
2 were requests from UEP to do so.
3                    - - -
4            (Exhibit H-46, E-mail chain,
5        Bates FMI-002537 & FMI-002538, was
6        marked for identification.)
7                    - - -
8 BY MR. WILDERS:
9        Q.    I'm going to hand you a copy of
10 the Exhibit 46 and ask you to look at page
11 3079.
12            MR. DAVIS: This is the wrong
13        one.
14            MR. WILDERS: That's 46. Keep
15        that to the side and I'll make this
16        Exhibit 47.
17                    - - -
18            (Exhibit H-47, E-mail chain,
19        Bates FMI-003078 & FMI-003079, was
20        marked for identification.)
21                    - - -
22            MS. ANDERSON: I'm sorry, what's
23        the Bates number?
24            MR. WILDERS: Exhibit 47 and

Page 443

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1      it's FMI-3078.
2            MR. DAVIS: Is this one 46 or
3        47?
4            MR. WILDERS: That will be 47
5        and we'll come back to the other one.
6            MS. ANDERSON: Has the other one
7        already been marked?
8            MR. WILDERS: It did. It was 46
9        and the Bates number --
10            MS. ANDERSON: FMI-002537 to 38?
11            MR. WILDERS: Yes.
12 BY MR. WILDERS:
13        Q.    If you could turn to the second
14 page of Exhibit 47. It an e-mail from Terrie
15 Dort to Gene Gregory. Do you know who Terrie
16 Dort was?
17        A.    Yes, she was head of the NCCR.
18        Q.    Do you see there it lists --
19 ultimately this e-mail was copied to Karen
20 Brown, correct, on the first page, at FMI?
21        A.    Yes.
22        Q.    Ms. Dort writes, I have --
23 "Gene - I have seen several references in the
24 press lately to the UEP certified program and

Page 444

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 the fact that it is endorsed by NCCR and
2 FMI."
3        Q.    Do you see that?
4        A.    Yes.
5        Q.    Would it be accurate at this
6 time for UEP to be making references in the
7 press that FMI had endorsed the UEP Certified
8 Program?
9            MR. DAVIS: Objection.
10            THE WITNESS: FMI did not
11        endorse the certified program.
12 BY MR. WILDERS:
13        Q.    And if you turn the page, Mr.
14 Gregory writes, copy to Ms. Brown, "Terrie,
15 The cover page of our website
16 www.animalcarecertified.com makes the
17 following statement that we both agree is an
18 error."
19        Q.    Do you see that?
20        A.    Yes.
21        Q.    So does that refresh your
22 recollection that in the past UEP had been
23 making statements to the press inaccurately
24 that FMI had endorsed the UEP Certified

Page 445

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1 Program?
2            MR. DAVIS: Objection.
3        Mischaracterizes the document. Is
4        also beyond the scope of anyone's
5        direct.
6            THE WITNESS: I'm not sure that
7        it is correct to say that we are aware
8        that UEP went directly to the press
9        with that information. It was my
10        general understanding that someone in
11        the media or press had gotten the
12        information from the Web site.
13 BY MR. WILDERS:
14        Q.    But it was on UEP's Web site,
15 and it was inaccurate. Correct?
16            MR. DAVIS: Same objection.
17            THE WITNESS: Correct.
18 BY MR. WILDERS:
19        Q.    If you look at how Mr. Gregory
20 proposed to change the Web site, he wrote --
21 the change he suggested is down there in the
22 next quote. Correct?
23        A.    Correct.
24        Q.    It reads, "'While not giving

112 (Pages 442 - 445)

Page 446

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 endorsement to the Animal Care Certified
3 program, FMI and NCCR have endorsed the
4 science-based Animal Husbandry Guidelines
5 from United Egg Producers from which the
6 Animal Care Certified program has evolved.'"
7           Did I read that correctly?
8     A.    Correct.
9     Q.    Is that a correct statement of
10 FMI's position?
11    A.    That would be a correct
12 statement.
13    Q.    And Mr. Gregory, on behalf of
14 UEP, understood that, at least as of
15 January 7, 2005. Correct?
16    A.    Correct.
17    Q.    Did the best practices -- let
18 me back up.
19           Are you familiar with something
20 that UEP called the 100 percent rule?
21           MR. DAVIS: Objection.
22           THE WITNESS: Yes, I believe
23    I've seen that in the document.
24 BY MR. WILDERS:
25    Q.    Can you tell me when an FMI

Page 447

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 audit occurred for a farmer who had multiple
3 different facilities or multiple different
4 farms, who chose which farms or facilities
5 were audited?
6           MR. DAVIS: I object. There's
7    actually no foundation. This is so,
8    so, so far beyond the scope of
9    anything that anyone has even hinted
10   at in direct examination.
11          THE WITNESS: The issue of how
12   you would decide to conduct an audit,
13   how many houses, how many rows of
14   cages, how many cages, was an ongoing
15   debate.
16 BY MR. WILDERS:
17    Q.    And was there ever -- did FMI
18 ever include in its best practices a
19 requirement that if a farm was going to be
20 audited, that every single facility within
21 the farm had to comply with the best
22 practices of FMI?
23    A.    We deferred to SES to talk to
24 audit experts and others who had already
25 performed animal welfare experts on what was

Page 448

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 the best way to determine how many facilities
3 and houses and cages had to be examined.
4     Q.    And when FMI -- in the FMI best
5 practices -- strike that.
6           If a retailer wanted to buy
7 eggs from a producer, from a facility that
8 complied with the best practices, but that
9 producer had another facility that let's say
10 did not comply with the cage space
11 requirements of the FMI best practices, would
12 the retailer be doing anything inconsistent
13 with the FMI policy by doing so?
14          MR. DAVIS: I object. It's
15    vague and ambiguous and far outside
16    the scope of direct.
17          THE WITNESS: I'm not sure I can
18    follow the question well enough to
19    answer it.
20 BY MR. WILDERS:
21    Q.    If -- let's use a particular --
22 let's just say if retailer A wants to buy
23 eggs from a producer and some of that
24 producer's facilities comply with the best
25 practices and some of their facilities don't

Page 449

1 JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2 comply with the best practices, and the
3 retailer says, well, I don't care about the
4 facilities that do comply, I just want to buy
5 the eggs that don't comply. Is there
6 anything inconsistent with the FMI guidelines
7 in taking that action?
8           MR. DAVIS: Same objection.
9           MR. BARNES: Objection. It's
10    repetitive. Mr. Patton already
11    covered that point. If you're going
12    to reask questions that have already
13    been asked, we're never going to end
14    this deposition.
15          THE WITNESS: That would have
16    been up to the retailer to determine
17    if they would accept that or not.
18 BY MR. WILDERS:
19    Q.    If a supplier and a retailer
20 agreed to do that, would that -- would the
21 supplier have been doing anything in
22 contravention to the FMI best practices?
23    A.    Our best practices really
24 focused on the guidelines themselves and not
25 the results of the audit. It would have been

113 (Pages 446 - 449)

Page 450

JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  between the retailer and supplier.
3      MS. ANDERSON:  Could the
4  videographer give us the time on the
5  record?
6      VIDEOGRAPHER:  Seven hours and
7  three minutes.
8      MR. GREEN:  I think it's time to
9  wrap it up.
10     MR. WILDERS:  All right.  Let
11  me -- give me one more second here.  I
12  have one more document to show you.
13     MS. ANDERSON:  I think you
14  actually shut the defendants off in
15  the middle of a sentence, so you're
16  over your time.
17     MR. WILDERS:  You position is
18  that we're not allowed to ask
19  follow-up questions?
20     MS. ANDERSON:  No.  My position
21  was that actually if you were going to
22  cut it off at seven hours, you cut off
23  the defendants, so if you are going to
24  cut off --
25     MR. GREEN:  I think we need to

Page 451

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  be fair, so...
3      MR. DAVIS:  Our position is it's
4  up to Mr. Green.
5      MR. GREEN:  I think in the
6  interest of fairness, we'll stop it
7  here.
8      MR. WILDERS:  In that case, I
9  just want to make for the record our
10  objection to the cross noticing of
11  these depositions if we're not going
12  to be given a fair opportunity,
13  because our case is in a completely
14  different jurisdiction, completely
15  different judge, completely different
16  case.  If your position is going to be
17  you're going to cross notice these
18  depositions for our case and our
19  trial, then I think we're entitled to
20  ask follow-up questions.  So if you
21  don't leave us enough time to do so,
22  then I can't promise --
23     MS. ANDERSON:  I'm not sure why
24  you're looking at me.
25     MS. SUMNER:  We have no control

Page 452

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  over that.  That is Mr. Green and the
3  witness' decision, not ours.
4      MS. ANDERSON:  That is up to
5  FMI's counsel.
6      MR. WILDERS:  You cross noticed
7  the deposition without including us.
8      MS. SUMNER:  We can't control
9  how much time he gives you.
10     MR. DAVIS:  To be clear,
11  defendants are not ending the
12  deposition or cutting off your right
13  to question.  We are deferring to the
14  witness' counsel in allowing you time
15  to question.
16     MR. GREEN:  Well, you're
17  referring to the federal rules which
18  provide for seven hours of deposition
19  and at this point we've exceeded that.
20     MR. WILDERS:  It's a different
21  rule in Kansas.  We'll take it up.
22     MR. GREEN:  We're not in Kansas
23  anymore.
24     THE WITNESS:  This isn't Kansas.
25     VIDEOGRAPHER:  Concluding the

Page 453

1  JILL HOLLINGSWORTH, DVM - HIGHLY CONFIDENTIAL
2  deposition.  Going off the record at
3  the time of 6:38.
4      - - -
5  (Witness excused.)
6      - - -
7  (Deposition concluded at 6:38
8  p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

114 (Pages 450 - 453)

Page 454

1
2     C E R T I F I C A T E
3
4
    I do hereby certify that I am a Notary
5 Public in good standing, that the aforesaid
testimony was taken before me, pursuant to
6 notice, at the time and place indicated; that
said deponent was by me duly sworn to tell
7 the truth, the whole truth, and nothing but
the truth; that the testimony of said
8 deponent was correctly recorded in machine
shorthand by me and thereafter transcribed
9 under my supervision with computer-aided
transcription; that the deposition is a true
10 and correct record of the testimony given by
the witness; and that I am neither of counsel
11 nor kin to any party in said action, nor
interested in the outcome thereof.
12
    WITNESS my hand and official seal this
13 24th day of April, 2014.
14
15
16      _____
17        Notary Public
18
19
20
21
22
23
24
25

Page 455

1
2     INSTRUCTIONS TO WITNESS
3
4     Please read your deposition over
5 carefully and make any necessary corrections.
6 You should state the reason in the
7 appropriate space on the errata sheet for any
8 corrections that are made.
9     After doing so, please sign the errata
10 sheet and date it.
11     You are signing same subject to the
12 changes you have noted on the errata sheet,
13 which will be attached to your deposition.
14     It is imperative that you return the
15 original errata sheet to the deposing
16 attorney within thirty (30) days of receipt
17 of the deposition transcript by you. If you
18 fail to do so, the deposition transcript may
19 be deemed to be accurate and may be used in
20 court.
21
22
23
24
25

Page 456

1     ACKNOWLEDGMENT OF DEPONENT
2
3     I have read the foregoing transcript of
4 my deposition and except for any corrections or
5 changes noted on the errata sheet, I hereby
6 subscribe to the transcript as an accurate record
7 of the statements made by me.
8
9      _____
10     JILL HOLLINGSWORTH, DVM
11
12     SUBSCRIBED AND SWORN before and to me
13 this _____ day of _____, 20____.
14
15
16      _____
17      NOTARY PUBLIC
18
19
20 My Commission expires:
21
22
23
24
25

Page 457

1     E R R A T A   S H E E T
2 IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION
3 DATE: 4/18/14
4 PAGE   LINE      CORRECTION AND REASON
5 ____   ____   _____
6 ____   ____   _____
7 ____   ____   _____
8 ____   ____   _____
9 ____   ____   _____
10 ____   ____   _____
11 ____   ____   _____
12 ____   ____   _____
13 ____   ____   _____
14 ____   ____   _____
15 ____   ____   _____
16 ____   ____   _____
17 ____   ____   _____
18 ____   ____   _____
19 ____   ____   _____
20 ____   ____   _____
21 ____   ____   _____
22 ____   ____   _____
23
24 ____   _____   _____
25 (DATE)     JILL HOLLINGSWORTH, DVM

115 (Pages 454 - 457)

**[& - 16]**                                                     Page 1

| & |
|---|

**&** 3:15 4:5,11,16 5:9
6:3 7:15 8:8,14,21
9:9 10:13,22 11:20
11:21 14:7,10,13
16:3 33:17 78:3
80:8,9 88:6 127:10
152:4 172:25
194:22 233:23
236:11 241:2
346:23 350:19
390:7 393:22 442:6
442:20

| 0 |
|---|

**000001** 10:8 345:17
**000014** 10:8 345:18
**000015** 8:15 156:22
**000022** 8:15 156:22
**0000342** 9:6
**000038** 9:22 311:21
**000050** 8:23 176:12
**000074** 8:17 160:4
160:10
**000075** 10:16 347:2
**000076** 8:17 10:18
160:4 347:5
**000077** 10:13
346:23
**000078** 10:13
346:24
**0000836** 132:17
**000105** 10:11
345:20
**000110** 10:11
345:20
**0001227** 146:22
**000171** 8:20 163:24
**000186** 8:20 163:24
**000245** 10:6 342:13
**000249** 10:6 342:14
**000286** 8:24 179:21
**000288** 8:24 179:21
**000293** 8:21 172:25

**000294** 8:21 172:25
**00047338** 9:24
323:5 324:6
**000536** 8:8 127:10
127:24
**000537** 8:8 127:10
**000595** 8:11 137:21
138:12
**000601** 8:11 137:21
**000680** 7:23 97:19
98:8
**0006803** 7:23 97:19
**000685** 11:14 393:2
393:8
**000686** 7:21 89:9
**000836** 8:9 131:17
**000838** 8:9 131:17
**000983** 11:11
391:15,22
**001062** 11:17
407:25 408:9
**001065** 11:17 408:2
**001066** 11:6 371:23
**001077** 11:6 371:23
**001078** 8:14 152:4
152:14
**001079** 8:14 152:4
**001099** 9:19 303:7
**001117** 9:19 303:7
**001129** 9:18 297:4
**001142** 9:18 297:4
**001153** 7:16 45:9
**001156** 389:5
**001162** 7:16 45:9
**001213** 8:12 145:12
**001261** 8:12 145:12
**001363** 10:25
356:18
**001377** 10:25
356:18
**001514** 9:9 194:22
195:12
**001515** 9:9 194:22
**0017612** 9:7

**002537** 11:20 442:6
443:11
**002538** 11:20 442:6
**002651** 9:12 209:16
210:2
**002652** 9:12 209:16
**00286** 180:2
**00293** 173:8
**003078** 11:21
442:20
**003079** 11:21
442:20
**003090** 9:10 201:8
201:15
**003091** 9:10 201:8
**004436** 10:21 347:7
**0178562** 10:22
**02002** 1:3
**077** 348:5,6
**08** 1:3

| 1 |
|---|

**1** 7:14 33:11,16,23
74:23 75:7,20
102:13 299:25
310:18,21 348:3,16
437:7
**1,500** 22:16 231:13
241:19,20,25
273:23 428:24
433:8
**1/14/01** 7:17 63:12
**1/2/01** 7:16 45:8
**1/26/12** 9:22 311:21
**1/4/02** 8:9 131:16
**1/7/2002** 10:24
356:17
**10** 1:8 8:10 100:24
108:17 137:17,20
137:25
**100** 9:5 71:5,15
182:17 210:15
241:14 254:14
446:20

**1001** 3:10 4:12
**105** 348:4,17,20
**10:49** 112:20
**11** 8:12 145:9,11
146:3 151:25 152:8
152:8 423:14,20
**110** 348:19,20
**1100** 2:5 5:21 6:4
**1110** 4:17
**113** 8:6
**1131** 429:17
**1161** 53:17
**11:07** 113:3
**11:35** 140:18
**11:36** 140:23
**12** 8:13 151:25
152:3,9,10 279:8,8
**12/11/01** 10:22
350:18
**127** 8:8
**12:25** 189:20
**13** 8:15 9:24 89:18
156:21 323:4
324:11 343:10,11
343:14,19 346:3,7
**1300** 5:10
**131** 8:9
**1365** 435:11,11
436:19
**137** 8:11
**14** 8:16 39:19 64:6
160:3,8,9 310:15
348:3,16 418:7
421:25
**145** 8:12
**14th** 13:11 64:12
128:15,18
**15** 8:18 10:5 17:3
19:18 138:8 163:18
163:21 342:13
**152** 8:14
**15219** 3:17
**156** 8:15
**16** 7:4 8:21 172:21
172:24 173:5,5

372:9 375:3,25
435:11
**160** 8:17
**1604** 2:11
**162** 58:4
**163** 8:20
**17** 8:22 176:9,11,16
191:13
**172** 8:21
**176** 8:23
**179** 8:24 164:12
**18** 1:14 8:24 13:7
179:18,20,25 183:5
**182** 9:6
**183** 165:12
**18th** 4:5
**19** 9:4 19:15 182:14
182:16,22
**190** 9:7
**1900** 4:17
**1907** 5:15
**19103** 2:12 4:6
**194** 9:9
**1970** 19:3
**1979** 19:16
**1983** 135:14
**1990's** 135:15
**1997** 16:23 21:6
**1999** 135:15 405:25
406:17 407:4
**1:30** 190:2
**1st** 153:7,9

**2**

**2** 7:16 45:5,8,15
64:8,10,20 76:19,24
77:6 176:17 195:10
299:22 388:25
**2/13/02** 11:18
413:18
**2/2/01** 7:19 73:19
**2/4/02** 8:12 145:11
**20** 9:7 112:17
152:11 190:23
191:6 192:24

228:18 248:17
456:13
**20/20** 85:11 87:9
**200** 3:4
**2000** 8:5 25:25 26:5
27:9 29:8,24 30:22
37:12,12 39:20 43:8
43:12 44:25 113:7
113:15 114:18
116:12 118:4
125:22 127:5
164:21 202:7
214:15 221:24
231:22 232:15
233:10,21,22,25
234:3,8,11,13 236:3
236:25 237:9,14,15
242:12 252:12,19
254:10 261:25
262:16 265:21,23
267:20,25 289:23
290:4 292:15
376:12 390:14
391:25 403:7,8
409:22
**20004-2533** 3:11
**20004-2595** 4:12
**20005** 1:20 5:11
**20006** 4:18
**2001** 9:24 43:2,3,11
45:15 59:16 64:6,10
72:23 74:14 78:21
89:18 92:10 96:14
98:2 113:19 121:9
121:11 183:5
298:11 299:22
310:16 312:5 323:4
324:11 325:15
326:3,9 362:23
393:18 407:15
429:20
**2002** 1:2 8:19 10:5
61:10 109:4 121:13
125:9,10,25 126:22
131:24 132:15

138:8 146:5 152:11
156:13 158:12
163:18,23 164:19
173:5 176:17 180:3
191:16 221:9
342:13 372:9 375:3
375:25 422:2,22
424:10
**2002-2003** 143:24
**2003** 10:7,9 161:4
162:3,10 191:13
237:10 345:15,18
347:18
**2003-2005** 233:15
**2004** 10:13 162:25
163:4 195:10,20
221:16 346:23
**2005** 10:15 193:23
201:14 202:9,9
203:4 209:23 210:4
214:4 221:16
234:11 294:25
347:2 446:15
**2007** 10:18 347:4
350:10 408:19,24
**2008** 10:20 165:16
234:7,8 347:7
376:11,17 405:25
406:3,18 407:4
437:7
**2009** 396:4
**201** 2:5 9:10
**2011** 16:23
**2012** 61:11 72:22,24
118:7 165:16 231:3
311:13 312:2,23
430:2 432:7
**2013** 379:19 441:5
**2014** 1:14 13:7
454:13
**202-220-0613** 6:11
**202-416-5863** 3:11
**202-624-2904** 4:13
**202-682-7231** 5:11

**202-778-3056** 4:18
**20403** 7:15
**20456** 81:11
**20460** 7:20
**20665** 115:15
**20670** 8:6
**209** 9:12
**21** 9:8 194:19,21
**2100** 6:4
**214-698-3279** 6:5
**215-981-4245** 4:6
**215-981-4652** 4:7
**215-985-3270** 2:12
**2171** 1:8
**22** 9:10 201:5,7,12
**22030** 2:18
**22202** 6:10
**224** 5:21
**227** 7:5
**23** 9:11 209:13,15
209:21
**2345** 6:9
**24** 9:13 262:20,22
263:7 285:16 306:4
306:10 313:22
325:7 354:11 369:2
396:23 432:20
433:12 434:13
**24th** 454:13
**25** 9:17 296:25
297:3,9 427:15,21
429:17 431:17
**26** 9:19 303:4,6,12
340:2 403:13
**262** 9:16
**27** 9:20 195:20
209:23 210:4
311:16,19,25
**28** 9:23 322:25
323:3
**29** 10:4 342:9,11,18
346:3,6
**297** 9:18
**2:03** 226:23

**2:14** 227:4
**2:32** 249:2,7
**2nd** 2:11 59:16

**3**

**3** 7:17 41:21,23 63:9
  63:12 64:9 77:18
  87:16 188:13
  201:14 311:8,9
  357:11
**3,000** 147:3
**3/20/02** 8:13 152:3
**30** 1:16 10:7 148:25
  149:3 152:17
  155:13 192:24
  282:5 345:15,25
  346:2,6 347:20,21
  347:23 348:2,16
  379:19 455:16
**3000** 4:5
**303** 9:19
**305-373-1000** 2:6
**3078** 443:2
**3079** 442:12
**31** 10:9 77:14
  345:18 346:2,2,6
  347:24 348:3,17
**311** 5:4 9:22
**312-660-7672** 5:22
**317-212-2264** 5:5
**32** 10:12 346:21
  347:13,17 348:5,6
  348:21,23 349:8
**323** 9:24
**33** 7:15 10:14
  346:24 347:13
  348:6,21 349:3
**330** 5:16
**33131** 2:6
**34** 10:17 347:2,13
  348:7 349:4 350:7,9
**341** 185:20
**342** 10:6
**345** 10:8,11

**346** 10:13,16,18,21
**35** 10:19 347:5,13
  348:7 349:4,8
**350** 10:22
**356** 10:25
**35th** 3:16
**36** 10:22 350:15,18
  351:5
**361** 11:5
**37** 10:23 356:14,16
  356:22 435:9,9
**371** 11:6
**377** 11:9
**38** 11:4 361:8,10
  443:11
**382** 7:6
**39** 11:6 371:20,22
  372:4
**391** 11:11
**392** 11:14
**395** 11:15
**3:20** 304:23
**3:23** 304:17
**3:32** 304:24
**3:53** 324:22
**3:55** 325:3

**4**

**4** 7:19 73:17,19 81:9
  132:15 146:5
  191:11 242:25
  370:3 424:10
**4/14/01** 7:21 89:8
**4/18/14** 457:3
**40** 11:7 376:4
  377:19,21 378:4
  414:5 441:4
**40,000** 22:17
**400** 3:10
**402** 7:7
**4041** 2:17
**407** 11:17
**41** 11:10 391:11,13
  391:21

**412-338-5213** 3:17
**413** 11:18
**414** 7:4
**42** 11:12 392:22,24
  393:7 407:8
**427** 7:8
**43** 11:15 394:25
  395:12,17
**44** 11:16 407:24
  408:8
**4400** 5:4
**442** 11:20,21
**4436** 348:7 349:5
**45** 7:16 11:18
  413:18 417:3
**457** 84:2
**46** 11:19 442:5,11
  442:15 443:3,9
**460** 3:4
**47** 11:21 442:17,19
  442:25 443:4,5,15
**4:18** 345:8
**4:24** 345:13

**5**

**5** 7:21 42:11 74:23
  84:2,13 89:8,13
  221:17,19 222:3,4
**5/5/09** 11:15 395:12
**50** 115:23 116:8
  254:13 352:2,7
**55391** 5:16
**5:01** 367:21 368:3
**5:15** 381:15,18
**5:38** 402:15,18
**5:40** 402:18,21
**5:49** 411:6
**5:58** 411:11
**5th** 2:17

**6**

**6** 1:16 7:22 37:7
  77:14 97:17,24,25
  98:2 148:25 149:3
  152:17 155:13
  282:5 391:25

**408:19** 435:8
**6/02** 8:15 156:21
**6/6/01** 7:23 97:18
**6/6/07** 11:16 407:24
**60** 84:17 85:11,25
  254:14
**600** 1:19 13:11
**60604** 5:22
**60606** 5:5
**62** 350:16
**63** 7:18
**64112** 3:5
**656** 289:2,18 310:9
  310:11 313:22
  314:11,12 369:2
  433:13
**657** 285:19 314:13
  325:9
**658** 354:15
**660** 306:11 310:21
**665** 115:17
**67** 59:18 61:11
  108:24 118:7,15
  165:15
**67-72** 108:17
**6:00** 413:14
**6:02** 413:23
**6:11** 426:20
**6:12** 426:25

**7**

**7** 8:4 113:5 126:24
  127:3 314:11
  446:15
**7/16/02** 8:21 172:24
**7/2/01** 9:17 297:3
**7/2/02** 8:22 176:11
**703-764-8700** 2:18
**72** 60:15 61:10
  108:7,25 118:14,22
  119:2,13,19 165:19
**73** 7:20
**731181** 306:6
**75** 231:18 232:4
  348:7,22 349:3

[75201-6912 - adopted]                                        Page 4

**75201-6912**  6:5
**76**  348:7 349:4
**77**  19:3 348:21,23
   349:2
**78**  348:24 349:2
**79**  152:14

**8**

**8**  8:7 126:23 127:9
   127:15,20
**8/13/01**  9:19 303:6
**8/16/02**  11:6 371:22
**80**  19:16 25:5
   180:12 247:13
**800**  6:10
**816-714-7126**  3:5
**86**  59:18
**89**  7:21 306:6

**9**

**9**  8:9 131:13,16
   180:3 352:20,20
   354:6
**9/9/02**  8:24 179:20
**900**  5:10
**952-215-0141**  5:17
**97**  7:23
**99**  406:3
**9:11**  1:21 13:8

**a**

**a&p**  233:24,25
   234:9
**a.m.**  1:21 13:8
**aa**  350:23 351:4
**abide**  143:17 194:12
**ability**  411:25 413:8
**able**  36:13 37:15
   135:4 139:4,10
   252:21 294:18
   345:3 367:9 407:20
   419:18
**abuse**  32:6 266:7
   364:11
**academic**  48:3,5

**accelerate**  130:14
   220:13 221:9,17
**accelerated**  134:4
   221:3
**accept**  69:3 110:8
   116:5 154:21 179:5
   184:14 419:14,19
   421:15 422:18
   425:8 449:17
**acceptable**  62:16
   93:9 101:17 109:11
   109:23 155:8 167:9
   421:3
**acceptance**  129:16
   130:10,17 131:7
   133:25
**accepted**  162:10
   320:19 327:13
**accepting**  418:10
**access**  238:17
**accessible**  246:7
**accompanied**
   106:25
**accomplish**  95:25
   362:15
**accomplished**  75:6
   129:6 344:2
**accomplishes**  116:3
**account**  101:21
**accurate**  43:2 142:3
   142:4 264:8 267:6
   269:6 270:6,21
   290:3 301:3 309:24
   330:13,15 355:3
   358:5 360:16,24
   362:6,8 363:4 364:3
   364:15 365:25
   369:12,18 370:10
   373:2 378:25
   379:10,12 444:6
   455:19 456:6
**accurately**  441:17
**accusations**  87:8
**accused**  84:5

**achievable**  101:25
   167:19
**achieve**  111:10,11
   178:13 281:7
   287:11 319:22
   329:12
**achieved**  102:10
**achieving**  267:3
**acknowledge**
   123:25 124:25
   129:10 133:10
   144:15 145:2
   148:22 149:14,24
   169:13,22 170:9
**acknowledged**
   150:12 161:1
**acknowledging**
   117:2 141:4 150:22
   172:14 349:14
**acknowledgment**
   171:21 456:1
**acknowledgments**
   171:18
**acquisitions**  384:4
**acre**  4:19 14:8 382:9
**act**  255:22
**acted**  362:9
**action**  30:9 33:8
   87:20 96:10 147:13
   269:9 318:16
   439:15 449:7
   454:11
**actions**  1:4 40:15
**active**  410:9,11
**activist**  26:15 29:9
   48:15 60:22 79:25
   144:13,15,24
   149:23 266:3,19
   280:14 286:20
   295:23 331:17
   332:4
**activists**  266:4 267:3
   267:9 335:16
**activities**  27:20 47:6
   47:15 59:4 75:9

**312:18 349:19
   387:25 388:7,9
   405:4
**activity**  29:16 58:8
   74:25 144:15
   388:21
**acts**  256:18 390:7
**actual**  76:14 88:17
   432:5
**ad**  294:11 405:18
   410:9
**adams**  404:9
**add**  291:18 305:9
**added**  291:22,22
   295:19 371:13
**addition**  22:17 23:7
   148:20
**additional**  381:22
**additionally**  38:22
**address**  177:8,9,21
   260:25 265:6,16
   268:5,15 310:17
**addressed**  63:5
   132:21 176:23
   196:11 351:11
   432:22
**addressing**  405:20
**adele**  89:16
**adhere**  142:21
**adjustment**  222:2
**administer**  15:8
**administered**
   103:10
**administrator**  20:22
**adopt**  69:3,16 72:16
   73:3,8 148:21
   151:16 154:3
   170:19 172:2
   220:23 223:17
   224:11 314:7 320:3
   373:24 439:7,9,12
   439:16,18,23
   440:11
**adopted**  9:21 72:24
   161:16 221:25

310:17 311:21
**adopting** 69:20
  183:25 186:21
  320:11
**adoption** 69:19
**adrian** 3:9
**advance** 228:11
**advanced** 20:10
**advantage** 274:9
  327:19,21 330:16
  330:20 331:8,20
  333:8 335:13,17
  438:7
**advantages** 326:22
  327:3,5,7,8,9 333:7
**advice** 109:24 166:6
  174:9 386:10
**advise** 42:24 65:5
  95:10 405:19
**advised** 305:16
  306:3
**advisors** 79:2 157:8
  344:22 349:16
  352:16,17
**advisory** 42:13 44:4
  78:19,20 89:24
  90:19 91:11,20
  98:22 113:18
  119:23 121:5 196:2
  199:4 278:25
  289:24 290:4
  291:11 294:9
  296:16,20 297:18
  297:21 298:8
  303:18,24 338:5
  339:9 340:4 378:20
  379:7,14,15,18
  380:14,23 403:19
  434:11 440:6,16
**advocacy** 79:14,15
  96:6 255:24 256:24
  279:22
**advocate** 21:17
**advocating** 141:10
  238:21

**affect** 27:17
**affiliated** 397:23,24
**affiliates** 398:8
  399:5
**affiliation** 394:5
**affirmative** 189:17
  296:21
**affirmatively**
  268:13
**afontecilla** 3:12
**aforesaid** 454:5
**afraid** 234:18
**afternoon** 190:4
  227:10,11 403:2
**agenda** 225:17
**aggressive** 135:16
**ago** 235:25
**agree** 66:14 67:8
  83:11 100:5 110:13
  187:9 197:15
  218:17 219:2,3,14
  266:24 281:21
  282:8 345:2 358:23
  359:9 444:18
**agreed** 31:4 32:16
  50:19 90:4 161:23
  167:20 222:2
  225:13 272:2
  287:10 292:20
  319:11 333:15
  449:20
**agreeing** 188:6
**agreement** 217:18
  272:8 328:17
  329:15 331:2,24
**agreements** 25:17
**agrees** 282:2
**agricultural** 211:14
  211:25
**agriculture** 17:4
  18:19 19:9,24 266:8
**ahead** 28:18 34:17
  68:7 332:24 374:22
**ahold** 237:16,17,18
  268:2 291:13

**aided** 454:9
**akin** 284:7
**al** 1:8,9 13:16,17
  121:17 128:2
  132:16 147:17
  169:21 173:7
  176:17 209:22
  210:6,8 211:4 212:9
  213:8 216:6,22
  217:8,23 322:20,20
  322:22 350:24
  418:19 423:23
**albertsons** 232:19
  232:20 268:2
  291:13 375:9
**alive** 102:14 104:5
**alleged** 222:11
  223:3,24 224:10,18
  224:22
**allen** 407:11,13
**alleviate** 286:2
**allow** 178:2 187:8
  270:2 279:22
  320:17 438:17
**allowance** 357:12
  358:2 359:3 360:13
  436:21
**allowed** 415:14
  426:16 450:18
**allowing** 426:3
  452:14
**altering** 167:3
**alternative** 159:24
  165:21 184:13
**alternatives** 111:8
  116:20 162:22
  164:15 202:10
  203:2
**ambiguous** 17:24
  264:16 271:7 272:5
  280:9 287:6,23
  288:6,24 307:4
  319:10 329:23
  360:8 364:5 374:15
  399:9 448:15

**amenable** 207:10
**america** 9:16 263:2
**american** 36:2
  55:13,17 57:2 79:13
  146:7 416:14
**ami** 55:16
**ammonia** 158:20
  162:4
**amount** 130:25
  384:17
**analysis** 44:17 97:10
**analyzing** 40:9
  92:14
**anderson** 5:9 14:15
  14:15 136:19 137:6
  140:11 159:19
  318:4 347:20,23
  348:8,13,19,23
  417:7,11,14,19
  425:13 442:23
  443:7,11 450:3,13
  450:20 451:23
  452:4
**andrian** 15:19
**animal** 7:14,18,22
  8:4,18 9:15,20 10:5
  10:7,10,12,14,17,19
  18:10 19:11 20:6,18
  22:4 25:23 26:2,13
  26:15,23 27:12,14
  28:18 30:9,19 31:22
  33:16 34:25 35:12
  35:21,25 36:4,12,15
  36:25 37:3 39:11
  42:9,20,24 44:13
  45:19,20 46:13,14
  47:21,23,23 48:2,12
  48:14,22 51:17 53:5
  53:18 54:7 55:9,18
  55:25 56:11 57:5,8
  58:10 60:3,18 63:13
  64:5,12 65:7 72:2
  72:17,25 75:24 77:4
  77:17 78:24 80:15
  80:16 81:21 82:11

82:17 83:4 86:22
89:3 90:13 94:14
95:14 97:17 99:21
103:9,15 105:6,16
105:25 113:5,14
124:13 133:4
135:22 136:25
137:11,14 142:24
144:3 146:7,13,23
147:10,12,25,25
156:7 157:10,10
161:6 163:8,11,21
168:22,23 170:23
170:24 171:8,14
181:23 187:8,21
188:7,18,20 190:12
190:20 191:24
192:14 195:25
196:6 200:8 203:20
203:22,23 211:14
211:25 212:12,13
219:2,25 220:12
223:5,17 224:12
239:14 259:5,8,14
260:10 261:23
262:17,24 263:13
263:18 264:14,24
265:7,17,23 266:2,7
266:11,13,17,21
267:22 268:5,16
269:19 270:5,10,14
272:17 273:8,18
274:13 275:6 276:5
276:8,10,11,22
280:4,14,25 281:12
285:11 286:20
287:12 288:9,17
290:17,23 293:10
294:13 296:15,21
297:15,23 298:16
300:10,23 303:21
308:13 310:6,18
311:19 313:10
314:3,8 315:10,22
315:25 317:20

320:3 321:12
326:14 327:18,19
327:24 330:11
331:7 333:18 334:2
335:7,15,23 336:10
336:22 337:13
338:6,18 340:6
342:12 344:16,25
345:16,19 346:22
346:25 347:3,6
352:22 355:11,13
359:4 362:10,18
363:12 364:11,21
365:13,21 366:2,21
367:2,5,8 369:12
370:17,23 371:3,12
372:7,10,22 373:9
373:24 376:7
378:20 379:7,13
380:23 387:15,16
387:21,25 388:11
388:22 389:8,20
390:4 400:23
401:14 403:19,23
405:20,24 406:17
409:15,19 410:3
414:17 423:24
425:10 429:22,23
430:6 431:2,9,22
432:3,8,23 433:2
438:19 439:8,12,16
439:24 440:11
446:2,4,6 447:25
**animals** 9:21 20:7
32:4 37:11,17 39:16
46:20,24 53:6,8
55:11 83:20 84:6
86:22 102:14 104:5
104:15,21,24,24,25
105:12 143:3 147:3
311:20 345:4
363:11 369:16,22
**announce** 135:5
**announcement**
197:16 201:24

373:12
**annual** 423:25
**annually** 245:18
250:22
**answer** 12:3 17:15
17:21 105:23
245:11 253:9 254:2
274:21 278:20
448:19
**answered** 50:11
68:18 75:12 277:16
278:8,18 302:19
310:2 320:9 332:8
334:22 358:19
359:11 360:18
364:23 373:16
378:12 397:2 429:6
434:18 435:6
**answering** 64:17
**answers** 17:11,25
249:10
**antitrust** 1:3 13:14
457:2
**anybody** 426:8
**anymore** 294:14
452:23
**anyone's** 445:5
**apologize** 262:11
318:8
**apparent** 152:24
**apparently** 86:20
**appear** 61:4 395:21
408:13 414:8
**appeared** 28:12
**appears** 54:9 59:10
59:20 64:7 106:20
138:6 148:14
177:22 395:18
**appendix** 310:18,21
**applebees** 422:8
**application** 169:7
**applied** 52:23 65:23
**applies** 1:4
**apply** 46:16 47:3
65:25 66:18

**appoint** 251:4
**appointed** 430:15
**appointment** 418:6
**appreciate** 38:3
180:18
**apprise** 157:21
271:12
**apprised** 76:2 295:7
343:7
**approach** 28:15
31:14 125:5 134:4
267:4 269:25 270:9
270:17,24 273:5,14
273:23,25 274:4
275:25 283:13
285:14 326:13,19
326:23 327:20
331:21 333:2 367:9
**approached** 90:3
267:9 295:22
296:14 433:2
**approaching** 302:5
**appropriate** 49:13
49:15 368:7 455:7
**approval** 32:22
74:20 76:7 77:16
129:2
**approve** 25:14
111:23 140:3
154:15 178:2
179:15 360:5
**approved** 1:22 7:17
25:3 33:6,10 43:23
63:13,21 64:5,12
327:13 429:14,18
429:21
**approving** 430:7
**approximate** 384:13
**approximately** 13:8
115:23 180:12
228:16 231:13
233:12 234:4
241:12,21 254:7
295:2 352:2,7

**approximation**
  234:17
**april**  1:14 13:7
  89:14,18,22 92:10
  128:25 153:7 437:7
  454:13
**arch**  4:5
**area**  20:11,12 49:5
  90:11,15 257:13
  258:20 259:14
**areas**  48:16 50:24
  93:7,8,19 107:20
  111:6 157:4 257:3
  258:5 320:20,24
  321:2 322:12
  344:14,21
**arguing**  280:23
**argumentative**
  171:5 175:6 385:12
**arlington**  6:10
**arranged**  435:18
**arthur**  4:16 14:8
**article**  11:5,9 264:22
  269:24 285:17
  306:11 313:21
  354:12 361:11,19
  365:15 366:9 369:2
  377:23 378:7
**asap**  129:6
**ascertain**  92:2
**ascertainable**  65:12
**aside**  325:6 347:11
  350:13 354:10
  376:3 430:3
**asked**  27:14 30:7
  31:6 32:14 50:10,13
  54:15 68:17 75:12
  85:25 88:13 92:18
  93:5,6,10 107:16
  109:25 111:6
  114:20 124:5
  135:24 145:18
  167:13 170:14
  174:19 175:21
  177:25 179:14

  202:19 214:15,20
  215:9,17 231:8
  241:17 249:14
  267:25 268:14
  269:9 277:16 278:8
  278:17 291:18
  302:18 309:25
  320:8 332:7,13
  334:21 355:9
  356:10 358:18
  359:10 360:17
  364:23 370:8,15
  371:2 373:15
  378:11 385:15
  386:4,13 396:25
  404:23 405:3 415:8
  416:12,17 423:20
  428:19 430:11
  434:17,24 441:25
  449:13
**asking**  27:11 28:5
  37:25 41:13 60:20
  93:12 94:5 102:25
  131:25 134:16
  136:12 140:2,4,6,10
  141:3,12,14,17
  142:15 148:24
  151:2 155:12
  173:24 181:4
  194:11 196:22
  197:3,12 198:6
  206:10 211:7
  212:19 213:2 214:5
  215:3,4 216:3,6,9
  236:20,21 259:13
  259:18 282:2,4
  284:5 317:20
  328:21 333:5
  343:13 347:22
  376:11 420:11
  424:20
**aspects**  55:4
**aspirational**  65:13
**aspire**  118:6

**assess**  320:18
**assessed**  101:14
**assessing**  40:2 400:3
**assessment**  20:23
  123:8 358:21,24
  435:25 437:22
**assigned**  20:5
  357:21 358:7 359:6
  359:8 360:15
**assignment**  128:13
**assist**  257:4
**assistance**  92:4
  174:9
**assistant**  21:2
**associate**  22:22,23
  210:17 238:2,7,7,16
  239:7,21 240:4,6,8
  240:16 241:10,22
  242:22 258:8,10
**associated**  1:7 3:7
  13:15 236:15
  390:12 392:4
  393:13 394:5,10
  396:14 397:19
  398:19,24 399:12
  400:11 427:7 428:5
  430:23 432:21
**association**  22:11
  36:2 57:3 79:14
  126:17 154:25
  155:9 176:3,6 194:7
  238:20 246:18
  255:25 256:23
  258:3 325:21
  326:13 382:16
  394:9
**associations**  258:4
  317:9
**assume**  229:20
  281:13 293:21,24
  351:2 382:22 391:6
  399:19 406:5
  419:25 431:5
**assumes**  401:2,16

**assuming**  397:22,24
**assurance**  21:16
  206:10
**assure**  37:15 86:21
  279:3
**assured**  301:22
**assuring**  21:18
**athens**  20:11
**atlanta**  20:15
**atlantic**  233:23
**attached**  74:9 77:6
  141:18 146:6
  299:11 372:7
  455:13
**attaching**  423:24
**attacked**  422:25
**attacking**  422:6,15
**attacks**  150:13,24
  151:9
**attained**  337:8
**attend**  18:16 434:24
**attended**  382:7
  416:20
**attendee**  323:25
**attendees**  342:7
**attending**  324:10
  418:18
**attention**  85:4
  203:19 208:8,12
  217:4 286:2 306:10
  389:2 403:12
  408:12 433:14
**attitudes**  42:6 80:14
**attorney**  227:13,20
  455:16
**attorneys**  13:19
  229:11
**attributing**  144:2
**audit**  10:23 106:25
  168:8 337:22,23
  341:7,25 355:10,15
  355:18 356:5,17
  357:2,3,19,22 358:8
  358:10,12,13 359:9
  359:15 360:16

415:9,10,20,22
416:2 435:15,17,19
435:22,24 436:4,7
436:10,25 437:3,3
437:16,16,17,19,23
438:2,5,7,17,23
439:4 447:2,12,24
449:25
**audited** 101:2 447:5
447:20
**auditing** 101:10
356:2 436:9
**audits** 354:20 355:6
356:7 358:12
415:14,15,16 416:5
436:24 438:18
**august** 121:11,12
195:10 372:9 375:3
375:25
**authority** 25:16
68:15 210:12
**automatically**
437:18
**avail** 272:22
**available** 81:8
116:20 157:20
164:15 179:4
235:14 245:21
246:9 250:14
272:21 302:24
334:12 386:5,13
388:6 407:6 441:3
**ave** 3:10
**avenue** 4:12 5:21
6:4
**avma** 56:24 57:2,3,6
**avoid** 286:25 287:20
288:14 302:2,13
306:16 332:18
336:20 338:20
**avoidance** 331:6,9
331:19
**aw** 400:6
**aware** 27:2,4 30:20
39:4 50:25 53:25

79:21 87:7 90:17,21
91:7 105:16,25
106:4 120:4,16
121:25 123:19
132:3 135:13,19
136:2,15,23 151:19
152:19,24 154:14
154:16 164:9 179:3
181:14 184:2 185:2
186:15,24 188:2
190:10,18 192:4,10
193:22 203:13
217:7 219:24
220:10 221:15,21
221:24 229:9,15,25
223:11 229:14
230:7 232:7 241:11
275:11 283:5 284:6
296:3,9 321:16
364:10 365:13
371:8 374:12 375:3
375:17,24 380:16
381:4 385:21,25
386:2,16 388:17,23
400:14,20 401:4,7
401:11,18 402:3
409:17 415:22,23
416:4 428:7,9,13
431:10,14 432:24
433:4,7 441:15
445:8
**awareness** 56:7
80:17
**awg** 236:16,24
396:22 397:25
398:5 399:23
400:17,18 401:8

**b**

**b** 1:16 7:11 8:1 9:1
10:1 11:1 148:25
149:3 152:17
155:13 242:4 282:5
288:19 427:8
431:11 433:5

**bachelor** 18:18
**back** 18:15 22:6
61:23 71:21 81:15
112:24 135:21
140:22 189:24
193:17 195:6
198:18 214:15
227:3 233:22 234:2
235:22 249:6
252:11 279:7
280:15 281:10
285:16 286:15
289:2 291:5 296:12
304:21 306:10
310:9 325:2,6 326:4
345:12 348:15
352:11,19 354:11
367:23 368:25
381:17 392:10
393:18 402:20
411:10 412:4
413:22 416:16
426:24 443:6
**background** 16:21
18:15 45:19 46:13
76:10 227:17
**bad** 56:11 173:21,23
202:18 269:17
432:17
**baker** 5:3 16:9
**ball** 242:7,7,8
393:21,25
**ball's** 393:22 427:9
431:12 433:5
**ballpark** 384:22
**banner** 410:19
**barnes** 4:16 7:6 14:6
14:6 34:6,16 37:22
38:12,19 50:10
53:22 68:17 85:20
88:21 94:17 100:6
104:17 122:12,18
126:24 127:4,7
129:11 153:16

347:16 376:13
381:21 382:5,8
384:25 385:7,14
386:25 389:13
391:9,18 392:20
393:5 394:13,20,24
395:2,15 397:4
398:7,13 399:10
401:6,25 402:8
424:4 449:9
**base** 184:10 338:9
**based** 32:7 40:22
42:17 65:4 79:9
81:14 82:14 88:6
118:23 129:7
135:17 159:9
165:23 177:18
195:25 199:4
229:22 230:5
243:15,25 264:12
264:23 265:11,14
266:18 270:15,16
270:23 279:4
280:10 281:8 285:9
287:12 301:23
302:4 329:13
330:17 331:16
332:3,14 336:23
337:3,12 341:3
354:19 355:5 360:3
361:19 368:12
373:11 383:14
384:3 424:7 429:11
435:14 446:4
**basically** 26:21
40:20 43:13 48:15
50:5 147:24 200:2
217:2 234:25
280:16,23
**basis** 28:13 38:13
40:21 41:16 116:7,9
214:16 215:18
260:21
**bates** 33:17 45:8
53:16 58:3 63:13,18

**[bates - board]** Page 9

63:22 73:19,25
81:11 84:2 89:9
97:18 98:7 113:7
127:10,23 131:17
132:17 137:21
138:11 145:12
152:4,13,13 156:22
160:4,10 163:23
172:25 173:8
176:12 179:21
180:2 182:17,24
185:20 190:24
194:22 195:11
201:8,16 209:16,25
289:6 297:3 303:7
306:6 311:21 323:5
324:3 342:13
345:17,19 346:23
347:2,4,7 348:2,9
348:18 350:16,19
356:17 371:23
389:4 391:15 393:2
407:25 408:8
413:19 442:6,20,24
443:10
**bear** 138:8 350:16
**bearing** 73:25
132:17 152:13
160:10 173:8 180:2
185:20 201:15
**bears** 98:7 138:11
152:13 182:23
195:11 209:25
391:21 393:8
**beauty** 244:5
**becoming** 27:7,16
**beef** 46:21,23 53:18
55:5,9,10,18 56:19
56:21 69:12 73:6
91:5,9 97:3 100:16
101:8 114:5
**began** 43:3 47:19
135:12 265:24
266:12 267:4
318:17

**beginning** 1:20
214:14 241:17
409:22
**begins** 127:18
**begun** 26:16 44:10
44:16 57:4 78:23
**behalf** 2:8,13,19 3:6
3:12,18 4:8,14,19
5:6,12,17,23 6:6,11
13:24 14:3,10,14,16
14:19,23 15:4,18,21
15:24 16:3,6,9 18:4
23:14 31:22 36:14
42:5 170:18 173:14
238:14 246:19
255:22 257:4
259:14 376:14
446:13
**behavior** 269:4
**behaviors** 23:19
**belief** 302:7
**beliefs** 29:2
**believe** 85:14 99:10
107:8 125:10
134:14 135:2
148:10,17 149:21
150:3 158:19
174:15 183:19
184:6,22 185:11
199:23 200:6,11
218:8 232:6 233:18
235:21 241:3,5
242:21 243:2,3,5
245:3 248:9,13
249:18,23 250:3
251:16 260:23
263:22 265:3
268:19 283:7
291:25 292:4,14
293:6 298:10 336:7
340:4 341:15,18
343:3 351:18
355:18 357:10
358:25 359:2,14
361:4 362:13

369:24 383:3,6,13
383:20 384:8,10
386:11 387:11,15
387:20 390:13,22
398:10 410:6
421:11,24 441:12
441:24 446:22
**believed** 129:9
165:5 167:19 185:3
186:17 202:15
226:4 271:20
287:10 331:22
360:12
**believes** 128:25
**believing** 267:2
**bell** 120:2,4,8,11,20
240:11,23,25
390:18
**belong** 255:15
397:17
**benefit** 333:3,15
344:25 345:4
**benefits** 183:25
**best** 11:4 41:18
42:18 44:24 51:15
54:12 55:18 57:7,15
57:22,24 58:13,17
59:12,23 60:18
64:23,24 65:2,17,22
65:24 66:7,17,20,21
67:15,20,21 72:11
92:7,13,22 93:2
110:2,9 111:2
120:21 123:20
129:16 141:20
157:9,14 159:2,11
159:17,23 161:18
161:24 163:10,15
164:25 165:6 166:8
167:14 181:10,12
186:17 187:4
205:23 206:18,19
208:15 209:11
214:17 215:19
237:2 277:9,24,24

279:4 285:12 292:7
319:22 320:21,24
327:23,25 328:4,6
328:18 329:4,13
330:6,8,11 331:4,24
332:2 333:4,4,16
334:17 335:7,25
338:9,22 344:8
349:15 361:10
367:10,11 377:8
439:24 440:5,12,15
446:17 447:18,21
448:2,4,8,11,24
449:2,22,23
**better** 101:2 103:16
103:16 143:3
144:12 167:17
209:2 258:5 288:10
**beyond** 54:18 255:5
445:5 447:8
**bi** 245:4,5 410:19,20
**bidder** 174:5
**bids** 174:2
**big** 24:24 25:10
27:16 132:22
245:16
**bigger** 30:21 158:21
192:15 244:22
**biggest** 244:21
245:17
**bind** 25:17
**bird** 108:25 165:24
184:11 192:23
**birds** 192:3
**biscayne** 2:5
**bit** 18:15 108:4
208:9 212:9 264:11
**blank** 277:10
**block** 132:22
**board** 7:17 25:4,4,5
25:6,7,14 32:21,22
33:5,6 43:23 46:7
50:18 51:23 53:6
63:8,12,21 64:5,12
64:17 67:12 74:21

75:17 76:6,10,10,14
76:15,22 77:15
100:18 119:19
128:15,18 135:3,8
139:19 143:7
173:15 201:25
246:10 247:4,8,10
247:13,14,16,17,21
247:22,23,25 248:3
248:4,5,7,10,16,19
248:20 249:14
250:17,22 251:4,8
251:11,11,12,14,15
251:21 252:2
254:17,25 256:7,10
261:21 262:5,7,8,9
262:10 281:17
283:17,23 284:2
310:16 311:7,11
312:7,21 313:4,6,25
314:19,23,25
318:17 334:18
339:13,14,15
368:22 391:3,25
392:10 393:18
394:2 395:25
396:10 406:23
407:3,6,14,18
408:14,22 409:10
429:13,14,18,22
430:8,10,12 431:16
432:2,5,12 433:19
**board's** 246:13,14
429:12 430:5
**bob** 350:23 418:17
418:22
**boies** 2:16 15:24
**boies.com** 2:19
**bold** 49:10
**bolton** 404:12
**bore** 177:21
**borne** 334:3
**bottom** 83:25 84:12
127:19 171:19
191:13 201:24

325:14 336:5,6
361:22 369:3 389:4
393:11
**bought** 244:25
**boulevard** 2:5 5:15
**box** 352:21
**boxes** 61:6
**boy** 234:6
**brad** 13:25 427:7
**bradley** 3:3
**branch** 263:18
**break** 112:14
140:16 149:8
189:12 304:15
**breakers** 204:5
**breeding** 158:3
**brian** 3:15 16:2
404:4
**brief** 382:11
**briefly** 227:21 382:7
**bring** 42:17,23
124:14 252:2
322:23 361:25
**bringing** 362:9
366:20
**british** 90:14
**broad** 32:2,11 47:22
373:11
**broader** 100:5
**broiler** 58:21 69:13
158:4
**broilers** 106:9
**broken** 232:20
**brought** 40:13 123:3
217:3 355:8 413:6
**brown** 31:14 45:16
74:5 94:16,18
127:21 128:17
132:15,22 138:2,13
141:21 152:12
153:24 154:6 173:6
195:11 200:6,19
201:2,14 204:2
209:23 240:21,22
263:11 264:4

279:10 293:2
297:13 303:14
306:21 319:2
322:16 343:4
351:11 354:12
372:7,9,18 373:5,18
374:7,23 434:23
443:21 444:15
**brown's** 127:25
130:2
**build** 192:7,15,24
**building** 191:25
**bulk** 46:24 258:9
**bullet** 37:7,8 75:19
84:10,11,16 85:10
85:16 99:12 101:16
102:11,13,23
106:23 107:3,5
162:3 198:14 199:2
**bullets** 32:3 43:25
46:10 199:7,11
**burger** 26:19 27:22
28:7 29:17 30:3
280:14,16 286:18
326:18 331:12
332:11 422:7
**burke** 5:3 16:8,8
63:17 324:3 423:10
423:17,17
**business** 26:21
39:15 155:17 189:7
230:4,11,22 246:21
259:22 298:19
299:5,19 304:4,8
346:8,18 349:18,22
392:16 394:17,22
398:22
**businesses** 259:22
**butt** 234:12
**buy** 69:22 70:4,8,17
71:5 83:21,21 438:8
439:3 440:4 448:6
448:22 449:4
**buyer** 284:3

**buyers** 169:9 301:21
308:25 372:23
**buying** 257:10
**bylaws** 250:4

**c**

**c** 2:1 3:1 4:1 5:1 6:1
6:3 454:2,2
**c&s** 236:9
**caesars** 422:9
**cage** 60:15 61:9
117:17 118:11
119:6 120:13,22
136:8 165:11
166:25 167:3
183:21 184:9,11
192:23,25 193:2
352:6,10 353:5,25
437:17 438:9
448:10
**cages** 192:15 193:11
447:14,14 448:3
**cal** 6:6 14:11 122:9
**calculate** 399:22
400:6
**calculated** 243:13
243:24 383:10,14
**calculation** 243:23
**call** 7:23 30:5 33:4
41:2 97:18 98:3
99:2 102:8 170:6
211:21 251:8 258:4
287:15 294:6
295:25
**called** 21:10 25:15
56:18,19 100:19
153:4 165:11 168:3
168:5 322:11
325:25 357:3,6
372:10 394:9
434:21 446:20
**calls** 41:8,12 82:5
92:16 200:24 272:4
287:7 292:8,24
294:24 308:2,22

316:15 332:20
333:21 351:14
353:9 355:20
360:19 362:12
380:10
campaign 180:23
224:2
campaigns 266:5
capability 356:2
capacity 19:25
20:15 132:11
152:17 191:23
192:6 247:5 390:25
capital 13:6
captions 13:13
carbon 138:4
care 36:15 37:18
39:16 49:7 181:23
187:8 196:6 203:20
203:23 212:12,13
219:2 365:21
378:21 446:2,6
449:3
career 20:10
careful 366:6
carefully 455:5
carolan 390:17
392:4,9
carrie 5:9 14:15
carrie.anderson
5:12
carries 127:19
carry 53:9,11 84:15
cartons 196:6
case 1:7 32:14 34:23
40:11 55:10 60:19
68:6 154:7 183:3
222:10,16,18 223:2
223:3,24 280:7
283:16 288:7 289:9
289:15 312:12
359:2 376:20 403:4
451:8,13,16,18
cases 13:13 356:2

catalyst 361:25
362:9
categories 59:14
359:15 389:9
categorized 389:8
cattle 46:23 53:7
56:20 91:10,10 97:2
100:16,24 101:8,11
106:8,19,20 107:6,8
114:5 158:4
cattles 158:4
cause 85:15
caution 191:20
cautioning 192:6
cc 297:17 298:3
403:16 404:22,25
405:6 427:25 428:4
cc'd 180:19 404:18
cc'ing 127:22
ccr 1:22
center 2:5 3:16
127:25 243:21
centers 22:20
ceo 32:20 246:22
247:5,7 313:2
396:14
ceos 25:8 247:23,24
252:23 253:2
certain 26:23 58:15
186:25 222:9,15,25
223:2,20 238:17
239:10 298:2 374:7
385:16 388:14
442:2
certainly 27:5 91:9
103:12 105:9
110:12 150:3
248:23 259:3 274:9
323:23 392:10
420:3 421:20
certification 132:2,4
132:10 168:5 169:2
169:11,15,23 170:8
170:15,20,24
171:11 174:14

180:13 181:5,6,25
199:19 213:12,24
218:6,12 219:3,8
223:21 224:24,25
226:12 368:8,14
certifications 220:2
certified 11:7 69:22
70:5 168:9,23
171:15 174:5
181:23 187:9
190:20 196:7 199:6
199:8,10,14 203:21
203:24 212:12,14
224:12 377:12,21
378:17 380:6
435:12,13 439:4
441:18 443:25
444:8,12,25 446:2,6
certify 368:20 454:4
cetera 59:5 122:17
chad 414:12
chain 8:7,10 9:8,10
9:11,14 11:19,21
24:24 52:6,12,13,20
84:5 127:9 129:15
137:20 171:21
194:21 201:7
209:15 262:24
265:25 266:12,15
325:22 326:6
333:13 334:11
338:18 442:5,19
chains 22:14 87:22
267:4,8 286:17
chair 251:22
chairman 251:21
414:17
challenges 68:8
chance 153:10
323:12 400:16
change 49:4 93:17
93:25 109:21
110:11 119:5 166:3
166:5 167:9 190:8
231:5 252:5 353:24

362:2 445:21,22
changed 9:5 21:11
182:17 208:25
232:21 384:19
406:8
changes 28:13
103:23,24 124:19
159:25 186:25
250:22 300:16,23
301:8 302:4 344:15
344:22 345:2,3
352:11 362:10
366:21 367:8 384:3
388:14 406:7
455:12 456:5
changing 166:24
167:2 288:9
characterization
160:20 398:5
418:14 441:8
characterize 269:4
characterizing
420:18
charge 293:16
chart 53:21 57:9
58:2,8 60:24 62:7
62:10,23 77:7
108:11 205:15,15
340:11
charts 53:15 77:11
340:20
check 318:3
checklist 356:12
chicago 5:5,22
297:15 303:15
340:9,13,18 341:16
chicken 36:18 58:20
66:22 69:13 106:8,9
chickens 37:6 53:7
58:21 107:11
196:10 197:7
401:13
chicks 437:6
choose 17:21 25:20
50:21 70:16 186:12

204:18 272:23
**chopper** 393:22
394:9
**chose** 438:6 440:4
447:4
**chronologically**
346:4
**church** 6:15 13:5
**circulated** 294:2,3
382:23
**citation** 263:25
**city** 3:5 392:5
393:23 431:8
**clarify** 249:10
274:23 326:5
342:23 404:13
**clean** 21:24
**cleaning** 244:6
**clear** 48:21 141:7,24
170:14 171:6 228:4
259:3 327:17
426:10 452:10
**clerc** 405:9
**clerc's** 405:14
**client** 386:18 387:10
400:13 413:6
427:12
**client's** 34:4
**clients** 222:17
**close** 296:10
**closer** 118:25
**club** 237:12
**cm** 306:6
**cnw** 242:23
**coined** 93:14
**collaborated** 275:16
277:13
**collaboration** 52:6
257:13 258:2
319:24
**collaborative** 333:2
**collaboratively**
275:6 322:9
**collect** 230:24 231:8
243:10

**collected** 229:19
305:20,24
**collection** 229:23
**collectively** 30:24
188:6
**columbia** 90:15
**column** 62:14
310:11 336:6
361:22 363:15
369:3,5 389:19,21
392:3 393:10,21
409:6
**columns** 58:23
**combined** 245:10
336:8
**come** 31:24 124:6,9
126:11 144:25
155:22 156:4,12
203:18 208:24
228:3 247:22,23
259:7 276:9 283:9
284:19 290:15
296:11 328:8
331:24 346:4
401:12 443:6
**coming** 23:20 37:16
128:15 328:14
332:2
**commending** 195:24
196:9,22 197:6
**comment** 56:14
115:5 142:17
172:17 174:16
291:5 300:8 412:11
**commented** 171:10
**comments** 98:20,21
98:23
**commission** 456:20
**commissioned** 371:2
**commitments** 186:3
186:5,8
**committed** 9:5
174:7 182:17
**committee** 24:12,14
24:15 25:3 31:13

90:5,7,19 113:18
119:24 121:6 135:3
136:16 138:4 196:3
196:5 199:4 247:2
248:15,17,18
251:13,18,19,24
252:5,9,18,24 253:5
253:8,19 255:15,16
289:24 290:5,8,19
290:20 291:8,11,16
291:17,24 292:5
294:10,18,22 295:3
295:5,13,19 296:4
296:17,20,23
297:18,21 298:8,14
303:18,24 339:9
340:5 378:20 379:7
379:15,18 380:14
380:24 403:19
404:5,10,14,14,15
404:21 405:3,14,15
405:18 410:7,9,9,11
414:18 430:18,20
430:24 440:6,16
**committee's** 116:25
290:24 404:24
418:9
**committees** 24:13
24:16 91:7,13
246:25 251:5,7,8,9
251:11,12 255:12
255:13,19 256:11
**commodities** 36:25
36:25 96:22 97:2
211:14,25 302:23
**commodity** 47:20
75:24 90:22 91:25
92:23 124:13
133:23 135:24
157:23 161:6
186:23 200:15
206:15 209:6
275:11 283:11
284:21 302:24
316:23 317:18

319:14,24 355:14
**common** 91:18
116:15 258:6
**communicate** 72:10
372:19 373:6,22
**communicated**
428:11
**communicating**
373:14
**communication**
170:6,7 258:23
327:18 340:8
**communications**
24:15 30:13 86:21
255:10 293:7
338:17 388:4
404:17
**communities** 91:5
96:16 100:16
114:11
**community** 47:8,17
52:5,7 75:21 77:2
91:17 157:8 270:3
273:6,16 276:3
314:5 317:7 318:19
341:21 342:3
**companies** 22:24
23:4,5 25:8 26:18
26:23 28:12 31:10
56:7 95:4 138:22
150:13 151:22
153:12 154:21
174:6 203:21
231:25 232:22
253:3,3 262:10,14
265:25 266:6,12
268:2 269:21
273:24 285:23
286:11,19 287:17
287:18 291:21
332:10 375:16,24
384:5,6,14 406:8
422:25 430:14
**company** 28:3,7
50:20 56:18 60:19

[company - confidential]                                                                 Page 13

101:10,10 103:22
103:23 154:18
168:9 178:11
210:13 233:24
234:12 240:21
241:9 243:4,6
244:25 245:2 260:3
280:17 285:24
286:22 288:8,10,19
289:24 341:4 356:9
382:17 396:22
397:13,17 398:18
400:2 401:19
404:16 410:5 422:6
435:25 436:5
**company's** 384:4
**comparative** 53:15
**compare** 438:17
**comparing** 56:2,6
57:10,19 60:23
398:11
**comparison** 10:23
45:20 58:5,19 77:10
356:16 357:2
**comparisons** 53:19
57:18
**compete** 203:23
**competing** 210:14
331:14
**competition** 331:6
331:10,20 332:6
**competitive** 285:24
287:2,15,21 288:3,7
288:15
**competitor** 286:21
**compilation** 160:16
**complete** 160:15
365:3
**completed** 142:6
**completely** 451:13
451:14,15
**compliance** 22:2
99:14 100:4,7,12,14
100:19 144:3 168:3
312:8,15,22

**compliant** 70:13,15
71:6,16 440:4
**complied** 448:8
**comply** 100:21,25
101:12 323:21
447:21 448:10,24
449:2,4,5
**component** 57:5
149:20 355:10
371:13
**components** 49:12
77:16 171:8 359:4
**comported** 282:20
**composite** 160:11
**compound** 88:22
215:13
**compression** 166:18
166:21
**compromise** 185:9
185:17
**compromised** 184:8
**computer** 454:9
**concept** 65:17 66:15
92:13 100:14 276:8
367:7
**concern** 27:24 29:22
37:11,18 81:23
82:17 85:7,15
139:18 148:11
268:23 269:22
296:15 326:14
334:2 352:14,15
355:8
**concerned** 31:2 37:9
37:14 84:4 109:18
139:4,9
**concerns** 31:7 36:9
79:20 112:5 260:13
260:18,21 261:2
265:7,16 266:11
267:22 290:22
291:3 315:21
422:24
**concluded** 453:7

**concluding** 452:25
**conclusion** 306:13
**condition** 32:5
**conduct** 41:22 44:3
77:20 87:8 155:17
447:12
**conducted** 41:20
77:22 81:2 98:3
150:9 362:22 363:6
**conducting** 42:2
416:5
**conducts** 189:7
**conference** 7:23
41:2,8 97:18 98:3
99:2 102:8 239:6
292:8,23 294:24
**conferences** 239:10
**confidence** 306:18
**confidences** 72:12
**confident** 245:15
**confidential** 1:12
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1,2,7 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1,3
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1

108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
182:25,25 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1

241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1
256:1 257:1 258:1
259:1 260:1 261:1
262:1 263:1 264:1
265:1 266:1 267:1
268:1 269:1 270:1
271:1 272:1 273:1
274:1 275:1 276:1
277:1 278:1 279:1
280:1 281:1 282:1
283:1 284:1 285:1
286:1 287:1 288:1
289:1 290:1 291:1
292:1 293:1 294:1
295:1 296:1 297:1
298:1 299:1 300:1
301:1 302:1 303:1
304:1 305:1 306:1
307:1 308:1 309:1
310:1 311:1 312:1
313:1 314:1 315:1
316:1 317:1 318:1
319:1 320:1 321:1
322:1 323:1,15,19
324:1,16 325:1
326:1 327:1 328:1
329:1 330:1 331:1
332:1 333:1 334:1
335:1 336:1 337:1
338:1 339:1 340:1
341:1 342:1 343:1
344:1 345:1 346:1
347:1 348:1 349:1
350:1 351:1,3 352:1
353:1 354:1 355:1
356:1 357:1 358:1
359:1 360:1 361:1
362:1 363:1 364:1
365:1 366:1 367:1
368:1 369:1 370:1
371:1 372:1 373:1

374:1 375:1 376:1
377:1 378:1 379:1
380:1 381:1 382:1
383:1 384:1 385:1
386:1 387:1 388:1
389:1 390:1 391:1
392:1 393:1 394:1
395:1 396:1 397:1
398:1 399:1 400:1
401:1 402:1 403:1
404:1 405:1 406:1
407:1 408:1 409:1
410:1 411:1 412:1
413:1 414:1 415:1
416:1 417:1 418:1
419:1 420:1 421:1
422:1 423:1 424:1
425:1 426:1 427:1
428:1 429:1 430:1
431:1 432:1 433:1
434:1 435:1 436:1
437:1 438:1 439:1
440:1 441:1 442:1
443:1 444:1 445:1
446:1 447:1 448:1
449:1 450:1 451:1
452:1 453:1
**confidentiality**
417:20
**confidentially** 74:3
**confirm** 116:13
132:14 253:10
344:15 366:10
416:9 431:15
**confirmation**
372:24
**conflicting** 266:17
327:22
**conform** 100:21
101:12
**conformance** 437:2
438:9
**conformities** 436:3
436:3

**conformity** 100:20
**confused** 177:12
335:22
**confusing** 156:10
212:10 213:7
216:12
**confusion** 213:2
216:17 336:20
338:21
**congratulations**
199:3
**conjunction** 32:13
192:5
**connection** 192:13
396:23
**conopco** 240:9
**consciously** 83:20
**consensus** 77:15
104:20
**consent** 417:8
**consented** 417:12,18
**consentino** 242:15
242:15 432:25
**consentino's** 427:8
431:7
**consequences** 440:2
440:8
**consider** 168:25
206:24 207:7
238:19 239:20
257:12 278:3
317:20 331:19
332:5
**consideration** 68:2
68:5 203:14 239:7
248:3
**considered** 24:23
32:2 57:15 58:13
147:11,14,15
163:14 220:24
239:14,17 244:4
297:20 326:22
327:6,17 330:19
332:9 357:20 358:6
358:15 360:14

367:11 398:25
429:15
**considering** 209:3
**consistency** 340:23
**consistent** 35:11
41:18 116:24 129:8
133:8,14 135:8
137:10 139:17
157:12,14 159:2,17
161:17 163:14
164:24 174:12
176:4 180:22
183:14 207:5
327:17 328:8,14,17
329:7,20 335:21,24
336:14,16,19 341:2
419:12 425:6
**consistently** 330:12
**consists** 328:23
**conspiracy** 200:22
218:15,25 219:12
225:10,13
**conspire** 226:10
**conspired** 222:12
223:4,15,20
**constant** 231:22,24
**constitute** 43:25
297:18 315:10
**constitutes** 328:18
**consultant** 16:24
**consumer** 23:18
30:11,12 36:8 42:7
48:18 49:17 72:12
74:11 78:8 257:6
306:17 334:16
364:9 365:8 369:6,7
369:9,21 371:12
**consumers** 21:20
27:17 29:2,5 37:15
42:9 49:2,4 82:6
85:2,13,22 87:6
257:9,10 328:23
334:14 335:15,20
336:3 362:22,25
363:7,10,19 364:7

364:20 365:12
369:10,15,22
440:10,19,20
**consuming** 115:25
207:14
**cont'd** 8:1 9:1 10:1
11:1
**contact** 121:16
174:21 258:13,15
271:10 295:4
**contacted** 30:24
96:20 267:21
**contained** 343:23
**contemporaneously**
304:11 346:11
350:4
**content** 198:23
**contention** 436:12
**context** 80:15
102:24 131:23
365:6 390:23 395:7
416:17 429:10
**continue** 16:23
112:4 150:12
191:22 216:3,7
217:23 269:23
313:9 370:16,23
371:3,15 376:6
422:5 438:8
**continued** 111:22
166:12 202:25
212:20 271:8
**continues** 313:16
377:2
**continuing** 202:10
202:15 294:23
313:12 369:4
**continuous** 68:11
294:21 295:4
330:18 338:13
**continuously** 232:22
403:8
**contravention**
449:22

**contribute** 211:11
213:18
**contributed** 371:11
414:22
**contribution** 414:23
**control** 24:20
451:25 452:8
**controversy** 173:22
**conversations**
175:12 187:2
260:22 293:18
**conveying** 217:22
220:20
**convince** 422:16,17
**cooperation** 129:4
130:7 173:15
**cooperative** 270:17
270:24
**cooperatively** 51:13
52:2 64:21
**coordinate** 412:17
413:3
**coordinated** 223:15
224:2 412:12
**copied** 195:7 443:20
**copies** 93:5
**copy** 138:4 141:19
210:3 289:6 365:2
442:10 444:15
**core** 404:14
**corner** 263:25
**corporate** 74:5
132:12 397:16
**corporation** 18:5
242:4 431:12
**correct** 34:8 73:2
83:23 86:7,24 89:18
91:22 98:5 115:12
138:15 141:12,13
149:18 162:7
169:18 175:3 182:9
186:7,9 193:6
199:12 204:13
205:12,25 208:19
217:14 232:6

244:11 249:11
251:16 260:10
265:12 310:3
312:24 316:22
318:20 319:4,6
341:14 364:18
365:9 368:9,23,24
369:24 375:7,25
389:15,25 390:14
394:2,17,21 396:5,6
397:20,21 406:25
416:25 418:16
420:10,14,15 422:3
422:12 423:8
424:25 431:24
437:13 438:3
439:14 441:13
443:21 445:8,16,18
445:23,24 446:8,9
446:11,15,16
454:10
**correction** 305:3
457:4
**corrections** 455:5,8
456:4
**correctly** 99:19
139:14 180:5
211:15 378:23
437:4 446:7 454:8
**correspondence**
441:25
**cosmetics** 244:6
**cost** 103:25 104:2
186:20,25 188:20
333:18,23 334:2,6
335:5
**costco** 237:6,7
**costs** 103:14,15,20
187:7,7,10,14,22
188:7,13,16 334:19
335:8,9
**council** 9:14 42:13
44:4 58:20 78:19,21
91:12 129:15
171:20 262:24

325:22 338:5
**councils** 91:21
**counsel** 6:9 15:3,15
127:16 226:18
289:4 305:17
412:13 415:9
432:20 434:11
452:5,14 454:10
**counterclaim**
223:25
**counterclaims** 413:5
**counterparts** 51:14
52:2 64:22
**country** 25:11
**county** 1:6 14:4
**couple** 138:7 157:3
157:4 228:7
**course** 24:6,9 94:21
102:6 143:4 195:16
210:14 230:4,22
258:8,11 298:19
299:5,18 304:4,8
346:8,18 349:18,22
428:17
**court** 1:1,6 15:7,14
17:10 219:11
222:21 374:17
408:6 423:15,18
455:20
**cover** 19:18 46:9
47:24 188:16,20
299:10 300:3,4
444:16
**coverage** 30:18
**covered** 20:12
449:11
**cow** 66:21
**cows** 36:18 37:6
**craig** 404:12
**create** 166:18
170:19 223:16,21
224:11
**created** 59:17
230:10,10,16,21
343:5 346:7,10

349:17 350:3
**credentials** 42:22
**credibility** 86:3
**credible** 84:4,18
  85:18,24 86:9 87:9
**credit** 366:20
**criminal** 388:21
  390:7
**critical** 133:10,20
  134:11 357:20
  358:6,16 360:14
**critically** 133:3
  352:21
**cross** 411:22 413:7
  413:11 425:21
  451:10,17 452:6
**crowell** 4:11 14:13
**crowell.com** 4:13
**crutcher** 6:3 14:10
**crystal** 6:9
**cure** 38:14
**curing** 38:17
**current** 47:5,8,15
  65:3 77:3 92:2,20
  157:22 161:6,24
  172:17 210:19
  235:20 300:8,16,23
  301:8 410:25
**currently** 39:23
  203:20 358:10
  367:11 383:17
  409:20
**customer** 48:21
  204:8 307:23
**customer's** 42:6
**customers** 49:7,18
  173:24 174:7 187:8
  187:9,15 204:9,20
  266:10 270:4 273:7
  273:17 276:4 286:3
  306:15 307:8,12,22
  308:19 309:23
**customized** 266:16
**cut** 36:5 450:22,22
  450:24

**cutoff** 376:11
**cutting** 452:12
**cv** 1:8
**cycle** 285:24 287:3
  287:16,21 288:3,8
  288:15
**cycles** 61:23

**d**

**d** 7:1 382:14
**d.c.** 1:20 3:11 4:12
  4:18 5:11 13:12
  20:21
**dailylead** 382:13,15
  382:23 383:5
**dairy** 46:23 91:10
  97:3 158:3
**dallas** 6:5
**daniels** 5:3 16:9
**dap** 376:14
**dark** 211:21
**date** 13:7 39:19 60:9
  75:7 138:6,8 158:10
  294:17 366:8,9
  408:23 455:10
  457:3,25
**dated** 64:6 74:13
  89:17 97:25 132:15
  146:5 152:11 161:3
  176:16 180:3
  191:13 195:9,20
  201:14 209:23
  391:25 408:18
**dateline** 84:18 85:25
**dates** 77:24 136:3
  162:19 346:11
  350:4 366:5,5
  379:25
**david** 90:9
**davis** 4:3 7:5 14:22
  14:22 33:24 34:12
  35:3 38:22 41:5
  43:5,18 44:9 51:6
  52:25 55:6 56:12
  59:19 60:5 61:3

62:8,20 63:23 66:3
66:11,16 67:3 68:3
68:19 69:5,24 70:20
70:25 71:18 72:4
73:13 75:11 80:3,22
82:4,19 83:6,12
84:23 86:11 87:11
88:8,20 90:20 94:2
95:8,20 96:4,18
97:13 101:5 102:21
103:18 104:8
108:10 109:5
110:18 111:4,16
112:2,10 113:21
115:2,10 117:5,11
118:16 119:8,15
120:6,15,23 122:11
123:9 124:4 125:2
125:16 126:7
129:12,23 130:3,22
132:6,18 133:12,21
134:13,23 136:10
136:18 137:5,13
139:22 140:5
142:16 143:8,19
144:5,17 145:4,20
146:16 148:3,9,23
149:16,25 150:15
150:25 151:10,18
152:22 153:15,21
154:4,12 155:4,10
159:4,18 160:14,19
161:19 163:12
165:3 166:10,20
167:5 169:17,24
171:3 172:11
174:24 175:4,17
177:4 178:21 179:8
180:25 183:17
184:4,21 185:4
187:16,24 188:8,21
189:5,13 190:14
192:8,17 193:4,12
194:14 196:24
198:9 199:16

200:10,23 202:13
202:23 203:7
206:12 207:2,8,23
208:10 211:2 212:3
212:23 213:21
214:11 215:12,23
216:14 217:5,13,20
218:19 219:5,18
220:6,15 221:11,20
222:6 225:18,24
226:7 227:8,12
230:19 231:20
236:21,23 245:24
248:23 249:8 253:6
253:17 254:22
255:20 256:13
257:20 259:16
260:8,19 261:14
262:12 263:5
264:17 265:9,18
267:13 269:2
271:15 272:6 273:3
274:18,25 275:15
275:23 277:12
278:2,10 279:6
281:2,25 282:6
283:20 284:17
287:14,24 288:25
289:7,17 297:7
298:24 299:15
303:2,10 304:14,25
306:2,8 307:5
308:12 309:4,11,19
310:5 311:24
312:16,24 313:7,20
316:11,18 317:15
318:7,11 319:18
320:22 321:9,19
323:8,18,23 324:5,9
324:19 325:4
328:20 329:17,24
332:15,23 333:24
334:25 342:17
343:14,17 345:5,23
347:10,25 348:6,11

[davis - develop]                                                          Page 17

348:15,20 349:2,6
350:2,22 351:5,7,19
353:13 354:2,6,9
356:4,21 358:22
359:20 360:10,23
361:6,14 362:17
363:24 364:6
365:14 367:15
368:4 370:19 372:2
373:21 374:5,19,21
375:12,18 376:22
376:25 377:17
378:2,15 380:2,18
381:5,10,19 411:14
412:3 414:24
415:17 416:7
419:16 421:16
422:19 425:12
434:17 436:14
437:20 438:11,20
441:7,19 442:13
443:3 444:10 445:3
445:17 446:21
447:6 448:14 449:8
451:3 452:10
**davisew** 4:7
**day** 75:16 78:3 80:8
80:9 88:6 145:21,24
246:23,23 247:6,6
382:10 386:12,15
402:10 411:17
454:13 456:13
**day0017605** 9:7
190:24
**day0017612** 190:25
**daybreak** 3:12 4:14
14:14 15:21 403:4
**days** 424:10 455:16
**dbarnes** 4:19
**deal** 31:22 39:13
111:3 157:25
170:23,25 258:3,7
258:22 301:21
**dealing** 21:25
335:23

**dealings** 18:11
**dealt** 258:21
**debate** 447:15
**debra** 404:7
**december** 9:24
39:19 43:10,12
74:23 75:7,15,20
289:23 290:4 323:4
324:11
**decide** 283:25
438:13 447:12
**decided** 32:17 96:21
203:5
**decision** 68:23 209:8
252:3 401:20,22
452:3
**decisions** 42:17 69:9
128:24 238:21
418:10
**decline** 188:15
**decreased** 231:23
**dedicate** 131:3
**deemed** 455:19
**defendant** 6:6 14:11
15:21 376:16
**defendants** 1:10
14:20 222:16
223:25 386:8 412:3
412:17 428:18
450:14,23 452:11
**defense** 412:13
**deferred** 447:23
**deferring** 452:13
**definition** 214:12
288:11 389:24
390:3,6 424:7
**degree** 18:18 86:3
174:8
**degrees** 19:4 48:10
**delineated** 115:15
**deliver** 285:13
**demand** 223:16,21
265:24
**demanded** 222:12
223:5 224:19

**demanding** 388:14
**demands** 26:22 28:4
40:24 77:4 266:4,19
267:5
**demonstrate** 99:24
266:10 350:9
**denied** 160:23
411:21 413:8
**density** 117:17
118:11 162:4
**denver** 127:23
**department** 17:4
19:9,24 388:4
**departments** 260:6
**depend** 429:9
**depending** 366:8
**depends** 103:20
397:13
**depicted** 62:6
**deponent** 454:6,8
456:1
**deposing** 455:15
**deposition** 1:16 12:1
13:9 33:23 45:6
54:14 63:10 73:17
97:24 131:14
132:12 137:18
146:3 163:19
172:22 191:6
227:16,22 228:2,11
228:21,24 229:3,12
255:6 261:6 289:16
299:8 382:7 386:5
412:16 449:14
452:7,12,18 453:2,7
454:9 455:4,13,17
455:18 456:4
**depositions** 451:11
451:18
**deprivation** 61:25
62:3 117:2 202:22
**depriving** 163:9
**depth** 135:16
**derived** 84:6

**describe** 123:23
**described** 180:5
304:11 346:14
**description** 7:13 8:3
9:3 10:3 11:3
**descriptive** 399:6
**designated** 18:4
168:8 405:16
**designation** 34:8
63:24 74:3 351:3
**designed** 105:17
226:5 330:18
**designee** 132:12
**desire** 287:20
288:14 373:14
377:11
**desired** 260:25
**destruction** 211:12
211:24 213:18
390:7
**detail** 339:15
**detailed** 67:11
**determine** 57:22
78:24 92:5 300:14
300:21 301:6 363:6
448:2 449:16
**develop** 18:9 21:15
24:7,8,17 31:13
32:23 33:3,8 44:4
52:22 57:7 65:23
66:25 76:25 98:13
114:18 126:5
135:13 170:15
204:7 210:14 214:6
214:10 222:13
223:5 226:12
266:12 268:4,14
269:19 270:5,14
273:7,17 274:12
275:17,20 276:4,15
276:22 294:12
300:14,21 301:5
314:2,23 315:2,6
320:20,24 336:2,8
337:5 354:18 355:5

433:20
**developed** 25:3
32:12 43:16 50:23
57:16,23 60:9 136:9
136:13,16 168:13
210:20 266:3
275:21 295:8
303:14 309:8
310:25 316:9 356:6
356:8 357:6 358:13
359:21 365:21
366:3 440:15
**developing** 24:4
26:12 36:12 51:23
55:24 58:15 66:8
72:2 195:25 239:13
266:15 275:6
288:17 335:11
342:25 355:15
**development** 23:25
39:5 63:8 101:19
168:19 230:17
263:12 409:15
**dictate** 24:20
**die** 104:24
**differed** 166:14
**difference** 62:5,19
163:2,6 205:22
350:11 419:20
435:21 437:15
**differences** 60:25
61:5,8 62:23 205:17
366:8,11,17
**different** 19:19
24:13 25:11 37:5
50:24 57:11,13,20
58:10 59:13 93:18
96:16,17 106:13
133:22 155:24
156:7,14,15 161:5
165:23 168:24
193:11 197:14
251:6 260:5,5
266:16 285:25
288:19 329:3

340:16 398:12
400:7 410:5 447:3,3
451:14,15,15
452:20
**difficult** 100:8
**dire** 213:19
**direct** 2:13 37:20
39:6,11 82:9 86:20
87:20 151:15
154:13,17 256:12
270:16 306:9
312:18 368:16
389:2 408:11 430:9
433:14 445:6
447:10 448:16
**directed** 94:21
286:3 313:25
314:19,23,25
433:20
**direction** 12:3 32:16
246:15 247:8
254:24 255:17
291:8
**directly** 39:14 40:14
79:19 82:10 155:19
190:21 283:21
313:2,5 363:10
430:21 445:9
**directors** 11:11,13
246:11 250:17
254:17 256:8,11
310:16 318:17
391:3,14,25 392:25
406:23 407:4,10,15
407:18 408:14,23
409:10
**disabled** 59:5
**disagree** 66:14
218:17 219:4,6,15
219:19 413:2
**disappointing** 186:4
**disapprove** 111:23
**disbanded** 294:15
**disc** 113:2 189:25
304:22 367:24

368:2
**disconnected** 140:12
**discovery** 289:15
312:12 376:9,10,10
376:16 378:10
**discuss** 185:9 418:7
**discussed** 41:12
151:4 184:13 187:3
209:4 264:13
319:12 321:11
327:8 334:20 339:5
339:11 340:12,17
340:24 341:3,8,25
422:22
**discussing** 167:20
322:10 326:11,16
335:15
**discussion** 76:11
98:24 99:9 144:19
187:18 188:2,3
252:2 261:8,11,15
334:6 339:8 340:3
340:21,21 341:9,11
341:12 436:16
**discussions** 41:4
54:5 122:3 134:15
144:22 150:5 167:6
186:23 187:11
261:16 280:11
334:8 335:6,9
339:19,24 342:2
352:8 355:7 409:14
415:19 422:23
**diseased** 104:25
**diseases** 20:6
**disposal** 107:23
220:4,14 221:10
**dispose** 221:19
**disproportionate**
398:2
**dispute** 166:9
**disruption** 166:19
301:17,25 302:11
302:17

**disruptive** 26:21
27:8
**distinction** 170:22
212:19 215:2
216:11
**distribute** 314:6
**distribution** 22:20
431:4
**distributors** 238:5
**district** 1:1,1,6,6
**diverse** 25:9 247:14
**division** 17:5 21:12
23:15,16 235:17
**divisions** 23:13
255:9
**dixie** 232:17 244:22
244:24 253:21
291:16 298:7 375:7
403:6,9 405:10
406:15,16 407:14
409:3,18,21 410:2,4
410:15,19
**doable** 65:11
**doctor** 16:25
**doctorate** 18:20
**doctors** 48:10
**document** 1:4 34:4
34:10,20 37:24
38:24 39:18 41:6
43:14 46:5 51:12
53:14,24 54:2,25
55:8 59:16 63:25
74:4,4,7 78:2,3,7,17
86:17 98:7 104:9
105:21 106:7
132:13 138:7 146:6
146:12,23 153:22
160:22 161:2
165:13 175:5 177:5
180:6 182:22 183:3
185:22 189:15
191:12 195:3
196:25 198:10,11
218:15,24 263:9
264:5,7,12 265:4,19

279:11,14 283:22
289:6,7,12,14
297:11 298:18
299:3,17,23 300:3
303:14 304:2
305:11 310:11
311:5 323:10,15
324:8,12,16 339:3
340:11 342:20,21
356:24,25 357:7,9
360:4 361:16,18
370:5,8 372:6,10
373:11 374:15
378:16 382:23
389:14 390:10
391:23 392:15,15
395:20 396:21
403:17 405:11
408:13,18 417:4,5
417:20 427:21
428:5,9,15 441:10
441:16 445:4
446:23 450:12
**documents**  12:9
34:23 54:19,22 92:5
111:18 113:20
138:7 228:10,10,13
228:14,17 229:15
229:18 230:2,3,9,10
230:16,20,21,25
231:8 234:21,24
246:4 253:24
298:23 299:11
305:10,22 337:13
346:7,15 347:12
349:10,17 350:3
391:7
**doing**  27:18 28:2,14
29:7,13 48:4 56:8
56:14 57:10,13 76:2
79:3 130:13 200:17
271:14 285:14
297:23 298:16
321:16 326:15
334:19 335:22

336:4 339:6 404:21
415:16 425:8
432:21 440:24
448:12,13 449:21
455:9
**dollar**  243:25 244:9
**dollars**  243:17 385:3
**domestic**  20:18
**domino's**  422:8
**don**  14:6 120:2
382:8
**donald**  4:16 120:4,8
120:11
**dort**  173:7 180:4
199:24 443:16,17
443:23
**double**  105:22
153:17,18
**doubt**  339:14
**doug**  33:25 126:25
140:11 160:14
420:22,22
**douglas**  2:3 13:22
390:17 392:4
**douglass**  89:16
**dowling**  404:4
**dpatton**  2:7
**dr**  16:20 17:9 45:14
70:21 90:6,7,9,11
101:7 113:12
127:14 190:4 227:9
231:11 236:24
249:9 263:6 297:8
303:11 305:2 306:9
310:10 323:9 325:5
345:24 349:7
350:14 361:15
368:5 372:3 378:3
381:19 382:6 389:3
390:9 391:19 393:9
394:21 395:16
400:20 402:8 403:2
406:22 408:6
409:12 414:4 427:6

**draft**  198:15 215:10
**drafted**  114:22,24
298:18 299:16,18
299:21 304:7,7,10
343:2,3
**dragged**  332:18
**draw**  214:25 216:11
**draws**  110:5
**drive**  2:17 5:4 6:9
**driven**  24:6 49:17
50:2 331:6,9,13,16
331:19 332:6,12
**driving**  41:14 339:6
**dropped**  234:5,14
237:8
**drs**  90:17
**due**  55:22
**dues**  243:11,13,24
244:10 245:18
246:2,5 249:20
383:10,14 384:17
385:10 399:23
400:2,4
**duly**  15:11 454:6
**dunn**  6:3 14:10
**dvm**  1:18 7:3 15:10
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1

93:1 94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1

| | | | |
|---|---|---|---|
| 229:1 230:1 231:1 | 364:1 365:1 366:1 | 209:15,21 210:10 | **edit** 115:3 |
| 232:1 233:1 234:1 | 367:1 368:1 369:1 | 216:16 217:3,8 | **edited** 114:23,24 |
| 235:1 236:1 237:1 | 370:1 371:1 372:1 | 230:17 279:9 294:2 | **edition** 8:6,19 113:7 |
| 238:1 239:1 240:1 | 373:1 374:1 375:1 | 294:4 382:14 | 113:15 127:6 |
| 241:1 242:1 243:1 | 376:1 377:1 378:1 | 410:25 413:18 | 163:23 |
| 244:1 245:1 246:1 | 379:1 380:1 381:1 | 442:5,19 443:15,20 | **editions** 125:11 |
| 247:1 248:1 249:1 | 382:1 383:1 384:1 | 454:2,2 457:1,1,1 | **education** 23:11,16 |
| 250:1 251:1 252:1 | 385:1 386:1 387:1 | **eager** 123:16 125:4 | 239:9 257:2 258:23 |
| 253:1 254:1 255:1 | 388:1 389:1 390:1 | 149:13 | **educational** 238:17 |
| 256:1 257:1 258:1 | 391:1 392:1 393:1 | **eagerness** 124:23 | **effective** 99:13 |
| 259:1 260:1 261:1 | 394:1 395:1 396:1 | **eagle** 3:18 16:4 | 270:5 273:8,18 |
| 262:1 263:1 264:1 | 397:1 398:1 399:1 | 233:4 | 276:4 |
| 265:1 266:1 267:1 | 400:1 401:1 402:1 | **earlier** 46:6 54:4 | **effectuate** 222:3 |
| 268:1 269:1 270:1 | 403:1 404:1 405:1 | 108:12 164:14 | **efficient** 104:23 |
| 271:1 272:1 273:1 | 406:1 407:1 408:1 | 205:16 268:11 | 269:25 |
| 274:1 275:1 276:1 | 409:1 410:1 411:1 | 279:11 311:4 335:6 | **efficiently** 105:3 |
| 277:1 278:1 279:1 | 412:1 413:1 414:1 | 353:6 368:6 370:2 | **effort** 26:2 149:20 |
| 280:1 281:1 282:1 | 415:1 416:1 417:1 | 383:8 387:14 403:5 | 170:4 210:13 266:9 |
| 283:1 284:1 285:1 | 418:1 419:1 420:1 | 403:15 406:22 | 271:5,16 275:5 |
| 286:1 287:1 288:1 | 421:1 422:1 423:1 | 410:8 416:11,17 | 330:20 |
| 289:1 290:1 291:1 | 424:1 425:1 426:1 | 423:21 430:19 | **efforts** 86:21 123:24 |
| 292:1 293:1 294:1 | 427:1 428:1 429:1 | 434:20 435:6,18 | 141:5 174:13 |
| 295:1 296:1 297:1 | 430:1 431:1 432:1 | 439:10 | 196:23 266:14 |
| 298:1 299:1 300:1 | 433:1 434:1 435:1 | **earliest** 34:23 | 325:16 326:10 |
| 301:1 302:1 303:1 | 436:1 437:1 438:1 | **early** 29:23 35:2 | 328:22 333:6,8 |
| 304:1 305:1 306:1 | 439:1 440:1 441:1 | 39:5 54:4 75:4 | 335:18 336:8 |
| 307:1 308:1 309:1 | 442:1 443:1 444:1 | 109:25 135:15 | 404:24 405:25 |
| 310:1 311:1 312:1 | 445:1 446:1 447:1 | 167:13 220:4,14,18 | 406:17 409:19 |
| 313:1 314:1 315:1 | 448:1 449:1 450:1 | 221:10 234:10 | 422:16,17 425:7 |
| 316:1 317:1 318:1 | 451:1 452:1 453:1 | 237:9 | **egg** 1:2,9 4:8,9 8:5 |
| 319:1 320:1 321:1 | 456:10 457:25 | **earnest** 44:7 | 8:19 13:16 14:20,21 |
| 322:1 323:1 324:1 | | **easier** 263:17 | 14:23,24 52:17 |
| 325:1 326:1 327:1 | **e** | **easily** 235:3,6 246:7 | 58:24 59:3 69:13 |
| 328:1 329:1 330:1 | **e** 2:1,1 3:1,1 4:1,1 | 250:13 251:2 | 70:10 71:5 73:7 |
| 331:1 332:1 333:1 | 5:1,1,3,15 6:1,1,14 | 252:15 | 107:11 113:6 |
| 334:1 335:1 336:1 | 6:14 7:1,11 8:1,7,10 | **eastern** 1:1 | 116:11,13 122:8,20 |
| 337:1 338:1 339:1 | 8:13 9:1,8,10,11 | **eby** 240:21,22 | 122:25 128:23 |
| 340:1 341:1 342:1 | 10:1 11:1,18,19,21 | **economic** 102:15 | 153:4 163:22 |
| 343:1 344:1 345:1 | 127:9,18,18,20,21 | 120:12 300:15,22 | 180:12 188:15 |
| 346:1 347:1 348:1 | 127:25 130:2 | 301:7,15 343:24 | 189:4 192:14 |
| 349:1 350:1 351:1 | 137:20 138:2 152:3 | **economically** | 195:23,24 196:6,9 |
| 352:1 353:1 354:1 | 152:10,18 170:6 | 344:11 | 197:6 204:5,6 210:8 |
| 355:1 356:1 357:1 | 194:21 195:3,6,7,9 | **economics** 120:13 | 222:9,25 224:3 |
| 358:1 359:1 360:1 | 195:19,21 196:21 | **economist** 120:5 | 227:13,14 281:16 |
| 361:1 362:1 363:1 | 198:3 201:7,12,23 | | 283:16,22 318:22 |

[egg - evidence]

321:15,20 357:4
362:19 365:23
366:3 372:18,22,23
372:23 378:17,22
379:3 385:16,23,23
431:22 432:3,13
439:23 446:5 457:2
**eggs** 13:14 36:19,23
46:25 53:10 69:23
70:5,8 97:4 143:7
143:18 144:2 174:4
200:22 219:14
281:14 283:12
328:24 401:12
420:2 431:19 438:8
439:3 440:4,16
448:7,23 449:5
**eight** 372:13 375:2
**eimer** 5:20 16:6
**eimerstahl.com** 5:23
**either** 93:16 122:2
135:3 192:20 205:3
238:8 247:18
257:21,22 292:18
294:4 295:22 305:7
340:20 404:17
426:8 440:20
**ekantor** 4:13
**elect** 248:4
**elected** 247:16,18,25
248:11,14,19
251:14 395:24
396:9
**election** 249:15
**electronically** 235:7
294:4 305:7
**elects** 249:13
**eligible** 397:11
**eliminate** 202:3
222:4
**elimination** 202:11
266:21
**elisa** 4:11 14:12
403:3

**else's** 186:13
**embrace** 268:7,17
272:18 276:18
**embraced** 275:7
276:23 278:15
**emerge** 11:5 30:21
361:11
**emerging** 23:21
27:5 93:20 296:8
**emotions** 302:5
**employed** 18:8
**employee** 16:21
17:3
**employees** 21:22
247:4 254:5 258:24
403:25 405:6,24
406:16
**employment** 93:22
258:12
**enclosed** 180:14
**encompasses** 19:4
**encourage** 32:9
71:25 149:23 170:9
175:14
**encouraged** 124:12
**encouraging** 220:22
419:14
**endorse** 133:4
142:12 169:10,13
169:14 174:13
199:14 206:4
207:25 214:18
217:24 218:11
320:5 321:3 338:24
352:22 368:7
377:11 419:9,19,23
444:12
**endorsed** 159:8
212:15 365:21
366:2,7,14,14,16
368:18 420:4 444:2
444:8,25 446:3
**endorsement** 131:7
133:25 135:6
141:23 142:5,8

161:5,15,20 171:7
205:3 446:2
**endorsing** 205:5
206:17,24 207:21
224:23 349:14
**ends** 196:7 306:13
**engage** 58:8 220:4
220:14 221:10
309:9 319:13
**engaged** 287:20
309:13 409:16
**enhance** 344:15
**enlisting** 221:17
**ensued** 229:24
**ensure** 51:17 157:10
**ensured** 264:8
**ensuring** 378:21
**entail** 275:12
**entered** 225:13
**enterprises** 242:16
242:20
**entire** 52:5 98:24
208:3 236:20 268:6
268:16 272:17
275:7 278:15
333:13 334:3 367:8
373:12 403:22
**entirely** 69:7 438:12
438:22
**entities** 142:25
155:24 156:15
232:10,14 235:23
365:22
**entitled** 53:18 80:10
81:10 115:17
127:22 146:6,23
185:20 238:16
412:7 451:19
**entries** 59:6,8
**entry** 40:25
**epizootics** 263:15
434:23
**equal** 24:23,25 25:2
250:2

**equipment** 23:4
**errata** 455:7,9,12,15
456:5
**error** 444:19
**especially** 29:24
335:19 410:18
**esquire** 2:3,4,10,16
3:3,9,15 4:3,4,11,16
5:3,9,15,20 6:3,8
**essence** 133:7
134:22 206:9
268:22 352:25
**essential** 129:3,9,22
130:6 148:21
**essentially** 164:20
356:11
**establish** 67:7
162:18
**established** 44:23
59:17 116:10
131:24
**establishing** 269:14
**establishments**
269:18 272:14
422:15
**estimates** 100:23
**et** 1:8,9 13:16,17
59:5 122:17
**evaluate** 44:7 80:14
**evaluated** 379:18
**evaluation** 44:16
380:15,16 436:23
**evaluations** 378:19
379:6
**evan** 4:3 14:22
227:12 317:22
**event** 320:23
**eventually** 21:2 90:6
93:14 125:8 132:3
214:17 356:7
**everybody** 276:17
**everyone's** 333:3
**evidence** 218:15,25
219:12 280:7 401:3
401:17

evolved 71:24 209:2
446:6
evolving 286:16
exact 76:21 77:24
121:18 145:24
147:5 237:11
268:20 294:17
379:24 384:2,7
386:12
exactly 96:11
171:16 238:3
244:16 253:25
344:19 383:23
416:23
exam 317:24
examination 16:12
227:6 382:3 402:23
413:25 427:3
447:10
examine 411:22
413:7,11
examined 15:11
448:3
example 23:14
24:14 35:13 96:22
167:15 211:6 231:4
238:14 239:5
246:25 280:12
286:18 293:7
308:13,17 344:6
373:13 375:7
388:13,17 397:19
429:10
examples 72:10
256:14
exceeded 452:19
exceedingly 402:9
exchange 138:2
152:11 201:13
209:22 279:9
exclusively 239:3
excuse 15:14 33:24
70:21 153:21
198:10 326:4 351:5
420:21,24

excused 453:5
executive 248:15,17
248:18 251:13,18
251:19,24 252:5,9
252:18,24 253:8,19
exercise 301:11
exhibit 7:13 8:3 9:3
10:3 11:3 33:11,16
33:23 45:5,8 63:9
63:12 64:8,9 73:17
73:19 76:19,24 77:6
77:18 89:6,8,13
97:17,24,25 113:5
126:23 127:9,15,20
131:13,16,22
137:17,20,25 145:9
145:11 146:3
151:25,25 152:3,8
152:10 156:21
160:3,8,9,11 163:18
163:21 172:21,24
173:5 176:9,11,16
179:18,20,25
182:14,16,22
190:23 191:6
194:19,21 201:5,7
201:12 209:13,15
209:21 262:20,22
263:7 279:8,8
281:11 285:16
296:25 297:3,9
303:4,6,12 306:4,10
311:8,9,16,19,25
313:22 322:25
323:3 325:6,7 340:2
342:9,11,18 343:10
343:11,12,19
348:10,16,17,21,21
348:23 349:3,4,4
350:7,9,15,18,23
351:4,5 352:20,20
354:5,6,11 356:14
356:16,22 361:8,10
369:2 370:3 371:20
371:22 372:4 376:4

377:19,21 378:4
388:25 391:10,13
391:21 392:22,24
393:7 394:25 395:4
395:12,17 396:13
403:13 407:8,24
408:8 413:18 414:5
417:3 423:14,20
427:15,20,21
429:17 431:17
432:20 433:12
434:13 435:8,9,9
441:4 442:5,11,17
442:19,25 443:15
exhibits 76:12
345:15,25 346:2,3,6
346:21 348:12
349:8 407:7
exist 60:8 294:10,14
379:16
existed 60:2,10
114:6 181:17
215:16 277:7,20
312:5 379:14
existence 54:9 58:12
295:4
existing 40:9 57:22
59:22 90:23 93:18
116:11 124:20
135:25 278:22
279:3
expand 67:17 82:2
expansion 193:10
expect 48:23 49:18
364:7
expectation 327:18
428:20
expectations 94:23
98:13 314:2,5,6,24
315:3,6,8,9,12,22
316:5,8,13 317:4,7
317:11,17,25 318:5
318:13 328:9,15
329:6 330:11
336:15,17,20

433:21,24 434:2,7,7
expected 363:2,20
364:17,20 365:11
388:18
experience 419:13
expert 36:4 89:24
91:20 98:12 109:11
109:24 157:7
278:25 349:16
352:16,16,17
expert's 98:15
expertise 35:17,21
35:22 42:16 92:19
101:8
experts 35:25 40:23
42:20 44:14 48:3,5
48:9 63:2 65:4
78:24 79:5,9 90:14
90:25 91:15 92:8,14
92:19 93:7,16,24
95:12 98:17,25 99:6
99:16,25 104:20
107:16,19 109:15
111:7 115:4 118:24
123:21 124:8,10,17
131:2 138:24
159:10,22 161:22
161:23 165:4 166:6
166:14 167:7,10,19
171:9 172:15
184:14 186:16
208:18 277:22
278:24 300:10
301:22 314:4 316:7
320:18 330:24
331:3,23 337:14
338:6,10 344:10
360:3 367:10 377:7
377:9 447:24,25
expires 456:20
explain 27:12 82:3
92:12 93:4,11
102:19 104:13
170:3 236:19,22
322:4 337:4 398:14

435:21
explained 128:11
217:9
explaining 94:22
129:21 142:9
211:20 358:9
373:19
explains 168:7,11
196:4
explore 27:15
290:22 342:5
explores 49:13
exploring 48:18
49:14
exports 20:19
express 260:17
272:8 287:19
288:13 296:20
333:25
expressed 269:21
282:24 288:20
297:22 318:25
329:7,20 330:12
352:14,15 377:8,10
403:18 430:21,25
expressing 139:18
144:11 284:6
extended 173:16
extensive 261:18
extent 114:6 169:13
178:11 223:12
230:6 260:2 293:12
299:16 420:17
external 270:16
extreme 86:6 147:25
301:19
extremist 86:14
147:12 387:15,16
388:10,21 389:8,24
390:4 416:13 424:5
424:13
extremists 147:15
387:25
eye 5:10 296:10

eyes 195:23

**f**

f 4:11 454:2
faced 209:7
facilities 20:6 192:2
447:3,4 448:2,24,25
449:4
facility 436:2 447:20
448:7,9
fact 28:21 39:10
47:6 62:15 92:25
119:12 150:10
153:25 172:14
174:2 177:7 186:24
194:10 216:12
249:12 270:25
300:19 301:13
306:4 308:7 310:23
316:13 321:23
322:2 344:24
349:15 372:13
444:2
factor 335:11
factors 371:5,10
facts 108:5 401:2,16
faegre 5:3 16:9
faegrebd.com 5:6
fail 174:6 435:19,22
436:10,17 437:18
455:18
failed 435:15 436:5
failure 437:3
fair 52:21 54:23
71:22 96:3 105:13
111:25 115:9
146:14 177:3
262:18 451:2,12
fairfax 2:18
fairly 38:6 258:15
259:9,21 261:18
fairness 451:6
familiar 191:9 395:6
407:2 446:19

far 48:5 109:23
257:9 258:2 292:20
301:15 365:16
428:12 440:25
447:8 448:15
farm 70:13,14
447:19,21
farmer 70:10,12
385:23 435:14
447:2
farms 4:19 5:17
14:8 15:18 382:9
411:16 416:6 447:4
447:4
farther 78:2
fashion 299:4 304:3
fast 30:4,5 40:6
280:21 281:15
286:17 325:24
326:8 351:24
422:15
fault 17:20
favor 79:25 97:9
fax 7:16,19 9:17,19
11:6 45:8,15 73:19
73:25 74:13 297:3
303:6 371:22
372:14 403:16
405:10
faxed 196:12
fda 22:3
fear 148:19 149:22
feasibility 67:15
110:2,25 167:14
300:15,22 301:6,13
feasible 67:19 110:6
167:16 301:15
feathered 200:4,13
feathers 61:22,22
february 10:5,15
74:13 75:4 79:12
138:8 146:5 342:13
347:2 418:7 421:25
424:10

federal 77:2 219:11
412:6 452:17
federally 1:22
federation 58:21
feed 110:22 116:21
158:5 162:17
164:16 165:7 202:3
220:21
feedback 360:12
feedstuffs 361:20
feel 27:13,17 32:4
42:9 48:22 124:22
130:20 150:5
259:20 283:9
335:19 368:13
felt 28:15 29:13
31:17 32:6,8 39:12
41:17 42:15,18 67:9
79:7 87:13 93:16,20
99:16 101:9 102:8
107:19 109:16,22
125:3 129:14
130:24 142:19
150:3,5 169:6 184:7
185:17 200:12
206:17 271:22
273:22 274:8 281:6
283:24 284:19
285:8,12 308:16
319:22 327:21
330:22 332:19,25
333:10 335:24
337:14,18 338:8,11
362:15 368:19
fend 28:24
fewer 104:24,24
115:23
fi 71:13
field 79:7 91:16
298:3,3
fight 426:8
fighting 280:24
figure 22:6
filed 385:17,21,22

**files** 164:6 180:9
293:25 299:13
**filibuster** 38:11
**final** 81:7
**finally** 201:25
**finance** 247:2
**find** 111:7 154:24
155:5 185:16 194:3
364:12
**finding** 82:16 83:9
83:24 363:9
**findings** 81:6,12,15
81:20 82:21 369:20
**fine** 234:20 243:10
262:13 313:8
**finish** 274:20
**finite** 209:8
**firm** 13:23 14:2,7,13
15:20,24 38:6 88:6
190:11,19 218:10
357:6
**firms** 122:8,8
**first** 31:17,24 36:6
38:2 46:9 71:10
78:6 86:19 90:3
91:24 127:17
135:13,23 160:25
161:3,10 173:11
195:18 198:2 202:8
212:21 215:11
232:13 251:20
255:9 265:20
279:18 282:7
292:12 300:2,11
325:13 327:15
336:14 351:20
354:22 369:3
378:16 386:13
393:20 396:12,16
403:17 408:17
414:11 419:25
427:19 437:10
443:21
**five** 30:23 31:4 32:3
46:10 202:20 262:2

262:14 267:20,25
268:10 269:21
271:19 290:21
291:20 295:3,13
336:11 352:12
368:2 407:10
**fix** 140:13
**fixing** 225:10,13,17
**fl** 2:6
**flavor** 241:8
**flip** 340:11,20
**flock** 188:14,19
189:3 221:18
**flocks** 8:5,19 113:6
128:25 163:23
222:4,5
**floor** 2:11,17 3:16
108:7
**fluctuate** 232:2
**fluctuated** 254:9
**fly** 228:4
**fmi** 7:16,21,23 8:8,9
8:11,12,14,15,17,20
8:21,23,24 9:9,10
9:12,18,19,22,24
10:4,6,7,8,10,11,12
10:13,14,16,17,18
10:19,21,25 11:6,11
11:14,15,17,20,21
18:5,8 21:5,8,9 22:7
22:8,10 23:13,24
24:12,20,21 25:4,16
26:2 27:3,10,14
30:24 31:6 35:12,13
36:21 39:25 40:8,18
41:2,19,21,25 42:12
42:15 43:2,13 44:6
45:9,9 47:6,16 48:4
49:12,12,14,19,22
50:7,14,15,22 51:13
51:22,25 53:16
54:25 55:3 56:2
57:19 58:4,7,19
60:3 63:21 64:21,25
66:24 68:15 69:15

69:21 70:3 71:3,14
71:25 72:9,16,25
73:3,7 74:18 77:22
79:15 82:16 83:14
86:19 88:7,15,17
89:9,23 94:9,14,24
95:7,10,12,23 96:5
96:15 97:6,9,19,19
98:4,8,24 99:3,5
103:2 106:13 110:8
111:2,14,15,24
112:8 113:18
114:14,17,23 115:8
119:4 121:14 123:2
123:5,16,25 124:24
125:13,21,24
126:11,12,22
127:10,10,24 129:2
129:9,14 130:14,19
131:17,17 132:11
132:17,17 133:4,9
133:10 137:21,21
138:3,12,17,23
139:7,13,20 140:3,3
140:10 141:3,12,14
142:11 144:11,12
144:15,24 145:2,12
145:12 146:22
147:24 148:20
149:11,14,24 150:4
150:11,12,20,22,23
151:4,8,16 152:4,4
152:14,24 154:15
154:20 155:23
156:11,12,22,22
157:6,13,20 158:12
158:15 160:4,4,10
160:12 161:4,16
163:3,24,24 164:6,8
165:25 166:8,11
167:24 168:21,25
169:10,12,22
170:11,14,18
171:25 172:4,9,25
172:25 173:8,9

174:13,17 175:21
176:12,17,24 177:2
177:8,11,13,19,23
177:25 178:18,25
179:2,13,21,21
180:2,9,23,24 181:4
181:8,18 183:8,16
183:25 186:4,7,11
187:23 189:8
193:19,24,24
194:11,22,22
195:12,15,22
196:22 197:10,21
199:13 200:25
201:8,8,14,15,15,18
203:14 204:22
205:3,9,10 206:23
208:6 209:3,16,16
210:2,17,18,21,25
211:4,7,18 214:4,9
215:3,4,9,21 217:18
218:16,25 219:13
219:15 222:11
223:4,14,19,25
224:10,18,22,24
225:9 226:10
228:20,23 229:5,14
230:2,3,10,20 231:9
231:12 232:14
234:9,20 235:13,15
236:25 237:22
238:19 239:14,20
239:23 241:18,22
242:10 243:10
244:9 245:5,18,25
246:4,8,10,16,16,21
246:24 247:3 250:4
250:16 251:2,7,10
252:8 253:24 254:4
255:8,15 256:15
257:12,22 258:12
259:13,18,21 260:7
262:16 264:13
265:15 267:10,14
267:17,20,25

| | | | |
|---|---|---|---|
| 268:14,14 269:9 | 356:18,18 357:5,7 | 447:17,22 448:4,4 | 102:12 106:16 |
| 270:25 271:16 | 357:19 358:23 | 448:11,13 449:6,22 | 114:8 126:21 |
| 272:8 274:11,19 | 359:22 360:5 362:8 | **fmi's** 18:9 23:8 | 127:17,24 238:22 |
| 275:4 276:19 | 362:22 365:16,20 | 24:10 28:17 36:9 | 339:6 362:21 363:6 |
| 277:13 278:3,6,13 | 365:25 366:14 | 49:24 51:4 54:15 | 369:7,15,21 370:4 |
| 278:21,24 280:2 | 368:6 370:8 371:2,3 | 74:5 75:9 79:24 | 370:25 371:12 |
| 281:15 282:10,24 | 371:23,23 372:9,13 | 95:14 98:12 102:3 | **focused** 183:20 |
| 283:9 284:6,19 | 372:21 373:5,6,8,13 | 118:2,21 123:8 | 449:24 |
| 285:3 286:25 287:9 | 373:22 374:6,8,11 | 126:4,16 158:24 | **focusing** 26:12 |
| 287:19 288:13 | 374:25 375:2 376:6 | 164:25 165:4 | 94:14 127:21 |
| 289:23 290:4,13,15 | 376:20 377:2,10,11 | 172:13 205:23 | 183:13 |
| 291:3,7,23 292:22 | 380:20,22 381:6 | 207:5,20 230:11 | **follow** 25:21 51:5 |
| 293:14,25 294:18 | 382:13,15 383:9,18 | 231:3,21 239:13 | 66:9 68:16,24 |
| 295:10,22 296:2 | 384:18 387:24 | 241:13 243:24 | 127:23 266:2 |
| 297:4,4 299:4,16 | 388:4,9,12,15 389:5 | 244:12 245:8 | 292:19 303:14 |
| 300:20 302:2 303:7 | 389:7,14,23 390:3 | 247:11 255:21 | 340:7 448:18 |
| 303:7 304:7 305:10 | 390:13 391:15,22 | 256:23 258:13,16 | 450:19 451:20 |
| 305:24 309:5,22 | 392:10,15 393:2,8 | 263:12 264:23 | **followed** 27:2 68:21 |
| 311:7,21 312:2 | 394:17 395:12,19 | 265:11 271:4,24 | 135:14 266:5 322:9 |
| 313:3,8,16,25 | 395:22,24 396:9 | 272:2 282:12 | **following** 74:20 |
| 314:18,23,25 315:6 | 397:12,25 398:3 | 298:19 299:4,19 | 314:10 318:16 |
| 317:3,6,10,19 318:4 | 399:15,20 400:3,5 | 304:4,8 305:8,18 | 336:10 340:8 |
| 318:12,17 319:19 | 400:21 403:6,22 | 306:25 307:23 | 372:25 444:18 |
| 319:21 320:2,4 | 405:19 406:23 | 309:12 310:16 | **follows** 15:12 |
| 321:3,10,14 322:7 | 407:14,18,25 408:2 | 312:7,7,14,19 319:2 | **fontecilla** 3:9 15:19 |
| 322:13 323:4 | 408:9 409:10,19 | 319:8 320:25 | 15:20 |
| 325:15 326:9,21 | 410:12 412:13 | 321:21 327:10,16 | **food** 1:17 6:9 9:13 |
| 327:5,13,16 328:21 | 414:9 415:4,5,19 | 333:14,18,25 346:8 | 9:15,21 11:8,10,12 |
| 328:22 329:2,6,18 | 416:18 418:6,22 | 346:18 352:17 | 15:3 16:22 17:2,6 |
| 330:10,21 331:18 | 419:5,14,17 420:8 | 379:6,13 380:23 | 19:24 20:8,23 21:3 |
| 332:16 333:6,8,23 | 420:11 421:14 | 391:25 405:24 | 21:12,16,20 22:2,11 |
| 334:20 335:17 | 422:17 423:7 424:8 | 406:17 407:3 | 22:19,20,25 23:2,3 |
| 336:7,18,18,24 | 424:11 425:7,9 | 409:15 410:2 | 23:7,12 24:14 26:8 |
| 337:11 338:19,24 | 427:22 428:10,12 | 414:23 420:13 | 26:17,22 27:8 28:11 |
| 341:13 342:12,13 | 428:13,20 429:7,17 | 441:17 446:10 | 29:24 30:2,4,5 |
| 342:14,23 345:16 | 431:9 432:9,23 | 452:5 | 39:14 40:6,6 46:20 |
| 345:17,18,19,20,20 | 433:2,19 435:11,18 | **focus** 18:7 23:25 | 51:14,16 52:5,6,7 |
| 346:18,21,23,24,24 | 435:22 436:12 | 25:22 26:2 29:23 | 52:10,12,13,15,20 |
| 347:2,3,5,5,7 348:3 | 437:3,16 438:2,5,6 | 41:22 42:2,4 44:3 | 53:8 61:19,24 62:2 |
| 348:4,16,17,21,22 | 438:16 439:2,8,11 | 45:17 49:4,5 57:14 | 64:22 82:8,9,12 |
| 349:3,4,5,18,22 | 439:12,15,16 440:3 | 74:11 77:20,22 78:4 | 83:4 86:18 87:19 |
| 350:4,24 351:8 | 440:5,9,11,14 442:2 | 78:8 80:7,13,20 | 97:2 103:11 105:3 |
| 352:14,22 353:6 | 442:6,6,20,20 443:2 | 81:2,17 83:15 87:2 | 117:2 148:12 163:9 |
| 354:16 355:3,11,12 | 443:11,21 444:3,8 | 87:24 88:3,7 90:12 | 171:19 202:11,22 |
| 355:14,17,25 | 444:11,25 446:3,25 | 90:15 96:21 97:9 | 203:6 231:18 232:5 |

238:5,8,9 242:20,25
243:25 244:2,3
252:23 255:10
257:2,3,18 258:20
262:22,25 266:8,21
272:14 273:21
280:21 281:15
285:23 286:11,17
289:19 306:16
310:12,24 311:20
313:23 314:15
325:25 326:8 331:7
333:11,13 334:3,12
336:15,17 362:2
363:11 364:14
369:16,22 377:22
378:19 391:13
392:24 408:14,22
422:15 427:10
431:13 433:6,15
**foods** 3:12 4:14 5:12
14:14,17 15:22
105:3 237:18
240:24 241:2 242:7
242:7,8,23 258:9
375:21 403:4
**foot** 192:24
**force** 96:6 110:10
166:2,4 265:25
**forced** 61:14,17,18
62:13,15 107:22,23
110:15,16 111:9,13
111:23 112:9 117:3
117:10 162:4,9,13
162:25 165:7
202:11
**forcing** 95:25 96:2
**foregoing** 456:3
**form** 35:3,5 38:5
44:9 52:9,25 59:19
66:3 67:3 70:20
71:18 72:4 75:11
78:19 85:20 87:11
88:21 94:17 100:6
118:8 119:17

122:15 129:11
139:6,12 153:16
159:6 162:12
185:14 193:4
202:13 218:19
219:17 222:20
223:8,10 224:6,8,15
225:4,6 226:15
239:8 245:19 250:7
252:25 253:14
254:18 256:9
257:15 259:24
261:3 267:11
268:18 272:19
275:9 277:15 278:9
278:16 280:5
281:24 287:4
298:20 305:7 309:7
309:14 312:9
317:14 318:10
320:6 321:6,13
329:9,10 353:7
357:4 358:17
360:25 364:22
370:12 375:10,14
377:13 379:21
380:25 386:19
389:12 400:24
401:15 415:2,17
416:7 419:16 421:4
421:16 423:10,12
424:15 425:12,14
435:3
**formal** 75:20 139:7
139:12
**formally** 139:20
**formed** 57:5 289:23
290:4,19,20
**forms** 24:2
**formula** 400:3,7
**forth** 130:2 280:15
**fortunately** 147:18
148:7 424:22
**forward** 39:2 44:3
71:23 72:12 79:23

88:7 89:14 92:10
94:20 95:11 139:5
139:11 429:11
**found** 34:23 93:7
160:18 179:6
250:14 436:25
**foundation** 38:23
60:6 62:9 69:6
80:23,25 82:5 83:7
83:13 84:24 183:18
184:5 185:5 189:15
189:17 200:24
230:13 298:21
299:7 333:21
349:24 353:8,20
362:12 385:5
392:18 394:19
447:7
**four** 32:3 90:3 242:4
245:13 295:3
304:23 327:2
412:15 427:8
431:11 433:5
**fourteenth** 1:19
**fourth** 157:6 186:2
393:9 408:25 409:4
409:5,6
**frame** 118:25
**frasier** 90:10
**frasier's** 90:11
**fred** 393:21
**free** 70:7,16 95:18
270:15 433:9 438:7
439:12,12
**frequent** 258:15
**frequently** 101:24
**friday** 1:14
**friends** 200:4,14
**fringe** 425:11
**front** 26:17,20 29:21
51:12 73:25 113:13
127:15 144:25
146:7,14 147:10,16
195:3 219:11
299:22 323:16

343:20 387:22
388:18 389:20
414:6 416:14 417:4
423:24
**full** 115:22 157:6
265:20 339:15
363:14 414:12
417:25 433:18
**fully** 224:22
**function** 256:23
388:3
**functioning** 247:4
**fundamentally**
49:23
**furniture** 243:22
**further** 27:15 63:4
177:24 226:17
251:24 256:19
290:22 336:8 342:5
397:24 402:12
411:13 413:25
425:19
**fury** 200:4,14
**future** 93:21
**futuristic** 28:22

**g**

**gail** 89:16
**gamut** 276:15
**gaps** 93:11,13
107:12,15,18 300:8
322:11
**garland** 395:5,24
396:9,13,19
**garth** 418:18,22
421:10
**gary** 390:19,21,23
393:11
**gather** 80:5
**gathered** 293:9
**gathering** 39:24
43:13 47:7,16 82:15
**gauges** 256:5,15
**gene** 121:19 128:2
132:16 198:15

201:13,24 322:20
322:22 418:2,20
443:16,24
**general** 6:9 15:3
46:20 58:11 61:18
98:19 104:19
186:22 239:23
257:8 260:4 283:10
284:11,21 335:9,16
372:5 399:6 422:23
434:9,10 440:19,21
445:11
**generalized** 431:21
432:14
**generally** 22:7 23:8
106:12 147:9 232:2
255:4 264:11
271:18 313:5 335:2
383:11 385:18
387:17 399:18,19
407:2,5 428:21
**generated** 54:23
136:25
**generic** 31:20 32:2
54:10 67:12
**george** 6:8 15:2
**georgia** 18:20,22
19:3,6 20:4,12,14
**getting** 29:12 30:25
399:4
**giant** 3:18 16:4
233:4 236:13
375:21
**gibson** 6:3 14:10
**gibsondunn.com**
6:6
**give** 17:16,16 35:7
38:13 70:22 76:15
86:2 108:4 142:7,8
177:15 198:23
234:16 246:15
376:4 384:22
397:25 450:4,11
**given** 93:9 94:19
107:7 247:20 356:9

358:11,14 366:20
386:9 451:12
454:10
**gives** 452:9
**giving** 445:25
**go** 18:14 19:6 28:6
28:14 31:8,15 34:17
53:17 54:18 59:11
71:21 76:8 79:9,22
86:16 87:16 93:4
94:20 99:11 106:6
126:12 140:12
146:25 157:24
193:17 203:11
208:20 226:20
235:22 242:6
248:24 267:2
285:14 286:21
304:15 324:19
326:4,21 331:5
332:24 336:11
345:5 362:21
367:15 374:22
381:10 411:3
412:21 426:11,18
**goal** 65:22 79:12
135:7 137:10
157:13 187:21
255:21 270:14
336:18,24 337:10
338:7,18,19 368:11
**goals** 105:6,10
178:14 286:5 302:3
336:11,12 338:25
339:4,5,20,24
340:15 342:4
438:16
**goes** 196:4 270:13
300:13
**going** 27:16 31:21
32:8 33:7 38:4,5,8
44:3 53:12 57:24
58:14 63:8 73:7
76:16 88:7 92:10
99:11 100:10

108:13 109:23
112:14,19 123:6
126:20 131:25
140:17 145:8
155:19 157:3 160:9
168:3 172:5 173:19
189:19 211:23
217:23 218:5
219:22 220:7
248:25 252:11
271:20 278:11
280:15,18,20 281:7
281:7,23 293:8
297:14 304:16
314:8 324:14,21
345:7,24 347:12,16
348:15 367:17
368:20 371:19
376:15 381:11,21
394:15 395:8
402:14 404:20
412:23 413:13
426:7,9,19 427:10
430:2 442:10
447:19 449:11,13
450:21,23 451:11
451:16,17 453:2
**golab** 89:16
**goldberg** 241:2
**golinharris** 190:12
**good** 16:15 30:14
38:17 56:11 99:17
105:6 106:24
112:16 139:8
173:21,23 184:17
190:4 195:22
200:16 210:12
227:9,11 283:9,14
284:20 333:13
403:2 454:5
**gotshal** 5:9 14:16
**gotten** 445:12
**governance** 398:2
**government** 23:15
32:9 196:19 255:11

**grandin** 89:17 101:7
107:10
**great** 205:13 233:23
**greater** 118:15
**greatly** 180:17
**green** 6:8 15:2,2
92:16 102:25 105:8
148:24 155:12
227:20,25 228:6,9
228:12,19 248:21
262:4,7 278:8 282:4
284:15 360:25
391:11 399:7 450:8
450:25 451:4,5
452:2,16,22
**gregory** 121:19
128:3,17 132:16
134:17,21 169:21
170:7 201:13,25
204:2 205:9 206:10
322:20 414:13
418:2,20 443:16
444:15 445:20
446:13
**gregory's** 204:10,21
**grew** 291:17 295:14
**grizzard** 235:21
**grocers** 1:7 3:7
13:15 236:9,15
390:12 392:5
393:14 394:6,10
396:15 397:19
398:20,24 399:13
400:12 427:8 428:6
430:24 432:22
**grocery** 36:8 80:16
81:22 83:2 84:5
87:18
**group** 25:9 30:12,13
74:11 77:22 78:4
80:8,13,20 81:2
83:15 87:2,13,24
88:3 94:13,14 96:6
99:8 147:12 203:19
204:4,17 205:2

242:15 279:16
280:15 281:12,15
286:21 293:8
294:12,13 295:23
296:13 297:14
303:19,20 317:18
331:17 355:14
363:6 365:8 371:13
374:24 410:12
416:13 424:6,13
427:10,22 431:13
433:2,6 434:9
**group's** 204:11
321:4
**groups** 26:16 29:9
36:3 41:22 42:2
44:3,11 45:21 58:14
59:12 60:22 75:24
77:21 78:8 79:14,15
80:2,14 81:17 88:7
90:22 91:25 92:24
124:13 133:23
135:24 144:13,24
149:23 156:15
161:6 186:23
200:15 255:12
266:19 275:11
276:11,15,20
278:22 279:22
283:11 284:22
319:14,24 320:14
332:4 352:16
362:22 364:9 369:6
369:7,10,15,21
370:4,25 387:17,21
388:2,6,11,22 389:9
389:24 390:5
397:23,24 425:10
**grow** 61:22
**growing** 265:16
267:21
**growingly** 30:25
**guess** 184:16 243:9
**guessing** 234:7
243:8

**guidance** 38:16 95:6
95:14 98:18 108:21
118:23 159:10
166:6 246:15
315:23 356:10
360:4 436:4
**guide** 54:12 88:7,11
88:16
**guideline** 45:2 71:7
71:9 73:8 93:15,19
99:17 101:20 118:4
161:7 205:15
206:24 207:6,11
208:14 209:5
275:14 276:12
277:11 321:24
338:22 356:11
359:4 438:19
**guidelines** 8:5,18
10:12,15,17,20
32:25 40:19,22 44:7
44:13,17,23 47:21
47:24 55:15,18
56:22 60:24 69:4,17
71:16 73:4 76:5
77:3,3,5 90:24,25
92:3,15,25 93:6
96:15 102:5,9 106:2
106:21,24 107:17
110:17 113:6,14,17
113:25 114:3,4,9,9
114:15,18,20,20,23
114:24 117:4,7
123:7,17,18 124:2
124:20,25 125:8,15
125:22 126:2,6,13
127:6 129:4,17
131:6,24 132:5
133:5,11 135:9,13
135:17,25 136:7,24
136:25 137:3 139:6
139:12,21 140:3,4
141:5,11,23 142:12
142:21 143:12,17
144:4,16 145:3

148:22 149:14,24
150:11,23 151:17
154:3,16,22 155:3
155:25 156:7,16
157:14,23,25
158:12,14,24 159:2
159:9 161:16,21
162:14 163:18,22
164:10,19 168:22
169:14 170:23
171:9,22 172:2,5,10
172:16,18,20
173:25 174:19,20
174:23 175:14,15
175:20,22 178:12
178:19 180:24
183:11,21 186:12
186:15,21 188:14
188:18 189:3
190:13 191:17,24
192:14 193:15
194:12 195:25
199:3 202:8 204:15
204:16,18 205:5,24
206:4,6,16 207:13
207:22 210:20
211:22,24 212:16
213:4,24 214:5,6,10
214:16,20,21
215:10,16,18,22
216:8,10,13,17
217:19,25 218:17
220:12,25 222:13
223:6,17 226:4,12
266:3,13 269:20
273:25 275:17,22
276:13,23 277:6,14
277:20 278:5,14,23
279:3 280:4 281:9
281:16 287:13
294:19 300:9,16,24
301:8 317:21 320:4
320:12,13,15,16
321:4,12 322:10
330:25 331:15

335:12 336:23
337:3,16,19 341:3,5
346:22,25 347:4,6
349:13 350:11
352:9,23 355:11,13
355:13,14 356:10
365:21 366:2,15
367:3,6 368:12,17
368:18 372:22,25
373:9,25 376:7
377:3,12 379:4,5,19
379:23 380:8
400:23 401:14,23
403:20 410:3
418:10 419:8,9,15
419:19,22 420:4,9
420:12,13,13
421:15 422:18
425:8 432:4,13
436:6 439:13,17,19
446:4 449:6,24
**guys** 214:9

**h**

**h** 2:3 7:11,14,16,17
7:19,21,22 8:1,4,7,9
8:10,12,13,15,16,18
8:21,22,24 9:1,4,7,8
9:10,11,13,17,19,20
9:23 10:1,4,7,9,12
10:14,17,19,22,23
11:1,4,6,7,10,12,15
11:16,18,19,21
33:16 45:8 63:12
73:19 89:8 97:17
113:5 127:9 131:16
137:20 145:11
152:3 156:21 160:3
163:21 172:24
176:11 179:20
182:16 190:23
194:21 201:7
209:15 262:22
297:3 303:6 311:19
323:3 342:11

345:15,18 346:21
346:24 347:2,5
350:18 356:16
361:10 371:22
377:21 391:13
392:24 395:12
407:24 413:18
442:5,19 457:1
**h.e.** 234:12
**half** 112:15
**halfway** 279:18
313:24 314:20
**hallmarks** 105:6
**hamilton** 1:19 4:3
13:10 14:19,23
**hammonds** 173:6
180:4 209:22
210:10 216:5,6,20
217:2,7,22 218:4,10
218:24 219:7
**hand** 63:9 97:23
127:16 146:2
151:24 160:8 176:8
191:5 262:19
263:24 345:25
347:12,16 356:13
392:3 407:9 417:2
442:10 454:12
**handed** 33:22 146:4
408:7
**handled** 104:22
**handling** 37:4 57:8
**hang** 38:2 189:10
**hanson** 3:3 14:2
**happen** 28:23
396:18
**happened** 28:11
75:4,22 366:23
416:24 438:4
**happening** 26:15
27:24 40:5 273:20
280:12 296:2 371:8
**happens** 9:4 17:19
182:16

**happy** 200:3
**hard** 186:20 305:7
**hardship** 167:4
**hardware** 243:22
**hatched** 437:7
**hausfeld** 2:10
**hausfeldllp.com**
2:13
**head** 121:17 208:5,6
210:8,25 217:12
245:23 252:22
291:20 292:11
384:12 391:5 406:7
443:18
**header** 289:20
**heading** 49:10 59:4
61:14 77:13 285:21
286:7 325:10
351:21 372:18
**heads** 216:21
**health** 244:5 263:18
**healthier** 105:2
**healthy** 105:12
**hear** 79:19 140:14
170:25 374:17
**heard** 280:20
295:24
**hearing** 85:5
**hearsay** 153:17,18
**heb** 234:12
**heightened** 124:23
**heights** 13:6
**heinz** 240:14,19
**held** 13:9 41:2
**help** 38:20 50:3,6
87:22 88:11 108:3
178:9 198:3,7
265:15 268:24
278:4 300:13,20
332:17
**helpful** 19:21 33:12
196:11 197:8
**helping** 21:15 23:21
48:13

**hen** 61:17 163:9
220:4,14 221:10
393:22
**henhouse** 192:5
**henhouses** 192:7,16
193:10
**hens** 115:24 158:3
192:25 204:15,16
204:17 206:5
221:19 362:19
378:22
**hey** 214:9
**hi** 16:16 147:18
195:21
**hidden** 225:17
**high** 11:8 198:3
254:11,14 358:11
358:14 377:22
380:15
**higher** 106:17
**highest** 357:21
358:7 359:8,13,19
360:15 378:18
379:6
**highlights** 382:17
**highly** 1:12 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
33:25 34:1,7 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1

92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1,25
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1

**[highly - hollingsworth]** Page 30

| | | | |
|---|---|---|---|
| 228:1 229:1 230:1 | 363:1 364:1 365:1 | 27:1 28:1 29:1 30:1 | 173:1 174:1 175:1 |
| 231:1 232:1 233:1 | 366:1 367:1 368:1 | 31:1 32:1 33:1 34:1 | 176:1 177:1 178:1 |
| 234:1 235:1 236:1 | 369:1 370:1 371:1 | 35:1 36:1 37:1 38:1 | 179:1 180:1 181:1 |
| 237:1 238:1 239:1 | 372:1 373:1 374:1 | 39:1 40:1 41:1 42:1 | 182:1 183:1 184:1 |
| 240:1 241:1 242:1 | 375:1 376:1 377:1 | 43:1 44:1 45:1,13 | 185:1 186:1 187:1 |
| 243:1 244:1 245:1 | 378:1 379:1 380:1 | 45:14 46:1 47:1 | 188:1 189:1 190:1,4 |
| 246:1 247:1 248:1 | 381:1 382:1 383:1 | 48:1 49:1 50:1 51:1 | 191:1 192:1 193:1 |
| 249:1 250:1 251:1 | 384:1 385:1 386:1 | 52:1 53:1 54:1 55:1 | 194:1 195:1 196:1 |
| 252:1 253:1 254:1 | 387:1 388:1 389:1 | 56:1 57:1 58:1 59:1 | 197:1 198:1 199:1 |
| 255:1 256:1 257:1 | 390:1 391:1 392:1 | 60:1 61:1 62:1 63:1 | 200:1 201:1 202:1 |
| 258:1 259:1 260:1 | 393:1 394:1 395:1 | 64:1,4 65:1 66:1 | 203:1 204:1 205:1 |
| 261:1 262:1 263:1 | 396:1 397:1 398:1 | 67:1 68:1 69:1 70:1 | 206:1 207:1 208:1 |
| 264:1 265:1 266:1 | 399:1 400:1 401:1 | 70:22 71:1 72:1 | 209:1 210:1 211:1 |
| 267:1 268:1 269:1 | 402:1 403:1 404:1 | 73:1,24 74:1 75:1 | 212:1 213:1 214:1 |
| 270:1 271:1 272:1 | 405:1 406:1 407:1 | 76:1 77:1 78:1 79:1 | 215:1 216:1 217:1 |
| 273:1 274:1 275:1 | 408:1 409:1 410:1 | 80:1 81:1 82:1 83:1 | 218:1 219:1 220:1 |
| 276:1 277:1 278:1 | 411:1 412:1 413:1 | 84:1 85:1 86:1 87:1 | 221:1 222:1 223:1 |
| 279:1 280:1 281:1 | 414:1 415:1 416:1 | 88:1 89:1 90:1 91:1 | 224:1 225:1 226:1 |
| 282:1 283:1 284:1 | 417:1 418:1 419:1 | 92:1 93:1 94:1 95:1 | 227:1,9 228:1 229:1 |
| 285:1 286:1 287:1 | 420:1 421:1 422:1 | 96:1 97:1 98:1 99:1 | 230:1 231:1,11 |
| 288:1 289:1 290:1 | 423:1 424:1 425:1 | 100:1 101:1 102:1 | 232:1 233:1 234:1 |
| 291:1 292:1 293:1 | 426:1 427:1 428:1 | 103:1 104:1 105:1 | 235:1 236:1,24 |
| 294:1 295:1 296:1 | 429:1 430:1 431:1 | 106:1 107:1 108:1 | 237:1 238:1 239:1 |
| 297:1 298:1 299:1 | 432:1 433:1 434:1 | 109:1 110:1 111:1 | 240:1 241:1 242:1 |
| 300:1 301:1 302:1 | 435:1 436:1 437:1 | 112:1 113:1,12,13 | 243:1 244:1 245:1 |
| 303:1 304:1 305:1 | 438:1 439:1 440:1 | 114:1 115:1 116:1 | 246:1 247:1 248:1 |
| 306:1 307:1 308:1 | 441:1 442:1 443:1 | 117:1 118:1 119:1 | 249:1,9 250:1 251:1 |
| 309:1 310:1 311:1 | 444:1 445:1 446:1 | 120:1 121:1 122:1 | 252:1 253:1 254:1 |
| 312:1 313:1 314:1 | 447:1 448:1 449:1 | 123:1 124:1 125:1 | 255:1 256:1 257:1 |
| 315:1 316:1 317:1 | 450:1 451:1 452:1 | 126:1 127:1,14 | 258:1 259:1 260:1 |
| 318:1 319:1 320:1 | 453:1 | 128:1 129:1 130:1 | 261:1 262:1 263:1,6 |
| 321:1 322:1 323:1 | **hill** 3:15,18 16:2,2 | 131:1 132:1 133:1 | 264:1 265:1 266:1 |
| 324:1 325:1 326:1 | **hinder** 344:16 | 134:1 135:1 136:1 | 267:1 268:1 269:1 |
| 327:1 328:1 329:1 | **hinted** 447:9 | 137:1 138:1 139:1 | 270:1 271:1 272:1 |
| 330:1 331:1 332:1 | **hired** 190:11,18 | 140:1 141:1 142:1 | 273:1 274:1 275:1 |
| 333:1 334:1 335:1 | **historical** 250:25 | 143:1 144:1 145:1 | 276:1 277:1 278:1 |
| 336:1 337:1 338:1 | **hits** 30:14 293:10 | 146:1 147:1 148:1 | 279:1 280:1 281:1 |
| 339:1 340:1 341:1 | **hoc** 294:11 405:18 | 149:1 150:1 151:1 | 282:1 283:1 284:1 |
| 342:1 343:1 344:1 | 410:9 | 152:1 153:1 154:1 | 285:1 286:1 287:1 |
| 345:1 346:1 347:1 | **hold** 219:10 292:5 | 155:1 156:1 157:1 | 288:1 289:1 290:1 |
| 348:1 349:1 350:1 | **hollingsworth** 1:18 | 158:1 159:1 160:1 | 291:1 292:1 293:1 |
| 351:1 352:1 353:1 | 7:3 13:18 15:5,10 | 161:1 162:1 163:1 | 294:1 295:1 296:1 |
| 354:1 355:1 356:1 | 16:20 17:1,9 18:1 | 164:1 165:1 166:1 | 297:1,8 298:1 299:1 |
| 357:1 358:1 359:1 | 19:1 20:1 21:1 22:1 | 167:1 168:1 169:1 | 300:1 301:1 302:1 |
| 360:1 361:1 362:1 | 23:1 24:1 25:1 26:1 | 170:1 171:1 172:1 | 303:1,11 304:1 |

305:1,2 306:1,9
307:1 308:1 309:1
310:1,10 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1 320:1
321:1 322:1 323:1,9
324:1 325:1,5 326:1
327:1 328:1 329:1
330:1 331:1 332:1
333:1 334:1 335:1
336:1 337:1 338:1
339:1 340:1 341:1
342:1 343:1 344:1
345:1,24 346:1
347:1 348:1 349:1,7
350:1,14 351:1
352:1 353:1 354:1
355:1 356:1 357:1
358:1 359:1 360:1
361:1,15 362:1
363:1 364:1 365:1
366:1 367:1 368:1,5
369:1 370:1 371:1
372:1,3 373:1 374:1
374:22 375:1 376:1
377:1 378:1,3 379:1
380:1 381:1,19
382:1,6 383:1 384:1
385:1 386:1 387:1
388:1 389:1,3 390:1
390:9 391:1,20
392:1 393:1,9 394:1
394:22 395:1,16
396:1 397:1 398:1
399:1 400:1,20
401:1 402:1,8 403:1
403:3 404:1 405:1
406:1,22 407:1
408:1,6 409:1,12
410:1 411:1,18
412:1 413:1 414:1,4
415:1 416:1 417:1
418:1 419:1 420:1
421:1 422:1 423:1

424:1 425:1 426:1
427:1,6 428:1 429:1
430:1 431:1 432:1
433:1 434:1 435:1
436:1 437:1 438:1
439:1 440:1 441:1
442:1 443:1 444:1
445:1 446:1 447:1
448:1 449:1 450:1
451:1 452:1 453:1
456:10 457:25
**honest** 185:12
**honestly** 209:6
241:23
**hope** 188:13 205:4
206:9 315:22,24
320:25
**hoped** 326:13
**hoping** 174:17
188:18
**hotels** 240:16
**hour** 112:14,17
**hours** 228:7,8
412:15,16 450:6,22
452:18
**house** 191:23 393:22
**houses** 447:13 448:3
**housing** 59:5,17,24
60:14 357:12,25
359:2 436:20
**huh** 36:20 45:22
295:15
**huhs** 17:23
**humane** 36:2 37:10
37:18 79:13 143:2
204:15
**humanely** 86:23
104:15,22 369:17
369:23
**husbandry** 8:4,18
46:14 47:23 113:5
163:22 191:24
446:4
**hutchinson** 5:14,15
15:17,17 222:19,23

222:23 223:9 224:7
225:5 411:15,16
412:25 420:16,20
420:24 421:5 423:9
423:11 425:20,21
426:2,6,13
**hutchinson's** 412:11
**hy** 233:19
**hypothetical** 70:11
380:11

## i

**ibp** 56:16,18
**idea** 195:21 198:23
217:2 269:17 274:2
328:7 341:2 384:16
385:8 423:2
**ideas** 255:18 261:9
290:14 291:3
355:23
**identical** 66:20
268:21
**identification** 33:19
45:10 63:15 73:21
89:10 97:20 113:9
127:11 131:18
137:22 145:13
152:5 156:23 160:5
163:25 173:2
176:13 179:22
182:19 191:2
194:23 201:9
209:17 263:3 297:5
303:8 311:22 323:6
342:15 345:21
347:8 350:20
356:19 361:12
371:24 377:24
391:16,22 393:3,8
395:13 408:3
413:20 442:7,21
**identified** 36:17
45:14,15,18 48:9
63:2 85:24 86:13
92:7 108:13 128:7

161:8 208:15
209:11 300:9
303:20 327:10,12
366:16 387:21
427:9
**identifies** 39:19
199:2 339:3
**identify** 13:20 15:15
42:12,19 44:12
47:12 48:2,13 64:5
76:3 93:14 94:13
107:16 276:11
291:2 333:3 367:10
395:20 406:20
**identifying** 147:2
**il** 5:5,22
**immediate** 222:3
**immediately** 306:12
344:3,8,12
**impact** 27:4 28:25
32:18 40:3 99:21
181:15 265:8
271:21 300:15,22
301:7,16
**imperative** 455:14
**implement** 25:21
26:23 109:17
159:25 204:8
339:17 344:8
**implementable** 65:6
65:16
**implementation**
133:6 183:10
336:21 343:25
351:24 352:24
353:5,18,23
**implementations**
165:12
**implemented** 65:19
99:18 188:14
276:14 315:25
334:18 337:6
355:24
**implementing** 99:19
129:4 187:4 193:14

337:17
**implications** 86:17
87:14 343:25
**implied** 161:21
218:9
**imply** 187:12 368:15
**importance** 150:10
198:2 224:23 373:7
419:6
**important** 17:12
48:25 62:18,22,24
88:18 129:17 130:9
131:4 133:3 134:5
134:11,18 142:20
212:18 272:16
307:22 338:11
352:22 372:20
373:23
**imports** 20:19
**imposed** 307:17
**impossible** 67:24
**impression** 130:12
149:12
**improve** 65:7
196:10 197:7
**improved** 93:8 94:7
220:24 338:17
**improvement** 68:10
68:12 294:21
320:20,24 321:2
322:12 330:19
338:13 436:7
**improves** 102:16
103:10 104:5
**improving** 214:22
**inaccurate** 380:4,9
445:16
**inaccurately** 444:24
**inappropriate**
126:16
**incentive** 102:15
270:3 273:6,16,22
276:2
**inches** 59:18 60:15
61:10,11 108:7,25

118:7,14 119:13
165:15,19
**include** 22:11,24
243:23 244:3
251:21 255:14
309:10 362:18
367:2 375:6 405:5
447:18
**included** 20:17
54:11 85:3 92:25
117:7 199:10
299:12 309:13
311:7 377:6 380:6
**includes** 22:19
138:4
**including** 18:12
20:23 25:10 36:2
40:10 46:13 75:16
266:20 294:7 320:3
365:23 367:5 452:7
**inclusive** 303:23
**inconsistent** 448:12
449:6
**incorporated** 13:16
65:2 241:4
**increase** 105:13,18
106:3 119:6 137:4
188:16,19 189:4
192:23 200:22
226:6 352:10
**increased** 103:14,20
144:2 231:23
**increasing** 30:17
118:11
**incurred** 335:10
**independent** 157:7
253:4 269:14,19
288:17 309:16
338:5 354:19
397:15 400:21
**independently**
22:13 30:24 154:11
267:20 269:13
**index** 12:1

**indicate** 60:13 75:14
108:20 128:16
216:25 217:17
408:21
**indicated** 78:18 82:7
85:14 90:24 108:22
123:15 142:18
320:14 349:12
454:6
**indicates** 55:3 56:16
74:24 84:2 86:5
98:4 164:7 180:11
210:2 299:10
417:24 418:17
419:4 424:9
**indicating** 148:20
**indication** 41:21
42:12
**indications** 87:6
**indirect** 2:19 15:25
**individual** 25:17
44:8 50:16,20 60:19
122:24 151:21
152:12 154:17
157:23 177:2
178:18 235:18
265:5,24 269:18
282:5,8 287:18
288:17 339:11
341:4 390:16 395:4
422:25 430:11
438:19
**individually** 68:23
**individuals** 45:16
88:17 89:16 127:22
128:6 195:4 300:20
324:12 332:2
341:21 375:16,23
406:2,21 420:21
421:6
**induce** 202:4
**industries** 18:11
36:22 40:5 44:8
46:15,16 47:3 52:8
66:2,19 96:17 97:10

102:5 106:13 114:5
197:14 242:13
331:8
**industry** 9:15 22:25
23:11 27:8 32:25
36:8,14,23 37:9,14
37:19 39:6 40:4,9
41:18 49:14,15
51:14 52:11,18,24
55:17 64:22 65:6,21
65:25 66:10 67:23
69:13 73:6,7 77:3
91:25 93:6 100:17
100:24 101:9
104:21 106:15
110:5,11,13 111:6
129:3 130:6 139:6
139:11 159:22
166:8 174:3,8
181:16 195:23
196:9 197:6 200:21
224:3 231:14,19
232:5 238:10
247:15 256:22
257:12,17,19 258:7
258:7 262:25
263:13 265:8 268:6
268:17 269:25
270:9 272:18 273:5
273:13,21 274:3,7
274:12,23,24 275:8
275:25 276:10,24
278:15 279:16
280:3,21 281:16
283:11,15,16,22,25
284:21 300:9
306:16 307:14,15
326:23 327:20
329:15 331:21
334:4 335:22,23
336:9 337:5 362:3
362:16 371:9
431:23
**industry's** 69:4,16
73:4

influence 99:8
inform 153:25 373:5
informally 75:23
369:10
information 23:17
24:18 29:5 47:7,16
59:21 76:21,23
79:13 80:5 82:14
83:16 85:15 88:14
88:19,25 116:6
120:10,12 136:5
143:14 181:6
205:10 221:2 235:3
235:13,14,16
238:17 245:21
246:8 255:18 257:6
257:9 278:24 287:8
293:9 296:7 297:12
327:23 341:17
364:11 386:14
388:5 430:12
445:10,13
informed 120:20
128:17 186:19
326:15 404:23
405:3 436:2,9
informing 203:14
ing 171:14
inhumane 87:8
204:16
inhumanely 84:7
initial 157:13 199:9
266:14 291:19
initially 19:22 31:24
43:8 106:16 134:24
261:25 291:2
295:12 323:11
355:17
initiating 403:22
initiative 262:17
input 172:17 239:10
276:17 277:23
285:9 290:13
309:17 360:3

inroads 89:23
insist 93:24 112:8
118:22 119:4
415:25
insisted 415:16
insistence 154:15
inspection 17:6
19:25
instance 24:2 58:20
67:24 69:22 70:10
70:12 146:22 221:8
instances 197:18
441:15
institute 1:17 6:9
9:13 11:8,10,13
15:4 16:22 17:2
55:14 86:18 87:19
87:21 120:21
171:20 262:23
289:19 310:13,25
313:23 314:16
377:23 378:20
391:14 392:25
408:15,22 433:15
institute's 55:17
instructing 220:3,13
221:9
instruction 221:7
instructions 455:2
intend 69:16 418:14
intended 79:22,22
435:24
intensive 207:15
intent 51:4 52:3,4
52:22 67:6 69:18,21
78:19 98:12 150:21
176:3 204:7,11
273:19 275:13
301:2 334:15
428:20 429:2
intention 35:14
36:12 47:2 106:2
206:3 207:19,21
intentions 193:9

interact 124:11
258:10
interacted 260:6
interacting 121:14
126:22 128:9
interaction 256:12
258:19 259:4
interactions 121:9
134:9 256:7
interchangeable
100:22
interest 26:12
239:15,17,20
247:11 256:2,6,15
257:9 258:6 271:17
271:23 296:21
297:22 303:21
371:11 382:18,21
403:18,21 404:17
430:22,25 451:6
interested 32:14
37:9 41:25 79:3
123:7,11,13 261:23
271:11 298:16
321:17,23 340:5
410:13 454:11
interesting 296:12
interests 238:20
256:19 257:23
265:11 274:6
interfering 317:24
interim 10:4 342:11
342:22
internal 150:9,17
183:2 187:21 188:3
251:9 428:14
internally 31:13
137:2 143:16,25
185:3 188:17 189:2
209:4 221:8
international 25:13
263:15,16 434:22
interpose 70:23
interpret 37:25
130:20 218:14,23

interpretation
196:20 204:11
interpretations
207:19
interpreting 257:5
interrupt 248:21
interview 361:20
interviewing 81:18
interviews 82:23
440:22
introduce 16:17
introduction 343:19
introductions 98:11
investigating 20:24
invitation 263:12
invited 124:9
involve 37:4 404:16
involved 25:23
31:15 64:15 82:15
99:3 115:8 123:11
123:22 149:13
163:8 239:11
261:23 298:7,12
322:13,17 363:2,20
364:8,17,21 386:6
404:5,9,19 405:24
406:9,16 409:18,20
409:21 410:2
430:22 431:2,8
435:23
involvement 123:23
124:23 309:17
430:6,8,9 432:2,12
iowa 56:19
issue 27:16 28:16,18
30:19,22 31:3,8
32:18 36:16 37:10
40:3,4,7 42:17 43:4
43:7 48:24 54:5
60:17 79:23 94:15
111:2,15,25 125:14
156:9 158:20
173:20,23 174:4
183:21 194:7,8
202:16 205:14

| | | | |
|---|---|---|---|
| 206:3 251:25 | 126:21 128:18 | 140:1 141:1 142:1 | 275:1 276:1 277:1 |
| 271:21 274:4 296:2 | 132:15 161:4 | 143:1 144:1 145:1 | 278:1 279:1 280:1 |
| 296:10 310:4 | 310:16 345:15 | 146:1 147:1 148:1 | 281:1 282:1 283:1 |
| 326:14 331:7,11,20 | 446:15 | 149:1 150:1 151:1 | 284:1 285:1 286:1 |
| 363:3,21 364:8,18 | **jason**  5:3 6:3 14:9 | 152:1 153:1 154:1 | 287:1 288:1 289:1 |
| 370:24 410:13 | 16:8 423:17 | 155:1 156:1 157:1 | 290:1 291:1 292:1 |
| 429:3 430:15 | **jason.burke**  5:6 | 158:1 159:1 160:1 | 293:1 294:1 295:1 |
| 432:22 436:11,16 | **jeannine**  2:10 | 161:1 162:1 163:1 | 296:1 297:1 298:1 |
| 437:2 440:23 | **jerry**  395:5,24 | 164:1 165:1 166:1 | 299:1 300:1 301:1 |
| 447:11 | **jill**  1:17 7:3 13:18 | 167:1 168:1 169:1 | 302:1 303:1 304:1 |
| **issued**  60:3 72:25 | 15:5,10 16:20 17:1 | 170:1 171:1 172:1 | 305:1 306:1 307:1 |
| 73:11 125:8 155:23 | 18:1 19:1 20:1 21:1 | 173:1 174:1 175:1 | 308:1 309:1 310:1 |
| 156:5,13 191:8,16 | 22:1 23:1 24:1 25:1 | 176:1 177:1 178:1 | 311:1 312:1 313:1 |
| 202:8 229:16 414:9 | 26:1 27:1 28:1 29:1 | 179:1 180:1 181:1 | 314:1 315:1 316:1 |
| 414:22 | 30:1 31:1 32:1 33:1 | 182:1 183:1 184:1 | 317:1 318:1 319:1 |
| **issues**  21:25 23:21 | 34:1 35:1 36:1 37:1 | 185:1 186:1 187:1 | 320:1 321:1 322:1 |
| 24:17 26:3,13 27:5 | 38:1 39:1 40:1 41:1 | 188:1 189:1 190:1 | 323:1 324:1 325:1 |
| 31:22 37:4 42:5,7 | 42:1 43:1 44:1 45:1 | 191:1 192:1 193:1 | 326:1 327:1 328:1 |
| 42:10,24 46:13 | 46:1 47:1 48:1 49:1 | 194:1 195:1 196:1 | 329:1 330:1 331:1 |
| 52:23 62:25 79:20 | 50:1 51:1 52:1 53:1 | 197:1 198:1 199:1 | 332:1 333:1 334:1 |
| 80:15 89:3 107:6 | 54:1 55:1 56:1 57:1 | 200:1 201:1 202:1 | 335:1 336:1 337:1 |
| 111:21 128:14 | 58:1 59:1 60:1 61:1 | 203:1 204:1 205:1 | 338:1 339:1 340:1 |
| 158:16,18,22 | 62:1 63:1 64:1 65:1 | 206:1 207:1 208:1 | 341:1 342:1 343:1 |
| 159:13,15 161:9 | 66:1 67:1 68:1 69:1 | 209:1 210:1 211:1 | 344:1 345:1 346:1 |
| 162:5 163:8 249:25 | 70:1 71:1 72:1 73:1 | 212:1 213:1 214:1 | 347:1 348:1 349:1 |
| 257:8 258:22,23,23 | 74:1 75:1 76:1 77:1 | 215:1 216:1 217:1 | 350:1 351:1 352:1 |
| 259:4,8 261:24 | 78:1 79:1 80:1 81:1 | 218:1 219:1 220:1 | 353:1 354:1 355:1 |
| 267:22 296:8 | 82:1 83:1 84:1 85:1 | 221:1 222:1 223:1 | 356:1 357:1 358:1 |
| 306:16 313:19 | 86:1 87:1 88:1 89:1 | 224:1 225:1 226:1 | 359:1 360:1 361:1 |
| 335:24 338:18 | 90:1 91:1 92:1 93:1 | 227:1 228:1 229:1 | 362:1 363:1 364:1 |
| 340:6 359:17 | 94:1 95:1 96:1 97:1 | 230:1 231:1 232:1 | 365:1 366:1 367:1 |
| 363:12 364:21 | 98:1 99:1 100:1 | 233:1 234:1 235:1 | 368:1 369:1 370:1 |
| 365:13 | 101:1 102:1 103:1 | 236:1 237:1 238:1 | 371:1 372:1 373:1 |
| **issuing**  69:15 | 104:1 105:1 106:1 | 239:1 240:1 241:1 | 374:1 375:1 376:1 |
| **italicized**  437:11 | 107:1 108:1 109:1 | 242:1 243:1 244:1 | 377:1 378:1 379:1 |
| **items**  244:4,5 | 110:1 111:1 112:1 | 245:1 246:1 247:1 | 380:1 381:1 382:1 |
| 322:11 340:16,16 | 113:1 114:1 115:1 | 248:1 249:1 250:1 | 383:1 384:1 385:1 |
| 340:19 | 116:1 117:1 118:1 | 251:1 252:1 253:1 | 386:1 387:1 388:1 |
| **j** | 119:1 120:1 121:1 | 254:1 255:1 256:1 | 389:1 390:1 391:1 |
| **j**  2:4 5:15 393:21 | 122:1 123:1 124:1 | 257:1 258:1 259:1 | 392:1 393:1 394:1 |
| **january**  10:7 45:15 | 125:1 126:1 127:1 | 260:1 261:1 262:1 | 395:1 396:1 397:1 |
| 59:15,16 64:6,10,12 | 128:1 129:1 130:1 | 263:1 264:1 265:1 | 398:1 399:1 400:1 |
| 74:23 75:4 77:13,14 | 131:1 132:1 133:1 | 266:1 267:1 268:1 | 401:1 402:1 403:1 |
| 77:14 121:13 | 134:1 135:1 136:1 | 269:1 270:1 271:1 | 404:1 405:1 406:1 |
| | 137:1 138:1 139:1 | 272:1 273:1 274:1 | 407:1 408:1 409:1 |

410:1 411:1 412:1 413:1 414:1 415:1 416:1 417:1 418:1 419:1 420:1 421:1 422:1 423:1 424:1 425:1 426:1 427:1 428:1 429:1 430:1 431:1 432:1 433:1 434:1 435:1 436:1 437:1 438:1 439:1 440:1 441:1 442:1 443:1 444:1 445:1 446:1 447:1 448:1 449:1 450:1 451:1 452:1 453:1 456:10 457:25

**jkenney** 2:13

**jmckenney** 6:6

**job** 21:25 22:5 26:6 101:2 139:8

**joe** 89:17

**johns** 422:9

**join** 19:13 296:5

**joined** 90:7 325:15 326:10 328:22

**joining** 19:8 333:6,8 335:18 396:22

**joint** 194:6 197:15 197:15 285:21 286:5,6,7 325:10,11 330:20

**jointly** 194:7 210:20 287:10 319:15 362:16 415:4

**joy** 90:6

**judge** 219:11 451:15

**judicial** 1:6

**july** 121:12 173:5 176:17 191:13 195:20 298:11 299:22

**jumping** 68:6

**june** 10:9 16:23 78:18,21 96:14,15 98:2 128:15 156:13

209:23 210:4 325:15 326:3,9 345:18 347:18 408:19

**jurisdiction** 451:14

**justifiable** 79:8

**justification** 98:18

**justify** 93:17 345:3

**k**

**k** 4:17

**kansas** 1:6 3:5,6 14:3,5 226:18 306:4 324:18 392:5 393:23 431:8 452:21,22,24

**kantor** 4:11 7:7 14:12,12 218:7 402:25 403:3 407:21 408:5 411:3 411:12

**karen** 31:14 45:16 74:5 94:15,18 98:11 98:14 127:21 138:2 147:18 152:12 153:3 173:6,12 195:10,21 196:11 197:25 198:14,16 198:18 199:21,23 200:12 201:2,13 205:13 206:14,23 207:18 209:22 210:3 263:11 279:10 292:25 293:15,17 295:11 297:13 303:14 322:15 343:4 351:11 372:6 373:18 374:6,23 443:20

**karetas** 240:24

**keep** 76:24 105:12 234:25 250:16 257:8 288:9 295:6 343:7,7 387:24

404:19 442:15

**keeping** 92:7 102:14 104:5 296:10

**keeps** 27:4

**kellogg** 240:5

**ken** 195:4,5,11 196:15 198:18 418:19

**kennedy** 5:20 16:5,5 417:17,22

**kenney** 2:10

**kenny** 2:3 13:23

**kennynachwalter....** 2:7,7

**kept** 75:25 230:4 250:6 271:12 292:17,19 293:13 293:13,17 304:2 305:7 405:3

**key** 81:12,15,20 359:3

**kin** 454:11

**kind** 28:22 109:17 130:9 133:24 146:11 149:7 169:11 171:11 261:8 302:8 362:2 368:14 380:15

**kinds** 31:7 244:7 257:11 343:8

**king** 26:19 28:7 280:14,16 286:18 326:18 331:12 332:11 422:7

**kings** 27:22 29:17 30:3

**kinzey** 78:3 80:9 88:6

**klippen** 195:4,5,11 196:15 198:25 418:19

**knew** 33:5 48:15 81:2 122:21 224:24 231:3

**know** 18:3 23:9 29:20,21 31:14 32:4 32:15 33:5 34:14 39:6 42:4,13 46:17 54:2 59:8 65:16 98:20 99:18 109:7 119:13 120:2,7 121:23 122:7 125:7 125:11 129:14 130:23 132:13 135:18 136:21 138:5 143:21 145:22,23 147:9 148:6 149:10 150:17 151:20 152:14 161:2 164:5 173:9 175:18 177:13,23 178:3 189:9 196:15 199:21 200:19 211:25 220:25 221:12 229:18,23 241:9,23 242:6,17 242:18,19 243:6,22 244:15,20 245:10 245:22 250:9,11 252:17 259:7 282:10,19,22,22 292:9,12,16 293:19 294:16 296:16 297:16,19 305:15 305:18,23 317:23 322:22 339:2 343:2 351:10 353:21 354:3 360:9,24 365:4 372:24 374:9 377:15 379:8,9,11 379:17,24 380:13 380:21,22 381:6,9 382:10,14 383:17 383:23 384:2,6,20 384:24 385:6 386:21,23 387:2,4,6 387:12 390:16,20 390:23,24 391:4

**[know - line]**

Page 36

394:4,7,8,11 395:4
396:18 398:25
399:16,24 400:9,11
400:15 402:5 403:9
406:10 410:21,24
410:25 421:19
428:2,15 432:6,10
434:15 443:16
**knowing** 112:5
120:25 137:8
**knowledge** 44:21,24
92:20 99:4 119:18
120:19,25 143:5,23
144:7 150:8 153:20
181:10,12 187:20
188:5,10,17,23
221:6 235:9 237:3
237:21 264:13,23
287:8 289:8 294:14
341:23 373:10
379:2 380:20
415:12
**knowledgeable**
364:14 365:12
**knowledged** 142:23
**known** 19:23 181:16
199:18 233:24
**knows** 245:25
380:23
**kosher** 106:9
**kraft** 237:25
**krge** 115:15
**krge00020448** 74:2
**krge00020461** 63:22
**krgeg00020402** 7:15
33:17
**krgeg00020403**
33:18
**krgeg00020448** 7:20
73:20
**krgeg00020460**
73:20
**krgeg00020461** 7:18
63:14

**krgeg00020660** 8:6
113:7
**krgeg00020670**
113:8
**kroger** 2:8 13:24
152:12,19 153:6,12
154:2 233:2 244:19
253:7 268:3 279:9
291:13 375:19
383:25 384:9 387:3
396:19,22,24
**krouse** 350:24
418:18,22 423:6

**l**

**l** 6:14 382:14 393:11
**labeled** 55:8
**labor** 207:14
**lack** 38:23 258:5
349:23
**lacks** 60:5 62:8
80:22 82:4 83:6,12
84:23 183:17 184:4
185:4 200:23
230:12 298:21
299:6 333:20
362:11 392:18
394:18
**laid** 134:3 189:15,16
**lambert** 404:7
**lambs** 36:18 96:23
**large** 21:24 22:14
25:4 56:20 101:22
203:19 247:12
252:23 253:2
267:10,14 269:10
272:3,13 296:14
407:5 410:12
**largely** 49:16
**larger** 192:15 243:4
244:8 245:8 249:19
271:21 397:7
**largest** 244:13,18
383:18 384:6,17
385:9 386:17

**lastly** 338:16
**late** 25:25 30:22
37:12,12 43:3
267:24 292:15
382:10
**lately** 443:25
**law** 14:13 15:24
219:11
**lawsuit** 385:16,20
385:22 386:6,18
387:9,11 400:18
**lawyer** 400:17
**lay** 80:25
**layer** 191:23
**layers** 106:8 107:12
372:22
**laying** 8:5,19 113:6
158:3 163:23 206:4
362:19 378:22
**lead** 94:19
**leadership** 120:12
121:21 416:19
423:7
**leading** 66:13 67:5
86:11 94:4 95:20
104:18 117:24
122:13,18 175:8
182:11 212:7
213:14 215:7,13
425:4
**leads** 212:25
**learn** 418:9
**leather** 83:21
**leave** 28:6 72:16
451:21
**leaves** 247:21
**left** 121:12 281:17
392:3 393:10 409:2
409:6
**legal** 147:14 305:16
399:4
**letter** 8:9,12,21,22
8:24 10:22 27:11,11
131:16 132:14,21
132:23 141:4,19,22

142:9 145:11 146:5
147:17 172:24
173:6 176:11,16,24
177:13,19,20 178:5
179:20,25 182:5
194:8 195:23
196:11,22 197:3,22
199:22,25 216:2
295:23 350:18,23
351:8 388:13
423:23
**letterhead** 176:21
180:5
**letters** 29:12 176:25
193:25 194:11
197:11,13 200:13
371:7
**letting** 374:9
**level** 29:16 32:21
39:10 81:23 82:17
123:23 251:11
430:7
**levels** 158:20 162:4
**liberation** 146:7,14
146:23 147:10
387:22 389:20
416:14 423:24
**lieu** 165:7
**light** 88:14 162:4
370:7
**limit** 193:10
**limitation** 110:2,25
120:22 167:14
**limitations** 67:14
110:9 120:14 136:8
167:3
**limited** 95:24
130:25 158:25
169:13
**linda** 1:21 15:7
**line** 12:4,4,10,15,19
110:6 378:16
403:16,16 404:23
405:6,10 408:25
433:17 457:4

**lines** 297:17 407:11
427:25 428:4
**list** 122:5 250:16
253:10 273:15
292:3 294:19 327:2
330:17 335:14
336:11 338:4
391:24 402:6
404:18 407:6,10
408:14,23 431:4
**listed** 55:21 297:17
298:2,9 300:20,25
323:25 324:12
342:4 372:14
389:20,24 403:16
403:25 404:4,7
405:6,10 406:2
407:11 409:3
427:19,25 428:3,9
435:10
**listen** 290:12
**listing** 45:20
**lists** 47:6 250:21,25
291:23 318:21
333:7 340:15
365:22 443:19
**literally** 369:3
**litigation** 1:3 3:7
13:14 14:4 160:13
182:23 195:16
201:19 229:6,11,16
235:11 250:10
417:6 457:2
**little** 16:21 18:15
108:4 191:15 208:8
213:7 264:11 422:9
427:10
**live** 57:7 363:11
**llc** 5:23 16:6
**llp** 1:19 2:10 3:3,9
3:15 4:3 5:20
**lo** 245:4,5 410:19,20
**lobby** 23:14 238:14
257:3

**local** 295:24
**located** 13:11 251:2
306:5
**locations** 147:19
424:23
**locust** 2:11
**logan** 4:5
**logo** 171:14 181:22
181:24 187:9
**long** 19:18 83:5
109:16 193:2 228:5
283:13 402:10
**longer** 234:2 377:11
**look** 20:6 34:24 35:8
36:22 40:18 42:21
43:3 51:10 54:7
64:8 74:22 76:16
77:23 78:6,25
107:21 112:5
116:16 127:16
135:21 157:2
162:21 168:25
172:15 181:21
183:4 195:5,22
202:15 203:2 207:6
208:13 209:20
210:11 227:17
231:2,5 253:10
279:13 299:25
302:22 315:23
336:5 351:20 355:9
356:3 365:7 366:4
370:23 371:3
388:24 391:20
392:2 393:7,20
395:10,17 423:14
429:16 436:19
442:11 445:20
**looked** 36:6 68:7
77:8 162:2 235:13
**looking** 31:3,21
32:24 42:8 43:7
48:7,14 49:17 50:5
54:5 55:3 57:12
58:10,19 71:23

72:13 79:4 94:20
95:6,9,12 96:25
106:13 109:9
131:21 147:5
177:24 198:24
207:10 271:9
273:20 285:10
301:19 330:24
356:25 366:10
389:18 431:17
451:24
**looks** 297:13
**loop** 404:20
**lose** 61:22
**lost** 192:2 213:25
**lot** 21:21 23:16 42:7
103:23 208:17
255:13 366:20
404:15
**lots** 53:11 158:5
**low** 81:22 82:17
254:11,13 380:15
**lower** 51:11
**lowest** 174:5
**lunch** 189:12
**lynch** 407:17 409:3
409:9,13
**lynn** 152:14 279:9

**m**

**m** 2:10,16 4:16 5:9
**machine** 454:8
**magazine** 191:9
361:20
**mail** 8:7,10,13 9:8
9:10,11 11:18,19,21
127:9,18,18,20,21
127:25 130:2
137:20 138:2 152:3
152:10,18 170:6
181:19 194:21
195:3,6,7,9,19,21
196:21 198:3 201:7
201:12,23 209:15
209:21 216:16

217:3,8 279:9 294:2
294:4 413:18 442:5
442:19 443:15,20
**mailed** 210:10
**mails** 230:17 410:25
**maine** 6:6 14:11
122:9
**maintain** 72:11
306:17
**maintained** 235:6
299:4,13 304:3
346:17 349:21
**maintaining** 211:10
213:17
**maintains** 210:18
235:15 392:16
**major** 36:24 96:20
96:22,25 121:23
281:14,17 436:16
**making** 22:2 26:22
28:13 30:19 64:16
133:19 148:15
203:15 204:2
238:21 267:5 357:2
420:25 440:25
444:7,24
**man** 48:12
**management** 141:21
**managing** 246:21
403:23
**mandatory** 306:17
307:17 308:7,15
**manges** 5:9
**manner** 20:9 266:9
**manufacture** 23:4
**march** 10:18 78:18
78:21 152:11 347:4
350:10
**marcus** 3:15,18 16:3
**mark** 33:11 45:5
53:13 73:16 89:6
126:23,24 127:3
131:13 137:17
144:9 156:18
163:17 172:21

179:17 194:18
201:4 209:12 391:9
394:24 407:22
414:16
**marked** 7:13 8:3 9:3
10:3 11:3 12:18
33:18,23,25 45:9
63:9,14 73:21 89:9
97:19,24 113:8
127:2,11 131:18
137:22 145:9,13
146:3,4 151:25
152:5 156:23 160:5
163:24 173:2 176:9
176:12 179:22
182:14,19,24
190:25 191:6
194:23 201:9
209:17 262:20
263:3 279:8 296:25
297:4 303:4,8
311:16,22 322:25
323:5,18 324:16
342:9,14 345:20,25
347:7,13 350:15,20
356:14,18 361:8,11
371:20,24 376:4
377:19,23 389:2
391:15,21 393:2
395:13,17 408:2,7
413:19 417:3
423:20 442:7,21
443:8
**market** 23:20
115:25 166:18
302:25 331:6,9,19
332:6 334:13
**marketers** 4:9 14:21
14:25 227:14
**marketing** 1:17 6:9
9:13 11:8,10,12
15:3 16:22 17:2
86:18 87:19 88:6
122:8 136:16
170:25 171:20

257:7 262:23
289:19 310:12,24
313:23 314:16
377:22 378:19
391:13 392:24
408:15,22 433:15
440:9,14,17,18
**marketplace** 185:21
301:17,25 302:11
302:17
**markets** 257:7
393:22
**marking** 394:15
395:3
**marks** 11:8 377:22
**marmer** 152:15
153:2 279:9,14
281:11
**marmer's** 282:20
**marriott** 240:16
**mart** 237:4 244:19
268:3 291:14
383:21 384:9
**maryland** 13:6
**materials** 227:18
238:18 427:22
**math** 118:14
**matrix** 76:25 77:5
**matt** 235:21
**matter** 88:15 320:10
**matured** 29:18
**mcdonald's** 26:18
27:21 28:3,4,6,9
29:17 40:10,12,14
40:14,19 41:3,8,13
55:21,22 56:4,10,14
58:24 60:12,14,17
60:23,25 61:9,13
62:5,11 70:14,17
77:5 108:9,13 109:3
117:9,12 118:13,18
186:13 280:13,16
286:18 326:18
331:12 332:11

**mcdonalds** 422:7
**mckenney** 6:3 14:9
14:9 35:4 52:9 67:4
94:3 117:23 118:8
119:16 122:14
159:5 162:11 175:7
181:2 182:10
185:14 212:6
213:13 215:6
219:16 223:7 224:5
224:14 225:3
226:14 414:25
424:14 425:3
**mckinney** 6:4
**mckinzey** 80:8
**md** 1:3
**mdl** 1:2
**mean** 25:18 30:2
33:7 52:7,11 64:25
64:25 65:9,24 85:2
89:22 94:15 95:3
102:20 109:14
110:24 123:14
150:20 162:8
192:24 208:25
217:22 218:4
220:18 230:14
238:3 241:15
257:17 273:9
274:24 276:7 285:3
286:13 300:2 301:5
301:24 302:16
307:15 322:4 331:9
342:6 344:4,5,19
400:5 426:7 429:8
440:18
**meaning** 213:10
**means** 82:3 85:19
99:14 137:3 172:8
189:3 359:13
**meant** 39:23 50:18
67:11 68:11 141:22
159:16 288:2,8
318:2 353:16
429:12,13 434:6

**measurable** 100:9
337:10,25 341:6,25
**measure** 100:8
**measured** 359:5
**measuring** 56:3
99:14
**meat** 17:8 20:12
36:18 46:24 55:13
55:17 83:21 97:4
**media** 30:11,13,18
85:23 255:10
293:10 295:25
335:16,20 336:3
371:10 388:4,5
445:12
**medical** 19:23 57:3
**medicine** 16:25
18:21 48:11
**meet** 79:12 108:17
123:4 124:6 133:5
138:17,19,22
145:18 191:23
193:2 204:19
251:24 276:14
352:23 377:8
400:17 418:6
437:17
**meeting** 9:23 75:17
76:14 127:23
128:15,19 135:3
138:21 141:2
144:23 145:17,17
145:22 150:18
151:3,7 293:6
297:15 300:7 301:2
303:15,16,17 305:6
322:2,5 323:4,24
324:11 340:8,13,17
340:22,25 341:16
341:18,22 342:7
416:18,20 418:9,15
418:19,25 421:10
421:13,18 422:14
422:22 424:11
427:23 434:24

**meetings** 75:20
139:2 150:9 292:6
292:23 318:18,21
318:22 322:5,6,8,14
322:18,19 409:14
**member** 22:23 24:6
24:19 50:2 95:18
126:11 138:22
154:21 155:9
186:11 232:9 233:9
233:13,16 234:9,13
235:4,4 236:2,25,25
237:7 238:2,7
239:24 240:2,6,8,18
240:20 241:10
242:10 244:8 245:6
248:7 249:16 250:2
256:12 267:25
283:3 289:23 290:4
291:10,21 294:9,13
295:21 297:18
298:7 303:18,24
307:23 339:9 340:4
377:10 383:10,14
384:17 385:9
390:13,24 393:17
393:25 394:10
399:20 403:6,10,18
407:14,17 430:11
430:14,18,20,24
440:3
**member's** 243:25
282:16 400:17
**members** 21:21
22:11,15,16,23
23:17 24:3,3,5,7,10
24:11,16,22,25 25:5
25:17 26:25 27:4,10
27:14 30:16,20,23
31:4,23 32:13,19
42:5,13 49:6,25
50:2,7,16 51:5 54:6
68:16,22 69:3,8,22
70:4 71:4,14,14
76:22 88:13,13,17

91:12 94:13,22,22
95:2 96:2,6 99:3,7
119:24 121:24
122:2,6,8,21,24
123:19 124:15
126:23 129:18,25
135:8 138:3 142:21
143:6,11,16 144:22
150:21,23 151:15
151:16 154:2 156:6
157:19,20 167:4
170:19 172:6
174:18,22 175:14
175:21 176:4,7,18
177:2,12,14 178:18
179:3 180:24 181:5
181:13,14,20 182:3
183:16 186:6,8,15
186:20,20 187:22
188:6 192:6 194:12
210:17 220:3,13,20
220:23 221:9,17,25
223:15,20 225:21
226:4,11 228:24
229:6 231:12
232:14,23 233:10
234:2 235:2,2
237:13,19,20,24
238:6,7,12,16,20,23
238:25 239:4,7,15
239:16,18,21
241:13,13,15,15,18
241:19,20,22 242:5
242:11,22 243:2,5
243:11 244:13,15
244:18,23 245:9,18
246:5 247:11,13,21
247:22 248:2
249:13,19,19,25
250:17 252:5
255:14 256:3,6,16
256:25 258:8,10,13
258:16 259:4,8,13
259:18,21 261:21
262:5,7,8,10,11

264:14,16,23 265:2
265:11,15 267:10
267:15,17,20
268:10,13 270:9
271:4,10,18,19,22
271:24 272:2,7,8,10
272:11,21 274:6,8
281:4 282:19,24
283:5,8 284:6,24
285:2,3,5,5,8,9
286:25 287:10,19
288:13 290:22
291:18,24 293:8
295:13,18 296:7,19
297:14,20,21 298:6
298:11 301:16
302:2,13 303:21
306:25 307:24
317:19 318:13
319:8,21 322:23
326:6,17 327:11,14
327:16 329:6,19
331:18 332:16
333:14,14,18,25
334:20 336:18,24
337:11 338:19,24
339:12,20,23,23
340:4,5 341:13,15
341:19,20 343:7
354:17 355:4,18
370:9,15,20 371:2,7
372:10,14,20 373:6
373:7,19,23 374:8
374:13 375:2,6
382:19,22 383:2
385:17,22,24
386:17 387:7 388:9
388:12,16 397:6,7,8
397:14,15,25 398:5
398:24 399:2,15,21
400:13,21 401:8,12
404:15 405:2,15
410:12,16,20,23
415:23 416:6,19,20
420:8 421:12,14,20

425:7 427:23
428:10,12,16,21,25
429:2,7,13 430:25
432:5 433:8,9 438:6
439:3,7,11,16,23
**membership** 22:18
95:5 158:13 180:17
231:22 234:14,21
235:17 237:8 238:4
247:18 248:19
249:13,15 254:16
254:25 255:14,22
257:14 284:10,19
288:20 373:12
382:24 383:9,18
397:12,20 419:8
420:14 429:15
434:10 435:13
440:3,18
**memo** 7:21 89:8,15
90:2 142:19
**memorandum**
11:16 97:25 407:25
408:18
**mench** 90:7,17
**mentioned** 27:22
39:9 41:14 46:6
54:4 335:6 382:20
384:8,11 397:5
410:8 434:19
**mentions** 40:8
**merchant** 153:4
**merely** 66:9
**merge** 231:25
**merged** 245:4
**message** 158:24
328:5 329:19 330:4
330:4,7 335:21
**met** 91:24 123:2,20
138:14 184:18
227:21 349:15
382:6 436:6
**metric** 244:13
**meyer** 236:2

miami  2:5,6
michael  5:12 14:16
michigan  5:21
mickey  405:9,13
mid  234:11 242:20
middle  450:15
midwest  5:6 16:10
  122:9 323:17
million  385:2
mills  239:23
mind  62:19 63:17
  170:22
minimal  101:18,23
minimum  108:7
  119:2 129:21
mink  147:3
minus  128:12
minute  35:8 57:25
  248:22 324:20
  345:6 367:16
minutes  84:18 85:11
  85:25 112:18
  292:16,19 293:13
  293:17,20,22 305:6
  400:19 450:7
mischaracterization
  421:6
mischaracterizes
  125:17 126:8 159:6
  171:4 175:4 177:5
  277:3 280:6 283:19
  284:15 313:14
  364:24 377:14
  445:4
misleading  192:18
missed  71:10 435:6
mission  23:9,10 92:9
missouri  431:8
misstate  318:8
misstates  41:6 104:9
  153:22 175:5 179:9
  194:15 196:25
  198:10,11 215:13
  308:22 316:4 320:7
  328:11 370:12

373:16 374:15
mistake  191:25
mistaken  243:4
misunderstanding
  338:21
mn  5:16
mo  3:5
moark  5:23 16:6
  417:5,7,12
moark0000338  9:6
  182:18,24
moark0000342
  182:18
moark0011157
  11:18 413:19
moderate  389:10
modification  162:16
modify  50:21
molt  202:4 220:4,13
  220:18 221:9,18
  222:3
molting  61:15,17,18
  61:21 62:14,16
  107:22,23 110:15
  110:16 111:9,13,24
  112:9 115:17,20,22
  116:3,10,14,17
  117:3,10 158:20
  162:5,9,13 163:2
  164:12,21,22 165:8
  202:2,11,21 205:14
  221:4
moment  17:14 34:24
  70:23 102:22
  127:15 137:25
  164:5 168:4 177:16
  209:20 226:21
  262:14 391:19
  393:7 430:3
money  187:2,3
monitor  23:20 312:7
  388:5
monitored  276:13
monitoring  143:25
  371:10

month  75:15
moring  4:11 14:13
morning  16:15
  190:7 193:20 259:2
  279:11 382:8
morris  4:16 14:7
motion  160:23
  183:8,9 202:2 203:5
  217:7 430:13
motivating  335:11
motivation  425:16
motivations  266:20
mouth  104:14
mouthful  72:6
move  42:25 63:7
  89:14 134:6 139:5
  139:11 153:17
  160:21 189:13
  267:23 289:10,12
  318:15 411:24
  412:22
moved  20:11,14,20
  165:16 205:18
moving  134:2
mps  9:24 323:5
  324:6
multi  22:14
multipage  74:4
multiple  66:8 91:20
  206:19 359:17
  447:2,3
mutual  261:8

**n**

n  2:1 3:1 4:1 5:1 6:1
  6:14 7:1
n.w.  1:20 3:10
nachwalter  2:3
  13:23
name  13:5,17 16:19
  121:7 190:11
  227:12 232:9
  235:21 242:6 258:5
  382:8 390:20 392:4
  393:10,21 395:6

403:3 427:6
named  245:14
  251:14 390:16
  395:4
names  122:2 232:21
  252:22 392:3 431:4
naming  235:22
narrative  82:5
  92:17
narrowly  66:10
national  9:14 25:13
  58:20 129:15
  171:20 190:19
  262:23 325:21
  326:12
nationwide  378:22
nature  20:25 30:15
  405:17
nccr  10:4,7,10,12,14
  10:17,19 129:2
  139:15,16,20 157:6
  157:20 172:2
  174:17 175:21
  176:17 177:8,12
  178:18 183:8,25
  186:4 199:24 205:4
  325:15,19,20
  326:10,12,15,17,22
  327:6,13 328:22,22
  329:2,6,18 330:10
  330:21 332:17
  333:7,9 335:17
  336:7 341:15,18
  342:12,23 345:16
  345:19 346:21,24
  347:3,5 354:17
  355:4,15,25 357:5
  357:19 365:16,20
  366:2 418:6 419:5
  437:3 438:5 443:18
  444:2 446:3
nccr's  161:5 333:14
ncr  129:9 139:7,13
necessarily  24:10
  35:11 39:15 56:5

82:9 101:12 103:25
135:20 136:3
159:16 194:5 278:5
283:4 331:15 410:8
**necessary** 48:19
455:5
**need** 38:16 48:18
86:20 87:20,23 92:4
107:21 178:9
198:15,21 203:6
206:18 208:13
209:10 214:9
274:23 294:22,23
306:14 307:7,11,21
308:18 309:2 326:4
331:25 404:13
426:14 450:25
**needed** 42:15 63:3
115:24 124:19
167:8 168:13
268:24 276:16
344:10,23 436:7
**needs** 17:10
**negative** 105:22
**negatively** 28:25
**neglect** 32:6
**neither** 176:24
355:25 454:10
**nestle** 240:7
**neutral** 49:23
**never** 35:6 37:24
114:22,24 119:19
125:18 143:9,20
170:14 186:8
187:17 209:9
212:20 215:9,21
283:24 366:23
441:13 449:13
**new** 23:19 61:22
191:25 192:7
193:10 215:18
220:20,23 247:21
257:6
**newer** 233:9

**news** 27:3,3 30:14
84:17 173:21,21,23
173:23 205:13
382:15,18,21 388:5
**nichols** 3:4
**night** 211:21
**nine** 109:20
**ninth** 1:6
**nolan** 6:15 13:5
**nominated** 248:2,13
**non** 383:2 436:3
437:2 438:9
**nonexistent** 278:6
**nonmember** 96:7
**nonproductive**
281:6
**nonprofit** 22:10
**norco** 5:24 16:7
**normal** 298:19
343:6 346:8 349:18
**north** 146:7
**northern** 20:4
**notary** 1:22 454:4
454:16 456:17
**note** 110:12 196:8
197:5 210:16
312:10 323:14
412:10
**noted** 111:14,24
337:13 376:23
455:12 456:5
**notes** 293:12,23
305:6 323:24 340:3
340:11,12
**notice** 255:6 261:6
299:8 451:17 454:6
**noticed** 35:24 452:6
**noticing** 451:10
**notified** 203:9
**notify** 295:22
388:12,16
**notion** 32:23
**november** 16:22
21:6

**number** 7:13 8:3 9:3
10:3 11:3 53:16
74:2 81:11 98:8
113:2 118:22
127:24 132:17
138:11 152:13
160:10 180:2
182:24 192:2
195:12 209:25
241:16 262:2
304:22 324:4
365:22 367:25
368:2 374:12
383:22,24 385:21
389:4 391:10,22
393:8 428:19
442:24 443:10
**numbered** 58:4 84:2
**numbering** 115:16
201:21
**numbers** 63:18
231:25 254:12
348:2,18
**numerous** 50:23
124:6
**nussbaum** 241:4
**nw** 4:12,17 5:10

**o**

**o** 6:14
**oath** 15:8
**object** 37:22 38:5,23
94:17 122:14
160:19 162:11
177:20 231:16
245:19 252:25
253:14 254:18
256:9 259:24 261:3
267:11 268:18
272:19 275:9 278:9
278:16 281:23
287:4 298:20 309:7
309:14 312:9 320:6
321:6,13 324:15
351:14 353:7

358:17 360:25
363:22 364:22
377:13 379:20
380:25 386:19
389:12 398:4
400:24 401:15
421:4,5 423:10
447:6 448:14
**objected** 318:10
423:16
**objecting** 281:25
**objection** 35:3,4
38:8,9,13,17 41:5
43:5,18 44:9 50:10
51:6 52:9,25 53:22
55:6 56:12 59:19
60:5 61:3 62:8,20
66:3,11,16 67:3,4
68:3,17,19 69:5,24
70:20,23 71:18 72:4
73:13 75:11 80:3,22
82:4,19 83:6,12
84:23 85:20 86:11
87:11 88:8,20,21
90:20 92:16 94:2,3
95:8,20 96:4,18
97:13 100:6 101:5
102:21 103:18
104:8,17 105:8
108:10 109:5
110:18 111:4,16
112:2,10 113:21
115:2,10 117:5,11
117:23 118:8,16
119:8,15,16 120:6
120:15,23 122:11
122:12 123:9 124:4
125:2,16 126:7
129:11,12,23 130:3
130:22 132:6,18
133:12,21 134:13
134:23 136:10,18
136:19 137:5,6,13
139:22 140:5
142:16 143:8,19

144:5,17 145:4,20
146:16 148:3,9,23
149:16,25 150:15
150:25 151:10,18
152:22 153:15,16
153:22 154:4,12
155:4,10 159:4,5,18
159:19 161:19
163:12 165:3
166:10,20 167:5
169:17,24 171:3
172:11 174:24
175:7,17 177:4
178:21 179:8
180:25 181:2
182:10 183:17
184:4,21 185:4,14
187:16,24 188:8,21
189:5 190:14 192:8
192:17 193:4,12
194:14 196:24
198:9,11 199:16
200:10,23 202:13
202:23 203:7
206:12 207:2,8,23
208:10 211:2 212:3
212:6,23 213:13,21
214:11 215:6,12,23
216:14 217:5,13,20
218:7,19 219:5,16
219:18 220:6,15
221:11,20 222:6,19
223:7,9 224:5,7,14
225:3,5,18,24 226:7
226:14 230:12
236:18 255:5
257:15 259:10
260:16 264:15,25
265:13 271:6 272:4
274:14,15 275:18
275:19 277:2,15,17
278:17 280:5
283:18 284:13
287:5,22 288:23
299:6 302:18,20

307:3 308:2,21
309:25 313:13
316:3,15 317:13
319:9 328:10,12
329:9,10,22 332:7
332:20 333:20
334:21 349:23
355:20 359:10
360:7,17 362:11
364:4 370:11,13
373:15 374:2,14
375:10,14 376:8,22
378:9 380:12
384:23 385:4,11
394:12,18 398:9
399:7,8 414:24,25
415:17 416:7
419:16 420:16,17
420:25 421:3,16
422:19 423:9,11
424:14 425:3,12,13
434:17 436:14
437:20 438:11,20
441:7,19 444:10
445:3,17 446:21
449:8,9 451:10
**objectionable**  179:7
**objections**  38:4,7,18
**objective**  28:17
36:10,21 79:24
97:11,14 102:4
**objectives**  151:8
**observe**  143:2
**observing**  27:21
**obtainable**  336:22
**obtained**  252:15
**obvious**  337:2
**obviously**  62:22
**occasions**  124:6
130:8 138:19
428:19
**occur**  322:3
**occurred**  74:25
145:22 292:10
447:2

**october**  10:13
162:25 163:4 183:5
346:23
**odd**  133:18 154:24
175:25 176:5 194:4
194:13
**offensive**  185:16
**offered**  25:19
411:25
**office**  13:10 20:11
20:14,21 146:8
227:18 263:15
434:22
**officer**  19:24
**officers**  11:10,13
248:10,14 251:20
391:14,24 392:25
407:10
**offices**  1:18 405:17
**official**  297:20
454:12
**offset**  103:16
**oh**  35:24 52:19
168:14 262:8
437:10
**oie**  263:15
**okay**  17:13,18 28:4
33:14 34:4,11 70:24
105:24 119:3 147:7
179:14 232:11,16
262:15 275:3
285:18 286:8,10
314:13,14 330:9
430:3 437:8,11
**oldenkamp**  414:16
**once**  294:18 393:6
430:12
**ones**  96:20 158:19
161:13 206:16
245:16 347:15
348:14 384:10
386:24
**ongoing**  161:8
303:21 338:4,14
379:23 447:14

**open**  320:15 341:9
**operate**  28:19
259:23
**operates**  255:8
**operating**  410:18
**operational**  251:9
**operations**  26:18
29:25 246:24 247:6
**operators**  25:10,11
253:4
**opinion**  103:3,6
104:11 148:25
282:12
**opinions**  433:10
**opportunity**  38:14
76:15 411:22
451:12
**opposed**  62:13 66:2
70:17 110:22 114:9
186:12 341:4
**order**  34:13 72:11
73:16 133:5 143:7
260:25 323:22
324:18 352:23
384:7
**ordinary**  230:4
299:5,18 304:4,8
346:18 349:22
**organization**  22:8
24:6 28:2 54:23
56:21,23 57:6 77:4
82:22 86:9,13
121:18 124:15
148:2 246:24
256:25 263:16,19
263:21 275:2
313:25 314:19
321:11 335:4 385:9
388:14 394:8
433:20 434:21,25
**organizations**  26:19
26:24 44:12 47:12
47:20 48:3,7,15
57:13 58:14 65:24
66:9 76:4 85:23

161:12 238:8
265:24 266:4
269:13 275:5
313:10,18 314:4
316:24 320:3,11
344:23 349:13
354:18 355:4 424:4
**organized** 31:18
**original** 136:7
165:22 455:15
**originally** 351:25
352:9 371:6
**outbreaks** 20:24
**outcome** 319:23
454:11
**outline** 34:25 43:22
**outlined** 370:18
**output** 105:18 106:3
137:4
**outside** 261:5 299:7
312:11 342:2 356:8
357:6 376:8,9
378:10 382:17
385:5 392:19
394:19 415:15
448:15
**outstanding** 111:21
158:16,17,22
159:13,15 161:8
162:5
**overall** 277:5
**overarching** 32:24
**overnight** 302:8
**overreact** 302:4
**overriding** 31:20
**oversee** 224:2
312:21
**overseeing** 20:2
**oversees** 235:19
246:23
**oversight** 17:7 39:11
247:5 368:16
**overture** 321:21
322:7

**owned** 22:13 410:4
**owner** 24:24
**oxford** 3:16

**p**

**p** 2:1,1 3:1,1 4:1,1,4
5:1,1 6:1,1,14
**p.a.** 5:14
**p.m.** 367:21,21
381:15,15 402:18
402:18 413:14
453:8
**pa** 2:12 3:17 4:6
**pacific** 233:23
**package** 76:21
**page** 7:13 8:3 9:3
10:3 11:3 12:4,4,10
12:15,19 39:17 46:4
46:8,9,9 58:3 74:17
78:6,16 80:9 81:9
84:2,12 102:13
108:3,3 115:14,16
117:17 119:23
127:19 147:2,6,16
160:25 161:3
162:24 164:12
168:2 171:18
181:21 187:5
191:11 195:19
265:20 279:19
285:19 289:2
299:22,25 300:3
306:11 310:9,11,20
313:22 325:9 336:6
340:10 343:20
348:12 354:15
357:11 369:2 389:4
389:5,7 403:17
408:12,17 427:19
433:13 435:10
441:10 442:11
443:15,21 444:14
444:16 457:4
**pages** 53:14 78:2
86:17

**paid** 399:25
**pain** 266:7
**palumbo** 2:16 15:23
15:23
**panel** 89:24 90:2
98:12,22 109:11
279:2
**panels** 91:21
**papa** 422:9
**paper** 9:16 263:2,10
277:11 337:19
**paperwork** 301:11
**paragraph** 36:6
37:7 41:23 91:23
115:22 116:18
127:25 135:12
157:6 164:13
173:20 178:10
183:4 185:25
210:11 265:20
267:24 269:11
273:13 289:22
300:2,6 306:12
313:24 314:20
318:16 325:13
343:18,21 354:23
357:14 363:13,14
366:19 372:17
396:12,16 414:12
414:16 417:25
433:19,25 437:11
**parallel** 325:16
326:10 330:20
335:18
**pardon** 387:15
401:8
**part** 21:24 22:5
23:24 25:25 36:9,21
40:16 42:8 51:11
54:14 58:15,16,18
71:11 95:5 102:3,7
117:3 121:5,21
123:18 149:7
156:19 162:14
169:2 173:25

174:23 175:15
178:12,19 181:25
187:13 190:6
230:11 237:9 243:3
245:3 263:11,14
264:22 269:10
270:23 273:2
293:24 297:24
301:13 319:12
340:21 341:9,11
343:6 363:23 365:5
412:18 421:7
422:16,17 434:20
436:8 438:3
**participants** 81:24
83:19 84:3,12,17
85:17 86:5 87:17
99:6
**participate** 98:5
99:3 255:16 296:17
409:13
**participated** 292:22
293:4 294:5
**participation** 99:8
**particular** 30:23
32:25 36:23 46:19
52:24 55:8 67:23
68:6 69:4 71:6 73:4
97:11 100:17
107:20 184:10,24
267:17 393:9 429:3
433:10 434:11
436:11 448:21
**particularly** 23:18
40:6 107:9 136:7
159:21 262:3
280:13 326:18
415:10
**parties** 13:21 235:10
250:10,12
**partners** 308:6
**partnership** 339:7
**parts** 25:11 47:22
**party** 300:10 338:5
354:20 355:6 356:3

[party - permission]

| | | | |
|---|---|---|---|
| 356:9 454:11 | 131:9,20 132:8,20 | 253:14 254:18 | 298:2,15 337:15 |
| **pass** 168:7 187:7,14 | 133:16 134:8,19 | 256:9 259:24 261:3 | 403:16 404:16,19 |
| 188:6 203:5 435:19 | 135:10 136:14,22 | 267:11 268:18 | 404:22,25 406:8,13 |
| 435:22 436:10,17 | 137:9,16,24 139:25 | 272:19 274:14,20 | 407:3 427:19,24 |
| **passed** 201:25 221:7 | 140:8,15,24 142:22 | 275:9,19 277:15 | 428:3,8 430:14,17 |
| 431:16 435:14 | 143:13,22 144:8,20 | 278:9,16 280:5 | **pepper** 1:19 4:3 |
| 436:5 439:4 | 145:7,15,25 146:20 | 281:23 282:3 287:4 | 13:10 14:19,22 |
| **passing** 187:21 | 148:5,16 149:2,19 | 287:7 298:20,22 | **pepperlaw.com** 4:7 |
| **passive** 389:10 | 150:7,19 151:5,13 | 302:18 309:7,14 | 4:8 |
| **patient** 402:9 | 151:23 152:7,25 | 312:9,23 313:12 | **perceived** 123:24 |
| 427:11 | 153:19,23 154:8,19 | 317:13,22 318:9 | **percent** 71:6,15 |
| **patiently** 411:17 | 155:7,14,21 156:18 | 320:6 321:6,13 | 116:8 180:12 |
| **patton** 2:3 7:4 13:22 | 156:25 159:14 | 323:14,20 328:12 | 221:18,19 222:3,4 |
| 13:22 16:14 33:21 | 160:7,17,23,24 | 329:9 334:21 | 231:18 232:4 |
| 34:3,9,14,18,21 | 161:25 162:23 | 343:12 347:14,18 | 241:14 352:7 |
| 35:18 38:2,15,21,25 | 163:16 164:3 165:9 | 347:21 348:5 351:4 | 446:20 |
| 39:3 41:10 43:9,20 | 166:15,23 167:12 | 351:14 353:7,20 | **percentage** 231:14 |
| 44:19 45:12 50:12 | 169:19 170:2 | 354:5 358:17 | 241:12 |
| 51:9 52:16 53:3 | 171:13 172:19 | 360:17 363:22 | **perceptions** 80:16 |
| 54:13 55:12 56:15 | 173:4 174:25 | 364:22 370:11 | **performance** 247:3 |
| 59:25 60:11 61:7 | 175:11,24 176:15 | 376:8,18 377:13 | **performed** 81:17 |
| 62:17 63:6,20 64:2 | 177:10 178:24 | 378:9 380:12,25 | 447:25 |
| 64:3 66:4,12,23 | 179:10,17,24 181:7 | 384:23 385:4,15 | **performing** 405:4 |
| 67:13 68:13,25 | 182:12,21 183:23 | 386:16,19 389:12 | **period** 18:8,23 |
| 69:10 70:2 71:2,20 | 184:15,25 185:10 | 400:24 401:15 | 25:23 26:7 29:8 |
| 72:5 73:15,23 75:18 | 185:18 187:19 | 412:10,25 414:3 | 37:12 64:18 74:23 |
| 80:6,24 82:13,24 | 188:4,11,24 189:10 | 415:6 416:3,10 | 74:24 78:17,22 |
| 83:10,17 85:9 86:4 | 190:3,17 191:4 | 417:9,13,21,23 | 89:14 96:14 109:2 |
| 86:15 87:15 88:9,23 | 192:11,21 193:7,13 | 420:6,19,23 421:2,8 | 110:7 113:19 |
| 89:5,12 91:3 93:3 | 194:18,25 197:4 | 421:22 423:4,13,19 | 116:21 119:5 |
| 94:8,25 95:16,22 | 198:12 199:20 | 424:17 425:5,18,23 | 121:10,10,12 |
| 96:9 97:5,22 100:13 | 200:18 201:4,11 | 426:4,11,15 449:10 | 126:21 138:13 |
| 101:15 103:4,7 | 202:17 203:3,10 | **pay** 85:4 187:10 | 143:24 144:10 |
| 104:3,12 105:4,11 | 206:20 207:3,17 | 245:18 246:2,5 | 154:10 164:16 |
| 108:15 109:6 | 208:4,16 209:12,19 | 249:20 | 165:12 183:10 |
| 110:23 111:12,17 | 211:5 212:4,17 | **pays** 244:9 384:17 | 193:23 202:7,20 |
| 112:6,13,17 113:11 | 213:9,15 214:2,23 | 385:9 | 214:4,8,12 224:20 |
| 113:23 115:6,13 | 215:8,20,25 216:19 | **pending** 229:6 | 261:18 312:12 |
| 117:8,15,25 118:12 | 217:10,15 218:3,13 | **pennsylvania** 1:1 | 392:11 396:8 |
| 118:20 119:11,21 | 218:22 219:9,20 | 3:10 4:12 | 407:15 |
| 120:9,18 121:3 | 220:9 221:5,14,23 | **people** 42:19,21 | **periods** 136:17 |
| 122:16,22 123:12 | 222:8,24 223:13 | 48:8 78:25 83:2 | 166:3 167:2 |
| 124:21 125:6,20 | 224:9,17 225:8,20 | 90:2,3 142:25 | **permissible** 164:23 |
| 126:10 127:3,5,13 | 226:2,9,16 231:16 | 200:17 248:17 | **permission** 417:4 |
| 129:19,24 130:11 | 245:19 252:25 | 260:5 294:5 297:16 | |

**person** 142:23 163:7
235:20
**personal** 40:16
170:5 258:12
**personally** 54:3,19
230:24 290:7 295:9
**perspective** 67:18
75:10 124:24
126:16 137:12,15
164:25 176:3
207:20 282:13
**pertains** 81:22
164:21
**peta** 26:19,25 27:25
28:14 40:14,24
55:23 80:17 85:17
86:2,2,6,8,13
144:13,24 150:13
150:24 151:9
331:13 332:13
371:7 422:5,14,24
**peter** 407:17 409:2,9
**ph.d.s** 48:10
**phase** 39:24 43:13
117:18,20 118:3
119:5 136:17 166:3
167:8 224:19
344:11 351:21,23
351:25 352:6 353:5
419:7
**phased** 108:23
109:17 302:8
**phasing** 184:9
**philadelphia** 2:12
4:6
**phillips** 390:19,21
390:24 393:11,17
**phone** 15:15 63:19
140:11,13 170:6
417:15
**phrase** 279:18 288:2
**pick** 70:16 204:18
**picking** 407:8
**pictures** 365:17

**piece** 45:19 149:9
277:10
**pigs** 36:18 37:6
365:18
**pit** 279:22
**pitted** 288:8
**pittsburgh** 3:17
**place** 21:19 75:5
103:22 145:17
212:21 215:11
410:10 415:14
417:4 454:6
**placed** 73:25 113:13
127:14 195:2
**plaintiffs** 1:8 2:8,13
2:19 3:6 13:24 14:3
15:25 222:10,12,17
223:3,4 386:7,22,23
412:9,15 425:24
**plan** 44:2 74:10,17
74:18 78:16 117:18
117:21 118:2,3,10
187:13 338:13
**planned** 419:6
**play** 28:10 32:9
92:13
**players** 281:18
**playing** 286:23
**please** 13:20 15:15
16:17 133:2 177:16
191:24 222:22
348:14 388:24
389:19 391:19
393:7 395:9,16
398:14 403:13
404:19 407:21
408:13 411:4
423:14,16 426:18
427:15 432:20
435:9,10 441:5
455:4,9
**pleased** 189:9
**point** 29:23 31:12
31:15 39:19,22
41:2 42:11 44:6

44:20 62:4 64:20
77:21 81:5 84:11
87:16 89:20,21
94:12 100:15
102:12,13 121:16
122:4 136:2 148:14
148:19 156:4 163:2
166:13,16 168:19
188:12 189:12
203:12 205:20,21
205:22 214:3
221:15 229:8 337:2
357:21 358:7,11,15
359:6,8,19,21,24
360:2,5,15 366:15
419:5 449:11
452:19
**pointed** 164:13
205:17
**points** 37:8 68:10
99:12 162:3 163:6
198:15 199:2
350:10 359:15
**policies** 24:2,5,9,10
24:11,17 25:2 27:13
48:12 50:17,20,23
51:3 56:3,10 57:20
68:21 76:16 92:3
155:18 315:25
336:9 432:14
433:10
**policy** 7:18 18:10
24:20 25:15 31:20
31:25,25 32:8,11,15
32:21,24 33:3,6,9
36:14 43:17,22,24
43:25 46:7,10,11
47:3 49:8,9,11
50:15 51:5,10,23
52:22 53:13 56:4
59:18 60:4 62:5,6
63:8,13,21 64:6,10
64:13,16 65:23
66:25 67:7,10 68:14
68:16 69:2,16,20

70:8,11 71:4,13,22
71:23 72:17,25
74:21 76:6,10 77:15
77:17 88:18 231:4
239:12,14 246:15
268:4,15 275:7,12
276:12,16,18
294:12 306:15
310:4,17,24 311:7
311:12 312:2,2,8,17
312:22 319:3
339:16,17 343:6
409:15 429:11,14
429:18,21,24 430:7
430:13 431:16,18
431:21 432:8 439:8
439:9 448:13
**pooling** 270:2
**poorly** 30:7 206:22
214:24
**pope** 121:17 128:2
128:17 132:16
134:10,16,21
147:17,23 148:18
169:21 170:7 173:7
174:16 175:13
176:5,17 209:22
210:6,8 211:4,20
216:2,6 322:20
350:24 418:19
423:24 424:11
**pope's** 174:13
211:17 425:16
**pork** 69:12
**porter** 4:16 14:7
**porterwright.com**
4:19
**portion** 158:23
247:21 283:7 284:9
284:18 285:4,8
**portions** 158:11,25
299:17,18 304:6
**portrayed** 266:6
**position** 21:7 49:24
50:18 59:13,23 60:2

60:7 62:12 67:7
99:25 110:20 112:8
112:12 117:14
118:21,23 119:4
141:10 166:2,9,12
184:8 206:15
210:19 211:11
213:17 218:11
282:14 286:20
335:25 376:17,18
413:3 415:25
419:24 441:17
446:10 450:17,20
451:3,16
**positioned** 35:12
**positions** 17:5 19:20
20:22 96:2 247:20
251:23 406:8 442:2
**possession** 305:8
**possibility** 308:16
**possible** 116:21
124:18 130:18
159:24 164:16
180:16 307:16
382:11 406:10,20
427:11
**post** 376:17
**posted** 257:8
**potential** 40:3 49:11
151:9 300:15,22
301:7
**poultry** 5:6 16:10
17:8 20:3,13,16
46:24 58:5,18 61:20
97:3 119:20 122:10
323:17
**power** 49:19 68:15
112:8
**practicable** 336:22
**practical** 92:6
301:14 337:7
**practice** 19:8 45:19
54:12 57:22,25
59:13 61:19 62:16
65:3 66:7,20,21

67:20,22 110:3
111:11 116:15
162:10 206:24
207:5 327:23 328:4
328:6 329:4 338:23
419:13
**practiced** 99:24
**practices** 11:4 21:22
26:24 41:18 46:14
47:23 51:15 53:19
55:9,18 57:7,16
58:5,13,17 59:23
60:18 64:23,24 65:2
65:5,18,23,24 66:17
67:15 72:11 92:7,13
92:22 93:2,15 110:9
111:2 123:20
129:16 141:21
157:9,15 159:3,11
159:17,23 161:18
161:24 163:15
164:25 165:6
167:15 177:19
186:17,25 187:4
205:23 206:18,19
208:15 209:11
214:18 215:19
230:11 259:22
277:9,25 279:5
285:12 320:21,25
327:25 328:19
329:14 330:6,8,12
331:4,25 332:2
333:4,16 334:17
335:7,25 344:9
349:15 361:11
367:10,12 377:8
388:15 439:24
440:5,12,15 446:17
447:18,22 448:5,8
448:11,25 449:2,22
449:23
**practitioner** 19:11
**precipitated** 26:11

**predicament** 280:22
281:5
**preexisting** 115:7
**prefer** 307:16
**preliminarily**
160:20
**preparation** 228:20
228:24 229:3
**prepare** 23:22 58:7
76:9 125:25 141:4
227:15 357:7
**prepared** 45:3 87:22
199:22,25 357:9
**prepares** 392:16
**present** 32:21 87:20
138:25 232:15
263:12 290:14
341:16 390:14
403:7 418:22
420:12
**presentation** 434:25
**presented** 118:4
146:13 165:21
184:8,12 185:12
421:21
**presenting** 76:6
423:7
**presents** 265:4
**president** 21:10
26:8 32:20 173:7
196:19 246:22
247:5,7 313:3
396:14 414:13
**press** 11:15 39:2
146:7 173:21
180:15 181:15,17
182:2 194:8 197:15
378:6 395:12,18,19
395:22,23 414:8,21
440:23 441:5,20
443:25 444:8,24
445:9,12
**pressure** 55:23
130:21 151:16,20
152:20 154:10,13

154:20 270:16
331:16 332:12
439:3,7,16,23
440:10,10
**pressured** 130:24
**pressures** 60:21
**pressuring** 153:5
155:2
**pretty** 38:17 146:12
213:19 231:24
**prevent** 302:23
**previous** 251:22
269:11 337:13
**previously** 212:11
269:11 305:5
334:10 388:25
390:11 391:3 427:9
427:17 441:24
**price** 225:10,13,17
393:22 394:9
**prices** 105:18 106:3
120:21 137:4 143:7
143:18,25 144:2
188:15,19 189:4
200:22 226:6
**primarily** 21:15
24:12 55:23 62:2
98:16 238:22,24
239:18 292:25
322:15 325:24
327:12 331:13
338:20
**primary** 90:15
121:16 122:7 128:7
158:19 238:6,23,24
239:4,16 240:2
241:13,15,19
247:23 258:19
398:22
**printed** 435:3
**prior** 16:25 60:2
76:12,14 113:19
145:23 215:14
264:3 313:15 316:4
320:7 370:12

396:21 397:5
427:23 441:16
**priorities** 246:16
**prioritize** 93:10
**priority** 31:9 106:17
**private** 19:8
**privy** 41:3
**proactive** 29:4
**proactively** 28:19
**probably** 144:12
198:19 206:22
223:12 269:15
294:4,25 295:20
339:10 406:6
**probe** 369:10
**problem** 49:3 85:8
85:12 128:22
364:12
**procedures** 26:24
47:8 93:15 281:8
388:15
**proceed** 74:20 88:15
276:10 290:13,16
291:4 355:15 370:9
**proceeded** 271:2
**process** 24:12 49:23
51:18 57:4 61:21
64:16 66:7 68:12
82:15 115:9 116:11
123:6 128:23
130:25 134:2 142:5
142:6 157:21 158:2
204:6 207:12 208:3
208:21 248:13
249:15,17,21 265:6
265:10 283:10
284:20 294:20
300:14,21 301:6
309:10 319:13,17
337:10,24 338:2,15
341:7,25 342:24
349:12 357:3 377:7
379:24 380:16
405:19 409:22
415:9,10,22,23

**processed** 1:2 13:14
20:8 457:2
**processes** 72:3
**processing** 20:3,5,13
20:18 157:12
**processor** 157:8
**processors** 56:20
**produce** 82:11
105:2 231:9 289:12
**produced** 114:10
132:16 160:12,18
164:6 179:25 180:9
182:23 183:3
195:15 201:14,15
201:18 229:15,19
230:3,21 250:10
252:15 289:8,14
305:10 323:16
342:23 391:7 417:5
**producer** 18:11
36:22 44:11 46:16
47:7,17 52:8 75:21
91:4 93:25 96:16
100:16 114:10
116:14 156:15
157:8 161:11
170:25 183:16
275:2,4 276:19
278:21 300:8 313:9
314:5 317:7 318:18
320:2 321:4,11
341:21 342:3
379:18 416:20
435:14 448:7,9,23
**producer's** 448:24
**producers** 1:9 4:8
13:17 14:20,24 23:2
23:3 35:21 49:20
50:13 58:24 59:3
71:5,15 79:25 95:25
101:22,22 116:11
118:7 122:21,25
128:23 139:5,11,19
141:20 144:23

172:6 180:13 183:7
183:14 186:3
191:22 192:14
195:24 202:2
203:20 204:5 210:9
222:10 223:2
225:14 227:13
277:14 278:4,7,13
306:14 307:7,11,21
307:25 308:18
309:6,13,18,24
318:22 321:15,20
327:19,24 328:16
341:13 357:5
365:23 366:3 368:7
368:20 372:18
378:17 379:3
385:16,23 386:8
387:13 446:5
**producing** 56:21
305:22 431:22
**product** 399:13
**production** 12:9
17:8 20:18 51:15,18
61:23 64:23 86:22
97:4 104:23 157:11
266:8 305:11,19
306:5 369:16,23
**productive** 104:16
**productivity** 102:16
103:10,16 104:6
105:13
**products** 1:2 22:24
23:19 37:16 53:11
81:22 83:22 84:6
86:23 106:10 204:6
238:9 243:19 244:2
244:6,6 334:13,15
398:17 399:21
457:2
**professionally** 42:19
**program** 10:5,8,10
17:7 22:23 26:16
33:4 35:13 36:13
49:11 69:19 77:15

105:7,17 106:5
108:23 118:10
129:2,10 130:10
132:2,4,10 134:6
135:22 168:23
169:3,6,15,23 170:9
170:15,20 174:6,7
174:14 180:14
181:5,25 184:2,3
190:20 196:7 199:6
199:8,10,14 203:22
203:24 204:7 208:7
208:24 209:2
210:14 211:12,13
212:11,13,14 213:6
213:7,10,12,19,25
214:14 216:13
218:6,12 219:3,8
220:2,4 222:2
223:22 224:12,13
224:24,25 225:17
225:23 230:17
238:7 239:9 268:15
272:17,22,25 273:2
276:9 277:5 290:17
294:13 301:10,20
302:9,22 308:14,18
308:24 309:9,12
310:24 315:10,23
319:3 339:4 342:12
342:25 343:16
345:17,19 351:24
355:16,19,23 368:8
368:14 370:17
371:12 378:18
380:6 401:21
403:22 410:10
415:21 430:6 431:9
435:12,13 436:24
441:2,18 443:25
444:9,12 445:2
446:3,6
**programme** 268:5
270:6,15 273:8,18
276:5 285:22 286:5

286:7 310:12,17
313:23 314:15
325:10,11 330:17
354:16,19 433:14
**programmes** 266:14
306:17
**programs** 21:16,18
21:23 26:9 54:8
58:11 84:17 92:3
216:18 220:5
226:12 286:6
307:17,19 308:6,9
308:11 309:3
313:11 355:5 366:7
**progress** 71:24
271:13 343:8 418:8
440:24
**project** 7:14 33:17
35:2 94:19,21 131:3
135:23 319:25
**projects** 343:9
**promise** 451:22
**promote** 51:14
64:23 73:8 157:9
172:5 190:12,19
218:16 219:2
313:10
**promoting** 200:7
219:25 220:11
**proof** 116:5
**proper** 378:21
**properly** 103:9
337:17
**property** 390:8
**proposal** 184:10
352:11
**proposals** 291:5
**propose** 261:9
**proposed** 32:19
76:10 133:5 351:25
352:6,9,24 353:4,18
355:23 445:21
**proposition** 423:5
**proskauer** 3:9 15:20

proskauer.com 3:12
**protective** 34:13
323:22 324:18
**protein** 36:25 46:24
266:21
**protest** 26:20
144:25 388:18,18
**protested** 29:15
**protester** 29:20
**protesting** 26:17
**protests** 30:18 40:13
149:22
**protocol** 227:22
**provide** 22:20,24
23:6,11 24:7,18
94:6 95:13 98:17
166:5 172:16 204:6
216:7 235:3 238:8
246:16 256:25
257:5 270:2 273:5
273:15 276:2
277:23 278:23
285:10 386:14
435:2,25 452:18
**provided** 59:21
68:22 93:5 98:21
116:6 136:6 229:21
235:6,10 297:13
305:12,21 358:21
384:4 389:23 390:4
**providers** 23:7
**provides** 382:17
**providing** 21:20
23:17 63:18 120:11
335:14 425:17
**provision** 210:15
**provisions** 358:2
**proviso** 159:12
**prudent** 87:21
**public** 1:23 86:21
174:3 190:11,19
286:2 306:15
335:16 337:4
440:19,20 454:5,16
456:17

**publication** 9:7
190:24 191:8
263:14,25 264:3
434:21
**publicly** 266:5 388:6
**publish** 40:15
294:18
**published** 40:9
263:14,20 434:14
434:15
**publix** 236:5
**pull** 427:14 432:19
435:8 441:4
**pulled** 285:23 287:2
288:14
**purchase** 71:14
438:14
**purchased** 174:4
**purchaser** 2:13,19
15:25
**purchasers** 281:14
**purchasing** 39:16
82:8 175:16 178:12
178:20
**purpose** 22:9 51:4
69:2 71:13 80:10
280:3 300:7 318:25
369:5,9 428:20
429:2 434:15
**purposes** 279:15,21
**pursuant** 289:15
454:5
**pursue** 271:9 368:13
**pursuing** 110:16
**pursuit** 370:16
**purview** 283:25
**pushed** 332:4
**put** 54:2 74:19 75:5
78:20 89:25 90:4
104:14 108:12
118:18 130:21
131:22 154:10
160:11 192:25
239:6 263:22
274:17 296:13

325:5 326:20
332:12 340:20
347:11 350:13
354:10 367:14
376:3 405:18
410:10 416:16
440:10
**puts** 61:20,22
**putting** 89:23 141:5
151:15 297:24
323:15

**q**

**quality** 51:16
102:16 103:11,17
104:6
**question** 17:15,22
30:7,10 37:23 39:2
50:14 66:5,13 72:8
88:4 100:5 103:2
149:8 156:2 159:22
161:22 177:6
184:16 202:19
206:21 214:25
220:17 232:12,13
251:25 254:21
262:4,18 264:18
299:2 312:10
317:14 324:2 361:2
370:21 376:19,23
380:5 386:20
390:13 400:25
409:23 432:15,17
448:18 452:13,15
**questionable** 147:14
**questioning** 29:12
312:11 412:4,8
424:5 428:18
433:17
**questions** 12:18
17:11 22:7 38:24
54:15,18 64:17 74:7
124:16 219:22
226:17 254:2
357:15,19 358:6

360:13 376:12
381:20,22 382:9
402:12 411:18,21
415:8 416:12
423:21 425:19,22
426:3 427:13
428:22 429:6
436:24 449:12
450:19 451:20
**quick** 140:15 196:8
197:5 325:25
**quickly** 130:17
131:8 134:7 417:15
**quite** 209:6
**quote** 238:12 362:6
363:23 364:15,16
364:18 365:4
414:12,16 415:3
445:23
**quoted** 365:5
**quotes** 361:24
**quoting** 283:21

**r**

**r** 2:1 3:1 4:1 5:1 6:1
6:14 454:2 457:1,1
**radar** 27:6 296:11
**radical** 146:12
147:24 149:23
389:9,19,25 416:13
424:5,12 425:9
**raise** 118:22 120:21
143:7,18 153:25
**raised** 32:5 39:12
82:11 401:13
422:14
**raising** 37:4 101:11
149:22
**ranch** 5:24 16:7
158:5
**randall** 2:4 375:10
375:14
**range** 233:15 348:9
350:16

**rated** 359:17
**reach** 25:17 42:16
108:23 118:7
165:18 178:17
185:9 193:24
321:10
**reached** 245:11
321:14
**reaching** 196:21
197:21 211:7
**read** 102:23 132:25
139:7,14 146:17
177:16 178:10
211:15 269:11
314:22 323:12
348:9,14 354:7
363:23 372:6 373:3
378:6,23 433:19
437:4,11,13 446:7
455:4 456:3
**reading** 378:14
**reads** 49:11 85:16
314:18 325:14
327:15 343:19
436:24 445:25
**real** 144:14 427:12
**realized** 326:19
**really** 23:10 25:14
30:25 32:24 39:18
56:13 66:25 75:9
99:17,20 130:24
195:22 339:16
366:23 425:15
449:23
**rearing** 158:3
**reask** 449:12
**reason** 83:18 143:10
269:24 270:8 289:5
351:12,16 371:16
380:3,8 404:18
455:6 457:4
**reasonable** 65:6,8
65:10 281:13
283:13 285:11
301:14,20 344:12

**reasonably** 65:18
**reasoned** 273:13
275:25
**reasons** 58:9 79:18
270:12 371:17,18
**recall** 75:22 98:14
101:4 110:3 121:15
126:25 129:20
136:11 138:20
144:21 145:16
154:5 156:5 166:17
169:20 190:15
197:12 233:12
234:4 267:18
279:10 291:15
324:7,10 334:8
339:19 352:5 370:4
378:13 383:10
385:18 387:17,22
391:2 397:8 406:12
413:10 416:23
421:23 422:13
424:20 428:21
431:3,5 435:11
**recalls** 20:24
**receipt** 455:16
**receive** 205:3 207:6
324:15 379:5
410:13
**received** 18:20
27:11 96:15 164:8
173:9 180:8 210:3
295:23 351:8 371:7
378:18 388:13
428:16
**receiving** 60:21
149:11 152:19
370:8 398:16
410:25
**recess** 112:22
140:20 189:22
226:25 249:4
304:19 324:24
345:10 367:20
381:14 402:17

411:8 413:16
426:22
**recipients** 372:14
**recognition** 379:3
**recognize** 123:17
131:4 263:7 297:9
303:12,13 323:10
342:18 349:8
356:22 361:16
372:4 378:4
**recognized** 42:20
150:10 218:2
**recognizing** 137:3
141:8 173:13
**recollection** 25:24
75:8 99:5 110:19
140:25 151:14
154:9 158:21 182:7
183:15 292:7 298:6
384:13 392:9
393:17 395:9 396:8
409:9 418:21
444:23
**recommend** 92:23
93:17,23 158:13
247:22 419:7 420:8
**recommendation**
46:5 64:9 76:19
86:19 108:6,14
110:13,14 165:22
**recommendations**
51:22 94:6 115:21
116:17 118:19
155:23 156:6,9,14
196:2 220:21 314:7
343:20,23 344:21
**recommended**
119:2 344:9
**recommending**
109:3 158:23
419:14
**reconsidered** 311:11
**record** 13:4 16:18
112:20,25 133:2
140:13,18,23

156:19 189:20,25
194:15 195:2
226:21,22 227:4
248:24 249:2,7
304:15,17,22 305:4
312:10 324:20,22
325:3 343:7 345:6,8
345:13 348:10
367:16,18,24
381:10,12,18
392:16 402:15,21
411:4,5,11 412:21
412:24 413:14,23
417:12,16 426:7,10
426:12,14,18,20,25
450:5 451:9 453:2
454:10 456:6
**recorded** 454:8
**records** 177:24
252:8,14 299:14
394:17,22 400:2
**recovery** 187:6
**redirect** 28:24 412:8
**reduce** 105:17 106:3
188:19 189:3
191:23
**reduces** 351:25
**reducing** 192:5
352:5
**reevaluated** 311:12
**refer** 56:17 99:15
101:18 298:25
380:7 433:25
**reference** 84:21
89:21 107:12
188:13 200:13
311:9 333:5
**referenced** 353:6
358:3
**references** 106:8
443:24 444:7
**referred** 100:19
183:9 268:11 354:4
431:12

**referring** 47:9,10
107:4 108:5 178:4
212:10 284:25
286:15 303:17
358:4 369:6 452:17
**refers** 37:21 39:7
42:14 55:14 212:11
395:23
**refine** 251:25
**reflect** 231:15
234:21 310:23
364:19 372:8
**reflected** 186:17
346:12 350:5
**reflects** 299:24
**refresh** 75:8 298:5
392:8 393:16 395:8
396:7 409:8 418:20
444:22
**refused** 181:9
**regard** 29:7 48:4
75:22 168:21 290:8
328:25 381:2
**regarded** 189:2
225:22
**regarding** 46:7 47:8
55:10 98:2 120:13
143:15 156:14
202:2 360:13
369:12 403:19
409:14 413:5
440:24
**regards** 187:6
**regenstein** 89:17
**region** 20:17
**regional** 20:14,16
25:12
**regular** 195:16
230:11 238:12
323:19
**regularly** 392:15
**regulate** 224:3
**regulating** 17:8
**regulations** 22:3
77:2 257:5

**regulatory** 21:25
32:10 258:22
307:17 308:8,15
**reiterate** 130:8
**reiterating** 206:14
**rejected** 415:15
416:5
**rejoined** 234:15
**relate** 82:10 363:11
**related** 259:4
289:13 357:25
**relation** 190:19
**relations** 23:15
174:4 190:11
196:19 255:11
**relationship** 284:3
**relaying** 374:7
**release** 11:15 173:21
180:15 181:17
182:2 194:8 197:15
378:7 395:13,18,19
395:22,24 414:9,22
441:6,21
**released** 147:3
**releases** 181:15
440:23
**relevant** 161:11
**relied** 83:14
**rely** 253:23 316:6
**remain** 308:10
410:13
**remainder** 412:7
**remained** 162:5
164:20 231:22
232:23
**remarks** 435:2
**remember** 121:18
130:4 144:18 145:5
150:16 179:11
193:19 234:19
235:24 237:10,23
291:19 334:5 371:6
386:12,15 390:25
405:13 416:11,21
418:25 422:21

436:15
**remind** 151:8 210:6
**reminder** 228:13
**reminding** 133:9
144:11,24 150:11
150:22 425:9
**reminds** 424:22
**removed** 39:13
61:20
**repeat** 218:20 220:8
252:21 254:20
**repeatedly** 148:20
170:12
**repeating** 329:25
**repetitive** 173:13
449:10
**rephrase** 66:5 299:2
**replace** 192:2
**report** 8:15 10:4,7,9
30:16 74:10 78:8,9
80:8,20 81:7,8,10
81:14,17 82:21 83:9
85:11 88:5 147:24
156:13,21 157:17
157:18 161:4 163:5
251:12 313:5
342:11,22 343:5,16
343:24 345:16,18
347:18 365:3,7,10
388:9,20 423:25
424:12,19
**reporter** 15:7,14
17:10 222:21
374:17 408:7
423:15,18
**reports** 8:16 160:3
160:12 313:2,4
343:11 346:3
349:11 366:6,10
**represent** 13:21
22:16 49:24 50:18
98:23 160:9 240:16
258:8 325:23,24
382:8 403:4 410:6
427:7 434:10

**representation** 203:25 204:22
**representations** 167:23 211:18 414:21
**representative** 25:6 25:9 31:5 41:9 47:20 54:15 74:6 124:14 150:4 219:15 247:10,14 291:19 429:15
**representatives** 92:2 98:25 128:8 141:3 291:12
**represented** 159:11 206:17 208:6 238:15 277:9,24 279:4
**representing** 14:8 160:15 400:18
**represents** 54:10 265:4 386:17,22 387:2,6
**request** 12:9 24:5 114:17 125:25 138:14,17 174:18 178:5,8 197:23 199:9 203:13,15 205:8 210:18,24 211:3 229:21 250:12 265:15 289:16 305:22 355:4 373:6 374:4,7 374:10,12,24 375:3 375:24 376:16 429:12,13
**requested** 141:9 181:11 224:11 319:8 354:17 372:19 373:20
**requesting** 193:18 197:22 205:10 315:7
**requests** 133:19 149:12 182:6 200:9

290:21 442:3
**require** 68:16 69:3 69:21 71:4,13 93:25 96:10 118:6 119:4 125:14 126:5 166:2 174:22 175:22 186:10,11 226:11 343:25
**required** 68:21 125:19 186:5,8 215:10 401:8,12
**requirement** 32:10 60:14 61:10 99:22 100:10 165:23 447:19
**requirements** 40:17 55:24 58:15 123:20 169:7 193:3 266:17 266:18 288:10,18 341:4 352:7 437:18 438:10 448:11
**requiring** 51:5
**rescued** 147:3
**research** 23:11,18 24:8 42:7 48:18 59:10 88:6 124:19 162:21 202:10 257:2,7
**researched** 344:14
**researching** 202:21
**reserve** 219:22 226:17 411:23 412:5 413:9
**resolved** 159:21 321:3 366:12
**resources** 270:2
**respect** 38:15 54:24 95:25 110:15 111:19 136:8 137:11 155:24 156:6 160:22 162:9 415:13 429:6,22,23 430:5 432:13 434:6 437:15 438:2 440:3 440:15 441:18

**respected** 314:3
**respectfully** 178:9 210:18 413:2
**respond** 87:23 200:8 205:4 266:9 370:20
**responding** 40:24
**responds** 197:25 198:25 205:13 216:21
**response** 36:7 60:20 85:21 87:18 218:24 321:21,22 352:13 370:14,25 412:11
**responsibilities** 19:20 21:14 23:25 290:25
**responsibility** 126:19
**responsible** 20:2 246:20 247:3 258:21
**responsive** 229:15
**rest** 106:7 307:13
**restaurant** 265:25 266:10,12,15 326:12
**restaurants** 9:14 40:7 52:14 129:15 148:13 171:21 240:17 262:24 325:22 326:2,6,7 333:11 334:11
**restraint** 200:21 225:2,23
**restrict** 137:4 219:13 226:5
**result** 333:17 367:12 437:2
**resulted** 266:14 322:7
**results** 87:2 88:11 88:12 115:23 123:8 363:8 369:14 370:3 438:24 449:25

**retail** 9:15 22:11,17 22:25 23:6,12 24:3 27:17 28:20 29:14 36:8 37:14,19 39:5 39:10 40:4 48:22,23 49:18,25 52:14 53:9 95:4 126:17 154:17 231:18 232:4 238:9 241:20 244:5 257:7 260:3,3 262:25 263:13 265:8 269:18 272:13 300:16,23 301:7 306:15 307:7,11,15 307:21,23,24 308:19 309:23 334:3 336:15,17 340:24 363:2,11,20 364:7,10,17,20 365:11 399:20 422:15
**retailer** 70:7,16 99:7 257:18,18 272:25 279:22 284:4 314:2 314:24 316:13 318:12 398:11,16 433:20,24 434:6 438:13,17,22 448:6 448:12,22 449:3,16 449:19 450:2
**retailer's** 98:13 434:2
**retailers** 21:17 28:25 29:2,6,10 35:22 39:9 50:5 67:8 154:11 155:2 155:19 187:22 188:7 238:4,5 246:17 252:24 270:17,24 274:3 280:19 281:14 314:7 315:2,5,7,9 315:11,18,21 316:9 317:3 328:8,23 331:3 333:12 334:6

334:9,11 342:2
372:21 373:8,24
386:7 399:12
401:21 402:3
440:11 441:2
**return** 455:14
**revealed** 80:21
**review** 76:7 93:7
97:12 98:12,15
116:25 129:5
130:15,17 135:17
157:14 164:5
228:10 246:14
277:8 278:22 291:5
294:21 300:7 314:4
320:17 321:25
403:20 410:2
**reviewed** 81:6 98:11
106:20 113:18,24
114:3 161:22 171:9
172:9 186:16 264:7
317:6,10 318:5,12
377:7
**reviewing** 57:11
92:4 102:4 123:6
161:14 171:22
214:16 277:22
322:10 379:22
**reviews** 263:23
**revise** 205:14
**revised** 9:21 10:24
72:20 126:5 231:4
311:20,25 351:24
356:17
**revision** 135:17
430:2
**revisions** 432:8
**right** 18:2,5,13 19:6
30:4 33:2,2 34:6
35:24 43:10 45:24
53:10 54:16 72:25
73:12 74:8 75:2
77:11 81:3 86:10
87:3 90:8 94:10
99:9 100:2 114:25

117:10,21 118:15
121:6 125:9,13
131:11 138:23
149:15 158:5
161:12 162:6 165:2
165:16 167:24
168:19 171:23
173:9 182:4 186:7
191:17 197:8 198:4
198:8 199:6,15
202:22 203:6,16
204:12,22 205:11
205:24 208:22,25
212:5 215:5,11
216:8 239:15
251:15 255:23
263:24 272:14
276:5 281:12
282:17 284:11
287:16 288:6
300:17 302:12,14
306:19 307:8,22
309:15 311:17
315:16 316:12
317:16 318:7,19,23
319:5 325:8 328:9
328:25 336:12
338:2 340:6 344:17
348:24 368:8 369:7
373:25 374:8,13
375:4 376:21 381:7
382:12 384:20
400:6 403:7,20
404:2,24 405:7,11
406:24 407:9
411:23 413:7,9,11
418:15 420:9 422:2
422:11 423:7,25
424:13 427:20
430:4 431:23
436:21 437:6,9
439:10 450:10
452:12
**rights** 77:4 147:12
238:11 265:23

387:16,25 388:11
388:22 389:9 390:4
412:5
**ring** 240:11,22,25
390:18
**rios** 1:21 15:7
**risk** 20:23
**road** 3:4
**robin** 4:4 14:18
**role** 32:9 37:20 39:6
49:13,15 92:14
98:11,15,16 126:4
126:17,19 246:13
246:14 251:17
254:15,19,20
289:18 290:7,10
339:16 369:11
378:21 405:14
**roles** 405:17
**room** 412:14
**rose** 3:9 4:19 14:8
15:21 382:9
**rossi** 1:21 15:7
**roster** 234:25
**rotate** 247:20
**roughly** 18:25 19:16
**roundy's** 236:7
**row** 409:4,5
**rowland** 407:11,13
409:13
**rows** 409:2,6 447:13
**rpr** 1:22
**rule** 209:3 446:20
452:21
**rules** 412:6 452:17
**run** 247:6 283:13
355:18

## s

**s** 2:1 3:1 4:1 5:1,4
6:1,14,14 7:11 8:1
9:1 10:1 11:1 457:1
**safe** 20:8 21:20,22
21:24 83:5

**safer** 105:3
**safety** 17:6 19:25
20:23 21:3,12,16
22:3 24:14 26:9
51:16 255:10 257:3
258:20
**safeway** 233:6
244:19 253:13
268:3 291:13
375:13 384:9
403:25 405:6,23
410:22 422:8
**sale** 302:25
**sales** 243:15,25
244:9 383:14,15,18
384:4,14
**salutation** 177:11
**sam's** 237:12
**samuel** 2:4
**sanitation** 21:23
**sat** 91:20 252:24
253:7,18
**satisfied** 334:14
**save** 335:8
**saved** 187:3 335:10
**saw** 27:24 30:17
33:9 54:19 76:11,19
77:6,17 81:7 280:20
373:7
**saying** 34:10 93:24
98:14 101:3 134:22
159:10 161:16
166:17 167:16
169:16 171:2
198:17,18 205:2
207:18 212:22
214:9 280:17 285:7
330:2,6,7 359:18
361:24 376:14,15
409:25
**says** 37:9,19 41:2
46:12 47:5,11,16,25
48:17 49:12 51:13
53:16,17 55:13
60:12 61:12,14

64:20 72:9 75:19
76:9,25 77:14,20
78:7 81:21 83:19
86:17 87:17 98:10
99:13 100:23
101:17 102:14
104:4 106:24
107:22 108:6,16
109:10 110:6
115:22 116:18
117:17 128:2,11,21
128:23 135:12,15
139:3,9 141:18
147:18 153:2 157:5
157:6 168:10
171:21 173:11,20
177:11 178:5,8,11
178:23 180:14
183:7,13,24 186:2
187:6,7 188:13
191:20,22 195:21
196:8 197:5 198:2
198:13,14 203:12
203:18 204:4,14,17
206:2 210:12
211:10 213:17
216:21 267:24
300:2,6 307:9,14
310:15,21 344:13
350:12 351:10,21
351:23 352:21
357:18 359:7
360:22 361:5
365:16,20 373:4
378:24 390:7
395:24 396:13,21
418:5 420:19 422:4
425:2 435:11 449:3
**scale** 243:14,15
**scare** 153:12 154:2
**schedule** 133:6
228:3,4 352:24
353:4,18 419:7
**scheduled** 424:11

**science** 18:18 21:10
32:7 40:22 41:16
42:17 65:4 79:8
92:21 93:9,16,20
111:8 135:16
270:15 279:4 281:8
287:12 316:7 328:2
330:17 331:15
332:3,14 336:23
337:3 338:9,10
341:3 344:24
368:12 446:4
**sciences** 18:19
**scientific** 28:13 79:5
90:18 91:6 98:17,18
116:5,25 119:23
121:5 138:3 162:21
196:2 199:4 208:18
277:24 302:6 333:4
440:5,16
**scientifically** 63:4
92:6 269:15 301:22
329:13
**scope** 40:2 80:10
255:6 299:7 312:11
313:13 376:9,10
378:10 385:5
392:19 394:19
445:5 447:8 448:16
**screen** 27:6 296:11
**se** 44:16 410:11
**seafood** 96:24
**seal** 168:12 169:2,11
171:12 196:6
454:12
**second** 38:7 39:17
46:4,8 70:21 91:23
108:2 117:16
125:14 127:18
135:11 146:21
171:17 189:10
195:19 206:3,4
207:21 210:11
266:23 285:22
286:9 289:22

299:25 300:6,17
310:11 330:16
336:6 340:10
343:18,21 348:2
354:25 363:15
376:5 400:10
408:12 414:15
417:24 443:14
450:11
**secretary** 251:23
**secretly** 226:5
**section** 107:8 164:11
165:10 168:5,15
**sector** 23:12 336:16
336:18
**sectors** 106:15 371:9
**secure** 77:14
**see** 27:15 30:20 34:5
34:10 35:23 36:17
39:20 40:21 41:22
45:21 47:18 51:19
53:14,18 57:17 58:4
58:25 59:6,6 60:25
61:14 64:9 74:9
76:9 78:3 81:11
84:7,14,19 86:18
102:17 105:21
106:7 107:13,24
108:6 109:12
114:20 115:17
116:17 118:5,25
119:23 121:4 128:4
132:22 138:9
141:25 146:9,24
147:2,4,8,20 150:13
153:13 157:25
161:10 162:2,25
164:12,18 165:15
165:25 168:4,10,17
173:17 174:10
176:19 178:6,15
180:20 183:11,24
185:25 188:12
191:12,19 195:13
195:20 196:13

198:20 200:4
201:16 202:4 205:6
206:7 207:6 209:9
210:4,22 212:8
215:2 216:23 231:3
231:5 246:18 268:8
270:19 279:17,20
279:24 283:2 286:4
286:12 289:19,25
314:21 325:10,17
326:24 343:22
352:3 353:2 354:21
355:2 357:16,23
361:21 362:4
363:17,25 365:17
366:24 389:5,10,20
392:6 393:11,23
396:2,15 403:24
404:22 405:5,21
407:9 408:17,25
414:11,15 417:10
418:2,3,11 419:10
422:5 431:4 433:22
437:5 443:19 444:4
444:20
**seeing** 279:10 324:8
**seek** 205:3 309:5
320:2
**seeking** 266:20
**seen** 24:25 29:16
35:6 37:24 53:24
113:19 119:14
132:13 189:16,18
205:16 206:25
207:22 208:2
228:15 229:22
230:5 407:7 441:13
443:24 446:23
**sell** 184:19 204:20
243:21 399:21
**seller** 284:3
**selling** 84:5
**send** 76:9 175:13,19
178:2 180:23 182:3
198:14 228:10

296:7
**sending** 147:23
179:15 180:18
424:12
**sends** 179:14
**sense** 29:11 47:22
58:12 65:10 100:2,3
124:23 142:24
326:20 330:23,25
333:10 365:9 423:2
**sensoryeffects** 241:8
**sent** 76:14,22,23
132:15 141:19
177:2,13,23,25
178:3 179:13
181:13 195:5 217:8
351:17 372:9
427:18 428:5
**sentence** 47:11,14
47:25 102:13,20
173:12 196:8
279:17 285:22
286:9 300:11,17
306:13 307:13
314:22 344:13
354:4,7,25 357:18
364:16 419:21
422:4 433:18
450:15
**sentences** 344:5
**separate** 132:5
397:15 398:17
**separated** 412:14
**separately** 422:6
**september** 180:3
**series** 261:16,17
318:18 394:14
**serve** 256:2,19
257:22
**served** 252:9,18
291:10
**service** 19:25 25:19
26:17,22 27:8 28:11
29:24 30:2 40:6
52:15 148:13 258:9

273:21 285:23
286:11 325:25
333:11 382:16
**services** 5:6 16:10
22:25 23:6 238:9
**serving** 291:16
**ses** 357:6,10 358:12
358:21 359:23,24
360:11,21 361:3,5
415:10,20 416:5
437:21 438:7
447:23
**set** 35:23 79:25
98:13 123:17 125:8
125:11,14 129:25
135:9,13 206:4
207:21 211:13
214:17 215:18
273:24 280:3 315:2
328:8,14,17 330:24
331:2,14 334:17
337:3 339:16 341:3
357:15 430:3,12
436:24
**sets** 206:19
**setting** 35:14 290:16
**seven** 450:6,22
452:18
**sf** 241:4
**shape** 277:14 278:4
278:14
**shaping** 315:24
**shapira** 3:15 16:3
**shapira.com** 3:18
**share** 49:6 124:7,16
136:2 180:16 181:4
200:16 214:20
255:18 261:10
293:8 315:3,19
319:2 320:16
321:25
**shared** 88:12 90:23
128:12 157:19
221:2 306:24
316:10,13,19,23

317:3
**sharing** 134:17
283:6 333:18
374:23
**she'd** 200:3
**sheep** 36:18 91:6,8
**sheet** 299:10 300:3,4
455:7,10,12,15
456:5
**shop** 236:11
**shoppers** 81:18
82:18 83:2
**shopping** 23:19
80:16 82:8 257:10
**short** 304:15
**shorten** 224:19
**shorter** 118:25
167:17
**shortest** 116:20
164:15
**shorthand** 454:8
**show** 107:3 111:18
145:8 182:13 228:9
228:13 296:24
303:3 311:15
322:24 324:17
337:20 342:8
344:24 350:14
361:7 371:19 376:3
377:18 392:21
450:12
**showed** 118:10
**showing** 246:4
291:23
**shown** 197:19 311:4
370:3
**shows** 43:14 62:11
62:15
**shut** 450:14
**side** 392:3 407:9
442:16
**siegel** 3:3 14:2
**sights** 28:19 29:10
**sign** 152:20 153:6
155:2 169:22

174:14 382:25
383:2,4 455:9
**signed** 34:12 153:9
186:3
**significant** 62:19
128:24
**signing** 455:11
**similar** 267:5
282:24 287:2
288:14 312:4
326:16,19 332:18
346:3
**similarly** 63:23
**simple** 118:14 274:2
**simply** 192:22 196:9
197:6 284:5
**simultaneously**
114:13
**single** 24:19,24
65:25 195:20
274:12 326:23
327:20 329:12
330:17 331:21
447:20
**singly** 22:12
**sister** 258:4 313:17
**sit** 91:12,19 143:15
275:13 277:10
326:7
**site** 181:15 228:14
231:2,3 445:13,15
445:21
**sitting** 252:17
425:10 431:25
432:11
**situation** 87:22
286:16 332:10,18
**six** 340:15 386:17
**size** 165:24 188:15
188:19 189:3
193:11
**sizes** 166:25
**skip** 173:19
**slaughter** 20:3,5
46:14 55:4 59:5

91:5 158:2

**sliding** 243:14

**slightly** 130:20

**small** 19:11 25:10
91:17 101:21
203:19 253:3 262:2

**snail** 147:4

**sodexo** 240:12,15

**sold** 37:16 183:24
184:3 185:3,7,16
399:13

**solicit** 79:13 193:24

**solid** 259:21

**solovy** 241:2

**somebody** 235:3
293:7 296:13

**somerset** 242:13

**somewhat** 32:2
39:13 194:4

**sorry** 26:4 30:12
43:10,11 46:2,3
47:12 70:24 71:10
71:19 80:8 97:7
107:5 114:23
115:15 147:7
151:25 152:9 156:2
156:8,10 168:14
201:21 202:14,18
206:21 214:7 215:4
240:3 254:20 262:6
262:9 273:10,12
277:4 284:14
295:17 300:2,5
304:23 307:24
311:9 314:9,10,13
321:7 332:22
351:22 355:2 368:2
400:6 405:21 409:5
412:19 432:15
435:5,9 437:5,10
439:9 442:23

**sort** 28:24 34:25
71:23 108:4 254:11
254:24 261:22
263:18 404:14

**sorts** 238:18 258:18
258:24

**sought** 309:22,23

**sound** 92:6 173:13
213:23 287:12

**source** 84:5 85:5,7
87:9 266:22

**sources** 85:23

**south** 2:5 3:10 5:21

**southeast** 20:17

**space** 61:9 107:23
108:7 118:11 119:6
120:13,22 136:8
165:11 167:3
183:21 184:9
192:23 193:2 335:4
352:6,10 353:5,25
357:12 358:2 359:3
360:13 436:21
437:17 438:9
448:10 455:7

**spaced** 195:21

**sparboe** 5:17 15:18
122:9 210:13
411:16 418:18,23
419:2 420:21 421:7
421:9,10 423:6

**speak** 36:13 155:18
189:6 227:19 228:6
262:18 425:16

**speaking** 38:3,7
421:2,23

**spearhead** 210:13

**specialist** 20:16

**specialty** 48:11
90:12

**species** 37:6 51:15
128:14 157:9 420:5

**specific** 66:10 67:2
69:16 84:10 130:5
158:8 187:18
197:13 232:10
266:2 285:5 336:11
339:20,23 353:22
368:23 371:21

388:3 401:19 405:2
405:16 406:21
432:3 433:25
439:23

**specifically** 48:8
59:12 67:11 95:13
136:12 145:6 154:6
174:18 175:19
181:3 198:20
214:19 254:16
261:22 271:19
283:2 293:15
324:13 333:6
334:23 339:21
374:6 387:5 389:3
399:16 406:12
410:24 416:9
421:19 422:21
428:24 431:18

**specifications** 174:2
174:23 175:16
178:13,20

**specter** 149:22
422:14

**speculation** 200:24
272:5 308:3,23
316:16 332:21
333:21 351:15
353:10 355:21
360:20 362:12
380:11

**speed** 128:22

**spend** 394:15

**spending** 402:11

**spent** 196:5 208:17

**spoken** 227:25
228:20,23 229:2,5
229:10 433:3

**spot** 412:22

**square** 4:5 59:18
60:15 61:11 108:7
108:25 118:7

**srandall** 2:7

**staff** 89:2 173:15
183:7,14 251:10

254:4,15,23 255:3,8
255:16 256:5,15
312:19 313:2,4
327:10 339:8
428:13 430:14

**staff's** 255:21 312:8
312:15,22

**stages** 35:2 39:5

**stahl** 5:20 16:6

**stamp** 63:22 173:8
185:20 201:16
289:6

**stamped** 408:8

**stand** 27:12 141:9

**standard** 35:23
56:11 66:8 99:13,23
100:21 101:18,20
101:25 108:9,17,23
109:9 197:16
230:15 274:7,13

**standards** 35:15
40:10 41:15,16,17
57:11 58:16 70:14
70:15 100:25
101:13,14 103:21
152:21 153:6 169:8
211:13 269:14
273:25

**standing** 454:5

**stands** 325:21
376:23

**stapled** 348:14

**start** 21:4 31:3,21
40:15 43:11 103:4
112:25 152:9
156:11 189:25
195:18 201:23
216:4,5 269:13
278:6 288:16
304:22 367:24
401:9,10

**started** 19:22 26:11
31:15 42:21 43:7
44:7 75:9 135:23

starting 28:9 30:21
57:7 60:17 121:11
203:22 348:4
starts 116:18 183:4
265:21 289:22
348:17 354:24
357:15 363:15
state 20:13 92:21
103:21 455:6
stated 305:6 318:4
334:10
statement 32:11
72:13 96:3 101:7
102:7 105:14 107:9
111:25 116:4,7,9
142:3,4 146:15
158:7 249:12
281:22 282:8,11,15
286:14 305:13
306:2 359:9 365:5
369:25 378:25
419:21 444:18
446:9,12
statements 35:9
54:11 440:23
444:24 456:7
states 1:1 4:9 9:16
14:21,24 22:15
79:11 138:12
219:14 227:13,14
263:2 378:17
stating 441:17
status 8:16 10:12,14
10:17,19 157:18,22
160:3,12 161:4
163:5 205:15
245:11 346:21,24
347:3,5 349:11
366:5,9 427:18
stay 71:25 426:14
stays 231:24
step 17:17 22:5 28:8
51:17 91:24 319:20
402:4

stepped 71:12
steps 33:4,8 74:19
130:13 260:24
291:6 292:21
319:17
stick 217:17
sticking 78:15
stipulations 12:14
stocking 117:17
stop 112:9 236:11
244:20 266:23
314:9 451:6
store 22:14 24:24,24
25:10 29:21 39:10
48:22 82:8 243:20
258:24 260:3
364:10
stores 21:19,23
22:12,13,17,18,21
23:5,22,23 25:10
26:20 27:17 48:23
49:18 52:14 53:9
83:3 87:18 150:14
232:21 242:8 268:4
363:2,11,20 364:8
364:13,17,20
365:11 388:19
407:14 409:3
stories 293:11
382:18,21
stormy 211:21
straus 2:16,19 15:24
street 1:19 2:11 4:5
4:17 5:10 13:11
strengthen 51:16
strengthening 336:9
strictly 169:8
183:20 284:2
368:12
strike 133:17,18
153:17 160:21
166:25 175:25
189:14 232:8
262:18 289:11,13
401:9 405:21

411:24 428:2
439:21 448:5
strive 101:17
strong 419:24
strongly 177:20
struck 194:13
structure 383:9
structured 397:14
struggling 220:17
277:19
studied 63:4
studies 77:22,24
78:12,13
study 78:4 86:8
stueve 3:3 14:2
stuevesiegel.com 3:6
stuff 128:13 146:12
subject 72:16 101:4
150:24 193:18
198:3 455:11
subpoena 229:15
subscribe 456:6
subscribed 456:12
subsequent 343:11
subset 248:16
subsidiaries 397:8
397:11,23 398:6
subsidiary 243:3,7
substance 41:11
substantial 99:21
259:3
substantially 312:4
success 267:3
successful 319:23
successfully 184:7
sued 222:10,16
223:2
suffering 266:8
sufficiently 321:3
suggest 439:21
suggested 445:22
suggesting 124:18
suggestion 87:24
107:2

suggestions 46:10
49:9,10 51:11 64:11
64:16 86:25 88:2
290:15
suing 400:13
suite 3:4,10 4:17 5:4
5:10,16,21 6:4,10
summaries 292:19
293:23
summary 9:23
98:19 107:6 265:5
323:3 365:7
sumner 4:4 14:18,18
348:25 451:25
452:8
sumnerr 4:8
super 243:21
supermarket 267:4
267:8 268:6,16
270:4 272:18 273:7
273:17 276:4
369:11
supermarkets 145:2
147:19 148:8,11
424:24
supervalu 232:24
244:19 253:18
384:9
supervision 454:9
supervisory 19:23
supplier 270:3
273:6,16 276:3
284:4 317:25 438:8
438:18 449:19,21
450:2
suppliers 37:17
39:14 40:17 60:20
71:25 72:10 151:15
153:5,8,11 169:9
174:20 175:23
258:9 266:2,15
270:18,25 274:10
301:20 306:14
307:6,10,15,20,25
308:18,25 309:6,13

309:24 314:3 315:4
315:7,15,20 316:2
316:10,14,19,22
317:6,10 318:5,13
329:3,8,21 330:13
331:3 372:24,25
401:23 433:21
439:4
**supply** 52:20 115:24
200:21 219:13
221:25 225:2,23
226:5 333:13
338:17
**supplying** 315:17
**support** 12:1 23:12
67:9 102:9 139:7,13
139:20 169:10
170:8 177:22
193:18,25 199:14
199:19 208:22
211:8 212:9,20
213:4,6,23 215:3,5
216:3,7,10 217:19
217:24 218:5 257:2
268:25 271:4
281:15 283:10
284:21 285:11,14
306:14 307:7,11,21
307:25 308:19
309:6,22,23 314:8
330:18 336:9,10
376:7 377:2
**supported** 158:15
159:8 212:15,21
219:8 225:10,12
269:16 283:8
284:10 308:9
401:24
**supporters** 266:7
**supporting** 141:10
194:8 200:20
210:19 213:3
294:19 372:21
373:8

**supportive** 125:4
**supports** 141:20
257:14 328:3
**sure** 20:7 21:19,23
22:2 25:7 29:19
47:13 63:20 71:11
72:7 101:23 105:21
146:19 155:14
177:17 189:13
220:10 244:17
252:6 253:11,12,16
253:20,22 254:23
257:17 265:10
275:2 277:8 285:9
301:10 308:5
312:13 322:21
323:13,18 324:5
330:3 334:15
341:10 359:12
369:16,22 372:23
381:8 399:2 410:5
410:17 432:10
445:7 448:17
451:23
**surprising** 91:19
188:25
**survey** 85:3,13
86:12 365:8
**susan** 404:9
**swanson** 90:7,18
**sweeping** 366:21
367:7
**swine** 46:22 90:16
97:7,8 106:9 158:4
**sworn** 15:11 454:6
456:12
**systems** 241:8

**t**

**t** 3:3 6:14 7:11 8:1
9:1 10:1 11:1 454:2
454:2 457:1,1
**table** 326:7
**tactics** 148:19 267:3

**tailored** 66:10
**take** 17:10 22:5
32:16 34:24 40:16
67:25 86:20 87:20
96:2 101:20 112:13
127:15 137:25
140:15 141:9
146:21 157:2
166:12 176:25
187:13 195:6
206:13 207:15
209:20 217:21
239:6 247:7 269:9
272:22 291:7
304:14 339:17
388:24 391:19,20
393:7,25 395:9,16
397:18 415:14
427:10 438:7
439:15 442:2
452:21
**taken** 1:18 68:2,4
110:20 112:22
140:20 147:13
189:22 226:25
249:4 304:19
324:24 345:10
367:20 381:14
388:10 402:17
411:8 413:16
426:22 454:5
**takes** 254:24
**talk** 44:11 47:19
64:24 78:24 79:15
121:8 132:9 262:13
322:23 362:21
447:23
**talked** 44:15 128:2
262:16 265:12
366:22 371:6
435:18
**talking** 46:19 75:23
200:14 254:8
353:22 374:20
420:2 434:8 436:20

**talks** 196:5
**tapped** 36:3
**target** 28:2 68:9
**targeted** 93:21
148:12 266:6
**tea** 233:23
**technicality** 399:5
**technology** 21:11
93:10
**teleconference** 2:14
2:20 3:13,19 5:7,18
5:24
**tell** 47:13 49:20 50:7
50:13,15 55:2 70:3
76:3 147:9 151:6
153:5 187:12 193:8
244:12,14,15
271:11 273:10
296:3 334:16
347:14,25 395:7
406:6 421:14 432:2
432:12 446:25
454:6
**telling** 133:19 154:6
329:2
**temple** 89:17 100:23
101:7 107:9
**ten** 108:25 109:16
118:10 228:15
235:25 244:12,16
245:14 352:10
392:3 424:10
**tend** 61:21
**tenth** 109:21
**tenure** 396:24
**term** 66:6,18 93:13
101:24 244:8
247:19 302:10
399:3,6 429:6,8
**terms** 100:20
**terrible** 401:9,10
**terrie** 138:13 173:7
173:12 180:4
199:24 443:15,16
444:15

**testified** 15:12 37:23
149:11 254:23
311:4 368:6 370:2,7
383:8,13 387:14
390:12 394:16
403:5,15 406:23
427:17 430:2,19
439:10 441:12
**testify** 18:4
**testimony** 7:3 53:23
159:6 160:21 171:4
175:5 179:9 189:14
190:7 215:14 277:3
280:6 282:23
283:19 289:11,13
308:22 313:15
316:4 320:7 328:11
364:25 370:5,12
373:17 374:16
377:14 383:11
385:18 387:18
397:6 411:24 413:4
454:5,7,10
**thank** 17:9 38:21
70:25 84:14 127:7
173:14 178:5
226:16 306:7
381:23 383:7 390:9
402:10 411:13
414:4 415:7 417:18
423:18 425:18
435:5
**thanks** 216:21
217:11
**theoretically** 109:19
**thereof** 454:11
**thing** 17:12,24
31:17,24 42:18
115:16 135:23
169:5 200:16
257:11 293:11
338:12
**things** 20:25 21:21
25:20 26:14 27:23
27:25 30:15,17 32:4

36:11 39:8 42:3
45:18 48:6 57:14
65:3 68:8 71:24
75:3,5,14 93:21
109:15 134:25
165:20 168:24
208:25 228:14
238:18 239:10,11
244:7 246:17
258:25 273:15
276:2 295:7 301:9
315:20 316:6 329:3
332:4 362:14
**think** 29:6 32:15
33:12 34:16 37:13
46:18,19 49:3 52:10
65:15 76:18 78:11
83:3,20 85:17 90:6
110:10 121:11
122:23 123:25
125:7 138:20
142:14 185:15
208:11 209:7
212:24 216:15
220:16 226:18
240:10,15,17 241:7
242:6 259:2,11
261:7 269:12
277:18 278:19
295:20 296:6
302:11,21 305:2
317:23,24 318:2
323:20 332:16
341:17 351:12,17
365:6 367:7 368:6
380:3,9 390:23
394:25 409:23
417:11 427:9 429:9
429:25 450:8,13,25
451:5,19
**thinking** 28:23
203:21 285:6
**third** 78:16 80:9
107:5 115:21
300:10 338:5

354:20 355:6 356:3
356:9 357:18
363:14 389:3
393:10,21
**thirty** 455:16
**thomas** 2:16 15:23
**thought** 184:2 200:7
200:20 269:17
271:17 363:7
369:11 439:11
**thoughtful** 302:6
**thoughts** 124:17
261:10
**threat** 144:14
**three** 45:18 99:5
107:12,20 162:3
190:2 196:5 228:7
247:19 295:21
359:16,18 367:25
389:9 409:2,6
412:16 450:7
**thumb** 146:11
**tide** 29:13,22
**till** 234:8
**tim** 173:6,12 199:24
209:22 210:10
216:3,5 217:22
**time** 13:8,19 15:6
17:16,16 18:8,23
19:18 25:22 26:7,15
27:9 29:5,8 30:22
31:4,12 32:17 37:11
39:22 40:2 41:19
44:6,20 55:22 56:19
57:15 60:8,10,16
62:4 64:18 74:22,24
77:21 78:17,20,22
87:21 89:3,14,22
94:12 96:13,25
100:15 106:14
109:2,17,18 110:7
112:20 113:2 115:8
116:19 118:25
121:9,10,12 122:4
124:9 125:12

126:21 131:2 133:6
134:22 135:19
136:24 138:12
140:18 142:7
143:24 144:10
148:19 154:10
155:22 156:4,12
161:6,14 164:14
165:11 166:16,18
166:22 167:2,8,10
183:10,15 189:11
189:20 190:2
193:22,23,23
196:18 202:7
205:21 207:14
208:17 209:6 214:3
214:4,8,12 219:23
219:25 220:3,11
221:16 226:18,19
226:23 227:4 228:3
229:8 233:17
236:20 237:22,23
247:20 249:2
250:19 261:19
269:4 278:12
286:19 291:17,22
293:4,4,5,5 295:14
304:17,23 322:21
322:22 324:22
325:3 335:5 338:12
344:10 345:8,13
352:24 358:10
366:12 367:18,25
368:2 381:12,18
384:3,3,20 388:8,8
392:10 394:2,15
396:9 402:11,13,15
402:21 410:6 411:6
411:11,19 412:7,12
412:15 413:14,23
425:25 426:16,20
426:25 427:11
434:12 444:7 450:4
450:8,16 451:21
452:9,14 453:3

454:6
**timeline** 78:15 134:3
159:25
**timelines** 128:13
**times** 122:23 135:21
138:16 147:13
166:24 335:3
404:15
**timetable** 344:2
**timing** 128:21
**title** 26:6 121:19
177:21
**titles** 19:20
**tkennedy** 5:23
**today** 18:4,7 23:22
54:16 143:15 153:5
185:2 197:19
205:16 227:16
231:12 252:17
254:8,11 294:10
376:6 379:14
416:12,17 423:21
427:12 428:18
431:25 432:11
**today's** 13:7 93:9
**told** 44:25 54:6 76:5
85:8 107:19 109:8
109:15 117:13
134:25 135:6,20
139:24 153:8 166:7
167:18 170:12
174:3 186:18
225:16,21 226:3
268:23 328:4 344:7
363:16 364:9
411:19 417:13
424:4 437:22
**tomorrow** 23:23
418:7
**tools** 10:24 356:17
357:2,3 436:25
**top** 36:7 46:12 57:17
115:22 132:22
177:7,21 178:6
185:21 191:19

195:5 244:15,16
245:14,22 252:22
263:24 285:19
289:3 291:20
292:11 352:20
384:6,12 391:5
403:17 406:7
**topic** 334:9,19
**topics** 258:18
341:24
**total** 22:16 129:3
130:6 266:21
**touched** 193:19
**tpalumbo** 2:19
**track** 23:21 296:8
351:24 387:24
402:6
**tracking** 30:14
**tracks** 27:3
**traction** 211:22
**trade** 22:10 126:17
154:25 155:9 176:2
176:6 194:6 255:25
256:22 258:3,4
313:17 317:8
325:20 335:3
382:16
**training** 21:22
258:24
**transcribed** 454:8
**transcript** 455:17
455:18 456:3,6
**transcription** 454:9
**transmitting** 427:22
**transportation** 37:5
158:2
**travis** 5:20 16:5
417:16
**treasurer** 251:22
**treat** 37:17 163:11
**treated** 83:4 84:7
86:23 104:16
369:16,23
**treatment** 37:10
55:4 143:2

**trends** 23:19 42:8
257:6
**trial** 451:19
**tried** 162:18 169:21
**trooper** 427:12
**trouble** 336:25
**troy** 5:15 15:17
222:23 411:14,15
412:18 420:23
421:4 423:16
425:20 426:4
**true** 69:11 207:24
223:14,19 224:3,13
224:16,20,21 225:2
225:7 249:24
250:19 252:11
300:19 368:22
399:14 432:7 433:9
437:14,25 454:9
**truly** 301:12 412:19
**trusted** 83:15 85:6,7
**trustworthy** 185:13
**truth** 454:7,7,7
**try** 22:6 25:8 28:17
44:3,4 78:20 130:14
180:23 184:19
193:9 235:24
256:19 382:11
395:8 425:7
**trying** 28:22 38:19
40:20 57:14,18,21
76:3 111:10 148:18
153:11 154:2
178:17 196:9
208:20 214:25
328:5 329:11
390:22
**turkey** 46:21 58:21
69:12 91:5 100:17
114:5
**turkeys** 46:25 53:7
91:10 97:4 106:9
158:4
**turn** 38:10 39:17
53:13 58:3 74:16

77:25 78:16 80:7,9
81:9 83:25 89:5
96:13 105:20
107:11 108:2
115:14 117:16
119:22 135:11
146:22,25 147:16
162:24 164:11
165:10 168:2
171:17 185:19
187:5 191:11 279:7
281:10 285:16
289:2 306:11 310:9
310:10,20 313:3,21
325:6,9 340:2,10
343:10 350:7
352:19 354:11
356:11 357:11
368:25 403:12
412:4 429:17
433:13 435:10
443:14 444:14
**turned** 28:19 29:9
293:23
**turning** 29:14,22
265:19
**twenty** 1:6
**two** 4:5 19:8 58:23
65:2 75:19 79:18
86:16 109:15 113:2
149:7 158:21
163:10 168:24
174:2 247:19
279:15 295:20
354:17 359:16
363:14 383:22
436:23
**twofold** 290:12
**tx** 6:5
**type** 17:24 32:11
67:10 165:23 169:2
184:11 217:18
221:3 230:15
255:24 293:11
337:23 392:14

[type - united]                                                                                 Page 60

436:10
**types**   251:6 316:8
**typical**   244:4
**typically**   61:25

**u**

**u.s.**   8:5,18 17:3
113:6 163:22
180:13
**ue0178561**   10:22
350:16,19
**ue0178562**   350:19
**uep**   8:18 11:7 18:12
44:22,25 59:17,22
60:24 61:2,10 62:14
69:22 70:4,15,18
71:9,16 90:18
108:16,21 110:16
111:22 112:4,8
113:14 114:18,22
116:6 117:2 118:4
118:22 119:5,13,24
120:12,20 121:9,13
121:21,24 122:5,6
122:21,24 123:3,7
123:10,15,24 124:5
124:12,22 125:8,14
125:25 126:5,12,23
128:3,8,14,18,21,25
129:8,13 130:13,21
131:5,10,23 132:3
132:14 133:9,18
134:3,11,12 135:12
136:15 137:2
138:14,16,18,21
139:3,5,9,11,18
140:2,4,6,9 141:3,6
141:14,19,24 142:6
142:11 143:6,16,25
144:3,11,22 145:18
146:5 148:22
149:13,21,21 150:9
150:23 151:6,21
152:20 153:5,6
154:2,3,11,17,21,25

156:5,9,10 158:8,12
158:14 161:12
162:2,6 163:3,17,21
165:20 166:2,13,17
167:4,7,15,18 168:8
170:15,19 173:8
174:22 176:21
177:2 178:17
179:14 180:5,11
181:24 183:2,15,24
184:2,6 185:11
186:4,12,19,20
187:11 188:6,17
189:2,7 190:10,12
191:8,16,24 192:5
192:24 193:9,15,18
193:23,25 194:10
194:12 196:19,21
196:23 197:11,19
198:6,22 199:3,18
201:25 202:9,20
204:18 205:10,23
206:5 208:6 210:19
210:25 211:7,21,24
213:4 214:5,15
215:3,4,9,17,22
216:7,10 217:18,24
218:16 219:2,13,25
220:11,19 221:8,25
222:13 223:5,16,21
224:11,19,25
225:14,16,22,22
226:3,11 316:25
317:4,11 318:6,13
320:3 321:10 322:9
322:17 344:6,7,20
350:11 351:9 352:5
358:13 366:15
367:5 368:23
372:19,25 373:7,19
374:12,24 377:3,11
377:21 386:18
387:12 400:13,22
400:22 401:13
414:13,22 415:9,13

415:19,22 416:4,19
416:19 417:25
418:10,21 419:8,18
420:7,11,12 421:7
421:13,15,18,19
422:16,18 423:6
424:18 425:8
435:12,13,15 436:7
436:9,12 437:15,16
437:19,22 439:4
441:5,16,18,25
442:3 443:25 444:7
444:8,23,25 445:9
446:14,20
**uep's**   62:6 117:20
125:22 133:4,11
141:4 144:16 145:2
151:15 154:14
155:18 167:22
168:23 180:22
187:21 197:23
203:23 205:5
213:10 219:2
352:22 373:6,14
374:3,10 375:3,24
376:7 414:17
418:13 419:12
422:10 425:6
445:15
**uh**   17:23,23 36:20
45:22 295:15
**uhs**   17:23
**ultimately**   291:7
320:4 443:20
**umbrella**   397:16
**undergraduate**
18:18
**undersecretary**   21:3
**understand**   39:23
57:19 72:7 81:16
84:21 102:20
104:15 121:20
172:8 176:5 198:16
259:17 260:12,13
260:20,24 263:17

264:18 280:2
287:25 312:14
336:3 337:5 376:13
398:15,19,23 402:2
**understanding**
37:21 38:18 48:21
66:6 80:13,20 82:25
84:20 85:19 102:4
104:7,11 116:2
122:20 129:8
134:21 139:17
147:22 156:9
158:15 172:12,13
174:15 175:2,10
192:13 202:6,25
220:19 235:12
257:4,22 259:21
260:4 269:8 281:3
297:25 327:25
329:12 333:23
353:12,14,15,17
389:16 398:21
414:20 434:5
435:16 445:11
**understands**   213:16
**understood**   84:25
116:9 185:8 202:21
224:23 259:12
260:9 317:19
319:16 337:16
409:23 429:8
446:14
**undertake**   75:20
162:20 271:2,16
319:19
**undertaken**   80:14
**undertook**   135:16
224:2 262:17
**unduly**   114:8
**unedited**   74:10 78:8
**unfortunate**   411:20
**unfortunately**   138:5
**uniform**   36:7
**united**   1:1,9 4:8,9
9:7,16 13:16 14:20

14:21,23,24 22:15
58:24 59:3 190:23
191:7 195:24 210:8
219:14 227:13,14
263:2 318:22
321:15,20 357:4
365:23 366:3
372:18 378:17
379:3 385:22 446:5
**universal** 52:22
97:11,15 100:15
272:24
**universally** 333:3
**universities** 48:7
**university** 2:17
18:16,19,21 19:2,5
**unpublished** 369:14
**unquote** 238:12
**unusual** 155:6,20
**update** 135:14
342:24 372:7,11
427:18 430:12
**updated** 10:13,15
10:18,20 71:25
163:5 250:21,24
311:14 346:22,25
347:4,6
**updates** 136:4
297:24 410:14
**urging** 421:14
**usa** 237:16 267:5
336:15,17
**usda** 17:7 19:6,14
22:3 185:21
**use** 25:21 50:21,21
89:20 95:11 115:23
141:19 143:11
148:19 167:10
170:10 184:23
187:8 202:3,22
213:5 214:15
272:25 286:17
314:2 315:7,14
330:8 399:3,5
401:23 415:20,25

433:21 438:23
440:9 441:2 448:21
**useful** 88:25 336:2
**uses** 382:16
**usually** 17:20 25:5
181:14 248:16
293:17

| v |
| --- |

**v** 1:9
**va** 2:18 6:10
**vague** 192:17
236:18 261:4
264:15 271:6 272:5
274:15 280:8 287:5
287:22 288:5,23
307:3 319:9 329:22
360:7 364:4 374:14
394:12 399:8
448:15
**value** 358:11 359:6
**values** 357:21 358:7
358:15 359:8,19,21
359:25 360:2,6,16
**variety** 23:13 42:4
313:18
**various** 17:4 18:11
20:22 23:6 30:15
47:19 55:3 75:24
92:23 96:16 102:5
159:8 181:15
266:19 319:14
**veal** 69:12 106:10
**vee** 233:19
**venture** 194:6
**verbatim** 268:21
**verification** 337:10
337:24,25 354:16
354:19,23 355:5
**verify** 116:8 252:7
337:15 407:20
**version** 9:21 311:20
**versus** 13:16 357:5
**veterinarian** 19:10
19:12 163:9,13

**veterinarians** 20:4
**veterinary** 16:25
18:21 19:23 48:11
57:3 77:2
**vice** 21:9 26:8
196:18
**video** 112:25 140:22
189:25 227:3
304:21 325:2
367:24 381:18
402:20 411:11
413:23
**videographer** 6:15
13:3 15:6 112:19,24
140:17,22 189:19
189:24 226:22
227:3 248:25 249:6
304:16,21 324:21
325:2 345:7,12
367:17,23 381:11
381:17 402:14,20
411:5,10 412:23
413:13,22 426:19
426:24 450:4,6
452:25
**videotaped** 1:16
**view** 56:9 82:16
83:22 103:8,13
133:9 148:18 149:6
158:25 213:19
218:18 272:3,9
274:5,5 282:10,16
282:21 283:6 284:7
284:11 306:24
312:5 364:19
**viewed** 84:18 86:9
**viewing** 49:22
**viewpoint** 282:25
288:21
**views** 259:8 260:10
264:14,24 265:5
282:20
**virtually** 81:23
**vis** 254:16,16

**visit** 167:4 183:16
**visited** 122:4
**visits** 170:5
**voice** 9:7 25:2
190:23 335:14
398:2
**voices** 191:7
**volume** 243:15,16
383:15,15,19
384:14
**voluntarily** 372:21
373:8
**voluntary** 51:8 69:8
169:6 268:4,15
307:19 308:11
309:3 314:6 354:18
368:15 382:25
401:21 415:21
**vote** 76:17 248:8
249:14,16,21,25
250:2
**votes** 248:3,4

| w |
| --- |

**w** 4:3
**wacker** 5:4
**wait** 17:14 53:12
195:6 425:23 426:5
**waited** 411:17
**waive** 74:2
**waived** 34:17,19,19
**waiving** 34:7 63:24
351:3 417:19
**wal** 237:4 244:19
268:3 291:14
383:21 384:9
**walgreens** 233:8,9
**walk** 19:19 26:10
33:12 264:10
**want** 25:20 31:9,23
49:5 50:6 68:24
70:12 83:3 87:17
89:13 101:23 102:9
102:12 104:13,14
131:22 133:24

141:6 142:11
173:14 193:17
204:9,17,19 236:19
239:8 252:2,6
253:10 275:10
278:20 280:22
281:4 286:25
288:16 290:16
291:4 301:17,18
309:16 317:22
318:3 334:12 366:6
368:15 369:15
370:16 371:15
372:24 389:2
416:16 426:10
433:13 449:4 451:9
**wanted** 26:25 29:3,4
37:15 42:3 48:20
56:6 58:11 70:8,16
79:6,8,18 95:19
106:16 130:16
131:10 134:4 135:4
139:19 143:6,10,11
143:16 170:8
174:21 175:13
182:3 198:21 231:5
270:9 271:12
272:20,23 273:2,21
276:14 277:7,21
296:4,17,22 297:23
301:10 302:2,13,22
305:9 308:4 328:15
334:12 338:8,14
342:5 364:13
368:13 369:22
370:9,22 371:16
383:5 388:16
401:22 419:18
438:14,23 448:6
**wanting** 212:9 420:7
**wants** 448:22
**washington** 1:20
3:11 4:12,18 5:11
13:12 20:20

**watch** 87:21
**water** 61:19 62:3
110:21 162:17
**way** 16:20 22:13
28:15 32:19 35:11
41:20 53:15 95:10
99:23 109:19,22
120:21,25 137:8
144:12 145:16
150:3,6 155:17
163:11 202:19
212:24 213:8
214:14 216:15
218:5,21 263:17
264:19 274:3,16
278:14,19 282:13
283:5 285:11
287:11 294:5
299:12 302:6
319:22 337:15,18
337:20 392:14
439:7,20,22 441:23
448:2
**ways** 71:23 95:23
111:9 187:3 255:7
256:6,15 295:21
**wayzata** 5:15,16
**we've** 27:10 112:14
113:19 208:14
276:17 407:7
412:14 452:19
**weakened** 213:25
**weakening** 211:11
211:23 213:18
**weaker** 206:5 208:7
208:14
**weakness** 93:8
**web** 181:14 228:14
231:2,3 445:13,15
445:21
**website** 444:16
**wednesday** 98:2
**week** 163:10
**weeks** 163:10

**weil** 5:9 14:16
**weil.com** 5:12
**welcome** 174:8
296:18
**welfare** 7:14,18,22
9:15,20 10:5,7,10
10:12,15,17,20 11:4
18:10 22:5 25:24
26:3,13,23 27:12,14
28:18 30:9,19 31:22
33:16 34:25 35:12
35:25 36:13,15 37:3
42:9,20,24 44:13
45:19 46:13 47:21
48:2,12,22 50:24
52:23 53:5,18 54:7
55:9,19,25 56:11
57:5 58:5 60:4,18
63:13 64:6,13 65:7
72:2,17,25 77:17
78:24 80:15,17
81:21 82:17 89:3
90:14 94:15 95:15
97:17 99:21 103:9
103:15 105:7,17
106:2 113:14 133:4
135:22 136:25
137:11,15 142:24
144:4 147:25
155:24 156:7
157:10 161:7 163:8
168:12,22 169:7
170:23,24 171:8
187:22 188:7,18,20
189:2 190:12
192:14 195:25
196:10 197:7 200:8
203:22 219:25
220:12 223:6,17
224:12 239:14
259:5,8,15 260:10
261:23 262:17,25
263:13 264:14,24
265:7,17 266:2,11
266:13,17 267:22

268:5,16 269:19
270:5,10,14 272:17
273:8,18 274:13
275:6 276:5,9,12,22
280:4,25 281:8,12
285:11 286:20
287:12 288:9,18
290:17,23 293:10
294:13 296:15,21
297:15,23 298:17
300:10,23 303:22
308:13 310:6,18
311:19 313:10
314:4,8 315:10,23
315:25 320:4
321:12 326:14
327:18 330:11
333:19 334:2 335:7
335:15,23 336:10
336:22 337:14
338:6,18 340:6
342:12 344:25
345:16,19 346:22
346:25 347:3,6
352:23 355:11,13
359:4 361:10
362:10,19 363:12
364:21 365:13
366:2,22 367:3,6,8
369:12 370:17,23
371:4,12 372:7,10
372:22 373:9,24
376:7 378:20 379:7
379:13,15,17
380:23 400:23
401:14 403:19,23
405:20,24 406:17
409:15,19 410:3
414:17 425:10
429:22,23 430:6
431:2,9,22 432:3,8
432:13,23 433:3
438:19 439:8,13,17
439:24 440:11
447:25

**[wendys - witness]** <span style="float:right">Page 63</span>

**wendys** 422:8
**went** 173:22 207:13
  317:17 428:13
  429:11 445:9
**wholesale** 1:7 3:7
  13:15 236:9,15
  390:12 392:5
  393:13 394:5,10
  396:14 397:19
  398:20,24 399:12
  399:20 400:12
  427:8 428:5 430:23
  432:22
**wholesaler** 398:11
  398:17,20 399:23
**wholesalers** 22:19
  238:5 400:8
**wickson** 241:6
**wide** 200:21 270:9
  274:7 279:16 280:3
**wild** 397:18
**wilders** 3:3,6 7:8
  13:25,25 230:12
  236:18 255:5
  257:15 259:10
  260:16 261:5
  264:15,25 265:13
  271:6 272:4 274:15
  275:18 277:2,17
  278:17 280:8
  283:18 284:13
  287:5,22 288:23
  289:4,10 298:21
  299:6 302:20 306:3
  306:7 307:3 308:2
  308:21 309:25
  313:14 316:3,15
  319:9 320:8 324:14
  328:10 329:10,22
  332:7,20 333:20
  349:23 351:2 353:9
  355:20 358:18
  359:10 360:7,19
  362:11 364:4,24
  370:13 373:15

374:2,14 378:11
  379:20 380:10
  385:11 392:18
  394:12,18 396:25
  398:4,9 399:8 401:2
  401:16 427:5,7
  435:4 436:18
  437:24 438:15,25
  441:9,22 442:9,15
  442:25 443:5,9,12
  443:13 444:13
  445:14,19 446:24
  447:16 448:20
  449:18 450:10,17
  451:8 452:6,20
**willing** 79:2 169:12
  320:16
**winn** 232:17 244:22
  244:24 253:21
  291:16 298:7 375:7
  403:6,9 405:10
  406:15,16 407:14
  409:3,18,21 410:2,4
  410:15,19
**wise** 269:12
**wish** 133:14
**wishes** 49:25
**withdraw** 203:6
  432:18
**withdrawal** 110:22
  116:21 162:18,19
  164:16 165:7 202:3
  220:22
**withdrawing** 162:17
**withheld** 110:21
**witness** 6:11 12:3
  13:18 15:4 35:6
  37:23 41:7 43:6,19
  44:10 51:7 52:10
  53:2,23,25 55:7
  56:13 59:20 60:7
  61:4 62:10,21 66:17
  67:6 68:4,20 69:7
  69:25 70:24 71:19
  73:14 75:13 80:4

82:6,20 83:8,14
  84:25 85:21 86:12
  87:12 90:21 92:18
  94:5,18 95:9,21
  96:5,19 97:14 100:7
  101:6 102:22 103:2
  103:19 104:10,19
  105:9 108:11
  110:19 111:5 112:3
  112:11,16 113:22
  115:3,11 117:6,12
  118:9,17 119:9,18
  120:7,16,24 122:19
  123:10 124:5 125:3
  125:18 126:9
  129:13 130:4,23
  132:7,19 133:13,22
  134:14,24 136:11
  136:20 137:7,14
  139:23 140:6
  142:17 143:9,20
  144:6,18 145:5,21
  146:17 148:4,10
  149:3,17 150:2,16
  151:2,11,19 152:18
  152:23 154:5,13
  155:5,11,15 159:7
  159:20 161:20
  162:13 163:13
  165:4 166:11,21
  167:6 169:18,25
  171:6 172:12 175:9
  175:18 177:6
  178:22 181:3
  183:19 184:6,22
  185:6,15 187:17,25
  188:9,22 189:6
  190:15 192:9,19
  193:5 194:16 197:2
  199:17 200:11,25
  202:14,24 203:8
  206:13 207:9,24
  208:11 211:3 212:8
  212:24 213:22
  214:13 215:15,24

216:15 217:6,14,21
  218:8,20 219:6,19
  220:7,16 221:12,21
  222:7 223:11
  224:16 225:7,19,25
  226:8 230:14
  231:17 245:20
  248:22 253:2,15
  254:19 255:7
  256:10 257:16
  259:11,25 260:17
  261:7 262:6,8 265:3
  265:14 267:12
  268:19 271:8
  272:20 274:16,22
  275:10,20 277:4,18
  278:19 280:10
  284:14 287:9 299:9
  302:21 308:4,24
  309:8,15 310:3
  312:13,25 313:16
  316:5,17 319:11
  320:10 321:7,14
  323:16 324:7
  328:13 329:11
  332:9,22 333:22
  334:23 343:15
  349:25 351:16
  353:11,21 354:8
  355:22 358:20
  359:12 360:9,21
  361:3 362:13 365:2
  370:14 373:18
  374:3 375:11,15
  376:24 377:15
  378:13 379:22
  380:13 381:2,23
  384:24 385:6,13
  386:21 397:3
  398:10 401:4,18
  411:23 413:5,7,10
  413:12 415:3,18
  416:8 419:17
  421:17 422:20
  424:16 425:15

434:19 436:15
437:21 438:12,21
441:20 444:11
445:7,18 446:22
447:11 448:17
449:15 452:3,14,24
453:5 454:10,12
455:2
**word** 57:17 65:17
179:11 184:24
185:6,16 191:20
213:5 265:2 277:19
288:7 306:12 369:4
**worded** 109:19
206:22 212:25
213:8 214:24
216:16 264:20
**wording** 130:5
**words** 99:22 100:22
104:14 187:6
204:15,24 213:20
268:20,22 309:20
365:4 387:16
422:10
**work** 23:17 24:4,11
24:16 35:25 39:15
42:23 51:13 52:2,4
64:21 65:18 71:24
72:10 74:10,17
78:16 131:5 140:4
141:8 158:10
197:13 199:23
214:22 215:17
258:3 260:2 270:4
273:6,16 275:4
276:3 277:7,21
278:6,13 281:12,15
307:18 309:2 313:9
313:17 314:3,25
319:14,23 322:9
328:16 367:13
376:19 419:18
423:2 430:15
**worked** 18:9 19:7
20:21 46:11 75:25

91:2 227:22 274:12
276:19 277:6 278:4
278:21 308:5,8
320:13 329:18
330:10 396:22
400:22
**working** 16:24 17:2
21:16,21 43:24
47:11 48:2,6,13,16
55:23 88:18 89:3
130:13 141:7
142:10 157:7
294:12 296:13
321:18 331:23
332:17 333:12
362:15 410:11
419:6 434:12
**world** 263:18
**wow** 18:24
**wrap** 450:9
**wright** 4:16 14:7
**write** 32:20 99:17
114:14,19 125:21
125:25 126:13
193:24 194:11
198:22 214:19
264:11,21 273:4
275:14 277:11
285:22 313:24
331:5 336:7 338:16
354:16
**writes** 141:22 153:3
200:2 279:14
281:11 372:19
443:23 444:15
**writing** 99:22
200:12 283:3,4
407:20
**written** 109:22
250:6 263:11 418:2
**wrong** 442:13
**wrote** 199:21 215:21
264:4 266:24
281:19,20 306:22
354:13 434:5

445:21
**www.animalcarec...**
444:17
**wyandotte** 1:6 14:4

**x**

**x** 7:1,11 8:1 9:1 10:1
11:1 286:21

**y**

**yeah** 26:4 34:3 46:2
168:16 330:3
358:25 417:17
**year** 25:25 43:2
108:25 109:21
118:10 191:16
202:20 234:22,22
237:11 247:19
250:23 252:7
**years** 17:3 19:8,18
50:22 108:18
109:16,20 111:14
135:21 196:5
228:15 231:7
234:17 235:25
254:9 295:3 352:10
352:12 396:23
**yesterday** 227:24
228:2,5

**á**

**á** 254:16