# ATTACHMENT 28

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4

 5   IN RE:  PROCESSED EGG PRODUCTS:        MDL NO. 2002
     ANTITRUST LITIGATION                   08-MDL-02002
 6

 7
                              - - - - -
 8

 9                         PHILADELPHIA, PA

10
                             MAY 22, 2018
11                           DAY FOURTEEN

12

13   BEFORE:    THE HONORABLE GENE E.K. PRATTER, J.

14

15                            - - - - -

16                         TRIAL TRANSCRIPT

17                            - - - - -

18

19

20

21          KATHLEEN FELDMAN, CSR, CRR, RPR, CM
            Official Court Reporter
22          Room 1234 - U.S. Courthouse
            601 Market Street
23          Philadelphia, PA  19106
            (215) 779-5578
24

25
       (Transcript produced by mechanical shorthand via C.A.T.)
```

145

1   THE DEPUTY CLERK:  Could you please have a seat.
2   Please state your full name and spell your last name for the
3   record.
4          THE WITNESS:  David Stoddard Hurd, H-U-R-D.
5          THE COURT:  Good afternoon, Mr. Hurd.
6          THE WITNESS:  Good afternoon.
7          THE COURT:  It looks different from here, doesn't
8   it?
9          THE WITNESS:  It does.
10         THE COURT:  You may proceed.
11                DIRECT EXAMINATION
12  BY MR. LEVINE:
13  Q.   By whom are you employed today?
14  A.   Rose Acre Farms.
15  Q.   And incapacity are you employed?
16  A.   I'm the vice president of life production.
17  Q.   Can you explain to the jury what vice president of life
18  production means?
19  A.   So far our company, everything from breeder farms,
20  hatchery, the young growing bird pullet farms lay production,
21  I'm in charge of that department.
22  Q.   Are you in charge of all the hens essentially?
23  A.   Yes.  Yes.
24  Q.   When did you start your employment at Rose Acre?
25  A.   May of 1986.

146

1   Q.   And when did you graduate college?
2   A.   May of 1986.
3   Q.   So is it fair to say that you have been employed by Rose
4   Acre all the way through since you've graduated college?
5   A.   Yes.
6   Q.   And where did you graduate from?
7   A.   Purdue University in Indiana.
8   Q.   And what was your major in college?
9   A.   Animal Sciences s.
10  Q.   You got a Bachelor's of science in that?
11  A.   Correct.
12  Q.   And when you were first hired by Rose Acre, what was your
13  position?
14  A.   I was hired as a manager trainee and I rotated through
15  various live production departments to see how the company
16  worked.
17  Q.   Okay.  And did you continue in the live production
18  department all the way through until today?
19  A.   Yes.
20  Q.   And have you ever had any other responsibilities at Rose
21  Acre?
22  A.   Yes.  I was a Board of Director member from 1994 to 2008
23  and then again from 2012 to 2015.
24  Q.   And how many employees ultimately report to you?
25  A.   I think today we have about 2,000 employees, and it's a

147

1   little less than 50 percent that work in the live production
2   department, so around 900.
3   Q.   Now, we've heard a lot about vertically integrated
4   companies and I don't want to repeat everything that you've
5   heard today, but can you just basically sketch out what that
6   means to you in terms of Rose Acre being an integrated
7   company?
8   A.   Yes.  So a smaller mid-sized company may have to go out
9   and buy feed; they may have to go out and buy day-old baby
10  chicks or started pullets ready to lay eggs.  We actually have
11  all of those departments inhouse.  So we have our own breeder
12  flocks where we produce the fertile eggs, our own hatchery
13  where we hatch day-old chicks, our own facilities where we
14  grow them up to sexual maturity and then layer farms, females,
15  et cetera.
16         MR. LEVINE:  Can you pull up Demonstrative 6,
17  please.
18  BY MR. LEVINE:
19  Q.   Now, does this accurately reflect the kind of stages of
20  egg production at Rose Acre Farms?
21  A.   Yes.
22  Q.   Okay.  And I believe you said you raise breeder flocks.
23  Where do you get the breeder flocks from?
24  A.   There's a couple different genetic companies that sell
25  the breed stock for laying hens, and we buy them as a day-old

148

1   baby chick and raise them in our breeder pullet house where
2   then they get to 17 weeks of age, where they're sexually
3   mature, the males and females, and we move them together over
4   to the breeder flock location.
5   Q.   And what happens at the breeder flock location?
6   A.   They're there from 17 weeks of age up to about 65 weeks
7   of age where they interact, lay fertile eggs.  We collect the
8   eggs daily and ship them to our hatchery.
9   Q.   Is that what's depicted in the second square at the top?
10  A.   Yes.
11  Q.   Okay.  And what happens at the hatchery?
12  A.   At the hatchery, we gather the eggs into different lots
13  depending upon how many chicks we want to hatch on an
14  individual day, and we put them in large industrial incubators
15  where we can put them through a 21-day incubation process
16  where they hatch.
17  Q.   And once they are hatched, how long do they stay at the
18  hatchery?
19  A.   The day they hatch, they're either shipping out later
20  that afternoon or the very first thing the next morning.  We
21  have a large environmentally-controlled trailer that we load
22  the chicks up on so we can control the temperature from the
23  hatchery to their destination.
24  Q.   Okay.  And where do they go from the hatchery?  Do they
25  go straight to the laying farms?

149

1  A.  No, to the pullet grow-out facilities where we raise them
2  from day of age up to the 16, 17 weeks.
3  Q.  And just once again, just to make sure our terminology is
4  right, what is a pullet?
5  A.  A pullet is a young chicken that is not sexually mature
6  yet, ready to lay eggs.  Once she is sexually mature and
7  laying eggs, we call her a layer.
8  Q.  Okay.  And at what age does the pullet turn into a layer?
9  A.  About that, 16, 17 weeks.
10 Q.  And then at about 16, 17 weeks, what happens to the
11 pullet?
12 A.  Well, at that time, we've finished any of the vaccination
13 programs that we do with the pullets.  We have them ready to
14 move into an empty laying house, and then we schedule the
15 transportation and the crews to get the labor done.
16 Q.  Okay.  And once that is done, they are delivered to the
17 laying farms?
18 A.  Yes.
19 Q.  And how long do they stay on the laying farms?
20 A.  Um, if it's a single cycle flock, they will stay there
21 from 17 weeks to about 80 or 85 weeks of age.  If we're going
22 to molt the flock, then we can extend its life another 35
23 weeks or so.  So molt between 65 to 70 weeks of age, we take
24 them out to about 115 weeks.
25 Q.  So when you say "single cycle," you mean a flock that is

150

1  not going to be molted at all?
2  A.  Correct.
3  Q.  So if I understood that correctly, does that mean if you
4  molt your flocks, you will actually extend the life of the
5  bird?
6  A.  Yes.
7  Q.  Okay.  And why do you molt them at 65, 70 weeks?
8  A.  Um, molting, as you've heard, is a natural process and we
9  want to time that so that all the birds are going through
10 that -- that shutdown of a reproductive system at the same
11 time for that resting period, and we time that together with
12 dropping the lights.  So we want to take the bird naturally.
13 She produces hormones throughout spring and summer to be
14 reproductive.  And obviously a bird doesn't want to be
15 reproductive in the wintertime when days are short.
16      So we bring her in to production, get her up to 16
17 hours a day and we hold that year round.  That's how we keep
18 the layer laying 12 months a year.  So the molting process
19 drops her down, puts her out of production.  We then try to
20 attain a 20 percent body weight loss, and then we start the
21 increasing of day length again to get the hormones to come
22 back feeding her and bringing her back into production.
23 Q.  Okay.  And we've heard about different types of molting,
24 but if you did a feed withdrawal, how long did Rose Acre keep
25 feed from the bird during this process?

151

1  A.  When we were doing the feed withdrawal molt, it was five
2  to seven days max.  We had it on water all the time and again,
3  we got that 20 percent of body weight off much quicker than we
4  do today.
5  Q.  Okay.  And when you do a modified feed withdrawal, how
6  long are they on that?
7  A.  Well, they're on that diet feed and they're probably on
8  there for that 10 to 14 days to get them out of production and
9  get that body weight loss that we're trying to target.
10 Q.  And how does molting actually affect egg production?
11 A.  Well, on the single cycle flock, if you took that bird
12 out to that 80 or 85-week target, as a young bird comes into
13 production, she starts not laying any eggs, and then right
14 around 30, 35 weeks, she'll peak about 90 percent production.
15      So, in other words, 95 percent of the birds in that
16 house are laying an egg a day.  And it slowly trails off the
17 older she gets.  So at 80 to 85 weeks, you may be down around
18 a little over 70 percent hen days; 70 percent of them are
19 laying an egg a day.
20      If we put her through that molt process and give her
21 resting period, again after you bring her back into
22 production, she won't quite be up as high as when she was
23 younger, but she'll get up around 90 percent, 92 percent for a
24 period of time and then out to the 115 weeks when we start
25 getting back down into those 70 percent ranges.

152

1  Q.  So will molting a bird actually cause more production by
2  that hen?
3  A.  Yes.  It increases the number of eggs that that hen can
4  lay over her lifetime.
5  Q.  And extends her lifetime as well?
6  A.  Extends her lifetime as well, yes.
7  Q.  Now, in terms of the planning process, if I wanted to
8  make sure that there was a given hen in the house by, let's
9  say, January of 2020, how long is the planning process, do I
10 have to start to think about getting that bird into that
11 house?
12 A.  Well, we're vertically integrated.  So we have to
13 schedule not only the breeders, but the hatchery, pullet
14 growing, laying, and then the crews that do all of the labor
15 and moving.  So it's a minimum of a year and a half and
16 possibly, you know, around two years to go ahead and get that
17 done.
18 Q.  And what would happen if there was a disruption along
19 that sort of production process?
20 A.  Um, it's a very complicated schedule.  There's a lot of
21 people that work with me on making sure the schedule happens,
22 and if you can imagine, you know, you've got a certain amount
23 of hatching eggs being generated every day, being delivered to
24 the hatchery.  They're only good for a certain amount of time.
25 If you hold them too long, they're no longer going to be

153

1  fertile and hatched for you.
2      We have chicks scheduled to hatch.  They spend the
3  night at least at the hatchery and that's it.  So if the
4  pullet farm isn't moved out and cleaned up and ready to go,
5  then we get a backup there.  We have pullets that start laying
6  eggs.  They can't lay eggs in the pullet farm.  They're not
7  designed to collect eggs at all.  So it's, you know, just --
8  it's a big train on a track going in one direction that we're
9  generating for a company our size.
10 Q.   Okay.  Now, you've heard about -- sitting here in the
11 courtroom about the UEP recommendations for short-term supply
12 management?
13 A.   Yes.
14 Q.   Okay.  Now, before this case was filed, were you even
15 aware that these recommendations were being made?
16 A.   No, I wasn't.
17 Q.   And let me be clear.  As the VP of the live production,
18 has Rose Acre ever engaged in early molting following the UEP
19 recommendations?
20 A.   No, we have not.
21 Q.   Has Rose Acre ever engaged in early slaughter following
22 the UEP recommendations?
23 A.   No, we have not.
24 Q.   Has Rose Acre ever engaged in a chick-hatch reduction
25 following a UEP recommendation?

154

1  A.   No.  No, we have not.
2  Q.   And if one were -- if one were interested in reducing egg
3  production, would molting be a good way to do so?
4  A.   Not in my opinion because you're taking birds at that
5  level of production, putting them out for a short time to
6  bring them back in at a higher rate.  So it's a very, very
7  short-term drop in egg production.
8  Q.   And then what would happen when they came back?
9  A.   They'd be laying more eggs than they were before.
10 Q.   Now, what would have happened had Rose Acre even
11 attempted to follow any of these recommendations?
12 A.   We didn't sell our chicks, and we were using all of our
13 chicks internally.
14     What were the recommendations again?  Early molting?
15 That would change the sellout date that you would hold the
16 birds for, which messes around with the schedule.  And then
17 early sellouts, and you'd have empty houses waiting on birds.
18 Q.   Thank you.  And what about a chick-hatch reduction?
19 A.   I think I said that before.  It didn't make any sense.
20 We're not selling them.  We're using them internally.
21 Q.   Now, let me ask you about the various methods in which
22 Rose Acre holds its egg-laying hens.  How many different types
23 of systems does Rose Acre employ in housing its egg-laying
24 hens?
25 A.   We have birds in commercial cages, as everyone's been

155

1  hearing about.  We have some in larger colony cages which,
2  instead of holding five to eight birds, maybe they hold up to
3  99 to 100 depending on the size of the colony group.  We have
4  some cage-free, and we have I think one small free-range
5  flock.
6  Q.   And sitting here today, how much of
7  Rose Acre's production is in what you termed "commercial
8  cages"?
9  A.   Today, it's about 75 percent or better.
10 Q.   And how many hens does that translate to?
11 A.   Close to 20 million.
12 Q.   Okay.  And what would be the next largest category?
13 A.   Cage-free.
14 Q.   And how many hens are in cage-free systems today?
15 A.   Um, a little over 4 million.
16 Q.   Now, I'm sure you might recall a discussion about
17 A-frames.
18 A.   Yes.
19 Q.   Are you familiar with what an A-frame system is?
20 A.   Yes.
21 Q.   And were you familiar with Rose Acre's employment of
22 A-frame systems?
23 A.   Yes.
24 Q.   When you got there in -- once you graduated Purdue, did
25 Rose Acre employ A-frames?

156

1  A.   Yes.  That was the majority of the cage systems that we
2  had.
3  Q.   And can you describe for the jury the type of A-frame
4  systems that Rose Acre employed when you first got there in
5  the '80s?
6  A.   Sure.  A-frame gets its name from the framework that
7  holds the cages up.  So it's a big metal A.  At the top of the
8  A are two cages side by side, and then as you go down the
9  staggered leg of each side of the A, there's more levels of
10 cages added.  So it's hollow in the middle.  There's no cages
11 in the middle.
12     Early on there was an A-frame style of cage where it
13 was 100 percent draw through.  So the cages were stacked
14 directly on top of each other.  The cages that we had when I
15 started in '86 had a manure shield on the back of an A-frame
16 cage on the back.  So as it was staggered -- as a bird is
17 oriented to the front of the cage, all the feeding in our
18 cages happens in the front and all the watering happens in the
19 front.
20     And a bird defecates when it's eating and drinking
21 at the most, so the design of the cages was, as the birds were
22 standing forward and eating and drinking, that manure falls on
23 the manure shield.  Then it dries up on the shield and falls
24 down between either side of the A-frame leg down into the
25 manure pits below where they're stored.

157

1  Q. So they were not falling on the hens below them?
2  A. No, the shield was there designed to catch that.
3  Q. And are there any other shield-type implements that
4  Rose Acre uses with it's a-frame systems now?
5  A. As systems evolved, there was a scraper board that got
6  manufactured instead of the shield. The shield was basically
7  a thick plastic curtain. And over time those can fall and
8  need repair. And the board was a more permanent structure
9  that covered below. Every level of cages on that A-frame
10 would have a board underneath it with a scraper that would
11 travel along and scrape the board daily.
12 Q. Okay. And did that also prevent the manure from falling
13 on the hens below?
14 A. Yes.
15 Q. Okay. And today, Rose Acre still has some A-frames?
16 A. Yes.
17 Q. Do all of the A-frames that Rose Acre has have at least a
18 manure shield or a scraper Board?
19 A. Yes.
20 Q. Now, let me ask you some of the differences in your
21 experience between the egg-production practices now and those
22 that existed in the 1990s. Are they different at all?
23 A. Um, I mean, the basics are there still, the feed, water,
24 and air that we do on a daily basis. I think the biggest
25 difference today versus the 1990s is the level of

158

1  documentation that's required to prove we're doing what we say
2  we're doing, that the training is being done. A lot more
3  customers inquiring what's going on in the laying houses and
4  coming in, wanting to see what's going on in the laying
5  houses. We really didn't have that type of activity in the
6  1990s.
7  Q. Okay. What about the permitting for new houses and the
8  like? Are there any differences in the 2000s than the 1990s?
9      MS. STATSKY SMITH: Your Honor, we object to the
10 time period being referenced.
11     THE COURT: What time period are you referencing?
12     MR. LEVINE: 1990 versus 2000s.
13     THE COURT: I'm going to allow it. It's background
14 information.
15     THE WITNESS: In 1990s getting a permit to add to an
16 existing facility or a new facility was a little bit more
17 streamlined than it is today in the 2000s. There's a lot more
18 hoops to have to jump through.
19 BY MR. LEVINE:
20 Q. Sorry. And what was the general time frame in obtaining
21 permits in the 1990's?
22 A. Depending on the states and the counties, some could be
23 within a few months, maybe up to six months, depending on what
24 levels of permission you needed for the state permit or county
25 permit.

159

1  Q. And has that changed from 2000 onward?
2  A. Yes. There's a lot more environmental impact looking at
3  the area that you're adding. They want to know exactly, you
4  know, how manure is going to be stored and handled, how much
5  capacity for storage you do have, where it's going to be
6  spread after you sell it even if it's no longer in your
7  control anymore -- things of that nature.
8      MS. STATSKY SMITH: Your Honor, can we request that
9  counsel restrict the questioning to the time period that's
10 relevant to this litigation?
11     THE COURT: Yes, you may ask -- you can move along,
12 okay?
13 BY MR. LEVINE:
14 Q. Now, we've heard a lot about UEP Certified Program. Do
15 you remember that?
16 A. Yes.
17 Q. Now, are there any other audits that Rose Acre goes
18 through today?
19 A. Yes. We have several customer audits, several customers
20 that ask for outside third-party verification audits. For
21 example, our cage-free, we have Humane Farm Animal Care audit
22 we have to go through. Some of them request that American
23 Humane audit. Walmart, Costco have individual programs.
24 Q. And the humane farm and animal --
25 A. American Humane Certified and the Humane Farm Animal

160

1  Care, yes.
2  Q. Are those sort of, if I can, certified programs for
3  cage-free hens?
4  A. Yes.
5  Q. Okay. And those programs require an audit as well?
6  A. Yes, an annual audit.
7  Q. Now, let me ask you, you're familiar with the Certified
8  Program requirements for animal husbandry, correct?
9  A. Yes.
10 Q. Now, I want to ask you, have your changes -- have your
11 production practices changed once you got on the Certified
12 Program as opposed to what you had been doing beforehand?
13 A. Not significantly, the biggest thing is documentation.
14 Q. Okay. What was the average cage space that Rose Acre
15 gave to its hens prior to joining the Certified Program?
16 A. Over all of our cages, it was around 53 square inches.
17 Q. And was that true ever since you got there, or did that
18 change at some point?
19 A. No, that was pretty much when I got there.
20 Q. And do you have an understanding of what the industry
21 cage space was at that time?
22 A. Well, we've heard that it was 48 or whatever it might be.
23 It's not something that I personally asked people about, so...
24 Q. And we've seen and heard testimony about beak trimming.
25 Are you familiar with beak trimming?

161

1  A.  Yes.
2  Q.  Now, as a result of joining the Certified Program, did
3  Rose Acre have to adjust any of its beak-trimming practices
4  because it became part of the Certified Program?
5  A.  No.  Early on, when I first started, we were beak
6  trimming birds at five weeks of age.  It was very hard to be
7  consistent at that age, and the birds had issues afterwards if
8  it wasn't done correctly.
9      So early on, we -- since we had our own hatchery, we
10 adopted a day-of-age beak trim.  We just felt it was a lot
11 easier to be more consistent at the hatchery and get that
12 stress done at the hatching process.
13     And so when the animal care certification rules came
14 out and requested that you do it ten days of age or younger,
15 we were already there at that day of age.
16 Q.  How about with respect to ammonia?  Did Rose Acre have to
17 change its production practices to comply with the ammonia
18 requirements of the Certified Program?
19 A.  The only thing we did was document when it was at those
20 levels that needed corrective action.  Every day of the week
21 we have people in the houses with the birds.  And during the
22 ammonia -- during the winter you can have sometimes ammonia
23 creeps up.  Just before and now, what we do is we have
24 ventilation fans, and we put them on purges, and we get that
25 ammonia down.  I mean, over time we've even gotten to the

162

1  point where we're adding things into the feed to help with
2  ammonia reduction during the winter months.
3  Q.  And that's feed you create internally?
4  A.  Yes.
5  Q.  And what about the handling of the birds?  Did Rose Acre
6  have to change any of its practices as a result of joining the
7  Certified Program?
8  A.  We've always handled the birds, we felt, the most humane
9  method, manner possible.  And again it goes back to just
10 adding the documentation and showing the training for new
11 employees, annual retraining, and having those documents
12 readily available.
13 Q.  And what about the provision of water?  Did Rose Acre
14 have to change any of its production practices as a result of
15 joining the Certified Program?
16 A.  No, no.  We've always had water available.
17 Q.  And what about the production of light?  Did Rose Acre
18 have to change any of its production practices as a result of
19 joining the Certified Program?
20 A.  No.  Just measuring those light intensities and
21 documenting.
22 Q.  Now, we've heard a lot about backfilling.  Do you
23 remember that testimony?
24 A.  Yes.
25 Q.  Okay.  And could you describe for us prior to 2005 how

163

1  Rose Acre practiced backfilling?
2  A.  When we had a flock on a farm -- we have farms of
3  different house ages.  So, you know, our typical farm had
4  maybe 12 houses.  So when we have flocks get to the molting
5  age, if we had a flock that had a higher than normal mortality
6  where it made sense to do the labor, if we had another flock
7  on that same farm that was getting ready to move out, instead
8  of euthanizing those birds, we'd take them and backfill them
9  into the cages with the flock ready to molt and put them both
10 through the molt, at the same process at the same time.
11 Q.  And you said "higher than average mortality."  What -- in
12 this 2000 to 2008, what would be the sort of average mortality
13 of a flock?
14 A.  Around molt age, I think, you know, you're in that 5 to
15 6 percent mortality range.  We would look at anything, you
16 know, in excess of 10 percent as a candidate.  But, again, it
17 wasn't something we looked at every single month prior to the
18 molt, and it wasn't something we did on very many flocks in
19 our system.  Mostly in Indiana.
20 Q.  Okay.  So what about your farms in Iowa or Georgia or
21 anywhere else?
22 A.  We -- we had, at that time, an internal bird-moving crew
23 that I supervised, and we were able to keep them busy during
24 different times of the year doing various jobs.  So we had
25 access to labor to pull this off.  In some of the outlying

164

1  areas we used contract crews, which were expensive, and it
2  really didn't pay for us to schedule them to come in and do
3  any backfilling in those areas.
4  Q.  So the backfilling -- so when Rose Acre did practice
5  backfilling, it was generally limited to the Indiana farms?
6  A.  Mostly Indiana.  It might have been an occasional Iowa,
7  but...
8  Q.  Now, did everyone at Rose Acre believe that backfilling
9  was a practice to be employed?
10 A.  No.  And I was one of them.
11 Q.  When you say "I was one of them," what was your view?
12 A.  I didn't think, for the amount of time and energy and
13 labor we were putting into it, that messing up with the birds'
14 social interactions and the pecking order as well as bringing
15 in birds from another house -- even though it's on the same
16 farm, you know, it's -- you're bringing in the chance for
17 birds exposed to different viruses and bacterias into a house
18 that was already on its own track and messing that up.
19 Q.  Did everyone at Rose Acre agree with you?
20 A.  Um, Anthony Rust was in charge of the laying flocks at
21 the time, and he didn't feel that way.  I know Lois Rust
22 agreed with me.
23 Q.  Um-hum.  Now, you described the backfilling process about
24 taking older flocks and putting them in.
25     Did you ever take young pullets and use them for

165

1  backfilling?
2  A.  It just -- it doesn't make sense to grow birds that,
3  again, you're trying to bring up in a certain diet and a
4  certain light intensity and put them in with older birds at a
5  different section of their life cycle.  So typically we
6  would -- if we had extra pullets, we would -- we're doing
7  everything every day, every week, moving birds out, hatching
8  chicks, moving pullets in.  We would just move the extra birds
9  to the next house being filled.  So it would spread our hatch
10 date out on the next house, but...
11 Q.  Did there ever come a time when you did use young
12 pullets?
13 A.  There was an occasion where we did do it.  I did not have
14 at that time an empty house to move these birds to because of
15 how they were vaccinated and said, Okay, let's do it.  It was
16 better than euthanizing good pullets and instructed the crew
17 to take it out and put them in the house.  I asked them to
18 move the cages, make some empty cages for the pullets so at
19 least they could all be in the same cage together and move
20 some of the older birds, space them out around and didn't
21 follow my advice, and mortality rate was very high for the
22 next month because they put one young pullet in with the older
23 birds in different cages.
24 Q.  And what happened to that young pullet?
25 A.  Most of them died.

166

1  Q.  Why?
2  A.  Until we got there and figured out what was going on and
3  resorted what was left.
4  Q.  And why did they die?
5  A.  From the hen pecking, cannibalism.
6  Q.  Did you notice any changes in Rose Acre's production as a
7  result of having joined the Certified Program?
8  A.  As we went through the various steps of the phase-in, we
9  did notice a slight increase in eggs per hen as they got a
10 little more space in the cage and lower mortality rates.
11 Certain farms did.
12      MR. LEVINE:  Your Honor, I'm going to move to a new
13 topic.
14      THE COURT:  Okay, I think that might be a suggestion
15 that it's time for a break.  I'm sure you all agree.  Please
16 take ten minutes, come back, don't discuss the case and we'll
17 then go until 4:30 today.  Thanks very much.  See you in a
18 couple of minutes.
19      THE DEPUTY CLERK:  All rise.
20      (Jury out.)
21      THE COURT:  Enjoy your break, folks.
22      MR. NEUWIRTH:  Thank you.
23      THE COURT:  Who wants to be the chief wrangler?
24      MR. CALLOW:  Let's just start, Your Honor.
25      (After recess:)

167

1       THE DEPUTY CLERK:  All rise.
2       (Jury in.)
3       THE COURT:  Okay, everyone, you may take your seats,
4  make yourselves comfortable.
5       And you may continue.
6       MR. LEVINE:  Thank you, Your Honor.
7  BY MR. LEVINE:
8  Q.  Mr. Hurd, right before the break, you had mentioned a few
9  minutes earlier than that enriched colony cages.  Do you
10 remember that?
11 A.  Yes.
12 Q.  Okay.  Can you just -- since it may be somewhat of a new
13 term, can you explain what those are for the jury?
14 A.  It was a point where the industry was trying to add some
15 behavioral things chickens could do inside the cage that they
16 can't do in the commercial cages.  So it would be an area in
17 there where they could have a nest curtain to lay eggs, some
18 perching, some areas to do some dust bathing behavior.  That's
19 why it was a 99 bird larger colony.
20 Q.  Okay.  And now I believe you testified earlier that you
21 were on the Board from 1994 through 2008; is that correct?
22 A.  Correct.
23 Q.  Okay, so that means you would have been on the Board at
24 about the time when Rose Acre decided to join the Certified
25 Program; is that correct?

168

1  A.  Yes.
2  Q.  Okay.  And do you remember any discussions at the Board
3  level about joining the Certified Program?
4  A.  Yes.  You know, at the time, we saw what was happening
5  with the activism, what customers were asking for, and looking
6  at, you know, McDonald's coming out and saying 72 square
7  inches being the cornerstone of their program.  You know, our
8  first reaction was, Well, how did they come up with 72?  We're
9  at 53.
10      And looking at the UEP, the group of Scientific
11 Advisory Committee that they had put together, we certainly
12 gave hard thought about, you know, instead of being out alone,
13 going in and using science-based objectives to move that
14 forward.
15 Q.  Okay.  And you saw some pictures earlier, I believe,
16 about the bird -- feed truck and the graffiti on the wall at
17 Rose Acre?
18 A.  Yes.  Yes.
19 Q.  Is trial the first time you've ever seen those photos?
20 A.  No, no.
21 Q.  When was the first time you saw those photos?
22 A.  John Rust had taken those pictures after the events.  And
23 at a Board meeting -- that event happened in July.  We had a
24 Board meeting in September.  It was the first Board meeting
25 after the events.

169

1  Q.  Okay, September of what year?
2  A.  2000.
3  Q.  Okay.  And did you have an understanding from the
4  discussions at the Board meeting as to why Rose Acre decided
5  to join the Certified Program?
6  A.  Well, as I was saying before, to be able to come up with
7  the guidelines based on science and not just everybody
8  cherry-picking different aspects that they wanted to and
9  customers coming up with their own numbers.
10 Q.  Okay.  And did you have an understanding as to what
11 customers were telling Rose Acre vis-à-vis the Certified
12 Program?
13 A.  Yes, we were hearing that they wanted us to have an
14 Animal Welfare Program.
15 Q.  Now, at the Board -- at the Board level, did you discuss
16 what the effect of the Certified Program would be on your
17 flock size?
18 A.  Yes.
19 Q.  Okay.  And what generally did those discussions consist
20 of?
21 A.  Well, looking at what we knew, some of the square-inch
22 increases we were going to give birds.  You know, we knew what
23 our cage dimensions were, and I came up with some information
24 that informed the Board where we would go, where we would be
25 at each step as we went forward.

170

1          MR. LEVINE:  Your Honor, may I approach the witness?
2          THE COURT:  Yes, you may.
3  BY MR. LEVINE:
4  Q.  For identification purposes, Mr. Hurd, I've placed in
5  front of you D-272.  Do you recognize it?
6  A.  Yes.
7  Q.  What do you recognize it as?
8  A.  It's the report that we -- I put together for the
9  Rose Acre Farms square-inch effect summary page back in August
10 of 2002.
11 Q.  Okay.  And there are handwritten notes in the upper
12 left-hand corner.  Do you know whose handwritten notes those
13 are?
14 A.  Yeah, that's mine.
15 Q.  Okay.  And how did you prepare this analysis?
16 A.  Um, we went out and measured all of our individual cages
17 for all of our farms, and this is a summary of that
18 information farm by farm.
19 Q.  Okay.
20         MR. LEVINE:  Your Honor, I move for the admission of
21 D-272.
22         MS. STATSKY SMITH:  No objection.
23         THE COURT:  272 is admitted.
24         MR. LEVINE:  May I publish it, Your Honor?
25         THE COURT:  Yes.

171

1  BY MR. LEVINE:
2  Q.  Okay.  And if you look on the upper left-hand corner, the
3  first two columns, can you explain what those columns
4  represent.
5  A.  Um, that -- the hatch date and the 17-week date.  So the
6  UEP's program had birds after a certain hatch date would be
7  housed at a certain level of square inches.  So that just
8  broke down all of the periods of the phasing up to the 67
9  square inches at the bottom.
10 Q.  Okay.  And what were you trying to represent with the
11 rest of the document?
12        Let's pull up Cort Acres as an example.
13 A.  Well, I would start off with the original farm capacity,
14 and then based on those square inches for the available cage
15 space, what change in the farm layer population would occur.
16 Q.  Okay.  And you did this for every farm in
17 Rose Acre's portfolio?
18 A.  Yes.  I think in 2002 we had an Oconee Farm that was
19 fairly new, so this looks like just existing farms that we had
20 at the time and not the new one.
21 Q.  You say Oconee was fairly new.  When did you -- well, how
22 did Oconee come to be in the Rose Acre portfolio?
23 A.  We purchased the site with two existing laying farm
24 buildings on it.  It was a prior contract farm for us.  It was
25 big enough land area to expand upon.  And then, after that

172

1  point in -- I think it was '99 that we purchased it -- we
2  started adding on eight other laying house buildings to the
3  site in that first phase of expansion.
4  Q.  But on this page, you did not represent the Oconee
5  numbers?
6  A.  No.
7  Q.  Okay.  And if you look at the bottom right corner, can
8  you tell the jury what you were intending to tell the Board or
9  to represent by this analysis?
10 A.  Yes.  I took the existing original capacities of the
11 farms on this sheet here and summarized what that change,
12 percent change, in available cage space would be at the end of
13 the phase-in with no changes being made.
14 Q.  Okay.  And what was the purpose of conducting this
15 analysis?
16 A.  Well, it was to give everybody a heads-up of where we
17 needed to be in our expansion plans to go ahead and make sure
18 that we could continue to supply our customers the eggs that
19 they were already buying today -- and future customers.
20 Q.  Okay.  And -- sorry.  Didn't mean to cut you off.
21        And did you present this analysis to anyone in
22 particular?
23 A.  Um, to the Board at the time, whoever was on the Board
24 that date.
25 Q.  Okay.  And as a result of this analysis and joining the

173

1  Certified Program, what were -- what was your understanding as
2  to what Rose Acre would do with respect to its flock size
3  moving forward?
4  A.   Well, we initially started looking at how we could
5  increase the number of layers to make up for the over
6  20 percent that we were going to lose if we did nothing going
7  forward.  So we had farms where we could remodel existing
8  cages and bring in cages where we could house more birds; we
9  had farms we could add housing to, that the processing areas
10 could handle; and then new sites.
11 Q.   Okay.  And did, in fact, Rose Acre engage in that sort of
12 building program?
13 A.   That as well as some acquisitions.
14 Q.   Okay.  Now, you had said "new sites."  What new sites are
15 you referring to?
16 A.   Um, well, Hyde County, the one that everyone's been
17 hearing about in North Carolina, would have been a new site
18 for us.
19 Q.   Okay.  And do you remember when that site was being
20 developed?
21 A.   Um, it took a while to get the permitting process going,
22 but I believe we started construction on the first house in
23 around 2006, and it took us out to late 2009 before we were
24 done with the site.
25 Q.   Now, you talked about adding houses to farms.  Which

174

1  farms, if you can remember --
2  A.   Sure.
3  Q.   -- did you add houses to?
4  A.   We've added houses to our Guthrie Center in Iowa farm;
5  our Lincoln County, Missouri farm; our Johnson County,
6  Missouri farm; Pulaski County, Indiana farm -- da, da, da, da,
7  da, da -- Oconee in Georgia.  Those are some of the sites we
8  added buildings to existing farms.
9  Q.   Okay.  And you talked about remodeling houses themselves;
10 is that correct?
11 A.   Yes.
12 Q.   Okay.  What does that mean?
13 A.   Well, we would go into a house and completely take all of
14 the old cage system out and gut it to the walls.  A lot of the
15 houses had dirt floors where the manure was stored on the
16 floor, so we came back in and added concrete.
17      And by "reconfiguring" the cages that we put in,
18 we were able to increase the capacity of birds being housed in
19 the same footprint than they were when they were built in the
20 '70s and early '80s.
21 Q.   So when you remodeled, did you always add more capacity
22 in those houses?
23 A.   Yes, all of our remodeling was more capacity.
24 Q.   And other -- you mentioned that Oconee you had purchased
25 in 1999.  After you joined the Certified Program, did you

175

1  purchase any other farms?
2  A.   Yes.  I believe 2004 we purchased two farms in the same
3  year.  That would have been County Line in Indiana and
4  Germantown in Illinois, a couple of existing farms at that
5  time.
6       Um, later, 2009 time frame, we added a Canon,
7  Georgia farm.
8  Q.   Okay.  And to the farms that you acquired -- I believe
9  you said it was Germantown and County Line?
10 A.   Yes.
11 Q.   Okay.  Did you ever do anything to expand the capacity at
12 those farms?
13 A.   The Germantown farm we came in and added two large
14 220,000-bird houses to that site, and eventually we added two
15 more to that site of cage-free.
16      The County Line one, I don't think we expanded there
17 because of the size of the processing room and where it was
18 located.  It didn't make sense at the time.
19 Q.   Okay.  And as you were expanding your layer farms, were
20 you also expanding your pullet farms?
21 A.   Yes, and remodeling existing pullet farms in southern
22 Indiana.  And as we added farm sites, obviously we needed to
23 get pullet growing close to where the layer farms were
24 located.
25 Q.   And what about your breeder farms?  Did you expand those

176

1  as well?
2  A.   Yes, we had to expand those to accommodate a larger flock
3  size.
4  Q.   And did there come a time when you -- when your 2002
5  analysis was updated?
6  A.   Yes.
7            MR. LEVINE:  Your Honor, may I approach?
8            THE COURT:  Yes, you may.
9  BY MR. LEVINE:
10 Q.   Mr. Hurd, you've placed in front of you for
11 identification purposes D-602.  Do you recognize this
12 document?
13 A.   Yes.
14 Q.   Now, did you author this document?
15 A.   No, I did not.
16 Q.   Do you know who did author this document?
17 A.   Yes.  Ty Harweger, he works with us.
18 Q.   Okay.  And does he work in the live-production
19 department?
20 A.   Yes.  I believe he was the manager of one of our farms at
21 the time or a regional manager.  I can't remember when he
22 changed job descriptions.
23 Q.   And do you have any recollection as to the circumstances
24 surrounding his doing this analysis?
25 A.   Well, this was January of 2008, so we were on the cusp of

177

1  the very final phase-in to 67.  So any chicks hatched in April
2  of that same year would be housed at the 67 square inches.  So
3  he put this summary together to show us where we were at at
4  that point in time.
5  Q.  Okay.  And was this document ever shown to the Board of
6  Directors?
7  A.  Yes, I think it was presented at a Board meeting.
8  Q.  Okay.
9          MR. LEVINE:  Your Honor, I move for the admission of
10 D-602.
11         MS. STATSKY SMITH:  No objection.
12         THE COURT:  602 is admitted and may be published.
13 BY MR. LEVINE:
14 Q.  And, again, if you look on the left-hand side -- for
15 example purposes, we'll take the top -- what was meant to be
16 represented there?
17 A.  Again, it was just the time periods of chicks hatched
18 after a certain date, when they would turn 17 weeks, and what
19 the square inches they needed to be housed at.
20 Q.  Now, if you look at this analysis, I believe it includes
21 certain farms that were not on the previous 2002 analysis; Is
22 that correct?
23 A.  Correct.
24 Q.  Which farms are those?
25 A.  We have the County Line and Germantown on the second

178

1  page, the Hyde County.  So you've got Oconee, including
2  contracts on here.
3  Q.  Okay.
4  A.  I think that's it.
5  Q.  And County Line and Germantown had been purchased post
6  your 2002 analysis; is that correct?
7  A.  Correct.
8  Q.  And Hyde County came online post that 2002 analysis,
9  correct?
10 A.  Yes.
11 Q.  I believe you already referenced Oconee?
12 A.  Yes.
13 Q.  Now, what was the sort of bottom line, if you will,
14 regarding this analysis?  And I'll direct you to the second
15 page, the bottom right-hand corner.
16 A.  Yeah, just like there was a summary for the company on
17 the first one that I put together that was showing, you know,
18 a 20 percent decrease, this was updating where we were at at
19 the beginning of 2008, projecting forward that we'd actually
20 had a 15 percent increase based on, you know, some of the
21 expansion that we had done or remodeling acquisition.
22 Q.  Now, if you look at Lincoln County, the original capacity
23 number on the 2002 analysis, the previous exhibit, what was
24 the original capacity there?
25 A.  The original capacity on mine was just a little over a

179

1  million birds.
2  Q.  And what is the original capacity listed on this 2002
3  analysis?
4  A.  1.3.
5  Q.  Have you determined which one is correct?
6  A.  Mine is correct, yes.  It looks like, again, he didn't
7  use my document to do his and was going backward in time and
8  probably forgot when we added one or two of the large houses.
9  You'd have to ask him on that.
10 Q.  Okay.  Did you correct him at the time?
11 A.  No.  I didn't have the other document in front of me and
12 we were all focusing on the final phase-in at the time, not
13 that original number on a few individual houses -- I mean,
14 farms.
15 Q.  Now, since 2000, has Rose Acre's flock size grown every
16 year?
17 A.  Yes.
18 Q.  Has its capacity grown every year?
19 A.  Yes.
20 Q.  And how do you know that?
21 A.  Because I'm the lead person in charge of the team that's
22 doing the scheduling and moving the birds and projecting the
23 hatch dates, and every year we were doing more.
24 Q.  Okay.  And did there -- did there come a time where you
25 look at data to ensure that?

180

1  A.  Yes.
2  Q.  And have you satisfied yourself that based on the data
3  Rose Acre keeps, that, in fact, Rose Acre has added capacity
4  year after year?
5  A.  Yes.
6          MR. LEVINE:  Your Honor, I'd like to publish
7  Demonstrative 7.
8          MR. NEUWIRTH:  Your Honor, we would object on the
9  ground that we don't believe any basis has been established
10 for the numbers that are shown.  There's been no foundation
11 laid for those numbers or that the witness is familiar with
12 these numbers.
13         THE COURT:  Well, why don't you show the witness the
14 exhibit straightaway and then you can talk to him about it
15 before showing it if it's going to be shown.
16         MR. NEUWIRTH:  Thank you, Your Honor.
17         THE COURT:  Um-hum.
18         I have it.
19         MR. LEVINE:  May I approach?
20         THE COURT:  Yes, you may.
21 BY MR. LEVINE:
22 Q.  Now, Mr. Hurd, this chart in front of you, have you seen
23 this before?
24 A.  Yes.
25 Q.  And what does it purport to represent?

181

1  A. It shows each individual year from 2002 to 2018, the
2  added capacity that we added to our farm.
3  Q. And where were these numbers ultimately drawn from?
4  A. Drawn from our capital asset lists that we keep, that we
5  approve at the Board level, from our weekly recordkeeping
6  system, from my records on projections to project what flock
7  sizes we have going forward that we have to fold into the
8  overall master schedule.
9  Q. And does Rose Acre have a database on -- of its -- that
10 represents its flock capacity at any given moment?
11 A. Yes. We have a data system that goes out to each of our
12 individual farms. We collect daily information. We want to
13 know the number of birds that died that day, how much feed was
14 consumed and the amount of water, amount of eggs laid,
15 obviously, a lot of various information that we collect daily,
16 compile it at our corporate office. It's a Layer Information
17 Management System that it's called. We call it LIM for short.
18 It's something that we generate a lot of reports and documents
19 from.
20 Q. And was that one of the sources that you referred to
21 earlier that you used in order to --
22 A. Yes.
23 Q. -- look at this, create this chart?
24 A. Yes.
25     MR. LEVINE: Okay, Your Honor, I move to publish it.

182

1     MR. NEUWIRTH: Your Honor, there has been reference
2  made to certain underlying materials that it's not clear were
3  ever the subject of production or discovery in this case. And
4  so --
5     THE COURT: You know it was not?
6     MR. NEUWIRTH: It's just not clear from the
7  description that was provided.
8     MR. LEVINE: I believe the LIM system has been
9  turned over in production.
10    THE COURT: I'm going to permit the display of
11 Demonstrative 7 and trust that if you find that there's a flaw
12 in it from your perspective, you can cover it in
13 cross-examination.
14    MR. NEUWIRTH: Yes, thank you, Your Honor.
15    MR. LEVINE: Can you show Demonstrative 7?
16 BY MR. LEVINE:
17 Q. Is this the demonstrative we've been discussing for the
18 past couple of days -- couple of minutes?
19 A. Yes.
20 Q. Okay. And can you just briefly summarize what it
21 actually represents?
22 A. Okay. So, for instance, in 2002, you've got a red bar
23 and that would be an increase in capacity that year of
24 1.2 million hens, laying hens. And then in 2003 is the net --
25 the increase over and above the 2002 amount was 3, 1, 3,000

183

1  (sic) laying hen capacity. So each of the red bars is what we
2  increased that year, and the blue bar is just a cumulative one
3  from 2002 onwards.
4  Q. Now, you're careful to talk about capacity. How does
5  capacity or what is capacity in relation to the actual layer
6  flock size at any given time?
7  A. Well, the capacity is a number we use in our projections
8  and schedules on what we put into the house on day one. As
9  birds age, we have daily mortality. So the number of live
10 birds is never more than the entire company's capacity at any
11 one given point.
12 Q. Just to be clear, you didn't actually add these -- these
13 numbers don't represent the actual number of layers that were
14 added to Rose Acre's flock?
15 A. No. It's the capacity of either the remodeling, adding
16 housing, or acquisition to our overall company, total of layer
17 capacity.
18 Q. Does it also represent the Hyde County, the new green
19 field farm?
20 A. Yes. Yes.
21 Q. And you talked about mortality and the like. Are there
22 any other reasons that the flock size might not reach capacity
23 in any given moment?
24 A. We have some houses that we've decommissioned that
25 haven't been remodeled quickly or timely. We've got other

184

1  mortality issues that arise from natural disasters such as a
2  tornado, something of that nature. We've had a few of those
3  or heat wave, which our numbers are down until we get birds
4  replaced.
5  Q. Okay. Now, if we actually want to focus on the flock
6  size as opposed to capacity, do you have an understanding as
7  to whether over the period of time from 2000 to 2002 to 2008
8  and beyond, did Rose Acre actually grow its layer flock size?
9  A. Yes. Live birds increased each year.
10 Q. Okay. And again, how do you know that?
11 A. It's part of my daily job to look at the overall numbers
12 in the live production department, and again, back to the
13 master schedule, I'm looking at what we need to be doing a
14 year and a half, two years down the road.
15 Q. Okay. And --
16    MR. LEVINE: And, Your Honor, may I approach?
17    THE COURT: Yes.
18    MR. NEUWIRTH: Your Honor --
19    THE COURT: He hasn't asked to do anything yet.
20 BY MR. LEVINE:
21 Q. I've put before you what has been identified as D-1011.
22 Do you see that, sir?
23 A. Yes.
24 Q. Did you create this chart?
25 A. No.

185

1  Q.  Have you looked to see whether these numbers are
2  accurate?
3  A.  Yes.
4  Q.  Okay.  And I just want to focus from 2004 -- when did the
5  LIM system go into effect?
6  A.  2004.
7  Q.  Okay.  So focusing on 2004 through, you know, the end of
8  2014, what is your understanding as to the layer population of
9  Rose Acre?
10  A.  That it increased over time.
11  Q.  Okay.  And do you know by how much it increased?
12  A.  From 2004 to what point?  What point?
13  Q.  2004 through the end of 2014.
14  A.  Approximately 3 million.
15  Q.  Okay.  And --
16      MR. LEVINE:  May I publish this to the jury?
17      MR. NEUWIRTH:  Your Honor, we object on two grounds.
18  First, there appears to be an admission that the witness
19  doesn't know anything about pre-2004 information which is
20  shown here as reflected in the questioning and answering.
21  And, second, the witness has acknowledged that he did not put
22  this together himself, and although he says that he checked
23  the numbers, there's been nothing to establish that what he
24  did to confirm that these numbers are accurate, and, frankly,
25  given the type of chart it is, it's very difficult to see how

186

1  one could confirm the numbers without some other source to
2  identify what numbers are actually being plotted here.
3      THE COURT:  Do you wish to cover any more territory?
4  BY MR. LEVINE:
5  Q.  Well, Mr. Hurd, did you check these layer flock numbers
6  against the LIM system?
7  A.  Yes.
8  Q.  Okay.  And are the numbers reported, at least post-2004,
9  accurately represented from what the LIM system has in its
10  database?
11  A.  Yes.
12      THE COURT:  I'm going to permit him to use the
13  exhibit as an aid to any further testimony on these limited
14  points but recognizing that counsel will be permitted wide
15  latitude in cross-examination.
16      MR. NEUWIRTH:  Thank you, Your Honor.
17      THE COURT:  Um-hum.
18  BY MR. LEVINE:
19  Q.  And, again, does this chart accurately summarize Rose
20  Acre's layer flock from -- as reported by the LIM system from
21  2004 through the end of 2014?
22  A.  Yes, the live bird inventory.
23  Q.  And what do you understand the three different lines to
24  be?
25  A.  Well, the red one on top is the total layer inventory.

187

1  The green one would be the inventory taking out any contracts
2  that we had and that other producers were housing our birds.
3  And then the blue line on the bottom would take the contracts
4  and acquisitions out of the live bird total.
5  Q.  And no matter how you total it, while Rose Acre was on
6  the Certified Program, did it increase its flock size?
7  A.  Yes.
8  Q.  Now, flock size translates at some level to egg
9  production; is that correct?
10  A.  Yes.
11      MR. LEVINE:  Your Honor, may I approach?
12      THE COURT:  Yes.
13  BY MR. LEVINE:
14  Q.  Now, I've put before you, Mr. Hurd, D-1008.  Do you see
15  that?
16  A.  Yes.
17  Q.  Okay.  What does this chart represent?
18  A.  This is a chart on our Rose Acre egg production total
19  dozens produced in a fiscal year.  And a fiscal year for us is
20  July through June.
21  Q.  Okay.  So this is not calendar year?
22  A.  Not calendar year, no.
23  Q.  Okay.  And where did these numbers come from?
24  A.  From our year end, fiscal year end consolidated financial
25  statements.

188

1  Q.  And do those consolidated financial statements always
2  report dozens produced?
3  A.  For the year to date, yes.
4  Q.  And did you do anything other than mechanically copy the
5  number that was on the consolidated financial statement onto
6  this chart?
7  A.  That's the number right off the financial statement.
8      MR. LEVINE:  Your Honor, I move for admission of
9  D-1008 as the summary exhibit.
10      MS. STATSKY SMITH:  Subject to our
11  cross-examination, we don't object.
12      THE COURT:  It will be admitted.
13      MR. LEVINE:  Thank you, Your Honor.  May I publish
14  it?
15      THE COURT:  Yes.
16  BY MR. LEVINE:
17  Q.  Okay.  And in 2001, how many dozens did Rose Acre
18  produce?
19  A.  329 thousand -- 885,599.
20  Q.  I'm going to ask you that again.  329,000 or 329 million?
21  A.  Million.  I'm sorry.  329,885,599.
22  Q.  And if you go down, do you see that the numbers, except
23  for one year, increased year after year?
24  A.  Yes.
25  Q.  Okay.  And in one year they did not increase; is that

189

1 correct?
2 A. Correct. 2004 dropped to 363 million.
3 Q. Do you have an understanding as to why
4 Rose Acre's production dropped that year?
5 A. That was the year we were doing a lot of heavy
6 remodeling, specifically at our Cort Acres facility. We took
7 a lot of houses out of production while we were gutting the
8 insides, prepping them for the new cage installations. As you
9 can see reflected in the following fiscal year, there's a
10 rather large increase as we got those birds back into
11 production.
12 Q. And I think, as every one well knows by now, Rose Acre
13 joined the Certified Program in the beginning of 2002?
14 A. Correct.
15 Q. And in fiscal 2002, how many dozens were produced?
16 A. 344,770,221 dozens.
17 Q. And by the 2008, 2009, by the end of the Class Period,
18 how many dozens did Rose Acre produce?
19 A. 2009 it was 458,286,792 dozen.
20 Q. And at the end of this chart, what does it represent for
21 2011?
22 A. 517,326,469 dozen.
23 Q. And was Rose Acre still on the Certified Program at that
24 time?
25 A. Yes.

190

1 Q. Is Rose Acre still on the Certified Program today?
2 A. Yes, we are.
3 Q. And has the Certified Program ever inhibited your ability
4 to expand and produce more eggs?
5 A. No.
6     MR. LEVINE: Nothing further at this time.
7     THE COURT: You may cross-examine.
8     MS. STATSKY SMITH: Good afternoon, Your Honor.
9 Good afternoon, ladies and gentlemen. Good afternoon,
10 Mr. Hurd. I'm Dana Statsky Smith. Nice to meet you all.
11
12             CROSS-EXAMINATION
13 BY MS. STATSKY SMITH:
14 Q. So, Mr. Hurd, you stated that, as of today, you are the
15 vice president for live production?
16 A. Yes.
17 Q. But you were not placed in this role until November 2011,
18 correct?
19 A. Correct.
20 Q. And during the time period from 2000 to 2008, you were
21 not responsible for laying hens, correct?
22 A. Correct.
23 Q. You were primarily responsible for pullet rearing,
24 correct?
25 A. Yes, the breeder farm hatchery and the pullets.

191

1 Q. And from 2000 to 2008, you didn't play any role in
2 developing the UEP Certified Guidelines, did you?
3 A. No.
4 Q. And you weren't a member of the UEP committees, correct?
5 A. Correct.
6 Q. And you didn't have any role with Scientific Advisory
7 Committee?
8 A. No, I did not.
9 Q. But you just have a general understanding of how the
10 Certified Program worked from 2000 to 2008?
11 A. Well, I've seen the documents for the program, yes.
12 Q. And you saw those as a result of your participation in
13 the Board?
14 A. Yes. K.Y. Hendrix bringing that to my attention.
15 Q. Now, one component of the UEP Certified Program required
16 egg producers to adhere to a certain set of square inches per
17 hen in order for a producer to be certified, correct?
18 A. Correct.
19 Q. And it's true that Rose Acre followed UEP Certified
20 Program's cage-space requirements, correct?
21 A. Correct.
22 Q. And as a result of those changes to cage space, flock
23 size would decrease?
24 A. For those houses, yes.
25 Q. Now, Mr. Hurd, would you agree with me that

192

1 Rose Acre's market share of eggs rose from about 6 percent to
2 8 percent between 2000 and 2008?
3 A. I wouldn't know.
4 Q. Okay. I'm going to hand you something.
5     MS. STATSKY SMITH: Your Honor, may I approach?
6     THE COURT: Sure.
7 BY MS. STATSKY SMITH:
8 Q. Mr. Hurd, can you turn to page 36 and review Exhibit 12.
9 A. Okay. Okay.
10 Q. Now, I've handed you what is a copy of Dr. David's expert
11 report. Do you see that?
12 A. Yes.
13 Q. And Dr. David is one of Rose Acre's expert witnesses in
14 this case?
15 A. Yes.
16 Q. And you were interviewed by Dr. David in connection with
17 this litigation, correct?
18 A. Um, a while back, yes.
19 Q. And having looked at Figure 12, would you agree now that
20 Rose Acre's market share increased from 6 percent to 8 percent
21 from 2000 to 2008?
22 A. Yes. Almost 2009 or '10, actually, but there's no line
23 drawn across there, but it would be yes.
24 Q. So before, you spoke about acquisitions, correct?
25 A. Yes.

193

1  Q.  And when Rose Acre joined UEP -- you can put that down.
2  A.  Okay.
3  Q.  When it joined UEP through the end of 2008, Rose Acre
4  only acquired two new farms, correct?
5  A.  By the end of 2008, there was two farms, County Line and
6  the Germantown egg farm, correct.
7  Q.  And would you agree with me that acquiring a farm from
8  another producer does not necessarily increase the overall egg
9  supply in the United States?
10 A.  If no changes were made to that farm, correct.
11 Q.  If you want to build a new hen farm, you need to find the
12 right ground for it, correct?
13 A.  Yes.
14 Q.  And that can take a fair amount of time, correct?
15 A.  Depending upon the state, yes.
16 Q.  And if you want to build a new hen farm or house, you
17 need a permit, correct?
18 A.  Correct.
19 Q.  And, in fact, not only do you need one permit, it may
20 take up to several permits, correct?
21 A.  Correct.
22 Q.  And it could take several years to get those permits,
23 correct?
24 A.  Again, it depends on the state.  I mean the
25 North Carolina one would have been the longest period that we

194

1  had to wait.
2  Q.  And then building and installing cages can take a long
3  time as well, correct?
4  A.  Yes.
5  Q.  And part of the reason for that is, as you heard while
6  sitting here the last couple of weeks, that there's probably
7  only 10 to 15 equipment companies left in the egg-laying
8  industry which can build these cages, correct?
9  A.  Correct.
10 Q.  And several of those are located in Europe, correct?
11 A.  Yes.
12 Q.  And building new facilities is very expensive, isn't it?
13 A.  Yes, it is.
14 Q.  Wouldn't you agree that the construction of new farms
15 cost around $8 per hen meaning, if you want to build a farm
16 with 125,000 hens, it could cost you $1 million?
17 A.  The costs vary based on the site, the size of the house,
18 but, yes, it is expensive.
19 Q.  And Rose Acre was in a position to get a bank loan,
20 correct?
21 A.  At what period of time?
22 Q.  Between 2000 and 2008.
23 A.  Different points, probably yes.
24 Q.  But you don't personally know that every producer would
25 be in that position, correct?

195

1  A.  No, I do not know that.
2  Q.  Not every producer is as large as Rose Acre, correct?
3  A.  Correct.
4  Q.  Could you testify to any other egg producer's ability to
5  get a loan?
6  A.  No, I could not.
7  Q.  To get a permit?
8  A.  No, I could not.
9  Q.  To build a new facility?
10 A.  Nope.
11 Q.  And do you know whether any of the other producers on the
12 UEP Certified Program were in a position to build or not?
13 A.  No, I do not.
14 Q.  So the only thing really that you can tell this jury is
15 that Rose Acre in some instances was able to make up for their
16 lost production through building?
17 A.  Yes.
18 Q.  So every new building that Rose Acre opened between the
19 period from 2000 to 2008 must have been planned several years
20 ahead, correct?
21 A.  No.
22 Q.  Did Rose Acre complete building any new farms between
23 2002 and 2008, when this lawsuit was filed?
24 A.  I believe the Hyde County farm was completed around 2009,
25 the last house was going in.  It was a 12-house farm, rather

196

1  large -- our largest.
2  Q.  But not by 2008?
3  A.  No, but it was almost done.  It wasn't complete, correct.
4  Q.  And the Donovan farm, that was not built in 2004 but
5  acquired by Rose Acre, correct?
6  A.  Yes.
7  Q.  And it was acquired in 2001 before Rose Acre joined the
8  UEP?
9  A.  Yes.
10 Q.  So the Donovan farm doesn't represent an expansion of the
11 overall layer inventory by Rose Acre, does it?
12 A.  No, it's a very small farm.
13 Q.  And Jen Acres farm, are you familiar with Jen Acres?
14 A.  Yes, I am.
15 Q.  And is that also called Jen Acres Plus?
16 A.  No.  Jen Acres layer farm is the original site, Jen Acres
17 Plus is across the street.  It originally was a pullet farm
18 and decommissioned that, and then it was turned into a
19 cage-free farm.
20 Q.  So when you speak about new additions to the Rose Acre
21 Farms, you don't specify whether they're cage-free or cage
22 layers.  You just talk about capacity overall?
23 A.  Capacity overall, but I can give you that detail if you
24 want.
25 Q.  So those charts -- let's turn back to some of the charts

197

1  that you discussed before or that demonstrative exhibit.
2  A.  Okay.
3  Q.  Let's look at Demonstrative 7, if we can bring that up.
4      Now, you didn't create these numbers, did you?
5  A.  No.
6  Q.  These numbers came from your expert?
7  A.  Yes.
8  Q.  And there's no LIM data between the period of 2002 to
9  2004, which is -- which is shown here, correct?
10 A.  Not for the LIM system.  It started in 2004.  But we have
11 other documents that talk about the expansion and what we put
12 in place.
13 Q.  But didn't you say before that this was based on LIM
14 data?
15 A.  No, you said an expert had put this together.  The LIM
16 data was the other chart, 001.  That one.
17 Q.  This information was just developed by your expert?
18 A.  This information was put together from our information on
19 what we added each year from 2002 to 2014 and '18, what we
20 spent and added layer-capacity-wise.
21 Q.  Right.  This is about layer capacity but not actually
22 about the number of birds, correct?
23 A.  Correct, layer capacity.
24 Q.  This doesn't actually accurately reflect the number of
25 birds that Rose Acre had?

198

1  A.  Correct.  That's just the capacity, not the live birds.
2  Q.  And it also doesn't reflect the breakout of different
3  types of farms like we just discussed, correct?
4  A.  Yes.
5  Q.  So this could include cage-free eggs?
6  A.  Hmm, no.  I mean, at the very end there, the 1.8 million
7  in 2014-18, that might have some cage-free in there, but all
8  of the rest of this would have been our additions of the large
9  commercial cages that we added onto the farm sites or
10 acquisitions.
11 Q.  But would this also represent organic eggs?
12 A.  We don't have any organic eggs.
13 Q.  Okay.  What about value-added eggs?
14 A.  We have some value-added eggs, but they are raised in
15 cages.
16 Q.  Okay.  And so, but this could be beyond -- so these last
17 few years, you said, would include organic eggs -- I mean
18 cage-free eggs?  Excuse me.
19 A.  The 2014 to 18 number, the 1.8 million, increased in that
20 time frame.  I know it has some cage-free in there.
21 Q.  And there were no cage-free eggs between the period from
22 2004 to 2008?
23 A.  Not added in these numbers that I'm aware of.
24 Q.  If I asked your expert, would he be aware?
25 A.  Perhaps.

199

1  Q.  Let's turn to remodeling.  Isn't it true between 2002
2  through 2008, when this lawsuit was filed, Rose Acre had
3  remodeled some of its existing farms?
4  A.  Yes.
5  Q.  Remodeling farms is necessary after a certain period of
6  time, correct?
7  A.  Yes.
8  Q.  And Rose Acre Farms are equipped with A-frame cages?
9  A.  Yes.
10 Q.  And these A-frame cages have a life span of several
11 decades?
12 A.  Depending on the farm and what condition you keep them
13 in, they have a longevity, yes.
14 Q.  And isn't it true that Rose Acre's A-frame cages are a
15 part and in usage on Rose Acre's farm since 35 years ago?
16 A.  Repeat the question.  Sorry.
17 Q.  Isn't it true that some of Rose Acre's A-frame cages have
18 been in use for 35 years?
19 A.  Correct.
20 Q.  And that's why Rose Acre only had to do limited
21 remodeling between 2002 and 2008, correct?
22 A.  We were doing remodeling to increase the capacity as well
23 as looking at age of cages and what made the most sense to add
24 layer numbers to where our customer base was.
25 Q.  So many of the henhouses were remodeled before Rose Acre

200

1  joined UEP?
2  A.  Um, no.  I mean, over time, I'm just trying to think
3  since I started in '86 how many remodelings happened prior to
4  UEP and it was minimal.  We were adding farms at the time, but
5  a lot of remodeling happened during -- during this time frame.
6  Q.  Let's take a look at the data report again.  And if you
7  could turn to page 30 and look at Exhibit 11.
8  A.  Yes.
9  Q.  And so many of the henhouses here were remodeled before
10 Rose Acre joined the UEP, correct?
11 A.  Um, yes, up to 2001.
12 Q.  And this exhibit lists two projects completed in 2002,
13 correct?
14 A.  I'm sorry.  I was looking at the chart.  Can you repeat
15 your question?
16 Q.  This -- this exhibit on 11, it shows two projects
17 completed in 2002, correct?
18 A.  Two -- yeah, one was a remodeling of houses 11, 13, 15,
19 14, 18 and then built houses 13 through 16 at Pulaski.
20 Q.  And isn't it true that those would have been planned
21 before Rose Acre joined UEP?
22 A.  Um, I'm not sure when those were planned.
23 Q.  So Rose Acre's remodeling may not have been a step that
24 was taken in order to offset the decreased layer numbers
25 caused by Rose Acre's participation in the UEP Program,

201

1  correct?
2  A.  No.  The remodeling after that made sense to do because
3  you wanted to get your capacity numbers up, but you asked me
4  earlier when the plans were for those two remodels or builds
5  in 2002 and I wasn't sure when that planning took place.
6  Q.  Mr. Hurd, isn't it true that Rose Acre also closed farms
7  between 2000 and 2008?
8  A.  Um, we closed Jen Acres and I'm not quite sure the exact
9  date off the top of my head, if that was in that time frame or
10 not.
11 Q.  Did you -- do you recall that Pentagon 2 was closed in
12 2003?
13 A.  That was a breeder farm, yes.  We closed that.
14 Q.  And do you recall that Egg Acres was closed around 2000?
15 A.  Yes.
16 Q.  Let's take a look at slide Stages of Production, the
17 Demonstrative 6 that you were shown earlier.  Now, you
18 represented earlier that this is the stages of production of
19 hens at Rose Acre, correct?
20 A.  Correct.
21 Q.  And this picture, breeder flocks, are those caged layer
22 hens?  Does that picture accurately represent how breeder hens
23 for caged layers would be raised?
24 A.  Our breeders are raised cage-free on an elevated floor in
25 a building where they have free access to walk around.

202

1  Q.  And what about your pullets in picture three for growing
2  female chickens, are those also raised in a field?
3  A.  No.  Ours are raised in cages.
4  Q.  Are there any cage space requirements for pullets?
5  A.  Um, not through the Animal Care Certified Program with
6  the UEP, but we have our own internal numbers that we use.
7  Q.  And in picture two, you talk about hatching and sorting,
8  correct?
9  A.  Correct.
10 Q.  And so sorting, that's where the male and female chickens
11 are separated?
12 A.  Correct.
13 Q.  And the female chickens are moved onto Stage 3?
14 A.  Yes.
15 Q.  The male chicks are killed, aren't they?
16 A.  Unfortunately, we don't have the use for a rooster after
17 the breeding farm cycle.
18 Q.  And so?
19 A.  They're euthanized at the hatchery, yes.
20 Q.  Even under the Animal Welfare Program?
21 A.  Yes.
22 Q.  You spent some time earlier speaking about Rose
23 Acre's and the A-frame cages.
24 A.  Yes.
25 Q.  You talked about manure?

203

1  A.  Yes.
2  Q.  And some Rose Acre barns, the manure can be stored in the
3  barn for up to two years; is that correct?
4  A.  That's correct.  A lot of the states make us have at
5  least six months of storage to make sure we can store it
6  during winter months prior to being sold.
7  Q.  And then it's picked up with a tractor trailer and moved
8  out?
9  A.  Yes.
10 Q.  And when a significant amount of manure is stored in a
11 henhouse, that can increase levels of ammonia, correct?
12 A.  Correct.
13 Q.  And that's bad for hen welfare as you discussed earlier,
14 correct?
15 A.  If it's allowed to get up around the birds, yes.
16 Q.  And as you heard earlier, the Scientific Advisory
17 Committee recommends that ammonia concentration to which birds
18 were exposed should be less than ten parts per million,
19 correct?
20 A.  I meant 10 to 25-part per million range, yes.
21 Q.  And from a scientific perspective, it's very clear that
22 birds should not be exposed chronically to 25 parts per
23 million or above, correct?
24 A.  Correct.
25 Q.  But that was not Rose Acre's policy, correct?

204

1  A.  It was our policy.  I mean, the way the barns are
2  constructed with the ventilation systems, we bring all the
3  fresh air in at the top of the house over the chickens, down
4  through the cages, over the manure and out.  So we're
5  directing manure down and out with fans not up over the birds.
6  Q.  But -- but Rose Acre allowed for up to 50 parts per
7  million in its own manuals, correct?
8  A.  Yes.  In the beginning, yes, 50 parts per million, yes.
9  Q.  And at 50 parts per million, you would expect that that
10 would result in severe distress to any living animal, correct?
11 A.  50 parts per million is noticeable, and that's when we
12 take corrective actions to bring it down at that time.  Again,
13 we're in the houses with the birds every day.  We've got
14 employees in there servicing the birds, exposed to the same
15 air.
16 Q.  And at 50 parts per million, even your own eyes would
17 water, correct?
18 A.  You would notice it, but like I said, that's when we get
19 to the ventilation and kick on more ventilation fans, put
20 purges in, get the ammonia out of the house.  We have large
21 fans also that are down in the manure pits to help dry that
22 manure and direct it out.
23 Q.  Can we take a look at Exhibit 1011 again?
24 A.  Okay.
25 Q.  And just like the information that we just discussed

205

1  before in Demonstrative 7, you didn't actually create this
2  exhibit, correct?
3  A.    I did not.  I did not.
4  Q.    And you don't know where the data came from for this
5  exhibit?
6  A.    Um, from the LIM, from 2004 on, but I'm not sure what he
7  used prior to that.
8  Q.    And the blue line shows what happens if you take out
9  contract farms and acquisitions, right?
10 A.    Yes, for the live bird inventory at those data points.
11 Q.    And so it purports to isolate Rose Acre's growth solely
12 through new construction?
13 A.    And remodeling.
14 Q.    But some of that construction was for specialty eggs,
15 correct?
16 A.    Well, if you're talking about the cage-free, that would
17 be a specialty egg that we did later on at the end of the
18 graph period.
19 Q.    In fact, between 2000 and 2008, the only two facilities
20 that Rose Acre fully built Donovan and Jen Acres Plus,
21 correct?
22 A.    New facilities fully built?  Is that your question?
23 Q.    Yes.
24 A.    Jen Acres Plus and Donovan.  Correct.  New facilities.
25 Q.    And those two new facilities produced cage-free eggs,

206

1  correct?
2  A.    Yes.
3  Q.    And specialty eggs are outside the scope of that cage,
4  correct?
5  A.    Yes.  They were very small farms, yes.
6  Q.    So if we took out specialty eggs from those two
7  facilities, that would lower the blue line further, correct?
8  A.    Like I said, this is millions of birds of live bird
9  inventory.  The Jen Acres Plus was five houses of 13,000
10 birds, and the Donovan was 13 houses of 13,000 birds apiece.
11 It wasn't a significant amount of live bird inventory at those
12 two locations.
13 Q.    But you don't know by how much, correct?
14 A.    By how much what.
15 Q.    How much the line would drop if we took those out,
16 correct?
17 A.    Well, no, I do not, but it's -- it's 50-, 60,000 birds
18 total.  So --
19       MS. STATSKY SMITH:  I'm going to pass the witness.
20       THE COURT:  All right, any redirect?
21       MR. CALLOW:  No questions, Your Honor.
22       MS. CHAPMAN:  Nothing, Your Honor.
23       MR. LEVINE:  Just a couple.
24       THE COURT:  Okay.
25

207

1              REDIRECT EXAMINATION
2  BY MR. LEVINE:
3  Q.    Mr. Hurd, you were asked about remodels?
4  A.    Yes.
5  Q.    Now, when you remodeled, do you have to add capacity?
6  A.    You don't have to, no.
7  Q.    Why did Rose Acre add capacity whenever it remodeled?
8  A.    So that we could increase our number of birds, layer
9  flock.
10 Q.    And the remodels that you did post joining the Certified
11 Program, did you always add capacity when you engaged in those
12 remodels?
13 A.    Yes.
14 Q.    And I believe you talked about building out new
15 facilities between 2000 and 2008 --
16 A.    Yes.
17 Q.    -- just a minute ago.
18       What about Hyde County?
19 A.    We started that in 2006.  The initial houses started
20 going.  It didn't complete the farm until 2009, but, you know,
21 10, 11 of the 12 houses were completed by 2008.
22 Q.    And how many birds does 10, 11 houses represent?
23 A.    Each house holds 284,488 birds.
24 Q.    You know that too well?
25 A.    Yes.

208

1  Q.    And so therefore, by the end of 2008, how many birds did
2  Rose Acre add as a result of building out Hyde County starting
3  in 2006?
4  A.    Well, if it was ten houses, ten times that number would
5  be 2.8 million.
6        MR. LEVINE:  I have nothing further.
7        THE COURT:  Any recross?
8        MS. SMITH:  Just one or two more questions.
9        THE COURT:  Okay.
10            RECROSS-EXAMINATION
11 BY MS. STATSKY SMITH:
12 Q.    Hi.  Mr. Hurd, how many of the Hyde County houses were
13 done in 2006?
14 A.    I -- I think the first one was started maybe in 2006.
15 Q.    And how many were done in 2007?
16 A.    Um, we had a crew on-site knocking them out.  I don't
17 know off the top of my head, but I know we were almost done in
18 2009.  So I'm sure it was prorated between that time frame.
19 Q.    So maybe one by the end of 2008?
20 A.    Well, if we finished by 2009, it would have been more
21 than one.
22       MS. STATSKY SMITH:  No further questions.
23       MR. LEVINE:  Nothing further.
24       THE COURT:  You may step down, Mr. Hurd.
25       And, Rose Acre, if you want, you may call your next