# ATTACHMENT 31

Page 1

1      IN THE UNITED STATES DISTRICT COURT

       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2

3   IN RE:  PROCESSED EGG PRODUCTS :

    ANTITRUST LITIGATION            :

4   -------------------------------: MDL No. 2002

    THIS DOCUMENT RELATES TO:      :  08-MD-02002

5   ALL ACTIONS                     :

6

7              ** HIGHLY CONFIDENTIAL **

8

9                  April 29, 2014

10

11              Videotaped deposition of

12   KENNETH KLIPPEN, taken at Valley Forge Casino

13   Resort, Casino Tower, 1210 1st Avenue, King

14   of Prussia, Pennsylvania 19406, beginning at

15   9:32 a.m., before LINDA ROSSI RIOS, a

16   Federally Approved RPR, CCR and Notary

17   Public.

18

19

20

21

22

23

24

25

Page 2

1 A P P E A R A N C E S :
2
3 HAUSFELD LLP
   BY: JAMES J. PIZZIRUSSO, ESQUIRE
4 1700 K. Street, NW
   Suite 650
5 Washington, D.C. 20006
   202-540-7200
6 jpizzirusso@hausfeldllp.com
   Representing Direct Purchaser Plaintiffs
7
8
   JENNER & BLOCK, LLP
9 BY: STEPHEN R. BROWN, ESQUIRE
   353 North Clark Street
10 Chicago, IL 60654
   312-840-7282
11 stephenbrown@jenner.com
   Representing Direct Action Plaintiffs and
12 Kraft, Kellogg, Nestle and General Mills
13
14 MILBERG LLP
   BY: PAUL F. NOVAK, ESQUIRE
15 777 Woodward Avenue
   Suite 890
16 Detroit, MI 48226
   313-309-1761
17 pnovak@milberg.com
   Representing Indirect Purchaser Plaintiffs
18
19
20
21
22
23
24
25

Page 3

1 A P P E A R A N C E S :
2
3 PEPPER HAMILTON, LLP
   BY: JAN P. LEVINE, ESQUIRE
4     and
   EVAN W. DAVIS, ESQUIRE
5 3000 Two Logan Square
   18th & Arch Street
6 Philadelphia, PA 19103
   215-981-4714
7 215-981-4652
   levinej@pepperlaw.com
8 davisew@pepperlaw.com
   Representing United Egg Producers and the
9 United States Egg Marketers
10
11 WEIL GOTSHAL & MANGES.
   BY: CARRIE M. ANDERSON, ESQUIRE
12 1300 Eye Street, NW
   Suite 900
13 Washington, D.C. 20005
   202-682-7231
14 carrie.anderson@weil.com
   Representing Michael Foods
15
16
   HUTCHINSON P.A.
17 BY: TROY J. HUTCHINSON, ESQUIRE
   1907 Wayzata Boulevard E
18 Suite 330
   Wayzata, MN 55391
19 952-215-0141
   Representing Sparboe Farms
20
21
22
23
24
25

Page 4

1 A P P E A R A N C E S :
2
3 GIBSON DUNN & CRUTCHER
   BY: JASON C. MCKENNEY, ESQUIRE
4 2100 McKinney Avenue
   Suite 1100
5 Dallas, TX 75201-6912
   214-698-3279
6 jmckenney@gibsondunn.com
   Representing the Defendant, Cal-Maine
7
8
   PORTER, WRIGHT, MORRIS & ARTHUR
9 BY: DONALD M. BARNES, ESQUIRE
   1900 K Street, NW
10 Suite 1110
   Washington, D.C. 20006
11 202-778-3056
   dbarnes@porterwright.com
12 Representing Rose Acre Farms
   (Via teleconference)
13
14
   EIMER STAHL, LLP
15 BY: VANESSA G. JACOBSEN, ESQUIRE
   224 South Michigan Avenue, Suite 1300
16 Chicago, IL 60604
   312-660-7604
17 vjacobsen@eimerstahl.com
   On behalf of Moark, LLC
18 and Norco Ranch, Inc.
   (Via teleconference)
19
20
   FAEGRE BAKER DANIELS
21 BY: RYAN M. HURLEY, ESQUIRE
   300 North Meridian Street
22 Suite 2700
   Indianapolis, IN 46204-1750
23 317-237-1144
   ryan.hurley@faegrebd.com
24 Representing Midwest Poultry Services
   (Via teleconference)
25

Page 5

1 A P P E A R A N C E S :
2
3 JOHN CHRISTOPHER KLIPPEN, ESQUIRE
   P.O. Box 51
4 Becker MN 55308
   jcklippen@hotmail.com
5 Representing the Witness
6
7
8 A L S O  P R E S E N T :
9 ROBERT KOWALCHIK, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 2 - 5)

Page 6

```
1              I N D E X
2                 - - -
3  Testimony of: KENNETH KLIPPEN
4  By Mr. Pizzirusso...................... 17
5  By Mr. Brown........................... 242
6  By Mr. Novak........................... 267
7  By Ms. Anderson........................ 308
8  By Mr. McKenney........................ 309
9  By Ms. Levine.......................... 352
10                - - -
11           E X H I B I T S
12                - - -
13
    EXHIBIT NUMBER   DESCRIPTION    PAGE MARKED
14
15 Klippen-1    Deposition Notice of
                Kenneth L. Klippen    20
16
    Klippen-2    Acknowledgement and
17              Consent           21
18 Klippen-3  Curriculum Vitae      32
19 Klippen-4  1/20/03 Memo,
              UE0331648         37
20
    Klippen-5  1/11/03 Memorandum,
21            UE0331649 - UE0331651  39
22 Klippen-6  11/13/03 Fax,
              NL01199471 - NL0119473  45
23
    Klippen-7  5/27/05 Letter,
24            SF000171 - SF000174    59
25
```

Page 8

```
1           E X H I B I T S (cont'd.)
2                - - -
3  EXHIBIT NUMBER   DESCRIPTION    PAGE MARKED
4
5  Klippen-21   E-mail chain,
               UE0707085 - UE0707087  131
6
    Klippen-22   11/3/06 E-mail,
7              MFI0064584         135
8  Klippen-23   Proposal,
               MFI0064585 - MFI0064592 135
9
    Klippen-24   12/7/06 E-mail,
10             UE0808012         137
11 Klippen-25   12/20/06 E-mail,
               SF112543          139
12
    Klippen-26   1/29/07 Letter,
13             UE0575403 - UE0575405  143
14 Klippen-27   Verified Process
                Control,
15             MOARK0035607 - 0035610 146
16 Klippen-28   9/13/07 E-mail,
               UE0854224         148
17
    Klippen-29   E-mail chain,
18             CF0000613 - CF0000621  150
19 Klippen-30   10/11/07 E-mail,
               MFI0005090        159
20
    Klippen-31   10/26/07 E-mail,
21             MFI0064112        163
22 Klippen-32   E-mail chain,
               UE0615963        165
23
    Klippen-33   E-mail chain,
24             UE0615964 & UE0615965  168
25
```

Page 7

```
1           E X H I B I T S (cont'd.)
2                - - -
3  EXHIBIT NUMBER   DESCRIPTION    PAGE MARKED
4
5  Klippen-8   12/1/03 Memo,
               NL002449 & NL002450   59
6
    Klippen-9   12/5/03 Letter,
7             MFI0001880 & MFI0001881 62
8  Klippen-10  E-mail chain,
               UE0461743        70
9
    Klippen-11  E-mail chain,
10             UE0946434 - UE0946445  73
11 Klippen-12  E-mail chain,
               UE0808615 & UE0808616  86
12
    Klippen-13  E-mail chain,
13             UE0764003 & UE0764004  91
14 Klippen-14  E-mail chain,
               UE0764300 - UE0764303  96
15
    Klippen-15  10/20/06 Letter,
16             UE0217823 - UE0217829  101
17 Klippen-16  E-mail chain,
               CM00727158 - CM00727161 115
18
    Klippen-17  10/31/06 E-mail,
19             UE0807951         121
20 Klippen-18  11/9/06 E-mail,
               UE0806429        124
21
    Klippen-19  11/7/06 Fax,
22             UE0218114        130
23 Klippen-20  34 Attendees in Chicago
                Marriott O'Hare Hotel
24             October 20, 2006,
               UE0218113        130
25
```

Page 9

```
1           E X H I B I T S (cont'd.)
2                - - -
3  EXHIBIT NUMBER   DESCRIPTION    PAGE MARKED
4
5  Klippen-34   E-mail chain,
               MOARK0005719 - 0005722  173
6
    Klippen-35   12/12/07 Letter,
7              UE0666730 & UE0666731  183
8  Klippen-36   12/20/07 Letter,
               UE0140621 - UE0140623  187
9
    Klippen-37   E-mail chain,
10             NL01185714 - NL01185717 189
11 Klippen-38   E-mail chain,
               SF111575 - SF111577   192
12
    Klippen-39   1/31/08 Letter,
13             UE0575401 & UE0575402  194
14 Klippen-40   E-mail chain,
               UE0897271         197
15
    Klippen-41   4/17/08 E-mail,
16             MFI0064099        198
17 Klippen-42   4/17/08 Letter,
               MFI0064600 - MFI0064606 199
18
    Klippen-43   E-mail chain,
19             SF111491 - SF111495   201
20 Klippen-44   Announcing Changes in
                VPC,
21             MFI0042703 - MFI0042705 202
22 Klippen-45   E-mail chain,
               UE0945329 - UE0945331  204
23
    Klippen-46   E-mail chain,
24             UE0715493 & UE0715494  207
25
```

3 (Pages 6 - 9)

Page 10

E X H I B I T S (cont'd.)

- - -

EXHIBIT NUMBER   DESCRIPTION    PAGE MARKED

Klippen-47   7/28/08 E-mail,
        UE0198154        211

Klippen-48   E-mail from Mike
     McGriff,
        UE0198155        215

Klippen-49   E-mail chain,
        SF082672 - SF082676   218
Klippen-50   E-mail chain,
        SF120286 - SF120289   222

Klippen-51   E-mail chain,
        UE0715275        225
Klippen-52   Chad Gregory
     Confronting Ken Klippen
     at Conference Center
     for Food Integrity
     Marriott Hotel,
     350 West Maryland St.,
     Indianapolis, IN
     October 8, 2008
     12:30 a.m.,
        SF107103        228

Klippen-53   E-mail chain,
        SF081096 - SF081100   232
Klippen-54   10/11/08 E-mail,
        UE0714970        234

Klippen-55   E-mail chain,
        MFI0118413 & MFI0118414 244
Klippen-56   E-mail chain,
        MFI0002727 & MFI0002728 248

Klippen-57   E-mail chain,
        SF118875 & SF118876   252

Page 11

E X H I B I T S (cont'd.)

- - -

EXHIBIT NUMBER   DESCRIPTION    PAGE MARKED

Klippen-58   E-mail chain,
        SF058477 & SF058478   258

Klippen-59   E-mail chain,
        SF081426 & SF081427   262
Klippen-60   E-mail chain,
        SF110893 & SF110894   265

Klippen-61   E-mail chain,
        MFI0023387 & MFI002388 267
Klippen-62   The Egg Newsletter
     January 15, 2007,
        MFI0067366 - MFI0057375 272
Klippen-63   UEP Annual Board
     Meeting and Executive
     Conference
     October 14-15, 1999
     Tucson, Arizona Minutes,
        UE0297186 - UE0297190  289

Klippen-64   Response to UEP
     Trademarking "Egg Farms
     of America" blog post  300

Klippen-65   10/4/04 Letter,
        NUCAL-08md2002-0001116 310
Klippen-66   United Voices
     Washington Report,
        UE0069683 - UE0069686  317
Klippen-67   E-mail chain,
        UE0694999        319

Klippen-68   E-mail chain,
        FMI-001514 & FMI-001515 321

Page 12

E X H I B I T S (cont'd.)

- - -

EXHIBIT NUMBER   DESCRIPTION    PAGE MARKED

Klippen-69   E-mail chain,
        UE0879102 - UE0879104  323

Klippen-70   12/5/08 Letter,
        UE0217821        328
Klippen-71   E-mail chain,
        SF083624 - SF083632   329

Klippen-72   12/1/11 Letter,
        CF0005892        339
Klippen-73   Web site printout    341

Page 13

DEPOSITION SUPPORT INDEX

INSTRUCTION NOT TO ANSWER:
Page Line
(None)

REQUEST FOR PRODUCTION OF DOCUMENTS:
Page Line     Description
(None)

STIPULATIONS:
Page Line
(None)

QUESTIONS MARKED:
Page Line
(None)

4 (Pages 10 - 13)

Page 14

1
2          - - -
3       VIDEOGRAPHER:  We are now on the
4    record.  Please note that the
5    microphones are sensitive and may pick
6    up whispering and private
7    conversations.  Please turn off all
8    cell phones or place them away from
9    the microphones as they can interfere
10   with the deposition audio.  Recording
11   will continue until all parties agree
12   to go off the record.
13       My name is Robert Kowalchik
14   representing Veritext New York.
15       The date today is April 29,
16   2014, and the time is approximately
17   10:18 a.m.  This deposition is being
18   held at the Radisson, located at 1060
19   1st Avenue, King of Prussia,
20   Pennsylvania.
21       The caption of this case is In
22   Re:  Processed Egg Products Antitrust
23   Litigation.  This document relates to
24   all actions.  This case is filed in
25   the United States District Court for

Page 15

1
2    the Eastern District of Pennsylvania,
3    Case Number MDL 2002 08-MD-02002.  The
4    name of the witness is Kenneth
5    Klippen.
6       At this time the attorneys
7    present in the room and attending
8    remotely will identify themselves and
9    the parties they represent, after
10   which our court reporter, Linda Rossi
11   Rios representing Veritext, will swear
12   in the witness and we can proceed.
13       MR. PIZZIRUSSO:  James
14   Pizzirusso, Hausfeld LLP for the
15   Direct Purchaser Plaintiffs.
16       MR. BROWN:  Steve Brown, Jenner
17   & Block on behalf of Direct Action
18   Plaintiffs, Kraft, Kellogg, General
19   Mills and Nestle.
20       MR. NOVAK:  Paul Novak of
21   Milberg LLP, on behalf of the Indirect
22   Purchaser Plaintiffs.
23       MS. ANDERSON:  Carrie Anderson
24   with Weil Gotshal on behalf of Michael
25   Foods.

Page 16

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2       MS. LEVINE:  Jan Levine with
3    Pepper Hamilton on behalf of UEP and
4    USEM.
5       MR. DAVIS:  Evan Davis, Pepper
6    Hamilton on behalf of United Egg
7    Producers and United States Egg
8    Marketers.
9       MR. MCKENNEY:  Jason McKenney
10   from Gibson Dunn & Crutcher on behalf
11   of Defendant Counterclaim Plaintiff
12   Cal-Maine Foods.
13       MR. HUTCHINSON:  Troy Hutchinson
14   on behalf of Sparboe Farms.
15       MR. KLIPPEN:  Chris Klippen on
16   behalf of Ken Klippen the Witness.
17       THE WITNESS:  Kenneth Klippen.
18       COURT REPORTER:  Attorneys on
19   the phone, can you, please, identify
20   yourself?
21       MR. BARNES:  Don Barnes on
22   behalf of Defendant Rose Acre Farms.
23       MS. JACOBSEN:  Vanessa Jacobsen
24   on behalf of Defendants, Moark, LLC
25   and Norco Ranch, Inc.

Page 17

1
2       MR. HURLEY:  Ryan Hurley for
3    Defendant Midwest Poultry Services.
4          - - -
5       KENNETH KLIPPEN, after having
6    been duly sworn, was examined and
7    testified as follows:
8          - - -
9          EXAMINATION
10         - - -
11   BY MR. PIZZIRUSSO:
12   Q.    Mr. Klippen, my name is James
13   Pizzirusso.  I represent the Direct Purchaser
14   Plaintiffs.  There are two other groups of
15   plaintiffs here, the Indirect Purchasers and
16   Direct Action Purchasers.  And when I'm done,
17   they may ask you a few questions as well.  I
18   don't know if the defendants may want to ask
19   questions.
20       I understand -- well, first of
21   all, I'm sorry, could you spell your name out
22   for the court and tell us where you currently
23   reside?
24   A.    Kenneth Klippen, K-L-I-P-P like
25   in Paul, E-N.  And I currently reside in

5 (Pages 14 - 17)

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 Collegeville, Pennsylvania.
3     Q.   Have you ever been deposed
4 before?
5     A.   I have.
6     Q.   And what circumstances?
7     A.   I was deposed for some
8 litigation up in Minneapolis.
9     Q.   What did that litigation
10 involve?
11     A.   It involved fraud through
12 insurance companies.
13     Q.   Did it have anything to do with
14 the egg industry?
15     A.   No.
16     Q.   Is that the only time you've
17 been deposed?
18     A.   That's correct.
19     Q.   Well, I'm just going to go over
20 a couple of ground rules. The deposition is
21 being recorded, so we'd ask that you speak up
22 and give full and complete answers. If you
23 do not understand the question, please let me
24 know. If you answer, I will take it to mean
25 that you understood the question. Is that

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 okay?
3     A.   That's fine.
4     Q.   If you need a break, let us
5 know. We just ask that we not take a break
6 in the middle of a pending question. And if
7 you give an answer and later remember
8 something that would further clarify that
9 answer, just let us know and we can put that
10 on the record as well.
11     A.   Okay.
12     Q.   Are you on any medication,
13 drugs or alcohol that would prevent you from
14 answering fully and truthfully today?
15     A.   No.
16     Q.   I understand that you are no
17 longer a Sparboe employee. Is Sparboe
18 representing you for the purposes of this
19 deposition?
20     A.   No.
21     Q.   Who is representing you?
22     A.   Chris Klippen.
23     MR. PIZZIRUSSO: Mark this as
24 Exhibit 1.
25     - - -

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     (Exhibit Klippen-1, Deposition
3     Notice of Kenneth L. Klippen, was
4     marked for identification.)
5     - - -
6 BY MR. PIZZIRUSSO:
7     Q.   I'm handing you --
8     MR. HUTCHINSON: Hold on a
9 second, we need copies.
10     MR. PIZZIRUSSO: Okay. It's
11 coming. It's just a Notice of
12 Deposition. It's not anything
13 controversial. It's not a Sparboe
14 document.
15 BY MR. PIZZIRUSSO:
16     Q.   I'm handing you a copy of your
17 Notice of Deposition that's coming around.
18 There are not enough copies for everybody in
19 the room, but I assume you've seen this
20 before?
21     A.   I have.
22     Q.   You are here pursuant to the
23 subpoena?
24     A.   I am.
25     - - -

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     (Exhibit Klippen-2,
3     Acknowledgement and Consent, was
4     marked for identification.)
5     - - -
6 BY MR. PIZZIRUSSO:
7     Q.   I've just handed you what's
8 been marked as Klippen-2. Have you seen that
9 document before?
10     A.   I have.
11     Q.   Is that your signature on the
12 bottom of the document?
13     A.   It is.
14     Q.   You agree to be bound by the
15 protective order in this case?
16     A.   I do.
17     Q.   What steps did you take today
18 to prepare for your deposition?
19     A.   Knowing that the deposition was
20 coming, I did review documents I had on file
21 in my own personal office. I had some
22 discussions with my attorney to prepare me.
23     Q.   Have you spoken with any of the
24 attorneys representing any of the defendants
25 in this litigation?

6 (Pages 18 - 21)

Page 22

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    A.  I have.
3    Q.  In preparation for this
4 deposition?
5    A.  No.
6    Q.  In what context have you spoken
7 with them?
8     MR. HUTCHINSON:  I'm going to
9 caution the witness not to reveal any
10 attorney-client privileged
11 communication that you ever received
12 from either myself as Sparboe counsel
13 or any other counsel for Sparboe
14 Farms.
15     THE WITNESS:  Understood.
16     In answer to the question, Troy
17 Hutchinson did telephone me to find
18 out it if I was going to be
19 represented by an attorney, and I gave
20 him Chris Klippen's phone number.
21 BY MR. PIZZIRUSSO:
22    Q.  Did you discuss the context of
23 this deposition at all?
24    A.  Did not.
25    Q.  Has Mr. Hutchinson given you

Page 23

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 confidential attorney-client privileged
3 information in preparation for this
4 deposition?
5    A.  No.
6    Q.  What are the kind of materials
7 that you reviewed in your office in
8 preparation for the deposition?
9    A.  I reviewed once again the
10 Process Verified Program that I helped
11 develop for the egg industry, and some of the
12 clients are represented by attorneys here
13 present. I also reviewed documentation
14 relative to what the Humane Society had --
15 Humane Society in the United States had
16 written in relation to the antitrust case. I
17 reviewed magazine articles such as Egg
18 Industry Magazine that came out in 2008 that
19 had material information relative to the
20 antitrust case.
21    Q.  When you say the materials that
22 the Humane Society had written, are you
23 referring to the petition that they filed
24 with the FTC?
25    A.  I'm referring to an article

Page 24

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 that Wayne Pacelle had written. Wayne
3 Pacelle is the president of the Humane
4 Society of the United States, where he
5 claimed to have evidence to support that
6 United Egg Producers was actually trying to
7 influence the prices as a result of their
8 animal welfare program. That was written in
9 2010.
10     Can I add to that that I had
11 nothing to do with this lawsuit. There's
12 been references that I have. That is untrue.
13    Q.  I was going to ask you about
14 that because are you aware that the
15 defendants, that some of the defendants have
16 accused you of providing information to
17 support this lawsuit?
18     MR. MCKENNEY:  Objection to
19 form.
20 BY MR. PIZZIRUSSO:
21    Q.  You can answer.
22    A.  I have heard, but not directly
23 from the defendants. I've heard from other
24 people within the industry that have made
25 that statement.

Page 25

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    Q.  Who in the industry has made
3 that statement to you directly?
4    A.  Amon Baer from -- he's with J&A
5 Farms in Minnesota. I can't recall the --
6 Lake Park, Minnesota.
7    Q.  And --
8    A.  He heard it directly.
9    Q.  Have you spoken with any of the
10 attorneys representing any of the plaintiffs
11 in this matter other than in trying to set up
12 your deposition?
13    A.  No.
14    Q.  Have you provided any material
15 in support -- to your knowledge, in support
16 of this litigation?
17    A.  No.
18    Q.  Have you ever provided anything
19 to the Humane Society that would be
20 supportive of this litigation, to your
21 knowledge?
22    A.  No.
23    Q.  Do you have any financial
24 incentive in the outcome of this case?
25    A.  No.

7 (Pages 22 - 25)

Page 26

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     Q.   You know who Gene Gregory is,
3 correct?
4     A.   I do.
5     Q.   In Gene Gregory's deposition in
6 this case at page 628, paragraph (sic) 6, he
7 said, "How many of these documents were
8 provided by Ken Klippen to you and how much
9 did he participate with the Humane Society of
10 the United States in bringing documents to
11 you to file a lawsuit against us?"
12     And then skipping down to 14,
13 "Now, come on. Come on. Some day or another
14 I'm going to come right back at you with this
15 stuff because I think I know the answers to
16 these things. So don't hold him up as any
17 saint in this deal."
18     So just to clarify again with
19 regard to what Gene Gregory said, you did not
20 provide any material to the plaintiffs in
21 this case?
22     MR. MCKENNEY: Objection to
23     form.
24     THE WITNESS: That's correct.
25 BY MR. PIZZIRUSSO:

Page 27

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     Q.   Or the Humane Society, is that
3 also correct?
4     A.   That's correct.
5     Q.   Do you understand that Sparboe
6 has settled with the Direct Purchaser
7 Plaintiffs who I represent in this case?
8     MR. HUTCHINSON: I'm going to
9     object to the extent that that calls
10     for attorney-client privileged
11     information.
12     Mr. Klippen, I will remind you,
13     any information that you received from
14     me or other counsel for Sparboe is
15     privileged, and I will instruct you
16     not to disclose that information
17     during this deposition.
18     MR. PIZZIRUSSO: The fact of
19     settlement is not privileged at all.
20 BY MR. PIZZIRUSSO:
21     Q.   So I would just ask you again.
22 Are you aware that Sparboe has settled with
23 the Direct Purchaser Plaintiffs in this
24 lawsuit?
25     A.   Yes.

Page 28

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     MR. HUTCHINSON: Same objection.
3 BY MR. PIZZIRUSSO:
4     Q.   Are you aware that they
5 provided no money and have just provided
6 cooperation as part of that settlement?
7     MR. HUTCHINSON: Same objection.
8     THE WITNESS: Yes.
9 BY MR. PIZZIRUSSO:
10     Q.   Do you know what a Complaint
11 is?
12     A.   I do.
13     Q.   Have you reviewed the Complaint
14 in this litigation?
15     A.   I have.
16     Q.   And when I mean Complaint, I
17 should have clarified, I'm sorry, the Direct
18 Purchaser Plaintiff's Class Action Complaint.
19     A.   I have.
20     Q.   So you're familiar generally
21 with the allegations in the Complaint?
22     A.   Yes.
23     Q.   There are some discussions, I
24 believe, of you. Did you see your name at
25 all in the Complaint?

Page 29

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     A.   No.
3     Q.   Is there anything sitting here
4 today in the Complaint that you think is
5 false?
6     MR. MCKENNEY: Objection to
7     form.
8     THE WITNESS: I do not recall
9     anything that I consider false.
10 BY MR. PIZZIRUSSO:
11     Q.   Where did you -- I want to go
12 into your background a little bit. Where did
13 you go to undergrad?
14     A.   Michigan State University.
15     Q.   What was your degree in?
16     A.   Poultry science.
17     Q.   And when did you graduate?
18     A.   1972.
19     Q.   And then did you go to graduate
20 school?
21     A.   I did.
22     Q.   Where did you go to graduate
23 school?
24     A.   Continued at Michigan State. I
25 graduated with a Master of Science in 1975.

8 (Pages 26 - 29)

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    Q.    And from there, what did you
3 do?
4    A.    I went to work in Washington,
5 D.C., but I am currently a Ph.D. candidate at
6 Iowa State University in animal science with
7 a specialty in animal welfare.
8    Q.    When do you expect to receive
9 your Ph.D.?
10    A.    My projected date is
11 undetermined at this time.  I've been a Ph.D.
12 candidate now for six years.
13    Q.    How long have you been in the
14 egg industry?
15    A.    I started in 1982.
16    Q.    Can you generally describe your
17 experience within the industry, what are the
18 types of positions that you've held?
19    A.    In 1982 to 1992 I was with
20 United Egg Producers in Atlanta, Georgia.  I
21 attained the position of senior vice
22 president.  I was offered an opportunity in
23 London, England to represent the
24 International Egg Commission as the director
25 general.  I moved to London in 1992.  I was

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 there for two years.  When I returned, I was
3 offered several positions within the
4 industry.  United Egg Producers asked me to
5 return to work for them in 1999 and to head
6 up the office in Washington, D.C.  Currently
7 I am a consultant to a number of egg industry
8 clients.
9    Q.    After you left -- when did you
10 leave UEP after you returned in 1999?
11    A.    2004.
12    Q.    And where did you go in 2004?
13    A.    Collegeville, PA.
14    Q.    I mean, what position did you
15 hold after that?
16    A.    I formed my own business,
17 Klippen & Associates LLC.
18    Q.    And how long were you with
19 Klippen & Associates?
20    A.    I've been with them since 2004.
21 I had a time when I was working for Sparboe
22 Farms from 2008 to 2011, but then I returned
23 to Klippen & Associates offering consulting
24 services.
25    Q.    And are you -- you're currently

1 working under the Klippen & Associates' name?
2    A.    I am.  Uh-huh.
3    Q.    So while you were with Sparboe,
4 you were still running Klippen & Associates
5 separate and apart from your job at Sparboe?
6    A.    Klippen & Associates remained
7 in effect at the time that I was working at
8 Sparboe.  Sparboe was a client originally
9 along with several others in this room, the
10 companies, and I went to work solely for
11 Sparboe to help them in developing their
12 animal welfare program.
13
14         - - -
15         (Exhibit Klippen-3, Curriculum
16      Vitae, was marked for identification.)
17         - - -
18 BY MR. PIZZIRUSSO:
19    Q.    I am handing you what's been
20 marked Klippen-3.  Can you identify this for
21 the record?
22    A.    I can.  This is a CV of some of
23 my experience.
24    Q.    And did you put this profile
25 together on LinkedIn?

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    A.    I did.
3    Q.    Is this an accurate
4 representation of your employment and
5 educational experience?
6    A.    It is.
7    Q.    On page 2 it says Food and Drug
8 Administration April '99 to March 2004.  You
9 didn't work for the Food and Drug
10 Administration, did you?
11    A.    I did not.  That was a project.
12 You see the heading.
13    Q.    What I didn't see on here was
14 the UEP.  Did you deliberately leave that off
15 of your employment history?
16         MR. MCKENNEY:  Objection to
17 form.  Mischaracterizes the document.
18         THE WITNESS:  Yes, I did.
19 BY MR. PIZZIRUSSO:
20    Q.    What is Egg Farmers of America?
21    A.    Egg Farmers of America was a
22 collision of egg farmers that were opposed to
23 the national legislation that was being
24 sought by United Egg Producers.  It is no
25 longer within my purview to represent Egg

Page 34

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 Farmers of America. We have changed to the
3 National Association of Egg Farmers, and that
4 is a registered trademark.
5    Q.   Are you familiar with the UEP
6 Certified Guidelines?
7    A.   I am.
8    Q.   What would you describe as your
9 level of familiarity with those guidelines?
10    A.   Very familiar.
11    Q.   Did you have any involvement in
12 the development of those guidelines?
13    A.   I did not.
14    Q.   They used to be called the
15 Animal Care Certified Guidelines. Do you
16 know why they changed?
17    A.   I do.
18    Q.   Why is that?
19    A.   There was an objection raised
20 by one of the animal activist groups,
21 Compassion Over Killing. It was carried to
22 the Federal Trade Commission in Washington,
23 D.C. UEP decided to adjust to UEP Certified.
24    Q.   What is your understanding of
25 the main components of the UEP Certified

Page 35

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 Program?
3    A.   It was developed around the
4 year 2000 in response to the Food Marketing
5 Institute and the National Council of Chain
6 Restaurants in response to some concerns
7 raised by segments of society relative to the
8 care of egg producing chickens. UEP dealt
9 with space requirements, the food and water,
10 beak trimming, molting, all of the procedures
11 that are commonly used in poultry production
12 practices today.
13    Q.   Do you recall something called
14 the 100 percent rule?
15    A.   I do.
16    Q.   Can you explain what that is?
17    A.   The 100 percent rule was
18 implemented by UEP to try to initiate
19 compliance, full compliance by the individual
20 egg farmers so that they had a 100 percent of
21 their chickens under the Animal Welfare
22 Guidelines that they had implemented.
23    Q.   Do you recall any discussions
24 within UEP about the implementation of the
25 100 percent rule?

Page 36

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    A.   I do.
3    Q.   What's your recollection of
4 those discussions?
5    A.   I raised concerns about the 100
6 percent rule. My feeling was that this would
7 be left to the individual egg farmer to
8 decide what percentage of his flock he wanted
9 to put under an animal welfare guideline
10 consistent with what the demands of the
11 market were. In other words, if he had
12 certain customers that wanted to have welfare
13 guidelines, he would be able to produce those
14 for that customer. But most consumers today
15 prefer to buy the least cost, safe quality
16 product that we see in the stores today.
17    Q.   Did you raise those concerns
18 while you were employed at UEP?
19    A.   I did.
20    Q.   What was the reaction from
21 those within UEP who heard your concerns?
22    A.   That they were going to go
23 forward nonetheless.
24    Q.   And who were the strongest
25 proponents of going forward with the 100

Page 37

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 percent rule?
3    A.   Gene Gregory.
4    Q.   Were any of the egg producers
5 also strong proponents of the 100 percent
6 rule?
7    A.   I did not hear that directly,
8 no.
9    Q.   Why -- scratch that.
10       Do you recall other producers
11 being opposed to the 100 percent rule?
12    A.   Several egg producers at that
13 time did voice objections. I had left in
14 2004 and they came to me for assistance in
15 developing an alternative animal welfare
16 program that did not require that they put a
17 100 percent of the production on the welfare
18 guidelines. And that was the Process
19 Verified Program that I put together.
20    Q.   While you were still at UEP, do
21 you recall some producers being opposed to
22 the 100 percent rule?
23    A.   I do.
24       - - -
25       (Exhibit Klippen-4, 1/20/03

10 (Pages 34 - 37)

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     Memo, Bates UE0331648, was marked for
3     identification.)
4          -   -   -
5 BY MR. PIZZIRUSSO:
6     Q.   I'm showing you what's been
7 marked as Klippen-4.  It's Bates number
8 UE0331648.  And it appears to be a memo to
9 the UEP Animal Welfare Committee from Garth
10 Sparboe.  Have you ever seen this document
11 before?
12     A.   I have not.
13     Q.   In the document there's a list
14 of 12 producers who have requested
15 reconsideration of the 100 percent rule.  Do
16 you -- I'm sorry.  Well, it says actually,
17 "Request for Reconsideration - UEP Animal
18 Welfare Husbandry Guidelines."  Are these
19 producers with whom you are familiar, these
20 12?
21     A.   I am.
22     Q.   Do you know if these producers
23 were opposed to the 100 percent rule?
24     A.   Yes.
25     Q.   And you know that they were, is

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 that your answer, or are you just -- let me
3 clarify.
4          You were saying to your
5 knowledge these producers were opposed to the
6 100 percent rule?
7     A.   I know of one producer that was
8 opposed to the 100 percent rule.
9     Q.   Who is that producer?
10     A.   That's Sparboe Farms.
11          MS. LEVINE:  I'm going to object
12     as this document being an incomplete
13     document, Sparboe-4.  There is an
14     attachment.  Sorry.  Klippen-4.
15          -   -   -
16     (Exhibit Klippen-5, 1/11/03
17     Memorandum, Bates UE0331649 -
18     UE0331651, was marked for
19     identification.)
20          -   -   -
21 BY MR. PIZZIRUSSO:
22     Q.   I'm handing you a copy of
23 what's been marked as Klippen-5, UE0331649 to
24 651.  Have you ever seen this document
25 before?

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     A.   I have not.
3     Q.   Were you considered part of UEP
4 management when you were in D.C.?
5     A.   Yes, I was.
6     Q.   So even though this was
7 directed to UEP management, you don't believe
8 you would have seen this?
9     A.   Correct.  I was vice president
10 and executive director of government
11 relations, so my responsibilities within UEP
12 were confined, if you will, to government
13 relations activities in Washington, D.C.
14     Q.   Sure.  I want to draw your
15 attention down to the -- on the first page,
16 it says Problem Number 1:  "The 100% Rule."
17 Do you see that?
18     A.   I do.
19     Q.   And it says, "This problem is
20 particularly troublesome to us for two
21 reasons.
22          "1.  The marketing/economic
23 perspectives involved, and,
24          "2.  Procedurally, how it was
25 adopted."

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2          Do you recall those concerns
3 being raised to UEP around this time in 2003?
4     A.   I do not.
5     Q.   The last sentence of the next
6 paragraph, it says, "True, prices may rise in
7 the short term as flock sizes are decreased."
8          Do you see that?
9     A.   I do.
10     Q.   Do you recall that prices
11 increasing as flock sizes being decreased
12 being part of the discussions at UEP around
13 this time?
14     A.   No, I was not involved.
15     Q.   The next paragraph says,
16 "Second (regarding the procedures used for
17 adoption), in January 2002, the UEP Board
18 debated implementation of the proposed
19 guidelines.  Agreement could not be reached
20 on the 100% rule.  Much discussion took place
21 as to how or whether producers would seek to
22 re-price accounts based upon increased cost
23 of production.
24          "A motion was made at the
25 January 2002 meeting, and approved, that

Page 42

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  prior to initiation of the guidelines,
3  producers would survey customers. This
4  survey was to take place between then
5  (January 2002) and October 2002. This
6  survey, we hoped, would ascertain approximate
7  percentages of customers requiring an Animal
8  Welfare program."
9         Do you recall that this survey
10 was to take place?
11     A.    No.
12     Q.    And then it says, "However, in
13 April 2002, via conference call, the Board
14 evidently overrode the motion and advised by
15 faxed memo UEP members of 100% compliance
16 with cage space recommendations as going into
17 effect immediately."
18        Do you recall that issue coming
19 up?
20     A.    No.
21     Q.    Were you on the board of UEP?
22     A.    No.
23     Q.    If you turn to page 3, it says,
24 "MISCELLANEOUS CONSIDERATIONS." At the
25 bottom of that, it says, "Those companies

Page 43

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  frozen out of the process by the 100% rule
3  and the commingling/no substitution rule need
4  to seek compromise with the UEP program.
5  Perhaps the future viability of these
6  companies will dictate creation of an
7  alternative, mutually supported program with
8  modifications to allow these organizations to
9  proactively offer welfare alternatives."
10       Do you recall that alternative
11 program being discussed in UEP around this
12 time?
13     A.    No.
14     Q.    Are you surprised to see that
15 in 2003 there were companies talking about an
16 alternative to the program?
17        MR. MCKENNEY:  Objection to
18 form.
19        THE WITNESS:  No.
20 BY MR. PIZZIRUSSO:
21     Q.    Why doesn't that surprise you?
22     A.    I've been in the egg industry a
23 long time. I know the players. I know the
24 people. I know their philosophical
25 viewpoints. And to have that kind of control

Page 44

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  would be troubling if I were at one of those
3  egg producers.
4     Q.    What do you mean by "that kind
5  of control"?
6     A.    The control of requiring that
7  you had to put a 100 percent of your flock
8  under a program that you didn't have
9  customers requiring.
10     Q.    And do you know if the 100
11 percent rule was ever reconsidered by UEP
12 during that time?
13     A.    If it was, I was not privy to
14 that conversation. It was probably done in
15 committee and then perhaps in executive. I
16 attended many of the board meetings when I
17 was to deliver presentations on certain
18 legislation or regulations, but they
19 oftentimes would have meetings for animal
20 welfare separate from the government
21 relations committee meeting concurrently so I
22 was not privy to any discussions.
23     Q.    Were you -- did you ever raise
24 concern at a board meeting about the 100
25 percent rule yourself?

Page 45

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     A.    I did not.
3     Q.    I think you said earlier,
4  though, that you did express concerns about
5  it to --
6     A.    Gene Gregory.
7     Q.    -- to Gene Gregory directly?
8     A.    Correct.
9            - - -
10        (Exhibit Klippen-6, 11/13/03
11        Fax, Bates NL01199471 - NL0119473, was
12        marked for identification.)
13            - - -
14 BY MR. PIZZIRUSSO:
15     Q.    I'm showing you what's been
16 marked as Klippen-6. It's also Gregory
17 Exhibit 48 dated NL -- I'm sorry, Bates
18 NL01199471 to 473. It appears to be a letter
19 sent to Irving Isaacson on November 5, 2003,
20 from John Mueller, legal counsel at Sparboe.
21        You were still at UEP in
22 November of 2003. Correct?
23        MR. MCKENNEY:  Objection. Form.
24        THE WITNESS:  That's correct.
25 BY MR. PIZZIRUSSO:

12 (Pages 42 - 45)

Page 46

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1
2    Q.   Have you ever seen this letter
3  before?
4    A.   I have not.
5    Q.   Are you aware of this letter
6  having been sent to UEP?
7    A.   No.
8         MR. HUTCHINSON:  Objection to
9    the extent that that calls for
10   privileged communications.
11 BY MR. PIZZIRUSSO:
12   Q.   Referring to the second
13 paragraph in this letter, it says, "First,
14 please know that the Capper-Volstead
15 Certification form you wanted us to sign will
16 be signed and returned soon."
17        Do you know what that is
18 referring to?
19        MR. MCKENNEY:  Objection.  Form.
20   Lacks foundation.  Calls for
21   speculation.
22        MR. HUTCHINSON:  I'll object to
23   the extent that that question asks the
24   witness to respond with privileged
25   communications that he received from

Page 47

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1
2    myself or other counsel for Sparboe
3    Farms.  I instruct the witness not to
4    reveal any such communications.
5  BY MR. PIZZIRUSSO:
6    Q.   Do you know what that's
7  referring to?
8         MR. MCKENNEY:  Same objections.
9         THE WITNESS:  Could you restate
10   the question?
11 BY MR. PIZZIRUSSO:
12   Q.   Sure.  The second paragraph
13 says, "...please know that the
14 Capper-Volstead Certification form you wanted
15 us to sign will be signed and returned soon."
16        Do you know what that is
17 referring to?
18        MR. MCKENNEY:  Objection.
19 BY MR. PIZZIRUSSO:
20   Q.   The Capper-Volstead
21 certification form.
22        MR. MCKENNEY:  Objection.  Form.
23   Lacks foundation.  Calls for
24   speculation.
25        MR. HUTCHINSON:  Same objection

Page 48

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1
2    on privilege and same cautionary to
3    the witness.
4         THE WITNESS:  No.
5  BY MR. PIZZIRUSSO:
6    Q.   Do you know what Capper-Volstead
7  is?
8    A.   I do.
9         MR. MCKENNEY:  Objection.  Form.
10 BY MR. PIZZIRUSSO:
11   Q.   What's your understanding of
12 what Capper-Volstead is?
13        MR. MCKENNEY:  Objection.  Form.
14   Calls for a legal conclusion.
15        MR. HUTCHINSON:  I'll object on
16   privilege grounds, again, and remind
17   the witness not to reveal any
18   communications from either myself or
19   other counsel for Sparboe Farms.
20        THE WITNESS:  I went to work for
21   United Egg Producers in 1982 knowing
22   fully well that it was a
23   Capper-Volstead cooperative which
24   allows the members of that
25   Capper-Volstead cooperative to discuss

Page 49

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1
2    pricing they could not discuss outside
3    of that Capper-Volstead arrangement.
4    This is not a trade association.  This
5    is a marketing cooperative.  Trade
6    associations cannot do that.
7  BY MR. PIZZIRUSSO:
8    Q.   Were you aware of any members
9  of UEP raising concerns about the
10 Capper-Volstead status of UEP?
11   A.   No.
12   Q.   The next paragraph says,
13 "Second, I visited with you and/or Al Pope
14 about seeing some indicia of proof that
15 United Egg Producers...is, and remains, a
16 viable agricultural cooperative association.
17 The information you have requested we sign
18 and return via the 'Capper-Volstead
19 Certification' form, will go a long ways
20 towards that end.  However, I am wondering
21 how the associate or allied memberships auger
22 into all of this?  Could you please provide
23 me your opinion on that matter."
24        Do you recall any other
25 concerns being raised about the allied or

13 (Pages 46 - 49)

Page 50

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  associate memberships of UEP and how that
3  could impact Capper --
4        MR. MCKENNEY: Objection. Form.
5  Lacks foundation.
6        MR. PIZZIRUSSO: Can you let me
7  finish the question before you object,
8  please?
9        MR. MCKENNEY: I thought you
10  were finished. Go ahead.
11        MR. PIZZIRUSSO: Thank you.
12  BY MR. PIZZIRUSSO:
13    Q.    Do you recall any other
14  concerns being raised about allied or
15  associate members and how that could impact
16  Capper-Volstead status?
17        MR. MCKENNEY: Objection. Form.
18  Lacks foundation. Calls for
19  speculation.
20        THE WITNESS: I'm familiar with
21  the law firm of Brann & Isaacson and I
22  knew Irving Isaacson personally for
23  many years.
24        MS. LEVINE: I'm just going to
25  object to Mr. Klippen, who was a UEP

Page 51

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  employee and, I think, officer at that
3  time, of revealing any privileged
4  communications with the law firm of
5  Brann & Isaacson.
6        THE WITNESS: And Mr. Isaacson
7  was very cautious in assuring that the
8  steps that United Egg Producers took
9  was always consistent with the laws
10  governing the Capper-Volstead
11  cooperatives. The allied members and
12  the associate members could not vote
13  in discussions if any pricing was
14  brought up during the meetings.
15  BY MR. PIZZIRUSSO:
16    Q.    I want to direct your attention
17  to the next paragraph. It says, "As we have
18  relayed from time-to-time to the UEP
19  executive staff, the 'hidden agenda' of the
20  Animal Welfare Program is concerning to us.
21  In short, we believe if not carried forward
22  properly a strong case could be made that the
23  Animal Welfare Program is, in essence, a
24  program being offered by our trade
25  association and its members to reduce outputs

Page 52

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  in an effort to increase prices. Naturally,
3  that strikes as price fixing and, we have
4  concerns about future claims of this sort
5  being made against the association and its
6  members. I would appreciate you responding
7  to how, if at all, the UEP has prepared
8  itself to defend those prospects."
9        Were the hidden -- was the
10  hidden agenda of the animal welfare program
11  ever raised directly to you?
12    A.    No.
13        MS. LEVINE: Object to the form
14  of the question. Lacks foundation.
15  BY MR. PIZZIRUSSO:
16    Q.    Were you aware that Sparboe had
17  raised concerns of price fixing with the
18  program to UEP?
19    A.    Not at this time.
20    Q.    You became aware of that later?
21        MR. HUTCHINSON: I'm going to
22  object to the extent it calls for
23  privileged communications. Any
24  information that you received from
25  either myself or other counsel for

Page 53

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  Sparboe Farms, I will instruct you not
3  to disclose that information today.
4  BY MR. PIZZIRUSSO:
5    Q.    Can you answer that question?
6    A.    I can.
7    Q.    Okay.
8    A.    It's in the Humane Society of
9  the United States' Web site, an article
10  written by Wayne Pacelle in 2010 where he did
11  reference the objections by Sparboe. That's
12  the only time I've seen it.
13    Q.    If you go to the next
14  paragraph, it says, Additionally, we feel
15  that, ultimately, the UEP mandate (it truly
16  is not voluntary) of a 100 percent -- of a
17  100 percent participation in the production
18  of standards to the Animal Welfare Program
19  may be tantamount to an unfair trade
20  practice. Although we've requested
21  reconsideration of the rules in the past,
22  we've never asked for a firm written response
23  from UEP as to why it will not consider the
24  100 percent cage space compliance rule of the
25  Animal Welfare Certification Program.

14 (Pages 50 - 53)

Page 54

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1       Were you aware of these
2  concerns being raised by Sparboe to the UEP?
3     A.   No, not at this time.
4     Q.   But you knew that Sparboe was
5  opposed to the 100 percent rule and sought
6  reconsideration.  Correct?
7     A.   I was in meetings where Garth
8  Sparboe expressed it, and that's how I knew.
9     Q.   You, yourself, had also
10  expressed concerns about the 100 percent
11  rule?
12     A.   Only to Gene Gregory.
13     Q.   Did you have any concerns about
14  the 100 percent rule being an unfair trade
15  practice?
16     A.   I did not express that.
17     Q.   But you had those concerns
18  internally?
19     A.   My concerns focused more on the
20  role that we were trying to provide a service
21  to the industry as opposed to mandating
22  compliance.  I didn't classify it as unfair
23  trade practice.  I classified it as something
24  that I found objectionable that an

Page 55

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1  association or a group would demand of its
2  membership.
3     Q.   Did you believe that others
4  might find it objectionable on the unfair
5  trade practices or antitrust grounds?
6       MR. MCKENNEY:  Objection.
7     Speculation.  Calls for legal
8     conclusion.
9       THE WITNESS:  I couldn't answer
10     that.  I don't know.
11  BY MR. PIZZIRUSSO:
12     Q.   Going to the next page, the
13  next paragraph, it says, Irving, we have
14  concerns that the Animal Welfare
15  Certification Program will cause smaller egg
16  producers to go under.  They, either
17  individually or collectively -- they, either
18  individually or collectively, will seek some
19  redress.  Plaintiff's attorneys will ask them
20  to tell their story.  Their story will be
21  that their own trade association put them out
22  of business.  Whether or not that ultimately
23  is true, remains to be seen, but that is the
24  story they will tell.  The question will be

Page 56

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1  asked:  "Why would they do that?"  "Who is to
2  benefit from this?"  The answer is that the
3  "big players" (of which Sparboe would be
4  considered one) control, politically, UEP and
5  they are greedy corporate farming money
6  grubbing SOBs.  Justice departments will be
7  alerted.  Attorney General watchdog groups
8  will be alerted, et cetera.  Investigations
9  may be launched stating that criminal
10  activity is afoot and that these people are
11  conspiring to fix prices.  Civilly,
12  Plaintiff's lawyers will tell these smaller
13  producers that these folks owe you money,
14  treble damages will be available in some
15  states and let's sue these folks and see what
16  happens.  Your response to these concerns,
17  please.
18       Were these types of concerns
19  raised to you while you were at UEP?
20     A.   No.
21     Q.   Were you aware that Sparboe had
22  these concerns?
23     A.   Not to this extent.
24     Q.   So UEP didn't take this letter

Page 57

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1  and send it to all its members and say, hey,
2  Sparboe is suggesting this might be price
3  fixing.  Is that right?
4       MR. MCKENNEY:  Objection.  Form.
5       THE WITNESS:  I am not aware
6     that this was ever -- I had never saw
7     this letter, I have never -- so I
8     could not say whether it was sent or
9     not.
10  BY MR. PIZZIRUSSO:
11     Q.   Going down to the next
12  paragraph, it says, "Another scenario could
13  be consumers, led by goodness, who knows yet
14  what (if our Animal Welfare program is not
15  consumer driving, the program is bound to
16  fail) these consumer groups will say, 'UEP,
17  this smells funny.'  You got together with
18  your members and 'voluntarily agreed' to
19  reduce outputs by 20%. - 'We know what you
20  are up to and why.'"
21       Were you aware of these
22  concerns?
23     A.   No.
24     Q.   And then the next paragraph,

15 (Pages 54 - 57)

Page 58

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  "Naturally, you get the message. We are
3  concerned about taking affirmative steps to
4  be participating in a 'conspiracy' (even
5  arguably) to such an extent that legal
6  liabilities will attach to the association
7  and/or its members.
8       "Finally, Irving, we are
9  concerned that yourself or a reputably
10 retained law firm and/or our justice
11 department or all three, have not taken steps
12 to reassure us members that the agricultural
13 cooperative status still attaches to the UEP
14 trade association and that the Animal Welfare
15 initiatives there under have been scrutinized
16 by concerned parties from a thoroughly legal
17 perspective. I would appreciate your written
18 response as to what, if any, steps have been
19 taken in this regard as well."
20      Do you know if the cooperative
21 status of UEP was thoroughly scrutinized
22 after this letter?
23      MR. MCKENNEY: Objection to
24   form.
25      MS. LEVINE: Asked and answered.

Page 59

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2       THE WITNESS: I do not.
3  BY MR. PIZZIRUSSO:
4    Q.  Does it trouble you that
5  Sparboe raised these concerns and yet you
6  were never made aware of them yourself?
7    A.  Yes.
8       - - -
9       (Exhibit Klippen-7, 5/27/05
10   Letter, Bates SF000171 - SF000174, was
11   marked for identification.)
12      - - -
13 BY MR. PIZZIRUSSO:
14   Q.  I'm handing you what's been
15 marked as Klippen-7. This is a group of
16 documents. And this is how they were
17 produced to us. But it looks like as of --
18 on May -- first let's just -- let's start
19 with the first page. May 2005 -- I'm sorry,
20 you know what, I'm going to back up and go to
21 another document first.
22      - - -
23      (Exhibit Klippen-8, 12/1/03
24   Memo, Bates NL002449 & NL002450, was
25   marked for identification.)

Page 60

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2       - - -
3  BY MR. PIZZIRUSSO:
4    Q.  I'm showing you what's been
5  marked Klippen-8. This appears to be --
6  first, sorry, Bates NL002449 to 50. This
7  appears to be a memo to the UEP board from Al
8  Pope.
9       Now, I think you said you were
10 not on the UEP board as of this date,
11 December 1, 2003. Is that right?
12   A.  No staff member was on the UEP
13 board. The UEP board is made up of actual
14 egg producers, egg farmers. We were staff
15 members. Occasionally I would be in a board
16 meeting, but when it dealt with animal
17 welfare, I was not.
18   Q.  So you don't recall seeing this
19 memo, then?
20   A.  I do not recall reading this,
21 no.
22   Q.  So in this letter he says he's
23 attaching the letter from Sparboe to Irv
24 Isaacson. And he has a couple of responses
25 to that. On the second page, he says,

Page 61

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  "Regional Trade Association Being Formed -
3  Led by Sparboe company officials, a new
4  association is being formed. As outlined, it
5  will duplicate many activities presently
6  being done by UEP and its Board. This is
7  being done at the time of our greatest
8  industry unity ever."
9       Do you know what he's referring
10 to there?
11   A.  I do not.
12   Q.  So are you aware of Sparboe
13 ever having formed a separate regional trade
14 association?
15   A.  No.
16   Q.  As a UEP staff member, you
17 didn't receive this memo. Is that right?
18   A.  I do not recall receiving this
19 particular memo, no. It was a practice that
20 both offices, I headed up the office in
21 Washington, D.C., Al Pope was the president,
22 Gene Gregory was the vice president in
23 Atlanta. We would share correspondence like
24 this. I do not recall seeing this particular
25 memo.

16 (Pages 58 - 61)

Page 62

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     - - -
3     (Exhibit Klippen-9, 12/5/03
4     Letter, Bates MFI0001880 & MFI0001881,
5     was marked for identification.)
6     - - -
7 BY MR. PIZZIRUSSO:
8     Q.   I'm showing you what's been
9 marked as Klippen-9. It appears to be a
10 letter sent to UEP members with a
11 Capper-Volstead certification. Do you recall
12 seeing this document?
13     A.   No.
14     Q.   Do you know if there were ever
15 any results formulated from this survey?
16     MR. MCKENNEY: Objection to
17     form. Lacks foundation. Calls for
18     speculation.
19     THE WITNESS: I do not know of
20     any.
21 BY MR. PIZZIRUSSO:
22     Q.   Do you know of any companies
23 who are members of Sparboe that would have to
24 check no on this certification because more
25 than 50 percent of their eggs would have been

Page 63

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 handled -- I'm sorry, strike that.
3     Do you know of any companies
4 that would have had to check no in response
5 to this question?
6     MR. MCKENNEY: Objection to
7     form.
8     MR. HUTCHINSON: Objection to
9     form. Misstates the document.
10     MR. MCKENNEY: Lacks foundation.
11     Calls for speculation.
12     MR. HUTCHINSON: I think you
13     misstated your question. Just read
14     what you asked, you asked if anyone
15     was members of Sparboe.
16     MR. PIZZIRUSSO: You're right,
17     thank you.
18 BY MR. PIZZIRUSSO:
19     Q.   Do you know if any members of
20 UEP would not have been able to answer this
21 question --
22     MR. MCKENNEY: Objection to
23     form.
24 BY MR. PIZZIRUSSO:
25     Q.   -- by yes?

Page 64

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     MR. MCKENNEY: Lacks foundation.
3     Calls for speculation.
4     THE WITNESS: I don't recall
5     any.
6 BY MR. PIZZIRUSSO:
7     Q.   Are you aware of Michael Foods
8 buying more eggs than were handled internally
9 by its own company?
10     MS. ANDERSON: Object to the
11     form of the question.
12     THE WITNESS: I do not.
13 BY MR. PIZZIRUSSO:
14     Q.   Let's go back to Klippen-7.
15 Now, it looks like in May 2005 Sparboe --
16 looking at the first document, sorry,
17 SF 00171 to 174, looking at the first
18 document, it looks like they terminated their
19 participation with the United States Egg
20 Marketers. Do you know who United States Egg
21 Marketers is?
22     A.   I do.
23     Q.   What do you know about them?
24     A.   They were a separate
25 Capper-Volstead cooperative located in the

Page 65

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 Atlanta area apart from UEP for many years.
3 And obviously at this time, of course, I had
4 left United Egg Producers in 2004, that UEP
5 had incorporated USEM into their framework.
6     Q.   And then if you look at the
7 next page, SF 00172, it looks like in this
8 document Sparboe is resigning from the Animal
9 Care Certified Program. Do you know if when
10 they resigned, that Sparboe stayed a member
11 of UEP?
12     A.   I do know that Sparboe withdrew
13 its membership, but then rejoined in 2012, I
14 believe it was.
15     Q.   And then if you look at the
16 next page, this is how it was produced to us
17 even though it's incomplete, it says at the
18 bottom of page 2, Gene sends an e-mail to
19 Greg Pearce at CEMA, C-E-M-A. Do you know
20 who CEMA is?
21     A.   I do.
22     Q.   Who are they?
23     A.   It's a Canadian group that
24 administers egg sales.
25     Q.   It appears that he's saying

17 (Pages 62 - 65)

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 Sparboe is no longer an Animal Care Certified
3 Program.  Do you recall there being any
4 discussion about contacting Sparboe customers
5 to tell them that Sparboe was no longer on
6 the Animal Care Certified Program at UEP?
7    A.   I do.
8    Q.   And what's your recollection of
9 that discussion?
10       MR. HUTCHINSON:  I'll object to
11    the extent that it calls for
12    privileged communications and again
13    instruct the witness not to reveal any
14    communications from either myself or
15    other counsel for Sparboe Farms.
16 BY MR. PIZZIRUSSO:
17    Q.   Can you answer the question
18 without revealing such information?  First
19 let me ask you, do you feel like you have
20 privileged communication from an attorney at
21 Sparboe or Troy Hutchinson about this issue?
22    A.   In this particular case, yes.
23 So I decline to respond to that.
24    Q.   Turning to the next page, there
25 is a letter from Gene Gregory to Beth Schnell

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 dated June 21, 2005, SF000174.  And looking
3 at the second paragraph, Gene says in
4 response to Beth Schnell's letter resigning
5 from the United States Marketing -- Egg
6 Marketers, "We are certainly sorry that you
7 feel you can no longer be supportive of a
8 cooperative effort by producers to
9 occasionally improve domestic supply demand
10 conditions with an export."
11       Are you aware that one of the
12 purposes of United States Egg Marketers'
13 exports was to improve domestic supply
14 conditions?
15       MS. LEVINE:  Object to the form
16    of the question.
17       THE WITNESS:  Yes.
18 BY MR. PIZZIRUSSO:
19    Q.   And what's your knowledge of
20 that?
21       MR. HUTCHINSON:  Remind the
22    witness not to reveal any privileged
23    communications.
24       THE WITNESS:  There's an
25    understanding that I need to go

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    through to help all the people in this
3    room understand that we're dealing
4    with a biological entity, the chicken.
5    It doesn't produce the same number of
6    eggs throughout its laying cycle.
7    There's times when there's surplus
8    periods and there's times when there's
9    deficit periods.  When there's a
10    surplus period which is typically they
11    build surpluses in anticipation of the
12    Easter sale period, because they want
13    to be able to meet the demand, but
14    immediately after Easter, they have an
15    oversupply situation so they look for
16    additional places to distribute those
17    eggs, to sell those eggs.  Oftentimes
18    there would be opportunities to sell
19    those eggs to foreign countries.  And
20    that was the role that U.S. Egg
21    Marketers would play.  They would help
22    move that oversupply situation into
23    another country, and it was to balance
24    the supply/demand ratio.
25 BY MR. PIZZIRUSSO:

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    Q.   Do you know if that was ever
3 done at a lower price than those eggs could
4 be sold domestically?
5       MR. MCKENNEY:  Objection.  Form.
6       THE WITNESS:  I was never
7    involved in the operations of USEM.
8 BY MR. PIZZIRUSSO:
9    Q.   I think we need to take a
10 break.
11    A.   Can I clarify that?
12    Q.   Yes, please.
13    A.   This was in the early 1980s,
14 there was an opportunity where an export
15 order was offered to United Egg Producers,
16 and I assisted in moving those eggs.  It was
17 a small order, but that's the only time that
18 I was involved in moving those eggs.  I was
19 just helping to coordinate those who had
20 surplus eggs that they could bring to a
21 common location and they could be exported.
22 So I was involved at that one time.  And that
23 was through a trade broker.
24       MR. PIZZIRUSSO:  I think we need
25    to change tapes.

18 (Pages 66 - 69)

Page 70

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1       KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2         VIDEOGRAPHER:  Going off the
3  record.  11:16 a.m.  This is the end
4  of tape number one.
5         - - -
6         (A recess was taken.)
7         - - -
8         VIDEOGRAPHER:  We are on the
9  record.  11:26 a.m.  This is the
10 beginning of tape number two.
11        - - -
12        (Exhibit Klippen-10, E-mail
13 chain, Bates UE0461743, was marked for
14 identification.)
15        - - -
16 BY MR. PIZZIRUSSO:
17     Q.  And so at some point I think
18 you said 2004 maybe you left UEP and started
19 Klippen & Associates.  Is that right?
20     A.  Correct.
21     Q.  Why did you leave UEP?
22     A.  I could see the differences
23 philosophically between some staff members in
24 Atlanta, myself, as it relates to its Animal
25 Welfare Program.  As I mentioned, I'm a

Page 71

1       KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  specialist in animal welfare, and I was just
3  not ready to continue with the cooperative.
4      Q.  What were some of the
5  philosophical differences that you saw?
6      A.  The 100 percent rule that was
7  coming was troublesome to me.  I also wanted
8  to focus on my job and I felt like I was
9  being distracted by some of the differences
10 that we had in viewpoints as it related to
11 requiring industry members to participate in
12 something that they didn't necessarily want
13 to participate in.
14     Q.  I'm going to direct your
15 attention now to Klippen-10, it's Bates
16 UE0461743, e-mail dated, the initial,
17 Thursday, March 16, 2006, from Linda Reickard
18 to Gene, and she says, "You probably...know
19 this, but Gary Bartness told me yesterday
20 that non-ACC eggs can hardly be given away
21 right now."
22       Skipping ahead, "He asked if
23 Sparboe would be getting back in the program
24 & indicated they are the ones practically
25 giving their eggs away."

Page 72

1       KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2        Gene responds to Linda at the
3  top, "Linda, Yes I knew non-ACC eggs were
4  selling at discounts and having trouble
5  finding a home when surplus.  It is
6  especially noticeable during holiday periods
7  such as Easter, Thanksgiving and Christmas.
8  As far as Sparboe, I think they have too much
9  pride to come back.  They are in fact working
10 through Ken Klippen in D.C. trying to
11 disparage the UEP programs."
12       Do you know what he is
13 referring to here?
14     A.  I do.  In 19 -- excuse me.
15       In 2006, I had several egg
16 companies come to me and ask that we develop
17 an alternative animal welfare program.  The
18 intent of the animal welfare program was not
19 to disparage, but just to create a little
20 competition so that companies that were
21 non-ACC or UEP certified could actually offer
22 their eggs as being under an animal welfare
23 program that had some substance to it.  And
24 that's why -- again, I'll emphasize that the
25 intent was not to disparage any program.  It

Page 73

1       KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  was to offer an alternative.
3      Q.  So when Gene Gregory says that
4  you were disparaging the program, or UEP,
5  what would your response to that be?
6        MS. LEVINE:  Object to the form.
7  Calls for speculation.
8        THE WITNESS:  I don't have any
9  idea what Gene is talking about, but I
10 can tell you directly that I did not
11 intend to disparage UEP.
12       - - -
13       (Exhibit Klippen-11, E-mail
14 chain, Bates UE0946434 - UE0946445,
15 was marked for identification.)
16       - - -
17 BY MR. PIZZIRUSSO:
18     Q.  I'm showing you now what's been
19 marked as Klippen-11.  If you turn to page 2
20 of this document, there at the bottom there
21 is an e-mail from you.  "The Egg Newsletter
22 October 16, 2006."
23       Do you see that?
24     A.  Uh-huh.
25     Q.  I'm sorry, and this document is

19 (Pages 70 - 73)

Page 74

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 UE0946434 to 45.
3         Did you write this egg
4 newsletter?
5     A.   I did.
6     Q.   And was this the first one of
7 these that you sent out, do you recall?
8     A.   As close to one of the first,
9 yes.
10     Q.   And on page 2 the first bullet
11 point says, "In This Issue • Industry Meeting
12 on New Direction."
13         Do you see that?
14     A.   I do.
15     Q.   If you turn to the bottom of
16 page 3, it says, "29% of Egg Industry
17 Interested in New Direction." Could you
18 explain what was happening at this time?
19     A.   Yes, I can. Again, that was
20 not a disparagement, it was a number of egg
21 industry companies came to me, indicated that
22 they were not happy with the direction UEP
23 was going. I offered to set up a meeting in
24 Chicago where we can simply have an open
25 forum to discuss the matter. And if you

Page 75

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 notice, I actually provide the purpose in
3 that document for that meeting.
4     Q.   And what was that?
5     A.   That egg industry leaders who
6 see the need to discuss the direction the egg
7 industry is being led and to see if there are
8 other options available.
9     Q.   If you look on page 4 of this
10 document, the second full paragraph down
11 says, You recall that initially, the
12 development of scientifically-supportable
13 guidelines by UEP has served to position a
14 united front that both producer and retailer
15 can position themselves in defense of their
16 position on production standards, but that
17 defense has suffered with the repeated
18 attacks by animal rights groups in the media,
19 successes scored by the animal rights groups
20 with the Better Business Bureau, the Federal
21 Trade Commission and the Attorneys General in
22 16 States. The program logo has now been
23 forced to change from Animal Care Certified
24 to UE -- United Egg Producers Certified, and
25 now the $100,000 fine amplifies that any logo

Page 76

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 behind a program that continues caged layers,
3 force molts -- force molts hens, or beak
4 trims will not be acceptable.
5         What did you mean by that?
6     A.   That the UEP Certified Program
7 was suffering because it had been disparaged,
8 not by me personally, I'll repeat that, but
9 that there were groups that were attacking
10 it. It was initially animal care certified,
11 and we did have meetings with the Federal
12 Trade Commission in Washington, D.C. I was
13 familiar with the Attorneys General in a
14 number of states that were objecting to the
15 program as providing animal care. And it was
16 an opportunity for industry leaders to see if
17 there were alternative opportunities
18 available apart from UEP.
19     Q.   And moving down to the next
20 paragraph, the third sentence, you write,
21 "The UEP Animal Welfare Committee sought 100%
22 compliance by any participants under the
23 pretense this would signal a higher degree of
24 'welfare' and it was the 'right thing to
25 do.'"

Page 77

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2         What did you mean by
3 "pretense"?
4     A.   Well, the thinking behind the
5 100 percent rule was that if it was animal
6 care, then everybody should have 100 percent
7 of their production on it. My view was that
8 the Animal Care Program or whatever program,
9 animal welfare program that was in place
10 again would be left to the individual company
11 to decide and not an industry through a
12 program such as this that mandated 100
13 percent.
14     Q.   But if it was pretense that it
15 would signal a higher degree of welfare and
16 was the right thing to do, what do you think
17 was the true reason?
18      MS. LEVINE: Object to the form.
19     Asked and answered.
20      THE WITNESS: There was a term
21 that was used at that time quite
22 extensively as this is the right thing
23 to do. And that's how unity was
24 developed within the industry to
25 support this program, yet I was in

Page 78

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     conversation with a number of egg
3     farmers that did not feel that they
4     wanted to be a part of that program
5     but felt like they had no choice.
6     That was pretense.
7 BY MR. PIZZIRUSSO:
8    Q.   Now, the rest of this paragraph
9 says, "The voluntary nature of the program's
10 initial development was eroding away.
11 Breakers with in-line production had
12 customers asking for the program, but the
13 Certified Program mandated 100% of the
14 production to participate even though the
15 breakers did not have 100% of their customer
16 base demanding it. The Certified Program
17 evolved into a marketing structure dictating
18 how and to whom UEP members marketed their
19 product."
20     What did you mean by "a
21 marketing structure"?
22    A.   The egg breakers are a segment
23 of the industry that sells liquid to bakeries
24 or institutional customers. They were not
25 asking for welfare guidelines behind the

Page 79

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 production of those eggs. And yet in order
3 for these breakers to participate in the UEP
4 Certified Program, they had to put 100
5 percent of the production on that. They did
6 not have a customer base requiring it. If
7 those breakers were purchasing those eggs,
8 they were paying a higher price for those
9 eggs because that had the welfare guidelines
10 behind them. And they were basically being
11 pushed in that direction. And I knew from
12 personal conversations that some did not want
13 to do that.
14    Q.   On the next page, you said at
15 the first full paragraph, "Any welfare
16 program should be customer-driven." Were you
17 aware of any customers who were suggesting
18 that 100 percent of all of a producer's eggs
19 had to be on the program even if the producer
20 had other customers that didn't want those
21 eggs?
22     MR. MCKENNEY: Objection to
23    form. Lacks foundation. Calls for
24    speculation.
25     THE WITNESS: McDonald's and

Page 80

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     Burger King were the only two
3     customers, chain restaurants that were
4     requiring that all the eggs sold to
5     them -- excuse me, McDonald's was 100
6     percent. Burger King was a percentage
7     of the eggs.
8 BY MR. PIZZIRUSSO:
9    Q.   But they weren't saying even
10 the eggs that you don't sell to us, you still
11 need to sell them under our program. Isn't
12 that right?
13     MR. MCKENNEY: Objection to
14    form. Leading. Lacks foundation.
15    Calls for speculation.
16     THE WITNESS: I don't know the
17    answer to that.
18 BY MR. PIZZIRUSSO:
19    Q.   Do you know if FMI made the
20 demand that 100 percent of a producer's eggs
21 had to be on any animal welfare program?
22     MR. MCKENNEY: Objection. Lacks
23    foundation. Calls for speculation.
24     THE WITNESS: I do not know.
25 BY MR. PIZZIRUSSO:

Page 81

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    Q.   Do you know if NCCR made the
3 demand that 100 percent of a producer's eggs
4 had to be on an animal welfare program?
5    A.   I do not know.
6     MR. MCKENNEY: Objection. Lacks
7    foundation. Calls for speculation.
8 BY MR. PIZZIRUSSO:
9    Q.   If you skip back to page 2 of
10 this e-mail, Duane M. sends it to Chad
11 Gregory. Do you know who Duane M. is?
12    A.   I do not.
13    Q.   And then it looks like Chad
14 sends it to Al Pope going up the chain. And
15 then turning to page 1, Al Pope sends it
16 to -- sends an e-mail to Howard Magwire and
17 Randy Green and Mike McLeod and Don McNamara
18 and Linda. Do you know who these people are?
19    A.   I do.
20    Q.   Who are they?
21    A.   When I was working in the
22 Washington office, it was Mike McLeod's
23 office. McLeod, Watkinson & Miller is the
24 law firm. It's on Massachusetts Avenue,
25 Washington, D.C. Randy Green worked in that

21 (Pages 78 - 81)

Page 82

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 office, worked with me on issues. Howard
3 Magwire replaced me when I left in 2004. Don
4 McNamara was with the Egg Nutrition Center.
5 I believe that's the names that you asked.
6        Q.    And Al Pope says, "Ken is
7 representing Sparboe and is going to any
8 lengths to discredit UEP and obviously its
9 Board and staff."
10          Were you representing Sparboe
11 at this time?
12       A.    I was not.
13       Q.    Do you feel like you were
14 trying to discredit UEP and its board and
15 staff?
16       A.    I was not.
17       Q.    Then he says, "The tactics Ken
18 is using is exactly the same as the animal
19 activists - misleading, falsehoods and
20 totally misrepresenting the issue. Not to
21 mention how divisive this is."
22          What is your reaction to that?
23       A.    Untrue.
24       Q.    "No words can express my
25 feeling of total disappointment and now

Page 83

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 madness. We will be responding to UEP
3 members this week but wanted you to be aware
4 of the situation."
5          Did you know that he responded
6 to UEP members about your request to have a
7 meeting for those who are interested?
8        A.    I do.
9        Q.    And then it looks like Mike at
10 the top of this e-mail writes back to you --
11 to "Al," the first paragraph, "Randy and I
12 are as shocked as you at the tactics that Ken
13 is employing. I can understand your feelings
14 of betrayal after all you have done for him.
15 We were really good friends with Ken and were
16 willing to cover for him in the year he was
17 out sick. We too feel betrayed."
18          Were you out sick for a year
19 and they covered for you?
20       A.    I was not. I was -- I did have
21 back surgery, so I was out for a period of
22 time, but it was not a year.
23       Q.    Then it says, "Nevertheless, we
24 must put our personal feelings aside and try
25 to maintain the high road in combating this

Page 84

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 effort to undermine UEP. We simply must face
3 the fact that Ken will say and do anything
4 possible to try to undermine and discredit
5 UEP."
6          Do you agree with that?
7        A.    I do not. That was not the
8 intent.
9        Q.    And then he says, "We must do
10 this in two ways." The first point, "By
11 reminding egg producers that UEP has been the
12 most proactive trade association in the
13 poultry industry and perhaps in all of
14 Washington in representing our producers."
15          Do you agree with that, that
16 UEP has been the most proactive trade
17 association?
18          MR. MCKENNEY: Objection. Form.
19          THE WITNESS: There are three
20       trade associations in Washington,
21       D.C., The National Turkey Federation,
22       The National Chicken Council and the
23       Washington office for United Egg
24       Producers. All three were very active
25       in working on Washington affairs. All

Page 85

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2       three developed animal welfare
3       programs. UEP was the only one that
4       required 100 percent of its members or
5       100 percent of those who were
6       participating to have 100 percent of
7       their chickens on the program.
8 BY MR. PIZZIRUSSO:
9        Q.    Point 2 he says the other way
10 that they will combat this effort is "By
11 dissecting and rebutting each falsehood and
12 criticism of UEP that Ken makes, and by
13 demonstrating that he does not have
14 credibility. Eventually people will get
15 tired of him."
16          Do you feel like you were
17 spewing falsehoods and criticisms of UEP?
18          MR. MCKENNEY: Objection to
19       form.
20          THE WITNESS: I was not.
21 BY MR. PIZZIRUSSO:
22       Q.    Were you aware of this strategy
23 that they had to combat you?
24          MS. LEVINE: Objection to form.
25          THE WITNESS: I was not aware of

22 (Pages 82 - 85)

the strategy. I did get notice of the letter that was sent around to the industry after I had initiated this meeting in Chicago.

- - -

(Exhibit Klippen-12, E-mail chain, Bates UE0808615 & UE0808616, was marked for identification.)

- - -

BY MR. PIZZIRUSSO:

Q. I am now giving you what's been marked Klippen-12, Bates UE0808615 to 16. Do you recognize these e-mails?

A. I do.

Q. And can you explain what they are?

A. It was my attempt to try to present the basis for having these discussions with egg producers. Again, as you can see by the e-mail, I clarified that there was no criticism of individuals in any of this. This was all about responding to egg farmers who had concerns expressed directly to me, and I just simply offered to





help them by hosting the meeting in Chicago.

Q. On the second page, Gene says to you, "Your newsletter...references UEP's Animal Welfare Committee meeting held last week in which you have made statements that are inaccurate and disparaging. You have also referenced the BBB decision, the settlements with FTC and the AGs without knowing the facts and have as such repeated statements made by the animal activists."

Do you say agree with that statement?

A. I do not.

Q. Did you have knowledge of the BBB decision, the settlements with the FTC and the AGs?

A. I did.

Q. And then the fourth paragraph he says, "I'm disappointed that a former UEP employee would take such actions. After having been paid well, treated fairly, and given jobs with responsibilities, I personally find it hard to believe that you would now be trying to divide the egg





industry and destroy UEP."

Do you believe you were trying to divide the egg industry and destroy UEP?

A. I was not. I will admit that I was paid well and I was given jobs with responsibility, all of that was true, but as I mention at the very onset of this e-mail, this was not a criticism of individuals. I said that's not what this is about. This was just an opportunity for farmers who were communicating with me directly for me to actually bring them together so that others can hear what they were saying.

Q. In your response in the middle you said, "What are some of the concerns? The 100% requirement for producers to participate in the UEP-certified when they don't have customers demanding this program is causing them to question it. This shouldn't be surprising as some have expressed it openly in meetings."

Who are you referring to as those that have expressed it openly in meetings?





A. There were a number of egg producers that have communicated with me or have stood up and said that they had concerns about the 100 percent rule at meetings that voiced their concerns.

Q. Can you name some of those producers? Do you recall who they are?

A. Garth Sparboe was one.

Q. Anyone else?

A. If there were others, they did not express it openly in a forum where others could hear it. They would do it confidentially or in private.

Q. When you in the next sentence say, "One producer who was on the certified program, but since has gone off of it, stated how upset he was that the program is becoming vindictive and punitive for those not on it," are you referring to Sparboe there as well?

A. Yes.

Q. Did he state why he thought it was vindictive and punitive?

A. No.

Q. It says, "Some have questioned

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  the ethics of going to customers to sell the
3  certified program." Do you know why they
4  were questioning that?
5     A.   Yes.
6     Q.   Why is that?
7     A.   The relationship between a
8  supplier and the customer is a very important
9  relationship for the association or for the
10  cooperative. To get in the middle of that
11  relationship was objectionable to many within
12  the egg industry.
13     Q.   It says, "Some have expressed
14  they have lost a voice at meetings, and when
15  they raise concerns, their objections fall
16  flat." What did you mean by that?
17     A.   That those who had spoken up
18  were embarrassed by staff at the meetings to
19  the point where they stopped speaking out.
20     Q.   And then Gene responds to you,
21  "I take it from your first sentence - In
22  your usual style you have misrepresented what
23  is happening.' And your last sentence when
24  you say - 'They aren't causing the division
25  within the industry, and neither am I' as a

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  statement that Gene Gregory is the problem."
3  Did you believe that Gene Gregory was the
4  problem?
5     A.   Yes.
6     Q.   Why is that?
7     A.   In talking with some of the egg
8  producers privately, they felt like they
9  could no longer voice their concerns because
10  Gene would embarrass them in front of
11  everybody. So they elected to speak
12  privately rather than in open forum.
13           - - -
14          (Exhibit Klippen-13, E-mail
15        chain, Bates UE0764003 & UE0764004,
16        was marked for identification.)
17           - - -
18  BY MR. PIZZIRUSSO:
19     Q.   I'm handing you what's been
20  marked as Klippen-13, UE0764003 to 04, e-mail
21  from Dean Hughson to Al Pope, dated August
22  31, 2006. Do you know who Dean Hughson is?
23     A.   I do.
24     Q.   Who is he?
25     A.   He is with Henningsen Foods in

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  Nebraska.
3     Q.   And he says, the last paragraph
4  on page 1, Fast forward to 2006 time and I
5  hear that you make comments at your meeting
6  in Iowa that online breakers expansion were
7  bad for the industry. I would like to
8  dialogue this with you. I want to know the
9  difference between breakers with full plates
10  of business, like Rembrandt, and let's say
11  CalMaine who has customers for all of its
12  production, continuing to expand. What makes
13  inline breakers your whipping boy? The
14  problem is not inline breakers: it is anyone,
15  offline breakers, inline breakers, producers
16  who don't have customer for their product and
17  can't run it economically. I assume UEP is
18  representing the total industry not just
19  those who choose to pay UEP additionally to
20  supervise cage size.
21          Have you heard similar concerns
22  being raised to UEP about this issue?
23     A.   I have.
24     Q.   What's your understanding of
25  what this concern was?

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     A.   Because UEP represented the egg
3  producers, and we have some companies that
4  actually produce eggs and also have breaking
5  operations, then we have some egg breakers
6  that purchase their eggs from other
7  suppliers, they sometimes felt like they were
8  being abused at these meetings when blame was
9  being shifted for some of the problems within
10  the industry.
11     Q.   And Chad, if you go to the top
12  of the e-mail, sends this e-mail he got from
13  Dean to Dave Rettig on October 18, 2006. Do
14  you know who -- all means copies Al Pope and
15  Gene Gregory. Who is Dave Rettig?
16     A.   He is with Rembrandt Foods.
17     Q.   And Chad says, the second --
18  third paragraph, There have been other
19  accusations that Dean has said and if I ever
20  get proof - I will forward them on. I
21  appreciate you saying you would try to put a
22  lid on Dean and what he says. I also
23  appreciate that you say you plan on being a
24  UEP member in 2007.
25          Do you -- are you aware of UEP

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 leadership trying to put a lid on and
3 suppress dissensions within UEP?
4         MS. LEVINE: Objection to form.
5         MR. MCKENNEY: Objection to
6    form.
7         THE WITNESS: No.
8 BY MR. PIZZIRUSSO:
9    Q.    You're not aware of UEP trying
10 to prevent criticism at meetings --
11        MS. LEVINE: Objection to form.
12 BY MR. PIZZIRUSSO:
13   Q.    -- from members?
14        MS. LEVINE: Objection to form.
15        THE WITNESS: Let me readjust my
16   last statement. Yes, I am aware that
17   they would try just by the mannerisms
18   in which they conducted those
19   meetings, there were occasions that
20   individuals felt like they could not
21   express themselves, in this case Dean
22   Hughson who wrote to Al Pope
23   expressing his concerns, he would not
24   bring that up necessarily in a meeting
25   for fear of the abuse, the verbal

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    abuse he would receive at that meeting
3    from staff.
4 BY MR. PIZZIRUSSO:
5    Q.    In the next line it says, On
6 October 30th, I hope you question Ken Klippen
7 and all the things he says and ask yourself
8 "is he telling the whole story." Or instead
9 just taking a play from the Democrats
10 playbook - trying to "scare" everybody into
11 thinking there is a problem."
12        Did Dave Rettig attend your
13 October 30th meeting?
14   A.    He did.
15   Q.    Did he question you?
16   A.    No.
17   Q.    What's your reaction to Chad's
18 statement that you're trying to scare
19 everybody into thinking there was a problem?
20   A.    Well, I object to being called
21 a democrat, or trying to scare anybody. As
22 I've stated, and I'll restate, the purpose
23 was simply to give these people an
24 opportunity to come together and express
25 themselves in a forum without having UEP

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 badger them into submission.
3         - - -
4         (Exhibit Klippen-14, E-mail
5    chain, Bates UE0764300 - UE0764303,
6    was marked for identification.)
7         - - -
8 BY MR. PIZZIRUSSO:
9    Q.    I'm handing you what's been
10 marked as Klippen-14, Bates UE0746300 to 303.
11 It appears to be a further discussion of the
12 e-mail chain we looked at previously where
13 you had a discussion with Kurt Kreher.
14   A.    Correct.
15   Q.    And who is he?
16   A.    He is an egg farmer in New York
17 State.
18   Q.    Do you remember this e-mail
19 discussion?
20   A.    I do.
21   Q.    Did you expect this kind of
22 reaction from him?
23   A.    I did not.
24   Q.    And there's some back and
25 forth, but I want to direct you to the first

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 paragraph on the first page where he responds
3 to you and he says, Ken - I do not believe
4 that you should not be involved in these
5 things. You are not familiar with the UEP
6 animal welfare committee meetings debates and
7 discussions. You are not familiar with BOTH
8 sides. What you are doing is providing a
9 forum for the dissenters to break away and to
10 ruin the "united" aspect of UEP. The
11 issue -- this issue you are referring to has
12 been debated at nearly every meeting for the
13 past 6 years! None of us are getting "paid"
14 for the certified eggs AND all of us are
15 getting paid.
16        Do you know what he meant by
17 that?
18        MS. LEVINE: All of us are being
19    paid.
20        MR. PIZZIRUSSO: Being paid.
21        MR. MCKENNEY: Objection. Form.
22    Lacks foundation. Calls for
23    speculation.
24        THE WITNESS: I did not fully
25    understand what he was trying to get

25 (Pages 94 - 97)

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     at.
3 BY MR. PIZZIRUSSO:
4     Q.   Isn't it true, though, that
5 as -- would you agree that as the UEP
6 Certified Program came into implementation
7 with the 100 percent rule, that the supply of
8 eggs was reduced?
9          MS. LEVINE:  Objection to form.
10    Leading.
11         MR. MCKENNEY:  Objection to
12    form.  Misstates the record.
13         MS. LEVINE:  Calls for a
14    hypothetical.
15         THE WITNESS:  It was reported in
16    Egg Industry Magazine in 2008 that the
17    animal welfare program implemented by
18    UEP would reduce the supplies and
19    would increase the price.
20 BY MR. PIZZIRUSSO:
21    Q.   Do you know who Don Bell is?
22    A.   I do.
23    Q.   Do you recall Don Bell also
24 looking at that issue?
25    A.   I do.

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     Q.   And did Don Bell -- do you know
3 what conclusions Don Bell reached about that?
4     A.   I do not recall.
5     Q.   Do you recall discussions in
6 the UEP newsletters about supply being down
7 and prices being up because of the UEP
8 Certified Program?
9          MS. LEVINE:  Objection to form.
10         THE WITNESS:  I know of it
11    happening, but not directly.  In other
12    words, people would tell me that was
13    in the UEP newsletter.  Obviously, as
14    you can see by some of this
15    discussion, I was no longer privy to
16    that inside information.
17 BY MR. PIZZIRUSSO:
18    Q.   And then it looks like Kurt
19 shared this e-mail with Gene who then sent it
20 to Dolph Baker.  He's with Cal-Maine.  Right?
21    A.   That's correct.
22    Q.   And Jeffrey Armstrong, do you
23 know who he is?
24    A.   I do.
25    Q.   Who is he?

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     A.   He was the Dean of Agriculture
3 at Michigan State University until he went to
4 California.  He also served as the chairman
5 of the UEP Scientific Advisory Committee that
6 helped develop the Animal Welfare Guidelines.
7     Q.   Who is Mitch Head?
8     A.   Mitch Head is with GolinHarris
9 in Atlanta.  That's the public relations firm
10 that was hired to represent UEP.
11    Q.   Are you surprised that this
12 internal e-mail between you and Kurt was
13 shared with these individuals?
14    A.   I'm not surprised, no.
15    Q.   Why are you not surprised?
16    A.   I mentioned earlier in my
17 testimony that Gene Gregory and I had
18 differences in philosophical perspectives.  I
19 knew that he had a temper and he was angry.
20 You can see from my response to Kurt, I
21 apologized that this was affecting him in
22 this particular way.  That's not what I
23 intended.  And that I was serving as a
24 consultant and that egg producers had come to
25 me, I didn't go out to them, they came to me

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 asking that I try to put something like this
3 together.  I used an illustration like
4 founding fathers, and Kurt took exception to
5 that.  My last sentence in my e-mail was "The
6 purpose of my meeting was to give them a
7 forum to express themselves...," and to use
8 reasoning.  I knew that was not taking place
9 at UEP meetings.
10         - - -
11         (Exhibit Klippen-15, 10/20/06
12    Letter, Bates UE0217823 - UE0217829,
13    was marked for identification.)
14         - - -
15 BY MR. PIZZIRUSSO:
16    Q.   I'm showing you what's been
17 marked as Klippen-15, UE0217823 to 829.
18         Have you seen this document
19 before?
20    A.   I have.
21    Q.   Is this the letter you were
22 referring to previously?
23    A.   Yes.
24    Q.   It appears to be a letter from
25 UEP to UEP members -- UEA members and

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  friends.  It says in the second paragraph,
3  "Some of you have informed us that you
4  received phone calls and letters from a
5  former UEP employee, Ken Klippen, and
6  possibly others inviting producers to a
7  meeting in Chicago on October 30th.  The
8  stated purposes of this meeting is to discuss
9  the formation of a new organization to
10 represent the egg industry because, as Ken
11 implies, UEP is no longer being responsive to
12 producer's needs."
13       Do you agree that that's what
14 you were implying?
15    A.    UEP was not allowing producers
16 to voice their opinions.  They were being
17 stifled as was relayed to me by the producers
18 attending those meetings.  As you can see by
19 the date, 2006, I had been gone for two
20 years.  We did plan to have a discussion
21 about possibly forming a new organization.
22 We did not do it at that time.
23    Q.    And the fourth paragraph it
24 says, "There has always been debate on most
25 every issue.  Has everyone always agreed with

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  the final decision?  Certainly not, but most
3  everyone understands that it is a democratic
4  process and that everyone's voice is given an
5  opportunity to be heard and considered."
6        Do you agree that there was a
7  democratic process at UEP where everyone's
8  voice was given a opportunity to be heard and
9  considered?
10       MR. MCKENNEY:  Objection to
11 form.
12       THE WITNESS:  For many years I
13 attended many meeting at UEP where
14 that certainly was the case.  But just
15 prior to my leaving the organization,
16 that democratic process was being
17 stifled.  After I left, it was pretty
18 well snuffed out.
19 BY MR. PIZZIRUSSO:
20    Q.    Why do you believe that was?
21       MR. MCKENNEY:  Objection to
22 form.
23       THE WITNESS:  I believe that the
24 opportunity to voice their objections
25 was being stopped by staff.  They were

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  through intimidation, and the result
3  was that these egg farmers felt like
4  they needed an outlet of some sort and
5  they came to me.
6  BY MR. PIZZIRUSSO:
7    Q.    Do you know why staff was
8  intimidating some of the UEP members?
9        MS. LEVINE:  Objection to form.
10       MR. MCKENNEY:  Objection to
11 form.
12       THE WITNESS:  Some of the
13 members, although this letter makes it
14 look like they've always had this very
15 democratic process, and like, as I
16 mentioned, that was true for many
17 years.  I was serving at UEP in
18 Atlanta long before Gene Gregory even
19 came to UEP, also his son Chad.  And
20 the meetings just before I left, I saw
21 where the way they were being
22 conducted, if somebody voiced an
23 objection, they were -- it was
24 embarrassing to see how somebody could
25 raise an objection and be told since

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  they were not privy to the information
3  within the Animal Welfare Committee,
4  they had no voice, they should not
5  speak up.  That was my final meeting
6  in Savannah, Georgia, and I decided I
7  did not want to be part of an
8  organization that would do that to its
9  members.
10 BY MR. PIZZIRUSSO:
11    Q.    The last paragraph on the first
12 page says, "Klippen's newsletter acknowledged
13 that there is interest in creating a program
14 to be competitive with the UEP Certified
15 program.  He also referenced actions taken by
16 UEP's Board of Directors during the annual
17 meeting in San Antonio by stating that UEP
18 modified its program and further changes
19 because of the fear of a competitive
20 program."
21       Do you still believe that
22 that's true?
23       MS. LEVINE:  Objection to form.
24       THE WITNESS:  I cannot recall
25 that to be honest with you.  In

27 (Pages 102 - 105)

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    looking that over, that was something
3    that could possibly have taken place
4    that I just cannot recall.
5  BY MR. PIZZIRUSSO:
6    Q.   I want to direct your attention
7  to the last two pages of this document which
8  are handwritten notes that were attached to
9  it. Do you see those? The last two pages.
10    A.   I'm sorry. [Reviewing
11  document.]
12    Q.   This is a series of questions
13  that Gene Gregory testified about at his
14  deposition, and I'm going to read you some
15  testimony from him about them.
16    A.   Okay.
17    Q.   I want to give you some
18  background and ask you some questions about
19  that.
20        In his deposition on page 621,
21  in response to "What are they," Gene Gregory
22  responded, "They're my handwritten -- Ken
23  Klippen walked into the office of McLeod
24  Watkinson & Miller where he worked for us as
25  our government relations representative. He

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  said to Mike McLeod you tell Gene Gregory
3  that if he doesn't quit calling on my --
4  quit trying to take business away from me,
5  then I'm going to sue him. And so Mike
6  called me and I said I don't know what the
7  hell he's talking about?
8        "So I said, you call Ken and
9  tell him let's meet and have lunch. So he
10  did. And Ken said, well, I'm not going to
11  attend unless I have my lawyer with me. And
12  I said, that's fine, that's perfectly fine.
13  Mike, you can go with me."
14        Do you recall what he's
15  referring to here?
16        THE WITNESS: I recall the
17    meeting. And it was a dinner we had,
18    and Chris Klippen was with me at that
19    time.
20  BY MR. PIZZIRUSSO:
21    Q.   Do you agree that this is how
22  it went down, that you said -- you went into
23  Mike McLeod's office and said if he doesn't
24  quit trying to take my business away from me,
25  then I'm going to sue him?

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    A.   I didn't use the word "sue." I
3  did tell him that I considered it tortious
4  business interference for him to prevent me
5  from consulting with people within the
6  industry when I had every right to do so.
7    Q.   And then he says, starting on
8  page 622 at the bottom, "So I went
9  prepared..." So Ken goes through all of this
10  and he keeps talking and keeps talking about
11  all that kind of stuff. "So I went prepared
12  and I said, okay, now, Ken, I'm going to ask
13  you some questions, and I'd -- all you have
14  to do is say no. If you didn't do these
15  things, just say no, and we'll just shake
16  hands and part good friends. So I said, did
17  you visit with USDA following UEP's 2000
18  annual meeting and tell USDA that UEP wanted
19  all commodity purchased to be from UEP
20  certified companies." That's the first --
21  the second question.
22    A.   That was the year 2000?
23    Q.   Well, this says 2000, but his
24  question says 2005. I think that's what it's
25  referring to. So he says, let me -- well,

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  the first question that's written out says,
3  what were reasons for leaving UEP. We've
4  already talked about that.
5        The second one says, did you
6  visit USDA following UEP's 2005 (sic) annual
7  meeting and tell USDA that UEP wanted all
8  commodity purchases to be from UEP certified
9  companies?
10    A.   Did not.
11        MS. LEVINE: Objection to form
12    of the question.
13        MS. ANDERSON: Are you reading
14    from the deposition now or the
15    document?
16        MR. PIZZIRUSSO: That was the
17    document.
18  BY MR. PIZZIRUSSO:
19    Q.   And your answer was?
20    A.   No. I did visit with the USDA
21  as I was a consulted, and there were two
22  companies that asked me to help them because
23  the money that was being used to promote the
24  UEP Certified Program was coming from -- they
25  were petitioning the American Egg Board for

28 (Pages 106 - 109)

Page 110

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1 the checkoff dollars that they were
2 contributing to to promote a program that
3 they were not participating in at that time.
4 They contracted with me. They said can you
5 stop this from happening because it was
6 $2 million a year for a period of five years.
7 I did take them to USDA, we met with the
8 undersecretary. Then I took them to Capitol
9 Hill, we met with members of Congress and
10 explained that there were companies that were
11 by law checking off money into a checkoff
12 program that they did not want to be used to
13 promote a program that they were not
14 participating on, and I was successful in
15 stopping that.
16     Q.    And then he says on page 625 in
17 his deposition, starting at line 23, "So
18 anyway, the list here, I go down through this
19 list of things that he has said or done, and
20 I -- after about the third one, he's saying
21 no, no, no, I'm not going to answer that.
22 And he elbows his brother who is sitting on
23 the side and he says let's get the hell out
24 of here. I am not going to take any more of

Page 111

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1 this. And I say to him again, Ken, listen,
2 we have been friends, I don't know what's
3 going on here. All you've got to do is say
4 no. If you walk out of here without saying
5 no, then I assume that you're in the business
6 now of trying to disparage UEP and our
7 programs. And he just up and left."
8     Q.    Is that your recollection of
9 how that meeting occurred?
10     A.    No.
11     Q.    Can you tell us in your words
12 what happened?
13     A.    The meeting started off very
14 friendly. We shook hands. We exchanged
15 pleasantries. We then discussed the actions
16 that I had taken. It's when he repeated that
17 I was a traitor to UEP several times, and I
18 kept trying to bring the program or the
19 discussion back to what the program was
20 about, why we did this, I finally turned to
21 my brother and said, I'm not going to take
22 any more of this. I never use the word hell
23 because that's not part of my language.
24     Q.    Question 4 says, "Have you

Page 112

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1 disparaged the UEP Certified program?" And
2 what would your response to that be?
3     A.    Initially the UEP Certified
4 Program, I was the spokesperson for to the
5 media, to the press, I was on television
6 defending the UEP Certified Program because
7 it was a science-based program. I was
8 critical of the program when it went toward
9 the 100 percent rule. And I remained
10 critical as they developed -- as the program
11 developed.
12     Q.    What other aspects of the
13 program were you critical of beyond the 100
14 percent rule?
15     MS. LEVINE: Objection to the
16     form of the question. Leading.
17     Misstates what Mr. Klippen just
18     testified to.
19     THE WITNESS: I have a
20     background in poultry science. I'm
21     the only staff person at UEP that has
22     two degrees. I'm the only staff
23     person that had any degree in poultry
24     science so I understood poultry

Page 113

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1 production. I knew that over a period
2 of four decades we had grown to the
3 point where we were producing eggs in
4 a safe and wholesome way in a
5 conventional cage. To maximize the
6 efficiency of that system would mean
7 that if there were any death loss by
8 chickens dying from a disease or just
9 whatever occurrence, that we would be
10 able to use a method called
11 backfilling where we would take a
12 bird, make sure it was healthy, would
13 not compromise the health of the flock
14 and put it in the cage so that we
15 maximize the efficiency of that
16 operation. UEP had progressed to the
17 point where they prohibited
18 backfilling and I found that
19 objectionable.
20 BY MR. PIZZIRUSSO:
21     Q.    Do you know if the prohibitions
22 on backfilling had anything to do with
23 impacting the supply of eggs?
24     A.    I'm not aware of any

29 (Pages 110 - 113)

Page 114

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1
2 discussions where that was the intent. I
3 became very suspicious as time went on
4 because this control mechanism that UEP was
5 implementing over this whole program made me
6 suspicious, but I don't have any proof of
7 that actually taking place.
8     Q.   On question 6 he says, "Did you
9 solicit information about exports from USEM
10 member without consulting USEM?"  Do you know
11 what he's referring to here?
12     A.   I do not.
13     Q.   Question 8 says, "Were you not,
14 at least more than a year before leaving UEP,
15 telling people that Al Pope was going to
16 retire and you would be the new president?"
17     A.   Al Pope came to me in
18 Washington, D.C. to compliment me on this
19 issue I did with the Food and Drug
20 Administration, and he told me to be patient,
21 that one day I would be the president of UEP.
22 My response was that was not my intention.
23     Q.   So if Gene Gregory implies that
24 you have an axe to grind against him because
25 he became president, what would your response

Page 115

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1
2 to that be?
3     A.   False.  It's not true.  I will
4 add to that statement that as my -- as the
5 documents will verify, my intent was to
6 provide a forum for industry.  I developed an
7 alternative animal welfare program as a
8 competing program and that I believe in
9 co-existence if that would be the course.  If
10 he would leave me alone, I'll leave him
11 alone.
12          - - -
13          (Exhibit Klippen-16, E-mail
14     chain, Bates CM00727158 - CM00727161,
15     was marked for identification.)
16          - - -
17 BY MR. PIZZIRUSSO:
18     Q.   I'm handing you what's been
19 marked Klippen-16, Bates CM00727158 to 161.
20 On page 4, the last page, Gene writes to
21 Craig Morris, Roger Glasshoff and Charles
22 Johnson.  Do you know who those people are?
23     A.   I do.  Yes.
24     Q.   Are they -- who are they?
25     A.   They are USDA employees within

Page 116

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1
2 the AMS or the Agricultural Marketing
3 Service.  Charles Johnson has retired.  But
4 Craig Morris and Roger Glasshoff remain.
5     Q.   Gene writes them and asks why
6 they're attending your October meeting.  Did
7 Craig share this with you?  Have you seen
8 this e-mail before?
9     A.   I have not.
10     Q.   Did Craig come to your meeting?
11     A.   He did.
12     Q.   Gene's question is, "My
13 question is:  Why should USDA offer an animal
14 welfare program that is competitive to the
15 UEP Certified program - a program that is
16 science-based, endorsed by FMI, NCCR, the
17 National Grocers Association and the
18 International Egg Commission?"
19          What's your reaction to that
20 question?
21     A.   The USDA has a Process Verified
22 Program requiring federal verification.  It's
23 an ISO, ISO 9001 certification program for
24 quality management systems.  That was the
25 alternative program that I was going to

Page 117

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1
2 develop and I did develop for the egg
3 industry.  And Craig Morris was very
4 supportive of my doing so.
5     Q.   And Craig, in fact, sends a
6 lengthy response and then Gene responds again
7 on page 2, "How can USDA approve an
8 individual egg producer that may be meeting
9 animal welfare guidelines on only 10% - 20%
10 of their production when the remaining hens
11 are kept at 48...inches.  When the remaining
12 houses can still backfill cages, can
13 commingle eggs, can use a feed withdrawal
14 molt, etc.  How can a company use a marketing
15 program that implies that 'company' is
16 approved by USDA to use the Processed
17 Verified seal when in fact most of the
18 company's production may not be meeting any
19 acceptable Animal Welfare Guidelines.  I'm
20 sure our Scientific Advisory Committee would
21 have concerns.  I'm sure the retail and
22 foodservice market would have concerns if
23 they knew their supplier was only meeting
24 guidelines on a few birds."
25          Did you hear any concerns from

30 (Pages 114 - 117)

Page 118

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 the retail and foodservice market like that
3 about your Process Verified Program?
4        A.   I did not.  Just the opposite.
5 I presented the program to Wal-Mart.  They
6 made that part of their supplier guidelines
7 in addition to the UEP certified because they
8 could see the detail of this Process Verified
9 Program with the documentation to ensure that
10 there was no commingling of the eggs.  It's a
11 very extensive documentation.
12       Q.   And, in fact, when Craig
13 responds on page 1, he uses USDA organic as
14 an example, and he says, "Take USDA Organic
15 as an example.  Can a company sell both
16 organic and non organic products?  Yes, they
17 can.  Are...those who purchase USDA Organic
18 products out there that believe they are more
19 environmentally sustainable for this planet
20 we live on?  Yes, they are.  Then it would
21 beg the question, should AMS allow the USDA
22 Organic seal to go on products of companies
23 that sell both USDA Organic and conventional
24 products?"
25       Do you know if UEP objected to

Page 119

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 UEP producers selling organic eggs and
3 non-organic eggs?
4        MR. MCKENNEY:  Objection to
5    form.  Lacks foundation.  Calls for
6    speculation.
7        THE WITNESS:  I do not know of
8    any objections.
9 BY MR. PIZZIRUSSO:
10       Q.   Are you aware that there are
11 producers that sold organic and also
12 non-organic eggs?
13       MR. MCKENNEY:  Same objections.
14       THE WITNESS:  I am aware there
15    are producers that are selling organic
16    eggs and non-organic eggs, yes.
17 BY MR. PIZZIRUSSO:
18       Q.   And there are some producers
19 that sell cage free eggs and caged egg as
20 well?
21       A.   That's correct.
22       MR. MCKENNEY:  Same objection.
23 BY MR. PIZZIRUSSO:
24       Q.   But have you seen any kind of
25 the same reaction from UEP with concerns

Page 120

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 about commingling of those kinds of products
3 that you've seen with their concerns about
4 making sure that there was 100 percent
5 compliance with UEP Certified Guidelines?
6        MR. MCKENNEY:  Same objections.
7        THE WITNESS:  I have not seen
8    UEP object to anything that is
9    organic or labeled as organic.  I am
10   familiar with the objections that they
11   had concerning my developing a Process
12   Verified Program with USDA oversight.
13       MR. PIZZIRUSSO:  I think we need
14   to change tapes.  Why don't we just
15   take a break now.
16       VIDEOGRAPHER:  Going off the
17   record at 12:23 p.m.  This is the end
18   of tape number two.
19            - - -
20       (A recess was taken.)
21            - - -
22       VIDEOGRAPHER:  We are on the
23   record.  1:10 p.m.  This is the
24   beginning of tape number three.
25            - - -

Page 121

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2       (Exhibit Klippen-17, 10/31/06
3    E-mail, Bates UE0807951, was marked
4    for identification.)
5            - - -
6 BY MR. PIZZIRUSSO:
7        Q.   I'm showing you what's been
8 marked as Klippen-17, UE0807951, an e-mail
9 dated October 31, 2006, from Gene Gregory to
10 Jeffrey Armstrong.  It appears to be sent the
11 day after your meeting.  And starting with
12 the third paragraph, Gene says to Jeff,
13 "Since leaving UEP - Ken has been contracted
14 with the Sparboe Company to represent them in
15 Washington, D.C. to undermine our animal
16 welfare and environmental programs along with
17 UEP itself.  We have heard from departments
18 in D.C. of things said against us and our
19 programs."
20       Is this correct?
21       A.   No.
22       Q.   And then the next paragraph,
23 "We have now heard from some of the producers
24 that attended yesterday's meeting and know
25 that Sparboe is the leading advocate of

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

creating a new trade organization to represent the industry and they were trying to recruit members through yesterday's meeting. (On a side note - from what I heard from a few producers that attended, they think Sparboe and Klippen are not getting very much support for a new organization)."

Can you respond to that?

A. Sparboe was not directing that we form a new organization. I had a slide presentation, I had intended to bring up the subject because there were other producers that were indicating that it was worthy of discussion. During the course of the meeting, one of the producers there said I don't think we're ready to have that discussion. And I didn't even go through those slides. So that is not a correct statement.

Q. Then at the bottom -- or starting with, let's see, six paragraphs down, "Dr. Craig Morris from USDA-AMS was invited and attended the meeting and spoke to the group about the USDA Processed Verified


KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

Program whereby a company can have their own animal welfare program and USDA will verify the program. The individual program or a new association program would not have to have a 100% commitment on all birds, could backfill cages, could use feed withdrawal molt, etc. USDA would want them to have a program supposedly supported by a scientific committee or scientist. It is a bull shit program."

What's your reaction to that?

A. The USDA Process Verified Program that we did put together is an animal welfare program that does have the USDA backing. I did use a group of scientists in the formation of the program. It did not require a 100 percent commitment of all the birds. That is a correct statement. It did allow for backfilling cages. That is a correct statement. It did not call for a feed withdrawal molt. So that's an incorrect statement. As to his conclusions, I think that speaks for itself.

Q. Then he says, Here is the final


KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

point I want to make. Should Klippen or Sparboe contact you or any other committee member wanting your assistance, I would hope you would stay with UEP and not help the creation of a competitive program.

Don't forward my email to anyone. Think about it and then put it in your own words if you want to communicate with the committee.

Did you contact anyone on the Scientific Committee about assisting you with your program?

A. I did not.

Q. Did it surprise you that Gene would write this to the Scientific Committee members?

A. It does not. I've never seen this before.

\- - -

(Exhibit Klippen-18, 11/9/06 E-mail, Bates UE0806429, was marked for identification.)

\- - -

BY MR. PIZZIRUSSO:


KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

Q. I'm now handing you what's been marked Klippen-18. This is UE0806429. It appears to be an e-mail from Gene Gregory dated November 9, 2006, to Toby Catherman and Terry Baker. Do you know who Toby Catherman and Terry Baker are?

A. I do.

Q. Who are they?

A. Both had served Michael Foods. Toby Catherman has since retired. Toby Catherman was president of United Egg Association when I was representing United States Egg Association in Washington, D.C. Terry Baker is still working at Michael Foods.

Q. Have you seen this e-mail before?

A. I have not.

Q. Are you surprised that Gene Gregory would contact Toby and Terry and express concern about them attending your meeting?

A. I am not surprised.

Q. So in the first part of this

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  e-mail he says, "I've thought a lot about the
3  meeting Ken Klippen held in Chicago and you
4  attended and have waited a while to write you
5  with my concerns.
6        "I've been told that Ken is
7  telling people that he has 40 million hens
8  committed to his program (whatever that is)
9  and therefore he must be including Michael
10  Foods. So I assume from what he is telling
11  people...you have made a commitment."
12       Is that correct, are those
13  statements that you made?
14    A.   Yes, I had -- in terms of
15  numbers of hens represented at that meeting
16  in Chicago was about 40 million laying hens.
17  Michael Foods was present. And Terry and
18  Toby were both present for that meeting.
19    Q.   He says then, I'm also
20  disappointed that Toby has agreed to serve on
21  a committee because this gives credibility to
22  Ken's efforts.
23        It is my opinion that this
24  issue is being pushed by one individual
25  company and there are a couple other

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  companies that are looking for ways to
3  misrepresent their eggs in the marketplace.
4  They have tried every way possible to avoid
5  the UEP Certified program and have in fact
6  been in the market place disparaging it and
7  saying things like the only reason UEP
8  created the program was to raise egg prices.
9        What's your reaction to that?
10    A.   I think I'm repeating myself
11  when I say that the intention was not to
12  eliminate what was currently available to the
13  egg industry. It was to provide the egg
14  industry with an alternative program. As it
15  relates to a single company or an individual
16  company that's pushing it, that is incorrect.
17    Q.   And then he says, While we
18  can't positively -- "While we can't prove
19  positively, we believe they have been in
20  Washington, D.C. calling on Congressmen, USDA
21  and FDA disparaging our program and
22  misrepresenting our relationship with AEB. I
23  also believe they may have provided
24  information to the FTC and the Washington,
25  D.C. Attorney General that hurt our case."

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2        Did you provide any such
3  information to the FTC and Washington, D.C.
4  Attorney General?
5    A.   I did meet with USDA Craig
6  Morris and his boss. I did have meetings
7  with not the FDA, but with the Federal Trade
8  Commission. It had nothing to do with the
9  UEP Certified Program. It was dealing with
10  my creation of a competing program that's
11  called the Process Verified Program.
12    Q.   That would have been after this
13  period anyway, right, I mean this is just
14  after your initial meeting in October 2006?
15    A.   That's correct.
16    Q.   So you didn't meet with the FTC
17  before then about your program, did you?
18    A.   No, I did not.
19        MR. MCKENNEY: Objection. Form.
20  BY MR. PIZZIRUSSO:
21    Q.   And then if you scroll down a
22  little bit, third from the bottom he says,
23  "We believe individuals within the company
24  pushing this program really wants to destroy
25  the UEP Certified program and Ken needs a

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  job."
3        Did you do this because you
4  needed a job?
5    A.   I did not. In fact, when I
6  left in 2004, I fully intended to leave the
7  egg industry altogether. And it wasn't until
8  certain members of the egg industry and now
9  many more have come to me and said we need
10  your help, can you help us with animal
11  welfare. We were creating a program that
12  would co-exist with UEP certified.
13    Q.   And the last sentence he says,
14  "So I'll close by saying I'm disappointed
15  that Michael Foods may be a part of the
16  competitive program whose intent is to
17  destroy the UEP Certified program."
18        I think you responded on this
19  before, but was it your intent to destroy the
20  UEP Certified Program?
21    A.   It was not. But I'll tell you,
22  this demonstrates the nature of his not
23  wanting to have anything to compete with his
24  UEP Certified Program. And I mentioned in
25  earlier testimony how he would sometimes

33 (Pages 126 - 129)

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 abuse verbally people. This was -- this is
3 an example of that verbal abuse.
4          - - -
5          (Exhibits Klippen-19, 11/7/06
6     Fax, Bates UE0218114 and Klippen-20,
7     34 Attendees in Chicago Marriott
8     O'Hare Hotel October 20, 2006, Bates
9     UE0218113, were marked for
10    identification.)
11         - - -
12 BY MR. PIZZIRUSSO:
13    Q.   I'm handing you what have been
14 marked as Exhibits 19 and 20. 19 is
15 UE 218114. 20 is 218113. It looks like Ron
16 Truex faxed this list to Gene Gregory on
17 October 7, 2006. Who is Ron Truex?
18    A.   He's with a company called
19 Creighton Brothers located in Indiana.
20    Q.   Was he at your October 30th
21 meeting?
22    A.   He was not. Wait a minute, let
23 me check that. I may have spoken
24 prematurely. Yes, he was. I can see his
25 name there. I forgot.

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    Q.   Was Gene Gregory at the UEP --
3 at your October 30th meeting?
4    A.   He was not.
5    Q.   Do you find it surprising that
6 Ron sent this list to Gene Gregory of the
7 attendees at your meeting?
8    A.   No, I do not. I've known Ron
9 for a number of years. I knew that he was
10 very close to Gene Gregory. I am surprised
11 that he did send it, but by the same token, I
12 can recognize because of his relationship
13 with Gene, he would likely do something like
14 that.
15    Q.   And so are these -- is this
16 list correct, Exhibit 20, of the attendees at
17 the October 30th meeting? Does this look
18 like everybody who was there?
19    A.   Yes, it does.
20         - - -
21         (Exhibit Klippen-21, E-mail
22    chain, Bates UE0707085 - UE0707087,
23    was marked for identification.)
24         - - -
25 BY MR. PIZZIRUSSO:

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    Q.   I'm now handing you what's been
3 marked Exhibit 21, UE0707085 to 87. And
4 starting at page 2, it appears to be an
5 e-mail -- actually, I'm sorry, starting on
6 page 1, appears to be an e-mail from Chad
7 Gregory to Alan Andrews. Do you know who
8 Alan Andrews is?
9    A.   I do.
10    Q.   Who is he?
11    A.   At this time he was working for
12 Sparboe Farms.
13    Q.   And have you seen this e-mail
14 before?
15    A.   I have not.
16    Q.   And so Chad asked some
17 questions of Andrew. He says, this is
18 October -- I'm sorry, November 8, 2006, after
19 your meeting. "Got two questions for you,
20 and as a friend I hope you will consider them
21 and answer them..."
22         First, after attending the
23 October 30th meeting in Chicago, do you still
24 have the assumption that this anti-UEP and
25 Anti-100% is not driven by Sparboe (Mark

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 Friedow especially)? I would be very
3 interested in your thoughts on this after you
4 were at the meeting.
5         Was Mark Friedow driving this
6 issue?
7    A.   He was not.
8    Q.   His next question is, Secondly,
9 and this one is a little more technical. You
10 are a guy of numbers and understands market
11 situations real well. I respect you for
12 that. Considering the following -- consider
13 the following data/info and please provide me
14 your thoughts. I'm not going to read all
15 these numbers, but he goes through various
16 quotes for eggs and says at the bottom of
17 this page 1, "Ask yourself - how much money
18 did we make for Sparboe during this time
19 period and with the export? The way I have
20 it figured is: 12 million layers at a rate
21 of lay 73% = 8,760,000 eggs laid per day."
22         The next page, "That's 730,000
23 dozens per day produced at an increase of 24
24 cents in the market due to the export.
25         "That's $175,200 per day of

Page 134

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  better market.
3        "That's 2,628,000 for the
4  15 days since we decided to take the export -
5  WOW! That's just Sparboe's scenario."
6        Have you seen discussions
7  before like this of exports creating this
8  type of increase in egg prices?
9        MR. MCKENNEY: Objection to
10       form. Lacks foundation. Calls for
11       speculation.
12       THE WITNESS: I have not.
13 BY MR. PIZZIRUSSO:
14    Q.   Then he says, "Honestly, what
15 other organization do you know that provides
16 this kind of positive economic impact to
17 their ENTIRE industry? And I'm not talking
18 about UEP staff or trying to pat ourselves on
19 the back here. This decision (and all
20 others) was made by UEP/USEM producer
21 leaders. I'm very proud of that.
22      "I wish Sparboe (and Klippen)
23 would recognize just SOME of the positive
24 things that we do and re-join UEP/USEM again
25 for all of those positive things. Yeah, with

Page 135

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  any organization there are going to be things
3  that people agree on and disagree on."
4        I just don't know about you -
5  but if someone improved my financial
6  portfolio by $2.6 million in just 15 days I
7  could look past a few negative things (make
8  that a lot of negative things).
9        What's your reaction to that?
10    A.   That I'm surprised anybody
11 would put that down on paper. I was just not
12 privy to this information.
13       - - -
14       (Exhibits Klippen-22, 11/3/06
15       E-mail, Bates MFI0064584, and
16       Klippen-23, Proposal, Bates MFI0064585
17       - MFI0064592, were marked for
18       identification.)
19       - - -
20 BY MR. PIZZIRUSSO:
21    Q.   I'm now showing you what's been
22 marked as Exhibit 21 and 22. Exhibit 21 is
23 MFI0064584. 22 is MFI0064585 to 592.
24       MR. NOVAK: It should be 22 and
25 23.

Page 136

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2        MR. PIZZIRUSSO: I'm sorry, 22
3  and 23.
4        MS. ANDERSON: 22 is?
5        MR. PIZZIRUSSO: 22 is -- I'll
6  clarify. 22 is MFI0064584. 23 is
7  MFI0064585.
8  BY MR. PIZZIRUSSO:
9    Q.   Do you recognize these
10 documents?
11    A.   I do.
12    Q.   What are they?
13    A.   One is my letter that I sent to
14 Jeff Henning, to Toby Catherman, Dave Rettig,
15 Jim Adams, Mark Friedow and Alan Andrews.
16 I've invited Mark Friedow to participate on
17 the call since Alan was going to be
18 traveling. And Exhibit Number 23 was the
19 proposal that I was submitting for them to
20 consider in developing an alternative animal
21 welfare program.
22    Q.   And is this a true and accurate
23 copy of that proposal in your e-mail?
24    A.   Yes, it is.
25    Q.   You can put that aside.

Page 137

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2        - - -
3        (Exhibit Klippen-24, 12/7/06
4        E-mail, Bates UE0808012, was marked
5        for identification.)
6        - - -
7  BY MR. PIZZIRUSSO:
8    Q.   I'm now showing you a copy of
9  what's been marked as Klippen-24, UE0808012.
10 It's a letter from Gene Gregory to several
11 people. Have you seen this before?
12    A.   I have not.
13    Q.   And he in the second paragraph
14 says, "Here is the problem. Ken Klippen and
15 Sparboe Company are trying to create a
16 competitive animal welfare program that does
17 not require a company to implement animal
18 welfare guidelines on 100% of their company
19 owned or contract production. It may not
20 even have requirements that prohibit
21 backfilling cages or commingling eggs. A
22 company could have animal welfare guidelines
23 for only the number of layers to produce eggs
24 for an individual customer while at the same
25 time providing as little as 48 to 53 square

35 (Pages 134 - 137)

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  inches of space for all remaining birds."
3          Now, your program did have a
4  prohibition on commingling eggs, did it not?
5      A.  It did.  In fact, the USDA
6  would never have allowed a commingling of
7  eggs under the Process Verified Program.
8  That is why it was such a very detailed and
9  document intensive program.
10     Q.  If you scroll down to the
11  bottom, the paragraph that starts, "I'm
12  asking...," it says, "I'm asking that you
13  write me a short letter on your letterhead
14  and email or fax to me as quickly as possible
15  expressing your concern (if you agree with
16  me).  I think it is important that Ryn...,"
17  R-Y-N, "...(representing the largest egg
18  market in the U.S.), Mark (as chairman of the
19  UEP Animal Welfare Committee), Paul (as the
20  UEP Public Relations Chairman) and Ron
21  (representing the largest retail market in
22  the U.S.) convey your concerns on this
23  issue."
24          Were you aware that he was
25  asking these members to express concerns to

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  the USDA about your participation in this
3  program?
4      A.  I was not.
5          - - -
6      (Exhibit Klippen-25, 12/20/06
7      E-mail, Bates SF112543, was marked for
8      identification.)
9          - - -
10 BY MR. PIZZIRUSSO:
11     Q.  I've handed you what's been
12  marked as Klippen Exhibit 25.  Do you
13  recognize this document?
14     A.  I do.
15     Q.  Did you write it?
16     A.  I did.
17     Q.  Is it a true and accurate copy?
18     A.  Yes.
19     Q.  And you say you met with Lloyd
20  Day at the USDA and Gene had just been there?
21     A.  Correct.
22     Q.  And at the bottom of the first
23  paragraph, "The Administrator confirmed that
24  Gene was bent on stopping us, and that I
25  could help them with responses to questions

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  raised by Gene."
3          What did you mean by that?
4      A.  Mr. Day had expressed to, in
5  fact, my attorney was with me, had expressed
6  to me that Gene was very much opposed to us
7  developing a competitive program, and as long
8  as I abided by all the rules and regulations
9  within the Process Verified Program, that
10  they were going to continue to support us
11  developing that program.  He wanted to have
12  some reassurances that we were actually
13  abiding up front as we were in the process of
14  developing.  It took approximately one year
15  for me just to write the program.  So it was
16  very intensive.  So the questions like the
17  scientific basis, he wanted to make sure that
18  I had scientists, which I did provide.  USDA
19  was in touch with each one of those
20  scientists to confirm.  The comment about
21  Gene being concerned with cheaters, he's
22  talking about people, I believe, that weren't
23  100 percent on the program.  Of course the
24  program was not meant to make 100 percent.
25  Some of the statements he made earlier about

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  my -- was pushing for 48 square inches or 53
3  square inches, that is not correct.  As
4  anyone could see from the actual Process
5  Verified Program, the cage density or the
6  spacing was identical to UEP because that's
7  what the science supported.
8          Let me just read this third one
9  about responding to animal rights complaints.
10     Q.  Actually I only had a question
11  about the last one if I could point you
12  there.  It says, "Question:  Is there any
13  reconciling with UEP?  I said I was willing
14  to try, and had done so, only to be rebuffed.
15  I was open to their suggestions.  Their
16  animal welfare program is a revenue source
17  and any competition, such as our program,
18  could jeopardize that revenue income."
19          What did you mean by that?
20     A.  They asked me to see if there
21  could be some reconciliation because of how
22  Gene was treating the staff at USDA.
23     Q.  By "they," you mean USDA asked
24  you if there could be any reconciliation?
25     A.  Yes.  They said can you

Page 142

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 reconcile. I knew Mr. Day. I knew Craig
3 Morris. I did indicate that I would make the
4 effort. And that's when we had dinner with
5 Gene and with his counsel. And I called
6 Craig Morris that evening to say that I can
7 only listen to being called traitor so many
8 times before I was going to end the
9 conversation. I did acknowledge that they
10 are not wanting to have a competitive program
11 for animal welfare because that was a money
12 making program for them.
13        Q.    What did you mean by that?
14        A.    They charge their members a fee
15 to participate in the UEP Certified Program.
16 That fee is -- today it's even more expensive
17 to pay that fee than it is to pay the
18 membership dues in the organization. So it
19 is a money making venture for them. They use
20 it to pay GolinHarris, Mitch Head and the
21 promotional efforts they have in trying to
22 promote that program to the retailers. If
23 some egg companies were to go to the
24 retailers and say, well, we're not UEP
25 certified, but we are process verified and

Page 143

1 the retailers accepted that, like Wal-Mart
2 has, UEP saw that as undermining their
3 program.
4                -  -  -
5        (Exhibit Klippen-26, 1/29/07
6 Letter, Bates UE0575403 - UE0575405,
7 was marked for identification.)
8                -  -  -
9 BY MR. PIZZIRUSSO:
10       Q.    I'm now handing you a copy of
11 what's been marked as Klippen-26. Bates
12 labeled UE0575403 to 05. Letter dated
13 January 29, 2007, from Gene Gregory to Lloyd
14 Day.
15             Have you ever seen this before?
16       A.    I have not.
17       Q.    It appears to be a letter,
18 again, objecting to your Process Verified
19 Program. And at the bottom of page 1 -- I'm
20 sorry, let's go to page 2, it says, "Instead,
21 the agency should require that 100% of a farm
22 or company's output be produced in accordance
23 with the standards it adopts to secure the
24 PVP seal. To do anything else will open the

Page 144

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 door to the practice of commingling eggs
3 produced under an animal welfare program with
4 other eggs that were not so produced and that
5 would make a mockery of the Process Verified
6 Program seal. AMS would be derelict in its
7 duty to allow such a program without assuring
8 that no commingling would occur."
9             Do you know if the USDA agreed
10 with this position?
11       A.    I do not know.
12       Q.    Will they approve your -- did
13 they approve your program without use of a
14 100 percent rule?
15       A.    Let me correct that. Yeah.
16 They -- let me rephrase that.
17             I don't know how they responded
18 to this letter. They did approve the PVP
19 program because there's -- the documentation
20 is sufficient for a federal inspector to
21 ensure that there is no commingling at any
22 point in the process chain. So when the
23 allegations are that it would make a mockery
24 of the Process Verified Program, USDA would
25 ensure that that would not take place.

Page 145

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2       Q.    And to your knowledge, was UEP
3 ever concerned with this practice of
4 commingling eggs with organic versus
5 non-organic?
6       A.    Not to my knowledge.
7       Q.    And of cage free versus
8 non-cage free?
9       A.    Not to my knowledge.
10       Q.    And then on the next page, at
11 the top of page 3, it says, "If AMS approved
12 a PVP (or any other level of audit program)
13 that violated these principles, we would be
14 concerned that such an action could undermine
15 public confidence in all audit programs,
16 including ours, and damage the agency's
17 credibility and reputation for science-based
18 arms-length auditing relationships. We
19 believe such a program would be viewed as a
20 sham and could be the subject of activist
21 litigation as false and misleading
22 advertising. The result would be a
23 tremendous loss of credibility to the U.S.
24 Department of Agriculture and this
25 Administration and a huge economic loss to

37 (Pages 142 - 145)

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  the nation's egg producers."
3          What's your reaction to that?
4      A.   I am touched that he's so
5  concerned about USDA and their being able to
6  authenticate their Process Verified Program.
7  But I know Mr. Day, I know that he could see
8  through what he's trying to say.
9              - - -
10         (Exhibit Klippen-27, Verified
11     Process Control, Bates MOARK0035607 -
12     MOARK0035610, was marked for
13     identification.)
14             - - -
15  BY MR. PIZZIRUSSO:
16     Q.   I'm giving you a copy of what's
17  been marked as Klippen-27, MOARK0035607 to
18  610.
19         Do you recognize this document?
20     A.   I do.
21     Q.   And what is it?
22     A.   It was -- when I formed an LLC,
23  we called it the Verified Process Control to
24  protect the people who are participating from
25  any litigation, and this was a newsletter to

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  inform them of our progress in developing the
3  Process Verified Program.  And you can see at
4  the bottom of the page, USDA had given us the
5  okay to use their shield saying process
6  verified on the cartons if we so chose.
7      Q.   At some point there was a
8  discussion of USDA about using animal welfare
9  on that shield as well.  Is that right?
10     A.   That's correct.
11     Q.   Whatever happened with that?
12     A.   They decided that it becomes
13  kind of a lightning rod, and they chose to
14  simply take that out and just use USDA
15  process verified.
16     Q.   On the right-hand side it says,
17  "What is Verified Process Control©?"  There's
18  a lengthy description, I don't want to read
19  it, but do you agree that that's a good
20  description of what Verified Process Control
21  is?
22     A.   Yes, it is.  It shows that the
23  extent of documentation for this quality
24  management system surpasses any other program
25  out there.

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      Q.   Is this a true and accurate
3  copy of your process verified -- Verified
4  Process Control newsletter?
5      A.   It is.
6              - - -
7          (Exhibit Klippen-28, 9/13/07
8      E-mail, Bates UE0854224, was marked
9      for identification.)
10             - - -
11  BY MR. PIZZIRUSSO:
12     Q.   I've given you a copy of what's
13  been marked as Klippen Exhibit 28, UE0854224.
14  It appears to be an e-mail from Mike McGriff
15  to Gene Gregory and Chad Gregory dated
16  September 13, 2007.
17         Who is Mike McGriff, do you
18  know?
19     A.   He was in charge of -- he came
20  after I had left UEP, and he was actually
21  involved in trying to get membership for the
22  organization.
23     Q.   And he writes, "I think we may
24  have already heard this but it was mentioned
25  to me that Ken Klippen was trying to organize

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  an alternative egg organization.  Klippen
3  felt compelled to stand and ask a question or
4  make a comment to every speaker, almost as if
5  he was grandstanding as a voice of the
6  industry, at least in Iowa."
7          Do you know what Iowa
8  conference he was referring to?
9      A.   It was a forum, it was called
10  the Egg Industry Forum.  And, yes, I was
11  there.  Since I had been the voice of the
12  industry for many years, I did speak to
13  the -- each speaker or many of the speakers.
14  I don't remember all of the speakers.
15     Q.   Then he writes, "First Bruce
16  Knight, then Darrell Trampel, then Don Bell.
17  His question to Don... 'Is the Scientific
18  Animal Welfare Committee almost through with
19  their research and what is the response when
20  HSUS takes comments from committee members
21  (he specifically mentioned Joy Mench) and
22  HSUS then says that even your own committee
23  is against caged production.  I'm not
24  familiar with the comments by Joy Mench that
25  Klippen was referring to but I thought Don

Page 150

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  answered the question appropriately."
3        What were you referring to
4  there or did that conversation occur?
5      A.   Yes, it did.  Joy Mench is a
6  scientist that's located on the West Coast.
7  She had some concerns about even caging
8  layers to begin with.  So -- and Don Bell was
9  on that committee, and I just simply wanted
10 him to elicit his thoughts as to what her
11 intentions were by challenging how the
12 industry has progressed to the point where
13 they were putting chickens in cages.  I was
14 also a speaker at that conference.
15            - - -
16     (Exhibit Klippen-29, E-mail
17     chain, Bates CF0000613 - CF0000621,
18     was marked for identification.)
19            - - -
20 BY MR. PIZZIRUSSO:
21     Q.   I'm now giving you a copy of
22 what's been marked as Klippen-29, CF0000613
23 to 621.  It's a very lengthy e-mail chain.
24 Let's start at the back.  This, obviously the
25 last page refers to Iowa Egg Industry

Page 151

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  Symposium that Debbie Murdock had sent to
3  Chad Gregory, and it says, "Note Ken
4  Klippen's talk, Debbie."  Do you see that,
5  the last page?
6      A.   Okay.
7      Q.   I think she's referring to an
8  Iowa Egg Industry Symposium.  Is this the
9  symposium you were just referring to?
10     A.   This is a different symposium.
11 This was the -- no, this was the symposium I
12 was referring to, yes.
13     Q.   And then on the next page,
14 moving from the back forward, Chad Gregory
15 sends an e-mail to a whole bunch of people
16 and says, "The reason for forwarding this to
17 you all is that you will see they invited Ken
18 Klippen to be a speaker...to talk about the
19 USDA Processed Verified Program," among the
20 last -- second to the last page from the
21 back.
22         MS. ANDERSON:  I'm sorry, what's
23     the Bates number?
24         MR. PIZZIRUSSO:  620.
25         MS. ANDERSON:  Exhibit 29?

Page 152

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2         MR. PIZZIRUSSO:  Yes.
3         THE WITNESS:  Okay.
4  BY MR. PIZZIRUSSO:
5      Q.   "The reason for forwarding this
6  to you all is you will see they have invited
7  Ken Klippen to be a speaker and to talk about
8  the USDA Processed Verified Program.  Gene
9  and I are totally insulted by:
10     "1.  Not even being invited to
11 attend the Symposium.
12     "2.  Not being invited to also
13 be a speaker and discuss the California
14 Ballot threat and what is going on in CO and
15 other states.  Explain the HSUS attack.
16     "3.  Putting Klippen on the
17 agenda and having him discuss a program that
18 not a single egg producer is even on.  This
19 will give him and the program credibility
20 which neither deserve."
21        Are you aware of this
22 controversy of you being invited to the Egg
23 Industry Symposium?
24     A.   I was not.  I'm not surprised,
25 though.

Page 153

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      Q.   And then on page 619, moving
3  one from the back.  I'm not going to be able
4  to pronounce this name, but X-I-N, Hongwei,
5  H-O-N-G-W-E-I.
6      A.   Hongwei Xin.
7      Q.   Hongwei Xin.  Do you know who
8  that is?
9      A.   I do.
10     Q.   Who is that?
11     A.   He's a professor at Iowa State
12 University.
13     Q.   So he sends this to Darrell
14 Trampel, this e-mail chain.  Do you know who
15 Darrell Trampel is?
16     A.   He is also a professor at Iowa
17 State University.
18     Q.   And then Darrell sends a
19 lengthy response, if we move to page 617, and
20 618, and at point 4c at the bottom of page
21 618, he says, "This year's program for the
22 Iowa Egg Industry Symposium has been
23 completed, but as discussed with J.T. Dean
24 last Friday afternoon via telephone..."
25        Who is J.T. Dean?

39 (Pages 150 - 153)

Page 154

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1 KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    A.    He works with his father Jim
3 Dean. J.T. is the son, and they're a big egg
4 company in Iowa.
5    Q.    "...but as discussed with J.T.
6 Dean last Friday afternoon via telephone,
7 Chad or Gene Gregory are welcome to speak for
8 30-40 minutes at the end of our program on
9 November 7 about animal welfare issues. I
10 will use my opening comments to notify those
11 in attendance of this addition to the
12 program."
13         Do you know if Chad or Gene
14 ended up actually speaking at the program?
15    A.    They did not.
16    Q.    And then Chad writes back, if
17 you turn to page 616, on the second paragraph
18 he writes back to Dr. Trampel, "However - I
19 believe you requested (with very good
20 intentions) ideas and speakers for this
21 year's symposium and you were given some
22 suggestions that were very misleading. I
23 believe you, and this symposium, were used as
24 a vehicle by a couple of people to try and
25 promote a program that will divide this

Page 155

1 KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 industry even more."
3         Was that your intent in
4 speaking at the symposium?
5    A.    It was not.
6    Q.    And then turning to page 615,
7 at the bottom, J.T. Dean responds to Chad
8 Gregory now, and he says, "Nothing like
9 kicking the hornets nest on Monday morning.
10         "How did I get in the middle of
11 this again?"
12         Do you know J.T. Dean?
13    A.    I do.
14    Q.    And Chad responds to him,
15 moving up the e-mail chain. And then on page
16 2, there's another response from J.T., and he
17 says three paragraphs down, "I find this
18 whole thing distasteful, but keep reminding
19 myself that many people warned staff, the
20 welfare committee, the board, and the
21 executive committee about what was coming
22 when the 100% rule was implemented. I told
23 you many years ago that a unique company like
24 Sparboe that was into breaking and grading
25 with 12 million chickens would not be able to

Page 156

1 KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 play the game. UEP limited their market
3 access and forced them into a corner. So
4 they have to make a new game where they can
5 compete - it's just business. Then it had to
6 get personal and now the fence is unable to
7 be mended."
8         What's your reaction to that
9 comment from J.T. Dean?
10    A.    I sense his frustration that
11 he's been dragged into something. I think
12 he's accurate when he said this is the result
13 of this 100 percent rule being implemented.
14 I don't know why he has targeted Sparboe in
15 this, to say the least, because Sparboe was
16 not behind this. I think it just
17 demonstrates that Chad is much like his
18 father as it relates to trying to stop
19 anything that might compete with them.
20    Q.    And then he says the last full
21 paragraph on the bottom of page 2, "Remember,
22 staff started this battle when you decided to
23 become a marketing organization. The minute
24 you went from trying to supply producers with
25 a tool to beating them over the head with it

Page 157

1 KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 is when you sold your soul."
3         Do you agree with that?
4    A.    Earlier in my testimony I
5 explained why I left UEP. This also
6 encapsulates part of the reason why I decided
7 to leave the organization that I had been
8 working for for 15 years.
9    Q.    How so?
10    A.    Because I've always -- I've
11 been in association management for close to
12 40 years now, and it's always been an
13 opportunity to provide services to an
14 industry that asks for your services. This
15 became an example of where things were being
16 forced on people they didn't want. And this
17 also gives credence to some of my statements
18 earlier that the people within the industry
19 came to me, after I left UEP and fully
20 intended to leave the industry altogether,
21 and they wanted something to respond with.
22 And so that's why I developed the Process
23 Verified Program.
24    Q.    Let me direct you now to page
25 1, and this is Chad responding to J.T. Dean

40 (Pages 154 - 157)

Page 158

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 at the bottom where he says, "WOW!!! Not
3 sure what to say. I thought we were
4 friends...," et cetera.
5        The next paragraph, point 1,
6 Let me remind you, neither Gene nor I have
7 ever gotten to vote on the committee or Board
8 - NEVER! The owner, producers that make up
9 those bodies are "big boys" and are equally
10 successful entrepreneurs and business men as
11 you and your father. THEY made these tough
12 decisions - not Gene or I -- not Gene and I.
13 We just happen to agree with them.
14        What would you say to that?
15    A.    That I think you've seen by
16 looking through some of these documents how
17 they abuse verbally people, and that to make
18 this claim that it's the big boys that are
19 making the decisions without the staff having
20 the input, I find it incredible that he can
21 say that.
22    Q.    Well, then looking back up to
23 J.T. Dean's response, the third paragraph
24 down, J.T. Dean says, "Don't give me the line
25 that you guys just follow the votes, I'm not

Page 159

1 that naive. Staff direction and back room
2 lobbying are 70 percent of the battle. I
3 still stand by my statement that the 100
4 percent rule was a mistake from the start."
5        Do you agree with his statement
6 there?
7    A.    I do.
8        I can't testify to the
9 70 percent aspect, but I can say that it's a
10 large percentage of decision-making.
11    Q.    Do you think UEP was truly a
12 democratic one member/one vote organization?
13    A.    At one time, yes.
14    Q.    And then at some point it
15 changed from that?
16    A.    It did.
17    Q.    When approximately do you think
18 that was, right before you left, is that what
19 you said earlier?
20    A.    Approximately -- I'd say within
21 a year of my leaving UEP.
22        - - -
23        (Exhibit Klippen-30, 10/11/07
24        E-mail, Bates MFI0005090, was marked

Page 160

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2        for identification.)
3        - - -
4 BY MR. PIZZIRUSSO:
5    Q.    I'm now showing you what's been
6 marked as Klippen Exhibit 30, MFI0005090, an
7 e-mail dated, from Ken Klippen to several
8 people, on October 11, 2007. Do you
9 recognize this document?
10    A.    I do.
11    Q.    What is it?
12    A.    It's a document I sent to a
13 couple of people that I was -- in fact, in
14 this case, this was Michael Foods. Those
15 people listed were all Michael Foods
16 employees.
17    Q.    The subject says, "UEP's action
18 may be legally actionable." What were you
19 referring to?
20        MS. ANDERSON: Objection. You
21        misread the document.
22 BY MR. PIZZIRUSSO:
23    Q.    "UEP's action may be legally
24 actionable."
25        MS. ANDERSON: You're reading

Page 161

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2        the subject line?
3        MR. PIZZIRUSSO: Yes.
4 BY MR. PIZZIRUSSO:
5    Q.    What were you referring to?
6    A.    The mere fact that they were
7 trying to prevent us from developing a
8 program and actually offer it. You can see
9 how they were trying to object to my making a
10 presentation in front of a group of leaders
11 at a state university on the Process Verified
12 Program. Throughout the whole process, it
13 just appeared to me that they kept trying to
14 stop development of another program that
15 might compete with them. I'm not an
16 attorney, but I believe that's referred to as
17 tortious business interference. And so we
18 just had this discussion. We did not follow
19 through with any kind of action, but I wanted
20 everybody to be aware that this was
21 approaching a point of when do we decide to
22 back away, or when do we decide to press
23 forward on something that might be classified
24 as legally actionable.
25    Q.    And the Iowa State University

41 (Pages 158 - 161)

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  conference, that's the one we were just
3  talking about --
4       A.   That's correct.
5       Q.   -- in the previous e-mail?
6       A.   That's correct.
7       Q.   And in the second paragraph of
8  this document, you talk about when you had
9  dinner with Gene.  Is that the dinner we've
10 been referring to --
11      A.   Yes, it is.
12      Q.   -- several times throughout
13 this deposition?
14      A.   The one and only dinner.
15      Q.   The last sentence says, "I
16 asked Gene to 'just leave us alone.'"
17           Is that right?
18      A.   That's correct.
19      Q.   Did he leave you alone?
20      A.   No.
21      Q.   And then on the third paragraph
22 you say, "Another UEP Board member talked
23 with me this morning, saying he felt that UEP
24 should get out of the 'animal welfare' side
25 of the business and concentrate on their

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  charter objectives."
3           Do you remember who that was?
4       A.   I cannot recall who it was.  I
5  wouldn't have stated that unless it was true.
6       Q.   And then you say, "Although the
7  UEP Certification program is a profit
8  center...," in the next sentence, are you
9  referring to -- what are you referring to
10 there?
11      A.   Well, I think I have earlier
12 testimony that suggested that -- that stated
13 that they were collecting a fee to implement
14 the UEP Certified Program, and actually that
15 fee was greater than the actual dues that
16 were being collected by the organization.  So
17 they had a dues they had to pay and then they
18 had to pay an additional fee for their UEP
19 Certified Program.
20           - - -
21           (Exhibit Klippen-31, 10/26/07
22      E-mail, Bates MFI0064112, was marked
23      for identification.)
24           - - -
25 BY MR. PIZZIRUSSO:

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2       Q.   I'm now handing you what's been
3  marked Klippen Exhibit 31, Bates MFI0064112.
4  It appears to be an e-mail from you, dated
5  October 26, 2007, to two people at Michael
6  Foods.  Do you recall this document?
7       A.   I do.
8       Q.   What is it?
9       A.   It's a memo that I sent, again,
10 to Michael Foods, Terry Baker and Toby
11 Catherman informing them that UEP was meeting
12 with the Secretary of Agriculture trying to
13 stop the progress that we were making on the
14 verified -- the Process Verified Program.  I
15 provided some additional information to show
16 that they were bent on trying to stop
17 anything I did within the industry including
18 speak at the Iowa State University.  I
19 acknowledged that they were fearful that we
20 might actually develop a program that would
21 compete with them.  I was asking for a
22 meeting -- to expedite a meeting with the
23 administrator so we could deliver our side of
24 the story.
25      Q.   Were you surprised at the level

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  of opposition you had received in trying to
3  develop this program?
4           MS. LEVINE:  Objection to form
5      of the question.
6           THE WITNESS:  Let me state it
7      this way:  I am surprised that they
8      would -- that Gene and Chad would go
9      to this length to try to stop
10     something just simply because it was a
11     competing program with theirs.
12 BY MR. PIZZIRUSSO:
13      Q.   Do you think it may have had to
14 do with anything beyond just the fact that it
15 was a competing program?
16           MS. LEVINE:  Objection to the
17     form of the question.
18           THE WITNESS:  Yes.  Because the
19     potential existed that people would
20     get fed up and actually ask me to
21     develop a new national trade
22     association.
23           - - -
24           (Exhibit Klippen-32, E-mail
25     chain, Bates UE0615963, was marked for

Page 166

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      identification.)
3            - - -
4  BY MR. PIZZIRUSSO:
5      Q.   I'm now handing you what's been
6  marked as Klippen-32, Bates UE0615963.  Have
7  you seen this before?
8      A.   I have not.
9      Q.   And Mike McGriff, he's at UEP.
10  Correct?
11     A.   Correct.
12     Q.   He sends an e-mail to Gene and
13  Chad on November 5, 2007, subject "Iowa
14  Symposium (USDA Process Verified)."
15         "I'll give you some time to
16  think about it and call you later, but...is
17  there anything specific I should say at the
18  Iowa Symposium on Wednesday when...Klippen
19  concludes his talk on the USDA Process
20  Verified program?  Would you like me to say
21  something along the lines of 'The majority of
22  UEP membership for which over 95% of the
23  industry is part of believes that this is not
24  a good program for the industry...'.  Or
25  should I just play it by ear, depending on

Page 167

1  what he says?"
2      Q.   Then there is a response from
3  Gene to Mike, in the bold portion, "If
4  you...say anything, I think you should limit
5  it to this:  UEP does not oppose any producer
6  from developing their own...program" --
7  sorry, "...their own animal welfare program.
8  The UEP Board, however, has taken a position
9  in opposition to the use of the PVP program
10  and the PVP shield as a marketing program or
11  statement regarding animal welfare unless the
12  producer is implementing a recognized
13  science-based program on 100% of their
14  flocks.  UEP is concerned at this time with
15  the embarrassment this could cause upon the
16  industry and USDA once animal activist groups
17  learn that USDA is being used to market an
18  egg product when a company has not
19  implemented a science-based guidelines 100%
20  of their production."
21         Did Mike make these comments to
22  you?
23         MS. LEVINE:  Just want to make
24         an objection for the record that the

Page 168

1      whole e-mail was not read.
2  BY MR. PIZZIRUSSO:
3      Q.   Did Mike make these objections
4  to you at the conference?
5      A.   I recall when I finished my
6  presentation he did stand up and did raise
7  some points, which I disputed.  I do not
8  remember specifically what he said.  I do not
9  remember him saying that UEP is concerned
10  that this is an embarrassment that can cause
11  industry and USDA anything of the nature that
12  he was implying here in his e-mail.
13         - - -
14         (Exhibit Klippen-33, E-mail
15         chain, Bates UE0615964 & UE0615965,
16         was marked for identification.)
17         - - -
18  BY MR. PIZZIRUSSO:
19     Q.   I'm now handing you a copy of
20  what's been marked Klippen-33.  And it
21  appears to be an e-mail chain between Mike,
22  Gene and Chad after the Iowa symposium where
23  he's telling them what happened.  If you go
24  to the bottom, the second paragraph that

Page 169

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  says, "First off...," it says, "First off,
3  you and Chad...have copies of the Symposium
4  hand-out (PP presentations) which include Ken
5  Klippen's presentation on the USDA Process
6  Verified Program.  Also, I was able to record
7  his talk via microcassette recorder, so you
8  can go through the PP section as you listen
9  to him."
10         Did you know that he was
11  recording you at this conference?
12     A.   I did not.
13     Q.   "The sound quality isn't great
14  but it is adequate enough to be understood.
15  Also taped are my comments to him at the end
16  and his subsequent response..."
17         What's your reaction to that?
18     A.   Actually no reaction.  He was
19  there, he listened to the -- and he had a
20  copy of the PowerPoint.  As to taping it,
21  well, it was a public forum, I didn't have a
22  problem with that, so...
23     Q.   And then in the fourth
24  paragraph, he talks about the conversation
25  that they will hear on the tape.  It says,

43 (Pages 166 - 169)

Page 170

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 "You will hear Ken in the presentation speak
3 of a recent conversation he had with Wayne
4 Pacelle/HSUS (during a conference each was
5 attending). I believe Ken's comments in the
6 presentation were that he shared details of
7 the PVP program with Pacelle. During one of
8 the breaks, I questioned Ken directly on
9 this. During our conversation, I asked Ken
10 what Pacelle's reaction was and Ken replied
11 something along the lines of 'he said it
12 sounded good.'"
13      Is that your recollection of
14 that conversation?
15     A.   I did remember having a
16 conversation with Wayne Pacelle. I do not
17 remember discussing this with Mike McGriff.
18 I did respond -- if I did, it would be that I
19 did present it to HSUS and they wanted to see
20 it for further evaluation.
21     Q.   And then he says in the next
22 paragraph, "Also, interestingly, Ken briefly
23 commented to the group (in response to my
24 comments) that he left UEP because of what I
25 believe he referred to as 'philosophical'

Page 171

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 differences or something similar."
3      We've talked about that. Are
4 those the same philosophical differences you
5 mentioned earlier?
6     A.   Yes. Yeah.
7     Q.   And then if you move to the top
8 of this e-mail, Gene responds, "This confirms
9 what I suspected some time ago. I had
10 suspected that Klippen may have been giving
11 information to HSUS. Sorry, that I did not
12 know what his true reason was for leaving -
13 'philosophical differences,' what are they."
14      First of all, we talked about
15 earlier giving information to the Humane
16 Society about this lawsuit. Did you give any
17 information to them about the Process
18 Verified Program beyond what you talked about
19 earlier just a second ago?
20     MS. ANDERSON: Objection. Vague
21    and ambiguous.
22     THE WITNESS: Just information
23    about the Process Verified Program. I
24    did not talk about any lawsuit.
25 BY MR. PIZZIRUSSO:

Page 172

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     Q.   And did you give any
3 information critical of UEP to the Humane
4 Society?
5     A.   I did not.
6     Q.   And did Gene know that you had
7 philosophical differences -- I'm sorry,
8 scratch that.
9      Did you discuss with Gene your
10 philosophical differences with him when you
11 left?
12     A.   Earlier in my testimony I
13 stated that I was opposed to the 100 percent
14 rule, and I discussed that with Gene
15 directly. That was philosophically we were
16 different. I also suggested he disband the
17 Scientific Advisory Committee because
18 continued operation would be continued
19 changes and adjustments that would have a
20 negative impact on the industry. But that
21 was the extent. I never used the word
22 philosophical with Gene.
23     MR. PIZZIRUSSO: I think they
24    need to change the tape so maybe we'll
25    take another quick break.

Page 173

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     VIDEOGRAPHER: Going off the
3    record. 2:09 p.m. This is the end of
4    tape number three.
5     - - -
6     (A recess was taken.)
7     - - -
8     VIDEOGRAPHER: On the record.
9    2:20. This is the beginning of tape
10    number four.
11     - - -
12     (Exhibit Klippen-34, E-mail
13    chain, Bates MOARK0005719 -
14    MOARK0005722, was marked for
15    identification.)
16     - - -
17 BY MR. PIZZIRUSSO:
18     Q.   I've given you a copy of what's
19 been marked as Klippen Exhibit 35. It's
20 MOARK 005719 to 22. Starting again on the
21 last page.
22     MS. ANDERSON: Jamie, is this
23    34?
24     MR. PIZZIRUSSO: 34. Sorry.
25 BY MR. PIZZIRUSSO:

44 (Pages 170 - 173)

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    Q.   Starting again at the last
3 page, 5722, it appears to be an e-mail from
4 Craig Willardson to Gene Gregory. Gene--we
5 had a request to license the Land O'Lakes
6 retail liquid egg product using the VPC
7 program versus UEP certified, which LOL
8 has always insisted. What is the status
9 lately of VPC?
10       Were you aware that Land
11 O'Lakes was considering having its producers
12 go through the VPC program?
13    A.   I was not.
14    Q.   So Gene responds to Craig
15 Willardson, if you go to 5721, "I think you
16 mean the USDA PVP (Process Verified Program).
17 To our knowledgement USDA has yet to approve
18 any egg producer/marketer for using this to
19 make an marketing statement about animal
20 welfare. I spoke Rex Barnes at USDA a couple
21 weeks ago and learned at that time that USDA
22 still had not approved any producer."
23       Is it right that there were no
24 producers that had been approved at this
25 time?

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2       MS. LEVINE: Object to the form
3   of the question.
4       THE WITNESS: As I stated
5   earlier, it took a year for me to
6   write it. There were companies that
7   were -- eight companies that were
8   sponsoring my efforts at trying to
9   write it, so they paid me. There was
10  a time period that there was no
11  approved PVP verified customers or
12  verified companies on that program.
13  It eventually did. And eventually
14  USDA did publish the company that did
15  get PVP certified.
16 BY MR. PIZZIRUSSO:
17    Q.   And then you continue, "It
18 remains our opinion that this is not a good
19 program for the egg industry because those
20 that were trying to set up a competitive
21 program using the PVP did not require a
22 company to fully implement science-based
23 guidelines on 100% of their production
24 flocks. We also think this PVP logo will
25 draw attention from the animal activists once

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 they learn what this program is all about."
3       Are you aware of any animal
4 activists having concerns with the PVP
5 program?
6    A.   Not at all. In fact, earlier I
7 mentioned that I presented the PVP, the
8 program details to HSUS so that they could
9 see that we were in the process of developing
10 another animal welfare program. But there
11 was never any mention of any concern.
12    Q.   And then Craig responds to
13 Gene, again, on 5721, "Gene--I am indeed
14 referring to 'VPC' or Verified Process
15 Control --Klippen's alternative program." He
16 says he's not comfortable sharing the firm's
17 name yet who had made the request because
18 Gene had asked for that. And then Gene asks
19 Craig to call him. Craig says he can't. So
20 then Gene sends another sort of lengthy
21 description of the two programs on 5719 on
22 over into 5720. This is lengthy, but the
23 bullet points that Gene makes, we'll go
24 through them, The VPC program does not
25 require the...farmer to implement science

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 based animal welfare guidelines on 100
3 percent of their production flocks.
4 Therefore, an egg farmer using the VPC
5 program could be providing as little as 48
6 square inches per bird for most of their
7 flocks while only providing the
8 science-recommended space on a few of their
9 birds to meet -- to simply meet a customer
10 needs. The UEP program currently requires
11 64 square inches and will soon require 67
12 square inches for White Leghorns and
13 76 square inches for Brown egg layers.
14       Do you think that's a fair
15 characterization of the difference between
16 the two programs?
17    A.   It is fair from Gene's
18 perspective. When I say that, he is trying
19 to denigrate the program by the way he
20 characterizes it. It is animal -- it is a
21 science-based set of guidelines. It is true
22 that it's less than 100 percent of all the
23 flocks can still be on the program as long as
24 they have the documentation to support that.
25 And it is -- our program was at 67 square

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  inches for white leghorns, so that's correct.
3       Q.    Then he -- his next bullet,
4  "The VPC program is a somewhat secret program
5  with full details not available to the
6  industry or the public.  The UEP Certified
7  program is posted on the www.uepcertified.com
8  website so that everyone can find full
9  details."
10        Do you think that's a fair
11  characterization?
12      A.    It's true.  I was in the
13  process of writing the program.  We were --
14  it wasn't fully implemented until later, so
15  why put up partial details.  Eventually it
16  was on.  In fact, UEP actually initiated a
17  FOIA, a Freedom of Information Request Act,
18  through the government to get access to what
19  I had developed and they got the full
20  details.
21      Q.    In fact, didn't they initiate
22  two FOIAs?  Are you aware of --
23      A.    I have two FOIAs.  One I was
24  aware of was from UEP.
25      Q.    The next bullet says, "While

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  the VPC program details are not open to
3  public view, we suspect the VPC program will
4  allow egg producers to backfill cages and to
5  use feed withdrawal molts - both of which are
6  prohibited by the UEP Certified program."
7       Is that a fair characterization?
8       A.    It's incorrect.  While we did
9  allow backfilling of cages, because there's
10  no science to support not or prohibiting
11  that, we did not use a -- we did not withdraw
12  feed during a molting period.
13      Q.    The next bullet, "We do not
14  believe the VPC program has been endorsed by
15  either the Food Marketing Institute...or the
16  National Council of Chain Restaurants..."
17  Was that true?
18      A.    That's true.  We didn't present
19  it to them.
20      Q.    And then he says, "The VPC
21  program really is a program whereby the audit
22  focuses more upon a HACCP type approach where
23  the USDA auditor is verifying the program
24  rather than what actually happens in the
25  chicken house.  The UEP Certified program is

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  an audit of the humane standards for 100% of
3  the company's production rather than just a
4  few chickens."
5        Is that a fair characterization?
6       A.    It is not.
7        Just for information purposes,
8  the HACCP is Hazard Analysis Critical Control
9  Points which is an accepted practice of
10  verifying compliance with a set of
11  guidelines.  The government uses HACCP in its
12  inspection process of meat birds now.  It's
13  just the way he characterized it as just a
14  few birds.  Farms can put an entire complex
15  on a PVP or they can put one barn on a PVP.
16  They could not commingle the eggs, so,
17  therefore, we had the documentation to verify
18  that those eggs were not commingled.  Just
19  the way he characterizes it, it makes it look
20  like a way to slip something by the consumer
21  which it was just the opposite.
22      Q.    The next bullet, "The UEP
23  Certified program is a science-based program
24  for the welfare of chickens - not just a
25  marketing program."

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2        Is that a fair characterization?
3       A.    Our program was also a
4  science-based program.  Farmers have always,
5  in the process of the last four decades, have
6  tried to do what is in the best interest of
7  their chickens.  The way it looks like Gene
8  is saying that what we've been doing all that
9  time is been abusing those chickens.  That is
10  a falsehood.  I presented science numerous
11  times showing that the way we're doing it,
12  we're going to get more eggs, more large
13  eggs, less mortality because we are -- we
14  have evolved to a point where we're actually
15  caring for those birds.  To call it a
16  marketing program is insulting.
17      Q.    The next bullet is, "Who are
18  the scientist that wrote the VPC program?
19  They are not acknowledged in this Executive
20  Summary.  The UEP Certified program has the
21  very best recognized animal welfare
22  scientists in the world and their names are
23  included in the program which again is posted
24  on the website."
25        Is that a fair characterization?

46 (Pages 178 - 181)

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2        A.    I didn't post the names of the
3    scientists that we used because you can see
4    the harassment that they would have received.
5    You're detailing years of my life where I was
6    harassed.  Some of it I wasn't even aware of
7    until today.  That they were bent on stopping
8    the program.  I knew of the harassment at
9    HSU -- excuse me, at USDA because USDA was
10   informing me about the meetings, the numerous
11   meetings that they were holding with Gene.
12   But you can see that if I were to post
13   information or post the names of individuals,
14   they would have been harassed.  So I was
15   protecting my scientists.  But my scientists
16   that I used were from land-grant universities
17   around the country.  USDA did confirm that
18   they were on the committee.  They did confirm
19   that they accepted the Process Verified
20   Program, that it was scientifically
21   acceptable.  In fact, the scientists I used
22   are the kind of scientists that actually have
23   experience in poultry production, not in
24   ethical perceptions as some of these
25   scientists do.

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2              - - -
3        (Exhibit Klippen-35, 12/12/07
4        Letter, Bates UE0666730 & UE0666731,
5        was marked for identification.)
6              - - -
7    BY MR. PIZZIRUSSO:
8        Q.    I'm handing you what has been
9    marked as Exhibit 35, Bates UE0666730 to 31.
10   It appears to be a letter drafted to Tim
11   Hammonds of the Food Marketing Institute on
12   December 12, 2007.  Turning to the second
13   page with the headline "Competitive Animal
14   Welfare Program."
15          Well, first of all, did you
16   know that this letter was sent to FMI?
17       A.    I did not.
18       Q.    And the second page Competitive
19   Animal Welfare Program, "Former UEP employee,
20   Ken Klippen is attempting to market a program
21   in competition with the UEP Certified
22   program.  His program - Verified Process
23   Control, LLC - is kept in secret and only
24   available by signing a confidential
25   agreement.  Therefore, we do not know the

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    full details but do know that his program
3    does not require an egg farmer to implement
4    science-based guidelines on 100% of their
5    production flocks.  He is also working with
6    USDA to use the USDA Process Verified shield
7    as a marketing statement for animal welfare.
8    UEP has expressed concern for any logo or
9    label that makes an animal welfare statement
10   when the company is only humane to some of
11   their birds."
12          You may recall -- well, let me
13   stop there.
14          Do you think that's a fair
15   characterization?
16       A.    No.
17       Q.    Do you think that Ken was
18   disparaging your program?
19       A.    That who was disparaging my --
20       Q.    I'm sorry, that Gene.  Let me
21   start that again.
22          Do you think that Gene Gregory
23   was disparaging your Process Verified
24   Program?
25       A.    I do.  Tim Hammonds was the

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    chairman of the Food Marketing Institute.  I
3    knew Tim.  I interviewed him for a
4    documentary that we submitted.  And he is
5    vilifying the program that I'm trying to put
6    together.
7        Q.    He says, "You may recall that
8    both FMI and UEP wanted an animal welfare
9    program that was equal and fair to all
10   members.  That was the major reason UEP
11   adopted the 100% rule."
12          Do you agree that the major
13   reason that UEP adopted the 100 percent rule
14   was because of FMI?
15       A.    FMI and the National Council of
16   Chain Restaurants requested, not just the egg
17   industry, but all the animal industries to
18   come up with some sort of a program that they
19   could offer to their members.  So I couldn't
20   classify that as the major reason UEP adopted
21   the 100 percent rule.  I do think that that
22   kind of evolved over time where they wanted
23   to have 100 percent because they could see
24   how that would be much more controlling.  But
25   he's actually appealing to Mr. Hammonds to

47 (Pages 182 - 185)

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 support what he's trying to get at the way
3 he's drafted -- crafted this letter.
4      Q.   Well, if you look at, skipping
5 to the next paragraph, "We would hope that if
6 Klippen ever contacts FMI seeking your
7 support or endorsement that you decline based
8 upon the grounds that the program does not
9 require a commitment of 100% of the flocks to
10 meet science-based guidelines."
11      I think you said earlier you
12 hadn't ever sought FMI to endorse your
13 program.  Is that correct?
14      A.   For the Process Verified
15 Control, I did not, no.  I went to individual
16 companies that were requiring an animal
17 welfare program.
18      I'm going to back up on one
19 point, if I could.  The first paragraph under
20 "Competitive Animal Welfare Program" where he
21 talks about the company is only humane to
22 some birds, he is, again, mischaracterizing
23 what took 40 years of the industry to come to
24 a conclusion that this was the most humane
25 way to raise chickens.  We have the

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 documentation from the scientists to support
3 that.  It's as if his program was the only
4 humane program out there.  Again, it's a way
5 to vilify what I was trying to put together.
6      Q.   Hammonds was not vilifying your
7 program that you're aware of, though,
8 correct?
9      A.   Never.
10      Q.   You're referring to Gene
11 Gregory when you said he was doing this.  Is
12 that --
13      A.   Gene Gregory, yes.  Correct.
14           -  -  -
15      (Exhibit Klippen-36, 12/20/07
16      Letter, Bates UE0140621 - UE0140623,
17      was marked for identification.)
18           -  -  -
19 BY MR. PIZZIRUSSO:
20      Q.   I've handed you what has been
21 marked as Klippen-36, UE0140621 to 623.  Do
22 you recognize this document?
23      A.   I do.
24      Q.   And what is it?
25      A.   It's a letter from one of the

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 attorneys at Brann & Isaacson, not Irving
3 Isaacson who I had dealt with for many, many
4 years.  You can see he's at the top of the
5 list of attorneys on this list, but an
6 attorney that came later that was, again,
7 attempting to discredit the efforts of the
8 Process Verified Program.  And I did respond
9 to this letter.
10      Q.   On the second page of this
11 letter, he says, the first full paragraph,
12 "Beyond these concerns about the impact
13 generally on the industry, UEP is concerned
14 that your marketing overtures to individuals
15 are seriously misleading.  For example, we
16 are unaware of any broad scientific effort to
17 establish animal welfare guidelines for caged
18 layers other than the effort undertaken by
19 UEP's scientific advisory committee.  It is
20 likely that any such scientific effort would
21 have come to UEP's attention since UEP is in
22 constant contact with virtually every
23 significant poultry science expert who has
24 done work in the animal welfare field.
25 Accordingly, UEP was surprised to read of the

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 scientific work allegedly being done on
3 behalf of your program."
4      Q.   What's your reaction to that?
5      A.   I think this demonstrates
6 arrogance.  I think that UEP was using their
7 law firm to try to intimidate me by saying
8 that there isn't any other scientists out
9 there except for our scientists or the ones
10 we're aware of, which is not true.  The
11 scientists I have used, I have quoted
12 extensively in some of the articles I've
13 written of late to some of the newspapers.
14 So just because UEP is not aware of the
15 scientists that -- they are -- they know who
16 they are, I just didn't want to divulge their
17 names to them for this kind of abuse that
18 they would have received.
19           -  -  -
20      (Exhibit Klippen-37, E-mail
21      chain, Bates NL01185714 - NL01185717,
22      was marked for identification.)
23           -  -  -
24 BY MR. PIZZIRUSSO:
25      Q.   I've handed you what's been

48 (Pages 186 - 189)

Page 190

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  marked as Klippen-37, Bates NL01185714 to 17.
3  Do you recognize this?
4       A.   I do.
5       Q.   Did you write this e-mail and
6  receive this response from Gerry Wigren?
7       A.   I have.  I did.
8       Q.   And is this the response to --
9  does this include the response to the letter
10 that we just read from Kevin Haley?
11      A.   It does.
12      Q.   In your response in particular,
13 I want to direct you to the last paragraph
14 where you say, "Lastly, please be informed
15 that Klippen & Associates LLC has consulted
16 with a law firm in Minneapolis that
17 specializes in business tort claims and
18 anti-trust matters.  On staff, Klippen &
19 Associates, LLC has an attorney with nearly
20 twenty years experience in litigation.  The
21 characterization of the VPC for the egg
22 industry appears to us to be singular in
23 purpose; to stop a competing program.  We
24 look forward to your assurances that this is
25 not the case."

Page 191

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2            Did you ever get those
3  assurances?
4       A.   No.
5       Q.   But you've never -- you never
6  filed any litigation about it?
7       A.   No.  But I was -- it was
8  becoming -- I was becoming aware that the
9  letter from the Brann & Isaacson attorneys
10 was just another one of those letters from
11 within the industry that was trying to stop a
12 competing program.
13           Can I draw your attention,
14 please, I want you to read or I will the very
15 first paragraph.  I said, "Thank you for your
16 letter sent by UPS Express.  It arrived on
17 Saturday, December 22nd.  I have known Brann &
18 Isaacson for more than twenty-five years, and
19 always valued the opinion and counsel offered
20 by Irving Isaacson and others at the firm
21 over the many years of our association.
22 However, the conclusions in your letter
23 appear to be based on limited information,
24 thus, I am pleased to have the opportunity of
25 responding."

Page 192

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2            Over and over again, in all
3  these documents that you presented to me
4  today, I've seen where information was given
5  either to position or to vilify the Verified
6  Process Control efforts, the Process Verified
7  Program.  And in this case I was giving them
8  the opportunity to see why we did it and how
9  we went about doing it so that they would
10 have a more accurate picture from what they
11 had been told.  I think it's important for
12 people to recognize that I was presenting a
13 program that was a comparable program that
14 did have the science-based backing.  I
15 provided 42 scientific references to support
16 it and yet -- I was aware of some of this
17 information, I'm absolutely astounded by the
18 quantity and efforts by both Gene and Chad to
19 try to stop it.
20           - - -
21           (Exhibit Klippen-38, E-mail
22 chain, Bates SF111575 - SF111577, was
23 marked for identification.)
24           - - -
25 BY MR. PIZZIRUSSO:

Page 193

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2       Q.   I'm handing you what's been
3  marked as Klippen-38, Bates SF111575 through
4  577.  Do you recognize this e-mail chain?
5       A.   I don't recall this.  I know
6  all the players that are mentioned here, but
7  I have to read this to recollect what
8  actually took place.
9       Q.   Okay.
10      A.   [Reviewing document.]
11           I draw your attention to page
12 2, SF111576, where I wrote to Alan Andrews.
13 It says, "Dear Alan, UEP must be truly
14 desperate as now Gene has scheduled a meeting
15 next Wednesday with the scientists that
16 helped created the production guidelines for
17 the Verified program."
18           That was my concern.
19      Q.   That's what I was wanted to ask
20 you about.  So Gene then actually contacted
21 the scientists that you work with and tried
22 to set up a meeting.  Is that right?
23      A.   That's correct.
24           MS. LEVINE:  Object to the form
25 of the question.  Misleading.  Lacks

49 (Pages 190 - 193)

Page 194

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     foundation. The witness can testify.
3 BY MR. PIZZIRUSSO:
4     Q.   Do you know if the witness --
5 I'm sorry.
6         Do you know if the scientists
7 ended up actually meeting with him?
8     A.   I do not recall if they met
9 with him. If they did, I think it might have
10 been just phone conversations as opposed to
11 an actual meeting.
12    Q.   Did you attend that meeting?
13    A.   I did not.
14        Also on page 2, it mentions the
15 Freedom of Information Act request.
16        MS. LEVINE: I'm going to object
17 to the reference of counsel to a
18 meeting. The witness did not testify
19 that there was a meeting, and he
20 guessed that there was a phone call.
21            - - -
22        (Exhibit Klippen-39, 1/31/08
23 Letter, Bates UE0575401 & UE0575402,
24 was marked for identification.)
25            - - -

Page 195

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 BY MR. PIZZIRUSSO:
3     Q.   I'm handing you what's been
4 marked Klippen-39, UE0575401 to 402. It
5 appears to be a letter dated January 31,
6 2008, to Lloyd Day from Mike McLeod and Randy
7 Green. Were you aware of this letter?
8     A.   I was not.
9     Q.   It appears the first line,
10 "Thank you for meeting with us recently for a
11 further discussion of USDA's Process Verified
12 Program..." Referring to the page -- to the
13 second -- referring you to the second page,
14 the second paragraph, "For that reason, we
15 would like to suggest an approach that would
16 preserve the seal's integrity in light of
17 your determination not to impose a 100%
18 requirement."
19        So the USDA agreed with you
20 that you would not have to have 100 percent
21 requirement for the Process Verified Program?
22    A.   That's correct.
23        MS. LEVINE: Object to the form
24 of the question. Leading.
25 BY MR. PIZZIRUSSO:

Page 196

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     Q.   Where PVP covers less than 100
3 percent of a company's production, we
4 suggested that USDA require a factual and
5 non-judgmental disclaimer to accompany the
6 USDA seal whether on egg cartons or other
7 packaging for the retail consumer or on any
8 packaging promotional literature, Web sites
9 or other places where the seal is displayed
10 to the food industry. The disclaimer will
11 read the producer of these eggs may not treat
12 all of its flocks with the same standard of
13 care that is applied to hens that laid these
14 eggs.
15        Did the USDA ever require that
16 disclaimer?
17    A.   No.
18    Q.   What do you think about that
19 suggestion?
20    A.   I think it's an abomination,
21 because what it's -- basically what they're
22 trying to say is unless you are under that
23 set of guidelines, you're abusing your
24 chickens. And as I stated twice previously,
25 you know, the four decades of learning how to

Page 197

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 produce chickens so they produce eggs, we
3 have done it humanely. These were other
4 programs that we could offer to our
5 customers. That kind of a disclaimer on a
6 carton would be like somebody saying don't
7 buy these eggs.
8            - - -
9         (Exhibit Klippen-40, E-mail
10 chain, Bates UE0897271, was marked for
11 identification.)
12            - - -
13 BY MR. PIZZIRUSSO:
14    Q.   I'm handing you what's been
15 marked as Klippen-40, UE0897271. So sounds
16 like in April 2008 you had a ruptured
17 appendix?
18    A.   I did.
19    Q.   Did you ever see this response
20 from Howard Magwire?
21    A.   No.
22    Q.   And he says, "11 countries, 4
23 continents!!!! I would be happy if just you
24 and Bill send me cards. Did I every tell you
25 about the time I almost died..."

50 (Pages 194 - 197)

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2        Do you know who is Howard
3 Magwire?
4    A.    He was UEP's vice president of
5 government relations.  He replaced me when I
6 left.  I trained him.
7    Q.    I'm not going to ask you your
8 reaction to that.
9    A.    You can guess what it is.
10        - - -
11        (Exhibit Klippen-41, 4/17/08
12    E-mail, Bates MFI0064099, was marked
13    for identification.)
14        - - -
15 BY MR. PIZZIRUSSO:
16    Q.    I'm giving you what's been
17 marked Klippen-41, MFI0064099, an e-mail from
18 you dated April 17, 2008.  Do you recognize
19 this document?
20    A.    I do.
21    Q.    And what is it?
22    A.    Again, it was informing Michael
23 Foods that a FOIA had been filed against me.
24 And I was showing how it was necessary to
25 object to certain provisions, to redact

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 certain provisions of the documents simply
3 because of the expense and time that went
4 into preparing that and we weren't prepared
5 to give it away at this point.
6    Q.    And they sent you this FOIA
7 while they were recovering from your ruptured
8 appendix?
9    A.    Correct.
10        - - -
11        (Exhibit Klippen-42, 4/17/08
12    Letter, Bates MFI0064600 - MFI0064606,
13    was marked for identification.)
14        - - -
15 BY MR. PIZZIRUSSO:
16    Q.    I've now handed you what's been
17 marked Klippen-42, Bates MFI0064600 to 06,
18 dated April 17, 2008.  Do you recognize this
19 document?
20    A.    I do.
21    Q.    And what is it?
22    A.    My response to the USDA Freedom
23 of Information officer on the FOIA request.
24    Q.    Is it a true and accurate copy
25 of that response?

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    A.    It appears to be, yes.
3    Q.    And why did you object to this
4 FOIA?
5    A.    There were certain details
6 within the document that, as I mentioned,
7 that took extensive time to produce.  And
8 since the Process Verified Program was a very
9 unique program with much documentation, it
10 would give a blueprint for anybody to simply
11 copy it and develop another program.  That
12 would be another Process Verified Program
13 that they could implement.
14    Q.    On page 4 of this document, if
15 I could direct your attention to point 2
16 under B, "Existence of Competition," it looks
17 like you wrote, If USDA were to release this
18 information provided by VPC no egg producer
19 would seek USDA PVP status for fear of
20 disclosure of its proprietary production
21 practices.  The sole purpose of VPC and the
22 creation of its alternative animal welfare
23 program would be obliterated.  Granting UEP's
24 FOIA request would effectively eliminate VPC
25 as a competitive animal welfare program

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 granting UEP a virtual monopoly in the United
3 States egg industry.
4        What did you mean by that?
5    A.    Again, there was some
6 proprietary information that was developed in
7 the process of developing a Process Verified
8 Program.  And as you've seen by the extensive
9 documentation today, that anybody who offered
10 anything that was different from UEP
11 Certified Program would be attacked with a
12 vengeance.  I was trying to protect the
13 integrity of the program.
14    Q.    Did you believe that UEP was
15 trying to attack a competitor of its program
16 in submitting this FOIA?
17    A.    Yes, I do.
18        - - -
19        (Exhibit Klippen-43, E-mail
20    chain, Bates SF111491 - SF111495, was
21    marked for identification.)
22        - - -
23 BY MR. PIZZIRUSSO:
24    Q.    I have handed you what's been
25 marked as Klippen-43, SF111491 to 495.  Do

51 (Pages 198 - 201)

Page 202

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 you recognize this document?
3     A.   I do.
4     Q.   What is it?
5     A.   This was an e-mail that I sent
6 to Wayne Carlson at Sparboe Farms with the
7 minutes from a meeting of the VPC that we
8 held in Philadelphia.
9     Q.   Did you write these minutes?
10     A.   I did.
11     Q.   Are these a true and accurate
12 copy of those minutes?
13     A.   They appear to be, yes.
14          - - -
15          (Exhibit Klippen-44, Announcing
16     Changes in VPC, Bates MFI0042703 -
17     MFI0042705, was marked for
18     identification.)
19          - - -
20 BY MR. PIZZIRUSSO:
21     Q.   I've handed you what's been
22 marked as Klippen-44, MFI0042704 (sic) to 05.
23 Do you recognize this?
24     A.   I do.
25     Q.   What is it?

Page 203

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     A.   It was an announcement to the
3 people that were supporting me in the
4 development of a Process Verified Program.  I
5 wanted them to be aware that we had completed
6 the program and that I had accepted the
7 position with Sparboe Farms and would be
8 seeking my Ph.D. in animal welfare.
9     Q.   And Chris Klippen -- what was
10 Chris Klippen's role to be in the Verified
11 Process Control?
12     A.   Well, since I was going to be
13 working exclusively with one of my clients,
14 in order to help with the transition, Chris
15 Klippen offered to continue the program and
16 continue helping the egg farmers who wanted
17 to get process verified through USDA to carry
18 that through to completion.
19     Q.   Is Verified Process Control,
20 LLC still in existence?
21     A.   It is not.
22     Q.   What has replaced it, if
23 anything?
24     A.   Nothing.
25     Q.   But you still work -- do you

Page 204

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 still work with clients in developing
3 alternative programs under the Process
4 Verified Program of the USDA?
5     A.   Not currently.
6          - - -
7          (Exhibit Klippen-45, E-mail
8     chain, Bates UE0945329 - UE0945331,
9     was marked for identification.)
10          - - -
11 BY MR. PIZZIRUSSO:
12     Q.   I am handing you what's been
13 marked Klippen-45, UE0945329 to 31.  It
14 appears to be an e-mail chain starting at the
15 very end with an e-mail from you to William
16 Roenigk.  Is that -- does that look right to
17 you?
18     A.   That's correct, yeah.
19     Q.   Who is William or Bill Roenigk?
20     A.   At the time he was their senior
21 vice president with the National Chicken
22 Council in Washington, D.C.
23     Q.   You write, "Hi Bill, Hopefully
24 UEP will leave me alone now.  Hope you are
25 doing well."

Page 205

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2          What did you mean by that?
3     A.   This followed the FOIA request
4 two times I've been corrected.  In the
5 process of trying to develop the Process
6 Verified Program I felt and experienced
7 restrictions by UEP constantly in trying to
8 prevent me even working with USDA, and I was
9 moving on.
10     Q.   Then somehow if you look on
11 page 945330, the second page, it gets
12 forwarded around and gets up to Andrew Long.
13 Do you know who Andrew Long is?
14     A.   I do not.
15     Q.   And Andrew Long forwards it to
16 Chad Gregory.  And Chad forwards it to Gene
17 Gregory.  "Check out the quote from Ken
18 Klippen below.  'Hopefully UEP will leave me
19 along now???????"  And then Gene sends it to
20 a whole slew of people.  And he writes, "To
21 All," on the first page now of 329, "If you
22 will read down through these emails you will
23 find the Sparboe Company announcement of the
24 employment of Ken Klippen.  I will not
25 comment on his employment and do wish him and

52 (Pages 202 - 205)

Page 206

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  the Sparboe Company the best.  The problem is
3  his comment to William Roenigk of the
4  National Chicken Council in which he says
5  'hopefully UEP will leave me alone now.'"
6          And then Mike McLeod writes
7  back, "Gene, On the bright side, I guess this
8  means he won't still be trying to form a
9  rival organization."
10         Were you trying to form a rival
11  organization?
12     A.    Not at this time.
13     Q.    And then Gene responds, "I
14  think this means that Sparboe will attempt to
15  sell other producers on following their lead
16  in government relations and animal welfare.
17  They will say they don't need UEP because
18  Sparboe can provide those services.  It also
19  means that Klippen will be used with
20  consumers to say that he is the leader on
21  animal welfare and they don't need the UEP
22  Certified program.  I can't think of anything
23  good that will come out of this marriage.
24  Sparboe has tried everything possible to
25  uncut UEP."

Page 207

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2          Do you think that's an accurate
3  representation?
4      A.    It is not.
5      Q.    And then Mike replies, "Gene, I
6  certainly hope this is not the case.  I can't
7  see Sparboe's competitors turning their
8  representation over to and following the lead
9  of Sparboe.  I was disturbed to have Sparboe
10  say that Ken has always served for years as
11  the nation's egg industry spokesperson on
12  animal welfare.  However, I don't this this
13  false claim will have any credibility with
14  anyone who is familiar with our industry.  In
15  the end they will fail."
16         Did you and Sparboe fail?
17     A.    We did not.  I was the industry
18  spokesperson when I was working at UEP, and
19  we have documentation to support that.
20     Q.    So do you think -- what do you
21  think of his characterization?
22     A.    I think he's playing to Gene's
23  ego.  When I say "he," Mike McLeod.
24          - - -
25         (Exhibit Klippen-46, E-mail

Page 208

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      chain, Bates UE0715493 & UE0715494,
3      was marked for identification.)
4          - - -
5  BY MR. PIZZIRUSSO:
6      Q.    Showing you what's been marked
7  as Klippen-46.  It is Bates UE0715493 to 494.
8  It appears to be an e-mail chain between Gene
9  Gregory and Joy Mench.  And the talking
10  about, if you go to the second page, July 8,
11  2008, "Conference at Iowa State," Gene
12  Gregory mentions to Joy, "There is also the
13  possibility of Ken Klippen (former UEP
14  employee) and now working for the Sparboe
15  Company to be there.  If so, you might expect
16  him to direct comments toward you that
17  questions the credibility of the UEP
18  program."
19         Do you recall what conference
20  Gene is referring to here?
21     A.    I do.
22     Q.    And did you attend?
23     A.    I did.
24     Q.    Did you direct any comments to
25  Joy Mench about the UEP program?

Page 209

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      A.    I did not.
3      Q.    And Joy responds, "Hi Gene,"
4  skipping ahead, this will change my talk a
5  bit to highlight the UEP program - I really
6  wasn't going to talk much about any
7  particular program in detail - my brief was
8  more to give a historical overview about how
9  research and teaching in animal welfare in
10  the U.S. has grown during the last 20 years.
11  But now that I know these folks will be there
12  I will talk MUCH MORE about UEP!
13         Do you recall her talking about
14  UEP at this program?
15     A.    I do not.  I can't recall what
16  she said specifically, no.
17     Q.    And Gene responds on the first
18  page, 493, the third e-mail down, "In regard
19  to Klippen, I don't know if he is attending
20  but would guess so because he is hired by the
21  Sparboe Company.  He has been trying to
22  create his own PVP program and trying to
23  convince some of our producers to drop off
24  the UEP Certified program and go to his.  You
25  can only learn about his program by signing a

53 (Pages 206 - 209)

Page 210

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 confidential agreements.  So while our
3 program is up on website for the world to
4 see, his program is kept in secret.  So in
5 order to promote the Klippen/Sparboe program
6 either Klippen or Dr. Medina may try to
7 disparage the UEP program either through
8 questions or comments.  Hope none of this
9 happens."
10        Who is Dr. Medina?
11    A.    Dr. Hugo Medina was the
12 veterinarian that worked for Sparboe Farms.
13 He died a couple of years back.  Dr. Medina
14 was on the program.  Neither he nor I said
15 anything disparaging about UEP's program.
16    Q.    Were you actively trying to
17 convince producers to drop UEP and go to your
18 program?
19    A.    I was not.
20    Q.    And Joy responds to that, "I
21 don't think Ken wants to tussle with me so I
22 doubt if he would say much (in public
23 anyway).  I don't know Medina...so who knows
24 what he might do."
25        Do you know why Joy would

Page 211

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 suggest that you don't want to tussle with
3 her?
4    A.    I do not know.  I know Joy.  I
5 know Dr. Mench.  But I don't know why she
6 would make a statement like that, unless it's
7 to reassure Gene that she can handle her own.
8                - - -
9        (Exhibit Klippen-47, 7/28/08
10       E-mail, Bates UE0198154, was marked
11       for identification.)
12                - - -
13 BY MR. PIZZIRUSSO:
14    Q.    I've handed you what's been
15 marked as Klippen-47.  It's UE0198154.  Sorry
16 about the small type.  I know it's very hard
17 to read.  This appears to be an e-mail from
18 Mike McGriff to Gene and Chad Gregory on
19 July 28, 2008.  He's talking about the Texas
20 Poultry Federation Convention.  Were you at
21 that, do you recall?
22    A.    I was not.
23    Q.    If you go three paragraphs
24 down, "One thing Friedow apparently did not
25 know (or maybe he did) is that over the years

Page 212

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 I have developed a great friendship with Roy
3 Patterson."
4        Do you know who Roy Patterson
5 was?
6    A.    I do not.
7    Q.    "A BIG topic of discussion for
8 almost everyone at the convention was the
9 Wal-Mart DC switches."
10    A.    That's distribution center.
11    Q.    Do you recall around this time
12 period that Wal-Mart -- these Wal-Mart
13 distribution center switches that he's
14 referring to?
15    A.    I do.
16    Q.    What happened?
17    A.    The sales team at Sparboe had
18 taken me down to the headquarters of Wal-Mart
19 to present the Process Verified Program.
20 They were so impressed, that they wanted to
21 have Wal-Mart purchase product from Sparboe
22 Farms as a result.
23    Q.    And Mike continues, As I said,
24 Friedow sat at Mahard's table during the
25 banquet.  Gene, you need to know a couple of

Page 213

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 things.  Friedow told Roy (who then obviously
3 told me) that when you called the category
4 manager at Wal-Mart, that coincidentally
5 Friedow and Sparboe (what he said was "we")
6 were in his office.  He said that the
7 Wal-Mart guy put you on the speakerphone and
8 that they heard the entire conversation.
9 Friedow told Roy that it got a little
10 "heated" on the phone.  I would assume if
11 Friedow were there, then certainly some
12 combination of Beth, Wayne and most
13 definitely Klippen were also there.
14        Were you there when this
15 happened?
16    A.    I was.
17    Q.    "It somewhat adds up since I
18 remember you saying that the guy told you he
19 was looking at the PVP program at that very
20 minute.  Anyway, whatever was said, they
21 apparently heard.  The only other explanation
22 would be that the Wal-Mart buyer simply told
23 Sparboe about the conversation and Friedow
24 dropped the story to Roy, for some reason
25 hoping he would tell me...doubtful."

54 (Pages 210 - 213)

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2        So what happened during that
3    meeting when Gene called while you were
4    meeting with Wal-Mart?
5        MS. LEVINE: Object to the form
6    of the question.
7        THE WITNESS: The Sparboe
8    salesperson, his name was Lee
9    Regensburger, and I made a
10   presentation to the buyer at Wal-Mart.
11   After we had finished the
12   presentation, Lee wanted to visit with
13   part of the distribution chain people.
14   We stepped out of that room. We came
15   back to say good-bye and the buyer
16   said you won't believe what just
17   happened. He had just received a
18   phone call from Gene trying to
19   convince him not to buy Sparboe eggs.
20   My mouth fell open that anybody would
21   call a buyer and tell them not to buy
22   our eggs. And yet the details of the
23   Process Verified Program were
24   presented to Wal-Mart. I gave them
25   the documentation to show the

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    extensive nature of the documentation.
3    They were convinced at that time that
4    we had an acceptable program. They
5    were going to allow UEP certified eggs
6    to be sold through the Wal-Mart
7    distribution centers or Sparboe's
8    Process Verified Program. We were
9    happy with that. Apparently you can
10   see that UEP was not.
11   BY MR. PIZZIRUSSO:
12   Q.   Do you recall specifically what
13   Gene Gregory said when he was speaking to the
14   Wal-Mart representative?
15   A.   We did not hear the
16   conversation. That is a mischaracterization
17   of what took place. We were told by the
18   buyer.
19       - - -
20       (Exhibit Klippen-48, E-mail from
21   Mike McGriff, Bates UE0198155, was
22   marked for identification.)
23       - - -
24   BY MR. PIZZIRUSSO:
25   Q.   I'm handing you what's been

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    marked Exhibit 48, UE0198155. It appears to
3    be an e-mail from Mike McGriff, although it's
4    missing the upper portion.
5        MS. LEVINE: I'm going to object
6    to using this document without the
7    whole document.
8        MR. PIZZIRUSSO: That's fine.
9    BY MR. PIZZIRUSSO:
10   Q.   The second paragraph says,
11   "Jeff Hardin and I talked quite a bit about
12   the Wal-Mart situation. I told him all of
13   the producers that lost Wal-Mart business
14   should simply refuse to sell Sparboe eggs.
15   He told me that he had actually suggested to
16   Dolph that the top 20 suppliers all agree not
17   to sell Sparboe any eggs and watch Sparboe
18   completely screw up their Wal-Mart program
19   within a year. Everyone seems to be in
20   general agreement that the Wal-Mart situation
21   is going to have a negative impact on the egg
22   market."
23       Do you know who Jeff Hardin is?
24   A.   I know the name, but I can't
25   picture him in my mind right now. So it's

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    not somebody I had dealings with on any
3    extensive basis.
4    Q.   Do you know if Sparboe
5    experienced any kind of retaliation when it
6    picked up the Wal-Mart DCs?
7    A.   I am not aware of any
8    disruption to Sparboe's ability to supply the
9    eggs.
10   Q.   We talked about just a second
11   ago, Gene Gregory contacting Wal-Mart. Do
12   you know if Gene Gregory had any other
13   conversations with Wal-Mart about that?
14   A.   No. I'm not aware of any other
15   conversations that Gene had with Wal-Mart.
16   Q.   Do you know of any other
17   conversations that another UEP member had
18   with Wal-Mart?
19   A.   I am aware of another one.
20   Q.   What is that?
21   A.   Chad Gregory contacted Wal-Mart
22   and made inferences that should Wal-Mart buy
23   eggs from Sparboe, that they could be facing
24   an FTC lawsuit. Wal-Mart asked for the
25   attorneys that would be involved. Chad could

Page 218

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1 KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 not remember the names of the attorneys, but
3 then he referred the call to Rex Barnes who
4 at that time was the deputy administrator at
5 USDA. Rex Barnes confirmed that he had
6 numerous conversations with the FTC attorneys
7 and he was not aware of any lawsuit that was
8 pending or any likelihood of a lawsuit. So
9 that was the only other -- you have that
10 document.
11    Q.   I have that document.
12              - - -
13         (Exhibit Klippen-49, E-mail
14    chain, Bates SF082672 - SF082676, was
15    marked for identification.)
16              - - -
17 BY MR. PIZZIRUSSO:
18    Q.   I'm handing you now what's been
19 marked Klippen-49. It is Bates SF082672
20 through 2676. It appears to be a long e-mail
21 chain between Chad Gregory, Rex Barnes and
22 others. Is this what you were just referring
23 to?
24    A.   Yes.
25    Q.   On the last page, this is an

Page 219

1 KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 e-mail from Tony Airoso, A-I-R-O-S-O, to Chad
3 Gregory and Gene Gregory. And Tony says at
4 point 2 on the last page, 676, "You indicated
5 that the FTC was watching the situation and
6 that they could file a lawsuit. I would like
7 to talk with the contact at the FTC that
8 indicated that to you so that we can have our
9 lawyer meet with them to ensure that we are
10 following the law appropriately."
11         That's what you were referring
12 to a little while ago?
13    A.   Correct.
14    Q.   And then Chad responds on page
15 4, it's 2675, the first full paragraph, As
16 for your question regarding FTC, I don't
17 remember saying the FTC was possibly going to
18 "sue" Wal-Mart. I do remember saying that
19 the "FTC was looking into this" and this is
20 factual. You can contact Rex Barnes at USDA
21 to get verification on all this. And it
22 appears that Tony then sent this to Rex
23 Barnes.
24         If you flip again to the next
25 page. Could you please help me understand if

Page 220

1 KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 you have had any conversations with the FTC
3 around Wal-Mart being sued for using your
4 program to verify that Sparboe is compliant
5 for Animal Welfare? I found the statements
6 to be a little -- by the UEP to be a little
7 strange.
8         Then Rex says at the bottom of
9 page 2, "I have not heard of anything
10 concerning a lawsuit. If a logo is proposed
11 in relation to the PVP program I will work
12 with FTC before we approve its use."
13         So did you think this was an
14 accurate representation that Chad had made to
15 Tony?
16         MS. LEVINE: Object to the form
17    of the question.
18         THE WITNESS: No, I do not.
19 BY MR. PIZZIRUSSO:
20    Q.   And then eventually, let's see,
21 Tony then responds to a couple of people, and
22 then it gets to Lee Regensburger, who is Lee?
23    A.   Lee was the vice president of
24 sales at Sparboe Farms. He's no longer
25 there.

Page 221

1 KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    Q.   And then you respond to Lee
3 about halfway down, a little more, "I also
4 learned from Alan in his conversation
5 recently with Chad Gregory that statements
6 made by him include how the scientific
7 advisors used for the PVP were sorry they
8 assisted us. That is another fabrication as
9 evidenced by the fact that the chairman of
10 that scientific advisory group has agreed to
11 attach his name to our production
12 guidelines."
13         What is that referring to?
14    A.   Again, the -- I was trying to
15 protect these scientists from this kind of
16 activity by UEP. Finally, in talking to one
17 of the scientists, he said use my name. I'm
18 tired of this kind of nonsense that UEP is
19 generating against the Process Verified
20 Program. So we did all we could to provide
21 whatever documentation Wal-Mart wanted, USDA
22 wanted in order to ensure that we could
23 actually sell eggs under the Process Verified
24 Program.
25         MR. PIZZIRUSSO: I think we need

56 (Pages 218 - 221)

Page 222

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    to change tapes again.
3       VIDEOGRAPHER: Going off the
4  record. 3:19 p.m. This is the end of
5  tape number four.
6       - - -
7     (A recess was taken.)
8       - - -
9      VIDEOGRAPHER: We're on the
10 record. 3:36 p.m. This is the
11 beginning of tape number five.
12       - - -
13     (Exhibit Klippen-50, E-mail
14 chain, Bates SF120286 - SF120289, was
15 marked for identification.)
16       - - -
17 BY MR. PIZZIRUSSO:
18   Q. I've handed you what's been
19 marked as Klippen-50. And that's Bates
20 SF120286 to 289. Do you recognize this
21 document?
22   A. I do.
23   Q. And what is it?
24   A. A letter that the owner of
25 Sparboe Farms, Beth Schnell, sent to Gary

Page 223

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 West who at that time was chairman of United
3 Egg Producers in Modesto, California. She
4 was reminding him of the financial support
5 they had given to their efforts in supporting
6 UEP over the years. She was contacting him
7 directly because of UEP's contacting her
8 customers. She indicated this was with the
9 intent of interfering with the business
10 relationships. That was her concern, it
11 might go too far.
12   Q. Did you draft this for her?
13   A. I did not draft the letter. I
14 provided input concerning some of my
15 conversations with the folks at Wal-Mart so
16 that she would have my perspective.
17   Q. Do you know if it actually was
18 sent to Gary West?
19   A. I do not know if it was sent.
20   Q. Turning to page 2, in the
21 middle of the page it says, "Regrettably,
22 this is not the first time that Mr. Gregory
23 has communicated with our customers.
24 Attached is an email that shows Mr. Gregory
25 has engaged in this type of conduct before."

Page 224

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     Do you know what she was
3 referring to?
4   A. I do.
5   Q. What was that?
6   A. Sparboe Farms was also selling
7 eggs to the Canadians, to CEMA, and I believe
8 it was Gene Gregory that also contacted them
9 and indicated that they were not part of UEP
10 certified and they shouldn't buy their eggs.
11   Q. That a document we looked
12 at earlier today, is that what you're
13 referring to?
14   A. Correct.
15   Q. Page 3, Bates 288, the first
16 full paragraph it says, "It is our belief
17 that Mr. Gregory's activities in the
18 marketplace could be construed as
19 interference with our business relationships
20 and a possible violation of the anti-trust
21 laws. At the very least, how can Mr. Gregory
22 justify such conduct toward one of his own
23 members? Surely, a dues paying member of UEP
24 deserves better treatment at the hands of its
25 own President."

Page 225

1     KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     So Sparboe was still a member
3 at the time that this contact with Wal-Mart
4 occurred?
5     MR. HUTCHINSON: Objection to
6   form.
7     THE WITNESS: I can't remember
8  when they withdrew their membership.
9  I think we had some documentation
10 earlier. They were a member, then
11 they withdrew the membership. We saw
12 the documents where they withdrew all
13 the memberships in all the
14 organizations within UEP's family, and
15 then they rejoined, but it was long
16 after 2008 when they rejoined. It was
17 more like 2012 before they rejoined
18 UEP. So I can't answer for why she
19 stated it in that fashion.
20     - - -
21     (Exhibit Klippen-51, E-mail
22 chain, Bates UE0715275, was marked for
23 identification.)
24     - - -
25 BY MR. PIZZIRUSSO:

57 (Pages 222 - 225)

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      Q.   I've handed you what's been
3   marked Klippen-51. It's Bates UE0715275. It
4   an e-mail from Mike Bynum to Gene Gregory and
5   a response from Gene to Mike. Do you know
6   who Mike -- Michael Bynum is?
7      A.   I do.
8      Q.   And who is he?
9      A.   Mike Bynum is or was an egg
10  farmer in Florida. I think he has retired,
11  if I'm not mistaken. But Mike Bynum did
12  operate an egg farm down in Florida.
13     Q.   And so Mike writes to Gene,
14  "But with Sparboe picking up 5 or so WalMart
15  DCs, and them having their own animal welfare
16  program conducted by Dr. Klippen (ha ha),
17  does that mean that WalMart is moving away
18  from UEP-certified as a spec for its eggs,
19  and will now allow other programs? I'm
20  concerned about the spreading to other major
21  retailers like a contagion.
22     "Is WalMart going to stand firm
23  on UEP and force all its suppliers to adhere
24  to those guidelines or accept something
25  else/lesser?"

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      Do you know if Wal-Mart forced
3   all of its suppliers to adhere to this same
4   program?
5      A.   They did not.
6      Q.   And then Gene responds to Mike,
7   Both Chad and I have either spoken on the
8   phone or made -- have spoken of the phone on
9   made a personal visit to Wal-Mart. I think
10  there's some typos there. "Wal-Mart has
11  assured us that their egg suppliers will have
12  to meet animal welfare standards that are
13  equal to or better than the UEP Certified
14  program. At this point they have been sold
15  by Klippen and Sparboe that the PVP program
16  is better than the...UEP program. Wal-Mart
17  has also assured us that Sparboe will have to
18  meet these standards on 100% of their birds.
19  We have serious doubts whether Sparboe will
20  truly do this on all 12 million of their
21  birds so we are continuing to check with USDA
22  to find out how many farms they audit.
23     "We are staying on this to
24  monitor and make sure Wal-Mart lives up to
25  their word on the 100%.

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      "Any retailer would be foolish
3   to follow what Wal-Mart is doing and once
4   they learn the details they will understand."
5      Did you know if Wal-Mart
6   required 100 percent implementation on all of
7   its suppliers' product?
8      A.   Wal-Mart never communicated
9   that to me. However, Sparboe did put 100
10  percent of their company-owned facilities and
11  did get certification by USDA to be PVP
12  certified. So Sparboe did live up to -- if
13  they made that commitment to Wal-Mart, they
14  lived up to it because I was there when the
15  government was inspecting those farms.
16           - - -
17     (Exhibit Klippen-52, Chad
18  Gregory Confronting Ken Klippen at
19  Conference Center for Food Integrity
20  Marriott Hotel, 350 West Maryland St.,
21  Indianapolis, IN October 8, 2008 12:30
22  a.m., Bates SF107103, was marked for
23  identification.)
24           - - -
25  BY MR. PIZZIRUSSO:

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      Q.   I'm handing you what's been
3   marked as Klippen Exhibit 52.
4      MS. LEVINE: I'm going to object
5   for a minute. Let me read it since
6   it's marked "HIGHLY CONFIDENTIAL"
7   before you give it to the witness.
8      MR. PIZZIRUSSO: It's a document
9   that I believe Mr. Klippen wrote.
10     MS. LEVINE: That's fine. Just
11  when we get highly confidential, we
12  usually hold off until reviews it.
13  BY MR. PIZZIRUSSO:
14     Q.   It's Bates stamp SF107103.
15     MS. ANDERSON: Would you like a
16  copy, Counsel for Sparboe?
17     MR. HUTCHINSON: I would like a
18  copy.
19  BY MR. PIZZIRUSSO:
20     Q.   Do you recognize this document?
21     A.   I do.
22     Q.   And what is it?
23     A.   It was an internal document
24  that I provided Sparboe as it relates to a
25  confrontation that took place at a conference

Page 230

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  in Indianapolis, Indiana.
3       Q.   And what was the name of the
4  conference?
5       A.   It was the Center for Food
6  Integrity Conference.  I was one of the
7  delegates.
8       Q.   Is this a true and accurate
9  representation of your -- the notes that you
10 prepared about that conference?
11      A.   Yes.
12      Q.   Can you describe without
13 reading the entire document to us, which I've
14 been doing all day, generally what happened
15 at this meeting?
16      A.   Yes.  I was sitting in my
17 chair.  He came around and sat in front of
18 me.  And in a very confrontational way, he
19 started to berate me and I just listened to
20 him for a few moments.  At one point, to put
21 a stop to his verbal abuse, I simply said to
22 him, I'm not the one being sued.  And he went
23 ballistic at that point.  And his comments
24 were, we're watching you, we're keeping an
25 eye on you.  And my comment to him was I had

Page 231

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  nothing to do with this lawsuit.  I put that
3  in documentation in case there was any need
4  at a future date to bring this back forward
5  and show how the folks at UEP were treating
6  me in public forums.
7       Q.   And then he said in point 9
8  there, that no producers liked you with the
9  exception of your current employer.
10           MS. LEVINE:  Object to the form.
11 BY MR. PIZZIRUSSO:
12      Q.   Is that right?
13           MS. LEVINE:  Object to the form
14 of the question.  Lacks foundation,
15 coming from a lawyer.
16           THE WITNESS:  This was a
17      conference that involved people from
18      all over the industry and other
19      industries as well.  He made a comment
20      that nobody at the Center for Food
21      Integrity liked my activities.  I went
22      right to the CEO immediately and
23      approached him, and his comment was,
24      we understand the politics behind this
25      so don't worry.

Page 232

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2            - - -
3            (Exhibit Klippen-53, E-mail
4  chain, Bates SF081096 - SF081100, was
5  marked for identification.)
6            - - -
7  BY MR. PIZZIRUSSO:
8       Q.   I'm now handing you what's been
9  marked as Klippen Exhibit 53, Bates SF081095
10 to 1100.  Do you recognize this document?
11      A.   I do.
12      Q.   And what is it?
13      A.   Again, it was an internal
14 document that I submitted to Lee Regensburger
15 and Alan Andrews in the sales and marketing
16 department at Sparboe.  Again, I reiterated
17 some of the comments from the conference that
18 took place that I just attended, the Center
19 for Food Integrity.  At that time, I put down
20 in writing that I thought it was time that we
21 withdrew your membership in UEP based on some
22 of the posturing that was done by Chad at
23 this conference, how he acted toward me.  I
24 just simply said that's my vote, that we
25 withdraw.

Page 233

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2       Q.   So it does appear then that UEP
3  was a member -- I'm sorry, that Sparboe was a
4  member of UEP if you were suggesting that
5  they should withdraw their membership?
6       A.   Yeah, that's correct.  I could
7  not remember exactly when they withdrew their
8  membership, but it was close to this period.
9  And then they were non-members for a period
10 of time and then they rejoined again.
11      Q.   At the end you say, "Do we need
12 to participate in an organization that
13 confronts its members in such a manner?  Will
14 their attacks never end??"
15           Did you feel that this was an
16 attack on one of UEP's own members?
17      A.   Yes, I did.
18      Q.   Were you aware of them
19 attacking any other members like the way that
20 you felt you and Sparboe were attacked?
21           MR. MCKENNEY:  Objection to
22      form.  Lacks foundation.  Calls for
23      speculation.
24           MS. LEVINE:  Objection.
25           THE WITNESS:  I'm not aware.

59 (Pages 230 - 233)

Page 234

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 BY MR. PIZZIRUSSO:
3      Q.   Do you know if Sparboe did
4 eventually withdraw from UEP after this
5 occurred?
6      A.   Shortly thereafter, they did
7 withdraw.
8              - - -
9      (Exhibit Klippen-54, 10/11/08
10 E-mail, Bates UE0714970, was marked
11 for identification.)
12             - - -
13 BY MR. PIZZIRUSSO:
14     Q.   I've handed you what's been
15 marked as Klippen-54, UE0714970, an e-mail
16 from Gene Gregory to Bob Krouse and others
17 are copied.  Do you know who Bob Krouse is?
18     A.   I do.
19     Q.   And who is he?
20     A.   He is with Midwest Poultry
21 Services in Indiana.  He also served as
22 chairman of United Egg Producers.
23     Q.   He says, "You requested a copy
24 of Ken Klippen's (PVP) program used by
25 Sparboe in hopes of gaining the Wal-Mart

Page 235

1 business.  As you know this created one of
2 the most disrupted situations in the market
3 that we have ever seen."
4      Do you agree that this created
5 a disrupted situation in the market?
6      Do you agree that this created
7      A.   I agree that it allowed Sparboe
8 to sell their eggs to Wal-Mart without having
9 to be part of the UEP Certified Program.
10 That was one customer.
11     Q.   Do you think it's fair to
12 characterize it as the most -- one of the
13 most disrupted situations in the market?
14     A.   I do not.
15     Q.   And he says, "You will find
16 many guidelines that are stolen from the UEP
17 Certified program and you will easily
18 identify them.  Even down to using the 'house
19 average' for cage space."
20     Do you agree that you stole the
21 UEP Certified Guidelines?
22     A.   The guidelines I developed
23 provided the science behind them.  UEP's did
24 not show the science.  Science is science.
25 And if the science suggests that we have a

Page 236

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 cage space of 67 square inches, that's what
3 the science showed.  The fact that UEP had
4 67 square inches and the PVP is just simply a
5 reflection of the science at the time.  This
6 question about house average, since the
7 majority of the industry was trying to house
8 average because there was a transition to
9 that 67 square inches, we were following what
10 the industry was doing.  So we were creating
11 a competitive program that had much more
12 documentation than the UEP Certified Program,
13 and Wal-Mart could see the difference.
14     Q.   And then it says, "...UEP
15 programs states very clearly on the cover
16 page the following: 'Copyright 2003, United
17 Egg Producers All Rights Reserved.'  As a
18 result of this, maybe we need to have a
19 discussion about whether to file
20 infringements against the UEP program."  I
21 think he meant PVP program, but I don't know,
22 it might be a typo.
23     Did he ever file any
24 infringement action against you?
25     A.   He did not.

Page 237

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      Q.   Did he ever directly confront
3 you as infringing?
4      A.   No.
5      Q.   So is it fair to say that you
6 have just seen for the first time today a lot
7 of the internal opposition that UEP was
8 leading to your program?
9      MS. ANDERSON:  Objection to
10 form.
11     MS. LEVINE:  Object to the form.
12     THE WITNESS:  I have seen
13 documents today that I have never seen
14 before.  I knew there was opposition
15 to the development of the Process
16 Verified Program because of what
17 people within the industry and also
18 within the federal government told me
19 directly.  But today I've seen
20 documents that I had no idea even
21 existed.  Quite frankly, I'm very
22 surprised to the extent that UEP went
23 to try to discredit and vilify the
24 Process Verified Program.
25 BY MR. PIZZIRUSSO:

60 (Pages 234 - 237)

Page 238

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    Q.  Do you believe it's possible
3 that they went to that extent because of
4 their concerns about trying to restrict
5 supply through the use of the UEP Certified
6 Program guidelines?
7        MS. ANDERSON:  Objection.
8        MS. LEVINE:  Objection to form.
9    Leading.  Mischaracterizes.  It's
10    hypothetical.
11        THE WITNESS:  I don't know what
12    they were thinking, so I don't know.
13 BY MR. PIZZIRUSSO:
14    Q.  You, yourself, expressed that
15 you had some suspicions about that although
16 you never mentioned them directly.  Is that
17 right?
18    A.  That's correct.
19        MS. LEVINE:  Object to the form.
20    Leading your own witness.
21 BY MR. PIZZIRUSSO:
22    Q.  And you've seen -- we went
23 through a document that Sparboe sent to UEP
24 about the same kinds of concerns.
25    A.  Yes.

Page 239

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2        MR. MCKENNEY:  Objection to
3    form.
4 BY MR. PIZZIRUSSO:
5    Q.  Do you think it's possible that
6 the reason the UEP was so adamant about your
7 competing program was because of their
8 concerns about supply control restriction?
9        MS. LEVINE:  Objection to form.
10        MR. MCKENNEY:  Objection to
11    form.
12        MS. LEVINE:  Hypothetical.
13    Misleading.  Mischaracterizes what
14    this witness just testified to.
15        MR. MCKENNEY:  Calls for
16    speculation.
17        MS. LEVINE:  Asked and answered.
18        THE WITNESS:  In 2008 there was
19    a published article in Egg Industry
20    Magazine that discussed that this
21    program led to reduction in space --
22    or supplies and increase in price as a
23    direct result of UEP Certified
24    Program.  Whether I thought they did
25    that intentional or not, I think is

Page 240

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    irrelevant based on the documentation
3    that's already published.
4 BY MR. PIZZIRUSSO:
5    Q.  I'm just trying to understand
6 if you think there might be something more
7 than just their concern about a competing
8 program that might have motivated their
9 extreme reaction to your competing program?
10        MS. LEVINE:  Objection to form.
11    Misleading.  Mischaracterizes this
12    witness.  Calls for speculation.
13    Asked and answered.  I think the
14    witness now has answered your attempt
15    four times.
16        THE WITNESS:  Are you asking my
17    opinion?
18 BY MR. PIZZIRUSSO:
19    Q.  Yes.
20    A.  I think UEP since 2004 has been
21 misguided.  And in their attempt to control
22 the industry, they would take whatever steps
23 necessary to stop any competition or prevent
24 them from achieving that control.
25    Q.  Do you believe that one of the

Page 241

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 reasons that they would want that control is
3 to ensure that egg prices remained high for
4 the industry?
5        MS. LEVINE:  Objection to form.
6    Hypothetical.  Asked and answered.
7    Leading your own witness.
8        THE WITNESS:  I believe that
9    we've seen documentation where Chad
10    Gregory indicated to Sparboe Farms
11    that they have done a lot of good for
12    Sparboe Farms by helping to increase
13    the prices.  And that was achieved by
14    the programs they put into place.
15    Maybe it's a leap between where we're
16    at and where you're looking to go, but
17    I think that this is very leading, all
18    this documentation, to suggest that
19    very thing.
20        MR. PIZZIRUSSO:  I want to take
21    a quick break and see if I have
22    anything else.  I might be able to
23    wrap it up.
24        VIDEOGRAPHER:  Off the record.
25    3:58.

61 (Pages 238 - 241)

Page 242

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2            - - -
3        (A recess was taken.)
4            - - -
5        VIDEOGRAPHER:  We are on record.
6    4:08 p.m.  This is the beginning of
7    tape number six.
8            - - -
9        EXAMINATION
10           - - -
11   BY MR. BROWN:
12       Q.   Good afternoon, sir.  My name
13   is Stephen Brown.  I'm representing Direct
14   Action Plaintiffs, Kraft, Kellogg, General
15   Mills and Nestle.  I'm going to be continuing
16   with some questions.  Hopefully we won't go
17   over too much of what we've already talked
18   about today and I'll try to keep it brief.
19   So thank you for your patience.
20       We talked a little bit earlier
21   this morning and this afternoon about when
22   you left UEP.  Do you recall when that was?
23       A.   August 2004.
24       Q.   And after you left UEP, did you
25   start consulting for egg producers?

Page 243

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2        A.   No.  It was much later.
3        Q.   Okay.  And when you say "much
4    later," what time period are you referring
5    to?
6        A.   It was probably into 2005
7    before I started again.
8        Q.   And in 2005, did you start
9    consulting for Michael Foods?
10       A.   I did.
11       Q.   What about Sparboe Farms?
12       A.   Yes, I did.
13       Q.   Any other companies?
14       A.   Those are the first two that I
15   started consulting for.
16       Q.   What did you do as a consultant
17   generally for those two companies?
18       A.   Both companies came to me,
19   explained that monies that they were paying
20   into the American Egg Board checkoff, that
21   there was a movement or a proposal by Gene
22   Gregory at UEP that $2 million per year would
23   be siphoned off of the American Egg Board
24   checkoff funds and used to promote the UEP
25   Certified Program.  They asked if I thought

Page 244

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    or they thought I could stop that from
3    happening.  And so I developed a strategy in
4    which we did meet with people in Washington,
5    D.C. within the federal government and
6    members of Congress, and we were successful
7    in stopping that from taking place.
8        Q.   Was that the only activity that
9    you engaged in as a consultant for Michael
10   Foods and Sparboe Farms?
11       A.   No.
12       Q.   What else -- what other kinds
13   of activities?
14       A.   The meeting that led up to that
15   meeting on October 30th we had all
16   those companies come to Chicago, Michael
17   Foods and Sparboe both, following that
18   meeting, asked me, along with many other
19   companies, to start the process of developing
20   a Process Verified Program to compete with
21   UEP Certified Program.
22       Q.   Let me show you what will be
23   marked as Exhibit Klippen-55.
24           - - -
25       (Exhibit Klippen-55, E-mail

Page 245

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2        chain, Bates MFI0118413 & MFI0118414,
3        was marked for identification.)
4            - - -
5    BY MR. BROWN:
6        Q.   And this is highly
7    confidential, so I'm going to show it to
8    defense counsel first.  We might be low on
9    copies.
10       This is MFI0118413.  I'm going
11   to hand this to Mr. Klippen.
12       Is this e-mail correspondence
13   between you and Mr. Toby Catherman?
14       A.   Yes.
15       Q.   And who is Mr. Catherman again?
16       A.   He was with Michael Foods.  He
17   lived in Pennsylvania.  He has since retired.
18       Q.   If you turn to the page that
19   ends in 8414, the next page, the third bullet
20   from the bottom.  It says, "Forcing
21   compliance by industry through promotional
22   efforts to retailers is objectionable."
23       What did you mean by that?
24       A.   That using funds from the
25   checkoff that the entire industry pays into

62 (Pages 242 - 245)

Page 246

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1 to have retailers insist on buying only those
2 eggs was a practice that I objected to.
3 Q. Was that something that was
4 occurring at that time?
5 A. Yes.
6 Q. Was that UEP that was
7 attempting or was forcing compliance through
8 promotional efforts to retailers?
9 MR. MCKENNEY: Objection to
10 form.
11 THE WITNESS: Yes.
12 BY MR. BROWN:
13 Q. The next -- same bullet, next
14 sentence, "Never should an industry
15 association contact customers about
16 producers' practices."
17 Do you see that?
18 A. I do.
19 Q. Is that something that was
20 occurring at the time?
21 A. Yes.
22 MR. MCKENNEY: Objection to
23 form.
24 THE WITNESS: Yes.

Page 247

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1 BY MR. BROWN:
2 Q. And who was contacting
3 customers about producers' practices?
4 A. UEP was contacting Wal-Mart
5 about Sparboe's production practices through
6 the Process Verified Program that we were
7 developing. UEP contacted the Canadians.
8 And both instances they were trying to
9 dissuade those customers from purchasing
10 Sparboe eggs because they were not UEP
11 certified.
12 Q. And you sent this to Mr.
13 Catherman. Correct?
14 A. Yes.
15 Q. Did you have any subsequent
16 conversations with Mr. Catherman where he
17 objected to anything that was in this e-mail
18 correspondence?
19 MS. ANDERSON: Object to the
20 form of the question.
21 THE WITNESS: No.
22 BY MR. BROWN:
23 Q. What about any other kind of
24 communication from Mr. Catherman where he

Page 248

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1 objected to anything that was in this e-mail
2 correspondence?
3 MS. ANDERSON: Same objection.
4 Asked and answered.
5 THE WITNESS: I had many
6 conversations with Toby Catherman,
7 he's a friend. I don't recall him
8 objecting to any of this.
9 BY MR. BROWN:
10 Q. I am going to hand to you what
11 will be marked as Klippen-56.
12 - - -
13 (Exhibit Klippen-56, E-mail
14 chain, Bates MFI0002727 & MFI0002728,
15 was marked for identification.)
16 - - -
17 BY MR. BROWN:
18 Q. This is MFI0002727. And
19 this -- let's see, there's a reference to a
20 "White Paper on 100% or Phase-In Purchase
21 Requirement."
22 Do you see that?
23 A. I do.
24 Q. And this is an e-mail that you

Page 249

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1 wrote October 6, 2006, to a number of
2 recipients, one of which is Mr. Toby
3 Catherman. Correct?
4 A. Yes.
5 Q. Do you see there's this
6 paragraph that starts, "What has evolved?"
7 A. Yes.
8 Q. Will you take a minute to
9 review that, and also the paragraph below it,
10 please.
11 A. [Reviewing document.] Okay.
12 Q. So in those two paragraphs
13 after the heading "What has evolved," is it
14 correct that you are describing what has
15 happened with the UEP Certified Program prior
16 to the date on which you sent this e-mail,
17 October 6, 2006?
18 A. Yes.
19 Q. Do you see where it says,
20 "Initially, the guidelines were voluntary for
21 producers who soon benefited from increased
22 prices as increases in cage density reduced
23 supplies."
24 Do you see that?

63 (Pages 246 - 249)

Page 250

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1
2    A.    Yes.
3    Q.    In the next paragraph it says,
4 second sentence of that last paragraph on
5 this page, The UEP Animal Welfare Committee
6 sought 100% compliance by any participants
7 under the pretense this would signal a higher
8 degree of "welfare" and it was, quote --
9 excuse me, and it was the "right thing to
10 do."  Do you see that?
11   A.    I do.
12   Q.    Why did you put those two
13 phrases in quotations?
14   A.    Because the industry was going
15 along with the concept that they were not
16 providing welfare in the way they had been
17 producing their eggs, and that it was
18 absolutely necessary and the right thing to
19 do to become part of the UEP Certified
20 Program.  My contention was we had been
21 developing animal husbandry practices that
22 were welfare compliant.  So this terminology
23 of welfare and the right thing to do was
24 misleading.
25   Q.    The last sentence of that

Page 251

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1
2 paragraph, "The Certified Program evolved
3 into a marketing structure dictating how and
4 to whom UEP members marketed their product."
5        Do you see that?
6    A.    I do.
7    Q.    Okay.  Now, the top e-mail in
8 this chain is an e-mail from Mr. Catherman to
9 Vince O'Brien, Tim Bebee, Terry Baker and
10 Lowell Ostrand.  Is that correct?
11   A.    Yes.
12   Q.    And Mr. Catherman writes, "FYI,
13 we had Ken send it to the following."
14        Do you see that?
15   A.    I do.
16   Q.    He continues, "I did ok him to
17 send it to the Sparboe group under a separate
18 cover to keep them in the loop."
19        Do you see that?
20   A.    I do.
21   Q.    Did you send this to the
22 Sparboe group?
23   A.    I can't recall actually sending
24 this to the Sparboe group, but had Toby said
25 it's okay for me to go ahead and do that, I

Page 252

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1
2 would have followed through and done it.
3    Q.    When Mr. Catherman says, "...we
4 had Ken send it to the following," did Mr.
5 Catherman approve your sending this e-mail
6 out to that -- each of those recipients?
7    A.    Yes.
8    Q.    In any subsequent conversations
9 or communications, did Mr. Catherman object
10 to anything that you had written in this
11 e-mail?
12   A.    No.
13   Q.    You can move off of that one.
14        Do you know who Rich Hall is?
15   A.    I do.
16   Q.    Who is Rich Hall?
17   A.    Rich Hall is a farmer in
18 southern Iowa that also has smaller egg
19 farmers working with him.  So it's -- I
20 believe it's a cooperative.
21   Q.    I'm going to hand to you what
22 will be marked as Exhibit Klippen-57.
23              -  -  -
24        (Exhibit Klippen-57, E-mail
25        chain, Bates SF118875 & SF118876, was

Page 253

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1
2        marked for identification.)
3              -  -  -
4 BY MR. BROWN:
5    Q.    This is SF118875.  At the top
6 of the document this is an e-mail from
7 Mr. Hall to you and Mark Friedow.  Is that
8 correct?
9    A.    Correct.
10   Q.    Subject "Freedom of Information
11 Act request filed by UEP."
12        Is that correct?
13   A.    That's correct.
14   Q.    Second to the last paragraph of
15 this e-mail, Mr. Hall writes, "I think it
16 takes a lot of nerve to start pointing
17 fingers when everyone knows that the UEP
18 program has lacked integrity."
19        Do you see that?
20   A.    I do.
21   Q.    What did you understand
22 Mr. Hall to be referring to when he wrote
23 that?
24        MR. MCKENNEY:  Objection to
25        form.  Calls for speculation.

64 (Pages 250 - 253)

Page 254

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1  KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      THE WITNESS: I think the
3  preceding paragraph provided some
4  insight into what Mr. Hall's thinking
5  was. We talked about them suspending
6  their auditing process due to a high
7  failure rate through USDA. He wanted
8  to know what farms had failed the
9  audits and how the process could be
10  used to keep their eggs out of the
11  system. So he was questioning their
12  tactics. And he also expressed
13  concerns that I not do like Chad and
14  forward my thoughts to Gene or others
15  which is, as we've seen, something
16  they've been doing. He wanted to
17  remain anonymous.
18  BY MR. BROWN:
19      Q.   Were questions about the
20  integrity of the UEP program widely shared
21  within the industry?
22      MS. LEVINE: Objection to form.
23      MR. MCKENNEY: Objection to
24  form. Lacks foundation. Calls for
25  speculation.

Page 255

1  KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      MS. LEVINE: Leading.
3      THE WITNESS: The egg industry
4  is a small industry in terms of
5  numbers of people involved. So
6  conversations at meetings in the
7  hallways always took place. I was
8  privy to people coming to me and
9  expressing their frustration over the
10  UEP Certified Program and some of
11  the -- some of their feelings as it
12  relates to the integrity of the
13  program. So yes.
14  BY MR. BROWN:
15      Q.   When people came to you, other
16  than what's reflected in this proceeding
17  paragraph, do you recall other frustrations
18  that were expressed to you?
19      A.   Such as?
20      Q.   I'm just asking if you recall
21  any others?
22      A.   Specific frustrations?
23      Q.   Yes.
24      A.   Like me, I think that some
25  farmers were frustrated that they were being

Page 256

1  KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  characterized as inhumane toward the poultry
3  and less they are part of the UEP Certified
4  Program. We've seen in the documents that
5  that's implied by some of the comments made
6  by either Chad or by Gene. That was
7  frustrating for them, that was frustrating
8  for me who had spent the years in college
9  studying production practices and knowing
10  what goes on at the farms. So much of the
11  frustration was how the industry was being
12  channeled or directed when they felt that
13  they had all along been doing their very best
14  as poultrymen in handling the husbandry of
15  their flocks.
16      Q.   And in that immediately
17  preceding paragraph, there's a reference to
18  -- Mr. Hall writes, "We know they had
19  suspended their auditing process due to a
20  high failure rate through USDA."
21      Do you see that?
22      A.   I do.
23      Q.   Do you know when that occurred?
24      MS. LEVINE: Object to the form.
25  Lacks foundation.

Page 257

1  KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      THE WITNESS: I do not remember
3  when that occurred. But that would be
4  part of the frustration that they felt
5  because I did know that there were
6  people who were failing, and that was
7  frustrating for them.
8  BY MR. BROWN:
9      Q.   Do you know whether the
10  auditing process was suspended because of a
11  high failure rate?
12      MS. LEVINE: Object to the form.
13  Lacks foundation.
14      THE WITNESS: No, it was not
15  suspended. The auditing process with
16  the failure rate through USDA, they
17  found another auditing firm that was
18  not part of the federal government
19  that would go out and inspect the
20  facilities.
21  BY MR. BROWN:
22      Q.   But not -- but they ceased to
23  use -- excuse me.
24      So did UEP cease using USDA as
25  an auditor?

65 (Pages 254 - 257)

Page 258

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      MS. LEVINE: Object to the form.
3      THE WITNESS: I don't think they
4 completely ceased. I think that where
5 farms were having difficulties, they
6 may have sought another auditing firm
7 to come out and inspect the facilities
8 instead of using USDA officials.
9 BY MR. BROWN:
10      Q. I'm going to hand to you what
11 will be marked as Exhibit Klippen-58.
12      - - -
13      (Exhibit Klippen-58, E-mail
14 chain, Bates SF058477 & SF058478, was
15 marked for identification.)
16      - - -
17 BY MR. BROWN:
18      Q. This is SF058477. This is a
19 highly confidential document.
20      MS. LEVINE: Give me a minute.
21      MS. ANDERSON: Troy, it's yours.
22      MR. PIZZIRUSSO: Troy over
23 designated.
24      MR. HUTCHINSON: For the record,
25 this is a parent document. It appears

Page 259

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 that there were several attachments to
3 it that are not included in the
4 exhibit.
5      MR. PIZZIRUSSO: Are you
6 referring to the image GIFs?
7      MR. HUTCHINSON: There's
8 something -- there are four things
9 listed in the attachments. I don't
10 know what those are.
11      MR. BROWN: Do you have any
12 objection to my showing the document
13 to the witness?
14      MR. HUTCHINSON: We do --
15 Sparboe does not waive its
16 confidentiality designations to either
17 this exhibit or any other exhibit.
18      MR. BROWN: Do you have any
19 objection to my showing the document
20 to the witness?
21      MR. HUTCHINSON: Has the witness
22 complied with the terms of the
23 protective order?
24      MR. BROWN: I believe we marked
25 it as an exhibit.

Page 260

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      MS. LEVINE: It's highly
3 confidential, so...
4      MS. ANDERSON: I think you
5 should lay some groundwork and then it
6 won't be an issue.
7      MR. BROWN: It's written by
8 Mr. --
9      MR. HUTCHINSON: There's your
10 groundwork.
11      MR. BROWN: Well, I -- I mean, I
12 need to show it to him to confirm that
13 he wrote it, so do you have any
14 objection to my showing it to him?
15      MR. HUTCHINSON: No.
16 BY MR. BROWN:
17      Q. Sir, does this appear to be an
18 e-mail that you wrote September 26, 2008?
19      A. It does.
20      Q. And this is from you to
21 Dr. Hugo Medina. Is that correct?
22      A. That's correct.
23      Q. And the subject line of the
24 e-mail is "The UEP Certified is Also
25 Suspect."

Page 261

1      KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      Do you see that?
3      A. I do.
4      Q. You may have said this earlier
5 today. Who is Dr. Medina?
6      A. Dr. Hugo Medina was the
7 veterinarian that was on the staff for
8 Sparboe Farms. There's only about five
9 veterinarians in the country that work for
10 egg farms. He was one. He died about two
11 years ago from cancer, throat cancer.
12      Q. And now, in this e-mail --
13 well, it appears that you're forwarding an
14 article on to Dr. Medina. Is that correct?
15      A. That's correct.
16      Q. And you write in your e-mail,
17 "Notice in this article that the UEP animal
18 welfare program is also suspect in this
19 price-fixing scheme."
20      Do you see that?
21      A. I do.
22      Q. Why were you bringing that to
23 Mr. -- excuse me, Dr. Medina's attention?
24      A. I do not recall why I brought
25 it to his attention.

66 (Pages 258 - 261)

Page 262

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1
2    Q.  Do you recall any discussions
3 with Dr. Medina regarding this article?
4    A.  I recall Dr. Medina being
5 prepared to give a presentation at a
6 conference.  I did attend the conference.  I
7 sat next to him.  But as I recall, his
8 presentation was not about the UEP animal
9 welfare program.  This might have been
10 another conference he was attending that I
11 was not at.  But as I've already stated, I
12 don't recall the reasons why -- there was a
13 reason I shared this with him.  And all this
14 is copied from that article.  These are not
15 my statements.  These are copied from the
16 article.  But I was sharing -- there must
17 have been some reason I was sharing with Dr.
18 Medina, but I don't recall what it was.
19    Q.  I'm going to hand to you what
20 will be marked as Exhibit Klippen-59.
21           - - -
22      (Exhibit Klippen-59, E-mail
23    chain, Bates SF081426 & SF081427, was
24    marked for identification.)
25           - - -

Page 263

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1
2 BY MR. BROWN:
3    Q.  This is SF081426.  This is
4 another highly confidential document.
5      Mr. Klippen, does this appear
6 to be an e-mail you wrote on September 26,
7 2008?
8    A.  Yes.
9    Q.  And you wrote -- UE -- excuse
10 me.
11    You wrote this to Beth Schnell
12 and Wayne Carlson.  Who is Beth Schnell?
13    A.  She is the owner of Sparboe
14 Farms.  Wayne Carlson is like her second in
15 command.
16    Q.  And then it looks like you
17 forwarded your own e-mail to Lee Regensburger
18 and Alan Andrews.  Is that correct?
19    A.  Correct.
20    Q.  And the subject of this e-mail
21 is, "UEP's troubles getting worse."
22    A.  Correct.
23    Q.  You wrote, "UEP's troubles are
24 only getting worse.  The second class-action
25 lawsuit filed on price-fixing.  Please note

Page 264

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1 the highlighted portion of this release."
2    Did I read that correctly?
3    A.  Yes.
4
5    Q.  Do you know -- I don't see --
6 when I look at this document, I don't see any
7 highlighting.  Do you recall what you --
8 well, please take a look and confirm that
9 that's correct.  Do you see any highlighting
10 in that document?
11    A.  There is none.
12    Q.  Do you recall what you had
13 highlighted?
14    MS. ANDERSON:  Object to the
15    form of the question.
16    THE WITNESS:  I do not recall
17    specifically what I highlighted.  I
18    believe, just perusing the document,
19    you can just -- there's a number of
20    statements that would be -- that would
21    catch anyone's eye as they read
22    through this document and recognized
23    that troubles were getting worse for
24    this marketing cooperative.
25 BY MR. BROWN:

Page 265

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1
2    Q.  Why were you bringing this to
3 the attention of Beth Schnell and Wayne
4 Carlson?
5    A.  I was working for Sparboe at
6 the time.  It was something that I came
7 across in some of my research.  I copied it
8 and sent it forward.
9    Q.  So I didn't ask this before.
10 Lee Regensburger and Alan Andrews?
11    A.  Lee Regensburger was vice
12 president of sales.  Alan Andrews was vice
13 president of marketing.  Both of them were --
14 this was an internal document within Sparboe.
15    Q.  I am going to hand to you what
16 will be marked as Exhibit Klippen-60.
17           - - -
18      (Exhibit Klippen-60, E-mail
19    chain, Bates SF110893 & SF110894, was
20    marked for identification.)
21           - - -
22 BY MR. BROWN:
23    Q.  This is SF110893.  This is a
24 highly confidential document.  Mr. Klippen,
25 does this appear to be an e-mail that you

67 (Pages 262 - 265)

Page 266

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  wrote October 13, 2008?
3      A.   Yes.
4      Q.   You write, "I have often
5  wondered how the industry allowed Gene to
6  'issue marching orders' as to how they will
7  produce eggs."
8          Do you see that?
9      A.   I do.
10     Q.   Was it your understanding at
11 this time that Mr. Gregory had -- well,
12 withdrawn.
13         What did you mean when you
14 wrote "'issue marching orders'"?
15     A.   His UEP Certified Program was
16 directed to the industry as if they had no
17 choice but to be in compliance, otherwise,
18 there would be penalties associated with
19 non-compliance.
20     Q.   The next sentence, "His means
21 of intimidation to get people 'in step' by
22 contacting their customers or shouting them
23 down at meetings just makes me shake my head
24 in disbelief."
25         Do you see that?

Page 267

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      A.   I do.
3      Q.   The reference to "his," are you
4  referring to Gene Gregory there?
5      A.   Yes.
6          MR. BROWN:  I would like to take
7  a quick break, but I think that I'm
8  done.  If we could go off the record
9  for just a couple of minutes.
10         VIDEOGRAPHER:  Off the record.
11 4:41.
12         - - -
13         (A recess was taken.)
14         - - -
15         VIDEOGRAPHER:  On the record.
16 4:54.
17         - - -
18         (Exhibit Klippen-61, 2/12/07
19 E-mail, Bates MFI0023387 & MFI002388,
20 was marked for identification.)
21         - - -
22         EXAMINATION
23         - - -
24 BY MR. NOVAK:
25     Q.   Good afternoon.  My name is

Page 268

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  Paul Novak.  I represent the Indirect
3  Purchaser Plaintiffs.
4          We've had marked Deposition
5  Exhibit 61.  I know you've had an opportunity
6  to review it for a moment.  The body of the
7  document other than the -- some of the title
8  information at the very top, but it appears
9  to be an e-mail that you wrote to a number of
10 people on February 12, 2007.  Can you verify
11 for me that this is indeed an e-mail that you
12 wrote at that time?
13     A.   It is.
14     Q.   Just for the record, I'll
15 indicated that Exhibit 61 is marked with the
16 Bates page number MFI0023367 through 68.  And
17 the particular portion of the document,
18 Mr. Klippen, that I wanted to direct your
19 attention is the paragraph you wrote
20 regarding the Scientific Committee.  It makes
21 reference to payments that are made to the
22 Scientific Advisory Committee for the UEP.
23         First of all, who were or who
24 was the -- who were the members that
25 comprised the UEP Scientific Advisory

Page 269

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  Committee, if you know?
3      A.   Dr. Jeff Armstrong was the
4  chairman, he was at Michigan State.  Joy
5  Mench, whose name has already come up, she
6  was out at the University of California, I
7  believe at Davis.  There was Scotti Hester, I
8  think she was at Purdue.  There was Janice
9  Swanson.  And at that time I think she was
10 Kansas, she did go to Michigan State.  Don
11 Bell was from California, he was not a
12 scientist, but he was a long time consultant
13 to the industry.  Off the top of my head,
14 that's all I can recall at the moment.  I
15 think there might have been one or two more.
16     Q.   And your understanding is that
17 UEP actually gave year end gifts of $1,000 to
18 each of the members of that Scientific
19 Advisory Committee?
20         MR. MCKENNEY:  Objection to
21 form.  Lacks foundation.  Calls for
22 speculation.
23         THE WITNESS:  That was provided
24 to me by the scientists that I had
25 used.  They were aware that there was

68 (Pages 266 - 269)

Page 270

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    a gift donation to each scientist by
3    Gene Gregory at UEP.
4  BY MR. NOVAK:
5    Q.    And who was it that provided
6  that information to you?
7    A.    I can't recall which of the
8  three scientists I was using actually stated
9  that.  So I don't remember off the top of my
10  head.  But one of the scientists made that
11  reference.
12    Q.    Maybe you made reference to it
13  in earlier deposition testimony, but I don't
14  recall.  Who were the members of the
15  Scientific Advisory Committee that you formed
16  for purposes of formulating your animal
17  welfare program?
18    A.    There was Dr. Ken Koelkebeck
19  from the University of Illinois.  He's a
20  poultry scientist with extensive background
21  in poultry production.  There was Dr. Kenneth
22  Anderson from North Carolina State University
23  who is extensively published in animal
24  welfare and layer hens.  And then there was
25  Tony Cobarrubia, and he's at the University

Page 271

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  of Kentucky.  He and I went to school
3  together at Michigan State University, and he
4  has a Ph.D. in poultry science and extensive
5  background in poultry production.
6    Q.    One of the decisions that you
7  made in establishing this alternative animal
8  welfare PVP program is that you would not
9  provide gifts or direct monetary
10  contributions to the members of your
11  Scientific Advisory Committee?
12    MS. LEVINE:  Objection to form
13  of the question.  Lacks foundation.
14    MR. MCKENNEY:  Objection.
15  Leading.
16    THE WITNESS:  Whenever you have
17  a group of scientists that are doing a
18  project for you, they recognize that
19  they become suspect if they're funded
20  directly.  They have no objection to
21  donations or grants given to the
22  university.  And I did that, I made
23  donations to each one of those
24  universities, but I did not make a
25  financial contribution to the

Page 272

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    scientist directly.
3    - - -
4    (Exhibit Klippen-62, The Egg
5    Newsletter January 15, 2007, Bates
6    MFI0067366 - MFI0057375, was marked
7    for identification.)
8    - - -
9  BY MR. NOVAK:
10    Q.    Now, we've had marked for
11  identification purposes Deposition Exhibit 62
12  which is a document entitled "The Egg
13  Newsletter," dated January 15, 2007, Bates
14  page numbers MFI0067366 through 375.  And the
15  questions that I'll ask you with respect to
16  Deposition Exhibit 62 are primarily related
17  to the first page of the document.
18  Mr. Klippen, is this a document that you
19  would have authored?
20    A.    Yes.
21    Q.    And do you recognize it as an
22  accurate copy of a document that you lead
23  authored in or around January 15 of 2007?
24    A.    It appears to be so, yes.
25    Q.    On the first page of Deposition

Page 273

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  Exhibit 62, you make reference to the "New
3  Animal Welfare Program Will Protect
4  Conventional Production Systems."
5    Do you see that portion of
6  Deposition Exhibit 62?
7    A.    I do.
8    Q.    And the second paragraph within
9  that portion of the exhibit reads as follows:
10  "What do most consumers want?  Low prices.
11  Economically-priced eggs come from production
12  facilities that manage the economies of the
13  system.  How can one production system
14  capture the additional costs of production
15  under a welfare system?  Plain and simple.
16  Under one system the producer will end up
17  paying more for eggs produced under that
18  system.  Our new comprehensive plan allows
19  for choices by the customers, and with those
20  enhanced specifications in the choices the
21  customer can pay the additional costs."
22    You authored that paragraph?
23    A.    I did.
24    Q.    Can you describe for me in more
25  detail what you meant in the paragraph that

69 (Pages 270 - 273)

Page 274

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  you wrote there?
3      A.   Yes.  I think there are some
4  other documentation that also refers to this
5  that we've also touched on earlier.  If you
6  have one program where you have 100 percent
7  that are in compliance or 100 percent of the
8  eggs being produced under that one set of
9  documents, well, then you have basically made
10  that a commodity as opposed to a specialty
11  product.  When UEP was implementing its UEP
12  Certified Program, it became more of a
13  commodity and the producers ended up
14  absorbing the cost to implement that program
15  as opposed to differentiating your systems.
16  Egg production today, you may have farmers
17  offering organic eggs, it costs more to
18  produce those eggs.  You can label that as
19  organic if you follow all the guidelines, but
20  then you would hope to get compensation for
21  that additional cost from your customers.  If
22  you make this all one commodity, if all the
23  eggs sold, whether they are organic, UEP
24  certified, cage free, whatever, were the same
25  price, when the farmers who are accepting the

Page 275

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  additional costs, they're basically absorbing
3  that cost rather than passing it on to the
4  customer.  And so what I was stating here is
5  that the new animal welfare program that we
6  were trying to implement through the Process
7  Verified Program would allow an individual
8  customer, let's say he has three barns with
9  chickens in those barns.  But he has maybe
10  only 20 percent of all his customers that
11  want an enhanced welfare system that follows
12  all the guidelines, that means that he has
13  80 percent that would rather just buy the
14  lower priced eggs.  Under the Process
15  Verified Program, he would have to
16  demonstrate to the satisfaction of USDA that
17  those eggs were being separated from all the
18  other eggs, there was no commingling and he
19  could sell those eggs under the enhanced
20  program for an increased price because it was
21  a value added product, whereas, the other
22  eggs, he could sell to other customers at a
23  more economically priced level.  So by
24  differentiating in that fashion, one farmer
25  can take control of his marketing as opposed

Page 276

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  to all his eggs being under one program.  If
3  he had only 20 percent of his customers
4  wanting the enhanced welfare, 100 percent of
5  his eggs are under the program, that
6  80 percent, he's paid, he's absorbing that
7  costs because the customers don't want it.
8  So I'm saying this would provide the
9  mechanism to assist those farmers.
10      Q.   Now, in the scenario that you
11  just described, where 100 percent of the eggs
12  were produced under one system, were you
13  referring to the UEP certified system?
14      A.   I was.
15      Q.   And in your view, the economic
16  effect of the UEP certified system is to
17  increase the price for all of the eggs that
18  are UEP certified?
19          MS. LEVINE:  Objection to form.
20      Mischaracterizes what the witness just
21      testified to.
22          MR. MCKENNEY:  Objection to
23      form.  Calls for expert testimony.
24          THE WITNESS:  UEP was able to
25      convince the market reporter, which is

Page 277

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      called Urner Barry, U-R-N-E-R, Barry
3      that when they sold eggs, they would
4      actually differentiate the price
5      between UEP certified and non-UEP
6      certified in order to make up that
7      little bit of difference in the cost.
8      So there was a differentiation that
9      UEP was able to maneuver through the
10      price reporter.
11  BY MR. NOVAK:
12      Q.   So that price increase applied
13  to all eggs that were UEP certified eggs?
14      A.   Correct.
15      Q.   And one of the primary
16  advantages that you sought for the PVP
17  program is that it facilitated customer
18  choice as to whether they would take those
19  higher priced UEP certified eggs or lower
20  priced eggs that were not produced under the
21  UEP Certified Program?
22      A.   That's correct.
23          MR. MCKENNEY:  Objection.
24      Leading.
25          THE WITNESS:  That's correct.

70 (Pages 274 - 277)

Page 278

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  BY MR. NOVAK:
3        Q.   I believe you testified earlier
4  today with respect to backfilling.  Was
5  backfilling prohibited under the PVP program
6  that you --
7            MR. MCKENNEY:  Objection.  Asked
8        and answered.
9            MR. NOVAK:  Let me finish the
10       question.
11           MR. MCKENNEY:  Same objection.
12 BY MR. NOVAK:
13       Q.   Was backfilling prohibited
14 under the PVP program that you developed?
15       A.   No.
16           MR. MCKENNEY:  Same objection.
17 BY MR. NOVAK:
18       Q.   And why not?
19           MR. MCKENNEY:  Same objection.
20           THE WITNESS:  There is, to my
21       knowledge, no science that prohibits
22       backfilling cages to maximize the
23       efficiency of the conventional cage
24       system.
25 BY MR. NOVAK:

Page 279

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2        Q.   I'd like to direct your
3  attention to a couple of exhibits that you've
4  already spoken about earlier today, if you
5  could pull them.  They are Deposition
6  Exhibit 27 and Deposition Exhibit 57.
7            We'll first look at Deposition
8  Exhibit 27.  This is the Verified Process
9  Control.  Is this like a newsletter that was
10 created?
11       A.   Yes.  I created this.
12       Q.   And down in the bottom left
13 corner of Exhibit 27, you drafted a section
14 or wrote a section that dealt with the USDA
15 process verified mark that would be placed on
16 cartons of eggs that complied with the
17 Process Verified Program that you were
18 developing?
19       A.   Yes.  It would be up to the
20 individual to choose whether they wanted to
21 put that on the carton or not, but it was
22 available to them.
23       Q.   And that mark would signify
24 that the United States Department of
25 Agriculture had actually participated in

Page 280

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  verifying that the Animal Welfare Guidelines
3  contained in the program that you had
4  established were met by that particular egg
5  producer?
6        A.   They were the only officials
7  that could verify that program.  I could not
8  get another independent auditor to go out
9  there.  They had to be the officials that had
10 been trained in process verification programs
11 which as I've stated in ISO 9000 and 9001
12 certification program.
13       Q.   Can you talk a little bit more
14 about ISO 9000 and ISO 9001, as to what they
15 require?
16       A.   Yes.  In a nutshell, the --
17 what it requires is the USDA will follow the
18 egg from the moment it's laid by the hen all
19 the way through the chicken house, through
20 the processing, through transportation until
21 it reaches the customer.  So they are
22 verifying the steps along the way that that
23 egg came from a PVP certified hen.  The
24 production guidelines themselves in terms of
25 the thickness of the actual production

Page 281

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  guidelines would be a thickness that was very
3  thin much like UEP certified, but the actual
4  documentation necessary to UEP certified
5  would be like all these documents together.
6  So you can see that there's a lot more --
7  it's much more document intensive.  On this
8  page, when I started to give a little detail
9  about what's involved, I did mention in
10 earlier testimony there were 42 scientific
11 journals referenced in the production
12 guidelines, but the amount of auditing that
13 goes on throughout the distribution chain is
14 very intensive.  Where the officials from
15 USDA, when they would visit the farm and they
16 would go through the documentation that I had
17 developed, it might talk about process
18 improvement.  And it will say to the farmer,
19 show me the documentation in your files where
20 you've made improvements in your process so
21 that you can be compliant with these
22 guidelines.  They were so document intensive
23 that the USDA officials actually had to see
24 the documents before they signed off on each
25 one of those items.  Sparboe Farms was the

71 (Pages 278 - 281)

Page 282

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1 KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 very first egg company in the nation to be
3 process verified. The next poultry farm to
4 be process verified was Purdue chicken which
5 is a broiler company. We led the way in
6 process verification which is the highest
7 certification that USDA offers today because
8 of the detail that is specified here on the
9 front page of this newsletter.
10     Q.    Now, with respect to the
11 following of the egg through the chain of
12 distribution, did you have an understanding
13 as to whether the UEP Certified Guidelines
14 similarly provided some method of following
15 the egg through the chain of distribution?
16     MR. MCKENNEY: Objection. Form.
17 Vague. Ambiguous.
18     THE WITNESS: Since I was the
19     spokesperson for the UEP Certified
20     Program at one time, and I represented
21     the program to the nation's media, I
22     feel I'm an expert witness in that
23     respect, it was not as intensive and
24     did not carry all the way to the
25     consumer. We actually -- in the

Page 283

1 KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2     process verified there are steps to
3     verify that the consumer has the egg
4     that says on the carton that this was
5     process verified. UEP had a set of
6     production guidelines within the
7     chicken house that verified they were
8     following certain guidelines in terms
9     of the amount of space, in terms of
10     making sure there was feed when they
11     were doing a molt which would be a low
12     protein diet for the chicken, in terms
13     of how they even trimmed the beaks.
14     All that was in house or within the
15     chicken barn, whereas the process
16     verified was much more extensive. And
17     so I think the development as I
18     mentioned, took me a year to write
19     that with numerous edits by the USDA
20     prior to finalization. It's just a
21     much more extensive series of
22     documents that are necessary by the
23     farm to be compliant.
24 BY MR. NOVAK:
25     Q.    And just so I'm clear, there

Page 284

1 KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 wasn't a similar documentation effort in the
3 UEP Certified Program establishing that the
4 eggs being produced under UEP Animal Welfare
5 Guidelines, tracing them through the chains
6 of distribution, were actually the eggs that
7 customers purchased on the shelves at grocery
8 stores?
9     A.    That's correct .
10     MR. MCKENNEY: Objection.
11 Vague. Ambiguous. Compound. And
12 leading.
13     THE WITNESS: That's correct.
14 BY MR. NOVAK:
15     Q.    Now, so far I think we've
16 covered four differences between the Process
17 Verified Program that you had developed and
18 the UEP Certified Program. The first one
19 being the difference in how scientists that
20 were members of the Scientific Advisory
21 Committee were paid; the second one being the
22 100 percent rule and the requirement that 100
23 percent of production comply with guidelines;
24 the third being backfilling, and the fourth
25 being USDA verification. Are there other

Page 285

1 KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 differences that come to mind to you in terms
3 of the PVP program that you had developed --
4     MS. LEVINE: Objection.
5 BY MR. NOVAK:
6     Q.    -- as compared to the UEP
7 Certified Program?
8     MS. LEVINE: Object to the form.
9     Counsel testifying. He's your
10     witness.
11     THE WITNESS: The Process
12     Verified Program mandates additional
13     documentation to comply with
14     international standard. The PVP, or
15     Process Verified Program, is
16     recognized in 64 countries for its
17     compliance with ISO 9001 for quality
18     management system. So there's a lot
19     more required of the farmer in order
20     to be compliant with the Process
21     Verified Program. I'd be happy to
22     spend the time to actually go through
23     more of that documentation to help you
24     appreciate that. That's the process I
25     went through when I presented the

72 (Pages 282 - 285)

Page 286

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      program to Wal-Mart in 2008. And they
3      could see firsthand that it was a much
4      more comprehensive program than just a
5      set of Animal Welfare Guidelines like
6      the UEP Certified Guidelines.
7  BY MR. NOVAK:
8      Q.   So a fifth difference in the
9  program in addition to the four that I
10 identified and that you testified about would
11 be the extensiveness of the documentation
12 required?
13     A.   Correct.
14     Q.   By the way, what does ISO stand
15 for?
16     A.   International Standards
17 Organization.
18     Q.   And the ISO 9000 and ISO 9001
19 are actual standards that the International
20 Standards Organization has developed that
21 relates to egg production?
22     A.   No, it relates to documentation
23 necessary for quality management systems. I
24 had to marry the documentation that's
25 required under ISO with poultry production

Page 287

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  practices all the way through the supply
3  chain until it reaches the consumer. And so
4  they would provide documentation for a
5  process control and they would say how can
6  you meet this process control. And I would
7  help USDA to understand that if the farmer
8  follows this documentation that I provided to
9  them, that that would be in compliance. They
10 would examine that document. And the people
11 who are actually coming out to the farms had
12 experience in poultry production so they had
13 some knowledge of what goes on in these
14 barns, could actually see for themselves
15 that, yes, what that farmer was doing was
16 consistent with what the ISO documentation
17 required.
18         MR. NOVAK: I think we're at a
19     break on the tape so we'll take a
20     quick break.
21         VIDEOGRAPHER: Off the record.
22     5:18. The end of tape number six.
23         - - -
24         (A recess was taken.)
25         - - -

Page 288

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2         VIDEOGRAPHER: On the record.
3     5:25. This is the beginning of tape
4     number seven.
5  BY MR. NOVAK:
6      Q.   Mr. Klippen, I'd like to focus
7  for a moment on an earlier period of time
8  back when you were employed by UEP, and there
9  was a period where you were employed as vice
10 president of government relations. Correct?
11     A.   That's correct.
12     Q.   I'm not sure if you ever
13 described what your job responsibilities were
14 during the period of time that you were
15 employed by UEP as the vice president of
16 government relations.
17     A.   I was the chief lobbyist for
18 the egg industry, so my responsibilities
19 would be to educate members of Congress and
20 to work with the federal regulatory agencies
21 in representing the egg industry on the
22 various issues that have come up from time to
23 time, whether it's food safety or processing
24 concerns that might have been addressed by
25 the Food Safety Inspection Service or any

Page 289

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  number of agencies. Environmental Protection
3  Agency, for example, is another one. So I
4  represented the egg farmers to the government
5  in Washington, D.C.
6      Q.   Would it be fair to say that
7  with respect to the UEP's interactions with
8  any federal regulatory agencies, that you
9  would be the liaison through whom such
10 communications occurred?
11     A.   Absolutely.
12         - - -
13     (Exhibit Klippen-63, UEP Annual
14     Board Meeting and Executive Conference
15     October 14-15, 1999 Tucson, Arizona
16     Minutes, Bates UE0297186 - UE0297190,
17     was marked for identification.)
18         - - -
19 BY MR. NOVAK:
20     Q.   We've had marked for
21 identification purposes Deposition
22 Exhibit Number 63 which was a document
23 produced by the UEP bearing the Bates number
24 UE0297186 through 190. Mr. Klippen,
25 Deposition Exhibit 63 purports to be the

73 (Pages 286 - 289)

Page 290

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  annual board meeting and executive conference
3  minutes for a UEP board meeting that appears
4  to have occurred on October 14 and 15 of 1999
5  in Tucson, Arizona.
6        In the normal course of your
7  performance of responsibilities as vice
8  president of government relations, would you
9  have received annual board minutes for UEP
10  meetings?
11    A.    That was the standard
12  procedure, yes.
13    Q.    And I note on the first page of
14  Deposition Exhibit 63 that it lists under
15  "STAFF" you as being present at this meeting.
16  Would you have been present at the 1999
17  annual meeting?
18    A.    I was.
19    Q.    I'd like to direct your
20  attention to the third page of Deposition
21  Exhibit 63, under the section of the document
22  entitled "MARKETING COMMITTEE REPORT," and
23  just ask you to read that for a moment.
24    A.    [Reviewing document.]
25        Just that one page?

Page 291

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    Q.    Yes.
3    A.    Okay.
4    Q.    I'm going to ask you just a few
5  quick questions with respect to this page of
6  the minutes from the 1999 UEP board meeting.
7  They relate to one of the motions that's
8  contained on the third page of Deposition
9  Exhibit 63, specifically the minutes read,
10  "MOTION:  It was moved by Baker and seconded
11  by Krouse that UEP submit a supply program to
12  the members in which they may voluntarily
13  participate.  The program is to include the
14  following:
15        "1.  To reduce each member's
16  flock size by 5% as quickly as possible and
17  to maintain this through July 1, 2000.
18        "2.  To immediately molt 5% of
19  your flock.
20        "3.  To establish a committee
21  to review, by no later than November 10th, a
22  hatch reduction program."
23        That concludes that specific
24  motion.
25        Do you recall discussion of

Page 292

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  this motion back in the 1999 UEP board
3  meeting?
4    A.    Yes.
5    Q.    Now, in the performance of your
6  responsibilities as vice president of
7  government relations, as it relates to the
8  implementation of that motion by UEP, did --
9  was there ever discussion as to whether UEP
10  would seek a business review letter from the
11  United States Department of Justice's
12  antitrust division to review any of the
13  activity that's characterized in that motion?
14        MS. LEVINE:  Object to the
15      extent, Mr. Klippen, that you received
16      any information from UEP's counsel at
17      this time you were a UEP employee, we
18      raise the privilege.
19        THE WITNESS:  So the question
20      you're asking, did the Department of
21      Justice want to communicate with USDA
22      about some supply programs, supply
23      management program?
24  BY MR. NOVAK:
25    Q.    No.  The question was a little

Page 293

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  bit different.
3    A.    I'm sorry.
4    Q.    I'm glad you asked that
5  clarifying question, because I want to make
6  sure we're on the same wavelength.
7        Did UEP ever discuss submitting
8  a business review letter to the U.S.
9  Department of Justice to have them review
10  from an antitrust compliance perspective any
11  of the conduct that's characterized in the
12  motion that we just discussed?
13        MS. ANDERSON:  Object.
14        MS. LEVINE:  I repeat my
15      objection, that any -- to the extent
16      you had any conversations if they were
17      with counsel, I direct you not to
18      answer under UEP's privilege.
19        THE WITNESS:  No, I'm not aware.
20  BY MR. NOVAK:
21    Q.    Did you ever have discussions
22  whether any of the activity that was
23  characterized in that motion would be the
24  subject of a federal marketing order sought
25  by UEP from the U.S. Department of

74 (Pages 290 - 293)

Page 294

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1  KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  Agriculture?
3           MS. LEVINE: Same objection.
4           THE WITNESS: I do not recall
5       specifically any of that in relation
6       to this particular motion.
7  BY MR. NOVAK:
8       Q.   Irrespective of whether there
9  was any discussion about it internally,
10 during the time period that you performed as
11 vice president of government relations at
12 UEP, UEP never sought a federal marketing
13 order for any of their activity, did they?
14          MS. LEVINE: Same objection.
15          THE WITNESS: I think it was
16      pretty universally understood that
17      there would be an effort to at least
18      have that discussion within the
19      industry. So to answer your question,
20      yes, it was public knowledge that we
21      would discuss a federal marketing
22      order. I do not recall ever
23      submitting a business review to the
24      Department of Justice along those
25      lines, but there was a discussion

Page 295

1       KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2       about this time period when there was
3       some discussion within the industry at
4       various meetings where members and
5       non-members were present, that they
6       would talk about the possibility of a
7       federal marketing order.
8  BY MR. NOVAK:
9       Q.   Did you ever submit on behalf
10 of UEP to the U.S. Department of Agriculture
11 a request that a federal marketing order
12 issue or apply in some manner for a federal
13 marketing order?
14          MS. LEVINE: Same objection.
15          THE WITNESS: I cannot recall,
16      I'm sorry.
17 BY MR. NOVAK:
18      Q.   By virtue of the performance of
19 your responsibilities and general knowledge
20 of how the egg industry operates, did you
21 develop an appreciation for the particular
22 challenges that faced different producers in
23 the industry in the, say, 2000 through 2010
24 time period?
25      A.   Specifically what challenges

Page 296

1       KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2       are you -- give me an example so I can
3       respond.
4       Q.   Well, economic challenges of
5       different producers to actually be
6       profitable?
7       A.   That is an ongoing occurrence
8  within any industry that there are times when
9  individuals within the industry have economic
10 challenges. So, yes, it was not a government
11 relations responsibility of mine to be privy
12 to that knowledge, but I was friends with
13 many of these people in the industry that may
14 have confided in me that they were
15 struggling.
16      Q.   Did you have an understanding
17 as to whether smaller producers in the
18 industry had a more difficult time
19 maintaining their economic viability as
20 compared to large producers?
21          MS. ANDERSON: Object to the
22      form of the question. Vague and
23      ambiguous.
24          THE WITNESS: There were some
25      periods of time when it was difficult

Page 297

1       KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2       for all the farmers, whether they were
3       large or small, but the larger ones
4       because they were better capitalized,
5       could weather the economic storms
6       better than smaller ones. So I would
7       say, yes, yes, there was.
8  BY MR. NOVAK:
9       Q.   And with respect to the UEP
10 certification program for its animal welfare
11 guidelines, did small egg farmers have a more
12 difficult time economically complying with
13 the requirements of that program as compared
14 to large farms?
15          MS. ANDERSON: Object to the
16      form of the question. Vague and
17      ambiguous.
18          MR. MCKENNEY: Calls for
19      speculation. Lacks foundation.
20          MS. LEVINE: Objection to form.
21          THE WITNESS: I cannot recall
22      any specific farms or farmers that
23      were having economic difficulties at
24      that time during that period of time
25      as a direct result of trying to comply

75 (Pages 294 - 297)

Page 298

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      with the program.
3  BY MR. NOVAK:
4      Q.   I want to focus on maybe some
5  more recent time frames.  Are you familiar
6  with an organization called Egg Farmers of
7  America?
8      A.   I am.
9      Q.   What's your understanding of
10 that organization?
11     A.   Egg Farmers of America is a
12 coalition of smaller medium sized egg farms
13 and farmers who had banded together to oppose
14 the direction of a national egg bill within
15 Congress.  I was invited to participate with
16 that group, and eventually they asked me to
17 represent them as a group in total before
18 Congress.  We are no longer Egg Farmers of
19 America.  We are now the National Association
20 of Egg Farmers.  And we are duly registered.
21     Q.   What period of time have you
22 been involved in representing whether it's
23 called the Egg Farmers of America or the
24 National Association of Egg Farmers, before
25 Congress?

Page 299

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2      A.   About two years now.
3      Q.   And the egg bill that you
4  referenced, what particular provisions of it
5  were the Egg Farmers of America, now the
6  National Association of Egg Farmers opposed
7  to?
8      A.   Under the egg bill, for one
9  national standard, it actually had a
10 provision that -- where you could gradually
11 make adjustments in your cage size.  It would
12 gradually allow more and more space for the
13 farmer, for the chicken rather, that owns
14 those hens.  This is a concept that would
15 benefit the larger farmer because he might
16 have multiple complexes or multiple farms
17 even in various states, where to make that
18 transition, he can dedicate one farm to make
19 that transition.  The smaller farmer cannot
20 do that.  If he starts the transition, he has
21 to transition the entire farm because of the
22 limited processing capabilities of that farm
23 to handle those eggs to wash and grade them
24 and pack them into a carton.  So the national
25 egg law that was being proposed in Congress

Page 300

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  would have benefited the larger egg farmers.
3  It actually would have led to insolvency of
4  the smaller egg farmers.
5      Q.   Do you know if UEP had a
6  position with respect to that egg bill?
7      A.   They favored the egg bill.
8                 - - -
9           (Exhibit Klippen-64, Response to
10 UEP Trademarking "Egg Farms of
11 America" blog post, was marked for
12 identification.)
13                 - - -
14 BY MR. NOVAK:
15     Q.   Mr. Klippen, to your knowledge,
16 does the National Association of Egg Farmers
17 have a Web site?
18     A.   Not to my knowledge.  We did,
19 but it's no longer.
20     Q.   Do you know if or do you --
21     A.   Excuse me.  Back up.  You said
22 the National Association of Egg Farmers?
23     Q.   Yes.
24     A.   My mistake.  Egg Farmers of
25 America does not have a Web site.  National

Page 301

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  Association of Egg Farmers does have a Web
3  site.  I beg your pardon.
4      Q.   Do you recognize Deposition
5  Exhibit 64 as coming from the Web site of the
6  National Association of Egg Farmers?
7      A.   I do.
8      Q.   And this a blog post that is
9  contained at that Web site?
10     A.   Yes it is.
11     Q.   Is it one that you authored?
12     A.   It is.
13     Q.   Now, Exhibit 64 has some
14 description of the circumstances, I believe,
15 under which the Egg Farmers of America
16 changed their name to the National
17 Association of Egg Farmers.  Is it as a
18 result of some claims by UEP with respect to
19 the name Egg Farmers of America?
20         MR. MCKENNEY:  Objection to
21 form.
22         THE WITNESS:  It is and you can
23 see from the letter that I wrote to
24 Mr. Wilson, I provided documentation
25 to show we were using the name Egg

76 (Pages 298 - 301)

Page 302

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    Farmers of America before they
3    actually petitioned or submitted a
4    trademark registration, but I was not
5    going to contest the issue because
6    that was not what we were about.
7    Besides, I think the egg industry has
8    faced enough litigation. So we just
9    simply changed the name.
10 BY MR. NOVAK:
11    Q.    So if I understand the sequence
12 of events correctly, Egg Farmers of America
13 used that title for a period of time prior to
14 UEP's registration of the name?
15    A.    We did not --
16    MR. MCKENNEY: Objection. Form.
17    Leading.
18    THE WITNESS: Egg Farmers of
19    America was not registered by us. We
20    were just using it because we were a
21    coalition. After they formed, after
22    they took the name, we decided that we
23    would go ahead and file a registration
24    under the National Association of Egg
25    Farmers so that we would continue to

Page 303

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    operate as a coalition.
3 BY MR. NOVAK:
4    Q.    Can you describe for me what an
5 enriched colony caged system is?
6    A.    An enriched colony cage is a
7 much expanded cage that allows for many more
8 chickens within the cage, but the enrichment
9 includes a perching bar where the chickens
10 can actually roost. It includes a dust
11 bathing area where they can dust themselves.
12 And it also includes an area where they can
13 lay the eggs separate from just in the cage
14 and have them roll it out, a conventional
15 cage onto a conveyor belt.
16    Q.    Are you familiar with the
17 scientific literature with respect to whether
18 enriched colony cages provide animal welfare
19 benefits to the chickens?
20    A.    I am.
21    Q.    Could you summarize your
22 understanding of what the scientific
23 literature says on that point?
24    MS. ANDERSON: Objection to form
25    of the question. Calls for expert

Page 304

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    testimony. Go ahead.
3    THE WITNESS: As an expert in
4    the industry with background in
5    poultry production, the science has
6    come forward suggesting that there are
7    increased leg and wing breakages in
8    the enhanced colony cage. There is
9    less welfare because there is more
10    pecking among the chickens. The
11    chickens have inherent a pecking order
12    they establish. The reason why the
13    industry moved to the conventional
14    cage was to minimize the number of
15    chickens that are exposed to one
16    another, so as they establish that
17    pecking order, they aren't causing an
18    inordinate number of chickens that are
19    injuring those lower on that pecking
20    order. These enhanced colony cages
21    may have upwards of 60 chickens in
22    that colony cage as opposed to seven
23    chickens in a standard 12-by-20 size
24    cage. So just on the pecking order
25    alone, you can see that those lower on

Page 305

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    the pecking order are subjected to
3    abuse by the other chickens. That
4    plus the increased leg and wing
5    breakages that were reported by the
6    Coalition for Egg Sustainability on
7    the Web site and in their research
8    suggested that moving toward an
9    enhanced colony cage was not supported
10    by science but was an effort to move
11    the industry into a direction that
12    would have eliminated the smaller egg
13    farmers because they could not afford
14    to make the transition.
15 BY MR. NOVAK:
16    Q.    To your knowledge, has UEP
17 endorsed the transition to enriched colony
18 cages?
19    A.    They have.
20    Q.    Do you have an understanding,
21 given the summary that you just provided as
22 to the effect of enriched colony cages on
23 animal welfare, as to why UEP would endorse
24 that change?
25    MS. LEVINE: Object to the form

77 (Pages 302 - 305)

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    of the question.
3        THE WITNESS:  UEP has joined
4    with the Humane Society of the United
5    States in hoping to effect changes
6    within the egg industry.  By doing so,
7    it has elicited the ire of all the
8    other animal industries in Washington,
9    D.C., and Egg Farmers of America,
10   later National Association of Egg
11   Farmers.  The idea that the Humane
12   Society of the United States is
13   interested in trying to help animal
14   agriculture is inconsistent with the
15   goals and objectives that HSUS have
16   stated previously.  Even their own
17   staff have stated that they intend to
18   eliminate egg farmers.  The result
19   would be that we have fewer egg
20   farmers in the United States and that
21   would allow future changes in a
22   national law.  Every time the animal
23   activists would come to Washington to
24   lobby, and they're very active in
25   Washington, they would seek changes to

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    further erode the ability of the
3    farmer to produce a safe and wholesome
4    and economical egg to the consumer.
5    It's because of those changes that
6    the -- many of the smaller egg farmers
7    asked me as a lobbyist to represent
8    them.
9        I should correct that I have
10   dropped my license as a lobbyist.  I
11   am only a consultant at the present.
12   And that was just simply because of
13   the reporting requirements as a
14   federally registered lobbyist, it was
15   taking too much of my time.
16       MR. NOVAK:  Take a quick break,
17   but I think that's all I have.
18       MS. ANDERSON:  Why don't we take
19   15 minutes so we can caucus and
20   hopefully wrap up quick.
21       VIDEOGRAPHER:  Off the record.
22   5:50.
23            - - -
24       (A recess was taken.)
25            - - -

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2        VIDEOGRAPHER:  We are on the
3    record.  6:23 p.m.
4        MR. NOLAN:  I have no further
5    questions.
6            - - -
7        EXAMINATION
8            - - -
9    BY MS. ANDERSON:
10   Q.    Mr. Klippen, I'm Carrie
11   Anderson, I represent Michael Foods.  I just
12   have two quick questions for you.
13       For producers that implemented
14   the UEP Certified Guidelines, were they
15   allowed to purchase and sell non-certified
16   eggs?
17   A.    Yes.
18   Q.    And did, in fact, Michael Foods
19   do that, to your knowledge?
20   A.    Yes.
21   Q.    Three questions.  My last
22   question is, do the UEP guidelines in any
23   part of the guidelines, including the section
24   on density requirements, place any
25   limitations whatsoever on any producer's

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    ability to expand its flocks or add cages?
3    A.    No.
4        MS. ANDERSON:  Thank you.  I
5    have no further questions.
6            - - -
7        EXAMINATION
8            - - -
9    BY MR. MCKENNEY:
10   Q.    Mr. Klippen, we met briefly
11   earlier, my name is Jason McKenney, I
12   represent Cal-Maine Foods.
13       You testified on direct
14   examination that, to your knowledge, there is
15   no science to prohibit backfilling cages to
16   maximize the efficiency of the conventional
17   egg system.  Is that correct?
18   A.    That's correct.
19   Q.    You may have mentioned this
20   before, but do you know a Dr. Jeffrey
21   Armstrong?
22   A.    I do.
23   Q.    Do you respect Dr. Armstrong's
24   scientific opinion on animal welfare issues?
25   A.    I do.

78 (Pages 306 - 309)

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    Q.    Is Dr. Armstrong well known in
3 the egg industry?
4       MR. PIZZIRUSSO:  Objection.
5    Vague.
6 BY MR. MCKENNEY:
7    Q.    You can answer.
8    A.    He is known within the
9 industry.  I'm not sure I can classify it as
10 well known, but he is known.
11    Q.    Fair enough.
12       Let me mark Exhibit 65.
13          - - -
14    (Exhibit Klippen-65, 10/4/04
15    Letter, Bates NUCAL-08md2002-0001116,
16    was marked for identification.)
17          - - -
18 BY MR. MCKENNEY:
19    Q.    This is a letter Dr. Armstrong
20 wrote to Chairman Paul Bahan of the Producer
21 Committee for Animal Welfare at United Egg
22 Producers in which he states, "The UEP
23 Scientific Advisory Committee for Animal
24 Welfare is extremely concerned about the egg
25 industry's current practices of backfilling.

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 When the scientific committee established the
3 welfare guidelines for...space allocation, it
4 was not our original intention to allow for
5 the backfilling of cages by spare birds.
6       "Bird welfare is compromised
7 when backfilling is done every month to
8 replace mortality for the purpose of keeping
9 houses full.  Science has shown that mixing
10 birds from other flocks...with different ages
11 increases susceptibility to disease.  Older
12 hens may harbor disease-causing pathogens
13 that are easily transmitted to younger
14 pullets that may have not been fully
15 vaccinated or have had the opportunity to
16 develop full immunocompetency.  In addition,
17 the introduction of unfamiliar birds to
18 resident birds increases social competition
19 and stress, which can increase mortality and
20 decrease production.
21       "It is with the utmost urgency
22 that the Producer's Committee for Animal
23 Welfare advises egg producers who participate
24 in UEP's Animal Care Certified Program to
25 eliminate the practice of backfilling."

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2       MR. PIZZIRUSSO:  Is there a
3    question?
4 BY MR. MCKENNEY:
5    Q.    Yes.  Here is Dr. Armstrong's
6 testimony in this case about the practice of
7 backfilling.
8       MR. PIZZIRUSSO:  Objection.
9    Form.  Testimony in this case.
10 BY MR. MCKENNEY:
11    Q.    And what -- QUESTION:  What is
12 the Scientific Advisory Committee's position
13 on backfilling?
14       ANSWER:  Very negative.
15       QUESTION:  Why?
16       ANSWER:  If you have a group of
17 animals, they have been put in there at a
18 certain week of age when they are ready to
19 start laying eggs.  They develop a hierarchy.
20 We call it pecking order.  And that same
21 thing translates to all animals.  We talk
22 about a pecking order.  That's established.
23 Those birds have been in there for some time
24 and then you throw in a novel bird or two,
25 novel birds -- novel to those birds, they

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 will hurt those birds, they will fight those
3 birds, it is the detriment to the welfare of
4 the bird to put them in that backfilling
5 situation.  There was no equivocation by the
6 committee on this aspect of backfilling.
7 That's where the practical aspect did not
8 match up with the welfare.  Because the
9 welfare impact is so high, we couldn't get
10 over that hurdle.  If the bird had been
11 traumatized a little bit -- excuse me.  There
12 could be -- you know, there could be disease
13 or other aspects but the committee focused on
14 the behavior aspects of how existing birds in
15 a cage would react to novel birds being
16 placed in the cage.
17       My question to you is, Dr.
18 Armstrong is at least one well-known
19 respected scientist that held a contrary view
20 as to the animal welfare aspects of
21 backfilling?
22       MR. PIZZIRUSSO:  Objection to
23    form.
24       THE WITNESS:  I pose to you,
25    where is the science to support any of

79 (Pages 310 - 313)

Page 314

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    these allegations? It's all
3    supposition. Talking older heads may
4    harbor disease-causing pathogens,
5    that's true, but hens already in the
6    cages can have disease-causing
7    pathogens that they're harboring. It
8    talks about fully vaccinated. Well,
9    there may be some opportunity to
10   develop full immunocompetency. Well,
11   a poultryman understands that and he's
12   not going to subject his birds to
13   somebody or some bird that has not
14   fully developed the immunocompetency.
15   The pecking order is established, but
16   this social competition and stress
17   which can cause increased mortality
18   and decrease production, no poultryman
19   is just simply going to buy a chicken,
20   put it in a cage and then let it die.
21   If that's his intention, it's a waste
22   of the money spent on that hen. So
23   although I respect Dr. Armstrong, I
24   submit to you where is the science
25   here. He's given his opinion. And

Page 315

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    that's where I objected because there
3    hasn't been any scientific studies to
4    support that backfilling is a welfare
5    related concern.
6    BY MR. MCKENNEY:
7    Q.    Isn't it true that the chairman
8    of the UEP Scientific Committee went on
9    record that backfilling posed a health
10   hazard?
11            MR. PIZZIRUSSO: Objection to
12   form.
13            THE WITNESS: I'm going to read
14   this again. He says, "Science has
15   shown that mixing birds from other
16   flocks and with different ages
17   increase susceptibility to disease."
18   That's certainly true. But again --
19   BY MR. MCKENNEY:
20   Q.    So you agree with my question
21   then?
22   A.    Let me finish, if I may.
23            Again, I suggest that whenever
24   you mix birds, you are exposing them to that
25   susceptibility to disease. But that's a

Page 316

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    management decision that's made to whether
3    you're going to actually implement that
4    procedure to backfill those cages to maximize
5    that situation within that farm. If you have
6    a farm, and because of a certain disease you
7    end up losing 20 percent early on in the
8    stage of your flock, because they have
9    prohibited backfilling, that farmer has been
10   penalized from all the eggs produced by those
11   eggs through the entire one and a half to two
12   years that flock is in operation. What I'm
13   saying is if you're willing to find the hens
14   and make sure that those hens are compatible
15   with the hens that you're going to inject
16   them to, that it's a perfectly acceptable
17   practice to backfill. The industry has
18   graduated over years to come to this
19   conclusion. So if Dr. Jeff Armstrong were in
20   this room, I would ask him show me the
21   science behind that. Other than just your
22   opinion, show me the science that supports
23   these statements.
24   Q.    My question is pretty simple.
25   Isn't it the case that the chairman of the

Page 317

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    UEP Scientific Committee has gone on record
3    that backfilling poses a health hazard to egg
4    laying hens?
5            MR. PIZZIRUSSO: Objection.
6    Vague. Misstates his testimony.
7    Mischaracterizes the document.
8            THE WITNESS: I think I've
9    answered that question.
10   BY MR. MCKENNEY:
11   Q.    Dr. Armstrong is a scientist.
12   Right?
13   A.    That's correct.
14   Q.    And earlier you said you
15   respected his scientific opinion. Right?
16   A.    I do.
17            MR. PIZZIRUSSO: Objection.
18   Asked and answered.
19            - - -
20       (Exhibit Klippen-66, United
21   Voices Washington Report, Bates
22   UE0069683 - UE0069686, was marked for
23   identification.)
24            - - -
25   BY MR. MCKENNEY:

80 (Pages 314 - 317)

Page 318

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1  
2  Q.  I'm marking Exhibit 66 to your
3  deposition, Mr. Klippen.  If you could just
4  review the first article here.
5        MR. Pizzirusso:  Counsel, do you
6    have copies?
7        MR. MCKENNEY:  Yes.
8  BY MR. MCKENNEY:
9  Q.  Let me know when you've had a
10  chance to review it.
11  A.  [Reviewing document.]  Okay.
12  Q.  Did you make a presentation to
13  the USDA of the work being done by the UEP
14  Scientific Advisory Committee?
15  A.  I did.
16  Q.  Is that referenced here in this
17  United Voices article?
18  A.  It is.
19        MR. PIZZIRUSSO:  Can you repeat
20    the Bates number just for the record?
21        MR. MCKENNEY:  It's UE0069683.
22  BY MR. MCKENNEY:
23  Q.  You state in the article that
24  you advocated at the meeting that "...any
25  public policy should follow science."

Page 319

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1  
2        Is that right?
3  A.  That's correct.
4  Q.  And when you were making that
5  statement, were you referring to the UEP
6  Animal Welfare Guidelines?
7  A.  I was.
8        - - -
9        (Exhibit Klippen-67, E-mail
10    chain, Bates UE0694999, was marked for
11    identification.)
12        - - -
13  BY MR. MCKENNEY:
14  Q.  I'll mark Defendants-67 to your
15  deposition, Mr. Klippen.  If you have a
16  moment, just read through these two e-mails,
17  and I have just a couple questions about
18  them.
19  A.  [Reviewing document.]
20        MR. MCKENNEY:  For the record,
21    this document is UE0694999.
22  BY MR. MCKENNEY:
23  Q.  Did you author the e-mail on
24  the top, Mr. Klippen?
25  A.  Yes.

Page 320

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1  
2  Q.  And in this e-mail you state to
3  Mr. Gregory, "Congratulations Gene.  You have
4  done a great job in motivating an entire
5  industry to recognize the responsible thing
6  to do."
7        Do you see that?
8  A.  I do.
9  Q.  The responsible thing to do was
10  to have science-based animal welfare
11  guidelines and to use audits to demonstrate
12  compliance.  Right?
13  A.  Correct.
14  Q.  And that's what you note in
15  this e-mail.  Right?
16  A.  That's correct.
17  Q.  And in 2003, United -- UEP
18  Certified Program included the 100 percent
19  rule.  Right?
20        MR. PIZZIRUSSO:  Objection.
21    Lack of foundation.
22        THE WITNESS:  I do not recall
23    exactly when the 100 percent rule
24    actually took place.
25  BY MR. MCKENNEY:

Page 321

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1  
2  Q.  And your Process Verified
3  Program included an audit.  Right?
4  A.  Correct.
5  Q.  You can put that document
6  aside.
7        MR. MCKENNEY:  Let's go off the
8    record for a second.
9        VIDEOGRAPHER:  Off the record.
10    6:38.
11        - - -
12        (A recess was taken.)
13        - - -
14        VIDEOGRAPHER:  On the record.
15    6:39.
16        - - -
17        (Exhibit Klippen-68, E-mail
18    chain, Bates FMI-001514 & FMI-001515,
19    was marked for identification.)
20        - - -
21  BY MR. MCKENNEY:
22  Q.  Mr. Klippen, I put before you
23  Exhibit 68.  Take a moment to review that
24  e-mail.
25  A.  [Reviewing document.]

81 (Pages 318 - 321)

Page 322

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1
2 Q. After you've finished reviewing
3 this e-mail, Mr. Klippen, can you identify
4 the document for the record?
5 A. This was an e-mail that was
6 sent to Karen Brown at the Food Marketing
7 Institute. She was the one that spearheaded
8 the development of welfare guidelines for the
9 other commodity groups as well as UEP.
10 Q. If you take a look the first
11 e-mail, it's an e-mail from you to Ms. Brown.
12 Is that right?
13 A. Is this the one July 27, 2004?
14 Q. Yes. FMI001515.
15 A. Okay.
16 Q. You state in the -- in that
17 paragraph that the UEP programs, "...seal on
18 the egg carton...gives consumers the
19 knowledge that the egg producers are doing
20 the right thing."
21 Do you see that?
22 A. I do.
23 Q. You believe what you said was
24 truthful. Right?
25 A. I do.

Page 323

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1
2 Q. And in 2004, did the UEP
3 Certified Program contain the 100 percent
4 rule?
5 A. As I stated, I can't remember
6 exactly when they implemented the 100 percent
7 rule. There was talk of actually doing 100
8 percent compliance, but I don't remember
9 exactly when they implemented that. When
10 they did have that discussion, I did voice my
11 objections to Gene at the time.
12 Q. By the time you left UEP, the
13 100 percent rule had been included in the UEP
14 Certified Program. Is that right?
15 A. I can't recall exactly when the
16 100 percent rule became implemented. I know
17 there was discussion leading up to that. I
18 can't remember exactly when that was.
19 Q. You can put that document
20 aside.
21                    - - -
22 (Exhibit Klippen-69, E-mail
23 chain, Bates UE0879102 - UE0879104,
24 was marked for identification.)
25                    - - -

Page 324

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1
2 BY MR. MCKENNEY:
3 Q. I'm marking Exhibit 69,
4 Mr. Klippen. Take a moment to review these
5 e-mails.
6 A. [Reviewing document.]
7 MR. PIZZIRUSSO: Jason, can you
8 identify 68 for the record with the
9 Bates? I don't think you did.
10 MR. MCKENNEY: 68 was FMI001514.
11 THE WITNESS: Okay.
12 BY MR. MCKENNEY:
13 Q. Do you recognize these e-mails?
14 A. I do.
15 Q. Let's flip to the second page
16 of the document. Do you know who Brian Joyer
17 is?
18 A. I do.
19 Q. Who is he?
20 A. He's an employee of Sparboe
21 Farms.
22 Q. The second asterisk in this
23 e-mail states, What is FMI/NCCR's position on
24 implementing the guidelines? Should a
25 company allow the marketplace to influence

Page 325

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1
2 the amount of product produced under the
3 guidelines or should the company commit 100%
4 of their products to the guidelines
5 regardless of the interest from customers and
6 consumers? Is it your position that -- the
7 same across all producer organizations?
8 Do you see that?
9 A. I do.
10 Q. And does that statement, to
11 your understanding, reflect Sparboe Farms
12 asking FMI their position on animal
13 welfare -- excuse me, strike that.
14 Does that statement, to your
15 understanding, reflect Sparboe Farms asking
16 FMI's position on the 100 percent rule?
17 MR. PIZZIRUSSO: Objection.
18 Speculation. Lack of personal
19 knowledge.
20 THE WITNESS: I can read the
21 question and I can see that Brian
22 Joyer is looking for an answer on the
23 100 percent rule, yes.
24 BY MR. MCKENNEY:
25 Q. And then Karen Brown's response

82 (Pages 322 - 325)

Page 326

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1
2 is on the first page. She says, "Our goal is
3 enhanced animal welfare for all animals in
4 food production -- not animals used only for
5 certain products or product categories. This
6 is our position for all producer groups."
7        Do you see that?
8    A.   I do.
9    Q.   And judging by your first --
10 your e-mail to Al Pope at the top, you were
11 pleased with Karen Brown's response. Right?
12        MR. PIZZIRUSSO: Objection to
13    the characterization of his testimony.
14    Form.
15 BY MR. MCKENNEY:
16    Q.   This is your e-mail, right?
17    A.   It is, but it doesn't indicate
18 that I was pleased other than the fact that
19 it says that Sparboe at the time was looking
20 for a weakness. I was representing as the
21 spokesperson. And I simply stated that Karen
22 corrected him, made sure that he understood
23 the details.
24    Q.   And this refers to the 100
25 percent rule. Correct?

Page 327

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1
2        MR. PIZZIRUSSO: Objection.
3    Calls for speculation.
4    Mischaracterizes the document.
5        THE WITNESS: The document that
6    Karen Brown sent to Brian Joyer does
7    note an attempt to achieve 100 percent
8    parody.
9 BY MR. MCKENNEY:
10    Q.   And you were glad that Karen
11 set him straight as you said in the top
12 e-mail. Right?
13    A.   That's not in my e-mail. That
14 doesn't characterize that I'm pleased. I'm
15 simply informing him what Karen had done. It
16 doesn't mean that I was pleased with -- as my
17 testimony has already confirmed earlier, and
18 documentation shows, I am -- I was not really
19 in favor of 100 percent. I'm just simply
20 acknowledging that she responded to him and
21 corrected his understanding.
22    Q.   Turn back to the prior exhibit,
23 FMI 1514. You respond to Karen Brown in the
24 e-mail exchange where you reference the
25 certified logo. You respond to Karen,

Page 328

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1
2 "Fantastic! Thanks." Right?
3    A.   She did provide us the e-mail
4 that we were looking for at the time,
5 correct.
6    Q.   You testified earlier, I
7 believe, that to your understanding no
8 retailer expressed support for the 100
9 percent rule. Is that right?
10    A.   I do not know of a single
11 retailer that expressed a desire for 100
12 percent at the time.
13        MR. MCKENNEY: Let me mark
14    Exhibit 70.
15        - - -
16    (Exhibit Klippen-70, 12/5/08
17    Letter, Bates UE0217821, was marked
18    for identification.)
19        - - -
20 BY MR. MCKENNEY:
21    Q.   Review that letter,
22 Mr. Klippen, and let me know when you're
23 done.
24    A.   [Reviewing document.]
25        MR. MCKENNEY: For the record,

Page 329

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1
2 this is UE0217821.
3        THE WITNESS: Okay.
4 BY MR. MCKENNEY:
5    Q.   Is it fair to say that this
6 document reflects Wal-Mart's support for the
7 100 percent rule?
8    A.   As of December the 5th, 2006,
9 yes. But prior to that, Wal-Mart did not
10 insist on 100 percent because they accepted
11 the PVP as part of their certification.
12    Q.   When did you approach Wal-Mart
13 about the PVP?
14    A.   2000 --
15    Q.   It was after 2006. Right?
16    A.   I stand corrected. It was 2008
17 that I approached Wal-Mart. You're correct.
18 I don't remember seeing this letter.
19        - - -
20    (Exhibit Klippen-71, E-mail
21    chain, Bates SF083624 - SF083632, was
22    marked for identification.)
23        - - -
24 BY MR. MCKENNEY:
25    Q.   I'm marking Exhibit 71,

83 (Pages 326 - 329)

Page 330

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1 SF083624. Review that, Mr. Klippen. When
2 you've had a chance to review it, can you
3 identify the document for the record?
4 A. [Reviewing document.] Okay.
5 Q. Can you identify the document
6 for the record?
7 A. Yes, it's an e-mail that I sent
8 dated April 21, 2008, to --
9 Q. Does this -- sorry.
10 A. -- to Beth Schnell and Wayne
11 Carlson.
12 Q. Does this e-mail to Ms. Schnell
13 and Mr. Carlton reflect your contemporaneous
14 thoughts on UEP?
15 A. The document reflects an effort
16 to protect the Process Verified Program from
17 being exposed and thereby destroyed before we
18 can actually get it fully launched.
19 Q. The subject matter of this
20 e-mail is "defeating UEP." Right?
21 A. Correct. Defeating UEP and
22 defeating their attempts to destroy the
23 Process Verified Program, not the
24 organization.

Page 331

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1 Q. Can you pull out Exhibit 30
2 from your stack of papers there? Do you
3 recall discussing this document with Mr.
4 Pizzirusso in the morning?
5 A. Yes.
6 Q. I want to draw your attention
7 to the last paragraph. The last paragraph
8 reflects your statement that an unidentified
9 board member wondered whether animal welfare
10 issues should be turned over to an
11 independent organization like Klippen &
12 Associates. Do you see that?
13 A. I do.
14 Q. You thought that was a good
15 idea, too, right?
16 A. At the time I did.
17 Q. You thought that was a good
18 idea because it would advance your financial
19 interest. Right?
20 MR. PIZZIRUSSO: Objection.
21 Argumentative.
22 THE WITNESS: I was a
23 consultant, so obviously it would have
24 benefited me financially, yes.

Page 332

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1 MR. MCKENNEY: Let's go off the
2 record and change tapes.
3 VIDEOGRAPHER: Off the record.
4 This is the end of tape number seven.
5 The time is 6:53.
6 - - -
7 (A recess was taken.)
8 - - -
9 VIDEOGRAPHER: We're on the
10 record. 6:55 p.m. This is the
11 beginning tape number eight.
12 BY MR. MCKENNEY:
13 Q. Mr. Klippen, earlier you
14 discussed the requirements of your PVP
15 program. Do you recall that?
16 A. Yes, I do.
17 Q. So under the PVP program,
18 housing birds at 67 square inches was
19 acceptable. Correct?
20 A. Correct.
21 Q. And housing birds at 50 square
22 inches per bird was acceptable, too. Right?
23 A. No.
24 Q. It was not?

Page 333

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1 A. No. We actually established
2 67 square inches as the standard.
3 Q. Your testimony was that there
4 was no 100 percent rule under the Process
5 Verified Program. Correct?
6 A. Yes.
7 Q. But is it your testimony, then,
8 that -- strike that.
9 So could a producer maintain
10 the Process Verified Program requirements and
11 yet not maintain 67 square inches?
12 A. That's correct. But not as a
13 process verified producer. He could have
14 other aspects of his operation at, say, 54
15 square inches per bird, but if he were going
16 to sell eggs under the Process Verified
17 Program, the 67 square inches was the
18 established size.
19 Q. And then a farmer did not have
20 67 square inches on his other flocks --
21 A. Correct.
22 Q. -- he could not get the PVP?
23 A. No, he could get the PVP. He
24 could get the PVP as long as the eggs that he

84 (Pages 330 - 333)

Page 334

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1 was selling from whatever aspect of his farm,
2 if he was selling as PVP, those birds had to
3 be 67 square inches. We weren't mandating
4 size for non-PVP. So just if he had
5 20 percent of his flock he wanted to sell as
6 PVP, then he had to have the 67 square inches
7 just for that 20 percent that he's selling.
8 The others he could sell as he wished.
9    Q.    And those -- would those be
10 PVP?
11    A.    No, they would not.
12    Q.    But then it's true, right, that
13 part of the flock could be at 48 and part of
14 the flock could be at 67, but the producer
15 could still have a PVP certification. Right?
16    A.    He could have a PVP
17 certification only for those chickens at
18 67 square inches.
19    Q.    And he wouldn't lose it if he
20 had other birds at 48?
21    A.    Correct. He didn't -- he was
22 not obligated under 100 percent rule.
23    Q.    In 2011, ABC News aired a video
24 of conditions in one of Sparboe's henhouses.

Page 335

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1 Right?
2    A.    That's correct.
3    Q.    The video depicted hens crammed
4 into crowded cages. Right?
5    A.    Incorrect. The video depicted
6 what is occurring generally on egg farms
7 today. They characterized it as crammed, not
8 me.
9    Q.    The video showed birds stocked
10 at less than 67 inches. Right?
11    A.    Incorrect. Those birds -- that
12 operation that was shown to ABC were at
13 72 square inches. None of the eggs produced
14 by Sparboe Farms that met the UEP
15 certification for process verified were less
16 than 67 square inches.
17    Q.    But Sparboe Farms had birds
18 stocked at less than 67 inches. Right?
19    A.    None of their company-owned
20 farms were less than 67 square inches. None
21 of the eggs they sold as process verified
22 came from farms at less than 67 square
23 inches.
24    Q.    I asked did Sparboe house birds

Page 336

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1 at other than -- strike that.
2    Did Sparboe Farms house birds
3 at less than 67 square inches?
4    MR. PIZZIRUSSO:  Objection.
5    Asked and answered.
6    THE WITNESS:  I've already
7 answered that.
8 BY MR. MCKENNEY:
9    Q.    You can answer my question.
10    A.    None of Sparboe Farms that was
11 selling PVP came from eggs where chickens
12 were housed less than 67 square inches. If
13 they owned other farms, they were not selling
14 those eggs as PVP certified.
15    MR. MCKENNEY:  Strike that as
16 non-responsive.
17 BY MR. MCKENNEY:
18    Q.    Did Sparboe Farms house birds
19 at less than 67 square inches?
20    MR. PIZZIRUSSO:  Objection.
21    Asked and answered three times now.
22 BY MR. MCKENNEY:
23    Q.    I didn't ask if they sold PVP
24 eggs at less than 67 inches. I asked did

Page 337

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1 they house birds at less than 67 inches.
2    A.    I suspect at one time they did.
3 But when they employed me to implement a
4 Process Verified Program, all of the
5 company-owned farms went with the 67 square
6 inches according to the Process Verified
7 Program.
8    Q.    So while you were at Sparboe
9 Farms, is it your testimony today under oath
10 that no hen was housed at less than 67 square
11 inches?
12    A.    It is.
13    Q.    After the ABC News report,
14 Sparboe lost business. Right?
15    A.    Yes.
16    MR. PIZZIRUSSO:  Objection.
17    Vague.
18 BY MR. MCKENNEY:
19    Q.    It lost Target as a customer?
20    A.    Correct.
21    Q.    And McDonald's?
22    A.    Correct.
23    Q.    Woodman's?
24    A.    I don't know.

85 (Pages 334 - 337)

Page 338

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    Q.   Byerly's?
3    A.   I don't know.
4    Q.   Lunds?
5    A.   I don't know.
6    Q.   Hy-Vee?
7    A.   I was not in the marketing or
8 sales aspect of Sparboe. I was in government
9 relations so I was not aware of all the
10 customers they lost. I was aware McDonald's
11 and Target were lost because those were the
12 names that came up during the ABC interview
13 in which I was on television testifying.
14    Q.   And your employment was
15 terminated with Sparboe Farms after the ABC
16 News report. Correct?
17    A.   Correct.
18    Q.   And after the ABC News report,
19 Sparboe rejoined the UEP Certified Program.
20 Right?
21    A.   That's correct.
22    Q.   And by doing so, Sparboe agreed
23 to implement the certified program over 100
24 percent of its flocks. Right?
25    A.   Correct. They would have to to

Page 339

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 be UEP certified.
3    Q.   That's because Sparboe had
4 learned the painful lesson about how
5 important it was to implement animal welfare
6 standards across all flocks. Right?
7    MR. PIZZIRUSSO: Objection.
8 Calls for speculation. Asking him to
9 testify why Sparboe did something.
10 BY MR. MCKENNEY:
11    Q.   You can answer my question.
12    A.   That is not why they did it.
13    MR. MCKENNEY: Let me mark
14 Exhibit 73.
15    MR. PIZZIRUSSO: Are we on 72?
16    MR. MCKENNEY: Let's remark it.
17    72.
18    - - -
19    (Exhibit Klippen-72, 12/1/11
20 Letter, Bates CF0005892, was marked
21 for identification.)
22    - - -
23 BY MR. MCKENNEY:
24    Q.   This is a letter from Beth
25 Schnell to Gene -- Beth Schnell from (sic)

Page 340

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 Gene Gregory dated December 1, 2011. Right?
3    A.   Yes.
4    MR. MCKENNEY: For the record
5 it's Bates number CF0005892.
6 BY MR. MCKENNEY:
7    Q.   In the second paragraph of the
8 letter Ms. Schnell states, "This has been a
9 very painful lesson. While UEP correctly
10 foresaw the issues which Sparboe Farms is now
11 confronting, we did not. It is a new day at
12 Sparboe Farms. We believe the United Egg
13 Producers negotiated the most workable
14 agreement for the egg industry based on all
15 options available. We have learned from this
16 experience and realize the value of being an
17 active and engaged member of United Egg
18 Producers."
19    This occurred on -- this letter
20 was sent on December 1, 2011. Right?
21    A.   Correct.
22    Q.   Put that aside.
23    MR. MCKENNEY: I'll mark
24 Exhibit 73.
25    - - -

Page 341

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    (Exhibit Klippen-73, Web site
3    printout, was marked for
4    identification.)
5    - - -
6 BY MR. MCKENNEY:
7    Q.   After this video occurred, you
8 initially claimed -- strike that.
9    After the ABC News video had
10 been played, you initially claimed that the
11 video was staged. Right?
12    A.   Correct.
13    Q.   But Sparboe publicly disagreed
14 with you. Right?
15    A.   Correct.
16    Q.   And you didn't actually think
17 it was staged. Right?
18    A.   Incorrect. I believe it was
19 staged. To this day I still maintain it was
20 a staged video.
21    Q.   You weren't simply trying to
22 cover up the truth because this happened
23 while you were in charge of animal welfare at
24 Sparboe?
25    A.   That's correct. I was not

86 (Pages 338 - 341)

Page 342

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1 covering up anything.
2 Q. And Sparboe terminated your
3 employment?
4 A. That's correct.
5 Q. Right after this happened.
6 Right?
7 A. Shortly thereafter.
8 Q. In the article it references a
9 management change at Sparboe Farms. Do you
10 see that?
11 A. Explain to me where it is.
12 Q. I'll find it for you.
13 I'll withdraw that question.
14 You indicated earlier that you
15 sent your PVP program to the Humane Society
16 for the United States. Is that correct?
17 A. Incorrect.
18 Q. That's incorrect?
19 A. I took it to them and showed it
20 to them.
21 Q. So you showed --
22 A. I didn't send it to them. I
23 showed it to them and then I took all the
24 documents back away with me.

Page 343

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1 Q. That's fine. Make that clear
2 for the record.
3 Did the Humane Society of the
4 United States, they did not endorse your
5 program. Right?
6 A. Correct.
7 Q. Are you aware of a single set
8 of Animal Welfare Guidelines applicable to
9 cage production systems that HSUS has
10 endorsed?
11 A. They endorsed the effort by UEP
12 to develop a national egg law which would
13 have been one established set of guidelines
14 not based on science.
15 Q. But prior to that, they had not
16 endorsed it?
17 A. Correct.
18 Q. You've also testified that no
19 animal rights group has criticized your
20 program. Correct?
21 A. The Process Verified Program?
22 Q. Yes.
23 A. No. There was -- then I need
24 to correct that statement. There was one

Page 344

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1 group that actually objected and asked --
2 they filed a FOIA to try to get the details
3 of what was in the Process Verified Program.
4 So there was another group.
5 Q. And what did they object to?
6 A. Anything to do with a claim
7 that we were providing for the welfare of
8 hens, and still putting chickens in cages was
9 objectionable to that group.
10 Q. You testified earlier that you
11 had three scientists that were involved in
12 developing your program. Is that right?
13 A. That's correct.
14 Q. I may be stating them wrong,
15 but Dr. Koelkebeck, Dr. Anderson and Dr.
16 Cobarrubia?
17 A. Correct.
18 Q. What work precisely did your
19 scientists do?
20 A. They assisted me in the
21 development of specific production guidelines
22 such as cage dimensions, the amount of feeder
23 space, the time to beak trim, how to induce a
24 molt, the size of free ranging birds, the

Page 345

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
1 size of barn hens. Based on the science that
2 was available to them through the
3 universities and the Poultry Science
4 Association, I wrote the guidelines and they
5 helped me to adjust so it was consistent with
6 the available science at the time.
7 Q. How many meetings did your
8 scientific advisors hold with you?
9 A. We had numerous phone
10 conversations where I had all three on the
11 phone at the time. I don't remember the
12 number. But this was a process that took
13 place over a period of many months.
14 Q. When did you disclose the
15 details of your program to the public?
16 A. I disclosed the details of the
17 Process Verified Program first to Wal-Mart,
18 to the buyers at Wal-Mart. Not to this Scott
19 gentleman that is referenced here, but to the
20 buyers of eggs at Wal-Mart. Tony Airoso, I
21 can't remember his name now, but Tony. I
22 divulged the details to the farmers that were
23 participating in trying to understand an
24 alternative approach. I divulged the

87 (Pages 342 - 345)

Page 346

1 KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 details, but then also when the FOIAs were
3 filed, I did respond, I did redact what I
4 considered privileged information, but by and
5 large they can actually piece together the
6 details of the program.
7 Q. And today, is it possible to
8 get a completely un-redacted set of your
9 guidelines if you were a member of the
10 public?
11 A. I don't believe it's available
12 anywhere on a Web site or anywhere because
13 nobody is process verified within the egg
14 industry today.
15 Q. At the time --
16 MR. PIZZIRUSSO: Could we get a
17 time check? I think we're beyond the
18 seven hours, I don't know how much
19 longer you think you have.
20 MR. MCKENNEY: I just have a
21 couple more questions and then we can
22 go off the record and then assess.
23 MS. LEVINE: We might have a
24 couple.
25 BY MR. MCKENNEY:

Page 347

1 KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 Q. When Sparboe Farms was process
3 verified, was there an un-redacted version of
4 your program available to the public?
5 A. Not to the public.
6 Q. And what would a member of the
7 public have to do to get a copy of your
8 guidelines at that time?
9 A. It was not available to the
10 public.
11 Q. At all?
12 A. It was available to customers.
13 It was available to industry. It was
14 available to retailers. But you have to
15 understand that the more information is
16 released to the public, more opportunities to
17 have the kind of attacks that occurred to
18 Sparboe following that -- or that occurred
19 prior to that ABC 20/20 segment.
20 MR. MCKENNEY: Let's go off the
21 record.
22 VIDEOGRAPHER: Off the record.
23 7:12.
24 - - -
25 (A recess was taken.)

Page 348

1 KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 - - -
3 VIDEOGRAPHER: On the record.
4 7:16.
5 BY MR. MCKENNEY:
6 Q. Mr. Klippen, is the animal
7 rights group that criticized your program
8 named the Animal Welfare Institute?
9 A. I can't recall. Because
10 there's so many, I can't remember if that was
11 them or not. But it could have been, yes.
12 Q. And they say, in fact, at the
13 time of its certification, some of Sparboe's
14 facilities only gave each hen 54 square
15 inches despite the fact that its own PVP
16 guidelines required 67 square inches. That's
17 a criticism that 100 percent of Sparboe's
18 farms aren't at 67 square inches. Right?
19 A. It's incorrect. All of
20 Sparboe's company-owned facilities, in order
21 for the USDA federal officials to certify
22 that they were compliant with the PVP, had to
23 go in and take measurements to see if the
24 farms were at 67 square inches per bird and
25 all their company facilities were. USDA had

Page 349

1 KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 on their Web site certification numbers and
3 the addresses for each one of their
4 company-owned farms specifying that they were
5 PVP compliant. So that statement is
6 incorrect.
7 Q. The statement that you're
8 contending is incorrect is at the time of the
9 certification, some of Sparboe's facilities
10 only gave each hen 54 square inches despite
11 the fact that its own PVP guidelines required
12 67 square inches?
13 A. Asked and answered.
14 MR. KLIPPEN: Just answer.
15 THE WITNESS: Oh, I'm sorry. I
16 think I answered that question
17 already. All of Sparboe's
18 company-owned facilities at the time
19 of PVP certification by federal
20 officials had to be compliant to the
21 67 square inches in order to receive
22 certification. All of Sparboe's
23 company-owned facilities were
24 compliant.
25 MR. MCKENNEY: Let's go off the

88 (Pages 346 - 349)

Page 350

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    record.
3         VIDEOGRAPHER:  Off the record.
4    7:17.
5         - - -
6         (A recess was taken.)
7         - - -
8         VIDEOGRAPHER:  On the record.
9    7:24.
10   BY MR. MCKENNEY:
11       Q.   Earlier we were discussing the
12   space allowance per bird at Sparboe
13   facilities.  Do you recall that?
14       A.   Yes.
15       Q.   And is it true that Sparboe
16   owns birds that aren't housed at Sparboe
17   facilities?
18       A.   They might, yes.  That's quite
19   possible.  It's called contract farms.
20       Q.   And they own birds at contract
21   farms.  Right?
22       A.   They did.  That's correct.
23       Q.   And for the -- let me ask this
24   question then.  It's true, Mr. Klippen that
25   all of Sparboe's company-owned birds were not

Page 351

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    housed at 67 inches.  Right?
3        A.   All of Sparboe's birds on
4    company-owned farms were at 67 square inches,
5    that's correct.
6        Q.   But company-owned birds, not at
7    company-owned facilities, they were housed at
8    less than 67 inches.  Right?
9        A.   Possibly, yes.
10       Q.   In fact, they were.  Right?
11       A.   I don't know.  I wasn't on
12   those firms.  Those are contract farmers.  I
13   was not on those farms.  However, let me add
14   that none of those eggs coming from those
15   contract farms at less than 67 square inches
16   would have commingled with the PVP eggs.
17   They could not do that.
18       Q.   And they were sold to Sparboe
19   eggs.  Right?
20       A.   Quite possibly, yes.
21       MR. MCKENNEY:  Off the record.
22       VIDEOGRAPHER:  Off the record.
23   7:23.
24       - - -
25       (A recess was taken.)

Page 352

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2         - - -
3         VIDEOGRAPHER:  On the record.
4    7:23.
5         - - -
6         EXAMINATION
7         - - -
8    BY MS. LEVINE:
9        Q.   Good evening, Mr. Klippen.  My
10   name is Jan Levine.  I represent United Egg
11   Producers and United States Egg Marketers.  I
12   think we met in the hall this afternoon.  I
13   just have a couple of follow-up questions.
14       You could be a member of UEP
15   and not a member of the UEP Certified
16   Program.  Correct?
17       A.   Correct.
18       Q.   And you could be a member of
19   the UEP Certified Program and not a member of
20   UEP.  Correct?
21       A.   Correct.
22       Q.   And if you chose not to be on
23   the UEP Certified Program, you didn't have to
24   be.  Right?
25       A.   Correct.

Page 353

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2        Q.   You could still be a member of
3    UEP.  Right?
4        A.   Correct.
5        Q.   There was no penalty if you
6    were not on the UEP Certified Program.
7    Correct?
8        A.   There is no penalty if you were
9    on it.  There would have been a penalty if
10   you were not.
11       Q.   You would still be a member of
12   UEP even if you were not a member of the UEP
13   Certified Program.  Right?
14       A.   There would be a penalty
15   associated with that because you would be
16   selling your eggs at a discount over UEP
17   certified.
18       Q.   UEP -- that depends on each
19   producer's pricing mechanism.  Right?
20       A.   No, that was consistent with
21   what was reported at the Urner Barry price
22   reporting system.
23       Q.   You, yourself, don't know what
24   any egg producer from UEP sold his or her
25   eggs at, do you?

89 (Pages 350 - 353)

Page 354

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    A.    I don't know.  Not even
3  Sparboe.  I don't know what they sold.
4    Q.    So you're just talking about
5  the Urner Barry pricing, what is public?
6    A.    Yes.
7    Q.    Your membership in UEP was
8  allowed to go on, you were permitted to be a
9  UEP member even if you weren't on the
10 certified program.  Right?
11   A.    Right.
12         MR. PIZZIRUSSO:  Objection.
13   Asked and answered.
14 BY MS. LEVINE:
15   Q.    And there was no requirement
16 that you join the UEP Certified Program.
17 Right?
18         MR. PIZZIRUSSO:  Objection.
19   Asked and answered.
20         THE WITNESS:  Correct.
21 BY MS. LEVINE:
22   Q.    It was a voluntary program.
23 Right?
24   A.    Correct.
25   Q.    Now, on your PVP shield, it

Page 355

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  does not say animal welfare or animal care.
3  Right?
4    A.    Correct.
5    Q.    And, in fact, the USDA would
6  not permit the PVP program to have the words
7  animal care or animal welfare on the shield.
8  Is that correct?
9    A.    Currently.  Originally they had
10 the words animal welfare.
11   Q.    And then they had you take it
12 off.  Right?
13   A.    Not me.  They took it off of
14 their program so we didn't offer that.
15   Q.    Now, after you left UEP in
16 2004, you did not attend UEP meetings.
17 Right?
18   A.    Correct.
19   Q.    And you did not review UEP
20 documents.  Right?
21   A.    Correct.  Let me adjust that.
22 I didn't review any UEP documents.  Sometimes
23 producers that were UEP members would share
24 the UEP newsletter with me giving details
25 what the organization was up to.  But as to

Page 356

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  documents such as these, no documents
3  reviewed again.
4    Q.    And you did not participate in
5  UEP meetings after you left?
6    A.    Correct.
7    Q.    And you did not participate in
8  UEP committee meetings after you left?
9    A.    Correct.  Yes.
10   Q.    So you have no firsthand
11 knowledge out of your own eyes and your own
12 ears how UEP conducted its meetings after you
13 left?
14   A.    With the exception that after I
15 left is when they had this discussion about
16 prohibiting backfilling.  Prior to that,
17 backfilling was acceptable.  It wasn't until
18 2000 -- well, it was when we had that letter
19 by Dean Armstrong.
20   Q.    My question to you is, you were
21 not at a UEP meeting after 2004.  Right?
22   A.    I wasn't personally, correct.
23   Q.    So you did not witness UEP
24 meetings with your own eyes and your own ears
25 after you left UEP.  That's a correct

Page 357

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2  statement?
3          MR. PIZZIRUSSO:  Objection.
4    Asked and answered.
5          THE WITNESS:  Yes.
6  BY MS. LEVINE:
7    Q.    Mr. Klippen, could you go back
8  and look at Exhibit 62, which I think is your
9  January 15, 2007, newsletter.
10   A.    Okay.
11   Q.    Now, who did this newsletter go
12 to?
13   A.    There were a number of clients.
14 I think there was some documentation to show
15 there were people that were participants that
16 I would send this to.  There was a handful of
17 egg farms that wanted to know what I was
18 involved in.
19   Q.    I want to direct your
20 attention -- did you write this newsletter,
21 Mr. Klippen?
22   A.    I did.
23   Q.    In the middle of the document,
24 you write, "Plain and simple, under one
25 system the producer will end up paying more

90 (Pages 354 - 357)

Page 358

KENNETH KLIPPEN - HIGHLY CONFIDENTIAL

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2 for eggs produced under that system. Our new
3 comprehensive plan allows for choices by the
4 customers, and with those enhanced
5 specifications in the choices the customer
6 can pay the additional costs."
7    Did I read that correctly?
8    A.  You did.
9    Q.  And what you're saying is that
10 since the customer can pick and choose, if
11 they want enhanced animal welfare, that cost
12 can be passed on to the consumer. Right?
13    A.  Correct.
14    Q.  And in the one system UEP
15 program, that extra cost was absorbed by the
16 egg producer and cannot be passed on to the
17 consumer. Is that correct?
18    A.  That's what I'm stating in the
19 document.
20    MS. LEVINE: Thank you. I have
21    no further questions.
22    MR. PIZZIRUSSO: Are the
23    defendants all done? Before we go
24    off, I want to make one objection to
25    the use of document 72 which was a

Page 359

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    document dated December 1, 2011, looks
3    like it was produced from Center Fresh
4    Farms. All of the defendants objected
5    to producing any documents post 2008.
6    And if the defendants are going to use
7    this document, then we're going to
8    request all the documents around this
9    time period as well from the
10    defendants because we don't think it's
11    fair to be able to use this document
12    affirmatively but not have the
13    background and the other discussion
14    internally at UEP and Sparboe about
15    this letter. So I want to make a
16    standing objection to that document on
17    the record.
18    MS. LEVINE: We'll also make an
19    objection to the plaintiff's use of
20    Exhibit 40 as beyond the parameters of
21    using confidential information. And
22    so we move to strike that testimony.
23    MS. ANDERSON: As violating the
24    protective order?
25    MS. LEVINE: Yes.

Page 360

1    KENNETH KLIPPEN - HIGHLY CONFIDENTIAL
2    MS. ANDERSON: The record so
3    notes.
4    Does anyone have any further
5    questions?
6    Thank you for your time,
7    Mr. Klippen, although Jamie should
8    probably convened the deposition.
9    MR. PIZZIRUSSO: The deposition
10    is convened.
11    - - -
12    (Witness excused.)
13    - - -
14    (Deposition concluded at 7:31
15    p.m.)

Page 361

1
2    C E R T I F I C A T E
3
4
    I do hereby certify that I am a Notary
5 Public in good standing, that the aforesaid
testimony was taken before me, pursuant to
6 notice, at the time and place indicated; that
said deponent was by me duly sworn to tell
7 the truth, the whole truth, and nothing but
the truth; that the testimony of said
8 deponent was correctly recorded in machine
shorthand by me and thereafter transcribed
9 under my supervision with computer-aided
transcription; that the deposition is a true
10 and correct record of the testimony given by
the witness; and that I am neither of counsel
11 nor kin to any party in said action, nor
interested in the outcome thereof.
12
    WITNESS my hand and official seal this
13 8th day of May, 2014.
14
15
16    _____
    Notary Public
17
18
19
20
21
22
23
24
25

91 (Pages 358 - 361)

Page 362

1
2　　　INSTRUCTIONS TO WITNESS
3
4　　　Please read your deposition over
5　carefully and make any necessary corrections.
6　You should state the reason in the
7　appropriate space on the errata sheet for any
8　corrections that are made.
9　　　After doing so, please sign the errata
10　sheet and date it.
11　　　You are signing same subject to the
12　changes you have noted on the errata sheet,
13　which will be attached to your deposition.
14　　　It is imperative that you return the
15　original errata sheet to the deposing
16　attorney within thirty (30) days of receipt
17　of the deposition transcript by you.  If you
18　fail to do so, the deposition transcript may
19　be deemed to be accurate and may be used in
20　court.
21
22
23
24
25

Page 364

1　　　E R R A T A  S H E E T
2　IN RE:  PROCESSED EGG PRODUCTS ANTITRUST LITIGATION
3　DATE:  4/29/14
4　PAGE   LINE　　　CORRECTION AND REASON
5　____  ____  _____
6　____  ____  _____
7　____  ____  _____
8　____  ____  _____
9　____  ____  _____
10　____  ____  _____
11　____  ____  _____
12　____  ____  _____
13　____  ____  _____
14　____  ____  _____
15　____  ____  _____
16　____  ____  _____
17　____  ____  _____
18　____  ____  _____
19　____  ____  _____
20　____  ____  _____
21　____  ____  _____
22　____  ____  _____
23
24　_____  _____
25　(DATE)　　　KENNETH KLIPPEN

Page 363

1
2　　　ACKNOWLEDGMENT OF DEPONENT
3　　　I have read the foregoing transcript of
4　my deposition and except for any corrections or
5　changes noted on the errata sheet, I hereby
6　subscribe to the transcript as an accurate record
7　of the statements made by me.
8
9　　　_____
10　　　KENNETH KLIPPEN
11
12　　　SUBSCRIBED AND SWORN before and to me
13　this _____ day of _____, 20___.
14
15
16　　　_____
17　　　NOTARY PUBLIC
18
19
20　My Commission expires:
21
22
23
24
25

[& - 192]                                                                    Page 1

| & |
| --- |

**&**   2:8 3:5,11 4:3,8
7:5,7,11,13 8:24 9:7
9:13,24 10:22,23,25
11:5,7,8,10,24
15:17 16:10 31:17
31:19,23 32:2,5,7
50:21 51:5 59:24
62:4 70:19 71:24
81:23 86:4 91:15
106:24 168:16
183:4 188:2 190:15
190:18 191:9,17
194:23 208:2 245:2
248:15 252:25
258:14 262:23
265:19 267:19
321:18 331:12

| 0 |
| --- |

**0005722**   9:5
**001514**   11:24
321:18
**001515**   11:24
321:18
**00171**   64:17
**00172**   65:7
**0035610**   8:15
**005719**   173:20
**02002**   1:4 15:3
**04**   91:20
**05**   143:13 202:22
**06**   199:17
**08**   1:4 15:3
**08md2002-0001116**
11:19 310:15

| 1 |
| --- |

**1**   6:15 19:24 20:2
40:16,22 60:11
81:15 92:4 118:13
132:6 133:17
143:20 152:10
157:25 158:5
291:15,17 340:2,20

359:2
**1,000**   269:17
**1/11/03**   6:20 39:16
**1/20/03**   6:19 37:25
**1/29/07**   8:12 143:6
**1/31/08**   9:12 194:22
**10**   7:8 70:12 71:15
117:9
**10/11/07**   8:19
159:24
**10/11/08**   10:20
234:9
**10/20/06**   7:15
101:11
**10/26/07**   8:20
163:21
**10/31/06**   7:18 121:2
**10/4/04**   11:18
310:14
**100**   35:14,17,20,25
36:5,25 37:5,11,17
37:22 38:15,23 39:6
39:8 40:16 41:20
42:15 43:2 44:7,10
44:24 53:16,17,24
54:6,11,15 71:6
76:21 77:5,6,12
78:13,15 79:4,18
80:5,20 81:3 85:4,5
85:6 88:17 89:5
98:7 112:10,14
120:4 123:6,18
132:25 137:18
140:23,24 143:22
144:14 155:22
156:13 159:4
167:14,20 172:13
175:23 177:2,22
180:2 184:4 185:11
185:13,21,23 186:9
195:17,20 196:2
227:18,25 228:6,9
248:21 250:6 274:6
274:7 276:4,11
284:22,22 320:18

320:23 323:3,6,7,13
323:16 325:3,16,23
326:24 327:7,19
328:8,11 329:7,10
333:5 334:23
338:23 348:17
**100,000**   75:25
**101**   7:16
**1060**   14:18
**10:18**   14:17
**10th**   291:21
**11**   7:9 73:13,19
160:8 197:22
**11/13/03**   6:22 45:10
**11/3/06**   8:6 135:14
**11/7/06**   7:21 130:5
**11/9/06**   7:20 124:21
**1100**   4:4 232:10
**1110**   4:10
**115**   7:17
**11:16**   70:3
**11:26**   70:9
**12**   7:11 38:14,20
86:7,13 133:20
155:25 183:12
227:20 268:10
304:23
**12/1/03**   7:5 59:23
**12/1/11**   12:9 339:19
**12/12/07**   9:6 183:3
**12/20/06**   8:11 139:6
**12/20/07**   9:8 187:15
**12/5/03**   7:6 62:3
**12/5/08**   12:6 328:16
**12/7/06**   8:9 137:3
**121**   7:19
**1210**   1:13
**124**   7:20
**12:23**   120:17
**13**   7:12 91:14,20
148:16 266:2
**130**   7:22,24
**1300**   3:12 4:15
**131**   8:5

**135**   8:7,8
**137**   8:10
**139**   8:11
**14**   7:14 26:12 96:4
96:10 290:4
**14-15**   11:14 289:15
**143**   8:13
**146**   8:15
**148**   8:16
**15**   7:15 11:11
101:11,17 134:4
135:6 157:8 272:5
272:13,23 290:4
307:19 357:9
**150**   8:18
**1514**   327:23
**159**   8:19
**16**   7:17 71:17 73:22
75:22 86:13 115:13
115:19
**161**   115:19
**163**   8:21
**165**   8:22
**168**   8:24
**17**   6:4 7:18 121:2,8
190:2 198:18
199:18
**1700**   2:4
**173**   9:5
**174**   64:17
**175,200**   133:25
**18**   7:20 93:13
124:21 125:3
**183**   9:7
**187**   9:8
**189**   9:10
**18th**   3:5
**19**   7:21 72:14 130:5
130:14,14
**190**   289:24
**1900**   4:9
**1907**   3:17
**19103**   3:6
**192**   9:11

**194**  9:13
**19406**  1:14
**197**  9:14
**1972**  29:18
**1975**  29:25
**198**  9:16
**1980s**  69:13
**1982**  30:15,19 48:21
**199**  9:17
**1992**  30:19,25
**1999**  11:14 31:5,10
   289:15 290:4,16
   291:6 292:2
**1:10**  120:23
**1st**  1:13 14:19

**2**

**2**  6:16 21:2,8 33:7
   40:24 65:18 73:19
   74:10 81:9 85:9
   110:7 117:7 132:4
   143:21 152:12
   155:16 156:21
   193:12 194:14
   200:15 219:4 220:9
   223:20 243:22
   291:18
**2,628,000**  134:3
**2.6**  135:6
**2/12/07**  267:18
**20**  6:15 7:23,24
   57:20 117:9 130:6,8
   130:14,15 131:16
   209:10 216:16
   275:10 276:3
   304:23 316:7 334:6
   334:8 363:13
**20/20**  347:19
**2000**  35:4 108:17,22
   108:23 291:17
   295:23 329:14
   356:18
**20005**  3:13
**20006**  2:5 4:10

**2002**  1:4 15:3 41:17
   41:25 42:5,5,13
**2003**  41:3 43:15
   45:19,22 60:11
   236:16 320:17
**2004**  31:11,12,20
   33:8 37:14 65:4
   70:18 82:3 129:6
   240:20 242:23
   322:13 323:2
   355:16 356:21
**2005**  59:19 64:15
   67:2 108:24 109:6
   243:6,8
**2006**  7:24 71:17
   72:15 73:22 91:22
   92:4 93:13 102:19
   121:9 125:5 128:14
   130:8,17 132:18
   249:2,18 329:8,15
**2007**  11:11 93:24
   143:14 148:16
   160:8 164:5 166:13
   183:12 268:10
   272:5,13,23 357:9
**2008**  10:16 23:18
   31:22 98:16 195:6
   197:16 198:18
   199:18 208:11
   211:19 225:16
   228:21 239:18
   260:18 263:7 266:2
   286:2 329:16 330:9
   359:5
**201**  9:19
**2010**  24:9 53:10
   295:23
**2011**  31:22 334:24
   340:2,20 359:2
**2012**  65:13 225:17
**2014**  1:9 14:16
   361:13
**202**  9:21
**202-540-7200**  2:5

**202-682-7231**  3:13
**202-778-3056**  4:11
**204**  9:22
**207**  9:24
**21**  6:17 8:5 67:2
   131:21 132:3
   135:22,22 330:9
**2100**  4:4
**211**  10:5
**214-698-3279**  4:5
**215**  10:7
**215-981-4652**  3:7
**215-981-4714**  3:6
**218**  10:9
**218113**  130:15
**218114**  130:15
**22**  8:6 135:14,22,23
   135:24 136:2,4,5,6
   173:20
**222**  10:10
**224**  4:15
**225**  10:12
**228**  10:17
**22nd**  191:17
**23**  8:8 110:18
   135:16,25 136:3,6
   136:18
**232**  10:19
**234**  10:20
**24**  8:9 133:23 137:3
   137:9
**242**  6:5
**244**  10:22
**248**  10:23
**25**  8:11 139:6,12
**252**  10:25
**258**  11:5
**26**  8:12 143:6,12
   164:5 260:18 263:6
**262**  11:7
**265**  11:8
**267**  6:6 11:10
**2675**  219:15
**2676**  218:20

**27**  8:14 146:10,17
   279:6,8,13 322:13
**2700**  4:22
**272**  11:12
**28**  8:16 148:7,13
   211:19
**288**  224:15
**289**  11:15 222:20
**29**  1:9 8:17 14:15
   74:16 143:14
   150:16,22 151:25
**2:09**  173:3
**2:20**  173:9

**3**

**3**  6:18 32:15,20
   42:23 74:16 145:11
   152:16 224:15
   291:20
**30**  8:19 159:24
   160:6 331:2 362:16
**30-40**  154:8
**300**  4:21 11:17
**3000**  3:5
**303**  96:10
**308**  6:7
**309**  6:8
**30th**  95:6,13 102:7
   130:20 131:3,17
   132:23 244:15
**31**  8:20 91:22 121:9
   163:21 164:3 183:9
   195:5 204:13
**310**  11:19
**312-660-7604**  4:16
**312-840-7282**  2:10
**313-309-1761**  2:16
**317**  11:21
**317-237-1144**  4:23
**319**  11:22
**32**  6:18 8:22 165:24
   166:6
**321**  11:24
**323**  12:5

**328** 12:7
**329** 12:8 205:21
**33** 8:23 168:15,21
**330** 3:18
**339** 12:10
**34** 7:23 9:5 130:7
173:12,23,24
**341** 12:11
**35** 9:6 173:19 183:3
183:9
**350** 10:15 228:20
**352** 6:9
**353** 2:9
**36** 9:8 187:15,21
**37** 6:19 9:9 189:20
190:2
**375** 272:14
**38** 9:11 192:21
193:3
**39** 6:21 9:12 194:22
195:4
**3:19** 222:4
**3:36** 222:10
**3:58** 241:25

### 4

**4** 6:19 37:25 38:7
39:13,14 75:9
111:25 115:20
197:22 200:14
219:15
**4/17/08** 9:15,17
198:11 199:11
**4/29/14** 364:3
**40** 9:14 126:7,16
157:12 186:23
197:9,15 359:20
**402** 195:4
**41** 9:15 198:11,17
**42** 9:17 192:15
199:11,17 281:10
**43** 9:18 201:19,25
**44** 9:20 202:15,22
**45** 6:22 9:22 74:2
204:7,13

**46** 9:23 207:25
208:7
**46204-1750** 4:22
**47** 10:5 211:9,15
**473** 45:18
**48** 10:6 45:17
117:11 137:25
141:2 177:5 215:20
216:2 334:14,21
**48226** 2:16
**49** 10:8 218:13,19
**493** 209:18
**494** 208:7
**495** 201:25
**4:08** 242:6
**4:41** 267:11
**4:54** 267:16
**4c** 153:20

### 5

**5** 6:20 39:16,23
45:19 166:13
226:14 291:16,18
**5/27/05** 6:23 59:9
**50** 10:10 60:6 62:25
222:13,19 332:22
**51** 5:3 10:11 225:21
226:3
**52** 10:13 228:17
229:3
**53** 10:18 137:25
141:2 232:3,9
**54** 10:20 234:9,15
333:15 348:14
349:10
**55** 10:21 244:23,25
**55308** 5:4
**55391** 3:18
**56** 10:23 248:12,14
**57** 10:24 252:22,24
279:6
**5719** 176:21
**5720** 176:22
**5721** 174:15 176:13

**5722** 174:3
**577** 193:4
**58** 11:5 258:11,13
**59** 6:24 7:5 11:6
262:20,22
**592** 135:23
**5:18** 287:22
**5:25** 288:3
**5:50** 307:22
**5th** 329:8

### 6

**6** 6:22 26:6 45:10,16
97:13 114:8 249:2
249:18
**60** 11:8 265:16,18
304:21
**60604** 4:16
**60654** 2:10
**61** 11:9 267:18
268:5,15
**610** 146:18
**615** 155:6
**616** 154:17
**617** 153:19
**618** 153:20,21
**619** 153:2
**62** 7:7 11:11 272:4
272:11,16 273:2,6
357:8
**620** 151:24
**621** 106:20 150:23
**622** 108:8
**623** 187:21
**625** 110:17
**628** 26:6
**63** 11:13 289:13,22
289:25 290:14,21
291:9
**64** 11:16 177:11
285:16 300:9 301:5
301:13
**65** 11:18 310:12,14
**650** 2:4

**5722** 174:3

**651** 39:24
**66** 11:20 317:20
318:2
**67** 11:22 177:11,25
236:2,4,9 319:9,14
332:19 333:3,12,18
333:21 334:4,7,15
334:19 335:11,17
335:19,21,23 336:4
336:13,20,25 337:2
337:6,11 348:16,18
348:24 349:12,21
351:2,4,8,15
**676** 219:4
**68** 11:23 268:16
321:17,23 324:8,10
**69** 12:5 323:22
324:3
**6:23** 308:3
**6:38** 321:10
**6:39** 321:15
**6:53** 332:6
**6:55** 332:11

### 7

**7** 6:23 59:9,15 64:14
130:17 154:9
**7/28/08** 10:5 211:9
**70** 7:8 12:6 159:3,10
328:14,16
**71** 12:8 329:20,25
**72** 12:9 335:14
339:15,17,19
358:25
**73** 7:10 12:11
133:21 339:14
340:24 341:2
**730,000** 133:22
**75201-6912** 4:5
**76** 177:13
**777** 2:15
**7:12** 347:23
**7:16** 348:4
**7:17** 350:4

**7:23** 351:23 352:4
**7:24** 350:9

**8**

**8** 7:5 10:16 59:23
60:5 114:13 132:18
208:10 228:21
**8,760,000** 133:21
**80** 275:13 276:6
**829** 101:17
**8414** 245:19
**86** 7:11
**87** 132:3
**890** 2:15
**8th** 361:13

**9**

**9** 7:6 62:3,9 125:5
231:7
**9/13/07** 8:16 148:7
**900** 3:12
**9000** 280:11,14
286:18
**9001** 116:23 280:11
280:14 285:17
286:18
**91** 7:13
**945330** 205:11
**95** 166:22
**952-215-0141** 3:19
**96** 7:14
**99** 33:8
**9:32** 1:15

**a**

**a.m.** 1:15 10:17
14:17 70:3,9 228:22
**abc** 334:24 335:13
337:14 338:12,15
338:18 341:9
347:19
**abided** 140:8
**abiding** 140:13
**ability** 217:8 307:2
309:2

**able** 36:13 63:20
68:13 113:11 146:5
153:3 155:25 169:6
241:22 276:24
277:9 359:11
**abomination** 196:20
**absolutely** 192:17
250:18 289:11
**absorbed** 358:15
**absorbing** 274:14
275:2 276:6
**abuse** 94:25 95:2
130:2,3 158:17
189:17 230:21
305:3
**abused** 93:8
**abusing** 181:9
196:23
**acc** 71:20 72:3,21
**accept** 226:24
**acceptable** 76:4
117:19 182:21
215:4 316:16
332:20,23 356:17
**accepted** 143:2
180:9 182:19 203:6
329:10
**accepting** 274:25
**access** 156:3 178:18
**accompany** 196:5
**accounts** 41:22
**accurate** 33:3
136:22 139:17
148:2 156:12
192:10 199:24
202:11 207:2
220:14 230:8
272:22 362:19
363:6
**accusations** 93:19
**accused** 24:16
**achieve** 327:7
**achieved** 241:13
**achieving** 240:24

**acknowledge** 142:9
**acknowledged**
105:12 164:19
181:19
**acknowledgement**
6:16 21:3
**acknowledging**
327:20
**acknowledgment**
363:2
**acre** 4:12 16:22
**act** 178:17 194:15
253:11
**acted** 232:23
**action** 2:11 15:17
17:16 28:18 145:14
160:17,23 161:19
236:24 242:14
263:24 361:11
**actionable** 160:18
160:24 161:24
**actions** 1:5 14:24
87:21 105:15
111:16
**active** 84:24 306:24
340:17
**actively** 210:16
**activist** 34:20
145:20 167:17
**activists** 82:19 87:11
175:25 176:4
306:23
**activities** 40:13 61:5
224:17 231:21
244:13
**activity** 56:11
221:16 244:8
292:13 293:22
294:13
**actual** 60:13 141:4
163:15 194:11
280:25 281:3
286:19
**adamant** 239:6

**adams** 136:15
**add** 24:10 115:4
309:2 351:13
**added** 275:21
**addition** 118:7
154:11 286:9
311:16
**additional** 68:16
163:18 164:15
273:14,21 274:21
275:2 285:12 358:6
**additionally** 53:14
92:19
**addressed** 288:24
**addresses** 349:3
**adds** 213:17
**adequate** 169:14
**adhere** 226:23 227:3
**adjust** 34:23 345:6
355:21
**adjustments** 172:19
299:11
**administers** 65:24
**administration** 33:8
33:10 114:20
145:25
**administrator**
139:23 164:23
218:4
**admit** 88:5
**adopted** 40:25
185:11,13,20
**adoption** 41:17
**adopts** 143:24
**advance** 331:19
**advantages** 277:16
**advertising** 145:22
**advised** 42:14
**advises** 311:23
**advisors** 221:7
345:9
**advisory** 100:5
117:20 172:17
188:19 221:10
268:22,25 269:19

270:15 271:11
284:20 310:23
312:12 318:14
**advocate** 121:25
**advocated** 318:24
**aeb** 127:22
**affairs** 84:25
**affirmative** 58:3
**affirmatively**
359:12
**afford** 305:13
**afoot** 56:11
**aforesaid** 361:5
**afternoon** 153:24
154:6 242:12,21
267:25 352:12
**age** 312:18
**agencies** 288:20
289:2,8
**agency** 143:22 289:3
**agency's** 145:16
**agenda** 51:19 52:10
152:17
**ages** 311:10 315:16
**ago** 155:23 171:9,19
174:21 217:11
219:12 261:11
**agree** 14:11 21:14
84:6,15 87:12 98:5
102:13 103:6
107:21 135:3
138:15 147:19
157:3 158:13 159:6
185:12 216:16
235:5,7,20 315:20
**agreed** 57:19 102:25
126:20 144:9
195:19 221:10
338:22
**agreement** 41:19
183:25 216:20
340:14
**agreements** 210:2
**agricultural** 49:16
58:12 116:2

**agriculture** 100:2
145:24 164:12
279:25 294:2
295:10 306:14
**ags** 87:9,17
**ahead** 50:10 71:22
209:4 251:25
302:23 304:2
**aided** 361:9
**aired** 334:24
**airoso** 219:2 345:21
**al** 49:13 60:7 61:21
81:14,15 82:6 83:11
91:21 93:14 94:22
114:15,17 326:10
**alan** 132:7,8 136:15
136:17 193:12,13
221:4 232:15
263:18 265:10,12
**alcohol** 19:13
**alerted** 56:8,9
**allegations** 28:21
144:23 314:2
**allegedly** 189:2
**allied** 49:21,25
50:14 51:11
**allocation** 311:3
**allow** 43:8 118:21
123:20 144:7 179:4
179:9 215:5 226:19
275:7 299:12
306:21 311:4
324:25
**allowance** 350:12
**allowed** 138:6 235:7
266:5 308:15 354:8
**allowing** 102:15
**allows** 48:24 273:18
303:7 358:3
**alternative** 37:15
43:7,10,16 72:17
73:2 76:17 115:7
116:25 127:14
136:20 149:2
176:15 200:22

204:3 271:7 345:25
**alternatives** 43:9
**altogether** 129:7
157:20
**ambiguous** 171:21
282:17 284:11
296:23 297:17
**america** 11:17 33:20
33:21 34:2 298:7,11
298:19,23 299:5
300:11,25 301:15
301:19 302:2,12,19
306:9
**american** 109:25
243:20,23
**amon** 25:4
**amount** 281:12
283:9 325:2 344:23
**amplifies** 75:25
**ams** 116:2 118:21
122:23 144:6
145:11
**analysis** 180:8
**anderson** 3:11 6:7
15:23,23 64:10
109:13 136:4
151:22,25 160:20
160:25 171:20
173:22 229:15
237:9 238:7 247:20
248:4 258:21 260:4
264:14 270:22
293:13 296:21
297:15 303:24
307:18 308:9,11
309:4 344:16
359:23 360:2
**andrew** 132:17
205:12,13,15
**andrews** 132:7,8
136:15 193:12
232:15 263:18
265:10,12
**angry** 100:19

**animal** 24:8 30:6,7
32:13 34:15,20
35:21 36:9 37:15
38:9,17 42:7 44:19
51:20,23 52:10
53:18,25 55:15
57:15 58:14 60:16
65:8 66:2,6 70:24
71:2 72:17,18,22
75:18,19,23 76:10
76:15,21 77:5,8,9
80:21 81:4 82:18
85:2 87:5,11 97:6
98:17 100:6 105:3
115:7 116:13 117:9
117:19 121:15
123:3,14 129:10
136:20 137:16,17
137:22 138:19
141:9,16 142:11
144:3 147:8 149:18
154:9 162:24 167:8
167:12,17 174:19
175:25 176:3,10
177:2,20 181:21
183:13,19 184:7,9
185:8,17 186:16,20
188:17,24 200:22
200:25 203:8
206:16,21 207:12
209:9 220:5 226:15
227:12 250:5,21
261:17 262:8
270:16,23 271:7
273:3 275:5 280:2
284:4 286:5 297:10
303:18 305:23
306:8,13,22 309:24
310:21,23 311:22
311:24 313:20
319:6 320:10
325:12 326:3
331:10 339:5
341:23 343:9,20
348:6,8 355:2,2,7,7

355:10 358:11
**animals** 312:17,21
326:3,4
**announcement**
203:2 205:23
**announcing** 9:20
202:15
**annual** 11:13 105:16
108:18 109:6
289:13 290:2,9,17
**anonymous** 254:17
**answer** 13:3 18:24
19:7,9 22:16 24:21
39:2 53:5 55:10
56:3 63:20 66:17
80:17 109:19
110:22 132:21
225:18 293:18
294:19 310:7
312:14,16 325:22
336:10 339:11
349:14
**answered** 58:25
77:19 150:2 239:17
240:13,14 241:6
248:5 278:8 317:9
317:18 336:6,8,22
349:13,16 354:13
354:19 357:4
**answering** 19:14
**answers** 18:22 26:15
**anti** 132:24,25
190:18 224:20
**anticipation** 68:11
**antitrust** 1:3 14:22
23:16,20 55:6
292:12 293:10
364:2
**antonio** 105:17
**anybody** 95:21
135:10 200:10
201:9 214:20
**anyone's** 264:21
**anyway** 110:19
128:13 210:23

213:20
**apart** 32:6 65:2
76:18
**apologized** 100:21
**apparently** 211:24
213:21 215:9
**appealing** 185:25
**appear** 191:23
202:13 233:2
260:17 263:5
265:25
**appeared** 161:13
**appears** 38:8 45:18
60:5,7 62:9 65:25
96:11 101:24
121:10 125:4 132:4
132:6 143:18
148:14 164:4
168:22 174:3
183:10 190:22
195:5,9 200:2
204:14 208:8
211:17 216:2
218:20 219:22
258:25 261:13
268:8 272:24 290:3
**appendix** 197:17
199:8
**applicable** 343:9
**applied** 196:13
277:12
**apply** 295:12
**appreciate** 52:6
58:17 93:21,23
285:24
**appreciation** 295:21
**approach** 179:22
195:15 329:12
345:25
**approached** 231:23
329:17
**approaching** 161:21
**appropriate** 362:7
**appropriately** 150:2
219:10

**approve** 117:7
144:12,13,18
174:17 220:12
252:5
**approved** 1:16
41:25 117:16
145:11 174:22,24
175:11
**approximate** 42:6
**approximately**
14:16 140:14
159:18,21
**april** 1:9 14:15 33:8
42:13 197:16
198:18 199:18
330:9
**arch** 3:5
**area** 65:2 303:11,12
**arguably** 58:5
**argumentative**
331:22
**arizona** 11:15
289:15 290:5
**arms** 145:18
**armstrong** 99:22
121:10 269:3
309:21 310:2,19
313:18 314:23
316:19 317:11
356:19
**armstrong's** 309:23
312:5
**arrangement** 49:3
**arrived** 191:16
**arrogance** 189:6
**arthur** 4:8
**article** 23:25 53:9
239:19 261:14,17
262:3,14,16 318:4
318:17,23 342:9
**articles** 23:17
189:12
**ascertain** 42:6
**aside** 83:24 136:25
321:6 323:20

340:22
**asked** 31:4 53:22
56:2 58:25 63:14,14
71:22 77:19 82:5
109:22 132:16
141:20,23 162:16
170:9 176:18
217:24 239:17
240:13 241:6
243:25 244:18
248:5 278:7 293:4
298:16 307:7
317:18 335:25
336:6,22,25 344:2
349:13 354:13,19
357:4
**asking** 78:12,25
101:2 138:12,12,25
164:21 240:16
255:20 292:20
325:12,15 339:8
**asks** 46:23 116:5
157:14 176:18
**aspect** 97:10 159:10
313:6,7 334:2 338:8
**aspects** 112:13
313:13,14,20
333:15
**assess** 346:22
**assist** 276:9
**assistance** 37:14
124:4
**assisted** 69:16 221:8
344:21
**assisting** 124:12
**associate** 49:21 50:2
50:15 51:12
**associated** 266:18
353:15
**associates** 31:17,19
31:23 32:2,5,7
70:19 190:15,19
331:13
**association** 34:3
49:4,16 51:25 52:5

55:2,22 58:6,14
61:2,4,14 84:12,17
90:9 116:17 123:5
125:13,14 157:11
165:22 191:21
246:16 298:19,24
299:6 300:16,22
301:2,6,17 302:24
306:10 345:5
**associations**  49:6
84:20
**assume**  20:19 92:17
111:6 126:10
213:10
**assumption**  132:24
**assurances**  190:24
191:3
**assured**  227:11,17
**assuring**  51:7 144:7
**asterisk**  324:22
**astounded**  192:17
**atlanta**  30:20 61:23
65:2 70:24 100:9
104:18
**attach**  58:6 221:11
**attached**  106:8
223:24 362:13
**attaches**  58:13
**attaching**  60:23
**attachment**  39:14
**attachments**  259:2,9
**attack**  152:15
201:15 233:16
**attacked**  201:11
233:20
**attacking**  76:9
233:19
**attacks**  75:18
233:14 347:17
**attained**  30:21
**attempt**  86:18
206:14 240:14,21
327:7
**attempting**  183:20
188:7 246:8

**attempts**  330:23
**attend**  95:12 107:11
152:11 194:12
208:22 262:6
355:16
**attendance**  154:11
**attended**  44:16
103:13 121:24
122:6,24 126:4
232:18
**attendees**  7:23
130:7 131:7,16
**attending**  15:7
102:18 116:6
125:22 132:22
170:5 209:19
262:10
**attention**  40:15
51:16 71:15 106:6
175:25 188:21
191:13 193:11
200:15 261:23,25
265:3 268:19 279:3
290:20 331:7
357:20
**attorney**  21:22
22:10,19 23:2 27:10
56:8 66:20 127:25
128:4 140:5 161:16
188:6 190:19
362:16
**attorneys**  15:6
16:18 21:24 23:12
25:10 55:20 75:21
76:13 188:2,5 191:9
217:25 218:2,6
**audio**  14:10
**audit**  145:12,15
179:21 180:2
227:22 321:3
**auditing**  145:18
254:6 256:19
257:10,15,17 258:6
281:12

**auditor**  179:23
257:25 280:8
**audits**  254:9 320:11
**auger**  49:21
**august**  91:21 242:23
**authenticate**  146:6
**author**  319:23
**authored**  272:19,23
273:22 301:11
**available**  56:15 75:8
76:18 127:12 178:5
183:24 279:22
340:15 345:3,7
346:11 347:4,9,12
347:13,14
**avenue**  1:13 2:15
4:4,15 14:19 81:24
**average**  235:19
236:6,8
**avoid**  127:4
**aware**  24:14 27:22
28:4 46:5 49:8
52:16,20 54:2 56:22
57:6,22 59:6 61:12
64:7 67:11 79:17
83:3 85:22,25 93:25
94:9,16 113:25
119:10,14 138:24
152:21 161:20
174:10 176:3
178:22,24 182:6
187:7 189:10,14
191:8 192:16 195:7
203:5 217:7,14,19
218:7 233:18,25
269:25 293:19
338:9,10 343:8
**axe**  114:24

**b**

**b**  6:11 7:1 8:1 9:1
10:1 11:1 12:1
200:16
**back**  26:14 59:20
64:14 71:23 72:9

81:9 83:10,21 96:24
111:20 134:19
150:24 151:14,21
153:3 154:16,18
158:22 159:2
161:22 186:18
206:7 210:13
214:15 231:4 288:8
292:2 300:21
327:22 342:25
357:7
**backfill**  117:12
123:6 179:4 316:4
316:17
**backfilling**  113:12
113:19,23 123:20
137:21 179:9 278:4
278:5,13,22 284:24
309:15 310:25
311:5,7,25 312:7,13
313:4,6,21 315:4,9
316:9 317:3 356:16
356:17
**background**  29:12
106:18 112:21
270:20 271:5 304:4
359:13
**backing**  123:16
192:14
**bad**  92:7
**badger**  96:2
**baer**  25:4
**bahan**  310:20
**baker**  4:20 99:20
125:6,7,15 164:10
251:9 291:10
**bakeries**  78:23
**balance**  68:23
**ballistic**  230:23
**ballot**  152:14
**banded**  298:13
**banquet**  212:25
**bar**  303:9
**barn**  180:15 283:15
345:2

| | | | |
|---|---|---|---|
| **barnes** 4:9 16:21,21 | 211:10 215:21 | 118:18 127:19,23 | **biological** 68:4 |
| 174:20 218:3,5,21 | 218:14,19 222:14 | 128:23 140:22 | **bird** 113:13 177:6 |
| 219:20,23 | 222:19 224:15 | 145:19 154:19,23 | 311:6 312:24 313:4 |
| **barns** 275:8,9 | 225:22 226:3 | 161:16 170:5,25 | 313:10 314:13 |
| 287:14 | 228:22 229:14 | 179:14 201:14 | 332:23 333:16 |
| **barry** 277:2,2 | 232:4,9 234:10 | 214:16 224:7 229:9 | 348:24 350:12 |
| 353:21 354:5 | 245:2 248:15 | 238:2 240:25 241:8 | **birds** 117:24 123:6 |
| **bartness** 71:19 | 252:25 258:14 | 252:20 259:24 | 123:19 138:2 177:9 |
| **base** 78:16 79:6 | 262:23 265:19 | 264:18 269:7 278:3 | 180:12,14 181:15 |
| **based** 41:22 112:8 | 267:19 268:16 | 301:14 322:23 | 184:11 186:22 |
| 116:16 145:17 | 272:5,13 289:16,23 | 328:7 340:12 | 227:18,21 311:5,10 |
| 167:14,20 175:22 | 310:15 317:21 | 341:18 346:11 | 311:17,18 312:23 |
| 177:2,21 180:23 | 318:20 319:10 | **believes** 166:23 | 312:25,25 313:2,3 |
| 181:4 184:4 186:7 | 321:18 323:23 | **bell** 98:21,23 99:2,3 | 313:14,15 314:12 |
| 186:10 191:23 | 324:9 328:17 | 149:16 150:8 | 315:15,24 332:19 |
| 192:14 232:21 | 329:21 339:20 | 269:11 | 332:22 334:3,21 |
| 240:2 320:10 | 340:5 | **belt** 303:15 | 335:10,12,18,25 |
| 340:14 343:15 | **bathing** 303:11 | **benefit** 56:3 299:15 | 336:3,19 337:2 |
| 345:2 | **battle** 156:22 159:3 | **benefited** 249:22 | 344:25 350:16,20 |
| **basically** 79:10 | **bbb** 87:8,16 | 300:2 331:25 | 350:25 351:3,6 |
| 196:21 274:9 275:2 | **beak** 35:10 76:3 | **benefits** 303:19 | **bit** 29:12 128:22 |
| **basis** 86:19 140:17 | 344:24 | **bent** 139:24 164:16 | 209:5 216:11 |
| 217:3 | **beaks** 283:13 | 182:7 | 242:20 277:7 |
| **bates** 38:2,7 39:17 | **bearing** 289:23 | **berate** 230:19 | 280:13 293:2 |
| 45:11,17 59:10,24 | **beating** 156:25 | **best** 181:6,21 206:2 | 313:11 |
| 60:6 62:4 70:13 | **bebee** 251:9 | 256:13 | **blame** 93:8 |
| 71:15 73:14 86:8,13 | **becker** 5:4 | **beth** 66:25 67:4 | **block** 2:8 15:17 |
| 91:15 96:5,10 | **becoming** 89:18 | 213:12 222:25 | **blog** 11:17 300:11 |
| 101:12 115:14,19 | 191:8,8 | 263:11,12 265:3 | 301:8 |
| 121:3 124:22 130:6 | **beg** 118:21 301:3 | 330:11 339:24,25 | **blueprint** 200:10 |
| 130:8 131:22 | **beginning** 1:14 | **betrayal** 83:14 | **board** 11:13 41:17 |
| 135:15,16 137:4 | 70:10 120:24 173:9 | **betrayed** 83:17 | 42:13,21 44:16,24 |
| 139:7 143:7,12 | 222:11 242:6 288:3 | **better** 75:20 134:2 | 60:7,10,13,13,15 |
| 146:11 148:8 | 332:12 | 224:24 227:13,16 | 61:6 82:9,14 105:16 |
| 150:17 151:23 | **behalf** 4:17 15:17,21 | 297:4,6 | 109:25 155:20 |
| 159:25 163:22 | 15:24 16:3,6,10,14 | **beyond** 112:14 | 158:7 162:22 167:9 |
| 164:3 165:25 166:6 | 16:16,22,24 189:3 | 165:14 171:18 | 243:20,23 289:14 |
| 168:16 173:13 | 295:9 | 188:12 346:17 | 290:2,3,9 291:6 |
| 183:4,9 187:16 | **behavior** 313:14 | 359:20 | 292:2 331:10 |
| 189:21 190:2 | **belief** 224:16 | **big** 56:4 154:3 158:9 | **bob** 234:16,17 |
| 192:22 193:3 | **believe** 28:24 40:7 | 158:18 212:7 | **bodies** 158:9 |
| 194:23 197:10 | 51:21 55:4 65:14 | **bill** 197:24 204:19 | **body** 268:6 |
| 198:12 199:12,17 | 82:5 87:24 88:3 | 204:23 298:14 | **bold** 167:4 |
| 201:20 202:16 | 91:3 97:3 103:20,23 | 299:3,8 300:6,7 | **boss** 128:6 |
| 204:8 208:2,7 | 105:21 115:8 | | |

**bottom** 21:12 42:25 65:18 73:20 74:15 108:8 122:21 128:22 133:16 138:11 139:22 143:20 147:4 153:20 155:7 156:21 158:2 168:25 220:8 245:20 279:12
**boulevard** 3:17
**bound** 21:14 57:16
**box** 5:3
**boy** 92:13
**boys** 158:9,18
**brann** 50:21 51:5 188:2 191:9,17
**break** 19:4,5 69:10 97:9 120:15 172:25 241:21 267:7 287:19,20 307:16
**breakages** 304:7 305:5
**breakers** 78:11,15 78:22 79:3,7 92:6,9 92:13,14,15,15 93:5
**breaking** 93:4 155:24
**breaks** 170:8
**brian** 324:16 325:21 327:6
**brief** 209:7 242:18
**briefly** 170:22 309:10
**bright** 206:7
**bring** 69:20 88:13 94:24 111:19 122:12 231:4
**bringing** 26:10 261:22 265:2
**broad** 188:16
**broiler** 282:5
**broker** 69:23
**brother** 110:23 111:22

**brothers** 130:19
**brought** 51:14 261:24
**brown** 2:9 6:5 15:16 15:16 177:13 242:11,13 245:5 246:13 247:2,23 248:10,18 253:4 254:18 255:14 257:8,21 258:9,17 259:11,18,24 260:7 260:11,16 263:2 264:25 265:22 267:6 322:6,11 327:6,23
**brown's** 325:25 326:11
**bruce** 149:15
**build** 68:11
**bull** 123:10
**bullet** 74:10 176:23 178:3,25 179:13 180:22 181:17 245:19 246:14
**bunch** 151:15
**bureau** 75:20
**burger** 80:2,6
**business** 31:16 55:23 75:20 92:10 107:4,24 108:4 111:6 156:5 158:10 161:17 162:25 190:17 216:13 223:9 224:19 235:2 292:10 293:8 294:23 337:15
**buy** 36:15 197:7 214:19,21 217:22 224:10 275:13 314:19
**buyer** 213:22 214:10,15,21 215:18
**buyers** 345:19,21

**buying** 64:8 246:2
**bye** 214:15
**byerly's** 338:2
**bynum** 226:4,6,9,11

---

**c**

**c** 2:1 3:1 4:1,3 5:1 65:19 361:2,2
**cage** 42:16 53:24 92:20 113:6,15 119:19 141:5 145:7 145:8 235:19 236:2 249:23 274:24 278:23 299:11 303:6,7,8,13,15 304:8,14,22,24 305:9 313:15,16 314:20 343:10 344:23
**caged** 76:2 119:19 149:23 188:17 303:5
**cages** 117:12 123:7 123:20 137:21 150:13 179:4,9 278:22 303:18 304:20 305:18,22 309:2,15 311:5 314:6 316:4 335:5 344:9
**caging** 150:7
**cal** 4:6 16:12 99:20 309:12
**california** 100:4 152:13 223:3 269:6 269:11
**call** 42:13 107:8 123:21 136:17 166:16 176:19 181:15 194:20 214:18,21 218:3 312:20
**called** 34:14 35:13 95:20 107:6 113:11 128:11 130:18

142:5,7 146:23 149:9 213:3 214:3 277:2 298:6,23 350:19
**calling** 107:3 127:20
**calls** 27:9 46:9,20 47:23 48:14 50:18 52:22 55:8 62:17 63:11 64:3 66:11 73:7 79:23 80:15,23 81:7 97:22 98:13 102:4 119:5 134:10 233:22 239:15 240:12 253:25 254:24 269:21 276:23 297:18 303:25 327:3 339:8
**calmaine** 92:11
**canadian** 65:23
**canadians** 224:7 247:8
**cancer** 261:11,11
**candidate** 30:5,12
**capabilities** 299:22
**capitalized** 297:4
**capitol** 110:9
**capper** 46:14 47:14 47:20 48:6,12,23,25 49:3,10,18 50:3,16 51:10 62:11 64:25
**caption** 14:21
**capture** 273:14
**cards** 197:24
**care** 34:15 35:8 65:9 66:2,6 75:23 76:10 76:15 77:6,8 196:13 311:24 355:2,7
**carefully** 362:5
**caring** 181:15
**carlson** 202:6 263:12,14 265:4 330:12
**carlton** 330:14
**carolina** 270:22

**carrie** 3:11 15:23 308:10

**carrie.anderson** 3:14

**carried** 34:21 51:21

**carry** 203:17 282:24

**carton** 197:6 279:21 283:4 299:24 322:18

**cartons** 147:6 196:6 279:16

**case** 14:21,24 15:3 21:15 23:16,20 25:24 26:6,21 27:7 51:22 66:22 94:21 103:14 127:25 192:7 207:6 231:3 312:6,9 316:25

**casino** 1:12,13

**catch** 264:21

**categories** 326:5

**category** 213:3

**catherman** 125:5,6 125:11,12 136:14 164:11 245:13,15 247:14,17,25 248:7 249:4 251:8,12 252:3,5,9

**caucus** 307:19

**cause** 55:16 167:16 168:11 314:17

**causing** 88:20 90:24 304:17 311:12 314:4,6

**caution** 22:9

**cautionary** 48:2

**cautious** 51:7

**ccr** 1:16

**cease** 257:24

**ceased** 257:22 258:4

**cell** 14:8

**cema** 65:19,20 224:7

**center** 10:14 82:4 163:8 212:10,13

228:19 230:5 231:20 232:18 359:3

**centers** 215:7

**cents** 133:24

**ceo** 231:22

**certain** 36:12 44:17 129:8 198:25 199:2 200:5 283:8 312:18 316:6 326:5

**certainly** 67:6 103:2 103:14 207:6 213:11 315:18

**certification** 46:15 47:14,21 49:19 53:25 55:16 62:11 62:24 116:23 163:7 228:11 280:12 282:7 297:10 329:11 334:16,18 335:16 348:13 349:2,9,19,22

**certified** 34:6,15,23 34:25 65:9 66:2,6 72:21 75:23,24 76:6 76:10 78:13,16 79:4 88:18 89:16 90:3 97:14 98:6 99:8 105:14 108:20 109:8,24 112:2,4,7 116:15 118:7 120:5 127:5 128:9,25 129:12,17,20,24 142:15,25 163:14 163:19 174:7 175:15 178:6 179:6 179:25 180:23 181:20 183:21 201:11 206:22 209:24 215:5 224:10 226:18 227:13 228:12 235:9,17,21 236:12 238:5 239:23 243:25 244:21

247:12 249:16 250:19 251:2 255:10 256:3 260:24 266:15 274:12,24 276:13 276:16,18 277:5,6 277:13,19,21 280:23 281:3,4 282:13,19 284:3,18 285:7 286:6 308:14 308:15 311:24 320:18 323:3,14 327:25 336:15 338:19,23 339:2 352:15,19,23 353:6 353:13,17 354:10 354:16

**certify** 348:21 361:4

**cetera** 56:9 158:4

**cf0000613** 8:18 150:17,22

**cf0000621** 8:18 150:17

**cf0005892** 12:10 339:20 340:5

**chad** 10:13 81:10,13 93:11,17 104:19 132:6,16 148:15 151:3,14 154:7,13 154:16 155:7,14 156:17 157:25 165:8 166:13 168:23 169:3 192:18 205:16,16 211:18 217:21,25 218:21 219:2,14 220:14 221:5 227:7 228:17 232:22 241:9 254:13 256:6

**chad's** 95:17

**chain** 7:8,9,11,12,14 7:17 8:5,17,22,23 9:5,9,11,14,18,22,23 10:8,10,11,18,21,23 10:24 11:5,6,8,9,22

11:23 12:5,8 35:5 70:13 73:14 80:3 81:14 86:8 91:15 96:5,12 115:14 131:22 144:22 150:17,23 153:14 155:15 165:25 168:16,22 173:13 179:16 185:16 189:21 192:22 193:4 197:10 201:20 204:8,14 208:2,8 214:13 218:14,21 222:14 225:22 232:4 245:2 248:15 251:8 252:25 258:14 262:23 265:19 281:13 282:11,15 287:3 319:10 321:18 323:23 329:21

**chains** 284:5

**chair** 230:17

**chairman** 100:4 138:18,20 185:2 221:9 223:2 234:22 269:4 310:20 315:7 316:25

**challenges** 295:22 295:25 296:4,10

**challenging** 150:11

**chance** 318:10 330:3

**change** 69:25 75:23 120:14 172:24 209:4 222:2 305:24 332:3 342:10

**changed** 34:2,16 159:16 301:16 302:9

**changes** 9:20 105:18 172:19 202:16 306:5,21,25 307:5 362:12 363:5

channeled 256:12
characterization
177:15 178:11
179:7 180:5 181:2
181:25 184:15
190:21 207:21
326:13
characterize 235:12
327:14
characterized
180:13 256:2
292:13 293:11,23
335:8
characterizes
177:20 180:19
charge 142:14
148:19 341:23
charles 115:21
116:3
charter 163:2
cheaters 140:21
check 62:24 63:4
130:23 205:17
227:21 346:17
checking 110:12
checkoff 110:2,12
243:20,24 245:25
chicago 2:10 4:16
7:23 74:24 86:5
87:2 102:7 126:3,16
130:7 132:23
244:16
chicken 68:4 84:22
179:25 204:21
206:4 280:19 282:4
283:7,12,15 299:13
314:19
chickens 35:8,21
85:7 113:9 150:13
155:25 180:4,24
181:7,9 186:25
196:24 197:2 275:9
303:8,9,19 304:10
304:11,15,18,21,23
305:3 334:18

336:12 344:9
chief 288:17
choice 78:5 266:17
277:18
choices 273:19,20
358:3,5
choose 92:19 279:20
358:10
chose 147:6,13
352:22
chris 16:15 19:22
22:20 107:18 203:9
203:10,14
christmas 72:7
christopher 5:3
circumstances 18:6
301:14
civilly 56:12
claim 158:18 207:13
344:7
claimed 24:5 341:8
341:10
claims 52:4 190:17
301:18
clarified 28:17
86:21
clarify 19:8 26:18
39:3 69:11 136:6
clarifying 293:5
clark 2:9
class 28:18 263:24
classified 54:24
161:23
classify 54:23
185:20 310:9
clear 283:25 343:2
clearly 236:15
client 22:10 23:2
27:10 32:9
clients 23:12 31:8
203:13 204:2
357:13
close 74:8 129:14
131:10 157:11
233:8

cm00727158 7:17
115:14,19
cm00727161 7:17
115:14
coalition 298:12
302:21 303:2 305:6
coast 150:6
cobarrubia 270:25
344:17
coincidentally 213:4
collected 163:16
collecting 163:13
collectively 55:18,19
college 256:8
collegeville 18:2
31:13
collision 33:22
colony 303:5,6,18
304:8,20,22 305:9
305:17,22
combat 85:10,23
combating 83:25
combination 213:12
come 26:13,13,14
72:9,16 95:24
100:24 116:10
129:9 185:18
186:23 188:21
206:23 244:16
258:7 269:5 273:11
285:2 288:22 304:6
306:23 316:18
comfortable 176:16
coming 20:11,17
21:20 42:18 71:7
109:24 155:21
231:15 255:8
287:11 301:5
351:14
command 263:15
comment 140:20
149:4 156:9 205:25
206:3 230:25
231:19,23

commented 170:23
comments 92:5
149:20,24 154:10
167:22 169:15
170:5,24 208:16,24
210:8 230:23
232:17 256:5
commingle 117:13
180:16
commingled 180:18
351:16
commingling 43:3
118:10 120:2
137:21 138:4,6
144:2,8,21 145:4
275:18
commission 30:24
34:22 75:21 76:12
116:18 128:8
363:20
commit 325:3
commitment 123:6
123:18 126:11
186:9 228:13
committed 126:8
committee 38:9
44:15,21 76:21 87:5
97:6 100:5 105:3
117:20 123:10
124:3,10,12,16
126:21 138:19
149:18,20,22 150:9
155:20,21 158:7
172:17 182:18
188:19 250:5
268:20,22 269:2,19
270:15 271:11
284:21 290:22
291:20 310:21,23
311:2,22 313:6,13
315:8 317:2 318:14
356:8
committee's 312:12
commodity 108:19
109:8 274:10,13,22

322:9

**common** 69:21

**commonly** 35:11

**communicate** 124:9
292:21

**communicated** 89:3
223:23 228:8

**communicating**
88:12

**communication**
22:11 66:20 247:25

**communications**
46:10,25 47:4 48:18
51:4 52:23 66:12,14
67:23 252:9 289:10

**companies** 18:12
32:11 42:25 43:6,15
62:22 63:3 72:16,20
74:21 93:3 108:20
109:9,22 110:11
118:22 127:2
142:23 175:6,7,12
243:18 244:16,19

**company** 61:3 64:9
77:10 117:14,15
118:15 121:14
123:2 126:25
127:15,16 128:23
130:18 137:15,17
137:18,22 154:4
155:23 167:19
175:14,22 184:10
186:21 205:23
206:2 208:15
209:21 228:10
282:2,5 324:25
325:3 335:20 337:6
348:20,25 349:4,18
349:23 350:25
351:4,6,7

**company's** 117:18
143:23 180:3 196:3

**comparable** 192:13

**compared** 285:6
296:20 297:13

**compassion** 34:21

**compatible** 316:14

**compelled** 149:3

**compensation**
274:20

**compete** 129:23
156:5,19 161:15
164:21 244:20

**competing** 115:8
128:10 165:11,15
190:23 191:12
239:7 240:7,9

**competition** 72:20
141:17 183:21
200:16 240:23
311:18 314:16

**competitive** 105:14
105:19 116:14
124:6 129:16
137:16 140:7
142:10 175:20
183:13,18 186:20
200:25 236:11

**competitor** 201:15

**competitors** 207:7

**complaint** 28:10,13
28:16,18,21,25 29:4

**complaints** 141:9

**complete** 18:22

**completed** 153:23
203:5

**completely** 216:18
258:4 346:8

**completion** 203:18

**complex** 180:14

**complexes** 299:16

**compliance** 35:19
35:19 42:15 53:24
54:23 76:22 120:5
180:10 245:21
246:8 250:6 266:17
266:19 274:7
285:17 287:9

293:10 320:12
323:8

**compliant** 220:4
250:22 281:21
283:23 285:20
348:22 349:5,20,24

**complied** 259:22
279:16

**compliment** 114:18

**comply** 284:23
285:13 297:25

**complying** 297:12

**components** 34:25

**compound** 284:11

**comprehensive**
273:18 286:4 358:3

**comprised** 268:25

**compromise** 43:4
113:14

**compromised** 311:6

**computer** 361:9

**concentrate** 162:25

**concept** 250:15
299:14

**concern** 44:24 92:25
125:22 138:15
176:11 184:8
193:18 223:10
240:7 315:5

**concerned** 58:3,9,16
140:21 145:3,14
146:5 167:15
168:10 188:13
226:20 310:24

**concerning** 51:20
120:11 220:10
223:14

**concerns** 35:6 36:5
36:17,21 41:2 45:4
49:9,25 50:14 52:4
52:17 54:3,11,14,18
54:20 55:15 56:17
56:19,23 57:23 59:5
86:24 88:16 89:4,6
90:15 91:9 92:21

94:23 117:21,22,25
119:25 120:3 126:5
138:22,25 150:7
176:4 188:12 238:4
238:24 239:8
254:13 288:24

**concluded** 360:14

**concludes** 166:19
291:23

**conclusion** 48:14
55:9 186:24 316:19

**conclusions** 99:3
123:23 191:22

**concurrently** 44:21

**conditions** 67:10,14
334:25

**conduct** 223:25
224:22 293:11

**conducted** 94:18
104:22 226:16
356:12

**conference** 10:14
11:14 42:13 149:8
150:14 162:2 168:5
169:11 170:4
208:11,19 228:19
229:25 230:4,6,10
231:17 232:17,23
262:6,6,10 289:14
290:2

**confided** 296:14

**confidence** 145:15

**confidential** 1:7
16:1 18:1 19:1 20:1
21:1 22:1 23:1,2
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1

[confidential - contending]                                                          Page 13

64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
183:24 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1

207:1 208:1 209:1
210:1,2 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1,6,11
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1,7 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1,19
259:1 260:1,3 261:1
262:1 263:1,4 264:1
265:1,24 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1 320:1
321:1 322:1 323:1
324:1 325:1 326:1
327:1 328:1 329:1
330:1 331:1 332:1
333:1 334:1 335:1
336:1 337:1 338:1

339:1 340:1 341:1
342:1 343:1 344:1
345:1 346:1 347:1
348:1 349:1 350:1
351:1 352:1 353:1
354:1 355:1 356:1
357:1 358:1 359:1
359:21 360:1
**confidentiality**
259:16
**confidentially** 89:14
**confined** 40:12
**confirm** 140:20
182:17,18 260:12
264:8
**confirmed** 139:23
218:5 327:17
**confirms** 171:8
**confront** 237:2
**confrontation**
229:25
**confrontational**
230:18
**confronting** 10:13
228:18 340:11
**confronts** 233:13
**congratulations**
320:3
**congress** 110:10
244:6 288:19
298:15,18,25
299:25
**congressmen** 127:20
**consent** 6:17 21:3
**consider** 29:9 53:23
132:20 133:12
136:20
**considerations**
42:24
**considered** 40:3
56:5 103:5,9 108:3
346:4
**considering** 133:12
174:11

**consistent** 36:10
51:9 287:16 345:6
353:20
**conspiracy** 58:4
**conspiring** 56:12
**constant** 188:22
**constantly** 205:7
**construed** 224:18
**consultant** 31:7
100:24 243:16
244:9 269:12
307:11 331:24
**consulted** 109:21
190:15
**consulting** 31:23
108:5 114:10
242:25 243:9,15
**consumer** 57:16,17
180:20 196:7
282:25 283:3 287:3
307:4 358:12,17
**consumers** 36:14
57:14 206:20
273:10 322:18
325:6
**cont'd** 7:1 8:1 9:1
10:1 11:1 12:1
**contact** 124:3,11
125:21 188:22
219:7,20 225:3
246:16
**contacted** 193:20
217:21 224:8 247:8
**contacting** 66:4
217:11 223:6,7
247:3,5 266:22
**contacts** 186:6
**contagion** 226:21
**contain** 323:3
**contained** 280:3
291:8 301:9
**contemporaneous**
330:14
**contending** 349:8

**contention** 250:20
**contest** 302:5
**context** 22:6,22
**continents** 197:23
**continue** 14:11 71:3
  140:10 175:17
  203:15,16 302:25
**continued** 29:24
  172:18,18
**continues** 76:2
  212:23 251:16
**continuing** 92:12
  227:21 242:15
**contract** 137:19
  350:19,20 351:12
  351:15
**contracted** 110:5
  121:13
**contrary** 313:19
**contributing** 110:3
**contribution** 271:25
**contributions**
  271:10
**control** 8:14 43:25
  44:5,6 56:5 114:4
  146:11,23 147:17
  147:20 148:4
  176:15 180:8
  183:23 186:15
  192:6 203:11,19
  239:8 240:21,24
  241:2 275:25 279:9
  287:5,6
**controlling** 185:24
**controversial** 20:13
**controversy** 152:22
**convened** 360:8,10
**convention** 211:20
  212:8
**conventional** 113:6
  118:23 273:4
  278:23 303:14
  304:13 309:16
**conversation** 44:14
  78:2 142:9 150:4

169:24 170:3,9,14
  170:16 213:8,23
  215:16 221:4
**conversations** 14:7
  79:12 194:10
  217:13,15,17 218:6
  220:2 223:15
  247:17 248:7 252:8
  255:6 293:16
  345:11
**convey** 138:22
**conveyor** 303:15
**convince** 209:23
  210:17 214:19
  276:25
**convinced** 215:3
**cooperation** 28:6
**cooperative** 48:23
  48:25 49:5,16 58:13
  58:20 64:25 67:8
  71:3 90:10 252:20
  264:24
**cooperatives** 51:11
**coordinate** 69:19
**copied** 234:17
  262:14,15 265:7
**copies** 20:9,18 93:14
  169:3 245:9 318:6
**copy** 20:16 39:22
  136:23 137:8
  139:17 143:11
  146:16 148:3,12
  150:21 168:20
  169:20 173:18
  199:24 200:11
  202:12 229:16,18
  234:23 272:22
  347:7
**copyright** 236:16
**corner** 156:3 279:13
**corporate** 56:6
**correct** 18:18 26:3
  26:24 27:3,4 40:9
  45:8,22,24 54:7
  70:20 96:14 99:21

119:21 121:20
  122:19 123:19,21
  126:12 128:15
  131:16 139:21
  141:3 144:15
  147:10 162:4,6,18
  166:10,11 178:2
  186:13 187:8,13
  193:23 195:22
  199:9 204:18
  219:13 224:14
  233:6 238:18
  247:14 249:4,15
  251:10 253:8,9,12
  253:13 260:21,22
  261:14,15 263:18
  263:19,22 264:9
  277:14,22,25 284:9
  284:13 286:13
  288:10,11 307:9
  309:17,18 317:13
  319:3 320:13,16
  321:4 326:25 328:5
  329:17 330:22
  332:20,21 333:6,13
  333:22 334:22
  335:3 337:21,23
  338:16,17,21,25
  340:21 341:12,15
  341:25 342:5,17
  343:7,18,21,25
  344:14,18 350:22
  351:5 352:16,17,20
  352:21,25 353:4,7
  354:20,24 355:4,8
  355:18,21 356:6,9
  356:22,25 358:13
  358:17 361:10
**corrected** 205:4
  326:22 327:21
  329:16
**correction** 364:4
**corrections** 362:5,8
  363:4

**correctly** 264:3
  302:12 340:9 358:7
  361:8
**correspondence**
  61:23 245:12
  247:19 248:3
**cost** 36:15 41:22
  274:14,21 275:3
  277:7 358:11,15
**costs** 273:14,21
  274:17 275:2 276:7
  358:6
**council** 35:5 84:22
  179:16 185:15
  204:22 206:4
**counsel** 22:12,13
  27:14 45:20 47:2
  48:19 52:25 66:15
  142:5 191:19
  194:17 229:16
  245:8 285:9 292:16
  293:17 318:5
  361:10
**counterclaim** 16:11
**countries** 68:19
  197:22 285:16
**country** 68:23
  182:17 261:9
**couple** 18:20 60:24
  126:25 154:24
  160:13 174:20
  210:13 212:25
  220:21 267:9 279:3
  319:17 346:21,24
  352:13
**course** 65:3 115:9
  122:15 140:23
  290:6
**court** 1:1 14:25
  15:10 16:18 17:22
  362:20
**cover** 83:16 236:15
  251:18 341:22
**covered** 83:19
  284:16

**covering** 342:2
**covers** 196:2
**crafted** 186:3
**craig** 115:21 116:4,7
   116:10 117:3,5
   118:12 122:23
   128:5 142:2,6 174:4
   174:14 176:12,19
   176:19
**crammed** 335:4,8
**create** 72:19 137:15
   209:22
**created** 127:8
   193:16 235:2,5
   279:10,11
**creating** 105:13
   122:2 129:11 134:7
   236:10
**creation** 43:6 124:6
   128:10 200:22
**credence** 157:17
**credibility** 85:14
   126:21 145:17,23
   152:19 207:13
   208:17
**creighton** 130:19
**criminal** 56:10
**critical** 112:9,11,14
   172:3 180:8
**criticism** 85:12
   86:22 88:9 94:10
   348:17
**criticisms** 85:17
**criticized** 343:20
   348:7
**crowded** 335:5
**crutcher** 4:3 16:10
**current** 231:9
   310:25
**currently** 17:22,25
   30:5 31:6,25 127:12
   177:10 204:5 355:9
**curriculum** 6:18
   32:15

**customer** 36:14
   78:15 79:6,16 90:8
   92:16 137:24 177:9
   235:10 273:21
   275:4,8 277:17
   280:21 337:20
   358:5,10
**customers** 36:12
   42:3,7 44:9 66:4
   78:12,24 79:17,20
   80:3 88:19 90:2
   92:11 175:11 197:5
   223:8,23 246:16
   247:4,10 266:22
   273:19 274:21
   275:10,22 276:3,7
   284:7 325:5 338:10
   347:12 358:4
**cv** 32:22
**cycle** 68:6

**d**

**d** 6:1
**d.c.** 2:5 3:13 4:10
   30:5 31:6 34:23
   40:4,13 61:21 72:10
   76:12 81:25 84:21
   114:18 121:15,18
   125:14 127:20,25
   128:3 204:22 244:5
   289:5 306:9
**dallas** 4:5
**damage** 145:16
**damages** 56:15
**daniels** 4:20
**darrell** 149:16
   153:13,15,18
**data** 133:13
**date** 14:15 30:10
   60:10 102:19 231:4
   249:17 362:10
   364:3,25
**dated** 45:17 67:2
   71:16 91:21 121:9
   125:5 143:13

148:15 160:7 164:4
   195:5 198:18
   199:18 272:13
   330:9 340:2 359:2
**dave** 93:13,15 95:12
   136:14
**davis** 3:4 16:5,5
   269:7
**davisew** 3:8
**day** 26:13 114:21
   121:11 133:21,23
   133:25 139:20
   140:4 142:2 143:15
   146:7 195:6 230:14
   340:11 341:19
   361:13 363:13
**days** 134:4 135:6
   362:16
**dbarnes** 4:11
**dc** 212:9
**dcs** 217:6 226:15
**deal** 26:17
**dealing** 68:3 128:9
**dealings** 217:2
**dealt** 35:8 60:16
   188:3 279:14
**dean** 91:21,22 93:13
   93:19,22 94:21
   100:2 153:23,25
   154:3,6 155:7,12
   156:9 157:25
   158:24 356:19
**dean's** 158:23
**dear** 193:13
**death** 113:8
**debate** 102:24
**debated** 41:18 97:12
**debates** 97:6
**debbie** 151:2,4
**decades** 113:3 181:5
   196:25
**december** 60:11
   183:12 191:17
   329:8 340:2,20
   359:2

**decide** 36:8 77:11
   161:21,22
**decided** 34:23 105:6
   134:4 147:12
   156:22 157:6
   302:22
**decision** 87:8,16
   103:2 134:19
   159:11 316:2
**decisions** 158:12,19
   271:6
**decline** 66:23 186:7
**decrease** 311:20
   314:18
**decreased** 41:7,11
**dedicate** 299:18
**deemed** 362:19
**defeating** 330:21,22
   330:23
**defend** 52:8
**defendant** 4:6 16:11
   16:22 17:3
**defendants** 16:24
   17:18 21:24 24:15
   24:15,23 319:14
   358:23 359:4,6,10
**defending** 112:7
**defense** 75:15,17
   245:8
**deficit** 68:9
**definitely** 213:13
**degree** 29:15 76:23
   77:15 112:24 250:8
**degrees** 112:23
**delegates** 230:7
**deliberately** 33:14
**deliver** 44:17 164:23
**demand** 55:2 67:9
   68:13,24 80:20 81:3
**demanding** 78:16
   88:19
**demands** 36:10
**democrat** 95:21
**democratic** 103:3,7
   103:16 104:15

159:13
**democrats** 95:9
**demonstrate** 275:16
320:11
**demonstrates**
129:22 156:17
189:5
**demonstrating**
85:13
**denigrate** 177:19
**density** 141:5
249:23 308:24
**department** 58:11
145:24 232:16
279:24 292:11,20
293:9,25 294:24
295:10
**departments** 56:7
121:17
**depending** 166:25
**depends** 353:18
**depicted** 335:4,6
**deponent** 361:6,8
363:2
**deposed** 18:3,7,17
**deposing** 362:15
**deposition** 1:11 6:15
13:1 14:10,17 18:20
19:19 20:2,12,17
21:18,19 22:4,23
23:4,8 25:12 26:5
27:17 106:14,20
109:14 110:18
162:13 268:4
270:13 272:11,16
272:25 273:6 279:5
279:6,7 289:21,25
290:14,20 291:8
301:4 318:3 319:15
360:8,9,14 361:9
362:4,13,17,18
363:4
**deputy** 218:4
**derelict** 144:6

**describe** 30:16 34:8
230:12 273:24
303:4
**described** 276:11
288:13
**describing** 249:15
**description** 6:13 7:3
8:3 9:3 10:3 11:3
12:3 13:11 147:18
147:20 176:21
301:14
**deserve** 152:20
**deserves** 224:24
**designated** 258:23
**designations** 259:16
**desire** 328:11
**desperate** 193:14
**despite** 348:15
349:10
**destroy** 88:2,4
128:24 129:17,19
330:23
**destroyed** 330:18
**detail** 118:8 209:7
273:25 281:8 282:8
**detailed** 138:8
**detailing** 182:5
**details** 170:6 176:8
178:5,9,15,20 179:2
184:2 200:5 214:22
228:4 326:23 344:3
345:16,17,23 346:2
346:6 355:24
**determination**
195:17
**detriment** 313:3
**detroit** 2:16
**develop** 23:11 72:16
100:6 117:2,2
164:20 165:3,21
200:11 205:5
295:21 311:16
312:19 314:10
343:13

**developed** 35:3
77:24 85:2 112:11
112:12 115:6
157:22 178:19
201:6 212:2 235:22
244:3 278:14
281:17 284:17
285:3 286:20
314:14
**developing** 32:12
37:15 120:11
136:20 140:7,11,14
147:2 161:7 167:7
176:9 201:7 204:2
244:19 247:8
250:21 279:18
344:13
**development** 34:12
75:12 78:10 161:14
203:4 237:15
283:17 322:8
344:22
**dialogue** 92:8
**dictate** 43:6
**dictating** 78:17
251:3
**die** 314:20
**died** 197:25 210:13
261:10
**diet** 283:12
**difference** 92:9
177:15 236:13
277:7 284:19 286:8
**differences** 70:22
71:5,9 100:18 171:2
171:4,13 172:7,10
284:16 285:2
**different** 151:10
172:16 201:10
293:2 295:22 296:5
311:10 315:16
**differentiate** 277:4
**differentiating**
274:15 275:24

**differentiation**
277:8
**difficult** 296:18,25
297:12
**difficulties** 258:5
297:23
**dimensions** 344:23
**dinner** 107:17 142:4
162:9,9,14
**direct** 2:6,11 15:15
15:17 17:13,16 27:6
27:23 28:17 51:16
71:14 96:25 106:6
157:24 190:13
200:15 208:16,24
239:23 242:13
268:18 271:9 279:2
290:19 293:17
297:25 309:13
357:19
**directed** 40:7
256:12 266:16
**directing** 122:10
**direction** 74:12,17
74:22 75:6 79:11
159:2 298:14
305:11
**directly** 24:22 25:3
25:8 37:7 45:7
52:11 73:10 86:25
88:12 99:11 170:8
172:15 223:7 237:2
237:19 238:16
271:20 272:2
**director** 30:24 40:10
**directors** 105:16
**disagree** 135:3
**disagreed** 341:13
**disappointed** 87:20
126:20 129:14
**disappointment**
82:25
**disband** 172:16
**disbelief** 266:24

disclaimer 196:5,10
  196:16 197:5
disclose 27:16 53:3
  345:15
disclosed 345:17
disclosure 200:20
discount 353:16
discounts 72:4
discredit 82:8,14
  84:4 188:7 237:23
discuss 22:22 48:25
  49:2 74:25 75:6
  102:8 152:13,17
  172:9 293:7 294:21
discussed 43:11
  111:16 153:23
  154:5 172:14
  239:20 293:12
  332:15
discussing 170:17
  331:4 350:11
discussion 41:20
  66:4,9 96:11,13,19
  99:15 102:20
  111:20 122:15,18
  147:8 161:18
  195:11 212:7
  236:19 291:25
  292:9 294:9,18,25
  295:3 323:10,17
  356:15 359:13
discussions 21:22
  28:23 35:23 36:4
  41:12 44:22 51:13
  86:20 97:7 99:5
  114:2 134:6 262:2
  293:21
disease 113:9
  311:11,12 313:12
  314:4,6 315:17,25
  316:6
disparage 72:11,19
  72:25 73:11 111:7
  210:7

disparaged 76:7
  112:2
disparagement
  74:20
disparaging 73:4
  87:7 127:6,21
  184:18,19,23
  210:15
displayed 196:9
disputed 168:8
disrupted 235:3,6
  235:13
disruption 217:8
dissecting 85:11
dissensions 94:3
dissenters 97:9
dissuade 247:10
distasteful 155:18
distracted 71:9
distribute 68:16
distribution 212:10
  212:13 214:13
  215:7 281:13
  282:12,15 284:6
district 1:1,1 14:25
  15:2
disturbed 207:9
divide 87:25 88:4
  154:25
division 90:24
  292:12
divisive 82:21
divulge 189:16
divulged 345:23,25
document 1:4 14:23
  20:14 21:9,12 33:17
  38:10,13 39:12,13
  39:24 59:21 62:12
  63:9 64:16,18 65:8
  73:20,25 75:3,10
  101:18 106:7,11
  109:15,17 138:9
  139:13 146:19
  160:9,12,21 162:8
  164:6 187:22

193:10 198:19
  199:19 200:6,14
  202:2 216:6,7
  218:10,11 222:21
  224:11 229:8,20,23
  230:13 232:10,14
  238:23 249:12
  253:6 258:19,25
  259:12,19 263:4
  264:6,10,18,22
  265:14,24 268:7,17
  272:12,17,18,22
  281:7,22 287:10
  289:22 290:21,24
  317:7 318:11
  319:19,21 321:5,25
  322:4 323:19 324:6
  324:16 327:4,5
  328:24 329:6 330:4
  330:5,6,16 331:4
  357:23 358:19,25
  359:2,7,11,16
documentary 185:4
documentation
  23:13 118:9,11
  144:19 147:23
  177:24 180:17
  187:2 200:9 201:9
  207:19 214:25
  215:2 221:21 225:9
  231:3 236:12 240:2
  241:9,18 274:4
  281:4,16,19 284:2
  285:13,23 286:11
  286:22,24 287:4,8
  287:16 301:24
  327:18 357:14
documents 13:10
  21:20 26:7,10 59:16
  115:5 136:10
  158:16 192:3 199:2
  225:12 237:13,20
  256:4 274:9 281:5
  281:24 283:22
  342:25 355:20,22

356:2,2 359:5,8
doing 97:8 117:4
  181:8,11 187:11
  192:9 204:25 228:3
  230:14 236:10
  254:16 256:13
  271:17 283:11
  287:15 306:6
  322:19 323:7
  338:22 362:9
dollars 110:2
dolph 99:20 216:16
domestic 67:9,13
domestically 69:4
don 16:21 81:17
  82:3 98:21,23 99:2
  99:3 149:16,17,25
  150:8 269:10
donald 4:9
donation 270:2
donations 271:21,23
door 144:2
doubt 210:22
doubtful 213:25
doubts 227:19
dozens 133:23
dr 122:23 154:18
  210:6,10,11,13
  211:5 226:16
  260:21 261:5,6,14
  261:23 262:3,4,17
  269:3 270:18,21
  309:20,23 310:2,19
  312:5 313:17
  314:23 316:19
  317:11 344:16,16
  344:16
draft 223:12,13
drafted 183:10
  186:3 279:13
dragged 156:11
draw 40:14 175:25
  191:13 193:11
  331:7

**driven** 79:16 132:25
**driving** 57:16 133:5
**drop** 209:23 210:17
**dropped** 213:24
  307:10
**drug** 33:7,9 114:19
**drugs** 19:13
**duane** 81:10,11
**due** 133:24 254:6
  256:19
**dues** 142:18 163:15
  163:17 224:23
**duly** 17:6 298:20
  361:6
**dunn** 4:3 16:10
**duplicate** 61:5
**dust** 303:10,11
**duty** 144:7
**dying** 113:9

**e**

**e** 2:1,1 3:1,1,17 4:1,1
  5:1,1,8,8 6:1,11 7:1
  7:8,9,11,12,14,17,18
  7:20 8:1,5,6,9,11,16
  8:17,19,20,22,23
  9:1,5,9,11,14,15,18
  9:22,23 10:1,5,6,8
  10:10,11,18,20,21
  10:23,24 11:1,5,6,8
  11:9,22,23 12:1,5,8
  17:25 65:18,19
  70:12 71:16 73:13
  73:21 81:10,16
  83:10 86:7,14,21
  88:8 91:14,20 93:12
  93:12 96:4,12,18
  99:19 100:12 101:5
  115:13 116:8 121:3
  121:8 124:22 125:4
  125:17 126:2
  131:21 132:5,6,13
  135:15 136:23
  137:4 139:7 148:8
  148:14 150:16,23

151:15 153:5,14
155:15 159:25
160:7 162:5 163:22
164:4 165:24
166:12 168:2,13,15
168:22 171:8
173:12 174:3
189:20 190:5
192:21 193:4 197:9
198:12,17 201:19
202:5 204:7,14,15
207:25 208:8
209:18 211:10,17
215:20 216:3
218:13,20 219:2
222:13 225:21
226:4 232:3 234:10
234:15 244:25
245:12 247:18
248:2,14,25 249:17
251:7,8 252:5,11,24
253:6,15 258:13
260:18,24 261:12
261:16 262:22
263:6,17,20 265:18
265:25 267:19
268:9,11 277:2
319:9,16,23 320:2
320:15 321:17,24
322:3,5,11,11
323:22 324:5,13,23
326:10,16 327:12
327:13,24 328:3
329:20 330:8,13,21
361:2,2 364:1,1,1
**ear** 166:25
**earlier** 45:3 100:16
  129:25 140:25
  157:4,18 159:20
  163:11 171:5,15,19
  172:12 175:5 176:6
  186:11 224:12
  225:10 242:20
  261:4 270:13 274:5
  278:3 279:4 281:10

288:7 309:11
317:14 327:17
328:6 332:14
342:15 344:11
350:11
**early** 69:13 316:7
**ears** 356:12,24
**easily** 235:17 311:13
**easter** 68:12,14 72:7
**eastern** 1:1 15:2
**economic** 40:22
  134:16 145:25
  276:15 296:4,9,19
  297:5,23
**economical** 307:4
**economically** 92:17
  273:11 275:23
  297:12
**economies** 273:12
**edits** 283:19
**educate** 288:19
**educational** 33:5
**effect** 32:8 42:17
  276:16 305:22
  306:5
**effectively** 200:24
**efficiency** 113:7,16
  278:23 309:16
**effort** 52:2 67:8 84:2
  85:10 142:4 188:16
  188:18,20 284:2
  294:17 305:10
  330:16 343:12
**efforts** 126:22
  142:21 175:8 188:7
  192:6,18 223:5
  245:22 246:9
**egg** 1:3 3:8,9 11:11
  11:17 14:22 16:6,7
  18:14 23:11,17 24:6
  30:14,20,24 31:4,7
  33:20,21,22,24,25
  34:3 35:8,20 36:7
  37:4,12 43:22 44:3
  48:21 49:15 51:8

55:16 60:14,14
64:19,20 65:4,24
67:5,12 68:20 69:15
72:15 73:21 74:3,16
74:20 75:5,6,24
78:2,22 82:4 84:11
84:23 86:20,24
87:25 88:4 89:2
90:12 91:7 93:2,5
96:16 98:16 100:24
102:10 104:3
109:25 116:18
117:2,8 119:19
125:12,14 127:8,13
127:13 129:7,8
134:8 138:17
142:23 146:2 149:2
149:10 150:25
151:8 152:18,22
153:22 154:3
167:19 174:6,18
175:19 177:4,13
179:4 184:3 185:16
190:21 196:6
200:18 201:3
203:16 207:11
216:21 223:3 226:9
226:12 227:11
234:22 236:17
239:19 241:3
242:25 243:20,23
252:18 255:3
261:10 272:4,12
274:16 280:4,18,23
282:2,11,15 283:3
286:21 288:18,21
289:4 295:20
297:11 298:6,11,12
298:14,18,20,23,24
299:3,5,6,8,25
300:2,4,6,7,10,16,22
300:24 301:2,6,15
301:17,19,25 302:7
302:12,18,24 305:6
305:12 306:6,9,10

306:18,19 307:4,6
309:17 310:3,21,24
311:23 317:3
322:18,19 335:7
340:12,14,17
343:13 346:13
352:10,11 353:24
357:17 358:16
364:2
**eggs**  62:25 64:8 68:6
68:17,17,19 69:3,16
69:18,20 71:20,25
72:3,22 79:2,7,9,18
79:21 80:4,7,10,20
81:3 93:4,6 97:14
98:8 113:4,24
117:13 118:10
119:2,3,12,16,16,19
127:3 133:16,21
137:21,23 138:4,7
144:2,4 145:4
180:16,18 181:12
181:13 196:11,14
197:2,7 214:19,22
215:5 216:14,17
217:9,23 221:23
224:7,10 226:18
235:8 246:3 247:11
250:17 254:10
266:7 273:11,17
274:8,17,18,23
275:14,17,18,19,22
276:2,5,11,17 277:3
277:13,13,19,20
279:16 284:4,6
299:23 303:13
308:16 312:19
316:10,11 333:17
333:25 335:14,22
336:12,15,25
345:21 351:14,16
351:19 353:16,25
358:2
**ego**  207:23

**eight**  175:7 332:12
**eimer**  4:14
**eimerstahl.com**  4:17
**either**  22:12 48:18
52:25 55:17,18
66:14 179:15 192:5
210:6,7 227:7 256:6
259:16
**elbows**  110:23
**elected**  91:11
**elicit**  150:10
**elicited**  306:7
**eliminate**  127:12
200:24 306:18
311:25
**eliminated**  305:12
**email**  124:7 138:14
223:24
**emails**  205:22
**embarrass**  91:10
**embarrassed**  90:18
**embarrassing**
104:24
**embarrassment**
167:16 168:11
**emphasize**  72:24
**employed**  36:18
288:8,9,15 337:4
**employee**  19:17
51:2 87:21 102:5
183:19 208:14
292:17 324:20
**employees**  115:25
160:16
**employer**  231:9
**employing**  83:13
**employment**  33:4,15
205:24,25 338:14
342:4
**encapsulates**  157:6
**ended**  154:14 194:7
274:13
**endorse**  186:12
305:23 343:5

**endorsed**  116:16
179:14 305:17
343:11,12,17
**endorsement**  186:7
**ends**  245:19
**engaged**  223:25
244:9 340:17
**england**  30:23
**enhanced**  273:20
275:11,19 276:4
304:8,20 305:9
326:3 358:4,11
**enriched**  303:5,6,18
305:17,22
**enrichment**  303:8
**ensure**  118:9 144:21
144:25 219:9
221:22 241:3
**entire**  134:17
180:14 213:8
230:13 245:25
299:21 316:11
320:4
**entitled**  272:12
290:22
**entity**  68:4
**entrepreneurs**
158:10
**environmental**
121:16 289:2
**environmentally**
118:19
**equal**  185:9 227:13
**equally**  158:9
**equivocation**  313:5
**erode**  307:2
**eroding**  78:10
**errata**  362:7,9,12,15
363:5
**especially**  72:6
133:2
**esquire**  2:3,9,14 3:3
3:4,11,17 4:3,9,15
4:21 5:3

**essence**  51:23
**establish**  188:17
291:20 304:12,16
**established**  280:4
311:2 312:22
314:15 333:2,19
343:14
**establishing**  271:7
284:3
**et**  56:9 158:4
**ethical**  182:24
**ethics**  90:2
**evaluation**  170:20
**evan**  3:4 16:5
**evening**  142:6 352:9
**events**  302:12
**eventually**  85:14
175:13,13 178:15
220:20 234:4
298:16
**everybody**  20:18
77:6 91:11 95:10,19
131:18 161:20
**everyone's**  103:4,7
**evidence**  24:5
**evidenced**  221:9
**evidently**  42:14
**evolved**  78:17
181:14 185:22
249:7,14 251:2
**exactly**  82:18 233:7
320:23 323:6,9,15
323:18
**examination**  17:9
242:9 267:22 308:7
309:7,14 352:6
**examine**  287:10
**examined**  17:6
**example**  118:14,15
130:3 157:15
188:15 289:3 296:2
**exception**  101:4
231:9 356:14
**exchange**  327:24

**exchanged** 111:15
**exclusively** 203:13
**excuse** 72:14 80:5
  182:9 250:9 257:23
  261:23 263:9
  300:21 313:11
  325:13
**excused** 360:12
**executive** 11:13
  40:10 44:15 51:19
  155:21 181:19
  289:14 290:2
**exhibit** 6:13 7:3 8:3
  9:3 10:3 11:3 12:3
  19:24 20:2 21:2
  32:15 37:25 39:16
  45:10,17 59:9,23
  62:3 70:12 73:13
  86:7 91:14 96:4
  101:11 115:13
  121:2 124:21
  131:16,21 132:3
  135:22,22 136:18
  137:3 139:6,12
  143:6 146:10 148:7
  148:13 150:16
  151:25 159:24
  160:6 163:21 164:3
  165:24 168:15
  173:12,19 183:3,9
  187:15 189:20
  192:21 194:22
  197:9 198:11
  199:11 201:19
  202:15 204:7
  207:25 211:9
  215:20 216:2
  218:13 222:13
  225:21 228:17
  229:3 232:3,9 234:9
  244:23,25 248:14
  252:22,24 258:11
  258:13 259:4,17,17
  259:25 262:20,22
  265:16,18 267:18

268:5,15 272:4,11
  272:16 273:2,6,9
  279:6,6,8,13 289:13
  289:22,25 290:14
  290:21 291:9 300:9
  301:5,13 310:12,14
  317:20 318:2 319:9
  321:17,23 323:22
  324:3 327:22
  328:14,16 329:20
  329:25 331:2
  339:14,19 340:24
  341:2 357:8 359:20
**exhibits** 130:5,14
  135:14 279:3
**exist** 129:12
**existed** 165:19
  237:21
**existence** 115:9
  200:16 203:20
**existing** 313:14
**expand** 92:12 309:2
**expanded** 303:7
**expansion** 92:6
**expect** 30:8 96:21
  208:15
**expedite** 164:22
**expense** 199:3
**expensive** 142:16
**experience** 30:17
  32:23 33:5 182:23
  190:20 287:12
  340:16
**experienced** 205:6
  217:5
**expert** 188:23
  276:23 282:22
  303:25 304:3
**expires** 363:20
**explain** 35:16 74:11
  86:16 152:15
  342:12
**explained** 110:11
  157:5 243:19

**explanation** 213:21
**export** 67:10 69:14
  133:19,24 134:4
**exported** 69:21
**exports** 67:13 114:9
  134:7
**exposed** 304:15
  330:18
**exposing** 315:24
**express** 45:4 54:17
  82:24 89:12 94:21
  95:24 101:7 125:22
  138:25 191:16
**expressed** 54:9,11
  86:24 88:22,24
  90:13 140:4,5 184:8
  238:14 254:12
  255:18 328:8,11
**expressing** 94:23
  138:15 255:9
**extensive** 118:11
  200:7 201:8 215:2
  217:3 270:20 271:4
  283:16,21
**extensively** 77:22
  189:12 270:23
**extensiveness**
  286:11
**extent** 27:9 46:9,23
  52:22 56:24 58:5
  66:11 147:23
  172:21 237:22
  238:3 292:15
  293:15
**extra** 358:15
**extreme** 240:9
**extremely** 310:24
**eye** 3:12 230:25
  264:21
**eyes** 356:11,24

**f**

**f** 2:14 361:2
**fabrication** 221:8

**face** 84:2
**faced** 295:22 302:8
**facilitated** 277:17
**facilities** 228:10
  257:20 258:7
  273:12 348:14,20
  348:25 349:9,18,23
  350:13,17 351:7
**facing** 217:23
**fact** 27:18 72:9 84:3
  117:5,17 118:12
  127:5 129:5 138:5
  140:5 160:13 161:6
  165:14 176:6
  178:16,21 182:21
  221:9 236:3 308:18
  326:18 348:12,15
  349:11 351:10
  355:5
**facts** 87:10
**factual** 196:4 219:20
**faegre** 4:20
**faegrebd.com** 4:23
**fail** 57:17 207:15,16
  362:18
**failed** 254:8
**failing** 257:6
**failure** 254:7 256:20
  257:11,16
**fair** 177:14,17
  178:10 179:7 180:5
  181:2,25 184:14
  185:9 235:11 237:5
  289:6 310:11 329:5
  359:11
**fairly** 87:22
**fall** 90:15
**false** 29:5,9 115:3
  145:21 207:13
**falsehood** 85:11
  181:10
**falsehoods** 82:19
  85:17
**familiar** 28:20 34:5
  34:10 38:19 50:20

76:13 97:5,7 120:10
149:24 207:14
298:5 303:16
**familiarity** 34:9
**family** 225:14
**fantastic** 328:2
**far** 72:8 223:11
284:15
**farm** 143:22 226:12
281:15 282:3
283:23 299:18,21
299:22 316:5,6
334:2
**farmer** 36:7 96:16
176:25 177:4 184:3
226:10 252:17
275:24 281:18
285:19 287:7,15
299:13,15,19 307:3
316:9 333:20
**farmers** 33:20,21,22
34:2,3 35:20 60:14
78:3 86:24 88:11
104:3 181:4 203:16
252:19 255:25
274:16,25 276:9
289:4 297:2,11,22
298:6,11,13,18,20
298:23,24 299:5,6
300:2,4,16,22,24
301:2,6,15,17,19
302:2,12,18,25
305:13 306:9,11,18
306:20 307:6
345:23 351:12
**farming** 56:6
**farms** 3:19 4:12
11:17 16:14,22
22:14 25:5 31:22
39:10 47:3 48:19
53:2 66:15 132:12
180:14 202:6 203:7
210:12 212:22
220:24 222:25
224:6 227:22

228:15 241:10,12
243:11 244:10
254:8 256:10 258:5
261:8,10 263:14
281:25 287:11
297:14,22 298:12
299:16 300:10
324:21 325:11,15
335:7,15,18,21,23
336:3,11,14,19
337:6,10 338:15
340:10,12 342:10
347:2 348:18,24
349:4 350:19,21
351:4,13,15 357:17
359:4
**fashion** 225:19
275:24
**fast** 92:4
**father** 154:2 156:18
158:11
**fathers** 101:4
**favor** 327:19
**favored** 300:7
**fax** 6:22 7:21 45:11
130:6 138:14
**faxed** 42:15 130:16
**fda** 127:21 128:7
**fear** 94:25 105:19
200:19
**fearful** 164:19
**february** 268:10
**fed** 165:20
**federal** 34:22 75:20
76:11 116:22 128:7
144:20 237:18
244:5 257:18
288:20 289:8
293:24 294:12,21
295:7,11,12 348:21
349:19
**federally** 1:16
307:14
**federation** 84:21
211:20

**fee** 142:14,16,17
163:13,15,18
**feed** 117:13 123:7
123:22 179:5,12
283:10
**feeder** 344:23
**feel** 53:14 66:19
67:7 78:3 82:13
83:17 85:16 233:15
282:22
**feeling** 36:6 82:25
**feelings** 83:13,24
255:11
**fell** 214:20
**felt** 71:8 78:5 91:8
93:7 94:20 104:3
149:3 162:23 205:6
233:20 256:12
257:4
**fence** 156:6
**fewer** 306:19
**field** 188:24
**fifth** 286:8
**fight** 313:2
**figured** 133:20
**file** 21:20 26:11
219:6 236:19,23
302:23
**filed** 14:24 23:23
191:6 198:23
253:11 263:25
344:3 346:3
**files** 281:19
**final** 103:2 105:5
123:25
**finalization** 283:20
**finally** 58:8 111:21
221:16
**financial** 25:23
135:5 223:4 271:25
331:19
**financially** 331:25
**find** 22:17 55:5
87:24 131:5 155:17
158:20 178:8

205:23 227:22
235:15 316:13
342:13
**finding** 72:5
**fine** 19:3 75:25
107:12,12 216:8
229:10 343:2
**fingers** 253:17
**finish** 50:7 278:9
315:22
**finished** 50:10 168:6
214:11 322:2
**firm** 50:21 51:4
53:22 58:10 81:24
100:9 189:7 190:16
191:20 226:22
257:17 258:6
**firm's** 176:16
**firms** 351:12
**first** 17:20 40:15
46:13 59:18,19,21
60:6 64:16,17 66:18
74:6,8,10 79:15
83:11 84:10 90:21
96:25 97:2 105:11
108:20 109:2
125:25 132:22
139:22 149:15
169:2,2 171:14
183:15 186:19
188:11 191:15
195:9 205:21
209:17 219:15
223:22 224:15
237:6 243:14 245:8
268:23 272:17,25
279:7 282:2 284:18
290:13 318:4
322:10 326:2,9
345:18
**firsthand** 286:3
356:10
**five** 110:7 191:18
222:11 261:8

**[fix - friedow]** Page 22

**fix** 56:12
**fixing** 52:3,17 57:4
  261:19 263:25
**flat** 90:16
**flip** 219:24 324:15
**flock** 36:8 41:7,11
  44:7 113:14 291:16
  291:19 316:8,12
  334:6,14,15
**flocks** 167:15
  175:24 177:3,7,23
  184:5 186:9 196:12
  256:15 309:2
  311:10 315:16
  333:21 338:24
  339:6
**florida** 226:10,12
**fmi** 11:24,24 80:19
  116:16 183:16
  185:8,14,15 186:6
  186:12 321:18,18
  324:23 325:12
  327:23
**fmi's** 325:16
**fmi001514** 324:10
**fmi001515** 322:14
**focus** 71:8 288:6
  298:4
**focused** 54:20
  313:13
**focuses** 179:22
**foia** 178:17 198:23
  199:6,23 200:4,24
  201:16 205:3 344:3
**foias** 178:22,23
  346:2
**folks** 56:14,16
  209:11 223:15
  231:5
**follow** 158:25
  161:18 228:3
  274:19 280:17
  318:25 352:13
**followed** 205:3
  252:2

**following** 108:17
  109:6 133:12,13
  206:15 207:8
  219:10 236:9,16
  244:17 251:13
  252:4 282:11,14
  283:8 291:14
  347:18
**follows** 17:7 273:9
  275:11 287:8
**food** 10:14 33:7,9
  35:4,9 114:19
  179:15 183:11
  185:2 196:10
  228:19 230:5
  231:20 232:19
  288:23,25 322:6
  326:4
**foods** 3:14 15:25
  16:12 64:7 91:25
  93:16 125:10,16
  126:10,17 129:15
  160:14,15 164:6,10
  198:23 243:9
  244:10,17 245:16
  308:11,18 309:12
**foodservice** 117:22
  118:2
**foolish** 228:2
**force** 76:3,3 226:23
**forced** 75:23 156:3
  157:16 227:2
**forcing** 245:20
  246:8
**foregoing** 363:3
**foreign** 68:19
**foresaw** 340:10
**forge** 1:12
**forgot** 130:25
**form** 24:19 26:23
  29:7 33:17 43:18
  45:23 46:15,19
  47:14,21,22 48:9,13
  49:19 50:4,17 52:13
  57:5 58:24 62:17

  63:7,9,23 64:11
  67:15 69:5 73:6
  77:18 79:23 80:14
  84:18 85:19,24 94:4
  94:6,11,14 97:21
  98:9,12 99:9 103:11
  103:22 104:9,11
  105:23 109:11
  112:17 119:5
  122:11 128:19
  134:10 165:4,17
  175:2 193:24
  195:23 206:8,10
  214:5 220:16 225:6
  231:10,13 233:22
  237:10,11 238:8,19
  239:3,9,11 240:10
  241:5 246:11,24
  247:21 253:25
  254:22,24 256:24
  257:12 258:2
  264:15 269:21
  271:12 276:19,23
  282:16 285:8
  296:22 297:16,20
  301:21 302:16
  303:24 305:25
  312:9 313:23
  315:12 326:14
**formation** 102:9
  123:17
**formed** 31:16 61:2,4
  61:13 146:22
  270:15 302:21
**former** 87:20 102:5
  183:19 208:13
**forming** 102:21
**formulated** 62:15
**formulating** 270:16
**forth** 96:25
**forum** 74:25 89:12
  91:12 95:25 97:9
  101:7 115:6 149:9
  149:10 169:21

**forums** 231:6
**forward** 36:23,25
  51:21 92:4 93:20
  124:7 151:14
  161:23 190:24
  231:4 254:14 265:8
  304:6
**forwarded** 205:12
  263:17
**forwarding** 151:16
  152:5 261:13
**forwards** 205:15,16
**found** 54:25 113:19
  220:5 257:17
**foundation** 46:20
  47:23 50:5,18 52:14
  62:17 63:10 64:2
  79:23 80:14,23 81:7
  97:22 119:5 134:10
  194:2 231:14
  233:22 254:24
  256:25 257:13
  269:21 271:13
  297:19 320:21
**founding** 101:4
**four** 113:3 173:10
  181:5 196:25 222:5
  240:15 259:8
  284:16 286:9
**fourth** 87:19 102:23
  169:23 284:24
**frames** 298:5
**framework** 65:5
**frankly** 237:21
**fraud** 18:11
**free** 119:19 145:7,8
  274:24 344:25
**freedom** 178:17
  194:15 199:22
  253:10
**fresh** 359:3
**friday** 153:24 154:6
**friedow** 133:2,5
  136:15,16 211:24
  212:24 213:2,5,9,11

213:23 253:7

**friend** 132:20 248:8

**friendly** 111:15

**friends** 83:15 102:2
108:16 111:3 158:4
296:12

**friendship** 212:2

**front** 75:14 91:10
140:13 161:10
230:17 282:9

**frozen** 43:2

**frustrated** 255:25

**frustrating** 256:7,7
257:7

**frustration** 156:10
255:9 256:11 257:4

**frustrations** 255:17
255:22

**ftc** 23:24 87:9,16
127:24 128:3,16
217:24 218:6 219:5
219:7,16,17,19
220:2,12

**full** 18:22 35:19
75:10 79:15 92:9
156:20 178:5,8,19
184:2 188:11
219:15 224:16
311:9,16 314:10

**fully** 19:14 48:22
97:24 129:6 157:19
175:22 178:14
311:14 314:8,14
330:19

**funded** 271:19

**funds** 243:24 245:24

**funny** 57:18

**further** 19:8 96:11
105:18 170:20
195:11 307:2 308:4
309:5 358:21 360:4

**future** 43:5 52:4
231:4 306:21

**fyi** 251:12

## g

**g** 4:15 153:5

**gaining** 234:25

**game** 156:2,4

**garth** 38:9 54:8 89:9

**gary** 71:19 222:25
223:18

**gene** 26:2,5,19 37:3
45:6,7 54:13 61:22
65:18 66:25 67:3
71:18 72:2 73:3,9
87:3 90:20 91:2,3
91:10 93:15 99:19
100:17 104:18
106:13,21 107:2
114:23 115:20
116:5 117:6 121:9
121:12 124:15
125:4,20 130:16
131:2,6,10,13
137:10 139:20,24
140:2,6,21 141:22
142:5 143:14
148:15 152:8 154:7
154:13 158:6,12,12
162:9,16 165:8
166:12 167:4
168:23 171:8 172:6
172:9,14,22 174:4,4
174:14 176:13,13
176:18,18,20,23
181:7 182:11
184:20,22 187:10
187:13 192:18
193:14,20 205:16
205:19 206:7,13
207:5 208:8,11,20
209:3,17 211:7,18
212:25 214:3,18
215:13 217:11,12
217:15 219:3 224:8
226:4,5,13 227:6
234:16 243:21
254:14 256:6 266:5

267:4 270:3 320:3
323:11 339:25
340:2

**gene's** 116:12
177:17 207:22

**general** 2:12 15:18
30:25 56:8 75:21
76:13 127:25 128:4
216:20 242:14
295:19

**generally** 28:20
30:16 188:13
230:14 243:17
335:7

**generating** 221:19

**gentleman** 345:20

**georgia** 30:20 105:6

**gerry** 190:6

**getting** 71:23 97:13
97:15 122:7 263:21
263:24 264:23

**gibson** 4:3 16:10

**gibsondunn.com**
4:6

**gifs** 259:6

**gift** 270:2

**gifts** 269:17 271:9

**give** 18:22 19:7
95:23 101:6 106:17
152:19 158:24
166:15 171:16
172:2 199:5 200:10
209:8 229:7 258:20
262:5 281:8 296:2

**given** 22:25 71:20
87:23 88:6 103:4,8
147:4 148:12
154:21 173:18
192:4 223:5 271:21
305:21 314:25
361:10

**gives** 126:21 157:17
322:18

**giving** 71:25 86:12
146:16 150:21

171:10,15 192:7
198:16 355:24

**glad** 293:4 327:10

**glasshoff** 115:21
116:4

**go** 14:12 18:19
29:11,13,19,22
31:12 36:22 49:19
50:10 53:13 55:17
59:20 64:14 67:25
93:11 100:25
107:13 110:19
118:22 122:18
142:23 143:21
165:8 168:24 169:8
174:12,15 176:23
208:10 209:24
210:17 211:23
223:11 241:16
242:16 251:25
257:19 267:8
269:10 280:8
281:16 285:22
302:23 304:2 321:7
332:2 346:22
347:20 348:23
349:25 354:8 357:7
357:11 358:23

**goal** 326:2

**goals** 306:15

**goes** 108:9 133:15
256:10 281:13
287:13

**going** 18:19 22:8,18
24:13 26:14 27:8
36:22,25 39:11
42:16 50:24 52:21
55:13 57:12 59:20
70:2 71:14 74:23
81:14 82:7 90:2
106:14 107:5,10,25
108:12 110:22,25
111:4,22 114:15
116:25 120:16
133:14 135:2

136:17 140:10
142:8 152:14 153:3
173:2 181:12
186:18 194:16
198:7 203:12 209:6
215:5 216:5,21
219:17 222:3
226:22 229:4
242:15 245:7,10
248:11 250:14
252:21 258:10
262:19 265:15
291:4 302:5 314:12
314:19 315:13
316:3,15 333:16
359:6,7
**golinharris** 100:8
142:20
**good** 83:15 108:16
147:19 154:19
166:24 170:12
175:18 206:23
214:15 241:11
242:12 267:25
331:15,18 352:9
361:5
**goodness** 57:14
**gotshal** 3:11 15:24
**gotten** 158:7
**governing** 51:10
**government** 40:10
40:12 44:20 106:25
178:18 180:11
198:5 206:16
228:15 237:18
244:5 257:18
288:10,16 289:4
290:8 292:7 294:11
296:10 338:8
**grade** 299:23
**grading** 155:24
**gradually** 299:10,12
**graduate** 29:17,19
29:22

**graduated** 29:25
316:18
**grandstanding**
149:5
**grant** 182:16
**granting** 200:23
201:2
**grants** 271:21
**great** 169:13 212:2
320:4
**greater** 163:15
**greatest** 61:7
**greedy** 56:6
**green** 81:17,25
195:7
**greg** 65:19
**gregory** 10:13 26:2
26:19 37:3 45:6,7
45:16 54:13 61:22
66:25 73:3 81:11
91:2,3 93:15 100:17
104:18 106:13,21
107:2 114:23 121:9
125:4,21 130:16
131:2,6,10 132:7
137:10 143:14
148:15,15 151:3,14
154:7 155:8 174:4
184:22 187:11,13
205:16,17 208:9,12
211:18 215:13
217:11,12,21
218:21 219:3,3
221:5 223:22,24
224:8,21 226:4
228:18 234:16
241:10 243:22
266:11 267:4 270:3
320:3 340:2
**gregory's** 26:5
224:17
**grind** 114:24
**grocers** 116:17
**grocery** 284:7

**ground** 18:20
**grounds** 48:16 55:6
186:8
**groundwork** 260:5
260:10
**group** 55:2 59:15
65:23 122:25
123:16 161:10
170:23 221:10
251:17,22,24
271:17 298:16,17
312:16 343:20
344:2,5,10 348:7
**groups** 17:14 34:20
56:8 57:17 75:18,19
76:9 167:17 322:9
326:6
**grown** 113:3 209:10
**grubbing** 56:7
**guess** 198:9 206:7
209:20
**guessed** 194:20
**guideline** 36:9
**guidelines** 34:6,9,12
34:15 35:22 36:13
37:18 38:18 41:19
42:2 75:13 78:25
79:9 100:6 117:9,19
117:24 118:6 120:5
137:18,22 167:20
175:23 177:2,21
180:11 184:4
186:10 188:17
193:16 196:23
221:12 226:24
235:16,21,22 238:6
249:21 274:19
275:12 280:2,24
281:2,12,22 282:13
283:6,8 284:5,23
286:5,6 297:11
308:14,22,23 311:3
319:6 320:11 322:8
324:24 325:3,4
343:9,14 344:22

345:5 346:9 347:8
348:16 349:11
**guy** 133:10 213:7,18
**guys** 158:25

## h

**h** 6:11 7:1 8:1 9:1
10:1 11:1 12:1
153:5 364:1
**ha** 226:16,16
**haccp** 179:22 180:8
180:11
**haley** 190:10
**half** 316:11
**halfway** 221:3
**hall** 252:14,16,17
253:7,15,22 256:18
352:12
**hall's** 254:4
**hallways** 255:7
**hamilton** 3:3 16:3,6
**hammonds** 183:11
184:25 185:25
187:6
**hand** 147:16 169:4
245:11 248:11
252:21 258:10
262:19 265:15
361:12
**handed** 21:7 139:11
187:20 189:25
199:16 201:24
202:21 211:14
222:18 226:2
234:14
**handful** 357:16
**handing** 20:7,16
32:19 39:22 59:14
91:19 96:9 115:18
125:2 130:13 132:2
143:11 164:2 166:5
168:20 183:8 193:2
195:3 197:14
204:12 215:25
218:18 229:2 232:8

handle 211:7 299:23
handled 63:2 64:8
handling 256:14
hands 108:16
111:15 224:24
handwritten 106:8
106:22
happen 158:13
happened 111:13
147:11 168:24
212:16 213:15
214:2,17 230:14
249:16 341:22
342:6
happening 74:18
90:23 99:11 110:6
244:3
happens 56:17
179:24 210:9
happy 74:22 197:23
215:9 285:21
harassed 182:6,14
harassment 182:4,8
harbor 311:12
314:4
harboring 314:7
hard 87:24 211:16
hardin 216:11,23
hatch 291:22
hausfeld 2:3 15:14
hausfeldllp.com 2:6
hazard 180:8
315:10 317:3
head 31:5 100:7,8
142:20 156:25
266:23 269:13
270:10
headed 61:20
heading 33:12
249:14
headline 183:13
headquarters
212:18
heads 314:3

health 113:14 315:9
317:3
healthy 113:13
hear 37:7 88:14
89:13 92:5 117:25
169:25 170:2
215:15
heard 24:22,23 25:8
36:21 92:21 103:5,8
121:17,23 122:5
148:24 213:8,21
220:9
heated 213:10
held 14:18 30:18
87:5 126:3 202:8
313:19
hell 107:7 110:24
111:23
help 32:12 68:2,21
87:2 109:22 124:5
129:10,10 139:25
203:14 219:25
285:23 287:7
306:13
helped 23:10 100:6
193:16 345:6
helping 69:19
203:16 241:12
hen 280:18,23
314:22 337:11
348:14 349:10
henhouses 334:25
henning 136:14
henningsen 91:25
hens 76:3 117:10
126:7,15,16 196:13
270:24 299:14
311:12 314:5
316:13,14,15 317:4
335:4 344:9 345:2
hester 269:7
hey 57:2
hi 204:23 209:3
hidden 51:19 52:9
52:10

hierarchy 312:19
high 83:25 241:3
254:6 256:20
257:11 313:9
higher 76:23 77:15
79:8 250:7 277:19
highest 282:6
highlight 209:5
highlighted 264:2
264:13,17
highlighting 264:7,9
highly 1:7 16:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1

138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1,6,11
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1,6 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1,19
259:1 260:1,2 261:1
262:1 263:1,4 264:1
265:1,24 266:1
267:1 268:1 269:1

270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1 320:1
321:1 322:1 323:1
324:1 325:1 326:1
327:1 328:1 329:1
330:1 331:1 332:1
333:1 334:1 335:1
336:1 337:1 338:1
339:1 340:1 341:1
342:1 343:1 344:1
345:1 346:1 347:1
348:1 349:1 350:1
351:1 352:1 353:1
354:1 355:1 356:1
357:1 358:1 359:1
360:1
**hill** 110:10
**hired** 100:10 209:20
**historical** 209:8
**history** 33:15
**hold** 20:8 26:16
31:15 229:12 345:9
**holding** 182:11
**holiday** 72:6
**home** 72:5
**honest** 105:25
**honestly** 134:14
**hongwei** 153:4,6,7
**hope** 95:6 124:4
132:20 186:5

204:24 207:6 210:8
274:20
**hoped** 42:6
**hopefully** 204:23
205:18 206:5
242:16 307:20
**hopes** 234:25
**hoping** 213:25 306:5
**hornets** 155:9
**hosting** 87:2
**hotel** 7:23 10:15
130:8 228:20
**hotmail.com** 5:4
**hours** 346:18
**house** 179:25 235:18
236:6,7 280:19
283:7,14 335:25
336:3,19 337:2
**housed** 336:13
337:11 350:16
351:2,7
**houses** 117:12 311:9
**housing** 332:19,22
**howard** 81:16 82:2
197:20 198:2
**hsu** 182:9
**hsus** 149:20,22
152:15 170:4,19
171:11 176:8
306:15 343:10
**huge** 145:25
**hughson** 91:21,22
94:22
**hugo** 210:11 260:21
261:6
**huh** 32:3 73:24
**humane** 23:14,15,22
24:3 25:19 26:9
27:2 53:8 171:15
172:3 180:2 184:10
186:21,24 187:4
306:4,11 342:16
343:4
**humanely** 197:3

**hurdle** 313:10
**hurley** 4:21 17:2,2
**hurt** 127:25 313:2
**husbandry** 38:18
250:21 256:14
**hutchinson** 3:16,17
16:13,13 20:8 22:8
22:17,25 27:8 28:2
28:7 46:8,22 47:25
48:15 52:21 63:8,12
66:10,21 67:21
225:5 229:17
258:24 259:7,14,21
260:9,15
**hy** 338:6
**hypothetical** 98:14
238:10 239:12
241:6

**i**

**idea** 73:9 237:20
306:11 331:16,19
**ideas** 154:20
**identical** 141:6
**identification** 20:4
21:4 32:16 38:3
39:19 45:12 59:11
59:25 62:5 70:14
73:15 86:9 91:16
96:6 101:13 115:15
121:4 124:23
130:10 131:23
135:18 137:5 139:8
143:8 146:13 148:9
150:18 160:2
163:23 166:2
168:17 173:15
183:5 187:17
189:22 192:23
194:24 197:11
198:13 199:13
201:21 202:18
204:9 208:3 211:11
215:22 218:15
222:15 225:23

228:23 232:5
234:11 245:3
248:16 253:2
258:15 262:24
265:20 267:20
272:7,11 289:17,21
300:12 310:16
317:23 319:11
321:19 323:24
328:18 329:22
339:21 341:4
**identified** 286:10
**identify** 15:8 16:19
32:20 235:18 322:3
324:8 330:4,6
**il** 2:10 4:16
**illinois** 270:19
**illustration** 101:3
**image** 259:6
**immediately** 42:17
68:14 231:22
256:16 291:18
**immunocompetency**
311:16 314:10,14
**impact** 50:3,15
134:16 172:20
188:12 216:21
313:9
**impacting** 113:24
**imperative** 362:14
**implement** 137:17
163:13 175:22
176:25 184:3
200:13 274:14
275:6 316:3 337:4
338:23 339:5
**implementation**
35:24 41:18 98:6
228:6 292:8
**implemented** 35:18
35:22 98:17 155:22
156:13 167:20
178:14 308:13
323:6,9,16

**implementing** 114:5
167:13 274:11
324:24
**implied** 256:5
**implies** 102:11
114:23 117:15
**implying** 102:14
168:13
**important** 90:8
138:16 192:11
339:5
**impose** 195:17
**impressed** 212:20
**improve** 67:9,13
**improved** 135:5
**improvement**
281:18
**improvements**
281:20
**inaccurate** 87:7
**incentive** 25:24
**inches** 117:11 138:2
141:2,3 177:6,11,12
177:13 178:2 236:2
236:4,9 332:19,23
333:3,12,16,18,21
334:4,7,19 335:11
335:14,17,19,21,24
336:4,13,20,25
337:2,7,12 348:15
348:16,18,24
349:10,12,21 351:2
351:4,8,15
**include** 169:4 190:9
221:6 291:13
**included** 181:23
259:3 320:18 321:3
323:13
**includes** 303:9,10
303:12
**including** 126:9
145:16 164:17
308:23
**income** 141:18

**incomplete** 39:12
65:17
**inconsistent** 306:14
**incorporated** 65:5
**incorrect** 123:22
127:16 179:8 335:6
335:12 341:18
342:18,19 348:19
349:6,8
**increase** 52:2 98:19
133:23 134:8
239:22 241:12
276:17 277:12
311:19 315:17
**increased** 41:22
249:22 275:20
304:7 305:4 314:17
**increases** 249:23
311:11,18
**increasing** 41:11
**incredible** 158:20
**independent** 280:8
331:12
**index** 13:1
**indiana** 130:19
230:2 234:21
**indianapolis** 4:22
10:16 228:21 230:2
**indicate** 142:3
326:17
**indicated** 71:24
74:21 219:4,8 223:8
224:9 241:10
268:15 342:15
361:6
**indicating** 122:14
**indicia** 49:14
**indirect** 2:17 15:21
17:15 268:2
**individual** 35:19
36:7 77:10 117:8
123:4 126:24
127:15 137:24
186:15 275:7
279:20

**individually** 55:18
55:19
**individuals** 86:22
88:9 94:20 100:13
128:23 182:13
188:14 296:9
**induce** 344:24
**industries** 185:17
231:19 306:8
**industry** 18:14
23:11,18 24:24 25:2
30:14,17 31:4,7
43:22 54:22 61:8
71:11 74:11,16,21
75:5,7 76:16 77:11
77:24 78:23 84:13
86:4 88:2,4 90:12
90:25 92:7,18 93:10
98:16 102:10 108:6
115:6 117:3 122:3
127:13,14 129:7,8
134:17 149:6,10,12
150:12,25 151:8
152:23 153:22
155:2 157:14,18,20
164:17 166:23,24
167:17 168:12
172:20 175:19
178:6 185:17
186:23 188:13
190:22 191:11
196:10 201:3
207:11,14,17
231:18 236:7,10
237:17 239:19
240:22 241:4
245:21,25 246:15
250:14 254:21
255:3,4 256:11
266:5,16 269:13
288:18,21 294:19
295:3,20,23 296:8,9
296:13,18 302:7
304:4,13 305:11
306:6 310:3,9

316:17 320:5
340:14 346:14
347:13
**industry's** 310:25
**inferences** 217:22
**influence** 24:7
324:25
**info** 133:13
**inform** 147:2
**information** 23:3,19
24:16 27:11,13,16
49:17 52:24 53:3
66:18 99:16 105:2
114:9 127:24 128:3
135:12 164:15
171:11,15,17,22
172:3 178:17 180:7
182:13 191:23
192:4,17 194:15
199:23 200:18
201:6 253:10 268:8
270:6 292:16 346:4
347:15 359:21
**informed** 102:3
190:14
**informing** 164:11
182:10 198:22
327:15
**infringement**
236:24
**infringements**
236:20
**infringing** 237:3
**inherent** 304:11
**inhumane** 256:2
**initial** 71:16 78:10
128:14
**initially** 75:11 76:10
112:4 249:21 341:8
341:10
**initiate** 35:18
178:21
**initiated** 86:4
178:16

initiation 42:2
initiatives 58:15
inject 316:15
injuring 304:19
inline 92:13,14,15
inordinate 304:18
input 158:20 223:14
inside 99:16
insight 254:4
insist 246:2 329:10
insisted 174:8
insolvency 300:3
inspect 257:19
  258:7
inspecting 228:15
inspection 180:12
  288:25
inspector 144:20
instances 247:9
institute 35:5
  179:15 183:11
  185:2 322:7 348:8
institutional 78:24
instruct 27:15 47:3
  53:2 66:13
instruction 13:3
instructions 362:2
insulted 152:9
insulting 181:16
insurance 18:12
integrity 10:14
  195:16 201:13
  228:19 230:6
  231:21 232:19
  253:18 254:20
  255:12
intend 73:11 306:17
intended 100:23
  122:12 129:6
  157:20
intensive 138:9
  140:16 281:7,14,22
  282:23
intent 72:18,25 84:8
  114:2 115:5 129:16

intention 114:22
  127:11 311:4
  314:21
intentional 239:25
intentions 150:11
  154:20
interactions 289:7
interest 105:13
  181:6 325:5 331:20
interested 74:17
  83:7 133:3 306:13
  361:11
interestingly 170:22
interfere 14:9
interference 108:4
  161:17 224:19
interfering 223:9
internal 100:12
  229:23 232:13
  237:7 265:14
internally 54:19
  64:8 294:9 359:14
international 30:24
  116:18 285:14
  286:16,19
interview 338:12
interviewed 185:3
intimidate 189:7
intimidating 104:8
intimidation 104:2
  266:21
introduction 311:17
investigations 56:9
invited 122:24
  136:16 151:17
  152:6,10,12,22
  298:15
inviting 102:6
involve 18:10
involved 18:11
  40:23 41:14 69:7,18
  69:22 97:4 148:21
  217:25 231:17
  255:5 281:9 298:22

129:19 155:3 223:9
intention 114:22
intention...

344:12 357:18
involvement 34:11
iowa 30:6 92:6
  149:6,7 150:25
  151:8 153:11,16,22
  154:4 161:25
  164:18 166:13,18
  168:23 208:11
  252:18
ire 306:7
irrelevant 240:2
irrespective 294:8
irv 60:23
irving 45:19 50:22
  55:14 58:8 188:2
  191:20
isaacson 45:19
  50:21,22 51:5,6
  60:24 188:2,3 191:9
  191:18,20
iso 116:23,23 280:11
  280:14,14 285:17
  286:14,18,18,25
  287:16
issue 42:18 66:21
  74:11 82:20 92:22
  97:11,11 98:24
  102:25 114:19
  126:24 133:6
  138:23 260:6 266:6
  266:14 295:12
  302:5
issues 82:2 154:9
  288:22 309:24
  331:11 340:10
items 281:25

**j**

j 2:3 3:17
j&a 25:4
j.t. 153:23,25 154:3
  154:5 155:7,12,16
  156:9 157:25
  158:23,24

jacobsen 4:15 16:23
  16:23
james 2:3 15:13
  17:12
jamie 173:22 360:7
jan 3:3 16:2 352:10
janice 269:8
january 11:11 41:17
  41:25 42:5 143:14
  195:5 272:5,13,23
  357:9
jason 4:3 16:9
  309:11 324:7
jcklippen 5:4
jeff 121:12 136:14
  216:11,23 269:3
  316:19
jeffrey 99:22 121:10
  309:20
jenner 2:8 15:16
jenner.com 2:11
jeopardize 141:18
jim 136:15 154:2
jmckenney 4:6
job 32:6 71:8 129:2
  129:4 288:13 320:4
jobs 87:23 88:6
john 5:3 45:20
johnson 115:22
  116:3
join 134:24 354:16
joined 306:3
journals 281:11
joy 149:21,24 150:5
  208:9,12,25 209:3
  210:20,25 211:4
  269:4
joyer 324:16 325:22
  327:6
jpizzirusso 2:6
judging 326:9
judgmental 196:5
july 208:10 211:19
  291:17 322:13

**june** 67:2

**justice** 56:7 58:10
292:21 293:9
294:24

**justice's** 292:11

**justify** 224:22

**k**

**k** 2:4 4:9 17:24

**kansas** 269:10

**karen** 322:6 325:25
326:11,21 327:6,10
327:15,23,25

**keep** 155:18 242:18
251:18 254:10

**keeping** 230:24
311:8

**keeps** 108:10,10

**kellogg** 2:12 15:18
242:14

**ken** 10:13 16:16
26:8 72:10 82:6,17
83:12,15 84:3 85:12
95:6 97:3 102:5,10
106:22 107:8,10
108:9,12 111:2
121:13 126:3,6
128:25 137:14
148:25 151:3,17
152:7 160:7 169:4
170:2,8,9,10,22
183:20 184:17
205:17,24 207:10
208:13 210:21
228:18 234:24
251:13 252:4
270:18

**ken's** 126:22 170:5

**kenneth** 1:12 6:3,15
15:4 16:1,17 17:5
17:24 18:1 19:1
20:1,3 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1

35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1

186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1,21 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1 307:1
308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1 319:1

320:1 321:1 322:1
323:1 324:1 325:1
326:1 327:1 328:1
329:1 330:1 331:1
332:1 333:1 334:1
335:1 336:1 337:1
338:1 339:1 340:1
341:1 342:1 343:1
344:1 345:1 346:1
347:1 348:1 349:1
350:1 351:1 352:1
353:1 354:1 355:1
356:1 357:1 358:1
359:1 360:1 363:10
364:25

**kentucky** 271:2

**kept** 111:19 117:11
161:13 183:23
210:4

**kevin** 190:10

**kicking** 155:9

**killing** 34:21

**kin** 361:11

**kind** 23:6 43:25
44:4 96:21 108:11
119:24 134:16
147:13 161:19
182:22 185:22
189:17 197:5 217:5
221:15,18 247:24
347:17

**kinds** 120:2 238:24
244:12

**king** 1:13 14:19 80:2
80:6

**klippen** 1:12 5:3 6:3
6:15,15,16,18,19,20
6:22,23 7:5,6,8,9,11
7:12,14,15,17,18,20
7:21,23 8:5,6,8,9,11
8:12,14,16,17,19,20
8:22,23 9:5,6,8,9,11
9:12,14,15,17,18,20
9:22,23 10:5,6,8,10
10:11,13,13,18,20

**[klippen - know]** Page 30

10:21,23,24 11:5,6
11:8,9,11,13,16,18
11:20,22,23 12:5,6
12:8,9,11 15:5 16:1
16:15,15,16,17 17:5
17:12,24 18:1 19:1
19:22 20:1,2,3 21:1
21:2,8 22:1 23:1
24:1 25:1 26:1,8
27:1,12 28:1 29:1
30:1 31:1,17,19,23
32:1,2,5,7,15,20
33:1 34:1 35:1 36:1
37:1,25 38:1,7 39:1
39:14,16,23 40:1
41:1 42:1 43:1 44:1
45:1,10,16 46:1
47:1 48:1 49:1 50:1
50:25 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1,9,15
59:23 60:1,5 61:1
62:1,3,9 63:1 64:1
64:14 65:1 66:1
67:1 68:1 69:1 70:1
70:12,19 71:1,15
72:1,10 73:1,13,19
74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
86:1,7,13 87:1 88:1
89:1 90:1 91:1,14
91:20 92:1 93:1
94:1 95:1,6 96:1,4
96:10 97:1 98:1
99:1 100:1 101:1,11
101:17 102:1,5
103:1 104:1 105:1
106:1,23 107:1,18
108:1 109:1 110:1
111:1 112:1,18
113:1 114:1 115:1
115:13,19 116:1
117:1 118:1 119:1
120:1 121:1,2,8

122:1,7 123:1 124:1
124:2,21 125:1,3
126:1,3 127:1 128:1
129:1 130:1,5,6
131:1,21 132:1
133:1 134:1,22
135:1,14,16 136:1
137:1,3,9,14 138:1
139:1,6,12 140:1
141:1 142:1 143:1,6
143:12 144:1 145:1
146:1,10,17 147:1
148:1,7,13,25 149:1
149:2,25 150:1,16
150:22 151:1,18
152:1,7,16 153:1
154:1 155:1 156:1
157:1 158:1 159:1
159:24 160:1,6,7
161:1 162:1 163:1
163:21 164:1,3
165:1,24 166:1,6,18
167:1 168:1,15,21
169:1 170:1 171:1
171:10 172:1 173:1
173:12,19 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1,3
183:20 184:1 185:1
186:1,6 187:1,15,21
188:1 189:1,20
190:1,2,15,18 191:1
192:1,21 193:1,3
194:1,22 195:1,4
196:1 197:1,9,15
198:1,11,17 199:1
199:11,17 200:1
201:1,19,25 202:1
202:15,22 203:1,9
203:15 204:1,7,13
205:1,18,24 206:1
206:19 207:1,25
208:1,7,13 209:1,19
210:1,5,6 211:1,9

211:15 212:1 213:1
213:13 214:1 215:1
215:20 216:1 217:1
218:1,13,19 219:1
220:1 221:1 222:1
222:13,19 223:1
224:1 225:1,21
226:1,3,16 227:1,15
228:1,17,18 229:1,3
229:9 230:1 231:1
232:1,3,9 233:1
234:1,9,15 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
244:23,25 245:1,11
246:1 247:1 248:1
248:12,14 249:1
250:1 251:1 252:1
252:22,24 253:1
254:1 255:1 256:1
257:1 258:1,11,13
259:1 260:1 261:1
262:1,20,22 263:1,5
264:1 265:1,16,18
265:24 266:1 267:1
267:18 268:1,18
269:1 270:1 271:1
272:1,4,18 273:1
274:1 275:1 276:1
277:1 278:1 279:1
280:1 281:1 282:1
283:1 284:1 285:1
286:1 287:1 288:1,6
289:1,13,24 290:1
291:1 292:1,15
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1,9,15
301:1 302:1 303:1
304:1 305:1 306:1
307:1 308:1,10
309:1,10 310:1,14
311:1 312:1 313:1
314:1 315:1 316:1

317:1,20 318:1,3
319:1,9,15,24 320:1
321:1,17,22 322:1,3
323:1,22 324:1,4
325:1 326:1 327:1
328:1,16,22 329:1
329:20 330:1,2
331:1,12 332:1,14
333:1 334:1 335:1
336:1 337:1 338:1
339:1,19 340:1
341:1,2 342:1 343:1
344:1 345:1 346:1
347:1 348:1,6 349:1
349:14 350:1,24
351:1 352:1,9 353:1
354:1 355:1 356:1
357:1,7,21 358:1
359:1 360:1,7
363:10 364:25
**klippen's**   22:20
    105:12 151:4 169:5
    176:15 203:10
    234:24
**knew**   50:22 54:5,9
    72:3 79:11 100:19
    101:8 113:2 117:23
    131:9 142:2,2 182:8
    185:3 237:14
**knight**   149:16
**know**   17:18 18:24
    19:5,9 26:2,15
    28:10 34:16 38:22
    38:25 39:7 43:23,23
    43:24 44:10 46:14
    46:17 47:6,13,16
    48:6 55:11 57:20
    58:20 59:20 61:9
    62:14,19,22 63:3,19
    64:20,23 65:9,12,19
    69:2 71:18 72:12
    80:16,19,24 81:2,5
    81:11,18 83:5 90:3
    91:22 92:8 93:14
    97:16 98:21 99:2,10

99:23 104:7 107:6
111:3 113:22
114:10 115:22
118:25 119:7
121:24 125:6 132:7
134:15 135:4 144:9
144:11,17 146:7,7
148:18 149:7 153:7
153:14 154:13
155:12 156:14
169:10 171:12
172:6 183:16,25
184:2 189:15 193:5
194:4,6 196:25
198:2 205:13
209:11,19 210:23
210:25 211:4,4,5,5
211:16,25 212:4,25
216:23,24 217:4,12
217:16 223:17,19
224:2 226:5 227:2
228:5 234:3,17
235:2 236:21
238:11,12 252:14
254:8 256:18,23
257:5,9 259:10
264:5 268:5 269:2
300:5,20 309:20
313:12 318:9
323:16 324:16
328:10,22 337:25
338:3,5 346:18
351:11 353:23
354:2,3 357:17
**knowing** 21:19
48:21 87:10 256:9
**knowledge** 25:15,21
39:5 67:19 87:15
145:2,6,9 278:21
287:13 294:20
295:19 296:12
300:15,18 305:16
308:19 309:14
322:19 325:19
356:11

**knowledgement**
174:17
**known** 131:8 191:17
310:2,8,10,10
313:18
**knows** 57:14 210:23
253:17
**koelkebeck** 270:18
344:16
**kowalchik** 5:9 14:13
**kraft** 2:12 15:18
242:14
**kreher** 96:13
**krouse** 234:16,17
291:11
**kurt** 96:13 99:18
100:12,20 101:4

**l**

**l** 5:8 6:15 17:24 20:3
**label** 184:9 274:18
**labeled** 120:9
143:13
**lack** 320:21 325:18
**lacked** 253:18
**lacks** 46:20 47:23
50:5,18 52:14 62:17
63:10 64:2 79:23
80:14,22 81:6 97:22
119:5 134:10
193:25 231:14
233:22 254:24
256:25 257:13
269:21 271:13
297:19
**laid** 133:21 196:13
280:18
**lake** 25:6
**land** 174:5,10
182:16
**language** 111:24
**large** 159:11 181:12
296:20 297:3,14
346:5

**larger** 297:3 299:15
300:2
**largest** 138:17,21
**lastly** 190:14
**late** 189:13
**lately** 174:9
**launched** 56:10
330:19
**law** 50:21 51:4
58:10 81:24 110:12
189:7 190:16
219:10 299:25
306:22 343:13
**laws** 51:9 224:21
**lawsuit** 24:11,17
26:11 27:24 171:16
171:24 217:24
218:7,8 219:6
220:10 231:2
263:25
**lawyer** 107:11 219:9
231:15
**lawyers** 56:13
**lay** 133:21 260:5
303:13
**layer** 270:24
**layers** 76:2 133:20
137:23 150:8
177:13 188:18
**laying** 68:6 126:16
312:19 317:4
**lead** 206:15 207:8
272:22
**leader** 206:20
**leaders** 75:5 76:16
134:21 161:10
**leadership** 94:2
**leading** 80:14 98:10
112:17 121:25
195:24 237:8 238:9
238:20 241:7,17
255:2 271:15
277:24 284:12
302:17 323:17

**leap** 241:15
**learn** 167:18 176:2
209:25 228:4
**learned** 174:21
221:4 339:4 340:15
**learning** 196:25
**leave** 31:10 33:14
70:21 115:10,10
129:6 157:7,20
162:16,19 204:24
205:18 206:5
**leaving** 103:15
109:3 114:14
121:13 159:22
171:12
**led** 57:14 61:3 75:7
239:21 244:14
282:5 300:3
**lee** 214:8,12 220:22
220:22,23 221:2
232:14 263:17
265:10,11
**left** 31:9 36:7 37:13
65:4 70:18 77:10
82:3 103:17 104:20
111:8 129:6 148:20
157:5,19 159:19
170:24 172:11
198:6 242:22,24
279:12 323:12
355:15 356:5,8,13
356:15,25
**leg** 304:7 305:4
**legal** 45:20 48:14
55:8 58:5,16
**legally** 160:18,23
161:24
**leghorns** 177:12
178:2
**legislation** 33:23
44:18
**length** 145:18 165:9
**lengths** 82:8
**lengthy** 117:6
147:18 150:23

153:19 176:20,22
**lesser** 226:25
**lesson** 339:4 340:9
**letter** 6:23 7:6,15
8:12 9:6,8,12,17
11:18 12:6,9 45:18
46:2,5,13 56:25
57:8 58:22 59:10
60:22,23 62:4,10
66:25 67:4 86:3
101:12,21,24
104:13 136:13
137:10 138:13
143:7,13,18 144:18
183:4,10,16 186:3
187:16,25 188:9,11
190:9 191:9,16,22
194:23 195:5,7
199:12 222:24
223:13 292:10
293:8 301:23
310:15,19 328:17
328:21 329:18
339:20,24 340:8,19
356:18 359:15
**letterhead** 138:13
**letters** 102:4 191:10
**level** 34:9 145:12
164:25 275:23
**levine** 3:3 6:9 16:2,2
39:11 50:24 52:13
58:25 67:15 73:6
77:18 85:24 94:4,11
94:14 97:18 98:9,13
99:9 104:9 105:23
109:11 112:16
165:4,16 167:24
175:2 193:24
194:16 195:23
214:5 216:5 220:16
229:4,10 231:10,13
233:24 237:11
238:8,19 239:9,12
239:17 240:10
241:5 254:22 255:2

256:24 257:12
258:2,20 260:2
271:12 276:19
285:4,8 292:14
293:14 294:3,14
295:14 297:20
305:25 346:23
352:8,10 354:14,21
357:6 358:20
359:18,25
**levinej** 3:7
**liabilities** 58:6
**liaison** 289:9
**license** 174:5 307:10
**lid** 93:22 94:2
**life** 182:5
**light** 195:16
**lightning** 147:13
**liked** 231:8,21
**likelihood** 218:8
**limit** 167:5
**limitations** 308:25
**limited** 156:2
191:23 299:22
**linda** 1:15 15:10
71:17 72:2,3 81:18
**line** 13:4,11,17,22
78:11 95:5 110:18
158:24 161:2 195:9
260:23 364:4
**lines** 166:21 170:11
294:25
**linkedin** 32:25
**liquid** 78:23 174:6
**list** 38:13 110:19,20
130:16 131:6,16
188:5,5
**listed** 160:15 259:9
**listen** 111:2 142:7
169:8
**listened** 169:19
230:19
**lists** 290:14
**literature** 196:8
303:17,23

**litigation** 1:3 14:23
18:8,9 21:25 25:16
25:20 28:14 145:21
146:25 190:20
191:6 302:8 364:2
**little** 29:12 72:19
128:22 133:9
137:25 177:5 213:9
219:12 220:6,6
221:3 242:20 277:7
280:13 281:8
292:25 313:11
**live** 118:20 228:12
**lived** 228:14 245:17
**lives** 227:24
**llc** 4:17 16:24 31:17
146:22 183:23
190:15,19 203:20
**lloyd** 139:19 143:14
195:6
**llp** 2:3,8,14 3:3 4:14
15:14,21
**lobby** 306:24
**lobbying** 159:3
**lobbyist** 288:17
307:7,10,14
**located** 14:18 64:25
130:19 150:6
**location** 69:21
**logan** 3:5
**logo** 75:22,25
175:24 184:8
220:10 327:25
**lol** 174:7
**london** 30:23,25
**long** 30:13 31:18
43:23 49:19 104:18
140:7 177:23
205:12,13,15
218:20 225:15
269:12 333:25
**longer** 19:17 33:25
66:2,5 67:7 91:9
99:15 102:11
220:24 298:18

300:19 346:19
**look** 65:6,15 68:15
75:9 104:14 131:17
135:7 180:19 186:4
190:24 204:16
205:10 264:6,8
279:7 322:10 357:8
**looked** 96:12 224:11
**looking** 64:16,17
67:2 98:24 106:2
127:2 158:16,22
213:19 219:19
241:16 325:22
326:19 328:4
**looks** 59:17 64:15
64:18 65:7 81:13
83:9 99:18 130:15
181:7 200:16
263:16 359:2
**loop** 251:18
**lose** 334:20
**losing** 316:7
**loss** 113:8 145:23,25
**lost** 90:14 216:13
337:15,20 338:10
338:11
**lot** 126:2 135:8
237:6 241:11
253:16 281:6
285:18
**low** 245:8 273:10
283:11
**lowell** 251:10
**lower** 69:3 275:14
277:19 304:19,25
**lunch** 107:9
**lunds** 338:4

---

| m |
|---|

**m** 3:11 4:9,21 65:19
81:10,11
**machine** 361:8
**madness** 83:2
**magazine** 23:17,18
98:16 239:20

**magwire** 81:16 82:3 197:20 198:3
**mahard's** 212:24
**mail** 7:8,9,11,12,14 7:17,18,20 8:5,6,9 8:11,16,17,19,20,22 8:23 9:5,9,11,14,15 9:18,22,23 10:5,6,8 10:10,11,18,20,21 10:23,24 11:5,6,8,9 11:22,23 12:5,8 65:18 70:12 71:16 73:13,21 81:10,16 83:10 86:7,21 88:8 91:14,20 93:12,12 96:4,12,18 99:19 100:12 101:5 115:13 116:8 121:3 121:8 124:22 125:4 125:17 126:2 131:21 132:5,6,13 135:15 136:23 137:4 139:7 148:8 148:14 150:16,23 151:15 153:14 155:15 159:25 160:7 162:5 163:22 164:4 165:24 166:12 168:2,13,15 168:22 171:8 173:12 174:3 189:20 190:5 192:21 193:4 197:9 198:12,17 201:19 202:5 204:7,14,15 207:25 208:8 209:18 211:10,17 215:20 216:3 218:13,20 219:2 222:13 225:21 226:4 232:3 234:10 234:15 244:25 245:12 247:18 248:2,14,25 249:17 251:7,8 252:5,11,24

253:6,15 258:13 260:18,24 261:12 261:16 262:22 263:6,17,20 265:18 265:25 267:19 268:9,11 319:9,23 320:2,15 321:17,24 322:3,5,11,11 323:22 324:23 326:10,16 327:12 327:13,24 328:3 329:20 330:8,13,21
**mails** 86:14 319:16 324:5,13
**main** 34:25
**maine** 4:6 16:12 99:20 309:12
**maintain** 83:25 291:17 333:10,12 341:19
**maintaining** 296:19
**major** 185:10,12,20 226:20
**majority** 166:21 236:7
**making** 120:4 142:12,19 158:19 159:11 161:9 164:13 283:10 319:4
**manage** 273:12
**management** 40:4,7 116:24 147:24 157:11 285:18 286:23 292:23 316:2 342:10
**manager** 213:4
**mandate** 53:15
**mandated** 77:12 78:13
**mandates** 285:12
**mandating** 54:22 334:4
**maneuver** 277:9

**manges** 3:11
**manner** 233:13 295:12
**mannerisms** 94:17
**march** 33:8 71:17
**marching** 266:6,14
**mark** 19:23 132:25 133:5 136:15,16 138:18 253:7 279:15,23 310:12 319:14 328:13 339:13 340:23
**marked** 6:13 7:3 8:3 9:3 10:3 11:3 12:3 13:21 20:4 21:4,8 32:16,20 38:2,7 39:18,23 45:12,16 59:11,15,25 60:5 62:5,9 70:13 73:15 73:19 86:9,13 91:16 91:20 96:6,10 101:13,17 115:15 115:19 121:3,8 124:22 125:3 130:9 130:14 131:23 132:3 135:17,22 137:4,9 139:7,12 143:8,12 146:12,17 148:8,13 150:18,22 159:25 160:6 163:22 164:3 165:25 166:6 168:17,21 173:14 173:19 183:5,9 187:17,21 189:22 190:2 192:23 193:3 194:24 195:4 197:10,15 198:12 198:17 199:13,17 201:21,25 202:17 202:22 204:9,13 208:3,6 211:10,15 215:22 216:2 218:15,19 222:15 222:19 225:22

226:3 228:22 229:3 229:6 232:5,9 234:10,15 244:23 245:3 248:12,16 252:22 253:2 258:11,15 259:24 262:20,24 265:16 265:20 267:20 268:4,15 272:6,10 289:17,20 300:11 310:16 317:22 319:10 321:19 323:24 328:17 329:22 339:20 341:3
**market** 36:11 117:22 118:2 127:6 133:10,24 134:2 138:18,21 156:2 167:18 183:20 216:22 235:3,6,13 276:25
**marketed** 78:18 251:4
**marketer** 174:18
**marketers** 3:9 16:8 64:20,21 67:6,12 68:21 352:11
**marketing** 35:4 40:22 49:5 67:5 78:17,21 116:2 117:14 156:23 167:11 174:19 179:15 180:25 181:16 183:11 184:7 185:2 188:14 232:15 251:3 264:24 265:13 275:25 290:22 293:24 294:12,21 295:7,11,13 322:6 338:7
**marketplace** 127:3 224:18 324:25

marking 318:2
324:3 329:25
marriage 206:23
marriott 7:23 10:15
130:7 228:20
marry 286:24
mart 118:5 143:2
212:9,12,12,18,21
213:4,7,22 214:4,10
214:24 215:6,14
216:12,13,18,20
217:6,11,13,15,18
217:21,22,24
219:18 220:3
221:21 223:15
225:3 227:2,9,10,16
227:24 228:3,5,8,13
234:25 235:8
236:13 247:5 286:2
329:9,12,17 345:18
345:19,21
mart's 329:6
maryland 10:15
228:20
massachusetts
81:24
master 29:25
match 313:8
material 23:19
25:14 26:20
materials 23:6,21
matter 25:11 49:23
74:25 330:20
matters 190:18
maximize 113:6,16
278:22 309:16
316:4
mcdonald's 79:25
80:5 337:22 338:10
mcgriff 10:7 148:14
148:17 166:9
170:17 211:18
215:21 216:3
mckenney 4:3 6:8
16:9,9 24:18 26:22

29:6 33:16 43:17
45:23 46:19 47:8,18
47:22 48:9,13 50:4
50:9,17 55:7 57:5
58:23 62:16 63:6,10
63:22 64:2 69:5
79:22 80:13,22 81:6
84:18 85:18 94:5
97:21 98:11 103:10
103:21 104:10
119:4,13,22 120:6
128:19 134:9
233:21 239:2,10,15
246:10,23 253:24
254:23 269:20
271:14 276:22
277:23 278:7,11,16
278:19 282:16
284:10 297:18
301:20 302:16
309:9,11 310:6,18
312:4,10 315:6,19
317:10,25 318:7,8
318:21,22 319:13
319:20,22 320:25
321:7,21 324:2,10
324:12 325:24
326:15 327:9
328:13,20,25 329:4
329:24 332:2,13
336:9,16,18,23
337:19 339:10,13
339:16,23 340:4,6
340:23 341:6
346:20,25 347:20
348:5 349:25
350:10 351:21
mckinney 4:4
mcleod 81:17,23
106:23 107:2 195:6
206:6 207:23
mcleod's 81:22
107:23
mcnamara 81:17
82:4

md 1:4 15:3
mdl 1:4 15:3
mean 18:24 28:16
31:14 44:4 76:5
77:2 78:20 90:16
113:7 128:13 140:3
141:19,23 142:13
174:16 201:4 205:2
226:17 245:23
260:11 266:13
327:16
means 206:8,14,19
266:20 275:12
meant 97:16 140:24
236:21 273:25
measurements
348:23
meat 180:12
mechanism 114:4
276:9 353:19
media 75:18 112:6
282:21
medication 19:12
medina 210:6,10,11
210:13,23 260:21
261:5,6,14 262:3,4
262:18
medina's 261:23
medium 298:12
meet 68:13 107:9
128:5,16 177:9,9
186:10 219:9
227:12,18 244:4
287:6
meeting 11:13 41:25
44:21,24 60:16
74:11,23 75:3 83:7
86:5 87:2,5 92:5
94:24 95:2,13 97:12
101:6 102:7,8
103:13 105:5,17
107:17 108:18
109:7 111:10,14
116:6,10 117:8,18
117:23 121:11,24

122:5,16,24 125:23
126:3,15,18 128:14
130:21 131:3,7,17
132:19,23 133:4
164:11,22,22
193:14,22 194:7,11
194:12,18,19
195:10 202:7 214:3
214:4 230:15
244:14,15,18
289:14 290:2,3,15
290:17 291:6 292:3
318:24 356:21
meetings 44:16,19
51:14 54:8 76:11
88:22,25 89:5 90:14
90:18 93:8 94:10,19
97:6 101:9 102:18
104:20 128:6
182:10,11 255:6
266:23 290:10
295:4 345:8 355:16
356:5,8,12,24
member 60:12
61:16 65:10 93:24
114:10 124:4
159:13 162:22
217:17 224:23
225:2,10 233:3,4
331:10 340:17
346:9 347:6 352:14
352:15,18,19 353:2
353:11,12 354:9
member's 291:15
members 42:15
48:24 49:8 50:15
51:11,12,25 52:6
57:2,19 58:7,12
60:15 62:10,23
63:15,19 70:23
71:11 78:18 83:3,6
85:4 94:13 101:25
101:25 104:8,13
105:9 110:10 122:4
124:17 129:8

138:25 142:14
149:20 185:10,19
224:23 233:9,13,16
233:19 244:6 251:4
268:24 269:18
270:14 271:10
284:20 288:19
291:12 295:4,5
355:23
**membership** 55:3
65:13 142:18
148:21 166:22
225:8,11 232:21
233:5,8 354:7
**memberships** 49:21
50:2 225:13
**memo** 6:19 7:5 38:2
38:8 42:15 59:24
60:7,19 61:17,19,25
164:9
**memorandum** 6:20
39:17
**men** 158:10
**mench** 149:21,24
150:5 208:9,25
211:5 269:5
**mended** 156:7
**mention** 82:21 88:8
176:11 281:9
**mentioned** 70:25
100:16 104:16
129:24 148:24
149:21 171:5 176:7
193:6 200:6 238:16
283:18 309:19
**mentions** 194:14
208:12
**mere** 161:6
**meridian** 4:21
**message** 58:2
**met** 110:8,10 139:19
194:8 280:4 309:10
335:15 352:12
**method** 113:11
282:14

**mfi0001880** 7:7 62:4
**mfi0001881** 7:7 62:4
**mfi0002727** 10:23
248:15,19
**mfi0002728** 10:23
248:15
**mfi0005090** 8:19
159:25 160:6
**mfi0023367** 268:16
**mfi0023387** 11:10
267:19
**mfi002388** 11:10
267:19
**mfi0042703** 9:21
202:16
**mfi0042704** 202:22
**mfi0042705** 9:21
202:17
**mfi0057375** 11:12
272:6
**mfi0064099** 9:16
198:12,17
**mfi0064112** 8:21
163:22 164:3
**mfi0064584** 8:7
135:15,23 136:6
**mfi0064585** 8:8
135:16,23 136:7
**mfi0064592** 8:8
135:17
**mfi0064600** 9:17
199:12,17
**mfi0064606** 9:17
199:12
**mfi0067366** 11:12
272:6,14
**mfi0118413** 10:22
245:2,10
**mfi0118414** 10:22
245:2
**mi** 2:16
**michael** 3:14 15:24
64:7 125:10,15
126:9,17 129:15
160:14,15 164:5,10

198:22 226:6 243:9
244:9,16 245:16
308:11,18
**michigan** 4:15 29:14
29:24 100:3 269:4
269:10 271:3
**microcassette** 169:7
**microphones** 14:5,9
**middle** 19:6 88:15
90:10 155:10
223:21 357:23
**midwest** 4:24 17:3
234:20
**mike** 10:6 81:17,22
83:9 107:2,5,13,23
148:14,17 166:9
167:4,22 168:4,22
170:17 195:6 206:6
207:5,23 211:18
212:23 215:21
216:3 226:4,5,6,9
226:11,13 227:6
**milberg** 2:14 15:21
**milberg.com** 2:17
**miller** 81:23 106:24
**million** 110:7 126:7
126:16 133:20
135:6 155:25
227:20 243:22
**mills** 2:12 15:19
242:15
**mind** 216:25 285:2
**mine** 296:11
**minimize** 304:14
**minneapolis** 18:8
190:16
**minnesota** 25:5,6
**minute** 130:22
156:23 213:20
229:5 249:9 258:20
**minutes** 11:15 154:8
202:7,9,12 267:9
289:16 290:3,9
291:6,9 307:19

**miscellaneous** 42:24
**mischaracterization**
215:16
**mischaracterizes**
33:17 238:9 239:13
240:11 276:20
317:7 327:4
**mischaracterizing**
186:22
**misguided** 240:21
**misleading** 82:19
145:21 154:22
188:15 193:25
239:13 240:11
250:24
**misread** 160:21
**misrepresent** 127:3
**misrepresented**
90:22
**misrepresenting**
82:20 127:22
**missing** 216:4
**misstated** 63:13
**misstates** 63:9 98:12
112:18 317:6
**mistake** 159:5
300:24
**mistaken** 226:11
**mitch** 100:7,8
142:20
**mix** 315:24
**mixing** 311:9 315:15
**mn** 3:18 5:4
**moark** 4:17 16:24
173:20
**moark0005719** 9:5
173:13
**moark0005722**
173:14
**moark0035607** 8:15
146:11,17
**moark0035610**
146:12
**mockery** 144:5,23

modesto 223:3
modifications 43:8
modified 105:18
molt 117:14 123:7
  123:22 283:11
  291:18 344:25
molting 35:10
  179:12
molts 76:3,3 179:5
moment 268:6
  269:14 280:18
  288:7 290:23
  319:16 321:23
  324:4
moments 230:20
monday 155:9
monetary 271:9
money 28:5 56:6,14
  109:23 110:12
  133:17 142:11,19
  314:22
monies 243:19
monitor 227:24
monopoly 201:2
month 311:7
months 345:14
morning 155:9
  162:23 242:21
  331:5
morris 4:8 115:21
  116:4 117:3 122:23
  128:6 142:3,6
mortality 181:13
  311:8,19 314:17
motion 41:24 42:14
  291:10,24 292:2,8
  292:13 293:12,23
  294:6
motions 291:7
motivated 240:8
motivating 320:4
mouth 214:20
move 68:22 153:19
  171:7 252:13
  305:10 359:22

moved 30:25 291:10
  304:13
movement 243:21
moving 69:16,18
  76:19 151:14 153:2
  155:15 205:9
  226:17 305:8
mueller 45:20
multiple 299:16,16
murdock 151:2
mutually 43:7

**n**

n 2:1 3:1 4:1 5:1,8
  6:1 17:25 138:17
  153:4,5 277:2
naive 159:2
name 14:13 15:4
  17:12,21 28:24 32:2
  89:7 130:25 153:4
  176:17 214:8
  216:24 221:11,17
  230:3 242:12
  267:25 269:5
  301:16,19,25 302:9
  302:14,22 309:11
  345:22 352:10
named 348:8
names 82:5 181:22
  182:2,13 189:17
  218:2 338:12
nation 282:2
nation's 146:2
  207:11 282:21
national 33:23 34:3
  35:5 84:21,22
  116:17 165:21
  179:16 185:15
  204:21 206:4
  298:14,19,24 299:6
  299:9,24 300:16,22
  300:25 301:6,16
  302:24 306:10,22
  343:13

naturally 52:2 58:2
nature 78:9 129:22
  168:12 215:2
nccr 81:2 116:16
nccr's 324:23
nearly 97:12 190:19
nebraska 92:2
necessarily 71:12
  94:24
necessary 198:24
  240:23 250:18
  281:4 283:22
  286:23 362:5
need 19:4 20:9 43:3
  67:25 69:9,24 75:6
  80:11 120:13 129:9
  172:24 206:17,21
  212:25 221:25
  231:3 233:11
  236:18 260:12
  343:24
needed 104:4 129:4
needs 102:12 128:25
  177:10
negative 135:7,8
  172:20 216:21
  312:14
negotiated 340:13
neither 90:25
  152:20 158:6
  210:14 361:10
nerve 253:16
nest 155:9
nestle 2:12 15:19
  242:15
never 53:22 57:7,8
  59:6 69:6 111:23
  124:18 138:6 158:8
  172:21 176:11
  187:9 191:5,5 228:8
  233:14 237:13
  238:16 246:15
  294:12
nevertheless 83:23

new 14:14 61:3
  74:12,17 96:16
  102:9,21 114:16
  122:2,8,11 123:4
  156:4 165:21 273:2
  273:18 275:5
  340:11 358:2
news 334:24 337:14
  338:16,18 341:9
newsletter 11:11
  73:21 74:4 87:4
  99:13 105:12
  146:25 148:4 272:5
  272:13 279:9 282:9
  355:24 357:9,11,20
newsletters 99:6
newspapers 189:13
nl 45:17
nl002449 7:5 59:24
  60:6
nl002450 7:5 59:24
nl01185714 9:10
  189:21 190:2
nl01185717 9:10
  189:21
nl0119473 6:22
  45:11
nl01199471 6:22
  45:11,18
nolan 308:4
non 71:20 72:3,21
  118:16 119:3,12,16
  145:5,8 196:5 233:9
  266:19 277:5 295:5
  308:15 334:5
  336:17
nonsense 221:18
norco 4:18 16:25
normal 290:6
north 2:9 4:21
  270:22
notary 1:16 361:4
  361:16 363:17
note 14:4 122:5
  151:3 263:25

290:13 320:14 327:7

**noted** 362:12 363:5

**notes** 106:8 230:9 360:3

**notice** 6:15 20:3,11 20:17 75:2 86:2 261:17 361:6

**noticeable** 72:6

**notify** 154:10

**novak** 2:14 6:6 15:20,20 135:24 267:24 268:2 270:4 272:9 277:11 278:2 278:9,12,17,25 283:24 284:14 285:5 286:7 287:18 288:5 289:19 292:24 293:20 294:7 295:8,17 297:8 298:3 300:14 302:10 303:3 305:15 307:16

**novel** 312:24,25,25 313:15

**november** 45:19,22 125:5 132:18 154:9 166:13 291:21

**nucal** 11:19 310:15

**number** 6:13 7:3 8:3 9:3 10:3 11:3 12:3 15:3 22:20 31:7 38:7 40:16 68:5 70:4,10 74:20 76:14 78:2 89:2 120:18,24 131:9 136:18 137:23 151:23 173:4,10 222:5,11 242:7 249:2 264:19 268:9,16 287:22 288:4 289:2,22,23 304:14,18 318:20 332:5,12 340:5 345:13 357:13

**numbers** 126:15 133:10,15 255:5 272:14 349:2

**numerous** 181:10 182:10 218:6 283:19 345:10

**nutrition** 82:4

**nutshell** 280:16

**nw** 2:4 3:12 4:9

**o**

**o** 5:8 153:5 219:2,2

**o'brien** 251:9

**o'hare** 7:23 130:8

**o'lakes** 174:5,11

**oath** 337:10

**object** 27:9 39:11 46:22 48:15 50:7,25 52:13,22 64:10 66:10 67:15 73:6 77:18 95:20 120:8 161:9 175:2 193:24 194:16 195:23 198:25 200:3 214:5 216:5 220:16 229:4 231:10,13 237:11 238:19 247:20 252:9 256:24 257:12 258:2 264:14 285:8 292:14 293:13 296:21 297:15 305:25 344:6

**objected** 118:25 246:3 247:18 248:2 315:2 344:2 359:4

**objecting** 76:14 143:19 248:9

**objection** 24:18 26:22 28:2,7 29:6 33:16 34:19 43:17 45:23 46:8,19 47:18 47:22,25 48:9,13 50:4,17 55:7 57:5 58:23 62:16 63:6,8

63:22 69:5 79:22 80:13,22 81:6 84:18 85:18,24 94:4,5,11 94:14 97:21 98:9,11 99:9 103:10,21 104:9,10,23,25 105:23 109:11 112:16 119:4,22 128:19 134:9 160:20 165:4,16 167:25 171:20 225:5 233:21,24 237:9 238:7,8 239:2 239:9,10 240:10 241:5 246:10,23 248:4 253:24 254:22,23 259:12 259:19 260:14 269:20 271:12,14 271:20 276:19,22 277:23 278:7,11,16 278:19 282:16 284:10 285:4 293:15 294:3,14 295:14 297:20 301:20 302:16 303:24 310:4 312:8 313:22 315:11 317:5,17 320:20 325:17 326:12 327:2 331:21 336:5 336:21 337:17 339:7 354:12,18 357:3 358:24 359:16,19

**objectionable** 54:25 55:5 90:11 113:20 245:22 344:10

**objections** 37:13 47:8 53:11 90:15 103:24 119:8,13 120:6,10 168:4 323:11

**objectives** 163:2 306:15

**obligated** 334:23

**obliterated** 200:23

**obviously** 65:3 82:8 99:13 150:24 213:2 331:24

**occasionally** 60:15 67:9

**occasions** 94:19

**occur** 144:8 150:4

**occurred** 111:10 225:4 234:5 256:23 257:3 289:10 290:4 340:19 341:7 347:17,18

**occurrence** 113:10 296:7

**occurring** 246:5,21 335:7

**october** 7:24 10:16 11:14 42:5 73:22 93:13 95:6,13 102:7 116:6 121:9 128:14 130:8,17,20 131:3 131:17 132:18,23 160:8 164:5 228:21 244:15 249:2,18 266:2 289:15 290:4

**offer** 43:9 72:21 73:2 116:13 161:8 185:19 197:4 355:14

**offered** 30:22 31:3 51:24 69:15 74:23 86:25 191:19 201:9 203:15

**offering** 31:23 274:17

**offers** 282:7

**office** 21:21 23:7 31:6 61:20 81:22,23 82:2 84:23 106:23 107:23 213:6

**officer** 51:2 199:23

**offices** 61:20

official 361:12
officials 61:3 258:8
 280:6,9 281:14,23
 348:21 349:20
offline 92:15
oftentimes 44:19
 68:17
oh 349:15
ok 251:16
okay 19:2,11 20:10
 53:7 106:16 108:12
 147:5 151:6 152:3
 193:9 243:3 249:12
 251:7,25 291:3
 318:11 322:15
 324:11 329:3 330:5
 357:10
older 311:11 314:3
once 23:9 167:17
 175:25 228:3
ones 71:24 189:9
 297:3,6
ongoing 296:7
online 92:6
onset 88:8
open 74:24 91:12
 141:15 143:25
 179:2 214:20
opening 154:10
openly 88:22,24
 89:12
operate 226:12
 303:2
operates 295:20
operation 113:17
 172:18 316:12
 333:15 335:13
operations 69:7
 93:5
opinion 49:23
 126:23 175:18
 191:19 240:17
 309:24 314:25
 316:22 317:15

opinions 102:16
opportunities 68:18
 76:17 347:16
opportunity 30:22
 69:14 76:16 88:11
 95:24 103:5,8,24
 157:13 191:24
 192:8 268:5 311:15
 314:9
oppose 167:6 298:13
opposed 33:22
 37:11,21 38:23 39:5
 39:8 54:6,22 140:6
 172:13 194:10
 274:10,15 275:25
 299:6 304:22
opposite 118:4
 180:21
opposition 165:2
 167:10 237:7,14
options 75:8 340:15
order 21:15 69:15
 69:17 79:2 203:14
 210:5 221:22
 259:23 277:6
 285:19 293:24
 294:13,22 295:7,11
 295:13 304:11,17
 304:20,24 305:2
 312:20,22 314:15
 348:20 349:21
 359:24
orders 266:6,14
organic 118:13,14
 118:16,16,17,22,23
 119:2,3,11,12,15,16
 120:9,9 145:4,5
 274:17,19,23
organization 102:9
 102:21 103:15
 105:8 122:2,8,11
 134:15 135:2
 142:18 148:22
 149:2 156:23 157:7
 159:13 163:16

206:9,11 233:12
 286:17,20 298:6,10
 330:25 331:12
 355:25
organizations 43:8
 225:14 325:7
organize 148:25
original 311:4
 362:15
originally 32:9
 355:9
ostrand 251:10
outcome 25:24
 361:11
outlet 104:4
outlined 61:4
output 143:23
outputs 51:25 57:20
outside 49:2
overrode 42:14
oversight 120:12
oversupply 68:15,22
overtures 188:14
overview 209:8
owe 56:14
owned 137:19
 228:10 335:20
 336:14 337:6
 348:20 349:4,18,23
 350:25 351:4,6,7
owner 158:8 222:24
 263:13
owns 299:13 350:16

**p**

p 2:1,1 3:1,1,3 4:1,1
 4:1 5:1,1,8 17:24,24
p.a. 3:16
p.m. 120:17,23
 173:3 222:4,10
 242:6 308:3 332:11
 360:15
p.o. 5:3
pa 3:6 31:13

pacelle 24:2,3 53:10
 170:4,7,16
pacelle's 170:10
pack 299:24
packaging 196:7,8
page 6:13 7:3 8:3
 9:3 10:3 11:3 12:3
 13:4,11,17,22 26:6
 33:7 40:15 42:23
 55:13 59:19 60:25
 65:7,16,18 66:24
 73:19 74:10,16 75:9
 79:14 81:9,15 87:3
 92:4 97:2 105:12
 106:20 108:8
 110:17 115:20,20
 117:7 118:13 132:4
 132:6 133:17,22
 143:20,21 145:10
 145:11 147:4
 150:25 151:5,13,20
 153:2,19,20 154:17
 155:6,15 156:21
 157:24 173:21
 174:3 183:13,18
 188:10 193:11
 194:14 195:12,13
 200:14 205:11,11
 205:21 208:10
 209:18 218:25
 219:4,14,25 220:9
 223:20,21 224:15
 236:16 245:18,19
 250:5 268:16
 272:14,17,25 281:8
 282:9 290:13,20,25
 291:5,8 324:15
 326:2 364:4
pages 106:7,9
paid 87:22 88:6
 97:13,15,19,20
 175:9 276:6 284:21
painful 339:4 340:9
paper 135:11
 248:21

papers  331:3
paragraph  26:6
  41:6,15 46:13 47:12
  49:12 51:17 53:14
  55:14 57:13,25 67:3
  75:10 76:20 78:8
  79:15 83:11 87:19
  92:3 93:18 97:2
  102:2,23 105:11
  121:12,22 137:13
  138:11 139:23
  154:17 156:21
  158:5,23 162:7,21
  168:25 169:24
  170:22 186:5,19
  188:11 190:13
  191:15 195:14
  216:10 219:15
  224:16 249:7,10
  250:3,4 251:2
  253:14 254:3
  255:17 256:17
  268:19 273:8,22,25
  322:17 331:8,8
  340:7
paragraphs  122:22
  155:17 211:23
  249:13
parameters  359:20
pardon  301:3
parent  258:25
park  25:6
parody  327:8
part  28:6 40:3 41:12
  78:4 105:7 108:16
  111:24 118:6
  125:25 129:15
  157:6 166:23
  214:13 224:9 235:9
  250:19 256:3 257:4
  257:18 308:23
  329:11 334:14,14
partial  178:15
participants  76:22
  250:6 357:15

participate  26:9
  71:11,13 78:14 79:3
  88:18 136:16
  142:15 233:12
  291:13 298:15
  311:23 356:4,7
participated  279:25
participating  58:4
  85:6 110:4,15
  146:24 345:24
participation  53:17
  64:19 139:2
particular  61:19,24
  66:22 100:22
  190:12 209:7
  268:17 280:4 294:6
  295:21 299:4
particularly  40:20
parties  14:11 15:9
  58:16
party  361:11
passed  358:12,16
passing  275:3
pat  134:18
pathogens  311:12
  314:4,7
patience  242:19
patient  114:20
patterson  212:3,4
paul  2:14 15:20
  17:25 138:19 268:2
  310:20
pay  92:19 142:17,17
  142:20 163:17,18
  273:21 358:6
paying  79:8 224:23
  243:19 273:17
  357:25
payments  268:21
pays  245:25
pearce  65:19
pecking  304:10,11
  304:17,19,24 305:2
  312:20,22 314:15

penalized  316:10
penalties  266:18
penalty  353:5,8,9,14
pending  19:6 218:8
pennsylvania  1:1,14
  14:20 15:2 18:2
  245:17
people  24:24 43:24
  56:11 68:2 81:18
  85:14 95:23 99:12
  108:5 114:15
  115:22 126:7,11
  130:2 135:3 137:11
  140:22 146:24
  151:15 154:24
  155:19 157:16,18
  158:17 160:8,13,15
  164:5 165:19
  192:12 203:3
  205:20 214:13
  220:21 231:17
  237:17 244:4 255:5
  255:8,15 257:6
  266:21 268:10
  287:10 296:13
  357:15
pepper  3:3 16:3,5
pepperlaw.com  3:7
  3:8
percent  35:14,17,20
  35:25 36:6 37:2,5
  37:11,17,22 38:15
  38:23 39:6,8 44:7
  44:11,25 53:16,17
  53:24 54:6,11,15
  62:25 71:6 77:5,6
  77:13 79:5,18 80:6
  80:20 81:3 85:4,5,6
  89:5 98:7 112:10,15
  120:4 123:18
  140:23,24 144:14
  156:13 159:3,5,10
  172:13 177:3,22
  185:13,21,23
  195:20 196:3 228:6

228:10 274:6,7
  275:10,13 276:3,4,6
  276:11 284:22,23
  316:7 320:18,23
  323:3,6,8,13,16
  325:16,23 326:25
  327:7,19 328:9,12
  329:7,10 333:5
  334:6,8,23 338:24
  348:17
percentage  36:8
  80:6 159:11
percentages  42:7
perceptions  182:24
perching  303:9
perfectly  107:12
  316:16
performance  290:7
  292:5 295:18
performed  294:10
period  68:10,12
  83:21 110:7 113:2
  128:13 133:19
  175:10 179:12
  212:12 233:8,9
  243:4 288:7,9,14
  294:10 295:2,24
  297:24 298:21
  302:13 345:14
  359:9
periods  68:8,9 72:6
  296:25
permit  355:6
permitted  354:8
person  112:22,24
personal  21:21
  79:12 83:24 156:6
  227:9 325:18
personally  50:22
  76:8 87:24 356:22
perspective  58:17
  177:18 223:16
  293:10
perspectives  40:23
  100:18

**perusing** 264:18
**petition** 23:23
**petitioned** 302:3
**petitioning** 109:25
**ph.d.** 30:5,9,11
  203:8 271:4
**phase** 248:21
**philadelphia** 3:6
  202:8
**philosophical** 43:24
  71:5 100:18 170:25
  171:4,13 172:7,10
  172:22
**philosophically**
  70:23 172:15
**phone** 16:19 22:20
  102:4 194:10,20
  213:10 214:18
  227:8,8 345:10,12
**phones** 14:8
**phrases** 250:13
**pick** 14:5 358:10
**picked** 217:6
**picking** 226:14
**picture** 192:10
  216:25
**piece** 346:5
**pizzirusso** 2:3 6:4
  15:13,14 17:11,13
  19:23 20:6,10,15
  21:6 22:21 24:20
  26:25 27:18,20 28:3
  28:9 29:10 32:18
  33:19 38:5 39:21
  43:20 45:14,25
  46:11 47:5,11,19
  48:5,10 49:7 50:6
  50:11,12 51:15
  52:15 53:4 55:12
  57:11 59:3,13 60:3
  62:7,21 63:16,18,24
  64:6,13 66:16 67:18
  68:25 69:8,24 70:16
  73:17 78:7 80:8,18
  80:25 81:8 85:8,21

86:11 91:18 94:8,12
  95:4 96:8 97:20
  98:3,20 99:17
  101:15 103:19
  104:6 105:10 106:5
  107:20 109:16,18
  113:21 115:17
  119:9,17,23 120:13
  121:6 124:25
  128:20 130:12
  131:25 134:13
  135:20 136:2,5,8
  137:7 139:10
  143:10 146:15
  148:11 150:20
  151:24 152:2,4
  160:4,22 161:3,4
  163:25 165:12
  166:4 168:3,19
  171:25 172:23
  173:17,24,25
  175:16 183:7
  187:19 189:24
  192:25 194:3 195:2
  195:25 197:13
  198:15 199:15
  201:23 202:20
  204:11 208:5
  211:13 215:11,24
  216:8,9 218:17
  220:19 221:25
  222:17 225:25
  228:25 229:8,13,19
  231:11 232:7 234:2
  234:13 237:25
  238:13,21 239:4
  240:4,18 241:20
  258:22 259:5 310:4
  312:2,8 313:22
  315:11 317:5,17
  318:5,19 320:20
  324:7 325:17
  326:12 327:2 331:5
  331:21 336:5,21
  337:17 339:7,15

346:16 354:12,18
  357:3 358:22 360:9
**place** 14:8 41:20
  42:4,10 77:9 101:8
  106:3 114:7 127:6
  144:25 193:8
  215:17 229:25
  232:18 241:14
  244:7 255:7 308:24
  320:24 345:14
  361:6
**placed** 279:15
  313:16
**places** 68:16 196:9
**plain** 273:15 357:24
**plaintiff** 16:11
**plaintiff's** 28:18
  55:20 56:13 359:19
**plaintiffs** 2:6,11,17
  15:15,18,22 17:14
  17:15 25:10 26:20
  27:7,23 242:14
  268:3
**plan** 93:23 102:20
  273:18 358:3
**planet** 118:19
**plates** 92:9
**play** 68:21 95:9
  156:2 166:25
**playbook** 95:10
**played** 341:10
**players** 43:23 56:4
  193:6
**playing** 207:22
**pleasantries** 111:16
**please** 14:4,7 16:19
  18:23 46:14 47:13
  49:22 50:8 56:18
  69:12 133:13
  190:14 191:14
  219:25 249:11
  263:25 264:8 362:4
  362:9
**pleased** 191:24
  326:11,18 327:14

327:16
**plus** 305:4
**pnovak** 2:17
**point** 70:17 74:11
  84:10 85:9 90:19
  113:4,18 124:2
  141:11 144:22
  147:7 150:12
  153:20 158:5
  159:15 161:21
  181:14 186:19
  199:5 200:15 219:4
  227:14 230:20,23
  231:7 303:23
**pointing** 253:16
**points** 168:8 176:23
  180:9
**policy** 318:25
**politically** 56:5
**politics** 231:24
**pope** 49:13 60:8
  61:21 81:14,15 82:6
  91:21 93:14 94:22
  114:15,17 326:10
**porter** 4:8
**porterwright.com**
  4:11
**portfolio** 135:6
**portion** 167:4 216:4
  264:2 268:17 273:5
  273:9
**pose** 313:24
**posed** 315:9
**poses** 317:3
**position** 30:21 31:14
  75:13,15,16 144:10
  167:9 192:5 203:7
  300:6 312:12
  324:23 325:6,12,16
  326:6
**positions** 30:18 31:3
**positive** 134:16,23
  134:25
**positively** 127:18,19

possibility 208:13 295:6

possible 84:4 127:4 138:14 206:24 224:20 238:2 239:5 291:16 346:7 350:19

possibly 102:6,21 106:3 219:17 351:9 351:20

post 11:17 182:2,12 182:13 300:11 301:8 359:5

posted 178:7 181:23

posturing 232:22

potential 165:19

poultry 4:24 17:3 29:16 35:11 84:13 112:21,24,25 182:23 188:23 211:20 234:20 256:2 270:20,21 271:4,5 282:3 286:25 287:12 304:5 345:4

poultryman 314:11 314:18

poultrymen 256:14

powerpoint 169:20

pp 169:4,8

practical 313:7

practically 71:24

practice 53:20 54:16 54:24 61:19 144:2 145:3 180:9 246:3 311:25 312:6 316:17

practices 35:12 55:6 200:21 246:17 247:4,6 250:21 256:9 287:2 310:25

preceding 254:3 256:17

precisely 344:19

prefer 36:15

prematurely 130:24

preparation 22:3 23:3,8

prepare 21:18,22

prepared 52:7 108:9 108:11 199:4 230:10 262:5

preparing 199:4

present 15:7 23:13 86:19 126:17,18 170:19 179:18 212:19 290:15,16 295:5 307:11

presentation 122:12 161:10 168:7 169:5 170:2,6 214:10,12 262:5,8 318:12

presentations 44:17 169:4

presented 118:5 176:7 181:10 192:3 214:24 285:25

presenting 192:12

presently 61:5

preserve 195:16

president 24:3 30:22 40:9 61:21,22 114:16,21,25 125:12 198:4 204:21 220:23 224:25 265:12,13 288:10,15 290:8 292:6 294:11

press 112:6 161:22

pretense 76:23 77:3 77:14 78:6 250:7

pretty 103:17 294:16 316:24

prevent 19:13 94:10 108:4 161:7 205:8 240:23

previous 162:5

previously 96:12 101:22 196:24

306:16

price 41:22 52:3,17 57:3 69:3 79:8 98:19 239:22 261:19 263:25 274:25 275:20 276:17 277:4,10,12 353:21

priced 273:11 275:14,23 277:19 277:20

prices 24:7 41:6,10 52:2 56:12 99:7 127:8 134:8 241:3 241:13 249:23 273:10

pricing 49:2 51:13 353:19 354:5

pride 72:9

primarily 272:16

primary 277:15

principles 145:13

printout 12:11 341:3

prior 42:2 103:15 249:16 283:20 302:13 327:22 329:9 343:16 347:19 356:16

private 14:6 89:14

privately 91:8,12

privilege 48:2,16 292:18 293:18

privileged 22:10 23:2 27:10,15,19 46:10,24 51:3 52:23 66:12,20 67:22 346:4

privy 44:13,22 99:15 105:2 135:12 255:8 296:11

proactive 84:12,16

proactively 43:9

probably 44:14 71:18 243:6 360:8

problem 40:16,19 91:2,4 92:14 95:11 95:19 137:14 169:22 206:2

problems 93:9

procedurally 40:24

procedure 290:12 316:4

procedures 35:10 41:16

proceed 15:12

proceeding 255:16

process 8:14 23:10 37:18 43:2 103:4,7 103:16 104:15 116:21 118:3,8 120:11 123:13 128:11 138:7 140:9 140:13 141:4 142:25 143:19 144:5,22,24 146:6 146:11,23 147:3,5 147:15,17,20 148:3 148:4 157:22 161:11,12 164:14 166:14,19 169:5 171:17,23 174:16 176:9,14 178:13 180:12 181:5 182:19 183:22 184:6,23 186:14 188:8 192:6,6 195:11,21 200:8,12 201:7,7 203:4,11,17 203:19 204:3 205:5 205:5 212:19 214:23 215:8 221:19,23 237:15 237:24 244:19,20 247:7 254:6,9 256:19 257:10,15 275:6,14 279:8,15 279:17 280:10 281:17,20 282:3,4,6 283:2,5,15 284:16

285:11,15,20,24
287:5,6 321:2
330:17,24 333:5,11
333:14,17 335:16
335:22 337:5,7
343:22 344:4
345:13,18 346:13
347:2
**processed** 1:3 14:22
117:16 122:25
151:19 152:8 364:2
**processing** 280:20
288:23 299:22
**produce** 36:13 68:5
93:4 137:23 197:2,2
200:7 266:7 274:18
307:3
**produced** 59:17
65:16 133:23
143:23 144:3,4
273:17 274:8
276:12 277:20
284:4 289:23
316:10 325:2
335:14 358:2 359:3
**producer** 39:7,9
75:14 79:19 89:16
117:8 134:20
152:18 167:6,13
174:18,22 196:11
200:18 273:16
280:5 310:20 325:7
326:6 333:10,14
334:15 353:24
357:25 358:16
**producer's** 79:18
80:20 81:3 102:12
308:25 311:22
353:19
**producers** 3:8 16:7
24:6 30:20 31:4
33:24 37:4,10,12,21
38:14,19,22 39:5
41:21 42:3 44:3
48:21 49:15 51:8

55:17 56:14 60:14
65:4 67:8 69:15
75:24 84:11,14,24
86:20 88:17 89:3,8
91:8 92:15 93:3
100:24 102:6,15,17
119:2,11,15,18
121:23 122:6,13,16
146:2 156:24 158:8
174:11,24 179:4
206:15 209:23
210:17 216:13
223:3 231:8 234:22
236:17 242:25
246:17 247:4
249:22 274:13
295:22 296:5,17,20
308:13 310:22
311:23 322:19
340:13,18 352:11
355:23
**producing** 35:8
113:4 250:17 359:5
**product** 36:16 78:19
92:16 167:19 174:6
212:21 228:7 251:4
274:11 275:21
325:2 326:5
**production** 13:10
35:11 37:17 41:23
53:17 75:16 77:7
78:11,14 79:2,5
92:12 113:2 117:10
117:18 137:19
149:23 167:21
175:23 177:3 180:3
182:23 184:5
193:16 196:3
200:20 221:11
247:6 256:9 270:21
271:5 273:4,11,13
273:14 274:16
280:24,25 281:11
283:6 284:23
286:21,25 287:12

304:5 311:20
314:18 326:4
343:10 344:22
**products** 1:3 14:22
118:16,18,22,24
120:2 325:4 326:5
364:2
**professor** 153:11,16
**profile** 32:24
**profit** 163:7
**profitable** 296:6
**program** 23:10 24:8
32:13 35:2 37:16,19
42:8 43:4,7,11,16
44:8 51:20,23,24
52:10,18 53:18,25
55:16 57:15,16 65:9
66:3,6 70:25 71:23
72:17,18,23,25 73:4
75:22 76:2,6,15
77:8,8,9,12,25 78:4
78:12,13,16 79:4,16
79:19 80:11,21 81:4
85:7 88:19 89:17,18
90:3 98:6,17 99:8
105:13,15,18,20
109:24 110:3,13,14
111:19,20 112:2,5,7
112:8,9,11,14 114:5
115:7,8 116:14,15
116:15,22,23,25
117:15 118:3,5,9
120:12 123:2,3,4,4
123:5,8,11,14,15,17
124:6,13 126:8
127:5,8,14,21 128:9
128:10,11,17,24,25
129:11,16,17,20,24
136:21 137:16
138:3,7,9 139:3
140:7,9,11,15,23,24
141:5,16,17 142:10
142:12,15,22 143:4
143:20 144:3,6,7,13
144:19,24 145:12

145:19 146:6 147:3
147:24 151:19
152:8,17,19 153:21
154:8,12,14,25
157:23 161:8,12,14
163:7,14,19 164:14
164:20 165:3,11,15
166:20,24 167:7,8
167:10,11,14 169:6
170:7 171:18,23
174:7,12,16 175:12
175:19,21 176:2,5,8
176:10,15,24 177:5
177:10,19,23,25
178:4,4,7,13 179:2
179:3,6,14,21,21,23
179:25 180:23,23
180:25 181:3,4,16
181:18,20,23 182:8
182:20 183:14,19
183:20,22,22 184:2
184:18,24 185:5,9
185:18 186:8,13,17
186:20 187:3,4,7
188:8 189:3 190:23
191:12 192:7,13,13
193:17 195:12,21
200:8,9,11,12,23,25
201:8,11,13,15
203:4,6,15 204:4
205:6 206:22
208:18,25 209:5,7
209:14,22,24,25
210:3,4,5,7,14,15,18
212:19 213:19
214:23 215:4,8
216:18 220:4,11
221:20,24 226:16
227:4,14,15,16
234:24 235:9,17
236:11,12,20,21
237:8,16,24 238:6
239:7,21,24 240:8,9
243:25 244:20,21
247:7 249:16

250:20 251:2
253:18 254:20
255:10,13 256:4
261:18 262:9
266:15 270:17
271:8 273:3 274:6
274:12,14 275:5,7
275:15,20 276:2,5
277:17,21 278:5,14
279:17 280:3,7,12
282:20,21 284:3,17
284:18 285:3,7,12
285:15,21 286:2,4,9
291:11,13,22
292:23 297:10,13
298:2 311:24
320:18 321:3 323:3
323:14 330:17,24
332:16,18 333:6,11
333:18 337:5,8
338:19,23 342:16
343:6,21,22 344:4
344:13 345:16,18
346:6 347:4 348:7
352:16,19,23 353:6
353:13 354:10,16
354:22 355:6,14
358:15
**program's** 78:9
**programs** 72:11
85:3 111:8 121:16
121:19 145:15
176:21 177:16
197:4 204:3 226:19
236:15 241:14
280:10 292:22
322:17
**progress** 147:2
164:13
**progressed** 113:17
150:12
**prohibit** 137:20
309:15
**prohibited** 113:18
179:6 278:5,13

316:9
**prohibiting** 179:10
356:16
**prohibition** 138:4
**prohibitions** 113:22
**prohibits** 278:21
**project** 33:11
271:18
**projected** 30:10
**promote** 109:23
110:3,14 142:22
154:25 210:5
243:24
**promotional** 142:21
196:8 245:21 246:9
**pronounce** 153:4
**proof** 49:14 93:20
114:6
**properly** 51:22
**proponents** 36:25
37:5
**proposal** 8:8 135:16
136:19,23 243:21
**proposed** 41:18
220:10 299:25
**proprietary** 200:20
201:6
**prospects** 52:8
**protect** 146:24
201:12 221:15
273:3 330:17
**protecting** 182:15
**protection** 289:2
**protective** 21:15
259:23 359:24
**protein** 283:12
**proud** 134:21
**prove** 127:18
**provide** 26:20 49:22
54:21 75:2 115:6
127:13 128:2
133:13 140:18
157:13 206:18
221:20 271:9 276:8
287:4 303:18 328:3

**provided** 25:14,18
26:8 28:5,5 127:23
164:15 192:15
200:18 223:14
229:24 235:23
254:3 269:23 270:5
282:14 287:8
301:24 305:21
**provides** 134:15
**providing** 24:16
76:15 97:8 137:25
177:5,7 250:16
344:8
**provision** 299:10
**provisions** 198:25
199:2 299:4
**prussia** 1:14 14:19
**public** 1:17 100:9
138:20 145:15
169:21 178:6 179:3
210:22 231:6
294:20 318:25
345:16 346:10
347:4,5,7,10,16
354:5 361:5,16
363:17
**publicly** 341:13
**publish** 175:14
**published** 239:19
240:3 270:23
**pull** 279:5 331:2
**pullets** 311:14
**punitive** 89:19,23
**purchase** 93:6
118:17 212:21
248:21 308:15
**purchased** 108:19
284:7
**purchaser** 2:6,17
15:15,22 17:13 27:6
27:23 28:18 268:3
**purchasers** 17:15,16
**purchases** 109:8
**purchasing** 79:7
247:10

**purdue** 269:8 282:4
**purports** 289:25
**purpose** 75:2 95:22
101:6 190:23
200:21 311:8
**purposes** 19:18
67:12 102:8 180:7
270:16 272:11
289:21
**pursuant** 20:22
361:5
**purview** 33:25
**pushed** 79:11
126:24
**pushing** 127:16
128:24 141:2
**put** 19:9 32:24 36:9
37:16,19 44:7 55:22
79:4 83:24 93:21
94:2 101:2 113:15
123:14 124:8
135:11 136:25
178:15 180:14,15
185:5 187:5 213:7
228:9 230:20 231:2
232:19 241:14
250:12 279:21
312:17 313:4
314:20 321:5,22
323:19 340:22
**putting** 150:13
152:16 344:9
**pvp** 143:25 144:18
145:12 167:10,11
170:7 174:16
175:11,15,21,24
176:4,7 180:15,15
196:2 200:19
209:22 213:19
220:11 221:7
227:15 228:11
234:24 236:4,21
271:8 277:16 278:5
278:14 280:23
285:3,14 329:11,13

332:15,18 333:23
333:24,25 334:3,5,7
334:11,16,17
336:12,15,24
342:16 348:15,22
349:5,11,19 351:16
354:25 355:6

**q**

**quality**   36:15
116:24 147:23
169:13 285:17
286:23
**quantity**   192:18
**question**   18:23,25
19:6 22:16 46:23
47:10 50:7 52:14
53:5 55:25 63:5,13
63:21 64:11 66:17
67:16 88:20 95:6,15
108:21,24 109:2,12
111:25 112:17
114:8,13 116:12,13
116:20 118:21
133:8 141:10,12
149:3,17 150:2
165:5,17 175:3
193:25 195:24
214:6 219:16
220:17 231:14
236:6 247:21
264:15 271:13
278:10 292:19,25
293:5 294:19
296:22 297:16
303:25 306:2
308:22 312:3,11,15
313:17 315:20
316:24 317:9
325:21 336:10
339:11 342:14
349:16 350:24
356:20
**questioned**   89:25
170:8

**questioning**   90:4
254:11
**questions**   13:21
17:17,19 106:12,18
108:13 132:17,19
139:25 140:16
208:17 210:8
242:16 254:19
272:15 291:5 308:5
308:12,21 309:5
319:17 346:21
352:13 358:21
360:5
**quick**   172:25 241:21
267:7 287:20 291:5
307:16,20 308:12
**quickly**   138:14
291:16
**quit**   107:3,4,24
**quite**   77:21 216:11
237:21 350:18
351:20
**quotations**   250:13
**quote**   205:17 250:8
**quoted**   189:11
**quotes**   133:16

**r**

**r**   2:1,9 3:1 4:1 5:1,8
138:17 219:2 277:2
277:2 361:2 364:1,1
**radisson**   14:18
**raise**   36:17 44:23
90:15 104:25 127:8
168:7 186:25
292:18
**raised**   34:19 35:7
36:5 41:3 49:25
50:14 52:11,17 54:3
56:20 59:5 92:22
140:2
**raising**   49:9
**ranch**   4:18 16:25
**randy**   81:17,25
83:11 195:6

**ranging**   344:25
**rate**   133:20 254:7
256:20 257:11,16
**ratio**   68:24
**reached**   41:19 99:3
**reaches**   280:21
287:3
**react**   313:15
**reaction**   36:20
82:22 95:17 96:22
116:19 119:25
123:12 127:9 135:9
146:3 156:8 169:17
169:18 170:10
189:4 198:8 240:9
**read**   63:13 106:14
133:14 141:8
147:18 168:2
188:25 190:10
191:14 193:7
196:11 205:22
211:17 229:5 264:3
264:21 290:23
291:9 315:13
319:16 325:20
358:7 362:4 363:3
**reading**   60:20
109:13 160:25
230:13
**readjust**   94:15
**reads**   273:9
**ready**   71:3 122:17
312:18
**real**   133:11
**realize**   340:16
**really**   83:15 128:24
179:21 209:5
327:18
**reason**   77:17 127:7
151:16 152:5 157:6
171:12 185:10,13
185:20 195:14
213:24 239:6
262:13,17 304:12
362:6 364:4

**reasoning**   101:8
**reasons**   40:21 109:3
241:2 262:12
**reassurances**   140:12
**reassure**   58:12
211:7
**rebuffed**   141:14
**rebutting**   85:11
**recall**   25:5 29:8
35:13,23 37:10,21
41:2,10 42:9,18
43:10 49:24 50:13
60:18,20 61:18,24
62:11 64:4 66:3
74:7 75:11 89:8
98:23 99:4,5 105:24
106:4 107:14,16
163:4 164:6 168:6
184:12 185:7 193:5
194:8 208:19
209:13,15 211:21
212:11 215:12
242:22 248:8
251:23 255:17,20
261:24 262:2,4,7,12
262:18 264:7,12,16
269:14 270:7,14
291:25 294:4,22
295:15 297:21
320:22 323:15
331:4 332:16 348:9
350:13
**receipt**   362:16
**receive**   30:8 61:17
95:2 190:6 349:21
**received**   22:11
27:13 46:25 52:24
102:4 165:2 182:4
189:18 214:17
290:9 292:15
**receiving**   61:18
**recess**   70:6 120:20
173:6 222:7 242:3
267:13 287:24
307:24 321:12

332:8 347:25 350:6
351:25
**recipients** 249:3
252:6
**recognize** 86:14
131:12 134:23
136:9 139:13
146:19 160:9
187:22 190:3
192:12 193:4
198:18 199:18
202:2,23 222:20
229:20 232:10
271:18 272:21
301:4 320:5 324:13
**recognized** 167:13
181:21 264:22
285:16
**recollect** 193:7
**recollection** 36:3
66:8 111:9 170:13
**recommendations**
42:16
**recommended**
177:8
**reconcile** 142:2
**reconciliation**
141:21,24
**reconciling** 141:13
**reconsideration**
38:15,17 53:21 54:7
**reconsidered** 44:11
**record** 14:4,12
19:10 32:21 70:3,9
98:12 120:17,23
167:25 169:6 173:3
173:8 222:4,10
241:24 242:5
258:24 267:8,10,15
268:14 287:21
288:2 307:21 308:3
315:9 317:2 318:20
319:20 321:8,9,14
322:4 324:8 328:25
330:4,7 332:3,4,11

340:4 343:3 346:22
347:21,22 348:3
350:2,3,8 351:21,22
352:3 359:17 360:2
361:10 363:6
**recorded** 18:21
361:8
**recorder** 169:7
**recording** 14:10
169:11
**recovering** 199:7
**recruit** 122:4
**redact** 198:25 346:3
**redacted** 346:8
347:3
**redress** 55:20
**reduce** 51:25 57:20
98:18 291:15
**reduced** 98:8 249:23
**reduction** 239:21
291:22
**reference** 53:11
194:17 248:20
256:17 267:3
268:21 270:11,12
273:2 327:24
**referenced** 87:8
105:15 281:11
299:4 318:16
345:20
**references** 24:12
87:4 192:15 342:9
**referred** 161:16
170:25 218:3
**referring** 23:23,25
46:12,18 47:7,17
61:9 72:13 88:23
89:20 97:11 101:22
107:15 108:25
114:11 149:8,25
150:3 151:7,9,12
160:19 161:5
162:10 163:9,9
176:14 187:10
195:12,13 208:20

212:14 218:22
219:11 221:13
224:3,13 243:4
253:22 259:6 267:4
276:13 319:5
**refers** 150:25 274:4
326:24
**reflect** 325:11,15
330:14
**reflected** 255:16
**reflection** 236:5
**reflects** 329:6
330:16 331:9
**refuse** 216:14
**regard** 26:19 58:19
209:18
**regarding** 41:16
167:12 219:16
262:3 268:20
**regardless** 325:5
**regensburger** 214:9
220:22 232:14
263:17 265:10,11
**regional** 61:2,13
**registered** 34:4
298:20 302:19
307:14
**registration** 302:4
302:14,23
**regrettably** 223:21
**regulations** 44:18
140:8
**regulatory** 288:20
289:8
**reickard** 71:17
**reiterated** 232:16
**rejoined** 65:13
225:15,16,17
233:10 338:19
**relate** 291:7
**related** 71:10
272:16 315:5
**relates** 1:4 14:23
70:24 127:15
156:18 229:24

255:12 286:21,22
292:7
**relation** 23:16
220:11 294:5
**relations** 40:11,13
44:21 100:9 106:25
138:20 198:5
206:16 288:10,16
290:8 292:7 294:11
296:11 338:9
**relationship** 90:7,9
90:11 127:22
131:12
**relationships**
145:18 223:10
224:19
**relative** 23:14,19
35:7
**relayed** 51:18
102:17
**release** 200:17 264:2
**released** 347:16
**remain** 116:4
254:17
**remained** 32:7
112:10 241:3
**remaining** 117:10
117:11 138:2
**remains** 49:15 55:24
175:18
**remark** 339:16
**rembrandt** 92:10
93:16
**remember** 19:7
96:18 149:14
156:21 163:3 168:9
168:10 170:15,17
213:18 218:2
219:17,18 225:7
233:7 257:2 270:9
323:5,8,18 329:18
345:12,22 348:10
**remind** 27:12 48:16
67:21 158:6

**reminding** 84:11
155:18 223:4
**remotely** 15:8
**repeat** 76:8 293:14
318:19
**repeated** 75:17
87:10 111:17
**repeating** 127:10
**rephrase** 144:16
**replace** 311:8
**replaced** 82:3 198:5
203:22
**replied** 170:10
**replies** 207:5
**report** 11:20 290:22
317:21 337:14
338:16,18
**reported** 98:15
305:5 353:21
**reporter** 15:10
16:18 276:25
277:10
**reporting** 307:13
353:22
**represent** 15:9
17:13 27:7 30:23
33:25 100:10
102:10 121:14
122:3 268:2 298:17
307:7 308:11
309:12 352:10
**representation** 33:4
207:3,8 220:14
230:9
**representative**
106:25 215:14
**represented** 22:19
23:12 93:2 126:15
282:20 289:4
**representing** 2:6,11
2:17 3:8,14,19 4:6
4:12,24 5:5 14:14
15:11 19:18,21
21:24 25:10 82:7,10
84:14 92:18 125:13

138:17,21 242:13
288:21 298:22
326:20
**reputably** 58:9
**reputation** 145:17
**request** 13:10 38:17
83:6 174:5 176:17
178:17 194:15
199:23 200:24
205:3 253:11
295:11 359:8
**requested** 38:14
49:17 53:20 154:19
185:16 234:23
**require** 37:16
123:18 137:17
143:22 175:21
176:25 177:11
184:3 186:9 196:4
196:15 280:15
**required** 85:4 228:6
285:19 286:12,25
287:17 348:16
349:11
**requirement** 88:17
195:18,21 248:22
284:22 354:15
**requirements** 35:9
137:20 297:13
307:13 308:24
332:15 333:11
**requires** 177:10
280:17
**requiring** 42:7 44:6
44:9 71:11 79:6
80:4 116:22 186:16
**research** 149:19
209:9 265:7 305:7
**reserved** 236:17
**reside** 17:23,25
**resident** 311:18
**resigned** 65:10
**resigning** 65:8 67:4
**resort** 1:13

**respect** 133:11
272:15 278:4
282:10,23 289:7
291:5 297:9 300:6
301:18 303:17
309:23 314:23
**respected** 313:19
317:15
**respond** 46:24 66:23
122:9 157:21
170:18 188:8 221:2
296:3 327:23,25
346:3
**responded** 83:5
106:22 129:18
144:17 327:20
**responding** 52:6
83:2 86:23 141:9
157:25 191:25
**responds** 72:2 90:20
97:2 117:6 118:13
155:7,14 171:8
174:14 176:12
206:13 209:3,17
210:20 219:14
220:21 227:6
**response** 11:16 35:4
35:6 53:22 56:17
58:18 63:4 67:4
73:5 88:15 100:20
106:21 112:3
114:22,25 117:6
149:19 153:19
155:16 158:23
167:3 169:16
170:23 190:6,8,9,12
197:19 199:22,25
226:5 300:9 325:25
326:11
**responses** 60:24
139:25
**responsibilities**
40:11 87:23 288:13
288:18 290:7 292:6
295:19

**responsibility** 88:7
296:11
**responsible** 320:5,9
**responsive** 102:11
336:17
**rest** 78:8
**restate** 47:9 95:22
**restaurants** 35:6
80:3 179:16 185:16
**restrict** 238:4
**restriction** 239:8
**restrictions** 205:7
**result** 24:7 104:2
145:22 156:12
212:22 236:18
239:23 297:25
301:18 306:18
**results** 62:15
**retail** 117:21 118:2
138:21 174:6 196:7
**retailer** 75:14 228:2
328:8,11
**retailers** 142:22,24
143:2 226:21
245:22 246:2,9
347:14
**retained** 58:10
**retaliation** 217:5
**retire** 114:16
**retired** 116:3 125:11
226:10 245:17
**rettig** 93:13,15
95:12 136:14
**return** 31:5 49:18
362:14
**returned** 31:2,10,22
46:16 47:15
**reveal** 22:9 47:4
48:17 66:13 67:22
**revealing** 51:3 66:18
**revenue** 141:16,18
**review** 21:20 249:10
268:6 291:21
292:10,12 293:8,9
294:23 318:4,10

321:23 324:4
328:21 330:2,3
355:19,22
**reviewed** 23:7,9,13
23:17 28:13 356:3
**reviewing** 106:10
193:10 249:12
290:24 318:11
319:19 321:25
322:2 324:6 328:24
330:5
**reviews** 229:12
**rex** 174:20 218:3,5
218:21 219:20,22
220:8
**rich** 252:14,16,17
**right** 26:14 57:4
60:11 61:17 63:16
70:19 71:21 76:24
77:16,22 80:12
99:20 108:6 128:13
147:9,16 159:19
162:17 174:23
193:22 204:16
216:25 231:12,22
238:17 250:9,18,23
317:12,15 319:2
320:12,15,19 321:3
322:12,20,24
323:14 326:11,16
327:12 328:2,9
329:15 330:21
331:16,20 332:23
334:13,16 335:2,5
335:11,19 337:15
338:20,24 339:6
340:2,20 341:11,14
341:17 342:6,7
343:6 344:13
348:18 350:21
351:2,8,10,19
352:24 353:3,13,19
354:10,11,17,23
355:3,12,17,20
356:21 358:12

**rights** 75:18,19
141:9 236:17
343:20 348:7
**rios** 1:15 15:11
**rise** 41:6
**rival** 206:9,10
**road** 83:25
**robert** 5:9 14:13
**rod** 147:13
**roenigk** 204:16,19
206:3
**roger** 115:21 116:4
**role** 54:21 68:20
203:10
**roll** 303:14
**ron** 130:15,17 131:6
131:8 138:20
**room** 15:7 20:19
32:10 68:3 159:2
214:14 316:20
**roost** 303:10
**rose** 4:12 16:22
**rossi** 1:15 15:10
**roy** 212:2,4 213:2,9
213:24
**rpr** 1:16
**ruin** 97:10
**rule** 35:14,17,25
36:6 37:2,6,11,22
38:15,23 39:6,8
40:16 41:20 43:2,3
44:11,25 53:24 54:6
54:12,15 71:6 77:5
89:5 98:7 112:10,15
144:14 155:22
156:13 159:5
172:14 185:11,13
185:21 284:22
320:19,23 323:4,7
323:13,16 325:16
325:23 326:25
328:9 329:7 333:5
334:23
**rules** 18:20 53:21
140:8

**run** 92:17
**running** 32:5
**ruptured** 197:16
199:7
**ryan** 4:21 17:2
**ryan.hurley** 4:23
**ryn** 138:16

**s**

**s** 2:1 3:1 4:1 5:1,8,8
6:11 7:1 8:1 9:1
10:1 11:1 12:1
219:2 364:1
**safe** 36:15 113:5
307:3
**safety** 288:23,25
**saint** 26:17
**sale** 68:12
**sales** 65:24 212:17
220:24 232:15
265:12 338:8
**salesperson** 214:8
**san** 105:17
**sat** 212:24 230:17
262:7
**satisfaction** 275:16
**saturday** 191:17
**savannah** 105:6
**saw** 57:7 71:5
104:20 143:3
225:11
**saying** 39:4 65:25
80:9 88:14 93:21
110:21 111:5 127:7
129:14 147:5
162:23 168:10
181:8 189:7 197:6
213:18 219:17,18
276:8 316:13 358:9
**says** 33:7 38:16
40:16,19 41:6,15
42:12,23,25 46:13
47:13 49:12 51:17
53:14 55:14 57:13
60:22,25 65:17 67:3

71:18 73:3 74:11,16
75:11 78:9 82:6,17
83:23 84:9 85:9
87:3,20 89:25 90:13
92:3 93:17,21 95:5
95:7 97:3 102:2,24
105:12 108:7,23,24
108:25 109:2,5
110:17,24 111:25
114:8,13 118:14
121:12 123:25
126:2,19 127:17
128:22 129:13
132:17 133:16
134:14 137:14
138:12 141:12
143:21 145:11
147:16 149:22
151:3,16 153:21
155:8,17 156:20
158:2,24 160:17
162:15 167:2 169:2
169:2,25 170:21
176:16,19 178:25
179:20 185:7
188:11 193:13
197:22 206:4
216:10 219:3 220:8
223:21 224:16
234:23 235:15
236:14 245:20
249:20 250:3 252:3
283:4 303:23
315:14 326:2,19
**scare** 95:10,18,21
**scenario** 57:13
134:5 276:10
**scheduled** 193:14
**scheme** 261:19
**schnell** 66:25 222:25
263:11,12 265:3
330:11,13 339:25
339:25 340:8
**schnell's** 67:4

**school** 29:20,23
271:2
**science** 29:16,25
30:6 112:8,21,25
116:16 141:7
145:17 167:14,20
175:22 176:25
177:8,21 179:10
180:23 181:4,10
184:4 186:10
188:23 192:14
235:23,24,24,24,25
236:3,5 271:4
278:21 304:5
305:10 309:15
311:9 313:25
314:24 315:14
316:21,22 318:25
320:10 343:15
345:2,4,7
**scientific** 100:5
117:20 123:9
124:12,16 140:17
149:17 172:17
188:16,19,20 189:2
192:15 221:6,10
268:20,22,25
269:18 270:15
271:11 281:10
284:20 303:17,22
309:24 310:23
311:2 312:12 315:3
315:8 317:2,15
318:14 345:9
**scientifically** 75:12
182:20
**scientist** 123:10
150:6 181:18
269:12 270:2,20
272:2 313:19
317:11
**scientists** 123:16
140:18,20 181:22
182:3,15,15,21,22
182:25 187:2 189:8

189:9,11,15 193:15
193:21 194:6
221:15,17 269:24
270:8,10 271:17
284:19 344:12,20
**scored** 75:19
**scott** 345:19
**scotti** 269:7
**scratch** 37:9 172:8
**screw** 216:18
**scroll** 128:21 138:10
**scrutinized** 58:15,21
**seal** 117:17 118:22
143:25 144:6 196:6
196:9 322:17
361:12
**seal's** 195:16
**second** 20:9 41:16
46:12 47:12 49:13
60:25 67:3 75:10
87:3 93:17 102:2
108:21 109:5
137:13 151:20
154:17 162:7
168:25 171:19
183:12,18 188:10
195:13,13,14
205:11 208:10
216:10 217:10
250:4 253:14
263:14,24 273:8
284:21 321:8
324:15,22 340:7
**seconded** 291:10
**secondly** 133:8
**secret** 178:4 183:23
210:4
**secretary** 164:12
**section** 169:8 279:13
279:14 290:21
308:23
**secure** 143:24
**see** 28:24 33:12,13
36:16 40:17 41:8
43:14 56:16 70:22

73:23 74:13 75:6,7
76:16 86:21 99:14
100:20 102:18
104:24 106:9 118:8
122:22 130:24
141:4,20 146:7
147:3 151:4,17
152:6 161:8 170:19
176:9 182:3,12
185:23 188:4 192:8
197:19 207:7 210:4
215:10 220:20
236:13 241:21
246:18 248:20,23
249:6,20,25 250:10
251:5,14,19 253:19
256:21 261:2,20
264:5,6,9 266:8,25
273:5 281:6,23
286:3 287:14
301:23 304:25
320:7 322:21 325:8
325:21 326:7
331:13 342:11
348:23
**seeing** 49:14 60:18
61:24 62:12 329:18
**seek** 41:21 43:4
55:19 200:19
292:10 306:25
**seeking** 186:6 203:8
**seen** 20:19 21:8
38:10 39:24 40:8
46:2 53:12 55:24
101:18 116:7
119:24 120:3,7
124:18 125:17
132:13 134:6
137:11 143:16
158:15 166:7 192:4
201:8 235:4 237:6
237:12,13,19
238:22 241:9
254:15 256:4

**segment** 78:22
347:19
**segments** 35:7
**sell** 68:17,18 80:10
80:11 90:2 118:15
118:23 119:19
206:15 216:14,17
221:23 235:8
275:19,22 308:15
333:17 334:6,9
**selling** 72:4 119:2
119:15 224:6 334:2
334:3,8 336:12,14
353:16
**sells** 78:23
**send** 57:2 131:11
197:24 251:13,17
251:21 252:4
342:23 357:16
**sending** 251:23
252:5
**sends** 65:18 81:10
81:14,15,16 93:12
117:5 151:15
153:13,18 166:12
176:20 205:19
**senior** 30:21 204:20
**sense** 156:10
**sensitive** 14:5
**sent** 45:19 46:6 57:9
62:10 74:7 86:3
99:19 121:10 131:6
136:13 151:2
160:12 164:9
183:16 191:16
199:6 202:5 219:22
222:25 223:18,19
238:23 247:13
249:17 265:8 322:6
327:6 330:8 340:20
342:16
**sentence** 41:5 76:20
89:15 90:21,23
101:5 129:13
162:15 163:8

246:15 250:4,25 266:20

**separate** 32:6 44:20 61:13 64:24 251:17 303:13

**separated** 275:17

**september** 148:16 260:18 263:6

**sequence** 302:11

**series** 106:12 283:21

**serious** 227:19

**seriously** 188:15

**serve** 126:20

**served** 75:13 100:4 125:10 207:10 234:21

**service** 54:21 116:3 288:25

**services** 4:24 17:3 31:24 157:13,14 206:18 234:21

**serving** 100:23 104:17

**set** 25:11 74:23 175:20 177:21 180:10 193:22 196:23 274:8 283:5 286:5 327:11 343:8 343:14 346:8

**settled** 27:6,22

**settlement** 27:19 28:6

**settlements** 87:9,16

**seven** 288:4 304:22 332:5 346:18

**sf** 64:17 65:7

**sf000171** 6:24 59:10

**sf000174** 6:24 59:10 67:2

**sf058477** 11:5 258:14,18

**sf058478** 11:5 258:14

**sf081095** 232:9

**sf081096** 10:19 232:4

**sf081100** 10:19 232:4

**sf081426** 11:7 262:23 263:3

**sf081427** 11:7 262:23

**sf082672** 10:9 218:14,19

**sf082676** 10:9 218:14

**sf083624** 12:8 329:21 330:2

**sf083632** 12:8 329:21

**sf107103** 10:17 228:22 229:14

**sf110893** 11:8 265:19,23

**sf110894** 11:8 265:19

**sf111491** 9:19 201:20,25

**sf111495** 9:19 201:20

**sf111575** 9:11 192:22 193:3

**sf111576** 193:12

**sf111577** 9:11 192:22

**sf112543** 8:11 139:7

**sf118875** 10:25 252:25 253:5

**sf118876** 10:25 252:25

**sf120286** 10:10 222:14,20

**sf120289** 10:10 222:14

**shake** 108:15 266:23

**sham** 145:20

**share** 61:23 116:7 355:23

**shared** 99:19 100:13 170:6 254:20 262:13

**sharing** 176:16 262:16,17

**sheet** 362:7,10,12,15 363:5

**shelves** 284:7

**shield** 147:5,9 167:11 184:6 354:25 355:7

**shifted** 93:9

**shit** 123:10

**shocked** 83:12

**shook** 111:15

**short** 41:7 51:21 138:13

**shorthand** 361:8

**shortly** 234:6 342:8

**shouting** 266:22

**show** 164:15 214:25 231:5 235:24 244:22 245:7 260:12 281:19 301:25 316:20,22 357:14

**showed** 236:3 335:10 342:20,22 342:24

**showing** 38:6 45:15 60:4 62:8 73:18 101:16 121:7 135:21 137:8 160:5 181:11 198:24 208:6 259:12,19 260:14

**shown** 311:9 315:15 335:13

**shows** 147:22 223:24 327:18

**sic** 26:6 109:6 202:22 339:25

**sick** 83:17,18

**side** 110:24 122:5 147:16 162:24

164:23 206:7

**sides** 97:8

**sign** 46:15 47:15 49:17 362:9

**signal** 76:23 77:15 250:7

**signature** 21:11

**signed** 46:16 47:15 281:24

**significant** 188:23

**signify** 279:23

**signing** 183:24 209:25 362:11

**similar** 92:21 171:2 284:2

**similarly** 282:14

**simple** 273:15 316:24 357:24

**simply** 74:24 84:2 86:25 95:23 147:14 150:9 165:10 177:9 199:2 200:10 213:22 216:14 230:21 232:24 236:4 302:9 307:12 314:19 326:21 327:15,19 341:21

**single** 127:15 152:18 328:10 343:8

**singular** 190:22

**siphoned** 243:23

**sir** 242:12 260:17

**site** 12:11 53:9 300:17,25 301:3,5,9 305:7 341:2 346:12 349:2

**sites** 196:8

**sitting** 29:3 110:23 230:16

**situation** 68:15,22 83:4 216:12,20 219:5 235:6 313:5 316:5

**situations** 133:11 235:3,13

**six** 30:12 122:22
242:7 287:22
**size** 92:20 291:16
299:11 304:23
333:19 334:5
344:25 345:2
**sized** 298:12
**sizes** 41:7,11
**skip** 81:9
**skipping** 26:12
71:22 186:4 209:4
**slew** 205:20
**slide** 122:11
**slides** 122:19
**slip** 180:20
**small** 69:17 211:16
255:4 297:3,11
**smaller** 55:16 56:13
252:18 296:17
297:6 298:12
299:19 300:4
305:12 307:6
**smells** 57:18
**snuffed** 103:18
**sobs** 56:7
**social** 311:18 314:16
**society** 23:14,15,22
24:4 25:19 26:9
27:2 35:7 53:8
171:16 172:4 306:4
306:12 342:16
343:4
**sold** 69:4 80:4
119:11 157:2 215:6
227:14 274:23
277:3 335:22
336:24 351:18
353:24 354:3
**sole** 200:21
**solely** 32:11
**solicit** 114:9
**somebody** 104:22
104:24 197:6 217:2
314:13

**somewhat** 178:4
213:17
**son** 104:19 154:3
**soon** 46:16 47:15
177:11 249:22
**sorry** 17:21 28:17
38:16 39:14 45:17
59:19 60:6 63:2
64:16 67:6 73:25
106:10 132:5,18
136:2 143:21
151:22 167:8
171:11 172:7
173:24 184:20
194:5 211:15 221:7
233:3 293:3 295:16
330:10 349:15
**sort** 52:4 104:4
176:20 185:18
**sought** 33:24 54:6
76:21 186:12 250:6
258:6 277:16
293:24 294:12
**soul** 157:2
**sound** 169:13
**sounded** 170:12
**sounds** 197:15
**source** 141:16
**south** 4:15
**southern** 252:18
**space** 35:9 42:16
53:24 138:2 177:8
235:19 236:2
239:21 283:9
299:12 311:3
344:24 350:12
362:7
**spacing** 141:6
**sparboe** 3:19 16:14
19:17,17 20:13
22:12,13 27:5,14,22
31:21 32:4,6,9,9,12
38:10 39:10,13
45:20 47:2 48:19
52:16 53:2,11 54:3

54:5,9 56:4,22 57:3
59:5 60:23 61:3,12
62:23 63:15 64:15
65:8,10,12 66:2,4,5
66:15,21 71:23 72:8
82:7,10 89:9,20
121:14,25 122:7,10
124:3 132:12,25
133:18 134:22
137:15 155:24
156:14,15 202:6
203:7 205:23 206:2
206:14,18,24 207:9
207:9,16 208:14
209:21 210:5,12
212:17,21 213:5,23
214:7,19 216:14,17
216:17 217:4,23
220:4,24 222:25
224:6 225:2 226:14
227:15,17,19 228:9
228:12 229:16,24
232:16 233:3,20
234:3,25 235:7
238:23 241:10,12
243:11 244:10,17
247:11 251:17,22
251:24 259:15
261:8 263:13 265:5
265:14 281:25
324:20 325:11,15
326:19 335:15,18
335:25 336:3,11,19
337:9,15 338:8,15
338:19,22 339:3,9
340:10,12 341:13
341:24 342:3,10
347:2,18 350:12,15
350:16 351:18
354:3 359:14
**sparboe's** 134:5
207:7 215:7 217:8
247:6 334:25
348:13,17,20 349:9
349:17,22 350:25

351:3
**spare** 311:5
**speak** 18:21 91:11
105:5 149:12 154:7
164:18 170:2
**speaker** 149:4,13
150:14 151:18
152:7,13
**speakerphone** 213:7
**speakers** 149:13,14
154:20
**speaking** 90:19
154:14 155:4
215:13
**speaks** 123:24
**spearheaded** 322:7
**spec** 226:18
**specialist** 71:2
**specializes** 190:17
**specialty** 30:7
274:10
**specific** 166:17
255:22 291:23
297:22 344:22
**specifically** 149:21
168:9 209:16
215:12 264:17
291:9 294:5 295:25
**specifications**
273:20 358:5
**specified** 282:8
**specifying** 349:4
**speculation** 46:21
47:24 50:19 55:8
62:18 63:11 64:3
73:7 79:24 80:15,23
81:7 97:23 119:6
134:11 233:23
239:16 240:12
253:25 254:25
269:22 297:19
325:18 327:3 339:8
**spell** 17:21
**spend** 285:22

**spent** 256:8 314:22
**spewing** 85:17
**spoke** 122:24 174:20
**spoken** 21:23 22:6
25:9 90:17 130:23
227:7,8 279:4
**spokesperson** 112:5
207:11,18 282:19
326:21
**sponsoring** 175:8
**spreading** 226:20
**square** 3:5 137:25
141:2,3 177:6,11,12
177:13,25 236:2,4,9
332:19,22 333:3,12
333:16,18,21 334:4
334:7,19 335:14,17
335:21,23 336:4,13
336:20 337:6,11
348:14,16,18,24
349:10,12,21 351:4
351:15
**st** 10:15 228:20
**stack** 331:3
**staff** 51:19 60:12,14
61:16 70:23 82:9,15
90:18 95:3 103:25
104:7 112:22,23
134:18 141:22
155:19 156:22
158:19 159:2
190:18 261:7
290:15 306:17
**stage** 316:8
**staged** 341:11,17,19
341:20
**stahl** 4:14
**stamp** 229:14
**stand** 149:3 159:4
168:7 226:22
286:14 329:16
**standard** 196:12
285:14 290:11
299:9 304:23 333:3

**standards** 53:18
75:16 143:24 180:2
227:12,18 286:16
286:19,20 339:6
**standing** 359:16
361:5
**start** 59:18 150:24
159:5 184:21
242:25 243:8
244:19 253:16
312:19
**started** 30:15 70:18
111:14 156:22
230:19 243:7,15
281:8
**starting** 108:7
110:18 121:11
122:22 132:4,5
173:20 174:2
204:14
**starts** 138:11 249:7
299:20
**state** 29:14,24 30:6
89:22 96:17 100:3
153:11,17 161:11
161:25 164:18
165:6 208:11 269:4
269:10 270:22
271:3 318:23 320:2
322:16 362:6
**stated** 89:17 95:22
102:8 163:5,12
172:13 175:4
196:24 225:19
262:11 270:8
280:11 306:16,17
323:5 326:21
**statement** 24:25
25:3 87:13 91:2
94:16 95:18 115:4
122:20 123:19,21
123:23 159:4,6
167:12 174:19
184:7,9 211:6 319:5
325:10,14 331:9

343:25 349:5,7
357:2
**statements** 87:6,11
126:13 140:25
157:17 220:5 221:5
262:15 264:20
316:23 363:7
**states** 1:1 3:9 14:25
16:7 23:15 24:4
26:10 53:9 56:16
64:19,20 67:5,12
75:22 76:14 125:14
152:15 201:3
236:15 279:24
292:11 299:17
306:5,12,20 310:22
324:23 340:8
342:17 343:5
352:11
**stating** 56:10 105:17
275:4 344:15
358:18
**status** 49:10 50:16
58:13,21 174:8
200:19
**stay** 124:5
**stayed** 65:10
**staying** 227:23
**step** 266:21
**stephen** 2:9 242:13
**stephenbrown** 2:11
**stepped** 214:14
**steps** 21:17 51:8
58:3,11,18 240:22
280:22 283:2
**steve** 15:16
**stifled** 102:17
103:17
**stipulations** 13:16
**stocked** 335:10,19
**stole** 235:20
**stolen** 235:16
**stood** 89:4
**stop** 110:6 156:18
161:16 164:13,16

165:9 184:13
190:23 191:11
192:19 230:21
240:23 244:2
**stopped** 90:19
103:25
**stopping** 110:16
139:24 182:7 244:7
**stores** 36:16 284:8
**storms** 297:5
**story** 55:21,21,25
95:8 164:24 213:24
**straight** 327:11
**strange** 220:7
**strategy** 85:22 86:2
244:3
**street** 2:4,9 3:5,12
4:9,21
**stress** 311:19 314:16
**strike** 63:2 325:13
333:9 336:2,16
341:8 359:22
**strikes** 52:3
**strong** 37:5 51:22
**strongest** 36:24
**structure** 78:17,21
251:3
**struggling** 296:15
**studies** 315:3
**studying** 256:9
**stuff** 26:15 108:11
**style** 90:22
**subject** 122:13
145:20 160:17
161:2 166:13
253:10 260:23
263:20 293:24
314:12 330:20
362:11
**subjected** 305:2
**submission** 96:2
**submit** 291:11 295:9
314:24
**submitted** 185:4
232:14 302:3

**submitting**  136:19
  201:16 293:7
  294:23
**subpoena**  20:23
**subscribe**  363:6
**subscribed**  363:12
**subsequent**  169:16
  247:16 252:8
**substance**  72:23
**substitution**  43:3
**successes**  75:19
**successful**  110:15
  158:10 244:6
**sue**  56:16 107:5,25
  108:2 219:18
**sued**  220:3 230:22
**suffered**  75:17
**suffering**  76:7
**sufficient**  144:20
**suggest**  195:15
  211:2 241:18
  315:23
**suggested**  163:12
  172:16 196:4
  216:15 305:8
**suggesting**  57:3
  79:17 233:4 304:6
**suggestion**  196:19
**suggestions**  141:15
  154:22
**suggests**  235:25
**suite**  2:4,15 3:12,18
  4:4,10,15,22
**summarize**  303:21
**summary**  181:20
  305:21
**supervise**  92:20
**supervision**  361:9
**supplier**  90:8
  117:23 118:6
**suppliers**  93:7
  216:16 226:23
  227:3,11 228:7
**supplies**  98:18
  239:22 249:24

**supply**  67:9,13
  68:24 98:7 99:6
  113:24 156:24
  217:8 238:5 239:8
  287:2 291:11
  292:22,22
**support**  13:1 24:5
  24:17 25:15,15
  77:25 122:8 140:10
  177:24 179:10
  186:2,7 187:2
  192:15 207:19
  223:4 313:25 315:4
  328:8 329:6
**supportable**  75:12
**supported**  43:7
  123:9 141:7 305:9
**supporting**  203:3
  223:5
**supportive**  25:20
  67:7 117:4
**supports**  316:22
**supposedly**  123:9
**supposition**  314:3
**suppress**  94:3
**sure**  40:14 47:12
  113:13 117:20,21
  120:4 140:17 158:3
  227:24 283:10
  288:12 293:6 310:9
  316:14 326:22
**surely**  224:23
**surgery**  83:21
**surpasses**  147:24
**surplus**  68:7,10
  69:20 72:5
**surpluses**  68:11
**surprise**  43:21
  124:15
**surprised**  43:14
  100:11,14,15
  125:20,24 131:10
  135:10 152:24
  164:25 165:7
  188:25 237:22

**surprising**  88:21
  131:5
**survey**  42:3,4,6,9
  62:15
**susceptibility**
  311:11 315:17,25
**suspect**  179:3
  260:25 261:18
  271:19 337:3
**suspected**  171:9,10
**suspended**  256:19
  257:10,15
**suspending**  254:5
**suspicions**  238:15
**suspicious**  114:3,6
**sustainability**  305:6
**sustainable**  118:19
**swanson**  269:9
**swear**  15:11
**switches**  212:9,13
**sworn**  17:6 361:6
  363:12
**symposium**  151:2,8
  151:9,10,11 152:11
  152:23 153:22
  154:21,23 155:4
  166:14,18 168:23
  169:3
**system**  113:7 147:24
  254:11 273:13,13
  273:15,16,18
  275:11 276:12,13
  276:16 278:24
  285:18 303:5
  309:17 353:22
  357:25 358:2,14
**systems**  116:24
  273:4 274:15
  286:23 343:10

**t**
**t**  5:8 6:11 7:1 8:1 9:1
  10:1 11:1 12:1
  361:2,2 364:1,1

**table**  212:24
**tactics**  82:17 83:12
  254:12
**take**  18:24 19:5
  21:17 42:4,10 56:25
  69:9 87:21 90:21
  107:4,24 110:8,25
  111:22 113:12
  118:14 120:15
  134:4 144:25
  147:14 172:25
  240:22 241:20
  249:9 264:8 267:6
  275:25 277:18
  287:19 307:16,18
  321:23 322:10
  324:4 348:23
  355:11
**taken**  1:12 58:11,19
  70:6 105:15 106:3
  111:17 120:20
  167:9 173:6 212:18
  222:7 242:3 267:13
  287:24 307:24
  321:12 332:8
  347:25 350:6
  351:25 361:5
**takes**  149:20 253:16
**talk**  151:4,18 152:7
  162:8 166:19 169:7
  171:24 209:4,6,12
  219:7 280:13
  281:17 295:6
  312:21 323:7
**talked**  109:4 162:22
  171:3,14,18 216:11
  217:10 242:17,20
  254:5
**talking**  43:15 73:9
  91:7 107:7 108:10
  108:10 134:17
  140:22 162:3 208:9
  209:13 211:19
  221:16 314:3 354:4

talks  169:24 186:21
  314:8
tantamount  53:19
tape  70:4,10 120:18
  120:24 169:25
  172:24 173:4,9
  222:5,11 242:7
  287:19,22 288:3
  332:5,12
taped  169:15
tapes  69:25 120:14
  222:2 332:3
taping  169:20
target  337:20
  338:11
targeted  156:14
teaching  209:9
team  212:17
technical  133:9
teleconference  4:12
  4:18,24
telephone  22:17
  153:24 154:6
television  112:6
  338:13
tell  17:22 55:21,25
  56:13 66:5 73:10
  99:12 107:2,9 108:3
  108:18 109:7
  111:12 129:21
  197:24 213:25
  214:21 361:6
telling  95:8 114:15
  126:7,10 168:24
temper  100:19
term  41:7 77:20
terminated  64:18
  338:15 342:3
terminology  250:22
terms  126:14 255:4
  259:22 280:24
  283:8,9,12 285:2
terry  125:6,7,15,21
  126:17 164:10
  251:9

testified  17:7 106:13
  112:19 239:14
  276:21 278:3
  286:10 309:13
  328:6 343:19
  344:11
testify  159:9 194:2
  194:18 339:9
testifying  285:9
  338:13
testimony  6:3
  100:17 106:15
  129:25 157:4
  163:12 172:12
  270:13 276:23
  281:10 304:2 312:6
  312:9 317:6 326:13
  327:17 333:4,8
  337:10 359:22
  361:5,7,10
texas  211:19
thank  50:11 63:17
  191:15 195:10
  242:19 309:4
  358:20 360:6
thanks  328:2
thanksgiving  72:7
theirs  165:11
thereof  361:11
thickness  280:25
  281:2
thin  281:3
thing  76:24 77:16
  77:22 155:18
  211:24 241:19
  250:9,18,23 312:21
  320:5,9 322:20
things  26:16 95:7
  97:5 108:15 110:20
  121:18 127:7
  134:24,25 135:2,7,8
  157:15 213:2 259:8
think  26:15 29:4
  45:3 51:2 60:9
  63:12 69:9,24 70:17

72:8 77:16 108:24
  120:13 122:7,17
  123:23 124:8
  127:10 129:18
  138:16 148:23
  151:7 156:11,16
  158:15 159:12,18
  163:11 165:13
  166:16 167:5
  172:23 174:15
  175:24 177:14
  178:10 184:14,17
  184:22 185:21
  186:11 189:5,6
  192:11 194:9
  196:18,20 206:14
  206:22 207:2,20,21
  207:22 210:21
  220:13 221:25
  225:9 226:10 227:9
  235:11 236:21
  239:5,25 240:6,13
  240:20 241:17
  253:15 254:2
  255:24 258:3,4
  260:4 267:7 269:8,9
  269:15 274:3
  283:17 284:15
  287:18 294:15
  302:7 307:17 317:8
  324:9 341:16
  346:17,19 349:16
  352:12 357:8,14
  359:10
thinking  77:4 95:11
  95:19 238:12 254:4
third  76:20 93:18
  110:21 121:12
  128:22 141:8
  158:23 162:21
  209:18 245:19
  284:24 290:20
  291:8
thirty  362:16

thoroughly  58:16,21
thought  50:9 89:22
  126:2 149:25 158:3
  232:20 239:24
  243:25 244:2
  331:15,18
thoughts  133:3,14
  150:10 254:14
  330:15
threat  152:14
three  58:11 84:19,24
  85:2 120:24 155:17
  173:4 211:23 270:8
  275:8 308:21
  336:22 344:12
  345:11
throat  261:11
throw  312:24
thursday  71:17
tim  183:10 184:25
  185:3 251:9
time  14:16 15:6
  18:16 30:11 31:21
  32:8 37:13 41:3,13
  43:12,23 44:12 51:3
  51:18,18 52:19
  53:12 54:4 61:7
  65:3 69:17,22 74:18
  77:21 82:11 83:22
  92:4 102:22 107:19
  110:4 114:3 132:11
  133:18 137:25
  159:14 166:15
  167:15 171:9
  174:21,25 175:10
  181:9 185:22
  197:25 199:3 200:7
  204:20 206:12
  212:11 215:3 218:4
  223:2,22 225:3
  232:19,20 233:10
  236:5 237:6 243:4
  246:5,21 265:6
  266:11 268:12
  269:9,12 282:20

285:22 288:7,14,22
288:23 292:17
294:10 295:2,24
296:18,25 297:12
297:24,24 298:5,21
302:13 306:22
307:15 312:23
323:11,12 326:19
328:4,12 331:17
332:6 337:3 344:24
345:7,12 346:15,17
347:8 348:13 349:8
349:18 359:9 360:6
361:6
**times** 68:7,8 111:18
142:8 162:12
181:11 205:4
240:15 296:8
336:22
**tired** 85:15 221:18
**title** 268:7 302:13
**toby** 125:5,6,11,11
125:21 126:18,20
136:14 164:10
245:13 248:7 249:3
251:24
**today** 14:15 19:14
21:17 29:4 35:12
36:14,16 53:3
142:16 182:7 192:4
201:9 224:12 237:6
237:13,19 242:18
261:5 274:16 278:4
279:4 282:7 335:8
337:10 346:7,14
**token** 131:11
**told** 71:19 104:25
114:20 126:6
155:22 192:11
213:2,3,9,18,22
215:17 216:12,15
237:18
**tony** 219:2,3,22
220:15,21 270:25
345:21,22

**tool** 156:25
**top** 72:3 83:10 93:11
145:11 171:7 188:4
216:16 251:7 253:5
268:8 269:13 270:9
319:24 326:10
327:11
**topic** 212:7
**tort** 190:17
**tortious** 108:3
161:17
**total** 82:25 92:18
298:17
**totally** 82:20 152:9
**touch** 140:19
**touched** 146:4 274:5
**tough** 158:11
**tower** 1:13
**tracing** 284:5
**trade** 34:22 49:4,5
51:24 53:19 54:15
54:24 55:6,22 58:14
61:2,13 69:23 75:21
76:12 84:12,16,20
122:2 128:7 165:21
**trademark** 34:4
302:4
**trademarking** 11:17
300:10
**trained** 198:6
280:10
**traitor** 111:18 142:7
**trampel** 149:16
153:14,15 154:18
**transcribed** 361:8
**transcript** 362:17
362:18 363:3,6
**transcription** 361:9
**transition** 203:14
236:8 299:18,19,20
299:21 305:14,17
**translates** 312:21
**transmitted** 311:13
**transportation**
280:20

**traumatized** 313:11
**traveling** 136:18
**treat** 196:11
**treated** 87:22
**treating** 141:22
231:5
**treatment** 224:24
**treble** 56:15
**tremendous** 145:23
**tried** 127:4 181:6
193:21 206:24
**trim** 344:24
**trimmed** 283:13
**trimming** 35:10
**trims** 76:4
**trouble** 59:4 72:4
**troubles** 263:21,23
264:23
**troublesome** 40:20
71:7
**troubling** 44:2
**troy** 3:17 16:13
22:16 66:21 258:21
258:22
**true** 41:6 55:24
77:17 88:7 98:4
104:16 105:22
115:3 136:22
139:17 148:2 163:5
171:12 177:21
178:12 179:17,18
189:10 199:24
202:11 230:8 314:5
315:7,18 334:13
350:15,24 361:9
**truex** 130:16,17
**truly** 53:15 159:12
193:13 227:20
**trust** 190:18 224:20
**truth** 341:22 361:7,7
361:7
**truthful** 322:24
**truthfully** 19:14
**try** 35:18 83:24 84:4
86:18 93:21 94:17

101:2 141:14
154:24 165:9 189:7
192:19 210:6
237:23 242:18
344:3
**trying** 24:6 25:11
54:21 72:10 82:14
87:25 88:3 94:2,9
95:10,18,21 97:25
107:4,24 111:7,19
122:3 134:18
137:15 142:21
146:8 148:21,25
156:18,24 161:7,9
161:13 164:12,16
165:2 175:8,20
177:18 185:5 186:2
187:5 191:11
196:22 201:12,15
205:5,7 206:8,10
209:21,22 210:16
214:18 221:14
236:7 238:4 240:5
247:9 275:6 297:25
306:13 341:21
345:24
**tucson** 11:15 289:15
290:5
**turkey** 84:21
**turn** 14:7 42:23
73:19 74:15 154:17
245:18 327:22
**turned** 111:21
331:11
**turning** 66:24 81:15
155:6 183:12 207:7
223:20
**tussle** 210:21 211:2
**twenty** 190:20
191:18
**twice** 196:24
**two** 3:5 17:14 31:2
40:20 70:10 80:2
84:10 102:19 106:7
106:9 109:21

112:23 120:18
132:19 164:5
176:21 177:16
178:22,23 205:4
243:14,17 249:13
250:12 261:10
269:15 299:2
308:12 312:24
316:11 319:16
**tx** 4:5
**type** 134:8 179:22
211:16 223:25
**types** 30:18 56:19
**typically** 68:10
**typo** 236:22
**typos** 227:10

**u**

**u** 277:2
**u.s.** 68:20 138:18,22
145:23 209:10
293:8,25 295:10
**ue** 75:24 130:15
263:9
**ue0069683** 11:21
317:22 318:21
**ue0069686** 11:21
317:22
**ue0140621** 9:8
187:16,21
**ue0140623** 9:8
187:16
**ue0198154** 10:5
211:10,15
**ue0198155** 10:7
215:21 216:2
**ue0217821** 12:7
328:17 329:2
**ue0217823** 7:16
101:12,17
**ue0217829** 7:16
101:12
**ue0218113** 7:24
130:9

**ue0218114** 7:22
130:6
**ue0297186** 11:15
289:16,24
**ue0297190** 11:15
289:16
**ue0331648** 6:19
38:2,8
**ue0331649** 6:21
39:17,23
**ue0331651** 6:21
39:18
**ue0461743** 7:8
70:13 71:16
**ue0575401** 9:13
194:23 195:4
**ue0575402** 9:13
194:23
**ue0575403** 8:13
143:7,13
**ue0575405** 8:13
143:7
**ue0615963** 8:22
165:25 166:6
**ue0615964** 8:24
168:16
**ue0615965** 8:24
168:16
**ue0666730** 9:7
183:4,9
**ue0666731** 9:7
183:4
**ue0694999** 11:22
319:10,21
**ue0707085** 8:5
131:22 132:3
**ue0707087** 8:5
131:22
**ue0714970** 10:20
234:10,15
**ue0715275** 10:12
225:22 226:3
**ue0715493** 9:24
208:2,7

**ue0715494** 9:24
208:2
**ue0746300** 96:10
**ue0764003** 7:13
91:15,20
**ue0764004** 7:13
91:15
**ue0764300** 7:14
96:5
**ue0764303** 7:14
96:5
**ue0806429** 7:20
124:22 125:3
**ue0807951** 7:19
121:3,8
**ue0808012** 8:10
137:4,9
**ue0808615** 7:11
86:8,13
**ue0808616** 7:11
86:8
**ue0854224** 8:16
148:8,13
**ue0879102** 12:5
323:23
**ue0879104** 12:5
323:23
**ue0897271** 9:14
197:10,15
**ue0945329** 9:22
204:8,13
**ue0945331** 9:22
204:8
**ue0946434** 7:10
73:14 74:2
**ue0946445** 7:10
73:14
**uea** 101:25
**uep** 11:13,16 16:3
31:10 33:14 34:5,23
34:23,25 35:8,18,24
36:18,21 37:20 38:9
38:17 40:3,7,11
41:3,12,17 42:15,21
43:4,11 44:11 45:21

46:6 49:9,10 50:2
50:25 51:18 52:7,18
53:15,23 54:3 56:5
56:20,25 57:17
58:13,21 60:7,10,12
60:13 61:6,16 62:10
63:20 65:2,4,11
66:6 70:18,21 72:11
72:21 73:4,11 74:22
75:13 76:6,18,21
78:18 79:3 82:8,14
83:2,6 84:2,5,11,16
85:3,12,17 87:20
88:2,4,18 92:17,19
92:22 93:2,24,25
94:3,9 95:25 97:5
97:10 98:5,18 99:6
99:7,13 100:5,10
101:9,25,25 102:5
102:11,15 103:7,13
104:8,17,19 105:14
105:17 108:18,19
109:3,7,8,24 111:7
111:18 112:2,4,7,22
113:17 114:4,14,21
116:15 118:7,25
119:2,25 120:5,8
121:13,17 124:5
127:5,7 128:9,25
129:12,17,20,24
131:2 132:24
134:18,20,24
138:19,20 141:6,13
142:15,24 143:3
145:2 148:20 156:2
157:5,19 159:12,22
162:22,23 163:7,14
163:18 164:11
166:9,22 167:6,9,15
168:10 170:24
172:3 174:7 177:10
178:6,16,24 179:6
179:25 180:22
181:20 183:19,21
184:8 185:8,10,13

185:20 188:13,21
188:25 189:6,14
193:13 201:2,10,14
204:24 205:7,18
206:5,17,21,25
207:18 208:13,17
208:25 209:5,12,14
209:24 210:7,17
215:5,10 217:17
220:6 221:16,18
223:6 224:9,23
225:18 226:18,23
227:13,16 231:5
232:21 233:2,4
234:4 235:9,16,21
236:3,12,14,20
237:7,22 238:5,23
239:6,23 240:20
242:22,24 243:22
243:24 244:21
246:7 247:5,8,11
249:16 250:5,19
251:4 253:11,17
254:20 255:10
256:3 257:24
260:24 261:17
262:8 266:15
268:22,25 269:17
270:3 274:11,11,23
276:13,16,18,24
277:5,5,9,13,19,21
281:3,4 282:13,19
283:5 284:3,4,18
285:6 286:6 288:8
288:15 289:13,23
290:3,9 291:6,11
292:2,8,9,17 293:7
293:25 294:12,12
295:10 297:9 300:5
300:10 301:18
305:16,23 306:3
308:14,22 310:22
315:8 317:2 318:13
319:5 320:17 322:9
322:17 323:2,12,13

330:15,21,22
335:15 338:19
339:2 340:9 343:12
352:14,15,19,20,23
353:3,6,12,12,16,18
353:24 354:7,9,16
355:15,16,19,22,23
355:24 356:5,8,12
356:21,23,25
358:14 359:14
**uep's** 87:4 105:16
108:17 109:6
160:17,23 188:19
188:21 198:4
200:23 210:15
223:7 225:14
233:16 235:23
263:21,23 289:7
292:16 293:18
302:14 311:24
**uh** 32:3 73:24
**ultimately** 53:15
55:23
**un** 346:8 347:3
**unable** 156:6
**unaware** 188:16
**uncut** 206:25
**undergrad** 29:13
**undermine** 84:2,4
121:15 145:14
**undermining** 143:3
**undersecretary**
110:9
**understand** 17:20
18:23 19:16 27:5
68:3 83:13 97:25
219:25 228:4
231:24 240:5
253:21 287:7
302:11 345:24
347:15
**understanding**
34:24 48:11 67:25
92:24 266:10
269:16 282:12

296:16 298:9
303:22 305:20
325:11,15 327:21
328:7
**understands** 103:3
133:10 314:11
**understood** 18:25
22:15 112:25
169:14 294:16
326:22
**undertaken** 188:18
**undetermined** 30:11
**unfair** 53:19 54:15
54:23 55:5
**unfamiliar** 311:17
**unidentified** 331:9
**unique** 155:23 200:9
**united** 1:1 3:8,9
11:20 14:25 16:6,7
23:15 24:4,6 26:10
30:20 31:4 33:24
48:21 49:15 51:8
53:9 64:19,20 65:4
67:5,12 69:15 75:14
75:24 84:23 97:10
125:12,13 201:2
223:2 234:22
236:16 279:24
292:11 306:4,12,20
310:21 317:20
318:17 320:17
340:12,17 342:17
343:5 352:10,11
**unity** 61:8 77:23
**universally** 294:16
**universities** 182:16
271:24 345:4
**university** 29:14
30:6 100:3 153:12
153:17 161:11,25
164:18 269:6
270:19,22,25 271:3
271:22
**untrue** 24:12 82:23

**upper** 216:4
**ups** 191:16
**upset** 89:18
**upwards** 304:21
**urgency** 311:21
**urner** 277:2 353:21
354:5
**usda** 108:17,18
109:6,7,20 110:8
115:25 116:13,21
117:7,16 118:13,14
118:17,21,23
120:12 122:23,25
123:3,8,13,15
127:20 128:5 138:5
139:2,20 140:18
141:22,23 144:9,24
146:5 147:4,8,14
151:19 152:8
166:14,19 167:17
167:18 168:12
169:5 174:16,17,20
174:21 175:14
179:23 182:9,9,17
184:6,6 195:19
196:4,6,15 199:22
200:17,19 203:17
204:4 205:8 218:5
219:20 221:21
227:21 228:11
254:7 256:20
257:16,24 258:8
275:16 279:14
280:17 281:15,23
282:7 283:19
284:25 287:7
292:21 318:13
348:21,25 355:5
**usda's** 195:11
**use** 101:7 108:2
111:23 113:11
117:13,14,16 123:7
123:16 142:19
144:13 147:5,14
154:10 167:10

179:5,11 184:6
220:12 221:17
238:5 257:23
320:11 358:25
359:6,11,19
**usem** 16:4 65:5 69:7
114:9,10 134:20,24
**uses** 118:13 180:11
**usual** 90:22
**usually** 229:12
**utmost** 311:21

**v**

**vaccinated** 311:15
314:8
**vague** 171:20
282:17 284:11
296:22 297:16
310:5 317:6 337:18
**valley** 1:12
**value** 275:21 340:16
**valued** 191:19
**vanessa** 4:15 16:23
**various** 133:15
288:22 295:4
299:17
**vee** 338:6
**vehicle** 154:24
**vengeance** 201:12
**venture** 142:19
**verbal** 94:25 130:3
230:21
**verbally** 130:2
158:17
**verification** 116:22
219:21 280:10
282:6 284:25
**verified** 8:14 23:10
37:19 116:21
117:17 118:3,8
120:12 122:25
123:13 128:11
138:7 140:9 141:5
142:25 143:19
144:5,24 146:6,10

146:23 147:3,6,15
147:17,20 148:3,3
151:19 152:8
157:23 161:11
164:14,14 166:14
166:20 169:6
171:18,23 174:16
175:11,12 176:14
182:19 183:22
184:6,23 186:14
188:8 192:5,6
193:17 195:11,21
200:8,12 201:7
203:4,10,17,19
204:4 205:6 212:19
214:23 215:8
221:19,23 237:16
237:24 244:20
247:7 275:7,15
279:8,15,17 282:3,4
283:2,5,7,16 284:17
285:12,15,21 321:2
330:17,24 333:6,11
333:14,17 335:16
335:22 337:5,7
343:22 344:4
345:18 346:13
347:3
**verify** 115:5 123:3
180:17 220:4
268:10 280:7 283:3
**verifying** 179:23
180:10 280:2,22
**veritext** 14:14 15:11
**version** 347:3
**versus** 145:4,7 174:7
**veterinarian** 210:12
261:7
**veterinarians** 261:9
**viability** 43:5
296:19
**viable** 49:16
**vice** 30:21 40:9
61:22 198:4 204:21
220:23 265:11,12

288:9,15 290:7
292:6 294:11
**video** 334:24 335:4
335:6,10 341:7,9,11
341:20
**videographer** 5:9
14:3 70:2,8 120:16
120:22 173:2,8
222:3,9 241:24
242:5 267:10,15
287:21 288:2
307:21 308:2 321:9
321:14 332:4,10
347:22 348:3 350:3
350:8 351:22 352:3
**videotaped** 1:11
**view** 77:7 179:3
276:15 313:19
**viewed** 145:19
**viewpoints** 43:25
71:10
**vilify** 187:5 192:5
237:23
**vilifying** 185:5
187:6
**vince** 251:9
**vindictive** 89:19,23
**violated** 145:13
**violating** 359:23
**violation** 224:20
**virtual** 201:2
**virtually** 188:22
**virtue** 295:18
**visit** 108:17 109:6
109:20 214:12
227:9 281:15
**visited** 49:13
**vitae** 6:18 32:16
**vjacobsen** 4:17
**voice** 37:13 90:14
91:9 102:16 103:4,8
103:24 105:4 149:5
149:11 323:10
**voiced** 89:6 104:22

**voices** 11:20 317:21
318:17
**volstead** 46:14
47:14,20 48:6,12,23
48:25 49:3,10,18
50:16 51:10 62:11
64:25
**voluntarily** 57:19
291:12
**voluntary** 53:16
78:9 249:21 354:22
**vote** 51:12 158:7
159:13 232:24
**votes** 158:25
**vpc** 9:20 174:6,9,12
176:14,24 177:4
178:4 179:2,3,14,20
181:18 190:21
200:18,21,24 202:7
202:16

**w**

**w** 3:4 153:5
**wait** 130:22
**waited** 126:4
**waive** 259:15
**wal** 118:5 143:2
212:9,12,12,18,21
213:4,7,22 214:4,10
214:24 215:6,14
216:12,13,18,20
217:6,11,13,15,18
217:21,22,24
219:18 220:3
221:21 223:15
225:3 227:2,9,10,16
227:24 228:3,5,8,13
234:25 235:8
236:13 247:5 286:2
329:6,9,12,17
345:18,19,21
**walk** 111:5
**walked** 106:23
**walmart** 226:14,17
226:22

**want** 17:18 29:11
40:14 51:16 68:12
71:12 79:12,20 92:8
96:25 105:7 106:6
106:17 110:13
123:8 124:2,9
147:18 157:16
167:24 189:16
190:13 191:14
211:2 241:2,20
273:10 275:11
276:7 292:21 293:5
298:4 331:7 357:19
358:11,24 359:15

**wanted** 36:8,12
46:15 47:14 71:7
78:4 83:3 108:18
109:7 140:11,17
150:9 157:21
161:19 170:19
185:8,22 193:19
203:5,16 212:20
214:12 221:21,22
254:7,16 268:18
279:20 334:6
357:17

**wanting** 124:4
129:23 142:10
276:4

**wants** 128:24
210:21

**warned** 155:19

**wash** 299:23

**washington** 2:5 3:13
4:10 11:20 30:4
31:6 34:22 40:13
61:21 76:12 81:22
81:25 84:14,20,23
84:25 114:18
121:15 125:14
127:20,24 128:3
204:22 244:4 289:5
306:8,23,25 317:21

**waste** 314:21

**watch** 216:17

**watchdog** 56:8

**watching** 219:5
230:24

**water** 35:9

**watkinson** 81:23
106:24

**wavelength** 293:6

**way** 85:9 100:22
104:21 113:5 127:4
133:19 165:7
177:19 180:13,19
180:20 181:7,11
186:2,25 187:4
230:18 233:19
250:16 280:19,22
282:5,24 286:14
287:2

**wayne** 24:2,2 53:10
170:3,16 202:6
213:12 263:12,14
265:3 330:11

**ways** 49:19 84:10
127:2

**wayzata** 3:17,18

**we've** 53:20,22
109:3 162:9 171:3
181:8 241:9 242:17
254:15 256:4 268:4
272:10 274:5
284:15 289:20

**weakness** 326:20

**weather** 297:5

**web** 12:11 53:9
196:8 300:17,25
301:2,5,9 305:7
341:2 346:12 349:2

**website** 178:8
181:24 210:3

**wednesday** 166:18
193:15

**week** 83:3 87:6
312:18

**weeks** 174:21

**weil** 3:11 15:24

**weil.com** 3:14

**welcome** 154:7

**welfare** 24:8 30:7
32:13 35:21 36:9,12
37:15,17 38:9,18
42:8 43:9 44:20
51:20,23 52:10
53:18,25 55:15
57:15 58:14 60:17
70:25 71:2 72:17,18
72:22 76:21,24 77:9
77:15 78:25 79:9,15
80:21 81:4 85:2
87:5 97:6 98:17
100:6 105:3 115:7
116:14 117:9,19
121:16 123:3,15
129:11 136:21
137:16,18,22
138:19 141:16
142:11 144:3 147:8
149:18 154:9
155:20 162:24
167:8,12 174:20
176:10 177:2
180:24 181:21
183:14,19 184:7,9
185:8 186:17,20
188:17,24 200:22
200:25 203:8
206:16,21 207:12
209:9 220:5 226:15
227:12 250:5,8,16
250:22,23 261:18
262:9 270:17,24
271:8 273:3,15
275:5,11 276:4
280:2 284:4 286:5
297:10 303:18
304:9 305:23
309:24 310:21,24
311:3,6,23 313:3,8
313:9,20 315:4
319:6 320:10 322:8

325:13 326:3
331:10 339:5
341:23 343:9 344:8
348:8 355:2,7,10
358:11

**went** 30:4 32:11
48:20 100:3 107:22
107:22 108:8,11
112:9 114:3 156:24
186:15 192:9 199:3
230:22 231:21
237:22 238:3,22
271:2 285:25 315:8
337:6

**west** 10:15 150:6
223:2,18 228:20

**whatsoever** 308:25

**whipping** 92:13

**whispering** 14:6

**white** 177:12 178:2
248:21

**wholesome** 113:5
307:3

**widely** 254:20

**wigren** 190:6

**willardson** 174:4,15

**william** 204:15,19
206:3

**willing** 83:16 141:13
316:13

**wilson** 301:24

**wing** 304:7 305:4

**wish** 134:22 205:25

**wished** 334:9

**withdraw** 179:11
232:25 233:5 234:4
234:7 342:14

**withdrawal** 117:13
123:7,22 179:5

**withdrawn** 266:12

**withdrew** 65:12
225:8,11,12 232:21
233:7

**witness** 5:5 15:4,12
16:16,17 22:9,15

26:24 28:8 29:8
33:18 43:19 45:24
46:24 47:3,9 48:3,4
48:17,20 50:20 51:6
55:10 57:6 59:2
62:19 64:4,12 66:13
67:17,22,24 69:6
73:8 77:20 79:25
80:16,24 84:19
85:20,25 94:7,15
97:24 98:15 99:10
103:12,23 104:12
105:24 107:16
112:20 119:7,14
120:7 134:12 152:3
165:6,18 171:22
175:4 194:2,4,18
214:7 220:18 225:7
229:7 231:16
233:25 237:12
238:11,20 239:14
239:18 240:12,14
240:16 241:7,8
246:12,25 247:22
248:6 254:2 255:3
257:2,14 258:3
259:13,20,21
264:16 269:23
271:16 276:20,24
277:25 278:20
282:18,22 284:13
285:10,11 292:19
293:19 294:4,15
295:15 296:24
297:21 301:22
302:18 304:3 306:3
313:24 315:13
317:8 320:22
324:11 325:20
327:5 329:3 331:23
336:7 349:15
354:20 356:23
357:5 360:12
361:10,12 362:2

**wondered** 266:5
331:10
**wondering** 49:20
**woodman's** 337:24
**woodward** 2:15
**word** 108:2 111:23
172:21 227:25
**words** 36:11 82:24
99:12 111:12 124:9
355:6,10
**work** 30:4 31:5
32:11 33:9 48:20
188:24 189:2
193:21 203:25
204:2 220:11 261:9
288:20 318:13
344:19
**workable** 340:13
**worked** 81:25 82:2
106:24 210:12
**working** 31:21 32:2
32:8 72:9 81:21
84:25 125:15
132:11 157:8 184:5
203:13 205:8
207:18 208:14
252:19 265:5
**works** 154:2
**world** 181:22 210:3
**worry** 231:25
**worse** 263:21,24
264:23
**worthy** 122:14
**wow** 134:5 158:2
**wrap** 241:23 307:20
**wright** 4:8
**write** 74:3 76:20
124:16 126:4
138:13 139:15
140:15 175:6,9
190:5 202:9 204:23
261:16 266:4
283:18 357:20,24
**writes** 83:10 115:20
116:5 148:23

149:15 154:16,18
205:20 206:6
226:13 251:12
253:15 256:18
**writing** 178:13
232:20
**written** 23:16,22
24:2,8 53:10,22
58:17 109:2 189:13
252:10 260:7
**wrong** 344:15
**wrote** 94:22 181:18
193:12 200:17
229:9 249:2 253:22
260:13,18 263:6,9
263:11,23 266:2,14
268:9,12,19 274:2
279:14 301:23
310:20 345:5
**www.uepcertified....**
178:7

| x |
|---|

**x** 6:1,11 7:1 8:1 9:1
10:1 11:1 12:1
153:4
**xin** 153:6,7

| y |
|---|

**y** 138:17
**yeah** 134:25 144:15
171:6 204:18 233:6
**year** 35:4 83:16,18
83:22 108:22 110:7
114:14 140:14
159:22 175:5
216:19 243:22
269:17 283:18
**year's** 153:21
154:21
**years** 30:12 31:2
50:23 65:2 97:13
102:20 103:12
104:17 110:7 131:9
149:12 155:23
157:8,12 182:5

186:23 188:4
190:20 191:18,21
207:10 209:10
210:13 211:25
223:6 256:8 261:11
299:2 316:12,18
**yesterday** 71:19
**yesterday's** 121:24
122:4
**york** 14:14 96:16
**younger** 311:13