# ATTACHMENT 33

HIGHLY CONFIDENTIAL

Klump, Thomas                                          April 9, 2014

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-    -    -

IN RE:  PROCESSED EGG PRODUCTS,    :  MDL NO. 2002

ANTI TRUST LITIGATION              :  08-md-02002

_____

THIS DOCUMENT RELATES TO,          :

Kroger, Co. v. United Egg          : HIGHLY

Producers, et al.,                 : CONFIDENTIAL

No. 2:10-cv-06705 GP               :


Videotaped deposition of THOMAS KLUMP,
held at the offices of DECHERT, CIRA Center 2929
Arch Street, Philadelphia, Pennsylvania 19104, on
Wednesday, April 9, 2014, beginning at approximately
9:16 a.m., the proceedings being recorded
stenographically by Gail Inghram Verbano, Registered
Diplomate Reporter, Certified Realtime Reporter,
Certified Shorthand Reporter-CA (No. 8635), and
transcribed under her direction.

HIGHLY CONFIDENTIAL

Klump, Thomas                                                                    April 9, 2014

2 (Pages 2 to 5)

---

**2**

APPEARANCES:
On Behalf of R. W. Sauder, Inc.:
   CHRISTINE LEVIN, ESQUIRE
   christine.levin@dechert.com
   CAROLYN E. ISAAC, ESQUIRE
   carolyn.issac@dechert.com
   DECHERT
   Cira Center
   2929 Arch Street
   Philadelphia, Pennsylvania 19104-2808
   215.994.4000
On behalf of Krogers Co. and the witness:
   KEVIN J. MURRAY, ESQUIRE
   kmurray@kennynachwalter.com
   KENNY NACHWALTER
   1100 Miami Center
   201 South Biscayne Boulevard
   Miami, Florida 33131
   308.373.1000

---

**3**

On Behalf of Midwest Poultry Services, L.P.:
   KATHY L. OSBORN, ESQUIRE
   kathy.osborn@faegrebd.com
   FAEGRE BAKER DANIELS, LLP
   300 N. Meridian Street, Suite 2700
   Indianapolis, Indiana 46204
   317.237.8261

TELEPHONIC APPEARANCES:
On behalf of Indirect Purchase Plaintiffs:
   PAUL NOVAK, ESQUIRE
   pnovak@milberg.com
   MILBERG, LLP
   One Kennedy Square
   777 Woodward Avenue, Suite 890
   Detroit, Michigan 48226
   313.309.1763
On Behalf of Rose Acre Farms, Inc.:
   MOLLY S. CRABTREE, ESQUIRE
   mcrabtree@porterwright.com
   PORTER WRIGHT MORRIS & ARTHUR, LLP
   41 South High Street
   Columbus, Ohio 43215-6194
   614.227.2015

---

**4**

On behalf of Michael Foods, Inc.:
   SHARON R. MARKOWITZ, ESQUIRE
   sharon.markowitz@stinsonleonard.com
   STINSON LEONARD & STREET
   150 South Fifth Street
   Suite 2300
   Minneapolis, Minnesota 55402
   612.335.1500

ALSO PRESENT:
William Verbano, Videographer

---

**5**

C O N T E N T S

| WITNESS: | PAGE |
|---|---|
| THOMAS KLUMP | |
| By Ms. Levin | 9 |
| By Ms. Crabtree | 287 |
| By Mr. Novak | 289 |
| By Mr. Murray | 303 |
| By Ms. Levin | 305 |

E X H I B I T S

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 41 | Signed acknowledgment and consent of Mr. Klump | 11 |
| Exhibit 42 | Presentation, "Retail Egg Buying," 5-11-10; KRGEGED-13608 to 639 | 80 |
| Exhibit 43 | Addendum to Cal-Maine contract, 2-10-06; KRGEGED18832 | 143 |
| Exhibit 44 | Packet of letters dated 9-6-06, from Mr. Klump to multiple recipients, KRGEGED-12637 to 2646 | 145 |
| Exhibit 45 | Email communication, 2-15-07; KRGEGED-18589 | 189 |
| Exhibit 46 | Email communication, 8-9-07; KRGEGED-18496 | 195 |

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

3 (Pages 6 to 9)

---

**6**

EXHIBIT     DESCRIPTION     PAGE

Exhibit 47 Memo from Kroger to multiple   201
recipients re: 2006 Egg Pricing
Structure; KRGEGED-15734

Exhibit 48 Memo from Kroger to multiple   205
recipients re: 2007 Egg Cost
Structure; KRGEGED-15785

Exhibit 49 Email communication, 1-19-07, with   215
attachment; KRGEGED-18603

Exhibit 50 Letter from R. Krouse to G. Stull,   218
9-12-05; KRGEG00019004 to 9007

Exhibit 51 Letter from R. Krouse to G. Stull,   222
9-23-05, with attachment;
KRGEG00019008 to 9009

Exhibit 52 Email communication, 11-21-08,   224
with attachments; KRGEGED-20654 to
0655

Exhibit 53 Letter from B. Hodges to G. Stull,   226
2-15-05; KRGEG00019277

Exhibit 54 Email communication, 11-18-09;   231
KRGEGED-0604 to 0607

Exhibit 55 Document, "Egg Pricing Strategy";   263
KRGEGED-15761 to 5762

Exhibit 56 Spreadsheet; KRGEGTD-7   268

Exhibit 57 Spreadsheet; KRGEGTD001   271

---

**7**

EXHIBIT     DESCRIPTION     PAGE

Exhibit 58 Handwritten notes of Mr. Klump   286

Exhibit 59 Email communication, 10-28-09,   293
with attachments; KRGEGED-4749

---

**8**

Philadelphia, Pennsylvania
Wednesday, April 9, 2014; 9:15 a.m.

- - -

THE VIDEOGRAPHER: We are going on the record at 9:16 on Wednesday, April 9th, 2014. This is Volume 1, Disk 1 of the videotaped deposition of Tom Klump, taken by the defendants in the matter of Processed Egg Products Antitrust Litigation MDL No. 200208-MD-02002, filed in the United States District Court, the Eastern District of Pennsylvania.

This deposition is being held at the Law Offices of Dechert, LLP, the CIRA Center, 2929 Arch Street, in Philadelphia, Pennsylvania.

My name is William Verbano, representing Henderson Legal Services of Washington, D.C., and I am the legal video specialist.

The court reporter today is Gail Verbano, also for Henderson Legal Services.

Counsel will now state their appearance and affiliation for the video record.

MS. LEVIN: Christine Levin of Dechert, LLP on behalf of R. W. Sauder, Inc.

MS. OSBORN: Kathy Osborn with Faegre Baker Daniels on behalf of Midwest Poultry Services.

---

**9**

MR. MURRAY: Kevin Murray, Kenny Nachwalter on behalf of the Kroger Company and the witness, Thomas Klump.

THOMAS KLUMP, having first been duly sworn according to law, was examined and testified as follows:

- - -

EXAMINATION
BY MS. LEVIN:

Q. Good morning. Would you state your full name for the record, please.

A. Thomas J. Klump.

Q. Mr. Klump, have you ever had your deposition taken before?

A. Yes.

Q. When was that?

A. I had a deposition about 28 years ago.

Q. And was that the most recent deposition you've given?

A. Yes, ma'am.

Q. Was that in conjunction with your employment?

A. Yes, ma'am.

Q. What sort of litigation was that?

A. It was involving a damage suit with a

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                                    April 9, 2014

4 (Pages 10 to 13)

---

**10**

1  co-packing agreement with Altienes with some salad
2  dressing that we had processed for them that --
3  shelf life failed on the product.
4       Q.  Were you employed by Kroger at the time
5  of the deposition?
6       A.  Yes, ma'am.
7       Q.  Since it has been a while since you've
8  had your deposition taken, I'll go over a few rules
9  that I suspect Mr. Murray has gone over with you,
10  but just as a little refresher course, the first is
11  that the court reporter is taking down everything we
12  say, so we need to try not to talk at the same time.
13  Very difficult for her to take us both down at the
14  same time.
15       The second is nods, hand gestures don't
16  get recorded, and so you need to give an oral
17  response to any question that I ask.
18       The third is that if you have any
19  question, if you don't understand my question, if
20  you can't answer it as phrased and you want me to
21  rephrase it or to define a word in it, feel free to
22  ask me to do that.  You don't have to accept the
23  question exactly as it's worded.
24       And last, if you want to take a break,
25  as our videographer said, if you want to take a

---

**11**

1  break at any point in time, you just need to say so.
2  The tape -- we usually break every hour and a half
3  to two hours anyway for the tape, but if you want a
4  break prior to the time that the tape runs out,
5  you're free to do so.  I would only ask that if
6  there's a question pending, that you give an answer
7  to the question before we take a break.
8       A.  Okay.
9       Q.  You understand all of that?
10       A.  Yes, I do.
11       Q.  Before I plunge into any kind of
12  substantive questioning, I believe part of the
13  deposition you were given a copy of the protective
14  order relating to confidentiality in the litigation;
15  and we asked that you sign an acknowledgment and
16  consent; and I would like to mark as Exhibit
17  Kroger 41 a copy of a document entitled
18  "Acknowledgment and Consent."
19       (Kroger Exhibit 41 was marked for
20       identification.)
21  BY MS. LEVIN:
22       Q.  And I ask that you take a minute to
23  review that and tell me if that is your signature on
24  Exhibit 41.
25       A.  Yes, it is.

---

**12**

1       Q.  And you have, in fact, read the
2  protective order and understand its terms?
3       A.  Yes.
4       Q.  Are you currently employed by Kroger?
5       A.  Yes.
6       Q.  How long have you been employed by
7  Kroger?
8       A.  37 years.
9       Q.  And in terms of -- could you begin with
10  your current response at your current position and
11  work back in time?
12       I don't know that I'll want to go all
13  the way back to the very beginning days, so we may
14  be able to short-circuit this if you just tell me
15  what your current position is and how long you've
16  held it, and then perhaps one position prior to
17  that.
18       A.  Current position is a global sourcing
19  manager for the corporate brands.  Prior to that I
20  was a procurement manager for manufactured sourcing.
21       Q.  How long have you been the global
22  sourcing manager for Kroger?
23       A.  Two months.
24       Q.  And how long were you the procurement
25  manager for manufactured sourcing?

---

**13**

1       A.  Since April of 2005.
2       Q.  And what was your position prior to
3  procurement manager?
4       A.  Superintendent.
5       Q.  How long did you hold that position?
6       A.  Probably about five to seven years.
7       Q.  So from roughly 1998 or 2000?
8       A.  Yes.
9       Q.  Okay.  Tell me what your
10  responsibilities were as superintendent.
11       A.  I was responsible for the management of
12  five processing lines at the State Avenue
13  manufacturing facility.
14       Q.  What products were being processed?
15       A.  There was a coconut department, a salad
16  dressing department, three salad dressing lines, and
17  a flavor room.
18       Q.  What was the last one?
19       A.  A flavor room.
20       Q.  Flavorment?
21       A.  Flavor, F-L-A-V-O-R, room.
22       Q.  And these were processing lines for
23  products that Kroger manufactures for sale?
24       A.  Yes, production of KMP products.
25       Q.  What is KMP?

---

## HIGHLY CONFIDENTIAL

Klump, Thomas                                    April 9, 2014

**14**

1    A. Kroger manufactured products.
2    Q. And these are all products sold under a
3  Kroger brand?
4    A. Kroger or other brands, yes.
5    Q. Did any of the products that were a part
6  of these five processing lines utilize eggs or egg
7  products?
8    A. Yes.
9    Q. Which ones?
10    A. The salad dressings in the -- when
11  you're forming an emulsion or mayonnaise or salad
12  dressing, it incorporates eggs. Also, any salad
13  dressing that is emulsion base has egg products in
14  it.
15    Q. Were there any other products besides
16  the ones you've listed that you were -- produced at
17  the plant on State Avenue?
18    A. No.
19    Q. And were there any other products
20  produced at that plant that use eggs or egg
21  products?
22    A. No.
23    Q. In the salad dressings you described how
24  eggs are used in the emulsion process.
25    A. Yes, ma'am.

**15**

1    Q. Do you actually use eggs or egg
2  products? Do you know the definition?
3    A. Define "eggs or egg products."
4    Q. I will use the definition of egg
5  products that has been used in the litigation,
6  specifically in the introduction in Paragraph 1 of
7  the Complaint filed by Kroger in this case.
8      It defines egg products as "eggs that
9  have been removed from the shell and include whole
10  eggs, whites, yolks, and various blends that may
11  include some nonegg ingredients that are processed
12  and sold in liquid, frozen and dried forms."
13    A. Egg products.
14    Q. But not any shell eggs?
15    A. No.
16    Q. Okay. Describe for me your
17  responsibilities as procurement manager for
18  manufactured sourcing.
19    A. We have 39 manufacturing facilities
20  operated by Kroger. And our responsibility was to
21  buy the raw materials, both ingredients and
22  packaging, to support those operations.
23    Q. So instead of being a superintendent of
24  the processing lines, in this position you were
25  buying the raw materials that were used in the

**16**

1  actual processing?
2    A. Some of the raw materials; yes.
3    Q. And which raw materials were you the
4  procurement manager for?
5    A. When I took the role as procurement
6  manager in 2005, I was buying all the chocolates,
7  oats, and all the pet food items for the light dog
8  food plant.
9    Q. Did you have any responsibility for egg
10  procurement?
11    A. When I took the job, no.
12    Q. After some period of time, did you have
13  responsibilities for egg procurement?
14    A. Yes.
15    Q. What were those responsibilities?
16    A. When Gary Stull retired, which was
17  announced towards September/October of 2005, I
18  volunteered to take the shell egg category, and
19  that's my first introduction into eggs.
20    Q. And was -- did you literally take over
21  Mr. Stull's job in its entirety?
22    A. Yes.
23    Q. So that part of your responsibility was
24  procuring eggs for resale in Kroger stores; is that
25  correct?

**17**

1    A. Shell eggs; correct.
2    Q. But not egg products?
3    A. No.
4    Q. Who was in charge of procurement of egg
5  products?
6    A. In 2005 it was Mike Cornelius.
7    Q. And how long had Mr. Cornelius had that
8  job in 2005?
9    A. I don't know.
10    Q. Do you know do you know approximately?
11  Five years? 10 years?
12    A. No. He hadn't been employed by the
13  company that long. I would say -- I don't know.
14    Q. And how long did Mr. Cornelius hold the
15  job of procurement of egg products?
16    A. About three to six months after I took
17  shell eggs.
18    Q. So until early 2006?
19    A. Yes.
20    Q. And who took over for Mr. Cornelius in
21  procurement of egg products?
22    A. Jennifer Siewe.
23    Q. And does Ms. Siewe still hold that
24  position today?
25    A. No.

HIGHLY CONFIDENTIAL

Klump, Thomas                                            April 9, 2014

6 (Pages 18 to 21)

---

**18**

1    Q.  How long did Ms. Siewe hold the
2  position?
3      A.  As far as?
4    Q.  Procurement of egg products.
5      A.  Procurement -- she held the position...
6    Q.  Roughly is good enough.  I'm not going
7  to hold you to it.
8      A.  Okay.  I picked up the egg products
9  probably three or four years later.
10    Q.  So you picked up procurement of egg
11  products in -- you say three or four years later?
12      A.  Yes.
13    Q.  In 2008/2009?
14      A.  Yes.
15    Q.  So until, until the last two months when
16  you became the global sourcing manager, until that
17  time, were you responsible for procurement of both
18  shell eggs and egg products?
19      A.  Yes.
20    Q.  Did your responsibilities change when
21  you became the global sourcing manager?
22      A.  No.
23    Q.  Just a new title?
24      A.  Yes.  They moved me from manufactured
25  sourcing to corporate brands.

---

**19**

1    Q.  So you continued to be responsible for
2  shell egg and egg product procurement?
3      A.  Yes.
4    Q.  On a global basis?
5      A.  That's what the title infers.
6    Q.  Right.  But by "global," does that just
7  mean throughout the United States?
8      A.  For egg and egg products, yes.
9    Q.  And when Mr. Stull left and you took
10  over his position, was there some sort of overlap
11  where he sort of showed you what he did and...
12      A.  There was about a three-month overlap
13  between Gary's retirement and me picking the
14  position up.
15    Q.  So if he retired in February of 2006,
16  then maybe in November or so you began to have some
17  overlap with him?
18      A.  Probably October, November, December we
19  traveled together and visited each of our KMAs and
20  the supplier.
21    Q.  What's a KMA?
22      A.  Kroger marketing area.
23    Q.  So these are regions of the country?
24      A.  It's store regions, yes.
25    Q.  Did you inherent Mr. Stull's files when

---

**20**

1  he left the company?
2      A.  Yes.
3    Q.  So you received whatever hard copy and
4  electronic files he still had in his possession?
5      A.  Yes.
6    Q.  Did Mr. Stull remain on as a consultant
7  of any sort --
8      A.  No.
9    Q.  -- after he left?
10      A.  No.
11    Q.  No?
12      MR. MURRAY:  Slow down a little.  You
13  got to let her get the question out.
14      THE WITNESS:  I'm sorry.
15  BY MS. LEVIN:
16    Q.  It's one of the harder things that we
17  have to do.
18      Were you aware in advance of the filing
19  of the Complaint by Kroger in this action?
20      A.  Be more specific.
21    Q.  Did you know, before the Complaint was
22  filed in this action, that it was going to be filed?
23      A.  No.
24    Q.  Nobody consulted you with respect to the
25  allegations in the Complaint?

---

**21**

1      A.  No.
2    Q.  And you didn't review the Complaint
3  prior to it being filed?
4      A.  No.
5    Q.  In your responsibilities -- and all I'm
6  really concerned about at this point is shell egg
7  and processed egg procurement -- to whom do you
8  report?
9      A.  Today?
10    Q.  Yes.
11      A.  Allen Goss.
12    Q.  How do you spell the last name?
13      A.  G-O-S-S.
14    Q.  What is Mr. Goss's position?
15      A.  He's a senior manager.
16    Q.  Does he have a more specific title than
17  senior manager?
18      A.  Senior manager of global sourcing.
19    Q.  Right -- global sourcing; right.
20      A.  Yes.
21    Q.  And how long have you reported to
22  Mr. Goss?
23      A.  Two months.
24    Q.  Prior to that, to whom did you report?
25      A.  I've been moved around a lot.  I'm

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

22

1 trying to remember the order in which they...
2      John Hitchell.
3      Q. And what was Mr. Hitchell's position?
4      A. He was a senior manager of dairy.
5      Q. How long did you report to Mr. Hitchell?
6      A. About a year.
7      Q. And do you recall who you reported to
8 prior to Mr. Hitchell?
9      A. Shawn Dailey.
10      Q. And that's Mr. Dailey? I made this
11 mistake once yesterday with Erin somebody. Is it --
12 Mr. Shawn Dailey is a man?
13      A. Yes, Mr. Shawn Dailey.
14      Q. And how long did you report to
15 Mr. Dailey?
16      A. I believe about a year and a half to two
17 years.
18      Q. What was Mr. Dailey's position?
19      A. Commodity -- senior manager commodities.
20      Q. And do you recall who you reported to
21 prior to that?
22      A. Dallas Lindley.
23      Q. And?
24      A. Senior manager of ingredients.
25      Q. And how long did you report to --

23

1      A. They each had about a two-year stint.
2      Q. Okay. But these were all the people
3 that you reported to with respect to your
4 responsibilities on procurement of shell eggs and
5 egg products?
6      A. Yes.
7      Q. And during this time period that you
8 were in charge of shell egg and egg product
9 procurement, I believe you testified that that was
10 for resale in Kroger stores; correct?
11      A. For the retail shell eggs, yes. For the
12 egg products, it was for manufacturing.
13      Q. And did you have any involvement with
14 purchasing shell eggs for use in manufacture?
15      A. We do not use shell eggs in
16 manufacturing.
17      Q. So all of the egg ingredients in
18 Kroger-produced products are egg products as opposed
19 to shell eggs?
20      A. Yes.
21      Q. You have in front of you a pile of
22 exhibits, and those are from yesterday; and they are
23 in reverse numerical order.
24      If you could dig down to No. 2; which is
25 really down at the bottom. The first exhibit was

24

1 only one page long.
2      And if you could take a look at Kroger
3 Exhibit 2, I'll then have a few questions about it.
4      THE WITNESS: Yes.
5 BY MS. LEVIN:
6      Q. Do you recognize Exhibit 2?
7      A. Yes.
8      Q. And what is it?
9      A. It is the defendant's amended notice of
10 deposition of the plaintiff, the Kroger Company,
11 pursuant to Fed or CIVP 30(b)(6).
12      Q. Do you understand that you're here today
13 to testify as the corporate rep, representative of
14 Kroger on certain topics?
15      A. Yes.
16      Q. I'd ask that you turn to Page 4 of the
17 deposition notice and tell me which topics you are
18 testifying on behalf of Kroger.
19      Page 4 of the -- that's the certificate
20 of service, I'm sorry. There's going to be another
21 Page 4.
22      A. Okay.
23      Q. Keep turning.
24      A. Thank you. And your question is?
25      Q. Which of the topics, beginning on Page 4

25

1 and running through Page 15 are you testifying on
2 behalf of Kroger for?
3      A. Questions 1, 2, 3, 4, 5, 6, 7, 8, 9, 10,
4 11, 12, 15, 17, 24, 25 --
5      Q. Can you slow down a minute. 11, 12, 15,
6 17?
7      A. 24, 25, 28, 29, 30, 31, 32.
8      As far as Question 1, it's A through F.
9      Q. Are you the designee for Topic 33?
10      A. Oh, excuse me, yes.
11      Q. What generally did you do to prepare for
12 your testimony today?
13      A. Spent many hours reviewing documents,
14 talking to various people throughout our
15 organization.
16      Q. What kinds of documents did you review?
17      A. Reviewed the Complaint. I read Gary
18 Stull's deposition; assignment of claims; disclosure
19 review; looked at emails, PowerPoints from files;
20 some old presentations, contracts, two of the
21 interrogatory responses; deposition notice; the 2002
22 press release; the Web site of Kroger and UEP; and
23 the purchase data.
24      Q. Okay. We may have get into some of that
25 in a little bit more detail as we go forward.

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

8 (Pages 26 to 29)

---

**26**

1          How many hours did you spend reviewing
2 these documents?
3       **A. I would say up wards of 30 plus.**
4       Q. And to whom did you speak?
5       **A. In our organization, in outside**
6 **organization, I spoke to Payton Pruett, Frank Crea,**
7 **Ross Kramer, Randy Payne, Becky Bradley.**
8       Q. Anyone else?
9       **A. Lisa Beth Miller. Jennie Betz, Phil**
10 **Laughlin, Phil Pugh, and Kevin Murray.**
11       Q. Who was the one before Phil Pugh?
12       **A. Phil Laughlin.**
13       Q. What did you discuss with Mr. Pruett?
14       **A. Mr. Pruett, I discussed the case, what**
15 **the case was about.**
16       Q. What did Mr. Pruett tell you?
17       **A. He didn't have a whole lot of input.**
18       Q. How long did you speak with him?
19       **A. With Mr. Pruett?**
20       Q. Right.
21       **A. Probably an hour or so.**
22       Q. Well, what more did he say than he
23 didn't have a lot of input?
24       **A. Well, it was more me telling him what my**
25 **role was with what my job responsibilities were in**

---

**27**

1 **this case.**
2       Q. How did that help you prepare for your
3 testimony today?
4       **A. I don't know.**
5       Q. So did Mr. Pruett give you any
6 information that you needed in order to testify
7 today?
8       MR. MURRAY: Objection; calls for
9 speculation. He doesn't know what he needs until
10 the questions are asked.
11       THE WITNESS: I don't know.
12 BY MS. LEVIN:
13       Q. So what did -- other than you telling
14 Mr. Pruett what you did, what did Mr. Pruett tell
15 you?
16       **A. Well, there was discussion about the**
17 **animal welfare, UEP.**
18       Q. What did Mr. Pruett tell you about those
19 subjects?
20       **A. That they were members of FMI.**
21       Q. Anything else?
22       **A. No.**
23       Q. So what did he tell you about the animal
24 welfare and UEP?
25       **A. He was saying that the UEP criteria was**

---

**28**

1 **developed by FMI.**
2       Q. The criteria for the animal welfare
3 guidelines?
4       **A. Yes, UEP guidelines.**
5       Q. Did he tell you anything else?
6       **A. No.**
7       Q. What is Mr. Crea's position?
8       **A. Frank Crea is a global sourcing manager;**
9 **and he does the GNX and IASTA bids. They're two**
10 **bidding metrics that Kroger uses to bid business.**
11       Q. And does Mr. Crea do that for egg
12 procurement?
13       **A. He did his first one last week.**
14       Q. His first what last week?
15       **A. His first bid for shell eggs.**
16       Q. So prior to last week, Mr. Crea had
17 never done any sort of bid for shell eggs?
18       **A. No.**
19       Q. Can you explain for us what GNX is.
20       **A. No. It's an acronym for -- but I don't**
21 **remember what the acronym is.**
22       Q. Beyond what it is an acronym for, what
23 is GNX?
24       **A. It's a metrics to bid. It's an online**
25 **bidding process.**

---

**29**

1       Q. And what is IASTA?
2       **A. IASTA is an online bidding process as**
3 **well.**
4       Q. How do the two differ; do you know?
5       **A. I do not know.**
6       Q. Are they both used today for shell eggs?
7       **A. No. GNX was replaced by IASTA.**
8       Q. So when did that happen?
9       **A. Probably about a year ago.**
10       Q. So until about a year ago, GNX was the
11 metric used for online bidding for shell eggs?
12       **A. No. It had been used; but I never used**
13 **it.**
14       Q. Well -- but the company used GNX?
15       **A. The company used it on one bid, yes,**
16 **that I'm aware of.**
17       Q. So what did you -- prior -- in the
18 entirety of the time period that Kroger has used GNX
19 as its metric for online bidding, it's been used
20 once for shell egg procurement?
21       **A. Yes.**
22       Q. And what about IASTA?
23       **A. IASTA was, like I responded earlier, it**
24 **was used for the first time within the last three,**
25 **three or four weeks.**

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

9 (Pages 30 to 33)

---

**30**

Q. What did you learn from Mr. Crea?

A. Talked to Frank about the liquid eggs more than shell eggs, and they had bids in prior years with the liquid egg products.

Q. Using GNX?

A. Using GNX.

Q. So GNX had been used in prior years for liquid eggs and only once for shell eggs?

A. Yes.

Q. Do you know what methodology or what metric was used for shell eggs other than this one occasion where GNX was used?

A. Yes.

Q. What was that?

A. It was -- we would send out RFQs, requests for quotes, to various producers; and then we would assemble the results, and then we would analyze them and award the business.

Q. And what period of time were RFQs used to solicit bids for shell eggs?

A. We started our first one in 2007 through present, until the IASTA bid.

Q. So you would receive the results for an RFQ and then decide to whom to award the business?

A. Yes, ma'am.

---

**31**

Q. Prior to 2007, how did you solicit bids?

A. With our main producer, Midwest Poultry, which about a third of our business. We were on a cost-plus pricing metrics.

Q. And what about the other two-thirds of the business?

A. I'm not sure what pricing or what -- how Gary Stull went out for bid on his. I found nothing in his records, except the one GNX, that he would solicit the producers for a price quote.

Q. So do you know how Mr. Stull went about obtaining bids for the provision of shell eggs to Kroger?

A. No.

Q. When you read his deposition, did that provide you with any further information on that subject?

A. No.

Q. When you took over egg procurement from Mr. Stull, did you discuss how he was going about obtaining bids for shell eggs?

A. No.

Q. You just know that contracts were awarded somehow?

A. Yes.

---

**32**

Q. What does Kroger use or what did Kroger use the GNX metric for?

A. The one that I'm familiar with is they used it to bid the Fry's business at Thompson warehouse.

Q. That's for the one occasion you know where they used it for shell eggs?

A. Yes, yes.

Q. Did Kroger use GNX for procurement of other products?

A. Yes.

Q. Do you know which ones?

A. Many.

Q. Many.

A. Yes.

Q. Do you know why it was not used for shell eggs other than this one occasion?

A. Because I preferred -- well --

Q. For you.

A. For me, because I preferred not to use it.

Q. Why is that?

A. It's just -- it just wasn't a metrics which I thought would give us the most competitive bid.

---

**33**

Q. And why did you think it would not give you the most competitive bid?

A. Because of the way it was -- the impersonal nature which it was used. It was an online one-shot bidding process that I get feedback from the producers that it -- it did not lend itself to be very user friendly.

Q. So through GNX, a shell egg producer, for instance, would have one opportunity to put in its bid for whatever bids were being sought for, for whatever kinds of shell eggs were being -- bids were being sought for, and then there was no ability to change that bid?

A. Correct.

Q. So it was -- okay.

And you preferred to use a methodology where shell egg producers could change their bid in response to what other producers had bid?

A. We always -- with my bidding process, the incumbent has always a right to rebid if they were outbid.

Q. And you believe this results in Kroger obtaining a more competitive bid?

A. Yes.

Q. Do you know whether the process that

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Klump, Thomas                                        April 9, 2014

10 (Pages 34 to 37)

---

34

Mr. Stull used, whatever it may have been, enabled
bidders to see what others were bidding and adjust
their bid accordingly?
    **A. I don't know.**
    Q. Do you know whether Mr. Stull's process
allowed Kroger to obtain the most competitive bid
possible?
    **A. I do not know.**
    Q. What did Mr. Crea tell you? What did
you learn from him?
    **A. Frank commented that they had bid out
the liquid egg process one or two times, in his
recollection.**
    Q. Using GNX or bid it out -- let it out,
period?
    **Bid it out with GNX.**
    Q. Did you learn anything from Mr. Crea
about other ways in which liquid egg bids were
solicited if not through GNX?
    **A. No.**
    Q. What about Ross Crane?
    **A. Ross Kramer.**
    Q. Kramer. Can't read my own writing.
    What is his position?
    **A. Ross Kramer is -- or was the category**

---

35

**manager for the dairy, dairy case.**
    Q. And what does a category manager do?
    **A. He's responsible for national and banner
products that are in the dairy case.**
    Q. Does that include shell eggs and egg
products?
    **A. Yes.**
    Q. And when you say national products and
banner products, what are you referring to?
    **A. Banner product is a store-labeled
product. National products are your Eggland's Best,
Land O' Lakes, Farmhouse. Products that are sold
through multiple retail chains and not retail-chain
specific.**
    Q. Now, when you say a banner, can you
explain what you mean by that.
    **A. The banner is either the Kroger banner
product or Krogers subsidiaries, which could be King
Soopers, Ralphs, Food-4-Less, Cala/Bell, Foods Co.,
Fred Meyers, QFC.**
    Q. You know them all.
    **A. Yes, ma'am.**
    Q. And so each of those banner stores may
have its own label under which it sells shell eggs?
    **A. Yes.**

---

36

    Q. Or it may sell under the Kroger label.
    **A. Correct.**
    Q. But not both in the same store; is that
correct?
    **A. Correct.**
    Q. Do you know which stores have their own
label for shell eggs?
    **A. Yes.**
    Q. And which are they?
    **A. Fred Meyers has a Fred Meyers brand.
QFC, QFC brand. King Soopers has their King Sooper
City Market brand. Ralphs up till last year had a
Ralphs brand. I transferred them over to the Kroger
brand; as well as Food-4-Less had their own banner
brand, I moved them to Kroger.**
    **Smith's currently has their own banner
brand, as well as Fry's. Dillons has their banner
brand as well, and then the Kroger east divisions
are all under the Kroger label.**
    Q. So other than the Ralphs and
Food-4-Less, which you say you moved to a Kroger
label recently --
    **A. Yes.**
    Q. -- was your testimony with respect to
each of these banners and the types of eggs that

---

37

they sell, would that be true from 2000 to the
present?
    **A. Yes.**
    Q. So what are Mr. Kramer's
responsibilities as category manager?
    **A. His responsibilities are item selection,
planograms in the sourcing of national products.**
    Q. And specifically with respect to shell
eggs, how do those three activities, item
collection, planograms, and sourcing play out?
    **A. He does no sourcing for banner products.
I do all the sourcing for banner.**
    Q. So --
    **A. His is just sourcing for national -- I'm
sorry.**
    Q. So he does the sourcing for Eggland's
Best and Land O' Lakes and other national brands?
    **A. Yes.**
    Q. And by "sourcing," do you mean
procurement?
    **A. He -- yes.**
    Q. And can you continue. I'm sorry.
    **A. With?**
    MR. MURRAY: Was there a pending
question?

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                    April 9, 2014

11 (Pages 38 to 41)

---

**38**

BY MS. LEVIN:

Q. Yes, there was a pending question. I asked him how item selection, planograms, and sourcing of national products played out with respect to shell eggs; and he's answered me with respect to sourcing.

A. One more time so I understand the question.

Q. Well, what do planograms have -- what does he do with respect to shell eggs and a planogram?

A. Facings in the egg case. He decides if Eggland's Best gets one facing or two facing.

He looks at the store movement. They have a criteria on planograms where they try not to -- a higher-moving item will get more facings for --

Q. So by "facings" --

MR. MURRAY: You have to let him finish.

BY MS. LEVIN:

Q. Go ahead.

A. For restocking purposes, because they don't want, in the middle of the day, the shelf to be empty if it's a high-turn item.

So they try to balance the case that

---

**39**

they have the right balance of products and the right amounts to meet the customers' needs.

Q. So a planogram is essentially a decision-making as to how much space and what space a particular product will receive on the shelf?

A. Correct.

Q. And so he decides how much space to dedicate, for example, to Eggland's Best versus Fry's eggs?

A. Correct.

Q. What did you learn from Mr. Kramer about that particular issue in terms of planning for space for shell eggs?

A. Well, we went through the planogram. He showed me there's a system they use that pulls the data from our system that tells them the turn rates and how many times it would have to be restocked during the day before that in how the -- depending on the facing and the placements, what they want to showcase, whether they're going to put it on top shelf, middle shelf, you know, and the higher turn -- your higher-turn volumes are in your lower cases because they're typically in your larger packs, your 24 counts versus your 12 counts.

Q. So the planogram has to take into

---

**40**

account demand for various shell egg types?

A. Absolutely.

Q. And do the planograms vary by banner?

A. Yes.

Q. Do they vary within banner by store?

A. Yes.

Q. And again, that's all based on the demand that's being experienced at that particular store?

A. Yes. We have over 6,000 egg planograms in our stores.

Q. That's a lot.

A. Yes.

Q. So the demand for Eggland's Best may be different at a Dillons store than it is at a Fred Meyers?

A. Yes. It may be different at a Dillons Marketplace versus a Dillons mainstream versus a Dillon value store.

Q. Okay. And item selection you mentioned, what does he have to do with item selection and shell eggs?

A. If a national brand has a new item that they would like to introduce into the Kroger system, in the dairy section, he is the person that they do

---

**41**

their sales pitch to in order to get the opportunity to introduce that item.

Q. So if I am a distributor for Eggland's Best, for instance, and I want to get into a Dillons store or a King Sooper store, Mr. Kramer is the man I need to talk to?

A. Yes.

Q. Regardless of where that store is?

A. Yes.

Q. Do you know how many stores or how many banners carry Eggland's Best?

A. All our Kroger stores carry the Eggland's Best.

Q. Regardless of the banner?

A. Yes. But let me clarify: All the stores in that KMA may not carry the Eggland's Best banner. If you have a Mercado store in Fry's in Tulsa or Scottsdale, Arizona, it may not carry an Eggland's Best product, or if it's a value store.

Q. So all of -- each banner may carry Eggland's Best but not necessarily in each of its stores?

A. Correct.

Q. Do you know why that is?

A. Customer preference, what the customer's

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

12 (Pages 42 to 45)

**42**

1 going to buy. If you're in a value store and
2 they're buying value product, they typically don't
3 source the high-end product.
4 So if the Dunnhumby data says that they
5 sell very few units in that store, then they do not
6 stock it in that store, they stock other products
7 that the consumer would want to buy.
8 Q. And so the planograms and item selection
9 are all about responding to the consumer demand?
10 A. Yes.
11 Q. With respect to egg products, do you
12 know what brand of egg products Kroger stores sell?
13 A. Yes.
14 Q. What brand is that?
15 A. We sell the Egg Beaters, the Papetti's
16 and the Kroger brand.
17 Q. Are there any other brands of egg
18 products that Kroger or its banner stores sell?
19 A. Not that I'm aware of.
20 Q. And do they sell each of those three
21 brands at all of the different banner stores? I
22 don't mean all of the stores, but do each of the
23 banners sell all of those three products?
24 A. But not every store has all three

**43**

1 products?
2 A. Yes.
3 Q. Is there one product that you're aware
4 of that's more popular than the others?
5 A. The best-selling one right now is the
6 32-ounce egg whites, which we don't carry in the
7 Kroger brand. We sell the 16-ounce, but we don't
8 carry a 32. But we're introducing it soon.
9 Q. Because it's a good seller?
10 A. Yes; because it's become popular.
11 Q. What about Randy Payne? What does
12 Mr. Payne do?
13 A. Randy Payne was in Kroger in 2007/2008.
14 Formed a corporate brands group.
15 Prior to that time frame, Kroger never
16 had any group that would promote its own banner
17 product. It would just be an offering to them.
18 Kroger realized that there was a deficit
19 at that time, because we had national sales accounts
20 that had sales reps that would rep their product and
21 promote their product.
22 We at the Kroger Company had nothing to
23 promote our own products. So they formed the
24 corporate brands group in that 2007/2008. And Randy
25 was the category manager for corporate brands.

**44**

1 Q. And does his job responsibility entail
2 shell eggs as well as egg products?
3 A. Yes.
4 Q. And what does he do with respect to
5 shell eggs?
6 A. His focus was pretty much on planning
7 and featuring shell eggs. He had nothing to do with
8 sourcing.
9 Q. So he decides -- well, why don't you
10 describe for me what "planning and featuring shell
11 eggs" means.
12 A. What Randy would do is write a -- say
13 the Kroger initiative was to feature eggs once a
14 period. And a period is a four-week time frame. We
15 would have 13 periods in a year.
16 He would write a tentative feature for
17 12-count large for all the KMAs, and then he would
18 communicate to the category manager, which
19 would send it out to the merchandisers and the KMAs
20 to get their buy-in for a feature.
21 Q. So when you say a tentative feature for
22 12-count for all KMAs, can you -- first of all, KMA
23 as you've told us is Kroger marketing area?
24 A. Yes.
25 Q. And what do you mean by a tentative

**45**

1 feature for a 12-count large eggs?
2 A. KMAs are not required to follow Kroger
3 mandate for featuring. It's suggested but not
4 mandated.
5 So Randy would write a sales plan to
6 promote a certain product, whether egg or egg
7 products. It would be sent out to the Kroger
8 marketing areas, the KMAs, for their review.
9 And based on their lift, their turn,
10 their egg price, they would either decide to buy in
11 at that price that he's got out, or to change that
12 price to a price that they felt was more competitive
13 in their area.
14 Q. When you say buy in at the price, what
15 do you mean?
16 A. Basically agree to run the feature.
17 Q. So you're not talking about a buying-in
18 in terms of procurement of eggs?
19 A. No.
20 Q. You mean buy-in, as agreement?
21 A. Agree to run the feature.
22 Q. Right. So he may suggest, let's do a
23 feature of a dollar off a dozen eggs if you buy a
24 pound of Oscar Mayer bacon?
25 A. Yes.

HIGHLY CONFIDENTIAL

Klump, Thomas                                    April 9, 2014

13 (Pages 46 to 49)

---

**46**

1    Q.  Would that be a type of feature he might
2  propose?
3    A.  Yes.
4    Q.  Then each KMA has the right to decide
5  yes, I'd like it do that, or no, I don't want to do
6  that?
7    A.  Correct.
8    Q.  And within a KMA, do individual stores
9  have an ability to opt in or out?
10    A.  No.
11    Q.  What about within a KMA, could stores
12  within a particular city decide not to opt in?
13    A.  No.
14    Q.  So once the KMA decides yes, we're going
15  to run that feature, a dollar off a dozen eggs if
16  you buy a pound of Oscar Mayer bacon, every store in
17  that region has to run that special?
18    A.  Yes.
19    Q.  And is there any incentive given to
20  stores to buy in, as you say, to a feature?
21    A.  No.
22    Q.  So if they agree to give that dollar off
23  the dozen eggs, that's a dollar out of their pocket?
24    MR. MURRAY:  Object to the form of the
25  question.

---

**47**

1    THE WITNESS:  Yes.
2    MS. LEVIN:  Did you get his answers?
3    THE COURT REPORTER:  It was "yes," I
4  believe.
5    THE WITNESS:  Yes.  But most of the
6  features that they run isn't a dollar off.  It's a
7  price point of 10 for 10; four for five.  Three for
8  five.
9  BY MS. LEVIN:
10    Q.  Tell me what you mean, 10 for 10.
11    A.  10 units for $10.  10 dozen for $10, or
12  a price point of four dozen for $5, or three dozen
13  for $5, based on what the market cost is.
14    Q.  But it's some sort of discount off of
15  the store's regular price?
16    A.  It's not a discount.  It's a cost to the
17  consumer that's lower than their normal price that
18  they would charge at shelf.
19    Q.  So if you regularly are paying 2.50 a
20  dozen for eggs in your store and there's a tentative
21  feature proposed to buy two dozen for $4, that saves
22  a consumer a dollar; correct?
23    A.  Yes.
24    Q.  And it's a dollar less than that the
25  store gets for the two dozen eggs?

---

**48**

1    A.  Yes.
2    Q.  That dollar less is not compensated for
3  in any way by Kroger National?
4    A.  No.
5    Q.  What did you learn from Mr. Payne?
6    A.  Mr. Randy Payne is -- I worked with him
7  multiple years in the egg category until they
8  restructured and moved him into a planning position
9  for bakery.
10    And basically I asked him about the egg
11  products, what recollection he had on the retail egg
12  products.  And he said he had very little to do with
13  that.
14    He would put the rollers, what they call
15  rollers in, which would feature a so much off per
16  unit of liquid eggs.
17    Other than that, he didn't have a whole
18  lot of dealing with it.
19    Q.  Prior to 2007 or '8, which is when you
20  said Kroger formed this corporate brand group, did
21  Kroger run any sort of features for its own shell
22  eggs?
23    A.  Yes.
24    Q.  And the features were similar to what we
25  talked about:  If the regular price was 2.50 for a

---

**49**

1  dozen eggs, the feature price might be buy two dozen
2  for $4?
3    A.  Correct.
4    Q.  And were those features something which
5  each KMA had to decide whether to adopt or not?
6    A.  Yes.
7    Q.  And again, if the KMA decided to adopt
8  it, all the stores within the KMA had to go along
9  with it?
10    A.  Yes.
11    Q.  How many KMAs are there?
12    A.  18.
13    Q.  And has that been the case since 2000 or
14  so?
15    A.  As far as my knowledge, yes.
16    Q.  Not materially larger or smaller than
17  18?
18    A.  Correct.  There has been some KMAs that
19  have combined -- we had a Michigan KMA that combined
20  with Columbus that just recently separated --
21    Q.  Uncombined?
22    A.  Uncombined.  Where we had the Nashville
23  KMA combined with mid south, and it has now been
24  split back off to two separate KMAs again.  So we
25  might have 19 now.

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                                April 9, 2014

14 (Pages 50 to 53)

---

**50**

1   Q. Right. So but -- 17/20, give or take --
2   A. Yes.
3   Q. -- is the number of KMAs there have
4   been.
5        So the testimony you gave about what the
6   corporate brand group has done to promote Kroger
7   brand shell eggs by way of tentative features, is
8   applicable even prior to 2007 when the corporate
9   brand group was formed?
10  A. Yes.
11  Q. In terms of how it worked?
12  A. Yes.
13       The difference in when the corporate
14  brand was formed versus before the corporate brand
15  was performed, the KMA would decide what to do when
16  they wanted to do it.
17       When the corporate brand team was
18  formed, the corporate brands group would help
19  organize the featuring of products so all the Kroger
20  banners would hopefully be doing the same thing at
21  the same time.
22  Q. Could a KMA decide to run a feature that
23  had not been proposed by the corporate brand group?
24  A. Yes.
25  Q. And do you know whether that happened

---

**51**

1   with respect to shell eggs?
2   A. Yes.
3   Q. It did?
4   A. Absolutely.
5   Q. Post -- both pre and post the formation
6   of the corporate brand group?
7   A. Yes. KMAs are autonomous. They're
8   responsible for their own P&Ls, and if they think an
9   egg feature would draw more customers in a certain
10  time, they would feature eggs to bring in a stronger
11  customer base to increase sales.
12  Q. Are eggs ever used as a loss leader; do
13  you know?
14  A. Yes.
15  Q. What is a loss leader?
16  A. Loss leader is where they sell them at
17  or below cost. It doesn't cover the full burden.
18  Q. And what is the purpose of selling eggs
19  at or below the cost as a loss leader?
20  A. To bring customers into your store, to
21  hopefully buy additional merchandise to offset that
22  cost.
23  Q. Do you have any sense of how often
24  Kroger may use shell eggs as a loss leader?
25  A. No.

---

**52**

1   Q. Do you know whether that varies by KMA?
2   A. Yes.
3   Q. Are there some KMAs that use eggs as a
4   loss leader more frequently than other KMAs?
5   A. Yes.
6   Q. Do you know which ones they are?
7   A. Michigan, Columbus/Michigan are very big
8   promoters of eggs.
9   Q. And very big users of eggs as loss
10  leaders?
11       MR. MURRAY: Object to the form of the
12  question.
13       You can answer if you know.
14       THE WITNESS: I don't know. I don't see
15  that portion of it.
16  BY MS. LEVIN:
17  Q. Well, I thought you had identified them
18  as KMAs that were -- used eggs as loss leaders
19  more frequently than other KMAs.
20  A. They do. So your question is?
21  Q. Whether that's frequent or not.
22  A. Define "frequent."
23  Q. Well, do you have any use of the term
24  "frequent"?
25       Would they do it six times a year?

---

**53**

1   A. No.
2   Q. Four times a year?
3   A. No.
4   Q. Two times a year?
5   A. Maybe.
6   Q. And other KMAs use it -- eggs as a loss
7   leader less often than two times a year?
8   A. Yes.
9   Q. What else did you learn from Mr. Payne?
10  A. I think that's about it.
11  Q. What about Becky Bradley? What is her
12  position?
13  A. Becky Bradley is a global sourcing
14  manager.
15  Q. What are her responsibilities?
16  A. Becky had egg products prior to me.
17  Retail egg products.
18  Q. So that would include Papetti's,
19  Fleischmann's and the Kroger brand?
20  A. Yes.
21  Q. And she was responsible for procuring
22  egg products?
23  A. Yes.
24  Q. What time period, do you know, did she
25  have that responsibility?

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

15 (Pages 54 to 57)

---

**54**

1      **A. I know she's had for the last two years.**
2      Q. So 2012 to 2014?
3      **A. Yes.**
4      Q. Do you know who had that position prior
5  to Ms. Bradley?
6      **A. I don't have that knowledge.**
7      Q. What did you learn from Ms. Bradley?
8      **A. I asked Becky how often that they went**
9  **out for bid, how she managed the category since I**
10  **picked it up. I had a meeting with Becky and**
11  **Michael Foods to discuss their current business, how**
12  **they were sourcing their eggs, if they were UEP**
13  **certified.**
14      Q. You say you had a meeting with
15  Ms. Bradley and Michael Foods?
16      **A. Yes.**
17      Q. Was that to prepare for your deposition?
18      **A. No.**
19      Q. But that's just a meeting --
20      **A. It was during -- sorry.**
21      Q. Go ahead.
22      **A. It was during the time that prior --**
23  **right prior to the deposition, when we're getting**
24  **ready to rebid the -- put the liquid eggs out on**
25  **bid.**

---

**55**

1      Q. And was Kroger requiring that Michael
2  Foods egg products be from hens that are treated in
3  accordance with the UEP --
4      **A. Yes.**
5      Q. -- animal welfare guidelines?
6      **A. Yes.**
7      Q. I have that little tendency to pause at
8  confusing time periods. I'll try to cure that.
9      So how often are egg products let for
10  bid?
11      **A. In Becky's recollection, she doesn't**
12  **ever remember, in her time, bidding the product.**
13      Q. How do they obtain suppliers?
14      **A. They're using the same supplier for**
15  **multiple years.**
16      Q. And that's Michael Foods?
17      **A. Yes.**
18      Q. So has Michael Foods been the sole
19  supplier of egg products to Kroger for multiple
20  years?
21      **A. The sole supplier for egg products for**
22  **retail, yes.**
23      Q. Right, okay. And do you know how long
24  Michael Foods has been the sole supplier for egg
25  products for retail?

---

**56**

1      **A. No, I do not.**
2      Q. Was there anybody at Kroger you could
3  speak to to learn that?
4      **A. I don't know.**
5      Q. Do you know who Ms. Bradley's
6  predecessor was for purposes of egg product
7  procurement?
8      **A. No, we do not.**
9      Q. Did Ms. Bradley tell you how she went
10  about obtaining a price from Michael Foods for egg
11  products?
12      **A. Yes, she did.**
13      Q. How was that?
14      **A. They send it in to her.**
15      Q. Does Ms. Bradley then negotiate with
16  Michael Foods over the price?
17      **A. She had not.**
18      Q. Did Ms. Bradley simply accept whatever
19  price Michael Foods submitted?
20      **A. Yes.**
21      Q. Are there alternative sources of supply
22  for egg products for retail sale?
23      **A. Yes.**
24      Q. Do you know who they are?
25      **A. De Bel, Rose Acres are the two that come**

---

**57**

1  to mind real quick.
2      Q. Did Ms. Bradley tell you why she didn't
3  seek bids from either of those two parties?
4      **A. Yes.**
5      Q. Why is that?
6      **A. It was just a low-hanging priority on**
7  **her desk, and there was -- with the various**
8  **categories that she had, she just did not devote the**
9  **time to it. It's a small-volume item.**
10      Q. Do know roughly what Krogers' sales of
11  egg products are in a given year?
12      **A. Yeah, 6 million.**
13      Q. Has that remained roughly constant for
14  the last several years?
15      **A. Last several years, yes.**
16      Q. What would the last several years be?
17      **A. Five to 6 million.**
18      Q. But, I mean, what -- would that go back
19  six years? Eight years?
20      **A. Well, you go back as far as 2000,**
21  **started like a quarter million. And I think that's**
22  **when they introduced it.**
23      **Then it looked like it, it came up --**
24  **climbed pretty steady until the last three or four**
25  **years, where it's pretty flat.**

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                    April 9, 2014

16 (Pages 58 to 61)

---

**58**

1    Q. And the last three or four years it's
2 been fairly flat at the 5 to $6 million range?
3    **A. Yes.**
4    Q. Is that your acquisition cost or your
5 sales?
6    **A. That is cost.**
7    Q. So the acquisition cost began at roughly
8 $250,000 in 2000, and has climbed to 6 million in
9 the last three or four years?
10    **A. Actually, 222,000, it's climbed to**
11 **around 6.9.**
12    Q. That's very precise.
13    Do you know what the sales of egg
14 products are by Kroger for that time period?
15    **A. No.**
16    Q. Is there something you could look at to
17 determine that?
18    **A. Define what you mean by "sales."**
19    Q. Well, let's say the dollar sales of egg
20 products.
21    **A. I'm sure there's something in the system**
22 **if I looked that I could find the dollar sales, but**
23 **I have pretty well focused on cost.**
24    Q. Do you know what the margin is for egg
25 products?

---

**59**

1    **A. No, I do not. They really don't look at**
2 **a margin per -- or for an item. They look at the**
3 **margin for a category.**
4    Q. And the category here would be dairy
5 case?
6    **A. It would be dairy. It would be 064,**
7 **muffins, potatoes and eggs.**
8    Q. Muffins, potatoes and eggs?
9    **A. Uh-huh.**
10    Q. Potatoes are in the dairy category?
11    **A. Yes.**
12    Q. What kind of potatoes?
13    **A. I'm making you hungry.**
14    Q. That's okay.
15    **A. Hash browns and the -- I guess what you**
16 **would fry with your breakfast, the different types**
17 **of hash browns.**
18    Q. But not red-skin potatoes?
19    **A. No, not whole potatoes.**
20    Q. Okay, got it. So Kroger doesn't
21 determine profitability by product line; only by
22 this category?
23    MR. MURRAY: Objection to the form of
24 the question.
25    MS. LEVIN: Is that correct?

---

**60**

1    MR. MURRAY: Overly broad.
2    You can answer. You know what you know.
3    THE WITNESS: I don't know. I know they
4 look -- when they're analyzing a category, they look
5 at the category.
6    Now, I know they drill down to item, and
7 when they look at the performance in store, it's
8 looked at by a category.
9 BY MS. LEVIN:
10    Q. And dairy category would be one
11 category?
12    **A. Yes.**
13    Q. And that would include milk?
14    **A. Yes.**
15    Q. Cheese?
16    **A. Yes.**
17    Q. Shell eggs?
18    **A. Yogurt.**
19    Q. And potatoes?
20    **A. Yes.**
21    Q. Anything else that's included in the
22 dairy category?
23    MR. MURRAY: Objection; outside the
24 scope.
25    You can answer if you know.

---

**61**

1 BY MS. LEVIN:
2    Q. You don't know?
3    **A. I don't know.**
4    **Let me clarify. In the 064 category**
5 **that they look, milk and cheese and yogurt are not**
6 **in there. It's part of the dairy category, but they**
7 **have subcategories in the dairy section. I didn't**
8 **want to mislead you.**
9    Q. But that's as much as you know; you
10 don't know about the profitability or margins --
11    **A. No.**
12    Q. -- no matter how we define the category?
13    **A. Correct.**
14    Q. What about Lisa Beth Miller; what does
15 Ms. Miller do?
16    **A. Lisa Beth Miller, from my understanding,**
17 **was Gary Stull's direct report to be several years.**
18    Q. So what were her job responsibilities?
19    **A. I do not know.**
20    Q. What did you learn from Ms. Miller?
21    **A. We talked about the liquid egg category,**
22 **about Gary Stull's responsibilities to her; how much**
23 **responsibility she had over decisions that were**
24 **made.**
25    Q. And what did Ms. Miller tell you about

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                                    April 9, 2014

17 (Pages 62 to 65)

---

**62**

1  those two subjects?
2      A.  That she remembered putting the liquid
3  eggs out on bid.  She did say Gary Stull did report
4  to her, but Gary pretty well handled the entire
5  category and would only communicate to her on
6  higher-level stuffs but not on the day-to-day
7  operation of the category.
8      Q.  So Ms. Miller advised you that during
9  the time period that Mr. Stull was in charge of egg
10  procurement, which was roughly 2000 to 2006 I think
11  you testified, that liquid eggs were bid?
12      A.  Yes.
13      Q.  So prior to the time when Ms. Bradley
14  took over, there was competitive bidding for liquid
15  eggs?
16      A.  Yes.  But Gary Stull did not take care
17  of liquid eggs.
18      Q.  I understand.  But Ms. Miller apparently
19  had some knowledge on that subject?
20      A.  Yes.
21      Q.  And she conveyed it to you that liquid
22  eggs were put out on bid for at least some period of
23  time.
24          Did she tell you how that was
25  accomplished?

---

**63**

1      A.  I don't remember.
2      Q.  Do you know whether RFPs were issued?
3      A.  I don't know.
4      Q.  Do you know whether someone besides
5  Michael Foods ever won those bids?
6      A.  No.
7      Q.  What else did you learn from Ms. Miller?
8      A.  That was about it.
9      Q.  Ms. Miller didn't have any actual
10  responsibility or any day-to-day responsibility for
11  shell egg procurement?
12      A.  She was responsible for, but she said
13  Gary Stull pretty well handled the whole thing.
14      Q.  What about Lisa Betz?
15      A.  Jenny Betz?
16      Q.  Jim?  Okay.
17          Yes.  What's Ms. Betz' responsibility?
18      A.  Jenny Betz works in Kim Bower's group as
19  far as analyzing the artwork.  She proofs the
20  artwork and approves the artwork with the Kroger
21  system before we send it out to suppliers.
22      Q.  What kind of artwork?
23      A.  The artwork on the egg cartons.
24      Q.  What did you learn from Ms. Betz?
25      A.  The question I asked Jenny Betz was when

---

**64**

1  the UEP logo was put on the carton.
2      Q.  And does the UEP logo appear on cartons
3  of eggs sold under the Kroger brand?
4      A.  It did.
5      Q.  When did it appear on those cartons?
6      A.  Well, I read it in a memo.  Is that --
7  is that -- I don't know when it exactly appeared.
8  That's what I was trying to find out, what with the
9  questions to Jenny Betz, if she had a history file
10  that she could go back and look at revisions on
11  artwork and tell me when it was introduced, as well
12  as Phil Laughlin at Dolco.
13      Q.  What did you learn?
14      A.  That they did not know when it was
15  introduced on the carton.
16      Q.  Do you know when -- was it taken off at
17  some point?
18      A.  Yes.
19      Q.  When was it taken off?
20      A.  About a year, year and a half ago.
21      Q.  Do you know why?
22      A.  Because they did a consumer panel on it,
23  and none of the consumers recognized the logo and
24  knew what the relevance of the logo was.
25          So they decided at that time that it

---

**65**

1  wasn't an end value to the consumer, so therefore we
2  should remove it.
3      Q.  Did the UEP logo also appear on the
4  various banner brand products besides those that
5  were sold under the Kroger banner?
6      A.  As far as I know, yes.
7      Q.  And was it also removed from those
8  cartons about a year ago?
9      A.  As the artwork is being revised, it's
10  being removed.
11      Q.  Does Kroger manufacture the carton, the
12  packaging for --
13      A.  No.  No.
14      Q.  Does Kroger supply the packaging to
15  shell egg producers?
16      A.  No.
17      Q.  Was there a point in time when did it
18  did?
19      A.  No.
20      Q.  Did your survey include, do you know,
21  whether consumers value eggs that have been laid by
22  eggs that have been treated humanely?
23          MR. MURRAY:  Object to the form of the
24  question.
25          THE WITNESS:  I do not know.

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                        April 9, 2014

18 (Pages 66 to 69)

---

66

BY MS. LEVIN:
Q. You don't know if that was a part of the survey?
**A. Yes. I had no part in the survey.**
Q. All you know from Ms. Betz is that the survey suggested that consumers didn't recognize the logo, didn't know what it meant?
**A. Correct.**
Q. What about Phil Pugh?
MR. MURRAY: Phil Pugh is a member -- is part of Kroger legal. Any discussions you had with him or with me are covered by the attorney-client privilege, so don't reveal any information that you've learned in those discussions.
BY MS. LEVIN:
Q. So you've spent some time with a member of the Kroger law department?
**A. Yes.**
Q. Can you tell me what topics you covered with Mr. Pugh? Not the substance but just what the subject matter was.
MR. MURRAY: Just in very, very general terms.
THE WITNESS: Egg deposition proceedings.

---

67

BY MS. LEVIN:
Q. Did Mr. Pugh tell you how others had testified?
**A. No.**
Q. But you just talked more generally about what a deposition was all about?
**A. Metrics behind it, yes.**
Q. What about Mr. Laughlin?
**A. Phil Laughlin is a VP at Dolco; and he is --**
Q. Excuse me. VP of what?
**A. Dolco, D-O-L-C-O, which is our foam carton manufacturer.**
**I talked to Phil about the introduction of the UEP logo into the carton, when it was put on, if he had any artwork files that would identify when. I had several conversations with him. He called me back with some dates, and I knew they weren't right; told him to keep looking.**
**He finally called me back and said, apparently they purged the data for what -- he had no history that could reveal that.**
Q. Okay.
MR. MURRAY: Are you switching gears now?

---

68

MS. LEVIN: Yeah, I think it might be as good a time as any to take a break.
THE VIDEOGRAPHER: We are going off the record. Time on video is 10:33. This is the end of disk 1.
(Recess taken.)
THE VIDEOGRAPHER: We are going back on the record. Time on video is 10:50. This is the beginning of disk 2.
BY MS. LEVIN:
Q. Mr. Klump, I'm going to switch gears just a little bit now, and I'm going to touch on a couple of topics that I think won't take too terribly long, just so we can say they're done.
And the first one is Krogers' use of egg products in products that Kroger manufactures. Okay?
**A. Okay.**
Q. And you've told me Kroger doesn't use any shell eggs in its manufacturing operations; correct?
**A. Correct.**
Q. What products does Kroger use egg products in?
**A. Primarily in three different areas. We**

---

69

**use them in the production of salad dressing and liquid dressings, would be the -- at the State Avenue facility.**
**We use them in the different, various bakeries in the baking of cakes. I'm not really sure what -- angel food cakes and regular sheet cakes and baked goods.**
**And the third application that I'm aware of is in ice cream.**
Q. So as far as you know, it's just those three general product categories that Kroger uses egg products in the manufacturing process?
**A. Let me add one other. We also use them in our KB specialty facility in the production of salads, hard-boiled eggs. But it's -- I don't know if you would term that an egg product.**
Q. Okay. But what is KB specialty?
**A. KB specialty is a Kroger manufacturing division that produces potato salad, your coleslaws, your different dressing type; deli-type operation that also does salads.**
Q. And KB specialty uses hard-boiled eggs exclusively?
**A. Hard-boiled eggs, yes. And they do use some liquid eggs as well.**

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                         April 9, 2014

19 (Pages 70 to 73)

---

**70**

Q. Okay. Are the egg products that are
used in these four applications all supplied by
Michael Foods today?

A. No.

Q. By whom are they supplied?

A. All right. State Avenue is supplied by
Brown Produce.

Q. Brown Produce?

A. Brown, B-R-O-W-N. Country Oven -- let
me back up a minute.

The Brown Produce supplies all the
liquid eggs. We do use some dried eggs from
Michael's as well.

Pretty much through our operation
Michael supplies most of all our dried egg products
that we use in our operation, but what I'm going to
give you now is all the liquids.

Country Oven, which is in Bowling Green,
Kentucky. Rose Acres is the primary supplier of our
liquid whites and our whole egg.

Springdale Bakery or Springdale
Ice Cream Plant; Rose Acres supplies liquid yolks.
Moving west going to Layton, Layton Bakery is
supplied by Shepherd Brothers. Clackamas Bakery is
supplied by Willamette.

---

**71**

I'm probably missing some of the
dairies, maybe Jackson Ice Cream, which is closed
now. I think that's about it.

Q. So that's your suppliers of dried and
various forms of liquid eggs today?

A. Yes.

Q. Has that -- those same suppliers
supplied Kroger in the past with respect to liquid
egg products?

A. Yes and no. Taking Michael Foods out of
a lot of areas and introducing more local supplier.
My primary reason is Michael produces frozen, frozen
yolks, which, if you use a fresh product, it has
better emulsification principles. There's less
handling. It's more sustainable.

So I'm moving like Springdale Dairy, I
moved them from a pail -- 30-pound frozen pails to
2,000-pond totes, liquid totes, where they didn't
have to open the buckets, wash the buckets, dispose
of the buckets to a tote, returnable tote system.

And done that with Shepherd Brothers as
well.

Rose Acres was not the supplier to
Country Oven, Brown Produce was. About two or three
years ago when I picked up the liquid egg business,

---

**72**

I transitioned, due to cost, to Rose Acres from --
away from Brown Produce.

Q. Did I understand that Michael Foods in
the past was a primary supplier of the liquid egg
products, but then you decided to move to more local
suppliers?

A. Michael Foods was the primary supplier
in the way they were able to achieve that they had
30-pound frozen product.

Q. Right.

A. We moved away from the frozen product to
the more liquid products for ease of handling and
more sustainable. And that's why I moved away from
Michael.

Q. And the "more sustainable" refers to
using more local suppliers?

A. Local suppliers and more reusable
containers. We're using 2,000-pound reusable totes
and not throwing away 70, 80 buckets of plastic
buckets, which have to be handled, washed, cleaned,
before we can even dispose of them. And then you
have the disposal cost.

Q. Right. So in addition to the actual
price of egg products, an important issue for you
with respect to selection of supplier is the type of

---

**73**

delivery system that a particular producer is using?

A. Yes. It's got to work in manufacturing.

Q. Right. And when you switch suppliers, I
would imagine, particularly if you're switching from
a frozen product to a liquid product, you'd have to
qualify a supplier?

A. Yes.

Q. And rewrite your recipes, for instance?

A. Not as much rewrite the recipe, but it
needs to have a new resource number if it's a
different -- because every resource number that are
tagged to a product has a characteristic storage
conditions, shelf life that needs to be rewritten to
the current product to make sure it's applicable.

Q. Do you know roughly when you made the
decision to move from Michael Foods as a primary
supplier to these other suppliers of egg products?

A. Probably in the last four years.

Q. So maybe around 2010?

A. Yes.

Q. Are Brown Produce, Country Oven, Rose
Acres Food, Shepherd Brothers, Willamette, are these
all suppliers whose eggs are produced in accordance
with the UEP animal welfare guidelines?

A. Yes.

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

20 (Pages 74 to 77)

| 74 |
|---|

1  Q.  And you require all suppliers of egg
2  products to produce eggs in accordance with those
3  guidelines?
4  **A.  Yes.**
5  Q.  And has that been true since 2002?
6  **A.  No.**
7  Q.  When did that change?
8  **A.  It came it surfaced when Jennifer Siewe**
9  **had the category that some of our egg suppliers,**
10 **some of our liquid egg suppliers were not adhering**
11 **to the UEP standard.**
12 Q.  Do you know roughly when that was?
13 **A.  Not exactly, no.**
14 Q.  Do you have a general idea?
15 **A.  I would say it was probably in the**
16 **2007/2008 range.**
17 Q.  Prior to that discovery, had it been a
18 requirement of Kroger that suppliers of liquid eggs
19 provide you with products that have been produced in
20 accordance with the UEP guidelines?
21 **A.  Not to my knowledge.**
22 Q.  So this discovery at that time period
23 was not a discovery that someone wasn't complying
24 with a Kroger requirement; it was something else?
25 **A.  Yes.**

| 75 |
|---|

1  Q.  Do you know who learned that not all the
2  liquid egg suppliers were adhering to the UEP
3  guidelines?
4  **A.  Exactly, no.**
5  Q.  Do you know how that was brought to
6  Krogers' attention at all?
7  **A.  It was brought to Krogers' attention**
8  **through some media.  The Ben & Jerry deal with Pete**
9  **and HSUS going after Ben & Jerry for sourcing eggs**
10 **from a supplier that did not treat their product --**
11 **did not care to -- or weren't concerned about the**
12 **sourcing of their products that went into the**
13 **manufacturing of their product.**
14 Q.  And did the Ben & Jerry news story cause
15 Kroger then to examine its own practices?
16 **A.  Yes.**
17 Q.  And that's how you learned that some of
18 the suppliers were not providing you with product
19 that had been produced in accordance with the UEP
20 guidelines?
21 **A.  Yes.**
22 Q.  What did Kroger do at that point?
23 **A.  Required all liquid egg products to be**
24 **produced in accordance with UEP standards.**
25 Q.  Were there some suppliers that were

| 76 |
|---|

1  providing you with product that had been produced in
2  accordance with the UEP guidelines?
3  **A.  Yes.**
4  Q.  Who was that?
5  **A.  Brown Produce was.  Rose Acres was.**
6  Q.  Had Michael Foods been providing product
7  that was produced in accordance with the UEP
8  guidelines?
9  **A.  I don't know.**
10 Q.  Do you know whether any others were
11 providing you with product that had been produced in
12 accordance with the UEP guidelines?
13 **A.  I wasn't that close to it; no.**
14 Q.  But you are sure that Brown and Rose
15 Acre Foods --
16 **A.  Rose Acre Farms.**
17 Q.  Rose Acre Farms, I'm sorry -- were
18 providing you with egg product produced in
19 accordance with the guidelines?
20 **A.  Yes.**
21 Q.  Do you know how it was communicated to
22 the other suppliers that they needed to provide
23 you -- to provide Kroger with egg product that was
24 produced in accordance with the guidelines?
25 **A.  I do not.**

| 77 |
|---|

1  Q.  Do you know whether there was any
2  reaction by those who received this notice?
3  **A.  No, I do not.**
4  Q.  Do you know whether there was any
5  pushback by any other suppliers who they were told
6  that they had to provide product that had been
7  produced in accordance with the UEP guidelines?
8  **A.  No, I do not.**
9  Q.  Do you know whether the other suppliers
10 then began to provide product that was produced in
11 accordance with the UEP guidelines?
12 **A.  It was mandated that they would supply**
13 **product that was UEP certified.**
14 Q.  And my question is whether they met that
15 mandate or whether they chose not to supply product
16 to Kroger anymore.
17 **A.  There was some supplier switches at that**
18 **time.**
19 Q.  Do you know which suppliers were
20 dropped?
21 **A.  No, I do not.**
22 Q.  Is there anyone that would be able to
23 provide that information?
24 **A.  Not that I know of.**
25 Q.  Did you talk with Ms. Siewe about it?

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

21 (Pages 78 to 81)

---

**78**

1     **A. No, I did not.**
2     Q. So you don't know if she could answer
3  that question or not?
4     **A. No, I do not.**
5     Q. Has Kroger ever been a member of a
6  cooperative or any other type of group purchasing
7  association?
8     **A. Not that I know of.**
9     Q. With respect to -- not just with respect
10  to eggs and shell eggs and egg products but with
11  respect to any other kind of product that Kroger
12  sells?
13     **A. Your question is whether they've ever**
14  **been a member of the cooperative?**
15     Q. Right.
16     **A. Not that I know of.**
17     Q. Have they ever engaged in any sort of
18  group buying with other retailers, for example?
19     **A. Not that I'm aware of.**
20     Q. Has Kroger ever engaged in any sort of
21  group buying with any other kind of purchaser?
22     **A. Not that I'm aware of.**
23     Q. So far as you know, Kroger does all of
24  its purchasing directly from its suppliers?
25     **A. Directly from its suppliers or through a**

---

**79**

1  broker.
2     Q. What sort of broker -- well, start by,
3  does Kroger use any brokers for shell eggs or egg
4  products?
5     **A. Shell eggs, no. Shell egg products,**
6  **yes.**
7     Q. What brokers does Kroger use for the
8  purchase of egg products?
9     **A. There is a brokerage firm that**
10  **represents Michael's; and I do not know the name of**
11  **it. And the only reason I'm aware of it is that we**
12  **had the meeting with Michael's and they came in.**
13     Q. That was a recent meeting?
14     **A. About a year and a half ago.**
15     Q. Was that the first you've ever learned
16  of a broker for the purchase of egg products?
17     **A. Yes.**
18     Q. My questions, I think, may have been in
19  the present tense.
20     Are you aware of whether Kroger has ever
21  engaged in any type of group buying with respect to
22  shell eggs?
23     **A. They have not, no.**
24     MS. LEVIN: Let's mark as Exhibit 42 a
25  document bearing Bates No. KRGEGED00013608 through

---

**80**

1  639.
2     (Kroger Exhibit 42 was marked for
3     identification.)
4     THE WITNESS: I recognize this.
5  BY MS. LEVIN:
6     Q. Have you had a chance to review
7  Exhibit 42, Mr. Klump?
8     **A. I wrote it.**
9     Q. It looks familiar?
10     **A. Yes, ma'am.**
11     Q. Is it a document you reviewed to prepare
12  for your testimony today?
13     **A. Yes, it is.**
14     Q. Very good.
15     Could you just state for the record what
16  Exhibit 42 is.
17     **A. It's a presentation of mine about the**
18  **retail egg buying.**
19     Q. And it's dated May 11, 2010?
20     **A. May 14th, 2010.**
21     Q. But the presentation appears to have
22  been on May 11, 2010?
23     **A. Oh. Yes.**
24     Q. Do you recall the circumstances under
25  which you prepared Exhibit 42?

---

**81**

1     **A. Yes.**
2     Q. What were they?
3     **A. To explain the egg category.**
4     Q. To whom?
5     **A. To category managers, other personnel at**
6  **Krogers, exactly what our egg initiative was.**
7     Q. Can you describe what a category manager
8  is.
9     **A. Ross Kramers. Other people that are**
10  **associated with the egg category but do not have a**
11  **direct influence -- they -- they're further**
12  **downstream from the procurement of eggs. Explained**
13  **to them the process of egg purchasing.**
14     Q. How many -- well, what is the category
15  that we're talking about here for eggs?
16     **A. Eggs, muffins and potatoes; 064.**
17     Q. And the 064 category includes shell eggs
18  but not egg products; is that correct?
19     **A. It includes egg products.**
20     Q. So both shell eggs --
21     **A. Shell eggs and egg products.**
22     Q. How many category managers does Kroger
23  have?
24     **A. I do not know.**
25     Q. How many people were present for this

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

22 (Pages 82 to 85)

---

**82**

meeting?

A. I have given -- this exact meeting, I'm not sure. I'm sure there was probably four to six people.

Q. Did you do this presentation multiple times?

A. Yes.

Q. How many times did you do it?

A. Three that I can recall.

Q. And were there roughly four to six people present at each meeting?

A. I would say three to -- three to six, yes.

Q. Did that reach all of the category managers for the 064 category at Kroger?

A. Yes.

Q. Are the category managers by division?

A. No.

Q. What sort of organization is there to the category managers?

A. Category managers are corporate. And basically it is a change category managers. I would regive the presentation to help them understand their category, or this piece of their category so they would have a base understanding of what our

---

**83**

procurement buying practices were.

Q. And why was it important for the category managers to understand your procurement practices?

A. Because they're solely responsible for the category.

Q. They're responsible in what respect?

A. From a planning and sales perspective.

Q. And from a profitability perspective?

A. Yes.

Q. Are the category managers the ones that decide by KMA whether to run a feature?

A. No.

Q. That's decided at a KMA level?

A. It's at the KMA.

Q. Is there a category manager for each KMA?

A. No. There's a merchandiser.

Q. Okay. And what does the merchandiser do?

A. He decides whether to run the features or not.

Q. And what does the category manager actually do?

A. The category manager is a conduit

---

**84**

between corporate and the KMA. And the category manager may -- will handle all KMAs where a merchandiser handles that specific portion of maybe a category at the KMA.

Q. At any single moment in time, is there a category manager that is the liaison between corporate and more than one KMA?

A. Yes.

Q. How many KMAs would a category manager be the liaison for?

A. All the KMAs.

Q. Let me try this again. How many category managers are there at a single moment for the 064 category?

A. One.

Q. So this presentation was made to -- who was the presentation made to?

A. Well --

Q. Beyond category managers.

A. Let me try to explain this to you, because I think you're getting confused.

Q. That would be helpful.

A. There's corporate brands, remember we had the corporate brands group.

Q. Right.

---

**85**

A. In corporate brands, they have planning, sourcing, and CSI. CSI is new product introduction. CSI is -- their function is to think five, 10 years out, okay?

Q. Okay.

A. Then they report up to a national -- or a category manager for dairy. He's in charge of national and banner, okay?

Q. So there's a single category manager for 064, the 064 category?

A. There's -- yes.

Q. And he's in charge of both national brands and banner brands?

A. Yes.

Q. So in this case there will be a single category manager for eggs, muffins and potatoes, the 064 category; and he would be in charge of both the Kroger and banner brands of shell eggs, the national brands of shell eggs, and both the national and Kroger brands for egg products?

A. Right. But then we have a category manager that does nothing but promote banner brands.

Q. Right.

So does that -- those two category managers work hand in hand?

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                          April 9, 2014

23 (Pages 86 to 89)

---

86

1     A. Yes. The category manager of banner
2 reports up to the category manager of national.
3     Q. So if there were four to six people at
4 the presentation on May 11th, who was there
5 besides the category managers?
6     A. It would be corporate brands' category
7 manager; they had a certain person that done all the
8 sales planning, the CSI; and then the national
9 category manager, and it may have been their boss as
10 well.
11     Q. Okay. And you said you did this
12 presentation maybe three or four times?
13     A. Yes.
14     Q. Who was present for those other
15 presentations?
16     A. As the category managers changed, which
17 they change roles quite a bit, it would be the new
18 group.
19     Q. So you have done the same presentation
20 over time for people in the same job positions that
21 you've described as those job -- the person holding
22 those jobs have changed?
23     A. Yes.
24     Q. When did you do this presentation that's
25 found in Exhibit 42 for the first time; do you know?

---

87

1     A. It looks like this one was done May 11,
2 2010.
3     Q. Right. Do you think that was the first
4 time you did it?
5     Maybe there's some way you can tell by
6 looking at it, I don't know.
7     A. Yes, it appears to be one of the first.
8     Q. And how recently did you do the
9 presentation that's found in Exhibit 42?
10     A. It's probably been a year or so since
11 I've done this presentation; because this isn't --
12 this presentation is outdated.
13     MR. NOVAK: Excuse me a moment. Paul
14 Novak. Could you reread the Bates number of the
15 first page of Exhibit 42 again. I think I wrote it
16 down incorrectly.
17     MS. LEVIN: It's KRGEGED00013608.
18     MR. NOVAK: Thank you.
19     MS. LEVIN: Through 39.
20 BY MS. LEVIN:
21     Q. Could you turn to Page 5 of Exhibit 42.
22 It's titled, "What We Buy."
23     And on the right-hand side of the page
24 there's a list of egg sizes.
25     Is that a complete list of the shell egg

---

88

1 types that Kroger bought in 2010?
2     A. No.
3     Q. What other shell egg types did Kroger
4 buy in 2010?
5     A. Well, the shell egg types are somewhat
6 specific to the KMA. There are generalities; but a
7 certain -- take the California KMAs have 20 counts.
8 20-count overwraps, where none of the eastern KMAs
9 have them.
10     We have a 60-dozen unit -- 60 dozen --
11 60-count unit that it's not listed here.
12     So to answer your question, yes, there
13 are other ones. They're not listed.
14     Q. You've mentioned other, what I would
15 describe as types of packaging in terms of the
16 quantity of the eggs that are in the resale package.
17     But in terms of sizes of eggs, does the
18 list on Page 5 of Exhibit 42 capture them all?
19     A. Size, you're talking about the egg
20 actual, small, medium, large, extra-large, jumbo?
21     Q. There's a list in the middle of this
22 chart that says "Size." And my question is really
23 just whether that's all of the sizes that Kroger
24 purchased in 2010.
25     A. I guess where I'm not clear is that we

---

89

1 have -- an extra-large 18 count, are you saying
2 that's a -- there is extra-large on here but not an
3 extra-large 18 count. Are you saying that's a
4 different size, or would you class --
5     Q. Well, I'm trying to set to one side the
6 packaging size because you've mentioned that
7 California has cartons that contain 20 eggs. Is
8 that what you meant by 20 count?
9     A. Yes, ma'am.
10     Q. And that somewhere you sell 60-count
11 units, which would be five dozen cartons?
12     A. Yes.
13     Q. I'm not so concerned about the size --
14 the number of the eggs in the carton. I want to
15 know whether this is a complete list of the egg
16 size, regardless of packaging, that Kroger sells.
17     A. So your answer would be yes.
18     Q. And do you know whether this is a
19 correct list of the size of eggs that Kroger has
20 bought for the last -- since 2000?
21     A. The only exception on here would be a
22 small, and I know small has dropped. But I don't
23 know when it was.
24     Q. So it's possible that sometime since
25 2000, Kroger has also purchased small eggs?

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                      April 9, 2014

24 (Pages 90 to 93)

---

90

1  A. Yes.
2  Q. What is Private Selection?
3  A. Private Selection is a brand.
4  Q. The name literally is Private Selection?
5  A. Yes.
6  Q. From whom do you purchase Private
7  Selection eggs?
8  A. Which ones?
9  Q. I don't know. You tell me what they
10 are.
11 A. Private Selection was our specialty
12 line. We had a Private Selection organic, a
13 cage-free brown, and an omega-3 brown. And -- well,
14 we have a Christopher egg, which is proprietary with
15 Rose Acres.
16 Q. A Christopher egg?
17 A. Uh-huh. 660 milligrams of omega-3 at a
18 one-to-one ratio.
19 Q. And those eggs are all sold under a
20 Kroger banner?
21 A. Yes.
22 Q. And the Kroger banner says "Private
23 Selection"?
24 A. Yes.
25 Q. Some of those Private Selection eggs

---

91

1  would be each of these types of eggs you've listed?
2  A. Yes.
3  Q. Do you know whether Krogers' seeking
4  damages in this litigation for Private Selection
5  eggs?
6  MR. MURRAY: Objection to the form of
7  the question, calls for a legal conclusion.
8  You can answer if you know.
9  THE WITNESS: Private Selection is a
10 specialty egg that's flat priced.
11 BY MS. LEVIN:
12 Q. That's -- excuse me?
13 A. Is a specialty egg that's flat priced.
14 Q. I didn't understand. The what priced?
15 A. Flat.
16 Q. Flat priced. What do you mean by flat
17 priced?
18 A. It's not market driven.
19 Q. What drives flat pricing?
20 A. Cost of production.
21 Q. Was Mr. Stull, and then you, in charge
22 of procurement for Private Selection eggs?
23 A. Yes.
24 Q. So both of you had that in your
25 portfolio?

---

92

1  A. Yes.
2  Q. When you say cost of production is what
3  drives the pricing of Private Selection, does Kroger
4  procure Private Selection eggs on cost-plus
5  contracts?
6  A. No. It's on a flat cost.
7  Q. Okay. Can you describe how that works.
8  A. I guess in -- in -- it isn't -- where --
9  the difference in a cost-plus and a flat -- a flat
10 price system is cost plus you go procure your beans
11 and your corn. That sets your base on your fee
12 component.
13 You look at your variable and your fixed
14 cost with profit, and that formulates into the cost
15 of an egg.
16 With the specialty eggs being that you
17 don't sell multiple sizes, you basically sell large,
18 there isn't a medium Private Selection egg. There
19 isn't an extra-large or a jumbo. So your grade loss
20 is much higher.
21 Therefore, when they formulate the cost,
22 they take that into account, because the cost of
23 production is much higher. It comes up with
24 basically a cost of goods that they formulate as the
25 cost they need to -- to be consistent or whole with

---

93

1  this product; and that's the price they offer.
2  And we look at that price pretty much
3  once a year to update it with the current market
4  conditions.
5  Q. And when you say the grade loss is
6  higher, what do you mean?
7  A. Because you're not able to use mediums.
8  Smalls -- which, you saw in the list we sell medium,
9  we sell large, we sell extra-large, we sell jumbo.
10 If -- and a chicken produces 70 to
11 80 percent large, extra-large, which is what --
12 pretty much what we sell, 8 to 10 percent mediums, 6
13 to 8 percent jumbos, you're not able to utilize
14 those mediums and those jumbos in a retail pack. So
15 therefore they go as a grade loss.
16 Q. And grade loss means they are used as
17 breakers, do you know, or what they're used for?
18 A. I'm not sure what they do with them.
19 They're not --
20 Q. Kroger won't buy them?
21 A. We don't buy them.
22 Q. And that raises the producer's cost?
23 A. Yes.
24 Q. From whom do you buy these specialty
25 lines? You mentioned Rose Acre Farms for one of

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

25 (Pages 94 to 97)

---

94

them. But do you have suppliers for the others?

A. For what time period?

Q. I'd like to start from whenever Kroger started offering. Maybe we should begin with when did Kroger start offering these specialty lines?

A. I'm not sure what they started offering. But Eggland's Best had the contracts in the beginning. And due to poor performance, they lost the contracts.

Q. Do you know when Eggland's Best lost the contracts?

A. Exactly, no.

Q. Roughly?

A. I'd have to say it was probably in the 2008/2009 category.

Q. Do you know when Eggland's Best was first contracted with for the supply of specialty line eggs?

A. No, I do not.

Q. Do you know how long Kroger has been selling specialty line eggs?

A. No, I do not.

Q. So when Kroger lost the contract, to whom did Kroger turn for supply of specialty eggs?

MR. MURRAY: Objection to the form of

---

95

the question.

THE WITNESS: Kroger didn't lose the contract.

BY MS. LEVIN:

Q. I thought you said that Eggland's Best had the contract at first and then they lost it.

A. They did. Eggland's Best lost the contract.

Q. I'm sorry. What did I say, Kroger?

A. You said Kroger.

Q. Okay. Well, who got the contract after Eggland's Best lost it?

A. Midwest Poultry.

Q. Midwest. And did Midwest take over the full supply of specialty eggs?

A. They took over all the cage free except for the organics.

Q. Who got the supply of organic eggs?

A. Moark.

Q. And have Midwest and Moark supplied all your specialty line eggs from the date Eggland's Best lost the contract until the present?

A. No.

Q. Who else has supplied specialty eggs in that time period?

---

96

A. Chino Valley.

Q. Which type of eggs does Chino Valley supply?

A. Well, let me give you a little history to help you understand this so you don't get real confused. We used to have Private Selection.

We had another line called Naturally Preferred. Naturally Preferred was handled -- it was a specialty egg, handled by our natural group at Krogers, instead of the grocery section.

When they took the category over, a lot of KMAs, both the SKUs were being featured side by side on the shelves, especially as you went west.

I went back to the category managers said, This is insane. Why are you competing against your own product? Give me one label, it will increase sales because we're not competing against ourselves. We'll offer the customer a fresher product because we've not having two SKUs turned there. Quit confusing them.

So I said, give them a product that's Private Selections, Naturally Preferred, or whatever. And they said, we have a new product coming out. We got a new name we're working on, and they introduced Simple Truth.

---

97

At that time we turned around and consolidated Naturally Preferred and Private Selection.

Q. Into Simple Truth?

A. Into Simple Truth.

Q. And is Simple Truth the brand name today?

A. Yes.

Q. And in the course of that consolidation and that sort of thing, were additional suppliers added?

A. Additional suppliers were added. Suppliers were --

Q. Subtracted?

A. We realigned ourselves with the current supplier base. Chino Valley was supplying all the Natural Preferred product to the entire Kroger division.

I cut them way back to only supplying California and the Northwest. Midwest Poultry picked up the cage-free products for all the eastern KMAs, Dillons and Southwest. Moark does the organic. Rose Acres picked up cage-free browns and omega-3s to Tolleson, and Moark is backfilling with the cage-free whites and the organics, as well as

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

26 (Pages 98 to 101)

---

**98**

1 Moark picked up Smith's Layton, and California
2 Ralphs and Food-4-Less.
3 Q. And all of these eggs that you're
4 describing, and all of these suppliers that you're
5 describing provide eggs not at a market-driven price
6 but at what you described as flat cost or flat
7 price?
8 A. Yes, ma'am. Yes.
9 Q. For the entire time period that Kroger
10 has purchased from them?
11 A. Yes.
12 Q. Page 5 of Exhibit 42 references
13 95 percent of all eggs sold at Kroger are banner
14 brands.
15 Can you explain that statement.
16 A. Yes. If you would look at the egg case,
17 basically it's telling you out of every hundred
18 dozen that are purchased through the register,
19 95 percent of them are Kroger brand product.
20 Q. Either Kroger or one of the banner --
21 Kroger banners?
22 A. Correct.
23 Q. Okay. And does that include the Private
24 Selection?
25 A. Yes.

---

**99**

1 Q. Do you know what percentage of the eggs
2 sold by Kroger are Private Selection?
3 A. Yes.
4 Q. What's that?
5 A. 15 percent.
6 Q. How long has 15 percent been the answer
7 to that question?
8 A. Currently it's no longer 15 percent.
9 Q. Okay. What is it today?
10 A. But when we were selling Private
11 Selection -- Private Selection is gone.
12 Q. I understand. It's Simple Truth today.
13 A. Yes.
14 Q. But your specialty egg business -- let
15 me phrase it that way -- what is the percentage of
16 your sales of specialty eggs today?
17 A. Today it's probably upwards around -- I
18 don't know. I'd have to look at the numbers. I
19 know what they are.
20 We've had a tremendous growth with
21 specialty eggs, but last year we finished it real
22 short of 25 million dozen.
23 Q. 25 million dozen --
24 A. Yes.
25 Q. -- specialty eggs?

---

**100**

1 A. Of Simple Truth.
2 Q. Right.
3 A. And we typically -- and the reason I'm
4 hesitating is typically we sell anywhere from 280 to
5 350 million. So the -- I guess what I'm questioning
6 is, I always thought Private Selection was around
7 15 percent, but it couldn't be because of the amount
8 of growth that we've experienced in the Simple
9 Truth, because we didn't sell near that many Private
10 Selection eggs.
11 So I think my 15 percent is an
12 inaccurate number.
13 Q. You think 15 percent is not the right
14 number for today's sales of specialty eggs?
15 A. No, that's not what I said. I said
16 Private Selection, I told you, was around
17 15 percent.
18 Q. Right.
19 A. I think it's -- when we had the Private
20 Selection brand, it was much less.
21 Currently today, we were anywhere
22 25 million against a total egg sales of 300 million
23 plus.
24 Q. Have the sales of specialty eggs grown
25 over time?

---

**101**

1 A. Immensely.
2 Q. And when did Kroger first introduce
3 them?
4 A. We introduced the Simple Truth brand
5 about two and a half years ago.
6 Q. Well, I understand that. But I'm
7 talking about Private Selection, going back to when
8 you first produced -- when Kroger first started
9 selling specialty eggs, whether it's under the
10 Private Selection label, Simple Truth, or whatever
11 label you might care to put on them.
12 A. I don't know.
13 Q. Do you have an approximate date?
14 A. No.
15 Q. Since 2010, can you tell me what sort of
16 growth Kroger has experienced in the sales of
17 specialty eggs?
18 A. I can tell you from -- that we had it in
19 2005. And around 2010 is when we introduced --
20 2010/2011 we introduced Simple Truth, and the
21 category last year grew at 39 percent.
22 Q. Excuse me?
23 A. The category last year grew at
24 39 percent.
25 Q. The sales grew at 39 percent?

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

27 (Pages 102 to 105)

---

102

1   A. Yes.
2   Q. Of Simple Truth?
3   A. Yes.
4   Q. So to make sure I'm clear, Mr. Stull was
5   in charge of procuring the shell eggs from 2000 to
6   2006 or so, and then you took over those job
7   responsibilities.
8   A. Yes.
9   Q. And looking at Exhibit 42 again just
10  briefly, on Pages 6 and 7 there's a map of Kroger
11  distribution facilities, and then suppliers by
12  geographic area.
13      Do you see that?
14  A. Yes, I do.
15  Q. And are the distribution -- or the
16  little blocks on the map on Page 6 of Exhibit 42 the
17  KMAs that you've been referring to?
18  A. Yes.
19  Q. And this was the KMAs as they existed in
20  August of 2004?
21  A. Yes.
22  Q. Were those KMAs the same in 2010?
23  A. I'm sure they were not.
24  Q. Can you tell us how they differed from
25  what you included in your presentation in

---

103

1   Exhibit 42?
2   A. They're always expanding to different
3   market areas and opening new stores, so if they
4   expanded some of these marketing areas, I don't
5   think this would be accurate.
6   Q. What do you mean by expanded marketing
7   areas?
8   A. Open new stores in new areas, new
9   cities.
10  Q. Well, can you give me an example of
11  somewhere on this map that you think things changed?
12  A. You take the Great Lakes, isn't Great
13  Lakes.  It goes to Delaware warehouse, which is now
14  Columbus and Michigan.
15      So that's definitely changed.  It's
16  split.
17      They've realigned mid south in Atlanta
18  with the Nashville KMA.  Atlanta gave up some
19  stores, mid south gave up some stores, and they now
20  have the Nashville KMA, which is a combination of
21  those two -- stores from those two groupings.
22  Q. So if I could just pause there for a
23  second to make sure I understand, on Page 6 of
24  Exhibit 42 there's an Atlantic KMA and there's a mid
25  south KMA; and you're saying that some chunk of each

---

104

1   of those KMAs was taken away from mid south and
2   Atlanta and used to create a Nashville KMA?
3   A. Yes.
4   Q. And there may be some other similar
5   instances of that having occurred on this map
6   between 2004 and 2010?
7   A. Yes.
8   Q. Why, if the map from August of 2004 was
9   not reflecting the current reality in 2010, did you
10  use it in your presentation?
11  A. It was just used as a representation to
12  kind of give them an idea how we marketed eggs.  It
13  wasn't meant to be an exact -- you know, this is
14  exactly what we're doing.  It was to help them gain
15  a base understanding.
16  Q. So someone looking at this today would
17  also gain a base understanding of what types of
18  distribution regions Kroger has?
19  A. Yes.
20  Q. May not be 100-percent accurate, but
21  it's the general idea.
22  A. Yes.  We weren't trying to make them the
23  most knowledgeable person in the area of egg
24  procurement.  We were trying to give them a base
25  understanding of how eggs were procured in different

---

105

1   regions for different KMAs.
2   Q. And the list of suppliers on Page 7, was
3   that an accurate list of suppliers by geographic
4   area as of 2010?
5   A. At the time, yes.
6   Q. We can look at contracts that have been
7   produced in the litigation to determine any changes
8   that may have been made in these suppliers over
9   time?
10  A. Yes.
11  Q. Tell me what factors Kroger took into
12  account in deciding to whom to award a shell egg
13  contract.
14      And if it's changed over time, I'd like
15  to hear that, but I suspect it's been pretty similar
16  from 2000 through today, but you'll tell me if
17  that's not right.
18  A. Three criterias that Kroger looks at
19  when they're looking at a supplier.  First is
20  service; second, quality; third is price.
21      A supplier that has great quality and
22  great price but doesn't deliver stores to our --
23  excuse me -- doesn't deliver eggs to our stores when
24  we need them, regardless of the quality and price,
25  is not a supplier we need, because we need to have

---

HIGHLY CONFIDENTIAL

Klump, Thomas          April 9, 2014

28 (Pages 106 to 109)

---

106

the product on the shelf when we need it.

Secondly, a criteria is quality. You can have a supplier that has great service and great price but poor quality. It doesn't portray to the Kroger customer what we'd like to portray to them as far as offering them a good-quality product at a competitive cost.

And thirdly, we look at the cost of the product.

Q. And in terms of service, is there anything besides timeliness that you take into account?

A. Define "timeliness."

Q. Well, I think you're the one who said that the provider had to deliver product in a timely fashion.

So I guess other issues that I might think of under service might be customer service, for instance? Is that something that's considered under service?

A. One thing that -- yes, it is. One thing that has changed over the years from the Gary Stull era to my era is that I fully engage the producers from production to the customer. It was their perception when I took the category over, their job

---

107

was to pack the eggs, put them in the trailer and close the door, and they were done.

I've expanded that now that their responsibility is from production all the way into the consumers' hands.

And from that we have put in inspections along the way that helps us identify areas of opportunity, and that does play in the decision of their performance, their service and their quality in being a supplier.

Q. So while there may have been some changes that you've made with respect, for example, to customer service, so far as you know, when Mr. Stull was in charge of shell egg procurement, the three criteria in this order were service, quality, and price?

A. Yes.

Q. So a producer who has the lowest price may not win the bid; correct?

A. Correct.

Q. Was -- what is shrink control?

A. Shrink is the amount of eggs that gets sent into the store that do not scan through the register.

Q. Because of what? Are these broken eggs?

---

108

I mean --

A. Could be outdate. Could be broken eggs. It could be -- that would be your two primary reasons, damage and date.

Q. And is that something that's a part of your evaluation of either service or quality?

A. Yes.

Q. Which does that fall under?

A. Quality.

Q. Any factors besides service, quality, and price?

A. Well, they got to meet the base criteria first before they even offer to bid, to be a Kroger supplier.

Q. What do you mean "meet the base criteria"?

A. Well, they have to be UEP certified. They have to be SQF Level 2 or higher certified, and they have to have an active vaccination program of at least two alive and one dead SE virus inoculation and maintain that through the life of the birds to --

Q. If you could explain the criteria right before active vaccination.

A. Which was?

---

109

Q. I have to ask the court reporter to read it back. I didn't quite understand it myself.

(Record read.)

BY MS. LEVIN:

Q. SQF level certified.

A. And SQF is the global food safety GFSI certification.

Q. So that's a food safety certification.

A. It's a food safety. UEP certification deals with bird husbandry in the houses. Once those eggs enter into or through the wall, their criteria no longer is valid. That's where SQF takes over.

And SQF is a global -- well, it's part of GFSI, Global Food Safety Initiative; and it's a standard metrics that retailers are using instead of having SQ -- or -- what's the difference?

There's different audits that retailers use to require producers to have. This is a one common that -- well, AIB certified was a big one, and there was different -- this is a common metrics that retailers adopted to have kind of a uniform -- unified way to analyze a producer's ability to meet good food compliance standards.

Q. Safety type standards?

A. Safety type standards, yes.

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

29 (Pages 110 to 113)

---

110

1  Q. And with respect to egg products, were
2  service, quality, and price also the three initial
3  criteria that you evaluated suppliers by?
4  **A. I have never re-awarded -- I'm sorry.**
5  **Are you talking about retail egg?**
6  Q. Retail egg.
7  **A. Okay. I have never awarded anything on**
8  **that yet. The bid's going out this year.**
9  Q. Did you speak with anybody about the
10 award of egg product contracts?
11 **A. Yes, spoke with Lisa Beth Miller, Becky**
12 **Bradley, on the egg products, Randy Payne.**
13 Q. And Ms. Bradley told you that she had
14 never bid the egg products?
15 **A. She hadn't bid it in the time she had**
16 **that category.**
17 Q. Right; from 2012 to 2014?
18 **A. She said they'd just been using the same**
19 **supplier they had.**
20 Q. Prior to that time, do you know what
21 basis there might have been for awarding an egg
22 products contract?
23 **A. I do not know.**
24   MS. LEVIN: This might be a good moment
25 to take a quick break.

---

111

1   THE VIDEOGRAPHER: We are going off the
2  record. Time on video is 11:47.
3   (Recess taken.)
4   THE VIDEOGRAPHER: We are going back on
5  the record. Time on video is 11:59.
6  BY MS. LEVIN:
7  Q. Mr. Klump, when you took over from
8  Mr. Stull with respect to shell egg procurement, did
9  you change anything about the way in which
10 procurement was done?
11 **A. Explain what you're asking.**
12 Q. Well, I'm just wondering if you changed
13 anything about the process or the criteria that were
14 used, anything at all.
15 **A. Yes.**
16 Q. What did you change?
17 **A. Well, several things that we took**
18 **control of immediately. With the 18 KMAs, the**
19 **only -- the Kroger corporate office was only pricing**
20 **the eastern KMAs.**
21     **What I mean by the eastern KMAs, it**
22 **would have been the Mid-Atlantic, the Atlanta,**
23 **Cincinnati central, the Delaware warehouse, which**
24 **was Columbus, Michigan; the Dillons in the southwest**
25 **KMA, which was Houston/Dallas.**

---

112

1   Q. And when you say the Kroger corporate
2  office was pricing only the eastern KMAs, what do
3  you mean?
4   **A. Yes. The suppliers were sending pricing**
5  **in to Gary's assistant. She would then formulate**
6  **the pricing, check it, and send it out to our KMAs.**
7  Q. But in terms of soliciting bids, for
8  instance, was there anything different that you did
9  than how Mr. Stull went about it?
10 **A. Well, I do know the first RFQ I sent**
11 **out, the suppliers were very excited. They said it**
12 **was the first time they've ever had an opportunity**
13 **to bid on these KMAs.**
14 Q. Can you explain what you mean?
15 Mr. Stull did not send out RFQs to your
16 understanding?
17 **A. I don't know. I can't say.**
18 Q. Well, you said that they were excited,
19 that the suppliers were excited.
20 **A. Yes.**
21 Q. So at least from the suppliers'
22 perspective, this was the first time that they had
23 seen an RFQ?
24 **A. They had an opportunity to bid on those**
25 **KMAs, and I don't know if it was the eastern KMAs**

---

113

1  that were in reference to or what. But they said
2  prior to that, with the exception of the GNX, they
3  had not been given an open opportunity to compete
4  for that business.
5  Q. And this was just with respect to
6  eastern KMAs?
7  **A. The first RFQ I sent out, I sent it out**
8  **to all 18 KMAs at one time.**
9  Q. Were there individual RFQs for specific
10 KMAs?
11 **A. No.**
12 Q. Was a single RFQ for all KMAs?
13 **A. Yes.**
14 Q. And as far as you know, there were some
15 suppliers who were excited because they were now
16 getting to bid on KMAs that they had not previously
17 had an opportunity to bid on?
18 **A. Correct.**
19 Q. So far as you know, Mr. Stull was not
20 sending out an RFQ for all KMAs to a wide number of
21 suppliers?
22 **A. I would surmise that, yes.**
23 Q. Do you know whether Mr. Stull sent out
24 RFQs just for individual KMAs?
25 **A. I do not know.**

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                              April 9, 2014

30 (Pages 114 to 117)

---

114

1    Q.  To whom did you send out the RFQ?
2    **A.  Send it to all current suppliers and**
3    **other suppliers that expressed an interest in the**
4    **business.**
5    Q.  Okay.  So, for example, if -- Midwest
6    was one of your suppliers at that moment; correct?
7    **A.  Yes.**
8    Q.  And Midwest had a number of KMAs that
9    were in the central part of the country; correct?
10   **A.  Yes.**
11   Q.  They would also receive an RFQ at this
12   point that would include Ralphs and Food-4-Less on
13   the West Coast?
14   **A.  Yes.**
15   Q.  And any supplier on the West Coast, such
16   as NuCal, would receive this RFQ for the
17   Mid-Atlantic -- that would include the Mid-Atlantic
18   region?
19   **A.  Yes.**
20   Q.  And in the past they had not had an
21   opportunity to bid on such a broad array of KMAs?
22   **A.  Yes.**
23   Q.  Why you send out the RFQ for all KMAs to
24   all current suppliers?
25   **A.  Because there was no clear direction in**

---

115

1    **the record.  The last time the KMAs had been bid at**
2    **the end of 2006, we were going off the cost-plus**
3    **pricing that we had had with Midwest Poultry.**
4    **So in order to establish a baseline, we**
5    **went out to bid on all KMAs.**
6    Q.  I'm not sure I understand what going off
7    cost-plus for Midwest has to do with allowing NuCal
8    to bid on the Atlanta, for example, division.
9    **A.  First of all, NuCal wouldn't bid on --**
10   Q.  Well, I understand but you gave them the
11   opportunity.
12   **A.  Correct.**
13   Q.  So I'm not understanding why changing
14   the method in which you priced with Midwest had an
15   impact on your distribution of an RFQ.
16   MR. MURRAY:  Objection to the form.  I
17   don't think that's a question.
18   You can respond if you understand it.
19   THE WITNESS:  I mean, we wanted to get a
20   baseline bid out on them.  We had no records of the
21   last baseline, so we were establishing one.
22   BY MS. LEVIN:
23   Q.  Was the idea to try to determine exactly
24   which producers could compete in which KMAs?
25   **A.  It was get the most competitive costs,**

---

116

1    yes.
2    Q.  So the idea was to -- regardless of
3    whether each of these potential suppliers was going
4    to bid on each of these KMAs, you wanted to
5    ascertain which suppliers would bid on which KMA?
6    **A.  Correct.**
7    Q.  And get a baseline for what a
8    competitive price would be with respect to each KMA?
9    **A.  Correct.**
10   Q.  And ascertain exactly who was able to
11   compete in which KMA?
12   **A.  Yes.**
13   Q.  Do you believe that this process of
14   sending out the RFQ to all potential egg suppliers
15   resulted in more competitive pricing?
16   MR. MURRAY:  Object to the form of the
17   question.  Calls for speculation.
18   You can answer if you know.
19   THE WITNESS:  Yes, it did.
20   BY MS. LEVIN:
21   Q.  And that was your goal, certainly;
22   correct?
23   **A.  Yes.**
24   Q.  And were you able to bring Krogers'
25   acquisition or costs down as a result of this new

---

117

1    process of delivering the RFQ to a broader range of
2    producers?
3    **A.  Yes.**
4    Q.  Why don't you take a look in your pile
5    there at Exhibit 17.
6    Before I ask you a question about that,
7    did you believe that prior to your taking over the
8    egg procurement process, that Kroger was not getting
9    necessarily the most competitive price it could get
10   for shell eggs?
11   MR. MURRAY:  Object to the form of the
12   question.  Calls for speculation.
13   THE WITNESS:  I don't know.
14   BY MS. LEVIN:
15   Q.  But you anticipated and found that the
16   new procedure that you implemented did, in fact,
17   obtain a more competitive price for eggs, for shell
18   eggs?
19   **A.  Competition brings better pricing.**
20   Q.  Right.  And as a result of a more
21   competitive bid process, you got better pricing;
22   correct?
23   **A.  Yes.**
24   Q.  I wanted you to take a look at Exhibit A
25   to Exhibit 17, which is the chart that begins around

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

31 (Pages 118 to 121)

---

118

1 Page 10.
2     **A. Okay.**
3     Q. And my understanding from the text of
4 Exhibit 17 is that you assisted in preparing this
5 chart; is that correct?
6     **A. It came from my electronic records.**
7     Q. Okay. And it's a listing of all of the
8 suppliers of shell eggs from 2004 to 2013; is that
9 correct?
10     **A. Is that a question to me?**
11     Q. Yes.
12     **A. Could you restate the question.**
13     Q. I asked if it was a list of all the
14 suppliers of shell eggs to Kroger between 2004 and
15 2013.
16     **A. You're going to need to give me a**
17 **minute, because I have to go through and check every**
18 **one of them.**
19     **The answer would be yes.**
20     Q. And it's intended to represent the date
21 of the contract, the supplier of the eggs, the type
22 of eggs covered by the contract, and then the
23 contract price; is that right?
24     **A. Well, the contracted price can change**
25 **through the period of the contract based on input**

---

119

1 **costs of cartons and chippers.**
2     Q. Okay. So to that, I'd say no. But to
3 the other part I would say yes.
4     Q. But under pricing terms on Exhibit A to
5 Exhibit 17, there's some information entered. What
6 is that information?
7     **A. That is the basis behind the**
8 **differential on your -- on that Urner Barry market**
9 **is --**
10     Q. Can you explain what you mean by that.
11     **A. Okay. The market -- we use a -- we've**
12 **had different pricing metrics over the years. We**
13 **used to use a four-week trailing average where we**
14 **would average the Thursday close --**
15     Q. You're going to have to slow down for
16 people to understand this.
17     A lot of your contracts are priced off
18 of Urner Barry; is that correct?
19     **A. Yes.**
20     Q. What is Urner Barry?
21     **A. Urner Barry is a third-party company**
22 **that sets egg prices -- egg as well as other**
23 **commodities.**
24     Q. Do you know how it goes about setting
25 egg prices?

---

120

1     **A. Yes, I do.**
2     Q. What is that method?
3     **A. It's based off trades between producers**
4 **off ECI and the UEP surplus market.**
5     Q. What is ECI?
6     **A. Egg Trading Commission or something.**
7 **It's a board where producers post their overages and**
8 **basically sell them between producers. Or to**
9 **breakers or --**
10     Q. And that information forms the basis for
11 the Urner Barry price?
12     **A. Basically from my understanding is that**
13 **the Urner Barry group looks at the trades, that 2 to**
14 **3 percent of trades between producers in determining**
15 **whether those trades are selling at a flat cost, a**
16 **discounted cost, or a premium cost, to determine**
17 **which way the metrics in the market should move.**
18     Q. And so Urner Barry then sets this price
19 by egg size; is that correct?
20     **A. Yes.**
21     Q. And by region; is that correct?
22     **A. Yes.**
23     Q. Do you know how many regions there are
24 for Urner Barry prices?
25     **A. Five.**

---

121

1     Q. How many?
2     **A. There are five.**
3     Q. And that's five across the entire United
4 States?
5     **A. Yes. There's the northwest -- I'm**
6 **sorry, the northeast, the southeast, Midwest, south**
7 **central, and the California market.**
8     Q. And do those regions -- presumably if
9 Urner Barry sets a price by region, those prices may
10 vary by region?
11     **A. Yes, they do.**
12     Q. So the Urner Barry price for a Grade A
13 jumbo egg in the Midwest may be different than the
14 price for a Grade A jumbo egg in south central?
15     **A. Yes. It will be cheaper.**
16     Q. And from one week to the next, the Urner
17 Barry price for a Grade A jumbo egg in the Midwest
18 may go up from week to week, while in the south
19 central it might go down in that same time period?
20     **A. Typically not.**
21     Q. But could that happen?
22     **A. Possible. But not probable.**
23     Q. And in the next-to-last column -- well,
24 we were talking about Urner Barry.
25     So the Urner Barry index is used. It's

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

32 (Pages 122 to 125)

---

**122**

by egg size and by region. And then how do you use
that in determining your price?

A. I started to say, we had different
pricing metrics. We used to take the Thursday close
of the Urner Barry. We would average those together
and come up with a -- say for each week they closed,
Midwest large would close at a dollar. At the end
of that -- you average those four together, it would
be a dollar minus the differential for whatever that
was negotiated, and that would be the egg cost being
delivered to our warehouse.

Q. The differential is this number that
appears in the "Pricing/Terms" column?

A. Yes, differential or basis. People call
them different things.

Q. So the eggs that have some sort of Urner
Barry information in the pricing and terms column
are priced relative to the four-week average of the
Urner Barry, at least for some time period?

A. For a time period. In -- what changed
at the end of the 2006 is that there was a directive
from the president of retail that they wanted to be
closer to the market, that we were retailers and our
forte was we could retail with the best of them, so
give us a competitive retail cost and let us do what

---

**123**

we do.

That's when we moved away from the
cost-plus pricing, moved away from the four-week
trailing average, and went to a four-week rolling
average.

Q. Could you take a look at Page 25 of
Exhibit 52, and see if that's an explanation of what
you were just discussing.

MR. MURRAY: I think you meant
Exhibit 42 -- 52.

MS. LEVIN: No. Oh, I'm sorry, 42, no,
you're right. 52 is in my little binder here.

THE WITNESS: No wonder I couldn't find
it.

What page?

BY MS. LEVIN:

Q. 25. 25 and 26.

A. And your question is?

Q. My question is whether Pages 25 or 26
are a summary of what you were just describing?

A. Yes.

Q. So in 2006, there were three different
methods used for shell egg pricing?

A. Yes.

Q. One used the four-week trailing average

---

**124**

of the Urner Barry as you have described it; one
group of contracts used cost-plus, and that was
Midwest; is that right?

A. Yes.

Q. And then in the Smith's intermountain
region, a sliding scale was used; is that correct?

A. Yes.

Q. And what is the sliding scale?

A. I knew you were going to ask that.

Q. It's very predictable, isn't it?

A. Okay.

Q. Okay.

A. I'm trying to see the easiest way to
explain this to you.

The sliding scale is the same as the
four-week rolling average. You use the same metrics
to come up with the market price.

Q. So it's also using Urner Barry --

A. Urner Barry --

Q. -- trailing average?

A. -- and you're taking the Thursday close,
and you're averaging -- you're dropping the oldest
and adding the newest each week to come up with a
price.

That price then goes into just what it

---

**125**

says, a sliding scale. And basically the premise of
a sliding scale is that you figure out what your,
basically your true cost of production would be.

And you look at it right now, and you
say it's 88 cents to a dollar per dozen. At that
cost you would have your base differential or
differential set, say it would be 20 back, okay.

If the market would tend to decline
lower than that -- say your dollar is your cost-even
price, you have a decreasing differential that
occurs on either three to 5-cent intervals; or if
the market would increase, you would have an
increasing differential to offset the change in the
market.

Q. So the idea of a sliding scale is to
kind of smooth out the peaks and valleys? Is
that --

A. No, it's to --

MR. MURRAY: Object to the form of the
question.

You can answer.

THE WITNESS: It's to offer increased
discounts at higher market times and increased
protection for the producer at bad market times.

BY MS. LEVIN:

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

33 (Pages 126 to 129)

---

**126**

1  Q.  And bad market times are when the Urner
2  Barry is low?
3  **A.  Yes.  They're -- the cost of the Urner**
4  **Barry market drops below their costs of production.**
5  Q.  The cost of production.
6  And there have been occasions in your
7  time period or during Mr. Stull's time period when
8  the Urner Barry dropped below the producer's cost of
9  production?
10  **A.  Yes.**
11  Q.  Do you know when those times were?
12  **A.  Typically it's after Easter and before**
13  **kids go back to school.**
14  MS. LEVIN:  Let's take a look at
15  Exhibit -- or Page 27 of Exhibit 42, which is
16  entitled "Egg Market Volatility."
17  THE WITNESS:  Yes.
18  BY MS. LEVIN:
19  Q.  That's a document -- a chart that you
20  included in your presentation; correct?
21  **A.  Yes, it is.**
22  Q.  And is that intended -- well, why don't
23  you tell me what that page shows.
24  **A.  Got to find it first.  What page did you**
25  **say it was?**

---

**127**

1  Q.  27, it's right after the pages we were
2  looking at.
3  **A.  Your question is what does this graph**
4  **show?**
5  Q.  Yes.
6  **A.  It shows market swings in the Urner**
7  **Barry through a period of 2005 through 2010.**
8  Q.  And by market swings, what do you mean?
9  **A.  Changes in market pricing, in Urner**
10  **Barry pricing for that time frame.**
11  Q.  And can you explain to me what the --
12  the horizontal axis is date.  I understand that, but
13  what about the vertical axis?
14  **A.  The vertical axis is cost, cost per**
15  **dozen in the Urner Barry market.**
16  Q.  Costs to whom?
17  **A.  This is what the Urner Barry is**
18  **reporting.**
19  Q.  So this is showing changes in the Urner
20  Barry price in the market?
21  **A.  It's showing market volatility as it's**
22  **being priced by the Urner Barry market for the**
23  **Thursday close.**
24  Q.  So let's just take that first little
25  peak there where the dark line goes up and it hits

---

**128**

1  the 5-cent mark.
2  Can you tell me what that's showing.
3  **A.  Those are changes in the Urner Barry**
4  **market in that period of time.**
5  Q.  So for that particular week -- and it's
6  hard to see from this chart what that week is, but
7  maybe the first week in February 2005, the Urner
8  Barry price went up 5 cents?
9  **A.  In one week, yes.**
10  Q.  In one week.
11  And then by a couple of weeks later, it
12  had dropped down to -- down by maybe 8 cents, down
13  to the zero level mark and then down another 3
14  cents?
15  Am I reading that roughly correctly?
16  **A.  Yes, you are.**
17  Q.  And the zero line across the middle is
18  just whatever the Urner Barry price was the day that
19  this chart was begun?
20  **A.  Correct.**
21  Q.  What does the word "volatility" mean?
22  MR. MURRAY:  Objection, form of the
23  question.
24  You can answer.
25  THE WITNESS:  Just what it states.

---

**129**

1  BY MS. LEVIN:
2  Q.  Well --
3  **A.  Market changes.  The erratic changes in**
4  **the marketplace.**
5  Q.  And there's -- are erratic changes in
6  the price of eggs in the marketplace?
7  **A.  Increasing every year.**
8  Q.  Well, within a particular year, it would
9  appear that the price goes up and down quite a bit,
10  doesn't it?
11  **A.  Yes, it does.**
12  Q.  And what is the reason for that?  If you
13  know.
14  **A.  Just what we said:  It's overproduction**
15  **or a shortage in the marketplace.**
16  Q.  And when there is overproduction of
17  eggs, what happens with the price?
18  **A.  The market goes down.**
19  Q.  And when there's underproduction, what
20  happens?
21  **A.  The market goes up.**
22  Q.  And that's all other things being equal?
23  **A.  Correct.**
24  Q.  When there are other sorts of external
25  influences upon supply and demand, that would also

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                                    April 9, 2014

34 (Pages 130 to 133)

---

130

1 have an effect on the price; correct?
2      A. Explain.
3      Q. Well, for example, if there is a
4 seasonal demand, for example, around Easter.
5      A. Falls in the same market principle.
6      Q. Which is?
7      A. Increase demand, increase cost.
8      Q. Increase price to Kroger, right?
9      A. Yes.
10      Q. And if there's some sort of dietary
11 preference for eggs in the marketplace, that could
12 also increase demand; correct?
13      A. Yes.
14         MR. MURRAY: Objection; speculative.
15 BY MS. LEVIN:
16      Q. And, therefore, increase the price?
17         MR. MURRAY: Same objection.
18 BY MS. LEVIN:
19      Q. Mr. Klump, you've been in charge of egg
20 procurement since 2006 at Kroger; correct?
21      A. Yes.
22      Q. You do have some understanding of shell
23 egg pricing; correct?
24      A. Yes.
25      Q. And you have an understanding of the

---

131

1 types of factors that affect shell egg pricing?
2      A. Yes.
3      Q. You don't have any difficulty answering
4 my questions, do you, about egg pricing and what
5 affects them?
6      A. No.
7      Q. So back on Page 26 of Exhibit 42, it
8 then talks about current shell egg pricing, and you
9 state the four-week rolling average to be closer to
10 the market but buffer out the peaks and valleys.
11      A. Yes.
12      Q. That's what I was calling smoothing out
13 the peaks and valleys, but you preferred to use
14 different terminology.
15         Was the change in pricing that you
16 implemented intended to smooth out the peaks and
17 valleys that we see in Exhibit 42, Page 27?
18      A. Yes.
19      Q. And how did that happen? How did that
20 occur?
21      A. I don't understand your question.
22      Q. How does switching to a four-week
23 rolling average buffer out the peaks and valleys?
24      A. Well, what you're doing, instead of
25 looking at every weekly change, you're taking those

---

132

1 weekly changes and average them over four weeks.
2         So if you would tend, in a higher
3 holiday period -- I mean, you look at this
4 volatility chart, there's changes in some weeks of
5 10 cents or more, 12 cents, and decreases of
6 12 percent -- or 12 cents more. You get out farther
7 in the chart, we're closer to 15 cents decreases and
8 increases.
9         What it does is we're not capable at
10 shelf, since we do weekly pricing, to keep shelf
11 tags changed that quickly; nor do the customers
12 understand the Urner Barry pricing and the metrics
13 behind egg pricing.
14         If we have that volatile of egg pricings
15 at shelves, it's perceived as we're either gouging
16 the consumer or -- you know, it's not perceived --
17 inconsistent pricing at shelf is not an attribute to
18 a customer for a strategy.
19      Q. So you can't change your shelf prices
20 every time your acquisition cost changes; is that
21 correct?
22      A. That's correct.
23      Q. And you have to keep your shelf prices
24 flatter than that?
25      A. Yes.

---

133

1      Q. How often does the price of the eggs
2 that you purchase change under the contracts that
3 are linked to Urner Barry.
4      A. Every week.
5      Q. Weekly?
6         And how does the trailing average differ
7 from the rolling average?
8      A. The trailing averages, you would set the
9 price, and you would hold that price for the entire
10 next month.
11      Q. So the price would be set on the
12 four-weeks' average Urner Barry, and that would be
13 the price you would pay for an entire month?
14      A. Right. So take, for instance, we're in
15 April. We would average the four Thursday closes in
16 March. That would come up the price, we would hold
17 that price through April.
18         So the KMAs would know their price
19 through the entire time frame of April. At the end
20 of the April, you would redo the exercise, and you
21 would set the price for May.
22      Q. But when you switched to the rolling
23 average, that price is figured every week based on
24 the last four-weeks' average?
25      A. Right.

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                                                April 9, 2014

35 (Pages 134 to 137)

---

134

1    Q. So that explains the language in
2 contracts we see that talk about the four-week
3 trailing average?
4    A. Okay.
5    Q. Prior to 2006; correct?
6    A. Correct.
7    Q. Looking back at Exhibit 17, it appears
8 to me -- and you can tell me if this is correct or
9 not. But it appears to me that in 2007 or so,
10 contracts with egg suppliers were no longer
11 executed. It's always listed as a nonexecuted
12 contract.
13        And my question to you is whether that's
14 correct and whether there was some additional change
15 you implemented with respect to the execution of
16 contracts.
17    A. I can't state what happened prior to
18 2007. I mean, I picked it up in 2006.
19    Q. Okay. But did you execute any contracts
20 with shell egg suppliers after you became --
21    A. Yes.
22    Q. -- the head of procurement?
23    A. I'm sorry, yes.
24    Q. Did you ever execute a contract, for
25 example, with -- let's look at the bottom of Page 17

---

135

1 and the top of Page 18 where there are listed
2 contracts for -- there's listed something with
3 respect to Norco Ranch for 2010 to 2013?
4    A. Page again, please.
5    Q. Bottom of 17 and top of 18 on
6 Exhibit 17. You see a number of entries for the
7 period April 23, 2010, through April 23, 2013, for
8 Norco Ranch. And then it says "nonexecuted
9 contract."
10        Can you tell me what that means?
11    A. I cannot.
12    Q. Is it your understanding that there was
13 no written contract with Norco Ranch for that time
14 period?
15    A. I don't recall.
16    Q. Well, do you recall ever signing
17 contracts for the procurement of shell eggs?
18    A. Yes.
19    Q. Do you recall signing them after 2007?
20    A. Yes.
21    Q. Do you recall signing them with Midwest
22 Poultry after 2007?
23    A. Yes.
24    Q. And can you explain to me why all of the
25 entries for Midwest Poultry after 2007 say

---

136

1 "nonexecuted contract"?
2    A. No.
3    Q. But you believe you signed contracts in
4 that time period with Midwest Poultry?
5    A. Yes. We had supply agreements with
6 Midwest Poultry.
7    Q. Is it possible that these say
8 "nonexecuted contracts" simply because you don't
9 have an executed contract in your file?
10    A. I do not know.
11    Q. But you're quite sure that such
12 contracts were executed?
13    A. Yes.
14    Q. With Midwest Poultry; correct?
15    A. Yes.
16    Q. And there were executed contracts with
17 Norco Ranch after 2007?
18    A. Yes.
19    Q. What about with Mahard Egg Farm? Did
20 you ever have an executed contract with Mahard Egg
21 Farm?
22    A. Yes.
23    Q. Do you know why this exhibit says it's a
24 nonexecuted contract?
25    A. I do not.

---

137

1    Q. Are there any shell egg suppliers with
2 whom you just have a handshake type of a contract?
3    A. Yes.
4    Q. Who are those?
5    A. Right off the top of my head I can't
6 tell you 100 percent for sure. I mean, we would go
7 out -- in 2007 we did all KMAs on RFQ. It was the
8 intent of our department to go out weekly, or
9 weekly -- a yearly and redo that bid process, to
10 rebid it once a year.
11        After the amount of work that it took in
12 order to execute that RFQ and the analysis, I told
13 them we weren't going to do all 18 KMAs at the same
14 time, that we were going to break it up into two
15 regions, east and west.
16        And then what we would do is do a
17 two-year supply agreement with the west and a
18 three-year supply agreement with the east and get
19 them on alternating years so we didn't deal with all
20 the work that goes out, plus we were getting more
21 competitive pricing if we did a three-year contract
22 than if we did a yearly contract.
23    Q. Take a look at Page 8 of Exhibit 42, and
24 see if that's summarizing what you just described
25 for us.

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

36 (Pages 138 to 141)

---

138

A. Yes.

Q. So the idea was to get some portion of the country on a different timetable from the other portions so you didn't have to do the whole country all at once?

A. It was -- yes. To set up a timetable to reach out to the producers through competitive bidding. But yet hold it for a period of time that made sense with the producers to make them efficient through that contract period.

Q. You've mentioned moving away from the four-week --

A. Trailing.

Q. -- trailing average to the four-week rolling average. You also moved away from cost-plus contracts; correct?

A. Correct.

Q. Was Midwest the only supplier you had on a cost-plus contract in 2007?

A. Yes.

Q. Why did you conclude that it was best to move away from the cost-plus contract with Midwest?

A. I didn't.

Q. Why did you move away from the cost-plus contract with Midwest?

---

139

A. I was told to.

Q. By whom?

A. Don Becker.

Q. And who is Mr. Becker?

A. The president of retail.

Q. And what did Mr. Becker -- how did Mr. Becker go about delivering this?

A. Through the category management team. Basically he said he wanted to -- the fact that we were retailers, we were the best retailers out there, and we can retail with anybody; give me a competitive price and I can be competitive with anybody in the marketplace.

Q. And was it Mr. Becker's view that cost-plus pricing was not competitive?

A. Yes.

Q. Why did he believe that cost-plus pricing was not competitive?

A. He felt cost-plus pricing was not competitive because it was basically due to the cost inputs. You would come up with a one cost formula for the entire year, which it did not change. Remember the cycles in the egg market. Egg market is high January through Easter --

Q. When you say it's high, you mean the

---

140

price is high?

A. The price is high -- higher, because demand is higher.

Q. Right.

A. Wintertime, people eat more. Holidays, all the other -- there's more of a demand from the supply side.

Once it starts to warm up, more people go outside, they tend to eat out more, not eat breakfast as often. The market tanks. Usually stays down below cost for a period until typically, if you watch, it's when kids start going back to school, you see an incremental bump.

And then once we get the holiday demand, we get another bump up, and it holds that level until we hit Easter again.

Q. And so for some period between Easter and the kids going back to school, your acquisition cost for shell eggs is below the producer's cost of production?

MR. MURRAY: Objection; calls for speculation.

BY MS. LEVIN:

Q. Did I understand that correctly?

MR. MURRAY: You can answer it.

---

141

THE WITNESS: I mean, for cost-plus, no.

BY MS. LEVIN:

Q. Right. I understand not for cost-plus. But --

A. But for others, yes.

Q. What time period -- you say roughly from Easter to September?

A. Easter/September. Or mid September, when kids are --

Q. Okay. So the cost-plus, you were in the process of explaining to me why you were moving away from the cost-plus.

A. Through those summer months, when other retailers had a pricing advantage on us, because we may have been 70 cents a dozen and the market was sitting at 60 cents a dozen; they couldn't -- "they" being our retail side -- couldn't look at the whole piece of a year. They looked at everything in a four-week segment.

And they were looking to P&Ls and the balance through those four-week segments, and even, though, through the entire year it was a benefit, through those summer months we were at a disadvantage.

Q. Because the cost-plus was causing you to

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                    April 9, 2014

37 (Pages 142 to 145)

---

142

1  pay the producer's cost plus something --
2      A. We were --
3      Q. -- whereas other retailers that were not
4  on cost-plus were paying something below the cost of
5  production?
6      A. Correct.
7      Q. Okay. And for your suppliers that were
8  on Urner Barry, the price you were paying to them
9  during those summer months were below their cost of
10 production. Those are the ones you're talking
11 about?
12     MR. MURRAY: Object to the form; calls
13 for speculation.
14     THE WITNESS: Yes.
15     MR. MURRAY: It's 12:40. If we're
16 switching gears --
17     MS. LEVIN: No, I'm not. I've got two
18 documents I wanted to show him that relate to this
19 issue of the change in the pricing methodology. And
20 I'll look at them. I may look at them and say,
21 never mind.
22     MR. MURRAY: Okay. Then we'll do lunch?
23     MS. LEVIN: Then we'll do lunch.
24     Let's mark as Exhibit 43 a document
25 bearing Bates number KRGEG00018832.

---

143

1      MS. CRABTREE: What's that number again?
2      MS. LEVIN: KRGEG18832.
3      (Kroger Exhibit 43 was marked for
4      identification.)
5  BY MS. LEVIN:
6      Q. Have you had a chance to review
7  Exhibit 43, Mr. Klump?
8      A. Yes, I have.
9      Q. What is Exhibit 43?
10     A. Exhibit 43 is -- just what we've been
11 talking about, is changing our pricing structure
12 from a four-week trailing to a four-week rolling.
13     Q. And it is a change to your contract with
14 Cal-Maine; is that correct?
15     A. Yes.
16     Q. Is that your signature on Exhibit 43?
17     A. Yes, it is.
18     Q. Was Cal-Maine willing to make this
19 change from four-week trailing to four-week rolling?
20     A. Yes.
21     Q. Why is that?
22     MR. MURRAY: Objection; calls for
23 speculation.
24 BY MS. LEVIN:
25     Q. Did you have discussions with Cal-Maine

---

144

1  about making this change to their contract?
2      A. Yes.
3      Q. What did Cal-Maine say?
4      A. They were fine with it.
5      Q. And do you know why Cal-Maine was fine
6  with it?
7      MR. MURRAY: Same objection, calls for
8  speculation.
9      THE WITNESS: Because the cost impact to
10 them wouldn't be any different. Basically it would
11 put them closer to the market change.
12 BY MS. LEVIN:
13     Q. So the price --
14     MR. MURRAY: Were you done?
15     THE WITNESS: That's okay.
16 BY MS. LEVIN:
17     Q. There was no real overall price impact
18 to them? Again, this just smoothed out the peaks
19 and valleys?
20     A. Actually, there was a price impact to
21 them. It was probably a benefit towards them,
22 because in times of increasing demand, you -- you
23 tend to -- you're increasing demand because
24 increased sales. It was going to put them closer to
25 the market so they would receive that benefit

---

145

1  faster.
2      So it was -- it was probably a pricing
3  advantage towards them compared to the four-week
4  trailing average.
5      Q. And what's -- so there was no push back
6  from Cal-Maine to make this change to their contract
7  in midstream?
8      A. No.
9      MS. LEVIN: And I would like to mark as
10 Exhibit 44 a series of documents bearing Bates
11 No. KRGEGED00012637 through 12646.
12     (Kroger Exhibit 44 was marked for
13     identification.)
14 BY MS. LEVIN:
15     Q. I think you'll find that all of the
16 pages of Exhibit 44 are the same except the
17 addressees.
18     A. Okay.
19     Q. Have you had a chance to review
20 Exhibit 44?
21     A. Yes.
22     Q. What is Exhibit 44?
23     A. Exhibit 44 is a letter that gets sent
24 along with the RFQ to explain what we're looking for
25 in the RFQ.

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

38 (Pages 146 to 149)

146

1  Q. Is this particular Exhibit 44, or this
2  particular batch of documents, all of which are
3  dated September 6th, 2006, correspondence that was
4  sent in conjunction with what you described as this
5  first occasion on which an RFQ was sent for all
6  KMAs?
7  A. Yes.
8  Q. And the three variables that you list in
9  Exhibit 44 in terms of the criteria that will be
10  used to review are service, quality, and price, as
11  you testified; correct?
12  A. Correct.
13  Q. And that correspondence in Exhibit 44
14  doesn't mention anything about compliance with the
15  animal welfare guidelines of UEP; but that was,
16  nonetheless, a requirement; correct?
17  A. Yes.
18  Q. And you state, "Alternatives to the
19  pricing structures should be submitted separately
20  from the standard RFQ sheet."
21  Can you explain that.
22  A. Yes.
23  Q. Would you explain that.
24  A. Sure.
25  Q. Thank you.

147

1  A. One thing you don't ever want to do
2  is -- when you're conducting business is always do
3  everything the same way you've always done it.
4  It does not lead the ability to define
5  different and creative ways to deliver a more
6  competitive product to the consumer.
7  So that is in reference to maybe a
8  different pricing metrics that would be more
9  efficient and more consistent for both producer and
10  retailer to deliver a more competitive price at
11  shelf.
12  Q. So while the RFQ may have specified a
13  particular pricing metric, you didn't want to
14  discourage other pricing metrics?
15  A. Absolutely.
16  Q. Do you know what pricing metric was
17  prescribed in this particular RFQ that was to --
18  that Exhibit 44 was announcing?
19  A. It would be market based with a
20  differential behind the market on a four-week
21  trailing -- or rolling average.
22  Q. This was the beginning of the rolling
23  average initiative?
24  A. Yes.
25  MS. LEVIN: Okay, we can take a break

148

1  now.
2  THE VIDEOGRAPHER: We are going off the
3  record. This is the end of Disk 2. The time on
4  video is 12:46.
5  (Luncheon recess from 12:46 p.m.
6  to 1:42 p.m.)
7  THE VIDEOGRAPHER: We are going back on
8  the record. Time on video is 13:42. This is the
9  beginning of Disk 3.
10  BY MS. LEVIN:
11  Q. Mr. Klump, can you look in your pile of
12  exhibits there and find Exhibits 18 through 25.
13  It's a series of contracts.
14  Got them?
15  A. Yes.
16  Q. I want to just go back to the testimony
17  you were giving just prior to the lunch break about
18  the RFQ that you sent out in 2006, which was for all
19  Kroger KMAs. And that was sent to a series of
20  suppliers, or potential suppliers.
21  Do you recall that testimony?
22  A. Yes.
23  Q. And if you would take just a quick look
24  at Exhibit 44, are those the suppliers that that RFQ
25  was sent to?

149

1  A. Exhibit 44?
2  Q. Right. It was an exhibit we used right
3  before lunch.
4  A. Here it is.
5  Q. Is the list of suppliers to whom
6  Exhibit 44 was sent the list of suppliers who
7  received the RFQ in 2006 that sought bids with
8  respect to all KMAs?
9  A. Yes.
10  Q. Are you looking at Exhibit 44 -- I'm
11  asking about Exhibit 44 right now and whether the
12  suppliers in Exhibit 44 are the suppliers to whom
13  the 2006 RFQ went to.
14  A. This is some of the suppliers.
15  Q. What other suppliers received the 2006
16  RFQ?
17  A. I don't know right off the top of my
18  head.
19  Q. Okay. Have you continued, since 2006,
20  to send out RFQs that relate to the -- all KMAs?
21  A. No.
22  Q. What have you done since 2006?
23  A. We broke them into two groups.
24  Q. So this is what you were testifying
25  before about the eastern KMAs?

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

39 (Pages 150 to 153)

---

150

A. Eastern and western, to make it more competitive. Sending it out to 18 KMAs was too large, even for the producers. We were getting -- producers would choose to try to bid on certain segments and worrying about covering all segments, so they were hedging their bids.

So we found if we went to a multiyear agreement and was more specific to a smaller amount of KMAs, we had a more competitive bid.

Q. And so the KMAs covered by any particular RFQ after 2006 are either the eastern KMAs or the western KMAs?

A. Yes.

Q. And they're not done in the same year; is that right?

A. No.

Q. Are they for three-year periods, nonetheless?

A. No. They used to be a one-year. And then we moved to a two-year. And then when we realized what we tried to achieve, we moved the eastern back, we extended their contract one year and went to a three-year to break that cycle to get it to start flipping.

Q. And are they now each three-year RFQs

---

151

for the east and the west, but they're just off by a year?

A. Yes.

Q. So on any given RFQ, multiple suppliers are permitted to bid?

A. Yes.

Q. And they're permitted to bid on whatever KMAs are covered by that RFQ?

A. Yes.

Q. You mentioned before that the three factors that were important to you were service, quality, and price.

Do you find that you eliminate potential suppliers on the basis of service when they submit a response to the RFQ?

A. In my time as procurement manager, I've never had to eliminate a supplier based on service.

Q. What about on quality?

A. Yes.

Q. So when you say you've eliminated the supplier based on quality, has that been during the bid process, you've concluded this is a supplier we can't deal with?

A. No. Basically at the end of each year I have a business review with the suppliers. I sit

---

152

down, we review their business performance for that prior year based on shrink and complaints.

And based on that, we work on an action plan for improvement. And based on that criteria, a supplier lost the supply agreement to the Atlantic KMA due to that.

Q. What supplier was that?

A. Rose Acres.

Q. And to whom did they lose the Atlantic KMA?

A. To Midwest Poultry.

Q. And what year was that?

A. That was three years ago.

Q. Did that change take place at the end of the supply agreement?

A. Yes.

Q. So in the course of evaluating bids for a particular KMA, you've never concluded that one of the bidders can't meet your service requirements?

A. Restate that question, please.

Q. In the course of evaluating bids for a particular KMA -- and I'll phrase it differently -- have you ever concluded that one of the bidders could not meet your service requirements?

A. No.

---

153

Q. So when it comes to evaluating multiple bidders for a particular KMA, if they can all meet your service requirements and they can all meet your quality requirements, does it come down to price?

A. Yes.

Q. Do you ever evaluate whether, although all the bidders can meet your service requirements, some might be better at it? Does that ever factor in?

A. Yes.

Q. So the award of bids is not based simply on the lowest price?

A. Price is the third criteria.

Q. And the mere fact that somebody can meet your service requirements doesn't mean that they'll win the bid if their price is the lowest?

A. True.

Q. Take a look at Exhibits 18 through 25. And the first thing I'd like to do is confirm it's your signature on certain of the exhibits.

So on Exhibit 18, is that your signature?

MR. MURRAY: Give him a second to get them.

THE WITNESS: Yes, it is.

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                    April 9, 2014

40 (Pages 154 to 157)

---

**154**

BY MS. LEVIN:

Q. And on Exhibit 19, there is no signature, but to your understanding, was there a contract with Rose Acre for the Atlanta KMA from 2008 until 2011?

A. Yes.

Q. And was this the contract that was terminated at the end because you were dissatisfied with the performance?

A. Yes.

Q. Do you know whether there would have been, at some point in time, a signed version of Exhibit 19?

A. Probably not, no.

Q. And why is that?

A. It was just either overlooked or not completed.

Q. But this Exhibit 19 is, in fact -- does set forth the terms between Kroger and Rose Acre for the sale of shell eggs to the Atlantic and Phoenix KMAs between April 2008 and April 2011?

A. Yes.

Q. On Exhibit 20 -- skip the first couple of pages. And beginning on the third page of Exhibit 20 is a contract between Kroger and

---

**155**

Cal-Maine for the period February 2007 through April of 2008. And this document is signed by Cal-Maine Foods, but no one has executed it on behalf of Kroger.

To your knowledge, is the contract set forth beginning at Pages 404144 of Exhibit 20 a contract that existed between Cal-Maine and Kroger?

A. Yes.

Q. It just happens never to have been signed; is that correct?

A. Correct.

Q. Exhibit 21. Is that your signature on Exhibit 21?

A. Yes, it is.

Q. For Exhibit 22 -- Exhibit 22 has been signed by Mr. Stull; is that correct?

A. Yes, it is.

Q. And presumably that was for the time period April 2005 to January 2008?

A. Yes.

Q. And then there's some handwriting where the dates have been changed and the region for the Urner Barry market have been changed. Is that your handwriting?

A. No.

---

**156**

Q. Do you know whose it is?

A. No.

Q. Do you know whether there was subsequently a contract between NuCal and Kroger for the period April -- appears to be 2008 to May of 2010?

A. Yes.

Q. There was such a contract?

A. Yes.

Q. And is the document set forth in Exhibit 22 a correct recitation of the terms with the amendment of the date and the amendment of the Urner Barry market?

A. I would say the dates are correct. The market is correct, but I do not know about the differentials.

Q. Whether those differentials are correct; is that right?

A. I said I do not know --

Q. Right.

A. -- whether the differentials are correct.

Q. And there's also an edits to change trailing market average to rolling market average?

A. Yes, and I can tell you, I know the

---

**157**

differentials are not correct, because when we switched off of the Midwest market to the California market, we got much larger differentials due to the fact that the California market runs 14 to 15 cents over the Midwest market.

Q. So there would have been some other either signed or unsigned writing between Kroger and NuCal for the period of April 2008 to May 2010 that would have had different differentials off of the California Urner Barry market?

A. Yes.

Q. And whether -- we don't know where that document is, I guess; is that correct?

A. Yes.

Q. Exhibit 23 is a contract with National Food Corporation. Is that your signature on Exhibit 23?

A. Yes, it is.

Q. And for Exhibit 24, a contract with Moark from February 2007 to April 2008. Is that your signature on the fifth page of Exhibit 24?

A. Yes, it is.

Q. And again, on the page bearing Bates No. KRGEG00019193?

A. Correct.

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                    April 9, 2014

41 (Pages 158 to 161)

---

158

1  Q. The last three pages of Exhibit 24 are
2  labeled "Addendum Hickman-Moark, Norco-Moark, and
3  again, Hickman-Moark.
4      The first two of those pages were
5  unsigned.
6      To your knowledge, were there ever
7  signed versions of these addenda?
8  A. I do not know.
9  Q. The last page of Exhibit 24 is an
10 addendum for the period January 29, 2006, to
11 February 3, 2007. Is that your signature?
12 A. Yes, it is.
13 Q. And then for Exhibit 25, contract with
14 Midwest Poultry, is that your signature?
15 A. No, it's not. Gary Stull's.
16 Q. On Exhibit 25?
17 A. Yes.
18 Q. Can I see your copy of 25? Because mine
19 says Thomas J. Klump.
20     MS. LEVIN: I have a different
21 Exhibit 25. That's fine.
22     THE WITNESS: Trick question?
23 BY MS. LEVIN:
24 Q. Look further into the document and see
25 if there's a contract dated February 2007 until

---

159

1  April 2008.
2  A. Look further?
3  Q. Can you look further into the document
4  and see if there's another contract. Sometimes
5  there are multiple contracts stapled together.
6  A. That would be a no.
7  Q. No? Okay.
8      So taking a look at Exhibit 18 just for
9  an example, I'd like to walk through a couple of the
10 pricing provisions, okay?
11 A. Okay.
12 Q. You've described for us the Urner Barry
13 market. And I'd just like to make sure I
14 understand, for purposes of this Exhibit 18, under
15 Grade A Jumbo, it's priced off the Southeast Urner
16 Barry Large Market; and then prior to Southeast
17 Urner Barry Market there's .06 inside some little
18 symbols. What does that refer to?
19 A. Well, Grade A jumbo symbols denote a
20 negative, are going to be priced 6 cents behind the
21 southeast Urner Barry large market.
22 Q. So whatever the southeast Urner Barry
23 large market calculation was -- and I believe this
24 was a rolling market average -- you would do the
25 rolling market average for the last preceding four

---

160

1  weeks and take 6 cents off of it?
2  A. Correct.
3  Q. And that calculation would be done every
4  week?
5  A. Correct.
6  Q. That's how the rolling market average
7  works?
8      On the second page of Exhibit 18 for
9  Grade A jumbo for Phoenix, Arizona it says "Plus .02
10 Southcentral Urner Barry Large Market."
11     Can you explain to me how that works.
12 A. Same as the -- it's priced off the south
13 central market instead of the southeast market.
14 Q. Right.
15 A. And it is based off the large market,
16 and there would be a plus 2 cents over the large
17 market.
18 Q. And can you give an explanation for why
19 the Grade A jumbo eggs in Phoenix would be 2 cents
20 above the Urner Barry south central market; whereas
21 the Atlanta, Georgia Grade A jumbo eggs are less
22 than the Urner Barry large market?
23 A. I would love to.
24     The Urner Barry market, the premise
25 behind the Urner Barry market is you have your

---

161

1  grain-producing states in the Midwest; Iowa,
2  Indiana, Ohio. The further you go away from the
3  grain-producing states, the higher the change in
4  your differential.
5      Okay? The south central and the
6  southeast market are supposed to take in account for
7  that. The hotter the climate, the harder it is to
8  get jumbo eggs, because chickens are no different
9  than any other farm animal. When it gets hot, they
10 quit eating, and it's real hard to get a hen in
11 Arizona to eat enough grain to produce a jumbo egg.
12     Therefore, you're paying a premium in
13 the hotter climates, the more grain-deficit
14 climates, to get your flock to produce a jumbo egg.
15 Q. The contract also talks about the
16 pricing -- this is on Page 3 of Exhibit 18 -- talks
17 about "The above pricing included packaging material
18 purchased from the Kroger Company."
19 A. Yes.
20 Q. Can you explain what that's referring
21 to.
22 A. Yes. I will.
23 Q. Would you.
24 A. The -- we negotiate with Dolco -- Dolco
25 is the foam producer. Pactiv is the pulp producer.

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                          April 9, 2014

42 (Pages 162 to 165)

---

162

1 International Paper or Green Bay Packaging, which is
2 the shippers that -- well, they're the producer that
3 make the shipper that the eggs go in.
4     Q. The carton?
5     A. No. Those are the actual shippers. The
6 big box. The cartons are made by Pactiv and Dolco.
7 We negotiate with them a corporate price; and then
8 the egg producers purchase at our price from those
9 companies.
10    Q. So the cost of the packaging is set
11 forth here in the contract?
12    A. Yes.
13    Q. The price that basically Rose Acre is
14 going to pay to Kroger to purchase the packaging;
15 but that is just incorporated into Rose Acres'
16 price?
17    A. During the term of the contract, if it
18 changes, then we reflect that in the differential.
19       What we want to try to achieve is that
20 when a producer gives us a bid -- I mean, if you're
21 going to give a bid for a three-year contract and
22 you think there's going to be an escalation in paper
23 pulp costs or whatever, you're going to hedge it in
24 your contract.
25       We don't want them to hedge it. We want

---

163

1 to go net net. And if there is a change, then we'll
2 reflect it in the business.
3     Q. So you want the packaging not to be a
4 driver of pricing; you want it to be cost neutral?
5     A. Correct.
6     Q. And you simply pass through your cost
7 for purchasing the packaging to the egg producer?
8     A. Yes.
9     Q. Are you able to get better pricing on
10 packaging through bulk purchasing?
11    A. We are the largest carton buyer in the
12 US.
13    Q. So I would imagine that likely enables
14 you to achieve a lower price than others, perhaps?
15    A. I'm not sure what the others get. I
16 would hope that if nothing else, it gives us
17 consistency.
18       Through there we price our cartons east
19 and west so when we're putting our bids out, that
20 it's -- it's -- whether Rose Acres is sending them
21 to High County, North Carolina or Guthrie or
22 Winterset, Iowa, they get the same cost.
23    Q. Okay. What else is to be included in
24 the bid price under Exhibit 18?
25    A. Under Exhibit 18?

---

164

1     Q. That's the contract we've been looking
2 at.
3     A. Okay. Basically it's a delivered cost
4 to the warehouse.
5     Q. So it includes the cost of
6 transportation?
7     A. Yes.
8     Q. And you don't know what portion of the
9 price in Exhibit 18 is attributable to
10 transportation?
11    A. No, I do not.
12    Q. But it would mean, for example, that
13 within a given region, the producers that will be
14 most competitive are likely those that are -- have
15 farms based in that region?
16       MR. MURRAY: Objection; calls for
17 speculation.
18       You can answer.
19       THE WITNESS: That's an assumption.
20 BY MS. LEVIN:
21    Q. Are there any discounts given to Kroger
22 under the contract that's in Exhibit 18?
23    A. If there's a discount, it would be on
24 payment. If there's a -- payment terms, sometimes
25 there's a -- this term is net 20 days from date of

---

165

1 invoice.
2       Sometimes there's a 1 or 2 percent if
3 paid within 10 days, but it's not on this contract.
4     Q. And then where there is a 1 or 2 percent
5 discount for prompt payment, is that reflected on
6 the invoice.
7     A. It's taken on the invoice, yes.
8     Q. So if the invoice is for $100 and you
9 pay it within 10 days, you only write a check for
10 $98?
11    A. Yes.
12    Q. Are there any other kinds of incentive
13 programs that any of the shell egg producers offer
14 to Kroger? Promotional discounts of any sort?
15    A. No. The only -- and one thing I tell
16 all our suppliers, if there is a surplus in eggs, if
17 they're bringing on a coop of mediums, take Midwest.
18 Their coops are 500,000 birds, 460 to 500,000 birds.
19 If they're bringing on a new flock, they're going to
20 have a large portion of mediums.
21       I don't know if you know a lot about
22 chickens, but they start by laying peewees and then
23 smalls and mediums, and then they hopefully progress
24 to get them into large, extra-large quickly, because
25 70 to 80 percent of your market buys

---

HIGHLY CONFIDENTIAL

Klump, Thomas
April 9, 2014

43 (Pages 166 to 169)

166

1   large/extra-large.
2           But when they're going through that
3   transition period, if they have a surplus of
4   mediums, always extend the offer. If they have a
5   surplus of any size eggs and they want to use them
6   up, then I would like to work with them to purge
7   that volume through our chain to give them the best
8   value and give us the best value as well.
9           Q. So when, for example -- has Midwest, for
10  example, taken you up on that offer in the past?
11          A. Yes, yes.
12          Q. When Midwest takes you up on that offer,
13  is the price that Kroger pays Midwest the price
14  under the Midwest contract in existence at that
15  time?
16          A. No.
17          Q. What price is paid to Midwest?
18          A. Whatever the price is negotiated between
19  Midwest and myself.
20          Q. So you just negotiate the best price you
21  could get for those eggs?
22          A. Yes. And basically it's predicated on
23  the market price. If Bob can get 60 cents a dozen
24  on the open market for his eggs and you add carton
25  cost of 8 cents and shipper cost of 5 cents and

167

1   bring it up 13 cents, he may offer me those eggs at
2   80 cents, and I'll run a feature at 10 for 10
3   featuring burnup -- you know, anywhere from
4   500,000 -- you know, 300 to 500,000 dozen to purge
5   his inventory and run a feature in a KMA.
6           Q. So if Midwest were to have excess medium
7   eggs, you would buy them at a price that is below
8   the contract price that you may have with Midwest at
9   that point; is that correct?
10          A. Correct.
11          Q. And you would then run a feature --
12  because your acquisition cost has been less, you
13  would run a feature to try to sell those eggs?
14          A. Right. Help purge those eggs.
15          Q. Right. When you say help purge them,
16  what do you mean?
17          A. Well, I mean, he's got an overabundance
18  of eggs, and if they go out to the market, they're
19  going to be sold at a discount. We would rather run
20  them through our retail chain and give him the best
21  value possible and give us a chance to offer our
22  customers a value as well.
23          Q. Right. So it's a win for Midwest,
24  because they get rid of their excess eggs; and it's
25  a win for Kroger because it has an opportunity to

168

1   make a profit on the eggs, and a win for the
2   consumer because they get some eggs at, presumably,
3   a discount price?
4           A. Correct.
5           Q. How often has that happened in your
6   tenure as the egg procurement person for Kroger?
7           A. I don't know a definite number.
8           Q. Right.
9           A. It has happened.
10          It happened more when we were in a
11  cost-plus contract with them than it has since we've
12  been off the cost-plus. I don't know if that's
13  because demand is higher or what.
14          Q. That could just be a coincidence?
15          A. Could be a coincidence. I can't tell
16  you.
17          Q. Does this sort of purchase of excess
18  eggs often occur with respect to something other
19  than medium eggs?
20          A. Typically not. It has occurred on
21  large, surplus of large because their coolers are
22  filling up, but more than not, it's in the medium.
23          Because mediums only sell to 8 to
24  10 percent on the marketplace. I mean, you bring in
25  a large coop of eggs and have that large of --

169

1   you've got -- they're laying an egg every 26 hours
2   and you've got 500,000 birds giving you an
3   incredible number of mediums for a period of time,
4   you're looking to do something with that product.
5           Q. And so the egg producer can't put them
6   in a warehouse and store them like you might be able
7   to do with some kinds of products; correct?
8           A. Correct. USDA specifies that they have
9   to be graded within 30 days of lay.
10          Q. Do you purchase excess eggs, or have you
11  purchased excess eggs from any of your suppliers
12  other than Midwest?
13          A. Yes.
14          Q. Which others?
15          A. Oakdell.
16          Q. And any others?
17          A. Tried some with Rose Acres. I don't
18  think we were successful.
19          Q. When you say "tried," what do you mean?
20          A. Well, they -- they wanted to run a
21  summer thing, but they wanted to be in their
22  daybreak carton.
23          And trying to set up a new UPC or
24  case -- UPC through our system is extremely
25  difficult. It came down to it wasn't worth my time

HIGHLY CONFIDENTIAL

Klump, Thomas                                          April 9, 2014

44 (Pages 170 to 173)

---

170

1  to invest that much time to get it set up to run in
2  the system.
3      Q.  So it didn't work out for logistical
4  type reason?
5      A.  Logistical, yes.
6      Q.  So other than Midwest and Oakdell, are
7  there any other of your suppliers where you've
8  purchased excess eggs?
9      A.  Not that I'm aware of.
10     Q.  We got on to that tangent in conjunction
11  with my question about whether shell egg producers
12  ever provided you with any kind of promotional
13  allowance.
14         And I'm not sure I ever quite got an
15  answer as to whether they ever provide you with some
16  kind of promotional allowance.
17     A.  No.
18     Q.  Any other kinds of discounts that you
19  ever obtain from shell egg producers?  We've talked
20  about the prompt pay discount.  We've talked about
21  this type of purchasing of excess inventory.
22  Anything else?
23     A.  No.  The only other thing that is on the
24  line of the promotional, we did have a feature fund
25  set up, Gary Stull set it up with producers, to

---

171

1  accrue X amount per dozen to allow KMAs to go back
2  and feature eggs, and the difference in market
3  versus the feature price would come out of the
4  accrual fund.
5      Q.  Can you explain to me in a little more
6  detail how that works.  How does the accrual fund
7  build up?
8      A.  Basically the supplier takes care of it.
9  It's predicated on a cents-per-dozen basis.
10     Q.  So let's say it's -- I do better with
11  concrete examples.  Let's say it's a penny a dozen,
12  and we're talking about 100 dozen, so you end up
13  with a dollar in the accrual fund.
14     A.  Correct.
15     Q.  And that's just a bookkeeping entry, I
16  gather, of some sort, or is there actually a bank
17  account with a dollar in it?
18     A.  No, it's bookkeeping.
19     Q.  So you've got one dollar in your accrual
20  fund.  What happens next?
21     A.  Then the KMA wants to sell their large
22  eggs for a penny under cost.  So that penny per
23  dozen comes out of the accrual fund.
24     Q.  And gets credited towards whatever
25  invoice price you have for the eggs that you're

---

172

1  selling under cost?
2      A.  Yes.  It goes back to make the producer
3  whole for the difference between the feature cost
4  and the market cost.
5      Q.  And who gets the one dollar?
6      A.  The producer.  The producer manages the
7  whole thing, but we don't do that anymore.
8      Q.  And that was only done when Mr. Stull
9  was the manager of egg procurement?
10     A.  Correct.
11     Q.  Why did you stop doing that sort of
12  feature fund?
13     A.  Because Kroger corporate found out the
14  nasty A word, and they are extremely hard on that
15  kind of a word.  Therefore, they discontinued
16  immediately, settled the funds, and cleaned it up.
17     Q.  I think you have to help me out with
18  what the nasty A word is.
19     A.  Accrual.
20     Q.  Why is that a nasty word?
21     A.  I don't know.
22     Q.  Just --
23     A.  I'll never suggest it.
24     Q.  You learned your lesson the easy way?
25     A.  Kinda.

---

173

1      Q.  If you'll take a look at Exhibit 23,
2  which is the contract at National Foods, and on the
3  second page of Exhibit 23 it makes reference to,
4  underneath the pricing, the Urner Barry pricing
5  chart, the second sentence makes reference to lumper
6  fees?
7      A.  Correct.
8      Q.  Can you tell me what a lumper fee is.
9      A.  A lumper is a person that, at the
10  warehouse, unloads trucks.  If it's a third-party
11  warehouse or even a Kroger warehouse, they may
12  charge a producer a fee to unload his truck.  If
13  that truck's coming in with eggs and they're stacked
14  six high in the warehouse, could only take him five
15  high to bring them in, six high to maximize the
16  freight, and on the dock they break them down to
17  five high, that's a lumper charge.
18     Q.  And in this particular National Foods
19  contract, an amount has been added to the bid price
20  to account for the possibility of lumper fees?
21     A.  It's not the possibility.  It is the
22  charge for a lumper fee.
23     Q.  Okay.  There was a certainty that there
24  would be lumper fees of some sort?
25     A.  Yes.

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                                    April 9, 2014

45 (Pages 174 to 177)

---

174

1      Q.  And also on that second page of
2  Exhibit 23 there's a reference to fixed pricing --
3      A.  Yes.
4      Q.  -- for various products?
5          Is that what you were describing
6  earlier, I think you called it flat pricing?
7      A.  Yes.
8      Q.  But in this context it's called fixed?
9      A.  Correct.  Synonymous.
10     Q.  We're talking about the same thing.
11         The Midwest Poultry contract, which is
12  Exhibit 20, we have different Exhibit 25s.  Take a
13  look at Exhibit 25 that you have, and see if, just
14  prior to the end, there is a -- I'm sorry.  If
15  anywhere in it there's a paragraph headed "Terms,"
16  that gives you a discount for payments made within
17  10 days.
18     A.  I don't have that in my contract.
19         Oh, wait, yes, I do have terms.
20     Q.  And is there a discount for prompt
21  payment?
22     A.  Yes.  Kroger will receive a .0025 per
23  dozen discount for payments within 10 days of
24  receipt of invoice.
25     Q.  That takes care of those, I believe.

---

175

1          As a result of your solicitation of bids
2  through the RFQ process, have you replaced any
3  incumbent shell egg producer with a different shell
4  egg producer?
5      A.  Yes.
6      Q.  Can you tell me what occasions that's
7  occurred on.
8      A.  It occurred on two occasions.  Midwest
9  Poultry picked up the Atlantic KMA.
10     Q.  And that was from Rose Acre?
11     A.  That was from Rose Acres.
12         This last contract, NuCal picked up the
13  Smith's southwest business from Moark.
14     Q.  And why was that change made?
15     A.  The Rose Acres was changed due to
16  quality of the product being delivered; the NuCal
17  picked up the business due to price.
18     Q.  Other than what you described in terms
19  of purchasing excess product from Midwest, does
20  Kroger do any sort of spot purchasing of shell eggs?
21     A.  No.
22     Q.  All of the purchasing is done under
23  contract?
24     A.  Yes.  The only exception would be if a
25  supplier was short, and I had to reach out to

---

176

1  another supplier to fulfill a requirement for a
2  period of time.
3      Q.  And has that happened on occasion?
4      A.  Yes, it has.
5      Q.  Can you describe those occasions.
6      A.  It happened actually in the Atlanta KMA
7  with Midwest Poultry.  I'm trying to think of the
8  circumstances behind it.  But they were short on
9  supply, and I sourced eggs from Rose Acres to send
10  them into the Atlanta KMA to backfill the business.
11     Q.  Has it happened on any other occasion?
12     A.  Not to my recollection.
13     Q.  Do you know what the reason was for the
14  shortfall in eggs?
15     A.  I knew you were going to ask me that.  I
16  do, if I can remember it.
17         I just can't recollect at this time what
18  that was.  There was a pretty valid reason.
19     Q.  Do you recall whether it was, for
20  example, some sort of disaster at the egg producer's
21  facilities?
22     A.  It wasn't due to a disaster.  It may
23  have been a heat-related issue.  We went through the
24  droughts.  And temperatures got really high.  We had
25  a high mortality rate with producers because of the

---

177

1  high heat.  We were losing a large amount of birds
2  due to heat stress.
3      Q.  So your recollection is it was a supply
4  problem rather than a surged in demand, for
5  instance?
6      A.  Yes.
7      Q.  Or a miscalculation of what kind of
8  supply would be necessary?
9      A.  I wouldn't say it was a miscalculation.
10  I think it was more a physical event that created
11  the shortage; not limited to a producer, but limited
12  to the industry.
13     Q.  Are all of Krogers' shell egg contracts
14  during your tenure what I would call requirements
15  contracts?  Meaning that the producer is required to
16  supply all of Krogers' requirements for a particular
17  region.
18     A.  Yes.
19     Q.  How do you go about informing the
20  producer of what quantity of eggs are required?
21     A.  We give them an estimation on the RFQ
22  what the volumes are.
23     Q.  And is the estimation -- what kind of
24  time frame does the estimation --
25     A.  It's a yearly estimation.

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

46 (Pages 178 to 181)

---

178

1  Q.  Does the estimation include anything
2  about seasonal demand, for instance?
3  **A.  No.**
4  Q.  So the estimation is simply we will need
5  300 dozen eggs this year, for instance?
6  **A.  And we don't bid the business on volume.**
7  **We bid the business on price.**
8  Q.  What do you mean, we don't bid it on
9  volume?
10  **A.  Well, we're not telling you, if you're**
11  **the egg producer, we're going to buy 300 million**
12  **dozen from you this year.  We say, we're going to --**
13  **we will buy the total volume for this KMA from you**
14  **for this price.**
15  Q.  But this is what we estimate that volume
16  will be?
17  **A.  This is what our estimate, as of last**
18  **year, is.**
19  Q.  And you're not required to purchase that
20  volume from that particular producer?
21  **A.  Correct.  Your egg producers are very,**
22  **very astute.  They know what their volumes are and**
23  **what they need to produce.**
24  Q.  So they're able to adjust their
25  production in accordance with projected demand?

---

179

1  **A.  Yes.**
2  Q.  Or at least they try?
3  **A.  They try.**
4  Q.  And that's to their benefit, because if
5  they produce too many eggs, the price will go down?
6  MR. MURRAY:  Object to the form of the
7  question; calls for speculation.
8  THE WITNESS:  Possibly.
9  BY MS. LEVIN:
10  Q.  I think you testified earlier that
11  supply and demand are important factors in pricing;
12  correct?
13  **A.  Correct.**
14  Q.  And if there's excess supply, all things
15  being equal, the price goes down?
16  **A.  Given the way you stated that; correct.**
17  **All things being equal.**
18  Q.  All things being equal.  I understand
19  that there's a lot in those little words.
20  Did you have any discussions with
21  Mr. Krouse and there was a move away from cost-plus
22  pricing with Midwest?
23  **A.  Yes.**
24  Q.  What were those discussions?
25  **A.  Exact discussions I can't recall.  But**

---

180

1  there were discussions.
2  Q.  Can you tell me generally what the gist
3  of the discussions were?
4  **A.  I'm sure the gist of the discussions**
5  **were about the reasons why we were moving away from**
6  **cost-plus to a market-based approach.**
7  Q.  Did Mr. Krouse encourage you to continue
8  a cost-plus approach with Midwest?
9  **A.  I don't want to say he encouraged me.**
10  **He was disappointed that we were moving away from**
11  **it.**
12  Q.  Did he propose alternatives to the
13  four-week rolling average Urner Barry metric that
14  you wanted to move to?
15  **A.  We were working on different metrics on**
16  **the cost-plus to try to save the program; and we**
17  **just didn't work fast enough.**
18  Q.  What do you mean "we didn't work fast
19  enough"?
20  **A.  Well, we didn't get it in front of the**
21  **right people to implement it before they canceled**
22  **the program.**
23  Q.  So you were amenable to some sort of
24  continued cost-plus approach with Midwest?
25  **A.  Yes.**

---

181

1  Q.  But there were other people within
2  Kroger who needed to sign off on that; is that
3  correct?
4  **A.  True.**
5  Q.  And who were those people?
6  **A.  Don Becker would the first one, and he'd**
7  **probably be the most important -- Alan Faust.**
8  Q.  And you think if you could have gotten
9  that proposal to him in time for him to consider it
10  more thoroughly, perhaps it would have been approved
11  by him?
12  MR. MURRAY:  Objection; calls for
13  speculation.
14  You can answer if you know, but --
15  THE WITNESS:  Yes.  My belief is that --
16  BY MS. LEVIN:
17  Q.  Right.
18  **A.  -- we could have.**
19  MR. MURRAY:  That's his personal belief,
20  not Krogers'.
21  MS. LEVIN:  Oh, I understand.
22  THE WITNESS:  That's my personal belief.
23  MS. LEVIN:  But his testimony was we
24  just didn't get it in front of the right people fast
25  enough so...

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

47 (Pages 182 to 185)

---

182

1  THE WITNESS:  Correct.
2  MS. LEVIN:  So he clearly had some sort
3  of view on the subject.
4  BY MS. LEVIN:
5  Q.  And the cost program that you discussed
6  with Mr. Krouse and that you were amenable to was
7  what?  How did that look?
8  A.  It was a hybrid cost-plus program.
9  Q.  And what is a hybrid cost-plus program?
10  A.  Well, it's the basic cost-plus, but it
11  would take the seasonal changes in the market into
12  consideration.
13  That would give us a higher than
14  cost-plus pricing through the high-cost periods; and
15  a decrease in the time when the market typically
16  went down.
17  Q.  So it would again smooth out some of
18  those peaks and valleys that were in the egg price
19  volatility chart we looked at?
20  A.  Well, there wouldn't be any peaks and
21  valleys because it's cost-plus.  But it would take
22  into account the difference in the seasonal demand
23  through the holidays versus the lulls through the
24  summer.
25  Q.  You mentioned that Mr. Becker needed to

---

183

1  sign off on the continued cost-plus pricing with
2  Midwest; is that correct?
3  A.  He didn't sign off on anything.  He
4  dictated.
5  Q.  I see.  But in terms of -- but in terms
6  of just awarding the contracts that we looked at for
7  Exhibits 18 through 25 where there was a straight
8  Urner Barry-type pricing method, you were the one
9  who decided to whom to award those contracts;
10  correct?
11  A.  Yes.
12  Q.  And you didn't need to get Mr. Becker's
13  approval for those contracts or for any of the
14  prices contained in them?
15  A.  Correct.
16  Q.  It was only if you wanted to go outside
17  the Urner Barry rolling average approach that you
18  needed Mr. Becker's sign-off?
19  A.  Blessing.
20  Q.  Blessing, whatever.
21  A.  Thank you.
22  Q.  Blessing is fine.
23  In the course of your conversations with
24  Mr. Krouse about whether there was some way to
25  continue to use the cost-plus approach, was there

---

184

1  ever any discussion about manipulation of pricing by
2  the shell egg producers?
3  A.  I don't think I understand what you're
4  asking.
5  Q.  Do you recall there being any discussion
6  by -- with Mr. Krouse that people within Kroger
7  thought that there was manipulation with respect to
8  shell egg pricing?
9  A.  For what time period?
10  Q.  Any time period.
11  A.  Yes.
12  Q.  What do you recall about that
13  conversation?
14  A.  Well, after we went off the cost-plus
15  pricing, went to market-based pricing, UEP formed US
16  Exporters, and the exports in one year doubled.  And
17  I got a call from Bob Krouse stating that we were
18  rolling into -- our main concern on supply was
19  always through the peak times, because our demand
20  would increase.
21  I got a call from Bob Krouse, said that
22  we might experience some shortages through
23  Thanksgiving, which is our highest-volume time, and
24  that the UEP had another export lined up.
25  And I told Mr. Krouse that if the UEP

---

185

1  continued to export eggs and short the retail
2  market, which is the main thrust of their business,
3  that I would see that every supplier that was
4  currently supplying Kroger wouldn't be a supplier in
5  the future.
6  Q.  So you were of a view, in 2007, that
7  exports were causing a shortage in the domestic
8  supply of shell eggs?
9  A.  Export did create a shortage in the
10  supply of eggs; and they did raise the cost.
11  Q.  And the exports did cause the domestic
12  price to increase?
13  A.  Absolutely.
14  Q.  When did you become aware of this effect
15  of exports on the domestic price?
16  A.  Well, I had been tracking it all year
17  through the different metrics, watching the exports,
18  and it came to a head when I got the call that there
19  was going to be another export through the
20  high-volume time of the season, and that it was
21  going to create a market shortage.  Actually, a
22  market shortage at retail.
23  Q.  When you say you had been following it
24  throughout the year, what year are you talking
25  about?

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                                    April 9, 2014

48 (Pages 186 to 189)

---

186

1     A.  2007.
2         Q.  When in 2007 did you start to track
3     exports and the effect on prices?
4         A.  Probably midsummer.  When I realized
5     what was going on.
6         MR. MURRAY:  If you're moving to another
7     document, let's take a break.  We've been going for
8     over an hour now.
9         MS. LEVIN:  Okay.
10        THE VIDEOGRAPHER:  We are going off the
11    record.  This time on video is 14:34.
12        (Recess taken.)
13        THE VIDEOGRAPHER:  We are going back on
14    the record.  Time on video is 14:43.
15    BY MS. LEVIN:
16        Q.  Okay, Mr. Klump.  We were talking about
17    exports and the impact on egg pricing.  And I just
18    wanted to see if you could pin down exactly when it
19    was that you started following the export price in
20    relation to your conversation with Mr. -- not the
21    export price, the fact of exports at the time when
22    you had your conversation with Mr. Stull about --
23    not with Mr. Stull -- with Mr. Krouse about your
24    suspicion of manipulation by the shell egg industry.
25        A.  I didn't say there was any suspicion of

---

187

1     manipulation.  I was just noticing there was more
2     exports.
3         Q.  You were noticing more exports, and you
4     were noticing that that was causing an effect on
5     pricing; correct?
6         A.  No; I noticed that it was causing an
7     effect on supply.
8         Q.  And was it also causing an effect on
9     pricing?
10        A.  That's an assumption.
11        Q.  You don't know one way or the other
12    whether exports had an effect on pricing?
13        A.  Basically you're assuming that it does,
14    and I would be assuming that it would too.  I don't
15    know.
16        Q.  Well, do you know whether a decrease in
17    supply has an effect on prices?
18        A.  Yes, it does.
19        MS. LEVIN:  Sorry, we started asking a
20    couple questions.  We forgot you guys were there, so
21    you've missed a little bit.
22        MS. CRABTREE:  Can you explain to me the
23    basic subjects of those?  I don't know if you can do
24    that actually, but...
25        MS. LEVIN:  Maybe we could just have the

---

188

1     court reporter read back a couple of Q and As there.
2         MS. CRABTREE:  That would be perfect,
3     thank you.
4         (Record read.)
5     BY MS. LEVIN:
6         Q.  And did you suspect, at the time that
7     you learned about exports, that it was -- the
8     exports were having an effect on price?
9         MR. MURRAY:  Objection to the form of
10    the question.
11        You can answer if you can.
12        THE WITNESS:  Yes.
13    BY MS. LEVIN:
14        Q.  So you had that suspicion.  And do you
15    know when it was that you started following exports
16    by USEM?
17        A.  I started receiving calls from Midwest
18    informing me about the exports is when I started
19    noticing them.
20        Q.  And do you know when that took place?
21        A.  No.  Like I said, it was probably in the
22    summer sometime.
23        Q.  In the summer of what year?
24        A.  '07, if I've got the year right.
25        Q.  Conversation could have been the summer

---

189

1     of 2006?
2         A.  I don't think so because we were on
3     cost-plus pricing in 2006.
4         MS. LEVIN:  Well, let's mark as
5     Exhibit 45 a document bearing Bates
6     No. KRGEGED00018589.
7         (Kroger Exhibit 45 was marked for
8     identification.)
9         (Pause.)
10        THE WITNESS:  Okay.
11    BY MS. LEVIN:
12        Q.  Have you had a chance to review --
13        A.  Yes, I have.
14        Q.  -- Exhibit 45?
15        What is Exhibit 45?
16        A.  45 is a letter from Bob Krouse to
17    myself.  It talks about concerns about current egg
18    market volatility in the shell egg market as a
19    result of industry manipulation.
20        Q.  And the date of Exhibit 45 is
21    February 15th, 2007; correct?
22        A.  Correct.
23        Q.  Does this refresh that it was in the
24    summer of 2006 that you started to track the exports
25    by USEM?

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                         April 9, 2014

49 (Pages 190 to 193)

---

190

1    **A. No.**
2    Q. Well, does it refresh your recollection
3  that that occurred before the summer of 2007?
4    **A. Well, this doesn't talk about exports.**
5    Q. I understand that it doesn't talk about
6  exports.
7        Did you have more than one suspicion of
8  industry manipulation of egg prices?
9        MR. MURRAY: Object to the form of the
10  question. Mischaracterizes prior testimony.
11        THE WITNESS: Not to my knowledge.
12  BY MS. LEVIN:
13    Q. Well, tell me what the reference is in
14  the first sentence to industry manipulation.
15    **A. Restate your question.**
16        MS. LEVIN: Can you read it back,
17  please.
18        (Record read.)
19        MR. MURRAY: Object to the form of the
20  question.
21        THE WITNESS: I don't know. It just
22  states that it's a concern -- it concerns me that
23  Kroger feels "the current volatility in the shell
24  egg market is a result of industry manipulation."
25  BY MS. LEVIN:

---

191

1    Q. Correct. And do you recall a
2  conversation with Mr. Krouse sometime prior to
3  February 2007 in which you told him that "some at
4  Kroger feel the current volatility in the shell egg
5  market is the result of industry manipulation"?
6    **A. No, I do not.**
7    Q. Do you deny that you had such
8  conversations with Mr. Krouse?
9        MR. MURRAY: Object to the form of the
10  question. Asked and answered.
11        THE WITNESS: Do not know.
12  BY MS. LEVIN:
13    Q. So if Mr. Krouse were to have testified
14  differently, you couldn't contradict that testimony?
15        MR. MURRAY: Object to the form of the
16  question. Calls for speculation.
17        THE WITNESS: Correct.
18  BY MS. LEVIN:
19    Q. Do you recall receiving Exhibit 45?
20    **A. No, I do not.**
21    Q. Do you recall anything at all about the
22  conversations you've had with Mr. Krouse on the
23  subject of industry manipulation?
24    **A. No, I do not.**
25    Q. So you're unable to contradict any

---

192

1  testimony that may have been or may be given about
2  what these conversations consisted of?
3        MR. MURRAY: Objection to the form of
4  the question, calls for speculation.
5  BY MS. LEVIN:
6    Q. You don't recall them; right?
7    **A. I don't recall them.**
8    Q. So you wouldn't be able to contradict
9  what someone else said about them?
10    **A. Correct.**
11        MR. MURRAY: Same objection.
12  BY MS. LEVIN:
13    Q. You don't recall Mr. Krouse assuring you
14  that control is well beyond the ability of the shell
15  egg industry?
16    **A. I do not.**
17    Q. Do you recall any concern, in 2007,
18  about pricing volatility with respect to shell eggs?
19    **A. Pricing volatility is always a concern.**
20  **That's why we were tracking the volatility of the**
21  **egg market.**
22    Q. And the volatility that you're referring
23  to is the up and down in the Urner Barry price?
24    **A. Correct.**
25    Q. Do you recall any conversations with

---

193

1  Mr. Krouse about whether cost-plus pricing was a way
2  to avoid volatility?
3    **A. Cost-plus pricing is a way to avoid**
4  **volatility.**
5    Q. And do you recall discussions with
6  Mr. Krouse about that?
7    **A. I have had discussions with Bob Krouse**
8  **on the benefits of cost-plus pricing.**
9    Q. Can you tell me what those conversations
10  were.
11    **A. Just pretty much what we've said in the**
12  **past: It's a way to -- it's a true cost system that**
13  **reflects -- that's not predicated on market**
14  **volatility.**
15    Q. Mr. Krouse states, at the end of his
16  email to you [reading]: What we are seeing in the
17  market now is nothing new, just a continuation of a
18  long-term trend.
19        What did you understand him to be saying
20  in that sentence?
21    **A. Is you had seen in my presentation, the**
22  **egg volatility chart -- and that would be the**
23  **reference I would make there.**
24    Q. So that pricing volatility has been
25  present in the shell egg market for a number of

---

Henderson Legal Services, Inc.

202-220-4158                        www.hendersonlegalservices.com

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

50 (Pages 194 to 197)

---

194

```
1   years?
2        A.  Yes.
3        Q.  And you agree with that observation?
4        A.  Yes.
5        Q.  What brings about the volatility?
6        MR. MURRAY:  Objection; lack of
7   foundation, calls for speculation.
8        THE WITNESS:  A lot of different
9   factors.
10  BY MS. LEVIN:
11       Q.  Such as?
12       A.  Feed cost, exports, consumer demand,
13  dietary changes.
14       Q.  Anything else?
15       A.  Even a report by the Surgeon General on
16  cholesterol and eggs could affect the egg
17  volatility.  Any positive and negative report that
18  has eggs in it will affect eggs.
19       Q.  Do you know when USEM began exporting
20  eggs from the United States?
21       A.  I do not.
22       Q.  Do you know whether pricing volatility
23  existed prior to any exports by US --
24       A.  I do not because I don't know when they
25  started exporting eggs.
```

---

195

```
1        Q.  But you first noticed the effect of
2   exports in, you say, 2007?
3        A.  Yes.
4        Q.  And you believe that was the summer of
5   2007?
6        A.  Summer/fall, somewhere in there.
7        MS. LEVIN:  Let's mark as Exhibit 46 a
8   document bearing Bates No. KRGEGED00018496.
9        (Kroger Exhibit 46 was marked for
10  identification.)
11  BY MS. LEVIN:
12       Q.  What is Exhibit 46?
13       A.  Exhibit 46 is what we talked about prior
14  with Midwest Poultry having a surplus of mediums and
15  offering them to Kroger at a discount.
16       Q.  So in the summer of 2007, this is when
17  you state you were starting to notice the effect of
18  exports; correct?
19       A.  Yes.
20       Q.  And yet at this same time, Midwest was
21  providing you with a surplus of eggs for September
22  and October; correct?
23       A.  Yes.
24       Q.  So whatever the effect of exports on the
25  market, Kroger was able to obtain surplus eggs from
```

---

196

```
1   Midwest during that time period, the summer of
2   2007 -- from Midwest at a price below its contract
3   price with Midwest?
4        MR. MURRAY:  Object to the form of the
5   question.
6        THE WITNESS:  I can't state for certain
7   that was below.  I would assume -- maybe I shouldn't
8   assume, if he offered that price, then it would have
9   been below our current market price.
10  BY MS. LEVIN:
11       Q.  So in the summer of 2007, Kroger was
12  able to obtain prices -- obtain excess eggs at a
13  below-market price from Midwest?
14       MR. MURRAY:  Objection; mischaracterizes
15  his testimony.
16  BY MS. LEVIN:
17       Q.  Is that correct?
18       A.  One thing that we did as well is he
19  would offer at a set price, so we'd run the feature
20  not knowing what the market would be at that time.
21       Q.  And what is happening, what's being
22  reported in this particular email?
23       A.  Just that.  This says [reading]:  As we
24  discussed yesterday, MPS will have a surplus of
25  mediums during the last week of September, first
```

---

197

```
1   week of October, weeks 2 and 3 of Kroger period
2   nine.  If Kroger is interested, we can provide them
3   with a million dozen eggs, 42,000, 24 dozen cases at
4   a fixed cost of .69.
5        Q.  All right.
6        A.  And this is dated August 9th.  So he's
7   looking ahead, saying if you'll run this feature,
8   I'll guarantee the cost can be 69 cents, not knowing
9   what the market's going to be during that time
10  period, to get us to buy into the feature and go
11  ahead and run it.
12       Q.  But the price that you were obtaining
13  those eggs at was below your contract price with
14  Midwest; correct?
15       A.  You don't know what your contract price
16  is yet.  You're talking August, and we still got
17  August and September, all the way to October to find
18  out what the Urner Barry price is going to be.  And
19  based on the volatility of the market, you don't
20  know what that price is going to be.
21       So what he's saying is, we'll guarantee
22  them at 69 cents if you can run a feature and put
23  the feature together.
24       Q.  And when you say you don't know what the
25  price is going to be two months down the road,
```

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Klump, Thomas                                           April 9, 2014

51 (Pages 198 to 201)

---

**198**

1  that's because you don't know what the Urner Barry
2  index is going to do; correct?
3       A. Correct.
4       Q. So anytime you make a decision to sell
5  somebody eggs two months down the road, you don't
6  know whether -- and you're making that for a fixed
7  price as of that date, as of August 9th, 2007, you
8  don't know whether that price ultimately is going to
9  be above or below market price at the time the sale
10  is actually consummated?
11       A. True.
12       Q. At the time of August 2007, at the time
13  of this email, was 69 cents a dozen below the
14  existing market price?
15       A. I do not know.
16       Q. Is there some sort of record you could
17  look at to determine that?
18       A. We can look at pricing records, yes.
19       Q. Would it made been a difference to you
20  whether the 69-cent fixed price was below market
21  price as of August 2007?
22       A. Restate that question again.
23       Q. Would you have been interested in
24  Mr. Krouse's offer if the fixed price of 69 cents
25  was above the current market price?

---

**199**

1       A. Yes, if I had the expectation that it
2  was going to start increasing to that period.
3  Because you got to remember, we're getting into the
4  holiday period; we're projecting where we think the
5  market will be, we can lock the feature in at
6  69 cents.
7       I can tell the KMAs they've got this
8  volume of eggs at this price. They'll go ahead and
9  set the feature.
10       The biggest thing that kills a feature
11  is anticipating what the market is going to be and
12  have the market be something different than what the
13  anticipation is and then they pull the feature.
14       Q. So if the market price between August
15  and October, when these eggs were actually going to
16  fit your warehouse, if the market price in that time
17  period dropped, would you still purchase the eggs?
18       A. Probably -- that has happened. What Bob
19  does is come back and renegotiate an offer at a
20  lower cost.
21       Q. So that you can still run your feature?
22       A. Yes. If the market does not achieve
23  that price point, typically he'll come back and say
24  Hey, we'll keep the feature on, let's make it
25  65 cents a dozen.

---

**200**

1       Q. But again, the decision about whether to
2  do this deal is made in August of 2007, at which
3  point you really don't know what the market price is
4  going to be two months from now?
5       A. You're estimating what the market will
6  be.
7       Q. Mr. Krouse says in the last sentence,
8  "If the Urner Barry market is lower than we project,
9  the same quantity of mediums will be available to
10  Kroger at their regular price."
11       What is he referring to there?
12       A. Just what it states.
13       Q. Well, can you explain that in a little
14  more concrete terms.
15       A. Well, if we lock the feature in at
16  69 cents --
17       Q. In August?
18       A. In August -- and the Urner Barry only
19  goes to 63 cents, Kroger will still exercise the
20  feature to use the volume, and we'll pay whatever
21  the current market price is.
22       Q. So if it's 63 cents, you'll pay
23  63 cents?
24       A. Correct.
25       Q. What is the reference to Krogers'

---

**201**

1  regular price?
2       A. Contracted price.
3       MS. LEVIN: Let's take a look at a
4  document bearing Bates No. KRGEGED00015734. And it
5  is being marked as Exhibit 47.
6       (Kroger Exhibit 47 was marked for
7       identification.)
8       (Pause.)
9  BY MS. LEVIN:
10       Q. Have you had a chance to review
11  Exhibit 47?
12       A. I have.
13       Q. What is Exhibit 47?
14       A. Exhibit 47 is when we moved to the
15  four-week rolling average from cost-plus.
16       Q. When does period one, 2006, begin?
17       A. February.
18       Q. So period one of every year begins
19  February 1st?
20       A. Well, whatever the first full week in
21  February is.
22       Q. What -- okay. Whatever the first full
23  week.
24       And the reference in the first sentence
25  to [reading]: We have been through egg markets in

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Klump, Thomas                                    April 9, 2014

52 (Pages 202 to 205)

---

202

1  the past two years that have reached unprecedented
2  highs and lows, is the volatility that you've been
3  talking about?
4      **A. Yes.**
5      Q. And the -- do you know who prepared this
6  document, Exhibit 47?
7      **A. I do not.**
8      Q. But it was copied to you; is that
9  correct?
10     **A. That's correct.**
11     Q. Do you know whether it was, in fact,
12  sent to Mr. Koschwitz, Flaherty and Clark?
13     **A. I'm sure if their name's on the**
14  **letterhead, it was.**
15     Q. And the second sentence you reference --
16  is referenced that "Most recently we implemented a
17  new retail pricing strategy."
18         And that's the pricing strategy you've
19  been discussing about going to the rolling average
20  for Urner Barry?
21     **A. It could be a pricing strategy as that**
22  **or at retail.**
23     Q. It may be a reference to a new retail
24  pricing strategy?
25     **A. Yes.**

---

203

1      Q. In the next-to-last paragraph it talks
2  about "Your egg supplier is Rose Acre Farms."
3  [Reading:] They have been asked to keep us in mind
4  first in the event that they have a surplus of eggs.
5         Do you see that?
6      **A. Yes, I do.**
7      Q. And then it says, "These types of
8  situations can give us an opportunity for a reduced
9  cost because we're taking eggs that would normally
10  be sold off to a breaker for a reduced margin."
11         Do you see that?
12     **A. Yes, I do.**
13     Q. Is that again a reference to what you've
14  been talking about where Kroger might purchase
15  excess eggs or surplus eggs from some of their
16  producers?
17     **A. It is.**
18     Q. And the reference here is to an
19  opportunity for a reduced cost.
20         What is that referring to?
21     **A. Well, just what it says. It's being**
22  **able to source eggs that the producer would sell on**
23  **the breaker side of the market at a deep discount or**
24  **sell them through our Kroger KMAs at a higher cost,**
25  **which is a win-win to the producer and to the**

---

204

1  retailer.
2      Q. Because if they can sell the surplus
3  eggs to Kroger, it will be at a higher price than
4  they can sell them as a breaker?
5      **A. Yes.**
6      Q. But the price to Kroger, nonetheless,
7  would be below the contract price that Kroger might
8  have with that particular producer?
9      **A. Correct.**
10     Q. Do you know whether Kroger purchased
11  excess eggs from Rose Acre Farms during 2006 --
12     **A. We did not.**
13     Q. -- pursuant to this particular type of
14  program?
15     **A. We did not.**
16     Q. And did Kroger purchase eggs from any of
17  its suppliers during 2006 in this sort of surplus
18  situation?
19     **A. I would say for Midwest Poultry, yes.**
20  **From Rose Acres, no; and I don't remember about**
21  **Oakdell.**
22     Q. How would we tell from transaction data
23  the purchases that are of surplus eggs at a
24  decreased price? Just by the pricing in the
25  transaction data?

---

205

1      **A. Yes.**
2         MS. LEVIN: Let's mark as Exhibit 48 a
3  document bearing Bates No. KRGEGED00015785.
4         (Kroger Exhibit 48 was marked for
5         identification.)
6         (Pause.)
7  BY MS. LEVIN:
8      Q. What is Exhibit 48, Mr. Klump?
9      **A. Exhibit 48 seems to be a communication**
10  **between the category management team and the KMAs on**
11  **a pricing structure change.**
12     Q. And you received a copy of Exhibit 48;
13  correct?
14     **A. I did.**
15     Q. Based on the sentence, "Starting in
16  Period 1, 2007, we will change to weekly pricing on
17  all banner brand eggs," would you say that this memo
18  has to have been prepared sometime prior to
19  February 2007?
20         MR. MURRAY: Objection to the form of
21  the question. Calls for speculation.
22         You can answer if you know.
23         THE WITNESS: Yes.
24  BY MS. LEVIN:
25     Q. And in the third sentence of

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

53 (Pages 206 to 209)

---

**206**

Exhibit 48 -- third paragraph of 48, there's a reference to "a 300-container export set up by United Egg Producers which has created a shortage of eggs in the market."

Do you see that?

A. Yes, I do.

Q. Does this refresh your recollection about when you became aware of exports by United Egg Producers?

A. I'm not sure if this is in reference to the same time or not. There's multiple loads that went out.

Q. I understand that there's multiple loads. But you talked about not learning about that until the summer of 2007. And I'm asking you if this refreshes your recollection that it was earlier than the summer of 2007 that you learned about those exports.

MR. MURRAY: Objection; mischaracterizes his testimony.

THE WITNESS: I don't know.

BY MS. LEVIN:

Q. It doesn't refresh your recollection?

A. No, it does not.

Q. But as of sometime prior to February of

---

**207**

2007, you received a memo talking about exports of eggs; correct?

A. Yes.

Q. And about those exports creating a shortage of eggs in the market; correct?

A. Yes.

Q. But that doesn't refresh your recollection that you started tracking that information in 2006 rather than 2007?

A. No, it does not.

Q. But clearly it was prior to the summer of 2007; correct?

MR. MURRAY: Object to the form of the question. Asked and answered, mischaracterizes his prior testimony.

THE WITNESS: Like I said, there was exports all the time being exercised. I don't know if this is the one that I'm remembering or not.

BY MS. LEVIN:

Q. When did you become aware of exports being exercised all the time?

A. When it was communicated from the egg producers that they were occurring.

Q. Well, clearly that was communicated prior to the summer of 2007, wasn't it?

---

**208**

MR. MURRAY: Objection. Asked and answered, mischaracterizes the testimony.

MS. LEVIN: I haven't characterized his testimony at all. That's a crazy objection.

THE WITNESS: There was over 1800 different exports, or 1800 containers that went out. We're talking about one block, I mean.

BY MS. LEVIN:

Q. And do you know when it was that you first learned about those exports?

A. No, I do not.

Q. So it could have been in the summer of 2006; correct?

MR. MURRAY: Objection; calls for speculation.

THE WITNESS: That's assumption.

BY MS. LEVIN:

Q. Well, at a minimum you knew it by the -- February 2007?

A. This memo talks about a 300-container export.

Q. Right. And you received this memo?

A. Yes.

Q. So the testimony that you didn't learn about these exports until the summer of 2007 was

---

**209**

inaccurate, wasn't it?

A. No.

MR. MURRAY: Objection.

BY MS. LEVIN:

Q. Well, you received this memo --

A. I did, but there's exports going out all the time.

Q. Well, I understand. But we're talking about when you first learned about the exports.

A. And I'll restate. There's exports that go out all the time.

When the exports started creating an impact on supply and I had the conversation with Bob Krouse, may have been -- it wasn't in this time frame.

Q. Well, the -- wasn't in the time frame of Exhibit 48?

A. No.

Q. Isn't Exhibit 45 dated February 15, 2007?

A. It is.

Q. And Exhibit 48, we've agreed, was dated sometime prior to February of 2007?

MR. MURRAY: Objection.

BY MS. LEVIN:

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                        April 9, 2014

54 (Pages 210 to 213)

---

**210**

1  Q.  Correct?
2       MR. MURRAY:  Objection.
3  Mischaracterizes the document.
4       THE WITNESS:  I don't know.  I just know
5  that the time that I had a conversation with Bob
6  Krouse was going into the Thanksgiving holiday.
7  This is in February of 2007, which is in the totally
8  wrong time frame.
9  BY MS. LEVIN:
10      Q.  Well, the question is which Thanksgiving
11 holiday we're talking about.  Right?
12      A.  No.
13      Q.  And the conversation you've testified to
14 with Mr. Krouse pertained to your concern about
15 exports; correct?
16      A.  I didn't have a conversation with Bob
17 Krouse.  He sent me the letter.  It looks like this
18 letter is in response to this exhibit.
19      Q.  That Exhibit 48 is in response to
20 Exhibit 45?
21      A.  Yes -- no.  45 is a response to
22 Exhibit 48.
23      Q.  Correct.
24      A.  Because if you look at the timing on it,
25 this is February 15th.  This is sometime in the

---

**211**

1  end of January.  And Kathy is saying that based
2  on -- we anticipate seeing an increase of 30,
3  35 cent per dozen for all eggs in weeks 1 of 1.
4       Q.  Right.  So sometime -- Exhibit 48 is
5  sometime in late January 2007.
6       A.  Correct.
7       Q.  And then you had your conversation with
8  Mr. Krouse in February of 2007?
9       A.  Correct.
10      Q.  So you must have learned about the
11 exports sometime prior to January of 2007; correct?
12 You've testified you learned about them around
13 Thanksgiving.
14      A.  We're talking about one specific export.
15      Q.  Right.  And that would have been in
16 November of 2006; correct; prior to Thanksgiving?
17      A.  No.
18      MR. MURRAY:  Objection; mischaracterizes
19 his testimony.
20      THE WITNESS:  Wrong.  That's not what I
21 said.
22 BY MS. LEVIN:
23      Q.  Well, if it was around Thanksgiving that
24 you noticed the problem and you had your
25 conversation in February of 2007, was it

---

**212**

1  Thanksgiving of 2005?
2       A.  I wasn't on the desk in 2005.
3       Q.  So it would have been around November of
4  2006; correct?
5       A.  No.
6       MR. MURRAY:  Objection; asked and
7  answered.
8  BY MS. LEVIN:
9       Q.  Did you or did you not notice the issue
10 with respect to exports around Thanksgiving of some
11 year?
12      A.  Yes.
13      Q.  And then you had a conversation with
14 Mr. Krouse; correct?
15      A.  Correct.
16      Q.  And your conversation with Mr. Krouse
17 appears to have occurred in February of 2007;
18 correct?
19      A.  Wrong.
20      Q.  Isn't that what is reflected in
21 Exhibit 45?
22      A.  No.
23      Q.  What is reflected in Exhibit 45?
24      A.  I'll restate:  I think 45 is an answer
25 to 48.

---

**213**

1       Q.  Well, if 45 occurred two months after
2  Exhibit 48, I'm struggling with how it could be an
3  answer to it, or one month after 48.
4       A.  It's not one month.  It's 15 days after.
5       Q.  Well, I don't understand how...
6       In any event, you received a memo in
7  late January 2007, advising you about exports;
8  correct?
9       A.  Yes.
10      Q.  And that the exports had created a
11 shortage in the market; correct?
12      A.  Yes.
13      Q.  And whoever prepared this memo believed
14 that that was going to cause an increase in prices;
15 correct?
16      A.  Correct.
17      Q.  The authors of this memo, nonetheless,
18 viewed the surplus of eggs in the market as an
19 opportunity for Kroger; correct?
20      A.  Yes.
21      Q.  And that opportunity was the opportunity
22 to purchase the surplus eggs; correct?
23      A.  We always continued to communicate that
24 open invitation, if a supplier has surplus, that we
25 want to help them move them through the system.

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

55 (Pages 214 to 217)

---

**214**

1    Q.  And that you had purchased those eggs
2    below your normal contract price?
3        **A.  Yes.**
4        Q.  Correct?
5        **A.  Has to be a value to both.**
6        Q.  And when Kroger has excess product in
7    its inventory, that's an opportunity, isn't it, to
8    sell the product at a lower price to move the
9    inventory?
10           MR. MURRAY:  Objection; calls for
11   speculation.
12   BY MS. LEVIN:
13       Q.  Isn't that what Kroger would do?
14       **A.  They're retailers, they do what they**
15   **need to do move the inventory through the system.**
16       Q.  And what you need to do when you have
17   surplus inventory that's perishable is sell it;
18   right?
19       **A.  I would assume.**
20       Q.  At whatever price you can get for it;
21   correct?
22           MR. MURRAY:  Objection; calls for
23   speculation.
24           THE WITNESS:  I don't handle that end.
25   I don't know.

---

**215**

1           MS. LEVIN:  Let's mark as Exhibit 49 a
2    document bearing Bates Nos. KRGEGED00018603 -- the
3    second page does not have a Bates number on it, but
4    I think that's because some of these documents were
5    produced in native format.
6           (Kroger Exhibit 49 was marked for
7           identification.)
8    BY MS. LEVIN:
9        Q.  What is Exhibit 49?
10       **A.  It's Bob Krouse's analysis.**
11       Q.  Bob Krouse's analysis of what?
12       **A.  Of pricing metrics.**
13       Q.  And Exhibit 49 is dated January 19,
14   2007; correct?
15       **A.  Yes.**
16       Q.  And it's an email that was sent to you;
17   correct?
18       **A.  Yes, it was.**
19       Q.  And do you doubt that you received
20   Exhibit 49 on or about January 19, 2007?
21       **A.  No.**
22       Q.  Can you explain what Mr. Krouse's
23   analysis is about.
24       **A.  He was explaining the cost impact of**
25   **using a four-week rolling average versus a weekly**

---

**216**

1    average pricing.
2        Q.  And that's what is referred to as the
3    "previous Thursday"?
4        **A.  Yes.**
5        Q.  And what is the previous Thursday price
6    versus a rolling average price?
7        **A.  Well, as I explained earlier, you buffer**
8    **your costs going up and you buffer your costs going**
9    **down.**
10       Q.  But in terms of an actual contract, what
11   is previous Thursday?  Do you just look at last
12   Thursday's Urner Barry price?
13       **A.  Instead of having a four-week average**
14   **price, you just take that Thursday price.**
15       **So if you had a 90, a dollar, a dollar**
16   **10, dollar 20, and then you would average them**
17   **together, you would just take the last Thursday**
18   **close, if it was a dollar 10, minus your discount,**
19   **and that would be your price.**
20       Q.  So again, the price would change every
21   week, but it would just be whatever the previous
22   Thursday price was plus whatever discount --
23       **A.  Yes.**
24       Q.  -- the Midwest contract called for?
25       **A.  With no buffer for market volatility.**

---

**217**

1        Q.  Did Kroger ever have any contracts just
2    using the previous Thursday price?
3        **A.  Not that I'm aware of.**
4        Q.  Was Mr. Krouse suggesting that that
5    would be a good idea, to use previous Thursday?
6        **A.  No.**
7        Q.  Do you know why Mr. Krouse was sending
8    you an email about the difference between the
9    previous four-week average market versus the
10   previous Thursday?
11       **A.  He was trying to explain coming off of**
12   **cost-plus, what the cost of using a four-week**
13   **rolling average would be to -- incurred to the**
14   **supplier.**
15       Q.  So he was trying to explain to you the
16   difficulties Midwest was facing in going from
17   cost-plus to the four-week average?
18       **A.  To a four-week rolling average.**
19       Q.  Rolling average; right.
20       Was anything done to alleviate that
21   difficulty for Midwest?
22       **A.  I do not know.**
23       Q.  Are you familiar with the hedging
24   components of the Midwest contracts prior to your
25   taking over from Mr. Stull?

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

56 (Pages 218 to 221)

---

**218**

1     **A. What do you mean "familiar"?**

2     Q. Let me see if I can show you some

3 documents.

4     **A. Did I understand the calls and puts?**

5     Q. Yes.

6     **A. Somewhat, yes.**

7     Q. Did you review Mr. Stull's testimony on

8 this particular issue?

9     **A. I read his deposition.**

10     Q. Right. Did you see anything in his

11 deposition that you disagreed with?

12     MR. MURRAY: Objection; overly broad.

13     THE WITNESS: It was a long deposition.

14 BY MS. LEVIN:

15     Q. Well, I understand. But did you see

16 anything in it that you disagreed with?

17     **A. Not that I can recall.**

18     MS. LEVIN: Let's mark as Exhibit 50 a

19 document bearing Bates Nos. KRGEG00019004 through

20 07.

21     (Kroger Exhibit 50 was marked for

22     identification.)

23     (Pause.)

24     THE WITNESS: Okay.

25 BY MS. LEVIN:

---

**219**

1     Q. What is Exhibit 50?

2     **A. It is a cost-plus -- it's a snapshot on**

3 **the corn and soy market for a cost-plus program from**

4 **2006 to 2007.**

5     Q. So it's correspondence from Mr. Krouse

6 to Mr. Stull dated September 12th, 2005?

7     **A. Yes.**

8     Q. And it pertains to some aspect of the

9 cost-plus contract that was in place between Midwest

10 and Kroger at that point in time?

11     **A. Yes.**

12     Q. Can you explain to me what it is that

13 Mr. Krouse is describing to Mr. Stull.

14     **A. What Mr. Krouse is describing to**

15 **Mr. Stull is that they're looking at -- or doing**

16 **forward pricing of corn and soy meal with calls and**

17 **puts put on the grain market to protect their**

18 **position.**

19     Q. And can you describe what calls and puts

20 are.

21     **A. Calls and puts are put on the market to**

22 **protect the buyer on market inflation or market**

23 **declines.**

24     **And you put them in at different strike**

25 **points. And depending on what strike points you put**

---

**220**

1 **in depends on the premium you pay for the calls and**

2 **the puts.**

3     Q. So if you could explain that in

4 practical terms in terms of what it is you're doing

5 here. I'm not sure that members of the jury would

6 understand all of that.

7     MR. MURRAY: Object to the comment.

8 BY MS. LEVIN:

9     Q. When it says [reading]: We can lock in

10 with the corn cost at 2.53 per bushel, what does

11 that mean?

12     **A. They're going to contract their volume**

13 **of usage at the CBOT, Chicago Board of Trade, costs**

14 **at 2.53.**

15     Q. So they locked in some quantity of corn

16 at 2.53 per bushel?

17     **A. They've locked in their quantity of corn**

18 **at 2.53.**

19     Q. Whatever the quantity is?

20     **A. Whatever they've estimated their usage**

21 **to be.**

22     Q. And they've locked in their soybean,

23 whatever quantity it is that they've estimated, at

24 $202.11?

25     **A. For soybean meal at 202.11 per ton.**

---

**221**

1     Q. And then it says, "In addition, we

2 purchased 133 July 2006 corn puts."

3     What does that mean?

4     **A. 133 contracts for 2006 corn put at a**

5 **strike point of 230.**

6     Q. What does that mean?

7     **A. Basically what they're doing is they're**

8 **protecting their grain buying -- the downside and**

9 **the upside.**

10     **It's insurance on their position.**

11     Q. What exactly is a corn put?

12     **A. It's just a term they use. It's**

13 **basically insurance.**

14     Q. How does it operate as insurance?

15     **A. Well, if the market would drop down to**

16 **230, it pays back the difference. But you pay a**

17 **premium to have that protection.**

18     Q. It pays back the difference between

19 what?

20     **A. It pays a -- back part of the cost of**

21 **that market move.**

22     Q. A market move from what to what?

23     **A. From 254 down to 230.**

24     Q. From 253 down to 230?

25     **A. Or 253 down to '30. So if the market**

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

57 (Pages 222 to 225)

---

**222**

1  would drop 23 cents, you'd have put calls in there
2  at certain amounts.  And depending on where that --
3  what that amount is, the strike points on it,
4  depends on the amounts you pay in premium to have
5  them.
6     Q.  And the same thing is true with respect
7  to the soybean meal price?
8     A.  Correct.
9     Q.  So you're basically ensuring that if the
10  price falls down -- if the price falls below the 253
11  per bushel, you've got some sort of insurance to
12  protect yourself?
13     A.  You have protection; correct.
14     Q.  And you've got protection down to $2.30?
15     A.  Uh-huh.
16     Q.  "Yes"?
17     A.  Yes.
18     Q.  And for the soybean meal, you've
19  purchased -- you've locked in at $202.11; and
20  there's no puts on the soybean meal.  You can strike
21  that.
22        Let's take a look or mark as Exhibit 51,
23  a document bearing Bates No. KRGEG00019008 to 19009.
24        (Kroger Exhibit 51 was marked for
25        identification.)

---

**223**

1  BY MS. LEVIN:
2     Q.  Have you had a chance to review
3  Exhibit 51?
4     A.  I have.
5     Q.  And is Exhibit 51 a letter from
6  Mr. Krouse to Mr. Stull dated September 23, 2005?
7     A.  It is.
8     Q.  Can you tell me what Mr. Krouse is
9  reporting to Mr. Stull on Exhibit 51?
10     A.  That they exercised the puts, which
11  netted them $321,225.76, which was placed into the
12  feature allowance, and that their price on eggs
13  through the balance of the year would be 77.17.
14     Q.  So as a result of the sale of the puts,
15  Krogers' price for eggs was decreased?
16     A.  I'm not sure what the current price was
17  or if it was -- it was -- it would be held at
18  77.13 cents per dozen.
19     Q.  Does this mean that the price of corn,
20  in fact, fell --
21     A.  Yes.
22     Q.  -- during the fall of -- September of
23  2005?
24     A.  That would be my speculation.
25     Q.  Okay, that it fell.

---

**224**

1        And Midwest exercised the option to buy
2  the corn at the lower price?
3     A.  Correct.
4     Q.  And that redounded to Krogers' benefit;
5  correct?
6     A.  Correct.
7     Q.  Because it was a cost-plus contract?
8     A.  Correct.
9     Q.  And the reference to Krogers' feature
10  allowance.  Do you know what that is?
11     A.  It's the accrual from the big A.
12     Q.  Right.  The --
13     A.  That we don't talk about.
14     Q.  The bad thing that we don't do anymore?
15     A.  That we don't talk about that anymore.
16     Q.  Okay.  But in any event, at this time
17  there was a feature allowance, and that redounded to
18  Krogers' benefit at some point in time?
19     A.  Yes.
20        MS. LEVIN:  Let's mark as Exhibit 52 a
21  document bearing Bates Nos. KRGEGED00020654 through
22  20655.
23        (Kroger Exhibit 52 was marked for
24        identification.)
25        (Pause.)

---

**225**

1  BY MS. LEVIN:
2     Q.  What is Exhibit 52?
3     A.  It looks like it's an email
4  communication between Midwest Poultry and Kroger.
5     Q.  And including some communications to and
6  from you; correct?
7     A.  Yes.
8     Q.  Can you tell me what the gist is of what
9  was being reported in Exhibit 52?
10     A.  Basically what I was reporting to our
11  senior managers, the effect of purchasing surplus
12  inventory in the overall effect on sales volume for
13  the year.
14     Q.  So as a result of purchasing excess
15  inventory from Midwest, Krogers' volume was up
16  7-1/2 percent over last year?
17     A.  That's what it says, yes.
18     Q.  And Kroger had secured over 5 million
19  dozen eggs at a reduced cost; correct?
20     A.  Correct.
21     Q.  And that was 5 million dozen eggs from
22  Midwest?
23     A.  Yes.
24     Q.  And these were surplus eggs?
25     A.  Yes.

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

58 (Pages 226 to 229)

---

226

1  Q. And that had saved the company over
2  $1,250,000; correct?
3  A. Correct.
4  Q. And then what is Mr. Cornelius' response
5  back to you? It's on the first page of Exhibit 52.
6  A. The part was [reading]: Good job. Are
7  you tracking savings?
8  Q. Right. Then he asks if you can figure
9  out how to offset it against the increased cost on
10 the nonfeature eggs for the promotion week due to
11 the increased Urner Barry cost.
12 A. I don't recall what he's trying to get
13 there.
14       MS. LEVIN: Let's take a look at a
15 document bearing Bates No. KRGEG00019277.
16       (Kroger Exhibit 53 was marked for
17       identification.)
18       THE WITNESS: Okay.
19 BY MS. LEVIN:
20 Q. What is Exhibit 53?
21 A. It's a communication between Gary Stull
22 and Bob Hodges.
23 Q. And dated February 15, 2005?
24 A. Correct.
25 Q. And before we talk about the document

---

227

1  itself, when Kroger solicited bids through the RFQ
2  process and received the bids back, did you then
3  negotiate with the suppliers over what the contract
4  price would be?
5  A. No.
6  Q. No?
7  A. The only thing we would give the
8  incumbent, the right to rebid.
9  Q. So that was a right of first refusal
10 type thing?
11 A. Yes.
12 Q. And did the incumbent ever exercise the
13 right of first refusal?
14 A. Explain.
15 Q. Well, was there ever an occasion where
16 you offered the right to the incumbent to rebid and
17 the incumbent accepted?
18 A. Yes.
19 Q. And the incumbent rebid?
20 A. Yes. I would communicate with him -- or
21 we weren't permitted to communicate prices, but we
22 could communicate percentage and say your bid's off
23 5 percent, would you like to rebid?
24 Q. And on occasion, the incumbent, in fact,
25 did rebid?

---

228

1  A. Yes.
2  Q. And as a result, did the incumbent then
3  retain the business?
4  A. Yes.
5  Q. Do you know how often that happened
6  while you were in charge of egg procurement?
7  A. It probably happened on every bid, one
8  or the other KMAs.
9  Q. On?
10 A. Not on all KMAs.
11 Q. But every time you sent out an RFQ for
12 all the KMAs, at least on some number of KMAs, the
13 incumbent was not the low bidder but was given an
14 opportunity to rebid and became the low bidder?
15 A. Yes.
16 Q. Do you know whether that happened while
17 Mr. Stull was the manager of egg procurement?
18 A. I do not.
19 Q. Do you know whether that was even an
20 offered possibility while Mr. Stull was the manager
21 of egg procurement?
22 A. I do not.
23 Q. Let's take a look at Exhibit 53, and
24 then we'll take a break.
25       In Exhibit 53, Mr. Hodges of Moark

---

229

1  writes to Mr. Stull, "Moark will be reducing the
2  price of eggs to Smith's Food & Drug in the Phoenix
3  division of Kroger by 2 cents per dozen effective
4  February 27, 2005."
5       Do you see that?
6  A. Yes.
7  Q. So it appears that on this particular
8  occasion, Kroger went to Moark and asked it to
9  reduce whatever the contracted price was for this
10 particular division; correct?
11 A. Yes.
12 Q. And Moark agreed to do that; correct?
13 A. Yes.
14 Q. And the document further states that,
15 "This move will eliminate all margin to Moark on the
16 account;" is that correct?
17 A. Yes.
18 Q. Did Kroger, on occasion, approach its
19 suppliers mid contract and ask them to reduce their
20 price?
21 A. I do not, no.
22 Q. Did that ever happen while you were the
23 manager of egg procurement?
24 A. I said, "I do not, no."
25 Q. Oh, you just don't recall whether --

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

59 (Pages 230 to 233)

---

**230**

1  A. No. I said I do not ask suppliers to
2  reduce their cost in the middle of a contract.
3  Q. Okay. So it was I do not, no. I'm just
4  trying to understand what your answer was before.
5  A. Oh, you mean on the Gary Stull question?
6  Q. No, in terms of contracts. When we
7  awarded the contract, you say you have never gone
8  and asked a supplier to reduce its price.
9  A. Correct.
10  Q. Obviously Mr. Stull did it at least
11  once, because we've got Exhibit 53 in front of us;
12  correct?
13  MR. MURRAY: Objection; lack of
14  foundation, calls for speculation.
15  You can answer if you know.
16  BY MS. LEVIN:
17  Q. Isn't that what Exhibit 53 states?
18  A. Yes, that's what it states.
19  Q. Do you have any doubt that Exhibit 53 is
20  accurate?
21  A. I do not.
22  MS. LEVIN: Okay. We can take a break.
23  THE VIDEOGRAPHER: We are going off the
24  record. This is the end of Disk 3. Time on video
25  is 15:48.

---

**231**

1  (Recess taken, during which
2  Ms. Osborn departed the deposition
3  proceedings.)
4  THE VIDEOGRAPHER: We're going back on
5  the record. This is the beginning of Disk 4. Time
6  on video is 15:57.
7  (Kroger Exhibit 54 was marked for
8  identification.)
9  BY MS. LEVIN:
10  Q. Mr. Klump, I've handed you a document
11  Bates numbered KRGEGED00000604 through 607. It's
12  marked as Exhibit 54.
13  A. Yes.
14  Q. What is Exhibit 54?
15  A. It's a communication to me from Joel
16  Crowder.
17  Q. And what is the subject of the
18  communication?
19  A. Subject of the communication is a
20  competitive situation in the Columbus KMA. We were
21  getting beat at retail.
22  Q. Okay. So the -- this is a document
23  relating to Krogers' price to its customers;
24  correct?
25  A. Yes.

---

**232**

1  Q. How does Kroger go about setting price
2  to customers?
3  A. I do not know.
4  Q. Let's take a look at Topic 28 in the
5  notice of deposition that you said you were prepared
6  to testify to.
7  So in Exhibit 2, which is the notice of
8  deposition, Topic 28, is the prices Kroger charges
9  its customers for eggs or egg products, including
10  but not limited to, A, how Kroger determines price.
11  Are you not able to testify to that
12  topic?
13  A. I don't have a 28. I go from 24 to 29.
14  Q. Well, this morning when you were listing
15  the topics that you were prepared to testify to,
16  Topic 28 was one of them.
17  Is that the official exhibit you're
18  looking at?
19  MR. MURRAY: I don't think it is. No, I
20  don't think this is.
21  BY MS. LEVIN:
22  Q. Look in your pile, back down to
23  Exhibit 2. It should have a sticker on it.
24  A. It's actually on the back page.
25  Q. So Topic 28, you have that in front of

---

**233**

1  you?
2  A. Yes, I do.
3  Q. And it's -- I correctly read it, "The
4  prices Kroger charges its customers for eggs or egg
5  products including but not limited to the
6  following"?
7  A. Yes.
8  Q. "How Kroger determines price." Are you
9  able to testify on that topic?
10  A. I can talk to who determines that price.
11  And it's set by each KMA in each division by the
12  merchandising manager. It's based on the
13  competition in the marketplace.
14  Q. So you say that the price at which shell
15  eggs are sold is determined on a KMA-by-KMA basis?
16  A. Yes.
17  Q. And then within the KMA is there a
18  single price for all shell eggs sold?
19  A. In the KMA?
20  Q. Right.
21  A. In a single KMA?
22  Q. Yes.
23  A. I am not -- yes, I would say yes, it is.
24  They set the price based -- or it may be changed
25  by -- let me retract that.

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

60 (Pages 234 to 237)

---

234

1　　　No, it would.  Not if there's different
2　divisions in the KMA with certain competitions, they
3　may alter their pricing structure by divisions.
4　　　Q.  So -- go ahead.
5　　　A.  And a division is -- KMAs are made up of
6　different divisions or zones.  And if one division
7　is seeing increased competition from a certain
8　supplier base, then they have the latitude to change
9　the price in that division to reflect that need.
10　　　Q.  So how many divisions are there across
11　the entire country?
12　　　A.  I do not know.  It's based on the size
13　of the KMA and the geographic location.
14　　　Q.  Do you know the maximum number of
15　divisions within a KMA?
16　　　A.  No, I do not.
17　　　Q.  Do you know -- have any estimate as to
18　how many divisions there are within the entire
19　country?
20　　　A.  I do not.
21　　　Q.  Is there something you could look at
22　that would answer that question for you?
23　　　A.  Yes.
24　　　Q.  What would you have to look at?
25　　　A.  Our KCMS data that would -- it breaks it

---

236

1　they're running eggs at 99 cents a dozen.  Our
2　current price is a dollar 49 or a dollar 39.  They
3　may opt to drop that price in that division to a
4　lower level to be competitive with the Aldi's or
5　another competitor.
6　　　Q.  So all stores within that KMA that are
7　not within the division where or the Aldi's
8　competitive situation is occurring would maintain
9　$1.49 as their price, correct?
10　　　A.  Yes.
11　　　Q.  And the stores within the division where
12　Aldi's is presenting the competitive situation would
13　be able to lower their price?
14　　　A.  They would be directed to lower their
15　price, yes.
16　　　Q.  When you say "directed," directed by
17　whom?
18　　　A.  The KMA.
19　　　Q.  So the decision is still made by the
20　KMA?
21　　　A.  Yes.
22　　　Q.  So the division doesn't have the right
23　to make that decision, they only report to the KMA
24　the situation, and then the KMA makes the decision?
25　　　A.  Correct.  But your question was, does

---

235

1　out by zones or divisions.
2　　　Q.  But in any event, prices -- well, let me
3　see if I understand.
4　　　A KMA will set a price for the entire
5　KMA, but then a division has the right to deviate
6　from that based on a competitive situation?
7　　　A.  Let me clarify.  The divisions make up
8　the KMA.
9　　　Q.  Right.
10　　　A.  The KMA has autonomy over their prices.
11　　　Q.  By "autonomy," you mean each KMA has the
12　ability to set the retail price for the stores
13　within the KMA?
14　　　A.  Yes.
15　　　Q.  And then what is the division's ability
16　to alter that?
17　　　A.  The division is not.
18　　　But what I said is if there's heavy
19　competition in one sector of the KMA's division,
20　they may alter that price to meet a price point of a
21　competitor.
22　　　Q.  So can you give me an example of how
23　that would work.
24　　　A.  Say we had zone A or division A in the
25　Columbus KMA, and Aldi's just put in a new store and

---

237

1　all the stores in the division or in the KMA have
2　the same price, and that's why I was answering --
3　　　Q.  Right.
4　　　A.  -- it can be -- there can be some
5　altering the divisions -- or the KMAs set the price,
6　but it can vary if there's competition in certain
7　divisions in their KMA.
8　　　Q.  Are there separate individuals for each
9　KMA that set the price for a particular KMA?  Does
10　each KMA have its own individual that sets the price
11　for the KMA?
12　　　A.  Yes.
13　　　Q.  And what position does that person hold?
14　　　A.  I believe it's the merchandiser; and in
15　conjunction with the dairy team at the KMA.
16　　　Q.  And that merchandiser has to approve any
17　deviations within the KMA from the price set for the
18　KMA?
19　　　A.  He is -- he or she is the one that sets
20　the price.
21　　　Q.  Okay.  And is there any other reason
22　that might bring about a reduction in price for a
23　division other than a competitive situation?
24　　　A.  Other than a feature?
25　　　Q.  Other than a competitive situation.

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

61 (Pages 238 to 241)

---

238

1     A.  A feature.
2     Q.  A feature.
3     And are features determined on a
4  KMA-by-KMA basis?
5     A.  No.  We talked about this earlier:
6  Features are -- there is a corporate directive for
7  features.  That's a suggested plan that they
8  feature.  They can buy in or buy out.  But KMAs
9  still have the autonomy to run a feature independent
10  of the corporate directive.
11     Q.  So the corporate -- there may be a
12  corporate directive to run a feature, and all KMAs
13  have to run that feature?
14     A.  No.
15     Q.  KMAs can decide?
16     A.  KMAs have the decision whether to run
17  the feature or not.
18     Q.  Whether to run the feature --
19     A.  At that price point.
20     Q.  Whether to run the feature that
21  corporate has directed?
22     A.  Correct.
23     Q.  Can the KMA also decide on its own to
24  run a feature regardless of whether corporate has
25  directed it or not?

---

239

1     A.  Yes.
2     Q.  And is there any criteria for when to
3  run a feature?
4     A.  No.
5     Q.  That is purely in the discretion of each
6  KMA?
7     A.  Yes.
8     Q.  So looking at Exhibit 54, there's an
9  email from you to Joyce McIntosh.  Do you see that?
10     A.  Yes, I do.
11     Q.  What are you referring to Joyce -- first
12  of all, tell us who Joyce is.
13     A.  Joyce was the category manager for the
14  corporate brands group after Randy Payne in -- I'm
15  reporting to him that Walmart and Aldi is using eggs
16  as a loss leader in that they're not truly
17  reflecting the cost of goods at retail.
18     Q.  Right.  And why are you reporting this
19  to Joyce?
20     A.  Because she's the category manager for
21  banner brands.
22     Q.  It states that, "One of the producers
23  even offered the comment that we are sourcing our
24  eggs cheaper" -- well, let's go back to the first
25  sentence.

---

240

1     "Talked with one of the producers last
2  week about Aldi and Walmart's pricing."
3     Do you know which producer you spoke
4  with?
5     A.  No.
6     Q.  Do you know what KMA this producer
7  served?
8     A.  No.
9     Q.  Does it appear that it related to the
10  Columbus division?
11     A.  It states Columbus division, so I would
12  say, yes, it is the Columbus division.
13     Q.  And that producer would be Midwest?
14     A.  Yes, it would.
15     Q.  So you talked with Midwest last week
16  about Aldi and Walmart's pricing.  "And they are all
17  using the market-based pricing as we are, but they
18  are not using the four-week rolling average, which
19  would put their prices higher than ours."
20     Are you talking about Aldi and Walmart's
21  pricing to their customers and how it differs from
22  your price, from Krogers' price to its customers?
23     A.  First of all, Midwest Poultry doesn't
24  supply Aldi.
25     Q.  Well, I understand.

---

241

1     A.  So I wouldn't be talking to Midwest
2  Poultry about an Aldi's price.
3     And secondly, with my comments to Joyce,
4  this is one of the pitfalls of a four-week rolling
5  average:  When you roll up and you roll down, it
6  takes us four weeks on a market decline to be back
7  at a true market price, because we're buffering the
8  higher cost back into our system.
9     Q.  Let me ask it this way:  The Aldi and
10  Walmart's pricing that's being discussed in here, do
11  you understand that to be price to Aldi and Walmarts
12  or Aldi and Walmart's price to their customers?
13     A.  Which --
14     Q.  In the email from you to Joyce.
15     A.  Yes.
16     Q.  Which one?  What kind of pricing are we
17  talking about for Aldi and Walmart?
18     A.  It's their cost of goods.
19     Q.  So you were discussing with Midwest the
20  price that Aldi and Walmarts was paying to their
21  suppliers?
22     A.  No.
23     MR. MURRAY:  Objection; mischaracterizes
24  his testimony.
25     MS. LEVIN:  Well, that's what I'm trying

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

62 (Pages 242 to 245)

---

242

1  to understand.  Tell me what price it is for Aldi
2  and Walmarts that's being discussed with Midwest.
3      THE WITNESS:  Midwest doesn't supply
4  Aldi.
5  BY MS. LEVIN:
6      Q.  I understand.  But the sentence is,
7  "Talked with one of the producers last week about
8  Aldi and Walmart's pricing."
9          What pricing for Aldi and Walmarts were
10  you discussing?
11      A.  Probably where the pricing metrics are
12  using, whether they're on market-based pricing or a
13  cost-plus pricing.
14      Q.  So you were speaking with one of your
15  suppliers about the price that Aldi and Walmart was
16  paying to purchase eggs?
17      A.  No, I was talking about the metrics.
18      Q.  Of about the methodology they were
19  using?
20      A.  Yes.
21      Q.  So you were discussing with one of your
22  producers the pricing methodology that Aldi and
23  Walmarts used to purchase eggs?
24      A.  Yes.
25      Q.  Is that right?

---

243

1      A.  Yes.
2      Q.  And you don't know which producer this
3  was?
4      A.  No.  It's not -- it's not Midwest
5  Poultry.
6      Q.  And was the producer providing you with
7  information about the price or about the methodology
8  they had in their contract with Aldi and Walmarts
9  for the sale of eggs?
10      A.  No.
11      Q.  Well, let's try one more time.  Why
12  don't you tell me what this first sentence is
13  discussing.
14          What did you discuss with one of the
15  producers?
16      A.  Probably, if I had to look at this
17  statement, I really don't know, would be my answer.
18  And I don't want to speculate.
19      Q.  I mean, these are your words --
20      A.  Yes.
21      Q.  -- so speculation is really, I don't
22  think that's going on here.
23      MR. MURRAY:  Object to the comment.
24  BY MS. LEVIN:
25      Q.  But you have talked with a producer,

---

244

1  that would be a shell egg provider, about if not the
2  actual pricing to Aldi and Walmarts, then about the
3  contractual provisions for how prices to Aldi and
4  Walmarts are set?
5      A.  No.  I would venture to --
6      Q.  Then let's not play 20 questions, Mr. --
7      MR. MURRAY:  Don't cut him off.  He was
8  answering the question and you cut him off.
9  BY MS. LEVIN:
10      Q.  Tell me what this sentence is about.
11      A.  If we got a price report back and Aldi's
12  is running eggs at 99 cents, the question may, how
13  is it that they can afford to run eggs at 99 cents.
14  And their comment would be that they got to be doing
15  it as a loss leader.
16      Q.  So you got a report from whom that Aldi
17  and Walmart's prices were low?
18      A.  We get pricing reports through P.L.
19  Marketing and Daymon.  They do price checks.
20      Q.  You collect data in the marketplace
21  about what your competitors are selling shell eggs
22  for?
23      A.  Yes.
24      Q.  And from whom do you get that
25  information?

---

245

1      A.  P.L. and Daymon.
2      Q.  What are --
3      A.  Brokers.
4      Q.  Excuse me?
5      A.  Brokers.
6      Q.  And how do the brokers go about
7  collecting that information?
8      A.  I do not know.
9      Q.  But the brokers, do they do this on a
10  regular basis --
11      A.  Yes.
12      Q.  -- collect market information for you
13  and provide you with the information that your
14  competitors are charging in the marketplace?
15      A.  Yes.
16      Q.  So you got some kind of information
17  about Aldi's and Walmart having retail prices that
18  were lower than yours?
19      A.  Yes.
20      Q.  And then there was an attempt to
21  speculate as to how it is that Aldi's and Walmarts
22  were pricing their eggs in the marketplace lower
23  than Krogers'; correct?
24      A.  Correct.
25      Q.  And was this one of your suppliers that

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

63 (Pages 246 to 249)

---

246

1  you were having this conversation with?
2      A. Yes. It must have been, because I
3  talked to the producer.
4      Q. And how is it that you learned that
5  Aldi's and Walmart's price are -- that Aldi's and
6  Walmarts are using market-based pricing?
7      A. Because it was probably told to me by
8  the supplier. They're on the same pricing program
9  you are and they're probably doing it as a loss
10 leader.
11     Q. So the supplier, whoever it was that you
12 spoke with, supplied both you and Aldi and Walmarts;
13 is that correct?
14     A. No, because our supplier for the
15 Columbus KMA is Midwest Poultry.
16     Q. Well, I thought you weren't sure that
17 this was the Columbus KMA. Are you now sure?
18     A. Well, it says it right at the top, what
19 is our cost for the Columbus division.
20     Q. Okay. So you're now sure that your
21 email is relating to Joyce is relating to the Columbus KMA?
22     A. From what the email says, yes.
23     Q. So it's about Aldi and Walmart's pricing
24 in the Columbus KMA?
25     A. Apparently.

---

247

1      Q. And who is your supplier in the Columbus
2  KMA?
3      A. Midwest Poultry.
4      Q. So you're sure, however, that it was not
5  Midwest Poultry that you talked to about Aldi and
6  Walmart's pricing?
7      A. Yes.
8      Q. What producer was it?
9      A. I don't know. But Midwest Poultry does
10 not supply Aldi.
11     Q. Well, I understand that.
12     A. Well . . .
13     Q. Doesn't mean Midwest Poultry doesn't
14 know something about Aldi and Walmart's pricing.
15     Do you know who does supply Aldi and
16 Walmart, or who did in 2009?
17     A. No, I do not.
18     Q. But whoever the producer was that you
19 spoke with, they were aware of the terms on which
20 Aldi and Walmart purchased shell eggs?
21     A. Apparently whoever I talked to did.
22     Q. And you don't know if it was the
23 supplier to Aldi and Walmarts?
24     A. No, I don't.
25     Q. But you just know it wasn't Midwest?

---

248

1      A. No, I said Midwest is not the supplier
2  to Aldi.
3      Q. I understand. And you also said it
4  couldn't have been Midwest that you spoke with;
5  right?
6      A. Yes, because they're not a supplier.
7  And based on that information that is in here, I
8  don't know how they would ever know that.
9      Q. So you believe it would have to be the
10 supplier to Aldi and Walmarts that you spoke with;
11 correct?
12     A. It would be another supplier that
13 supplies Aldi or Walmart.
14     Q. And this supplier told you that Aldi and
15 Walmarts was using the market-based pricing, as we
16 are, but not using the four-week rolling average?
17     A. The four-week rolling average was my
18 speculation into there. And I know we're the only
19 ones currently in the marketplace using it, or was
20 the only ones using it.
21     And, like I said, probably the question
22 came up, I can't understand how Aldi can offer a
23 price point of 99 cents, and their reply was they're
24 on the same market system you are, they're probably
25 running it at a loss leader.

---

249

1      And I built in the speculation, in a
2  declining market, we're probably riding the high
3  market down, which is raising our cost.
4      Q. Your email also says, "One of the
5  producers even offered the comment that we are
6  sourcing our eggs cheaper than they are."
7      You had conversations with multiple
8  producers on the subject of Aldi and Walmart's
9  pricing?
10     A. I don't know.
11     Q. Excuse me?
12     A. I don't know.
13     Q. Well, your sentence is, "One of the
14 producers even offered the comment." Does that
15 suggest to you that you spoke to more than one
16 producer?
17     A. I don't know.
18     Q. You can't --
19     A. This is 2009.
20     Q. Well, I understand what it is, but these
21 are your words, Mr. Klump.
22     Would you have said one of the producers
23 if you only spoke to one producer?
24     A. That's speculation.
25     Q. You can't say that when you make a

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

64 (Pages 250 to 253)

---

250

1  sentence -- write a sentence that says "One of the
2  producers offered a comment," that indicates that
3  you spoke to more than one producer?
4          MR. MURRAY:  Object to the form of the
5  question.
6          THE WITNESS:  I don't know.
7  BY MS. LEVIN:
8      Q.  You're unable to interpret those words
9  in your own email?
10     A.  Yes.
11         MR. MURRAY:  Object to the form of the
12 question.
13 BY MS. LEVIN:
14     Q.  Are you able to tell us who the "we" is
15 in that sentence?  Or the "they"?
16     A.  I cannot.
17     Q.  Why would you have been having a
18 conversation with producers about Aldi and Walmart's
19 pricing?
20     A.  I don't know.
21     Q.  Why would you have been having a
22 conversation with producers about the pricing
23 methodology used in Aldi and Walmart's supply
24 contracts?
25     A.  Because there was a lot of discussion at

---

251

1  the time about suppliers moving to grain-based
2  pricing.
3      Q.  To grain-based pricing?
4      A.  Uh-huh.
5      Q.  What is grain-based pricing?
6      A.  Same as cost-plus but a little different
7  twist on it.
8      Q.  But in this particular email there's no
9  discussion about anybody using grain-based pricing;
10 is there?
11     A.  No.
12     Q.  Did you have any thought that Aldi and
13 Walmarts might be using grain-based pricing?
14     A.  Walmart is currently using grain-based
15 pricing.
16     Q.  But in 2009 in this email, is there any
17 reference to grain-based pricing?
18     A.  There was ongoing discussion of
19 producers moving from a market-based pricing to a
20 grain-based model.
21     Q.  How did it come to your attention --
22 strike that.  I think I've already discussed that.
23         So someone discovered that the prices
24 being charged by Aldi's and Walmart were lower than
25 Krogers' prices in the Columbus KMA; correct?

---

252

1      A.  Yes.
2      Q.  And that came to your attention?
3      A.  An email was sent to me.
4      Q.  And why was that brought to your
5  attention?
6      A.  Because they were wondering how they
7  could source eggs cheaper than us.
8      Q.  How Aldi and Walmarts could source eggs
9  cheaper than Kroger?
10     A.  Uh-huh.
11     Q.  And particularly how Aldi and Walmarts
12 could source eggs cheaper than Kroger in the
13 Columbus division?
14     A.  Correct.
15     Q.  Why would anybody other than Midwest
16 have that question for you?
17     A.  Midwest didn't have the question.
18     Q.  I understand you can't remember who the
19 producer was.  You're just convinced it wasn't
20 Midwest.  And I'm asking you, why would anybody
21 other than your supplier in the Columbus division
22 care what price Aldi and Walmarts are charging in
23 Columbus?
24         MR. MURRAY:  Object to the form of the
25 question, calls for speculation, lack of foundation.

---

253

1          You can answer if you know.
2          THE WITNESS:  Midwest don't care what
3  the price is.  The KMA is the one asking the
4  question.
5  BY MS. LEVIN:
6      Q.  So your suppliers don't care what price
7  you charge for your eggs at retail?
8      A.  I don't know if they don't care.  I'm
9  just saying --
10     Q.  You just said it.
11     A.  Well, what I'm saying --
12         MR. MURRAY:  Excuse me.
13         He's trying to explain it, and you cut
14 him off.  Please don't do that.  Let him finish his
15 answers.
16 BY MS. LEVIN:
17     Q.  Okay.  Why -- tell me, would Midwest
18 care -- do your producers care what price Kroger
19 sells its shell eggs at?
20     A.  They want their supplier -- or their
21 retailers to be competitive, yes.
22     Q.  So they do care what price Kroger sells
23 its products at?
24     A.  Right.
25     Q.  So do your suppliers ever report to you

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

65 (Pages 254 to 257)

---

**254**

1  that your competitors are selling at prices below
2  Krogers' in the market?
3      **A. I get price checks from suppliers, yes.**
4      Q. So you get them from both suppliers and
5  from the brokers?
6      **A. Yes.**
7      Q. And what do the suppliers ask you to do?
8      **A. Nothing.**
9      Q. They just give you the information?
10     **A. Uh-huh.**
11     Q. Do they have any particular reason for
12 giving you the information?
13     **A. Not that I'm aware of.**
14     Q. And what do you do with the information?
15     **A. Forward it on to the category management**
16 **team; but they told me they already get it from**
17 **Daymon and P.L. Marketing so they really don't need**
18 **it.**
19     Q. What is -- you said that price is set by
20 each KMA; and then the division has a certain amount
21 of ability to deviate from that.
22     Do you know what factors the KMA takes
23 into account in setting prices?
24     **A. Well, yes, I do. And just to clarify**
25 **it, the division answers to the KMA, not the KMA to**

---

**255**

1  the division.
2      So the KMA -- the divisions may have --
3  a division in a KMA may have a lower cost; but it's
4  determined by the KMA.
5      The way you stated it made it sound like
6  it was in reverse.
7      The things they take into account, they
8  take fixed costs, variable costs, freight, coming
9  through the warehouse, going to stores, to come up
10 with the margin that needs to be covered in -- not
11 only with the cost of eggs, but the cost of
12 warehousing and distribution and the fixed variable
13 costs in the stores to come up with the total cost
14 of product.
15     Q. And that data is all rolled up on a KMA
16 basis?
17     **A. Yes.**
18     Q. Does the KMA take into account what the
19 competition is doing?
20     **A. Yes.**
21     Q. How is that taken into account?
22     **A. It depends on the pricing program. They**
23 **may choose to be one or two cents or 10 cents over**
24 **the competition. At a certain price point it's --**
25 **it all depends on what their KMA strategy is.**

---

**256**

1      Q. As to whether they want what? What do
2  you mean, it depends on their KMA strategy?
3      **A. Well, if -- say Walmarts or Aldi are**
4  **running them at $1.49 a dozen, their true cost is**
5  **$1.60, they may opt to run them at a price point**
6  **lower than that to be competitive in the**
7  **marketplace.**
8      Q. How often does each KMA set its retail
9  prices for shell eggs?
10     **A. They change weekly.**
11     Q. And that will take into account whatever
12 sorts of specials competitors may be running?
13     **A. Yes.**
14     Q. Is the -- you mentioned a retail pricing
15 strategy. Is that set by each KMA?
16     **A. It can be set by corporate, as well as**
17 **have a KMA twist on it.**
18     Q. What is a retail pricing strategy?
19     **A. Retail pricing strategy may be something**
20 **like the -- to be at X percent over a certain**
21 **competition. So basically, they won't price the**
22 **eggs off the cost. They'll price them off what**
23 **their competition is running them at.**
24     Q. So a KMA may have a strategy of being
25 2 percent above Walmart?

---

**257**

1      **A. Yes.**
2      Q. And another KMA may have a strategy of
3  being 10 percent below Acme?
4      **A. Yes, depending on what market area**
5  **they're in. If they're in Texas it may be an HEB --**
6      Q. Right.
7      **A. -- that they're pricing against.**
8      In the east it may be a Walmart. Out
9  west it may be a Vons or a Stater's.
10     Q. The competition, the types of
11 competition that Kroger faces vary depending upon
12 what section of the country you're in; correct?
13     **A. Correct.**
14     Q. Because it depends on what other retail
15 chains have stores in that area; correct?
16     **A. Correct.**
17     Q. Are KMAs given any sort of profit margin
18 for shell eggs that they need to achieve?
19     **A. No.**
20     Q. Any sort of contribution to overall
21 corporate profits that need to be achieved?
22     **A. Remember, we went back and talked about**
23 **the 064 category?**
24     Q. Right.
25     **A. It's evaluated as that.**

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                                                    April 9, 2014

66 (Pages 258 to 261)

---

258

1    Q. So the profitability is evaluated on the
2  basis of the entire category?
3    A. Yes.
4    Q. So if you are able to, for whatever
5  reason, sell your hash browns at a particularly,
6  particularly above-market price, you might be able
7  to sell your shell eggs at a lower price and still
8  have the category contribute whatever profit margin
9  is desired?
10    MR. MURRAY: Object to the form of the
11  question.
12  BY MS. LEVIN:
13    Q. Is that correct?
14    A. Seems logical.
15    Q. So is the 064 category given some sort
16  of profit margin that it needs to achieve?
17    A. I do not know.
18    Q. Has the policy of pricing being set by
19  KMA been in place for the entire time that you have
20  been in charge of shell egg procurement?
21    A. It was probably in place ever since
22  Kroger was formed.
23    Q. So certainly for the duration of
24  whatever anybody would think is the relative time
25  period in this case, pricing for shell eggs has been

---

259

1  determined on, in the sole discretion of each KMA?
2    A. Correct. Every KMA has a different
3  pricing.
4    Q. Right. And a different pricing
5  strategy?
6    A. And a different pricing strategy.
7    Q. And faces different competition that it
8  has to respond to?
9    A. Yes.
10    Q. What about for egg products? Do you
11  know how pricing is done for egg products?
12    A. I think pricing for egg products is more
13  consistent since it's priced -- it goes out the CIW
14  warehouse, so they have more a uniform price and
15  it's not priced weekly.
16    Q. What is the CIW warehouse?
17    A. It's Consolidated Interstate Warehouse,
18  which distributes to 31 different states out of a
19  central warehousing system.
20    Q. There's a single warehouse for egg
21  products for all Kroger stores?
22    A. All Krogers -- yes, east and most of the
23  west.
24    Q. Is there another warehouse for some
25  other portion of the west?

---

260

1    A. Well, they have separate warehouses
2  west; but the bulk of the egg products go out of
3  CIW.
4    Q. So when you say that the pricing for egg
5  products is more consistent, do you mean there's a
6  single price throughout the country for egg
7  products?
8    A. There's a single cost for egg
9  products --
10    Q. Okay.
11    A. -- in all the egg products going out of
12  CIW.
13    Okay? There may be a -- an incremental
14  different cost, if it's coming out of the Fred
15  Meyers or QFC, based on location and logistics.
16    Q. So there's a, an identical cost for all
17  egg products, but what about the retail price to the
18  consumer? Is that set on a KMA-by-KMA basis?
19    A. Yes, it is.
20    Q. So one KMA may have one price for Egg
21  Beaters 8 ounces, and another KMA may have a
22  different price for that same product?
23    A. Correct.
24    Q. And is your testimony with respect to
25  the ability of a division to deviate from that based

---

261

1  on competition also true for egg products?
2    A. KMA, yes. And akin to -- they can
3  deviate within the KMA by division if they so
4  choose.
5    Q. And that is based on some sort of
6  meeting-the-competition type situation?
7    A. Yes.
8    Q. Now, did I understand you to say that
9  pricing for egg products is not done on a weekly
10  basis but some other kind of basis?
11    A. It's more of a flat cost.
12    Q. Well, I understand it's more of a flat
13  cost, but does that translate into pricing remaining
14  constant?
15    A. It's more consistent. It's not priced
16  weekly.
17    Q. Do you know how often it is priced?
18    A. I don't know when -- the last time egg
19  products had a change in cost structure.
20    Q. You said that each KMA may have a
21  different pricing strategy; correct?
22    A. Yes.
23    Q. So they may have a different percentage
24  markup for the eggs that they sell? One KMA may
25  have a different percentage markup than another KMA;

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                    April 9, 2014

67 (Pages 262 to 265)

---

262

1  correct?
2      A. Yes.
3      Q. Do you know how often price checks of
4  competitors are done?
5      A. I do not.
6      Q. Would the competitors for whom prices
7  are checked vary by KMA?
8      A. Yes.
9      Q. Because the competitors vary by KMA;
10 correct?
11     A. Yes.
12     Q. Would the decision to offer eggs as a
13 loss leader be one that's made by KMA?
14     A. Yes.
15     Q. And then within a division, a division
16 within a KMA might propose to offer eggs as a loss
17 leader?
18     **A. Remember, the KMA makes the decision.**
19 **They may differ it for different parts of the**
20 **division.**
21     Q. But the division may request the ability
22 to offer eggs as a loss leader.
23     A. It could, yes.
24     Q. It would still require KMA approval; is
25 that correct?

---

263

1      A. Yes.
2          MS. LEVIN: Let's mark as Exhibit 55 a
3      document bearing Bates No. KRGEGED00015761 through
4      62.
5          (Kroger Exhibit 55 was marked for
6          identification.)
7          (Pause.)
8  BY MS. LEVIN:
9      Q. Have you had a chance to review
10 Exhibit 55?
11     A. Yes, I did.
12     Q. Do you know what Exhibit 55 is?
13     A. I do not.
14     Q. When it talks at the top of the page
15 about egg pricing strategy, do you know whether it's
16 talking about retail pricing or procurement pricing?
17     A. I do not.
18     Q. On the left-hand side of the page
19 there's a heading, "Pricing Model," and it has
20 several boxes, one of which is "Market Pricing,"
21 Market Differential," "Market Sliding Scale," and
22 "cost-plus."
23          Do you see that?
24     A. Yes, I do.
25     Q. Are those references to types of pricing

---

264

1  formulas and procurement contracts?
2      **A. It's pricing metrics, yes.**
3      Q. And then there is a column headed
4  "Advantages."
5          Do you understand that column to provide
6  the advantages of the various pricing metrics for
7  procurement contracts?
8      **A. I do.**
9      Q. And then the next column is
10 "Disadvantages." Does that column list
11 disadvantages for the various pricing metrics for
12 procurement contracts?
13     **A. It does.**
14     Q. And then there's a list of "Divisions
15 Utilizing." Do you see that column?
16     **A. Yes.**
17     Q. And that column lists the divisions as
18 of the date of Exhibit 55 that were using the
19 various pricing metrics in the first column of
20 Exhibit 55.
21     **A. I see that, but I don't agree with it.**
22     Q. Well, if this were dated prior to 2006
23 when you took over egg procurement, would you
24 disagree with it?
25     **A. I don't know what the date is on there.**

---

265

1  **From my knowledge based on what was being done, I**
2  **don't understand this document.**
3      Q. Well, then, the last column is
4  "Retailers Utilizing."
5      **A. I see that.**
6      Q. Do you understand what it is that the
7  retailers are utilizing?
8      **A. Well, I understand the chart.**
9      Q. Okay. Why don't you tell me what you
10 understand about the chart.
11     **A. One thing I don't understand -- the**
12 **first thing that I don't understand is how they're**
13 **differentiating between market pricing and market**
14 **differential.**
15     Q. So you don't understand those two
16 pricing models to be different?
17     **A. No, I do not. But I do understand**
18 **market pricing versus -- market sliding scale versus**
19 **cost-plus. That I do understand.**
20     **I don't know how they're differentiating**
21 **between the first two and where they say HEB is**
22 **market pricing. Market differential is Walmart,**
23 **Marsh, Albertson's and Safeway. And then market**
24 **sliding scale is Smith, Intermountain and Safeway**
25 **Utah. And cost-plus is Pathmark and our eastern**

---

Henderson Legal Services, Inc.

202-220-4158                          www.hendersonlegalservices.com

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

68 (Pages 266 to 269)

---

266

KMAs.

Q. I guess the confusion I have is this --
and I don't know if you can clear it up or not.

The pricing models on the left-hand side
of the page are pricing models for procurement by
retailers; correct?

A. Yes.

Q. And on the right-hand side we have the
retailers that are presumably utilizing that
particular pricing metric; correct?

A. That's what it says.

Q. And then we also have the Kroger
divisions that purportedly, at the time of this
contract, are utilizing that particular pricing
metric; correct?

MR. MURRAY: Object to the form of the
question.

THE WITNESS: That's what it says.

BY MS. LEVIN:

Q. Do you have any thought on how Kroger
would come to know what pricing methodology Pathmark
is using in its contracts?

A. I can't even validate that this is true.

Q. Well, I understand that. But somebody
put it together, based on something.

---

267

Do you know?

A. That doesn't mean it's true.

Q. Well, I understand that. But do you
have any thoughts on how somebody at Kroger would
have information on how Pathmark is -- what pricing
methodology Pathmark is using in its procurement
contracts?

A. I do not.

Q. Do you understand the information on the
backside of the second page of Exhibit 55?

A. I'm not sure if I fully understand it.
I see what they're saying. I don't know what
they're trying to portray.

Q. Well, on the first line for Atlanta
division, you've got the pricing model market
differential. We don't know whether that's true or
not.

And then it says [reading]: Volume
sales, percent change year ago, year to date
June 12; right?

So is that telling us that Krogers'
sales went up 12.9 percent and the remaining market
went down 7.2 percent?

A. Yes, it is.

Q. And in Cincinnati, Krogers' sales went

---

268

up 3.1 percent, and the remaining market went down
15.6 percent; is that correct?

A. Correct.

Q. How does Kroger get information on the
remaining market sales of shell eggs?

A. I would tend to think -- the only way I
know they would do that is Nielsen, which would have
that data.

Q. Right.

MS. LEVIN: Let's mark as Exhibit 56 a
document bearing Bates No. KRGEGTD -- a whole bunch
of zeros and 7. And I believe this document was
produced in native format, so it's many pages long.
But it only has one Bates number.

(Kroger Exhibit 56 was marked for
identification.)

BY MS. LEVIN:

Q. Mr. Klump, are you able to tell me what
Exhibit 56 is?

A. I am not.

Q. Do you know what the headings across the
top refer to?

A. Yes, I do.

Q. What is store number?

A. Store number, every KMA store in that

---

269

KMA have a store number.

Q. So this is store No. 112 in some KMA?

A. In a KMA, yes.

Q. Each KMA might have a store number 112?

A. Could, yes.

Q. And date of purchase.

Do you know what that's a reference to?

A. The date the eggs were purchased.

Q. And does this appear to be some sort of
transaction data of sales of eggs by store
number 112 on May 1st through May 21st, 2012?

A. Yes.

Q. And it appears that the first page is
all Grade A large eggs 12 count; correct?

A. No.

Q. What --

A. There's some mediums in there as well.

Q. On the first page?

A. Uh-huh. First two -- 902s.

Q. I'm sorry, I see. The first two are
mediums, and then the rest are large; correct?

A. That's correct.

Q. What is RPC?

A. RPC is reusable plastic container.

Q. So that's a reference to the packaging;

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

69 (Pages 270 to 273)

---

270

correct?

A. Yes.

Q. And then "Spending," under the spending column, it appears that the medium eggs are a dollar 59 and the large eggs are a dollar 69; is that correct?

A. That's what the document states.

Q. And then there's quantity, 1. So that would be one 12-count carton; correct?

A. Yes.

Q. And then there's a column, "Discount."

A. Yes.

Q. Which has 69 cents in it periodically. Do you know what that refers to?

A. I do not.

Q. On occasion -- at one particular location, two or three locations, the discount is 10 cents. Do you know why there's some sales with a 69-cent discount and others with a 10-cent discount?

A. I do not.

MS. LEVIN: Let's mark as Exhibit 57 -- do you know who could explain Exhibit 56 for us?

THE WITNESS: I've never seen this type of ledger and why anybody would print out something with quantities of one, when we sell a million units

---

271

a week; I would not know.

MS. LEVIN: Let's mark as Exhibit 57 document bearing Bates No. KRGEGTD001. Again, this was produced in native format, and I think that's why a multi-page document has only one Bates number.

(Kroger Exhibit 57 was marked for identification.)

(Pause.)

BY MS. LEVIN:

Q. Have you had a chance to review Exhibit 57?

A. Yes, I've had a chance to look at it, yes.

Q. Do you know what Exhibit 57 represents?

A. It looks like it represents some egg sales from 12/14/2002 through 5/31/2003.

Q. And when you say "egg sales," do you mean retail sales by Kroger?

A. Yes.

Q. What is --

A. Per unit.

Q. I was just going to ask you to explain the columns across the top. Division?

A. Division 11.

Q. And is that a division within a KMA?

---

272

A. A KMA -- if I say division 11, that's a KMA.

Q. That is a KMA. Okay.

A. Okay? There's different zones or different divisions in a KMA as well, but if you see something that says division, it's talking KMA.

Q. It means KMA?

A. Yes, okay.

Q. Just to help us all.

And the week ending date is the -- presumably the -- exactly that.

A. Yes. It's talking about the week that it was -- yes.

Q. And what is the UPC number?

A. Consumer UPC.

Q. And each product has a separate UPC number?

A. It does.

Q. So Kroger Grade A small eggs has a different UPC number than Kroger Grade A large eggs?

A. Correct.

Q. And Kroger Grade A large eggs has a different UPC number than Hilliard Farms large eggs?

A. Correct.

Q. Then we've got "Scan Unit Quantity." Do

---

273

you know what that refers to?

A. Yes.

Q. What's that?

A. Those are the scanned units that were scanned through the registers for that division, Division 11, for that week.

Q. So looking down at Kroger Grade A small eggs, which is about the fifth line down, for the week ending December 14th, 2002, there were 2,540 units scanned?

A. Yes.

Q. And those units, we don't know what size the unit is?

A. Yeah, we do. It's a 12 count.

Q. It's a 12 count? How can you tell it's a 12 count?

A. Because I know that's a 12-count number.

Q. And then "Scan Cost Amount," what is that?

A. That's the -- what they scanned out the register at.

Q. So that's the price that Kroger received?

A. Charged, yes.

Q. Charged for the eggs. And would that

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                          April 9, 2014

70 (Pages 274 to 277)

---

274

1  include any discount that a consumer might get?
2      A. I don't know. I don't know what's all
3  rolled into that number.
4      Q. And what about "Scan Dollar Amount,"
5  do you know what that is?
6      A. I do not. This is an old report. I'm
7  not sure if the scanned cost amount is the true cost
8  of the product and the scanned dollar amount is what
9  they actually scan through the register at.
10     Q. Well, when you say you're not sure about
11 the scanned cost amount, what exactly are you
12 saying? You don't know what that is?
13     A. I've never seen a report have this
14 mis-nomenclature on it.
15     Q. Scanned cost amount?
16     A. Right.
17     Q. But you have seen reports that have
18 scanned dollar amount?
19     A. Yes.
20     Q. What is scanned dollar amount?
21     A. The cost that was scanned through the
22 register. The retail cost.
23     Q. And again, you don't know if the retail
24 cost would include any coupon that the consumer
25 might have had for some special Kroger was running?

---

275

1      A. I do not.
2      Q. Can the scanned cost amount be the
3  cost -- the price that Kroger paid for the eggs?
4      A. Could be.
5      Q. What's MFG CD?
6      A. I do not know.
7      Q. What about MFG DSC TX?
8      A. I do not know.
9      Q. DPT CD? Do you know what any of the
10 other columns mean here?
11     A. I do not, no. I mean, the COM CD is the
12 class -- remember, we talked 64 class. That's what
13 that is.
14        And apparently 675 is the natural
15 grouping. And the subcategory within that class is
16 the last number that you see there.
17        But the other nomenclature I'm not
18 familiar with.
19     MS. LEVIN: We have several more of
20 these database printouts that we would like to have
21 some explanation for. And I can sit here and ask
22 Mr. Klump what he understands the headings to be, or
23 we can send you some questions about them as you
24 have sent us questions about our transaction data.
25     MR. MURRAY: That's fine.

---

276

1      MS. LEVIN: So we won't --
2      MR. MURRAY: I would say -- I mean,
3  there's no use taking up his time going through
4  because this isn't data that he's really familiar
5  with. It may even be an old system. So send the
6  questions, and we'll handle it that way.
7      MS. LEVIN: There are several more from
8  different time periods. And as you say, I suspect
9  the system changed over time; and I don't see the
10 purpose to be served of going through and asking him
11 those questions if we can do it another way.
12     MR. MURRAY: Uh-huh.
13 BY MS. LEVIN:
14     Q. I think I just had some cleanup
15 questions here.
16        One of the topics that I believe you
17 said you were prepared to testify on was the -- and
18 I'm confused by this, but I think that is what you
19 said. Topic 15, any communications with Sparboe
20 Farms concerning the process-verified program. Is
21 that a topic you're prepared to testify on?
22     A. Yes.
23     Q. Okay.
24     MR. MURRAY: Some of these topics assume
25 that there is --

---

277

1      MS. LEVIN: I understand. There may be
2  something to be said.
3      MR. MURRAY: We've already established
4  that Sparboe was not a supplier to Kroger, so go
5  ahead.
6  BY MS. LEVIN:
7      Q. Did Kroger have any communications with
8  Sparboe Farms concerning the process-verified
9  program?
10     A. It did.
11     Q. And what communications did you have
12 with Sparboe on that subject?
13     A. I had a meeting with Sparboe, came to
14 corporate and explained their new process verified
15 program and wanted us to consider them as a
16 potential supplier in the future.
17        I declined and said that we were
18 sticking with our UEP as our standard animal welfare
19 program; and that at this point I wouldn't be
20 interested.
21     Q. And why were you not interested?
22     A. Because the program that we adopted to
23 follow, which we felt was the industry's best
24 practice for the time was the UEP. And that's what
25 we felt was the best standard, so therefore, we're

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                          April 9, 2014

71 (Pages 278 to 281)

278

1    going to stay with it.
2         Q.  And do you recall when you had this
3    conversation with Sparboe Farms?
4         A.  Exact date, no.
5         Q.  Did you have any other suppliers
6    approach you with alternative animal welfare
7    programs that they would like for you to consider?
8         A.  No.
9         Q.  Does Kroger prepare any forecasts for
10   the demand for shell eggs?
11        A.  Explain what you mean by a forecast.
12        Q.  Well, I think you told us today that
13   when you sent out an RFQ, you had some sort of
14   suggestion, it wasn't binding but some sort of
15   suggestion by KMA as to the quantity of eggs that
16   would be purchased during the course of the year for
17   that particular KMA; correct?
18        A.  We have the previous year's volume that
19   we list.
20        Q.  That's -- and all you list is the prior
21   year's volume?
22        A.  Yes.
23        Q.  Does Kroger do anything else to attempt
24   to forecast demand for shell eggs?
25        A.  We try to forecast features, and -- in

279

1    advance of the feature and give them an idea what we
2    estimate the lift would be for that feature.
3         Q.  So to make sure I understand all the
4    terms you're using, if Kroger is going to run a
5    feature of some sort, a -- two dozen eggs for $4
6    type feature --
7         A.  Yes.
8         Q.  -- you try to forecast how much
9    increased demand that might stimulate?
10        A.  Yes.  We have a system called ESP, which
11   they upload the price point, the current market
12   price, the forecasted feature price, and what it
13   does is go back and search data, trying to find a
14   similar situation, and looks at the percent lift, or
15   the increased sales that we would receive off of
16   that.
17             And then we communicate that to the
18   producer as an estimate, estimate what we believe
19   future sales would be.
20        Q.  So if you're planning to run a two for
21   $4 special, you might look back through your system
22   to last year to see if you ever ran a similar
23   special and look at what percentage increase in egg
24   sales that brought about?
25        A.  Yes.  It looks at that, and it also

280

1    looks at the current market cost compared to the
2    feature cost --
3         Q.  Right.
4         A.  -- to see, you know, because that's
5    going to make a big impact on -- if the market is at
6    a dollar 69 and we run a 10 for 10 feature, you're
7    going to have a much greater lift than if the market
8    is a dollar 10 and you would run a 10 for 10.
9         Q.  Does Kroger look at anything besides
10   past sales to project what future demand might be?
11        A.  As far as I know, no.
12        Q.  When we were talking about pricing by
13   KMA for shell eggs, did the description you gave of
14   retail pricing by KMA apply to specialty eggs as
15   well?
16        A.  Specialty eggs fall under the natural
17   group, and they're more autonomous.  They're more
18   centrally controlled.  And, perfectly honest, I know
19   they're a more coordinated category.  But as far as
20   the pricing behind it, they tend to be more
21   consistent.
22             So I don't know if that's being driven
23   by the corporate group with KMA influence or if the
24   corporate group has control of that.
25        Q.  When you say they're more coordinated

281

1    and more consistent, coordinated with what and
2    consistent with what?
3         A.  If they would opt to run a feature on
4    Simple Truth eggs, it is not -- it cannot be
5    scrutinized by the KMA division.  It's exercised in
6    all divisions.
7         Q.  It's a corporate mandate?
8         A.  I wouldn't say a mandate.  It's -- the
9    natural group is controlled by the corporate office
10   without -- with not as much KMA influence.
11        Q.  So does the corporate office set the
12   price for the specialty eggs?
13        A.  Yes.
14        Q.  And each KMA has to follow that price?
15        A.  Yes.
16        Q.  Does the corporate office set the same
17   price for specialty eggs across all KMAs?
18        A.  No.
19        Q.  So the corporate office may set one
20   price for specialty eggs in the Atlanta division and
21   a different price in the south central?
22        A.  Yes, depending on what the input costs
23   are.
24        Q.  And is the pricing for specialty eggs
25   driven as well by costs?

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

72 (Pages 282 to 285)

---

**282**

1    A.  Yes.
2    Q.  By your input costs?
3    A.  Yes.
4    Q.  And are any other factors taken into
5    account?
6    **A.  As far as I know, no.**
7    Q.  If there are specials run on -- well,
8    are there ever specials run on specialty eggs?
9    **A.  Yes.**
10   Q.  Are those also determined by the
11   corporate office?
12   **A.  Yes.**
13   Q.  But there might be a special that would
14   be run in one KMA and not in another KMA?
15   **A.  Depending on supply, yes.**
16   Q.  Does competitor pricing also figure into
17   the pricing of specialty eggs?
18   **A.  Not as much as retail shell eggs.**
19   Q.  But there is a factor relating to
20   competitive pricing?
21   **A.  I have never heard it come up in the**
22   **discussion, so I'd have to say I don't know.**
23   Q.  Are there different competitors for
24   Kroger for specialty eggs than for other
25   nonspecialty shell eggs?

---

**283**

1    **A.  Yes.**
2    Q.  Who are the competitors for specialty
3    eggs?
4    **A.  Eggland's Best is a major competitor in**
5    **that arena.  Land O' Lakes, Happy Egg, any local --**
6    **specialty eggs, you tend to get more of a local**
7    **pressure than you do as much as a national pressure.**
8    **There's very few major national players**
9    **out there, Eggland's Best and Land O' Lakes being**
10   **the two bigger ones.  But you'll get the local**
11   **organic farm or the local cage-free farm offering**
12   **SKUs in the store that compete with that -- the**
13   **Simple Truth brand.**
14   Q.  And are those local competitors selling
15   through stores such as Whole Foods or Trader Joe's,
16   or do they sell through the Safeway type stores of
17   the world?
18   **A.  I don't know.**
19   THE VIDEOGRAPHER:  Counsel, I have about
20   nine minutes left on this tape.
21   MS. LEVIN:  Okay.
22   BY MS. LEVIN:
23   Q.  You were designated as Topic -- for
24   Topic 32, which is Krogers' awareness and
25   understanding of any of the activity it contends

---

**284**

1    violated the Sherman Act as alleged in its
2    Complaint.
3    Can you tell me what factual basis you
4    have for any allegation that any of the defendants
5    have violated the Sherman Act?
6    MR. MURRAY:  Objection; calls for a
7    legal conclusion.
8    You can answer if you know, but . . .
9    THE WITNESS:  I don't know.
10   BY MS. LEVIN:
11   Q.  Do you know what practices are being
12   challenged by the Complaint?
13   **A.  I read the deposition, yes.**
14   Q.  You read what deposition?
15   **A.  The Complaint and the -- which one was**
16   **it?**
17   **Is this it?**
18   MR. MURRAY:  That's the Second Amended
19   Complaint.
20   MS. LEVIN:  If your answer is simply
21   that you read the allegations in the Complaint --
22   THE WITNESS:  Right here.
23   MR. MURRAY:  Yeah.
24   THE WITNESS:  Yes.
25   BY MS. LEVIN:

---

**285**

1    Q.  Then that's the only factual basis you
2    have for the Complaint is the Complaint itself?
3    **A.  Yes.**
4    Q.  You know nothing beyond what's alleged
5    in the Complaint?
6    **A.  Correct.**
7    Q.  Have you had any discussions with
8    anybody within Kroger about the allegations of the
9    Complaint, other than the law department?
10   **A.  No.**
11   Q.  I don't have any -- well, you've been
12   referring to some notes today, I believe?  Is that
13   correct?
14   **A.  Yes.**
15   Q.  And those notes have helped refresh your
16   recollection as to your testimony?
17   **A.  Yes.**
18   MS. LEVIN:  I'd like to --
19   MR. MURRAY:  Do you want to mark those
20   as an exhibit?
21   MS. LEVIN:  -- mark those as --
22   MR. MURRAY:  I'd ask that you make a
23   copy for me.  You can mark it, and when he changes
24   the tape, go make a copy for me.  Why don't you just
25   mark it now and let's go off the tape.

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

73 (Pages 286 to 289)

---

286

1 　　　　Well, she'll put a sticker on it, and
2 you take that out at the break, make a copy for me.
3 　　MS. LEVIN:  Mark it, and let's just get
4 his testimony as to what it is.
5 　　　　(Kroger Exhibit 58 was marked for
6 identification.)
7 BY MS. LEVIN:
8 　　Q.  We've marked as Exhibit 58 some
9 handwritten notes.  Mr. Klump, are those your
10 handwritten notes?
11 　　**A.  Yes, they are.**
12 　　Q.  And what are they handwritten notes of?
13 　　**A.  They are on questions that I would be**
14 **deposed on, a list of the documents that I reviewed,**
15 **and the people I talked to.**
16 　　MS. LEVIN:  I don't have any further
17 questions; but we'll change the tape, because I
18 think some of those on the phone do.
19 　　MS. CRABTREE:  Rose Acre will have just
20 a couple.
21 　　THE VIDEOGRAPHER:  We're going off the
22 record at 17:13.  This is the end of Disk 4.
23 　　(Recess taken.)
24 　　THE VIDEOGRAPHER:  We are going back on
25 record.  Time on video is 17.20.  This is the

---

287

1 resumption of Disk 4.
2 　　　　EXAMINATION
3 BY MS. CRABTREE:
4 　　Q.  This is Molly Crabtree, counsel for Rose
5 Acre Farms.  I just have a couple of follow-up
6 questions for you.
7 　　　　Could you please turn back to Exhibit 55
8 in front of you.
9 　　MS. LEVIN:  Should be near the top.
10 BY MS. CRABTREE:
11 　　Q.  It's just a single piece of paper.
12 　　**A.  Okay, I have it.**
13 　　Q.  And you testified you didn't know where
14 this information came from; is that correct?
15 　　**A.  That's correct.**
16 　　Q.  Who is Kathy Book?
17 　　**A.  Kathy Book was the category manager for**
18 **dairy.**
19 　　Q.  And the information produced with this
20 document indicates that Kathy Book is the custodian
21 of this document.  Would that surprise you that she
22 would have this type of information?
23 　　**A.  No.**
24 　　Q.  Okay.  Are you aware of a counterclaim
25 that's been filed against Kroger by some of the

---

288

1 defendants in this action?
2 　　**A.  Yes, I am.**
3 　　Q.  How did you become aware of that?
4 　　MR. MURRAY:  And if it's information you
5 learned from lawyers, either at Kroger or from
6 outside counsel, it's a -- you can identify that,
7 but that's as much as you can do.
8 　　THE WITNESS:  Okay.  I was identified --
9 or was told by the Kroger lawyers --
10 　　(Simultaneous cross-talk.)
11 　　MS. CRABTREE:  Pardon?
12 　　MR. MURRAY:  He just answered it.
13 BY MS. CRABTREE:
14 　　Q.  Did anyone from Rose Acre reach out to
15 you about this counterclaim?
16 　　**A.  Not that I'm aware of.**
17 　　Q.  So you didn't talk to anyone from Rose
18 Acre Farms about the counterclaim before it was
19 filed?
20 　　**A.  No.**
21 　　Q.  What's your understanding of the
22 counterclaim, other than what's been given to you by
23 your lawyers?
24 　　MR. MURRAY:  If the only understanding
25 you have is what you've been told by your lawyers, I

---

289

1 instruct you not to reveal any of that information.
2 　　MS. CRABTREE:  And I would ask the
3 witness to reveal any facts that were given to him
4 by his lawyers, no advice.
5 　　THE WITNESS:  That there was a
6 counterclaim filed.
7 　　MR. MURRAY:  That's it.
8 BY MS. CRABTREE:
9 　　Q.  Have you reviewed the counterclaim?
10 　　**A.  Was it in the packet?**
11 　　**No.**
12 　　MS. CRABTREE:  That's all I have for
13 you.  Thank you, Mr. Klump.
14 　　THE WITNESS:  Thank you.
15 　　MR. NOVAK:  Does that mean I'm up?
16 　　MR. MURRAY:  Think so.
17 　　MS. LEVIN:  Yes.
18 　　MR. MURRAY:  There's no other defendants
19 who are asking questions; is that correct?
20 　　　　EXAMINATION
21 BY MR. NOVAK:
22 　　Q.  Mr. Klump, you referred a couple times
23 today to the phrase "true cost of the product" or
24 "total cost of goods" or words to that effect.
25 　　　　Can you explain to me what the different

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                        April 9, 2014

74 (Pages 290 to 293)

290

1  variables in comprising the true cost of the product
2  as it relates to shell eggs are?
3      A. Well, I believe the reference I was
4  using in the cost-plus model as being the true cost
5  of product versus the market.
6      Basically it takes into account the feed
7  costs, the variable, the fixed costs and -- of the
8  product that's being sold to the retailer.
9      Q. Okay. Maybe I'm thinking of a different
10  term that you used, but at one time you talked about
11  the cost of the product that Kroger viewed at the
12  category level to determine what profit margin they
13  were obtaining on the product.
14      Can you list for me the variables that
15  Kroger looked at for purposes of calculating its
16  cost of product at the category level.
17      A. Yes. What I was referring to there is
18  the total cost of the product is a cost of -- or the
19  cost that we pay producers is a cost delivered to
20  our warehouse. We have warehousing expenses that we
21  incur, along with freight to the stores, as long as
22  the variable costs in operating the stores and the
23  fixed costs of the stores to comprise what the total
24  cost of the product would be at shelf.
25      Q. And then for purposes of pricing at

291

1  retail, does Kroger attempt to have a target profit
2  margin that is added to that total cost of product
3  in each of its KMAs?
4      A. Kroger looks at the 064 category profit
5  margin, and they try to take the different items in
6  that category to make up what the needed profit
7  margin would be for the 064 category.
8      Q. What is the profit margin that Kroger
9  attempts to receive at that category level?
10      A. They don't share that with me.
11      Q. All right. And that 064 category is
12  comprised of eggs, hash browns, and muffins?
13      A. Eggs, potatoes, and muffins.
14      Q. Okay. And in terms of the relative
15  contribution -- I'm trying to get a feel for what
16  portion in terms of dollar volume each of those
17  product lines is in the 064 category.
18      Do you have a rough feel for that?
19      A. An exact feel, no. But eggs are the
20  major portion of that category.
21      Q. Would you say they're over half of the
22  dollar volume in that category?
23      A. Yes.
24      Q. Even over 75 percent of the dollar
25  volume of the category?

292

1      A. I would say they're probably in the 60
2  to 70 percent range.
3      Q. Okay. So it would be difficult to hit
4  the profit margin for the category without hitting
5  the profit margin for eggs, would it not?
6      A. Yes.
7      Q. And has Kroger typically hit the profit
8  margin of the category over the last several years?
9      MS. LEVIN: I'll object to the form.
10      THE WITNESS: I do not know. There's
11  18 KMAs, and each one has their own different margin
12  for that category.
13  BY MR. NOVAK:
14      Q. Now, you've spoken a little about
15  particular instances where Kroger ran specials or
16  features on shell eggs as a loss leader.
17      When Kroger makes a determination to
18  price their eggs in that manner, how do they go
19  about doing it?
20      A. That's the side at KMA level. I do not
21  know.
22      Q. Okay. Is the cost of the product one of
23  the factors in setting a loss leader price for the
24  product?
25      A. Absolutely.

293

1      Q. So even in instances when the product is
2  priced at a loss, the total cost of the goods to
3  Kroger remains a factor in how the product is
4  priced?
5      A. Correct.
6      Q. You had testified earlier today that
7  Kroger reviews the competitiveness of its pricing at
8  retail; and one of the sources of information for
9  that are the reports that you receive from your
10  different suppliers.
11      I'd like to -- is the court reporter
12  there and has folder No. 2? I'd like to mark the
13  document in folder No. 2 as an exhibit.
14      (Kroger Exhibit 59 was marked for
15      identification.)
16      (Discussion off the stenographic
17      record.)
18  BY MS. LEVIN:
19      Q. Mr. Klump, you can take a moment to
20  review document 59 -- or Exhibit 59. And then let
21  me know when you're ready to...
22      MS. LEVIN: For the record, to make sure
23  everybody's looking at the same thing, it's Bates
24  numbered KRGEGED0004749 through -- again, this must
25  be something that was produced in native format. It

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

75 (Pages 294 to 297)

---

294

1  has several pages.  But the others don't have Bates
2  numbers.
3      THE WITNESS:  Okay, I'm ready.
4  BY MR. NOVAK:
5      Q.  Yeah, the other three pages should, at
6  the top left-hand corner, have a Bates number ending
7  in 4750, and it was a spreadsheet, I believe
8  produced in native format.
9      MR. MURRAY:  They do.
10     MS. LEVIN:  You're right.
11  BY MR. NOVAK:
12     Q.  Mr. Klump, would you receive from Moark
13  occasional retail price audits?
14     A.  I do.
15     Q.  Is Deposition Exhibit 59 an example of
16  that type of price audit is received by Moark?
17     A.  It is.
18     MS. LEVIN:  Received by Moark?
19     THE WITNESS:  I'm sorry.
20  BY MR. NOVAK:
21     Q.  I'm sorry, that was received by Kroger
22  from Moark.
23     A.  Yes, it is.
24     MR. NOVAK:  And thank you for the
25  correction.

---

295

1  BY MR. NOVAK:
2      Q.  Attached to the initial page, which was
3  an email from Leesa Campbell addressed to yourself,
4  is a three-page document.
5      Can you describe to me what that
6  document is.
7      A.  The document is the different KMAs in
8  which Moark is the supplier in the pricing of the
9  retail competition in that area.
10     Q.  Is this some of the information that
11  Kroger takes into account in evaluating the
12  competitiveness of its retail pricing as compared to
13  some of its other retail competitors?
14     A.  No, it is not.  Kroger uses Daymon and
15  P.L. Marketing, which is their two brokers, to
16  source this same type information.
17     Q.  Irrespective of which source of
18  information they use, Kroger reviews, on a frequent
19  basis, the pricing of its retail competitors to make
20  determinations as to how it would price its product;
21  correct?
22     MS. LEVIN:  I'll object to the form.
23     THE WITNESS:  Yes.
24  BY MR. NOVAK:
25     Q.  Now, in those instances where Kroger has

---

296

1  a higher cost of product attributable to using a
2  cost-plus formula in its acquisition of the product,
3  would it reduce its costs in order to compete with
4  the other retailers?
5      MS. LEVIN:  I'll object to the form.
6      MR. MURRAY:  Did you hear the question?
7  Did you want it read back?
8      THE WITNESS:  No.
9      Yes, they would.  It's up to the KMA
10  whether they want to compete at that level or at a
11  competitive -- a competitive higher cost.
12  BY MR. NOVAK:
13     Q.  And on the flip side, in those instances
14  where Krogers' total cost of product was less than
15  its competitors as a result of using a cost-plus
16  pricing formula, would it enjoy perhaps some
17  additional profit margin at the retail level?
18     A.  I'm sure it would.
19     Q.  Would it necessarily reduce its prices
20  even further, or would it simply, in those occasions
21  where the cost-plus pricing model resulted in Kroger
22  having a lower acquisition cost, just enjoy a higher
23  profit margin?
24     A.  They would probably do several things.
25  They would probably leave the price consistent and

---

297

1  run more features to promote new business.
2      Q.  You were asked some questions about
3  Deposition Exhibit 42.  I'd like you to pull that
4  out if you have that, and specifically I want to run
5  through Page 7 of Deposition Exhibit 42.
6      A.  Okay, I have it.
7      Q.  Now, I'm looking at the different
8  suppliers in -- broken down in geographic regions
9  that set forth -- are you with me on that Page 7 of
10  Deposition Exhibit 42 that says at the top of the
11  page "Suppliers by Geographic Area"?
12     A.  I am.
13     Q.  Okay.  I'd like to ask about a couple
14  states in particular.
15     If I were a consumer in the state of
16  California purchasing banner eggs at a Krogers or a
17  Ralphs store in California, based on this exhibit,
18  would I have -- would I be purchasing eggs that were
19  provided to Kroger by Norco Ranch?
20     A.  Northern California --
21     MS. LEVIN:  Object to the form.  Do you
22  have a time frame?  You're talking about 2010?
23     MR. NOVAK:  Yes, 2010, I believe is the
24  date of the document.
25     THE WITNESS:  Northern California would

---

HIGHLY CONFIDENTIAL

Klump, Thomas                                               April 9, 2014

76 (Pages 298 to 301)

---

**298**

1   be NuCal; Southern California would be Moark.
2   BY MR. NOVAK:
3       Q.  Okay.  And if I were purchasing eggs in
4   the state of Arizona as a consumer at a Fry's or a
5   Krogers, would Rose Acre be the producer from whom
6   the eggs were provided to Krogers?
7       **A.  There's two different divisions in the**
8   **Arizona area, Smith Center Mountain and Fry's.  If**
9   **you purchase them at Fry's stores, it would be Rose**
10  **Acres.  If you were purchasing them at a Smith's**
11  **store, it would have been Hickman who subcontracted**
12  **from Moark.**
13      Q.  Okay.  If I were a consumer purchasing
14  in that time period in the state of Kansas, would
15  the supplier have been Cal-Maine?
16      **A.  Yes, it would.**
17      Q.  If I were a consumer purchasing in the
18  state of Nevada, would it be Hickman's?
19      **A.  If it was a Smith store, yes.**
20      Q.  If I were a consumer purchasing in the
21  state of Utah, would it be Oakdell?
22      **A.  Yes, it would.**
23      Q.  How about a consumer in the state of
24  Nebraska?
25      **A.  You got me.  I'm not sure what stores**

---

**299**

1   are in Nebraska.
2       Q.  Okay.  A consumer in the state of
3   Mississippi, would it be Midwest Poultry?
4       MS. LEVIN:  Again, all your questions
5   are for 2010; is that correct?
6       MR. NOVAK:  Yes.
7       THE WITNESS:  I would say yes.
8   BY MR. NOVAK:
9       Q.  How about a consumer in the state of
10  West Virginia?
11      **A.  Midwest Poultry.**
12      Q.  A consumer in the state of Tennessee?
13      **A.  It could either be Midwest Poultry or**
14  **Rose Acres.**
15      Q.  And I think the only one I didn't cover
16  is New Mexico.
17      **A.  That would be Moark subcontracted**
18  **through Hickman.**
19      Q.  Okay.  Now, would your answers to the
20  questions I just asked be the same for 2009 as they
21  were for 2010?
22      **A.  Yes.**
23      Q.  And would the answers be the same for
24  2011 as they were for 2010?
25      **A.  Depends what part of 2011.**

---

**300**

1       Q.  Okay.  Some of the suppliers would have
2   changed at a certain point in that year?
3       **A.  In April -- April of 2011, the supplier**
4   **to the Atlantic KMA switched from Rose Acres to**
5   **Midwest Poultry.**
6       Q.  Okay.
7       **A.  So the one with Tennessee would be**
8   **Midwest Poultry in the latter part of the year of**
9   **Tennessee.  The earlier part of the year could be**
10  **half Midwest Poultry, half Rose Acres.**
11      Q.  Would the answers to the questions
12  regarding the origin of the supplier have been the
13  same in 2008 as they were in 2010?
14      **A.  Yes.**
15      Q.  And how about 2007?
16      **A.  Yes.**
17      Q.  2006?
18      **A.  Yes.**
19      Q.  2005?
20      **A.  The latter part of 2005, I can say yes.**
21  **Prior to first part of the year, I'm not aware of**
22  **any supplier changes.**
23      Q.  Now, you were providing testimony with
24  respect to the Urner Barry index earlier this
25  afternoon; and one of the things you made reference

---

**301**

1   to is that there are trades made between different
2   egg producers, the pricing of which is reported to
3   Urner Barry; is that correct?
4       **A.  Yes.**
5       Q.  Well, when an egg supplier trades eggs
6   with another egg supplier, is it sometimes possible
7   that the eggs that Kroger purchases from a
8   particular supplier were actually -- were actually
9   produced by a different supplier?
10      MS. LEVIN:  I'll object to the form.
11      THE WITNESS:  Yes.
12  BY MR. NOVAK:
13      Q.  Does that happen frequently?
14      MS. LEVIN:  I'll object to the form.
15      THE WITNESS:  I'm not sure what you mean
16  by "frequently."  It does happen on a frequent
17  occasion; but the volume of eggs compared to the
18  volume that's sold is very small.
19  BY MR. NOVAK:
20      Q.  Okay.  Have you ever heard the term
21  "commodity eggs"?
22      **A.  Yes.**
23      Q.  What does that term mean to you?
24      **A.  Eggs are a commodity.  They're traded on**
25  **an open market system, you know, with basically**

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

77 (Pages 302 to 305)

302

1  **supply dictating the cost of the product.**
2  Q.  Do you consider them to be
3  interchangeable for purposes of supplies that Kroger
4  purchases?
5  A.  Define what you mean by
6  "interchangeable."
7  Q.  Well, I'll withdraw that and ask it a
8  little differently.
9  Kroger, as we've been looking at these
10  suppliers at Page 7 of Exhibit 42, uses a number of
11  different suppliers for their banner eggs, and may,
12  for example, have a different producer for the same
13  banner egg product depending on what state the
14  consumer purchases that product from; correct?
15  A.  Yes.
16  Q.  And Kroger views the egg product as
17  being a sufficiently interchangeable one, that
18  they're not concerned that the supplier was
19  different in California than it was in Michigan or
20  in West Virginia; correct?
21  A.  Correct.
22  MR. NOVAK:  I'm just going to look
23  through my notes for a quick second.  I may be done.
24  THE WITNESS:  One thing I want to clear
25  up is that, in our eastern KMAs in the Kroger

303

1  division, we have an elevated level of vitamin D in
2  our product, which they don't have in the west.  So
3  there is a little difference there.
4  But other than that, the eggs are
5  consistent; and as long as they meet Kroger
6  specifications.
7  MR. NOVAK:  Okay, I think that's all the
8  questions I have.
9  MR. MURRAY:  I got a couple questions.
10  EXAMINATION
11  BY MR. MURRAY:
12  Q.  Do you remember, Mr. Klump, testifying
13  about the ups and downs of the Urner Barry index?
14  A.  Yes, sir, I do.
15  Q.  And at one point I think you said that
16  sometimes one of the dips, suppliers might be
17  selling below their cost.  Do you remember that?
18  A.  Yes, I do.
19  Q.  Okay.  How would you have known that?
20  A.  Just by what the supplier says.  I have
21  **no factual evidence that say it is below their cost;**
22  **but they whine and cry when the Urner Barry gets to**
23  **a certain point, and they say they're losing money.**
24  Q.  So you have no personal knowledge that
25  they were actually -- that the Urner Barry index at

304

1  any point in time was actually below the producer's
2  cost?
3  A.  I do not.
4  Q.  Okay.  Do you have any visibility into
5  your supplier's costs?
6  A.  I do not.
7  Q.  Can you look at Exhibit 53.  It's an
8  unsigned letter from Bob Hodges to Gary Stull dated
9  February 15th, 2005.
10  A.  Okay, I have it.
11  Q.  Okay.  Do you see in there, in the first
12  paragraph where it mentions that, as a result of
13  equalizing prices between divisions, that Moark --
14  it says -- this move -- the equalization of the
15  price between two divisions will eliminate all
16  margins to Moark on the account?
17  A.  Yes, I do.
18  Q.  Okay.  Do you know whether that
19  statement is factually true?
20  A.  I do not.  All producers have a
21  **different cost of goods, based on their efficiency,**
22  **their grain buying practices, and everything else.**
23  **So it's -- without looking at their**
24  **books, it would be a hard thing to justify.**
25  Q.  And Kroger doesn't have visibility to

305

1  their books?
2  A.  I do not, no.
3  Q.  Moark's books, right?
4  A.  No.
5  MR. MURRAY:  Okay.  I have no further
6  questions.
7  MS. LEVIN:  I have a couple of
8  follow-up.
9  FURTHER EXAMINATION
10  BY MS. LEVIN:
11  Q.  Mr. Klump, are you stating that your
12  testimony earlier today with respect to the Urner
13  Barry index dipping below certain suppliers' costs
14  was false?
15  A.  No, I'm just saying I was going off what
16  **they said, and I have no factual evidence that**
17  **says -- I didn't visualize that -- I didn't see the**
18  **fax that said it was.  I was going by what they told**
19  **me, that it was below their cost.**
20  Q.  So the testimony may have been false
21  earlier today?
22  MR. MURRAY:  Object to the form of the
23  question.  He's clarified it.
24  BY MS. LEVIN:
25  Q.  That was your testimony earlier today,

HIGHLY CONFIDENTIAL

Klump, Thomas                                              April 9, 2014

78 (Pages 306 to 309)

---

**306**

1  wasn't it?
2      **A.  Yes, I did say it was below cost, but I**
3  **was going off of what they had told me and not off**
4  **of the -- a -- if somebody says can you verify that**
5  **100 percent that it was below cost, I'd have to say,**
6  **no, I do not have the facts that says it was.  Just**
7  **that they told me it was below their cost.**
8      Q.  Was any of your other testimony here
9  today based on speculation?
10     **A.  No.**
11     Q.  Or assumption that certain facts might
12 be true?
13     **A.  No.  If it was, I --**
14     Q.  Just that one piece of testimony?
15         MR. MURRAY:  Let him finish.  He wasn't
16 done.
17         MS. LEVIN:  Okay, go ahead.
18         MR. MURRAY:  You cut him off for about
19 the tenth time.
20         MS. LEVIN:  Go ahead, finish.
21         THE WITNESS:  If it was, I would have
22 stated it in my answer.
23 BY MS. LEVIN:
24     Q.  But that one particular piece of
25 testimony that you gave today, you're now providing

---

**307**

1  this clarification for?
2      **A.  Yes.**
3      Q.  But there's not any other testimony that
4  you need to clarify?
5      **A.  Not that I'm aware of.**
6      Q.  Have you discussed the allegations of
7  the Complaint with any of your suppliers?
8      **A.  The allegations of the Complaint?**
9      Q.  Yes.  Have you discussed the Complaint
10 with any of your suppliers?
11         MR. MURRAY:  Objection; outside the
12 scope.
13         THE WITNESS:  No.
14 BY MS. LEVIN:
15     Q.  Since the Complaint was filed, you've
16 not had any conversations with any of your suppliers
17 about the allegations of the Complaint?
18         MR. MURRAY:  Same objection.
19         THE WITNESS:  No.  The only thing that I
20 was told, that I was told by Midwest Poultry that
21 they had settled their Complaint.
22 BY MS. LEVIN:
23     Q.  You haven't discussed the Complaint with
24 Mr. Hinton of Rose Acre?
25     **A.  No.**

---

**308**

1      Q.  You haven't discussed a potential
2  counterclaim with Mr. Hinton of Rose Acre?
3      **A.  No.**
4      Q.  You've never discussed the Complaint or
5  a potential counterclaim with Mr. Krouse?
6      **A.  No.  Didn't know about the counterclaim.**
7          MS. LEVIN:  I have no further questions.
8          THE VIDEOGRAPHER:  Anyone else on the
9  phone?
10         MR. MURRAY:  No, I think that's it.
11         Can we designate the entire deposition
12 highly confidential under the protective order, and
13 don't waive signing.
14         THE VIDEOGRAPHER:  We are off the record
15 at 17:51.
16         (Videotaped deposition concluded
17         at 5:51 p.m.)
18
19
20
21
22
23
24
25

---

**309**

1
2          C E R T I F I C A T I O N
3
4
5      I hereby certify that I have read the
6  foregoing transcript of my deposition testimony, and
7  that my answers to the questions propounded, with
8  the attached corrections or changes, if any, are
9  true and correct.
10
11 -----------------------------------
   THOMAS KLUMP
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

HIGHLY CONFIDENTIAL

Klump, Thomas

April 9, 2014

79 (Page 310)

310

CERTIFICATE OF SHORTHAND REPORTER

1
2
3          I, Gail Inghram Verbano, Registered
4     Diplomate Reporter, Certified Realtime Reporter,
5     Certified Shorthand Reporter (CA) and Notary Public,
6     the officer before whom the foregoing proceedings
7     were taken, do hereby certify that the foregoing
8     transcript is a true and correct record of the
9     proceedings; that said proceedings were taken by me
10    stenographically and thereafter reduced to
11    typewriting under my supervision; and that I am
12    neither counsel for, related to, nor employed by any
13    of the parties to this case and have no interest,
14    financial or otherwise, in its outcome.
15
16
17
18    _____
19    Gail Inghram Verbano, CSR, RDR, CRR
      CA-CSR No. 8635
20
21
22
23
24
25