# ATTACHMENT 34

HIGHLY CONFIDENTIAL

Langan, Thomas                                    March 13, 2014

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------ :

IN RE: PROCESSED EGG PRODUCTS    :    MDL NO. 2002

ANTITRUST LITIGATION             :    08-md-02002

------------------------------ :

THIS DOCUMENT RELATES TO         :

Kroger, Inc. v. United Egg       :

Producers, et al.,               :

No. 2:10-cv-06705 GP             :

------------------------------ :

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION

OF THOMAS LANGAN

Thursday, March 13, 2014

Tenafly, New Jersey

9:04 a.m.

HIGHLY CONFIDENTIAL

Langan, Thomas

March 13, 2014

2 (Pages 2 to 5)

**2**

1       T R A N S C R I P T of the Highly Confidential
2    30(b)(6) Videotaped Deposition of THOMAS LANGAN,
3    called as a witness for examination by Defendants,
4    pursuant to the Federal Rules of Civil Procedure of
5    the United States District Court, held at the Clinton
6    Inn Hotel and Event Center, 145 Dean Drive, Tenafly,
7    New Jersey, on Thursday, March 13, 2014, commencing at
8    approximately 9:04 a.m., before Josephine H. Fassett,
9    a Certified Court Reporter, Registered Professional
10   Reporter, Certified Livenote Reporter and Notary
11   Public of the State of New Jersey.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**3**

1    A P P E A R A N C E S :
2
3    On Behalf of Plaintiff Conopco, Inc. and the witness,
4    Ramesh Daga:
5       KENNY NACHWALTER, P.A.
6       1100 Miami Center
7       201 Soth Biscayne Boulevard
8       Miami, Florida 33131-4327
9       305.373.1000
10   BY:  KEVIN J. MURRAY, ESQ.
11       kmurray@kennynachwalter.com
12
13   On Behalf of Defendants Michael Foods, Inc. and
14   Papetti's Hygrade Egg Products, Inc.:
15       STINSON LEONARD STREET LLP
16       150 South Fifth Street
17       Suite 2300
18       Minneapolis, Minnesota 55402
19       621.335.1568
20   BY:  PETER J. SCHWINGLER, ESQ.
21       peter.schwingler@stinsonleonard.com
22
23
24
25

**4**

1    A P P E A R A N C E S :
2
3    On Behalf of Defendant Rose Acre Farms, Inc.:
4       PORTER, WRIGHT, MORRIS & ARTHUR, LLP
5       41 South High Street
6       Suites 2800 - 3200
7       Columbus, Ohio 43215-6194
8       614.227.4440
9    BY TELEPHONE:  ANDREW J. MOODY, ESQ.
10       amoody@porterwright.com
11
12
13   A L S O   P R E S E N T :
14       MARCELO RIVERA, Videographer
15
16
17
18
19
20
21
22
23
24
25

**5**

1    -----------------------INDEX----------------------
2    WITNESS                         PAGE
3    THOMAS LANGAN
4       By Mr. Schwingler                9
5
6
7
8    -----------------INDEX OF EXHIBITS-----------------
9    EXHIBIT                           PAGE
10   Exhibit 1   Defendants' Notice of Deposition to
11       Plaintiff Conopco, Inc. Pursuant
12       to Fed. R. Civ. P. 30(b)(6)        19
13   Exhibit 2   E-mail Exchange, Bates
14       CPCEGED00104137 to CPCEGED00104152     30
15   Exhibit 3   E-mail, Bates CPCEGED00071679 to
16       CPCEGED00071680                 40
17   Exhibit 4   E-mail, Bates CPCEGED00083571 to
18       CPCEGED00083572                 42
19   Exhibit 5   E-mail, Bates CPCEGED00083641 to
20       CPCEGED00083643                 51
21   Exhibit 6   Email Exchange, Bates CPCEGED00103941
22       to CPCEGED00103943              60
23   Exhibit 7   Email Exchange, Bates CPCEGED00103948
24       to CPCEGED00103952              69
25

HIGHLY CONFIDENTIAL

Langan, Thomas          March 13, 2014

3 (Pages 6 to 9)

---

**6**

1  ------------------INDEX OF EXHIBITS------------------
2  EXHIBIT                    PAGE
3  Exhibit 8  Email Exchange, Bates CPCEGED00103971
4        to CPCEGED00103972      76
5  Exhibit 9  Email Exchange, Bates CPCEGED00103977
6        to CPCEGED00103982      78
7  Exhibit 10  Email Exchange, Bates CPCEGED00084171
8        to CPCEGED00084177      87
9  Exhibit 11  Email Exchange, Bates
10        CPCEGED00103983 to CPCEGED00103990  98
11  Exhibit 12  Email Exchange, Bates
12        CPCEGED00084222 to CPCEGED00084227  107
13  Exhibit 13  Email, Bates CPCEGED00104048 to
14        CPCEGED00104049      111
15  Exhibit 14  Email Exchange, Bates CPCEGED00132785
16        to CPCEGED00132794      112
17  Exhibit 15  Email, Bates CPCEGED00104050 to
18        CPCEGED00104055      115
19  Exhibit 16  PowerPoint, Bates CPCEGED00066366
20        to CPCEGED00066373      128
21  Exhibit 17  Email Exchange, Bates CPCEGED00095061
22        to CPCEGED00095062      130
23  Exhibit 18  Email Exchange, Bates CPCEGED00104230
24        to CPCEGED00104236      133
25

---

**7**

1  ------------------INDEX OF EXHIBITS------------------
2  EXHIBIT                    PAGE
3  Exhibit 19  Email Exchange, Bates CPCEGED00099652
4        to CPCEGED00099659      145
5  Exhibit 20  Email Exchange, Bates CPCEGED00097333
6        to CPCEGED00097337      154
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**8**

1      (Whereupon, on the video record.)
2      THE VIDEOGRAPHER:  This is DVD No. 1 of the
3  video deposition of Mr. Thomas Langan in the
4  matter In Re:  Processed Eggs Products Antitrust
5  Litigation in the United States District Court
6  for the Eastern District of Pennsylvania.
7      This deposition is being held at the Clinton
8  Inn Hotel and Event Center located at 145 Dean
9  Drive, Tenafly, New Jersey, on March 13, 2014, at
10  approximately 9:04 a.m.
11      My name is Marcelo Rivera from the firm of
12  Henderson Legal Services.
13      The court reporter is Josephine Fassett in
14  association with Henderson Legal Services,
15  located at 1015 15th Street, Northwest, Suite
16  525, Washington, D.C.
17      Will present counsel please introduce
18  themselves for the record.
19      MR. SCHWINGLER:  Peter Schwingler of Stinson
20  Leonard Street on behalf of Defendant Michael
21  Foods.
22      MR. MURRAY:  Kevin Murray from Kenny
23  Nachwalter on behalf of Plaintiff Conopco, Inc.,
24  and the witness, Mr. Langan.
25      People on the phone.

---

**9**

1      Could anyone on the phone make an
2  appearance?
3      THE VIDEOGRAPHER:  Counsel on the phone?
4      MR. MOODY:  Sorry.  Andrew Moody, Porter
5  Wright, Rose Acre Farms.
6      THE VIDEOGRAPHER:  Will the court reporter
7  please swear in the witness.
8  T H O M A S    L A N G A N, the witness, having been
9  duly sworn, was examined and testified under
10  oath as follows:
11  EXAMINATION BY
12  MR. SCHWINGLER:
13      Q  Good morning, Mr. Langan.  My name is Pete
14  Schwingler.  I represent Michael Foods in this case.
15      Have you ever had your deposition taken
16  before?
17      **A  No.**
18      Q  Could you state your name for the record?
19      **A  Thomas Langan.**
20      Q  And what is your address?
21      **A  Home address?**
22      Q  Correct.
23      **A  119 North Fairfax Street, Falls Church,**
24  **Virginia 22046.**
25      Q  Because you've been never been deposed

HIGHLY CONFIDENTIAL

Langan, Thomas

March 13, 2014

4 (Pages 10 to 13)

---

**10**

1  before, I'm just going to go over some of the ground
2  rules which you may have already discussed with your
3  counsel, but this is testimony under oath.  Are you
4  aware that it can be used at trial if this case goes
5  to trial?
6      A   Yes.
7      Q   And it is under video.  You're aware that
8  you're being video recorded?
9      A   Yes.
10         MR. MURRAY:  Twice, yesterday and today.
11     Q   What's very important for a deposition,
12  because we have a court reporter, is that you give
13  oral responses rather than nodding your head or
14  shaking your head.  Do you understand that?
15     A   Yes.
16     Q   And try to avoid words like uh-huh or uh-uh,
17  because they don't show up very well on the
18  transcript, so yes or no would be preferable.
19         We can take breaks whenever you'd like.  The
20  only thing I'd ask is that, if there's a pending
21  question, that you answer it before we take a break.
22  Do you understand?
23     A   Yes.
24     Q   And, if I ask a question, you don't
25  understand the question, make sure you tell me that

---

**11**

1  and I can try to make it more clear.  But if you
2  answer a question, I'll assume that you understood it.
3  Is that fair?
4      A   Yes.
5      Q   And it's very important that you answer
6  fully and to the best of your knowledge.  Is there any
7  reason why you can't do that today?
8      A   No.
9      Q   Are you aware that Conopco has filed a
10  lawsuit against a number of entities, including United
11  Egg Producers, United States Egg Marketers, and a
12  number of egg producers?
13     A   Yes.
14     Q   What is your understanding of the
15  allegations in the lawsuit?
16     A   The complaint alleges that the defendants
17  conspired to increase the price of eggs through
18  restriction of supply under an Animal Welfare Program
19     Q   Do you have any -- do you personally believe
20  that any of the defendants fixed the price or supply
21  of eggs?
22         MR. MURRAY:  Objection to the form of the
23  question.  Calls for speculation.
24     A   I don't know.
25     Q   Are you an employee or -- scratch that.

---

**12**

1      Q   Who is your employer?
2      A   Unilever United States Conopco, also known
3  as Conopco, Inc.
4      Q   And do you -- are you employed by Conopco,
5  Inc. itself or by its parent company?
6      A   I mean my -- my HR entrance was done through
7  Unilever United States, so I think that means I'm
8  employed by Unilever United States.
9      Q   What's your --
10     A   Also known as Conopco.
11     Q   What is your title with Unilever United
12  States?
13     A   Title is External Affairs Director for North
14  America.
15     Q   How long have you had that title?
16     A   I had that title for about two years.
17     Q   And what are your duties as external affairs
18  director for North America?
19     A   I lead our external affairs team, which is a
20  group of four professionals, and we represent the
21  company to government.  We work on issues,
22  legislation, public policy issues.
23         We also manage issues for the business.
24  Coordinate company policies on external issues.
25         We -- in my job I also am responsible for

---

**13**

1  company interactions with nongovernmental
2  organizations that are, you know, working on various
3  issues that impact the business.  And also manage our
4  company's involvement with trade associations and
5  industry groups.
6      Q   Before being the external affairs director
7  for Unilever, what was your prior role?
8      A   It was very similar, just the title had
9  changed as we reorganized.  But it was, my title
10  before that was Director of Government Relations.  I
11  still had similar responsibilities but they changed
12  the title in our group function name?
13     Q   How long were you the director of government
14  relations?
15     A   I was director of government relations for,
16  I think it was, that title came in effect in around
17  2006, so -- until two years ago, so I guess that was
18  six years.
19     Q   And what was your title before director of
20  government relations?
21     A   Before that, my title, from when I joined
22  the company until 2006 -- I joined the company in
23  1995 -- my title was manager of government relations
24     Q   What were your responsibilities as manager
25  of government relations?

---

HIGHLY CONFIDENTIAL

Langan, Thomas                                                    March 13, 2014

5 (Pages 14 to 17)

---

14

1    A   Similar, although my focus at the time was
2  on state-level policy and activities, so state
3  legislation/state issues.  And I also was involved
4  with federal, you know, congressional issues and
5  national issues related to our personal care products
6  business.
7    Q   When you were director of government
8  relations, was that more of a national focus than when
9  you were manager of government relations?
10   A   I -- a little bit more.  It was, I still had
11 another, a boss that did most of the national focus,
12 but --
13   Q   Who's that boss?
14   A   He's retired.  His name was Dave Lustig.
15   Q   What was his title?
16   A   His title -- at the time?
17   Q   Yeah.  When he was your boss, what was David
18 Lustig's title?
19   A   He was -- well, he -- he had a few different
20 titles when I was working for him.  But at one point
21 when I started I was manager, he was director of
22 government relations.  When I was director, he used
23 the title of vice president of government relations.
24   Q   Prior to working at Unilever, where did you
25 work?

---

15

1    A   I worked for the Grocery Manufacturers of
2  America.
3    Q   What is the Grocery Manufacturers of
4  America?
5    A   It is a national trade association in
6  Washington, D.C.  It represents grocery product
7  manufacturers.
8    Q   And is Unilever a member of the GMA?
9    A   Yes.
10   Q   To your knowledge, is Kraft a member of the
11 GMA?
12   A   Yes.
13     MR. MURRAY:  When he was working or
14 currently?
15     MR. SCHWINGLER:  Good question.  Let's take
16 it back.
17     MR. MURRAY:  What period of time?
18   Q   Between 1999 and 2008, was Unilever a member
19 of the GMA?
20   A   Yes.
21   Q   Between 1999 and 2008, was Kraft a member of
22 the GMA?
23   A   As far as I know, yes.
24   Q   And, to your knowledge, between 1999 and
25 2008 was Kelloggs part of GMA?

---

16

1    A   I believe so.
2    Q   And, to your knowledge, between 1999 and
3  2008 was Heintz part of GMA?
4    A   I believe they were, yeah.
5    Q   What was your role when you worked for the
6  GMA?
7    A   My role -- my -- I had a few different
8  roles.  I started out as -- first as an intern at a
9  graduate school.  And then I became a -- worked in a
10 communications department working on media relations.
11 And then I became manager of state government affairs.
12   Q   When you were manager of state government
13 affairs, what were your, what were your
14 responsibilities?
15   A   Advocating the GMA position on state
16 legislation that impacted the industry and the member
17 companies.
18   Q   When you were an employee at GMA, did the
19 organization engage in issues related to animal
20 welfare?
21   A   I -- I don't know.  I don't know.
22   Q   Do you know whether the organization
23 currently engages in issues related to animal welfare?
24   A   I'm not aware if they're engaging in animal
25 welfare issues.

---

17

1    Q   You haven't been to any GMA meetings where
2  animal welfare's been discussed?
3    A   No.
4    Q   You're aware that Conopco and its affiliates
5  or some of its affiliates buy egg products, correct?
6    A   Yes.
7    Q   What does the term "egg product" mean to
8  you?
9    A   To me it means egg ingredients for our
10 products.
11   Q   So not the egg that's still in the shell in
12 a carton at the grocery store but something else?
13   A   Egg ingredients for -- Unilever's use would
14 be liquid eggs ingredients I think for to make
15 processed foods.
16   Q   What, to your knowledge, was it Unilever
17 used liquid egg ingredients to produce?
18   A   The two areas would be mayonnaise and ice
19 cream.
20   Q   How about pasta sauce?
21   A   I'm not aware of use in pasta sauce.
22   Q   But mayonnaise and ice cream are the two big
23 areas, at least to your knowledge?
24   A   Two.  Yeah, the two that I know of.
25   Q   In your role as manager of government

---

HIGHLY CONFIDENTIAL

Langan, Thomas                                          March 13, 2014

6 (Pages 18 to 21)

---

**18**

1   relations, were you involved in Unilever or --
2   actually, strike it.
3           So, I'm going to use the term Conopco to
4   mean Conopco and any of its affiliates that buy eggs
5   that you were involved in.  If there's ever any
6   confusion or if an answer is different for one company
7   or another, I'll either specify in my question or I'll
8   ask that you ask for clarification.  But do you
9   understand that when I refer to Conopco I mean
10  Unilever and its operating companies in the United
11  States?
12      A   Yes.
13      Q   Okay.  In your role as manager of government
14  relations, were you involved in Conopco's egg
15  purchasing decisions?
16      A   No.
17      Q   So you weren't involved in choosing which
18  egg products to buy?
19      A   No.
20      Q   Or choosing from which suppliers to buy
21  those products?
22      A   No.
23      Q   Okay.  When you were director of government
24  relations, were you involved in Conopco's egg
25  purchasing decisions?

---

**19**

1       A   No.
2       Q   When you were director of government
3   relations, though, you did have, you were involved in
4   communications related to egg purchasing, correct?
5       A   I was involved in the issue of animal
6   welfare that's related to our egg products that we
7   were purchasing.
8       Q   Yeah.  And as the external affairs director
9   for North America, are you involved in Conopco's egg
10  purchasing decisions?
11      A   No.
12      Q   Are you involved in issues related to animal
13  welfare for egg laying hens?
14      A   Yes.
15          MR. SCHWINGLER:  So this will be the
16      30(b)(6) notice.  Could I get this marked as
17      Exhibit 1.
18          So for counsel on the phone, Mr. Langan has
19      been designated as a 30(b)(6) rep for three
20      topics, and so Exhibit 1 will just be the
21      30(b)(6) notice.
22          (Defendants' Notice of Deposition to
23      Plaintiff Conopco, Inc. Pursuant to Fed. R.
24      Civ. P. 30(b)(6) marked as Langan Exhibit 1, as
25      of this date.)

---

**20**

1   BY MR. SCHWINGLER:
2       Q   Mr. Langan, you've been handed what's been
3   marked as Exhibit 1, which for the record is the Rule
4   30(b)(6) Notice served upon Conopco by the defendants.
5           Are you familiar with this document?  And
6   feel free to take as much time as you need to review
7   it.
8       A   (Reviews.)  Yes, I am.
9       Q   Do you understand that you've been
10  designated to testify on Conopco's behalf with respect
11  to three of the topics listed in this document?
12      A   Yes.
13      Q   Do you know which three topics those are?
14      A   Yes.  13, 16, and I believe it's 30.  Yes,
15  13, 16 and 30.  I understand.
16      Q   Did you do anything to prepare for your
17  testimony on those three topics?
18      A   I met yesterday with counsel, Kevin, our
19  counsel, to review, prepare for this to review it with
20  him.
21          Other than meeting yesterday with counsel,
22  have you done anything to prepare to testify on those
23  three topics?
24      A   No.
25      Q   Have you reviewed any documents to prepare

---

**21**

1   to testify on those three topics?
2       A   Yes, I -- yes, I did.
3       Q   Just generally, what types of documents did
4   you review?
5       A   I reviewed various emails that Kevin showed
6   me related to I may have -- I sent, I guess, from the
7   records, email documents, -- printouts of emails.
8       Q   Other than outside counsel, have you spoken
9   with anyone at Conopco about this deposition?
10      A   Yes.
11      Q   Who did you speak to?
12      A   Stuart Cobert who's our in-house counsel.
13      Q   Other than Mr. Cobert and outside counsel,
14  have you spoken with anyone at Conopco about this
15  deposition?
16      A   No.
17          MR. MURRAY:  I will allow you to ask,
18      without waiving attorney-client privilege, the
19      fact that he confirmed with in-house counsel that
20      there were no government investigations.  That
21      was Topic No. 30.
22          MR. SCHWINGLER:  Okay.
23          MR. MURRAY:  And he did talk to him about
24      that.  It did not involve legal advice, it was
25      only confirming the fact that that was one of the

---

HIGHLY CONFIDENTIAL

Langan, Thomas

March 13, 2014

7 (Pages 22 to 25)

22

1    topics, and that was confirmed with in-house
2    counsel.
3        MR. SCHWINGLER: Okay. Let's get Topic 30
4    out of the way.
5        MR. MURRAY: Okay.
6    BY MR. SCHWINGLER:
7        Q    Are you aware whether Conopco has spoken
8    with the U.S. Department of Justice related to any
9    investigation into price fixing by egg producers?
10       A    I'm not aware.
11       Q    Are you aware of whether Conopco has --
12   withdrawn.
13           Has Conopco spoken with the U.S. Department
14   of Justice in connection with any investigation into
15   price fixing in the egg industry?
16       A    Not that I know of.
17       Q    Has Conopco spoken with the Federal Trade
18   Commission in connection with any investigation into
19   price fixing by egg producers?
20       A    Not that I know of.
21       Q    Has Conopco spoken with the Florida Attorney
22   General's office in connection with any investigation
23   into price fixing by egg producers?
24       A    Not that I know of.
25       Q    Has Conopco spoken with any state or federal

23

1    agency in connection with any investigation between
2    2006 and present related to price fixing by egg
3    producers?
4        A    Not that I know of.
5        Q    And by price fixing I also mean allegations
6    of supply production as well. Does that change your
7    answer to any of my questions?
8        A    No.
9        Q    Other than animal welfare issues, are you
10   aware -- are you familiar with any of the factors
11   Conopco considers when it chooses which egg products
12   to buy?
13       A    I'm aware of general, the type of eggs that
14   we're generally trying to buy, like, in liquid form I
15   think is what we, but that would be just about it.
16       Q    So beyond the -- beyond the liquid versus
17   shell distinction, you wouldn't be familiar with any
18   product specs for specific products?
19       A    No. No.
20       Q    Have you ever spoken with the R&D personnel
21   at Conopco about what they're looking for in an egg
22   product?
23       A    Not that I could recall, no.
24       Q    And you're not familiar with which specific
25   types of egg product the mayonnaise -- let me withdraw

24

1    and rephrase that.
2        You're not familiar with which specific
3    types of egg products Conopco uses to make mayonnaise
4    specifically, correct?
5        A    No.
6        Q    And the same is true for ice cream?
7        A    The only -- I know that for ice cream Ben &
8    Jerry's uses yolks. I'm familiar with that. And I
9    think other, but I don't know. That's basically it,
10   my basic knowledge, I don't really know the full specs
11   of it.
12       Q    Are you familiar with which companies
13   Conopco purchased egg products from between 2004 and
14   2008?
15       A    I can't say for sure. I know, I mean I'm
16   generally aware that Michael Foods is a supplier. I
17   don't, I don't know what other ones might be a
18   supplier, though. Offhand I don't know.
19       Q    Are you familiar with the name Rose Acres?
20       A    I've heard of that.
21       Q    Do you know whether Conopco purchased egg
22   products from Rose Acres between 2004 and 2008?
23       A    I can't say for sure, I don't know.
24       Q    When you were the director of government
25   relations for Conopco, did you deal with issues

25

1    related to animal welfare -- let me, let me rephrase
2    that.
3        In your role as director of government
4    relations, did you deal with animal welfare issues
5    related to egg laying hens?
6        A    Yes.
7        Q    And prior to your role as director of
8    government relations when you were the manager of
9    government relations, did you deal with animal welfare
10   issues at that time as well?
11       A    Related to egg laying hens? Can you clarify
12   or --
13       Q    Let's go just generally.
14       A    Generally. Yes.
15       Q    And did you, as manager of government
16   relations, deal with animal welfare issues related to
17   egg laying hens specifically?
18       A    I believe so, yeah. I believe at that time
19   there was, those issues, I was involved with those
20   issues, but towards the end.
21       Q    You became manager of government relations
22   in 1995, correct?
23       A    Yes.
24       Q    Did you start dealing with animal welfare
25   issues related to egg laying hens around 1995?

HIGHLY CONFIDENTIAL

Langan, Thomas                                    March 13, 2014

8 (Pages 26 to 29)

---

26

1          A   No.
2          Q   Do you recall when you first engaged with
3   that issue?
4          A   I believe it would have been -- I don't
5   recall, but it was probably like 2000 or 2002, maybe,
6   something like that.
7          Q   Do you recall McDonald's announcing animal
8   welfare guidelines for egg laying hens in the early
9   2000s?
10         A   I have a recollection of it, yeah, something
11  McDonald's doing.  Yeah, they do a lot of things with
12  animal welfare in general, but I don't know
13  specifically what they announced on eggs.
14         Q   Do you recall when that announcement
15  occurred?
16         A   No.
17         Q   Do you recall whether that announcement
18  caused any internal discussions within Conopco or
19  Unilever about animal welfare?
20         A   No.
21         Q   Other than director of government relations,
22  manager of government relations, what job titles bear
23  responsibility for animal welfare within Conopco?
24         A   I'm not aware of any other job titles that
25  bear responsibility for it.

---

27

1          Q   As director of government relations for
2   Conopco, did you have the authority to dictate to the
3   manufacturing side of the business from which
4   suppliers they would buy egg products?
5          A   No.
6          Q   So you would not have had the responsibility
7   to instruct them to buy eggs from one producer for
8   animal welfare-related reasons, correct?
9          A   That's correct.
10         Q   Who would make that decision?
11         A   I -- the procurement group makes the
12  decision.
13         Q   So what would your role be relative to the
14  procurement group as it relates to animal welfare?
15         A   My role was to coordinate company positions
16  on external issues that we're facing, like animal
17  welfare.  So in coordinating a company position, I
18  would consult with procurement and marketing and other
19  areas, but -- yeah.  So it would just be, you know,
20  consulting with them on issues.
21         Q   Are you familiar with the UEP Certified
22  Program?
23         A   Yes.
24         Q   What is your understanding of the UEP
25  Certified Program?

---

28

1          A   My understanding is, is the egg industry's
2   standard for animal welfare that most, nearly all egg
3   producers I understand follow.
4          Q   What does UEP stand for?
5          A   United Egg Producers.
6          Q   To your knowledge, what does UEP do?
7          A   I believe it's a trade association for egg
8   producers.
9          Q   And what's UEP's relation to the UEP
10  Certified Program?
11         A   I'm -- my understanding is that the, the
12  United Egg Producers created the UEP Certified
13  Program.  It's an Animal Welfare Program for the
14  industry.
15         Q   Are you aware of any, any of the specific
16  requirements of the UEP Certified Program?
17         A   Specific, no.  General.
18         Q   What's your understanding of the general
19  requirements of the UEP Certified Program?
20         A   It has provisions related to the size of the
21  battery cages that the industry would use and the -- I
22  don't know -- different treatments of the animals and
23  but I don't -- that's about it, I don't know all the
24  details.
25         Q   But cage size is one of the --

---

29

1          A   I understand it is, yeah.
2          Q   And what is your understanding of how -- let
3   me withdraw the question.
4              Do you understand that the UEP Certified
5   Program imposes a minimum cage space per hen
6   requirement?
7          A   My understanding is that the cage size
8   minimum is part of the program, yeah.
9          Q   And by "cage size minimum" what do you mean?
10         A   My understanding is that they had smaller
11  cages and they were requiring participants to use
12  bigger cages.
13         Q   So this would be more space for each hen in
14  a given cage, correct?
15         A   I believe so.  I don't know how many hens
16  were in each cage, so I'm not.  But that's my
17  understanding is that you're trying to create more
18  space for, you know.
19         Q   So the hens would have more room to move
20  around?
21         A   That's my understanding of that part of it.
22         Q   Do you understand why a cage space minimum
23  would be included in an animal welfare standard for
24  egg laying hens?
25         A   From what I understood from, you know,

---

# HIGHLY CONFIDENTIAL

Langan, Thomas                                      March 13, 2014

9 (Pages 30 to 33)

---

30

1  communications with groups, Humane Society and others,
2  is that they were looking at ways that hens can
3  exhibit natural behaviors and have room to spread
4  their wings, or whatever, and to move around.
5      Q   Does Conopco support the preservation of the
6  UEP Certified Program?
7      A   We don't have a position on that, I don't
8  believe, I don't -- I don't know.  I don't think so.
9      Q   Does Conopco believe that the UEP Certified
10  Program is a valuable program?
11      MR. MURRAY:  Objection, vague.
12      A   We believe that our understanding was that
13  the UEP program was meant to advance animal welfare,
14  so to that extent we, we support our suppliers
15  complying, you know, meeting industry standards for
16  animal welfare.
17      (E-mail Exchange, Bates CPCEGED00104137 to
18  CPCEGED00104152, marked as Langan Exhibit 2, as
19  of this date.)
20  BY MR. SCHWINGLER:
21      Q   Mr. Langan, you've been handed what's been
22  marked as Exhibit 2.
23      MR. SCHWINGLER:  Which, for the record, is
24  an email bearing the Bates numbers ending in --
25  or CPCEGED00104137 through 138, and then the

---

31

1      attachment beginning on Bates 104139 through 152.
2      Q   You're free to review this document as long
3  as you'd like, but I can also direct you to the
4  specific areas where I'll have questions as well.
5      A   (Reviews.)  Okay.
6      Q   The first question I have is, if you'd turn
7  to the first page of the exhibit.  It appears to be an
8  email from Eric Ostern to you on January 26, 2010.  Is
9  that correct?
10      A   Yes.
11      Q   And I may be not pronouncing this right.
12  Who is Eric Ostern?
13      A   Yeah, Eric Ostern.  He is -- he joined the
14  company around that time, I believe, so his title was
15  manager for -- it's a corporate responsibility, yeah,
16  to that extent.
17      Q   Was --
18      A   Sustainability and corporate responsibility
19  or something.
20      Q   Was that a new position created around that
21  time or had that been existing for a while at Conopco?
22      A   No, it was fairly new.  It was, yeah, it was
23  probably closer to that time.
24      Q   And what was -- what was Mr. Ostern's role
25  as manager of sustainability, for lack of a better

---

32

1  term?
2      A   Right.  His role was -- was to, I guess I
3  would say, I don't know, implement or manage the --
4  our U.S. business environment within Unilever Global
5  Sustainable Living Plan, Global Sustainable Living
6  Plan.  And he was sort of the person in our business
7  then on managing different, you know, how we're
8  involved with it.
9      Q   And would he be involved with animal
10  welfare-related discussions inside Conopco?
11      A   Yeah.  At this point he was involved with
12  the cage-free eggs, yes.
13      Q   So it looks like this email is from him to
14  you and it's simply forwarding an email string below,
15  correct?
16      A   Yes.
17      Q   And part of that is as attachments that
18  starts on the third page of the exhibit.
19      If you could turn to the page ending in
20  104139.  Do you recognize this document?
21      A   No, I'm not familiar with it at all.  I
22  probably -- I must have seen it but I don't recall it.
23      Q   So I take it you didn't create this
24  document?
25      A   No.

---

33

1      Q   If you'd switch to the next page ending in
2  104140, there's a -- a third of the way down there's a
3  little header that says Reactive Only: Key Messages.
4  Do you see that?
5      A   Yes.
6      Q   And then right below that it says
7  Unilever/Hellmann's and Animal Welfare.  Do you see
8  that?
9      A   Yes.
10      Q   What is Hellmann's?
11      A   Hellmann's is our mayonnaise brand.
12      Q   And that's manufactured by Conopco, correct?
13      A   Yes.
14      Q   Hellmann's is a very important product for
15  Conopco?
16      MR. MURRAY:  Objection to the form of the
17  question.  It's vague.
18      A   Yes.  It's one of our brands, so it's
19  important to us.
20      Q   It's a pretty big seller?
21      MR. MURRAY:  Objection, vague.
22      A   Yes.  I guess.  Yeah.
23      Q   I guess my question is -- I'm not trying to
24  ask acute questions to you -- is it -- it's a
25  significant product that Conopco sells?

---

HIGHLY CONFIDENTIAL

Langan, Thomas

March 13, 2014

10 (Pages 34 to 37)

---

**34**

1    A  Yes.
2    Q  It's not a minute fraction of the business?
3    A  Yes.
4    Q  There's, you know, millions of dollars, if
5  not more, of mayonnaise that's sold every year?
6    A  Yes.
7    Q  In fact, it's a product that's sold
8  throughout the entire United States?
9    **A  Under the Hellmann's or Best Foods brand.**
10  **Hellmann's not everywhere.  In the West Coast, sorry,**
11  **West of the Rockies it's we use the Best Food brand**
12  **name --**
13    Q  Apart --
14    **A  -- mayonnaise.**
15    Q  So Hellmann's or Best Foods, between those
16  two brand names, that's a mayonnaise product that's
17  sold in all 50 states, correct?
18    **A  Yes.**
19    Q  If you could go to the fourth bullet down
20  under the heading Unilever/Hellmann's and Animal
21  Welfare -- actually, if you'd go to the third bullet
22  down.
23       That bullet says:  There are several
24  certification programs that improve hen welfare in the
25  U.S. and Canada that we require our egg suppliers to

---

**35**

1  comply with.  United Egg Producers Certified standard
2  for hen welfare (U.S.), and then it lists a few
3  others, including the American Humane Certified.  Do
4  you see that?
5    **A  Yes.**
6    Q  What is American Humane Certified?
7    **A  That is a certification program for**
8  **cage-free eggs per se.**
9    Q  And the United Egg Producers Certified
10  standard, that's the UEP Certified standard we talked
11  about before, correct?
12    **A  Yes.**
13    Q  If you go to the next bullet down, it says:
14  Each hen welfare certification program uses a
15  different approach and puts an emphasis on different
16  aspects of hen welfare.  We think all of these
17  certification programs are sound and valuable, and
18  each plays a role in furthering hen welfare.  Do you
19  see that?
20    **A  Yes.**
21    Q  Do you agree with that statement?
22    **A  Yes.**
23    Q  And Conopco agrees with that statement,
24  correct?
25    **A  I -- I agree, I don't know that Conopco has**

---

**36**

1  **a, I mean, position on it other than what I see here**
2  **in this draft.**
3    Q  As the corporate representative designated
4  to testify on Topics 13 and 16 in the deposition
5  notice today, would you agree that this statement in
6  this document generally reflects Conopco's viewpoints
7  related to the UEP Certified Program?
8    **A  Yes.**
9    Q  If I could have you turn to page 4 of this,
10  of the attachment, which is the Bates number ending in
11  104142.
12    **A  (Complies.)**
13    Q  If you go about halfway down the page, in
14  bold and italics there's a heading -- a question that
15  asks:  Would you support legislation that requires egg
16  producers to transition their operations to cage-free
17  environments, such as the European Union and
18  California have done?  Do you see that?
19    **A  Yes.**
20    Q  Then right below that it says:  There are
21  many stakeholders engaged in discussions about
22  improved hen welfare practices in the United States
23  and Canada.  We support good animal welfare practices
24  based on voluntary standards -- the words "voluntary
25  standards" being underlined -- agreed by the industry

---

**37**

1  or that are developed by third-party certification
2  organizations and voluntarily adopted.  Do you see
3  that?
4    **A  Yes.**
5    Q  Does that statement accurately describe
6  Conopco's views towards voluntary animal welfare
7  standards?
8    MR. MURRAY:  I'm going to object that.  It's
9    misleading based on the document.  That's one
10    statement under a category of titles which you've
11    read into the record.
12    **A  I mean, I would say our, Conopco's, our**
13  **official position is published and we have it on our**
14  **website.  We have a specific statement on farm animal**
15  **welfare that I was involved in creating in 2010, and I**
16  **don't think this fully reflects the company position.**
17  **But -- currently.  But this, you know, we do, we do**
18  **support the industry adopting, you know, good animal**
19  **welfare practices, so.**
20    Q  And I just noticed on this page that the
21  word "voluntary" and "standards" are underlined.  Does
22  Conopco support voluntary animal welfare standards?
23    MR. MURRAY:  Objection, that's overly broad.
24    **A  Well, at the time, and currently, we are not**
25  **advocating or lobbying for legislation on this.  So to**

---

HIGHLY CONFIDENTIAL

Langan, Thomas                                      March 13, 2014

11 (Pages 38 to 41)

---

**38**

1   the extent that we were not lobbying for legislation,
2   then we supported the industry having standards and
3   doing something and our suppliers meeting the industry
4   standards. I think that's right.
5       Q   As a general matter, as it relates to animal
6   welfare, did Conopco prefer that industry standards
7   adopt -- let me withdraw and restart.
8           As it relates to animal welfare in general,
9   does Conopco prefer for industry organizations to
10  adopt voluntary standards as opposed to the creation
11  of legislative standards for animal welfare?
12      A   I -- I can't say that. We've been under
13  various legislative proposals that have been in place.
14  Like California had a proposition and other things, we
15  did not take a position for or against it, so we -- we
16  did not, you know, we do not oppose the legislative
17  standards. We just -- I think this was meant, I
18  believe, to address the issue of why aren't you out
19  there lobbying for legislation and we were basically
20  saying we thought the industry standards were -- were
21  going to be beneficial to address farm animal welfare
22  concerns.
23          MR. SCHWINGLER:  You can set that document
24      aside now.
25          THE WITNESS:  Yeah.

---

**39**

1       Q   You mentioned before that you understood one
2   of the general requirements of the UEP Certified
3   Program was a cage space minimum?
4       A   Yes.
5       Q   Do you recall when you learned about that
6   feature of the UEP Certified Program?
7       A   I don't recall the date, no.
8       Q   Are you aware that the UEP Certified Program
9   used to be called the Animal Care Certified Program?
10      A   Yeah, I recall that. Yeah, it sounds right,
11  I'm not certain when it happened.
12      Q   Are you aware of when the UEP Certified
13  Program or the Animal Care Certified Program was
14  created?
15      A   I don't know the exact date. I -- I
16  could -- you know, I believe it was maybe in the late
17  nineties or early -- I don't know. I'm not sure, I
18  don't know. 2000 or something like that, I don't
19  recall offhand exactly.
20      Q   To your knowledge, at the time the UEP
21  Certified Program was created, did Conopco approach
22  any of its egg products suppliers about increasing the
23  cage space per hen --
24      A   No.
25      Q   -- at their facilities?

---

**40**

1       A   No.
2           (E-mail, Bates CPCEGED00071679 to
3   CPCEGED00071680, marked as Langan Exhibit 3, as
4   of this date.)
5   BY MR. SCHWINGLER:
6       Q   Mr. Langan, you've been handed what's been
7   marked as Exhibit 3; is that correct?
8       A   Yes.
9           MR. SCHWINGLER:  For the record, it's an
10      email bearing the Bates numbers CPCEGED00071679,
11      and an attachment bearing the Bates numbers
12      71680.
13      Q   I would ask you to direct your attention to
14  the attachment, which is a document entitled Michael
15  Foods Egg Products Company Hen Welfare. Do you see
16  that?
17      A   Yes.
18      Q   Have you ever seen this document before?
19      A   No, I don't recall this one.
20      Q   Are you familiar with Michael Foods' policy
21  towards hen welfare before 2006?
22      A   Not that I know of, no, or recall.
23      Q   Did you ever speak with Ramesh Daga before
24  2006 about Michael Foods' animal welfare, animal
25  welfare standards?

---

**41**

1       A   I don't know.
2       Q   Did you ever speak with anyone at Conopco
3   prior to 2006 about Michael Foods' animal welfare
4   standards?
5       A   I don't know. I don't recall.
6       Q   And when you say you don't know, do you mean
7   you don't recall --
8       A   I don't.
9       Q   -- if you did or didn't?
10      A   Right, I don't recall. I don't.
11          MR. SCHWINGLER:  Okay. You can set that
12      document aside.
13      Q   In your role as manager of government
14  relations, which I believe you said you had from 1995
15  to sometime around 2006, were you ever contacted by
16  animal welfare activists about animal welfare
17  standards for egg laying hens?
18      A   I was contacted, I'm trying to recall
19  whether it was in that exact timeframe. But yes, I
20  mean, I was, I had been contacted probably close to
21  the end of that frame by the Humane Society, yeah.
22      Q   And so I'm not --
23      A   Yeah.
24      Q   It's not so much a trivia question as to
25  which role you had, but at some point in time around

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Langan, Thomas                                          March 13, 2014

12 (Pages 42 to 45)

---

42

1  2006 you were contacted by the Humane Society --
2      A    Yes.
3      Q    -- correct?
4      A    That's correct.
5      Q    And they contacted you specifically about
6  animal welfare for egg laying hens, correct?
7      A    Yes.
8          (E-mail, Bates CPCEGED00083571 to
9      CPCEGED00083572, marked as Langan Exhibit 4, as
10     of this date.)
11 BY MR. SCHWINGLER:
12     Q    You've been handed what's been marked as
13 Exhibit 4, which is an email string bearing the Bates
14 numbers CPCEGED00083571 to 572.
15     A    Yeah.
16     Q    And I'll direct your attention two-thirds of
17 the way down the first page, there's an email from you
18 to Ramesh Daga and Sharyn Kolstad dated April 3rd,
19 2006, 1:47 p.m. Do you see that?
20     A    Yes.
21     Q    Did you send this email to Mr. Daga and
22 Ms. Kolstad?
23     A    Yes.
24     Q    Who is Ramesh Daga?
25     A    Ramesh Daga is our -- he's in our

---

43

1  procurement group. He's procurement. I believe at
2  the time I think he was doing eggs procurement.
3      Q    And who is Sharyn Kolstad?
4      A    Sharyn Kolstad was a -- she was a
5  communications director who -- her role was related to
6  communication, media relations and things like that.
7      Q    And David Kolstad was cc'd on this email.
8  That was your boss?
9      A    David Lustig?
10     Q    David Lustig. Sorry.
11     A    Yes, he was, he was my boss at the time,
12 yeah.
13     Q    Okay. And the subject says Confidential:
14 Humane Society - Hellmann's. Do you see that?
15     A    Yes.
16     Q    And then the first full paragraph of the
17 email says: Paul Shapiro at the Humane Society called
18 me Friday afternoon to request a dialogue with
19 Unilever regarding sourcing cage-free eggs for
20 Hellmann's. Do you see that?
21     A    Yes.
22     Q    Do you recall that conversation with
23 Mr. Shapiro?
24     A    Yes, I remember.
25     Q    And who is Paul Shapiro?

---

44

1      A    Paul Shapiro worked for the Humane Society
2  of the United States and he, if I recall, he ran what
3  they called their Factory Farming Campaign around the
4  treatment of animals in the food processing industry.
5      Q    What -- could you just describe for me what
6  is the Humane Society of the United States?
7      A    It is a, I guess what we would call an NGO
8  or nongovernmental organization. It's a national
9  organization that advocates for animal welfare
10 policies. They are part of some affiliates. They
11 lobby on legislation. They also do campaigning work
12 at -- to influence company policies and industry
13 practices related to animal welfare.
14     Q    And the Humane Society is a national
15 organization?
16     A    Yes.
17     Q    It's a very large NGO, would you agree with
18 that?
19     A    Yes.
20         MR. MURRAY: Objection to form.
21     Q    Is it one of the -- is it one of the more
22 influential NGOs, to your knowledge, with respect to
23 animal welfare issues around the country?
24     A    I believe it is, yeah.
25     Q    If you had to make a short list of the more

---

45

1  influential NGOs with respect to animal welfare
2  policies, it would include the Humane Society, would
3  it also include PETA?
4          MR. MURRAY: Objection.
5          MR. SCHWINGLER: Yeah, let me withdraw the
6      question.
7      Q    Would you agree that -- well, let me save
8  PETA for later.
9          Would you agree that the Humane Society is
10 an influential enough organization that if they
11 contacted Conopco about an issue, Conopco would listen
12 to what they had to say?
13     A    Yes, we would listen to what they had to
14 say.
15     Q    And, to your knowledge, was the Humane
16 Society particularly interested in cage-free eggs?
17     A    Yes.
18     Q    Now, at this point in April of 2006, to your
19 knowledge, were any other Unilever subsidiaries or
20 affiliates, other than whoever made Hellmann's, using
21 cage-free eggs for any products?
22     A    No, at that point I don't believe so.
23     Q    Do you know whether the Humane Society had
24 contacted other Unilever companies regarding cage-free
25 eggs?

---

HIGHLY CONFIDENTIAL

Langan, Thomas

March 13, 2014

13 (Pages 46 to 49)

---

46

1    A   Yes.
2    Q   Which companies?
3    A   Ben & Jerry's Ice Cream.
4    Q   At that point, though, Ben & Jerry's was not
5  using cage-free eggs, correct?
6    A   I think that's right.  I think this came a
7  little later, yeah.
8    Q   To your knowledge, does Conopco use more
9  eggs on an annual basis to manufacture Hellmann's
10 Mayonnaise than it does to manufacture Ben & Jerry's
11 Ice Cream?
12   A   Yes.
13   Q   I'm not looking for numbers here, but
14 generally speaking would you agree that Hellmann's
15 uses significantly more eggs than Ben & Jerry's?
16       MR. MURRAY:  Objection, vague.  You can
17   answer, if you understand what he's asking, but
18   it's a vague question and the objection stands.
19   A   I mean, I could say I know that Hellmann's
20 uses more eggs than Ben & Jerry's, yes.
21   Q   You don't know beyond just that Hellmann's
22 uses more, you don't have a sense of how much more?
23   A   I couldn't say within whatever it is gallons
24 or whatever, but I, I -- you know, it's -- if I
25 understood, Ben & Jerry's uses yolks and, I don't

---

47

1  know, Hellmann's uses maybe a different kind of egg,
2  and it was, I think the volume was significantly more.
3  I don't know.
4    Q   How did you respond to Mr. Shapiro's call in
5  April of 2006?
6    A   I believe I had a conversation with him on
7  the phone.  Listened to whatever he had to say.
8    Q   And if you look at the second full paragraph
9  of your April 3rd, 2006, email at 1:47 p.m., near the
10 bottom of the first page of Exhibit 4, do you see
11 where it says:  Do you have any open time periods next
12 week (week of April) for a conference call to discuss
13 developing and assessing a corporate position on egg
14 supply?
15   A   Yes.
16   Q   Did you, in fact, have a call with Mr. Daga
17 and Ms. Kolstad about that topic?
18   A   I probably did.  I can't say for certain,
19 but I think I probably did.
20   Q   And then in the next paragraph down it says:
21 I would like to hold an initial call without Ben &
22 Jerry's to look at a broader corporate piece.  We can
23 then discuss further with B&J and Green Bay.  Do you
24 see that?
25   A   Yes.

---

48

1    Q   Who is Green Bay?
2    A   Green Bay, that was referring to the
3  location of our ice cream business.  The non-Ben &
4  Jerry's part of our ice cream business, which at the
5  time was headquartered in Green Bay, Wisconsin.
6    Q   Do you know what brands would have been
7  produced at Green Bay?
8    A   It was not a manufacturing location, it was,
9  I guess you would say the marketing and sales and
10 back-office operations for the ice cream business.
11 But it managed brands, Breyers, Good Humor, Klondike.
12 Those are three big ones offhand.  If I'm missing
13 something, I could be missing something, but those are
14 pretty big ones.
15   Q   Why would you have a call without Ben &
16 Jerry's to discuss a broader corporate policy?
17   A   That's because Ben & Jerry's has its, as
18 part of our acquisition of Ben & Jerry's, they have in
19 the acquisition agreement they maintain their own
20 unique social mission as a company and decide on
21 policies related to their social mission.  And, if I
22 recall, Paul Shapiro had mentioned to me that he was
23 having conversations with Ben & Jerry's about them
24 adopting cage-free eggs and -- separately, and they
25 were addressing that with them directly.  And what I

---

49

1  was trying to do is get an understanding of what the
2  rest of the Unilever's business would have a view on
3  this, because Ben & Jerry's is going to develop its
4  own policy separate.
5    Q   And what, to your knowledge, was Ben &
6  Jerry's unique social mission?
7    A   Ben & Jerry's social mission, it's -- yeah,
8  it's on its website.  It talks -- it's abound a number
9  of issues related to supporting, you know, farmers and
10 responsible sourcing and a number dealing with, you
11 know, their, their dairy supply.  And, I think they
12 had a program on, you know, a program on animal
13 welfare related to dairies and things like that.
14   Q   And this social mission is unique in that
15 it's not shared by all of Conopco?
16   A   I wouldn't say that it's not -- well, I
17 mean, there could be elements that are similar, but
18 they have their -- they -- they have an independent
19 advisor -- board that they work with on their social
20 mission and brand integrity, as they say.  And so they
21 do have their own social mission that they develop.
22 There's probably some things that overlap with them,
23 but.
24   Q   So their independence is actually required
25 by the acquisition documents?

---

HIGHLY CONFIDENTIAL

Langan, Thomas

March 13, 2014

14 (Pages 50 to 53)

---

**50**

1     A    My understanding is that, yes, the -- their
2  board, having their board and their social mission is
3  part of the acquisition agreement, that's right.
4     Q    If you'd turn to the top of the next page.
5  In that same email, it says:  Please see the attached
6  link to info on the egg industry's animal care
7  program, and then it has a URL for unitedegg.org.  Do
8  you see that?
9     A    Yes.
10    Q    So this would be you forwarding a link to
11 Ramesh Daga to the unitedegg.org website?
12    A    Yes.
13    Q    And then the next paragraph you say:  It is
14 not a "cage free" program but it may be a good program
15 for us to consider as a baseline policy at the
16 corporate level with a brand such as B&J choosing to
17 go beyond that to require cage free if they want.  Do
18 you see that?
19    A    Yes, I see that.
20    Q    B&J means Ben & Jerry's?
21    A    Yes.
22    Q    What did you mean by the term "baseline
23 policy at the corporate level"?
24    A    Well, at this point this is me probably
25 thinking out loud here in the email.  But what I

---

**51**

1  believe what I was referring to was that we would
2  expect that our suppliers would meet the minimum
3  industry standards for welfare for the egg supply we
4  received, which was at the time, I think, UEP.
5     Q    So by "baseline policy at the corporate
6  level" you mean a minimum standard for all Conopco
7  brands?
8     A    For all the eggs that go into Conopco, yes,
9  I believe that's what I was proposing, you know, or
10 thinking of at the time.
11    Q    Sure.  When you say go beyond, with brands
12 such as B&J choosing to go beyond that to require cage
13 free, do you mean to suggest that cage free is a
14 higher welfare standard than the UEP Certified
15 standard?
16    A    At least from my -- I know I had a
17 conversation with Paul Shapiro, and in the minds of
18 the Humane Society, cage free is a higher standard of
19 animal welfare than UEP, as far as I understood.
20    MR. SCHWINGLER:  You can set that aside.
21    (E-mail, Bates CPCEGED00083641 to
22 CPCEGED00083643, marked as Langan Exhibit 5, as
23 of this date.)
24    MR. SCHWINGLER:  This is Exhibit 5.
25

---

**52**

1  BY MR. SCHWINGLER:
2     Q    Mr. Langan, you've been handed what's been
3  marked as Exhibit 5, which is an email bearing the
4  Bates number CPCEGED00083641, and the attachment Bates
5  numbered 8364 to 643.  Please review the document and
6  let me know once you've done so.
7     A    (Reviews.)
8     Q    So, first of all, the attachment, starting
9  on page 2 of the exhibit, is a document on Humane
10 Society letterhead dated March 31, 2006, and addressed
11 to you, correct?
12    A    Yes.
13    Q    Are you familiar with this document?
14    A    Yes.
15    Q    Do you recall receiving this document from
16 Mr. Shapiro?
17    A    Yes.
18    Q    And in this document, in the middle of the
19 second paragraph, it says:  I am particularly
20 heartened to learn that Unilever is committed to
21 working with its business partners to achieve high
22 standards.  Actually let me, sorry, back up.
23    First paragraph.  Dear Tom, It was great
24 speaking with you on the phone today.
25    Do you recall speaking with Mr. Shapiro on

---

**53**

1  or about March 31st, 2006?
2     A    Yes, it would have been.  Yes.  Yeah.
3     Q    So now moving down to the next paragraph
4  where it says:  I'm particularly heartened to learn
5  that Unilever is working with business partners to
6  achieve high standards.  Do you see that?
7     A    Yes.
8     Q    Do you recall speaking with Mr. Shapiro
9  about that topic?
10    A    No.
11    Q    Do you know what he would be referring to
12 when he says "business partners"?
13    MR. MURRAY:  Objection.
14    A    No.
15    MR. MURRAY:  Calls for speculation.
16    Q    Did you speak with Mr. Shapiro about
17 Unilever's commitment to working with its suppliers on
18 welfare issues?
19    A    No, I don't recall that.
20    Q    You don't recall what you spoke with
21 Mr. Shapiro about?
22    A    Well, I think what he's referring to here is
23 that he had read about these recognitions for Unilever
24 as being a corporate responsible company, so I think
25 he was saying:  Based on reading about Unilever's top

---

HIGHLY CONFIDENTIAL

Langan, Thomas

March 13, 2014

15 (Pages 54 to 57)

---

**54**

1  ranking in things, that he was heartened to learn
2  about how we in general are committed to working for
3  higher standards. I don't -- at this point, as I
4  said, as you see from the other email, I then went to
5  Ramesh and Sharyn to discuss this issue with them. I
6  would not have made a commitment to him for something
7  like that. That's what the question is referring.
8      Q   Oh, actually, so he could be referring to a
9  publication he read rather than something you spoke to
10 him on the phone about?
11     A   Exactly. I believe that's what he's
12 referring to. Because in the paragraph he's talking
13 about our ranking that he apparently read about
14 demonstrating our -- Unilever -- managing Unilever in
15 a responsible way is important to the company, so.
16     Q   So this is a good example. If there's a
17 question I ask about a specific sentence, feel free to
18 read what comes before and after it.
19     A   Okay.
20     Q   You know, so you get the right, the full
21 context. I'm not trying to mislead anyone here.
22     A   Sure.
23     Q   I'm just trying to be efficient.
24     A   Okay.
25     Q   But it is important that you have the

---

**55**

1  context if you need it.
2          The next paragraph down, it says: In the
3  United States, approximately 80 percent of egg
4  producers participate in their industry's voluntary
5  animal husbandry program. Do you see that?
6      A   Yes.
7      Q   Do you understand him to be referring to the
8  UEP Certified Program?
9      A   Yes, I do. Yeah.
10     Q   Okay. The next sentence: This program
11 requires the barest minimum standards for caged egg
12 laying hens. Do you see that?
13     A   Yes.
14     Q   It permits the birds to be confined in wire
15 "battery cages" so restrictive that each hen is
16 afforded a meager 67 square inches of floor space --
17 less than a sheet of paper -- on which to live. Do
18 you see that?
19     A   Yes.
20     Q   The next paragraph down: Yet Hellmann's egg
21 supplier, Michael Foods, doesn't even participate in
22 this inadequate industry program. Do you see that?
23     A   Yes.
24     Q   So when you received this letter in 2006,
25 did you understand that the Humane Society had

---

**56**

1  concerns about Hellmann's purchasing eggs from Michael
2  Foods?
3      A   Yes.
4      Q   And --
5      A   Based on the phone call I had with him on, I
6  guess the 31st, yeah.
7      Q   And so you spoke with him on the phone about
8  Michael Foods specifically?
9      A   I -- yeah. He -- I don't recall if it's
10 specifically, but I know he had concerns about our egg
11 supply. I don't remember if he specifically mentioned
12 Michael Foods, he may have, I don't recall.
13     Q   Your understanding from speaking with --
14 from Mr. Shapiro from this letter was that the Humane
15 Society found the UEP Certified Program inadequate; is
16 that fair?
17         MR. MURRAY: Objection. Calls for
18 speculation.
19     A   Yeah. I mean, I could say what --
20     Q   Let me withdraw the question. I'm not
21 asking you what the Humane Society felt, I just want
22 to understand what your under -- your perception at
23 the time in spring of 2006, did you understand that
24 the Humane Society was critical of the UEP Certified
25 Program?

---

**57**

1      A   Yes.
2      Q   And you also understood that the Humane
3  Society was critical of Michael Foods for not even
4  participating in the UEP Certified Program?
5      A   Yes.
6      Q   All right. Turning to the front page of the
7  exhibit, which is the email string.
8          You have an email dated April 25th, 2006, at
9  8:54 p.m., to Ramesh Daga; is that correct?
10     A   Yes.
11     Q   And you wrote this email?
12     A   Yes.
13     Q   And the e-mail says: Ramesh, After you
14 receive data from Michael Foods, I will set up a call
15 with brand reps from Hellmann's, B&J and IC-Green Bay
16 to discuss how to respond to the Humane Society. Do
17 you see that?
18     A   Yes.
19     Q   What data was, to your knowledge, what data
20 was Mr. Daga to receive from Michael Foods?
21     A   You know, I would only be aware, I was aware
22 of what was in, Ramesh sent an email to Jason Taylor
23 at Michael Foods asking for information about whether
24 it was possible for them to supply UEP Certified eggs
25 by these dates and if -- well, whatever's in that

---

HIGHLY CONFIDENTIAL

Langan, Thomas                                      March 13, 2014

16 (Pages 58 to 61)

---

**58**

1  email that's -- answers to those questions is what.
2      Q   So you're referring to the email below on
3  the string right here on the first page?
4      A   I believe so. I believe I was referring to
5  if he received some answers to those questions that we
6  could discuss.
7      Q   So if you look at Mr. Daga's email on the
8  lower half of this page, it says: Jason, Per our
9  conversations last week, I would like to confirm the
10  following.
11      Number 1. Egg products delivered at Ben &
12  Jerry's locations in Vermont should be UEP Certified
13  products effective 10/1/06. Do you see that?
14      A   Yes.
15      Q   Was it your understanding at this time that
16  Ben & Jerry's intended to purchase UEP Certified egg
17  products starting that October?
18      A   I don't recall, but I -- that's -- that's
19  something that Ramesh would know. If it was in this
20  email, it may have been my understanding. I don't
21  remember the exact dates.
22      Q   The second bullet point in Ramesh's email:
23  It is our intention to switch to UEP Certified egg
24  products for the rest of our locations by Q1 2007. Do
25  you see that?

---

**59**

1      A   Yes.
2      Q   Is it your understanding that as of the day
3  of this email Conopco intended to begin procuring UEP
4  Certified egg products for its non-Ben & Jerry's
5  locations starting in 2007?
6      MR. MURRAY: Objection. Calls for
7  speculation. You can answer, if you know.
8      A   Yeah, I don't know for certain, because
9  he's -- at the same time he makes that statement, he's
10  also asking questions about what is the cost and the
11  possibilities. So it seems at that point that it was
12  probably not a firm commitment at that time, but we
13  were evaluating doing so.
14      Q   Okay. Certainly something that Conopco was
15  considering at the time?
16      A   I think that's fair, yes.
17      Q   And you would agree that in an email to a
18  Michael Foods employee Mr. Daga did use the word
19  intention when describing Conopco's mental state, if
20  you will, regarding UEP Certified egg products?
21      MR. MURRAY: Objection.
22      A   I mean, I could say what -- what's written
23  here in this statement.
24      Q   Sure.
25      A   You know.

---

**60**

1      Q   In your email at the top -- I'm sorry, I
2  didn't mean to cut you off.
3      In your email at the top you say: I will
4  set up a call with brand reps from Hellmann's, B&J and
5  IC-Green Bay to discuss how to respond to the Humane
6  Society. Do you see that?
7      A   Yes.
8      Q   Do you recall having that call?
9      A   I -- I don't recall, no.
10      Q   What did you mean by brand reps?
11      A   The -- so the -- it means, I would say,
12  the -- the people in Unilever that work for these
13  different brands and specializing the activities of
14  these brands.
15      Q   Do you mean technical people or marketing
16  people, could you be a little more specific?
17      A   Brand reps I probably meant marketing
18  people.
19      MR. SCHWINGLER: You can set that document
20  aside.
21      (Email Exchange, Bates CPCEGED00103941 to
22  CPCEGED00103943, marked as Langan Exhibit 6, as
23  of this date.)
24  BY MR. SCHWINGLER:
25      Q   You've been handed what's been marked as

---

**61**

1  Exhibit 6, which is an email string bearing the Bates
2  numbers CPCEGED00103941 to 942, and the attachment
3  numbered 103943.
4      A   Yes.
5      Q   Do you recognize this -- first of all, do
6  you recognize the email string?
7      A   Yes.
8      Q   The top email, the most recent email on the
9  string at the top of the first page is from Ramesh
10  Daga to you and Daniel Scheidt dated May 18, 2006, at
11  1:36 p.m., correct?
12      A   Yes.
13      Q   Who is Daniel Scheidt?
14      A   I don't know. I don't recall.
15      Q   And a gentleman named Steve Ver -- I'll not
16  try to pronounce this, but Steve Vermeulen is copied
17  to that email?
18      A   Right.
19      Q   Do you know who Mr. Vermeulen is?
20      A   Yeah. I believe it's Vermuelen. I know the
21  name, I just -- I really cannot recall what he did,
22  what his role was, no.
23      Q   And then in the email, the first full
24  paragraph, Mr. Daga says: Attached above is from
25  you -- is from Michael Foods on our request of UEP

---

HIGHLY CONFIDENTIAL

Langan, Thomas

March 13, 2014

17 (Pages 62 to 65)

---

**62**

1  Certified egg products. I also understand that UEP
2  board have made some changes in their bylaws. This
3  change can allow Michael Foods to market certified UEP
4  eggs while they phrase in UEP cage requirements. Do
5  you see that?
6      A  Yes.
7      Q  Do you understand what Mr. Daga is referring
8  to here?
9      A  Yes, I believe so. I understand what he's
10  talking about, yes.
11      Q  What -- what is your understanding about
12  what Mr. Daga is referring to here?
13      A  I think he's referring to, as stated in the
14  **letter from Jason Taylor, that -- I guess Michael**
15  **Foods had, had a proposal to UEP, how to approach UEP**
16  **or something around -- about, I guess, participating**
17  **in the industry program, in the industry program.**
18  **So -- so I think Michael Foods was having -- they**
19  **submitted a proposal and I guess they were waiting --**
20  **they were negotiating their participation, I guess I**
21  **would say, with the UEP.**
22      Q  Was it your understanding in May of 2006
23  that Michael Foods was not free at that time to sell
24  Conopco UEP Certified eggs?
25          MR. MURRAY: Objection.

---

**63**

1      A  I don't recall. I don't recall. I don't
2  know. Yeah.
3      Q  You had just a month or so earlier spoken
4  with Paul Shapiro of the Humane Society, correct?
5      A  Yeah.
6      Q  And in that call or in a letter from him he
7  referenced that Michael Foods was not UEP Certified,
8  correct?
9      A  Yeah. **They didn't participate in the**
10  **industry program, I think he said the minimum industry**
11  **standard, yeah.**
12      Q  So you at least understood that Michael
13  Foods --
14      A  Yeah.
15      Q  -- owned some hens?
16      A  Right.
17      Q  And Michael Foods was not implementing the
18  cage space standards on the hens that it owned?
19      A  Right. Sounds right, yes.
20      Q  Other than the hens that Michael Foods
21  itself owned, were -- did you understand that Michael
22  Foods also purchased eggs from other companies?
23      A  I think, yes. I think I knew that they had
24  **different suppliers, yes.**
25      Q  And did you so -- I guess what I'm getting

---

**64**

1  at here is a distinction between what Michael Foods
2  itself made using its own hens and what Michael Foods
3  bought from other suppliers, and so what I'm asking
4  is:
5          Did you have an understanding at this time
6  in May of 2006 whether Michael Foods could buy a UEP
7  Certified egg from another supplier that was certified
8  and resell it or turn it into an egg product and sell
9  that product to Conopco as a UEP Certified egg
10  product?
11      A  I don't think I knew, really understood all
12  **that. I mean, Ramesh was having these conversations**
13  **directly with. I never had a conversation with**
14  **Michael Foods directly on any of this. So I would**
15  **only have known what is probably described in his**
16  **emails or --**
17      Q  Did you ever have a conversation with the
18  UEP about the UEP Certified Program?
19      A  No, I don't recall.
20      Q  You never spoke with Gene Gregory?
21      A  I don't recall speaking with him. I don't
22  know.
23      Q  You weren't personally familiar with the
24  marketing restrictions on who could use the phrase UEP
25  Certified and who couldn't?

---

**65**

1      A  I don't know the details. I mean, I was
2  aware of the program. You know, I sent the link to --
3  there was some website information about the program
4  and I think I had reviewed that. I don't recall
5  discussing it with anybody at UEP, but I probably
6  looked at their website and understood in general what
7  the program was about. I knew there was larger cage
8  sizes, as you said earlier. I don't know all the
9  details.
10      Q  So the last paragraph in Mr. Daga's e-mail
11  says: Tom: We need to talk with brand people as soon
12  as possible. While I will not have additional cost
13  for UEP Certified Program from MF for some time, Rose
14  Acre Farm is going to give me price proposal any day.
15  Do you see that?
16      A  Yes.
17      Q  And do you know who Rose Acre Farm is?
18      A  I understand it's an egg, another egg
19  **supplier.**
20      Q  Do you know whether Rose Acres was UEP
21  Certified at this time?
22      A  I don't know, but it looks like, according
23  **to this, they were -- they were able to supply us**
24  **potentially with some.**
25      Q  If you could turn to the attachment which is

---

HIGHLY CONFIDENTIAL

Langan, Thomas

March 13, 2014

18 (Pages 66 to 69)

---

**66**

1 the last page of the exhibit.
2     **A   (Complies.)**
3     Q   The first paragraph, it says: Michael Foods
4 Inc. has received and understands Unilever's request
5 to have all its egg products purchased from Michael
6 Foods to be sourced from eggs produced in compliance
7 with the United Egg Producers (UEP) Animal
8 Certification (AC) Program. Do you see that?
9     **A   Yes.**
10     Q   Do you recall that in May of 2006 that
11 Unilever had requested from Michael Foods to sell it
12 UEP Certified eggs?
13     **A   I believe that's the case, yeah.**
14     Q   And do you understand that Michael Foods
15 prepared a proposal to the UEP outlining its desire to
16 join the Animal Care Program?
17     **A   I think I became aware of it at this time.**
18 **Like I said, I wasn't involved directly with**
19 **discussions with Michael Foods, but when I was copied**
20 **on this email, this is when I probably first became**
21 **aware of that. I wouldn't have known the details.**
22     Q   So, but your understanding generally in May
23 of '06 was, there's two things. Number 1: Unilever
24 has requested to Michael Foods that Michael Foods
25 supply UEP Certified egg products, correct?

---

**67**

1     **A   Yes, sounds right.**
2     Q   And number 2: Michael Foods had at least
3 sent a proposal to the UEP about becoming certified?
4     **A   Yes.**
5     Q   Okay.
6     **A   That's what it appears to, yes.**
7     Q   In your role as -- I suppose at this time
8 you were either the manager or the director of
9 government relations?
10     **A   Yes. I believe I was probably director at**
11 **that point. Yes.**
12     Q   Was your focus primarily external to the
13 company in terms of dealing with the Humane Society or
14 government bodies?
15     **A   Yes.**
16     Q   Were you -- was it within your role to
17 consider the cost impact of, for example, buying UEP
18 Certified eggs?
19     **A   No.**
20     Q   That would be Mr. Daga's problem; is that
21 fair to say?
22     **A   Yes, procurement. Yes, he was in that**
23 **group.**
24     Q   Your role was to provide information and
25 facilitate conversation; is that correct?

---

**68**

1     **A   Yes.**
2     Q   But you weren't the ultimate decision-maker
3 on whether Hellmann's Mayonnaise would be made with
4 UEP Certified products?
5     **A   Correct.**
6     MR. SCHWINGLER: Let me know whenever you
7 want to take a break. I'm fine to keep going for
8 a little while, but if you want to grab some
9 water or use the restroom, you know.
10     MR. MURRAY: Yeah, we've been going an hour
11 and half, why don't we take a break.
12     MR. SCHWINGLER: Take five?
13     THE WITNESS: Take a break.
14     MR. MURRAY: Yeah.
15     MR. SCHWINGLER: All right.
16     MR. MURRAY: And we should change the tape,
17 too, while we're on the break.
18     THE VIDEOGRAPHER: The time is 10:31 a.m.,
19 and this completes DVD No. 1 of the video
20 deposition of Mr. Thomas Langan.
21     (Whereupon, off the record.)
22     (Whereupon, resumed.)
23     THE VIDEOGRAPHER: The time is 10:37 a.m.,
24 and this is DVD No. 2 of the continued video
25 deposition of Mr. Thomas Langan.

---

**69**

1     (Email Exchange, Bates CPCEGED00103948 to
2 CPCEGED00103952, marked as Langan Exhibit 7, as
3 of this date.)
4 BY MR. SCHWINGLER:
5     Q   Mr. Langan, you've been handed what's been
6 marked as Exhibit 7, which is an email string with the
7 Bates range CPCEGED00103948 through 950, and the
8 attachment with the numbers 103951 to 952.
9     I specifically direct your attention halfway
10 down the first page of the document there's an email
11 from you dated June 13, 2006, which then forwards an
12 e-mail below. I'd ask you to review that segment of
13 the exhibit at first.
14     **A   (Reviews.) Okay.**
15     Q   So starting with halfway down the first
16 page, there's an email from you to Ramesh Daga and
17 several others on June 13, 2006; is that correct?
18     **A   Yes.**
19     Q   And did you send that email?
20     **A   Yes.**
21     Q   Who is Mike Bauer?
22     **A   Mike Bauer was a, I guess, would have been a**
23 **marketing or brand executive for our dressings and**
24 **spreads business.**
25     Q   And would dressings include Hellmann's

---

HIGHLY CONFIDENTIAL

Langan, Thomas                                    March 13, 2014

19 (Pages 70 to 73)

---

**70**

1   Mayonnaise?
2       A   Yes.
3       Q   Who is Dana Emery?
4       A   Dana Emery?  I believe Dana was also in the
5   marketing area.  You know, I don't know for sure, he
6   was either in the marketing or product development or
7   something, but I think working for that category, for
8   the spreads and dressings.
9       Q   The subject of this email was Conf. Call
10  Hellmann's Supplier Targeted by Humane Society: is
11  that correct?
12      A   Yes.
13      Q   And conf. call means conference call?
14      A   Yes.
15      Q   And there's a notation here that says
16  Importance: High?
17      A   Yes.
18      Q   That's a notation you added to the email?
19      A   Yes.
20      Q   And so am I correct to say that you're
21  e-mailing these individuals to set up a conference
22  call to discuss Hellmann's supplier being targeted by
23  the Humane Society?
24      A   Yes.
25      Q   And that you're communicating to the others

---

**71**

1   that this is an important call?
2       A   Yes.
3       Q   The first paragraph of the email:  I'd like
4   to schedule a conference call to discuss the recent
5   activities of the Humane Society against our egg
6   supplier, paren, see below article which identifies
7   Hellmann's, end paren.  Do you see that?
8       A   Yes.
9       Q   Do you recall this course of events?
10      A   Yes.
11      Q   Can you describe what happened?
12      A   My understanding of what happened was the
13  Humane Society did a press release and a video, I
14  believe, of their allegations of inhumane practices
15  within Michael Foods' operations.  And they did an
16  announcement which received some media attention, as
17  you see by the attachment here, covered in this
18  newspaper.  And the press release and the news
19  coverage mentioned Unilever brand names as being
20  supplied by Michael Foods.  Hellmann's.  Ben &
21  Jerry's.  Yeah.
22      Q   So the Humane Society specifically
23  identified Hellmann's and Ben & Jerry's?
24      A   I recall, yes, they had a press release
25  I'm -- yes, I believe they did.

---

**72**

1       Q   In the context of attacking the welfare
2   practices of Michael Foods, correct?
3       A   Yes.
4       Q   Is it fair to say from Conopco's perspective
5   that it is not a good thing when two of its brand
6   names are identified in a press release regarding
7   allegations of inhumane treatment of animals?
8       A   Yes.
9       Q   All else being equal, Conopco would prefer
10  not to have its brand names associated with poor --
11  poor treatment of animals?
12      A   Yes.
13      Q   Would you agree that even though the Humane
14  Society's press release was about Michael Foods, in a
15  sense it was directed at Conopco as well?
16          MR. MURRAY:  Objection.  Calls for
17      speculation.  You can answer, if you understand
18      what they were doing.
19      A   I mean, I believe what they were trying to
20  do is to get people to understand what Michael Foods
21  does, supplying products that people are familiar
22  with, and...
23      Q   Let me ask a better question.
24      A   Right.
25      Q   I don't want to know what, what you think

---

**73**

1   the Humane Society was doing, I'd like to get a sense
2   of what your perception at the time was.
3           In June 2006, when this was happening, did
4   Conopco perceive the Humane Society's actions as being
5   directed against Conopco and not just Michael Foods?
6       A   I perceived that they were trying to,
7   because based on the letter I'd received from Paul
8   Shapiro and the phone conversation I already had where
9   he had identified a letter that our supplier Michael
10  Foods did not even comply with the minimum industry
11  standards for welfare, for animal welfare, that they
12  were trying to get suppliers to change their practices
13  and go to cage-free eggs.  That's what they wanted.
14  So they were trying to probably use this to bring
15  attention to us and to raise this to our attention and
16  to influence us to go to cage-free eggs.
17      Q   You would agree that the Humane Society was
18  pressuring Conopco to either switch suppliers or
19  switch to cage-free eggs?
20          MR. MURRAY:  Object to the form of the
21      question.
22          MR. SCHWINGLER:  Let's break it down.
23      Q   Would you agree that the Humane Society was
24  pressuring Conopco to switch suppliers?
25          MR. MURRAY:  Same objection.

---

HIGHLY CONFIDENTIAL

Langan, Thomas                                    March 13, 2014

20 (Pages 74 to 77)

74

1    A   Well, I don't, I can't say whether they were
2   saying we had to switch suppliers or not, but they
3   wanted us to go to cage-free eggs.  And if Michael
4   Foods didn't sell cage-free eggs, then we would have
5   to -- they wanted us to go to someone that could
6   provide us cage-free eggs, so, you know.
7    Q   If you'd turn to the attachment, which is a
8   letter dated June 14, 2006, addressed to Ramesh Daga
9   from Jason Taylor of Michael Foods.  Do you recall
10  receiving this document around June 13th or 15th,
11  2006?
12   A   Yes.  I think this was forwarded to me or
13  something.  It may have been by Ramesh.
14   Q   If you'd go to the third full paragraph of
15  the letter where it starts with "In addition."  Do you
16  see that?
17   A   Yes.
18   Q   It says:  In addition, I'd like to make you
19  aware that Michael Foods meets or exceeds the United
20  Egg Producers (UEP) guidelines for hen welfare in, and
21  then it lists:  Use of feed during molt.  Beak
22  trimming.  Proper hen handling and transportation; and
23  ammonia standard.  Do you see that?
24   A   Yes.
25   Q   Do you recall those four things being part

75

1   of the UEP guidelines?
2    A   I don't recall.  I don't know the specifics.
3    Q   But you understood that the guidelines
4   involved more than just cage space?
5    A   Yes.  Other things I couldn't say, but, but
6   my guess that this looks like it probably is, I just
7   couldn't recall exactly.
8    Q   Then the next sentence says:  The one area
9   Michael Foods doesn't consistently meet UEP standards
10  is hen cage space.  Do you see that?
11   A   Yes.
12   Q   So was it your understanding in June 2006
13  that Michael Foods did not meet the UEP guidelines for
14  cage space per hen?
15   A   For its own operations, it's own supply, I
16  think that's right.  Yes, that's what I think
17  understood.  They did not comply, yeah.
18   Q   You had had conversations with Paul Shapiro
19  of the Humane Society where he stated that Michael
20  Foods doesn't comply with the UEP guidelines?
21   A   Correct.
22   Q   Did he identify anything other than cage
23  space per hen as a problem of Michael Foods?
24   A   I don't recall.
25   Q   So you don't recall whether he accused

76

1   Michael Foods of abusing animals in any way?
2    A   No, I don't recall that.
3    Q   And you don't recall him accusing Michael
4   Foods of failing to comply with any UEP Certified
5   guideline other than the cage space?
6    A   No, I don't recall.
7        MR. SCHWINGLER:  You can set that document
8   aside.
9        (Email Exchange, Bates CPCEGED00103971 to
10  CPCEGED00103972, marked as Langan Exhibit 8, as
11  of this date.)
12  BY MR. SCHWINGLER:
13   Q   I'm handing you what's been marked as
14  Exhibit 8, which is an email string bearing the Bates
15  range CPCEGED000103971 to 972.
16   A   Yes.
17   Q   And the top-most email on the page is from
18  Ramesh Daga to Steve Vermeulen copying you on July 26,
19  2006; is that correct?
20   A   Yes.
21   Q   And in the email Mr. Daga says:  Steve, Per
22  following note from Michael Foods, B&J egg product
23  will be converted to UEP Certified eggs by 10/01/06.
24  Do you see that?
25   A   Yes.

77

1    Q   Was it your understanding at the time in
2   late July of 2006 that Michael Foods would be
3   supplying UEP Certified eggs to Ben & Jerry's starting
4   that fall?
5    A   Yes.  I guess, yes.  It's on this email.
6    Q   You were generally kept apprized of the
7   status of the Michael Foods Ben & Jerry's relationship
8   at that time?
9    A   I was copied on some emails.  Again, I was
10  not involved in any direct conversations with Michael
11  Foods, or, so only to the extent that I was copied on
12  some of these e-mails I knew, you know.
13   Q   But at this point, about a month and a half
14  after the Humane Society press release that we just
15  got done discussing --
16   A   Yeah.
17   Q   -- your understanding is that Michael Foods
18  would be supplying UEP Certified eggs to Ben & Jerry's
19  within the next several months?
20   A   Yes.
21   Q   Okay.
22       MR. SCHWINGLER:  That document you can set
23  aside.
24   Q   Did you ever meet with, in person with
25  Mr. Daga and Michael Foods personnel in 2006 to

HIGHLY CONFIDENTIAL

Langan, Thomas                                        March 13, 2014

21 (Pages 78 to 81)

---

78

1   discuss the contract between Conopco and Michael
2   Foods?
3       A   No.
4       Q   They didn't include you in those
5   discussions?
6       A   No.
7       Q   Do you know who Mark Hauman is?
8   H-a-u-m-a-n.
9       A   No.
10      Q   So, I take it, you never spoke with Mark
11  Hauman about Michael Foods?
12      A   I don't recall.   No.
13      Q   Did you speak with anyone at Ben & Jerry's
14  about whether they intended to continue buying egg
15  products from Michael Foods in the summer or fall of
16  2006?
17      A   I don't recall speaking with them directly,
18  no.
19          MR. MURRAY:  That's a good sign when he
20  turns the pages.
21          MR. SCHWINGLER:  Yeah, it means we're going
22  a little faster.
23          (Email Exchange, Bates CPCEGED00103977 to
24  CPCEGED00103982, marked as Langan Exhibit 9, as
25  of this date.)

---

79

1           THE WITNESS:  Thank you.
2   BY MR. SCHWINGLER:
3       Q   You've been handed what's been marked as
4   Exhibit 9, which is an email string bearing the Bates
5   range CPCEGED00103977 through 979.
6           The top-most email of the string at the top
7   of the first page is from Jennifer Stalzer to you.
8       A   Yes.
9       Q   Dated August 30th, 2006.  Do you see that?
10      A   Yes.
11      Q   Who is Jennifer Stalzer?
12      A   Jennifer Stalzer was -- I believe she was a
13  media relations manager for Unilever United States
14  Conopco.
15      Q   Was she -- did she report to you?
16      A   No.
17      Q   Did you report to her?
18      A   No.
19      Q   Were you sort of headquartered in different
20  departments?
21      A   Yes.  Yes.  Part of the communications
22  organization, but she worked for Sharyn Kolstad.
23      Q   So in your role you dealt with NGOs and with
24  government agencies, correct?
25      A   Yes.

---

80

1       Q   Did you also deal with the media?
2       A   No.
3       Q   And so someone like Jennifer Stalzer would
4   have been responsible for interfacing with the media?
5       A   Yes.
6       Q   Her email just says "latest B&J docs..."  Do
7   you see that?
8       A   Yes.
9       Q   And she's referring to Ben & Jerry's?
10      A   Yes.
11      Q   And the first attachment starts on page
12  103980.  The top of the page says Ben & Jerry's Egg
13  Supply Talking Points - August 15, 2006.
14      A   I'm sorry, what page did you say again?
15      Q   It starts on 103980.
16      A   Okay.
17      Q   Do you recall receiving this document from
18  Ms. Stalzer in August of 2006?
19      A   I believe I did.  I got the email, so.  I
20  don't recall necessarily offhand, but yes.
21      Q   Do you recall why she would have forwarded
22  this document to you at this point in time?
23      A   Well, I think just to keep me informed of
24  what Ben & Jerry's was doing.  As I explained, Ben &
25  Jerry's has their own independent activities related

---

81

1   to their social mission, so I didn't have a lot of
2   direct conversations with them, she was just trying to
3   keep me informed.  She knew I was working on, you
4   know, involved with the issue, in general.
5       Q   Is it your understanding that at this point
6   in time Ben & Jerry's had made the decision internally
7   to drop Michael Foods as a supplier?
8       A   Yeah, around this time I -- I think it came
9   to my attention, either through these emails or, yeah.
10      Q   Turning back to the attachment, the first
11  page, do you see the heading Tier One Talking Points?
12      A   Yes.
13      Q   And then the third bullet point down it
14  says:  The UEP guidelines were developed by an
15  independent group of the nation's leading experts on
16  animal welfare, animal science and animal behavior,
17  most of whom are college and university researchers
18  and faculty?
19      A   Yes, I see that.
20      Q   And then the next bullet says:  The
21  guidelines are endorsed by scientists and supported by
22  the U.S. Department of Agriculture, International Egg
23  Commission, the Food Marketing Institute, and the
24  National Council of Chain Restaurants.  Do you see
25  that?

---

HIGHLY CONFIDENTIAL

Langan, Thomas                                    March 13, 2014

22 (Pages 82 to 85)

---

**82**

1    A   Yes.
2       Q   So is it fair to say these are statements
3    that Conopco circulated internally to be used when
4    speaking about the UEP Certified Program?
5           MR. MURRAY:  Objection.
6       A   I'm just trying to figure out if these are
7    the Ben & Jerry's.  Did Ben & Jerry's crop develop
8    this or is this, the rest of this is Conopco?  I don't
9    know.
10          Okay.  So this, yeah, I'm looking at, this
11   appears, this was, this was the talking points, I
12   guess, that were drafted by Ben & Jerry's, Sean
13   Greenwood, that group, Ben & Jerry's.
14      Q   Who's Sean Greenwood?
15      A   He's media relations director or manager for
16   Ben & Jerry's.
17      Q   But these are talking points that Ben &
18   Jerry's would use when discussing egg supply with the
19   media, correct?
20          MR. MURRAY:  Objection to the form of the
21   question.  It's inconsistent with the statement.
22   It's still in draft form in the email that's
23   attached to it.
24      Q   You can answer.
25      A   These look, right, these look like draft Ben

---

**83**

1    & Jerry's talking points on this issue at the time as
2    of August 15th, I guess.
3       Q   So these are at least statements that Ben &
4    Jerry's was considering using when dealing with the
5    outside world and discussing Ben & Jerry's egg supply,
6    correct?
7       A   Yes.
8           MR. MURRAY:  Objection.  Calls for
9    speculation.  You can answer.
10      A   Yes.  I think it looks like they were draft
11   and something that may have been considering as of
12   August 15, but I don't know that they were ever
13   finalized.
14      Q   And these were forwarded to you, correct?
15      A   Jennifer Stalzer, yes, looks like she
16   forwarded them to me August 30th.  And she says
17   that -- you know, that looks like she's asking a
18   question, this is what I have or, you know, can you
19   let me know if these are, you know, final or whatever.
20      Q   Yeah, and I don't need, I don't need you to
21   speculate about, you know, conversations with
22   Ms. Stalzer and Mr. Greenwood --
23      A   Right.
24      Q   -- or anything else, I'm just --
25      A   Okay.

---

**84**

1       Q   -- asking, these were sent to you?
2       A   Yes, I have a copy.  Yes, it looks, it looks
3    like it was an attachment.  Is that right?  Yes, Ben &
4    Jerry's egg talking points.
5       Q   So going back to that third bullet on the
6    first page of the attachment, it says:  The UEP
7    guidelines were developed by an independent group of
8    the nation's leading experts on animal welfare, animal
9    science and animal behavior, most of whom are college
10   and university researchers and faculty.  Do you agree
11   with that statement?
12          MR. MURRAY:  Object to form.  Lack of
13   foundation.
14      A   I don't know.  I would, you know, I would
15   only know what -- I remember looking at the UEP
16   website like I described.  I remember going on there,
17   and this looks like probably descriptions that are on
18   the UEP site.  But I don't, I don't know for sure if
19   that's all accurate, I don't know.
20      Q   In your role as director of government
21   relations, did you frequently receive documents like
22   this setting out talking points related to the various
23   issues?
24      A   Yes.  It's very common.
25      Q   When you received those documents, did you

---

**85**

1    use those as guidance when speaking with NGOs or
2    government agencies?
3       A   Sometimes.  You know, they -- it looks like
4    this was developed for media, and, you know, but this
5    was a Ben & Jerry's document, so I wouldn't, I
6    wouldn't speak on behalf of Ben & Jerry's.  And that
7    was part of that whole independent social mission.
8    They would speak for themselves and negotiate with
9    NGOs directly themselves.  But generally Q&A's we
10   developed to help provide guidance.
11      Q   And Conopco wants to remain consistent with
12   this message both with the media and with NGOs,
13   correct?
14      A   Yeah.  I mean, it sounds right, I think.
15      Q   You wouldn't want, you wouldn't want media
16   relations telling the press the light was green and
17   you going to the Humane Society --
18      A   Yes.
19      Q   -- and saying the light was red?
20      A   That's right.  Yeah, we wouldn't, we
21   wouldn't want to say conflicting things I guess, yeah.
22      Q   Everyone's got to be on the same page,
23   correct?
24      A   I would say we make the effort to do that.
25      Q   And when you're interfacing with government

HIGHLY CONFIDENTIAL

Langan, Thomas

March 13, 2014

23 (Pages 86 to 89)

---

86

1  agencies, it's important for you to be accurate to the
2  best of your ability, correct?
3      **A   Yes.**
4      Q    In other words, you wouldn't intentionally
5  misrepresent something to a government agency?
6      **A   Correct.**
7      Q    The same is true when you're dealing with
8  the Humane Society, for example?
9      **A   Yes.  We try to be ethical in our dealings**
10  **with, with parties, yes.**
11      Q    So when Conopco is developing talking points
12  for its government relations personnel and its media
13  relations personnel to use, Conopco's interested in
14  making sure that those talking points are accurate and
15  reflect the company's beliefs, correct?
16      **A   Yes.**
17      Q    Do you have any reason to believe that the
18  bullet points that you just -- I just had you read on
19  this, on this exhibit is inaccurate?
20      MR. MURRAY:  Objection, lack of foundation.
21      **A   I don't know if it is.  I don't have a**
22  **reason to believe it's inaccurate, I don't, I just**
23  **don't know.**
24      Q    Sure.
25      **A   I don't.**

---

87

1      Q    Yes.  But to be clear, my question is not
2  whether it's inaccurate but whether you have any
3  reason to believe that it's inaccurate.
4      MR. MURRAY:  Same objection, lack of
5  foundation.
6      **A   I don't, I don't know.**
7      Q    Okay.
8      **A   I don't know.**
9      MR. SCHWINGLER:  All right.  You can set
10  that aside.
11      (Email Exchange, Bates CPCEGED00084171 to
12  CPCEGED00084177, marked as Langan Exhibit 10,
13  as of this date.)
14      MR. SCHWINGLER:  This is Exhibit 9?
15      MR. MURRAY:  10.
16  BY MR. SCHWINGLER:
17      Q    You've been handed what's been marked as
18  Exhibit 10, which is an email string bearing the Bates
19  range CPCEGED00084171 through 177.
20      **A   Okay.**
21      Q    And I'm going to direct your attention all
22  the way into the page ending in 174.
23      In the middle of the page there's an email
24  from Ramesh Daga to a number of individuals copying
25  you on September 7, 2006, at 4:07 p.m.

---

88

1      **A   Okay.**
2      Q    Do you see that?
3      **A   Yes.**
4      Q    And so you received this email?
5      **A   Looks like I did.  I don't recall it but --**
let's see.
7      Q    The first paragraph in the e-mail says:  I
8  would like to inform you about a decision Ben & Jerry
9  made which may have some possible implication on
10  Hellmann's Mayo.  As part of their social mission and
11  under pressure from Humane Society, Ben & Jerry have
12  decided to use cage-free egg yolk in the near future.
13  Do you see that?
14      **A   Yes.**
15      Q    Do you recall Ben & Jerry's making that
16  decision in the fall of 2006?
17      **A   Yes.**
18      Q    And your understanding is that at that time
19  Ben & Jerry's decided to buy cage-free egg yolks for
20  use in manufacturing ice cream?
21      **A   Yes.**
22      Q    Previously Ben & Jerry's had not been buying
23  cage-free egg yolk, correct?
24      **A   That's what I understand.**
25      Q    And Ben & Jerry's made this decision both as

---

89

1  part of their social mission, which you've discussed
2  before, and due to pressure from the Humane Society?
3      **A   That's what I understand.  I wasn't involved**
4  **in Ben & Jerry's decision, but that's what I**
5  **understand from these emails, yeah.**
6      Q    Sure.  If you turn to the second paragraph.
7      In the past, Humane Society have associated
8  Hellmann's (and many other competitors' brand
9  including Kraft) with using caged eggs.  Do you see
10  that?
11      Now that they have successfully forced B&J
12  to make the change, it is possible that Hellmann's
13  could be the next target.  Do you see that?
14      **A   Yes.**
15      Q    And the next sentence:  Hellmann's egg usage
16  is about 12 times more than B&J.  Do you see that?
17      **A   Yes.**
18      Q    In fact, you had spoken with Paul Shapiro
19  several months earlier at this point in time about
20  Hellmann's Mayonnaise, correct?
21      **A   Yes, right.  Yeah.  Before that letter came,**
22  **yes.**
23      Q    This is September of 2006, and you spoke
24  with Mr. Shapiro in --
25      **A   March.**

HIGHLY CONFIDENTIAL

Langan, Thomas                                    March 13, 2014

24 (Pages 90 to 93)

---

90

1    Q    -- the end of March.
2    A    Something, yes.
3    Q    So this wasn't exactly news to you at this
4    point in time that the Humane Society might target
5    Hellmann's for using caged eggs?
6    A    It was, I mean, it was something that we
7    were -- we would anticipate. We wanted to be prepared
8    for. We know that in that letter and the press
9    release they did then that they mentioned the
10   Hellmann's brand as being supplied by Michael's.
11   Q    And in the next paragraph it says:
12   Proactively, we are working with out current egg
13   supplier Michael Foods to quickly convert our eggs to
14   an industry standard called UEP (United Eggs
15   Producers). Do you see that?
16   A    Yes.
17   Q    Does that reflect your understanding at the
18   time as well?
19   A    Yes.
20   Q    So you were aware that Conopco was working
21   with Michael Foods to convert to UEP Certified?
22   A    Yeah. We wanted Michael Foods to meet the
23   industry standards which was UEP.
24   Q    And specifically looking at the phrase
25   "working with," I know these are Mr. Daga's words, but

---

91

1    what did you understand the phrase "working with" to
2    mean?
3         MR. MURRAY: Objection, calls for
4         speculation.
5    A    I don't know for sure. I guess working
6    with, clearly we had some discussions with Michael
7    Foods, so you showed various emails where we had asked
8    them about UEP, meaning UEP standards and providing
9    eggs at UEP standards.
10   Q    It says in the next sentence after that:
11   Per attached presentation from Michael Foods, they are
12   fully committed to make this happen. Do you see that?
13   A    Yes.
14   Q    Is that also what your understanding was at
15   the time?
16   A    Yeah, I'm sorry, was there a slide attached?
17   Q    There's no attachment on this particular
18   email.
19   A    There's no presentation?
20   Q    No.
21   A    Do you have the presentation?
22   Q    I don't. I guess what I'm asking is: To
23   the best of your recollection, as of September of
24   2006, did you understand that Michael Foods was
25   committed to becoming UEP Certified?

---

92

1    A    Yeah, I recall. Yeah, there was, I think
2    there was a slide deck on this that Michael Foods'
3    president had announced to all its employees that the
4    company was converting to UEP. That's a company
5    announcement. That was following the pressure they
6    received and the video that came out from the Humane
7    Society and the customer brands that were mentioned in
8    the news stories and that they -- he had announced as
9    a company they were committed to doing this, to the
10   employees. Yes. I think that's a yes.
11   Q    Did Conopco in September of 2006 believe
12   that Michael Foods' decision to become UEP Certified
13   would help Conopco deflect pressure from the Humane
14   Society by switching to cage-free eggs?
15   A    I could tell you my own views at the time
16   that, that it was in our interest that our suppliers
17   met the minimum industry standards for welfare.
18   Following that press release that came out about
19   Michael Foods and mentioning our brands that it was in
20   our interest from a public relations/consumer
21   relations perspective that we were able to assure our
22   customers that our suppliers meet the minimum industry
23   standards, which at the time was UEP, and that was in
24   our interest that they did that.
25   Q    And when you say in your interest, would you

---

93

1    agree that Michael Foods becoming UEP Certified would
2    specifically help Conopco in its dealings with the
3    Humane Society regarding cage-free eggs for Hellmann's
4    Mayonnaise?
5         MR. MURRAY: Object to the form of the
6         question.
7    A    I, you know, I don't --
8    Q    Let me withdraw the question and I'll just
9    try to see if I can break it apart.
10        At this time Conopco was concerned that the
11   Humane Society would target Hellmann's Mayonnaise and
12   try to pressure Hellmann's into using cage-free eggs?
13   A    Right. I think that's correct.
14   Q    And one of the things Conopco was discussing
15   internally at the time was, that's pretty expensive;
16   if we switch to cage-free eggs for Hellmann's, that
17   would have a significant financial impact, correct?
18        MR. MURRAY: Object to the form of the
19        question. Vague. You can answer if you know.
20   A    You know, I think they were, they were
21   evaluating whether we could do it, including the cost
22   impacts and everything, and I think it was -- and I
23   think the emails show that there was limited
24   availability and it wouldn't be possible to do right
25   away and there was cost implications I understood,

---

HIGHLY CONFIDENTIAL

Langan, Thomas

March 13, 2014

25 (Pages 94 to 97)

---

94

1  but, you know.
2      Q   Is it safe to say that if it were free to
3  switch to cage-free eggs and feasible and easily done
4  that Hellmann's would have done so?
5          MR. MURRAY:  Objection, calls for
6  speculation.
7      A   Yeah.  I don't know.  Yeah, it would be my
8  speculation on it, I don't know.
9      Q   You understood from that -- from the Exhibit
10 10, though, that email string that I had you look at
11 that Hellmann's uses 12 times as much eggs as Ben &
12 Jerry's, that's at least what Mr. Daga was saying --
13     A   Right.
14     Q   -- in September of '06?
15     A   Yes.
16     Q   And he was saying that in an email to you,
17 correct?
18     A   Either to me or one I was copied on, right,
19 I can --
20     Q   Yeah, you were copied on that email.
21     A   So I...
22     Q   In the second paragraph of that email at
23 4:07 p.m. on September 7, 2006, on Bates number 84174,
24 the last sentence in that paragraph says -- the last
25 two sentences say:  Presently, there are not enough

---

95

1  cage-free eggs available for Hellmann's to make this
2  change.  However, if there were, cost penalty could be
3  in the range of 20 to 25 million dollars annually on
4  100 percent switch.  Do you see that?
5      A   I'm sorry, could you tell me the page number
6  again.
7      Q   Yeah, 84174.
8      A   I see.  Okay.  Yep, I see that.
9      Q   So this is -- this is an internal email
10 within Conopco in September of 2006 in which Conopco's
11 egg buyer is informing --
12         MR. MURRAY:  It's actually 2007.
13         MR. SCHWINGLER:  September 7, 2006.
14         MR. MURRAY:  Oh, I'm sorry.
15         THE WITNESS:  2006, yes.
16     A   Okay, I see that, yeah.
17     Q   So let me start over.
18         This is an internal email within Conopco in
19 September of 2006 in which Conopco's egg buyer is
20 informing others, including you, that there could be a
21 20 to 25 million dollar annual cost increase by
22 switching to cage-free eggs for Hellmann's Mayonnaise?
23     A   Okay.  Yep, I see that.
24     Q   So in your role as the government relations
25 manager or director at the time, you were responsible

---

96

1  for communicating with the Humane Society, correct?
2      A   Right.
3      Q   And you didn't say to them at this point in
4  time:  Absolutely, we'll go cage free for all of
5  Hellmann's?
6      A   No.  No.
7      Q   And you didn't do that because at that point
8  in time you couldn't make that change?
9      A   We were -- this is all still being evaluated
10 what we could and couldn't do, I think was what was
11 going on here, so.
12     Q   But you were discussing internally that
13 because Michael Foods was becoming UEP Certified that
14 might give you some cover with the Humane Society
15 regarding the cage-free egg issue, correct?
16     A   I wouldn't say I thought it would give us
17 cover with the Humane Society, but it would give us
18 cover from an external communications point of view.
19 If we had to have a response statement to others out
20 there -- whether it's media or whoever, customers,
21 retailers -- about this, that if we were able to say
22 that our suppliers at least met the minimum animal
23 welfare standards.  We knew that the Humane Society
24 wanted us to go to cage-free eggs.  So to the extent
25 that Michael Foods had already said in the letter they

---

97

1  didn't want -- they viewed the UEP system as the
2  minimum standard and probably inadequate, I think they
3  said, so I don't know that we felt it gave us cover
4  with them.  It depends.
5      Q   But it was certainly a step in the right
6  direction?
7      A   We think -- I thought it would -- it just
8  positioned ourselves, otherwise, we were in the
9  situation where we would say we didn't know what
10 standards, what practices were taking place, and we
11 would at least be able to have externally a statement
12 that we know there's a minimum standard of animal
13 welfare practices taking place by our suppliers.
14     Q   And if Michael Foods had not agreed to
15 become certified at that time and Conopco had
16 continued to purchase from them, that would have
17 exposed Conopco to negative press?
18     A   If Conopco -- if Michael Foods did not meet
19 the minimum, continued to not meet the industry
20 standards, I think that, yes, we felt that would be a
21 negative for us in our business.
22         MR. SCHWINGLER:  You can set that exhibit
23 aside.
24         THE WITNESS:  Okay.
25         (Email Exchange, Bates CPCEGED00103983 to

---

HIGHLY CONFIDENTIAL

Langan, Thomas                                    March 13, 2014

26 (Pages 98 to 101)

98

1      CPCEGED00103990, marked as Langan Exhibit 11,
2      as of this date.)
3   BY MR. SCHWINGLER:
4      Q   I hand you what's been marked as Exhibit 11,
5   which is an email string with the Bates range
6   CPCEGED00103983 through 990.
7         And if I could just have you start with the
8   email starting on the page at the top of page 3, which
9   is Bates number 103985, dated September 11, 2006, at
10  6:49 p.m. It's actually at the bottom of page 2 is
11  where it really starts. And just read that email, the
12  email next on the string, which is the bottom of page
13  2, sort of up through the beginning of the document.
14        We can actually go through these one at a
15  time so you don't have to read them all.
16     A   Okay.
17     Q   I thought if you got to preview, so it may
18  be more efficient.
19        So starting with the email at the bottom of
20  2 and top of 3 from Ramesh Daga to a number of
21  individuals, including you, dated September 11, '06,
22  at 6:49 p.m.
23     A   Yes.
24     Q   Do you see that?
25     A   Yes.

99

1      Q   First of all, who is Freeman Miller?
2      A   Freeman Miller was a consultant at
3   Burson-Marsteller, BM you see his e-mail address. And
4   he was a consultant that supported the media relations
5   group in responding to media. So he worked for Sharyn
6   Kolsted and Jennifer Stalzer. Outside consultant.
7      Q   This email from Mr. Daga addressed to Sharyn
8   says: I have commitment from Michael Foods to inform
9   us on 9/15 that they can provide us UEP certified eggs
10  by January '07 or not. I feel confident they can make
11  it happen. This conversion will come with a
12  seven-figure price penalty and we need to go over the
13  process of making the business decision if it is
14  worthwhile or not. Do you see that?
15     A   Yes.
16     Q   And then the next email on the string, which
17  is at the bottom half of page 2 of the exhibit, is
18  from you to Mr. Daga and the other individuals on
19  September 12, 2006. Do you see that?
20     A   Yes. Yes.
21     Q   And this is your response to Mr. Daga's
22  email that I just read, correct?
23     A   Right.
24     Q   And in that email you say: Ramesh, Help me
25  understand this: Are you saying that even if Michael

100

1   Foods decides to convert its operations to UEP
2   Certified standards, as it appears it is planning to
3   do, we might tell them we want non-UEP Certified eggs.
4   Do you see that?
5      A   Yes.
6      Q   So is that, that was your interpretation of
7   Mr. Daga's email was that Conopco might at the end of
8   the day say, we don't even want UEP Certified?
9      A   Yeah. So my -- this came after I received
10  these emails where -- and there was an attachment, as
11  I mentioned, with the slide deck -- where the company,
12  Michael Foods' president had announced to its
13  employees the company had made a commitment it was
14  going to meet all the UEP standards. I view that as
15  not a commitment to Unilever but a commitment to his
16  employees and his company that they were making that
17  decision. They had decided on their own that their
18  business was going to meet these minimum industry
19  welfare standards. So once I saw that Michael Foods
20  was going to do this whether we supplied from them or
21  not, was what I saw it as, then, then I didn't -- I
22  was trying to understand then why we were then still
23  looking at whether we asked them to supply UEP
24  Certified Eggs or not. Because if they, Michael Foods
25  converted on its own, then I would, my thought was

101

1   then all their eggs by default are -- meet UEP
2   Certified. So it becomes not a matter of saying yes
3   or no to them. It's not -- that's what I was trying
4   to understand, as I recall.
5      Q   So you understood at this time that once
6   Michael Foods became certified that all of the eggs it
7   produced from its own hens would be UEP Certified
8   eggs?
9      A   That's what I understood for all their,
10  everything they would supply to any of their
11  customers, once they met the standards, I thought
12  everything would be -- would be UEP Certified.
13     Q   Okay. What I'm asking more of is not so
14  much what they would supply to their customers but
15  what they would produce from their own hens.
16        Was it your understanding that when Michael
17  Foods became certified that all of the eggs it
18  produced from its hens would be UEP Certified eggs?
19     A   That's what I understood. That's what I
20  thought, yeah.
21     Q   All right. The next email on the string
22  from Freeman Miller to you and several others later
23  that morning on September 12, it says: Question: If
24  B&J operates on a different wavelength, per se --
25  independently nontraditional, socially conscious --

HIGHLY CONFIDENTIAL

Langan, Thomas

March 13, 2014

27 (Pages 102 to 105)

---

**102**

1  B&J decides on its own about purchasing eggs, yes?  Do
2  you see that?
3     **A   Yes, I see that.**
4     Q   And the answer to Mr. Miller's question is
5  yes, correct?
6     **A   Yes.  As I've stated, Ben & Jerry's, based**
7  **on its own independent social mission, makes its**
8  **sourcing decisions that reflect its social mission, in**
9  **a number of areas, I guess, including this.**
10    Q   So the next sentence in that email is:  Or
11  in this case are we looking to position this as
12  Unilever driving B&J's purchasing decisions as well as
13  for all its owned companies and product lines by
14  delaying the announcement until UNUS has made its
15  decision.  Do you see that?
16    **A   Yes.**
17    Q   Is UNUS a reference to Unilever United
18  States?
19    **A   Yes.**
20    Q   And is this decision he's referring to the
21  decision about whether to buy UEP Certified eggs?
22       MR. MURRAY:  Objection, calls for
23  speculation.
24    **A   I don't know.**
25    Q   Okay.  Why don't you read the next email on

---

**103**

1  the string.
2     **A   Yeah.**
3     Q   Which is from you responding to
4  Mr. Miller --
5     **A   Okay.**
6     Q   -- about nine minutes later on September 12,
7  2006.  It's on the middle of the first page of the
8  exhibit.
9     **A   Yes.**
10    Q   It says:  The B&J decision is independent.
11  That's fine.  But the link to Unilever will be made.
12  If we have our decision on UEP ready when B&J
13  announces, we can be prepared to respond to questions
14  about Unilever's position and get this story over
15  with.  If we respond that we have not decided yet, the
16  story could drag out further and that would provide a
17  great opportunity for HSUS to target us to influence
18  our decision.  Do you see that?
19    **A   Yes.**
20    Q   So the third -- or the fourth sentence in
21  that e-mail says:  If we have our decision on UEP
22  ready when B&J announces.  So this email string is
23  discussing Conopco's decision about whether to buy UEP
24  Certified products?
25    **A   Yes.**

---

**104**

1     Q   And B&J announces, that's referring to Ben &
2  Jerry's announcement that it will be buying cage-free
3  eggs, correct?
4     **A   Right.  Yes.**
5     Q   And so the issue that's being discussed in
6  these emails is whether Unilever/Conopco should make
7  its decision about UEP Certified before Ben & Jerry's
8  announces publicly that it'll be switching to cage
9  free, correct?
10    **A   It was about trying to align -- align it at**
11  **the same time.  But what I was concerned about is Ben**
12  **& Jerry's makes an announcement of cage free, then we**
13  **get a call from external, whether it's customers,**
14  **media, saying, we saw Ben & Jerry's announcement, what**
15  **standards does Unilever's, the rest of Unilever's egg**
16  **supply meet?  And I felt it is in our interest to make**
17  **sure that we were able to say that our suppliers meet**
18  **the industry standards for animal welfare, which was**
19  **the UEP program.  So I thought, otherwise we would say**
20  **we don't know, you know, we don't know what standards**
21  **they're meeting.  And that was not a good position to**
22  **be in, my view.  So we were trying to get it so that**
23  **we had alignment on that.**
24    Q   In other words, when Ben & Jerry's would
25  announce its decision to go to cage free, that could

---

**105**

1  shine a spotlight on the company as a whole?
2     **A   But the potential, yes, to have questions**
3  **asked about the rest of our egg supply.  What**
4  **standards do we meet, do our suppliers meet, you know.**
5     Q   And Conopco wanted to be prepared to have a
6  good answer to that question --
7     **A   Yes.**
8     Q   -- if it came?
9     **A   Yes.**
10    Q   And the answer that Conopco was considering
11  was, we buy UEP Certified eggs for the rest of our
12  products?
13    **A   Yes.**
14    Q   The last sentence in your email:  If we
15  respond that we have not decided yet, the story could
16  drag out further and that would provide a great
17  opportunity for HSUS to target us to influence our
18  decision.  Do you see that?
19    **A   Yes.**
20    Q   And HSUS is referring to the Humane Society,
21  correct?
22    **A   Yes.  Humane Society of the United States.**
23    Q   And your concern here is that the Humane
24  Society would target Conopco as a company buying eggs
25  from inhumanely treated hens?

---

HIGHLY CONFIDENTIAL

Langan, Thomas

March 13, 2014

28 (Pages 106 to 109)

---

**106**

1    A   Yeah.  Based on the communication we had,
2   and you saw these -- the communication from Paul
3   Shapiro -- my concern was that he would, if we didn't,
4   weren't able to articulate response to an inquiry
5   about what standards our other suppliers met on animal
6   welfare, that he would be able to say that Unilever's
7   Hellmann's suppliers don't even meet the basic minimum
8   industry standards, and we wouldn't be able to say
9   what standards they meet.  So I thought that was not a
10   good position to be in, and that's why.
11    Q   And you were concerned about this because,
12   in fact, Mr. Shapiro or the Humane Society had already
13   said exactly that in a press release?
14    A   They -- yes.  The letter you saw they said
15   that our supplier Michael Foods did not even meet the
16   minimum industry standards.
17    Q   Sure.  But in a June 2006 press release,
18   several months before this email, the Hellmann's brand
19   name was actually mentioned in a --
20    A   Yes.
21    Q   -- Humane Society press release about
22   alleged allegations of animal welfare problems,
23   correct?
24    A   Yes.
25    MR. SCHWINGLER:  All right.  You can set

---

**107**

1   that document aside.
2    (Email Exchange, Bates CPCEGED00084222 to
3    CPCEGED00084227, marked as Langan Exhibit 12,
4    as of this date.)
5   BY MR. SCHWINGLER:
6    Q   You've been handed what's been marked
7   Exhibit 12, which is an email string bearing the Bates
8   range CPCEGED00084222 through 84227.
9    And I'm going to turn your attention to the
10   middle email on the first page from Ramesh Daga to you
11   and several others on September 12, 2006, at
12   10:24 a.m.  And if you could just read that and then
13   the email directly below it.
14    A   (Reads.)  Okay.  This is answer to my --
15    Q   So you would agree that the email, the email
16   from you at the bottom of page, the first page dated
17   September 12, 2006, at 10:12 a.m., is the same email
18   that we discussed in the prior exhibit about the
19   possibility that Conopco might still not purchase UEP
20   or might decide not to purchase UEP Certified eggs?
21    A   Yes.
22    Q   And so the email then from Mr. Daga at
23   10:24 a.m. is his response to you?
24    A   Yes.
25    Q   Okay.  And Mr. Daga responds, the second

---

**108**

1   paragraph:  B&J's decisions to go cage free fits their
2   social mission in business and should not be linked to
3   the rest of Unilever.  Do you see that?
4    A   Yes.
5    Q   And that's Mr. Daga's perspective?
6    A   Yes.  That's his opinion, right, yes.
7    Q   But you didn't agree with that opinion, did
8   you?
9    A   No.
10    Q   In fact, in the top email at the top of this
11   page is your response to him that afternoon stating:
12   I know this is a difficult issue and I which the B&J
13   decision wasn't linked to the rest of the business.
14   However, the media coverage, the Humane Society
15   communications, and even B&J have made a link by
16   disparaging our supplier, Michael Foods.  Do you see
17   that?
18    A   Yes.
19    Q   When you say -- and you sent this email,
20   correct?
21    A   Yes.
22    Q   When you said, "even B&J have made a link by
23   disparaging our supplier, Michael Foods," what were
24   you referring to?
25    A   You know, I don't recall.  I think there was

---

**109**

1   a press, there was something in the press or something
2   in the Times statement by Ben & Jerry's executive or
3   something.
4    Q   That was --
5    A   I don't recall.  I don't, I just, I don't
6   recall offhand, there was something.
7    Q   But your perception at this time at least
8   was that Ben & Jerry's made a disparaging statement of
9   some sort about Michael Foods?
10    A   Yeah.  I mean, I think they had said they
11   were dropping them as supplier based on the
12   allegations by the Humane Society about practice at
13   their facilities, so that's what I was referring to.
14   When they, when they communicated that.  They made
15   some statements, I don't recall what they were
16   exactly.  Whether it was a press release or what, but
17   they had made some statements that they were dropping
18   Michael Foods because of the Humane Society's
19   allegations.
20    Q   And your concern in this email is that, as
21   we discussed before, that Ben & Jerry's decision
22   to switch to cage free would be linked to the rest of
23   Conopco in the minds of the outside world?
24    A   Yes.  I think to my point earlier that I
25   thought we need to be prepared for an external inquiry

---

HIGHLY CONFIDENTIAL

Langan, Thomas                                    March 13, 2014

29 (Pages 110 to 113)

110

1  about the rest of our egg supply.  Ben & Jerry's has
2  this standard, what about the rest of Unilever's egg
3  suppliers, what standards are they meeting.
4      Q    The second paragraph of your email there at
5  the top says:  A commitment by Michael Foods to the
6  UEP certification program, which involves third-party
7  inspections of animal treatment standards, would help
8  us defend our continued use of them as a supplier.  Do
9  you see that?
10     A    Yeah.
11     Q    And so at the time in September of 2006, you
12 believed that Michael Foods' commitment to join the
13 UEP Certified Program would help Conopco defend its
14 continued use of Michael Foods as a supplier for
15 non-Ben & Jerry's products?
16     A    Yes.
17     Q    And I believe that the rest of this email is
18 consistent with what you said before, but we'll just
19 go through it one at a time.
20         We will never please the Humane Society
21 because it is trying to make money off its own
22 cage-free certification program.  Was that your
23 understanding at the time?
24     A    Yes.  There was a few different
25 certification programs and the one program, I think it

111

1  was -- I can't remember the name of it.  But there was
2  one of the certification programs that the Humane
3  Society had established and they were affiliated with
4  it in some way.
5      Q    Then the next sentence:  But at least we
6  will be in a reasonable and responsible position of
7  knowing our supplier is meeting the egg industry's own
8  minimum standards for humane treatment of caged hens.
9      A    Consistent with what I said, yeah, that's
10 what I was hoping we would have as a response.
11         MR. SCHWINGLER:  You can set that exhibit
12 aside.
13         (Email, Bates CPCEGED00104048 to
14         CPCEGED00104049, marked as Langan Exhibit 13,
15         as of this date.)
16 BY MR. SCHWINGLER:
17     Q    You've been handed what's been marked as
18 Exhibit 13, which is an email string.  The Bates
19 number is CPCEGED000104048.
20         A third of the way down the page under the
21 word Draft do you see where it says Fiona?
22     A    Yes.
23     Q    And this was a draft email to someone named
24 Fiona that you had prepared at that time?
25     A    Yes.

112

1      Q    Who is Fiona?
2      A    Fiona, her last name is Laird.  Fiona Laird.
3  She -- our organization was reorganized, we were in
4  the communications group, and she was the senior vice
5  president of human resources.  And they reorganized to
6  have our communications group report to her.  So she
7  became the senior vice president for human resources
8  and communications, as I recall.  So she -- she was
9  involved mostly in HR issues, but when there was major
10 things going on we tried to keep her up to date on
11 what was happening, so I was proposing this to her.
12     Q    That's all I have on that document.
13     A    Okay.
14         (Email Exchange, Bates CPCEGED00132785 to
15         CPCEGED00132794, marked as Langan Exhibit 14,
16         as of this date.)
17 BY MR. SCHWINGLER:
18     Q    You've been handed what's been marked as
19 Exhibit 14.
20         MR. SCHWINGLER:  For the record, it's a
21 document bearing the Bates range, an email
22 string, CPCEGED00132785 through 132794.
23     Q    My only question is going to relate to the
24 middle email on the first page from you to Mike Bauer
25 dated September 18, 2006, at 10:35 in the morning.  Do

113

1  you see that?
2      A    (Witness nods.)
3      Q    Did you send this email to Mr. Bauer?
4      A    Yes.
5      Q    And in the email you say:  Mike, I see
6  essentially three issues for us to consider.  (1)
7  status quo, (2) UEP Certified, or (3) cage free.  Let
8  me suggest adding to the agenda a discussion of United
9  Egg Producers (UEP) Certified eggs, per below.  Ramesh
10 is very uniformed on the UEP Certified Program.  Do
11 you see that?
12     A    Yes.
13     Q    So there are a number of redacted emails
14 that are being forwarded from you, a number of these
15 included in the exhibits that we just discussed.  So
16 you're free to skim through for context if you need
17 it.  But I just have, you know, a couple of questions.
18         At this point in time, were you meeting with
19 other folks internally at Conopco to discuss Conopco's
20 options for egg products or egg suppliers?
21     A    I don't recall.  You know, I think what it
22 was was Ramesh had said, in the other emails we talked
23 about, that he -- it wasn't his decision to make and
24 he had to get others in the business to make these
25 decisions.  And he was going to Mike Bauer, who I

HIGHLY CONFIDENTIAL

Langan, Thomas                                     March 13, 2014

30 (Pages 114 to 117)

---

114

1   described earlier as the head of our spreads and
2   dressings business, marketing side and all that. He
3   was now briefing Mike Bauer on, you know, how they
4   supply their eggs. And Mike was probably the
5   decision-maker on that.
6       Q   And you informed Mike in your view you saw
7   three options at that time. Maintaining the status
8   quo is one option?
9       A   Yeah.
10      Q   And that mean -- that meant continuing to
11  buy from noncertified eggs?
12      A   Yeah. So I'm looking at the chain of
13  emails. These were talking about how we would respond
14  to the Ben & Jerry's announcement. And so, like I
15  said, I think -- yeah, I was trying to -- Mike was
16  being brought into this and we were trying to brief
17  him on it, so I wanted him to understand that if we
18  had to respond to a -- to the outside inquiry about
19  our practices after the Ben & Jerry's announcement,
20  that there's really three things we can say. You
21  know, the current situation, which is we don't know
22  what the Michael Foods animal welfare standards are.
23  Or that our suppliers meet the industry UEP Certified
24  minimum standard. Or we -- that they or that we would
25  potentially go to cage free. That's -- that's what I

---

115

1   was describing, yeah.
2       Q   Okay.
3           MR. SCHWINGLER: You can set that document
4   aside.
5           This is Exhibit 15?
6           MR. MURRAY: Uh-hum.
7           (Email, Bates CPCEGED00104050 to
8   CPCEGED00104055, marked as Langan Exhibit 15,
9   as of this date.)
10  BY MR. SCHWINGLER:
11      Q   You've been handed Exhibit 15, which, for
12  the record, is an email bearing the Bates number
13  CPCEGED00104050, along with the following attachments
14  that go through 104055.
15          And just looking at the first page, which is
16  the email, this is from Freeman Miller to several
17  individuals copying you dated September 22, 2006; is
18  that correct?
19      A   Yes.
20      Q   And you received this email from Mr. Miller
21  at that time?
22      A   I believe so, yes.
23      Q   And the e-mail says: Tom asked me to
24  forward the attached two documents for your review and
25  comments before sending on to Mike, Nancy and Ramesh

---

116

1   for theirs. Do you see that?
2       A   Yes.
3       Q   When he's talking about Tom there is he
4   referring to you?
5       A   Yes, I believe so.
6       Q   And you had asked him to send these
7   attachments to the --
8       A   The media.
9       Q   -- the individual --
10      A   Yes, the media relations group. He's
11  consultant and so just to get the media relations
12  people to review it.
13      Q   If you switch to the next page, the first
14  attachment. Bates numbers 104051. At the top it says
15  DRAFT DRAFT DRAFT. Privileged and Confidential for
16  Discussion Purposes Only. And then there's the big
17  heading HOLDING STATEMENT RE: EGGS. Do you see that?
18      A   Yes.
19      Q   Are you familiar with this document?
20      A   Yes.
21      Q   Did you help prepare this document?
22      A   Yes.
23      Q   What was the purpose of this document?
24      A   This was to help us prepare to respond to
25  any external inquiries we may receive, like I

---

117

1   described earlier, you know, related to Ben & Jerry's
2   announcement of cage free, and if we received a
3   inquiry about what about the rest of Unilever's egg
4   supply and the practice of their suppliers, we wanted
5   to have some response statement available, if asked.
6       Q   And this is a holding statement?
7       A   Yes.
8       Q   What does the term "holding statement" mean,
9   as used here?
10      A   Holding means you don't release it
11  proactively. We don't -- we're not going to send this
12  out, but we would have it prepared to respond if asked
13  by an external group potentially.
14      Q   And was this intended to be a resource for
15  Conopco personnel in the event they were asked about
16  animal welfare or egg suppliers?
17      A   Yes.
18      Q   All right. So starting in the first
19  paragraph, second sentence: Unilever's business
20  principles commit us to conducting our operations with
21  integrity and respect for the many people,
22  organizations and environments our business touches.
23  Do you see that?
24      A   Yes.
25      Q   As part of that commitment, we strive to

---

HIGHLY CONFIDENTIAL

Langan, Thomas                                              March 13, 2014

31 (Pages 118 to 121)

---

**118**

1  work with suppliers who have values similar to our own
2  and work to the same standards we do.  Do you see
3  that?
4      A   Yes.
5      Q   Are both of those statements accurate, to
6  the best of your knowledge?
7      A   Yes, sounds, sounds right, accurate.
8      Q   Those statements reflect Unilever's business
9  principles?
10     A   Well, we do have a statement of business
11 principles that's published, so I don't want to say
12 what may or may not be in there exactly.  But this is
13 a draft, so I don't know whether this is ultimately
14 the final version, but, you know, it looks reasonable.
15     Q   The next sentence says:  To that end,
16 Unilever United States is currently working with its
17 egg supplier as it transitions its egg production
18 operations to meet U.S. United Egg Producers (UEP
19 Certified) Certified standards for hen welfare.  Do
20 you see that?
21         And the reference to "its egg supplier" is a
22 reference to Michael Foods, correct?
23     A   It would be one of the -- yes, I -- yes.
24     Q   Because at this time in September of 2006
25 Michael Foods was, and Unilever, were working to

---

**119**

1  transition Michael Foods' egg production to UEP
2  Certified, correct?
3      A   That's, yeah, that's -- at this time that's
4  when Ramesh, yes, all those conversations were going
5  on on this, yeah.
6      Q   If you could turn to the next page, the next
7  attachment entitled, or at least at the top bears the
8  heading Egg Production Supplies Q&A.
9      A   Yes.
10     Q   Are you familiar with this document?
11     A   I'm familiar with it, yes.
12     Q   What is it?
13     A   Again, these are a, I would say, holding or
14 response only Q&A should we get inquiries related to
15 the Ben & Jerry's announcement.  Inquiries asking us
16 about the rest of Unilever's egg supplies and the
17 standards our suppliers meet.
18     Q   Were you involved in preparing this
19 document?
20     A   Yes.
21     Q   Who was the intended audience?
22     A   Media.  Customers.  It could be outside
23 NGOs.  It could be whoever.  You know, I don't know,
24 several groups.
25     Q   Let me --

---

**120**

1      A   Media for the most part I would say.
2      Q   Let me draw a distinction here.  What I'm
3  asking is:  Who is the intended audience of this exact
4  document?  Was this a document that Unilever intended
5  to distribute externally?
6      A   No.  This is a holding -- this is response.
7  These are responsive only.  We weren't going to
8  publish this, this was in case we received an inquiry.
9      Q   So this document, the intended audience was
10 Conopco personnel?
11     A   This was only circulated internally at this
12 point.
13     Q   But the questions and answers were to assist
14 Conopco personnel to answer questions from the media
15 and others --
16     A   Yes.
17     Q   -- that you referenced before?
18     A   Yes.
19     Q   Okay.  So the distinction I'm drawing is
20 between the audience of the document itself and then
21 the audience --
22     A   Okay.
23     Q   -- of the contents of the document.
24     A   Yeah.
25     Q   And so you would agree this was just an

---

**121**

1  internal document?
2      A   Yes.
3      Q   But it was -- its purpose was to provide
4  Conopco personnel with answers to questions that may
5  come from media?
6      A   Yes.
7      Q   Okay.  Under Q1 and A1 on the first page,
8  the last sentence of A1 says:  To that end, Unilever
9  United States is currently working with our egg
10 supplier to transition its egg production operations
11 to meet the United Egg Producers (UEP) Certified
12 standards for hen welfare, and it will be subsequently
13 be the policy of Unilever United States to purchase
14 UEP Certified eggs for use as an ingredient in our
15 food products.  Do you see that?
16     A   Yes.
17     Q   At the time this document was prepared, did
18 Unilever have a policy of purchasing UEP Certified
19 eggs?
20     A   No.
21     Q   So this is forward-looking?
22     A   Yes.  And I know this is, this is draft and
23 I know actually that this was changed.  I remember
24 there was changes to this because this went on to
25 others to look at, but.

---

HIGHLY CONFIDENTIAL

Langan, Thomas

March 13, 2014

32 (Pages 122 to 125)

---

**122**

1  Q   If you'd turn to the next page at the top --
2  actually, at the bottom of page 1 under Q4, it says:
3  Don't you think it's cruel to keep hens caged 24/7?
4  How can Unilever United States justify the UEP
5  Certified program when it subjects hens to confinement
6  in cages?  Do you see that?
7       You're saying this is a hypothetical
8  question that someone might ask a Conopco employer,
9  correct?
10  **A   Correct.  Because, as I said, the Humane**
11  **Society wanted cage-free eggs.  This was not a**
12  **cage-free eggs program standard that the industry had,**
13  **so we wanted to anticipate a question about a program**
14  **that wasn't cage free.**
15  Q   And A4 beginning on the next page is the
16  proposed answer to that question, correct?
17  **A   Yes.**
18  Q   And --
19  **A   A draft.**
20  Q   A draft.
21  **A   Yes.**
22  Q   But at the time, internally at least, a
23  proposed answer to that question?
24  **A   Proposed internally, yes.**
25  Q   And A4 says:  We believe the UEP Certified

---

**123**

1  Program helps advance the welfare of hens.  Do you see
2  that?
3  **A   Yes.**
4  Q   Understanding that this is a draft, would
5  you agree with that statement?
6  **A   Yes.**
7  Q   And if Conopco didn't agree with that
8  statement, Conopco would not have included it in this
9  type of a document, correct?
10  MR. MURRAY:  Objection, calls for
11  speculation.
12  **A   Yeah.**
13  Q   So, withdraw, let me ask you a new question.
14       You were involved in preparing this
15  document?
16  **A   Yes.  Yes.**
17  Q   So you, you know, were involved in deciding
18  the contents of the document?
19  **A   Proposing the contents of it, yes.**
20  Q   And you, as you testified earlier, believe
21  it's important to be accurate and truthful when you're
22  communicating with NGOs, correct?
23  **A   Yes.**
24  Q   And also with the government?
25  **A   Yes.**

---

**124**

1  Q   And although you weren't the media contact,
2  you also believed it important to be accurate with the
3  media?
4  **A   Yes.**
5  Q   In fact, you wanted consistency in your
6  message to media, government and NGOs?
7  **A   Yes.**
8  Q   All right.  So what's going in this
9  document, then, is a potential statement by Conopco to
10  really anyone in the outside world but specifically to
11  the media, right?
12  **A   Yes.**
13  Q   So when you were helping prepare this
14  document, it was important to you to make sure it
15  contained accurate statements?
16  **A   Yes.**
17  Q   And you wouldn't have put a statement, even
18  in a draft, that you knew to be inaccurate, correct?
19  MR. MURRAY:  Object to the form of the
20  question.  Calls for speculation.
21  Q   Let me, let me be clear.  I'm asking about
22  when you were involved in drafting this document, you
23  wouldn't have intentionally put inaccurate information
24  in the draft, correct?
25  **A   This is a -- if I recall, what I did was I**

---

**125**

1  **looked at the information provided by the UEP program,**
2  **their description of it.  And their, based from their**
3  **website.  This looks like the language and provided**
4  **the telephone numbers.  So I even provide the link to**
5  **the website.  So I'm relying on the accuracy of their**
6  **description of the program, and proposing that we then**
7  **take that description and have that be our potential**
8  **response, you know, so.**
9  Q   But you had no reason to believe --
10  **A   Did I notice, did I go through and talk to.**
11  **You know, I didn't go through and ask all the USDA and**
12  **the academicians.  I didn't go and interview all these**
13  **scientists.  I took the information from the UEP**
14  **program what they're saying about it and put that in**
15  **here.  I had...**
16  Q   I guess the question I have is, the
17  statement here says:  We believe the UEP Certified
18  Program helps advance the welfare of hens.
19  **A   Right.**
20  Q   And what I'm asking you is:  If you didn't
21  believe that to be the case, you wouldn't have had it
22  in this document, right?
23  **A   I was proposing that that would be what we**
24  **say, so I -- you know, there are often times where I**
25  **draft something and then the people, the lawyers and**

---

HIGHLY CONFIDENTIAL

Langan, Thomas                                  March 13, 2014

33 (Pages 126 to 129)

126

1    others will then edit it and say, you know, we really
2    shouldn't say this or that.  But my personal
3    recommendation at the time that this was drafted was
4    that would be a response that we would want to be able
5    to support, a view that we'd want to support, that it
6    did help advance hen welfare.  I mean, that's what we
7    were saying to our suppliers, we wanted them to meet
8    the minimum standards for, for animal welfare.  And if
9    that program was the one, we felt that that then
10   advances the industry practices.
11       Q.   And this is -- this document was, this A4 is
12   a proposed answer to that, the hypothetical question
13   about caged eggs?
14       A.   Right.
15       Q.   And so the intent of this document is to
16   provide a talking point or a script to a Conopco
17   employee to answer that question if asked?
18       A.   Right.
19       Q.   Okay.  So apart from whether Conopco
20   actually believed that the UEP Certified Program helps
21   advance the welfare of hens, at the very least, based
22   on this document, Conopco was prepared to make that
23   representation to the media if asked?
24           MR. MURRAY:  Objection to the form of the
25       question.  Mischaracterizes his testimony.

127

1        A.   I mean --
2        Q.   So let me be clear.  I'm not asking -- I'm
3    not -- I'm not attempting to put words in your mouth.
4        A.   Right.
5        Q.   And I'm not trying to characterize something
6    you already said, I'm just asking a question that's a
7    yes-or-no answer.  And if the answer's no, that's
8    fine: if it's yes, that's fine.
9            So my question is:  Apart from whether
10   Conopco actually believed that the UEP Certified
11   Program helps advance the welfare of hens, at the very
12   least, based on the statement in this document,
13   Conopco was prepared to make that representation to
14   the media?
15           MR. MURRAY:  Objection to the form.
16       A.   Prepared because this is draft, so it
17   wasn't it, it wasn't agreed to, even though I may have
18   drafted that and had that be the recommended response,
19   it was not Conopco's official position reflected in
20   this document.
21       Q.   So this document doesn't reflect an official
22   position at that time, correct?
23       A.   Right.
24       Q.   But it reflects a proposed or contemplated
25   position?

128

1        A.   A proposed, yes.
2        Q.   Okay.
3        A.   Yes.
4        Q.   And, again, it would not have been your
5    practice to recommend a statement that you believed to
6    be incorrect?
7        A.   You know, like I said, I took this
8    information from the UEP program's descriptions of the
9    program.  I relied on the accuracy of their
10   description.  I had reason to believe that what they
11   were describing the program as was accurate, so I
12   thought it was a reasonable view that it was accurate.
13           So no, if I thought that what they were
14   putting on their website and describing it was
15   completely inaccurate, I probably would not put it
16   there, but.
17           MR. SCHWINGLER:  You can set that document
18       aside.
19           (PowerPoint, Bates CPCEGED00066366 to
20       CPCEGED00066373, marked as Langan Exhibit 16,
21       as of this date.)
22   BY MR. SCHWINGLER:
23       Q.   You've been handed what's been marked as
24   Exhibit 16, which appears to be a PowerPoint
25   presentation bearing the Bates range CPCEGED00066366

129

1    through 66373.
2            Have you ever seen this document before?
3        A.   (Reviews.)  I think it might have been -- I
4    don't recall.  It might have been provided to me from
5    Ramesh.  It looks like something that Ramesh wrote it.
6    I'm not very familiar with it.
7        Q.   Do you recall if you attended any
8    presentation at which this PowerPoint would have been
9    showed?
10       A.   No, I don't recall that, I don't believe I
11   did.
12           MR. SCHWINGLER:  All right.  You can set
13       that aside.
14           Take maybe a five-minute break.
15           MR. MURRAY:  Okay.
16           MR. SCHWINGLER:  Go off the record.
17           THE VIDEOGRAPHER:  The time is 12:07 p.m.
18       and we're going off the record.
19           (Whereupon, off the record.)
20           (Whereupon, resumed.)
21           THE VIDEOGRAPHER:  The time is 12:14 p.m.,
22       and this is DVD No. 2 of the -- excuse me -- DVD
23       No. 3 of the continued video deposition of Mr.
24       Thomas Langan.
25           (Email Exchange, Bates CPCEGED00095061 to

HIGHLY CONFIDENTIAL

Langan, Thomas                                   March 13, 2014

34 (Pages 130 to 133)

---

130

1    CPCEGED00095062, marked as Langan Exhibit 17,
2    as of this date.)
3    BY MR. SCHWINGLER:
4        Q    You've been handed Exhibit 17, which is an
5    email string with the Bates range CPCEGED00095061 to
6    62.
7            And my question specifically will relate to
8    the -- on the middle of the first page there's an
9    email from you to Mike Bauer and Ramesh Daga on
10   January 17, 2008.  Do you see that?
11       A    Yes.
12       Q    Did you send that email?
13       A    Yes.
14       Q    And if you want to take a moment to review
15   the email below that you forwarded, I have a few
16   questions once you've done so.
17       A    (Reviews.)  Okay.
18       Q    So in this email to Mike Bauer and Ramesh
19   Daga you're forwarding an email from Paul Shapiro of
20   the Humane Society, correct?
21       A    Yes.
22       Q    And in Mr. Shapiro's email to you he says:
23   I hope you're doing well.  I just read the great news
24   about Hellmann's in the U.K.  Do you see that?
25       A    Yes.

---

131

1        Q    Do you know what he's talking about there?
2        A    I recall that Hellmann's had announced
3    cage-free egg suppliers for Hellmann's in the U.K.
4        Q    Do you know whether Hellmann's --
5        A    Or free range.  Cage free or free range I
6    guess.
7        Q    Do you know whether Hellmann's Mayonnaise
8    for the United Kingdom was manufactured in the United
9    States?
10       A    I don't believe it was, I think they
11   manufactured it out there, not in the U.S.
12       Q    Were you involved in the decision for
13   Hellmann's to switch to either cage-free or free-range
14   eggs for its United Kingdom mayonnaise?
15       A    No.
16       Q    Were you aware of that decision before you
17   received this email from Mr. Shapiro?
18       A    I don't know.  I don't recall.
19       Q    Sort of the full paragraph at the top of the
20   second page says:  I'd like to set up a time when we
21   could discuss the possibility of a similar move across
22   this side of the Atlantic.  Do you see that?
23           Needless to say, the Humane Society of the
24   United States would devote significant resources to
25   touting Hellmann's if such progress were made here.

---

132

1    Do you see that?
2        A    Yes.
3        Q    So in this email Mr. Shapiro, whom you had
4    been in contact with in 2006, now in January of 2008,
5    says he wants to speak with you about Hellmann's
6    switching to cage-free eggs in the United States?
7        A    Yes.
8        Q    And he's broaching this topic because of the
9    announcement about the United Kingdom switched to cage
10   free or free range?
11       A    Yes.
12       Q    You then forward that email on to Ramesh
13   Daga and Mike Bauer and ask to have a discussion with
14   them on the topic, correct?
15       A    Yes.
16       Q    Do you remember speaking with Mr. Daga and
17   Mr. Bauer around that time about the Humane Society's
18   inquiry?
19       A    No, I don't.  I don't recall a conversation
20   with them, but I -- I don't know.
21       Q    Do you recall if anything came of this
22   incident?
23       A    You know, I don't recall.  I mean, they
24   ultimately switched to cage-free eggs, but I don't
25   recall if this incident was just for that.  I don't

---

133

1    recall.
2            MR. SCHWINGLER:  You can set that aside.
3            (Email Exchange, Bates CPCEGED00104230 to
4    CPCEGED00104236, marked as Langan Exhibit 18,
5    as of this date.)
6    BY MR. SCHWINGLER:
7        Q    Mr. Langan, you've been handed what's been
8    marked as Exhibit 18, which, for the record, is an
9    email string with the Bates range CPCEGED00104230 to
10   231, and the attachments which continue through
11   104236.
12           Starting with, I guess, the bottom email on
13   the email string dated July 2nd, 2009, from Emile-van
14   Schie on behalf of Willem-Jan Laan.  I'm probably
15   mispronouncing those names.
16       A    Willem-Jan Laan.
17       Q    Did you receive this email from Willem-Jan
18   Laan?
19       A    Yes.
20       Q    Who is Willem-Jan Laan?
21       A    He is an employee of Unilever in Europe
22   who -- he's director of -- in the communications group
23   covering, you know, agricultural supply issues for the
24   business on a global issues management level dealing
25   with, one issues he dealt -- he deals with is our

---

HIGHLY CONFIDENTIAL

Langan, Thomas                                   March 13, 2014

---

134

1  global position on animal welfare.
2       Q   When you say "our global position on animal
3  welfare," what do you mean by "our"?
4       A   Unilever corporation's global position.
5       Q   So not just Unilever United States?
6       A   Right.
7       Q   And then you respond to this email later
8  that day at 6:01 p.m.; is that correct?
9       A   Yes.
10      Q   You sent, you wrote, this email at the top
11 half of Exhibit 18 is an email that you authored?
12      A   Yes.
13      Q   Okay.  And you say:  For background info,
14 the only animal welfare issues that I have directly
15 dealt with in the U.S. relate to cage-free eggs and
16 the use of animals in advertisements.
17          What is the purpose of this communication to
18 Mr. Jan Laan or Mr. Laan?
19      A   He -- so you'll see his email he says Dear
20 Team Members.  I was on this -- I was a member of this
21 team that Mr. Willem-Jan Laan was the leader of to
22 develop our global corporate position statement on
23 farm animal welfare, which is published on our website
24 currently.  And so he was trying to gather information
25 about how the business units around different parts of

---

135

1  the world -- people on this team were from different
2  parts of the world -- what they -- what issues they
3  were dealing with, particularly, as he says, I think
4  related to dairy and egg products is where they were
5  starting.  So I was sending him the information, I
6  think, on the egg issues we were dealing with here.
7       Q   And so in the second paragraph of your
8  email, you say:  The egg issue began three years ago
9  when the Humane Society of the United States launched
10 a campaign against Ben & Jerry's.  What do you mean by
11 "campaign against Ben & Jerry's"?
12      A   The Humane Society campaign, what I mean is
13 that they had a series of public relations activities.
14 If I recall, they, they had some demonstrations and
15 picketers outside of Ben & Jerry's Ice Cream Scoop
16 Shops.  They had press releases and things.  Calling
17 on Ben & Jerry's to go cage free and using the media
18 and consum -- getting people to write to Ben &
19 Jerry's, that's what I mean by campaign.
20      Q   And then the second sentence says:  After
21 Ben & Jerry's came to an agreement with the Humane
22 Society, the NGO contacted me about the Hellmann's
23 brand.
24      A   Right.
25      Q   What did you mean by "agreement with the

---

136

1  Humane Society"?
2       A   The Ben & Jerry's there, they did an
3  announcement, and I believe it was with the Humane
4  Society, a joint announcement that they were going to
5  convert to cage free.
6       Q   And after that announcement then the Humane
7  Society contacted you about the Hellmann's brand?
8       A   That's right.  I think that email you showed
9  me, we looked at before shows that.
10      Q   And then it -- your last sentence in that
11 paragraph says:  Hellmann's was not prepared to make
12 any commitments to cage free at the time, and so we
13 developed the attached position statements, et cetera.
14 Correct?
15      A   Yes.
16      Q   And you have as attachments to this email
17 two documents that are attached here to the exhibit.
18          Turning to the first one, which is on page 3
19 of the exhibit, the number 104232 in the bottom-right
20 corner.  Do you see that?
21      A   Yes.
22      Q   And what is this document?
23      A   This is, it looks like a later version of, a
24 version of the draft we were looking at before.  It's
25 a holding statement.

---

137

1       Q   And this doc -- this document doesn't have a
2  draft designation on it, does it?
3       A   I don't see a draft, or a draft, no.
4          MR. MURRAY:  You're talking about just the
5  holding statement?
6          MR. SCHWINGLER:  Just the holding statement.
7       Q   And when you forwarded this to Mr. Laan on
8  July 2nd, 2009, you don't identify this document as a
9  draft, do you?
10      A   I identify it as we developed attached
11 position statement, et cetera.  Yeah, I -- just the
12 attachments, things that we developed.
13      Q   So given that there's no draft designation
14 on this first attachment, would you agree that this
15 was, you know, as of February 19, 2008, the date at
16 the top of the document, the, for lack of a better
17 term, final version of the holding statement that
18 Conopco had created at that time?
19      A   I don't, you know, I don't know.  I can't
20 say for sure.  It doesn't say draft on it, so I don't
21 recall.  We have -- I don't think we ever used an
22 external statement.  We never -- we never got an
23 inquiry about it from the media or anything like that
24 for that purpose.  But I can't say for sure.  It
25 doesn't say draft, so I can't say that it definitely

---

HIGHLY CONFIDENTIAL

Langan, Thomas                                                March 13, 2014

36 (Pages 138 to 141)

---

138

1   was the final.
2       Q   If I wanted to know whether or not this is
3   the final version of the holding statement, at least
4   as of that moment in time, how would I learn that?
5       A   I don't know. I -- I don't know.
6       Q   Does Conopco have a database of final
7   versions of these types of documents?
8       A   No. No.
9       Q   Let's put it this way: Let's say it's March
10  of 2008 and somebody calls you and asks about the UEP
11  Certified Program, and you want to look up what the
12  official holding statement is before you respond,
13  where would you have looked?
14      A   I would have looked in my -- my file, my
15  email folders on the issue and tried to look for the
16  statements. Although, you know, this statement at
17  this point was probably -- I don't know how old it
18  was -- but the original version. So normally what I
19  would have done is pulled up and found whatever I had
20  in my files and then probably reviewed it again with
21  the media colleagues and others to confirm that it was
22  still accurate and something that we would want to go
23  with.
24          Because we often draft these things and then
25  we don't get calls so they -- we never, never really

---

139

1   put an official final on their because we never got a
2   call and it sits there. If we do get a call, we'll
3   look at it and pull it up and decide, okay, this is
4   what we're going to say, so.
5       Q   I realize this is a few years ago.
6       A   Yeah.
7       Q   But you're sending this to Mr. Jan who is
8   part of this global effort --
9       A   Right.
10      Q   -- to coordinate animal welfare issues,
11  correct?
12      A   Right.
13      Q   And so you're sending him the most recent
14  version of this document, correct?
15      A   Yes.
16      Q   You wouldn't have sent him a prior version
17  that was out of date or no longer current?
18      A   I think that's right.
19      Q   Okay.
20      A   I would have sent him the most recent
21  version of that.
22      Q   All right.
23      A   Yeah.
24      Q   And so looking at the first paragraph of the
25  holding statement. Middle of the paragraph, this is

---

140

1   largely the same as the earlier draft we looked at,
2   but it says: As part of that commitment, we strive to
3   work with suppliers who have similar -- values similar
4   to our own and work to the same standards we do. To
5   that end, Unilever United States is currently working
6   with our largest egg supplier as it transitions its
7   egg production operations to meet U.S. United Egg
8   Producers (UEP Certified) Certified standards for hen
9   welfare. Do you see that?
10      A   Yes.
11      Q   So the language is a little different than
12  before, but what it says here is "our largest egg
13  supplier." Do you see that?
14      A   Yes.
15      Q   And you helped prepare this document?
16      A   Yes, I was involved in it. I don't recall
17  how some of these changes were made, but yeah.
18      Q   Sure. But the phrase "largest egg supplier"
19  is a reference to Michael Foods, correct?
20      A   Yes.
21      Q   And, again, at this point Unilever has a
22  statement that could be used in speaking with the
23  media or other external audiences that states that
24  Unilever is working with Michael Foods as Michael
25  Foods transitions its egg production operations to UEP

---

141

1   Certified. Is that an accurate characterization of
2   this statement?
3           MR. MURRAY: Objection. Mischaracterizes
4       prior testimony.
5       A   Yeah, I mean it implies, but it doesn't --
6   it says our largest egg supplier, right.
7       Q   Sure. But you were referring to Michael
8   Foods with the phrase "largest egg supplier"?
9       A   Yes.
10      Q   So what I'm trying to get at: This document
11  is intended to be a resource for Conopco personnel in
12  the event they're asked by the media or someone
13  outside the company about animal welfare?
14      A   Customer or whoever asks, yes.
15      Q   And so this document that's intended to
16  provide guidance to Conopco personnel in responding to
17  customer inquiries or media inquiries states that
18  Unilever is currently working with our largest egg
19  supplier as it transitions into the UEP Certified
20  Program. Is that a fair characterization?
21      A   That's what it says, yeah. Yeah.
22      Q   And although it doesn't say Michael Foods,
23  the document is referring to Michael Foods?
24      A   I think that's fair, yes. They are the
25  largest supplier, yeah.

---

HIGHLY CONFIDENTIAL

Langan, Thomas                                     March 13, 2014

37 (Pages 142 to 145)

---

**142**

1    Q   All right.  And then the next attachment,
2  which starts on Bates 104233 in the bottom-right
3  corner, are you familiar with this document?
4    A   Yes.
5    Q   Is this an updated draft of the egg supplies
6  Q&A from 2006 that you previously testified about?
7    A   It looks like it.  Is there a date on the
8  other one?
9      Yeah, the other one was dated September of
10  2006, this one's dated February of 2008, so yes.
11    Q   For the record --
12    A   It's an updated draft.
13    Q   The 2006 document is part of Exhibit 16,
14  correct?
15    A   Exhibit 15 I have it in.  Maybe it's in
16  both.  I was just looking at Exhibit 15.  Let me see.
17  15.
18    Q   Is that starting with the Bates number
19  104050?
20    A   Yes.
21    Q   Okay.
22    A   Yes.  If you look at that attachment there,
23  that's the Q&A's we were just reviewing before.  That
24  one's dated 2006, September 22nd.  And the one we're
25  looking at now, 4233, is dated 2008.  So this would be

---

**143**

1  a more recent draft, yes.
2    Q   Okay.  And turning to the next, to the
3  second page of the attachment under Q4, it says:
4  Don't you think it is cruel to keep hens caged 24/7?
5  How can Unilever United States justify the UEP
6  Certified Program when it subjects hens to confinement
7  in cages?  That's the same as Q4 that's in Exhibit 15,
8  correct?
9    A   Let me see here.  (Reviews.)
10      It looks like it's the -- just confirming.
11  Yeah, it looks like it's the same text, I don't see
12  any modifications to that.
13    Q   Sure.  Whether it's verbatim or not, it's
14  generally asking the same question?
15    A   Yes.
16    Q   And the answer A4 on both the 2008 version
17  and the 2006 version begins with "We believe the UEP
18  Certified Program helps advance the welfare of hens"?
19    A   Yes.
20    Q   I asked you a number of questions about that
21  statement before.
22      As to the 2006 document, you testified that
23  you got the information about the UEP Certified
24  Program from the UEP materials; is that correct?
25    A   Yes, that's right.

---

**144**

1    Q   Is that also accurate for the statements in
2  the 2008 version?
3    A   Yes.
4    Q   And as with the 2006 version, you would not
5  have included this material in the 2008 version if you
6  believed it to be incorrect?
7    A   Yeah.  This is a draft and I pulled this
8  from the website.  You know, it was a reasonable
9  expectation that what the United Egg Producers
10  description of their program was accurate, so.
11    Q   And the purpose of this draft is the same as
12  the purpose of the 2006 draft in terms of providing an
13  internal resource for Conopco personnel in the event
14  they were asked a question along these lines?
15    A   Yes.
16    Q   Okay.  And the proposed answer on this page
17  would have been as of February 19, 2008, at least a
18  draft of a potential answer to that question?
19    A   Yes.
20    Q   And so the -- all right.  Withdrawn.  I'll
21  withdraw the fragments of a question I started to ask.
22      MR. SCHWINGLER:  Okay, you can set this
23  document aside.
24    Q   Are you aware of whether Unilever developed
25  a Global Animal Welfare Position Statement?

---

**145**

1    A   Yes.
2    Q   When did that occur?  And I can put a
3  document in front of you, I'm not trying to make this
4  a memory test.
5    A   Yeah, I --
6    Q   But if you recall, when did that occur?
7    A   I believe it was 2010.  I don't know.  I was
8  on that team led by Willem-Jan Laan, as we discussed
9  earlier, that developed the position statement on farm
10  animal welfare that's published on our Unilever global
11  website unilever.com.
12    Q   So you now -- if I went to the unilever.com
13  website today, I'd be able to access the global animal
14  welfare statement?
15    A   Yes.  Farm animal welfare it's under.
16    Q   And that's been the case at least in some
17  form or another since about 2010?
18    A   Yes, at least.  I think, yeah.
19      (Email Exchange, Bates CPCEGED00099652 to
20  CPCEGED00099659, marked as Langan Exhibit 19,
21  as of this date.)
22  BY MR. SCHWINGLER:
23    Q   You've been handed what's been marked
24  Exhibit 19, which is an email string.  The Bates range
25  CPCEGED00099652 through 99655, along with the

---

HIGHLY CONFIDENTIAL

Langan, Thomas                                    March 13, 2014

38 (Pages 146 to 149)

146

1  attachments that follow through 99659.
2      A   Okay.
3      Q   You were not cc'd on the email.  I'm not
4  going to ask you about the email.  But if you could
5  turn to the last attachment which starts on 99658.
6      Take a minute to review this document and
7  let me know once you've done so.
8      A   (Complies.)  Okay.  Yeah.
9      Q   Are you familiar with this document?
10     A   Yes.
11     Q   What is it?
12     A   This looks like the text as I was referring
13 to as our Unilever Global Position Statement on farm
14 animal welfare that's published on our website
15 currently, unilever.com.
16     Q   At the top of the first page under
17 Introduction, the second paragraph says:  The
18 following position statement on farm animal welfare
19 was agreed in the FIPG meeting on 2 December 2009.  Do
20 you see that?
21     A   Yes.
22     Q   What is FIPG?
23     A   That stands for Food Issues Policy Group.
24     Q   Were you a member of the Food Issues Policy
25 Group?

147

1      A   No.
2      Q   What was the Food Issues Policy Group, if
3  you know?
4      A   It is a committee or a panel, a group, you
5  can call it, of senior Unilever executives at the
6  global level that help review and decide on
7  global-level company policies, that they review
8  proposals and make decisions on.
9      Q   And you were not a member of that group?
10     A   Not a member of that group.  I was a member
11 of the group that drafted this.  I recall Willem-Jan
12 Laan, but.
13     Q   What was that group called?
14     A   I don't -- he just called it team.  The
15 email, Dear Team.  I don't know if it had a full name.
16 It might have been Animal Welfare Issues Team or -- we
17 would typically call something like that an issues
18 team that was working on this issue trying to come up
19 with a draft.
20     Q   If you go to the prior paragraph about the
21 second-to-last sentence starting with "Our Sustainable
22 Agriculture Advisory Board."  Are you familiar with
23 that term?
24     A   No.
25     Q   Uhm...

148

1      A   I don't.  We have a sustainable agriculture
2  code and it must be part of that.
3      Q   Under the actual Unilever Position
4  Statement, halfway down the page, is what follows the
5  actual text of the statement that was put on the
6  Unilever website?
7      A   It looks like it.  I'd have to look to
8  confirm.  I can't confirm that, but it looks similar.
9      Q   And this is a statement that you were
10 involved in drafting?
11     A   Yes.
12     Q   So the first bullet under that statement
13 says:  We encourage our suppliers to participate in
14 initiatives to define good animal welfare practices
15 and improvement programs in the countries and/or
16 regions where they are sourcing, processing and
17 marketing products from animal origin.  Do you see
18 that?
19     A   Yes.
20     Q   Do you agree with that statement?
21     A   Yes.
22     Q   And that Conopco -- not just Conopco, but
23 Unilever globally would encourage its suppliers to
24 participate in animal husbandry initiatives?
25     A   Good animal welfare initiatives in the

149

1  industry, yeah, yeah.
2      Q   And the next sentence says:  Good animal
3  welfare practices should address issues like housing,
4  hygiene, feeding and feed, health management and the
5  management of antibiotics, water supply, mutilations,
6  transports, slaughtering practices and traceability.
7  Do you agree with that statement?
8      A   Yeah.  I mean, I agree that that's been our
9  statement.  I think that's right.
10     Q   So housing, for example, is an aspect of
11 good animal welfare practices?
12     A   Yes.
13     Q   The third bullet point -- well, first of
14 all, the second bullet point refers to five freedoms.
15 Do you see that?
16     A   Yes.
17     Q   Did Unilever come up with the five freedoms
18 concept itself?
19     A   No.
20     Q   Where did Unilever get that concept?
21     A   I don't recall.  It was an animal welfare
22 organization, academic group or something.  I don't
23 recall, but it's not, we didn't come up with that.
24     Q   The third bullet point at the bottom of the
25 page says:  We will ensure that our suppliers comply

HIGHLY CONFIDENTIAL

Langan, Thomas                                          March 13, 2014

39 (Pages 150 to 153)

150

1   with legal requirements and accepted industry
2   standards with respect to animal welfare. Do you see
3   that?
4       A   Yes.
5       Q   And do you believe that statement is an
6   accurate description of Conopco's policy toward animal
7   welfare?
8       A   Yes. Yeah.
9       Q   It's not merely that Conopco requests that
10  suppliers comply with accepted industry standards, but
11  Conopco will, in fact, ensure that suppliers do so; is
12  that correct?
13      A   Yeah, I think it's a forward-looking
14  statement. When we drafted this, I don't think it was
15  the case that we could at that point ensure, but
16  that's our aspiration is through our Sustainable
17  Agriculture Program and others that ultimately we
18  would like to be able to ensure and have documentation
19  that our suppliers comply with industry standards.
20      Q   And then the last bullet point, which is on
21  the next page, it says: Programs for the
22  implementation of good animal welfare practices may be
23  based on voluntary standards agreed by the industry
24  and/or may be developed by third-party certification
25  organizations. Do you see that?

151

1       A   Yeah.
2       Q   And so is this, is this Unilever saying that
3   its suppliers may implement voluntary standards from
4   industry organizations as one way to promote good
5   animal welfare?
6       A   If I remember the discussion on this is that
7   we were -- the issues that we weren't excluding, we
8   didn't want to exclude the option of our suppliers
9   ensuring to us that they were meeting industry
10  standards by saying the program was excluded. For
11  example, if it was developed by the industry, it's
12  excluded. We didn't want that to be the case. We
13  wanted it to be that there was an option we were
14  looking at this that it could be a third-party group
15  like, you know, the Humane Society set up, for
16  example, a program. It could be that they, the
17  suppliers use them for their supply or they could use
18  the potential to use other groups that would be
19  developed by industry standards.
20      Q   So the voluntary standard agreed by the
21  industry would that be -- would that include the UEP
22  Certified Program?
23      A   I think this meant it wouldn't exclude it,
24  it would not exclude the UEP, I think.
25          MR. SCHWINGLER: You can set that aside.

152

1       Q   Actually, if you could just pick that back
2   up again. On the first page of the exhibit, and it's
3   an e-mail I understand you're not copied on, but
4   there's -- about halfway down the page under the
5   number 1 it says: We have already engaged with
6   external stakeholders (specifically the Humane Society
7   of the U.S., one of the leading animal
8   welfare/activist organizations) indicating our intent
9   regarding UEP certification for our non-cage-free egg
10  supply. Do you see that?
11          Did you understand the Humane Society to be
12  a stakeholder in Conopco?
13      A   What do you mean?
14      Q   Well, I guess my question is: Did you ever
15  use the term stakeholder in describing the Humane
16  Society?
17          MR. MURRAY: Object on the basis of
18  completeness.
19      A   I don't recall. I use that term, is that
20  what you're asking?
21      Q   Yeah.
22      A   I don't recall using that term myself.
23      Q   I just wanted to point to that term in the
24  document. Setting aside the document, have you ever
25  used the term stakeholder when describing the Humane

153

1   Society's relationship to Conopco?
2       A   I don't recall using that term.
3       Q   Do you recall any other Conopco personnel
4   using the term stakeholder when describing the Humane
5   Society?
6       A   No, I don't recall that. I mean, in the
7   issues management field, people refer to stakeholders
8   and it's a generic term for groups that may have a
9   view and opinions about an issue and whether it's --
10  it's a generic kind of term. Like NGOs could be a
11  stakeholder. But I -- I didn't -- I don't recall
12  using that specific language, no.
13          MR. SCHWINGLER: All right. You can set
14  that aside.
15      Q   Are you familiar with Hellmann's Light?
16      A   Yes.
17      Q   What is Hellmann's Light?
18      A   It is a variant of our Hellmann's Mayonnaise
19  brand, so a light version, lower fat, different
20  nutrient profile.
21      Q   Is Hellmann's Light currently made with
22  cage-free eggs?
23      A   I believe so.
24      Q   Do you know roughly when that -- when
25  Hellmann's Light began or when Conopco began producing

HIGHLY CONFIDENTIAL

Langan, Thomas

March 13, 2014

40 (Pages 154 to 157)

---

### 154

1    Hellmann's Light with cage-free eggs?
2        **A   You know, roughly, maybe it was like three,**
3    **four years ago we started to phase in, the brand**
4    **started to phase in some levels of cage-free eggs.**
5    **I'd have to look, I don't know the exact dates, but.**
6        Q    Sure.
7        **A   It looks like 2010, I think.**
8        Q    Yeah, I'm -- so I'm just trying to find a
9    document that you were involved in to maybe refresh
10   your recollection.
11       (Email Exchange, Bates CPCEGED00097333 to
12   CPCEGED00097337, marked as Langan Exhibit 20,
13   as of this date.)
14   BY MR. SCHWINGLER:
15       Q    You've been handed Exhibit 20, which is an
16   email string with the Bates range CPCEGED0009733
17   through 337.
18       And if I could have you start on the third
19   page which is ending in 335.  And there's an email
20   from Paul Shapiro to you at 4:45 p.m. on July 7, 2010.
21   Do you see that about two-thirds of the way down the
22   page?
23       **A   Yes.**
24       Q    Paul Shapiro is with the Humane Society,
25   correct?

---

### 155

1        **A   Yes.**
2        Q    The last sentence in his email asks:  How is
3    the cage-free egg initiative going for you guys?  Do
4    you see that?
5        **A   Yes.**
6        Q    Do you know what he's talking about?  What
7    does he mean by cage-free egg initiative?
8        **A   I guess he's talking about the conversion of**
9    **cage-free eggs.  You know, he had sent me information**
10   **about the U.K. conversion.  He had asked us about the**
11   **Hellmann's brand in the U.S. converting.  He had been**
12   **involved with the whole Ben & Jerry's conversion.  So**
13   **I -- I think it was a -- I don't recall whether he --**
14   **because we hadn't announced to Hellmann's at this**
15   **point, I don't believe, so I don't know if he was**
16   **aware or not.**
17       Q    So he --
18       **A   So I guess --**
19       Q    -- may have been presuming at this point?
20       **A   Yes, could have been.**
21       Q    Then a couple weeks later, three weeks
22   later, he emails you again:  Hey, guys, never heard
23   back on this, how's the initiative going?
24       **A   Right.**
25       Q    Again, at this point you hadn't announced

---

### 156

1    any sort of cage-free initiative that you recall?
2        **A   I don't recall, I don't recall the timing of**
3    **that.  I mean, I can see from his other email it looks**
4    **like Christiane Paul said it was being announced in --**
5    **at a different time.  In late --**
6        Q    So --
7        **A   We were launching on Monday, and this was in**
8    **February of '10.  Oh, this is July of '10.  Okay.**
9        **Well, so -- I'm just saying, from the other**
10   **Exhibit 19, looking at Christiane Paul's email where**
11   **she says in there that -- you know, sort of like**
12   **two-thirds of the way down -- we're launching our**
13   **CFE -- is cage-free egg -- campaign in Light on**
14   **Monday.  This was dated February 10.  So this looks**
15   **like it might have been announced at some level then,**
16   **and then he may have been asking for -- this was in**
17   **July he was asking me, so I guess it was public at**
18   **that point.  Right.  So he may have been looking at --**
19   **I don't know.**
20       Q    And, you know, I'm not asking you to testify
21   about what Paul Shapiro meant, I just want what your
22   understanding was at the time, if you knew what he was
23   talking about.
24       **A   No, I don't.  It looks like he was, we had**
25   **already announced Hellmann's Light converting some**

---

### 157

1    **level of their eggs to cage free and he was asking for**
2    **an update on the status of that or something.**
3        Q    Okay.  So if you'd go forward to the next
4    page, there's an email from Eric, on the first page of
5    the exhibit there's an email from Eric Ostern to a
6    number of people copying you on August 5th, 2010.
7        **A   Yes.**
8        Q    And there's a bullet point near the bottom
9    of that page that says:  Hellmann's Light will be the
10   first recipe change to certified cage-free eggs in
11   early 2010.  Do you see that?
12       **A   I'm sorry.**
13       Q    The first page of the exhibit.
14       **A   Yeah.**
15       Q    Email from Eric Ostern about a third of the
16   way down the page, and if you go near the bottom of
17   the page there's two bullet points.
18       **A   Yeah, Hellmann's Light.**
19       Q    The first bullet point says:  Hellmann's
20   Light will be the first recipe change to certified egg
21   cage-free eggs in early 2010.  Do you see that?
22       **A   Yes.**
23       Q    And so that's -- is that consistent with
24   your earlier testimony that you believed Hellmann's
25   Light started transitioning into cage-free eggs at

---

# HIGHLY CONFIDENTIAL

Langan, Thomas                                                    March 13, 2014

41 (Pages 158 to 161)

---

158

1   some point in 2010?
2       A   Yes.
3       Q   Okay.  The first sentence in that bullet
4   says:  Hellmann's aspires to transition all of its
5   recipes to AH certified cage-free eggs.  Do you see
6   that?
7       A   Yes.
8       Q   And is that accurate, to the best of your
9   knowledge?
10      A   I have no reason to believe it's not
11  accurate.
12      Q   In late 2010, did you understand that
13  Hellmann's was planning at some point to transition to
14  cage-free eggs for all of its products?
15      A   I don't recall.  It was a phase-in.  Whether
16  they were committed to do a hundred percent across
17  everything, I don't recall.  But I think that's the
18  current position, and I don't know at the time what we
19  communicated, I'd have to look.
20      Q   Well, the word, the word used here is
21  aspires.  Is it your understanding that as of late
22  2010 Hellmann's at least aspired to some day use
23  cage-free eggs for all of its products?
24      A   You know, I don't recall.  I don't.
25      Q   That's okay, you can set, you can set the

---

159

1   document aside.
2       A   Yeah.
3       Q   Other than the communications with the
4   Humane Society that you've already discussed today,
5   did you have any communications with animal welfare
6   activist groups regarding the treatment of egg laying
7   hens?
8       A   Did I personally?
9       Q   Yes, did you personally.
10      A   No, no, I don't think so.
11      Q   Did you ever speak with PETA about that
12  issue?
13      A   I don't recall speaking with PETA.
14      Q   As the Rule -- as the corporate designee of
15  Conopco on the topic of -- Topics 13 and 16, did
16  Conopco have any other communications with animal
17  welfare groups other than what you've discussed today?
18          MR. MURRAY:  About eggs?
19      A   About eggs?
20      Q   Well, let's go eggs specifically.
21      A   I'm trying to remember.  There might, you
22  know, there may have been some emails from PETA.  I
23  vaguely recall that PETA was asking about cage free,
24  and I don't remember if it was with Hellmann's or with
25  Ben & Jerry's or -- I do recall some emails with

---

160

1   somebody from PETA, but I just don't remember what it
2   was about at this time.
3       Q   It's fair to say that the focus of your
4   interaction or the bulk of your interaction with
5   animal welfare groups was with the Humane Society, as
6   it relates to egg laying hens?
7       A   Yes.
8       Q   Are you familiar with the Process Verified
9   Animal Welfare Program for egg laying hens?
10      A   No.
11      Q   Are you familiar with Verified Process
12  Control?
13      A   No.
14      Q   Have you been contacted by the Humane
15  Society since 2010 about egg laying hens?
16      A   Yes.
17      Q   And, generally speaking, when were you
18  contacted by the Humane Society after 2010?
19      A   I don't recall the dates offhand.  We --
20  Paul Shapiro inquires about our status for converting
21  to cage-free eggs, like the Hellmann's brands.  He
22  occasionally emails and says what percentage is
23  converted.  Can you tell me what progress you've made.
24  Because the commitment was to do it over time.  So I
25  get.

---

161

1           And we do a company progress report on our
2   Sustainable Living Plan, which includes, part of the
3   Sustainable Living Plan, the report is on cage-free
4   eggs, and so he contacts me every now and then on
5   that.
6       Q   And do you provide him the information he
7   requests?
8       A   I -- I try to provide.  I usually -- so what
9   I do is usually check with the brand to find out, the
10  supply change and procurement folks, and say:  What
11  can we say on the status, can we release publicly?
12  Because we do publish a status report every April, I
13  believe it is.  So if we have information that we can
14  release publicly, I provide it to him.
15          MR. SCHWINGLER:  I don't have any other
16  questions.
17          MR. MURRAY:  Does anyone on the phone have
18  any questions?
19          MR. MOODY:  No.  Thank you.
20          MR. MURRAY:  I don't have any questions.
21          THE VIDEOGRAPHER:  The time is 1:02 p.m. --
22          MR. MURRAY:  We designate highly
23  confidential and don't waive signing and reading.
24          (Whereupon, witness to read and sign.)
25          THE VIDEOGRAPHER:  -- on March 13, 2014, and

---

HIGHLY CONFIDENTIAL

Langan, Thomas

March 13, 2014

42 (Pages 162 to 164)

162

```
1    this completes the video deposition of Mr. Thomas
2    Langan, and this completes DVD No. 3.
3        (Whereupon, off the record.)
4        (Whereupon, videotaped deposition
5    adjourned 1:02 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

164

```
1        C E R T I F I C A T E
2
3        I, JOSEPHINE H. FASSETT, a Registered
4    Professional Reporter, Certified Court Reporter, and
5    Notary Public within and for the State of New Jersey,
6    do hereby certify that the witness, whose videotaped
7    deposition is hereinbefore set forth, was first duly
8    sworn by me on the date indicated, and that the
9    foregoing videotaped deposition is a true and accurate
10   record of the testimony given by such witness.
11
12       I FURTHER CERTIFY that I am not employed by
13   nor related to any of the parties to this action by
14   blood or marriage, and that I am in no way interested
15   in the outcome of this matter.
16
17
        _____
18       JOSEPHINE H. FASSETT, RPR, CCR
         NCRA License No. 32148
19       CCR License No. 30XI00098400
         New Jersey Notary Public
20
21
22
23
24
25
```

163

```
1        ACKNOWLEDGMENT OF DEPONENT
2
3        I, _____, do hereby
4    acknowledge that I have read and examined the
5    foregoing testimony, and the same is a true, correct
6    and complete transcription of the testimony given by
7    me, and any corrections appear on the attached Errata
8    Sheet signed by me.
9
10
11   _____    _____
12   (DATE)        (SIGNATURE)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com