# ATTACHMENT 35

HIGHLY CONFIDENTIAL

Lawrence, David                                     July 11, 2014

1

IN THE UNITED STATES DISTRICT COURT FOR

The EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE: PROCESSED EGG PRODUCTS
ANTITRUST LITIGATION

_____        MDL NO. 2002
                                          08-md-02002
THIS DOCUMENT RELATES TO
Kraft Foods Global, Inc., et al
Vs. United Egg Producers, Inc.,   HIGHLY CONFIDENTIAL
Et al., No. 2:12-cv-0008-GP
_____


                                  Dallas, Texas
                        Friday July 11, 2014




Deposition of:

                    DAVID LAWRENCE

called for oral examination by counsel for Defendant
Daybreak Foods, at Gibson, Dunn & Crutcher, 2100
McKinney Avenue, Suite 1100, City of Dallas, County of
Dallas, and State of Texas, before Gail Spurgeon, a
Certified Court Reporter in and for the State of Texas,
beginning at 10:05 a.m., when were present on behalf of
the respective parties:

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

HIGHLY CONFIDENTIAL

Lawrence, David                                                    July 11, 2014

2 (Pages 2 to 5)

---

**2**

A P P E A R A N C E S

For the Plaintiff Safeway, Inc.:
    Mr. Kevin J. Murray
    KENNY NACHWALTER
    1100 Miami Center
    201 South Biscayne Blvd.
    Miami, Florida 33131
    kmurray@kennynachwalter.com

For the Defendant Daybreak Foods:
    Mr. Adrian Fontecilla
    PROSKAUER ROSE, LLP
    1001 Pennsylvania Ave., N.W.
    Suite 400 South
    Washington, DC 20004
    afontecilla@proskauer.com

For the Defendant Rose Acre Farms, Inc.:
    MS. JETTA SANDLIN
    Porter, Wright, Morris & Arthur
    1919 Pennsylvania Ave, N.W.
    Suite 500
    Washington, DC 20006

ALSO PRESENT:
    Anthony Marlar, Videographer

---

**4**

EXHIBITS

| EXHIBITS | DESCRIPTION | PAGE |
|----------|-------------|------|
| Exhibit 14 | 5/6/08 E-Mail | 157 |
| Exhibit 15 | 6/19/08 Letter | 158 |
| Exhibit 16 | 7/2/01 Letter | 162 |

---

**3**

INDEX

|  | PAGE |
|--|------|
| Appearances | 2 |
| Acknowledgement of Deponent | 180 |
| Reporter's Certificate | 179 |

DAVID LAWRENCE
    EXAMINATION BY MR. FONTECILLA | 6
    EXAMINATION BY MR. MURRAY | 176

EXHIBITS

| EXHIBITS | DESCRIPTION | PAGE |
|----------|-------------|------|
| Exhibit 1 | Protective Order | 67 |
| Exhibit 2 | 12/18/02 E-Mail | 68 |
| Exhibit 3 | 12/18/02 E-Mail | 80 |
| Exhibit 4 | 1/25/06 E-Mail | 119 |
| Exhibit 5 | 12/08/03 Memo | 129 |
| Exhibit 6 | Request For Proposal | 132 |
| Exhibit 7 | Acknowledgment of General Specifications | 136 |
| Exhibit 8 | 11/3/05 E-mail | 137 |
| Exhibit 9 | 11/18/05 E-Mail | 141 |
| Exhibit 10 | Letter of Agreement | 144 |
| Exhibit 11 | 1/05/06 E-Mail | 149 |
| Exhibit 12 | 3/6/06 E-Mail | 150 |
| Exhibit 13 | 5/10/06 E-Mail | 154 |

---

**5**

P R O C E E D I N G S

THE VIDEOGRAPHER: We're on the record.
This is the videotaped deposition of David Lawrence,
taken on July the 11th, 2014. The time is now
approximately 10:05 a.m. This deposition is being taken
in the matter of In re: Processed Egg Products
Antitrust Litigation, in the United States District
Court for the Eastern District of Pennsylvania, Case
No. MDL, Docket No. 2002 08-MD-02002.

        This deposition is taking place in Dallas,
Texas. My name is Anthony Marlar. I'm the videographer
representing Henderson Legal Services.

        Will counsel please identify themselves for
the record?

        MR. FONTECILLA: Good morning. Adrian
Fontecilla, Proskauer Rose, on behalf of Defendant
Daybreak Foods.

        MR. MURRAY: Kevin Murray with Kenny
Nachwalter on behalf of Plaintiff Safeway, Inc., and the
witness, Mr. Lawrence.

        (Discussion off the record.)

        DAVID LAWRENCE,
having been first duly sworn, testified as follows:

---

HIGHLY CONFIDENTIAL

Lawrence, David                                    July 11, 2014

3 (Pages 6 to 9)

---

**6**

1      EXAMINATION
2  BY MR. FONTECILLA:
3      Q. Good morning, Mr. Lawrence.
4      **A. Good morning.**
5      Q. Could you spell your full name for the record,
6  please, middle name also?
7      **A. David Nelson Lawrence, D-a-v-i-d N-e-l-s-o-n**
8  **L-a-w-r-e-n-c-e.**
9      Q. Have you ever gone by any other names or
10 aliases?
11     **A. No.**
12     Q. And have you ever been deposed before?
13     **A. Yes.**
14     Q. And how many times have you been deposed?
15     **A. Once.**
16     Q. And when was that?
17     **A. About 2003.**
18     Q. And in what case were you deposed?
19     **A. It was in regard to a personal injury due to**
20 **some foreign material in a frozen TV dinner.**
21     Q. And did the case in which you were deposed or
22 the testimony you gave in any way have anything to do
23 with eggs or egg products?
24     **A. No.**
25     Q. Do you understand that you're under oath today?

---

**7**

1      **A. Yes.**
2      Q. Do you understand that even though we're here
3  in a conference room, your testimony today is as if it
4  were before a judge or a jury?
5      **A. Yes.**
6      Q. And you understand that your testimony today
7  could be used if you were called to testify at trial in
8  this case?
9      **A. Yes.**
10     Q. All right. I'm going to go over a couple
11 ground rules which you might be familiar with from the
12 last time you were deposed, but I think it was -- I
13 assume it was some time ago, so I'll just go over them
14 as a refresher. We'll try not to talk over each other.
15 If you can let me finish my questions, I'll let you
16 finish your answers. Do you understand that?
17     **A. Yes.**
18     Q. The second one is we need audible, verbal
19 answers, no nods of heads, no huh-uhs, so the court
20 reporter can get everything down today. Do you
21 understand that?
22     **A. Yes.**
23     Q. If you need a break, just let me know. But I
24 would just ask that you answer any questions that are
25 pending before you take a break. Is that okay?

---

**8**

1      **A. All right. Yes.**
2      Q. If you don't understand a question, please just
3  let me know, and I'll rephrase it. Okay?
4      **A. Yes.**
5      Q. And -- but if you do answer a question, I'll
6  assume you understood it; is that fair?
7      **A. Yes.**
8      Q. Your attorney, Mr. Murray, may object from time
9  to time today. Unless he instructs you not to answer,
10 the objections are for the record, and you still have to
11 answer the question. Do you understand that?
12     **A. Yes.**
13     Q. Is there anything, medical or otherwise, that
14 might impair your ability to testify completely and
15 truthfully today?
16     **A. No.**
17     Q. Could you spell your current address for the
18 record, please?
19     **A. 229 P-a-r-k-e-r R-o-a-d, V-a-n A-l-s-t-y-n-e,**
20 **T-X 75495.**
21     Q. You worked at Safeway previously; is that
22 correct?
23     **A. Yes.**
24     Q. When did you start working for Safeway?
25     **A. 1973.**

---

**9**

1      Q. And when did you leave Safeway?
2      **A. 2009.**
3      Q. Where do you currently work?
4      **A. I'm currently retired, but do some consulting.**
5      Q. And since 2009 have you worked anywhere other
6  than Safeway?
7      **A. Yes.**
8      Q. And could you list those jobs for me, please?
9      **A. I have done some consulting work for Simply**
10 **Fresco, 479-Degree Popcorn, Walgreens, Future Food,**
11 **C&F Corporation.**
12     Q. And do you have a consulting company that you
13 do that work through?
14     **A. Yes.**
15     Q. What is the name on that company?
16     **A. Quality Assurance Solutions.**
17     Q. And how would you describe what your -- what
18 services your company offers?
19     **A. Government compliance, quality assurance**
20 **programs establishment, development of product**
21 **specifications, product development, and line scale-ups.**
22     Q. And have you been doing this work through the
23 Quality Assurance company since 2009?
24     **A. Yes.**
25     Q. Have you done any other work, other than the

---

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

4 (Pages 10 to 13)

---

**10**

1 consulting work through Quality Assurance, since 2009?
2     **A. No.**
3     Q. Has any of the work that you've done through
4 quality assurance related to the animal welfare
5 standards for egg laying hens?
6     **A. No.**
7     Q. Have any of the programs that you've worked
8 with or helped set up, or the specifications that you've
9 worked with through quality assurance, had to deal with
10 the UEP guidelines?
11     **A. No.**
12     Q. When you started in 1973, if you can remember,
13 what was your title at the time?
14     **A. I was a project employee in the laboratory.**
15     Q. And if you could summarize your time at
16 Safeway, what you did between 1973 and about 1998.
17     **A. I was a plant chemist doing tests in the**
18 **manufacturing facility. I was quality assurance**
19 **development, establishing programs developing products,**
20 **and then was a quality assurance manager for fats and**
21 **oils, and which oversaw several manufacturing plants,**
22 **the product development stages, and the establishment of**
23 **quality assurance programs for those plants.**
24     Q. And I've heard you say a couple times that
25 certain work that you've done involved establishing

---

**11**

1 programs. Could you describe for me what you mean by
2 that?
3     **A. It would be the food safety programs, what type**
4 **of tests need to be conducted, at what time they would**
5 **be conducted; employee practices, so far as health and**
6 **sanitation; and then processing procedures, how**
7 **equipment should be used to produce specific products,**
8 **you know, timing, volumes, quantities of products mixed.**
9     Q. Would those programs also from time to time
10 include requirements or specifications related to the
11 animal welfare practices?
12     **A. Not at that time, no.**
13     Q. And when did specifications or programs that
14 you worked with start to include references to animal
15 welfare?
16     **A. Approximately 2005, when the specifications...**
17     Q. Are you sure that you didn't work with any
18 animal welfare specifications or organizations before
19 2005?
20     **A. We were looking at various programs**
21 **industry-wise. Our specifications, I don't believe,**
22 **became...**
23     Q. When would you say that -- well, let's go back
24 to 1998. What position were you in at Safeway in 1998?
25     **A. I was a quality assurance auditor for the**

---

**12**

1 **Midwest United States.**
2     Q. And when had you taken that position?
3     **A. I believe it was 1996.**
4     Q. And until when were you a quality assurance
5 auditor for the Midwest?
6     **A. Until approximately 2001.**
7     Q. And in about 2001 did your position change?
8     **A. Yes.**
9     Q. And how did it change?
10     **A. I became the quality assurance manager -- or**
11 **the manager for the quality assurance program for**
12 **corporate branded items.**
13     Q. And how long were you in that position?
14     **A. Until my retirement in 2009. The -- well, in**
15 **2005 I became -- title changed to director.**
16     Q. And when you were a quality assurance auditor
17 from about 1996 to about 2001, what were your roles and
18 responsibilities related to eggs?
19     **A. I inspected the egg packing facilities for**
20 **Midwest United States.**
21     Q. Would that include farms where eggs were
22 produced?
23     **A. It would include some farms.**
24     Q. And would it also include facilities where
25 processed eggs were produced?

---

**13**

1     **A. Yes.**
2     Q. About what would be the breakdown, if you can
3 remember, around that time period between how many farms
4 were related to shell eggs and how many of the
5 facilities you inspected were related to processing?
6     **A. Normally, it was for in-line operations, and**
7 **depending upon health alerts, I would say maybe**
8 **20 percent, 80 percent -- 80 percent packing operations,**
9 **20 percent farms.**
10     Q. And what were some of the shell eggs or the egg
11 products that these facilities produced?
12     **A. We were looking at cartoned eggs.**
13     Q. And what would be your roles and
14 responsibilities when you inspected those facilities?
15     **A. We made sure that people were obeying safety**
16 **and health hazards, wearing hairnets, proper sanitation,**
17 **proper hand-washing practices. We made sure that the**
18 **wash baths were properly chlorinated, that they had**
19 **their accept/reject programs within acceptable levels,**
20 **there were proper handling operations. If these were**
21 **USDA inspected operations, we made sure that they**
22 **were -- had all the proper files in place.**
23     Q. And just going -- just to be clear, would you
24 also inspect the hen houses and -- layers?
25     **A. We would occasionally do that. A lot of the**

---

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

5 (Pages 14 to 17)

---

**14**

packers, because of the possibility of health transfer, there were times we could not do that.

Q. And as quality assurance auditor, what, if anything, did you look for, in terms of animal welfare when you visited these facilities?

A. At that time they were not inspecting for animal welfare.

Q. Would you notice or take note, at any time in your reports or otherwise, about any of the animal welfare practices in place at any particular facility?

MR. MURRAY: Object to the form of the question.

A. At that time we did not note animal welfare issues.

Q. (BY MR. FONTECILLA) And when you say "we did not note," do you mean that it wasn't required for you, as part of your job, to put in the report something about what was going on in terms of animal welfare?

A. Correct.

Q. And I'm asking now other than what was required of you in terms of what you would put in a report. My question is more: Did you ever make note of, even if it wasn't required, any of the animal welfare practices in place at any of the facilities?

A. No.

---

**15**

Q. Were you ever aware of what the cage space specifications were of any particular facility?

If you need me to rephrase the question --

A. Yeah. Could you rephrase that?

Q. Sure. So when you were a quality assurance auditor, you testified that you would sometimes go and visit the facilities and, in fact, you had to inspect them for various issues, right?

A. Right.

Q. When you went, did you ever ask or discuss or note, either in writing or just for yourself, anything about what the cage space specifications were of a particular facility?

A. Oh. No.

MR. MURRAY: Object to the form of the question.

You can answer.

A. No.

Q. (BY MR. FONTECILLA) When you were a quality assurance auditor between 1996 and about 2001, do you recall ever hearing the term "the United Egg Producers"?

A. Yes.

Q. And how do you recall hearing about that when you were a quality assurance auditor?

A. Well, the first time I was aware of them, there

---

**16**

was a promotion. They had the world's fastest omelet maker, and so that's how I became aware of them.

Q. When you were a quality assurance auditor, do you ever recall hearing about or otherwise learning about UEP husbandry guidelines?

A. Yes.

Q. And how did you come to learn about or hear about that?

A. Through some of the animal rights groups beginning to raise the question of animal rights. Early on, we tried to make ourselves aware of what the animal rights groups were looking for, and what potential options there were for finding some common ground.

Q. And why or how was that part of your role as a quality assurance auditor?

A. In quality assurance we tried to anticipate potential problems, just as we would be aware of viral infections and so forth.

Q. And what was the potential -- excuse me, the potential problem that required you or caused you to learn about the animal husbandry guidelines by UEP?

A. I think that McDonald's was beginning to have some protests, and we became aware of that.

Q. And how did you become aware of the protests that -- related to McDonald's?

---

**17**

A. They were in the news.

Q. And how did you use that information as a quality assurance auditor?

A. We just began to look at industry practices, best practices, current conditions in the -- in the houses.

Q. And what were the current conditions in the houses at the time when this was first raised?

MR. MURRAY: Object to the form of the question.

A. The houses -- some of the houses had very high ammonia areas -- levels, difficulty dealing with waste materials, lagoon problems with materials, and then the use of battery cages. Some of the animal rights groups felt they were overcrowded.

Q. (BY MR. FONTECILLA) And what was the role of McDonald's in addressing the potential problem that you described?

MR. MURRAY: Object to the form of the question, foundation.

A. To the best of my knowledge, they were just trying to deal with the animal rights groups.

Q. (BY MR. FONTECILLA) And what do you recall about their efforts to try to deal with the animal rights groups?

---

## HIGHLY CONFIDENTIAL

Lawrence, David                                                    July 11, 2014

6 (Pages 18 to 21)

---

**18**

1    A. I -- I honestly can't recall.
2    Q. Do you remember whether -- while you were a
3  quality assurance auditor, ever hearing about McDonald's
4  adopting animal welfare specifications for their egg
5  suppliers?
6    A. I think that came later, but I'm not -- I'm not
7  sure of the timeline on that.
8    Q. And could you describe for me, you know, other
9  ways that you heard about the United Egg Producers
10 animal husbandry guidelines while you were a quality
11 assurance auditor?
12   A. I think the husbandry guidelines, Poultry
13 Magazine or some of poultry trade magazines talked about
14 the development of the guidelines.
15   Q. And these were -- would it be fair to
16 characterize these as trade publications in your
17 industry?
18   A. Yes.
19   Q. And you would read these as -- to learn about
20 what was going on in the industry at the time --
21   A. Right.
22   Q. -- is that fair?
23   A. Egg Producer Magazine, I think, was one, or
24 Poultry.
25   Q. And do you recall about when you first read

---

**19**

1  about the animal husbandry guidelines?
2    A. No, I don't.
3    Q. And do you recall what you did when you learned
4  about the animal husbandry guidelines, about their
5  existence?
6    A. I mostly just read -- read the articles, made
7  note of some of the issues and conditions, and became
8  more aware of what they were looking to change.
9    Q. And did you -- do you ever recall, while you
10 were a quality assurance auditor, discussing those
11 guidelines with anyone else at Safeway?
12   A. Yes.
13   Q. And who do -- who did you discuss that with?
14   A. Normally with the other quality assurance
15 auditors.
16   Q. And if you could describe, in what context
17 would the discussions occur?
18   A. We would have annual meetings, and during the
19 meetings we would discuss hot topics, current problems
20 with broccoli issues, shortages, quality problems to
21 look for across the country, and then the growing
22 concern for animal rights and programs that were
23 available.
24   Q. And did you ever present any information, or
25 make any speeches or comments at any of these annual

---

**20**

1  meetings about the animal husbandry guidelines?
2    A. We would openly discuss them. I don't think
3  you would describe them as formal presentations or
4  speeches, but...
5    Q. About how many -- how many quality assurance
6  auditors would attend these annual meetings?
7    A. There would be 12.
8    Q. Is it fair to describe it that the 12 auditors,
9  each one handled a particular geographic area for
10 Safeway?
11   A. Yes.
12   Q. And when, if you -- when do you recall being
13 the first annual meeting of quality assurance auditors
14 where the UEP animal husbandry guidelines was first
15 raised?
16   A. It would have been the early 2000s. I can't --
17 2000, 2001, 2002.
18   Q. Do you recall at that meeting, at the first
19 meeting, what was discussed about the guidelines?
20   A. Not exactly, but it would have been space
21 limitations, ammonia levels, molting, and debeaking.
22   Q. And what was discussed at the meeting about
23 those different aspects of the guidelines that you just
24 listed?
25   A. Simply the proposals, what were being proposed.

---

**21**

1    Q. And what were the proposals?
2    A. I don't remember exactly. There were cage
3  limitations. I don't remember the square inches and
4  bird space, and actually don't remember the debeaking
5  specifics or ammonia levels, so...
6    Q. And obviously, I understand it's a while back
7  and there are --
8    A. Yeah.
9    Q. -- specifics that you might not remember, but
10 generally, do you recall what the -- how the discussion
11 proceeded about the different aspects and the proposals
12 that you described?
13   A. It was more just a factual level. These are
14 what are being proposed. This may have been, Penn State
15 says this, the UEP says this.
16   Q. So it would be fair to characterize the
17 discussion as learning about the guidelines?
18   A. Yes.
19   Q. And did -- at the -- at that first meeting, do
20 you recall the quality assurance auditors discussing
21 what other industries, like McDonald's or the fast-food
22 chains, who was adopted the animal welfare guidelines?
23   A. I think the fact that McDonald's had sent a
24 letter to some of the its producers. But that may have
25 been at a later date, so it would be conjecture on my

---

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

7 (Pages 22 to 25)

---

**22**

1 part to say what we discussed at that time.

2 Q. And at that first meeting in the early 2000s,

3 when the UEP guidelines were first discussed, do you

4 recall any discussion by the group about whether Safeway

5 should adopt or consider adopting the guidelines?

6 A. We discussed that, but the result from our

7 discussion would have been that is a corporate decision,

8 and we are really just fact finders and, you know, that

9 we would gather information about it.

10 Q. Okay. Do you recall you personally taking a

11 position or speaking up in any way about the guidelines?

12 A. No.

13 Q. Do you recall anyone else specifically who may

14 have taken a position or made any comments about the

15 guidelines?

16 A. No specifics, no.

17 Q. What about generally?

18 MR. MURRAY: Object to the form of the

19 question.

20 A. Generally, we discussed the pros and cons.

21 There was real -- no strong opinion either way.

22 Q. (BY MR. FONTECILLA) Was a vote taken?

23 A. No -- no.

24 Q. Was a report issued or notes taken about what

25 the pros and cons were?

---

**23**

1 A. Not -- nothing so far as minutes. There may

2 have been some personal notes, but no minutes, no

3 reports were issued on it at that time.

4 Q. Now, you mentioned that the group may have come

5 to the opinion that it was a corporate decision. Is

6 that a fair characterization of how you described it?

7 A. Yes.

8 Q. And can you explain what that means?

9 A. At that time our quality assurance group -- and

10 we had several. We -- we were the quality assurance

11 group for corporate branded items, and we were

12 responsible for only those items that bore the Safeway

13 label and brand name. There was a meat and seafood

14 group, and a produce group. And while we might make

15 decisions about product safety and quality for corporate

16 branded items, any major policy had to come from our

17 corporate hierarchy.

18 Q. And who would have been the corporate hierarchy

19 in 2000 and 2001 that would have made a decision if, for

20 example, the auditors, you know, recommended it?

21 A. Well --

22 MR. MURRAY: Objection to the form of the

23 question, mischaracterizes prior testimony.

24 A. Our --

25 MR. MURRAY: Calls for speculation.

---

**24**

1 A. I'm not sure, but I'm assuming it would have

2 been the CEO of the company, but that's...

3 Q. (BY MR. FONTECILLA) Do the quality assurance

4 auditors at that time in 2000, 2001, when these first

5 meetings were taking place at which the guideline were

6 discussed, have any roles or responsibilities for making

7 recommendations or suggestions about the animal welfare

8 practices of Safeway's egg suppliers?

9 A. We functioned mostly as fact finders for that.

10 Q. And what would you do with the facts that you

11 found and collected?

12 A. Well, we would put them together as, basically,

13 these are findings. And then if asked, we would present

14 them to management.

15 Q. And do you recall ever presenting to

16 management, as you described, any findings related to

17 the UEP animal welfare guidelines?

18 A. Yes.

19 Q. When do you recall the first time that that was

20 presented to management?

21 A. Possibly 2004. And that is an estimate.

22 Q. And do you know why, if the quality assurance

23 auditors were first discussing this in about 2000, 2001,

24 did not first raise it with management until about 2004?

25 MR. MURRAY: Object to the form of the

---

**25**

1 question.

2 A. It had not become a big issue, so far as I

3 know.

4 Q. (BY MR. FONTECILLA) Do you -- are you aware of

5 the -- are you aware of the term "Shameway"?

6 A. No.

7 Q. Or what's commonly referred to as the Shameway

8 campaign?

9 A. No.

10 Q. Do you recall any efforts by the animal rights

11 groups that you described earlier, putting pressure on

12 or requesting Safeway to adopt certain animal welfare

13 guidelines for egg laying hens?

14 MR. MURRAY: Object to the form of the

15 question.

16 A. I know that PETA was in contact with Safeway,

17 but I don't know the terms of the contract.

18 Q. (BY MR. FONTECILLA) And do you -- earlier we

19 talked about how, at one of the first annual meetings

20 where you recall the UEP guidelines being discussed

21 among the quality assurance auditors, there being a

22 discussion or forum about the pros and cons of the

23 different aspects of the guidelines. Can you describe

24 some of the pros that were discussed in relation to the

25 guidelines?

---

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

8 (Pages 26 to 29)

---

**26**

A. The pros in the guidelines would have been more space for the birds, better handling of waste, lower ammonia areas, the lower ammonia levels, less particulate matter in the -- in the air in the -- and, of course, the general, more humane treatment of animals.

Q. And why, if you recall, would the more space for birds have been categorized as a pro?

MR. MURRAY: Object to the form of the question.

A. It would allow more space for the birds in -- in the cages.

Q. (BY MR. FONTECILLA) Why would quality assurance auditors think of that as a pro?

MR. MURRAY: Same objection.

A. Simply probably from a nontechnical, that it just seemed to allow a bird more space. It may not have been a -- it was perhaps not logical that they would have thought that.

Q. (BY MR. FONTECILLA) But fair to say that it would have been considered more humane for the birds to have more space?

MR. MURRAY: Object to the form of the question.

A. Yes.

---

**27**

Q. (BY MR. FONTECILLA) And would it be fair to say that the quality assurance auditors were interested in evaluating practices that were more humane, such as giving the birds more space?

A. Probably not more than any other person who saw birds in cages like that.

Q. Okay. But quality assurance auditors, would you agree, are particularly well suited to really understand the situation of the birds because they regularly visit facilities where the birds are kept, right?

MR. MURRAY: Objection, mischaracterizes prior testimony.

But you can answer if you know.

And it also calls for speculation beyond his -- his own personal experience.

A. I don't think that they would have any more disposition toward humanity than anyone else.

Q. (BY MR. FONTECILLA) But would it be fair to say that the quality assurance auditors would have more insight into how the birds were actually kept?

MR. MURRAY: Objection to the form of the question.

A. They would be more aware of how the birds were kept.

---

**28**

Q. (BY MR. FONTECILLA) And can you describe any of the cons that you recall being discussed at the meetings in 2000 and 2001 related to the UEP guidelines?

A. There were also concerns that, if birds were allowed more space, there would be more pecking, that the space might actually be more detrimental.

Q. Were there any other cons discussed with regard to any aspects of the UEP guidelines that you recall?

A. Well, getting general acceptance among all the producers is always a concern.

Q. And why would that be a concern?

A. That if you didn't get acceptance, then no one would use the -- the rules would not be put into force if there wasn't acceptance of enough of the producers.

Q. And so Safeway had an interest -- would it be fair to characterize Safeway at the time as having an interest in a set of animal welfare practices that would be widely accepted by the egg supplying industry?

MR. MURRAY: Object to the form of the question.

He's not here testifying on behalf of Safeway.

A. Again, I can't tell what upper management would have wanted.

Q. (BY MR. FONTECILLA) Sure. And I appreciate

---

**29**

that. And I'm only asking right now when you were a quality assurance auditor. In your position as a quality assurance auditor for Safeway between 1996 and 2001, focusing on that time period, would it be fair to characterize you, or your roles and responsibility as a quality assurance auditor, as involving the discussion of the cons related to the UEP guidelines or any other animal welfare practices?

MR. MURRAY: Object to the form of the question, vague and ambiguous.

A. Could you rephrase that so --

Q. (BY MR. FONTECILLA) Sure. It was a confusing question.

A. Yeah.

Q. As a quality assurance auditor, you mentioned you attended these annual meetings, right?

A. Right.

Q. And at one of the earlier meetings where the UEP guidelines were first discussed, pros and cons were discussed?

A. Yes.

Q. And I'm trying to understand what the cons you recall being discussed were.

A. Uh-huh.

Q. And you testified that there was a concern

---

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

9 (Pages 30 to 33)

---

### 30

1 about animal welfare practiced or standards that might
2 not be accepted by all of the producers, right?
3     **A. Yes.**
4     Q. Can you elaborate on that, please?
5     **A. If industry practices or if industry programs,**
6 **either quality, safety, or animal rights, are set to the**
7 **point at which producers think they're too stringent,**
8 **then you don't get good participation -- or you don't**
9 **get good participation with them.**
10     Q. Would it be fair to characterize a good animal
11 welfare program as one that has a wider participation by
12 the producers?
13     MR. MURRAY: Object to the form of the
14 question.
15     **A. I don't think the width of the participation,**
16 **because you could put something very simple in, and a**
17 **large number would participate. A good program has to**
18 **address issues and get participation.**
19     Q. (BY MR. FONTECILLA) And if a program had a
20 wider participation and addressed the issues, would it
21 be fair to characterize it as a program that, as a
22 quality assurance auditor, you might be in favor of?
23     **A. Yes.**
24     Q. And do you recall any other cons being
25 discussed at those earlier meetings other than the level

---

### 31

1 of participation by the producers?
2     **A. I think --**
3     MR. MURRAY: Objection, mischaracterizes
4 his testimony because he testified about others.
5     **A. Yeah. I think I did mention that there were**
6 **some concerns that reducing crowding might actually**
7 **allow more -- "cannibalism" is the term I think that's**
8 **used.**
9     Q. (BY MR. FONTECILLA) And in addition to those,
10 do you recall any other cons being discussed?
11     **A. No.**
12     Q. Do you recall the quality assurance auditors at
13 any of the annual meetings ever discussing the cost
14 implications of adopting any animal welfare programs
15 related to egg laying hens?
16     **A. We didn't generally discuss cost. We tried to**
17 **avoid and stick strictly with food safety, food quality,**
18 **and pertaining issues.**
19     Q. And I appreciate that. But kind of digging
20 back in your recollection, do you recall at any of those
21 meetings any of the quality assurance auditors
22 discussing anything about the costs of suppliers
23 implementing animal welfare programs relating to egg
24 laying hens?
25     MR. MURRAY: Objection, asked and answered.

---

### 32

1     **A. I am -- I really can't remember any specific**
2 **issues about costs.**
3     Q. (BY MR. FONTECILLA) Okay. Do you recall any
4 meeting of quality assurance auditors involving a
5 discussion or reference to the levels of supply and how
6 they might be affected by different cage space
7 requirements?
8     **A. No.**
9     Q. Do you recall any discussions at the annual
10 meetings of quality assurance auditors of any effects
11 that adoption of the UEP guidelines might have?
12     **A. There were some discussions that reducing it**
13 **might improve the quality of eggs, fewer checks, less**
14 **crowding, so you would have less damage to eggs as the**
15 **bird laid them. So we thought there would be possibly a**
16 **quality improvement.**
17     Q. And do you recall whether there were any
18 comments made at any of the annual meetings by any of
19 the quality assurance auditors about whether a
20 suggestion or recommendation should be made by Safeway
21 to incorporate the UEP guidelines in any way into its
22 business?
23     **A. No, not to incorporate them.**
24     Q. Were any other discussions had about using the
25 UEP guidelines?

---

### 33

1     **A. The questions were made as to whether we --**
2 **what -- what I was doing with them, whether I was**
3 **proposing them to upper management, or sending out**
4 **letters of -- informational letters as to what was going**
5 **on.**
6     Q. And do you recall ever sending out any such
7 letters regarding the UEP guidelines?
8     **A. Yes.**
9     Q. When was the first time you sent out such a
10 letter?
11     **A. I can't be specific. I think probably 2003,**
12 **2004.**
13     Q. So this would have been after you were a
14 quality assurance auditor?
15     **A. Yes.**
16     Q. But focusing on the -- and we'll move on to
17 when you were a quality --
18     **A. Oh, just when I was --**
19     Q. -- assurance manager.
20     **A. -- an auditor.**
21     Q. But when you were an auditor, do you recall any
22 other discussions about the UEP guidelines, other than
23 the discussions about the pros and cons at that first
24 annual meeting and we discussed?
25     **A. No.**

---

HIGHLY CONFIDENTIAL

Lawrence, David                                    July 11, 2014

10 (Pages 34 to 37)

34

1    Q. Do you recall ever discussing with any egg
2 producer the UEP guidelines?
3    A. During some of the audits, I don't remember
4 specifics, but I know I did ask, you know, if -- how it
5 was progressing.
6    Q. And why would you have asked in an audit about
7 how the UEP guidelines were progressing?
8    A. Just conversational.
9    Q. And would you have been asking how generally
10 the UEP guidelines were progressing, or about how a
11 particular producer may have been progressing in terms
12 of adopting the UEP guidelines?
13    A. Mostly just how the overall industry was
14 looking at it.
15    Q. And what do you recall about the feedback, if
16 any, that you got from the egg producers related to the
17 UEP guidelines?
18    A. The people at the plants were vaguely aware of
19 it. They didn't have much working knowledge of it, the
20 people I was dealing with at the cartoning units, no.
21    Q. Fair enough. And just so we can close out your
22 time as a quality assurance auditor, do you recall ever,
23 other than what we've talked about, receiving any
24 information from egg producers, or other quality
25 assurance auditors, or anyone else at Safeway, regarding

35

1 the UEP guidelines?
2    A. No. I don't recall anything specific.
3    Q. All right. Do you recall anything generally?
4    A. I'm not sure as to the timeline. I remember
5 receiving some -- a rough proposal of it that was, I
6 guess, an industry publication.
7    Q. Are you referring to like a rough proposal or
8 draft of the actual --
9    A. A rough -- yes.
10    Q. -- animal husbandry guidelines?
11    A. Yes.
12    Q. Who had -- do you recall who you received that
13 from?
14    A. I believe it was from Gene Gregory.
15    Q. And was this as -- your time as a quality
16 assurance auditor, or was this after you had --
17    A. I can't remember as to the specific time.
18    Q. And who is Gene Gregory?
19    A. He was at the UEP. I'm not sure exactly what
20 his title was.
21    Q. And how did you know Gene Gregory as a quality
22 assurance auditor?
23    A. His name mentioned in one of the news -- one of
24 the magazine articles.
25    Q. So did you reach out to him after reading about

36

1 his name in the guidelines?
2    A. Yes.
3    Q. And why did you reach out to him?
4    A. Just for informational purposes.
5    Q. And what information were you hoping to get?
6    A. Just to find out what UEP guidelines were,
7 the -- what were they proposing.
8    Q. And how does -- how does that relate to your
9 functions as a quality assurance auditor at that time?
10    A. Just continuing education.
11    Q. And what do you recall asking him about,
12 specifically or generally?
13    A. I just --
14       MR. MURRAY: Object to the form of the
15 question.
16    A. I just asked for a brief rough draft of what
17 information they had on it.
18    Q. (BY MR. FONTECILLA) And did -- and you
19 testified that he sent you a copy of one of the versions
20 of the husbandry guidelines at the time?
21    A. Yes.
22    Q. And do you recall reading it?
23    A. No, I don't. Sorry.
24    Q. But would it be fair to say that you read it?
25       MR. MURRAY: Objection to the form of the

37

1 question, asked and answered.
2    A. I would think I eventually read it.
3    Q. (BY MR. FONTECILLA) And do you recall whether
4 you had any impressions or comments about it?
5    A. No.
6    Q. Okay. Do you recall whether you did anything
7 after you got the information from Mr. Gregory about the
8 husbandry guidelines?
9    A. No.
10    Q. And other than the discussion at the annual
11 meeting about the pros and cons of the guidelines, and
12 other than your discussion with Mr. Gregory, while you
13 were a quality assurance auditor between 1996 and 2001,
14 do you recall any other discussions or communications
15 related to the UEP guidelines?
16    A. No, I don't.
17    Q. And then in 2001 would it be fair to say you
18 were promoted to quality assurance manager?
19    A. Yes.
20    Q. And how did your roles and responsibilities
21 change from quality assurance auditor to quality
22 assurance manager?
23    A. The quality assurance auditors reported to me.
24    Q. And who was the quality assurance manager while
25 you were an auditor?

HIGHLY CONFIDENTIAL

Lawrence, David                                                     July 11, 2014

11 (Pages 38 to 41)

---

38

1    A. Rich Calhoun. His title was actually quality
2  assurance director.
3    Q. And so there was no quality assurance manager
4  while you were an auditor?
5    A. Correct.
6    Q. Is it fair to say that this was a position that
7  was created for you?
8    A. The director retired and I filled -- I took
9  those responsibilities, but was given the title of
10  manager.
11    Q. And do you recall -- going back to when you
12  were an auditor, do you recall ever discussing with
13  Mr. Calhoun or hearing -- hearing from Mr. Calhoun
14  anything related to the UEP guidelines?
15    A. Mr. Calhoun would have been present at our
16  meetings and would have been part of the -- he would
17  have listened to us discussing the UEP guidelines.
18    Q. Do you recall, at any of those meetings when
19  you were an auditor, Mr. Calhoun making any of the --
20  any statements related to the UEP guidelines?
21    A. No.
22    Q. And you were a quality assurance manager from
23  2001 to 2005; is that right?
24    A. Yes.
25    Q. What would have been your roles and

---

39

1  responsibilities related to the animal welfare practices
2  as they relate to egg laying hens?
3    A. We continued to monitor the various programs
4  that were available or being proposed for animal
5  rights -- or animal husbandry of -- of the poultry, and
6  issued white papers to management on that.
7    Q. Do you recall when the first white paper would
8  have been issued?
9    A. No, I don't.
10    Q. Okay. Was it when you first promoted, or
11  towards the end but before you became director?
12    A. It would have, I think, towards the end.
13    Q. And when you first started as quality assurance
14  manager, did any of your functions relate to the
15  UEP guidelines or evaluating potential animal husbandry
16  programs for Safeway?
17    A. Not specific. Anything we would have done
18  would have been simply informational gathering,
19  awareness.
20    Q. And do you know what was done with the
21  information that you and the auditors and your team
22  would have gathered?
23    A. No.
24    Q. And did you or your team or the auditors that
25  you worked with ever discuss how Safeway could adopt or

---

40

1  implement the UEP guidelines as part of its
2  specifications for egg suppliers?
3    MR. MURRAY: Object to the form of the
4  question.
5    A. Yes.
6    Q. (BY MR. FONTECILLA) When was the first
7  discussion that you recall about that?
8    A. I honestly don't remember.
9    Q. Do you -- what do you recall about the
10  discussion, the first one?
11    A. The discussion was -- the first we had was what
12  would we want to be adopted and how would it be
13  administered.
14    Q. And were the UEP guidelines the only animal
15  husbandry practices for egg laying hens that were
16  discussed?
17    A. No.
18    Q. Fair to say others were also considered?
19    A. Yes.
20    Q. Do you recall what other animal husbandry
21  practices were considered?
22    A. There was a program from, I believe, a
23  professor at Penn State that had his program, and there
24  was a veterinary -- I'm very vague on this, but there
25  were some veterinary operations that were proposing

---

41

1  some, and were offering some inspection services.
2    Q. And do you recall there being any differences
3  related to the cage space requirements across those
4  different programs that Safeway evaluated?
5    A. I don't remember any specifics, no.
6    Q. Do you remember any specific discussions in
7  connection with this evaluation of a potential program
8  for Safeway to use, that related to the cage space
9  allocations for the hens?
10    A. No.
11    Q. What were the primary factors or considerations
12  involved in assessing the different potential programs
13  for Safeway?
14    MR. MURRAY: Object to the form of the
15  question.
16    A. Principally, it was general acceptance of the
17  industry.
18    Q. (BY MR. FONTECILLA) And why was that the
19  principal consideration for Safeway at the time?
20    MR. MURRAY: Objection.
21    He's not here to talk about Safeway. He's
22  talking -- you can ask him questions about himself.
23    A. I don't know that Safeway. I can speak to me.
24    Q. (BY MR. FONTECILLA) And I understand you're
25  not testifying on behalf of the company. When I say

---

HIGHLY CONFIDENTIAL

Lawrence, David                                        July 11, 2014

12 (Pages 42 to 45)

---

42

"Safeway," I mean when you were there at the time in terms of what directives or what your understanding was of what the company's pursuits were.

MR. MURRAY: Same objection.

A. Again, I'm not aware of what the overall, the corporate policy was. We -- we were evaluating from a technical standpoint, so...

Q. (BY MR. FONTECILLA) Sure. So I had asked you whether there any primary factors or considerations in the assessment of the potential programs, and you mentioned that principally it was general acceptance of the industry. How or who came up with that particular consideration being the principal?

A. Well, it would have been mine and consulting with the group. We were looking for -- there was additional space per hen. There were reduction in ammonia levels. There were changes to molting and beak practices. And we were looking that the program appear to be acceptable to most of the egg producers. And there were some articles that PETA was open to some. So we felt there was a -- there was some real movement, plus some acceptance by the public.

Q. And would PETA's recommendations or preferences have played a role in your evaluation?

A. From the standpoint that they have some

---

43

technical expertise and -- that would have had some bearing on our...

Q. Would the level of public acceptance of a particular set of guidelines or a particular program have had some bearing on the evaluation as well?

MR. MURRAY: Object to the form of the question, calls for speculation.

A. Since we were trying to look at it technically, that would not have played into our recommendation to upper management.

Q. (BY MR. FONTECILLA) Do you recall different space allocations being considered or evaluated when you were first looking at these different programs?

A. Yes, but I don't remember any specifics.

Q. If I mentioned the numbers of 54 inches, 67 inches, and 72 inches, would -- does that refresh your recollection about what, if any, discussions were had about --

A. I'm sorry, no.

Q. -- specific space -- cage space allocations?

MR. MURRAY: You've got -- you've got to let him finish his --

THE WITNESS: Oh, sorry.

MR. MURRAY: -- question. Slow down a little.

---

44

It happens invariably, but the court reporter will appreciate it.

THE WITNESS: I'm sorry.

Q. (BY MR. FONTECILLA) When you and your time were first evaluating the different animal husbandry programs, what do you recall about the discussions or considerations relating to the additional space per hen?

A. I don't recall anything.

Q. Do you recall whether you and your team were generally in favor of or seeking a program that allowed for additional space for hens?

MR. MURRAY: Object to the form of the question.

A. No. We -- we were not looking for a program -- we were not trying to set specifics for the program. We were just looking at the programs themselves.

Q. (BY MR. FONTECILLA) And you were looking at the programs to understand various aspects from a technical standpoint, right?

A. Yes.

Q. And you also wanted to understand which one would have more acceptability among the producers; is that fair?

A. Yes.

Q. And in your evaluation, did you determine which

---

45

programs or potential programs had more acceptability among the producers?

A. Yes.

Q. And which one was that?

A. The UEP.

Q. And how did you come to that determination?

A. Because it was the one that UEP formalized and announced and said that they were backing.

Q. How did that compare to the level of acceptability among producers or suppliers of other programs?

A. I don't know.

Q. Would it be fair to say that UEP was by far, you know, the most accepted program at the time?

MR. MURRAY: Objection to the form of the question, calls for speculation.

A. I -- I don't know.

Q. (BY MR. FONTECILLA) What else do you recall about what was considered when the different programs were first evaluated?

A. I think there was some discussion of the supporting structure, who would be doing the audits, would there be enough -- would it be a viable program.

Q. What do you mean by would it be a viable program?

---

HIGHLY CONFIDENTIAL

Lawrence, David                                              July 11, 2014

13 (Pages 46 to 49)

46

1    **A. One of the programs I mentioned was being**
2    **conducted by one veterinarian, and the expectation that**
3    **one veterinarian could take care of all the poultry**
4    **operations in the United States, or at least that**
5    **supplied Safeway, was not realistic.**
6    Q. Was it -- did you and your team consider at all
7    whether other grocery store chains or fast-food chains
8    had adopted a particular program?
9    **A. We did discuss the McDonald's letter that was**
10   **sent.**
11   Q. And what was discussed about the McDonald's
12   program?
13   **A. That they -- they were bringing pressure, and**
14   **it was a wedge, and that we needed to be prepared to**
15   **understand what they were asking and what type of**
16   **program it was.**
17   Q. Okay. Well, when you mentioned pressure, do
18   you mean pressure that others who purchased eggs were
19   getting by having to adopt or consider animal husbandry
20   programs?
21   **A. Yes, that there could potentially be pressure**
22   **by them.**
23   Q. Okay. And that that -- and would it be fair to
24   say that that pressure would have risen if other grocery
25   stores or other fast-food chains adopted similar

47

1    programs?
2         MR. MURRAY: Object to the form of the
3    question, calls for speculation.
4    **A. Yeah. And I -- it would be just a guess on my**
5    **part of that.**
6    Q. (BY MR. FONTECILLA) You read the McDonald's
7    letter that you referenced?
8    **A. Yes.**
9    Q. It contained certain specifications that
10   McDonald's had adopted at the time for its egg
11   suppliers, right?
12   **A. I honestly don't -- I remember having a copy of**
13   **the letter, but I don't remember specifically anything**
14   **it said, other than they were implementing a program and**
15   **their suppliers would have to meet that.**
16   Q. Do you remember whether the McDonald's letter
17   had a cage space allocation included in it?
18   **A. I honestly don't remember any of the specifics**
19   **in it. I'm sorry.**
20   Q. Do you remember generally whether there were
21   cage space allocations in the McDonald's specifications
22   at that time?
23   **A. No, I don't.**
24   Q. When you and your team were evaluating as --
25   when you were quality assurance manager, the different

48

1    programs, what was appealing, if anything, to you and
2    your team about the UEP guidelines?
3    **A. That it appeared to be supported by the egg**
4    **industry, would which lead to wide scale acceptance, and**
5    **it did address some of the concerns that the animal**
6    **rights groups had brought up, such as molting,**
7    **debeaking, cage levels.**
8    Q. And were you and your team looking for a
9    program that met certain technical specifications
10   related to the cage space?
11   **A. We were looking for programs that addressed the**
12   **concerns of the animal rights, and cage space was one of**
13   **those, so yes.**
14   Q. And the concern that the animal rights groups
15   had at that time was that there wasn't enough cage
16   space, or that they wanted more cage space to be
17   provided per hen, right?
18   **A. Yes.**
19   Q. And so in your evaluation you were looking for
20   programs that allowed for more cage space per hen than
21   what was in place at the time?
22   **A. Yes.**
23   Q. And the UEP guidelines provided for more space
24   per hen than what was being provided at the time?
25   **A. Yes.**

49

1    Q. And that was something that you and your team
2    would characterize as a pro, to use your word, for the
3    UEP guidelines in that evaluation, right?
4    **A. Yes.**
5    Q. At any time in the evaluation, did you, your
6    team, or anyone else at Safeway, discuss or consider, to
7    best of your knowledge, what the cost implications would
8    be for the egg suppliers to adopt additional space per
9    hen?
10        MR. MURRAY: Objection, asked and answered.
11   **A. No. We generally didn't discuss cost of**
12   **products or actions.**
13   Q. (BY MR. FONTECILLA) Sure. Maybe -- let me be
14   more clear with my question. And I appreciate that you
15   generally didn't discuss the cost of products. Did you
16   at all discuss or consider, when you were a quality
17   assurance manager doing this evaluation, what the cost
18   would be to the suppliers of giving each hen more space?
19        MR. MURRAY: Same objection, asked and
20   answered.
21   **A. I -- I don't recall ever discussing the cost to**
22   **the suppliers on that.**
23   Q. (BY MR. FONTECILLA) Okay. Do you recall any
24   discussions, during this evaluation while you were
25   quality assurance manager, about how the UEP guidelines

HIGHLY CONFIDENTIAL

Lawrence, David                                                July 11, 2014

14 (Pages 50 to 53)

---

50

1  or the cage space per hen would affect the supply level
2  of eggs?
3      A. I don't recall a specific instance of that.
4      Q. Okay. Do you recall anyone ever saying, if we
5  have less hens per cage, then there's going to be less
6  eggs per each cage?
7      A. Not specifically, no.
8      Q. What about generally?
9      A. There were general discussions that reducing
10 the number of hens might actually increase production of
11 eggs because the quality -- there would be fewer damaged
12 eggs and more useful eggs. So there were discussions
13 both ways.
14     Q. And what else do you recall about those
15 discussions?
16     A. Those were just the general discussions that...
17     Q. So would it be fair to say that -- and another
18 pro of the UEP guidelines was that it was considered to
19 potentially increase the supply of eggs?
20     A. Yes. I think I mentioned that earlier, the
21 quality -- at least the quality and produce fewer
22 checks.
23         MR. MURRAY: If you're switching gears, why
24 don't we take a break?
25         MR. FONTECILLA: That's fine.

---

51

1          (Recess 11:09 a.m. to 11:18 a.m.)
2      Q. (BY MR. FONTECILLA) Mr. Lawrence, when we took
3  a break, we were talking about your time as a quality
4  assurance manager for corporate branded items, which you
5  were in between 2001 and 2005. Do you remember that?
6      A. Yes.
7      Q. And we were talking specifically about one of
8  the initial, earlier evaluations that you and others at
9  Safeway did of potential animal husbandry programs for
10 egg suppliers. Do you recall that?
11     A. Yes.
12     Q. And we talked about various technical
13 specifications that were considered. Do you recall
14 that?
15     A. Yes.
16     Q. And that one of those was the cage space
17 requirements of the programs, including the UEP animal
18 husbandry guidelines. Do you recall that?
19     A. Yes.
20     Q. What was the result of the evaluation that you
21 and your team did at that time?
22     A. I don't really remember anything actively done,
23 that it was simply we reviewed the various items and
24 probably filed it for future reference.
25     Q. Were any concerns raised with you, as the

---

52

1  quality assurance manager, about potentially adopting
2  the UEP guidelines?
3      A. No.
4      Q. Do you yourself, as the quality assurance
5  manager and principal fact finder, have any concerns
6  about Safeway adopting UEP guidelines?
7          MR. MURRAY: Object to the form of the
8  question, mischaracterizes testimony.
9      A. Nothing that I recall, no.
10     Q. (BY MR. FONTECILLA) And after this initial
11 assessment of the different programs was done, what was
12 the next time that you recall, as a quality assurance
13 manager, coming across the UEP animal husbandry
14 guidelines in your functions?
15     A. I don't actually recall.
16     Q. Do you recall any other time, as quality
17 assurance manager between 2001 that 2005, discussing
18 with anyone the UEP animal husbandry guidelines?
19     A. Not specifically, no. There -- there were so
20 many other items we had responsibility for, and this was
21 working its way out, it appeared, through UEP, so I
22 don't recall specifics.
23     Q. Was there anyone else, to the best of your
24 knowledge, at Safeway between 2001 and 2005, evaluating
25 or otherwise working with the UEP guidelines?

---

53

1      A. I don't know if they were working with them. I
2  know Brian Dowling was aware of them.
3      Q. And who is Brian Dowling?
4      A. He was -- I don't know the specific title, but
5  I think he was vice president of public relations.
6      Q. And at that time what is the basis for your
7  knowledge that Brian Dowling at the time had some
8  interaction related to the UEP guidelines?
9      A. We had had one or two phone calls with regard
10 to eggs and, you know, how -- how we were handling our
11 suppliers.
12     Q. And how did the UEP guidelines come up in those
13 phone calls?
14     A. He mentioned the PETA action, and I may have
15 mentioned the McDonald's letters.
16     Q. And did he mention that PETA was suggesting or
17 requesting that Safeway incorporate the UEP guidelines
18 into its specifications for egg suppliers?
19     A. I don't think he specifically said that, no.
20     Q. All right. Do you recall him saying anything
21 generally to that effect?
22         MR. MURRAY: Object to the form of the
23 question.
24     A. No. I don't remember anything specific like
25 that.

---

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

15 (Pages 54 to 57)

---

54

1  Q. (BY MR. FONTECILLA) Do you recall you two
2  discussing in any way the possibility that Safeway might
3  use the UEP guidelines?
4  **A. I don't believe that came up, no.**
5  Q. And in what way did the UEP guidelines come up
6  in your conversations with Mr. Dowling then?
7  **A. When he mentioned PETA and, I guess, McDonald's**
8  **had announced they were requesting the -- that their**
9  **manufacturers come up with, and that's how UEP would**
10  **have been brought into it.**
11  Q. Okay. And just to be clear, the context in
12  with the UEP guidelines were brought up was in a
13  discussion about McDonald's requiring its egg suppliers
14  to comply with the UEP guidelines?
15  **A. That's to my recollection, yes.**
16  Q. And did that information have any effect, or
17  was it used in any way by you and your team in the
18  evaluation of potential animal husbandry programs that
19  Safeway could use?
20  **A. Not such in evaluation as the fact that there**
21  **was a widespread industry acceptance. And let me**
22  **recharacterize that. At least one company in the**
23  **industry who had a large footprint was using it.**
24  Q. And why would that information have been
25  important to you and your team?

---

55

1  **A. It would have been second-guessing on our part,**
2  **but McDonald's technical group were looking at it, and**
3  **the fact that they were doing it would push industry to**
4  **accept them.**
5  Q. And so it would have lended some credibility or
6  weight to the -- to the scientific support or producer
7  community support of the UEP guidelines?
8  MR. MURRAY: Object to the form of the
9  question.
10  **A. I -- I would have thought that, yes.**
11  Q. (BY MR. FONTECILLA) And do you recall ever
12  discussing with anyone at McDonald's why they had come
13  up with their specifications or how they had evaluated
14  the UEP guidelines?
15  **A. No.**
16  Q. Do you recall reading anything about McDonald's
17  specifications, other than the letter that you
18  referenced?
19  **A. Some articles in trade magazines that were**
20  **general.**
21  Q. What did they generally say about the
22  UEP guidelines as they related to McDonald's
23  specifications?
24  **A. I don't recall.**
25  Q. And before you were promoted to quality

---

56

1  assurance director in about 2005, while you were still
2  quality assurance manager, do you recall any other
3  discussions regarding the UEP guidelines other than the
4  ones we've talked about such as the white paper and the
5  evaluation of the different potential programs?
6  **A. No.**
7  Q. And what was the white paper that you -- was
8  that a white paper that you wrote?
9  **A. I described it was white paper. It was -- it**
10  **was more a basic e-mail in which we were looking at a**
11  **number of different animal husbandry issues with dairy**
12  **cattle, perhaps some overseas social responsibility**
13  **issues for people in manufacturing plants, so a broad...**
14  Q. Do you recall whether this was during your time
15  as a QA manager?
16  **A. I -- it would -- I'm not sure as to the exact**
17  **time.**
18  Q. And when you say you would have discussed the
19  overseas social responsibility issues, do you mean that
20  Safeway would have collected information or facts about
21  what egg suppliers were doing in other countries?
22  **A. Oh, no. This -- this would have been to**
23  **products we were receiving from overseas, social**
24  **responsibility such as tuna packers and so forth, not**
25  **eggs.**

---

57

1  Q. Okay. What aspect of the white paper or
2  e-mail --
3  **A. Uh-huh.**
4  Q. -- had to do with the animal husbandry
5  practices that Safeway was considering?
6  **A. It would have been the UEP -- a brief**
7  **discussion of what it required.**
8  Q. And at any time as a QA auditor or QA manager,
9  do you recall any egg supplier being asked to comply
10  with the UEP guidelines in order to supply eggs to
11  Safeway?
12  **A. After -- we did implement the UEP program as a**
13  **requirement.**
14  Q. And when do you recall Safeway implementing
15  that program?
16  **A. Somewhere around 2004 or '5, I think, is when**
17  **our quality assurance group added that to our product**
18  **specification. I can't be more specific as to date.**
19  **I'm sorry.**
20  Q. And you were the quality assurance manager at
21  the time; is that right?
22  **A. Either manager or director. It was the -- just**
23  **a title change, no -- no change in...**
24  Q. But would it -- would it have been you that
25  made the decision or approved the inclusion or addition

---

Henderson Legal Services, Inc.

202-220-4158                                    www.hendersonlegalservices.com

HIGHLY CONFIDENTIAL

Lawrence, David                                July 11, 2014

---

**58**

of that requirement into the specifications?

A. I would have been responsible for putting it in the specification, but it would have been a corporate-down policy.

Q. And do you recall the decision being made?

A. No.

Q. Do you recall whether you made a recommendation that it be included in the specifications?

A. I would have made a recommendation as to the wording in which it was...

Q. Okay. But do you recall anyone at corporate instructing you or giving you a directive to incorporate the UEP guidelines?

A. It -- it would have been an approval, I guess, from -- and it would have been approved from Brian down.

Q. And do you remember receiving that approval from Brian Dowling?

A. No, I don't remember it. I'm sorry.

Q. And do you recall drafting the wording for the specifications related to UEP guidelines?

A. I remember the discussion about what the wording would be because we were being very specific about what we were requiring.

Q. And can you explain a little bit about what you mean, that you were trying to be specific?

---

**59**

A. We were going -- the intent in the wording was to require all egg suppliers to comply with the UEP guidelines. It did not specifically say they had to be UEP members or approved, but they had to apply -- comply with the guidelines.

Q. Are you aware that at the time -- are you aware of whether, at the time, the UEP guidelines required egg suppliers to be certified?

A. I don't recall, no.

Q. Do you recall whether at the time the UEP guidelines required egg suppliers to be members of the UEP?

A. No, I do not.

Q. Did you inquire, or did anyone on your team inquire, as to what compliance with the UEP guidelines entailed?

A. I was aware of the program, but I'm not sure what my team would...

Q. Fair enough. Do you recall being made aware of any aspect of the UEP guidelines that would require companies to become certified?

A. The definition of certified, could you clarify the definition of certified?

Q. I can't. Just do you recall any discussions about certification related to the UEP guidelines?

---

**60**

A. We did not require them to be certified by UEP.

Q. What is the difference between when you -- you know, when you were drafting the language, what did you consider the difference to be between requiring egg suppliers to comply with the guidelines and requiring egg suppliers to be certified by UEP?

A. The -- our understanding -- or my understanding was that if a producer was not a member of UEP, but implemented all of the requirements into their facility and had a third-party audit that said yes, then that we regarded as being UEP acceptable -- or to meeting the requirements of UEP.

Q. And if a producer was not in compliance with one aspect of the UEP guidelines, would they still be allowed, under the language that you drafted, to supply eggs to Safeway?

A. No. They would -- if they were missing one, they were not, unless they corrected that.

Q. Do you recall any discussions in drafting this language about the UEP guidelines containing a section requiring certification?

A. Yes.

Q. And what do you recall about those discussions?

A. Simply that they were -- UEP would control that, and that they had their own inspectors who would

---

**61**

do the certification.

Q. All right. Do you recall any discussions about UEP using third-party vendors to do the audits and certifications?

A. That was what I understand, was that they were third-party.

Q. And so you understand that UEP itself wasn't auditing its --

A. Correct.

Q. -- its members?

A. Correct.

Q. And do you understand that at the time UEP guidelines included a section requiring certification in order to be in compliance with the UEP guidelines?

A. No. I wasn't aware of that.

Q. Before you drafted the language -- I'm sorry, strike that.

Who instructed you, if anyone, to draft language incorporating the UEP guidelines?

A. No one.

Q. This was a decision that you made?

A. Yes.

Q. And why did you make the decision to go with the UEP guidelines rather than, say, another animal

---

HIGHLY CONFIDENTIAL

Lawrence, David                                    July 11, 2014

17 (Pages 62 to 65)

---

**62**

1 husbandry program?
2     A. It appeared the most -- to be the most widely
3 industry-accepted policy at the time.
4     Q. And when you mean widely industry-accepted, do
5 you mean accepted by both purchasers of eggs as well as
6 the producers of eggs?
7     A. It was -- with the McDonald's, yes. So
8 producers and purchasers of eggs.
9     Q. And why was that important to you in selecting
10 the UEP guidelines to be the program for which Safeway
11 would require compliance?
12     MR. MURRAY: Object to the form of the
13 question. It mischaracterizes his testimony.
14     You can answer.
15     A. It -- it appeared to be the easiest program to
16 get approved and get implemented.
17     Q. (BY MR. FONTECILLA) Approved and implemented
18 by whom?
19     A. By -- well, it was already approved by our
20 group, but it was implemented so that vendors would
21 accept it and would --
22     Q. So just I'm clear -- I didn't mean to cut you
23 off.
24     A. No. No. It was simply that it was a program
25 that appeared to be a working program that was

---

**63**

1 acceptable to both the vendors and to suppliers.
2     Q. And do you recall any discussions about why the
3 UEP guidelines program was acceptable to suppliers?
4     A. Not really, no. It --
5     Q. Do you recall -- oh, sorry. Go ahead.
6     A. It -- it was simply through the organization
7 that it was being done, that they had worked -- the
8 assumption was they had worked it out, but I don't
9 really have any knowledge.
10     Q. And when you say "the organization," are you
11 referring to --
12     A. UEP.
13     Q. -- UEP?
14     A. UEP, I'm sorry.
15     Q. And why was it that you drafted the language
16 with the intent of requiring egg suppliers to be in
17 compliance with the guidelines, but not include a
18 UEP certification requirement?
19     A. We didn't want to be seen as mandating a
20 supplier join a specific organization.
21     Q. So it would be fine -- strike that.
22     So it was your intent for it to comply with the cage
23 acceptable for an egg supplier to comply with the cage
24 space guidelines of the UEP animal husbandry guidelines,
25 but not actually join UEP?

---

**64**

1     A. Not be required to join, yes.
2     Q. And why is it that Safeway did not want to be
3 seen as mandating suppliers to join any particular
4 organization?
5     MR. MURRAY: Objection. He's not here to
6 talk on behalf of Safeway.
7     A. It -- it was not a Safeway policy. It was --
8 it would have been my decision. We -- as quality
9 assurance, we tried not to show favoritism towards
10 any -- any specific organization. We want to provide
11 vendors with flexibility, while maintaining the quality
12 and safety issues.
13     Q. (BY MR. FONTECILLA) And at any time after you
14 drafted the language, did you ever reassess or
15 reevaluate the language in the specifications --
16     A. No.
17     Q. -- regarding the UEP guidelines?
18     A. No.
19     MR. MURRAY: You've got to let him finish,
20 so --
21     THE WITNESS: I'm sorry.
22     Q. (BY MR. FONTECILLA) And why not?
23     A. There was --
24     MR. MURRAY: Object to the form of the
25 question.

---

**65**

1     A. There was never a need to. We never had a
2 supplier ask for an audit who was not a UEP member or
3 ask for -- ask to be a supplier who was not already UEP
4 certified.
5     Q. (BY MR. FONTECILLA) Are you testifying that
6 you're not aware of any egg suppliers seeking to supply
7 Safeway with eggs that were not UEP members?
8     A. No, I didn't testify to that. I testified --
9 let me clarify --
10     Q. Yes, please.
11     A. -- the question. We did not have a non-UEP
12 supplier come to us and say, I will comply with the
13 UEP guidelines, but I will not join UEP.
14     Q. So you didn't think it was necessary to mandate
15 membership in UEP because all the suppliers that were
16 supplying Safeway at the time were already members of
17 UEP?
18     MR. MURRAY: Objection to form,
19 mischaracterizes his testimony.
20     A. No, that's not what I said.
21     Q. (BY MR. FONTECILLA) You said, "We did not have
22 a non-UEP supplier come to us and say, I will comply
23 with the UEP guidelines, but I will not join UEP,"
24 right?
25     A. Correct.

---

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

18 (Pages 66 to 69)

---

66

1    Q.  Were you aware of any suppliers that were not
2    UEP members?
3        A.  Yes.
4        Q.  And did those suppliers comply with the
5    UEP guidelines, even though they were not UEP members?
6        A.  Not to my knowledge.
7        Q.  And did you ever consider changing the
8    compliance requirement from the UEP guidelines to any
9    other animal husbandry program at any time?
10       A.  No.
11       Q.  And why not?
12       A.  It was a functional, acceptable program that
13   was working for us, and it was -- frankly, we had so
14   many other issues with different products that it was
15   not a big -- there was really never a need to.
16       Q.  Did -- do you recall any discussions at your
17   time at Safeway about the requirement that suppliers
18   comply with the UEP guidelines affecting the cost of the
19   eggs that Safeway was purchasing?
20           MR. MURRAY:  Objection, asked and answered.
21       A.  No.  I didn't discuss cost.
22       Q.  (BY MR. FONTECILLA)  And do you recall any
23   discussions at any time at your time at Safeway about
24   the effect that including the UEP guidelines in the
25   specifications would have on the supplier price of eggs

---

67

1    that Safeway was purchasing from its vendors?
2            MR. MURRAY:  Object to the form of the
3    question.
4        A.  Not that I remember, no.
5        Q.  (BY MR. FONTECILLA)  Do you know whether there
6    would be or whether there was someone at Safeway, while
7    you were there, that was having those discussions?
8        A.  I don't know for a fact.  I assume that our
9    marketing people would -- would beware of all the cost
10   effect, but that's assumption.  I don't know.
11       Q.  Did you -- or are you aware of you or anyone on
12   your QA team ever reporting to the marketing folks
13   anything about the UEP guidelines?
14       A.  Other than who was complying with them and who
15   was not -- or who was complying with them, no, I'm not
16   aware of any.
17           (Exhibit No. 1 marked.)
18       Q.  (BY MR. FONTECILLA)  Mr. Lawrence, you've been
19   handed what's been marked as Exhibit 1.
20           MR. MURRAY:  Do you have a copy for me?
21       Q.  (BY MR. FONTECILLA)  Do you recognize that to
22   be a copy of the protective order that you signed this
23   morning?
24           MR. MURRAY:  Oh, okay.
25       A.  Oh.  Yes.

---

68

1        Q.  (BY MR. FONTECILLA)  And that's your signature
2    on the last page?
3        A.  Yes, sir.
4            (Exhibit No. 2 marked.)
5        Q.  (BY MR. FONTECILLA)  Okay.  You've been handed
6    what's been marked as Exhibit 2, Mr. Lawrence.  Do you
7    recognize this document?
8        A.  It appears to be an e-mail from Gene Gregory to
9    me.
10       Q.  Have you seen this document before?
11       A.  I don't recall, but...
12       Q.  This is -- if you look halfway down, where it
13   says "Original Message," and then --
14       Q.  -- it says "From David Lawrence."  Do you see
15   that?
16       A.  Yes.
17       Q.  That's your e-mail address next to your name?
18       A.  Yes.
19       Q.  And this looks like an e-mail that you would
20   have sent while you were an employee at Safeway?
21       A.  Yes.
22       Q.  And this was in about 2002, right?
23       A.  Correct.
24       Q.  And in or around September 17th, 2002, the date

---

69

1    of your e-mail, you would have been a quality assurance
2    auditor for the Midwest region at Safeway; is that
3    right?
4        A.  Actually, I may was a manager at this time.
5        Q.  You were a manager then --
6        A.  Yeah.
7        Q.  -- excuse me, right.
8            And do you recall sending this e-mail to
9    Gene Gregory?  Please take your time to review it.
10       A.  I don't recall, but it's evident that it was an
11   e-mail from me, so...
12       Q.  And you see that you're asking him for a list
13   of all the current suppliers who met UEP's animal
14   husbandry guidelines?
15       A.  Yes.
16       Q.  And do you -- does this refresh your
17   recollection about why -- if there were any other
18   additional reasons than the ones you've testified about,
19   why you were asking Mr. Gregory about the
20   UEP guidelines?
21       A.  I was probably interested in assuring that
22   there were a large enough number of people in
23   compliance.
24       Q.  And when you say "a large enough number of
25   people in compliance," do you mean a large enough number

---

HIGHLY CONFIDENTIAL

Lawrence, David                                                                  July 11, 2014

---

70

1  of egg suppliers --
2      A. Egg suppliers.
3      Q. -- in compliance with the UEP guidelines?
4      A. To make it worthwhile for us to begin auditing
5  and look at the -- and trying to -- trying to ascertain
6  how widespread the acceptance of the program was.
7      Q. And do you see in the last sentence of the
8  paragraph of the e-mail that you sent Mr. Gregory on or
9  about --
10     A. Uh-huh.
11     Q. -- December 17th of 2002, do you see that it
12 says, "I want to assure that all suppliers to Safeway
13 are in compliance"?
14     A. Yes.
15     Q. What did you mean when you stated that you
16 wanted to ensure that all suppliers to Safeway are in
17 compliance?
18     A. I would check the people that were currently
19 supplying Safeway, and if they were registered with UEP
20 we knew they were meeting it. If there were those that
21 weren't, we would have to go to them -- those that
22 weren't listed, we would have to go to them and make
23 sure that they were in compliance.
24     Q. Do you recall identifying, after receiving
25 information from Mr. Gregory, any Safeway egg suppliers

---

71

1  that were not in compliance with the UEP guidelines?
2      A. No, I don't.
3      Q. Okay. Do you remember checking to make sure
4  that all the current Safeway egg suppliers were in
5  compliance with the UEP guidelines?
6      A. I don't specifically remember checking, no.
7      Q. Do you have any reason to believe that you
8  would not have checked?
9      A. No.
10         MR. MURRAY: Objection to the form of the
11 question, calls for speculation.
12     Q. (BY MR. FONTECILLA) At this time, if you had
13 discovered that one of your suppliers was not in
14 compliance with the UEP guidelines, you testified that
15 you would have gone to that supplier, right?
16     A. Correct.
17     Q. What would you have asked that supplier to do?
18     A. To immediately comply.
19     Q. So would it be fair to say that as early as
20 2002 Safeway wanted its egg suppliers to be in
21 compliance with the UEP guidelines?
22     A. Yes.
23     Q. Do you see -- do you know when that would have
24 started? Let me rephrase.
25         When did Safeway first start wanting to

---

72

1  ensure that its suppliers were in compliance with the
2  UEP guidelines?
3      A. I am not sure.
4      Q. Would it --
5      A. It --
6      Q. -- have been -- I'm sorry, go ahead.
7      A. It would have been prior to December 17th,
8  2002.
9      Q. And you stated that you became the quality
10 assurance manager in about 2001?
11     A. Yes.
12     Q. Would it have been before you started as the
13 quality assurance manager?
14     A. I don't know. I really don't recollect.
15     Q. And do you see in the e-mail above, it's a
16 response to your e-mail from Mr. Gregory?
17     A. Yes.
18     Q. Do you see where he talks about -- in the first
19 line, about a phase-in schedule of the guidelines?
20     A. Yes.
21     Q. Okay. Do you have an understanding of what he
22 was referring to?
23     A. I vaguely recall that there were some
24 percentages that were going to be converted, but, no, I
25 don't recall the exact schedule.

---

73

1      Q. Do you mean percentages of egg suppliers who
2  were going to be in compliance with the cage space
3  requirements of the UEP guidelines?
4      A. No. It was each organization would be
5  converting a percentage of their flock to the
6  UEP guidelines.
7      Q. And was the ultimate goal of that phase-in
8  schedule for each supplier to have 100 percent of their
9  flocks --
10     A. Yes.
11     Q. -- compliant with the UEP guidelines?
12     A. That's my understanding.
13     Q. Are you familiar with the term "the 100 percent
14 rule"?
15     A. No.
16     Q. Okay. Are you aware of any requirement in the
17 UEP guidelines about a percentage of a particular
18 supplier's flocks that must be in compliance with the
19 UEP guidelines?
20     A. I'm not familiar, but that was my recollection
21 and -- what I said, the percentage transition.
22     Q. Would Safeway at this time have wanted to
23 ensure that its egg suppliers were compliant with
24 UEP guidelines at all their facilities?
25         MR. MURRAY: Object to the form of the

---

HIGHLY CONFIDENTIAL

Lawrence, David                                    July 11, 2014

20 (Pages 74 to 77)

---

**74**

1  question. He's not here on behalf of Safeway.
2  **A. I don't know what Safeway would have wanted.**
3  Q. (BY MR. FONTECILLA) You were the quality
4  assurance manager at the --
5  **A. I --**
6  Q. -- time at Safeway, right?
7  **A. Yes.**
8  Q. Was there anyone else above you in charge of
9  quality assurance and inspecting and ensuring that egg
10 suppliers were in compliance with UEP guidelines?
11 **A. I would have been the responsible person for**
12 **that.**
13 Q. And in your role as quality assurance manager,
14 would Safeway or the quality assurance group at this
15 time have wanted to ensure that its egg suppliers were
16 complying with UEP guidelines at all of that egg
17 supplier's facilities?
18 **A. No.**
19 Q. And why not?
20 **A. We were only concerned with the facilities**
21 **supplying Safeway.**
22 Q. And so if a supplier was supplying Safeway with
23 eggs from a facility that was complying with the cage
24 space requirements, but had or owned a facility that had
25 a lower ^ [sic] hen cage density, that would have been

---

**75**

1  acceptable to the QA group at the time?
2       MR. MURRAY: Object to the form of the
3  question.
4  **A. We certified individual units.**
5  Q. (BY MR. FONTECILLA) And by units, you mean
6  particular facilities?
7  **A. A facility, egg operation. If they had A, B,**
8  **and C in Kansas, Oklahoma, and Missouri, if No. 1 is in**
9  **Kansas and that's where we were sourcing, we would only**
10 **inspect and approve that. The other two would not have**
11 **been.**
12 Q. If a news report had come out about a
13 particular facility having a hen density of -- that's
14 lower ^ [sic] than UEP guidelines, but Safeway or your
15 group confirmed that that facility was not the
16 particular facility supplying Safeway, would Safeway
17 still buy eggs from that egg supplier?
18      MR. MURRAY: Objection to the form of the
19 question. It calls for speculation, and he's not here
20 on -- to talk about Safeway's policy.
21 **A. Yeah. I -- I had no responsibility for buying**
22 **and specifying who we bought from, other than to**
23 **approve. So I don't know if they would have continued**
24 **or not.**
25      MR. FONTECILLA: If -- and, Counsel, I'm

---

**76**

1  going to make an objection here for the record. I
2  believe that you are instructing the witness, and the
3  Rules prohibit you from making an objection to form that
4  affects the witness' testimony.
5       And over the course of today it has
6  appeared that when you make a speaking objection, which
7  is improper, about him not being a 30(b)(6) witness on
8  behalf of the company, it is altering the witness'
9  testimony. So I would just caution you about making
10 proper objections.
11      MR. MURRAY: Well -- then change the form
12 of your question. I'm stating the objection and the
13 basis -- the legal basis for the objection. I'm not
14 making speaking objections.
15 Q. (BY MR. FONTECILLA) As quality assurance
16 manager at the time, Mr. Lawrence, if you had discovered
17 that a facility of one of your egg suppliers was the
18 subject of a news report where the hen density was being
19 reported as been inhumane or particularly small, would
20 you continue to use that egg supplier if the facility
21 that you bought from was in compliance with the
22 UEP guidelines?
23      MR. MURRAY: Object to the form of the
24 question, asked and answered, calls for speculation.
25 **A. The facility that was in compliance would have**

---

**77**

1  **been approved from a quality assurance standpoint.**
2  **Whether the purchasing manager continued to use that**
3  **facility or not would have been beyond my purview.**
4  Q. (BY MR. FONTECILLA) Fair enough. Do you see
5  in Mr. Gregory's response to you it says, halfway down,
6  "The best way you can be sure to demonstrate that
7  Safeway is responding to this public issue is to require
8  your suppliers to place the UEP animal care certified
9  logo on egg cartons."
10      Do you see that?
11 **A. Yes.**
12 Q. What did you understand Mr. Gregory to be
13 saying?
14 **A. He was promoting the use of the UEP logo, is my**
15 **understanding.**
16 Q. And did Safeway encourage its suppliers to use
17 the logo?
18 **A. No. Because of the wording that we used**
19 **earlier, it precluded the use of that by all suppliers.**
20 Q. You mean it didn't require the use of the logo?
21 **A. No. The requirement we had in our**
22 **specification that said the vendor had to comply with,**
23 **meant that vendors who were not members of UEP could**
24 **still provide eggs to us if -- even if they weren't, as**
25 **long as they met the UEP guidelines, but they could not**

---

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

78

1 have used the UEP logo on there. So we chose not to use
2 it, simply for that reason.
3    Q. But there were suppliers that supplied Safeway
4 with eggs that had the logo, right?
5    A. Yes.
6    Q. And did having the logo make inspecting or
7 auditing those suppliers easier?
8    A. No.
9    Q. Did having the logo in any way give your team
10 more assurance about that supplier's compliance with
11 Safeway's egg specifications?
12    A. Having the logo? No.
13    Q. And that was a specification that you drafted
14 in about 2004 or 2005, you said?
15    A. Yeah. And it may have been earlier. That's --
16 my recollection was 2004 or '5, but it -- based on this,
17 the negotiation and discussion was earlier, so...
18    Q. And this e-mail is in about December 2002,
19 right?
20    A. Yes.
21    Q. Do you see in the last sentence of that
22 paragraph in the e-mail from Mr. Gregory to you, it
23 says, "Your supplier can make this logo available to you
24 and be willing to discuss their cost of the program."
25       Do you see that?

79

1    A. Yes.
2    Q. What do you understand Mr. Gregory to have been
3 telling you when he says that the egg suppliers would be
4 willing to discuss their cost of the program?
5    A. Well, when I saw that, I probably thought, I'm
6 not going to discuss cost with -- about anything that...
7    Q. But he did say that there were costs associated
8 with a particular supplier's program?
9       MR. MURRAY: Objection, mischaracterizing
10 the document.
11    A. I'm -- I would have read this that there were
12 costs to using the logo.
13    Q. (BY MR. FONTECILLA) And would you have
14 understood that to mean costs involved in being a UEP
15 member or UEP certified member?
16       MR. MURRAY: Object to the form of the
17 question.
18    A. I really can't even remember what I would have
19 thought. There was so many e-mails on so many different
20 topics, that I probably just -- anytime I saw a cost, I
21 didn't really register anything. That was -- that was
22 an issue that our purchasing group would handle.
23    Q. (BY MR. FONTECILLA) Right, sir. And I
24 understand that's the general -- generally what
25 happened. But specifically referring to this e-mail,

80

1 just so that the record is clear, is it your testimony
2 that you did not understand this sentence to imply any
3 cost by the supplier of being a UEP certified company?
4       MR. MURRAY: Objection, asked and answered.
5    A. I have no recollection of what my thought at
6 this time would have been on that. I was more concerned
7 with getting a list of who the certified vendors were,
8 so...
9    Q. (BY MR. FONTECILLA) And do you recall what, if
10 anything, you did in response to this e-mail exchange
11 with Mr. Gregory?
12    A. No, I don't.
13    Q. Do you recall whether Mr. Gregory ultimately
14 did send you a list of UEP compliant or UEP certified
15 companies?
16    A. No. I don't, no.
17    Q. Do you recall whether you sent this information
18 or shared this information in any way with anyone else
19 at Safeway?
20    A. No, I don't.
21       (Exhibit No. 3 marked.)
22    Q. (BY MR. FONTECILLA) You've been handed what's
23 been marked as Exhibit 3. Go ahead and take a minute to
24 look at that document. There's a blue slip sheet
25 separating the e-mail from the attachment.

81

1    A. Okay.
2    Q. Okay. Do you recall receiving this e-mail from
3 Mr. Gregory?
4    A. No, I don't.
5    Q. Okay. But it appears to be an e-mail that you
6 received from Mr. Gregory on December 18th, 2002?
7    A. Yes.
8    Q. And do you see that to be the date after the
9 date on the e-mail exchange in Exhibit 2?
10    A. Yes.
11    Q. Do you -- does this refresh your recollection
12 about whether you received a copy of UEP animal
13 certified companies, as you requested?
14    A. It doesn't -- I don't remember anything about
15 this, no.
16    Q. But it -- would you agree that it seems to be
17 that Mr. Gregory --
18    A. It --
19    Q. -- did, in fact, send you the list?
20    A. Yes, it appears so.
21    Q. And in the e-mail he sends you, he says,
22 "Attached are six pages listing the companies recognized
23 by UEP as animal care certified companies," right?
24    A. Yes.
25    Q. And would you agree that the attachment appears

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

22 (Pages 82 to 85)

---

82

1  to be a list of UEP animal certified companies at that
2  time?
3      MR. MURRAY: Object to the form of the
4  question, calls for speculation.
5      **A. It states that it is the list, so...**
6      Q. (BY MR. FONTECILLA) What is the title at the
7  top of the first page of the attachment?
8      **A. The list of animal care certified companies and**
9  **contact.**
10      Q. And please take your time reviewing this
11  document, but do you recognize any of the company names
12  listed in the attachment? And if you can just say their
13  name as you go through it, if you recognize them.
14      **A. Cal-Maine; Herbruck's Poultry Ranch; Hillandale**
15  **Farms; Moark Productions; National Food Corp.; Norco**
16  **Ranch; Pilgrim's Pride Corp.; R.W. Sauder, Inc.; Sparboe**
17  **Companies; Stiebrs Farms -- appears to be a number.**
18      Q. So I want to take those one at a time.
19      **A. Uh-huh.**
20      Q. You mentioned you Cal-Maine Foods, which is on
21  the first page of the attachment.
22      **A. Yes.**
23      Q. At the time that you received this e-mail, was
24  Cal-Maine Foods a supplier of eggs or egg products to
25  Safeway?

---

83

1      **A. I really don't remember.**
2      Q. Do you recall checking this list for any
3  suppliers that Safeway had at the time?
4      **A. No, I don't.**
5      Q. You also mentioned Herbruck's Poultry Ranch --
6      **A. Yes.**
7      Q. -- which is on the second page.
8      Do you recall whether, at the time you
9  received this e-mail in December 2002, how you were
10  aware of Herbruck's?
11      **A. I'm just aware that they were a producer. The**
12  **name is familiar.**
13      Q. How are you familiar with the Hillandale Farms
14  entity listed on the second page of the attachment?
15      **A. At one time they were a supplier to Safeway,**
16  **but I'm not sure at what time -- you know, what the time**
17  **frame is.**
18      Q. How are you familiar with Moark Productions,
19  listed on the third page of the attachment?
20      **A. They were a supplier to Safeway, and I**
21  **inspected one of their facilities as an auditor when**
22  **I -- in Missouri.**
23      Q. And how do you recognize the National Food
24  Corp., which is listed on the third page of the
25  attachment?

---

84

1      **A. Just -- just the knowledge that they were a**
2  **supplier of eggs and egg products.**
3      Q. At some time to Safeway?
4      **A. Yes.**
5      Q. And how do you recognize Norco Ranch?
6      **A. The same, they were a supplier of eggs to**
7  **Safeway at one time. I'm not --**
8      Q. And how do you --
9      **A. -- I'm not sure of that specific time frame at**
10  **this time, but I know that they were suppliers.**
11      Q. And how do you recognize Pilgrims Pride
12  Corporation?
13      **A. That they were -- they were a supplier of**
14  **chickens to our deli program at one time.**
15      Q. And how do you recognize R.W. Sauder?
16      **A. At one time they were a supplier of eggs or egg**
17  **products.**
18      Q. And how do you recognize Sparboe Companies?
19      **A. That at some time they were a supplier of eggs**
20  **to Safeway.**
21      Q. How do you recognize Stiebrs Farms?
22      **A. That they were a supplier of eggs to Safeway at**
23  **some time.**
24      Q. Okay. At any time have you had an
25  understanding about whether any of the entities we just

---

85

1  went through in this exhibit were UEP members?
2      **A. They were listed on this list.**
3      Q. And so did you have an understanding, when you
4  received this list, that these were UEP members?
5      MR. MURRAY: Objection to the form of the
6  question.
7      **A. I don't recall, but -- whether it was, but**
8  **since they were on the list and this was recognized by**
9  **UEP, I would assume they were.**
10      Q. (BY MR. FONTECILLA) So would it be fair to say
11  that you would have taken Mr. Gregory's representation
12  of the list at face value?
13      **A. Yes.**
14      Q. And you would have understood that these
15  companies were complying with the UEP guidelines?
16      **A. Yes.**
17      Q. And you would have used them as suppliers to
18  Safeway at the time?
19      MR. MURRAY: Object to the form of the
20  question.
21      **A. The policy would have been for the respective**
22  **quality assurance auditor to obtain a copy of their**
23  **certification.**
24      Q. (BY MR. FONTECILLA) Of their
25  UEP certification?

---

## HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

23 (Pages 86 to 89)

---

**86**

1  A. Yes.
2  Q. And what would Safeway do, once they had
3  obtained a copy of the UEP certification for each
4  company?
5  A. The auditors would have put them in the packer
6  files?
7  Q. And that would have allowed Safeway to purchase
8  eggs from that particular supplier?
9  MR. MURRAY: Objection to the form of the
10  question.
11  A. It -- it would have certified them as
12  acceptable for purchase.
13  Q. (BY MR. FONTECILLA) And if at this time a
14  certification certificate was not available for any egg
15  supplier, what would the effect of that be?
16  A. The effect should have been that they would not
17  be approved until they provided a certificate.
18  Q. And what if the company did not provide a
19  certificate?
20  A. The eggs should not have been sourced from
21  that -- that specific vendor.
22  Q. And looking at Mr. Gregory's cover e-mail, do
23  you see that it says in the second paragraph, "You would
24  be pleased to know that this list represents 224 million
25  layers or about 80 percent of the entire US egg

---

**87**

1  industry"?
2  A. Yeah.
3  Q. Did I read that correctly?
4  A. Yes.
5  Q. What do you understand Mr. Gregory to have been
6  saying there?
7  A. That they had a large buy-in from the egg
8  industry.
9  Q. And would it be fair to say that this was the
10  type of buy-in or levels of buy-in that we had discussed
11  earlier would be a pro in terms of an animal husbandry
12  program that Safeway was evaluating?
13  A. Yes.
14  Q. And do you recall ever seeing these -- this
15  level of buy-in for any other animal husbandry program
16  in the egg industry?
17  A. I don't recall seeing any -- any type of
18  statistics for other programs.
19  Q. Are you aware of any other animal husbandry
20  program in the egg industry having this level of buy-in
21  at any time?
22  A. No.
23  Q. What would you -- do you recall doing anything
24  with this list or this e-mail when you received it?
25  MR. MURRAY: Objection, asked and answered.

---

**88**

1  A. No, I don't remember what I did with it.
2  Q. (BY MR. FONTECILLA) Given your history as a
3  quality assurance manager at this time, and your
4  functions at that time, what would you have done -- do
5  you think you would have done with this?
6  MR. MURRAY: Objection, calls for
7  speculation.
8  A. Standard policy would have been to send it to
9  the quality assurance auditors and tell them to review
10  it for their packers, to make sure they're on there.
11  Q. (BY MR. FONTECILLA) And by packers you mean
12  the egg suppliers --
13  A. Egg suppliers.
14  Q. -- that they --
15  A. Yeah.
16  Q. Other than not sourcing from suppliers that
17  would not have been listed on this list, would Safeway
18  treat noncertified companies at this time any
19  differently?
20  MR. MURRAY: Objection.
21  Again, you're asking about Safeway. Not
22  here on behalf of Safeway.
23  A. I'm not sure how purchasing would have. From a
24  quality assurance standpoint, we would have contacted
25  anybody not listed to find out if they were certified.

---

**89**

1  Q. (BY MR. FONTECILLA) And if they weren't
2  certified, other than not sourcing from them, were there
3  any other effects from a quality assurance perspective?
4  A. No.
5  Q. Would it be fair -- and would you have any
6  insight or input into whether a noncertified supplier
7  could bid on a potential egg purchase from Safeway?
8  A. No. I'm not sure what the sourcing
9  requirements would have been on that.
10  Q. And from time to time, as quality assurance
11  manager, would the purchasing group or sourcing group
12  come to you and say, We've got a bid from a particular
13  supplier, can you check to see if they're certified?
14  A. They would have checked to make sure they were
15  certified before they submitted a request for proposal.
16  Q. So the sourcing group would only submit a
17  request for proposal to companies that your group had --
18  A. No. No, they would -- they would -- part of
19  the stipulation for a request for proposal would have
20  included the specification which would have had that in
21  there. And so if a vendor could not -- was not
22  certified or was not willing to be certified, they would
23  not have ever...
24  Q. And would that have been the case back in 2002
25  at the time that you were exchanging these e-mails with

---

HIGHLY CONFIDENTIAL

Lawrence, David                                              July 11, 2014

24 (Pages 90 to 93)

---

**90**

Mr. Gregory?
    A. I'm not sure what it was at that time, how it was.
    Q. And do you recall any request for proposal, or solicitation of bids, or other potential purchases by Safeway from egg vendors involving a check or a verification of the company's certification?
    A. At that time, no.
    Q. At this time in 2002, do you recall there being any issues or concerns about egg vendors signing up for UEP and later withdrawing from compliance with the UEP guidelines?
    A. No.
    Q. If you look at Exhibit 2, the e-mail that Mr. Gregory responds -- or in your e-mail, halfway down the page, do you see where it says, "My concern is that some operations may sign up and then withdraw"?
    A. Yes, I see that.
    Q. Does that refresh your recollection about whether you or anyone else in your group had concerns about egg suppliers signing up to be certified by UEP and then later not being certified?
    A. No, it doesn't. Sorry.
    Q. Reading this today, what do you think you meant when you wrote that?

---

**91**

    MR. MURRAY: Objection to the form of the question, calls for speculation.
    A. I honestly don't recall this at this point.
    Q. (BY MR. FONTECILLA) I understand that you don't recall it, but given that this is an e-mail that you wrote --
    A. No.
    Q. -- I think you would probably be the best person to interpret it. And my question is just: Reading this today, what do you think you would have meant by that?
    MR. MURRAY: Objection, asked and answered, calls for speculation.
    A. No. To the best of my recollection or knowledge, I was probably concerned that -- we wanted to make sure that any vendors we had could not sign up for auto insurance, get their license, and then drop it; basically, that this was an in-and-out type where they could temporarily get approval, get certified by Safeway as a supplier, and then withdraw from it.
    Q. (BY MR. FONTECILLA) And what steps did the quality assurance group have in place to prevent that from happening?
    A. We required yearly renewals for their audits and certifications.

---

**92**

    Q. And at this time would the audit and certification have included some kind of way to verify that the cage space requirements at a particular facility were meeting the UEP guidelines' specifications?
    A. It would have been the UEP certificate that would have come from them.
    Q. So at this time you were relying on companies to provide you with the UEP certificate?
    A. Yes.
    Q. And has -- was that the case from 2002 until the time that you left in 2009?
    A. Yes.
    Q. And is it your understanding that the UEP certificate could only be obtained if the companies were UEP members?
    A. I didn't know that. Again, we had the requirement that, if somebody who was not a UEP member wanted to comply with those, then they could get a third-party audit and provide us with that.
    Q. And did any such suppliers do that at any time at your --
    A. No.
    Q. -- time at Safeway?
        And if I told you that the UEP guidelines

---

**93**

required a supplier to be a UEP member in order to qualify for their certificate, would that explain why no nonmembers ever came to you and asked to be a supplier to Safeway?
    MR. MURRAY: Objection to the form of the question, calls for speculation.
    A. No. That wouldn't explain it because we weren't requiring every -- if there was a non-UEP member who wanted to supply us, they could have a third-party audit, and that audit finding would have sufficed to meet our requirements. They didn't have to have the UEP certificate. That was simply the easiest way we had. If another party had wanted to, they could have had a thirty party use the UEP guidelines, certify, and provide us with that audit.
    Q. (BY MR. FONTECILLA) And that would have included a third party doing an audit, and confirmation that the cage space requirements at a particular facility of a non-UEP member were complying with the cage space requirements in the UEP --
    A. All -- all of --
    Q. -- animal husbandry guidelines?
    A. -- all of the requirements, the ammonia levels, all of the requirements in...
    Q. And that was the case from 2002 through 2009?

---

HIGHLY CONFIDENTIAL

Lawrence, David                                                   July 11, 2014

25 (Pages 94 to 97)

94

1      A. Yes.
2      Q. And do you know if that was the case after you
3  left Safeway?
4      A. No.
5      Q. Do you recall at any time Safeway supporting
6  the elimination of the UEP animal care certified
7  program?
8      A. No.
9      Q. Did you, or anyone that you know at Safeway,
10  ever voice any support for the elimination of the UEP
11  animal care certified program?
12      A. No.
13      Q. Did anyone -- did you and your group support
14  the preservation of the UEP animal care certified
15  program?
16          MR. MURRAY: Object to the form of the
17  question.
18      A. I wouldn't say "support." It was just
19  generally accepted and relatively insignificant, as --
20  as overall topics we were dealing with. It was in place
21  and it was functioning.
22      Q. (BY MR. FONTECILLA) Sure. But you -- how can
23  you describe it now as insignificant when you just
24  testified that the certified program was a requirement
25  that you required of your suppliers, that the

95

1  certificate that UEP was able to provide, rather than a
2  third-party certificate, was the easiest way? Do you
3  want to clarify your answer?
4      A. Let --
5          MR. MURRAY: Objection. It's
6  argumentative.
7      A. Okay. I'll clarify. When I said
8  "insignificant," I didn't mean insignificant. It was
9  not a hot topic. It was in place, and it appeared to be
10  functioning. The animal rights groups seemed to be
11  accepting of it.
12          We had a lot of other issues. The egg --
13  the egg part of our business was maybe 1 to 2 percent of
14  our total responsibilities, and, sadly, the squeaky
15  wheel gets the grease. So we were more rapidly dealing
16  with pet food issues, Chinese import issues, and so
17  forth. So once it was in place, we weren't hearing
18  anything good or bad from it, it -- it was pretty much
19  forgotten.
20      Q. (BY MR. FONTECILLA) But would it be fair to
21  say that by maintaining it, it's indicative that the QA
22  group was supportive or had authorized its use from 2002
23  to the time that you left?
24          MR. MURRAY: Object to the form of the
25  question. It's inconsistent with his prior testimony.

96

1      A. I would say, in maintaining it, we had found
2  something that was functional and met our needs.
3      Q. (BY MR. FONTECILLA) And at any time after you
4  adopted the program or used the program -- strike that.
5          At any time after you started using the
6  program that involved the UEP guidelines, did you find
7  anything that was more functional or that more
8  effectively met your needs?
9      A. No.
10      Q. So would you say that the UEP guidelines,
11  throughout your time at Safeway, was the best program
12  available for Safeway to use in connection with its egg
13  business?
14          MR. MURRAY: Objection to the form of the
15  question, lack of foundation. And he's not here on
16  behalf of Safeway.
17      A. From my standpoint, I can't really say that
18  because once it was in place, we did not aggressively
19  look to see what was out in the industry. We found that
20  it was acceptable, but we didn't continue to monitor any
21  special programs or aggressively pursue any other course
22  of looking at animal rights issues for egg layers, so...
23      Q. (BY MR. FONTECILLA) At any point in time, did
24  anyone come to you and ask you to take a look at the
25  UEP guidelines or some alternative program to the

97

1  UEP guidelines?
2      A. Not to my recollection, no.
3      Q. And why do you think that that was?
4          MR. MURRAY: Objection, calls for
5  speculation.
6      A. It would be conjecture, but it was simply that
7  it was meeting the minimum requirements, and, you know,
8  there were -- the animal right groups hadn't -- there --
9  there was not a lot of emphasis. We were branching into
10  other areas, such as cage free, that were more
11  acceptable to consumers.
12      Q. (BY MR. FONTECILLA) Does reviewing these two
13  e-mails from 2002, and talking about it, refresh your
14  recollection about when the QA group first started using
15  the UEP guidelines in connection with its functions?
16          MR. MURRAY: Objection, asked and answered.
17      A. It doesn't refresh, but it certainly makes me
18  think my timeline is earlier than what I'd earlier
19  thought.
20      Q. (BY MR. FONTECILLA) And would it be fair to
21  say that the QA group had been using the UEP guidelines
22  as early as December 2002, if not earlier?
23          MR. MURRAY: Objection, compound.
24      A. I think that certainly by December 2002 we were
25  using the guidelines.

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

26 (Pages 98 to 101)

---

98

1 Q. (BY MR. FONTECILLA) Are you familiar with the
2 Food Marketing Institute or what's commonly known as
3 FMI?
4 **A. Yes.**
5 Q. And how are you familiar with FMI?
6 **A. I just know it was an industry organization**
7 **that we participated in, and we would often receive**
8 **white papers from them regarding labeling issues, short**
9 **courses and so forth, and they did purchase a quality**
10 **assurance inspection group called Safe Quality Food,**
11 **SQF, which I've had dealings with.**
12 Q. And in the time period of 1999 to about 2002,
13 do you recall having any involvement or interactions or
14 discussions related to FMI?
15 **A. I know that I would have probably been involved**
16 **in reading some white papers and maybe talking to them**
17 **about food labeling regulations.**
18 Q. Okay. Do you recall you or anyone on your team
19 ever participating in FMI discussions about an industry
20 effort to collaboratively use the UEP guidelines?
21 **A. No. No.**
22 Q. Do you recall anyone reporting back from an FMI
23 meeting where the UEP guidelines was discussed?
24 **A. No, I don't.**
25 Q. Are you aware of any involvement by anyone at

---

99

1 Safeway related to FMI and the UEP guidelines?
2 **A. No.**
3 Q. We've talked about the animal rights groups and
4 some concerns that they had related to animal welfare in
5 the egg producer industry. Do you recall that?
6 **A. Yes.**
7 Q. And would those animal rights organizations
8 include PETA and HSUS?
9 **A. PETA is one I'm familiar. HUS -- HSUS, I --**
10 Q. Are there any others, other than PETA that
11 you're familiar --
12 **A. -- I'm not familiar with them, just PETA.**
13 Q. And as a result of the concerns raised by
14 PETA -- at what time do you recall PETA first raising
15 animal welfare concerns?
16 **A. Well, I remembered it being 2003 or so, but it**
17 **evidently was much earlier.**
18 Q. And that's because you're pointing to Exhibit 2
19 or --
20 **A. Yes.**
21 Q. -- Exhibit 3, the e-mails from 2002?
22 **A. Yes.**
23 Q. And reading those would lead you to believe or
24 testify today that it's likely that those concerns were
25 raised earlier?

---

100

1 **A. Yes.**
2 Q. And as a result of the concerns raised by those
3 animal welfare -- or animal rights groups, excuse me, do
4 you recall what Safeway or your group did as a response?
5 MR. MURRAY: Objection, asked and answered.
6 **A. The PETA action that first caught our attention**
7 **was their action against McDonald's. And as a result of**
8 **that, we began looking at animal rights, animal**
9 **husbandry issues. So it -- it was kind of us trying to**
10 **be proactive and just to educate ourselves. We do that**
11 **with all types of industry -- or did that with all types**
12 **of industry concerns.**
13 Q. (BY MR. FONTECILLA) Do you recall Safeway, in
14 about 2000 and 2001, responding to PETA's concerns
15 regarding animal welfare for egg production, resulting
16 in Safeway using the UEP guidelines?
17 **A. Yes. I remember -- not specifically linked to**
18 **that timeline, but I remember us responding, or I**
19 **remember a conversation with Brian in which he mentioned**
20 **that they were going to do that.**
21 Q. Do you recall Brian Dowling exchanging letters
22 with members of PETA?
23 MR. MURRAY: Objection, lack of foundation.
24 **A. No. I don't remember specifically letters with**
25 **them.**

---

101

1 Q. (BY MR. FONTECILLA) Do you recall anyone at
2 Safeway promising to PETA that Safeway would use the
3 UEP guidelines?
4 **A. Not knowledge of us directly telling them that,**
5 **no.**
6 Q. Are you aware generally that Safeway was using
7 the UEP guidelines as a result of the pressure from
8 PETA?
9 MR. MURRAY: Objection to the form of the
10 question, and lack of foundation.
11 **A. Yeah. It was my understanding that we were**
12 **leaning towards UEP as an acceptable course of action**
13 **with PETA.**
14 Q. (BY MR. FONTECILLA) And as Exhibit 2 and
15 Exhibit 3 show, and as you testified, by 2002 Safeway
16 was using the UEP guidelines?
17 **A. Yes.**
18 Q. Are you aware of efforts by five -- the five
19 major supermarket companies in 2000, 2001, including
20 Safeway, asking FMI to develop a voluntary policy to
21 address animal welfare that the entire supermarket
22 industry could embrace?
23 **A. No, I was not.**
24 Q. Do you recall any discussions about Safeway
25 supporting an industry approach to animal welfare and to

---

HIGHLY CONFIDENTIAL

Lawrence, David                                                    July 11, 2014

27 (Pages 102 to 105)

---

102

1    egg production?
2        A. No, I don't recall that.
3        Q. And do you recall any discussions about the
4    efficiency of participating in or adopting an
5    industry-wide approach to egg production?
6        A. No.
7        Q. Well, were you aware that in 2000 FMI formed a
8    member-company advisory committee involving Safeway, to
9    study the potential use of the UEP guidelines?
10       A. Not that I recall, no.
11       Q. Do you recall ever facing pressure from
12   consumers of Safeway's eggs and egg products to use a
13   more humane animal welfare program with its egg
14   suppliers?
15       A. Do I recall?  No.
16       Q. Going back to your testimony earlier, when
17   Safeway first started evaluating potential animal
18   welfare programs for its egg suppliers, do you recall
19   whether you or anyone at the QA group talked to animal
20   welfare experts?
21       A. I don't know if anyone else at Safeway did.  We
22   did not, no, in my -- I did not, no.
23       Q. Did you or anyone else involved in the
24   evaluation of potential programs, including the
25   UEP guidelines, in or before 2002 pay for any research

---

103

1    to be conducted about animal welfare programs?
2        A. No.
3        Q. As part of those evaluation efforts, did you
4    study any reports or white papers from FMI or other
5    trade or industry groups?
6        A. I remember reading some poultry magazines,
7    poultry handbooks on that.  I don't know -- remember
8    anything specific.
9        Q. Do you recall soliciting any information from
10   UEP directly about the UEP guidelines, other than your
11   previous recollection about asking for a copy of the
12   draft of UEP animal husbandry guidelines from
13   Mr. Gregory?
14       A. Nothing specific.  There may have been some,
15   but I don't recall anything.
16       Q. Does reviewing Exhibit 2 and Exhibit 3 refresh
17   your memory about the timing of when you would have
18   asked Mr. Gregory for a copy of the animal husbandry
19   guidelines?
20       A. Yes.  It would have been much earlier.
21       Q. It would be fair to say it would have been as
22   early as 2000 or 1999?
23           MR. MURRAY:  Objection, calls for
24   speculation.
25       A. I'm not sure how much earlier.  It would have

---

104

1    been earlier than my 2003, 2004 guesses before.
2        Q. (BY MR. FONTECILLA)  Okay.  Would it be so
3    early that you were still a QA auditor?
4        A. I really don't know.
5        Q. Who else was involved in the efforts to
6    evaluate other animal husbandry programs for egg
7    production?
8        A. The entire QA team would have -- would have
9    been involved at some -- some level.
10       Q. And that would have been the QA team sometime
11   between 2000 and 2002?
12       A. Yes.  I'm assuming that time.
13       Q. And who would have been on that team?
14       A. Mary Camm, Mike Talbott, Mike Ireland, Brian
15   Fournier, Sally Sudiacal, Carla Leigh, Catherine
16   Laarhoven, Naomi Lozano.  I think that's all.  I may...
17       Q. Were you and QA team aware, at the time of that
18   evaluation in the early 2000s, that Burger King was
19   considering or had adopted a varying cage density
20   requirement different from the UEP guidelines or similar
21   to?
22           MR. MURRAY:  Object to the form of the
23   question.
24       A. No.  I -- that -- I don't right now.  I may
25   have known at one time, but right now that doesn't

---

105

1    make -- doesn't ring a bell.
2        Q. (BY MR. FONTECILLA)  Were you aware at the time
3    of that evaluation, when you considering using the
4    UEP guidelines, that there were varying debeaking
5    standards other than the ones in the UEP guidelines?
6        A. Yes.
7        Q. And what was your understanding of those other
8    debeaking standards?
9        A. Most of them debeaked later, but I don't
10   remember specifics on everything.  I just remember there
11   was some single debeaking, some double debeaking.
12       Q. Is debeaking also more probably sometimes
13   referred to as beak trimming?
14       A. I believe so, yes.
15       Q. And are you aware of how the UEP guidelines'
16   beak trimming requirements compared to those of some of
17   the other programs that you considered?
18       A. No, I don't recall.
19       Q. And do you recall considering the other -- beak
20   trimming requirements of other programs in the
21   evaluation?
22       A. I remember discussing them, but not really
23   evaluating, so...
24       Q. Were you aware at the time that there were
25   various forced molting standards available other than

---

HIGHLY CONFIDENTIAL

Lawrence, David                                    July 11, 2014

28 (Pages 106 to 109)

---

106

1    the UEP guidelines?
2        A. Yes.
3        Q. And what was your understanding of what those
4    other forced molting standards were?
5        A. I don't recall specifically. Some -- I
6    remember later molting, earlier molting.
7        Q. Do you --
8        A. But nothing specific.
9        Q. Do you recall whether or how that affected the
10   decision of Safeway to proceed with the UEP guidelines?
11       A. I don't recall any -- any effect that it would
12   have had.
13       Q. Were you aware at the time of any actions taken
14   by the international regulators regarding animal welfare
15   related to egg production?
16       A. I vaguely remember some of the European
17   discussions.
18       Q. And by European discussions, do you mean that
19   during the evaluation of whether to use the
20   UEP guidelines, you and your team collected information
21   about what regulators were doing in Europe?
22       A. Not so much collected it. We were just aware
23   that they had, as I recall, much more stringent
24   regulations than the United States.
25       Q. And how did that affect or influence the

---

107

1    decision by Safeway to proceed with the UEP guidelines?
2        A. It really had no effect whatsoever. We regard
3    it as a European community issue. Did not affect us.
4        Q. Are you aware -- or were you aware at the time
5    of the evaluation on whether to use the UEP guidelines
6    of animal welfare standards that did not require
7    100 percent compliance across all egg suppliers'
8    facilities?
9        A. I'm -- I'm not aware of that, no.
10       Q. Do you recall you or the QA team considering or
11   otherwise taking into consideration the UEP guidelines'
12   requirement that all of an egg supplier's facilities be
13   complying with the guidelines in order to be UEP
14   certified?
15           MR. MURRAY: Object to the form of the
16   question.
17       A. That was discussed, and we felt it would be
18   beneficial, simply from a regulatory -- from us
19   regulating it, that it would make it easier for any
20   vendor to have all their facilities. That way, we
21   didn't have to worry about cross-shipping, of
22   intershipping from a plant that's not approved.
23       Q. (BY MR. FONTECILLA) When you said "for any
24   vendor to have all their facilities," did you mean that
25   it would be easier if a vendor had all its facilities

---

108

1    complying with the UEP guidelines rather than just some
2    of them?
3        A. Yes.
4        Q. And how did that affect or influence you or the
5    QA's team decision to proceed with using the -- sorry,
6    the UEP guidelines?
7        A. I don't think it affected us either way. It
8    was simply something we thought would be nice to have.
9        Q. Did you or the QA team ever consider using an
10   animal husbandry program that allowed some flocks to be
11   complying with animal welfare standards and other flocks
12   to not be complying with it?
13           MR. MURRAY: Objection, asked and answered.
14       A. Not that I recall.
15       Q. (BY MR. FONTECILLA) Are you familiar with the
16   term "backfilling"?
17       A. Yes.
18       Q. What do you understand that term to mean?
19       A. Simply as, if chickens died, then -- in a
20   cage -- if two chickens died in a cage, and you were in
21   compliance with space before, that you could put
22   chickens back into those cages to replace those two and
23   still maintain the space requirements.
24       Q. And how do you -- do you recall backfilling
25   being discussed as part of the evaluation or

---

109

1    consideration of the UEP guidelines?
2        A. I just remember the term. I don't think we
3    ever discussed backfilling.
4        Q. What would you say was the most important
5    factor in the QA team's evaluation and ultimate decision
6    to use the UEP guidelines?
7        A. The balance of having some effective changes
8    and industry acceptance of it.
9        Q. Did the QA team see it as a benefit of the
10   UEP guidelines that it promoted a uniform level of
11   treatment of egg laying hens?
12           MR. MURRAY: Object to the form of the
13   question.
14       A. Could you repeat that? I'm sorry, I missed --
15       Q. (BY MR. FONTECILLA) Sure.
16       A. -- the early part.
17       Q. Was one of the benefits that the QA team saw in
18   the UEP guidelines that it promoted a uniform level of
19   treatment of egg laying hens?
20           MR. MURRAY: Object to the form of the
21   question.
22       A. Not so much uniform, as some improvements and
23   establish guidelines -- minimum guidelines for
24   improvements.
25       Q. (BY MR. FONTECILLA) But by uniform I mean the

---

HIGHLY CONFIDENTIAL

Lawrence, David                                July 11, 2014

29 (Pages 110 to 113)

---

110

1 same, so it has -- you know, the guidelines apply the
2 same to different suppliers.  It wouldn't apply
3 differently to one supplier or other --
4     A.  Well, it --
5         MR. MURRAY:  Objection to the form of the
6 question, asked and answered, and argumentative.
7     A.  It -- it established a minimum guideline --
8     Q.  (BY MR. FONTECILLA)  And --
9     A.  -- which was acceptable, and that -- that was
10 what we were looking for.  I mean, vendors could --
11 could provide more space than required, so the minimum
12 guideline.
13     Q.  Did your QA team also see it as a benefit of
14 the UEP guidelines that they had proven effective to
15 that date?
16         MR. MURRAY:  Object to the form of the
17 question, lack of foundation.
18     A.  I'm not sure if they had actually proven
19 effective, but they had gotten industry and, to a
20 certain extent, the animal rights groups' acceptance,
21 so...
22     Q.  (BY MR. FONTECILLA)  And what was your
23 understanding from that acceptance about -- at the time
24 about how effective or not the UEP guidelines were?
25     A.  I'm not sure what the definition of effective

---

111

1 is.
2     Q.  However you would use it.
3         MR. MURRAY:  Objection, vague.
4     A.  Well, I guess if you're really concerned about
5 animal rights, then the chickens would have plenty of
6 room to -- you know, you're gearing more towards free
7 range and everything.  What -- what the UEP guidelines
8 did was propose conditions that were minimally
9 acceptable to, you know, the animal rights groups.  It
10 was a step up.  You know, the animal rights group
11 want -- would want total free range for everything, but
12 it was kind of a compromise, and a quality compromise
13 along the line.
14     Q.  (BY MR. FONTECILLA)  And when you say "step
15 up," you mean a step up from no minimum cage space
16 requirements?
17     A.  Well -- yeah, going from battery cage to free
18 range would -- would have been, I guess, the ultimate
19 step.  But -- but what we were looking for was
20 incremental improvement, and I think that's what PETA
21 was looking for and perhaps, hopefully, the industry
22 looking for.
23     Q.  And the UEP guidelines provided that
24 incremental step?
25     A.  The minimum acceptable incremental, is what we

---

112

1 saw it as.
2     Q.  Did you see it as a benefit of the
3 UEP guidelines that it -- that there was confidence in
4 the scientific underpinning of the technical aspects of
5 the UEP guidelines?
6         MR. MURRAY:  Objection, lack of foundation.
7     A.  As we reviewed it, and with our limited
8 technical expertise as compared to the land grant
9 colleges, we felt that there was good scientific
10 evidence given for the reward on the -- you know, the
11 improvement that was seen.
12     Q.  (BY MR. FONTECILLA)  Did you have an
13 understanding of how -- how Safeway's scientific
14 research compared to the scientific research underlying
15 the UEP guidelines?
16     A.  Well, Safeway, our scientific -- we -- we did
17 not really have scientific research.  We were looking at
18 it from a logic, and looking at what the -- the science
19 provided by the groups evaluating it was putting out.
20 So it was a minimal evaluation from a scientific
21 standpoint.
22     Q.  So you were relying on the scientific research
23 of UEP?
24     A.  UEP --
25         MR. MURRAY:  Object to the form of the

---

113

1 question, misstates his testimony.
2     A.  We would have reviewed UEP's, but we were also
3 looking at articles from -- you know, the pros and cons.
4 I'm sure there were some PETA articles that came out,
5 some people from PETA.  And we looked at all of those
6 and thought what we wound up with is a good compromise
7 for where we want to be right now.  We made an
8 improvement from here to here.
9     Q.  (BY MR. FONTECILLA)  UEP didn't come to Safeway
10 or to you -- well, let me rephrase.
11         UEP didn't come to you and ask you to
12 require all your suppliers to comply with the
13 UEP guidelines, right?
14     A.  Correct.
15     Q.  It was Safeway -- Safeway's initiative to come
16 up with some kind of minimum standard to appease the
17 PETA group?
18         MR. MURRAY:  Object to the form of the
19 question.
20     A.  I think it was a minimum standard, but I'm not
21 sure that, you know, appeasing the PETA group is
22 100 percent of the reason for doing it, but -- I want to
23 give us some altruism, but basically, we were looking
24 for an acceptable program.
25     Q.  (BY MR. FONTECILLA)  And you said that the QA

---

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

30 (Pages 114 to 117)

---

**114**

1 team also considered that other people in the purchasing
2 industry like McDonald's were using or increasing their
3 animal welfare standard for egg producers?
4 **A. Correct.**
5 Q. Did you also consider what other grocery retail
6 store chains were doing?
7 **A. I'm not sure we were aware or could find out**
8 **what they were doing.**
9 Q. And did your group also consider that wide
10 acceptance in the industry of the UEP guidelines meant
11 that more people in this industry would have the same
12 cost structure for egg production?
13 MR. MURRAY: Object to the form of the
14 question.
15 **A. We, again, weren't concerned with cost**
16 **structure. We were looking at safety, quality, and, you**
17 **know, trying to implement a basic animal rights program.**
18 MR. FONTECILLA: Okay. I think we're going
19 to have to go off the record.
20 MR. MURRAY: Take a break.
21 (Recess 12:49 p.m. to 1:45 p.m.)
22 MR. MURRAY: You going to do anything about
23 the phone?
24 MR. FONTECILLA: Does anyone on the phone
25 want to make an appearance?

---

**115**

1 MS. SANDIN: Sure, I can do that. It's
2 Jetta Sandin on behalf of Rose Acre Farms.
3 (Discussion off the record.)
4 Q. (BY MR. FONTECILLA) Mr. Lawrence, at any time
5 before deciding to use the UEP guidelines on or before
6 2002, as we saw in the previous exhibits this morning,
7 did you or your team receive or consider any information
8 about the potential economic effects to Safeway or to
9 suppliers of using the UEP guidelines?
10 **A. No.**
11 Q. Safeway knew, though, that implementing the
12 UEP guidelines would result in less hens per cage,
13 right?
14 MR. MURRAY: Objection to the form of the
15 question.
16 He can answer about himself not company.
17 Q. (BY MR. FONTECILLA) You --
18 **A. Yeah.**
19 Q. You knew that implementing the UEP guidelines
20 for a particular supplier or a particular facility would
21 mean at that facility or for that supplier that there
22 would be less hens in the cage, right?
23 **A. Yes.**
24 Q. And you would agree that -- strike that.
25 And did you have any expectations as to

---

**116**

1 what would happen to the amount of eggs being supplied
2 by a particular facility or a particular vendor as a
3 result of adopting the UEP guidelines?
4 **A. Not really. We thought they might build more**
5 **houses or -- you know, if there was a shortage, but it**
6 **would be simply supply and demand.**
7 Q. And what do you mean by supply and demand?
8 **A. That as demand went up, they would build more**
9 **houses, there would be more chickens put online, so...**
10 Q. And were you ever made aware that a facility or
11 a particular vendor of Safeway has expanded its -- built
12 more houses, as you say?
13 **A. No, I'm not aware of any.**
14 Q. Did you ever ask?
15 **A. There -- there would have been some that were**
16 **built for the free range, the brown eggs that we were**
17 **bringing on, organic eggs, because it was -- it was**
18 **expanding. So it was just as -- anything that would**
19 **be -- that would have been built, we would have had to**
20 **audit that facility before it came on.**
21 Q. Are you saying that anytime any additional
22 houses of caged layers would have been built, you --
23 Safeway would have some involvement in auditing that
24 before they were built?
25 **A. No. No. Before they -- before they started**

---

**117**

1 **supplying from any facility, we would have inspected**
2 **that facility, or at least an egg operation.**
3 Q. And did you or your QA team at any time inspect
4 a new facility that was built as part of some kind of
5 expansion or addition by a particular vendor?
6 MR. MURRAY: Objection. It's compound.
7 **A. I -- I wouldn't have known the reason they**
8 **built it. We -- we inspected a number of new**
9 **facilities. I -- I really never knew why they were**
10 **built. They may have been some we didn't know about, or**
11 **some they wanted to start using.**
12 Q. (BY MR. FONTECILLA) But you -- I guess my
13 question is more simple. But you are aware that there
14 were new facilities built by certain existing suppliers
15 of Safeway?
16 **A. Yes, with -- with the cage free birds that**
17 **were -- the facilities like that, and organic**
18 **operations.**
19 Q. What about as to caged egg laying hens, do you
20 recall any new facilities ever being inspected by you or
21 your team?
22 **A. I'm sure we would have known they were**
23 **specifically new. We would have known they were -- were**
24 **some facilities they wanted to use that they hadn't**
25 **previously used.**

---

HIGHLY CONFIDENTIAL

Lawrence, David                                         July 11, 2014

31 (Pages 118 to 121)

---

**118**

1  Q.  So you don't recall any facilities that you or
2  your team inspected being new or additions, as you
3  described they would have done if demand went up?
4  **A.  Correct.  I wouldn't have known that.**
5  Q.  After the Safeway QA team decided to start
6  using the UEP guidelines, did it become aware at any
7  time that the UEP guidelines might be causing increased
8  production costs or lower supply by the egg suppliers?
9  **A.  We wouldn't have known that.  And we didn't**
10 **know what the cost were, so...**
11 Q.  No one ever informed you or your team of that?
12 **A.  No.  No.**
13 Q.  Your team was aware, at the time that it
14 decided to start using the UEP guidelines on or before
15 2002, that other animal welfare programs provided for
16 larger cage space allowances than the UEP guidelines,
17 right?
18 **A.  I don't recall that.  We -- there would have**
19 **been a review, and somebody would have said, This is X**
20 **per inches.  But I don't recall anything about that**
21 **right now, specifics.**
22 Q.  And just to be clear, you don't recall there
23 being any animal welfare programs at that time that had
24 a larger cage space requirement than UEP's?
25 **A.  No.  Not specific ones, no.**

---

**119**

1  Q.  What about generally that there existed other
2  animal welfare cage space requirements that were larger
3  than UEP's, do you recall that?
4  **A.  I -- no, I honestly don't remember the**
5  **specifics of any of them.**
6  Q.  Were you aware of any communications from
7  Safeway's egg vendors, or potential egg vendors,
8  regarding any plans that one of those vendors might have
9  had to install a new house or build an additional house?
10 **A.  Not that I'm aware of, no.**
11       **(Exhibit No. 4 marked.)**
12 Q.  (BY MR. FONTECILLA)  You've been handed what's
13 been marked as Exhibit 4, Mr. Lawrence.  Do you
14 recognize this document?
15 **A.  I -- I don't remember specifics, but it does**
16 **appear to be an e-mail from Mary to Virginia.**
17 Q.  And if we start on the second page of the -- of
18 the e-mail, do you see that the initial e-mail is from
19 Mary Camm on January 13th, 2006?
20 **A.  Yes.**
21 Q.  And you see it's titled Animal Welfare Audits?
22 **A.  Uh-huh.**
23 Q.  And she sends that to Virginia Littlefield,
24 right?
25 **A.  Yes.**

---

**120**

1  Q.  And she says, "Just wanted to let you know that
2  the QA group agreed with our recommendation to require
3  all our shell egg producers to have an annual animal
4  welfare audit audited to see that they meet the United
5  Egg Producers animal husbandry guidelines."
6       Do you see that?
7  **A.  Yes.**
8  Q.  What do you understand Ms. Camm to be referring
9  to by the recommendations she's referring to?
10 **A.  Just basically, that we had the program in**
11 **place that they had to comply to the -- the UEP.**
12 Q.  This is the program that was in place in the
13 earlier e-mails in 2002 that we saw?
14 **A.  The program that we're talking about, yes.**
15 Q.  And it says, "At this point we are only
16 accepting audits from Validus and the USDA or who
17 conduct the same audit for the UEP certification
18 program."
19       Do you see that?
20 **A.  Uh-huh.  Yes.**
21 Q.  What do you understand the audits to be
22 referring to?
23 **A.  To the UEP.  It was simply the UEP program.**
24 Q.  And do you understand this to mean that the QA
25 group had a program in place where it accepted audits

---

**121**

1  from third parties that an egg supplier was complying
2  with the UEP certification program?
3  **A.  Yes.  It would have been the UEP audit.  Or, as**
4  **I said, if a non-UEP member had chosen, they would have**
5  **been using the -- Validus or USDA to conduct the audit.**
6  Q.  And then in the last sentence it says -- of
7  that paragraph it says, "We have to investigate how we
8  will deal with it in Canada because UEP only covers the
9  U.S."
10      Do you see that?
11 **A.  Yes.**
12 Q.  All right.  Do you understand -- do you know
13 whether some of Safeway's egg suppliers at this time, or
14 prior to the time of this e-mail, were supplying Safeway
15 with eggs from Canada?
16      MR. MURRAY:  Objection to the form of the
17 question.  It's misleading.  Do you mean to...
18 Q.  (BY MR. FONTECILLA)  Do you understand my
19 question, Mr. Lawrence?
20 **A.  I'm -- I'm not 100 percent sure.  There was no**
21 **cross-border supply.  We've ever -- we have stores in**
22 **Canada, and we have an auditor in Canada.  What we were**
23 **looking at here is kind of preemptively thinking that,**
24 **if we have a program in the United States for animal**
25 **rights for poultry, that we would probably encounter the**

---

HIGHLY CONFIDENTIAL

Lawrence, David                                                    July 11, 2014

32 (Pages 122 to 125)

---

122

1  same problems in Canada and should be prepared for that.
2      Q.  Do you see in the next paragraph it says, "The
3  other issue that our manager wanted to explore was
4  coming up with a uniform policy for all Safeway
5  suppliers' animal based products on animal welfare and
6  treatment"?
7      A.  Uh-huh.
8      Q.  Do you see that?
9      A.  Yes.
10     Q.  She's referring to you in that sentence, right?
11     A.  Yes.
12     Q.  And she's referring to an effort that you were
13  trying to put in place to have other products have a
14  similar uniform policy for Safeway suppliers as you had
15  in place for your egg suppliers, right?
16     A.  Yes.  We -- we were exploring the possibilities
17  and what would be required in that, yes.
18     Q.  And so you were using the UEP compliance
19  requirement that you had in place as a model for other
20  egg -- or animal products, excuse me?
21         MR. MURRAY:  Objection to the form of the
22  question.  It assumes facts that haven't been
23  established.
24     A.  We -- we weren't really using it as a model.
25  We realized that there was going to be a need, and --

---

123

1  you know, I think our meat operations were looking at
2  it.  Specifically, we had responsibilities for dairy
3  products, and the one thing that had come to mind were
4  dairy operations and what type of animal right issues
5  might arise with dairy operations.
6      Q.  (BY MR. FONTECILLA)  And you were trying to
7  implement a uniform policy in dairy and other areas, in
8  the same way that you had a uniform policy in place by
9  requiring egg suppliers to comply with the
10  UEP guidelines, right?
11     A.  Well --
12         MR. MURRAY:  Objection to the form of the
13  question.  It assumes matters that haven't been
14  established.
15     A.  Yeah.  We were trying to determine if there was
16  a need for a policy, is actually what was going on.
17     Q.  (BY MR. FONTECILLA)  And if you look at the
18  first page of the e-mail, you are copied on this e-mail
19  from Ms. Mary Camm, right?
20     A.  Yes.
21     Q.  You testified earlier that Ms. Camm worked in
22  your QA group?
23     A.  Yes.
24     Q.  And she worked in your QA group at this time?
25     A.  Yes.

---

124

1      Q.  What were her roles and responsibilities at
2  this time of this e-mail?
3      A.  She was a quality assurance auditor for the
4  Northeast United States and parts of Quebec and
5  Montreal.
6      Q.  And in the first sentence of her e-mail she
7  says, "I attached a draft of a policy that David
8  Lawrence, our manager, would like to propose as the
9  company policy on assuring animal welfare."
10         Is that a fair characterization of what
11  she's saying?
12     A.  Yes.
13     Q.  And she attaches the policy.  Do you see the
14  policy, the attachment behind the blue sheet?
15     A.  Uh-huh.  Yes.
16     Q.  And do you recognize that attachment as being
17  the animal welfare policy that you drafted in or about
18  January 2006?
19     A.  Now, it would have been a proposal.
20     Q.  A proposed --
21     A.  A proposed animal welfare policy.
22     Q.  -- proposed policy that you drafted --
23     A.  Yes.
24     Q.  -- in 2006, right?
25     A.  Yes.

---

125

1      Q.  And in the second paragraph of the e-mail, it
2  says, "The charge that our group is working under now is
3  to find acceptable national/industry standards already
4  in existence and adopt those as Safeway standards."
5         Did I read that correctly?
6      A.  Yes.
7      Q.  And, in fact, Safeway had already found and
8  adopted an acceptable national/industry standard in
9  existence for its egg suppliers, right?
10     A.  Yes.
11     Q.  And you'd done that back at some time before
12  2002, right?
13         MR. MURRAY:  Objection, mischaracterizes
14  his testimony.
15     A.  The first I remember of having that in writing
16  in a spec was 2005, but we did point to it in earlier
17  2002, so...
18     Q.  (BY MR. FONTECILLA)  And now --
19     A.  Yeah.
20     Q.  -- that you've reviewed these documents, when
21  would you say --
22     A.  Yeah.  That it -- that it was some -- somewhere
23  prior to December 2002, so...
24     Q.  And that national industry standard, just so
25  we're clear, was the UEP guidelines, correct?

---

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

33 (Pages 126 to 129)

126

1  A. Yes.
2  Q. And you required it of all your suppliers,
3  right?
4  A. Yes.
5  Q. And that's what you refer to in the next
6  sentence when you say, "For example, using
7  UEP's guidelines for animal welfare in the shell egg
8  industry."
9        MR. MURRAY: Object to the form of the
10  question. This was written by somebody else.
11  Q. (BY MR. FONTECILLA) Excuse me. That's what
12  Ms. Camm is referring to in that next sentence; is that
13  correct?
14  A. Yes, she is.
15  Q. And then in the third paragraph she writes,
16  "Down the road we may want to set our standards higher
17  than the industry."
18        Do you see that?
19  A. Yes.
20  Q. Do you have an understanding of whether she was
21  referring to -- in whole or in part, to increasing the
22  standards that Safeway required of its egg vendors?
23        MR. MURRAY: Objection, calls for
24  speculation.
25  A. And again, I -- I'm not sure what she was

127

1  talking about when she wrote that.
2  Q. (BY MR. FONTECILLA) Do you recall at any time
3  you or Ms. Camm discussing moving from the
4  UEP guidelines to some higher standard?
5  A. No.
6  Q. In the attachment, which is the proposed policy
7  that you drafted, it says under Roman numeral IV,
8  Policy --
9        Do you see that section?
10  A. Yes.
11  Q. It says, "Shell egg producers will be
12  responsible for meeting the animal care and husbandry
13  guidelines set forth by the UEP."
14        Do you see that?
15  A. Yes.
16  Q. It also says, "They will be responsible for
17  supplying Safeway quality assurance with an annual audit
18  that verifies their compliance. The accepted
19  third-party suppliers for this audit are," and then it
20  lists Validus and the USDA.
21        Do you see that?
22  A. Yes.
23  Q. And does this policy accurately capture what
24  the Safeway QA group's policy was as to egg vendors
25  going back to 2002?

128

1  A. I'm not sure who was doing the auditing. I
2  know in 2005 that these were the groups, but I would
3  assume that this captures the policy back in 2002.
4  Q. Did anyone direct you to draft this policy?
5  A. No.
6  Q. Well, why did you take it upon yourself to
7  draft the policy?
8  A. At this time we were being joined together as
9  QA groups. We had a group vice president who would come
10  in place. And as I stated before, previously we were
11  kind of in our own silo, the produce group, the seafood
12  and meat group, the quality assurance corporate brands
13  group. We were all being brought together and were
14  beginning to share communications.
15        And because of the egg, and we knew that
16  Virginia -- the meat group had done some work with the
17  humane treatment of animals. And we were trying -- or I
18  had taken it on ourselves to try and put this together
19  and say, These are issues that may come up, we need to
20  go forward. And sending it to Virginia is kind of
21  trying to find out far they had gone with their
22  different issues. So it was not meant as a policy to go
23  into effect, but something we needed to work at and kind
24  of share our ideas on it.
25        (Exhibit No. 5 marked.)

129

1  Q. (BY MR. FONTECILLA) You have been handed
2  what's been marked as Exhibit 5. Do you recognize this
3  document, Mr. Lawrence?
4  A. No.
5  Q. Have you ever seen a document in that form?
6  A. Just a straight memorandum? I've seen
7  memorandums, but not to have to do with price and so
8  forth.
9  Q. Do you see that this is a -- do you know who
10  Mario Jedwabnik is?
11  A. No.
12  Q. Do you see the Safeway logo at the top left?
13  A. Yes.
14  Q. Is this a type of format that's used for a
15  Safeway memorandum?
16  A. Yes.
17  Q. Okay. Do you see in the memorandum it says,
18  "Please be informed that starting Sunday, January 4th,
19  2004, you may change your formula price to include a
20  $0.005 increase per dozen in order to help cover costs
21  due to the animal welfare program."
22        Do you see that?
23  A. Yes.
24  Q. And the memorandum is dated December 8, 2003.
25  A. Uh-huh.

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

34 (Pages 130 to 133)

---

**130**

1  Q. What animal welfare program could this be
2  referring to?
3      MR. MURRAY: Objection, calls for
4  speculation, lack of foundation.
5      **A. I really don't know. I would assume UEP, but**
6  **I'm not sure if this is a...**
7      Q. (BY MR. FONTECILLA) You were part of the QA
8  group for -- how did you term it, Consumer Safeway
9  brand --
10      **A. Consumer brands, Safeway branded items.**
11      Q. Were there any other animal welfare programs
12  that your group had in place in 2003 that relate to
13  products that were sold per dozen?
14      MR. MURRAY: Object to the form of the
15  question, lack of foundation.
16      Q. (BY MR. FONTECILLA) And I'm not talking about
17  the document. I'm just asking if there was --
18      **A. Yeah.**
19      Q. -- another animal welfare program around --
20      **A. No.**
21      Q. -- 2003 that you had in place for products that
22  were sold per dozen?
23      **A. Only for eggs, I would think.**
24      Q. And so with that understanding, looking at this
25  document, reading it today, understanding that you

---

**131**

1  haven't seen it before, what would be your understanding
2  of what it refers to when it says "animal welfare
3  program"?
4      MR. MURRAY: Objection, lack of foundation,
5  calls for speculation.
6      **A. The speculation would be that it would be eggs.**
7      Q. (BY MR. FONTECILLA) Could it mean anything
8  else?
9      **A. Certainly. It could be a dozen oranges --**
10  **branded items such as oranges, ears of corn that were**
11  **under the Safeway label. I mean...**
12      Q. It says animal welfare program though, and
13  oranges aren't --
14      **A. Oh, yeah.**
15      Q. -- produced by animals, right?
16      **A. Okay. So --**
17      Q. So what else could it refer to?
18      **A. So hot dogs -- branded hot dogs, sausages -- I**
19  **mean, just arbitrarily.**
20      Q. And you had animal welfare programs in place in
21  2003 that would cover those animals?
22      **A. I believe they did. That would have been the**
23  **meat operations that had the slaughter -- humane**
24  **slaughter and so forth in place, but I'm not -- I'm not**
25  **even sure of their time frame, but...**

---

**132**

1  Q. But your best guess would be that this refers
2  to eggs?
3      MR. MURRAY: Objection, calls for
4  speculation, lack of foundation.
5      Q. (BY MR. FONTECILLA) And speaking just as the
6  QA manager at the time that this memo appears to have
7  been written?
8      MR. MURRAY: Same objection, calls for
9  speculation, lack of foundation.
10      **A. Yeah. It -- it would be a guess, so --**
11      Q. (BY MR. FONTECILLA) And your best guess would
12  be?
13      MR. MURRAY: Objection --
14      Q. (BY MR. FONTECILLA) I'm asking for you just --
15      MR. MURRAY: -- to asking for a guess.
16      MR. FONTECILLA: I'm asking him to
17  speculate on this one.
18      MR. MURRAY: I'm objecting for speculation
19  and foundation.
20      **A. As for pure speculation, I don't know. It**
21  **would be speculation.**
22      Q. (BY MR. FONTECILLA) Okay.
23      (Exhibit No. 6 marked.)
24      Q. (BY MR. FONTECILLA) You've been handed what's
25  been marked as Exhibit 6. Do you recognize this

---

**133**

1  document?
2      **A. I don't recognize it, but it appears to be a**
3  **request for proposal from one of the purchasing**
4  **managers.**
5      Q. Okay. Do you know who the purchasing manager
6  is?
7      **A. I knew Melissa.**
8      Q. And Melissa LaMaster --
9      **A. LaMaster.**
10      Q. -- is the author of this e-mail?
11      **A. Yes.**
12      Q. And she's the purchasing manager referred to?
13      **A. I believe that was her title.**
14      Q. And did she -- do you know whether she had
15  responsibilities or functions related to purchasing eggs
16  or egg products for Safeway?
17      **A. I believe she did, yes.**
18      Q. And how are you able to identify this in the
19  request for proposal?
20      **A. It said they're in the process of reviewing**
21  **bids received via the electronic RFP, request for**
22  **proposal.**
23      Q. And do you see in the tentative timeline of the
24  RFP it says, "November 18th, USDA and UEP audits due"?
25      **A. Yes.**

---

HIGHLY CONFIDENTIAL

Lawrence, David                                           July 11, 2014

35 (Pages 134 to 137)

134

1    Q. Was it -- in 2004 were egg suppliers required
2  to provide their UEP audits as part of their submission
3  of proposals to supply Safeway with eggs?
4    A. I don't know. We didn't establish -- that was
5  a marketing standpoint, but, you know, they -- they knew
6  they were required to be certified, so...
7    Q. When an RFP would be issued, to whom at Safeway
8  or what group at Safeway would the egg suppliers submit
9  UEP audits or certificates of verification to?
10   A. All of this information would have gone to
11 the -- to Melissa or to the manager requesting all of
12 that.
13   Q. Would the QA group also receive a copy or some
14 record of whether the supplier was complying with the
15 UEP guidelines?
16   A. Not at that point.
17   Q. What do you mean, not at that point?
18   A. My --
19   Q. You mean not at that point in the process?
20   A. Not -- not at that point in the process. My --
21   Q. Of the request for proposal?
22   A. Right. The request for proposals would be
23 reviewed by the manager, who would then determine who
24 meets the requirements and so forth.
25   Q. When would the QA group receive information

135

1  that the marketing or business groups would receive
2  related to UEP audits of bidders for egg production?
3    A. One -- once -- and as I understand -- this may
4  be a little different. As I remember, the managers
5  would receive all of this information including, I
6  guess, the pricing. And once they had done pricing,
7  supply, and so forth, and had said, you know, These
8  people are approved for QA, you know, because they meet
9  the USDA and that, then they would decide who they
10 wanted to use.
11           Then they would contact us and say, These
12 are the people we want to use. Who has been audited,
13 who has successful -- who's currently an approved
14 vendor? And after they've done all the costing and the
15 economics the end of it -- that's the kind of Chinese
16 wall that kept us from being involved in cost -- then
17 she would say -- she would send us an actual form that
18 said, Audit Request, and would list the vendors that
19 wanted to be audited.
20   Q. And when you would receive that from the
21 purchasing person, what would you or your group do?
22   A. The auditors would contact the vendors and
23 arrange an audit day to go inspect the facility.
24   Q. And the Safeway QA auditors, one of the 12
25 would go out to the facility and audit the facility. Is

136

1  that what --
2    A. Correct.
3    Q. And would they fill out like an audit report?
4    A. Yes. There was a standard audit form they
5  would complete.
6    Q. And did that audit form include some kind of
7  reference to whether the cage space requirements were
8  compliant with the UEP guidelines?
9    A. It wouldn't have that specifically on there. I
10 can't even remember if we had UEP approved or not. That
11 was one of the things they would check, to make sure
12 they were UEP certified before they did it.
13        (Exhibit No. 7 marked.)
14   Q. (BY MR. FONTECILLA) You've been handed what's
15 been marked as Exhibit 7, Mr. Lawrence. Do you
16 recognize this document?
17   A. Yes, I do.
18   Q. How do you recognize this document?
19   A. This was a form that was sent to all vendors
20 that, as part of being a supplier, they received our
21 general food safety and quality specification, and this
22 was simply to acknowledge that they had received and
23 read it and would comply.
24   Q. Did the specifications that are being referred
25 to in this form that was sent out to all your egg

137

1  vendors, in any way relate to their compliance with the
2  UEP guidelines?
3    A. I don't believe so, no.
4    Q. So the specifications here are for
5  specifications other than animal welfare?
6    A. Correct.
7    Q. Okay. Were any such forms or acknowledgement
8  documents sent to egg vendors to -- for them to certify
9  that they were complying with the UEP guidelines?
10   A. No. That was in the product specification
11 requirement.
12        (Exhibit No. 8 marked.)
13   Q. (BY MR. FONTECILLA) You've been handed what's
14 been marked as Exhibit 8. Do you see that halfway down
15 in this document there's an e-mail from you to Celeste
16 Smith and Jim Gregory on October 31st, 2005?
17   A. Yes.
18   Q. Do you recall the context surrounding this
19 e-mail discussion in or about 2005?
20   A. Not really.
21   Q. And in the first page of this e-mail there's an
22 e-mail from Celeste Smith, and she has a Safeway e-mail
23 address. Do you see that?
24   A. Yes.
25   Q. Do you know who Celeste Smith is?

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

36 (Pages 138 to 141)

---

138

1  A. Yes.
2  Q. What was her role at this time of this e-mail?
3  A. At this time I think she was manager -- either
4  manager or director of purchasing for -- eggs would have
5  been one of her responsibilities.
6  Q. Would her roles have been similar to Melissa
7  LaMaster's?
8  A. Yes.
9  Q. And do you have an understanding, from
10 reviewing her e-mail to you, why the -- this purchasing
11 manager or director would be e-mailing you about animal
12 care certified eggs?
13      MR. MURRAY: Objection, calls for
14 speculation.
15 A. No. I...
16 Q. (BY MR. FONTECILLA) And there's an e-mail on
17 the --
18 A. Animal Care --
19 Q. -- back page, too.
20 A. Oh, okay. That's the Animal Care. That had
21 been -- Animal Care had changed to UEP. That threw me
22 for a minute, I'm sorry. I'm not sure who James Minkin
23 is.
24 Q. Well, here, why --
25 A. This --

---

139

1  Q. Why don't we walk through it, starting with
2  the -- but I don't want to interrupt your answer. Go...
3  A. This just appears to be a qualify -- a request
4  from us to qualify whether we were requiring -- they're
5  saying Animal Care certified eggs, but I think that was
6  the name of the program before they changed it.
7  Q. If you take a look to the back of the
8  document --
9  A. Yes.
10 Q. -- this is the initial inquiry sent by Gene
11 Gregory to Safeway that is then forwarded to you by
12 Celeste Smith, right?
13 A. Okay.
14 Q. And at the bottom of the first page -- it
15 actually says at the bottom "Gene Gregory Wrote" -- at
16 the bottom of the first page it says, "Gene Gregory
17 Wrote," and then it has that e-mail on the back page,
18 right?
19      I just -- I need a verbal answer to --
20 A. Yes.
21      MR. MURRAY: Well, he's looking at it.
22      MR. FONTECILLA: No, no, I know.
23 Q. (BY MR. FONTECILLA) And if you look in Gene
24 Gregory's note, about three-quarters of the way down he
25 has a sentence that starts with, "My major reason for

---

140

1  writing." Do you see that?
2  A. Yes.
3  Q. He says, "My major reason for writing is caused
4  by a question posed by an egg supplier. The question
5  was: Does Safeway require all of their eggs to be
6  produced by United Egg Producers certified companies?"
7      Do you see that?
8  A. Yes.
9  Q. And Ms. Celeste Smith forwards you the question
10 and copies Gene Gregory, saying, "David Lawrence and his
11 team work with our marketing group in many areas to
12 establish the expectations and requirements for our
13 suppliers. He is in the best position to answer your
14 question," right?
15 A. Yes.
16 Q. And then your response is that "Our
17 specifications require this," right?
18 A. Yes.
19 Q. You were answering Gene's question, right?
20 A. Yes. And again, that was a quick e-mail
21 response. I was probably not as succinct as I would
22 have been. We didn't require them to be certified by
23 UEP, but we required them to be certified to the
24 requirements of UEP.
25 Q. But if they were UEP certified, that would

---

141

1  satisfy the requirement?
2  A. Yes.
3      (Exhibit No. 9 marked.)
4  Q. (BY MR. FONTECILLA) You've been handed what's
5  been marked as Exhibit 9.
6  A. Uh-huh.
7  Q. Do you recognize this to be an e-mail exchange
8  that you had with Mary Camm and Michael Talbott in
9  November 2005?
10 A. I don't remember it, but it definitely appears
11 to be, yes.
12 Q. The e-mail exchange starts at the bottom of the
13 first page with an e-mail that continues onto the second
14 page, and it's written by Celeste Smith. Do you see
15 that?
16 A. Yes.
17 Q. Do you know who the individuals listed in the
18 To line are?
19 A. I'm sorry, in the --
20 Q. In the To line of Ms. Smith's e-mail.
21 A. No.
22 Q. Do you know who John Larson is?
23 A. I remember John -- I remember the name, but I
24 don't remember what his specific responsibilities were.
25 Q. And do you see in Celeste's e-mail she says,

HIGHLY CONFIDENTIAL

Lawrence, David                                                  July 11, 2014

37 (Pages 142 to 145)

---

142

1  "Safeway requires all of our suppliers to comply with
2  UEP's animal husbandry guidelines. If a supplier is not
3  UEP certified, we require for our records an independent
4  audit firm verifying that the supplier is in compliance
5  with the UEP's guidelines."
6      Do you see that?
7  A. Yes.
8  Q. Is that an accurate characterization of
9  Safeway's policy with regards to its egg suppliers at
10 the time that this e-mail was sent on November 17, 2005?
11 A. Yes.
12 Q. And is it an accurate characterization of the
13 policy that was in place since at least December 2002?
14 A. I believe so, yes.
15 Q. And then you respond to her e-mail, and it says
16 in your e-mail, "Several of the competitors have made
17 comments regarding Kreider's failure to participate in
18 the UEP program."
19     Do you see that?
20 A. Yes.
21 Q. Do you remember what you were referring to?
22 A. I'm not sure what competitors. I know that --
23 I recall that Kreider had their own program that they
24 wanted to use instead of UEP.
25 Q. And this e-mail is around the time that you

---

143

1  were being made aware that Kreider was using a different
2  program, other than the UEP guidelines?
3  A. Yes.
4  Q. And you were made aware of that by some of
5  Kreider's competitors or other egg suppliers?
6  A. Well, and by Kreider themselves.
7  Q. And what was your response to the information
8  you received about Kreider failing to participate in the
9  UEP program?
10 A. We arranged -- as I recall, we arranged a
11 conference call to discuss this with Kreider.
12 Q. And what was discussed on the conference call?
13 A. The need and the reason that we wanted them to
14 use UEP.
15 Q. And was part of the reason that you wanted them
16 to use UEP is you wanted them to comply with the cage
17 space requirements that were in the UEP guidelines?
18 A. We wanted them to comply with the UEP, all --
19 all of the requirements of it, yes.
20 Q. And that's what you say in the third sentence
21 of your paragraph. You say, "We do not mandate that
22 they participate in the UEP program, but we do require
23 that they comply with it and that they have a
24 third-party verification."
25 A. Yes.

---

144

1  Q. In that sentence you seem to draw a distinction
2  between participating in the UEP program and complying
3  with it; is that fair?
4  A. That's correct.
5  Q. How would you describe the difference?
6  A. They did not have to be a member of UEP, but
7  they had to implement all of the requirements of the UEP
8  physical programs for the plants: cage space, beaking,
9  debeaking, ammonia analysis, and so forth.
10 Q. And in the topmost e-mail, you end up
11 circulating a copy of the animal welfare guidelines; is
12 that correct?
13 A. Yes.
14     (Exhibit No. 10 marked.)
15 Q. (BY MR. FONTECILLA) I'm handing you what's
16 been marked as Exhibit 10. This is a letter of
17 agreement between NuCal and Safeway; is that correct?
18 A. Yes.
19 Q. Do you recognize this document?
20 A. No.
21 Q. Do you recognize the format of this document
22 being consistent with letters of agreements entered into
23 by Safeway with its egg suppliers?
24     MR. MURRAY: I'm going to object to the
25 characterization that this is an agreement. It's not

---

145

1  signed by Safeway.
2  A. I was not a part usually of letter agreements
3  like this. So I don't really know whether this or
4  where -- who would have done this, no.
5  Q. (BY MR. FONTECILLA) Sure. And if you -- if
6  you turn to the agreement, it has some specifications
7  attached to it. Specifically, I'll turn your attention
8  to the last page where it says Exhibit B,
9  Specifications, Requirements, and Description. Do you
10 see that?
11 A. Yes.
12 Q. Now, do you recognize this page of the
13 document?
14 A. No.
15 Q. And do you see that there's a section called
16 quality requirements about four sections from the
17 bottom?
18 A. Yes.
19 Q. Do you see it says, "Must comply with UEP's
20 animal husbandry guidelines"?
21 A. Yes.
22 Q. Do you have any understanding of how this
23 requirement came into being as part of the
24 specifications attached to a letter of agreement?
25     MR. MURRAY: Objection, lack of foundation.

---

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

38 (Pages 146 to 149)

---

146

1    A. No. This would have been something prepared by
2 somebody other than the QA group.
3    Q. (BY MR. FONTECILLA) And how would someone
4 outside the QA group have known around 2005 that the
5 quality requirements for Safeway's egg suppliers were
6 that they must comply with UEP's animal husbandry
7 guidelines?
8        MR. MURRAY: Objection, calls for
9 speculation.
10    A. The product specification is the only way I
11 would know, if they had a Safeway product specification.
12    Q. (BY MR. FONTECILLA) And what are you referring
13 to when you say "product specification"?
14    A. The product specification written for eggs.
15    Q. And when was the first product specification
16 written for eggs?
17    A. When was the first one?
18    Q. Yes.
19    A. I would assume there were...
20    Q. So let's look at --
21    A. In the 1950, 1940 -- I mean, there's always
22 been product specifications for products or --
23    Q. Okay. Fair enough. And when you were a QA
24 auditor there were product specifications, right?
25    A. Yes.

---

147

1    Q. When you were a QA manager, there were as well,
2 right?
3    A. When I started for Safeway in '73 -- the -- I
4 can say that in 1973 I knew there were product
5 specifications for eggs. Before that, I don't know,
6 but...
7    Q. And when was the first time that those product
8 specifications included a requirement related to animal
9 welfare?
10    A. To the best of my knowledge, that was 2005, but
11 that's --
12    Q. And who made the -- as QA manager in 2005,
13 would it have been you that made the decision to add
14 that to the specifications?
15    A. I would have had ultimate responsibility for
16 that, yes.
17    Q. Do you recall making that decision to change
18 the specifications to include the animal welfare
19 requirement?
20    A. I don't specifically recall that. It was, at
21 the time, a minor issue. We had so many other things
22 going, that was really a minor change to us, so...
23    Q. But just so we're clear, at some point in or
24 about 2005, to the best of your recollection, the
25 specifications were changed to include an animal welfare

---

148

1 requirement at your direction?
2    A. Yes.
3    Q. And the animal welfare specifications that was
4 added or included was that suppliers must comply with
5 the UEP guidelines; is that fair?
6    A. Yes.
7    Q. And those are the specifications that someone
8 in marketing or purchasing would have relied on in
9 drafting contracts or bids or RFPs related to egg
10 suppliers, right?
11    A. Yes. They should have relied on them.
12    Q. Do you recall Ms. Camm -- you or anyone on your
13 team speaking with UEP in or about 2005?
14    A. Not specifically, no.
15    Q. What about generally, do you recall whether
16 anyone on your team talked to UEP about the guidelines
17 or the audits?
18    A. Again, not specifically anything.
19    Q. And do you know who Flora Youssefifar or George
20 Baranowski are?
21    A. Yes.
22    Q. And who are those individuals?
23    A. They were quality assurance auditors working
24 for me.
25    Q. And do you recall whether the quality -- there

---

149

1 was a subgroup of quality assurance officers looking
2 into animal welfare audits for shell egg and poultry
3 facilities in or around 2006?
4    A. I know that they were looking into dairy. I'm
5 not sure that they were involved with poultry or not.
6        (Exhibit No. 11 marked.)
7    Q. (BY MR. FONTECILLA) I'm handing you what's
8 been marked as Exhibit 11. Can you turn to the last
9 page? You'll see an e-mail from Mary Camm to Virginia
10 Littlefield, Ms. Youssefifar, and Mr. Baranowski. Do
11 you see that e-mail?
12    A. Yes.
13    Q. And in about the third sentence she says,
14 "George, Flora, and me are on a subgroup that it looking
15 into animal welfare audits for shell egg and poultry
16 facilities."
17    A. Okay. Yes.
18    Q. "We have spoken to UEP regarding their
19 certification program, and they told us that the USDA
20 and a private group, Validus, conduct their animal
21 welfare audits that are part of the UEP certification
22 process."
23        Did I read that correctly?
24    A. Yes.
25    Q. And it says, "I was also told by David

---

HIGHLY CONFIDENTIAL

Lawrence, David                                                July 11, 2014

39 (Pages 150 to 153)

---

150

1  Lawrence, our QA manager, that Silliker conducts animal
2  welfare audits."
3      Do you see that?
4      **A. Yes.**
5      Q. Does reading this e-mail refresh your
6  recollection about whether there was a subgroup in the
7  QA team looking into the UEP audits and certification
8  program in about 2005?
9      **A. It -- it makes me believe that there was. I**
10 **don't remember much about that. It was -- there were a**
11 **lot going on, so...**
12     Q. And does this refresh your recollection about
13 whether you or folks on your team at the time in 2005
14 spoke with UEP about their certification program?
15     **A. And Mary states she did, so she must -- she or**
16 **somebody in the group must have.**
17     Q. And do you know -- does this refresh your
18 recollection about what was discussed or what
19 information she or others on your team received from UEP
20 about the certification program?
21     **A. I don't remember anything in specific.**
22         **(Exhibit No. 12 marked.)**
23     Q. (BY MR. FONTECILLA) I'm handing you what's
24 been marked as Exhibit 12, Mr. Lawrence. This is an
25 e-mail with an attachment attached to it. You'll see at

---

151

1  the top of the first page of the e-mail under the
2  Attachments line it says, "Quality Assurance Audit
3  Requirements Were Documented." Do you see that?
4      **A. Yes.**
5      Q. And in the bottom of the first page there is an
6  e-mail exchange that you're copied on. Do you see that?
7      **A. Yes.**
8      Q. And this first e-mail is from a gentleman named
9  Rick Schmidt. Do you know who he is?
10     **A. I don't remember specifically who he is, no.**
11     Q. And do you recognize the attachment that's
12 titled Quality Assurance Procedures?
13     **A. Yes, I do.**
14     Q. How do you recognize the attachment?
15     **A. This was one of our procedures that spelled out**
16 **what vendors had to do to be certified.**
17     Q. And this would have been completed by the
18 quality assurance folks who audited a particular
19 facility on behalf of Safeway?
20     **A. No, no this one. This is simply our statement**
21 **of the procedure we followed. So there would have been**
22 **audit form, but this -- this basically was the standard**
23 **operating procedure, so that if I left, whoever took**
24 **over knew exactly how things functioned.**
25     Q. And QA auditors and QA managers would be

---

152

1  familiar with this policy and would comply with it?
2      **A. Yes.**
3      Q. And was such a policy in place going back to
4  when you were a QA auditor, starting in about 1996?
5      **A. They were -- no. These -- these evolved.**
6      Q. And -- but there were some -- some procedure in
7  place, even if it evolved over time?
8      **A. It may have been unwritten.**
9      Q. And do you see in the third page of the
10 attachment there's a section entitled Shell Eggs?
11     **A. Yes.**
12     Q. And it says, No. 2, "All shell egg suppliers
13 are required to comply with the UEP humane treatment
14 guidelines and to provide third-party verifications."
15     Do you see that?
16     **A. Yes.**
17     Q. And that was part of the policy that was in
18 place in February of 2006, which is the date of this
19 particular document?
20     **A. Yes.**
21     Q. And would that have been in place in the
22 policies, whether written or unwritten, that were in
23 place as early as December of 2002?
24     **A. I'm not sure. This was the first document**
25 **written, as signified by the 001. That's the issue**

---

153

1  **number. So prior to that it would have all been just**
2  **verbal.**
3      Q. And would the verbal procedure or policy going
4  back to 2002 have -- would this No. 2 accurately reflect
5  what the policy and procedure was going back to 2002?
6      **A. Verbal policies can be changed, so I can't say**
7  **that it would or wouldn't have.**
8      Q. But do you have any reason to believe that QA
9  auditors and QA managers were operating under a
10 different understanding than what is referred to in
11 No. 2 of this page?
12         MR. MURRAY: Object to the form of the
13 question, calls for speculation.
14     **A. I honestly can't -- can't address the verbal**
15 **part of that.**
16     Q. (BY MR. FONTECILLA) What -- if you were to
17 characterize what -- the verbal policy or procedure in
18 place when you became QA manager --
19     **A. Yes.**
20     Q. -- in 2001, how would you describe the policy
21 or procedure that was in place for vendor program
22 requirements for shell egg producers?
23     **A. They had to have the audit -- the timeline, I**
24 **was off on. I'm not sure and can't -- can't really**
25 **recall when we implemented the UEP. It appears from**

---

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

40 (Pages 154 to 157)

---

**154**

1  previous documents that that December 2002, that we had
2  it prior to that.  But I honestly can't say, yes, we had
3  it in place.
4          (Exhibit No. 13 marked.)
5      Q.  (BY MR. FONTECILLA)  Mr. Lawrence, you've been
6  handed what has been marked as Exhibit 13, which is an
7  e-mail from you, dated 2006; is that right?
8      A.  Yes.
9      Q.  And do you recall sending this e-mail?
10     A.  I don't specifically remember this, no.  Sorry.
11     Q.  Do you see in the second paragraph where you
12  say -- you write, "I definitely agree that we should not
13  have any of the details included in the audits
14  available.  Even some of the humane requirements could
15  be misconstrued as cruel by the general public."
16     A.  Yes.
17     Q.  So what did you mean when you wrote that?
18     A.  The statement I made with regard to details
19  included in the audits available was clearly stating
20  what was taking place in some because even with humane
21  treatment or with improvements in humane treatment, the
22  general public who might obtain access to them, might
23  still regard them as somewhere barbaric.  Even with
24  reduction in cage spaces or humane slaughter facilities,
25  there was real concern that, even with the improvements

---

**155**

1  that were being made, the public would still react very
2  negatively to that.
3      Q.  Did -- are you aware of any instances where
4  Safeway showed a preference for egg suppliers that had
5  more facilities in compliance with the UEP guidelines'
6  cage space specifications?
7      A.  No.
8      Q.  Do you recall ever being part of discussions
9  with Brian Dowling and Don Davidson regarding showing a
10  preference to suppliers that showed a reduction of
11  battery free cages?
12     A.  I vaguely recall, as we were making a move to
13  increase -- not showing a preference, but we were
14  working to increase the number of free range -- not free
15  range, cage free birds, and the market was increasing.
16  There was an opportunity cost -- or opportunities for
17  marketing those.  And so we were moving to have more
18  cage free birds, but I don't recall any preferences
19  being given to them.
20     Q.  Do you recall, as Safeway moved towards having
21  a policy where it required all of its egg suppliers to
22  be compliant with the UEP guidelines, a gradual increase
23  in the amount of egg suppliers that were complying with
24  UEP guidelines prior to Safeway requiring all its
25  suppliers to be compliant?

---

**156**

1          MR. MURRAY:  Object to the form of the
2  question.  It's ambiguous.
3      Q.  (BY MR. FONTECILLA)  We talked earlier about
4  how, at some point before December 2002, Safeway started
5  requiring all its egg suppliers to be compliant with the
6  UEP guidelines, right?
7      A.  Right.
8      Q.  Before that point, was there some kind of
9  gradual increase -- or let me ask it this way.
10         Did you monitor before then how many egg
11  suppliers were complying with the UEP guidelines?
12     A.  No.
13     Q.  Was it a sudden shift from not requiring
14  complying with UEP guidelines at all to requiring all
15  the egg suppliers to comply with UEP guidelines, or was
16  there some kind of gradual or iterative process to
17  getting there?
18     A.  I -- well, there was a process within UEP
19  bringing people online, but I think we made the shift,
20  all -- it was all or nothing.  We, at one -- when we
21  made the decision, evidently, prior to that, but I know
22  with specifications written in 2005, we had that in
23  place.  So before anybody could produce, they had to be
24  UEP compliant.
25     Q.  And before the decision was made to require

---

**157**

1  everyone to be UEP compliant, was there a time before
2  that requirement was in place, where you preferred or
3  liked to see an egg supplier be compliant with the
4  UEP guidelines, even though it wasn't a requirement?
5      A.  Not that I know of, no.
6          (Exhibit No. 14 marked.)
7      Q.  (BY MR. FONTECILLA)  You have in front of you
8  Exhibit 14, Mr. Lawrence.  Do you see this e-mail from
9  Heather Thornsley dated May 6, 2008?
10     A.  Yes.
11     Q.  You were a recipient of this e-mail?
12     A.  Yes.
13     Q.  Do you recall the context surrounding this
14  e-mail exchange?
15     A.  No, not the -- it doesn't seem to come to mind.
16     Q.  Do you know what the ICIX is?
17     A.  Yes.
18     Q.  What is that?
19     A.  It's -- it was a computer system built to
20  basically allow vendors to post information.  All of our
21  vendors would be on the computer system.  They would
22  post their audit documents -- an electronic document
23  exchange program which was secure.  Each vendor would be
24  able to post documents that only Safeway could see, or
25  any other vendors they had could see.

---

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

41 (Pages 158 to 161)

---

**158**

1  Q. And would Safeway's egg vendors post to the
2  ICIX system their UEP certificate?
3  A. Yes. They were supposed to.
4  Q. And that would be a way by which Safeway's QA
5  auditors or QA managers could verify that a particular
6  egg vendor was up-to-date with compliance with Safeway's
7  egg specifications?
8  A. Correct.
9  MR. MURRAY: This is Exhibit 14, was it?
10  (Exhibit No. 15 marked.)
11  Q. (BY MR. FONTECILLA) Mr. Lawrence, do you
12  recognize the letter written to you that's been marked
13  as Exhibit 15?
14  A. Yes, I do.
15  Q. And what is this -- this letter?
16  A. This was a letter from one of the USDA branch
17  cartoning managers or grading supervisors. We were --
18  for products produced under USDA shields, we would
19  forward them our specifications and they would inspect
20  the products according to our specifications.
21  Q. And they were a third-party auditor that would
22  make sure that egg vendors' products were complying with
23  Safeway's egg specifications?
24  A. Yes. The US Department of Agricultural.
25  Q. And when did the USDA first start functioning

---

**159**

1  in that role for Safeway?
2  A. Again, certain section -- I can go back to
3  1973, but they have, in various divisions. Some
4  divisions would utilize the USDA for inspection, some
5  would not.
6  Q. And when you say "divisions," you mean the
7  different produce or product --
8  A. No, I'm sorry. Eastern division -- retail
9  division: Eastern Division, Southern California,
10  Northern California.
11  Q. Would Safeway send this specific -- its
12  specifications for egg vendors --
13  A. Yes.
14  Q. -- to other third-party auditors, like Validus
15  or Silliker as well, that it was using?
16  A. No.
17  Q. It would only send it to USDA?
18  A. Yes.
19  Q. And those specifications would include the
20  requirement that Safeway's egg suppliers comply with the
21  UEP animal husbandry guidelines, right?
22  A. Yes.
23  Q. And the USDA would audit a particular facility
24  or egg supplier according to that particular
25  requirement?

---

**160**

1  A. Or -- or if that facility was already audited
2  as part of UEP, then they would simply take in the
3  certification.
4  Q. Did they just --
5  A. They may -- the USDA on this might not actually
6  do the house inspection. They may just validate that
7  they have an existing UEP certificate in place.
8  Q. So the USDA would sometimes rely on the UEP
9  certified program certificate of a particular vendor in
10  order to determine whether that facility was complying
11  with Safeway's specifications?
12  A. Yes. They might, in turn -- they might
13  actually do the certification, issue the certificate,
14  and then the same person would just say the certificate
15  is there. So they didn't -- it wasn't necessarily a
16  double inspection, is what it boiled down to.
17  Q. Were you the person that would send the
18  specifications to the USDA representative?
19  A. Either I would, or the local area auditor would
20  be responsible for that.
21  Q. And do you recall when the first time was that
22  you, or someone in the QA team, sent to USDA Safeway's
23  specifications that included a reference to
24  UEP's guidelines?
25  A. My knowledge of that would be that in 2005 we

---

**161**

1  would have done that.
2  Q. When a QA auditor would go and inspect a
3  particular facility to make sure it was complying with
4  the UEP guidelines, what would that auditor be looking
5  for, in terms of compliance with the UEP guidelines?
6  A. Well, they didn't usually inspect one for UEP
7  compliance. They would normally simply request the
8  UEP certification certificate. You're talking about a
9  Safeway QA auditor?
10  Yeah.
11  Q. But that --
12  A. They would simply verify that by seeing the
13  certificate. They...
14  Q. And that certificate could be the UEP certified
15  program certificate?
16  A. Yes.
17  Q. Could it also be independent verification by a
18  third-party auditor like Validus?
19  A. That would have been acceptable, yes.
20  Q. And what is -- when Safeway first started
21  requiring the UEP guidelines and requiring its suppliers
22  to provide certification, what was the estimated
23  breakdown, in terms of percentage, between those egg
24  suppliers that had a UEP certified program certificate
25  and suppliers that used a third-party verified --

---

HIGHLY CONFIDENTIAL

Lawrence, David                                                      July 11, 2014

42 (Pages 162 to 165)

162

1  verification system?
2       A.  They were 100 percent UEP certified.  We never
3  had a single supplier use an outside auditor for that.
4       Q.  And that was true through the time that you
5  left Safeway in 2009?
6       A.  Yes.
7       Q.  And what do you understand the reason for that
8  to be?
9            MR. MURRAY:  Objection, calls for
10 speculation.
11      A.  I really don't know.
12      Q.  (BY MR. FONTECILLA)  Do you recall ever talking
13 to someone or getting questions from Validus saying, you
14 know, Why isn't anyone using us?
15      A.  No.  The only one what wasn't was Kreider, and
16 I did ask them why.  I just told them they needed to.
17           (Exhibit No. 16 marked.)
18      Q.  (BY MR. FONTECILLA)  Mr. Lawrence, you have in
19 front of you what's been marked as Exhibit 16.  Do you
20 recognize the letterhead on this letter?
21      A.  Yes.
22      Q.  And have you received letters or reviewed
23 previously letters from the Food Marketing Institute?
24      A.  Yes.
25      Q.  And do you recognize any Safeway personnel who

163

1  received this particular letter?
2       A.  Rich Calhoun.
3       Q.  And what was Rich Calhoun's position on the
4  date that this letter was sent out --
5       A.  He would --
6       Q.  -- on July 2nd, 2001?
7       A.  He would have been the quality assurance
8  director.
9       Q.  And you reported to him at this time?
10      A.  Yes.
11      Q.  And do you recall ever seeing this particular
12 FMI letter?
13      A.  I don't specifically remember seeing this, no.
14      Q.  Do you see in the letter on the first page it
15 refers to a meeting at the O'Hare Hilton in Chicago.  Do
16 you see that?
17      A.  Yes.
18      Q.  Do you recall ever talking to Mr. Cotton about
19 that meeting?
20      A.  No, I don't.
21      Q.  Do you see that in the letter it says,
22 "Attached are," and then it lists about six items that
23 the letter attaches?
24      A.  Yes.
25      Q.  Looking at the list of attachments on that

164

1  first page -- and feel free to review the attachments,
2  but do you recognize any of the attachments as documents
3  that you would have seen in or around the time of this
4  letter in 2001?
5       A.  I do not specifically recall these, no.
6       Q.  Do you see that in the letter on the first page
7  the fifth item is listed as McDonald's Animal Welfare
8  Guiding Principles?
9       A.  Yes.
10      Q.  Now, if you flip to -- using the number in the
11 bottom right, to the page numbered 1138, do you see the
12 page titled McDonald's Animal Welfare Guiding
13 Principles?
14      A.  Yes.
15      Q.  Do you recognize this document?
16      A.  Not this specific one, but I have seen these
17 before.
18      Q.  And what do you understand these to be?
19      A.  These were, as I recall, the general outline of
20 the way McDonald's was recommending handling animal
21 welfare principles.
22      Q.  And do you see in the second page where it says
23 at the top, McDonald's USA, Major Actions Taken With
24 Advice of Animal Welfare Counsel, August 2000?
25      A.  Yes.

165

1       Q.  Do you see the section titled New Laying Hen
2  Policy?
3       A.  Yes.
4       Q.  And would -- do you recall seeing a description
5  of McDonald's animal welfare policies that include
6  content similar to this one?
7            MR. MURRAY:  Object to the form.
8       A.  I don't remember seeing this specifically, but
9  I remember seeing this published in magazines, so...
10      Q.  (BY MR. FONTECILLA)  And you would have seen
11 that published in magazines in or around August 2000?
12      A.  I'm -- I can't think of the date.  I can just
13 remember seeing this published.
14      Q.  And do you see that it -- under New Laying Hen
15 Policy, it says, "McDonald's USA will purchase eggs from
16 suppliers who adopt the United Egg Producers' scientific
17 advisory committee recommendations."
18           Do you see that?
19      A.  Yes.
20      Q.  And then it says in the first bullet point,
21 excuse me, "We will require that space per bird be
22 increased to a minimum of 72 square inches."
23           Do you see that?
24      A.  Yes.
25      Q.  Is that an accurate characterization of the

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

43 (Pages 166 to 169)

---

**166**

McDonald's policy that you testified earlier that you
considered or were aware of while you and your QA team
were evaluating other potential animal husbandry
guidelines?

A. I do -- I do not remember the specific number
of square inches. I think you mentioned some, but I
don't -- I don't remember the exact numbers.

Q. Do you know what the UEP's cage per square inch
recommendation was when Safeway first decided to use the
UEP guidelines?

A. No, I don't.

Q. Do you see in the next page there is a press
release from Burger King?

A. Yes.

Q. And it's dated June 28, 2001?

A. Yes.

Q. Do you recall, in or around 2001, learning that
Burger King had also adopted certain animal welfare
policies regarding egg production?

A. I do not remember the Burger King.

Q. Do you see on the second page there's a section
in bold titled Animal Handling During Egg Production?

A. Yes.

Q. And it says, "Burger King Corporation will
adopt, and in some cases exceed, the United Egg

---

**167**

Producers' scientific advisory committee's recommended
guidelines for laying hens."

Do you see that?

A. Yes.

Q. And then the next paragraph it says, "With
respect to cage space, the UEP's scientific advisory
committee recommended a minimum of 72 square inches of
usable floor space per bird in chicken cages." And then
it says, "Burger King Corporation will exceed this
requirement and mandate a minimum of 75 square inches of
usable floor space per bird."

Do you see that?

A. Yes.

Q. Does this -- reading this document refresh your
recollection about whether you or the QA team considered
Burger King's animal welfare policies when evaluating
whether to adopt or use the UEP guidelines?

A. I really don't remember that.

Q. And sitting here today, would -- would it be
fair to say that it's likely that, as QA manager, you
would have considered all available information that was
available publicly about other people in the industry
adopting UEP guidelines?

MR. MURRAY: Object to the form of the
question, calls for speculation.

---

**168**

A. You know, at the time, although this seems like
a very big issue, it was relatively small to us. We
were depending upon the industry to come up with good
terms. I think we -- anything that was easily available
we would have looked at, but I do not remember the
Burger King issues.

MR. MURRAY: Are you switching gears? You
want to take a break? We've been going for an hour and
I've --

MR. FONTECILLA: Do you want to take a
break?

THE WITNESS: I mean, I would like to take
a short break.

(Recess 3:04 p.m. to 3:12 p.m.)

Q. (BY MR. FONTECILLA) Mr. Lawrence, are you
aware of whether the UEP guidelines evolved or changed
from 2002 until the time you left Safeway?

A. I don't recall, no.

Q. Do you recall ever being informed by anyone in
your group or by Mr. Brian Dowling about -- or by egg
suppliers, or by UEP, or by anyone, whether there had
been a change to the UEP guidelines?

A. No, I don't. No, I don't.

Q. Was someone in the QA group tasked with making
sure that they were kept abreast of or updated or

---

**169**

knowledgeable on what the existing UEP guidelines
required?

A. No, I don't believe so. We were just concerned
with compliance.

Q. And you were -- by compliance, you mean you
were concerned that the egg suppliers were complying
with the UEP guidelines?

A. Right, that we received the yearly
certification that, you know, would be in place.

Q. What was your view of the UEP guidelines when
you first decided to use them as part of Safeway's egg
specifications?

MR. MURRAY: Object to the form of the
question, overly broad.

A. Could you be a little more specific with my
view -- my view of them?

Q. (BY MR. FONTECILLA) I can't.

A. They were, minimally, improvements in the
overall conditions of the birds. They did reduce
crowding, but the crowding was still significant. The
conditions and heat under which they were held was --
was still -- it was reduced, but was still strong, but
it was an improvement.

Q. And how did that view change from the time you
first started using the UEP guidelines to when you left

---

HIGHLY CONFIDENTIAL

Lawrence, David

July 11, 2014

44 (Pages 170 to 173)

---

**170**

1  Safeway in 2009?
2  **A. Not a real significant change, no.**
3  Q. What is your view today of the UEP guidelines?
4  MR. MURRAY: Objection, lack of foundation.
5  **A. I'm not sure what the UEP guidelines are today.**
6  Q. (BY MR. FONTECILLA) Did you ever attend any
7  conferences where the UEP guidelines were discussed?
8  **A. Not to my recollection, no.**
9  Q. Did any of the employees under your supervision
10  attend conferences where the UEP guidelines were
11  discussed?
12  MR. MURRAY: Objection, lack of foundation.
13  **A. Not to my knowledge, no.**
14  Q. (BY MR. FONTECILLA) Since you've left Safeway,
15  have you read anything regarding the UEP guidelines?
16  **A. No, I don't believe I have. Maybe with**
17  **references to the votes in California, but nothing --**
18  **nothing within the last four years for sure.**
19  Q. What is your understanding of -- if any, of the
20  litigation that is currently proceeding by Safeway
21  against some of the Defendants in this case?
22  MR. MURRAY: Before you answer that, if
23  your answer would require to reveal something you've
24  learned only from counsel, please don't convey any of
25  that information. If you have an understanding

---

**171**

1  independent of any conversations you've had with your
2  lawyers, you can feel free to answer.
3  **A. Yeah. Just in the -- the document I've**
4  **received asking me to be here today it stated that there**
5  **was a class action suit against a number of suppliers.**
6  Q. (BY MR. FONTECILLA) Before your counsel
7  informed you that you had to obey the subject of the
8  deposition notice, which is --
9  **A. Yes.**
10  Q. -- the document --
11  **A. No, thank you.**
12  Q. -- had you -- did you know that the
13  litigation -- that this litigation or a litigation in
14  the egg industry existed?
15  **A. No.**
16  Q. Do you have any knowledge about the contention
17  in this litigation that egg producers conspired to
18  reduce the supply of eggs in the United States?
19  **A. I don't know anything about that, no.**
20  Q. Do you have any knowledge of the contention in
21  this litigation that the alleged conspiracy resulted in
22  higher prices for eggs and egg products?
23  **A. Again, I don't know anything about pricing,**
24  **so...**
25  Q. And do you have any knowledge of the dates on

---

**172**

1  which any Defendant joined or became an alleged member
2  of the conspiracy that's alleged by Safeway in this
3  case?
4  **A. No.**
5  Q. Do you have any knowledge about the allegation
6  by Safeway that the UEP certified program was designed
7  or implemented to limit the supply of eggs?
8  **A. No.**
9  Q. Would you agree with the proposition that the
10  UEP certified program was designed or implemented in any
11  way to limit the supply of eggs?
12  MR. MURRAY: Objection, lack of foundation.
13  **A. I -- I wouldn't know.**
14  Q. (BY MR. FONTECILLA) Based on your knowledge,
15  would you agree with the proposition that the UEP
16  certified program was designed or implemented to limit
17  the supply of eggs?
18  MR. MURRAY: Objection, asked and answered,
19  lack of foundation.
20  **A. I -- I really wouldn't know.**
21  Q. (BY MR. FONTECILLA) I kind of need an answer
22  to my question.
23  MR. MURRAY: He did -- he did answer it.
24  **A. From a quality assurance standpoint, I was only**
25  **concerned with the animal treatment on it. I -- as to**

---

**173**

1  **anything else, I wouldn't know.**
2  Q. (BY MR. FONTECILLA) Have you ever held the
3  opinion that the UEP guidelines were designed to reduce
4  flock size?
5  MR. MURRAY: Object to the form of the
6  question.
7  **A. Reduce flock size in the house?**
8  Q. (BY MR. FONTECILLA) Yes.
9  **A. Well, that would have -- the extra space would**
10  **have naturally reduced the flock size in the house.**
11  Q. And you understood that when you first decided
12  to use the UEP guidelines as a requirement for all your
13  egg suppliers?
14  MR. MURRAY: Object to the form of the
15  question.
16  **A. Yes.**
17  Q. (BY MR. FONTECILLA) What knowledge, if any, do
18  you have about the supply, price, or demand for eggs or
19  egg products at any time since 1999?
20  **A. None.**
21  Q. Have you -- what knowledge, if any, do you have
22  about whether the supply of eggs or egg products
23  decreased or increased at any time since 1999 as a
24  result of any conduct by any of the suppliers to Safeway
25  of eggs or egg products?

---

HIGHLY CONFIDENTIAL

Lawrence, David                                              July 11, 2014

45 (Pages 174 to 177)

174

1    A. I have none.
2    Q. Did Safeway's QA team send representatives to
3 FMI meetings to discuss animal welfare guidelines at any
4 time?
5    A. My -- I don't know about the other QA team, but
6 mine did not go.
7    Q. Safeway's -- or your QA team group or team was
8 responsible for establishing and monitoring the
9 requirements for Safeway's egg suppliers, right?
10    A. Yes.
11    Q. And when you selected the UEP guidelines as the
12 program that your QA team would use for Safeway's egg
13 suppliers, you made that selection after considering all
14 the alternative animal welfare programs that were
15 otherwise available to you?
16        MR. MURRAY: Object to the form of the
17 question, lack of foundation.
18    A. We -- we did -- I can't say whether we looked
19 at all of them or not. We looked at a couple and
20 compared them, but it was a quick check. This was
21 pretty much the way the industry was going, and we
22 thought it was a pretty small part of what we were
23 doing, so...
24    Q. (BY MR. FONTECILLA) Your QA team was
25 responsible for overseeing the compliance by Safeway's

175

1 egg suppliers with Safeway's animal welfare
2 requirements?
3    A. We -- we were -- we were verifying, making sure
4 that they did, yes.
5    Q. And as QA manager, you were in charge, during
6 the time you were a QA manager, of overseeing the team
7 that did that monitoring?
8    A. Yes.
9    Q. And when you were QA director, that role was
10 the same?
11    A. Yes.
12    Q. And no one else during that time had -- could
13 direct you on how to manage your team?
14    A. No one could direct me or --
15    Q. Was there anyone else?
16    A. My -- yes. Yes, my boss and --
17    Q. Okay. Who was your boss?
18    A. Mark Salimbene could have, but...
19    Q. And did he ever, during the time, instruct you
20 to change or adopt any type of animal welfare standards
21 for egg suppliers?
22    A. No, he didn't.
23    Q. What -- what was the exact date that you left
24 Safeway?
25    A. May 30th, 2009.

176

1    Q. Other than what we've discussed today, do you
2 have any other knowledge or opinions about the
3 UEP guidelines?
4        MR. MURRAY: Object, overly broad.
5    A. No.
6        MR. FONTECILLA: Okay. I have no further
7 questions.
8        MR. MURRAY: I've just got a couple.
9        EXAMINATION
10 BY MR. MURRAY:
11    Q. Mr. Lawrence, as the manager and later director
12 of the quality assurance group at Safeway, are you aware
13 of any suppliers of eggs -- shelled eggs to Safeway that
14 adopted the UEP guidelines at your request?
15        MR. FONTECILLA: Objection to the form of
16 the question.
17    A. No. They were all basically certified when we
18 brought them on, so...
19    Q. (BY MR. MURRAY) Okay. With the possible
20 exception of Kreider Farms, did the quality assurance
21 group remove any suppliers of shelled eggs from the
22 approved vendors list because they didn't comply with
23 the UEP guidelines?
24        MR. FONTECILLA: Objection to the form of
25 the question.

177

1    A. Not that -- any of which I'm aware --
2    Q. (BY MR. MURRAY) Okay.
3    A. -- or that I can recall.
4    Q. All right. If you can look at Exhibit No. 3.
5 It's the second or --
6    A. Yeah.
7    Q. Okay. Do you have any reason to doubt the
8 accuracy of Mr. Gene Gregory's statement that, as of
9 December 18th, 2002, 80 percent of the entire US egg
10 industry was recognized by the UEP as an Animal Care
11 certified company?
12        MR. FONTECILLA: Objection to the
13 characterization of the document, misstates -- the
14 document speaks for itself, and objection to the form of
15 the question.
16    A. No, I don't have any --
17        MR. MURRAY: I don't have any further --
18    A. -- reason to doubt.
19        MR. MURRAY: -- questions.
20 You're done.
21        (Discussion off the record.)
22        THE REPORTER: Does he want to read and
23 sign?
24        MR. MURRAY: Yes.
25        THE REPORTER: To you or directly to him?

HIGHLY CONFIDENTIAL

Lawrence, David                                              July 11, 2014

46 (Pages 178 to 180)

178

1          MR. MURRAY:  Send it to me.  I will send it
2     to my client.
3          MR. FONTECILLA:  Mr. Lawrence, thank you
4     for your patience today.
5               (Proceedings concluded at 3:25 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

179

1          SIGNATURE BY WITNESS
2          I, DAVID LAWRENCE, have read the foregoing
3     deposition and hereby affix my signature that same is
4     true and correct, except as noted above.
5
6          _____
7               DAVID LAWRENCE
8
9     THE STATE OF _____ )
10    COUNTY OF    _____ )
11          Before me, _____, on this day
12    personally appeared DAVID LAWRENCE, known to me (or
13    proved to me under oath or through _____
14    (description of identity card or other document) to be
15    the person whose name is subscribed to the foregoing
16    instrument and acknowledged to me that they executed the
17    same for the purposes and consideration therein
18    expressed.
19          Given under my hand and seal of office this
20    _____ day of _____, 2014.
21
22
23          _____
24          NOTARY PUBLIC IN AND FOR
25          THE STATE OF TEXAS

180

1     STATE OF TEXAS   )
2     COUNTY OF DALLAS )
3
4          I, GAIL SPURGEON, Certified Shorthand Reporter
      in and for the State of Texas, certify that the
5     foregoing deposition of DAVID LAWRENCE was reported by
      me stenographically at the time and place indicated,
6     said witness having been placed under oath by me, and
      that the transcript is a true record of the testimony
7     given by the witness.
8          I further certify that review by the witness
      and signature were requested at the time of taking this
9     deposition.
          I further certify that I am neither counsel
10    for nor related to any party in this cause
      and am not financially interested in its outcome.
11         Given under my hand and this the _____ day of
      _____, 2014.
12
13
14         _____
15         GAIL SPURGEON
16         Texas CSR 1718
17         Expiration Date: 12/31/15
18         Henderson Legal Services
19         1015 15th Street, NW
20         Suite 525
21         Washington, DC  20005
22         877.548.8787
23
24
25