# ATTACHMENT 36

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                     March 19, 2014

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------  )
                                )
IN RE: PROCESSED EGG PRODUCTS   )  MDL No. 2002
ANTITRUST LITIGATION            )  09-md-02002
_____  )
                                )
THIS DOCUMENT RELATES TO:       )
                                )
The Kroger Co., et al. v.       )  HIGHLY
United Egg Producers, Inc.,     )  CONFIDENTIAL
et al., No. 2:10-cv-06705 GP )
_____  )

                        Denver, Colorado
                        Wednesday, March 19, 2014

Videotaped 30(b)(6) deposition of:

              VIRGINIA G. LITTLEFIELD

a witness herein, called for examination by counsel

for Defendants in the above-entitled action before

DEBBIE ZOETEWEY, RMR, taken pursuant to Notice at

the offices of Faegre Baker Daniels, 3200 Wells

Fargo Center, 1700 Lincoln Street, Denver, Colorado

80203, commencing at 9:21 a.m., when were present

the following parties:

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                    March 19, 2014

2 (Pages 2 to 5)

---

**2**

1   APPEARANCES:
2
3     On behalf of the Plaintiff:
4     KEVIN J. MURRAY, ESQ.
5     Kenny Nachwalter
6     1100 Miami Center
7     201 South Biscayne Boulevard
8     Miami, Florida 33131-4327
9     (305) 373-1000 (305) 372-1861 FAX
10    kmurray@Kennynachwalter.com
11
12    On behalf of Defendant Daybreak Foods:
13    ADRIAN FONTECILLA, ESQ.
14    Crowell & Moring
15    1001 Pennsylvania Avenue, NW
16    Washington, DC 20004-2595
17    (202) 624-2803    (202) 628-5116 FAX
18    afontecilla@crowell.com
19
20
21
22
23
24
25

---

**4**

1                  C O N T E N T S
2   WITNESS                              PAGE
3   Examination by Mr. Fontecilla           8
4          E X H I B I T S
5   LITTLEFIELD EXHIBIT NO.               PAGE
6   Exhibit 1   Defendants' amended notice of    17
               deposition to plaintiff, Safeway, Inc.
7              pursuant to the Federal Rule of Civil
               Procedure 30(b)(6)
8
9   Exhibit 2   Memo from Vincent, 6/4/08,        32
               SFWEGED00024792 through
               SFWEGED00024795
10
11  Exhibit 3   Memo from Littlefield, 11/10/06   52
               SFWEGED00041026 through
               SFWEGED00041028
12
13  Exhibit 4   FMI meeting notes, 11/29/00,      88
               FMI-001209 through FMI-001210
14  Exhibit 5   Case Management Order No. 10      94
               (Protective Order)
15
16  Exhibit 6   Memo from Brown, 7/2/01 FMI-001129   99
               through FMI-001142
17  Exhibit 7   Retained by Mr. Fontecilla        --
18  Exhibit 8   Global Animal Welfare Challenges  140
               Various Perspectives, a Marketplace
19             Perspective FMI-001714 through
               FMI-001725
20
21  Exhibit 9   Fax from Brown, 8/13/01 FMI-001099   146
               through FMI-001110
22  Exhibit 10  Letter to Burd from PETA, PETA 31  153
               through PETA 37
23
24
25

---

**3**

1   APPEARANCES: (Continued
2
3     On behalf of the Defendants Michael Foods, Inc.
4     and Papetti's Hygrade Egg Products, Inc.:
5     (Appearing telephonically)
6     BRYCE A. YOUNG, ESQ.
7     Leonard, Street & Deinard, P.A.
8     150 South Fifth Street, Suite 2300
9     Minneapolis, Minnesota 55402
10    (612) 335-7252  (612) 335-1657 FAX
11    bryce.young@leonard.com
12
13    On behalf of the Indirect Purchaser Plaintiffs:
14    (Appearing telephonically)
15    KRISHNA NARINE, ESQ.
16    Meredith & Narine
17    100 South Broad Street, Suite 905
18    Philadelphia, Pennsylvania 19110
19    (215) 564-5982   (215) 569-0958 FAX
20    knarine@m-npartners.com
21
22  ALSO PRESENT:
23    Kenneth D. Zoetewey, CLVS
24    Videographer
25

---

**5**

1      EXHIBITS (Continued)
2
3   Exhibit 11  E-mail string, SFWEGED00030434 through   158
               SFWEGED00030435
4
5   Exhibit 12  Fax from Brown, 1/2/01, FMI-001153   159
               through FMI-001166
6   Exhibit 13  E-mail string, SFWEGED00041304      185
               SFWEGED00041808
7
8   Exhibit 14  E-mail string, SFWEGED00041304 through   190
               SFWEGED00041306
9   Exhibit 15  Letter to Dowling, 3/14/02, PETA 20  194
               through PETA 23
10
11  Exhibit 16  Letter to Dowling, 2/13/02, PETA 20  195
               through PETA 21
12  Exhibit 17  Feedstuffs article, UE0206284 through   199
               UE0206285
13
14  Exhibit 18  Draft Animal Welfare Standards,     201
               FMI-000211 through FMI-000218
15  Exhibit 19  Memo from NuCal Foods, 7/3/01,      204
               UE0178685 through UE0178686
16
17  Exhibit 20  Letter of Agreement,                207
               NUCAL-08md2002-0024844 through
               NUCAL-08md2002-0024847
18
19  Exhibit 21  E-mail string, MOARK000-4466 through   210
               MOARK000-4467
20
21
22
23
24
25

---

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

3 (Pages 6 to 9)

---

**6**

EXHIBITS (Continued)

Exhibit 22   Memo from Garisto, 8/27/04,           216
             Hillandale-Gettysburg 00008202

Exhibit 23   E-mail string, SFWEGED00049074 through   223
             SFWEGED00049079

Exhibit 24   E-mail from Littlefield, 10/27/06,    229
             SFWEGED00041015 through
             SFWEGED00041017

Exhibit 25   Memo from Wang, 11/21/08,             236
             SFWEGED00042386 through
             SFWEGED00042395

Exhibit 26   Memo from Littlefield, 3/28/08,       240
             SFWEGD00041376 through SFWEGD00041378

Exhibit 27   Memo from East, 9/18/08,              244
             SFWEGD00039854 through SFWEGD00039856

Exhibit 28   PETA News Release, 5/15/02, FMI-000196  247
             through FMI-000197

Exhibit 29   UEP Animal Husbandry Guidelines,      252
             FMI-000171 through FMI-000186

Exhibit 30   Littlefield handwritten notes         260

---

**7**

PROCEEDINGS

THE VIDEOGRAPHER: We are on the record at 9:21. Today is March 19, 2014. This begins the videotaped deposition of Virginia G. Littlefield, taken by the defense in the case of In Re: Processed Egg Products Antitrust Litigation, Case No. 08MD02002, in the United States District Court for the Eastern District of Pennsylvania.

We are located at 1700 Lincoln Street, 32nd Floor, Denver, Colorado 80203.

My name is Kenneth Zoetewey; I am the videographer. The court reporter is Debbie Zoetewey, of Henderson Legal Services.

Will the attorneys in the room please introduce themselves, beginning on my left.

MR. MURRAY: Kevin Murray on behalf of Safeway and the witness, Virginia Littlefield.

MR. FONTECILLA: Good morning. Adrian Fontecilla on behalf of Defendant Daybreak Foods.

THE VIDEOGRAPHER: Will the attorneys on the phone now please introduce themselves.

MR. YOUNG: Brian Young, Street on behalf of Michael Foods.

MR. NARINE: This is Krishna Narine of

---

**8**

Meredith & Narine, on behalf of the Indirect Purchaser plaintiffs.

THE VIDEOGRAPHER: Will the court reporter now please swear in the witness.

VIRGINIA G. LITTLEFIELD called for examination by the defendant Daybreak Foods, being first duly sworn by the court reporter, testified as follows:

EXAMINATION

BY MR. FONTECILLA:

Q. Good morning, Ms. Littlefield.

A. **Good morning.**

Q. My name is Adrian Fontecilla. I'm with the law firm of Crowell & Moring. I represent the defendant Daybreak Foods in this case.

Can you state your full name for the record, please.

A. **Virginia Grace Littlefield.**

Q. Have you ever gone by any other names or other aliases?

A. **Ginny.**

Q. That's a nickname?

A. **Yes, sir.**

Q. You ever been deposed before?

A. **No, sir.**

---

**9**

Q. Okay. So you're under oath; do you understand that even though we're here in a conference room, your testimony today is as if it would be in a court or before a judge?

A. **Yes.**

Q. So I'm going to go over a few ground rules that all of us will perform today. Let's try not to talk over each other. I'll finish my question and I'll let you finish your answers. Do you understand?

A. **Yes.**

Q. I'm going to need verbal responses today so that the court reporter can get everything down on the record; do you understand that?

A. **Yes.**

Q. So no nods of the heads, uh-huhs; there need to be audible answers. Do you understand that?

A. **Yes.**

Q. If you need a break, just let me know and we'll take one. I would just ask that you don't take a break while a question is pending; do you understand that?

A. **Yes.**

Q. If you don't understand a question, let

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                    March 19, 2014

4 (Pages 10 to 13)

10

1  me know and I'll rephrase it.  If you don't, I'll
2  assume that you understood the question.  Okay?
3      A.  Okay.
4      Q.  If you do answer a question -- or your
5  attorney may object from time to time.  Unless he
6  instructs you not to answer, I'd ask that you
7  answer the question.
8      A.  Okay.
9      Q.  Do you understand?  My questions today
10 are going to be from the time period 1999 through
11 2008 unless I state otherwise; do you understand
12 that?
13     A.  Yes.
14     Q.  Is there anything medical or otherwise
15 that might impair your ability to testify today?
16     A.  No.
17     Q.  Can you state for the record your
18 current address.
19     A.  7609 Shenandoah Drive, Elizabeth,
20 Colorado 80107.
21     Q.  And I'd like to go over your formal
22 education.  Where did you graduate from college?
23     A.  I have my bachelor's degree from
24 Colorado State University in animal science, and I
25 also have master's coursework and research at

11

1  Colorado State University under Dr. Temple Grandin.
2      Q.  And in what field was your master's?
3      A.  Animal behavior and livestock handling.
4      Q.  And in what year did you get your
5  bachelor's?
6      A.  1990.
7      Q.  And in what year did you get your
8  master's?
9      A.  I left graduate school in 2000.
10     Q.  Do you have any other degrees or
11 professional certifications?
12     A.  Yes.  I'm certified by PACO, which is
13 the Professional Animal Auditor's Certification
14 Organization, and I'm certified to audit both
15 poultry and red meat.
16     Q.  And does that include certification for
17 auditing egg-laying hens as well as boiler
18 chickens?
19     A.  Yes.
20     Q.  Now I'd like to go over a little bit of
21 your job history.  When did you start working for
22 Safeway?
23     A.  I started working for Safeway in 2000,
24 August of 2000.
25     Q.  And where were you working before?

12

1      A.  I came directly from graduate school.
2      Q.  And when you started at Safeway, what
3  was your position?
4      A.  I joined Safeway as the quality control
5  coordinator.
6      Q.  And where were you located?
7      A.  In Centennial, Colorado.
8      Q.  And what were your roles and
9  responsibilities as the quality control
10 coordinator?
11     A.  I reviewed and filed claims with our
12 vendors; I worked on editing specifications for
13 products; reviewed and visited vendors for approval
14 to supply Safeway meat.
15     Q.  And when you say you reviewed and filed
16 claims, what kind of claims are you referring to?
17     A.  Product defects.
18     Q.  And until when were you in that
19 position?
20     A.  Approximately 2002.
21     Q.  And in 2002, were you promoted or did
22 you move to a different position?
23     A.  My position was eliminated and I moved
24 to a pork buying position.
25     Q.  And what were your roles and

13

1  responsibilities in that position?
2      A.  To procure pork, lamb and veal, sausage
3  products for the Northwestern divisions of Safeway.
4      Q.  And until when were you in that
5  position?
6      A.  Approximately 2005.
7      Q.  And in 2005, what position did you
8  transition into?
9      A.  My current position became available
10 and I was awarded that position.
11     Q.  And what is your current position at
12 Safeway?
13     A.  I am the manager for the meat
14 laboratory and animal welfare.
15     Q.  And what are your roles and
16 responsibilities as the manager for meat laboratory
17 and animal welfare?
18     A.  I manage the daily operations of our
19 meat testing laboratory for tenderness; I'm also a
20 responsible for auditing animal welfare for our
21 vendors; and reviewing third-party audits as they
22 are received from third-party auditing companies.
23     Q.  And for what species are you in charge
24 of auditing animal welfare standards?
25     A.  Beef, pork, turkeys, and chickens.

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

5 (Pages 14 to 17)

---

**14**

1  Q.  And by chickens, do you mean egg-laying
2  hens as well as broiler chickens?
3  **A.  I mostly am involved with broiler**
4  **chickens.**
5  Q.  And is there someone else at Safeway
6  who handles the auditing for egg-laying hens?
7  **A.  Not that I'm aware of.**
8  Q.  In your role as quality control
9  coordinator from 2000 to 2002, what involvement did
10 you have with egg-laying hens and egg production?
11 **A.  Little to none.**
12 Q.  In your current position, what
13 involvement do you have with egg-laying hens or egg
14 production?
15 **A.  We discuss cage-free eggs, and I have**
16 **contact -- I have been in contact with the egg**
17 **personnel within Safeway.**
18 Q.  When you say you've been in contact
19 with egg personnel within Safeway, what do you
20 mean?
21 **A.  In sort of an ad hoc format for a**
22 **meeting relative to our animal welfare statement.**
23 Q.  Who are the egg personnel that you're
24 referring to?
25 **A.  Heather Thornsley.**

---

**15**

1  Q.  Anyone else?
2  **A.  No.**
3  Q.  And what is Heather Thornsley's
4  position at Safeway?
5  **A.  I think she's actually left the**
6  **company.**
7  Q.  Do you know -- excuse me.  Go ahead.
8  **A.  Before she left the company, I believe**
9  **she was a buyer, egg purchaser.**
10 Q.  Did she have any involvement in -- when
11 she was at Safeway with animal welfare issues?
12 **A.  I don't remember.**
13 Q.  Did you and Ms. Thornsley ever discuss
14 animal welfare issues?
15 **A.  We discussed cage-free statements.**
16 Q.  Do you know when that was?
17 **A.  Approximately maybe this time last**
18 **year, but I can't be certain.**
19 Q.  Are there any other conversations with
20 Ms. Thornsley about animal welfare issues that you
21 can recall?
22 **A.  I don't recall others.**
23 Q.  When did Ms. Thornsley leave Safeway?
24 **A.  I would -- I would only be guessing.**
25 Q.  Your best guess, then?

---

**16**

1  **A.  Approximately a year ago.**
2  Q.  Currently at Safeway, who else is
3  involved with animal welfare issues related to
4  egg-laying hens or egg production?
5  **A.  I guess I need to ask you to**
6  **reclarify -- clarify exactly what you mean by**
7  **involvement with egg-laying hens or animal welfare;**
8  **involved with animal welfare for laying hens.**
9  Q.  Yes.  I'll rephrase the question.  Is
10 there anyone else at Safeway other than yourself
11 who deals with animal welfare standards as they
12 apply to egg suppliers?
13 **A.  Not that I'm aware of.**
14 Q.  Is there anyone else at Safeway whose
15 job it is to have some knowledge about animal
16 welfare standards as they apply to egg suppliers?
17 **A.  I guess I'm going to ask you to**
18 **rephrase the question again.**
19 Q.  What's unclear about the question?
20 **A.  Who would be involved with animal**
21 **welfare standards for laying hens?  I'm not sure.**
22 Q.  Is it that you don't know whether other
23 people's jobs require some knowledge of the animal
24 welfare standards that apply to egg suppliers?
25 **A.  Yes.**

---

**17**

1  Q.  So you don't know whether someone else
2  might deal with animal welfare standards in their
3  job at Safeway?  It's not a trick question.  I'm
4  just trying to figure out who else at Safeway works
5  with animal welfare standards that apply to egg
6  suppliers?
7  **A.  I guess can we take a break?  I can't**
8  **really answer the question -- I don't know.**
9      MR. MURRAY:  Why don't we take a break.
10     THE VIDEOGRAPHER:  Off the record at
11 9:35.
12     (Recess had from 9:35 a.m. to 9:39 a.m.)
13     THE VIDEOGRAPHER:  On the record, at
14 9:39.
15 Q.  (BY MR. FONTECILLA)  Ms. Littlefield,
16 I'm going to hand you a document that I have to
17 stamp.  Handing you a document that's stamped
18 Exhibit 1.  Have you seen this document before?
19 **A.  Yes.**
20 Q.  And what is it?
21 **A.  It is an announcement, if you will,**
22 **that we are going to perform this deposition.**
23 Q.  At the top it has kind of a court
24 caption; right?
25 **A.  Yes.**

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

6 (Pages 18 to 21)

---

**18**

1    Q.   And it says, in bold, defendants'
2  amended notice of deposition to plaintiff, Safeway,
3  Inc. pursuant to the Federal Rule of Civil
4  Procedure 30(b)(6); do you see that?
5    **A.   Yes.**
6    Q.   And when have you seen this document
7  before?
8    **A.   I believe I reviewed it with counsel**
9  **yesterday, and I believe that it was sent to me**
10 **sometime last summer.**
11   Q.   So one of the other rules today,
12 Ms. Littlefield is, I don't want to know anything
13 about what you talked about with your lawyer.  So
14 if I'm asking questions about when you saw a
15 document, I don't -- I'm not asking what your
16 lawyer told you about it.  And that's something
17 that is privileged and I'm not going to ask about
18 that, just so you know.
19   **A.   Okay.**
20   Q.   Is it correct that you are giving
21 testimony here today as the corporate designee for
22 Safeway, Inc.?
23   **A.   Yes.**
24   Q.   So going forward, will you understand
25 that when I say Safeway or you when I ask a

---

**19**

1  question, that means Safeway, unless I say
2  specifically that I'm asking you personally?
3    **A.   Yes.**
4    Q.   Similarly, if you're unable for any
5  reason to answer on behalf of the company, please
6  just let me know and make that clear in the
7  response to the question.
8    **A.   Okay.**
9    Q.   So in Exhibit 1, if you turn to page 8,
10 you will see a heading that says Deposition Topics;
11 do you see that?
12   **A.   Yes.**
13   Q.   Are you prepared to testify on behalf
14 of Safeway about the topics listed under the
15 heading Deposition Topics to the extent they relate
16 to animal welfare?
17   **A.   Yes.**
18   Q.   Are there any aspects of these topics
19 insofar as they relate to animal welfare that
20 you're not prepared to testify on behalf of Safeway
21 today?
22        MR. MURRAY:  I'll just make a statement
23 for the record, to the extent that animal welfare
24 topics deal with contacts with outside
25 organizations, animal welfare organizations, Brian

---

**20**

1  Dowling is the contact person; and we're going to
2  let him talk about the actual contacts, because
3  he's the actual individual who they contacted.
4        Once they contact -- beyond those
5  contacts, she's going to be able to testify about
6  all the animal welfare issues.  She's also going to
7  testify about topic No. 32, which involves
8  publications that the company receives.
9        MR. FONTECILLA:  Can we go off the
10 record real quick?
11        THE VIDEOGRAPHER:  Off the record at
12 9:42.
13        (A discussion was had off the record.)
14        THE VIDEOGRAPHER:  On the record at
15 9:44.
16        MR. MURRAY:  Ms. Littlefield will be
17 prepared to testify on the preparation and is the
18 person who works in this area to testify on behalf
19 of the animal welfare topics listed in the
20 deposition notice as well as topic No. 32.
21        To the extent outside groups may have
22 contacted the company, all of those communications
23 would have gone through Brian Dowling, who is
24 scheduled to be deposed, I think, on April 11th.
25        Ms. Littlefield is not aware of each

---

**21**

1  and every time that there were contacts with
2  outside groups.  She's aware of a number of them,
3  but not all of them.  To the extent she's unable to
4  testify about all of the contacts from outside
5  groups to Safeway, Mr. Dowling will also testify on
6  behalf of the company on those topics that all
7  relate to animal welfare.
8        MR. FONTECILLA:  And Mr. Dowling is
9  being designated by Safeway as a 30(b)(6) witness
10 as to any animal welfare topics that
11 Ms. Littlefield isn't prepared to testify today?
12        MR. MURRAY:  Well, on the contacts,
13 only the contacts.  She's prepared on everything
14 else.  But on the contacts with -- between the
15 company and third parties, he's the point person,
16 all communications to the companies go through him
17 as the public relations director.
18        MR. FONTECILLA:  And defendants note
19 that, but we'll just also note for the record that
20 this was made aware to defendants only right now in
21 the middle of the deposition, and we'll reserve our
22 rights to seek any relief.
23        MR. MURRAY:  And the reason for this is
24 because Mr. Dowling was not available to educate
25 Ms. Littlefield on some of those topics as the --

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                          March 19, 2014

7 (Pages 22 to 25)

---

22

1  in preparation for this.
2            MR. FONTECILLA:  Sure.
3       Q.  (BY MR. FONTECILLA)  So
4  Ms. Littlefield, why don't we go through the
5  topics, and can you tell me in Exhibit 1 that I've
6  handed you -- let me know -- go through them and
7  please identify -- and take your time, and identify
8  the topics that you're prepared to testify today on
9  behalf of Safeway.
10       A.  I'm prepared to discuss, testify on 1E,
11  18, 19, 20, 21 and 32.
12       Q.  Okay.  Is anyone at Safeway more
13  knowledgeable than you about any of the topics that
14  you just mentioned to the extent they relate to
15  animal welfare?
16            MR. MURRAY:  Object to the form of the
17  question.  That's an impossible question for her to
18  answer.  She can -- she can attempt to answer it,
19  but for her to answer that, she'd have to know what
20  everybody at Safeway knows.  So objection, but go
21  ahead and answer if you can.
22            MR. FONTECILLA:  Counsel, if we could
23  keep the objections to proper objections, we'll
24  speed things up today, please.
25       A.  I don't know.

---

23

1       Q.  (BY MR. FONTECILLA)  Okay.  Did you
2  meet with anyone to prepare for your testimony
3  today?
4       A.  Yes.
5       Q.  Who did you meet with?
6       A.  I met with counsel and Cathy East.
7       Q.  And when did you meet with Cathy East?
8       A.  Yesterday.
9       Q.  Was anyone else present?
10       A.  Kevin.
11       Q.  Other than counsel and Ms. East, did
12  you discuss this deposition with anyone else?
13       A.  Yes, we -- I contacted Heather
14  Thornsley.
15       Q.  And when did you contact Heather
16  Thornsley?
17       A.  Yesterday.
18       Q.  And was this by phone?
19       A.  Yes.
20       Q.  Was anyone else on the phone?
21       A.  No.
22       Q.  What did you and Heather talk about?
23       A.  I clarified with her that there was a
24  statement in the documents about UEP certification
25  and UEP animal welfare practices.

---

24

1       Q.  What was the statement that you
2  discussed?
3       A.  I clarified with her that we didn't
4  require our egg suppliers to be UEP certified.
5       Q.  Was -- was she informing you or were
6  you informing her about UEP certifications?
7       A.  I believe we were just double
8  verifying.  She pulled a document to make sure that
9  that was as we had stated in the animal welfare
10  that we had required our egg vendors to follow the
11  UEP animal handling guidelines.
12       Q.  Do you remember what the document was?
13       A.  I believe it was a specification.
14       Q.  And we'll look at some documents later.
15  And if you see it, please let me know if it
16  refreshes your recollection as to which document it
17  was.
18       A.  Okay.
19       Q.  And just to be clear, when you
20  discussed with Ms. Thornsley UEP certifications,
21  were you discussing that Safeway required its
22  suppliers to be UEP certified or that it did not?
23       A.  We were clarifying that.  And the
24  clarification was that we did not require the
25  certification.

---

25

1       Q.  What else did you and Ms. Thornsley
2  talk about?
3       A.  I don't remember if we discussed
4  anything else.
5       Q.  About how long was the phone call?
6       A.  About ten minutes or so.
7       Q.  So other than your conversations with
8  counsel and Ms. East and your phone call with
9  Ms. Thornsley, did you discuss this deposition with
10  anyone else?
11       A.  I don't think so.
12       Q.  About how many times did you meet with
13  your counsel in preparation for this deposition?
14       A.  We met yesterday, and I don't know if
15  e-mail communications would be considered meeting.
16       Q.  Let's take them one at a time.  So
17  about how many e-mail communications did you have
18  with your counsel in preparation for the
19  deposition?
20            MR. MURRAY:  Do you mean to include
21  in-house counsel as well?
22       Q.  (BY MR. FONTECILLA)  How many e-mail
23  communications did you have with any of your
24  attorneys in preparation for this deposition?
25       A.  I'd say maybe 10 to 20.

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                      March 19, 2014

8 (Pages 26 to 29)

---

**26**

1  Q.  And which attorneys were those with?
2  **A.  Our in-house counsel and Kevin.**
3  Q.  And what are their names, for the
4  record?
5  **A.  Jim Wick is our in-house counsel, and**
6  **Kevin Murray.**
7  Q.  And how many phone calls or in-person
8  meetings did you have with your attorneys in
9  preparation for this deposition?
10  **A.  I only recall one.**
11  Q.  And when was that?
12  **A.  Yesterday.**
13  Q.  And was that in person or on the phone?
14  **A.  In person.**
15  Q.  And about how long was that meeting?
16  **A.  I believe it was about five or**
17  **five-and-a-half hours.**
18  Q.  Did you review any documents at that
19  meeting?
20  **A.  Yes.**
21  Q.  Did any of those documents refresh your
22  recollection about any of the facts in the case?
23  **A.  Yes.**
24  Q.  Can you describe those documents
25  generally?

---

**27**

1  **A.  We reviewed the deposition notice and**
2  **the complaint itself.  And I reviewed that on my**
3  **own later on.**
4  Q.  Were there any other documents that you
5  discussed?
6  **A.  We reviewed our corporate animal**
7  **welfare statement, which was posted on the web.  I**
8  **reviewed my own animal welfare files separately.**
9  **We briefly reviewed interrogatory response and I**
10  **quickly reviewed the UEP Web page.**
11  Q.  When you say -- other than those
12  documents, were there any other documents that you
13  can recall reviewing in preparation for the
14  deposition?
15  **A.  I don't recall any others.**
16  Q.  When you say your own animal welfare
17  files, what do you mean?
18  **A.  I keep an animal welfare folder with**
19  **all of my e-mail communications and events on my**
20  **laptop computer in my office.**
21  Q.  So these are electronic files?
22  **A.  Yes.**
23  Q.  And have you turned over all those
24  files to your attorney?
25  **A.  Yes.**

---

**28**

1  Q.  And do you know if they were produced
2  in this case?
3  MR. MURRAY:  Objection.  You can answer
4  if you know.
5  **A.  I don't know.**
6  MR. FONTECILLA:  Defendants would just
7  state for the record, to the extent that any of
8  those documents have not been reviewed and
9  produced --
10  MR. MURRAY:  A time limit too.  There
11  may be some things in that file that were -- you
12  know come in --
13  MR. FONTECILLA:  Subject to --
14  MR. MURRAY:  -- after the date of
15  production and after the time limits.  But yeah,
16  they were -- they would have been produced.
17  MR. FONTECILLA:  Defendants will just
18  for the record make the request.
19  Q.  (BY MR. FONTECILLA)  So other than
20  attending the meeting with your counsel and talking
21  to Heather Thornsley, did you do -- and reviewing
22  some of your files which you mentioned, did you do
23  anything else to prepare for the deposition?
24  MR. MURRAY:  Objection.  She couldn't
25  identify everything she did besides what you put in

---

**29**

1  that question.
2  Q.  (BY MR. FONTECILLA)  Other than meeting
3  with your attorneys, Ms. East and Ms. Thornsley and
4  reviewing your files, did you do anything else to
5  prepare for the deposition today?
6  MR. MURRAY:  Same objection.
7  **A.  I guess I did -- I did forget to**
8  **mention I did review the agendas of our animal**
9  **welfare committee meetings.  Or maybe I said it and**
10  **I don't remember.**
11  Q.  (BY MR. FONTECILLA)  And what are those
12  agendas?
13  **A.  They are agendas of possible discussion**
14  **points we would hold during our animal well-being**
15  **committee meetings.**
16  Q.  How regularly were those meetings held?
17  **A.  We had one in 2006, 2007 and 2011,**
18  **within -- and one most recently that I would assume**
19  **wouldn't apply.**
20  Q.  So how many agendas did you review?
21  **A.  Four.**
22  Q.  And have you turned over all four of
23  those documents to your attorneys?
24  MR. MURRAY:  One would have been after
25  the period; one was very recent.

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

9 (Pages 30 to 33)

---

30

1      Q.  (BY MR. FONTECILLA)  How many of those
2   documents have you turned over to your attorneys?
3      A.  Three.
4      Q.  What do you understand the term "animal
5   welfare" to mean?
6      A.  Proper and humane treatment of animals,
7   providing food and water.
8      Q.  And what animal welfare issues arise in
9   Safeway's business?
10             MR. MURRAY:  Objection.  Overly broad.
11   You can answer.
12      A.  I would agree, could you restate the
13   question more specifically?
14      Q.  (BY MR. FONTECILLA)  Generally, what
15   kind of animal welfare issues does Safeway deal
16   with in its day-to-day operations?
17             MR. MURRAY:  Same objection.
18      A.  I agree that's very broad.
19             MR. MURRAY:  Maybe break it down by
20   species, okay, and that might help.
21      Q.  (BY MR. FONTECILLA)  How many species
22   have animal welfare issues?
23      A.  I'm going to say six.
24      Q.  Can you list those for me, please?
25      A.  Beef, dairy, pork, lamb, chicken,

---

31

1   turkey, and veal.
2      Q.  And within chicken, are some of those
3   animal welfare issues related to the production of
4   eggs?
5      A.  Yes.
6      Q.  And what animal welfare issues
7   specifically arise in connection with the
8   production of eggs?
9      A.  Of course food and water, cages or
10   cage-free, the use of antibiotics, proper
11   ventilation and lighting, ammonia levels.
12      Q.  And how do these issues that relate to
13   egg production arise in Safeway's business?
14      A.  Could you redefine that?
15      Q.  Sure.  How do these come up in
16   Safeway's day-to-day operations?  I guess I'm going
17   to backtrack.  Do they come up in Safeway's
18   business operations?
19      A.  Yes.
20      Q.  And do they come up in different ways?
21      A.  Yes.
22      Q.  And what are some of the ways that they
23   might arise?
24      A.  I believe our company has been
25   approached by outside animal welfare activists

---

32

1   groups.  It comes up in my own personal training
2   and review with our animal welfare committee
3   members.
4      Q.  Does it come up in Safeway's purchases
5   of eggs as well?
6      A.  I'm not an egg purchaser; I can't
7   really answer that.
8      Q.  Do you know if it does come up when
9   Safeway is purchasing eggs from egg suppliers?
10      A.  I would guess, yes.
11      Q.  How does Safeway view animal welfare
12   issues in terms of its corporate social
13   responsibility?
14      A.  Safeway is very proactive.  We actually
15   have an animal welfare statement policy on our Web
16   page.  Again, we have a formal animal welfare
17   committee that's composed of both Safeway employees
18   and outside animal welfare experts.
19      Q.  I'm going to hand you what I'm going to
20   stamp as Exhibit 2.  I've handed you a document
21   stamped Exhibit 2; it's a highly confidential
22   document bearing Bates label SFWEGED00024792.
23             Have you seen this document before,
24   Ms. Littlefield?
25      A.  Yes.

---

33

1      Q.  The first page is an e-mail; is that
2   right?
3      A.  Yes.
4      Q.  An e-mail from Megan Vincent to Brian
5   Dowling on June 4, 2008; right?
6      A.  Yes.
7      Q.  Who is Brian Dowling?
8      A.  Brian Dowling is our vice-president of
9   public affairs.
10      Q.  And this e-mail has an attachment; do
11   you recognize that attachment?
12      A.  Yes.
13      Q.  What is it?
14      A.  It is our Safeway animal welfare
15   statement that is present on our Web page.  I'd
16   also like to state that this has been revised.
17   This is an old document.
18      Q.  So this is how it would appear on the
19   date of the cover e-mail, June 4, 2008?
20      A.  Yes.
21      Q.  And do you know who prepared this
22   document?
23      A.  I do not.
24      Q.  Was it someone at Safeway?
25      A.  Yes.

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

10 (Pages 34 to 37)

---

34

1  Q.  And what is Safeway's animal welfare
2  advisory council?
3  A.  It's a group of Safeway employees and
4  industry experts.  We meet to review animal welfare
5  topics that are a concern for Safeway and our
6  customers.
7  Q.  When was it formed?
8  A.  I believe our first meeting was 2006.
9  Q.  Why did Safeway create an animal
10  welfare council?
11  A.  I think our company is very committed
12  to that.  We've -- we worked individually with
13  Dr. Temple Grandin prior to our -- establishing our
14  committee, and Safeway feels very strongly about
15  addressing the needs of our consumers.
16  Q.  And who are the current members of the
17  animal welfare council?
18  A.  Currently it's Brian Dowling, Cathy
19  East, myself, Jim Sheeran, Dr. Temple Grandin,
20  Dr. Ed Pajor, Dr. Yvonne Thaxton and Dr. Mike
21  Siemens.
22  Q.  Can you spell Ed -- some of those last
23  names for the record, please.
24       MR. MURRAY:  Which ones?
25  Q.  (BY MR. FONTECILLA)  Starting with Ed

---

35

1  Pajor?
2  A.  P-a-j-o-r.
3  Q.  And Yvonne?
4  A.  Yvonne Thaxton, T-h-a-x-t-o-n.
5  Q.  And has that -- has the members of the
6  animal welfare advisory council changed since it
7  was formed in 2006?
8  A.  Yes.
9  Q.  And how has it changed?
10  A.  Dr. Sara Shields is no longer on the
11  council, and Dr. Joy Mench and Dr. Janice Swanson
12  are no longer on the council.
13  Q.  When did Sara Shields leave the
14  council?
15  A.  Prior to our meeting in 2011.
16  Q.  Sara Shields is not an employee of
17  Safeway; right?
18  A.  No.
19  Q.  And when did Dr. Joy Mench leave the
20  council?
21  A.  I don't recall the exact date.  But
22  sometime -- sometime in 2001 or 2012.
23  Q.  Dr. Mench was also not an employee of
24  Safeway at the time?
25  A.  Correct.

---

36

1  Q.  And when did Dr. Swanson leave the
2  council?
3  A.  Around the same time frame as
4  Dr. Mench.
5  Q.  And Dr. Swanson was also not an
6  employee of Safeway at the time?
7  A.  Correct.
8  Q.  Why did Ms. -- do you know why
9  Ms. Shields left the council?
10  A.  I do not.
11  Q.  Do you know why Ms. -- or Dr. Mench
12  left the council?
13  A.  She informed me that she had become too
14  busy and had overcommitted herself.
15  Q.  Did she say how she had overcommitted
16  herself.
17  A.  She represented several groups on
18  committees and councils, and she had just taken on
19  too much.  She's also a university professor, and
20  those responsibilities became overwhelming.
21  Q.  Do you know why Dr. Swanson left the
22  council?
23  A.  Similar reasons.  She also was
24  promoted, I believe, to the department head, which
25  changed her responsibilities at the university.

---

37

1  Q.  She was promoted to the department head
2  at the University of Maryland?
3  A.  I believe it's Michigan.
4  Q.  Right.  Excuse me.  What functions does
5  the animal welfare council serve?
6  A.  We review current topics that are in
7  the protein animal, agriculture production
8  industry, and review what those -- if they are real
9  or not real.  They provide expert knowledge -- the
10  outside members provide expert knowledge on issues
11  relative to animal welfare.  And we do establish
12  recommended policies for our vendors.
13  Q.  Does the council study animal welfare
14  standards established by the producer communities?
15  A.  I don't remember us doing that, no, as
16  a committee.
17  Q.  When you say that they -- they review
18  what those -- if they are real or not real, what
19  exactly is the committee reviewing to determine if
20  they are real or not real?
21  A.  For example, we would review if bedding
22  was required, if that's a real or true, valid need
23  for the animal.  Another example is cage space for
24  hens.
25  Q.  So the committee reviews the science

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                          March 19, 2014

11 (Pages 38 to 41)

### 38

1  behind some animal welfare standards?
2  A. Yes.
3  Q. Did the committee review the science
4  behind animal welfare standards that applied to egg
5  production?
6  A. We've discussed caged versus cage-free
7  birds.
8  Q. And when did the committee first start
9  discussing cage versus cage-free birds?
10 A. If my memory serves me from reviewing
11 the agendas, it was in our meeting in 2006.
12 Q. And are there any other animal welfare
13 issues relating to the production of eggs that the
14 committee has discussed?
15 A. Not that I recall.
16 Q. What decision-making power does the
17 committee have?
18 A. I think the committee is more of a
19 recommendation committee, and I -- I don't know of
20 the power to make decisions.
21 Q. Can you walk me through a little bit
22 about how the committee makes recommendations and
23 who they make the recommendations to?
24 A. For example, in discussing caged or
25 cage-free hens, there was review of caged

### 39

1  manufacturing practices versus non-caged
2  manufacturing practices. Discussions went on and
3  committee members suggested to further research the
4  difference in the welfare of the hens in both caged
5  and non-caged situations and recommended to the
6  committee that more research was needed or
7  recommended that both practices were scientifically
8  not proven -- one was not proven over the other
9  scientifically. And then those recommendations
10 would be taken most likely by Brian Dowling to
11 other Safeway executives.
12 Q. Did the committee ever make any
13 recommendations regarding the production of eggs?
14 A. I don't think conclusively, no.
15 Q. So the committee never presented a
16 recommendation to Mr. Dowling about cage versus
17 cage-free eggs?
18 A. I think both practices were discussed.
19 I don't believe that one or the other was
20 recommended, because the scientific evidence isn't
21 there to recommend one above the other.
22 Q. What scientific evidence was discussed
23 in regards to caged egg production?
24 A. It was presented to the committee that
25 caged production practices provide an adequate

### 40

1  environment for production hens; the management of
2  those hens is -- can be -- the management
3  intensivity can be less, birds are able to eat and
4  drink as they need. And I'm sorry, did you just
5  say caged birds?
6  Q. Yes. Taking them one at that time.
7  You said it was presented to the committee, who
8  presented to the committee the scientific
9  information about caged production?
10 A. Dr. Temple Grandin presented some
11 information related to caged production.
12 Q. Do you remember what that information
13 was, whether it was a specific report or a
14 PowerPoint presentation?
15 A. I do not.
16 Q. Do you know who the researchers were
17 who did the research that he presented to the
18 committee?
19 A. I do not.
20   MR. MURRAY: Did you say "he." It's --
21 A. Yeah, it's a she. Temple Grandin is a
22 she.
23 Q. (BY MR. FONTECILLA) I'm sorry. I
24 misspoke. What other scientific information did
25 the committee receive about the caged production of

### 41

1  eggs?
2  A. I can't remember.
3  Q. Other than this presentation by
4  Dr. Grandin, did the committee ever at any other
5  time consider any scientific research related to
6  egg production?
7  A. Dr. Mench and Swanson were actually in
8  the process of conducting research versus egg
9  production cage-free and, hence, cage environment,
10 versus caged egg production.
11 Q. I'm sorry, when was this?
12 A. From approximately 2007. And I'm not
13 clear if the research is actually finished,
14 finalized.
15 Q. So the committee is aware that some of
16 its members were conducting research on the issue?
17 A. Correct.
18 Q. But no final research findings or
19 conclusions have been presented to the committee by
20 the researchers?
21 A. Not that I remember seeing.
22 Q. Now, referring to Exhibit 2, on the
23 third page of the document, which is the second
24 page of the attachment, at the top it says,
25 Safeway's Animal Welfare Advisory Council; do you

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                      March 19, 2014

12 (Pages 42 to 45)

---

**42**

1  see that?
2      A.  Yes.
3      Q.  And it says, Since 2001, Safeway has
4  maintained a professional association with a number
5  of well-recognized experts in animal welfare.  The
6  company recently decided to establish a more formal
7  and fully functioning animal welfare council
8  composed of both company and independent animal
9  welfare members.  Did I read that accurately?
10     A.  Yes.
11     Q.  The second sentence about establishing
12 a more formal and fully functioning animal welfare
13 council is referring to the -- Safeway's
14 establishment of the animal welfare advisory
15 council in 2005; correct?
16     A.  Yes.
17     Q.  The first sentence, which says, Since
18 2001, Safeway has maintained a professional
19 association with certain experts in animal welfare
20 refers to the time period 2001 to 2005, then;
21 right?
22     A.  Yes.
23     Q.  How did Safeway review animal welfare
24 issues before the animal welfare advisory council
25 was formed in 2005?

---

**43**

1      A.  I know that the company had interaction
2  with Dr. Temple Grandin, and she was a resource
3  for, I know, Brian Dowling at that time.  And
4  that's really all I can say, because my role at
5  Safeway in 2001 was not my current role, so I'm not
6  sure other than Dr. Grandin how the interaction
7  with members of the animal welfare outside of
8  Safeway interacted.
9      Q.  In your preparation for the deposition
10 today, did you review any documents or talk to
11 anyone about how Safeway handled its animal welfare
12 practices between 1999 and 2005?
13     A.  I did not.
14     Q.  Other than Dr. Grandin, do you know
15 what other experts in animal welfare Safeway
16 discussed animal welfare issues with between 1999
17 and 2005?
18     A.  No.
19         MR. FONTECILLA:  I think this is a good
20 point to take a break.
21         THE VIDEOGRAPHER:  Off the record, end
22 of tape one, at 10:21.
23         (Recess had from 10:21 a.m. to
24 10:30 a.m.)
25         THE VIDEOGRAPHER:  We are on the record

---

**44**

1  at 10:31, March 19, 2014.  This is tape No. 2,
2  Virginia G. Littlefield.
3      Q.  (BY MR. FONTECILLA)  Ms. Littlefield,
4  if I could refer you to Exhibit 1.  And you're
5  going to want to keep those handy, we'll be
6  referring back to the exhibits as we go through
7  them.
8          On page 13 of Exhibit 1, under topic
9  18, it says, From 1999 to the present, any
10 requests, pressure, suggestions, coercion, threats,
11 boycotts or other efforts from animal rights groups
12 for Safeway to change, modify or explain with
13 respect to eggs or egg products, purchasing
14 decisions, procurement practices or suppliers as
15 well as Safeway's consideration of any such
16 efforts, Safeway's response, or lack thereof, to
17 such efforts and any reason why Safeway took or did
18 not take any action in response to such efforts.
19         Do you see that?
20     A.  Yes.
21     Q.  Did you prepare to testify about that
22 topic to the extent it relates from 1999 to 2005?
23     A.  To a certain degree.
24     Q.  And to -- to what degree was that?
25     A.  In reviewing my animal welfare files, I

---

**45**

1  sort of highlighted maybe things in the past.  We
2  actually had discussion yesterday about some
3  protesting --
4          MR. MURRAY:  Don't talk about what you
5  and I talked about.  Okay.
6      A.  So we discussed yesterday some things
7  that may have happened in that time frame.
8      Q.  (BY MR. FONTECILLA)  Okay.  And for the
9  topic 19, it says, from 1999 to the present as
10 well.  Did you prepare to testify today on that
11 topic to the extent it relates from 1999 to 2005?
12     A.  To a certain degree, yes.
13     Q.  And is it to the same degree as you
14 mentioned earlier to the extent that you reviewed
15 certain documents with your counsel?
16     A.  Yes.
17     Q.  And for topic 20, would your answer be
18 the same to the extent you're prepared to testify
19 from 1999 to 2005?
20     A.  Yes.
21     Q.  And for topic 21, would your answer be
22 the same for how you're prepared to testify about
23 that topic to the extent it relates to 1999 to
24 2005?
25     A.  Yes.

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                    March 19, 2014

13 (Pages 46 to 49)

---

46

1      Q.   Does Safeway have any animal welfare
2   standards in place pertaining to egg production?
3      A.   We have recommendations to follow the
4   UEP guidelines for animal welfare.
5      Q.   And what are the UEP guidelines for
6   animal welfare?
7      A.   Proper nutrition --
8      Q.   I'm sorry.  More generally, what are
9   you referring to?
10      A.   In UEP, we believe at Safeway that our
11   producers of protein products should have -- should
12   be aware and use animal welfare standards that are
13   available widely through that protein industry.
14   For example, we recommend AMI standards for red
15   meat.  UEP is a standard document trade document
16   that anyone could have access to as far as
17   producing eggs.
18         So our recommendations in animal
19   welfare are for those documents -- programs that
20   are established by industry trade groups and are
21   available to those producers in each category.
22   There may be other specifications that I'm unaware
23   of.
24      Q.   And when you refer to UEP, you're
25   referring to you United Egg Producers?

---

47

1      A.   Yes.
2      Q.   And that's a trade association in the
3   egg industry?
4      A.   As far as I know.
5      Q.   And the UEP guidelines that Safeway
6   recommends are animal welfare guidelines prepared
7   by UEP?
8      A.   Correct.
9      Q.   And who does Safeway recommend those
10   guidelines to?
11      A.   To our egg producers.
12      Q.   And does Safeway require its egg
13   producers to comply with those UEP guidelines?
14      A.   To comply with, yes.
15      Q.   Are there any other animal welfare
16   standards or guidelines that Safeway recommends or
17   requires of its egg producers?
18      A.   In certain labels, we do have a
19   cage-free requirement.
20      Q.   And what are the standards that apply
21   to a cage-free requirement?
22      A.   Animals are -- need to have access to
23   the outdoors.
24      Q.   They are -- it's a separate set of
25   standards from the UEP guidelines?

---

48

1      A.   Yes.
2      Q.   Okay.  When did Safeway first become
3   familiar with the UEP certified program?
4      A.   I'm not sure.
5      Q.   What is Safeway's understanding of what
6   the UEP certified program is?
7      A.   I'm not sure there is an understanding
8   of UEP certified.  That's not a requirement as far
9   as I'm aware.
10      Q.   When you say that Safeway requires its
11   egg suppliers to comply with the UEP guidelines,
12   what are the UEP guidelines that you're referring
13   to?
14      A.   As far as the treatment of the animals,
15   to provide shelter, water, feed, appropriate
16   animal -- animal well-being concerns, I believe.
17   And not -- there might be some more requirements
18   from the buyers or the egg team that I'm unaware
19   of.
20      Q.   How does Safeway know if one of its
21   suppliers is complying with the UEP guidelines as
22   required?
23      A.   I believe that would need to go to the
24   egg buyer group.  I don't know that I can answer
25   that question.

---

49

1      Q.   You're involved in the auditing of
2   certain animal welfare standards; right?
3      A.   Correct.
4      Q.   Are you involved in audits related to
5   UEP guidelines?
6      A.   I haven't been up to this point.
7      Q.   Do you know how Safeway reviewed
8   whether its suppliers were complying with UEP
9   guidelines between the time period 1999 and 2005?
10      A.   Honestly, during that time frame, I'm
11   not sure that there was an established review
12   committee or group that would request that.  We do
13   have an auditing group within Safeway that might
14   have had access to that.
15      Q.   Who at Safeway or in Safeway's auditing
16   group would have worked with suppliers to review
17   their compliance with UEP guidelines between 1999
18   and 2008?
19      A.   We have an auditing group that works
20   out of -- I believe it's Walnut Creek.  There's
21   several auditors there.
22      Q.   Do you know any specific Safeway
23   employees that worked with egg suppliers regarding
24   compliance with UEP guidelines between 1999 and
25   2008?

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                          March 19, 2014

14 (Pages 50 to 53)

50

1      A.  I would have to refer back to that same
2  auditing group.
3      Q.  Does Safeway support the UEP guidelines
4  today?
5      A.  I think support the animal welfare
6  attributes would be a valid answer.
7      Q.  Does Safeway support the elimination of
8  the UEP guidelines?
9      A.  I don't know.
10     Q.  Does Safeway still use the UEP
11  guidelines today in regards to its purchases of
12  eggs?
13     A.  I'm not sure about purchasing.
14     Q.  Does Safeway still use the UEP
15  guidelines in any way today?
16     A.  I believe we would still recommend the
17  animal well-being parts of those guidelines.
18     Q.  What other parts of the guidelines are
19  there?
20     A.  I'm not sure.  I hear discussion of
21  certification, and I'm not sure that Safeway would
22  fall in that certification, fall behind that
23  certification.
24     Q.  Are you aware whether egg procedures
25  need to be certified under the UEP guidelines?

51

1      A.  As far as I was aware, they -- it was
2  not necessary to be certified.
3      Q.  Are you aware whether certain egg
4  suppliers were certified under the UEP guidelines?
5      A.  No.
6      Q.  When did Safeway first support the UEP
7  guidelines' recommendation to its suppliers?
8      A.  As far as I'm aware, it would be in
9  that 2005, 2006 time frame.
10     Q.  When did Safeway first start requiring
11  its suppliers to comply with the UEP guidelines?
12     A.  I'm not positive of the time frame.
13     Q.  Did the committee -- did the animal
14  welfare council ever discuss the UEP guidelines?
15     A.  Not that I recall.
16     Q.  Who at Safeway works with the public
17  relations regarding animal welfare and public
18  relations today?
19     A.  Brian Dowling.
20     Q.  Is there anyone else that works with
21  Brian in that sphere?
22     A.  I couldn't call names.  I'm sure he has
23  a staff that helps support him.  I would say Brian
24  Dowling is the main contact.
25     Q.  Are you aware of anyone else other than

52

1  Brian that works with the public relations and
2  communications efforts of Safeway regarding animal
3  welfare standards?
4      A.  Not that I know of.
5      Q.  From 1999 to 2008, who at Safeway was
6  involved in the public relations and communications
7  efforts regarding social responsibility issues in
8  animal welfare?
9      A.  As far as I'm aware, Brian Dowling has
10  been in that role.
11     Q.  And to prepare for your deposition
12  today, you did not speak with Brian Dowling;
13  correct?
14     A.  I was unable to.
15         (Exhibit 3 was marked.)
16     Q.  (BY MR. FONTECILLA)  Ms. Littlefield,
17  I've handed you what's been stamped as Exhibit 3.
18  It's a highly confidential document bearing Bates
19  label SFWEGED00041026.  Do you recognize this
20  document, Ms. Littlefield?
21     A.  It's not in my immediate memory, but
22  yes.
23         MR. MURRAY:  It's two pages.
24     Q.  (BY MR. FONTECILLA)  So let's start
25  with the first page, and we'll just take it one

53

1  page at a time.  So on the front page, it's an
2  e-mail dated November 10, 2006; right?
3      A.  Yes.
4      Q.  And this is an e-mail that you drafted?
5      A.  It's not in my immediate memory of
6  drafting it.
7      Q.  So on the first page on this cover
8  e-mail, the e-mail is actually blank; right?
9      A.  Correct.
10     Q.  On the from line, it says Virginia
11  Littlefield?
12     A.  Correct.
13     Q.  Do you have any reason to believe that
14  you didn't draft and send this e-mail?
15     A.  No.
16     Q.  The recipients of this e-mail are Brian
17  Dowling, Jim Sheeran and Cathy East; right?
18     A.  Yes.
19     Q.  Who is Jim Sheeran?
20     A.  Jim Sheeran is our vice-president of
21  meat.
22     Q.  And who is Cathy East?
23     A.  Cathy East is the group director of
24  meat and seafood and deli procurement.
25     Q.  And there are two attachments to this

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                     March 19, 2014

15 (Pages 54 to 57)

54

1  e-mail; right?
2      A.  Yes.
3      Q.  So the first attachment at the top
4  states, Conference Call Safeway Animal Welfare,
5  November 10, 2006; right?
6      A.  Yes.
7      Q.  What is this document?
8      A.  It looks like an agenda for topics of
9  discussion for a conference call.
10     Q.  Do you remember having this conference
11  call on November 10, 2006?
12     A.  The call itself is not in my immediate
13  memory.  As I review the topics here, I remember
14  the topics.
15     Q.  Does reviewing this document refresh
16  your recollection as to whether you participated in
17  this conference call on November 10, 2006?
18     A.  Yes.
19     Q.  And under attendees, it says Brian
20  Dowling, Cathy East, Jim Sheeran and yourself;
21  right?
22     A.  Yes.
23     Q.  Do you remember what the purpose of
24  this conference call was?
25     A.  I believe these are -- these were

55

1  topics that were important to us in establishing
2  our animal welfare -- let me just read the document
3  again, if I could.
4      Q.  Sure, absolutely.  Take your time.
5      A.  From reviewing this document, I believe
6  this conference call was to begin to establish a
7  protocol for Safeway to begin auditing its -- its
8  vendors for animal welfare.
9          And we, as you can see from the
10  document, were referencing some already established
11  animal welfare programs for review.  We met with a
12  third-party auditing company to see their
13  availability, credentials, probably discussed --
14  looks like we discussed what type of auditing forms
15  were available in the industry.
16     Q.  Was this discussion in any way related
17  to animal welfare standards in connection with egg
18  production?
19     A.  Honestly, I'm not sure.  I could only
20  speculate.
21     Q.  Under No. 7 of topics of discussion for
22  the November 10, 2006, Safeway animal welfare
23  conference call, it states, Establish Safeway
24  Animal Welfare Guidelines; do you see that?
25     A.  Yes.

56

1      Q.  What Safeway animal welfare guidelines
2  was Safeway trying to establish at this time?
3      A.  I would -- as far as I can remember, I
4  would refer back to this document here.
5      Q.  And you're referring to the Exhibit 2?
6      A.  The Exhibit 2; correct.
7      Q.  And specifically, the attachment?
8      A.  Yes.
9      Q.  And what part of Exhibit 2 are the
10  Safeway animal welfare guidelines referred to in
11  Exhibit 3?
12     A.  I'm sorry, could you repeat the
13  question?
14     Q.  Sure.  In Exhibit 3 under No. 7 it
15  says, Safeway Animal Welfare Guidelines, and you've
16  referred us back to Exhibit 2.  And I am just
17  asking:  What part of Exhibit 2 constitutes the
18  reference to Safeway animal welfare guidelines
19  being established that is referenced in Exhibit 3?
20     A.  In my interpretation, No. 7 is an
21  animal welfare position statement, not necessarily
22  guidelines that are referred to in No. 6, handling
23  guidelines, establish Safeway animal welfare,
24  positioning, I would say.
25     Q.  So at this time on November 10, 2006,

57

1  when it says Safeway was establishing its animal
2  welfare guidelines, it's referring to establishing
3  its animal welfare policy as stated in Exhibit 2?
4      A.  Maybe -- maybe to include the approach
5  of which -- which guidelines we felt were
6  appropriate.  And maybe if I could take that back
7  to reviewing the established animal welfare
8  programs in No. 5.  And for example, is Safeway
9  going to be like -- use programs that were
10  available like Wendy's or Whole Foods or something
11  else?
12         Sort of maybe managing of who we were
13  and what we wanted to present ourselves with using
14  guidelines either from the industry as we stated
15  before or develop our position more similar to a
16  different company.
17     Q.  When it says under No. 7 establish
18  Safeway animal welfare guidelines, what was Safeway
19  trying to establish?  Was it creating something?
20     A.  I can't remember.
21     Q.  Do you -- what was the result of this
22  conference call?
23     A.  I think -- I can't remember the exact
24  outcome of that call.
25     Q.  Were any policies or recommendations

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                      March 19, 2014

16 (Pages 58 to 61)

---

**58**

made regarding egg production as a result of the discussion on November 10, 2006?

A. Not that I remember.

Q. And on the second page of what's been marked as Exhibit 3, is a document -- is a second attachment to the e-mail; correct?

A. Yes.

Q. And at the top of this document, it's titled, Summary, Animal Welfare Meeting, Pleasanton, California, October 30, 2006; right?

A. Yes.

Q. Do you remember this meeting?

A. Yes.

Q. Did you participate in this meeting?

A. Yes.

Q. Was this the first meeting of Safeway's animal welfare council?

A. Yes.

Q. What was the purpose of this meeting?

A. We became familiar with the representatives and attendees you can see. Brian gave an overview of Safeway. And it was to establish, really, how to move forward with our animal welfare committee and how to move forward in setting our standards and how we as a company

---

**59**

wanted to address animal welfare concerns.

Q. Occasionally it references a Safeway welfare committee. And do you see that in the middle of the page, big heading, says, Recommendations and Discussion by the Safeway Welfare Committee?

A. Yes.

Q. And then the title of the document says, Animal Welfare Committee; right?

A. Right.

Q. Are both of these references referring to the same committee which is also referred to as the Safeway animal welfare council?

A. Correct.

Q. Under attendees, it has Brian Dowling, Jim Sheeran, Cathy East, yourself, Teena Massingill, Temple Grandin and Sara Shields; is that correct?

A. Uh-huh.

Q. And then Janice -- Dr. Janice Swanson dialed in; right?

A. Correct.

Q. And who is Tina Massingill?

A. She is actually on Brian Dowling's team.

---

**60**

Q. What is her position?

A. I'm not positive.

Q. What does she do?

A. I can only guess that she's a public affairs assistant to Brian Dowling.

Q. Does she work with animal welfare issues?

A. Actually, I recall her forwarding some documents back and forth between the team.

Q. Do you remember around what time period that was?

A. It's been intermittent between 2006 and maybe 2010 or '11.

Q. Do you recall if any of those documents related to animal welfare in connection with the production of eggs?

A. I do not.

Q. Under the first large topic titled Overview of Safeway Animal Welfare, it says, Establishing an animal welfare program will benefit the company from an activist and consumer standpoint; do you see that?

A. Yes.

Q. What is the animal welfare program that was going to be established? What is that

---

**61**

referring to?

A. I think it's actually a work in progress. I know that when we developed our corporate policy statement for the Web page, we established a calendar on -- calendar is not the correct word, but an animal welfare auditing program for our Ranchers Reserve beef. We discussed a rotating animal welfare auditing program for all of the others species: pork, lamb, poultry, and turkey, meat protein animals.

Q. Is the animal welfare program that the council was working on establishing in any way related to the production of eggs?

A. Most of the discussions of the committee were based around cage-free and caged birds.

Q. Did the animal welfare program that the committee was working on establishing at this time in any way related to the UEP guidelines?

A. I would only be speculating. I mean, the guidelines may have been mentioned as far as a resource for the egg producers.

Q. The council, or also referred to as the committee, never reviewed Safeway's use of the UEP guidelines; right?

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                          March 19, 2014

---

**62**

1     A. I don't remember them physically
2 reviewing that.
3     Q. When it says that the animal welfare
4 program will benefit the company from an activist
5 and consumer standpoint, what does that mean?
6     A. I believe that means that animal
7 welfare is important to our customers and
8 consumers, and Safeway does listen to their
9 customers and consumers so that's important. I
10 know that PETA has approached Safeway about that
11 contact with Safeway would go directly through
12 Brian Dowling.
13     Our corporate policy is that all of
14 that type of contact would go through our public
15 affairs department. And if any of that contact
16 should come across anyone else, to refer that to
17 public affairs; so that PETA contact information
18 would go directly through Brian Dowling.
19     Q. Does Safeway's use of animal welfare
20 programs or standards benefit the company?
21     MR. MURRAY: Objection. It's vague and
22 overly broad.
23     A. I don't know.
24     Q. (BY MR. FONTECILLA) Is Safeway as a
25 company hurt in any way by its use of animal

---

**63**

1 welfare programs?
2     A. I don't know.
3     Q. When it says -- when the committee says
4 that an animal welfare program will benefit the
5 company, how would a program benefit Safeway?
6     A. I think our customers would see us
7 as -- like it states here, a forward thinking,
8 proactive company, I would consider a benefit.
9     Q. So Safeway's use of animal welfare
10 programs could make its customers happy?
11     MR. MURRAY: Objection. Calls for
12 speculation.
13     A. I have no idea.
14     Q. (BY MR. FONTECILLA) Do customers ask
15 Safeway about its animal welfare program?
16     A. I've seen some documents come through
17 our customer information requests, yes.
18     Q. When you say you've seen documents
19 through your customer information requests, you're
20 referring to customers reaching out to Safeway?
21     A. Yes. And it's a dial-in information or
22 electronic communication system we offer.
23     Q. And customers are able to submit
24 messages to Safeway?
25     A. Yes.

---

**64**

1     Q. And those messages could include
2 complaints or praise about some particular part of
3 Safeway's business?
4     A. Yes.
5     Q. Do they sometimes include comments
6 about Safeway's animal welfare standards?
7     A. I don't really have access to the full
8 information system, if you will. But I've seen a
9 request or two about something relative to animal
10 welfare.
11     Q. What do you recall about those
12 information requests?
13     A. I don't remember the specifics. One
14 that I've seen asks something about dairy cattle
15 and what happens to them after their dairy
16 producing capabilities are no longer.
17     Q. Do any information requests come in
18 from customers about the standards that egg
19 suppliers have to comply with?
20     A. I'm not aware of that.
21     Q. Have customers ever encouraged Safeway
22 to encourage its egg suppliers to adopt animal
23 welfare standards?
24     A. I would be speculating, but I would
25 assume so.

---

**65**

1     MR. FONTECILLA: For the record,
2 counsel is making head gestures to the witness. I
3 would ask --
4     MR. MURRAY: I'm not. I didn't make
5 any head gestures. Did I make --
6     THE DEPONENT: I guess I looked your
7 way. I don't know.
8     Q. (BY MR. FONTECILLA) Ms. Littlefield, I
9 know you haven't taken a deposition or given a
10 deposition before, but the answers have to come
11 from you, not from your counsel and so --
12     MR. MURRAY: And I did not make a head
13 gesture.
14     Q. (BY MR. FONTECILLA) Referring back to
15 Exhibit 3, the second attachment, Ms. Littlefield,
16 it says -- about a quarter of the way down, under
17 the first section, it says, Implementing an animal
18 welfare program will help deter some of the attacks
19 from activists. Do you see that?
20     A. I'm sorry. Again?
21     Q. Under Overview of Safeway and Animal
22 Welfare; do you see that heading?
23     A. Yes.
24     Q. How will Safeway's implementation of an
25 animal welfare program deter attacks from

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

18 (Pages 66 to 69)

66

activists?

A. I'm not sure.

Q. Above that it says, PETA raises issues roughly twice a year relative to animal welfare and the vendors which supply Safeway. Do you see that?

A. Yes.

Q. Is that an accurate statement?

A. I'm not sure that it's accurate currently. It may have been perceived in 2006 as accurate.

Q. Did the animal welfare council ever discuss issues raised by PETA regarding the production of eggs?

A. Not that I can recall.

Q. Under the second heading in this document, it says, Recommendations and Discussions by the Safeway Welfare Committee. Do you see that?

A. Yes.

Q. The first line says, Look at a feasible welfare program. Do you see that?

A. Yes.

Q. What did the committee look at in terms of the feasibility of animal welfare programs?

A. I can't recall those details.

Q. The second line says, Retailers play a

67

major role in the food supply chain even though they do not own or process the animals. Do you see that?

A. Yes.

Q. And right below that it says, Retailers can lead producers and vendors with welfare specification requirements. Do you see that?

A. Yes.

Q. How can Safeway lead producers and vendors with welfare specification requirements?

A. I guess can I use an example?

Q. Sure.

A. For example, a hot topic in animal welfare is pork gestation crates. Safeway has long had discussions about it in our animal welfare committee and among our vendors to move away from gestation crates for sows. And I think Safeway has made a commitment both within our company and with our vendors to move forward in moving towards a group housing situation.

So in my opinion, that would be leading our vendors to help move forward with an animal welfare concern of both activists, consumers and our own company.

Q. So in that case, Safeway encouraged its

68

suppliers to adopt certain animal welfare standards that its consumers were interested in?

A. Yes.

Q. Are you aware of any encouragement by Safeway of its egg suppliers to adopt animal welfare standards that its consumers wanted?

A. I'm aware of the cage-free egg program, which is also an animal welfare concern that Safeway has moved forward with.

Q. And how has Safeway led egg producers in terms of adopting animal welfare standards related to cage and cage-free programs?

A. I know that much like the pork, there's discussions that we would like to provide cage-free eggs to our customers. Vendors were approached, and I know that we worked diligently to meet certain percentages of cage-free eggs in our stores over the past several years.

Q. As part of Safeway's discussions with its egg producers, does it encourage them to adopt animal welfare standards?

A. I'm not positive.

Q. And when Safeway is talking to its egg producers about animal welfare issues like the cage and cage-free, does it inform producers that it

69

will prioritize buying from them if they adopt certain animal welfare standards?

A. I'm not sure that it applies to eggs. But there is a public statement that was made that we would give certain purchasing preferences to various products relative to some current animal welfare issues such as gestation crates.

Q. So if a supplier or producer of a particular product were to adopt an animal welfare standard, for example, related to crates, Safeway might prioritize purchasing that product from them over a supplier that does not adopt that animal welfare standard; is that right?

A. In particular for pork, yes.

Q. Do you know if that's the case with egg producers?

A. I think there was a certain percentage that Safeway wanted to achieve with cage-free eggs. I think they've surpassed that percentage, so yes.

Q. And how does Safeway work towards hitting that percentage of cage-free eggs?

A. I'm not sure of the details; but I'm sure that there were communications to vendors, egg suppliers, relative to, you know, if they were interested in participating in that program. I

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

---

70

1  couldn't describe the details.
2      Q.  Safeway provides information about the
3  programs to its vendors?
4      A.  I believe so.
5      Q.  And does it require compliance with
6  certain animal welfare programs as part of its
7  supply agreements with those suppliers?
8      MR. MURRAY:  Objection.  Lack of
9  foundation.
10     A.  As I stated, I'm unaware of the
11 details.
12     Q.  (BY MR. FONTECILLA)  Going back to
13 Exhibit 3, in that second section, if you look a
14 little further down, it says, Establishing an
15 animal welfare program will raise the bar for the
16 care of animals overall.  And then under that it
17 says, Establish the program quickly.  Do you see
18 that?
19     A.  Yes.
20     Q.  Does Safeway have an interest in
21 encouraging its suppliers to adopt animal welfare
22 standards sooner than later?
23     MR. MURRAY:  Objection.  Vague.
24     A.  I'm not sure.  Maybe could you reask
25 the question?

---

71

1      Q.  (BY MR. FONTECILLA)  Sure.  It says
2  there that Safeway wants to establish the animal
3  welfare program quickly; right?
4      A.  Yes.
5      Q.  And that it wants to do so to raise the
6  bar for the care of animals overall; right?
7      A.  Uh-huh.
8      Q.  Is Safeway interested in raising the
9  bar for the care of animals quickly?
10     A.  Yes.
11     Q.  And is that because Safeway wants the
12 animal welfare standards that it approves of to be
13 adopted by its suppliers as soon as possible?
14     A.  Yes.  And I would say that we would
15 expect our suppliers to already be in compliance
16 with some sort of animal welfare program within
17 their companies.
18     Q.  And throughout these two attachments,
19 it references the phrase, establishing an animal
20 welfare program.  Did Safeway before the fall of
21 2006 have an animal welfare program?
22     A.  You know, I don't really believe that
23 animal welfare in the industry was as prevalent as
24 it is today.  So having an established program
25 previous to that probably wasn't a discussion or a

---

72

1  commitment to that maybe until animal welfare
2  really became more in the public's eye when I
3  became employed there, some of the things that were
4  in front of Safeway but not necessarily a daily
5  point of discussion.  There probably wasn't
6  anything established prior to that.
7      Q.  Before the fall of 2006, is it
8  Safeway's understanding that egg suppliers -- some
9  egg suppliers complied with the UEP guidelines?
10     A.  I would speculate, but yes.
11     Q.  Is Safeway aware that before the fall
12 of 2006, there were animal welfare standards in
13 place in the egg and egg products production
14 industry?
15     A.  I can't -- I would only be guessing.
16     Q.  And under the third section of this
17 document, it says, Setting Safeway animal welfare
18 standards; do you see that?
19     A.  Uh-huh.
20     Q.  Two lines down it says, Decide which
21 guidelines we will use.  And in parenthesis it
22 says, AMI-FMI and UEP?
23     A.  Yes.
24     Q.  What is AMI-FMI?
25     A.  AMI is American Meat Institute and FMI

---

73

1  is Food Marketing Institute.
2      Q.  And do you remember the council
3  discussing whether it wanted to use a different set
4  of animal welfare standards other than UEP
5  guidelines for the egg suppliers it purchased from?
6      A.  No, I don't remember.
7      MR. FONTECILLA:  Okay.  Let's go off
8  the record.
9      THE VIDEOGRAPHER:  Off the record, end
10 of tape two, at 11:26.
11     (Recess had from 11:26 a.m. to 11:40 a.m.)
12     THE VIDEOGRAPHER:  We are on the
13 record, start tape three, March 19, 2014; this is
14 Virginia Littlefield, at 11:41.
15     Q.  (BY MR. FONTECILLA)  Ms. Littlefield,
16 when we were referring to Exhibit 3, you mentioned
17 that FMI refers to Food Marketing Institute; right?
18     A.  Yes.
19     Q.  What is the Food Marketing Institute?
20     A.  It's an industry trade group that --
21 and I'm not sure what all groups it entails, but it
22 does include a retail group.  And they put on
23 conferences relative to industry issues, and
24 they -- I believe they have -- I know that I
25 receive, you know, invitations to attend their

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

20 (Pages 74 to 77)

---

74

meetings; and I believe some of the information on there, they provide product demonstrations, et cetera.

Q.   And as an industry trade group for retailers, does it -- does the FMI deal with animal welfare issues on behalf of retailers?

A.   I don't recall.

Q.   Is Safeway a member of FMI?

A.   Yes, the company as a whole is a member.

Q.   And when you say you don't recall whether FMI deals with animal welfare issues that relate to retailers, is it that you can't testify on behalf of the company to answer that question or that you personally don't know?

A.   From the communications that I receive, I can't personally testify that they do.  I -- like I mentioned, I receive invitations when -- let's say, for example, our membership is renewed, I'll get an invitation to attend a meeting.  And what jumps out most in my mind of those invitations to the meeting is the product demonstrations.

Q.   And I know earlier we talked about certain topics you might not be prepared to testify about on behalf of Safeway.  Just so I'm clear,

---

75

maybe we can just skip to questions that you're prepared to testify, are you prepared to testify on behalf of Safeway today as to Safeway's involvement in the Food Marketing Institute as it relates to animal welfare issues between the period of 1999 and 2008?

A.   No, I'm not prepared for that.

MR. FONTECILLA:  Defense counsel on the record would just note that we expect Brian Dowling to be designated as the 30(b)(6) witness on behalf of Safeway as to those topics.  I'll try --

MR. MURRAY:  If there are any.  You implied that there are.  There may not be.  She is the individual at Safeway who would be, if there were involvement of Safeway, in those issues.

Q.   (BY MR. FONTECILLA)  You testified that Safeway is a member of FMI today; right?

A.   Yes.

Q.   Do you know when Safeway first became a member of FMI?

A.   I do not.

Q.   Do you know if FMI deals with any animal welfare issues?

A.   I'm not aware necessarily of any.  In general terms, Safeway usually sends me to animal

---

76

welfare appropriate meetings, and I don't recall going to an FMI meeting.

Q.   When did Safeway first start sending you to animal welfare meetings?

A.   I can't pinpoint necessarily a year.  I would -- from establishing our animal welfare committee in 2006, I believe from that point forward.

Q.   And what kind of meetings are you referring to that Safeway would send you to that concerned animal welfare?

A.   I have been to an AMI meeting in Kansas City; I've been to Animal Alliance meeting in Virginia; I've been to various -- I've participated in a Center For Food Integrity discussion panel; I participated in the pork Quality Assurance Plus development; I've attended the dairy farm program animal welfare meetings.  Those are the things that come to mind.

MR. MURRAY:  For the record, the topic that deals with the FMI is topic 22.  And we're not -- she isn't designated on topic 22.  The other ones deal with groups internal to Safeway.  The topics she's talking about are about animal welfare committees.

---

77

Q.   (BY MR. FONTECILLA)  Regarding the meetings that you've attended on behalf of Safeway that have to do with animal welfare, do you recall ever attending a meeting that dealt with animal welfare as it pertains to the caged egg-laying hens?

A.   In my PACO certification training for poultry, the coursework within the classroom, there were some definitions of eggs and caged-bird production.  Actually, I recall, not the details, but a presentation at a CFI meeting where I -- there was a PowerPoint presentation from UEP.  I don't remember the details of that.  But I do recall some information of two meetings.

Q.   The PACO certification that you received and the courses you took to receive that certification, was that in your capacity as a Safeway employee or was that a personal endeavor?

A.   That was in the capacity of Safeway employee.

Q.   And in your coursework related to obtaining the PACO certification, did you ever discuss or review materials related to the UEP guidelines?

A.   If there were discussions, it was

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                      March 19, 2014

21 (Pages 78 to 81)

---

**78**

1  brief.  Again, probably my concentration focus was
2  on the meat birds at the time.
3     Q.  You also mentioned this CFI
4  presentation from UEP.  Do you remember about when
5  that was?
6     A.  I'm guessing, but I would say between
7  2008 and 2010.
8     Q.  And do you remember where that meeting
9  occurred?
10    A.  Possibly Chicago.
11    Q.  Do you recall who presented on behalf
12 of UEP?
13    A.  I do not.
14    Q.  And who else from Safeway went with you
15 to that meeting, if anyone?
16    A.  I believe I was the only representative
17 from Safeway at that meeting.
18    Q.  And why did Safeway send you to that
19 meeting?
20    A.  The working group, if you will, was in
21 the process of trying to establish a go-to
22 committee for producers, processors, retailers,
23 restaurateurs, for any animal welfare-related
24 issues.  It started with some restaurants coming
25 together who had been approached by some activist

---

**79**

1  groups, and they themselves didn't feel like they
2  were the experts in the industry and wanted to
3  establish something as a reference; and, therefore,
4  they in the next meeting invited retailers who they
5  felt might be interested in developing something
6  with that.
7          And over the course of the years of
8  that committee, they brought in each protein group,
9  if you will.  So as I mentioned the eggs -- egg
10 production gave a presentation; dairy gave a
11 presentation; I remember NCBA being there giving a
12 presentation.  Some of the processors -- for
13 example, I can remember Tyson being there, Cargill,
14 McDonald's.
15         So the idea behind the CFI as a
16 mediator, if you will, to this development of a
17 global animal welfare resource -- I've lost my
18 train of thought -- was something that the industry
19 was trying to create and, therefore, that's why I
20 attended.
21    Q.  So I'm going to try to unpack that a
22 little bit to get some clarity as to some of that
23 information.  So the retailer industry was
24 attempting to develop industrywide animal welfare
25 standards; is that right?

---

**80**

1     A.  I think the initial idea came from some
2  fast-food restaurants.  And I believe they
3  approached the Center For Food Integrity, which is
4  sort of a mediator, moderator type of firm, to sort
5  of help them create this group.  So the initial
6  request came from actual fast-food restaurants, I
7  believe.
8     Q.  And they wanted these industrywide
9  standards to also include not just fast-food
10 restaurants but also food retailers as well?
11    A.  Correct.
12    Q.  And that's why Safeway was interested
13 in having a representative attend?
14    A.  Correct.
15    Q.  And at this one particular CFI meeting,
16 was it exclusively a presentation by UEP, or were
17 there presentations by other organizations?
18    A.  I don't believe it was exclusive.  As
19 far as I recollect or could speculate, there was,
20 you know, round-table discussion among the group,
21 among the attendees that were there.
22    Q.  And do you remember any of the
23 substance or topics that was discussed by UEP in
24 their presentation?
25    A.  I can vaguely remember some of the

---

**81**

1  PowerPoint slides.  I do not remember the details
2  of the presentation.
3     Q.  Did you report back to Safeway on the
4  presentation by UEP?
5     A.  I'm not sure there was a formal report.
6  I might have shared the PowerPoint slide
7  presentation, but I'm not positive.
8     Q.  Who would you have shared the
9  PowerPoint presentation with?
10    A.  Probably Cathy East.
11    Q.  And what was your impression from UEP's
12 presentation about UEP guidelines?
13         MR. MURRAY:  Objection.  Vague.  You
14 can answer if you know.
15    A.  I mean, overall, I would -- in my
16 opinion, I would say that it -- there was nothing
17 that I would object to in my mind as it being -- I
18 mean, it seemed to me to be a well-represented
19 program.  But I -- I -- again, I couldn't narrow
20 anything down.
21    Q.  (BY MR. FONTECILLA)  Sure.  Did
22 anything concern you about what you heard from UEP
23 that you may have informed someone at Safeway when
24 you got back?
25    A.  I don't recall anything alarming or

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                    March 19, 2014

---

82

1  upsetting or I would believe that I could recall
2  something that I would report back.
3      Q.  Did you understand UEP to be willing to
4  work with food retailers and the food -- fast-food
5  chains to adopt any recommendations that the
6  retailers might have about animal welfare
7  standards?
8          MR. MURRAY:  Objection.  Calls for
9  speculation.  You can answer if you know.
10     A.  Absolutely.  I would -- that was not
11 the topic of discussion at all.  I would be
12 guessing.
13     Q.  (BY MR. FONTECILLA)  You mentioned that
14 part of the impetus for the attendance at the CFI
15 meeting or for the UEP presentation was that
16 certain fast-food chains were being approached by
17 animal rights groups; is that right?
18     A.  Correct.
19     Q.  What animal rights groups were
20 approaching these fast-food chains during that time
21 period of 2008 to 2010 when this meeting occurred?
22     A.  PETA comes to the top of my head.  As
23 far as I'm aware, that was the focus at the time.
24     Q.  Did it -- do you know if it had
25 anything to do with the animal welfare standards

---

83

1  that apply to egg production?
2      A.  If there was discussion of that, I
3  don't remember.  Again, I do remember focus on the
4  meat -- meat birds and, for example, a fast-food
5  chicken restaurant.
6      Q.  What is PETA for the record?  P-E-T-A,
7  right, not P-I-T-A?
8      A.  Right.  People for the Ethical
9  Treatment of Animals.
10     Q.  And what are they?
11     A.  Basically, it's -- I'm not sure if they
12 are a corporation, but it's a very large animal
13 activist group.  Their agenda, if you will, is to
14 get rid of animal agriculture.  Their underlying
15 vision is that no one will consume meat animal
16 proteins.  I know that they have a very large
17 income and have been recognized in some actual
18 semiterrorist activities.
19     Q.  Are you aware that PETA or other animal
20 rights groups will occasionally target retailers
21 regarding the animal welfare standards of their
22 suppliers?
23     A.  I would say that I'm briefly aware of
24 that, and may have possibly read an e-mail or a Web
25 flash to that.

---

84

1      Q.  Was Safeway ever the target of any
2  effort by PETA between 1999 and 2008?
3      A.  Yes.
4      Q.  And when was that?
5      A.  You know, I think periodically -- and I
6  know around our stakeholders meeting annually -- I
7  believe it's annually -- the presence of PETA is
8  known within Safeway.  I believe they have picketed
9  our facilities in California; they've approached
10 our Starbucks facilities on where we get our milk.
11 I mean there's -- it's -- they have approached our
12 company on several occasions.
13     Q.  And when you say approach, you
14 mentioned -- you mentioned that they picket some
15 stores; right?
16     A.  I believe they've picketed our
17 corporate headquarters in California a couple of
18 times.  I'm not aware that they necessarily
19 approached individual stores.
20     Q.  Are you aware that PETA employs
21 various tactics to pressure certain retailers in
22 regards to their animal welfare standards as they
23 apply to the suppliers?
24     A.  I guess I can't identify individual
25 tactics.  I know one of their tactics overall is to

---

85

1  become a shareholder within companies, and so they
2  are privileged to shareholder-type conversations.
3      Q.  And how do they -- do they use their
4  participation at shareholder meetings to pressure
5  Safeway to change its animal welfare practices?
6      A.  I would be commenting in general.  But
7  yes, from the work I've done with Brian Dowling, I
8  would say yes.
9      Q.  Are you aware of any efforts by PETA to
10 participate in Safeway shareholder meetings between
11 1999 and 2008 as part of an effort to encourage
12 Safeway to change its animal welfare standards for
13 its egg suppliers?
14     A.  I don't recall much discussion relative
15 to eggs.  I know that they've approached us to
16 change the harvesting process for chickens as far
17 as controlled atmosphere for stemming; the
18 gestation stalls, again, for pork; and again, they
19 cage versus cage-free concern for hens.
20     Q.  Other than PETA's participation in
21 shareholder meetings, are you aware of any other
22 tactics that PETA uses to pressure Safeway to
23 change its animal welfare practices as it relates
24 to its egg suppliers?
25     A.  Not that I'm aware of.

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                    March 19, 2014

23 (Pages 86 to 89)

86

1    Q.   Between 1999 and 2008, did Safeway ever
2  change its animal welfare practices as it relates
3  to egg suppliers as a result of PETA's efforts?
4    A.   The discussion hasn't reached my
5  desktop.  However, it could have reached -- and
6  again I'm speculating -- the poultry buyers, or
7  someone more closely related with purchasing eggs.
8    Q.   So one of the topics that you're
9  testifying about on behalf of Safeway is any
10 pressure or efforts by PETA to get Safeway to
11 change its animal welfare practices as it relates
12 to egg suppliers between 1999 and 2008; do you have
13 any basis to testify about that topic?
14   A.   I guess could you reask the question.
15   Q.   Sure.  So one of the topics that you're
16 testifying as a corporate designee on behalf of
17 Safeway today is PETA's or other animal rights
18 organizations' efforts to have Safeway change its
19 animal welfare practices related to egg suppliers
20 between 1999 and 2008, and you testified that you
21 had certain things cross your desktop about it.
22        Other than your personal experience, do
23 you have any basis to testify about the topic I
24 just described on behalf of Safeway?
25   A.   Yes, I believe I can discuss the cage

87

1  versus cage-free portion of the eggs and the
2  efforts that Safeway has made in that area, not in
3  detail.
4    Q.   When did PETA's efforts as to the cage
5  and cage-free issue begin in terms of pressuring
6  Safeway?
7    A.   I know that that was a discussion at
8  our 2006 animal affair committee meeting.  And I --
9  we -- I believe previously we discussed Dr. Grandin
10 gave a presentation on the caged egg point of view,
11 and I don't -- I don't recall that we mentioned
12 Janice Swanson and Joy Mench and Sara Shields
13 discussing the other side.
14       I know that I mentioned Joy and Janice
15 were going to research that.  I know that Sara
16 Shields, she discussed the point of view from the
17 cage-free side of the production of eggs.
18   Q.   And that discussion you said started in
19 or about 2006?
20   A.   Correct.
21   Q.   Before 2006, going back to 1999, so
22 1999 to 2006, do you have any basis to testify on
23 behalf of Safeway about any efforts by PETA during
24 that time to pressure Safeway in regards to its
25 animal welfare practices as it relates to egg

88

1  suppliers?
2    MR. MURRAY:  She can answer.  But we
3  established at the beginning that contacts from
4  outside groups would be under the -- we designated
5  Brian Dowling as the corporate representative on
6  those.  But she can answer this question if she
7  knows.
8    Q.   (BY MR. FONTECILLA)  Do you want me to
9  repeat the question?
10   A.   Yes, please.
11   Q.   Between 1999 and 2006, do you have any
12 basis to testify on behalf of Safeway about any
13 efforts by PETA or other animal rights
14 organizations during that time period to pressure
15 Safeway in regards to animal welfare practices
16 related to egg suppliers?
17   A.   No.
18        (Exhibit 4 was marked.)
19   Q.   Ms. Littlefield, I've handed you what
20 has been marked as Exhibit 4.  This is a document
21 at the top labeled -- I'm sorry, this is a
22 confidential document --
23   MR. MURRAY:  She can't see this.  Give
24 that back.
25   MR. FONTECILLA:  Can we go off the

89

1  record real quick.
2    MR. MURRAY:  Sure.
3    THE VIDEOGRAPHER:  Off the record at
4  12:10.
5    MR. MURRAY:  If we can establish on the
6  record we've withdrawn Exhibit 4.
7    THE VIDEOGRAPHER:  On the record at
8  12:11.
9    Q.   (BY MR. FONTECILLA)  For the record,
10 Exhibit 4 has been withdrawn.
11       Ms. Littlefield, do you know who
12 Jonathan Mayes is?
13   A.   I can't recall the name.
14   Q.   Do you know who Craig Bolton is?
15   A.   The name sounds very familiar, but I
16 can't place where I recognize the name.
17   Q.   Do you know who Rich Calhoun is?
18   A.   Again, I recognize the name, but I
19 can't place where I recognize it.
20   Q.   Do you know who Rory Frank is?
21   A.   I know of Rory Frank.
22   Q.   And who is he or she?
23   A.   He -- when he was at Safeway, I'm not
24 sure if his title was group director of meat and
25 seafood procurement, but he was the director of

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.          March 19, 2014

24 (Pages 90 to 93)

**90**

1  meat and seafood procurement in Denver.
2       Q.  And would he have had -- did he have
3  any involvement with egg suppliers at -- egg
4  suppliers specifically that Safeway used?
5       A.  I joined the company right after he --
6  well, I -- he was promoted to vice-president in
7  California.  And I can only guess if he did or not.
8       Q.  Do you -- do you know whether he had
9  any involvement with egg suppliers or with animal
10 welfare standards as they apply to eggs?
11      A.  I'm not aware.
12      Q.  Do you know who Tom Siwek is?
13      A.  It's Siwek.
14      Q.  Excuse me.  And that's spelled
15 S-i-w-e-k; right?
16      A.  I believe so.
17      Q.  And who is he?
18      A.  Currently, he is a pork buyer.
19      Q.  A pork buyer for Safeway?
20      A.  Yes.
21      Q.  And do you know if Tom, between 1999
22 and the present, has ever worked with egg suppliers
23 or in connection with the animal welfare standards
24 that apply to egg suppliers?
25      A.  Actually, previous to Tom's current

**91**

1  position, he was the -- he was the poultry
2  commodity manager, and the structure of our
3  procurement was different at that time than it is
4  currently.  I would be speculating.
5       Q.  Do you know what time period Tom held
6  that position of poultry commodity manager?
7       A.  I can say for certain he was there in
8  2000.  And I -- I would be speculating to say when
9  he changed.
10      Q.  And what does a poultry commodity
11 manager do?
12      A.  They are responsible for the
13 procurement of poultry products -- they have a team
14 of buyers, so they are responsible for those
15 buyers -- fresh poultry, frozen poultry, turkeys,
16 and overseeing the demand and -- from the stores
17 and managing inventory for all of those products.
18      Q.  So would it include eggs, or do you
19 know?
20      A.  Not that I'm aware of.  It never -- it
21 hasn't that I'm familiar with since 2000.
22      Q.  Do you know if there's anyone at
23 Safeway or -- whether it be a commodity manager or
24 otherwise, whose role it would be to work in
25 connection with the animal welfare standards that

**92**

1  apply specifically to egg suppliers?
2       A.  I would speculate that the egg
3  buying -- and I -- I wouldn't know a title position
4  for their commodity specialist or commodity
5  manager, but I'm guessing that the commodity
6  manager for egg buying would have some.
7       Q.  Do you know who the egg commodity
8  manager is?
9       A.  I've had contact with Heather
10 Thornsley.
11      Q.  Do you know who Debra Lambert is?
12      A.  Also a name very familiar.  I couldn't
13 place her position.
14      Q.  You're aware that she's a Safeway
15 employee?
16      A.  Yes.
17      Q.  And do you know whether she works with
18 animal welfare issues in her capacity as a Safeway
19 employee?
20      A.  I'm not sure.
21      MR. FONTECILLA:  Can we take a break?
22      MR. MURRAY:  Lunch break?
23      MR. FONTECILLA:  Why don't we do a
24 lunch break right now.
25      THE VIDEOGRAPHER:  Off the record at

**93**

1  12:17.
2       (Recess had from 12:18 p.m. to 1:07 p.m.)
3       THE VIDEOGRAPHER:  On the record at
4  1:07.
5       Q.  (BY MR. FONTECILLA)  Ms. Littlefield,
6  you have in front of you a document titled the case
7  management order regarding protective order in this
8  case.  The last page of that document is a --
9  what's called an Exhibit A.  It's a sheet for you
10 to sign agreeing to the terms of the protective
11 order; is that right?
12      A.  Yes.
13      Q.  Have you reviewed this with your
14 counsel?
15      A.  Yes.
16      Q.  Can you sign the document so that it
17 just states that you won't be sharing the
18 information in the documents from today's
19 deposition with anyone not authorized by that
20 protective order?
21      MR. MURRAY:  Well, the non-Safeway
22 documents, these other exhibits.
23      MR. FONTECILLA:  Right.
24      A.  (Deponent complied.)
25      (Exhibit 5 was marked.)

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                      March 19, 2014

25 (Pages 94 to 97)

94

1    Q.  (BY MR. FONTECILLA)  Thanks.  I'll
2  introduce this as Exhibit 5.  And I'm also handing
3  you what's been marked as Exhibit 4.
4  Ms. Littlefield, this is a confidential document
5  Bates-stamped FMI-001209.
6        Ms. Littlefield, this is a document
7  labeled at the top FMI meeting notes, November 29,
8  2000, PETA; correct?
9    A.  Yes.
10   Q.  Have you seen this document before?
11   A.  No.
12   Q.  Do you see -- do you see under the
13  attendance list Mr. Jonathan Mayes, vice-president
14  government relations, Safeway?
15   A.  Yes.
16   Q.  Does that refresh your recollection as
17  to whether you know Mr. Mayes?
18   A.  I'm not sure.
19   Q.  And do you know if Safeway participated
20  in this meeting about PETA on November 29, 2000?
21   A.  I can speculate, because Jonathan
22  Mayes' name is on the document as an attendee, yes.
23   Q.  One of the other attendees is a Karen
24  Brown, vice-president for public affairs of FMI.
25  Do you know who she is?

95

1    A.  No.
2    Q.  Do you see in the first paragraph of
3  this -- of these FMI meeting notes that it says,
4  Our hope is that no individual company will deal
5  with PETA, but instead, we will all work with FMI
6  to develop an industry position that we can all
7  adopt?  Do you see that?
8    A.  Yes.
9    Q.  Does Safeway agree with that position
10  in terms of dealing with PETA?
11   A.  The current position of Safeway is that
12  we will handle PETA on our own, and we'll address
13  the concerns as Safeway -- the current atmosphere.
14   Q.  Was Safeway's policy at any time to
15  have FMI communicate with PETA on behalf of Safeway
16  in terms of animal welfare issues?
17   A.  I would say that Safeway would expect
18  to adhere to industry standards and not necessarily
19  call out working with an individual company.
20   Q.  So I guess I'm looking for an answer to
21  my question, which was:  Was Safeway's policy at
22  any time to have FMI communicate with PETA on
23  behalf of Safeway regarding animal welfare issues?
24   A.  Not that I'm aware.
25   Q.  So this document continues, Our vision

96

1  of what we want is the following:  Industry
2  standards that cover humane treatment of chicken,
3  cows, pigs that are processed for meat and eggs.
4  And below that it says they also want an
5  endorsement of the standards by recognized credible
6  animal welfare organizations.  Do you see that?
7    A.  Yes.
8    Q.  Was it Safeway's intent in 2000 to have
9  and encourage an animal welfare position that was
10  industrywide?
11       MR. MURRAY:  Objection.  That's vague.
12   A.  And I agree, I can't comment to that.
13  In my interpretation of this document, this is FMI
14  stating that they would like to have an industry
15  position that we can all adopt.  That's my
16  interpretation of that.
17   Q.  (BY MR. FONTECILLA)  And did Safeway in
18  2000 agree with FMI's vision of adopting an
19  industry position that all retailers would adopt
20  regarding animal welfare?
21   A.  I'm unaware of that agreement.
22   Q.  And further down in this document it
23  says, The benefits of this approach, referring to
24  the industry position that all retailers would
25  adopt, are many and include the following.  Do you

97

1  see that section?
2    A.  Yes.
3    Q.  And then it lists three bullet points
4  under that "benefits of this approach" section.  Do
5  you see that?
6    A.  Yes.
7    Q.  What does Safeway believe are the
8  benefits, if any, of an industrywide approach to
9  animal welfare standards?
10   A.  I can't confirm that that is the view
11  of Safeway.
12   Q.  Does Safeway believe that there are any
13  benefits to an industrywide approach regarding
14  animal welfare programs?
15       MR. MURRAY:  Objection.  That's overly
16  broad.  That's nonspecific.  She can answer it, if
17  she can.
18   A.  I can answer individually.  I wouldn't
19  be able to answer for Safeway.
20   Q.  (BY MR. FONTECILLA)  You've been
21  designated to testify on behalf of the company as
22  to Safeway's internal policies and positions
23  regarding animal welfare issues; correct?
24   A.  Yes.
25   Q.  What is -- how does Safeway feel about

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                    March 19, 2014

26 (Pages 98 to 101)

---

98

1  having an industrywide approach to an animal
2  welfare program?
3      **A.   As far as I'm aware, Safeway doesn't**
4  **have an interest in an industrywide -- I mean,**
5  **they -- I've participated in industrywide**
6  **discussions as we previously -- as I previously**
7  **stated.  But Safeway, as far as I'm aware, has not**
8  **shown any interest in a industrywide animal welfare**
9  **program.**
10     Q.   And for what time period is that?
11     **A.   As far as I'm aware, never.  That's a**
12  **speculation of never.  But as far as my**
13  **involvement, since the establishment of the**
14  **committee, I have not seen any interest as a**
15  **company to be involved with an industrywide animal**
16  **welfare program.**
17     Q.   And prior to your involvement since the
18  establishment of the committee in 2006, did Safeway
19  ever discuss or consider participating in an
20  industrywide animal welfare program related to egg
21  production?
22     **A.   Could you repeat the question, please.**
23     Q.   Sure.  Prior to your involvement in the
24  establishment of the Safeway animal welfare
25  committee in 2006 -- going back to 1999, then --

---

99

1  during that time, did Safeway ever discuss or
2  consider participating in an industrywide animal
3  welfare program related to egg production?
4      **A.   I can speculate that, yes, there was**
5  **discussion.**
6      Q.   And here it says that Jonathan Mayes
7  even attended and --
8      **A.   Correct.**
9      Q.   Other than Mr. Mayes' attendance at
10  this meeting, are you aware of any discussions by
11  Safeway regarding an industrywide approach to
12  animal welfare standards in the egg industry?
13     **A.   No.**
14         **(Exhibit 6 was marked.)**
15     Q.   (BY MR. FONTECILLA)  Ms. Littlefield,
16  I've handed you what's been marked as Exhibit 6.
17  Give you some time to review that document.  This
18  is a confidential document Bates-stamped
19  FMI-001129.
20         Ms. Littlefield, do you recognize this
21  document?
22     **A.   No, it's not in my immediate memory.**
23     Q.   At the top there's -- there's a header
24  information, this appears to be a letter from FMI
25  to certain recipients listed in the fax to and CC

---

100

1  lines at the top; right?
2      **A.   Yes.**
3      Q.   And listed in the recipients are
4  representatives of Safeway; right?
5      **A.   Right.**
6      Q.   Including some of the folks we
7  mentioned earlier:  Craig Bolton, Rich Calhoun,
8  Rory Frank, Tom --
9      **A.   Siwek.**
10     Q.   And Debra Lambert, right?
11     **A.   Yes.**
12     Q.   And the letter is -- the subject is
13  background for July 9th meeting in Chicago.  Do you
14  see that?
15     **A.   Yes.**
16     Q.   And it says, Attached are the
17  background materials for our meeting on July 9,
18  2001, in Chicago.
19         Are you aware of Safeway's
20  participation in an FMI meeting on July 9, 2001?
21     **A.   Not until this point.**
22     Q.   And then the second paragraph says, The
23  purpose of our meeting is to review and comment on
24  the gaps in current producer industry guidelines
25  that have been identified by our third-party animal

---

101

1  welfare experts.  You will help us develop a
2  process to determine the feasibility and potential
3  economic impact at retail of changes to current
4  economic guidelines.
5         Do you see that?
6      **A.   Yes.**
7      Q.   Were you aware that Safeway was helping
8  FMI develop a process to study the feasibility and
9  economic impact at retail change -- retail of
10  changes to current animal welfare guidelines?
11     **A.   No, I was unaware.**
12     Q.   And below that it states that the
13  letter attaches a few documents, and it lists six.
14  Do you see that?
15     **A.   I'm sorry, again, is that on the first**
16  **page?**
17     Q.   On the first page of the letter, it
18  says, Attached are --
19     **A.   Excuse me.  Yes.**
20     Q.   -- six documents; right?  No. 5 says,
21  McDonald's animal welfare guideline principles;
22  right?
23     **A.   Yes.**
24     Q.   And No. 6 says, Burger King's animal
25  handling guidelines; right?

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

27 (Pages 102 to 105)

---

**102**

A. Correct.

Q. Now, if you would flip further in the document using the page numbers at the bottom to page 1139, do you see that this document at the top is titled, McDonald's USA, major actions taken with advice of animal welfare council August of 2000?

A. Yes.

Q. Have you ever seen this document before?

A. It's not in my immediate memory, but I might have seen it on-line potentially.

Q. McDonald's established animal welfare guidelines in or about August of 2000; correct?

A. I'm assuming so, from the date on this document. But I'm -- I know they've worked on that for a long, long time.

Q. And in this document, there's a second section titled, New Laying Hen Policy. Do you see that?

A. Uh-huh.

Q. Under that it says, McDonald's USA will purchase eggs from suppliers who adopt the United Egg Producers Scientific Advisory Committee Recommendations.

Do you see that?

---

**103**

A. Uh-huh.

Q. Are you familiar with the -- what they're referring to when they say United Egg Producers scientific egg producer recommendations?

A. Not specifically, no.

Q. And then below -- and then there it says specifically, and then it lists three bullet points; do you see that?

A. Yes. Uh-huh.

Q. And the first one has to do with a minimum space per bird. Do you see that?

A. Uh-huh.

Q. And then --

MR. MURRAY: You have to say yes or no.

A. Sorry. Yes.

Q. (BY MR. FONTECILLA) And then the second bullet point, the bullet that says, We will not support the withdrawal of food or water to facilitate molting. Do you see that?

A. Yes.

Q. And then the third bullet point says, We will not support the unregulated practice of beak trimming. Do you see that?

A. Yes.

Q. Do you understand these to be animal

---

**104**

welfare standards for the production of eggs?

A. Yes.

Q. And these are the standards that McDonald's was adopting in connection with its purchase of eggs from suppliers; right?

A. Correct.

Q. And they're saying that those are an adoption of the United Egg Producers' scientific advisory committee recommendations; right?

A. Yes.

Q. Does that refresh your recollection as to what the United Egg Producers scientific advisory committee recommendations is referring to?

A. Yes.

Q. What is it referring to?

A. Space for bird, withdrawal of food for -- to facilitate molting, and unregulated practice of beak trimming.

Q. Are those the same topics that are covered by the UEP guidelines that Safeway requires of its egg suppliers?

A. Yes.

Q. How do these -- how do these recommendations listed here differ from the guidelines that Safeway requires of its egg

---

**105**

suppliers?

A. I would say they are absolutely similar. I think the only difference would be the certification of UEP guidelines.

Q. And what do you mean by that?

A. Isn't there a UEP certification which Safeway does not require?

MR. FONTECILLA: I think we're out of tape, so we need to switch tapes.

THE VIDEOGRAPHER: Off the record, end of tape three, at 1:26.

(Recess had from 1:26 p.m. to 1:29 p.m.)

THE VIDEOGRAPHER: We're on the record, start tape four, March 19, 2014, Virginia Littlefield, at 1:29.

Q. (BY MR. FONTECILLA) Ms. Littlefield, we're looking at Exhibit 7, and there are a series of bullet points related to McDonald's actions taken with advice of animal welfare council.

And what -- how do these animal welfare standards listed here compare with the ones that Safeway has required of its egg suppliers between 1999 and 2008?

A. I would say these are the recommended practices that Safeway recommends; that, in

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

28 (Pages 106 to 109)

---

**106**

general, that's the industry standard, which is Safeway policy in the past, present, and I assume in the future, is to follow recommended industry practices.

So I would say that these three requirements are what Safeway refers to as following the UEP guidelines.

Q.  And did the fact that McDonald's adopted animal welfare standards related to the purchase of eggs from its suppliers in or around August of 2000 have any effect on Safeway's decision making related to what it would require of its egg suppliers in terms of animal welfare?

A.  Yes.  I believe McDonald's is one of the front-runners in establishing guidelines for the industry.  And I think indirectly, their requirements for their suppliers would have some influence on Safeway's decision to move forward with such -- identifying such practices.

Q.  Did it encourage Safeway to adopt animal welfare standards?

MR. MURRAY:  Did it?  Who is "it"?

Q.  (BY MR. FONTECILLA)  Did McDonald's adoption of its animal welfare standards in or about August of 2000 encourage Safeway to adopt its

---

**107**

own animal welfare standards with regards to egg suppliers?

A.  I'm speculating.  But, I mean, in Safeway's policy, past, current and future, it's -- we encourage our vendors to use established guidelines in the industry.

So I would say whether the decision was influenced by McDonald's or not, that would be something that would be a speculation, if McDonald's was the influence.  The guidelines themselves, I would think more so.

Q.  You say that Safeway's policy is to encourage the vendors to use the established guidelines in the industry.  Did Safeway ever consider what standards had been used by fast-food chains when determining what would be the industry standard guidelines it would recommend to its egg suppliers?

A.  I'm not sure.

Q.  On the -- if you flip the page to the next page, you'll see this is a press release from Burger King; right?

A.  Yes.

Q.  And it's titled, Burger King corporation announces industry leading food animal

---

**108**

handling guidelines and audits.  Do you see that?

A.  Yes.

Q.  And it's dated June 28, 2001; right?

A.  Yes.

Q.  And in it it says, Burger King Corporation today adopted industry leading guidelines and audits for the humane handling of food animals and petitioned the U.S. Department of Agriculture to fully and actively enforce the Humane Slaughter Act.

Do you see that?

A.  Uh-huh.

MR. MURRAY:  You have to answer yes or no.

A.  Yes.

Q.  (BY MR. FONTECILLA)  And then on the next page, if you flip the page, there's a section titled, Animal Handling During Egg Production.

Do you see that?

A.  Yes.

Q.  And it says, Burger King Corporation will adopt, and in some cases exceed, the United Egg Producers scientific advisory committee's recommended guidelines for laying hens.

Do you see that?

---

**109**

A.  Yes.

Q.  Did the fact that Burger King adopted the United Egg Producers scientific advisory committee's guidelines factor into Safeway's decision as to how it would handle animal welfare standards for its egg suppliers?

A.  Again, I would be speculating, not Burger King, the company itself, would influence Safeway's decision.

Q.  Well, Safeway would consider -- you testified that Safeway wanted to make sure that its -- it was making sure that its egg suppliers were using industry standards; right?

A.  Yes.

Q.  And the way to figure out what an industry standard is using is to see what folks are using in the industry; right?

A.  Correct.

Q.  And so Safeway would look at other retailers, for example; right?

A.  Correct.

Q.  For example, Krogers and Albertsons; right?

A.  Yes.

Q.  And it would also -- you testified that

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                March 19, 2014

29 (Pages 110 to 113)

110

1    Safeway sent you to a CGI conference where both
2    food retailers and fast-food chains wanted to
3    develop an industry standard with regards to animal
4    welfare; right?
5        A.  CFI.
6        Q.  Or CFI.  Excuse me.  So Safeway would
7    also look at what fast-food chains are doing,
8    because they also buy from egg suppliers; right?
9            MR. MURRAY:  Object to the form of the
10   question.  That mischaracterizes the testimony.
11   You can answer if you can.
12       A.  Do I have to answer?
13           MR. MURRAY:  Yes, if you know the
14   answer.
15       A.  I would agree.
16       Q.  (BY MR. FONTECILLA)  And the reason for
17   that is, in part, because some egg suppliers supply
18   eggs to both fast-food chains as well as food
19   retailers; right?
20       A.  Right.
21       Q.  So the eggs are being produced in the
22   same location; right?
23       A.  Right.
24       Q.  And so the egg supplier would have to
25   comply with standards set by its other customers;

111

1    right?
2        A.  Right.
3        Q.  And so Safeway would consider what the
4    food standards of those other customers might be
5    when recommending egg supplier welfare standards to
6    its egg suppliers; right?
7            MR. MURRAY:  Object to the form of the
8    question.  You can answer if you know.
9        A.  I don't know.
10       Q.  (BY MR. FONTECILLA)  If you flip to the
11   second page of this Exhibit 7, please.  There's a
12   meeting scheduled for the July 9th meeting; right?
13       A.  Yes.
14       Q.  And listed among one of the agenda
15   items is comments by McDonald's representatives;
16   right?
17       A.  Yes.
18       Q.  So FMI had invited McDonald's
19   representatives to come and talk about its animal
20   welfare standards in connection with FMI's
21   evaluation of potential animal welfare standards
22   that retailers would adopt?
23       A.  Yes.
24       Q.  And Safeway was invited as we saw --
25           MR. MURRAY:  Are you asking her does

112

1    she know that?  Object to the form of the question.
2        Q.  (BY MR. FONTECILLA)  And on the first
3    page we saw that FMI had invited Safeway to
4    participate in helping to develop those industry
5    standards regarding egg production and other
6    industries?
7        A.  Right.
8        Q.  And if we look at the third page of
9    this Exhibit 7, we'll see FMI's board of proof
10   policy regarding animal welfare, says, Adopted
11   January 14, 2001; right?
12       A.  Yes.
13       Q.  And it says, FMI believes animal
14   welfare issues, including animal husbandry
15   practices and humane processing, are issues of
16   importance to all of its members; right?
17       A.  Yes.
18       Q.  And that would include Safeway; right?
19           MR. FONTECILLA:  Object to the form of
20   the question.
21       A.  Can you rephrase the question?
22       Q.  (BY MR. FONTECILLA)  Sure.  The
23   statement in the first sentence of FMI's animal
24   welfare board of proof policy on this page of
25   Exhibit 7 states that FMI believes animal welfare

113

1    issues are issues of importance to all of its
2    members; right?
3        A.  Yes.
4        Q.  Does Safeway believe animal welfare
5    issues are important?
6        A.  Yes.
7        Q.  And as a result of that it says,
8    Therefore, FMI's board of directors adopts the
9    following industry policy and program components to
10   be shared with our customers and our suppliers in
11   the producer community.
12           Do you see that?
13       A.  Yes.
14       Q.  Safeway was a member of FMI at this
15   time in 2001; right?
16       A.  Yes.
17       Q.  It was also a member of FMI's board of
18   directors; correct?
19       A.  I'm not sure about the board of
20   directors.
21       Q.  Did Safeway ever -- was Safeway
22   involved in the development of FMI's board of proof
23   policy on this page?
24       A.  I'm not sure.
25       Q.  And FMI's board of proof policy on this

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                              March 19, 2014

30 (Pages 114 to 117)

---

**114**

1    page has two sections, a policy section and a
2    program component section; right?
3        **A. Yes.**
4        Q. And under the program component section
5    of its board of proof policy it states, under
6    No. 1, Develop a set of retailer expectations for
7    growers, producers and processors that are modeled
8    best practices for animal husbandry and animal
9    processing.
10        Do you see that?
11        **A. Yes.**
12        Q. Do you understand that to mean that FMI
13    was developing a set of industrywide animal welfare
14    practices for its suppliers?
15        MR. MURRAY: Objection to the form of
16    the question.
17        **A. Can you restate the question?**
18        Q. (BY MR. FONTECILLA) Do you understand
19    what's listed as program component No. 1 of FMI's
20    board of proof policy to mean that FMI was
21    developing a set of retailer industrywide animal
22    welfare standards that were based on best
23    practices?
24        MR. MURRAY: Same objection.
25        **A. I mean, from the document I can see**

---

**115**

1    **that, yes, that was the effort they were setting**
2    **forward with.**
3        Q. (BY MR. FONTECILLA) Right. And we saw
4    earlier up top on this same page that FMI had
5    adopted the industry policy to be shared with its
6    customers and its suppliers; right?
7        **A. Yes.**
8        Q. So FMI wanted to share with the
9    suppliers and the producer community its
10    industrywide retail expectations for animal
11    welfare?
12        MR. MURRAY: Objection to the form of
13    the question. Lack of foundation. She's not here
14    as an FMI witness. You can answer if you know what
15    FMI wanted to do.
16        MR. FONTECILLA: Counsel, please don't
17    instruct the witness on how --
18        MR. MURRAY: I'm telling her she can
19    answer. But your question implied that she would
20    have knowledge of FMI's intent.
21        MR. FONTECILLA: Your objection is
22    noted. I would ask that you keep it to a proper
23    objection.
24        **A. Again, from the document I can read**
25    **that FMI was in the process of developing an**

---

**116**

1    **industrywide animal welfare best practices.**
2        Q. (BY MR. FONTECILLA) And we saw from
3    the first page of Exhibit 7 that FMI had invited
4    Safeway to participate in that development; right?
5        **A. Correct.**
6        Q. And under program components on FMI's
7    board of proof policy, under No. 3, it states,
8    Review the set of expectations with the producer
9    community to ascertain reasonableness, cost,
10    feasibility and realistic timeframes for
11    implementation of verification programs.
12        Do you see that?
13        **A. Yes.**
14        Q. When Safeway -- when Safeway evaluates
15    animal welfare standards or guidelines that it
16    might adopt for its suppliers, does it also work
17    with the suppliers to ascertain reasonableness,
18    cost, feasibility and realistic timeframes for
19    implementing those programs?
20        **A. I'm not aware of discussions of that.**
21    **I think it's an expectation that our vendors will**
22    **follow industry accepted practices.**
23        Q. But does -- here it says that FMI was
24    going to review the industrywide standards it was
25    working to develop with the producer community to

---

**117**

1    talk about reasonableness, cost, feasibility and
2    realistic timeframes for implementing them; right?
3        **A. Right.**
4        Q. So my question is: Does Safeway also
5    do that?
6        MR. MURRAY: Objection. Asked and
7    answered.
8        Q. (BY MR. FONTECILLA) My question is:
9    Does Safeway when it's evaluating animal welfare
10    standards also work with the producer community to
11    talk about reasonableness of the standards?
12        MR. MURRAY: Objection. Asked and
13    answered.
14        **A. Yes.**
15        Q. (BY MR. FONTECILLA) And does Safeway
16    when evaluating animal welfare standards that it
17    wants to recommend to its suppliers also work with
18    the suppliers to discuss cost?
19        **A. I'm assuming so. That would be a**
20    **discussion within the marketing group.**
21        Q. You are on the Safeway animal welfare
22    council; right?
23        **A. Correct.**
24        Q. And we saw earlier in one of the
25    documents that you all -- that the council

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                     March 19, 2014

31 (Pages 118 to 121)

---

**118**

1  discusses animal welfare standards that Safeway is
2  considering?
3      A.  Right.
4      Q.  And as part of those discussions, does
5  the -- does Safeway work with the producers to
6  understand what the cost of the animal welfare
7  standards might be?
8      A.  Yes, we do discuss costs of changes,
9  modifications to facilities, cost -- increased cost
10 of goods.
11     Q.  And why -- go ahead.
12     A.  I'm finished.
13     Q.  And why does Safeway work with its
14 producers to talk about that?
15     A.  So that we can provide an affordable
16 product to our customers.
17     Q.  And does Safeway also work with its
18 producer communities when evaluating animal welfare
19 standards to talk about feasibility?
20     A.  Yes.
21     Q.  And does Safeway when evaluating animal
22 welfare standards also work with its producer
23 community to talk about realistic timeframes for
24 implementing those programs?
25     A.  Yes.

---

**119**

1      Q.  Under program components in this FMI
2  board of proof policy, No. 4 states, Distribute the
3  set of expectations as voluntary recommendations
4  for retail companies to adopt and use in their
5  discussions with current and future suppliers.
6      Do you see that?
7      A.  Yes.
8      Q.  Did Safeway expect FMI to distribute
9  the industrywide standards that it was adopting
10 regarding animal welfare to its suppliers?
11     MR. MURRAY:  Object to the form of the
12 question.  Lack of foundation.
13     A.  Yes.  Could you rephrase the question?
14     Q.  (BY MR. FONTECILLA)  Sure.  Program
15 component No. 4 of FMI's board of proof policy
16 states that it was going to distribute the
17 industrywide retail expectations for retail
18 companies to adopt and use in their discussions
19 with current and future suppliers?
20     MR. MURRAY:  Objection.  Lack of
21 foundation.
22     Q.  (BY MR. FONTECILLA)  That's what it
23 states; right?
24     A.  Yes.
25     Q.  And my question is:  Did Safeway know

---

**120**

1  that FMI wanted to distribute the industrywide
2  standards it was developing with Safeway's help to
3  its current and future suppliers?
4      MR. MURRAY:  Objection to the form of
5  the question.  Lack of foundation.
6      A.  From the list of attendees, I would say
7  Safeway was aware of that.
8      Q.  (BY MR. FONTECILLA)  And on the next
9  page -- on the next two pages, actually, of
10 Exhibit 7, looking at Bates stamps 1132 and 1133,
11 there is a two-page document titled, Work Plan,
12 Animal Welfare Issues Management.
13     Do you see that?
14     A.  Yes.
15     Q.  And this is what's listed on page 1 of
16 Exhibit 7 as attachment No. 3; right?
17     A.  Right.
18     Q.  And here it states that, Between
19 December 1st and January 5th, FMI will establish a
20 schedule of conference call meetings with members
21 advisory group.
22     Do you see that?
23     A.  Yes.
24     Q.  Was -- Safeway was a part of that
25 members advisory group; right?

---

**121**

1      MR. MURRAY:  Objection.  Lack of
2  foundation.
3      A.  I can assume so from the list of
4  attendees.
5      Q.  (BY MR. FONTECILLA)  On the first page
6  of Exhibit 7?
7      A.  Correct.
8      Q.  Because it says, on that first page,
9  You will help us develop a process to determine the
10 feasibility of potential economic impact at retail
11 of changes to current guidelines; right?
12     A.  From the document, yes.
13     Q.  And the second kind of arrow bullet
14 point in the work plan there, says that FMI will
15 undertake informal meetings with the producer
16 community to outline concerns and announce
17 intention to develop a specific policy and program
18 addressing animal welfare issues.
19     Do you see that?
20     A.  Yes.
21     Q.  Do you understand that to mean that FMI
22 notified producers that it was working to develop
23 the policy and programs related to animal welfare?
24     MR. MURRAY:  Object to the form of the
25 question.

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                   March 19, 2014

32 (Pages 122 to 125)

---

122

1       A.  Again, this is a work -- this is a work
2   plan, so I can't assume -- I mean, I -- I couldn't
3   answer that they sent that information out.
4       Q.  (BY MR. FONTECILLA)  Sure.  And maybe
5   it will clear up if I rephrase it this way.
6           You said it was a work plan.  Do you
7   understand the second bullet point to mean that it
8   was FMI's plan to share with the producer committee
9   the specific policy and programs addressing animal
10  welfare that it was developing?
11          MR. MURRAY:  Object to the form of the
12  question.
13      A.  Can we try one more time to restate the
14  question?
15      Q.  (BY MR. FONTECILLA)  Sure.  This is
16  FMI's work plan --
17      A.  Correct.
18      Q.  -- that it was --
19      A.  I understand that.
20      Q.  -- that it was circulating to its --
21  its retail members listed on page 1; right?
22      A.  Correct.
23      Q.  And as one of those bullet points under
24  its work plan, FMI was stating that it would
25  undertake meetings with the producer community;

---

123

1   right?
2       A.  Uh-huh.
3       Q.  That was the plan?
4           MR. MURRAY:  You've got to answer yes
5   or no.
6       A.  Yes.  Sorry.
7       Q.  (BY MR. FONTECILLA)  So those
8   meetings --
9           MR. MURRAY:  Take your time and focus
10  and pay attention.
11      Q.  (BY MR. FONTECILLA)  Those meetings
12  that FMI was planning to have with this producer
13  community, it says were to outline concerns and
14  announce an intention to develop a specific policy
15  and program addressing animal welfare issues.
16  That's what it says; right?
17      A.  Yes.
18      Q.  And do you understand that to mean that
19  FMI was going to notify producers that it was
20  developing a policy and program related to animal
21  welfare?
22          MR. MURRAY:  Object to the form of the
23  question.  Lack of foundation.
24      A.  I understand that as a bullet point on
25  the work plan.

---

124

1       Q.  (BY MR. FONTECILLA)  Did Safeway at
2   this time know that FMI was notifying producers
3   about FMI's plan to develop an industrywide animal
4   welfare program?
5           MR. MURRAY:  Object to the form of the
6   question.  Lack of foundation.
7       A.  I can't answer that.
8       Q.  (BY MR. FONTECILLA)  Why not?
9       A.  I -- I mean, I can see here that
10  Safeway was invited to attend the call, and I can
11  see that this is a work plan; but I don't see that
12  these were completed in any way.  And in my
13  interpretation of the document, it's a plan to
14  proceed.
15      Q.  And my question is just simply:  Is it
16  your understanding that the plan for FMI was to
17  reach out to producers and inform them that FMI --
18      A.  I see that on their plan in the work
19  plan you provided as a document.
20      Q.  Right.  And on the second page of the
21  work plan, this is a section titled, February 1st
22  to February 15th.  Do you see that?
23      A.  Yes.
24      Q.  And the third bullet point under that
25  states that FMI will meet with producer community

---

125

1   and restaurant industry to share policy and program
2   components, secure their commitment and support.
3           Do you see that?
4       A.  Yes.
5       Q.  Did Safeway know that FMI planned to
6   meet with the producer community to share its
7   policy and program components?
8           MR. MURRAY:  Object to the form of the
9   question.  Lack of foundation.
10      A.  Again, I can see that this is a work
11  plan.  And I can see that it was within the plan.
12      Q.  (BY MR. FONTECILLA)  And the plan was
13  sent to Safeway; right?
14      A.  Correct.
15      Q.  So did Safeway know that FMI's plan at
16  this time was to meet with the producer community
17  to share the policy and program components it was
18  developing?
19          MR. MURRAY:  Objection.  Lack of
20  foundation, asked and answered.
21      A.  Again, I -- same situation.  I can see
22  that the attendees were here.  I can see it in the
23  documentation.  But I can't -- I -- I can see it as
24  a work plan.
25      Q.  (BY MR. FONTECILLA)  As Safeway's

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                              March 19, 2014

33 (Pages 126 to 129)

126

1  corporate designee related to its internal
2  discussions related to animal welfare issues, did
3  Safeway know in 2001 that FMI was planning to
4  secure the commitment and support of producers for
5  FMI's planned animal welfare program?
6        MR. MURRAY: Objection. Lack of
7  foundation, asked and answered.
8        A. Can we take -- all right. Yes, I can
9  see that from the document.
10       Q. (BY MR. FONTECILLA) Other than seeing
11  from the document what we've been discussing, do
12  you have any basis to testify about what Safeway
13  was -- what Safeway knew internally in 2001 about
14  what FMI was doing regarding animal welfare issues?
15       A. I'm -- Safeway was aware of what FMI
16  was doing. I'm not sure that Safeway adopted what
17  FMI was doing.
18       Q. Okay. So in the second page -- on
19  page 1133 of Exhibit 7, it states that -- it states
20  form advisory council, hold first meeting.
21       Do you see that?
22       A. Yes.
23       Q. And then under that, it says, Begin
24  development of retailer expectations in conjunction
25  with a committee of members.

127

1        Do you see that?
2        A. Yes.
3        Q. Did UEP ever approach Safeway in 2001
4  about FMI's plan to develop a set of animal welfare
5  policies?
6        A. Possibly.
7        Q. Why do you say that?
8        A. It could be possible that they
9  approached Safeway.
10       Q. I'm asking you as Safeway's corporate
11  designee on behalf of the company, does the
12  company -- is it the company's -- I'm asking you as
13  a corporate designee: Did UEP ever approach
14  Safeway in 2001 about FMI's animal welfare
15  policies?
16       A. Approaching Safeway with something like
17  that would go through our public affairs
18  department.
19       Q. So you don't know whether UEP did or
20  did not approach Safeway in 2001 about FMI's animal
21  welfare policies?
22       MR. MURRAY: You can answer if you
23  know. But again, any communications with outside
24  groups to Safeway about these issues are under
25  Brian Dowling. That's who we've designated as the

128

1  corporate representative. You can answer if you
2  know.
3        A. So I'm unsure.
4        Q. (BY MR. FONTECILLA) On the following
5  page of Exhibit 7, Bates-stamped page 1134 and
6  going through 1137, is a four-page document titled,
7  Animal Welfare Conference Call, Wednesday June 6,
8  2001.
9        Do you see that?
10       A. Yes.
11       Q. Have you seen this document before?
12       A. Not that I'm aware of.
13       Q. And you see that this is the attachment
14  to the letter sent to Safeway on page 1 of
15  Exhibit 7. It's listed as No. 4 of the attachments
16  to the letter sent to Safeway; right?
17       A. Yes.
18       Q. Do you see it has participants listed
19  for this conference call?
20       A. Yes.
21       Q. Do you know who any of the participants
22  on this conference call are?
23       A. Yes.
24       Q. Who do you recognize -- whose names do
25  you recognize on this participants list?

129

1        A. Temple Grandin.
2        Q. And that's because he's on Safeway --
3        A. She.
4        Q. She. Excuse me again. Dr. Grandin is
5  on Safeway's animal welfare council?
6        A. Yes.
7        Q. Do you recognize any of the other names
8  listed here on conference call participants?
9        A. I'm familiar with the name Adelle
10  Douglas.
11       Q. How are you familiar with that name?
12       A. I've heard Dr. Grandin mention her
13  name.
14       Q. Did Safeway know that in 2001, FMI had
15  established an expert review panel regarding animal
16  welfare?
17       MR. MURRAY: Objection. Lack of
18  foundation.
19       A. Could you rephrase the question?
20       Q. (BY MR. FONTECILLA) Sure. In this
21  document that is animal welfare conference call, it
22  has a section titled, Expert Review Panel; right?
23       A. Correct.
24       Q. And under there it lists Adelle
25  Douglas, Gail Goleb, Temple Grandin and Joe

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

34 (Pages 130 to 133)

---

130

Regenstein?

A. Yes.

Q. Do you understand that to mean that those four individuals listed under expert review panel were members of an FMI expert review panel?

A. Yes.

Q. And did Safeway at this time know that FMI was working with these experts?

MR. MURRAY: Objection. Lack of foundation.

A. Yes.

Q. (BY MR. FONTECILLA) And in this -- in this document, it states in that first paragraph that, After introductions, Karen reviewed the role of the expert review panel and FMI's intent to develop a set of retailers' expectations for animal welfare and human handling.

Do you see that?

A. Humane handling; yes.

Q. Humane handling. Excuse me.

Do you understand that to mean that FMI was working with these experts to develop a set of industrywide animal welfare guidelines?

MR. MURRAY: Objection to the form of the question.

---

131

A. Yes.

Q. (BY MR. FONTECILLA) Did Safeway have any involvement in setting up FMI's expert review panel in or about 2001?

A. Not as far as I'm aware.

Q. Was Safeway working with the experts listed under expert review panel in Exhibit 7 in or around 2001?

A. Yes.

Q. Which experts was Safeway working with in 2001?

A. Temple Grandin.

Q. And was Safeway working with Dr. Grandin in 2001 regarding animal welfare standards related to egg suppliers?

A. The focus at that time was on standards for meat animals.

Q. But was -- my question was: Was Safeway working with Dr. Grandin in 2001 regarding animal welfare standards relating to egg suppliers?

MR. MURRAY: Objection. Asked and answered.

A. I'm only aware of the work with the meat protein animals.

Q. (BY MR. FONTECILLA) On the second page

---

132

of this animal welfare conference call attachment, there is some bullet points at the top.

Do you see that?

A. Yes.

Q. And the second bullet states: Cannot count on government for animal welfare. FSIS has minimal impact, and APHIS has no authority on farm.

Do you know what is being referred to by FSIS?

A. Food Safety Inspection Service.

Q. And what is that?

A. That's a USDA branch of the government who inspects processing facilities.

Q. And do you know what's being referred to as APHIS?

A. That's APHIS. And again, not -- I don't immediately remember what all the letters stand for. But it's, again, a branch of the U.S. government that works with animal agriculture.

Q. And then after that, it states, Animal welfare is better controlled by the supplier/buyer relationship.

Do you see that?

A. Yes.

Q. Does Safeway agree with that statement?

---

133

A. No.

Q. Why not?

A. I guess I would say that Safeway, again, expects its suppliers to go by industry standards. So maybe I should rephrase my answer in that Safeway believes that the supplier, if there's clearly defined guidelines within -- in the industry for each species, and that the government may not necessarily need to step in.

Q. And Safeway works with its suppliers to make sure that it -- that the suppliers adopt those industry guidelines; right?

A. We recommend they follow them, yes.

Q. And Safeway does that in its capacity as the supplier's customer; right?

A. Correct.

Q. So does Safeway -- excuse me. After that it states, Following this discussion, FMI asked the expert panel to comment on the current guidelines provided by each specific commodity group.

Do you see that?

A. Yes.

Q. So do you understand that to mean that the expert review panel listed on the prior page,

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                    March 19, 2014

35 (Pages 134 to 137)

---

134

Bates-stamped 1144, was asked to comment on existing animal welfare guidelines related to particular species?

MR. MURRAY: Objection to the form of the question.

A. Could you rephrase the question, please?

Q. (BY MR. FONTECILLA) Sure. Reading that sentence that starts with "following this discussion," is it your understanding that the expert review panel listed on page 1, including Dr. Grandin, was asked to comment on existing animal welfare guidelines?

A. Yes.

Q. And if you go down to the bottom of the page, there's a section titled, Chickens Egg Layers?

A. Yes.

Q. And there are two bullet points on that page. The first one states, three gaps, space, forced molting and disposal.

Do you see that?

A. Yes.

Q. What do you understand that to mean?

A. Space for each chicken or laying hen,

---

135

forced molting that are -- we discussed earlier in the UEP, recommendations; disposal would be removal of dead animals.

Q. Do you understand that the second bullet point where it says cage size of egg layers is a big issue to refer to to meet the space issue on the first bullet point?

A. Yes.

Q. And then if you turn the page, on Bates stamp 1146 of Exhibit 7, the next bullet point says, Recommendation is for minimum 72-square-inches floor space.

Do you see that?

A. Yes.

Q. Do you understand that to mean that the expert -- that FMI's expert review panel, including Dr. Grandin, was recommending a minimum of 72 square inches of floor space?

MR. MURRAY: Objection to the form of the question.

A. Could you reformat the question, please?

Q. (BY MR. FONTECILLA) Sure. It says in that bullet point, page 1146, recommendation is for minimum 72 square inches floor space.

---

136

Do you see that?

A. Yes.

Q. What does that mean?

MR. MURRAY: Objection. Lack of foundation. You can answer if you know.

A. I mean, I interpret that each laying hen, the recommendation is 72 square inches of floor space.

Q. (BY MR. FONTECILLA) So it's referring to the case space issue in the first two bullet points; correct?

A. Correct.

Q. And then the next sentence says, UEP said it would meet this standard in ten years. Not acceptable to expert panel.

Are you aware of what is being referred to by the ten years?

MR. MURRAY: Object to the form of the question.

A. Can you rephrase the question?

Q. (BY MR. FONTECILLA) Sure. The FMI expert review panel that participated in this meeting in 2001 recommended a minimum size for cage space; right?

A. Correct.

---

137

Q. And do you know if the FMI expert review panel met with UEP prior to having this call?

MR. MURRAY: Object to the form of the question.

A. I do not know.

Q. (BY MR. FONTECILLA) Do you know if Safeway had any involvement in developing the FMI expert review panel's recommendation for a minimum-sized cage space?

A. No.

Q. And where it says that UEP would meet the standard recommended by the FMI expert review panel, it said that the ten years that UEP stated would not be acceptable to the expert panel; right?

A. Yes, I can see that from the document.

Q. When animal welfare -- when Safeway recommends a change in the animal welfare standard, does Safeway understand that it may take time to implement a certain standard?

A. Yes.

Q. And does Safeway work with its suppliers to understand what that time frame implementation might be of a change in the standard?

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                March 19, 2014

36 (Pages 138 to 141)

---

**138**

1    A.  Yes.

2    Q.  And with that context, what do you

3  understand it to mean when it says that ten years

4  for meeting a standard is not acceptable to the

5  expert panel?

6        MR. MURRAY:  Object to the form of the

7  question.  Lack of foundation.  You can answer.

8    **A.  Safeway understands that that will take**

9  **time to make changes in -- change current**

10  **practices.  So yes, Safeway understands that it**

11  **takes time to implement changes.**

12    Q.  (BY MR. FONTECILLA)  And when Safeway

13  works with its producers to understand what the

14  time is for implementing a change, do the producers

15  sometimes inform Safeway of what they expect the

16  timeframe to be?

17    A.  Yes.

18    Q.  And does Safeway sometimes disapprove

19  of the length of time that the producers inform

20  Safeway about?

21    **A.  Disapproval is probably a strong word.**

22  **I think Safeway is willing to negotiate those**

23  **timeframes.**

24    Q.  Are there instances Safeway would like

25  to negotiate a timeframe that is sooner than what

---

**139**

1  the producer has informed Safeway about?

2        MR. MURRAY:  Object to the form of the

3  question.  Calls for speculation.  You can answer

4  if you know.

5    **A.  I can answer utilizing an example of**

6  **the cage-free lines of eggs Safeway carries.  We**

7  **had a certain expectation to increase our cage-free**

8  **egg supply within ten years.  We've exceeded that.**

9  **We exceeded that previous to ten years, and we've**

10  **already moved forward from that earlier goal and**

11  **stepped ahead.**

12        **So with that example, I hope I've**

13  **answered that question.**

14    Q.  (BY MR. FONTECILLA)  Has a producer

15  ever recommended or informed Safeway that it would

16  take a certain amount of time to implement an

17  animal welfare standard and then Safeway asked for

18  a shorter amount of time?

19    **A.  I can only speculate.**

20    Q.  So you're not aware of any instances

21  where that's happened?

22    **A.  I can't state a specific example.**

23  **However, with Safeway's commitment to animal**

24  **welfare, I'm sure they encourage vendors to move as**

25  **quickly as they possibly can.**

---

**140**

1    (Exhibit 8 was marked.)

2        MR. FONTECILLA:  Can you do me a favor,

3  tell me what the number on the exhibit is?

4        MR. MURRAY:  No. 7.  Are you going to

5  No. 8?  Keep these in order.  We're going to give

6  them to the reporter when you're done.  She will

7  keep custody.

8    Q.  (BY MR. FONTECILLA)  Ms. Littlefield,

9  I've handed you what's been marked as Exhibit 8.

10    A.  Yes.

11    Q.  Do you recognize this document?

12    A.  Not immediately, no.

13    Q.  This is a confidential document bearing

14  Bates label FMI-001714.  At the top it's titled

15  Global Animal Welfare Challenges Various

16  Perspectives, a Marketplace Perspective.

17        Do you see that?

18    A.  Yes.

19    Q.  And it's authored by the Food Marketing

20  Institute?

21    A.  Yes.

22    Q.  And in footnote 1 it states that the

23  Food Marketing Institute conducts programs and

24  research, education, industry relations and public

25  affairs on behalf of its 2300 member companies.

---

**141**

1        Do you see that?

2    A.  Yes.

3    Q.  Does FMI ever send to Safeway reports

4  about animal welfare practices?

5        MR. MURRAY:  Object to the form of the

6  question.  Lack of foundation.

7    A.  I would speculate that they do.  Excuse

8  me.

9    Q.  (BY MR. FONTECILLA)  Have you ever seen

10  any reports authored by the Food Marketing

11  Institute before?

12    A.  Not to my immediate knowledge.

13    Q.  In the summary section in italics at

14  the top of this document, about halfway in, there's

15  a sentence that starts with, "This paper."  Says,

16  This paper outlines a collaborative process that

17  producers and retailers in the United States are

18  using to enhance the care and welfare of animals in

19  commercial food production.

20        Do you see that?

21    A.  Yes.

22    Q.  Was Safeway aware that -- was Safeway

23  involved in the collaborative process in 2000 to

24  2001 between producers and retailers to enhance the

25  care and welfare of animals in commercial food

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

37 (Pages 142 to 145)

142

production?

MR. MURRAY: Objection to the form of the question.

A. I'm not sure.

Q. (BY MR. FONTECILLA) In the introduction it says, In 2000 animal rights organizations began to demand that individual restaurant chain companies force their suppliers to follow specific animal welfare guidelines developed by activist organizations.

Do you see that?

A. Yes.

Q. Did you know that -- do you agree with that statement factually?

MR. MURRAY: Object to the form of the question.

A. Yeah. Could you restate that, revise the question?

Q. (BY MR. FONTECILLA) Do you have any reason to believe that the first sentence under introduction is inaccurate?

A. Do I have any reason to believe it's inaccurate?

Q. Yeah.

A. Yes.

143

Q. And why is that?

A. I don't believe that animal rights organizations could force restaurant chains to force their suppliers to follow specific animal rights guidelines.

Q. And is that because the restaurant chain companies make -- can make their own decisions about what animal welfare standards they'll apply to their producers?

A. As far as I'm aware, yes.

Q. And is it also the case that these animal rights organizations do not make the decisions for Safeway in terms of what animal welfare practices it adopts with regards to its suppliers?

A. As far as I'm aware, yes.

Q. But the animal rights organizations do undertake efforts to influence retailers animal welfare practices with regards to their suppliers?

A. I would agree.

Q. And then on the second page what's been marked Exhibit 8, the first full paragraph it states, Late in 2000, five of FMI's supermarket company members asked FMI to develop a voluntary policy and program to address animal welfare that

144

the entire supermarket industry could embrace.

Do you see that?

A. Yes.

Q. In footnote 3 it states that Safeway was one of those supermarket company members that asked FMI to develop industrywide animal welfare practices; right?

A. Yes, it states that.

Q. Do you have any reason to believe that that's inaccurate?

A. No.

Q. The second sentence states, The reason that an industry approach would be more efficient, allow the pooling of resources and provide incentive for the supplier community to work with their supermarket customers to develop an animal welfare program.

Do you see that?

A. Yes.

Q. Do you agree with that reasoning for an industry approach?

MR. MURRAY: Object to the form of the question.

A. I could answer if it was specific to Safeway. I can't answer not specific to Safeway.

145

Q. (BY MR. FONTECILLA) Did Safeway at this time in 2000 reason that an industrywide approach to animal welfare would be more efficient?

MR. MURRAY: Object to the form of the question.

A. I have to provide the same answer. It's not specific to Safeway.

Q. (BY MR. FONTECILLA) It says "they"; right?

A. Yes.

Q. And the "they" refers to five of FMI's supermarket members listed in the first sentence; right?

A. Correct.

Q. And one of those is Safeway; right?

A. Correct.

Q. Was Safeway's reasoning in 2000 that an industrywide approach to animal welfare would be more efficient?

MR. MURRAY: Object to the form of the question.

A. I'm unsure.

Q. (BY MR. FONTECILLA) And why is that?

A. That's not our current practice.

Q. But it -- but we're talking about in

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

38 (Pages 146 to 149)

146

1    2000; right?
2        A.  Correct.
3        Q.  So in 2000, Safeway reasoned that an
4    industry approach would be more efficient; right?
5        MR. MURRAY:  Objection.  Asked and
6    answered.
7        Q.  (BY MR. FONTECILLA)  For Safeway.
8        MR. MURRAY:  Objection.  Asked and
9    answered.  You can answer if you know.
10       A.  I don't know.  Could we take a break?
11       MR. FONTECILLA:  Yes.
12       THE VIDEOGRAPHER:  Off the record, end
13   of tape four, at 2:27.
14       (A recess was taken from 2:27 p.m. to
15   2:34 p.m.)
16       THE VIDEOGRAPHER:  We're on the record,
17   start tape five, March 19, 2014, Virginia
18   Littlefield, at 2:34.
19       (Exhibit 9 was marked.)
20       Q.  (BY MR. FONTECILLA)  Ms. Littlefield,
21   I've handed you what's been marked as Exhibit 9.
22   This is a confidential document Bates-stamped
23   FMI-001099.  Have you seen this document before?
24       A.  It's not familiar, no.
25       Q.  This is another FMI letter to various

147

1    retailers dated August 13, 2001; right?
2        A.  Yes.
3        Q.  And listed among the recipients are
4    various Safeway representatives; right?
5        A.  Yes.
6        Q.  Including Brian Dowling; right?
7        A.  Yes.
8        Q.  And the subject line of this letter is
9    Progress Update; right?
10       A.  Yes.
11       Q.  And in the second-to-last paragraph of
12   the letter, it states, The other recommendation was
13   to expand our advisory group.  We are including
14   three additional experts that have been working
15   with the fast-food chains:  Dr. Joy Mench,
16   University of California, Davis; Dr. Janice
17   Swanson, Kansas State University; and Dr. David
18   Frasier, University of British Columbia.  They are
19   well-known and well-respected by our current group
20   of experts.
21       Do you see that?
22       A.  Yes.
23       Q.  Had Safeway worked with those experts
24   before?
25       MR. MURRAY:  Object to the form of the

148

1    question.
2        A.  Yes.  They were members of our animal
3    advisory committee.
4        Q.  (BY MR. FONTECILLA)  But all --
5        A.  No, not all three.
6        MR. MURRAY:  Before this document, the
7    date of this document?  Or any time before today?
8    Objection.  Vague.
9        Q.  (BY MR. FONTECILLA)  When -- and --
10   when did Safeway work with Dr. Joy Mench?
11       A.  I believe our relationship began in
12   2006.
13       Q.  And she was a member of the Safeway
14   animal welfare council?
15       A.  Yes.
16       Q.  And when did Safeway start working with
17   Dr. Janice Swanson?
18       A.  Formally, the same time frame, at our
19   2006 animal welfare committee meeting.
20       Q.  And do you know who Dr. David Frasier
21   is?
22       A.  I do not.
23       Q.  And was Safeway aware -- Safeway
24   received this letter in 2001 informing it that FMI
25   would be working with these experts; right?

149

1        MR. MURRAY:  Object to the form of the
2    question.  Lack of foundation.  Answer if you know.
3        A.  I can see that it was faxed to Brian
4    Dowling and other Safeway employees.
5        Q.  (BY MR. FONTECILLA)  And on the -- in
6    the first paragraph it states, in the second
7    sentence, Attached are the flip chart notes from
8    our meeting.  I have also included a copy of the
9    summary of our conference call with our third-party
10   experts.  You have seen these before.
11       And then after that, the last sentence
12   says, I recently received a letter from Sean
13   Gifford at PETA and that is also attached.
14       Do you see that?
15       A.  I'm sorry, I'm not following you.
16   Could you --
17       Q.  The first paragraph of the letter.
18       A.  Yes.
19       Q.  The last sentence?
20       A.  Yes.
21       Q.  Says that a letter from PETA is
22   attached; right?
23       A.  Yes.
24       Q.  Okay.  So if you could flip to the page
25   Bates-stamped 1106, do you see that this page

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                      March 19, 2014

39 (Pages 150 to 153)

---

150

1   begins a letter from PETA to Karen Brown at the
2   Food Marketing Institute?
3        A.   Yes.
4        Q.   And the letter is dated August 2nd
5   2001?
6        A.   Yes.
7        Q.   And if you go down to the fourth
8   paragraph that starts, "As you know."
9        A.   Yes.
10       Q.   And you -- if go down to the fifth line
11  which starts, "Encompassing," there's a new
12  sentence that starts, "You mentioned." Do you see
13  that?
14       A.   Yes.
15       Q.   You mentioned that the FMI will release
16  its own guidelines by this fall. For the FMI to
17  offer its members meaningful advice on animal
18  welfare, it must leave the current industry
19  standards behind and meet or exceed McDonald's and
20  Burger King's new standards, which include the
21  following. And then it goes on to list various
22  numerical bullet points.
23       Do you see that?
24       A.   Yes.
25       Q.   Was Safeway aware that PETA was

---

151

1   pressuring the Food Marketing Institute to adopt
2   new industry standards regarding animal welfare in
3   or about August of 2001?
4        MR. MURRAY:  Object to the form of the
5   question. Lack of foundation.
6        A.   I mean, I can see that it was shared
7   with them. This document was shared with them. I
8   mean, whether it was received or not, I can't say
9   that.
10       Q.   (BY MR. FONTECILLA)  And then under No.
11  -- on the second page of the PETA letter page
12  Bates-stamped 1107, there's a numerical point
13  No. 2. Do you see that?
14       A.   Yes.
15       Q.   And the fourth -- I'm sorry, the whole
16  thing says, Cease buying eggs from suppliers that
17  give hens less than 75 square inches per space per
18  bird, with the ultimate goal of phasing out battery
19  cages altogether. Currently suppliers cram hens
20  into wire mesh battery cages with about as much
21  space per bird as one half of a sheet of standard
22  paper. This abuse, which has been condemned as
23  cruel by the entire European union, is the modus
24  operandi for America's egg suppliers.
25       Do you see that?

---

152

1        A.   Uh-huh.
2        MR. MURRAY:  You've got to say yes or
3   no.
4        A.   Yes.
5        Q.   (BY MR. FONTECILLA)  Was Safeway aware
6   in or about 2001 that caged -- caged hens were
7   condemned as cruel by the entire European union?
8        MR. MURRAY:  Object to the form of the
9   question.
10       A.   It says that in this PETA reference
11  letter.
12       Q.   (BY MR. FONTECILLA)  But did Safeway
13  internally know that Europe had established
14  policies related to battery cages?
15       A.   Can you restate that, because I'm
16  not -- I am not relating your question to the words
17  there on this paper.
18       Q.   Sure.  Let's leave the document aside.
19  In 2001, did Safeway review what Europe was doing
20  with regards to egg production?
21       A.   I'm not sure.
22       Q.   Are you aware of Safeway reviewing what
23  Europe was doing with regards to egg production
24  animal welfare standards at any time between 1999
25  and 2008?

---

153

1        A.   Can I ask what -- well, I guess I'm
2   confused, because we're not looking at these words
3   anymore.  We're just asking -- okay.  Thank you for
4   the clarification.
5        Q.   Do you want me to rephrase the
6   question?
7        A.   Yes, please.
8        Q.   In -- in 2001, let me rephrase.
9        Are you -- was Safeway aware between
10  1999 and 2008 what Europe's practices were with
11  regards to animal welfare standards for egg
12  producers?
13       A.   I would be speculating, but I assume
14  yes.
15       Q.   Safeway considers what other
16  international regulators and industries are doing
17  with regards to animal welfare standards when it
18  considers animal welfare standards for its
19  suppliers; right?
20       A.   I'm not sure that European standards
21  are necessarily considered.
22       Q.   But Safeway is aware of them?
23       A.   Yes.
24       (Exhibit 10 was marked.)
25       Q.   (BY MR. FONTECILLA)  Ms. Littlefield,

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

40 (Pages 154 to 157)

---

**154**

I've handed you Exhibit 10, which is a highly confidential document Bates-stamped PETA 31.

**A. Yes.**

Q. This is a PETA letter to Mr. Steven Burd at Safeway dated October 17, 2001; right?

**A. Correct.**

Q. What is Mr. Bird's position today at Safeway?

**A. He's retired from Safeway at this point.**

Q. At the time in 2001, he was the CEO of Safeway; correct?

**A. Correct.**

Q. Have you ever seen this document before?

**A. It's not immediately familiar.**

Q. It says, Dear Mr. Burd, one year has passed since PETA first contacted Safeway about improving the lives of animals raised and killed for its stores.

Do you see that?

**A. Yes.**

Q. Did PETA first contact Safeway as early as 2000 regarding Safeway's animal welfare practices?

---

**155**

**A. Again, that contact would have been directed to our public affairs department.**

Q. If you go down to the fourth full paragraph that starts with "the time"; do you see that?

**A. Yes.**

Q. Says, The time for empty promises and public relations rhetoric is over. PETA is preparing for a sustained and focused campaign against Safeway.

Do you see that?

**A. Yes.**

Q. Says, Which will include posters, leaflets, advertisements, a hard-hitting Web site and hundreds of demonstrations in both the U.S. and in Canada?

**A. Yes.**

Q. Are you aware of a campaign by PETA in or around 2001 regarding Safeway's animal welfare practices?

**A. Yes.**

Q. And why did Safeway -- or I'm sorry, why did PETA launch that campaign against Safeway?

MR. MURRAY: Objection to the form of the question.

---

**156**

Q. (BY MR. FONTECILLA) What -- let me rephrase. What is Safeway's understanding of the reason why PETA launched that campaign against Safeway?

**A. PETA was hoping to get Safeway to respond to issues and concerns of their group.**

Q. And what were those issues and concerns specifically with regard to animal welfare standards in -- as applied to egg suppliers?

MR. MURRAY: Objection to the form of the question. Lack of foundation.

**A. I don't recall any specifics to eggs.**

Q. (BY MR. FONTECILLA) So the campaign that is being threatened here in the fourth paragraph of Exhibit 9 was ultimately actually launched by PETA against Safeway; right?

**A. I'm familiar with a Web-based demonstration, I guess.**

Q. In the second -- or third page of this exhibit, there's a page titled, Addendum 1 at the top?

**A. Yes.**

Q. An addendum to the PETA letter. Do you see that?

**A. Uh-huh. Yes.**

---

**157**

Q. The -- it says, The following represent nine of the most extreme areas of animal suffering experienced by animals raised for Safeway.

Do you see that?

**A. Yes.**

Q. And it says we, PETA, are asking Safeway to do the following. And then it lists -- it lists for a few pages certain items; right?

**A. Yes.**

Q. The second item is to cease buying eggs from suppliers that give hens less than 75 square inches of space per bird, with the ultimate goal of phasing out battery cages altogether.

Do you see that?

**A. Yes.**

Q. And then No. 5 says, Stop buying eggs from suppliers that starve and dehydrate hens in order to increase egg production, a process known as forced molting.

Do you see that?

**A. Yes.**

Q. So PETA was asking Safeway to change some of its animal welfare standards regarding egg production in or about August of 2001 when it sent this letter to Mr. Burd; right?

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                        March 19, 2014

41 (Pages 158 to 161)

---

### 158

1      MR. MURRAY: Object to the form of the
2  question.
3      A. I don't know what they are asking.
4  That's PETA's document.
5      Q. (BY MR. FONTECILLA) Are you aware of
6  any requests made by PETA in or about August 2001
7  from Safeway as to its animal welfare practices
8  regarding egg suppliers?
9      A. Again, that contact would go through
10  our public affairs department.
11     Q. So you're not aware of any requests
12  made by PETA in or about August of 2001 from
13  Safeway?
14     A. I could only deduce from this letter.
15     Q. Leaving -- aside from deducing from
16  that letter, are you aware of any requests made by
17  PETA in or about August of 2001 regarding the
18  welfare practices regarding egg production and
19  requests made by PETA to Safeway?
20     A. Not immediately aware.
21     (Exhibit 11 was marked.)
22     Q. (BY MR. FONTECILLA) Ms. Littlefield,
23  I've handed you what's been marked as Exhibit 11.
24  This is a highly confidential document
25  Bates-stamped SFWEGED00030434. Do you recognize

---

### 159

1  this document?
2      A. I'm beginning to. It's not -- it's
3  definitely not in my immediate knowledge.
4      Q. This is an e-mail drafted by you;
5  right?
6      A. Correct.
7      Q. Dated April 7, 2008; right?
8      A. Yes.
9      Q. Sent to Cathy East; right?
10     A. Yes.
11     (Exhibit 12 was marked.)
12     Q. (BY MR. FONTECILLA) Handing you what's
13  been marked as Exhibit 12. Exhibit 12 is a
14  confidential document bearing Bates stamp
15  FMI-001153. Do you recognize this document,
16  Ms. Littlefield?
17     A. No.
18     Q. This is a letter from FMI to, among
19  others, Debra Lambert of Safeway; right?
20     A. Correct.
21     Q. It's dated January 2, 2001; right?
22     A. Yes.
23     Q. And its subject is, update on animal
24  welfare; right?
25     A. Uh-huh.

---

### 160

1      Q. And it says --
2      A. Yes. Sorry.
3      Q. It says on the -- in the first
4  paragraph, We'll be holding four focus group
5  sessions. And then it says, Please let me know
6  ASAP if you would like to have someone from your
7  company observe.
8      Do you see that?
9      A. Yes.
10     Q. Are you aware of anyone from Safeway
11  observing a focus group session organized by FMI?
12     A. I am not aware.
13     Q. If you could flip to the page that's
14  Bates-stamped 1162, and it's the first -- it's the
15  second chart once the pages turn kind of sideways.
16     A. Yes.
17     Q. And this is a page titled, Poultry
18  Welfare Practices Comparisons; do you see that?
19     A. Yes.
20     Q. Have you ever seen this document
21  before?
22     A. Possibly.
23     Q. Why do you say that?
24     A. It seems somewhat familiar to compare
25  different practices. However, I'm not sure that

---

### 161

1  what I'm recalling is this actual document.
2      Q. Does Safeway compare practices
3  regarding animal welfare?
4      A. I think we may have in the past.
5      Q. Has it ever compared the practices with
6  regards to animal welfare standards of egg
7  suppliers?
8      A. It's not in my immediate memory.
9  Potentially.
10     Q. Do you know if Safeway performed a
11  comparison of poultry welfare practices in or about
12  2001?
13     A. No.
14     Q. In looking at this document, there are,
15  along the top of the chart, various welfare
16  practices or programs listed; right?
17     A. Correct.
18     Q. The first one is federal regulations.
19  Do you see that?
20     A. Yes.
21     Q. What do you understand that to mean?
22     A. There are no federal regulations.
23     Q. There are no federal regulations
24  regarding poultry welfare practices?
25     A. Oh, excuse me.

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                        March 19, 2014

42 (Pages 162 to 165)

---

**162**

1    Q.  I'm just asking separate and apart from
2  the document.
3    A.  There are federal regulations for
4  poultry.
5    Q.  And the second one is McDonald's?
6    A.  Yes.
7    Q.  Do you understand that to mean the
8  poultry welfare practices of McDonald's, the
9  fast-food chain?
10   A.  Yes.
11   Q.  And then the third column says United
12 Egg Producers.  Do you see that?
13   A.  Yes.
14   Q.  Do you understand that to mean the
15 poultry welfare practices at this time of the
16 United Egg Producers?
17   A.  Yes.
18   Q.  Animal rights groups, do you understand
19 that to mean the poultry welfare practices that
20 animal rights groups like PETA were asking in or
21 around this time of 2001?
22       MR. MURRAY:  Object to the form of the
23 question.
24   A.  Could you repeat the question?
25   Q.  (BY MR. FONTECILLA)  Sure.  Were animal

---

**163**

1  rights groups asking Safeway to adopt certain
2  poultry welfare practices in or about 2001?
3       MR. MURRAY:  Objection to the form of
4  the question.  What do you mean by animal rights
5  groups?
6    Q.  (BY MR. FONTECILLA)  What do -- what do
7  you understand the phrase -- separate from the
8  document, Ms. Littlefield, what do you understand
9  the phrase "animal rights groups" to mean?
10   A.  I would interpret that as animal
11 activist groups.
12   Q.  And that includes PETA?
13   A.  Correct.
14   Q.  And in or about 2001, were those animal
15 activist groups asking Safeway to change or adopt
16 new poultry welfare practices?
17       MR. MURRAY:  Objection to the form of
18 the question.
19   A.  Let's try one more time.  Could you
20 rephrase the question?
21   Q.  (BY MR. FONTECILLA)  Sure.  In 2001,
22 are you aware of any animal rights or animal
23 activist groups that reached out to Safeway
24 regarding poultry welfare practices?
25   A.  Yes.

---

**164**

1    Q.  Which ones?
2    A.  From the documents you've provided, I
3  can see that PETA was one group that reached out to
4  Safeway.
5    Q.  And looking at the document now, do you
6  understand the column where it says animal rights
7  groups to represent the poultry welfare practices
8  that PETA or other animal rights groups may have
9  requested of retailers like Safeway?
10       MR. MURRAY:  Objection.  It's compound;
11 it's vague.
12   A.  I can see that from the documents
13 before and this document is written that way.
14   Q.  (BY MR. FONTECILLA)  We're just talking
15 about what the document -- what -- how you
16 understand the document so that we can be on the
17 same page talking about --
18   A.  I see that the animal rights groups,
19 poultry welfare practices are listed here.
20   Q.  Right.  And that's the -- well, the
21 fifth column, right, of the table?
22   A.  Correct.
23   Q.  And then the sixth column says,
24 National Chicken Council.  Do you see that?
25   A.  Yes.

---

**165**

1    Q.  What is the National Chicken Council?
2    A.  They are a representative, as far as I
3  understand, for meat birds.
4    Q.  So the National Chicken
5  Council doesn't -- do you know if the National
6  Chicken Council issues poultry welfare practices
7  for egg-laying hens?
8    A.  You know, I'm not sure.  I'm familiar
9  with their meat bird.
10   Q.  And based on your familiarity with
11 their meat bird welfare practices, do you
12 understand this column here to represent the
13 poultry welfare practices of the National Chicken
14 Council in or about 2001?
15       MR. MURRAY:  Objection.  Lack of
16 foundation.
17   A.  I mean, yes, I'm familiar with the
18 National Chicken Council.  These would be
19 considered industry practices.
20   Q.  (BY MR. FONTECILLA)  And in the column
21 after that, there is a heading AVMA?
22   A.  Yes.
23   Q.  What's AVMA?
24   A.  American Veterinary Medical
25 Association.

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

43 (Pages 166 to 169)

---

166

1    Q.  And do they have poultry welfare
2  practices?
3    A.  I'm not familiar.  I see they are
4  listed here on the document.  I'm assuming they
5  would.  Actually, isn't there poultry
6  veterinarians -- forgotten the -- I'm not sure
7  about AVMA.  I believe there's PPVMA
8  recommendations.
9    Q.  That does PPVMA stand for?
10   A.  Maybe I'm not stating the letters
11 correct, but it's Poultry Veterinary Medical
12 Association.
13   Q.  And the last column says National
14 Turkey Federation.  Do you see that?
15   A.  Yes.
16   Q.  Do they have -- what is the National
17 Turkey Federation?
18   A.  They are also an industry trade
19 association for turkeys.
20   Q.  And they also have poultry welfare
21 practices?
22   A.  Correct, for turkeys.
23   Q.  Along the left side of this table,
24 there are different activities listed.  Do you see
25 that?

---

167

1    A.  Yes.
2    Q.  The first one is housing.  The second
3  one is disabled and injured, slaughter, efficacy,
4  de-beaking, human best practices, forced molting
5  and transport.
6    Do you see that?
7    A.  Yes.
8    Q.  Are these all of the activities that
9  are considered when Safeway considers poultry
10 welfare practices?
11   A.  They are some.  I can't answer if they
12 are all.
13   Q.  Can you think of any activities
14 regarding poultry welfare that are not represented
15 in this table?
16   A.  Ammonia levels, ventilation, access to
17 feed and water, hours of light exposure or time of
18 light exposure.
19   Q.  Did Safeway ever consider the poultry
20 welfare practices of different entities such as the
21 ones listed in this table?
22      MR. MURRAY:  Object to the form of the
23 question.  Overly broad.
24   A.  I mean, in review of the poultry
25 practices, I mean, the National Chicken Council

---

168

1  would be an animal welfare -- acceptable animal
2  welfare standard for the chicken production.  And
3  Safeway would recommend the National Turkey
4  Federation.  And then again, the UEP recommendation
5  practices are here.
6    Q.  (BY MR. FONTECILLA)  Earlier you
7  testified that Safeway requires its egg suppliers
8  to comply with the UEP guidelines; right?
9    A.  Right.
10   Q.  Are there any other aspects of
11 Safeway's animal welfare practice or program as it
12 relates to egg suppliers other than compliance with
13 the UEP guidelines?
14   A.  If the cage and cage-free application
15 applies, then, yes.
16   Q.  And strictly as to caged egg-laying
17 hens, are there any other aspects to Safeway's
18 animal welfare program other than requiring its
19 suppliers to comply with UEP guidelines?
20   A.  Not at this time.
21   Q.  And has it ever been at any time
22 Safeway's program since 1999 to include some kind
23 of compliance other than with UEP guidelines?
24      MR. MURRAY:  Same premise as before?
25 Or -- object to the form of the question.  It's

---

169

1  vague.
2    A.  Could you restate the question?
3    Q.  (BY MR. FONTECILLA)  Sure.  Since 1999
4  to 2008, has Safeway's animal welfare program
5  always been exclusively as to caged egg-laying hens
6  based on compliance with the UEP guidelines?
7    A.  Prior to 2006, I would -- Safeway would
8  fire -- or excuse me, follow industry accepted
9  standards.  And then after establishing our animal
10 welfare committee in 2006, I would say yes.
11   Q.  So my question is:  From 1999 to 2008,
12 Safeway's animal welfare program as to caged
13 egg-laying hens was compliance with UEP guidelines
14 and nothing more; right?
15      MR. MURRAY:  Object to the form of the
16 question.  Asked and answered.
17   A.  Again, if the UEP was the standard
18 guidelines for the industry, that would be
19 acceptable for Safeway.
20   Q.  (BY MR. FONTECILLA)  And that was --
21 I'm sorry, cut you off?
22   A.  No.
23   Q.  And that was Safeway's animal welfare
24 as to caged egg-laying hens; right?
25   A.  I mean, really and truly, prior to

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                    March 19, 2014

44 (Pages 170 to 173)

---

### 170

1  2006, Safeway's animal welfare standards weren't
2  really developed.  I mean, we expect our vendors to
3  follow industry accepted common practices, not
4  necessarily would that apply to our animal welfare
5  standards, because we didn't necessarily have
6  those.  I might use an example of the food safety,
7  we expect our vendors to follow food safety
8  industrywide practices.
9      Q.  Focusing specifically on the animal
10  welfare practices of Safeway's egg suppliers,
11  between 1999 and 2006, what was Safeway's policy
12  with regards to compliance by its egg suppliers?
13      A.  I guess could you rephrase the
14  question?
15      Q.  Sure.  Describe to me, what was
16  Safeway's policy for its egg suppliers regarding
17  animal welfare practices between '99 and 2006?
18          MR. MURRAY:  Objection.  You might want
19  to rephrase that.  Or do you mean the whole animal
20  welfare issue?  Not specific to any -- overly
21  broad.
22      Q.  (BY MR. FONTECILLA)  From 1999 to 2006,
23  focusing on that time period, Ms. Littlefield, and
24  specifically as to caged egg-laying hens, what was
25  Safeway's policy with regards to its egg suppliers?

---

### 171

1  Would it let any egg supplier supply it with eggs?
2      A.  I can't answer for certain.
3      Q.  Why not?
4      A.  Decisions are made to supply Safeway
5  eggs based on other things.  And I'll just use, for
6  example, cost --
7      Q.  And how --
8      A.  -- formulation; and I don't necessarily
9  deal with that end of the business.
10      Q.  Sure.  Focusing just on the animal
11  welfare requirements of caged egg-laying hens of
12  Safeway's egg suppliers from 1999 to 2006, would
13  Safeway purchase eggs during that time from a
14  supplier that did not comply with UEP guidelines?
15      A.  I guess I can't answer the question,
16  because that -- I mean, in my interpretation,
17  that's a buying decision.  I'm --
18      Q.  Were there -- let me ask you this:
19  Were there any egg suppliers that Safeway would not
20  buy from between 1999 and 2006 as a result of the
21  caged egg hen practices of that supplier?
22      A.  Not that I'm aware of.
23      Q.  And when did Safeway first start using
24  the UEP guidelines?
25      A.  I mean, I -- formally, in 2006 with the

---

### 172

1  development of our animal welfare committee.
2      Q.  And before 2006, then, Safeway didn't
3  use the UEP guidelines in connection with
4  determining which egg suppliers it could buy from?
5      A.  Before 2006, I'm not sure that that was
6  a requirement.
7      Q.  Okay.  When Safeway was determining its
8  animal welfare program with regards to egg-laying
9  hens, did it consider other animal welfare --
10  excuse me, consider other animal welfare programs
11  other than the UEP guidelines?
12      A.  Not that I'm aware of.
13      Q.  Are you aware that some animal welfare
14  programs require the producer to be 100 percent
15  compliant with the program?
16          MR. MURRAY:  Objection to the form of
17  the question.
18      Q.  (BY MR. FONTECILLA)  Do you understand
19  the question?
20      A.  Could you restate it?  I believe I'm --
21  I do, but I'm -- I want to be...
22      Q.  Are there certain animal welfare
23  programs that require the producer to have all of
24  its production compliant with the animal welfare
25  program?

---

### 173

1      A.  I believe so.  I couldn't list names of
2  that.  I'm vaguely familiar with producers that
3  actually videotape their production practices, but
4  I couldn't comment any further than that.
5      Q.  You're involved in auditing animal
6  welfare programs?
7      A.  Yes.
8      Q.  So in your experience auditing animal
9  welfare programs, have you ever come across a
10  program that will let a producer keep some of its
11  production noncompliant with a program while
12  supplying Safeway with eggs from a portion of its
13  production that is compliant with the program?
14      A.  I believe that's possible.
15      Q.  But not possible, are you aware of any
16  supplier --
17          MR. MURRAY:  Were you done with your
18  answer?  I think you interrupted.  She --
19      Q.  (BY MR. FONTECILLA)  I didn't mean to
20  interrupt.
21      A.  That's fine.  It's possible.
22      Q.  And I'm not asking whether it's
23  possible.  Are you aware of any programs that allow
24  that?
25      A.  Within Safeway?

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                        March 19, 2014

45 (Pages 174 to 177)

---

174

1    Q.   Of programs Safeway uses or programs
2    that Safeway doesn't use?
3         A.   Yes, I believe those type of programs
4    exist.
5         Q.   Okay.  Now, are you aware of programs
6    that don't allow that, that require 100 percent of
7    the producers' production to be compliant with the
8    program?
9         A.   Yes.
10        Q.   And is the UEP program one of those?
11        A.   No.  I'm not sure.
12        Q.   Is it no or that you're not sure?
13        A.   I'm not sure.
14        Q.   And are you familiar with the term the
15   100 percent rule?
16        A.   Vaguely.
17        Q.   And what do you understand it to mean?
18        A.   100 percent have to be in compliance.
19        Q.   And is it your understanding that the
20   UEP guidelines had the 100 percent rule?
21        A.   No, that's not my understanding.
22        Q.   What is your understanding of what the
23   UEP guidelines required in terms of compliance with
24   the program?  Maybe I can ask it a different way if
25   you don't mind.

---

175

1         A.   Yes, please.
2         Q.   You testified earlier that after 2006,
3    Safeway required its egg suppliers to be compliant
4    with the UEP guidelines; right?
5         A.   I think recommended.
6         Q.   Would Safeway after 2006 purchase eggs
7    from an egg supplier who produced eggs from caged
8    egg-laying hens that didn't comply with the UEP
9    guidelines?
10        A.   Not that I'm aware of.
11        Q.   You wouldn't allow that; right?
12        A.   No.
13        Q.   So after 2006, would Safeway ever
14   purchase from an egg supplier who had some of its
15   production compliant with the UEP guidelines but
16   some of its egg production was not?
17        A.   In the caged situation only?
18        Q.   That's correct.
19        A.   Not that I'm aware of.
20        Q.   Did Safeway at any time between 1999
21   and 2008 consider adopting an animal welfare
22   program as to caged egg-laying hens that did allow
23   some parts of the egg supplier's production to be
24   noncompliant with UEP guidelines?
25             MR. MURRAY:  Object to the form of the

---

176

1    question.
2         A.   I'm only familiar with caged production
3    versus cage-free production.  I don't foresee that
4    Safeway would allow eggs to be purchased without
5    meeting the UEP.
6         Q.   (BY MR. FONTECILLA)  Right.  Because
7    that would mean that some of the eggs that Safeway
8    was buying could have been potentially produced in
9    a situation that wasn't compliant with the
10   guidelines; right?
11             MR. MURRAY:  Objection.  Calls for
12   speculation.
13        A.   Right.  I --
14        Q.   (BY MR. FONTECILLA)  If Safe -- if
15   Safeway bought eggs from an egg supplier that was
16   non-UEP compliant, would that ever have happened?
17        A.   Not to my knowledge.
18        Q.   That's because the eggs produced
19   wouldn't have been produced compliant with industry
20   best practices?
21        A.   Unless it was under an organic standard
22   or something like that.  I -- I ...
23        Q.   Has anyone approached the -- Safeway
24   and offered to supply Safeway with eggs that were
25   not -- that were produced not in compliance with

---

177

1    the UEP guidelines?
2             MR. MURRAY:  Objection.  Beyond the
3    scope of this witness's knowledge.
4         A.   I have no idea.
5         Q.   (BY MR. FONTECILLA)  Has the
6    committee -- the animal welfare council of Safeway,
7    ever been made aware of any request to supply
8    Safeway with eggs that were non-UEP compliant
9    specifically as to caged egg-laying hens?
10        A.   Not that I'm aware of.
11        Q.   Are you familiar with the term
12   "backfilling"?
13        A.   Yes.
14        Q.   What do you understand that term to
15   mean?
16        A.   That's when you replace hens as they
17   die during a production cycle.
18        Q.   Is it fair to say that someone familiar
19   with animal welfare practices in the egg production
20   industry would be aware of the term "backfilling"?
21             MR. MURRAY:  Objection.  Calls for
22   speculation.
23        A.   Yeah.  I can't answer that.
24        Q.   (BY MR. FONTECILLA)  Would you ever --
25   would the Safeway animal welfare council ever

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.

March 19, 2014

46 (Pages 178 to 181)

---

178

1  solicit the services of an expert who didn't know
2  what backfilling was?
3  MR. MURRAY: Objection. Calls for
4  speculation.
5  A. Yeah, I have no idea. I have no idea.
6  Q. (BY MR. FONTECILLA) Testifying as
7  Safeway's corporate designee on internal animal
8  welfare issues, did -- when did Safeway first
9  become aware of backfilling?
10  MR. MURRAY: Objection.
11  MR. FONTECILLA: What's your objection,
12  Counsel?
13  MR. MURRAY: When did the company as a
14  whole become aware of it --
15  A. I don't know.
16  MR. MURRAY: -- answer that --
17  A. I don't know that anybody within
18  Safeway beside myself and maybe Heather Thornsley
19  could answer what backfilling means.
20  Q. (BY MR. FONTECILLA) So you're the
21  person best suited to answer the question?
22  MR. MURRAY: Objection. Again, calls
23  for speculation.
24  A. Yeah, I would have to say that very,
25  very few and I'm one aware -- I'm not aware of

---

179

1  many, unless they were given the definition of
2  backfilling could answer.
3  Q. (BY MR. FONTECILLA) And how do you --
4  how are you familiar personally with the term
5  "backfilling"?
6  A. From my education and experience.
7  Q. And would you expect the experts that
8  we saw in the list of FMI expert review panel
9  experts to be familiar with the term of
10  "backfilling"?
11  MR. MURRAY: Objection. Calls for
12  speculation.
13  A. I can't speak for the members of the
14  committee.
15  Q. (BY MR. FONTECILLA) Would you be
16  surprised if you learn that Dr. Grandin didn't know
17  what backfilling was?
18  MR. MURRAY: Objection to the form of
19  the question.
20  A. Yeah, maybe rephrase the question.
21  Q. (BY MR. FONTECILLA) Did Safeway
22  internally ever discuss the practice of
23  backfilling?
24  A. Not to my knowledge.
25  Q. What did Safeway view as the benefits

---

180

1  to UEP guidelines?
2  A. I think primarily that it's available,
3  it's available to all egg producers as an industry
4  program.
5  Q. Did Safeway view it as -- did Safeway
6  view as a benefit of the UEP guidelines the fact
7  that it would require uniform level of treatment of
8  all caged egg-laying hens?
9  MR. MURRAY: Object to the form of the
10  question.
11  A. I would say yes.
12  Q. (BY MR. FONTECILLA) And did Safeway
13  view a benefit of the UEP guidelines to be that the
14  UEP guidelines were effective?
15  MR. MURRAY: Object to the form of the
16  question.
17  A. Could you rephrase the question?
18  Q. (BY MR. FONTECILLA) Sure. Did Safeway
19  view one of the benefits of the UEP guidelines to
20  be that they were effective in requiring the UEP
21  egg suppliers to be compliant with the guidelines?
22  MR. MURRAY: Object to the form of the
23  question.
24  A. It would be an assumption that they
25  were effective.

---

181

1  Q. (BY MR. FONTECILLA) In your personal
2  experience auditing animal welfare programs, have
3  you ever come across a set of animal welfare
4  practices that are ineffective?
5  MR. MURRAY: Objection. Vague.
6  Q. (BY MR. FONTECILLA) In your opinion?
7  A. Not in my immediate knowledge.
8  Q. Did Safeway view one of the benefits of
9  the UEP guidelines to be that they were based on
10  scientific-based recommendations?
11  A. I'm sorry, could you repeat the
12  question?
13  Q. Sure. Was one of the benefits of the
14  UEP guidelines in Safeway's view that the
15  guidelines were based on scientific
16  recommendations?
17  A. Yes.
18  Q. And did Safeway view one of the
19  benefits of the UEP guidelines to be that they were
20  consistent with Safeway's scientific research?
21  MR. MURRAY: Objection to the form of
22  the question.
23  A. Safeway doesn't conduct scientific
24  research within that area.
25  Q. (BY MR. FONTECILLA) Did Safeway view

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                    March 19, 2014

47 (Pages 182 to 185)

---

182

1     one of the benefits of the UEP guidelines to be
2     that it was consistent with the recommendations of
3     the Safeway animal welfare council?
4     **A. Yes.**
5     Q. And did Safeway view one of the
6     benefits of the UEP guidelines to be that the
7     experts that are on UEP's scientific advisory
8     committee are some of the same experts that Safeway
9     consults?
10     MR. MURRAY: Object to the form the
11     question.
12     **A. Could you rephrase that, please?**
13     Q. (BY MR. FONTECILLA) Sure. Are you
14     aware that some of the members that Safeway
15     consults in connection with its animal welfare
16     council are some of the same members that were on
17     UEP's scientific advisory committee?
18     MR. MURRAY: Objection as to time.
19     **A. I know that our animal welfare**
20     **committee members represent our -- represent**
21     **definitely other entities on their scientific**
22     **committee members.**
23     Q. (BY MR. FONTECILLA) In fact, you
24     testified earlier that a couple of the animal
25     welfare -- former animal welfare council members

---

183

1     had left because they had overcommitted to too many
2     other engagements?
3     **A. Correct.**
4     Q. Some of those engagements were
5     participation in UEP's scientific advisory
6     committee; right?
7     MR. MURRAY: Objection.
8     **A. I can't list what all they are involved**
9     **with, no.**
10     Q. (BY MR. FONTECILLA) Were any of the
11     former or active members of Safeway's Animal
12     Welfare Council also ever involved in setting or
13     revising the UEP guidelines?
14     **A. Yes, I believe so.**
15     Q. Which ones?
16     **A. I believe Joy Mench participated, and**
17     **I'm not positive about the others.**
18     Q. Did Safeway view as one of the benefits
19     of the UEP guidelines to be that at least one of
20     the experts involved in the preparation of UEP
21     guidelines to have also consulted Safeway's animal
22     welfare council?
23     MR. MURRAY: Object to the form of the
24     question.
25     **A. I believe that would be a**

---

184

1     **consideration, yes.**
2     Q. (BY MR. FONTECILLA) And did Safeway
3     view as one of the benefits of the UEP guidelines
4     the fact that UEP allowed FMI and its members to
5     provide input to the guidelines?
6     MR. MURRAY: Object to the form of the
7     question.
8     **A. Yeah, I would be speculating.**
9     Q. (BY MR. FONTECILLA) Okay. Turning
10     back to Exhibit 12, the chart that we were looking
11     at, that table.
12     **A. Yes.**
13     Q. Did Safeway view any benefits to the
14     UEP guidelines relative to the other guidelines
15     that we discussed and that were listed on this
16     chart?
17     MR. MURRAY: Object to the form of the
18     question. It's overly broad, virtually impossible
19     to answer.
20     **A. I can't answer that.**
21     Q. (BY MR. FONTECILLA) Did Safeway ever
22     compare the UEP guidelines to any other poultry
23     welfare practice?
24     **A. Could you rephrase the question,**
25     **because you referred to eggs and then you referred**

---

185

1     to poultry.
2     Q. Did Safeway ever compare the UEP
3     guidelines to any other animal welfare guidelines
4     that would apply to egg suppliers?
5     **A. Not to my knowledge.**
6     MR. FONTECILLA: We're out of tape, so
7     we can go off the record.
8     THE VIDEOGRAPHER: Off the record, end
9     of tape five, at 3:31.
10     (A recess was had from 3:31 p.m. to
11     3:37 p.m.)
12     THE VIDEOGRAPHER: We're on the record,
13     start tape six, March 19, 2014, Virginia
14     Littlefield, at 3:40.
15     (Exhibit 13 was marked.)
16     Q. (BY MR. FONTECILLA) Ms. Littlefield,
17     I've handed you what's been marked as Deposition
18     Exhibit 13. This is a highly confidential document
19     Bates-stamped SFWEGED00041304. Do you recognize
20     this document, Ms. Littlefield?
21     **A. As I read it, it's refreshing my**
22     **memory, but...**
23     Q. So this is an e-mail chain and -- that
24     you were involved in; right?
25     **A. Yes, I see I'm on there.**

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

48 (Pages 186 to 189)

---

186

1    Q.   And then at the bottom of the first
2  page --
3    A.   Oh, excuse me, I didn't realize it was
4  two-sided.
5    Q.   Once you've had a chance to review it,
6  Ms. Littlefield. Have you had a chance to review
7  it?
8    A.   Yes.
9    Q.   So this is an e-mail chain and it
10 starts on the second page at the bottom with an
11 e-mail from Chris Phelan --
12   A.   Yes.
13   Q.   -- on Monday, March 31, 2008?
14   A.   Yes.
15   Q.   And, I'm sorry, this is actually -- I
16 read the Bates number wrong. This is a highly
17 confidential document Bates-stamped SFWEG0001807.
18 And do you know who Chris Phelan is?
19   A.   His name is familiar.
20   Q.   And he sends you an e-mail on March 31,
21 2008, about not carrying cage-free; correct?
22   A.   March.
23   Q.   The first e-mail, working backwards,
24 first in time. Do you see that?
25   A.   Yes.

---

187

1    Q.   Do you recall having this exchange?
2    A.   Yes.
3    Q.   What was this e-mail chain about? Why
4  was Chris Phelan reaching out to you?
5    A.   In the beginning of the e-mail
6  March 31st, I see that Sally Robinson is copied.
7  And Sally -- Sally is a person in our company that
8  deals with product codes, and she's familiar with
9  all of the codes of products that we carry. And
10 she was copied here.
11        I think the inquiry originally came
12 from potentially one of our animal welfare meetings
13 or phone calls or something like that. And we were
14 moving forward with the cage-free discussion for
15 our shell eggs. And so I believe maybe I was asked
16 to see if we carried liquid cage-free eggs. And
17 honestly, Chris asked me why.
18   Q.   So let's take it from the bottom of the
19 second page. So Chris responds to your inquiry and
20 he says, We do not carry a cage-free liquid egg?
21   A.   No.
22   Q.   Safeway does -- so Safeway does not
23 carry a cage-free liquid egg?
24   A.   Right.
25   Q.   And then in the next e-mail, you know,

---

188

1  you --
2    A.   In June.
3    Q.   -- respond to him in June of 2008. And
4  it says, Is there any way you could provide a list
5  of the cage-free egg vendors we use in all
6  divisions of Safeway?
7        Why were you asking Chris for a list of
8  cage-free egg vendors?
9    A.   We were -- and I -- timeline wise, I
10 probably won't be able to answer. But at one
11 point, we were working to see -- to provide a
12 third-party validation audit for cage-free eggs, we
13 were working with Validus, which is a third-party
14 company and they were going to help us develop an
15 audit how we could verify that, yes indeed, these
16 eggs came from cage-free hens and these cage --
17 these eggs did not.
18        And so we were trying to develop -- if
19 my memory is serving me correctly, were trying to
20 develop or at least view on how that auditing
21 program could work. And so I was -- I had asked
22 him for all the cage-free vendors so we could
23 statistically develop an auditing plan for that
24 program.
25   Q.   And then in the -- on the first page of

---

189

1  this Exhibit 13, at the bottom there's an e-mail
2  back from you on June 6, 2008; right?
3    A.   Uh-huh.
4    Q.   And you say that, Safeway has stated
5  that we would increase the amount of cage-free eggs
6  purchased from 3 percent to 6 percent over the next
7  two years; correct?
8    A.   Correct.
9    Q.   How did Safeway plan to do that?
10   A.   Honestly, I can't answer that.
11   Q.   Okay.
12   A.   If you can see here, it says, Once we
13 released this information, we were asked to
14 validate that statement to third-party audits. So
15 I'm not really -- I think -- I'm not really sure if
16 we had a plan.
17   Q.   And to the extent Safeway did have a
18 plan, did it involve encouraging its suppliers to
19 increase its cage-free egg production?
20   A.   Yes.
21   Q.   And as part of that, Safeway would
22 undertake audits to check on the suppliers and see
23 how far along they were coming; right?
24   A.   I think that audits that I was just
25 recently referring to were audits to verify that

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.

March 19, 2014

49 (Pages 190 to 193)

---

**190**

1  they were actually coming from cage-free hens or
2  caged hens.
3  (Exhibit 14 was marked.)
4  Q. (BY MR. FONTECILLA) Okay. Handing you
5  what's been marked as Exhibit 14. This is a highly
6  confidential document Bates-stamped
7  SFWEGED00041304. This is an e-mail chain between
8  you, Brian Dowling, Cathy East and Jim Sheeran
9  around early February 2008; right?
10  A. Correct.
11  Q. Do you recall this e-mail exchange?
12  A. Vaguely as I read through it I'm --
13  Q. Earlier you testified that one of the
14  tactics that PETA would take is to participate in
15  the shareholder meetings by obtaining a shareholder
16  position in Safeway; correct?
17  A. Yes.
18  Q. And as you see in the bottom e-mail of
19  the first page of this Exhibit 14, in the e-mail
20  from Brian Dowling titled, Animal Welfare Policies,
21  he says, Jim and I talked on Friday about the fact
22  that both PETA and the Humane Society have verbally
23  pledged to withdraw their shareholder proposals on
24  the basis of the following Safeway policy
25  statements.

---

**191**

1  Do you see that?
2  A. Uh-huh. Yes.
3  Q. At this time, in February 4, 2008, PETA
4  and the Humane Society had introduced shareholder
5  proposals regarding Safeway's animal welfare
6  policies; right?
7  A. I'm sorry, could you restate that?
8  Q. Yeah. In February 2008, PETA and the
9  Humane Society had introduced shareholder proposals
10  to try to change Safeway's animal welfare policies;
11  right?
12  A. Yes.
13  Q. And Brian is saying that they are going
14  to withdraw their proposals on the basis of a
15  policy statement that he has included further in
16  the e-mail; right? Let me ask the question a
17  different way.
18  If Brian -- if Safeway issued the
19  policy statement, PETA was agreeing to withdraw
20  their shareholder proposal; right?
21  A. Yes, I believe.
22  Q. So was the Humane Society; right?
23  A. Right. Yes, I believe so.
24  Q. And the policy statement that Safeway
25  would have to issue in order to get them to

---

**192**

1  withdraw their shareholder proposal included a part
2  about cage-free eggs; right?
3  A. Correct.
4  Q. And that part is found on page 2 of
5  Exhibit 14; right, at the bottom?
6  A. Correct.
7  Q. And it says, As part of its overall
8  commitment to animal welfare, Safeway has
9  undertaken an initiative to significantly increase
10  the quantity of cage-free eggs it makes available
11  to its customers.
12  Do you see that?
13  A. Yes.
14  Q. The policy statement -- was the policy
15  statement that Safeway issued an accurate
16  representation of Safeway's policy as to what it
17  intended to do with regards to cage-free eggs? Did
18  Safeway intend to do what it said in its policy?
19  A. Of course.
20  Q. It issued the policy because PETA had
21  applied some pressure for Safeway to adopt such
22  policy; right?
23  MR. MURRAY: Object to the form of the
24  question. Calls for speculation.
25  A. Yeah, I can't answer that. I mean...

---

**193**

1  Q. (BY MR. FONTECILLA) Well, you were
2  involved in these discussions; right?
3  A. Yes.
4  Q. And in the e-mail that was sent to you,
5  Brian says that PETA is going to withdraw their
6  proposal if Safeway issues the policy; right?
7  A. Correct. My involvement sometimes is
8  as a reference and not necessarily a decision
9  maker. And so yes, I was -- involved in the
10  discussion but potentially not in the decision for
11  certain verbiage in the statement, if that's ...
12  Q. But the policy was ultimately issued by
13  Safeway; right?
14  A. Correct.
15  Q. Are you aware of any other instances
16  when Safeway issued a policy as a result of a
17  shareholder proposal introduced by PETA or the
18  Humane Society?
19  MR. MURRAY: Object to the form of the
20  question.
21  A. Of these three issues as stated in
22  this.
23  Q. (BY MR. FONTECILLA) Are you aware of
24  any other instances where Safeway's issued a policy
25  about its caged egg-laying hen animal welfare

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

50 (Pages 194 to 197)

---

**194**

1  practices in response to a shareholder proposal
2  introduced by PETA?
3           MR. MURRAY: Object to the form of the
4  question.
5       A.  Not to my knowledge.
6           (Exhibit 15 was marked.)
7       Q.  (BY MR. FONTECILLA) Okay. Handed you
8  what's been marked as Exhibit 15. This is a highly
9  confidential document Bates-stamped PETA 20. Have
10 you seen this document before, Ms. Littlefield?
11      A.  I don't recognize it.
12      Q.  It appears to be a letter to Brian
13 Dowling at Safeway; right?
14      A.  Correct.
15      Q.  And on the second page, it appears to
16 be from Bruce Friedrich, senior campaign
17 coordinator, and it copies Steven Burd of Safeway,
18 Karen Brown of FMI, Dr. Steven Gross, Dr. Temple
19 Grandin and Terrie Dort; do you see that?
20      A.  Yes.
21      Q.  And in this letter, the first paragraph
22 states, We must admit that we've been surprised by
23 your comments to the media since PETA launched our
24 campaign against Safeway last week.
25           Do you recall PETA launching the

---

**195**

1  Shameway campaign against Safeway at the beginning
2  of February 2002?
3       A.  I remember the Shameway campaign. I
4  couldn't say that I remember it in March of 2002.
5       Q.  And what was the Shameway campaign?
6       A.  That we weren't responding to the
7  requests of PETA and that -- that's about all the
8  details I can recall.
9       Q.  And one of the PETA requests related to
10 the animal welfare standards that would apply to
11 egg suppliers to Safeway; right?
12      A.  Yes, I believe so.
13      Q.  And later on in this letter, about
14 halfway down, a paragraph that starts, "Your long";
15 do you see that? "Your long relationship"?
16      A.  I'm sorry, again, where is it located?
17      Q.  Halfway down the first page of
18 Exhibit 15, "Your long relationship," kind of stuck
19 between two bullet points.
20           MR. MURRAY: How many paragraphs down?
21           (Exhibit 16 was marked.)
22      Q.  (BY MR. FONTECILLA) If you could set
23 that aside for a second. I will hand you
24 Exhibit 16, which is a highly confidential document
25 bearing Bates label PETA 20. And my apologies,

---

**196**

1  Ms. Littlefield, this is the document I was
2  referring to that's a letter from Brian Dowling on
3  February -- or letter to Brian Dowling on
4  February 13, 2002; correct?
5       A.  Yes.
6       Q.  And about halfway down this letter,
7  there's a paragraph that says, "Your long
8  relationship"?
9       A.  Correct.
10           MR. MURRAY: Let her look at it,
11 because it's both sided.
12      Q.  (BY MR. FONTECILLA) Do you see the
13 paragraph that says --
14           MR. MURRAY: Wants to see it.
15      Q.  (BY MR. FONTECILLA) Let me know when
16 you're done, Ms. Littlefield. Do you see that
17 paragraph that I was referring to, Ms. Littlefield,
18 "Your long relationship" one?
19      A.  Yes.
20      Q.  Says, Your long relationship with your
21 suppliers is all the more reason for you to use
22 that relationship to decrease animal abuse. Your
23 suppliers don't want to lose your business. You
24 have the power.
25           Do you see that?

---

**197**

1       A.  Yes.
2       Q.  Is that how Safeway feels about its
3  ability to influence its suppliers with regard to
4  animal welfare practices it wants to see?
5           MR. MURRAY: Object to the form of the
6  question.
7       A.  As far as I'm aware, no. Restate the
8  question. Could you restate the question again?
9  I'm sorry.
10      Q.  (BY MR. FONTECILLA) Does Safeway feel
11 that it has an ability to influence its suppliers
12 to adopt humane animal welfare practices because
13 the suppliers might not want to lose Safeway's
14 business?
15           MR. MURRAY: Object to the form of the
16 question.
17      A.  And that would be speculation. I'm
18 referring back to the statement, do you have the
19 power, I don't believe -- yeah, I -- I would be
20 speculating.
21      Q.  (BY MR. FONTECILLA) Let's set aside
22 that statement, and just in your work on the animal
23 welfare council, does the council feel when it's
24 working with suppliers to get them to adopt animal
25 welfare standards, that Safeway has some power to

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

51 (Pages 198 to 201)

---

198

1  influence what they do because those suppliers
2  don't want to lose Safeway's business?
3      **A.  That would be speculating to answer**
4  **that.**
5      Q.  Well, you're on the council; right?
6      **A.  Correct.**
7      Q.  And I'm just asking how the council
8  envisions its power with regards to getting
9  suppliers to adopt animal welfare standards that
10 Safeway asks of the suppliers.
11     **A.  The committees?  I'm sorry.  I just am**
12 **not registering the question.**
13     Q.  Sure.  Does Safeway feel it has any
14 influence in asking of its suppliers to adopt
15 animal welfare practices?
16     **A.  I mean, I think it can make**
17 **recommendations.**
18     Q.  When it makes recommendations,
19 suppliers work with Safeway to try to adopt those
20 recommendations to the best of their ability;
21 right?
22     **A.  Yes.**
23     Q.  And part of the reason they do that is
24 because they don't want to lose Safeway's business;
25 they want to try not it lose Safeway's business?

---

199

1      **A.  I couldn't --**
2      MR. MURRAY:  Object to --
3      **A.  -- answer --**
4      MR. MURRAY:  -- the form of the
5  question.
6      **A.  -- for the vendor.  I don't know why --**
7  **I can't answer for the vendor.**
8      Q.  (BY MR. FONTECILLA)  What is -- what is
9  Safeway's understanding of the reasons why
10 suppliers try to adopt the recommendations of
11 Safeway regarding animal welfare practices?
12     MR. MURRAY:  Same objection.  Calls for
13 speculation.
14     **A.  I would be speculating of that.**
15     (Exhibit 17 was marked.)
16     Q.  (BY MR. FONTECILLA)  Handing you what's
17 been marked as Exhibit 17, Ms. Littlefield.  This
18 is a printout from an article in Feedstuffs.  Do
19 you see that?  It's a confidential document
20 Bates-stamped UE0206284.  I'm sorry, my question,
21 Ms. Littlefield, was:  This appears to be a
22 printout of an article from Feedstuffs; right?
23     **A.  Yes.**
24     Q.  And Feedstuffs is a news publication
25 for the agricultural business; correct?

---

200

1      **A.  Correct.**
2      Q.  And the date at the top of this article
3  is January 26, 2004?
4      **A.  Yes.**
5      Q.  Have you ever read this article before?
6      **A.  Not that I recall.**
7      Q.  Do you know who the author, Dr. Jeffrey
8  Armstrong, is?
9      **A.  I do not.**
10     Q.  If you look in the second column on the
11 first page, the second full paragraph that starts,
12 "The scientific community."
13     **A.  Yes.**
14     Q.  Says, The scientific community can
15 assist by developing science-based guidelines that
16 will stand up to the scrutiny of the marketplace,
17 the public at large, and our public policymakers.
18     It goes on to say, Guidelines should be
19 developed by a multidisciplinary group of
20 scientists with an emphasis based on welfare, but
21 inclusive of economic factors and environmental
22 food safety and public concerns.
23     Do you see that?
24     **A.  Yes.**
25     Q.  Is Safeway's animal welfare council's

---

201

1  approach to animal welfare consistent with this
2  statement?
3      MR. MURRAY:  Object to the form of the
4  question.
5      **A.  I'm sorry, let me read the paragraph**
6  **again to myself.  Yes, that sounds like a**
7  **similar point of view, if you will.**
8      Q.  (BY MR. FONTECILLA)  And on the second
9  page of that document, in the very bottom of the
10 first column, there's a sentence three lines up
11 that starts with "it."  It says, It is very
12 important to base guidelines on science but not be
13 oblivious of the socioeconomic, ecological and
14 environmental issues.  Producers and agricultural
15 leaders need to be at the table?
16     **A.  Yes.**
17     Q.  Is Safeway's animal welfare council's
18 approach to animal welfare issues consistent with
19 that statement?
20     **A.  Yes.**
21     (Exhibit 18 was marked.)
22     Q.  (BY MR. FONTECILLA)  Handing you what's
23 been marked as Exhibit 18, Ms. Littlefield.  Do you
24 recognize this document?  This is a confidential
25 document Bates-stamped FMI-000211.

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

52 (Pages 202 to 205)

---

202

1    A.  It's not familiar.
2    Q.  Do you know -- I'm sorry?
3    A.  It's not familiar.
4    Q.  Do you know who Paul Bernish is, the
5  name at the top?
6    A.  No.
7    Q.  If you go to the page Bates-stamped
8  214 -- and I'm sorry, the first page, this is dated
9  December 12, 2000; do you see that?
10   A.  Yes.
11   Q.  So at the page stamped 214 at the very
12 bottom, that there's a section called "Eggs";
13 right?
14   A.  Yes.
15   Q.  Underneath it says, United Egg
16 Producers recently developed what it described as a
17 science-based animal handling policy that it claims
18 will dramatically change the way eggs are produced
19 in the U.S.  UEP says the cost of implementation of
20 its animal husbandry the guidelines for its 200
21 domestic producers will exceed $3 million, causing
22 egg prices to increase by approximately $.24 per
23 carton.
24       Do you see that?
25   A.  Yes.

---

203

1    Q.  Was Safeway aware in December 2000 that
2  the UEP had made statements about the cost of
3  implementing its animal husbandry guidelines?
4       MR. MURRAY:  Objection to the form of
5  the question.  Lack of foundation.
6    A.  I can't -- who is this document from?
7  Is this from UEP?  I don't --
8    Q.  (BY MR. FONTECILLA)  It's -- the
9  statement says that UEP made a statement about the
10 cost of implementing its animal husbandry
11 guidelines; right?
12   A.  Yes.
13   Q.  It says -- UEP says, The cost of
14 implementing its animal guidelines will cause egg
15 prices to increase; right?
16   A.  That's what it says here, yes.
17   Q.  Right.  And now leaving that aside, in
18 2000, was Safeway aware that UEP had made
19 statements about the cost of implementing its
20 animal husbandry guidelines?
21       MR. MURRAY:  Object to the form of the
22 question.  Lack of foundation.
23   A.  I can't answer that.
24   Q.  (BY MR. FONTECILLA)  So you're not
25 aware of --

---

204

1    A.  I'm not aware of that, no.  Not to my
2  knowledge.
3       (Exhibit 19 was marked.)
4    Q.  (BY MR. FONTECILLA)  Handing you what's
5  been marked as Exhibit 19.  This is a confidential
6  document Bates-stamped UE0178685.  Do you recognize
7  this document, Ms. Littlefield?
8    A.  No.
9    Q.  This appears to be a letter from NuCal
10 Foods.  Do you know what NuCal Foods is?
11   A.  I can read on here that it's California
12 Fresh Eggs.  But no, I'm not familiar with them,
13 no.
14   Q.  Do you recognize any of the names
15 listed in the header information of this letter?
16   A.  No.
17   Q.  And the letter is titled FMI Task Force
18 on Animal Welfare Standards was sent July 3, 2001;
19 right?  That's what the document says; right?
20   A.  Correct.
21   Q.  In the letter in the third full
22 paragraph, says, Susan Adams and Rich Calhoun, who
23 is director of quality assurance Safeway corporate
24 branch, represents Safeway on this committee.
25       Do you see that?

---

205

1    A.  Yes.
2    Q.  And do you know who Susan Adams or Rich
3  Calhoun are?
4    A.  No.
5    Q.  And in the next paragraph it says,
6  Susan called Monday and asked for a lesson in egg
7  production 101 to prepare Rich for the meeting.  I
8  met with Susan and Rich today and reviewed the
9  development of the best production practices over
10 the last 50 or 60 years, the animal welfare
11 guidelines established by UEP, the cost to
12 implement the added cage space program, the cost to
13 implement a no-molt program, the industry's
14 decision to implement based on consumers' demand
15 and the relevant issues as related to McDonald's
16 and Burger King's initiation of their own
17 standards.
18       Do you see that?
19   A.  I can see that.
20   Q.  And so the document is saying that this
21 person who apparently wrote this letter met with
22 representatives of Safeway; right?
23   A.  What's what it says on the document.
24   Q.  And it says on the document that they
25 were to discuss the animal welfare guidelines

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

53 (Pages 206 to 209)

---

**206**

1  established by UEP; right?
2      A.   That's what it says here, yes.
3      Q.   And that they were -- and it also says
4  that they were to discuss the cost to implement the
5  added cage space program; right?
6      A.   Correct; that's what it says.
7      Q.   Are you aware of any meeting between
8  representatives of NuCal Foods and Safeway in 2001
9  regarding these topics?
10     A.   Only from the document you provided.
11     Q.   If you can refer to what you have in
12  front of you as Exhibit 8.  If you could kindly
13  flip to the third page, please.  And there's a
14  section on the third page titled Program Goals;
15  right?
16     A.   Correct.
17     Q.   And it says, The food retail industry
18  understands that the issues surrounding the welfare
19  of animals used for food are important and
20  complicated.
21          Do you see that?
22     A.   Yes.
23     Q.   Would you -- would it be Safeway's
24  position as well that the issues surrounding animal
25  welfare for food are both important and

---

**207**

1  complicated?
2          MR. MURRAY:  Objection to the form of
3  the question.
4      A.   I mean, it's important to Safeway,
5  that's stated in animal welfare policy statement on
6  the Web page.
7      Q.   (BY MR. FONTECILLA)  And that's because
8  that is Safeway's opinion of animal welfare issues;
9  right?
10     A.   Correct.
11     Q.   And the next sentence says, Some
12  recommendations have economic implications and some
13  require an implementation timetable because they
14  cannot be accomplished immediately without major
15  disruption to the supply chain.
16          Do you see that?
17     A.   Yes.
18     Q.   Would you -- would Safeway agree with
19  that?
20     A.   Yes.
21     Q.   Do you know who Alan Rahn is, R-a-h-n?
22     A.   No.
23          (Exhibit 20 was marked.)
24     Q.   (BY MR. FONTECILLA)  Handing you
25  Exhibit 20, Ms. Littlefield.  This is a highly

---

**208**

1  confidential document Bates-stamped
2  NUCAL-08md2002-0024844.  Do you recognize this
3  document, Ms. Littlefield?
4      A.   No.
5      Q.   This -- this is a letter of agreement
6  between Safeway and NuCal Foods; right?
7      A.   It appears so.
8          MR. MURRAY:  It's only signed by NuCal.
9      Q.   (BY MR. FONTECILLA)  Have you ever seen
10  an agreement between Safeway and an egg supplier?
11     A.   Similar to this?
12     Q.   Just generally, have you ever seen one?
13     A.   An agreement between -- I'm sorry,
14  could you repeat the question?
15     Q.   Have you ever seen an agreement between
16  Safeway and one of its egg suppliers?
17     A.   Not that I recall.
18     Q.   Are you familiar with the requirements
19  regarding animal welfare that Safeway puts in its
20  supply agreements with its egg suppliers?
21     A.   No.
22     Q.   If you flip to the third page -- or the
23  last page, of this document, at the top is the
24  label, Letter of Agreement NuCal Foods, Inc.,
25  Exhibit B, Specifications, Requirements and

---

**209**

1  Descriptions.
2          Do you see that?
3      A.   Yes.
4      Q.   Have you ever seen a form like the one
5  on this page before?
6      A.   No.
7      Q.   Under Quality Requirements, which is
8  four sections from the bottom -- do you see that
9  section?
10     A.   Yes.
11     Q.   The last line under it says, Must
12  comply with UEP's animal husbandry guidelines.
13          Do you see that?
14     A.   Yes.
15     Q.   Is that statement consistent with what
16  Safeway's requirements are of its egg suppliers?
17     A.   Yes.
18     Q.   And under agreement line at the top,
19  the second section, it says that this agreement
20  would apply from 2005 -- September 1, 2005, to
21  August 31, 2006.
22     A.   Yes.
23     Q.   And so that would mean that this
24  agreement would predate the establishment of the
25  Safeway animal welfare council; right?

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

54 (Pages 210 to 213)

---

**210**

1      **A.**   Yes.

2      **Q.**   Yet even before the animal welfare

3 council was established, Safeway was requiring

4 compliance with UEP's animal husbandry guidelines

5 from its egg suppliers; right?

6      **A.**   Correct.

7      **Q.**   Do you know who David Lawrence is?

8      **A.**   Yes.

9      **Q.**   Who is he?

10      **A.**   **He is part of the QA team for private**

11 **brands.**

12      **Q.**   He's a Safeway employee?

13      **A.**   Yeah.

14      **Q.**   And what does -- what does he do in

15 that capacity as -- in the QA team for private

16 brands?

17      **A.**   **To my knowledge, he has a connection**

18 **with auditing.**

19      **Q.**   Do you ever work with him?

20      **A.**   **We've had some phone calls and maybe**

21 **some e-mail back and forth conversations.**

22      **(Exhibit 21 was marked.)**

23      **Q.**   (BY MR. FONTECILLA)   Handing you

24 Exhibit 21.   This is a confidential document

25 Bates-stamped MOARK000-4466.   Have you ever seen

---

**211**

1 this document before, Ms. Littlefield?

2      **A.**   **I do not believe so.**

3      **Q.**   So if you -- if you look at the second

4 page of this document, it looks like it is a

5 submission to Safeway in the form of a question

6 from Gene Gregory.   Do you see that?

7      **A.**   Yes.

8      **Q.**   And if you go down a little more than

9 halfway down, you'll see a line that starts with

10 "30th"?

11      **A.**   Yes.

12      **Q.**   And if you go to the next line after

13 that, there's a sentence that starts, "My major

14 reason."   Do you see that?

15      **A.**   Yes.

16      **Q.**   It says, My major reason for writing is

17 caused by a question posed by an egg supplier.   The

18 question was, does Safeway require all their eggs

19 to be produced by United Egg Producer certified

20 companies?   I was not able to answer this question

21 and therefore writing asking for your help.

22      Do you see that?

23      **A.**   Yes.

24      **Q.**   And on the first page, at the bottom,

25 Celeste Smith forwards that note to David Lawrence.

---

**212**

1 Do you see that?

2      **A.**   Yes.

3      **Q.**   Who is Celeste Smith?

4      **A.**   **I have no idea.**

5      **Q.**   But you did say you were familiar with

6 David Lawrence; right?

7      **A.**   Correct.

8      **Q.**   And Celeste Smith's e-mail address is a

9 Safeway.com e-mail address; right?

10      **A.**   Yes.

11      **Q.**   And she says, I'm forwarding your note

12 to David Lawrence, our corporate brands quality

13 control manager.   David and his team work with our

14 marketing group in many areas to establish

15 expectations and requirements for our suppliers?

16      **A.**   Yes.

17      **Q.**   Is that consistent with your

18 understanding of what David Lawrence continues to

19 do today?

20      **A.**   **You know, I haven't had contact with**

21 **him, and so I'm not familiar with if he's still**

22 **responsible for this today.**

23      **Q.**   Do you know who would be responsible

24 for working with the marketing group in areas to

25 establish expectations and requirements of

---

**213**

1 Safeway's suppliers?

2      **A.**   **You know, I would -- our quality**

3 **assurance consumer protection team personnel.   I**

4 **mean, there's, I think, about -- it's quite vast.**

5 **So ...**

6      **Q.**   And you didn't meet with any of them in

7 preparation for your deposition today, did you?

8      **A.**   **No.**

9      **Q.**   And in the next e-mail, David Lawrence

10 responds, right, on --

11      **A.**   Yes.

12      **Q.**   -- October 31, 2005?

13      **A.**   Correct.

14      **Q.**   And he says, Yes, our specifications

15 require this; right?

16      MR. MURRAY:   No.

17      **A.**   **It says, Our specifications require**

18 **this.   There is no "yes."**

19      **Q.**   (BY MR. FONTECILLA)   Oh, excuse me.   It

20 says, Our specifications require this; right?

21      **A.**   Correct.

22      **Q.**   And do you understand that to mean that

23 David is confirming in response to the question on

24 the second page that Safeway, in fact, does require

25 all its eggs to be produced by United Egg Producer

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

214

1  certified companies?
2         MR. MURRAY:  Object to the form of the
3  question.
4      Q.  (BY MR. FONTECILLA)  Let me rephrase.
5  Do you recall what the question was -- that was
6  asked in this document was?
7      A.  Do you require your egg suppliers to --
8  to --
9         MR. MURRAY:  Read the question.
10     Q.  (BY MR. FONTECILLA)  The question is
11 and I'll just -- read along with me.  The question
12 in this document is, Does Safeway require -- on the
13 second page.
14     A.  Right.
15     Q.  Does Safeway require all their eggs to
16 be produced by United Egg Producer certified
17 companies.  That's the question; right?
18     A.  Right.
19     Q.  What is David Lawrence's answer to the
20 question?
21     A.  From this document, he says our
22 specifications requirements.
23     Q.  Okay.  And this document, e-mail
24 exchange, has the date October 31, 2005; right?
25     A.  Yes.

215

1      Q.  And that's before the establishment of
2  the animal welfare council; right?
3      A.  Yes.
4      Q.  Seeing these documents, does it refresh
5  your recollection about what Safeway's policy was
6  with regards to its egg suppliers' compliance with
7  UEP guidelines prior to the establishment of the
8  animal welfare council?
9      A.  I mean, yes.  As I stated before, we
10 would recognize the industry -- best industry
11 practices as UEP guidelines; and therefore, that
12 was required in the specifications.
13     Q.  So it -- so just to be clear, it does
14 appear that before 2006's establishment of the
15 animal welfare council, Safeway was already
16 requiring its egg suppliers to comply with the UEP
17 guidelines?
18     A.  Yes.
19        MR. FONTECILLA:  Let's take a quick
20 break.
21        THE VIDEOGRAPHER:  Off the record --
22 off the record, end of tape six, at 4:27.
23        (Recess had from 4:27 p.m. to 4:41 p.m.)
24        THE VIDEOGRAPHER:  We're on the record,
25 start tape seven, March 19, 2014, Virginia

216

1  Littlefield, at 4:23.
2         (Exhibit 22 was marked.)
3      Q.  (BY MR. FONTECILLA)  Ms. Littlefield,
4  handed you what's been marked as Exhibit 22.  This
5  is a highly confidential document Bates-stamped
6  Hillandale-Gettysburg 00008202.  Do you recognize
7  the name Doug Palmer?
8      A.  No.
9      Q.  This is an e-mail from Bruno Garisto to
10 Doug Palmer on Friday, August 27, 2004, right?
11     A.  Yes.
12     Q.  And do you know who Bruno Garisto is?
13     A.  No.
14     Q.  His e-mail address is at Hillandale
15 Farms.com; do you know what Hillandale Farms is?
16     A.  I believe I've seen it as one of the
17 vendor -- egg vendor names.
18     Q.  Hillandale Farms is -- I'm sorry, did
19 I --
20     A.  No.
21     Q.  Is Hillandale Farms a supplier of eggs
22 to Safeway?
23     A.  I believe so.
24     Q.  And Hillandale Farms provides Safeway
25 with UEP-compliant eggs; correct?

217

1         MR. MURRAY:  Object to the form of the
2  question.
3      A.  I'm unfamiliar if they do or not.
4      Q.  (BY MR. FONTECILLA)  In the bottom of
5  the e-mail from Bruno Garisto to Doug Palmer on
6  August 27, 2004, there's a -- he says, I would like
7  to discuss two subjects with you for the
8  appropriate merchandiser for eggs.  And the second
9  subject he lists is animal care certification.
10        Do you see that?
11     A.  Yes.
12     Q.  And then there's a whole paragraph
13 about it?
14     A.  Yes.
15     Q.  And he says, We are informed that
16 Safeway will not be supporting the United Egg
17 Producers animal care certification program.  I
18 would like to discuss this issue further.
19        Do you see that?
20     A.  Yes.
21     Q.  In August of 2004, was Safeway
22 considering not supporting the UEP animal care
23 certification program?
24     A.  Not to my knowledge.
25     Q.  And then later on in that paragraph,

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.

March 19, 2014

56 (Pages 218 to 221)

---

**218**

1  second line from the bottom he says, Safeway is
2  currently getting eggs from a supplier not on the
3  program who has ten birds in a standard cage. I
4  would like to discuss the benefits of supporting
5  the UEP program and how it minimizes risk.
6  It appears that he is informing
7  Safeway -- or Doug Palmer at Safeway that one of
8  Safeway's egg suppliers is not complying with the
9  UEP guidelines. Would you agree?
10  MR. MURRAY: Object to the form of the
11  question.
12  **A. I can read in the e-mail, We want to**
13  **make sure you have all the pertinent data to grow**
14  **the category -- I mean, I can read in the document.**
15  Q. (BY MR. FONTECILLA) Right. And the
16  document where it says, Safeway is currently
17  getting eggs from a supplier not on the program; do
18  you see that sentence?
19  **A. Yes.**
20  Q. Do you understand that to mean that
21  Safeway's -- one of Safeway's egg suppliers is not
22  in compliance with the UEP guidelines?
23  MR. MURRAY: Object to the form of the
24  question. Lack of foundation.
25  **A. To me, from this document, that's**

---

**219**

1  **speculative. This is from -- I'm sorry, could you**
2  **remind me who Bruno Garisto is again, please?**
3  Q. (BY MR. FONTECILLA) His signature is
4  at the bottom --
5  **A. Sorry. So --**
6  Q. He works for Hillandale Farms --
7  **A. Hillandale Farms, which supplies eggs**
8  **to Safeway. So I'm not sure how he would gain that**
9  **knowledge.**
10  Q. Right. I'm not -- I'm asking, it
11  appears from the document that he is informing
12  Safeway that one of Safeway's egg suppliers might
13  not be in compliance with the UEP guidelines;
14  right?
15  MR. MURRAY: Object to the form of the
16  question. Lack of foundation.
17  **A. Right. So might not be following the**
18  **program to me is speculation on his part.**
19  Q. (BY MR. FONTECILLA) Has Safeway ever
20  been notified that one of its suppliers of eggs
21  might not be in compliance with UEP guidelines?
22  **A. I mean, just to your question, this**
23  **would be that document saying might not be in**
24  **compliance. This is an information e-mail from**
25  **another egg supplier as a -- informing Safeway**

---

**220**

1  that.
2  Q. So based on this document, Safeway has
3  at least once received notice that one of its egg
4  suppliers might not be in compliance with UEP
5  guidelines?
6  MR. MURRAY: Object to the form of the
7  question. Lack of foundation.
8  **A. Again, in -- from this document?**
9  Q. (BY MR. FONTECILLA) Why don't we try
10  it this way. Let's put that document aside for a
11  second. Speaking generally, as Safeway's corporate
12  designee for animal welfare issues, has Safeway
13  ever been made aware that one of its egg suppliers
14  that supplies Safeway with eggs is not in
15  compliance with the UEP guidelines?
16  MR. MURRAY: Objection to the form of
17  the question. Lack of foundation, lack of
18  specificity as to time.
19  Q. (BY MR. FONTECILLA) And this is for
20  the time period 1999 to 2008.
21  MR. MURRAY: Overly broad.
22  **A. Without respect to this document, not**
23  **to my knowledge.**
24  Q. (BY MR. FONTECILLA) Okay. Is there a
25  process in place at Safeway for Safeway to handle

---

**221**

1  notifications that its suppliers might not be in
2  compliance with animal welfare requirements?
3  **A. I would say it would be based on an**
4  **individual basis if we were approached.**
5  Q. You testified that you are not aware of
6  any time when -- between -- time period when
7  Safeway was approached with a noncompliant
8  supplier?
9  **A. I'm sorry, I thought the last question**
10  **was do we have a system to.**
11  Q. Yeah. What happens if Safeway were to
12  be notified that one of its suppliers, egg
13  suppliers specifically, was not in compliance with
14  the UEP guidelines?
15  MR. MURRAY: Objection. Calls for
16  speculation.
17  **A. I can speak to our process verified**
18  **beef program, but I can't speak to the eggs.**
19  Q. (BY MR. FONTECILLA) Has an egg
20  supplier to Safeway ever failed an audit as a
21  result of not being in compliance with the UEP
22  guidelines?
23  **A. Not that I'm aware of.**
24  Q. And does Safeway have a process in
25  place in the event that it is notified through an

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                           March 19, 2014

57 (Pages 222 to 225)

222

1   audit or otherwise that an egg supplier to Safeway
2   is not in compliance with the UEP guidelines?
3        MR. MURRAY: Objection. Compound,
4   asked and answered.
5        A. Can you rephrase the question?
6        Q. (BY MR. FONTECILLA) Sure. Does
7   Safeway have a process in place to handle
8   information about one of its egg suppliers not
9   being in compliance with UEP guidelines?
10       MR. MURRAY: Asked and answered.
11       A. It would be on an individual basis.
12       Q. (BY MR. FONTECILLA) Okay. Has Safeway
13   ever terminated a supplier for failing to comply
14   with Safeway's animal welfare guidelines?
15       A. I guess I need that question asked more
16   specifically.
17       Q. Are you aware of any supplier to
18   Safeway that has been terminated as a direct result
19   of failing to comply with Safeway's animal welfare
20   guidelines for any species?
21       A. Yes. But it's more complex than that.
22       Q. Why is it more complex than that?
23       A. The situation that I'm referring to,
24   Safeway purchased minimal product from them. They
25   had not delivered product, as far as I can recall,

223

1   and we dismissed them as a vendor for Safeway.
2        Q. Were they an egg producer?
3        A. No.
4        (Exhibit 23 was marked.)
5        Q. (BY MR. FONTECILLA) Handing you what's
6   been marked as Exhibit 23. This is a highly
7   confidential document bearing Bates stamp
8   SFWEGED00049074. Have you ever seen this document
9   before, Ms. Littlefield?
10       A. No.
11       Q. Do you recognize any of the names on
12   this e-mail chain?
13       A. I recognize Mary Kamm.
14       Q. And who is Mary Kamm?
15       A. She was one of our private label
16   auditors. She no longer is with the company as far
17   as I'm aware. David Lawrence, I believe we
18   mentioned earlier. Michael Talbot's name is
19   familiar.
20       Q. And do you know who -- what Michael
21   Talbot's position is or was at this time?
22       A. In very distant memory, he was part of
23   the quality assurance team at Safeway.
24       Q. So the -- let's walk through the
25   e-mails and specifically some relevant parts. Page

224

1   is -- page 3, Bates stamp 49076 at the bottom has
2   the first-in-time e-mail, and it's dated
3   October 19, 2006. Do you see that?
4        A. Yes.
5        Q. It's from Mary Kamm to Michael Talbot;
6   right?
7        A. Yes.
8        Q. Both were Safeway employees at this
9   time, to the best of your knowledge?
10       A. Yes.
11       Q. Okay. So it's a pretty long e-mail
12   that Ms. Kamm is writing to Mr. Talbot. But on the
13   last page of the document -- oh, and I'm sorry, the
14   subject of that e-mail is Kreider Farms. Do you
15   see that?
16       A. Yes.
17       Q. Do you know who Kreider Farms is?
18       A. I do not.
19       Q. It also says executive summary of
20   audits; right?
21       A. Yes.
22       Q. Okay. Is it common for Safeway to
23   e-mail each other -- Safeway employees to e-mail
24   each other information about audits of its
25   suppliers?

225

1        MR. MURRAY: Objection. Vague.
2        A. Could you restate the question?
3        Q. (BY MR. FONTECILLA) Sure. Do you ever
4   e-mail with anyone -- any of your coworkers about
5   the results of an audit of a supplier?
6        A. Audit results, yes, are copied within
7   Safeway.
8        Q. With your understanding of who these
9   individuals, Ms. Kamm and Mr. Talbot, are, would it
10   be part of their jobs to e-mail about audits?
11       A. As far as I'm aware, Mary Kamm would
12   have reported to Michael Talbot.
13       Q. Okay. So --
14       A. I believe Michael is in a superior
15   position to Mary.
16       Q. And you mentioned Mary worked with
17   audits of private label brands; is that right?
18       A. Yes, I believe so.
19       Q. Okay. On the last page of the
20   document, we're still in Ms. Kamm's initial e-mail,
21   there's a big last full paragraph that starts, "The
22   cage space." Do you see that?
23       A. Yes.
24       Q. Okay. And then the last -- the last
25   sentence of that paragraph says, Regardless, the

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.        March 19, 2014

58 (Pages 226 to 229)

---

226

1 current Kreider standard is too small to be UEP
2 certified.
3      Do you see that?
4      A. Yes.
5      Q. Okay. And then if we move to the next
6 e-mail, Mr. Talbot responds to Ms. Kamm copying
7 some additional folks at Safeway. Do you see that?
8      A. Yes.
9      Q. It says, Mary over the past several
10 months has been working to try to get Kreider in
11 compliance with the third-party audits and with the
12 animal welfare requirements. Below is her
13 summaries. But that the last paragraph from the
14 end outlines.
15      Do you see that?
16      A. Uh-huh. Yes.
17      Q. Okay. And then if you -- there's some
18 discussion that continues on in this e-mail chain,
19 and then we get to an e-mail on October 7, 2006, on
20 the second page of this exhibit. Did you see that
21 e-mail from Celeste Smith, the first full e-mail on
22 the second page?
23      A. Yes.
24      Q. Okay. She says, Sounds like we should
25 discontinue them from the supply chain because of

---

227

1 animal certification, which I'm fine with. We have
2 been half pregnant with these guys for a long time,
3 and it appears they are at the end of their rope.
4 Clearly from a supply perspective, I need to know
5 the final decision next week so I can ramp up
6 Hillandale to provide both divisions if the final
7 word from you and David is we should not proceed.
8      Do you see that?
9      A. Yes.
10      Q. Is it your understanding that these
11 individuals are discussing potentially
12 discontinuing a supplier because of failure to meet
13 UEP guidelines?
14      A. Yes.
15      Q. And then later on, Mr. Talbot responds.
16 Do you see the second full paragraph, says, David
17 and I spoke this morning, based on --
18      A. Yes.
19      Q. I'm sorry, based on Kreider performance
20 and lack of equivalency of their animal welfare
21 audit, no audits of their facilities will be
22 performed by Safeway; hence, none of their
23 facilities are approved.
24      Do you see that?
25      A. Yes.

---

228

1      Q. When a supplier fails an audit as a
2 result of animal welfare reasons, does Safeway
3 discontinue the audits of all of that supplier's
4 locations?
5      A. If the decision to made to discontinue
6 them as a supplier, yes.
7      Q. And in the next paragraph in
8 Mr. Talbot's e-mail, says, Please plan on
9 discontinuing them as soon as possible. They will
10 be eligible for a Safeway audit and approval once
11 they have a UEP audit conducted by an approved
12 third party.
13      Do you see that?
14      A. Yes.
15      Q. Is it your understanding that Kreider
16 Farms as of the date of Mr. Talbot's e-mail has
17 been approved for discontinuance as a result of
18 failure to meet UEP guidelines?
19      MR. MURRAY: Object to the form of the
20 question.
21      A. From the document, until they have an
22 UEP -- an approved UEP audit, they will be not able
23 to provide product to Safeway.
24      Q. (BY MR. FONTECILLA) So earlier you
25 testified that you had not been personally aware of

---

229

1 any instance when an egg supplier had been
2 terminated as a result of failing to meet UEP
3 guidelines; right?
4      A. Correct.
5      Q. But this e-mail appears to indicate
6 that an egg supplier was terminated for failure to
7 meet UEP guidelines until they could get an
8 approved audit performed; correct?
9      A. Correct.
10      (Exhibit 24 was marked.)
11      Q. (BY MR. FONTECILLA) Handing you,
12 Ms. Littlefield, Exhibit 24. This is a highly
13 confidential document bearing Bates label
14 SFWEGED00041015. This is an e-mail that you
15 drafted on October 27, 2006; correct?
16      A. Yes.
17      Q. And you sent it to Ms. Cathy East;
18 right?
19      A. Yes.
20      Q. And you said, Here are some notes for
21 the review of Safeway audit process section of
22 Brian's agenda.
23      Do you see that?
24      A. Yes.
25      Q. Do you recall this e-mail?

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

59 (Pages 230 to 233)

---

230

1      **A. It's becoming familiar as I review it.**
2      Q. Do you remember what you meant by
3 "Brian's agenda"?
4      **A. I believe the agenda that I'm referring**
5 **to here is an agenda for a Safeway animal welfare**
6 **meeting. And in one of those Safeway animal**
7 **welfare committee meetings, we were to discuss**
8 **audits auditing what guidelines we were going to**
9 **use for those audits and so forth.**
10    Q. And did you --
11    **A. I believe this is background**
12 **information for that.**
13    Q. And did -- and when you say this is
14 background information, you're referring to the
15 attachment?
16    **A. Correct.**
17    Q. And this is an attachment that you
18 prepared?
19    **A. Vaguely remember preparing, yes.**
20    Q. It's titled Safeway Audit Process;
21 right?
22    **A. Correct.**
23    Q. And these are your notes about how the
24 Safeway animal welfare auditing process works;
25 right?

---

231

1      **A. As of October 27, 2006.**
2    Q. And when was that process put in place?
3    **A. I think this may be an overall**
4 **preliminary look. I think my assignment was to see**
5 **was -- what Safeway was currently doing as far as**
6 **audits. So I think I was providing what was**
7 **currently in place.**
8    Q. So this document outlines the auditing
9 process in place as of October 27, 2006?
10    **A. Correct.**
11    Q. And I think I guess my question was:
12 Do you know when that process started? How far
13 back was this process in place?
14    MR. MURRAY: Objection. Vague.
15    **A. I don't recall.**
16    Q. (BY MR. FONTECILLA) Are you aware of
17 any other -- are you aware of the auditing process
18 described here having changed before this date?
19    **A. No, I'm not aware of anything before**
20 **this date.**
21    Q. And why did Safeway, if you know, put
22 in place this audit process?
23    **A. I would say this really is before we**
24 **established a formal animal welfare committee; that**
25 **these are in place to ensure animal handling care.**

---

232

1    Mostly probably based on quality of product and
2 written by each -- or developed by each individual
3 group.
4      So the shell eggs would have in place
5 their best practices, you know, before we
6 established maybe an overview overall and developed
7 a Safeway statement that was on the Web page.
8 These were things that were in place that we needed
9 to review with the committee.
10    Q. And in addition to quality standards,
11 this auditing process that was in place as of
12 October 27, 2006, also has elements related to
13 animal welfare standard compliance; right?
14    **A. Right.**
15    Q. And specifically, on the -- on this
16 first page of the attachment under shell eggs -- do
17 you see that section?
18    **A. Yes.**
19    Q. It says, Currently under the Walnut
20 Creek group, many of our suppliers do not meet the
21 minimum cage space requirements of the United Egg
22 Producers.
23      Do you see that?
24    **A. Yes.**
25    Q. What is the -- what does that mean?

---

233

1      **A. I may have collected -- I may have**
2 **collected that information from someone in the**
3 **Walnut Creek group.**
4    Q. And the Walnut Creek group is the group
5 in the California -- in the Safeway's California --
6 Walnut Creek California office --
7    **A. Right.**
8    Q. -- auditing of eggs; right?
9    **A. Right.**
10    Q. And this -- these notes of yours seem
11 to indicate that you had determined that some of
12 your egg suppliers -- shell egg suppliers did not
13 meet the minimum cage space requirements of UEP;
14 right?
15    **A. That's written here, and I really do**
16 **not have recollection of --**
17    Q. And then you wrote after that --
18    MR. MURRAY: Are you done? You said
19 you don't have recollection.
20    **A. I don't have recollection of exactly**
21 **where I might have obtained that information. I**
22 **mean, I'm assuming that's from someone in Walnut**
23 **Creek.**
24    Q. (BY MR. FONTECILLA) So someone in
25 charge of the auditing for shell eggs informed you

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                      March 19, 2014

60 (Pages 234 to 237)

### 234

1　that some of -- or many of Safeway's egg suppliers
2　were not in compliance with the minimum cage space
3　requirements of UEP's guidelines?
4　　　A.　Yes.
5　　　Q.　And as a result, you wrote in the next
6　sentence, Several suppliers may be eliminated from
7　the Safeway supply chain due to this insufficiency.
8　　　　Is that your conclusion or is that
9　information you got from someone at Walnut Creek?
10　　　A.　It's not in my immediate memory.
11　　　Q.　Do you know who at Walnut Creek would
12　have responsibility for overseeing egg suppliers'
13　compliance with UEP guidelines at any time between
14　1999 and 2008?
15　　　A.　I couldn't reference a person's name,
16　but I would refer to that auditing group.
17　　　Q.　And I need to know specific names.  So
18　any names that you can recall people that you know
19　would have had involvement in overseeing compliance
20　with UEP guidelines by shell egg suppliers.  If you
21　could give us their names for the record, please.
22　　　A.　I mean, the only name that I could
23　mention might be Michael Talbot.
24　　　Q.　And when would Michael Talbot have had
25　involvement with overseeing compliance with UEP

### 235

1　guidelines?
2　　　A.　I would speculate -- I mean, I would
3　have to speculate the beginning dates.  And I --
4　until he left the company.  I believe he's no
5　longer employed by Safeway.  I believe.
6　　　Q.　And what would be the approximate start
7　date of his work in that capacity?
8　　　A.　Prior to 2000.
9　　　Q.　The auditing process that is the
10　subject of this document, how does it work for
11　shell eggs -- I'm sorry, shell egg suppliers?
12　　　A.　In general terms, that auditing group
13　has -- I can't -- several auditors based across the
14　country.  I believe they're trained to audit a
15　multitude of products, any product that would fall
16　within the Safeway private label; products
17　including anything from frozen meals -- products
18　that would be included in the frozen meal, tortilla
19　shells, milk producers.  Their capabilities, I
20　believe, are obviously vast.
21　　　Q.　And focusing specifically on shell egg
22　auditing under the process outlined in this
23　document, would it be that a third-party company
24　would be contracted by Safeway to perform audits of
25　the suppliers' facilities?

### 236

1　　　A.　Potentially, yes.
2　　　Q.　And actually, right there in your
3　notes, it says -- under Walnut Creek current
4　responsibilities, it says -- the second-to-last --
5　　　A.　Yes.
6　　　Q.　Leave the welfare auditing to
7　third-party groups that utilize approved industry
8　standard audits for each species?
9　　　A.　I'm sorry, what -- oh.
10　　　Q.　Do you see that sentence?
11　　　A.　So that's under Walnut Creek current
12　responsibilities, leave the welfare auditing to
13　third-party groups that utilize approved industry
14　standards, yes.
15　　　Q.　So Safeway used third-party companies
16　-- relied on third-party companies to audit egg
17　suppliers' facilities for compliance with UEP
18　guidelines; right?
19　　　A.　That's what I have written there.
20　　　Q.　Do you have any reason to believe that
21　that statement is inaccurate as it represents how
22　audits were conducted in 2006?
23　　　A.　No.
24　　　　(Exhibit 25 was marked.)
25　　　Q.　(BY MR. FONTECILLA)  I'm going to hand

### 237

1　you what's been marked as Exhibit 25.  This is a
2　highly confidential document bearing Bates label
3　SFWEGED00042386.  Ms. Littlefield, have you seen
4　this document before?
5　　　A.　No, I'm not familiar with this.
6　　　Q.　Do you know who Tsu Wang is?
7　　　A.　No.
8　　　Q.　Do you recognize any of the other names
9　in the recipient list of this e-mail?
10　　　A.　I have heard the name Don Davidson.
11　　　Q.　And is he an employee of Safeway?
12　　　A.　Yes.
13　　　Q.　And in the e-mail there's a signature
14　for Tsu Wang, and it says sourcing manager for
15　supply change?
16　　　A.　Yes.
17　　　Q.　E-mail address at Safeway.com?
18　　　A.　Yes.
19　　　Q.　And there's an attachment and it's a
20　PowerPoint presentation; the first page says,
21　Safeway Category Review, November 2008.
22　　　　Do you see that?
23　　　A.　Yes.
24　　　Q.　Have you ever seen this PowerPoint
25　before?

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                      March 19, 2014

61 (Pages 238 to 241)

---

238

```
 1        A.  No.
 2        Q.  If you could turn to page 4 of the
 3   document, please.  It's titled Freight RFP.  Do you
 4   see that page?
 5        A.  Yes.
 6        Q.  And RFP usually stands for request for
 7   proposal?
 8        A.  I did not know that.
 9        Q.  Okay.  It says, Suppliers invited, and
10   it lists a series of companies; do you see that?
11        A.  Yes.
12        Q.  Do you recognize some of those
13   companies as egg suppliers of Safeway?
14        A.  I recognize NuCal and Hillandale from
15   discussions today.  And I recognize Sparbo from
16   some of the documents I've reviewed.
17        Q.  And what do you understand Sparbo to
18   be?  Do you understand them to be an egg supplier
19   of Safeway?
20        A.  Yes.
21        Q.  And if you look on this page to the
22   last bullet point.  Do you see that?
23        A.  Yes.
24        Q.  Says, Sparbo cannot meet our UEP
25   certified program so there will not be
```

---

239

```
 1   participating -- so they will not be participating
 2   on this year review.
 3        Do you see that?
 4        A.  Yes.
 5        Q.  Are you aware of any time when Sparbo
 6   was not allowed to participate in a programmatic
 7   review by Safeway as a result of its failure to
 8   comply with UEP guidelines?
 9        A.  Not until today.
10        Q.  And would the conclusion made by the --
11   by Safeway be any way as a result of audits
12   conducted by Safeway?
13        MR. MURRAY:  Objection.  Lack of
14   foundation.
15        A.  I can't answer that question.
16        Q.  (BY MR. FONTECILLA)  Do you know what
17   other purposes audits of Safeway's egg suppliers
18   might be used for by other groups at Safeway?
19        A.  Could you rephrase that question?
20        Q.  Sure.  What are Safeway's audits used
21   for, and specifically, audits related to egg
22   suppliers?
23        A.  To ensure that they are following the
24   guidelines we require.
25        Q.  And that would include animal welfare
```

---

240

```
 1   guidelines?
 2        A.  Yes.
 3        Q.  Are there -- aside from that, are there
 4   any other uses of the audits that Safeway conducts
 5   of its egg suppliers?
 6        A.  I would be speculating but I assume
 7   there are.
 8        (Exhibit 26 was marked.)
 9        Q.  Ms. Littlefield, I'm handing you what's
10   been marked as Exhibit 26.  This is a highly
11   confidential document Bates-stamped SFWEGD00041376.
12   This is an e-mail from you to Cathy East on March
13   28, 2008; right?
14        A.  Yes.
15        Q.  And it's titled, Summary of Third-Party
16   Auditing Companies.  Do you see that?
17        A.  Yes.
18        Q.  Do you recall this e-mail exchange with
19   Ms. East?
20        A.  I'd like to review it for a moment,
21   please.
22        Q.  Please take your time.  Ask some
23   questions about that cover e-mail if you've had
24   that chance to review that.
25        A.  Sure.
```

---

241

```
 1        Q.  Around this time of March 28, 2008,
 2   were third-party auditing companies that Safeway
 3   had been using for its egg suppliers becoming
 4   hesitant to participate in Safeway's audit process?
 5        A.  I'm not sure that these are referenced
 6   as only egg supply auditors.  These were approved
 7   third-party auditors that were referenced within
 8   other company documents as well, I believe.
 9        Q.  And at the bottom of your e-mail, the
10   last line says, There are alternative strategies
11   Safeway could initiate to receive praise from these
12   groups.
13        Do you see that?
14        A.  Yes.
15        Q.  Do you remember what you meant by that?
16        A.  I believe this was something that I was
17   asked to research relative to a request that -- or
18   a request by an activist group that said that our
19   internal auditing program wasn't -- it was like the
20   fox watching the henhouse, and so they had
21   requested that we have a third-party auditing
22   company perform those audits.  And this goes back
23   to the cage-free and cage egg auditing system to
24   where how could we identify caged versus non-caged
25   eggs.
```

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                      March 19, 2014

62 (Pages 242 to 245)

242

1       And so the summary that you see
2   attached here are the auditing companies that were
3   approved third-party auditors within our company.
4   And I approached them because I had a list of these
5   companies.  And as you can see, Siliker wasn't an
6   on-farm -- necessarily an on-farm auditing company
7   process management consulting at the time.
8   Abiline, I believe was not necessarily an on-farm
9   auditing company.  They probably are now.  Validus,
10  as you can see, I wrote here that they are
11  considered on-farm auditing experts.
12      Same thing with NSF Cook and Thurber
13  and Food Safety Net.  So we at that time -- and I'm
14  sure there's documentation within what we've
15  reviewed, that Validus was approached and that,
16  again, was where probably some of the numbers of
17  farms and what have you came into our discussions
18  today, was to develop that third-party auditing
19  that would satisfy the request to have an outside
20  company review our farms for cage and cage-free --
21      Q.  And --
22      A.  -- eggs.
23      Q.  And are all five of the companies
24  listed -- third-party auditing companies listed in
25  the attachment to Exhibit 26 auditing companies

243

1   that performed audits for Safeway of Safeway's egg
2   suppliers?
3       A.  No.
4       Q.  Which one of these companies from 1999
5   to 2008 performed audits of Safeway's egg
6   suppliers?
7       A.  Honestly, I'm not -- I'm not certain
8   that Validus conducted on-farm audits.
9       Q.  Under the first companies, Iscilicur,
10  is that how you pronounce it?
11      A.  Yes.
12      Q.  There's a line halfway down that starts
13  with "could"; do you see that, the first one?
14      A.  Yes.
15      Q.  Could potentially audit a cage-free egg
16  producer for UEP guidelines for shell eggs.  Do you
17  see that?
18      A.  Yes.
19      Q.  Is it -- was Safeway using third-party
20  auditors to audit its caged egg-laying hen
21  suppliers using UEP -- strike that question.
22      Was Safeway using third-party auditors
23  to audit its cage-free egg suppliers using UEP
24  guidelines?
25      MR. MURRAY:  Objection to the form of

244

1   the question.
2       A.  I can't answer that question.
3       Q.  (BY MR. FONTECILLA)  What do you --
4   what did you mean when you put in this chart, Could
5   potentially audit a cage-free egg producer through
6   UEP guidelines for shell eggs?
7       A.  Again, this document was providing
8   information to a potential third-party company that
9   could, in the future, as we developed an auditing
10  program, third-party validation program, they said
11  they could potentially work their way towards
12  auditing to UEP guidelines.
13      (Exhibit 27 was marked.)
14      Q.  (BY MR. FONTECILLA)  Handing you what's
15  been marked as Exhibit 27.  Ms. Littlefield, this
16  is -- this is an e-mail chain that includes an
17  e-mail from you on September 15, 2008; right?
18      A.  Yes.
19      Q.  And you sent that e-mail to Brian
20  Dowling and Cathy East; right?
21      A.  Yes.
22      Q.  Titled, Follow up on 8W validation
23  audits; correct?
24      A.  Correct.
25      Q.  Do you recall sending this e-mail?

245

1       A.  It's familiar as I look at it.
2       Q.  So in the e-mail that you write,
3   there's a paragraph that starts about -- a little
4   over halfway down that says, In general.
5       A.  Yes.
6       Q.  And says, In general, the producer,
7   farmer, vendor is responsible for covering the cost
8   of a third-party animal welfare audit.  The
9   producer will, in turn, recover those costs in the
10  product supply.
11      Do you see that?
12      A.  Yes.
13      Q.  Did you mean that -- that Safeway's
14  suppliers paid for the third-party audit of their
15  facilities in relation to the animal welfare
16  standards that Safeway requires?
17      A.  No.  This would be -- this is in
18  reference to a third-party audit.  Maybe repeat the
19  question.  I'm not sure.
20      Q.  Sure.  Safeway hires third-party
21  auditors to audit its suppliers; right?
22      A.  Right.
23      Q.  And that includes egg suppliers to
24  Safeway; right?
25      A.  Right.

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                    March 19, 2014

63 (Pages 246 to 249)

---

**246**

1  Q.  And do the egg suppliers pay for the
2  cost of that third-party audit?
3  **A.  I think the intention would be yes.**
4  Q.  And do they?
5  **A.  I believe so.**
6  Q.  And here you state that, The producer
7  will, in turn, recover those costs in the product
8  supply?
9  **A.  Right, so increase the cost of the**
10  **product they are supplying.**
11  Q.  So as a result of increased cost to
12  comply with Safeway's animal welfare guidelines,
13  you expected the producer to raise its costs to
14  cover that increased cost of the audit; right?
15  **A.  Yes.**
16  MR. FONTECILLA:  Why don't we take a
17  quick break and I'll see if I have any questions
18  left.
19  MR. MURRAY:  Okay.
20  THE VIDEOGRAPHER:  Off the record at
21  5:32.
22  (Recess had from 5:32 p.m. to 5:38 p.m.)
23  THE VIDEOGRAPHER:  On the record, at
24  5:38.  Off the record, end of tape seven, at 5:38.
25  On the record, this begins tape 8,

---

**247**

1  March 19, 2014, Virginia Littlefield, at 5:41.
2  (Exhibit 28 was marked.)
3  Q.  (BY MR. FONTECILLA)  Ms. Littlefield,
4  I've handed you what's been marked as Exhibit 27
5  (sic).
6  **A.  Yes.**
7  Q.  And this is a PETA press release;
8  right?
9  **A.  Uh-huh.  Yes, excuse me.  I was taking**
10  **a drink.**
11  Q.  And it's titled, PETA calls off Safeway
12  boycott, first US grocery chain ever to agree to
13  improve lot of farm animals.  Do you see that?
14  **A.  Yes.**
15  Q.  And it's dated May 15, 2002?
16  **A.  Yes.**
17  Q.  Do you remember when PETA called off
18  its Safeway boycott?
19  **A.  Very vaguely.**
20  Q.  And this relates to the Shameway
21  campaign that we discussed earlier; right?
22  **A.  Correct.**
23  Q.  And this press release details an
24  agreement between PETA and Safeway by which PETA
25  will agree to declare a moratorium on its Shameway

---

**248**

1  campaign; right?
2  MR. MURRAY:  Where does it say that?
3  **A.  I don't see that.**
4  Q.  (BY MR. FONTECILLA)  Okay.  So let's
5  just take it a step at a time.  In the first
6  sentence says, Today following more than a hundred
7  demonstrations in all 20 states and four Canadian
8  provinces where PETA and its subsidiaries
9  operate, PETA declared a moratorium on its boycott
10  of Safeway?
11  **A.  I see that, yes.**
12  Q.  The company announced that it has
13  agreed to PETA's demands to implement new minimum
14  standards of animal welfare.
15  Do you see that?
16  **A.  Yes.**
17  Q.  So does the press release reflect an
18  agreement between Safeway and PETA regarding
19  Safeway's animal welfare practices?
20  MR. MURRAY:  Objection to the form of
21  the question.  Misstates the document.
22  **A.  You know, this press release is from**
23  **PETA.  And I -- I would need a Safeway document**
24  **that stated that they had made -- or that they had**
25  **made an agreement.**

---

**249**

1  Q.  (BY MR. FONTECILLA)  Separate from the
2  press release, are you aware whether Safeway and
3  PETA came to an agreement regarding this Shameway
4  campaign that Safeway called off in May of 2002?
5  MR. MURRAY:  Object to the form of the
6  question.
7  **A.  No, I'm not aware.**
8  Q.  (BY MR. FONTECILLA)  Why did Safeway --
9  what is Safeway's understanding of why PETA called
10  off its Shameway campaign?
11  MR. MURRAY:  Object to the form of the
12  question.
13  **A.  I would be speculating.**
14  Q.  (BY MR. FONTECILLA)  Is it Safeway's
15  opinion that PETA voluntarily called off the
16  campaign without reason?
17  **A.  That would also be speculating.**
18  Q.  So it says here in the PETA press
19  release that the company announced that it has
20  agreed to PETA's demands to implement new minimum
21  standards of animal welfare; right?  That's what it
22  says?
23  **A.  It says that, yes, in this document.**
24  Q.  Do you recall in or around May of 2002,
25  Safeway announcing that it had adopted minimum

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                                  March 19, 2014

64 (Pages 250 to 253)

---

250

1  standards of animal welfare?
2      A.  Not to my recollection.
3      Q.  And in the next paragraph, it says,
4  PETA's agreement with Safeway includes, and then
5  has two bullet points.  Do you see that?
6      A.  Yes.
7      Q.  And in the second bullet point it says,
8  Implementation within 6 to 18 months of
9  soon-to-be-released guidelines from the Food
10 Marketing Institute which are expected to include
11 unannounced inspections of slaughterhouses, animal
12 handling, verification guidelines, increased cage
13 space for laying hens, humane handling procedures
14 for chickens and slaughterhouses, and refusal to
15 buy from suppliers that starve chickens in order to
16 induce an extra laying cycle.
17     Do you see that?
18     A.  I see it, yes.
19     Q.  Some of the things described in that
20 bullet point are consistent with UEP guidelines;
21 right?
22     A.  Yes.
23     Q.  And specifically, the cage space
24 requirement for laying hens; right?
25     A.  Correct.

---

251

1      Q.  And then the last one, the one that
2  refers to molting, suppliers that starve chickens
3  in order to induce an extra laying cycle; right?
4      A.  Yes.
5      Q.  And the PETA press release states that
6  Safeway has agreed to implement certain standards
7  requiring those two topics; right?  That's what the
8  press release states?
9      A.  This press release states that;
10 correct.
11     Q.  Did Safeway in May of 2002 agree to
12 implement those guidelines related to cage space
13 requirements and molting?
14     A.  Again, that would be speculation.  I do
15 not -- I don't have direct contact with outside
16 groups like this.
17     Q.  But I'm talking about what Safeway did
18 in 2002, its internal policies and practices.  Did
19 Safeway adopt a policy requiring cage space minimum
20 and molting programs -- let me strike that
21 question.
22     In or about May of 2002, are you aware
23 whether Safeway announced an animal welfare policy
24 that included cage space requirements and molting
25 policies?

---

252

1      MR. MURRAY:  Objection.  It
2  mischaracterizes the document.  It talks about --
3      MR. FONTECILLA:  I'm not talking about
4  the document.
5      MR. MURRAY:  Okay.
6      Q.  (BY MR. FONTECILLA)  Ms. Littlefield,
7  in May of 2002, do you know whether around that
8  timeframe Safeway released a policy about animal
9  welfare guidelines for egg suppliers?
10     A.  No, I'm not aware.
11     Q.  Did -- are you aware of Safeway making
12 any announcements that it would comply with
13 guidelines released by FMI related to animal
14 welfare standards for egg suppliers?
15     A.  No, I'm not aware.
16         (Exhibit 29 was marked.)
17     Q.  (BY MR. FONTECILLA)  You have in front
18 of you what's been marked as Exhibit 28 (sic).  Do
19 you recognize this document, Ms. Littlefield?
20     A.  Yes.
21     Q.  And how do you recognize this document?
22     A.  I think I've reviewed it previously.
23 It's not in my immediate memory.
24     Q.  When did you review this document?
25     A.  Sometime between two thousand --

---

253

1  probably four -- and 2008.
2      Q.  And why did you review this document
3  around that time?
4      A.  To become familiar with the UEP
5  guidelines for animal husbandry.
6      Q.  And did you need to become familiar
7  with the guidelines as part of your role on the
8  animal welfare council?
9      A.  Yes.
10     Q.  And did you need to become familiar
11 with the UEP guidelines in connection with your
12 role in auditing egg suppliers?
13     A.  Yes.
14     Q.  And how have you used your knowledge of
15 the UEP guidelines in your work?
16     A.  Honestly, the bulk of my
17 responsibilities is within the meat animal
18 production areas.  I touch on egg-related issues
19 very infrequently.
20     Q.  If you flip to, please, the second
21 to -- or the third-to-last page; it is stamped 184.
22 The label at the top of this page says
23 "Compliance."  Do you see that?
24     A.  Yes.
25     Q.  Are you familiar with the UEP

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                    March 19, 2014

65 (Pages 254 to 257)

---

**254**

1 guidelines as they relate to the compliance content
2 on this page?
3     **A.  I'd like to review the content, please.**
4 **Can you restate your question, please?**
5     Q.  Sure.  Are you familiar with the UEP
6 guidelines related to compliance that are stated on
7 this page?
8     **A.  Vaguely familiar, yes.**
9     Q.  And does Safeway require its egg
10 suppliers to comply with the UEP guidelines
11 consistent with how the compliance guidelines are
12 stated on this page?
13     **A.  I would be speculating.  I'm not sure.**
14     Q.  Earlier, very earlier, in the day, you
15 testified that you were not aware of any
16 certification related to the UEP guidelines; do you
17 remember that?
18     **A.  Required certification, yes.**
19     Q.  Do you see the second section on this
20 page titled "Certification"; right?
21     **A.  Correct.**
22     Q.  And it says, Until such time that the
23 first audit is conducted, each egg-producing
24 company having filed for an application for
25 certification will be provided a provisional

---

**255**

1 certification number.  Upon completion of the audit
2 and a passing grade, the company will be fully
3 certified.  To maintain this certification, the
4 company must agree that the auditor will provide
5 directly to UEP a copy of the audit results.
6     Do you see that?
7     **A.  Yes.**
8     Q.  Does that refresh your recollection
9 about whether there is a certification aspect to
10 the UEP guidelines that Safeway uses?
11     MR. MURRAY:  Objection to the form of
12 the question.  Your -- I'm going to raise an
13 objection to your prior question about
14 certification.  It misstate her prior testimony.
15     **A.  Could you restate that again?**
16     Q.  (BY MR. FONTECILLA)  Sure.  Does
17 looking at the UEP guidelines again today refresh
18 your recollection about what your understanding is
19 with regards to certification of UEP guidelines?
20     **A.  It refreshes the certification from the**
21 **information here, but I'm -- I guess I'm unclear on**
22 **the question that you're asking.**
23     Q.  Sure.  Do egg suppliers that supply to
24 Safeway have to be certified as described in this
25 paragraph on this page?

---

**256**

1     **A.  No.  And I -- no, they don't need**
2 **this -- gosh, excuse me -- certification.  We**
3 **recommend that they follow the guidelines for**
4 **animal care.**
5     Q.  In fact, we saw some supply agreements
6 from Safeway where it says that the supplier must
7 comply with the UEP guidelines; right?
8     **A.  Honestly, it's been a long day and I**
9 **can't answer that question.**
10     Q.  Do you recall going over some supply --
11     **A.  Could you refer back to the document?**
12     Q.  Sure.  I believe it was Exhibit 21.  I
13 believe Mr. Murphy (sic) has it in front of him.
14     MR. MURRAY:  Is this the document?  I
15 think it's 20.
16     MR. FONTECILLA:  20, yes.  You're
17 right.
18     MR. MURRAY:  It's 20.  One more.
19     Q.  (BY MR. FONTECILLA)  On the last page,
20 remember we looked at that specification sheet and
21 there was a section there where it says that the
22 supplier must comply with UEP guidelines.  Do you
23 see that again?
24     **A.  Comply with the guidelines.  I don't**
25 **see that as a reference to must be certified.**

---

**257**

1     Q.  Right.
2     **A.  That's how I'm interpreting your**
3 **question.**
4     Q.  Okay.  When it says must comply with
5 the guidelines, it's referring to this document
6 that you have in front of you as Exhibit 28; right?
7     MR. MURRAY:  Objection to the form of
8 the question.
9     **A.  Say that one more time.**
10     Q.  (BY MR. FONTECILLA)  This entire
11 Exhibit 28.
12     **A.  Right.**
13     Q.  Right in front of you.
14     **A.  Right.**
15     Q.  This entire document is the UEP
16 guidelines; right?
17     **A.  Correct.**
18     Q.  And that's what is referred to in this
19 specification sheet as an egg supplier having to
20 comply with?
21     **A.  Correct.**
22     Q.  Okay.  And that -- and then we look at
23 inside the guidelines, and it says that an
24 egg-producing company has to file an application
25 for certification?

---

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                              March 19, 2014

66 (Pages 258 to 261)

258

1      A.  Yes.
2      Q.  And then has to maintain the
3   certification, has to do certain things in order to
4   maintain the certification; right?
5      A.  Correct.
6      Q.  Okay.  And then on the next page of
7   Exhibit 28, it states that -- on the last bullet
8   point, that the FMI and the National Council of
9   Chain Restaurants has reviewed these guidelines.
10  Do you see that?
11     A.  Yes.
12     Q.  Is it your understanding that FMI
13  reviewed these guidelines before they were issued,
14  as stated on the first page in 2002?
15         MR. MURRAY:  Objection.  Calls for
16  speculation.
17     A.  I would have no idea.
18     Q.  (BY MR. FONTECILLA)  Ms. Littlefield,
19  are you aware that Safeway has filed a lawsuit in
20  relation to the UEP guidelines?
21     A.  No.
22     Q.  What is your understanding of the case
23  that is at issue and why you're here testifying
24  today?
25         MR. MURRAY:  Objection.  Outside the

259

1   scope.  Calls for a legal conclusion.  You can
2   answer to the extent you know.  And in answering, I
3   would caution you against revealing any
4   communications you had with your lawyers.  If you
5   can answer that question without revealing the
6   content of any communications you had about with
7   your lawyers, go ahead and do so.
8      A.  I can only answer I've vaguely reviewed
9   the complaint.
10     Q.  (BY MR. FONTECILLA)  Okay.  You have in
11  front of you --
12     A.  I read --
13     Q.  I'm sorry.  I didn't mean to --
14     A.  I read through the complaint for today.
15  Is that what you're asking me to clarify?
16     Q.  I'm asking you in your personal
17  capacity, what do you know about the allegations in
18  that complaint that you reviewed, from your review
19  and not from anything your counsel told you?
20     A.  That egg producers did some things to
21  reduce the egg supply to increase the prices of
22  eggs.
23     Q.  Okay.  You have in front of you what
24  looks to be handwritten notes.
25     A.  Yes.

260

1      Q.  Are those your handwritten notes?
2      A.  Yes.
3      Q.  And may I see those, please.
4         MR. MURRAY:  You're going to take them
5   from her, I assume.
6         (Exhibit 30 was marked.)
7      Q.  (BY MR. FONTECILLA)  I'm going to mark
8   these as Exhibit 29 (sic).  And these are -- when
9   did you make these handwritten notes?
10     A.  Yesterday.
11     Q.  And have you been reviewing and relying
12  on these notes throughout today's deposition?
13     A.  Yes, at certain points.
14     Q.  And you relied on these notes in
15  answering your questions today; correct?
16     A.  Yes.
17     Q.  Who is Mike Siemens?
18     A.  He is a member of our animal welfare
19  committee.
20     Q.  Is he an employee of Safeway?
21     A.  No.
22         MR. FONTECILLA:  I have no further
23  questions.
24         MR. MURRAY:  Anyone on the phone have
25  any questions?

261

1         MR. YOUNG:  No, I don't have any
2   questions.
3         MR. NARINE:  No questions from
4   Indirect.
5         MR. MURRAY:  I have no questions.  We
6   designate the entire deposition confidential --
7   highly confidential under the protective order and
8   do not waive reading and signing.
9         MR. FONTECILLA:  And I have one more
10  statement to read into the record.  Defense counsel
11  would like to reserve the right to reopen the
12  deposition on the basis that the witness was not
13  properly prepared to testify as a corporate
14  designee in regards to certain topics.  And we'll
15  reserve our rights subject to how the other
16  depositions of Safeway's other 30(b)(6) witnesses
17  turn out.
18         MR. MURRAY:  And I strongly disagree
19  with that statement.  The witness sat here for
20  seven hours and answered questions.  She prepared
21  for a number of hours and even brought in notes
22  that she took to provide her with facts and
23  information related to those topics that would help
24  her respond to questions.
25         THE VIDEOGRAPHER:  Off the record, end

HIGHLY CONFIDENTIAL

Littlefield, Virginia G.                    March 19, 2014

67 (Pages 262 to 264)

---

262

1   of deposition, end of tape 8, at 6:02.
2           (The proceedings were adjourned at the
3   hour of 6:02 p.m.)

---

263

1           I, VIRGINIA G. LITTLEFIELD, do hereby
2   certify that I have read the above and foregoing
3   deposition and that the same is a true and accurate
4   transcription of my testimony, except for attached
5   amendments, if any.
6           Amendments attached ( ) Yes  ( ) No
7   _____
8           VIRGINIA G. LITTLEFIELD
9
10          The signature above of VIRGINIA G.
11  LITTLEFIELD was subscribed and sworn to before
12  me in the county of _____, state of
13  Colorado, this _____ day of _____,
14  2014.
15
16  _____
    Notary Public
    My commission expires

---

264

1
2           REPORTER'S CERTIFICATE
3   STATE OF COLORADO  )
                       ) ss.
4   COUNTY OF ADAMS   )
5           I, DEBBIE ZOETEWEY, Registered Merit
6   Reporter and Notary Public, State of Colorado,
7   do hereby certify that previous to the
8   commencement of the examination, the said
9   VIRGINIA G. LITTLEFIELD was duly sworn by me to
10  testify to the truth in relation to the matters
11  in controversy between the parties hereto; that
12  the said deposition was taken in machine
13  shorthand by me at the time and place aforesaid
14  and was thereafter reduced to typewritten form,
15  consisting of 264 pages herein; that the
16  foregoing is a true transcript of the questions
17  asked, testimony given, and proceedings had.
18          I further certify that I am not employed
19  by, related to, nor counsel for any of the parties
20  herein, nor otherwise interested in the outcome of
21  this litigation.
22          IN WITNESS WHEREOF, I have affixed my
23  signature this 2nd day of April 2014.
24
25  _____

---