# ATTACHMENT 38

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                        April 2, 2014

1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:  PROCESSED EGG PRODUCTS        )

ANTITRUST LITIGATION                  )

                                      )  MDL No. 2002

                                      )  08-md-02002

                                      )     HIGHLY

THIS DOCUMENT RELATES TO:             )  CONFIDENTIAL

Kraft Foods Global, Inc., et al.,     )

v. United Egg Producers, Inc.,        )

et al., No. 2:12-cv-00088-GP          )


        The highly confidential videotaped

discovery deposition of KRAFT FOODS GLOBAL, INC.,

by and through Scott Martin Manion, taken in the

above-entitled cause, before Deralyn Gordon, a

notary public of Cook County, Illinois, on the

2nd day of April, 2014, at 353 North Clark Street,

Chicago, Illinois, beginning at approximately

9:01 a.m., pursuant to Notice.


REPORTED BY:  DERALYN GORDON, CSR, RPR, CRR

LICENSE NO:  084-003957

HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

2 (Pages 2 to 5)

---

**2**

```
1    PRESENT:
2
3       JENNER & BLOCK LLP
4       BY RICHARD CAMPBELL, ESQ., and
5       SARAH S. ANSARI, ESQ.,
6       353 North Clark Street
7       Chicago, Illinois 60654
8       (312) 222-9350
9       campbell@jenner.com
10      sansari@jenner.com
11         appeared on behalf of Kraft Foods
12         Global, Inc.;
13
14      CROWELL MORING
15      BY KATHLEEN M. CLAIR, ESQ.,
16      1001 Pennsylvania Avenue, NW
17      Washington, DC 20004
18      (202) 624-2951
19      kclair@crowell.com
20         appeared on behalf of
21         Daybreak Foods, Inc.;
22
23      ALSO PRESENT:
24         Mr. Stephan Hoog, Videographer.
25
```

**3**

```
1    PRESENT TELEPHONICALLY:
2
3       PORTER WRIGHT MORRIS & ARTHUR, LLP
4       BY JOHN MONICA, ESQ.,
5       1919 Pennsylvania Avenue, NW, Suite 500
6       Washington DC 20069
7       (202) 778-3000
8       jmonica@porterwright.com
9          appeared on behalf of Rose Acre
10         Farms;
11
12      STINSON LEONARD STREET LLP
13      BY SHARON R. MARKOWITZ, ESQ.,
14      150 South Fifth Street, Suite 2300
15      Minneapolis, Minnesota 55402
16      (612) 335-1974
17      sharon.markowitz@stinsonleonard.com
18         appeared on behalf of Michael Foods.
19
20
21
22
23
24
25
```

**4**

```
1                I N D E X
2               VOLUME I
3
4    Wednesday, April 2, 2014
5
6    WITNESS                    EXAMINATION
7    KRAFT FOODS GLOBAL, INC.,
8    by and through Scott Martin Manion
9        By Ms. Clair              9
10       By Mr. Monica            172
11       By Mr. Campbell          182
12
13
14
15
16           DEPOSITION EXHIBITS
17      KRAFT FOODS GLOBAL, INC.,
18      by and through Scott Martin Manion
19
20   NUMBER      DESCRIPTION        IDENTIFIED
21   Exhibit 1  Defendants' Second Amended Notice   13
             of Deposition to Plaintiff
22           Kraft Foods Global, Inc., Pursuant
             to Fed. R. Civ. P. 30(b)(6)
23
24
25
```

**5**

```
1              DEPOSITION EXHIBITS
2          KRAFT FOODS GLOBAL, INC.,
3        by and through Scott Martin Manion
4
5    NUMBER      DESCRIPTION        IDENTIFIED
6    Exhibit 2  Second Amended Complaint       16
             No Bates numbers
7
     Exhibit 3  Email regarding Risk Management   19
8             Strategy
             Bates KRA00002859 - KRA00002872
9
     Exhibit 4  Kraft Foods Global, Inc.'s        28
10            Objections and Amended Answers
             to Defendant's First Set of
11            Interrogatories
             No Bates numbers
12
     Exhibit 5  Vendor/supplying plant chart      37
13            No Bates numbers
     Exhibit 6  Vendor/supplying plant chart      52
14            No Bates numbers
15
     Exhibit 7  PO's for Archiving written 2003   54
16            Bates KRA00037654 - KRA00037667
17   Exhibit 8  Kraft Foods, Inc.                 59
             Contract Report
18            Bates KRA00037478 - KRA00037485
19   Exhibit 9  Listing of Kraft manufacturing    64
             plants
20            No Bates numbers
21   Exhibit 10 Email from Jose Rojo to           66
             Rick Marrese dated 4/14/08
22            Bates KRA00053784 - KRA00053785
23   Exhibit 11 Egg Products Supply Agreement     75
             Bates KRA00046260 - KRA00046315
24
25
```

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                                    April 2, 2014

3 (Pages 6 to 9)

---

**6**

DEPOSITION EXHIBITS
KRAFT FOODS GLOBAL, INC.,
by and through Scott Martin Manion

NUMBER          DESCRIPTION          IDENTIFIED
Exhibit 12 Egg Products Supply Agreement     87
          Bates KRA00048928

Exhibit 13 Commitment Letter          91
          Kraft US Eggs 2007 dated 6/18/07
          Bates KRA00045809 - KRA00045810

Exhibit 14 Meat, Poultry and Other Animal     93
          Ingredients Product Purchase
          Agreement dated 7/1/07
          Bates KRA00002537 - KRA00002554
Exhibit 15 Contract Term Extension     97
          Bates KRA00046488 - KRA00046509

Exhibit 16 Email from Rick Marrese to     99
          Alec Reusche dated 3/23/08
          Bates KRA00053509 - KRA00053512

Exhibit 17 Email from Michael Kuntz to     122
          Randy Hanneman dated 2/25/04
          Bates KRA00006025

Exhibit 18 Kraft Foods Global, Inc.'s     129
          Objections and Answers to
          Defendants' Second Set of
          Interrogatories
          No Bates numbers

Exhibit 19 Draft Animal Welfare Policy and     133
          Program Recommendation
          April 2006
          Bates KRA00000019 - KRA00000039
Exhibit 20 Email from John Topinka to     141
          Javier Meneses dated 8/30/06
          Bates KRA00003479

---

**7**

DEPOSITION EXHIBITS
KRAFT FOODS GLOBAL, INC.,
by and through Scott Martin Manion

NUMBER          DESCRIPTION          IDENTIFIED
Exhibit 21 Email from Curtis Amundson to     145
          Greg Choate dated 10/30/06
          Bates KRA00016957
Exhibit 22 Letter from Matthew Prescott to     146
          Nick Meriggioli dated 2/16/06
          Bates KRA00042468 - KRA0004242470
Exhibit 23 Letter from Katie Carrus to     150
          Chris Beard dated 4/20/06
          Bates KRA00052823 - KRA00052823
Exhibit 24 Email from Greg Hite to     153
          Cathy Pernu dated 5/21/07
          Bates KRA00000342 - KRA00000343
Exhibit 25 Kraft Industry Facts & Discussion     157
          Points
          Bates KRA00046529 - KRA000046530
Exhibit 26 Email from John Gregorich to     160
          Susan Cruse dated 4/15/08
          Bates KRA00006162 - KRA00006165
Exhibit 27 Email from John Gregorich to     165
          Jose Rojo dated 6/8/07
          Bates KRA00026656 - KRA00026663

---

**8**

1    THE VIDEOGRAPHER:  This is Stephan Hoog
2  representing Henderson Legal Services.  I'm the
3  operator of this camera.
4        This is the videotaped 30(b)(6) deposition
5  of Scott Manion.  We are at -- on the record
6  April 2, 2014.  The time is 9:01 a.m., as
7  indicated on the video screen.
8        We are at 353 North Clark Street,
9  Chicago, Illinois.  This case is captioned
10  In Re:  Processed Egg Products Antitrust
11  Litigation, case number 08-md-02002.
12        Will the attorneys please identify
13  themselves for the video record.
14        MR. CAMPBELL:  Richard Campbell of
15  Jenner & Block on behalf of Kraft Foods and the
16  deponent, Scott Manion.
17        MS. ANSARI:  Sarah Ansari of
18  Jenner & Block on behalf of Kraft Foods.
19        MS. CLAIR:  Kathleen Clair of
20  Crowell & Moring on behalf of Daybreak Foods, Inc.
21        THE VIDEOGRAPHER:  The court reporter
22  today is Deralyn Gordon.  Can you please swear in
23  the witness.
24
25

---

**9**

1              (Whereupon the witness was
2              sworn.)
3        KRAFT FOODS GLOBAL, INC.,
4  by and through Scott Martin Manion,
5  called as a witness herein, having been first duly
6  sworn, was examined and testified as follows:
7              EXAMINATION
8  BY MS. CLAIR:
9    Q.  Good morning, Mr. Manion.
10    **A.  Good morning.**
11    Q.  Have you ever been deposed before?
12    **A.  No, I have not.**
13    Q.  Okay.  So we can go over just a couple of
14  ground rules for it.
15        You're testifying today under oath.
16  The court reporter and videographer are making
17  a record that you understand may in some
18  circumstances be used at trial.
19        For everyone's benefit it's best if we
20  try not to talk over one another; I'll try that as
21  well.  And it's best to respond verbally rather
22  than nodding or uh-huhs so the court reporter can
23  get it all down.
24        If you don't understand a question, just
25  let me know --

HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

4 (Pages 10 to 13)

---

**10**

1      MS. MARKOWITZ: I apologize. I don't want
2  to interrupt, but my name is Sharon Markowitz.
3  I'm appearing for Michael Foods on the phone.
4      MS. CLAIR: Okay.
5      MS. MARKOWITZ: So I'm not sure if you
6  began.
7      MR. CAMPBELL: Who is it, please?
8      MS. MARKOWITZ: Sharon Markowitz. Sorry.
9  I should have spoken up sooner.
10     MR. CAMPBELL: Did you get that, Stephan?
11     THE VIDEOGRAPHER: Yes.
12     MR. CAMPBELL: All right. Thanks.
13  Can you hear us all right?
14     MS. MARKOWITZ: So far.
15     MS. CLAIR: Great. Yeah, let us know if
16  not.
17  BY MS. CLAIR:
18     Q.  So if you don't understand the question,
19  just let me know; I'll clarify.
20         If you ever need to take a break, just say
21  so.
22     A.  Okay.
23     Q.  No big deal.
24         Do you understand that you're testifying
25  today on behalf of Kraft as a corporate

---

**11**

1  representative?
2     A.  Yes, I do.
3     Q.  And is there any reason why you can't give
4  your best testimony today?
5     A.  No, there's no reason.
6     Q.  What is your job title?
7     A.  Associate Director Dairy Ingredients
8  Procurement.
9     Q.  What are your responsibilities in that
10  position?
11     A.  I'm responsible for purchasing and
12  managing categories within the dairy ingredients
13  group.
14     Q.  And when did you start this position?
15     A.  I started this position two years ago.
16     Q.  And before that what was your job title?
17     A.  It was Senior Manager for Ingredients
18  Procurement.
19     Q.  Were your responsibilities different in
20  that position?
21     A.  They were different categories, same basic
22  responsibilities, responsible for purchasing and
23  contracting within the category.
24     Q.  Okay. And how long were you in that
25  position?

---

**12**

1     A.  From 200- -- roughly 2006 until 2012.
2     Q.  Okay. And what did you do before 2006?
3     A.  I worked in another category as category
4  manager for Kraft.
5     Q.  Okay.
6     A.  Mostly indirect, indirect materials
7  purchases, services purchasing, marketing services
8  purchasing.
9     Q.  And --
10     A.  Nonfood basically.
11     Q.  Nonfood?
12     A.  Yes.
13     Q.  Nothing to do with eggs in that position?
14     A.  Correct.
15     Q.  And in the position from 2006 to 2012,
16  were eggs part of your responsibility?
17     A.  Eggs were part of my responsibility
18  between 2008 and 2010.
19     Q.  Perfect.
20         And at any time prior going back to 1999,
21  did you have responsibility having to do with
22  eggs or egg purchasing?
23     A.  No, I did not.
24     Q.  Okay. What's the highest level of
25  education that you -- highest degree you got?

---

**13**

1     A.  A bachelor of science degree.
2     Q.  Okay. So without revealing any
3  confidential communications with your counsel,
4  what is your understanding of the allegations
5  that Kraft is making in this lawsuit?
6     MR. CAMPBELL: I object for the record
7  on the ground that any knowledge he has about the
8  basis of the lawsuit, which he gained from
9  counsel, either in-house or at Jenner & Block,
10  is privileged.
11     So I instruct him not to answer except to
12  the extent that he has knowledge outside that --
13  the knowledge he has gained from us.
14     MS. CLAIR: Perfect.
15  BY MS. CLAIR:
16     Q.  So if you can answer.
17     A.  As I understand it, it's a reduction of
18  supply of eggs and an increase in the price of
19  eggs.
20     Q.  Okay. I'm going to hand you what we'll
21  mark as Exhibit 1, please.
22         (Discussion held off the
23          record.)
24         (Manion Deposition Exhibit No. 1
25          marked for identification.)

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                    April 2, 2014

5 (Pages 14 to 17)

---

**14**

BY MS. CLAIR:
1
2    Q.  Mr. Manion, have you seen this document
3  before?
4    **A.  I may have seen this document before.**
5    Q.  If you look at -- this might help.  If
6  you turn to page 8, you'll see the beginning of a
7  list of deposition topics.
8      Have you seen this list or a list like
9  this before?
10   **A.  Yes.  Yup.**
11   Q.  Did you review this with -- in preparation
12 for your deposition?
13   **A.  Yes, I did.**
14   Q.  And there's been one general exception.
15 I'm not going to be asking about downstream
16 pricing data; other than that are you prepared to
17 testify about the topics in this notice?
18   **A.  Yes, I am.**
19   MR. CAMPBELL:  He's prepared to testify as
20 to those topics to which we have not objected.
21     We offered when we responded to this
22 30(b)(6) notice to meet and confer with counsel or
23 defendants; defendants never took us up on that.
24 There's been no meet and confer, so we stand by
25 our objections.

---

**15**

1      MS. CLAIR:  This might be better off the
2  record.
3      I understood there was a telephonic meet
4  and confer with Jenner & Block counsel in the
5  summer?
6      Let's go off the record.
7      MR. CAMPBELL:  Let's go off the record.
8      (Discussion held off the
9      record.)
10     THE VIDEOGRAPHER:  We're off the record at
11 9:08 a.m.
12     (Discussion held off the
13     record.)
14     THE VIDEOGRAPHER:  Back on the record at
15 9:08 a.m.
16     MR. CAMPBELL:  Ms. Clair is correct and
17 I was wrong.  I am told that there was a meet and
18 confer not unique to Kraft.  It covered Kellogg,
19 General Mills and Kraft, I think, although I don't
20 think much was resolved at that meet and confer.
21     So we'll take it step by step on the
22 questions.  All right?
23     MS. CLAIR:  That's fair.  That's fair.
24 BY MS. CLAIR:
25   Q.  Mr. Manion, what did you do to prepare for

---

**16**

1  your deposition today?
2    **A.  I reviewed documents of when I managed**
3  **the category, I consulted with Richard in the**
4  **legal group, and I spoke with people that managed**
5  **the category previous to me.**
6    Q.  And who were those people?
7    **A.  Javier Maneses, who managed the category**
8  **from 2004 to 2006.**
9    Q.  Anybody else at Kraft?
10   **A.  Some folks in corporate affairs,**
11 **Sarah DeLay and Naya "Moon."**
12   Q.  Okay.  You mentioned that you reviewed
13 some documents; were those documents that you
14 selected?
15   **A.  They were the documents that I had when**
16 **I managed the category.**
17   Q.  Okay.  Did you bring any of those
18 documents with you today?
19   **A.  No.  No, I didn't.**
20   Q.  I'm going to hand you what we'll mark as
21 Exhibit 2.
22     (Manion Deposition Exhibit No. 2
23     marked for identification.)
24     MS. ANSARI:  Did someone just join?
25     MR. MONICA:  Yes.  John Monica from

---

**17**

1  Porter Wright Morris & Arthur representing
2  Rose Acre Farms, Inc., a defendant in the action.
3      (Discussion held off the
4      record.)
5  BY MS. CLAIR:
6    Q.  Mr. Manion, do you recognize this to be a
7  copy of the complaint that got filed in this case?
8      MR. CAMPBELL:  Objection as to form.
9      MS. MARKOWITZ:  Is there a Bates label on
10 this exhibit?
11     MS. ANSARI:  I'm sorry, what?
12     MS. MARKOWITZ:  Is there a Bates label on
13 this exhibit?
14     MS. CLAIR:  No, there is not.
15     MS. MARKOWITZ:  Okay.  Thank you.
16   **A.  It appears to be, yes.**
17 BY MS. CLAIR:
18   Q.  I only have one question about this right
19 now, and that's on page 8, page 8, paragraph 14.
20   **A.  Yes.**
21   Q.  This is a question about the corporate
22 structure.  Notice paragraph 14 identifies Kraft
23 Foods Global, Inc., Cadbury plc, Kraft Foods,
24 Inc., and Kraft Foods North America, Inc., all
25 as plaintiffs.

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

---

**18**

1      Are you testifying today on behalf of all
2  of those entities?
3      **A.  Yes.**
4      Q.  Could you explain to me what the
5  relationship is among those four entities?
6      **A.  I'm not exactly sure.**
7      Q.  Okay.  That's fine.
8      Just for a bit of background -- and we
9  can set this one aside for right now -- about
10  Kraft's business, does Kraft purchase any shell
11  eggs?
12      **A.  No, we do not.**
13      Q.  Does Kraft purchase egg products?
14      **A.  Yes, we do.**
15      Q.  So Kraft doesn't sell any shell eggs,
16  right?
17      **A.  No.  No.**
18      Q.  Does Kraft sell any egg products?
19      **A.  No.**
20      Q.  How does Kraft use the egg products that
21  it buys?
22      **A.  We use eggs in mayonnaise and cookies.**
23      Q.  Anything else --
24      **A.  Nope.**
25      Q.  -- that you can think of?  Okay.

---

**19**

1          (Manion Deposition Exhibit No. 3
2           marked for identification.)
3  BY MS. CLAIR:
4      Q.  I'm going to hand you what we'll mark as
5  Exhibit 3.
6      **A.  Thank you.**
7      Q.  This is a document Bates labeled
8  KRA00002859.  Take a moment to review it.
9      **A.  Uh-huh.**
10      Q.  Do you recognize this document?
11      **A.  I do.**
12      Q.  And what is it?
13      **A.  This is a, this is a draft of a strategy**
14  **that I was involved in with Kraft.**
15      Q.  Okay.  I know it says "Draft."  I can
16  represent to you that based on the search of
17  Kraft's production, every copy and version of
18  this says "Draft" on the front.
19      **A.  Uh-huh.**
20      Q.  Despite it saying "Draft," was this
21  document distributed to the group of people listed
22  on the very first page of this exhibit?
23      **A.  It's not listed on -- well, yes, it is.**
24  **It's listed here as an attachment.  My assumption**
25  **would be yes.**

---

**20**

1      Q.  Okay.  That's fair enough.  And it was an
2  attachment to what looks like a meeting invitation
3  for a working session; is that right?
4      **A.  That's correct.**
5      Q.  Did Kraft hold this type of working
6  session periodically?
7      **A.  Yes.**
8      Q.  Was it common to attach Power Points like
9  this one for people to review in preparation for
10  the working session?
11      **A.  Uh-huh.  Yes.**
12      Q.  Okay.  And would the people who prepared
13  those Power Points have been knowledgeable about
14  the information in them at the time they prepared
15  them?
16      **A.  Yes.**
17      Q.  Okay.  So for now I just want to look at
18  one page of this.  The page ending in 2862, which
19  is the third or fourth page of this document here.
20  It says "Executive Summary" at the top.
21      **A.  Yup.**
22      Q.  Okay.  So the very top mentions that
23  "Eggs are a significant raw material to the Kraft
24  Grocery BU."
25      Is that the Grocery Business Unit?

---

**21**

1      **A.  Grocery Business Unit, yeah.**
2      Q.  Okay.  I just want to look at the second
3  row down.  It says "NA Internal Stakeholders."
4      **A.  Yes.**
5      Q.  Is "NA" North America?
6      **A.  North America.**
7      Q.  Okay.  So there are some products
8  mentioned here, Mayo, Miracle Whip, Dressings,
9  Nilla Wafers, Boca products.  Are these some
10  examples of products that Kraft makes using
11  eggs as an ingredient?
12      **A.  That's correct.**
13      Q.  Can you think of any others that
14  Kraft makes that uses egg products as an
15  ingredient?
16      **A.  No.**
17      Q.  Okay.  And this discusses the Kraft
18  Grocery Business Unit.
19      Do any other Kraft Business Units use
20  egg products to your knowledge?
21      **A.  The snacks business unit.**
22      Q.  Perfect.  So snacks is its own business
23  unit --
24      **A.  Yes.**
25      Q.  -- separate from grocery?

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

7 (Pages 22 to 25)

---

**22**

1    A.  Yes.
2    Q.  And grocery and food service, would that
3  be a longer version for the name for that Grocery
4  Business Unit?
5    A.  Correct.  Yes.
6    Q.  Perfect.  That's helpful.
7      So, Mr. Manion, for the various Kraft
8  entities that we looked at and mentioned in the
9  complaint, is egg product purchasing done
10  centrally?
11    A.  Yes, it is.
12    Q.  And for all of the various business units,
13  snacks and grocery, that use egg products, is
14  purchasing done centrally --
15    A.  Yes.
16    Q.  -- as well?  Okay.
17      What divisions or departments within
18  Kraft have responsibility for purchasing egg
19  products?
20    A.  The procurement.
21    Q.  Procurement?
22    A.  The procurement organization, yeah.
23    Q.  Any others?
24    A.  No.
25    Q.  Okay.  And who in procurement has primary

---

**23**

1  responsibility for purchasing egg products?
2    A.  The category manager.
3    Q.  Okay.  And that's a position that has
4  changed over time throughout this --
5    A.  Yeah.  That's correct.
6    Q.  -- time period?
7    A.  Yeah.
8    Q.  And, just to be clear, there's a lengthy
9  time period in this case.  So, in general, if I'm
10  asking a question did this happen, I'm talking
11  about the period from 1999 to 2008.
12    A.  Understood.
13    Q.  Unless we say otherwise.
14    A.  Yup.
15    Q.  I might slip up and use the present tense
16  or something, but I'll make it clear if I'm not
17  talking about that time period.
18    A.  Okay.
19    Q.  Okay.  So that was Javier Maneses for
20  some time who had primary responsibility for
21  egg purchasing?
22    A.  He had responsibility from 2004 to 2006,
23  as I understand.
24    Q.  Do you know who had that primary
25  responsibility for egg purchasing before 2004?

---

**24**

1    A.  Mike Kuntz is responsible for 2000 to
2  2004, as I understand.
3    Q.  Do you know who was responsible in 1999,
4  by chance?
5    A.  I don't.  It could have been Mike.  I'm
6  not sure.  I'm not positive.
7    Q.  That's fine.  Okay.
8      What is Oscar Mayer's relationship with
9  Kraft?
10    A.  Oscar Mayer is a business unit owned by
11  Kraft.
12    Q.  Okay.  Did Oscar Mayer's meat procurement
13  group play any role in egg purchasing over this
14  relevant time period?
15    A.  Yes, they did.
16    Q.  Did they do some of their own purchasing
17  of eggs?
18    A.  They purchased on behalf of the
19  organization.
20    Q.  Did --
21    A.  So that's separate.  They were responsible
22  for the category.  So within the procurement
23  organization, the meat procurement organization,
24  had responsibility for that category.
25    Q.  So within the procurement organization,

---

**25**

1  the meat procurement organization, which would
2  include the Oscar Mayer meat procurement group,
3  had responsibility for all of Kraft's egg
4  purchasing, is that --
5    A.  That is correct.  Yes, that's correct.
6    Q.  That's helpful.  Thank you.  Okay.
7      And who within the meat procurement group
8  at Oscar Mayer, other than the people we
9  mentioned already, had primary responsibility for
10  egg purchases?
11    A.  A gentleman by the name John
12  Gregorich from 2006 to 2008.
13    Q.  Perfect.  Thank you.
14      What are the types of egg products that
15  Kraft purchases?
16    A.  We purchase liquid whole eggs, liquid egg
17  yolks, enzyme-modified eggs and powdered eggs.
18    Q.  What are enzyme-modified eggs?
19    A.  It's just a -- it's a process that the
20  eggs go through to functionalize them.
21    Q.  Could you explain to me what
22  functionalizing an egg means?
23    A.  Yeah.  It actually gives the egg a
24  property that creates a more fluffy product when
25  it's added to other products to make a mayonnaise.

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                        April 2, 2014

26

1  Q. Is that something that your suppliers do?
2  A. Yes.
3  Q. They functionalize the egg?
4  A. Yes.
5  Q. That's something that Kraft asks them to
6  do?
7  A. Yes. Yeah.
8  Q. Okay. Does Kraft buy pasteurized eggs?
9  A. I believe so, yes.
10  Q. Does it buy any unpasteurized?
11  A. I don't believe so.
12  Q. Does Kraft buy any salted egg products?
13  A. Yes, there's salt added. The liquids are
14  a mix, so it's just not whole egg. It's a whole
15  egg mix to Kraft specifications.
16  Q. Okay. And what else goes into the mix?
17  Salt is one thing. Do you know what else goes
18  into that?
19  A. I think -- let's see what I can remember
20  -- salt and additional egg yolk I think goes into
21  the whole egg mix.
22  Q. Okay.
23  A. There may be other additives, maybe sugar.
24  I'm not positive. I can't remember back that...
25  Q. Does Kraft buy only one blend, if we could

27

1  call it that, of liquid egg product or does it buy
2  different kinds? Are there different --
3  A. No, it buys two, basically a whole-egg mix
4  and an egg-yolk mix.
5  Q. Okay. And these are specifications that
6  Kraft has developed?
7  A. Correct.
8  Q. Okay. So aside from the liquid eggs, you
9  mentioned powdered eggs.
10  How does Kraft use powdered eggs it buys?
11  A. We use powdered eggs in the manufacturing
12  of cookies, so I believe it's Nilla Wafers for
13  our snacks business.
14  Q. Okay. That brought back childhood
15  memories.
16  A. Yeah.
17  Q. And how does Kraft use the eggs that it
18  buys?
19  A. It uses it in mayonnaise.
20  Q. Mayonnaise?
21  A. Yes.
22  Q. And you mentioned enzyme-modified eggs;
23  how does Kraft use those?
24  A. In a form of mayonnaise.
25  Q. Okay. Does Kraft buy any dried eggs?

28

1  A. Yes. The dried eggs are used in the
2  Nilla Wafers.
3  Q. So the powdered eggs? In other words, the
4  powdered?
5  A. The powdered eggs would be the equivalent
6  to dried eggs.
7  Q. Okay.
8  A. Yes.
9  Q. Any frozen eggs?
10  A. No.
11  Q. No?
12  A. Not that I'm aware of.
13  Q. Okay. Any egg whites? Any liquid whites?
14  A. I can't recall. Potentially. I can't
15  recall, though.
16  Q. That's okay.
17  So just for clarity, unless I'm more
18  specific, if I say eggs or egg products, I would
19  be speaking collectively about the various kinds
20  that Kraft purchases.
21  A. Understood.
22  Q. Okay. Let me hand you what we'll mark as
23  Exhibit 4.
24         (Manion Deposition Exhibit No. 4
25          marked for identification.)

29

1  A. Are we through with this one for right
2  now?
3  BY MS. CLAIR:
4  Q. For right now, yeah.
5  A. Okay.
6  Q. We'll come back to it, but later on.
7  A. Okay.
8  Q. So I'm going to ask you some questions
9  about some of the data that Kraft produced. No
10  one expects you to have memorized all of this.
11  I'm just getting a high-level lay of the land
12  with these, trying to understand some headings and
13  charts --
14  A. Understood.
15  Q. -- and where to look for different
16  information.
17  So this first document I've handed to you,
18  have you seen this before?
19  MS. MARKOWITZ: Is there a Bates label?
20  MS. CLAIR: There's no Bates label
21  on this one. The title is "Kraft Foods Global,
22  Inc.'s Objections and Amended Answers to
23  Defendants' First Set of Interrogatories."
24  MS. MARKOWITZ: Okay. Great. Thanks.
25  A. I have not seen this.

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

9 (Pages 30 to 33)

---

30

BY MS. CLAIR:
Q.   Okay.  Did you assist in preparing Kraft's answers to interrogatories in this case?
A.   Yes.  I worked with Richard and talked to Richard about it.
Q.   That's fine.  I just wanted to turn to page 5 here.  In that first main paragraph, do you see where it says that "...Plaintiff estimated its purchases in the Claim Form submitted in connection with the Moark class settlement on October 5, 2010, attached as Exhibit A"?
      And further on it talks about a different document.  It talks about transactional data and documents the defendants have produced.  Do you see that?
A.   Yes, I see it.
Q.   Okay.  So I want to go through those one by one.
      But just to understand, to the extent that there's any discrepancy between what's in Exhibit A here and what's in the transactional data, which would be more up to date or more accurate, if you know?
A.   I wouldn't know.
Q.   That's fine.  Do you know if the

---

31

transactional data completely replaces all of the information in Exhibit A?
A.   And I don't know that either.
Q.   That's fine.  We'll go -- we'll just go one by one.
A.   Okay.
Q.   Okay.  So let's turn to Exhibit A, which is in the same document a little further back.
A.   Yes.
Q.   Just a couple of pages behind this Exhibit A.
      If you flip to what is page 2 of the "Claim Form," under "Claimant Name," it says "Kraft Foods Global, Inc." and "[Kraft entities identified in Appendix A," right?
A.   Yes.  I see that.
Q.   And if we go a little bit above to "Egg Products Subclass," it's describing the types of eggs that are identified in this data; is that the right way to read that?
A.   Yes.  That's how I would understand it.
Q.   Okay.  And if we flip two pages back on page 4 here of the Claim Form, in the middle of the page just above the chart it says "Egg Product Purchases:  See Appendix B (attached)."  Do you

---

32

see that?
A.   Yes.
Q.   Okay.  So let's turn to that Appendix B to look at the egg product purchases.  I apologize there's not continuous numbering through this; that makes it a little bit difficult to navigate.
      Do you see that?
A.   I -- yes, I'm there.
Q.   Okay.  Great.  So you see the chart called "Kraft Foods Total Egg Volume and Revenues by Supplier"?
A.   Yes.
Q.   Perfect.  And it says "Supplier Provided Data" on the right; what does that mean?
A.   That we contacted the supplier, and the supplier provided us the volume and dollars for that particular year.
Q.   Perfect.  And on the top right under the heading, it says "Aggregate all items to both US and Canadian locations" with an asterisk that notes this "Chart reflects US purchases only," right?
A.   Yes.  I see that.
Q.   Did Kraft ask the supplier to take out any nonUS purchases or did Kraft do that on its own?

---

33

A.   There's one supplier that supports Canada, so it was just one supplier's data.
Q.   Oh, perfect.  So for all of these four suppliers listed here, do they supply only US locations?
A.   Yes, that is correct.
Q.   Okay.  That makes it easier.
A.   Yup.
Q.   So the -- it looks like there are four suppliers listed here.  RAF, is that Rose Acre Foods?
A.   Rose Acre Foods.
Q.   And then Michael Foods?
A.   Yes.
Q.   Those are familiar.  They're defendants in this case.
A.   Yes.
Q.   What is Oskaloosa Foods?
A.   Oskaloosa Foods is a small supplier to Kraft, a very small supplier.
Q.   Do they provide you with a different type of product than the type that you buy from Michaels or Rose Acre?
A.   Yes.  They provide a dried egg.
Q.   A dried egg?

---

## HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

---

34

1     **A. Yes.**
2     Q. Does Oskaloosa sell to Kraft by a
3 contract?
4     **A. A purchase order.**
5     Q. A purchase order. So for each purchase
6 there's a separate purchase order; is that right?
7     **A. There's an annual purchase order that is**
8 **done, purchase contract, that the plants can**
9 **release against.**
10     Q. Okay. Okay. Is that negotiated every
11 year?
12     **A. Yes.**
13     Q. Okay. And how is pricing done,
14 calculated, under that purchase order?
15     **A. We solicit a -- we request a price from**
16 **the supplier, the supplier provides us with a**
17 **price, and we use that price on the contract.**
18     Q. Is that a price per pound or something
19 else?
20     **A. It's typically per pound. On dry product**
21 **it would be per pound, price per pound.**
22     Q. Is it a fixed price for the duration of
23 that year?
24     **A. Generally, yes, it is.**
25     Q. Does it follow the Urner Barry price

---

35

1 index?
2     **A. Yes. So it's typically a formula price**
3 **that's based on an index.**
4     Q. And is that index the Urner Barry price
5 index --
6     **A. Yes.**
7     Q. -- or some other index?
8     **A. No, it's the Urner Barry price index.**
9     Q. And so I understand, it's a formula price
10 that follows the index.
11     Does the price change throughout the year?
12     **A. Yes, it does.**
13     Q. Okay.
14     **A. It changes with the index.**
15     Q. Okay. Perfect. So we mentioned it was a
16 fixed price. I just want to be clear.
17     **A. Yes. So let me clarify. It would be a --**
18 **if there is a formula price, the formula would**
19 **be the same for the time period. The actual**
20 **commodity could rise and fall with the market.**
21     Q. Perfect. That makes sense. So what
22 Kraft negotiates is what the formula is or how
23 the price paid will differ from the base --
24     **A. Correct.**
25     Q. -- price, right?

---

36

1     **A. Yup.**
2     Q. And what is Henningsen Foods?
3     **A. Henningsen Foods is another small supplier**
4 **to Kraft.**
5     Q. What kind of products does Henningsen
6 provide you?
7     **A. I believe powdered eggs as well.**
8     Q. Powdered eggs, okay.
9     And does Kraft have a contract with
10 Henningsen Foods?
11     **A. Yes.**
12     Q. Okay.
13     **A. The same type of annual purchase order.**
14     Q. Annual purchase order with a formula-based
15 price?
16     **A. Correct.**
17     Q. Index off of the Urner Barry?
18     **A. That is correct.**
19     Q. Okay. And it's a yearly, a yearly
20 contract or purchase order?
21     **A. It's typically a yearly purchase order,**
22 **yes.**
23     Q. Okay. Do you know if the 1999 data was
24 not available at the time this was created or
25 why it's not included there?

---

37

1     **A. No. I don't know. My assumption would be**
2 **we didn't ask for it.**
3     Q. Okay. That's fine. Okay. So we can set
4 that one aside.
5     MS. CLAIR: I'll hand you what's been
6 marked Exhibit 5.
7     (Manion Deposition Exhibit No. 5
8     marked for identification.)
9 BY MS. CLAIR:
10     Q. Mr. Manion, are you familiar with the
11 transactional data that Kraft produced in this
12 litigation?
13     **A. The information that I was able to**
14 **produce. I'm not aware of all of the other**
15 **information that former buyers may have produced.**
16     Q. Okay. So that's fine. Yeah.
17     **A. Yeah.**
18     Q. This is a document that was produced
19 natively. I can tell you it was Bates labeled
20 KRA00045324, just for everyone's records. And the
21 title in the document as produced was "Eggs PO."
22     Do you know how this document was
23 prepared?
24     Actually, I'll ask first have you
25 seen this document before?

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

38

1    **A. Yeah. I mean, it looks like Kraft -- I**
2    **probably haven't seen it in maybe 4 years, but**
3    **yes. Yup.**
4    Q. So do I take that to mean that this is not
5    a document that was created just for the purpose
6    of this litigation?
7    **A. No, I believe it probably was.**
8    Q. Okay. So this litigation has been going
9    on a long time, yeah. That's true.
10   **A. Yup.**
11   Q. Okay. Fair enough.
12   Do you know who prepared this?
13   **A. I can't recall exactly who, who prepared**
14   **it. It looks like a download of information from**
15   **our systems.**
16   BY MS. CLAIR:
17   Q. Do you know which system this would have
18   been downloaded from?
19   **A. I'm not exactly sure which system it would**
20   **be downloaded.**
21   Q. Does the SAP system ring a bell?
22   **A. Yeah, uh-huh.**
23   Q. Do you think that's where --
24   **A. We're -- we are on SAP now.**
25   Q. At some point was Kraft on -- not on the

39

1    SAP system?
2    **A. Yes.**
3    Q. And what did Kraft use before the
4    SAP system?
5    **A. We used a system called Prism. That's**
6    **what I'm trying to get a sense of the dates on**
7    **this.**
8    Q. I think that these on this document and
9    the next one I'll show you are rather recent.
10   **A. Uh-huh.**
11   Q. If that's helpful to you.
12   **A. Yup. I see it's 2010, 2009, '09, '10,**
13   **'11 and '12 it looks like. It doesn't look like**
14   **anything prior to that.**
15   Q. When did Kraft switch over to the
16   SAP system?
17   **A. I believe in 2009.**
18   Q. Okay.
19   **A. Yup.**
20   Q. And how does Kraft use the SAP system in
21   its regular business?
22   **A. So it is a contracting and purchase order**
23   **system. It's an inventory management system. So**
24   **we generate and create contracts in purchase**
25   **orders in SAP, and the plants can release off of**

40

1    the purchase orders that we create.
2    Q. Okay.
3    **A. It basically enables the plant to**
4    **purchase.**
5    Q. Okay. Who, generally, has responsibility
6    for putting information into the SAP system?
7    **A. That would be the category manager.**
8    Q. Category manager?
9    **A. Yeah.**
10   Q. And does the category manager have
11   knowledge of the information that he or she is
12   inputting at the time?
13   **A. Yes.**
14   Q. And does the category manager have a
15   responsibility to Kraft to be accurate --
16   **A. Yes.**
17   Q. -- in doing that?
18   **A. Yup.**
19   Q. Okay. Do you have any reason to think
20   that this exhibit is not an accurate compilation
21   of data from that SAP system?
22   **A. I have no reason to believe it is.**
23   Q. Okay. And would this include, if you
24   know, data from all of the Kraft entities that
25   we talked about before?

41

1    **A. My assumption would be yes.**
2    Q. Because the purchasing is done centrally,
3    right?
4    **A. It's central, yes.**
5    Q. That makes everything easier for all of
6    us.
7    **A. Yup. Yup.**
8    Q. Okay. Let's just walk through. There's
9    a couple of the column headings. I just want to
10   make sure we understand. This is the boring part
11   of the deposition.
12   **A. Yup. Yup. No problem.**
13   Q. Under the third column where it's called
14   "Item" and there's some numbers there, do you know
15   what those numbers represent?
16   **A. Purchase doc, the one column B?**
17   Q. Well, what is purchase doc?
18   **A. Purchase doc would be a requisition from**
19   **the plant.**
20   Q. Per -- and would there be one purchase doc
21   per transaction?
22   **A. That is correct.**
23   Q. Okay. And one column over is "Item."
24   What is that?
25   Do you see number 10 listed for most of

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

42

1   these?
2       A.  Yeah.  I think that is a -- that is
3   probably a line item on an SAP contract.
4       Q.  Okay.
5       A.  Number 10, so.
6       MS. MARKOWITZ:  I'm sorry, I don't think
7   I got the right Bates label.  Could you say it
8   again?
9       MS. CLAIR:  Sure.  This is KRA00045324.
10  Okay.
11      A.  So SAP numbers the items on the contract,
12  10 being the first item, 20 being the second item,
13  30 being the third item.
14  BY MS. CLAIR:
15      Q.  By "Item" you mean the type of egg product
16  being purchased?
17      A.  The item that is on the contract, right.
18      Q.  The item on the contract.  So the egg
19  item?
20      A.  Right.  Yeah.
21      Q.  Okay.
22      A.  So 10 could represent any number of items,
23  but it's just the first one on that contract.
24      Q.  Okay.  That's understandable.
25      A.  Yeah.

43

1       Q.  So a couple of columns over is one
2   called "Short Text."  Does this appear to be
3   a description of the type of product?
4       A.  That's the description of the product.
5       Q.  And let's look at the very first line.
6   "FLV DR50 Natural Egg Flavor."  What is that
7   product, if you know?
8       A.  That could be a -- that could be an
9   egg product that we use as a flavoring agent
10  in our products would be my guess.
11      Q.  Okay.  And the DR 50, do you know,
12  generally, what that represents?
13      A.  Fifty gallon drum.
14      Q.  Okay.  Okay.
15      A.  Yup.
16      Q.  Perfect.  That's not what I would have
17  thought.  That's helpful.
18          So it represents the volume?
19      A.  Yes, that's correct, pack size.
20      Q.  So that's not telling us what type of
21  egg flavor?
22      A.  It is not.
23      Q.  It's a volume?
24      A.  Right.
25      Q.  That's helpful.

44

1           And a little below, this might be the same
2   answer, do you see "Egg BX50 Egg Yolk Solids"?
3       A.  Fifty pound box.
4       Q.  Fifty pound box.  Perfect.
5       A.  So that would be a dry egg product in a
6   50 pound box.
7       Q.  Perfect.  That's helpful.  Thank you.
8       A.  Yup.
9       Q.  "Plnt," is that the plant that took
10  delivery?
11      A.  That's the plant that took delivery, correct.
12      Q.  And the next one over is "Doc. Date."  Do
13  you know which date that refers to?
14      A.  My assumption would be the date that it
15  was created, the date that the purchase document
16  was created.
17      Q.  Okay.  Rather than a delivery date?
18      A.  Correct.  I think that's on column L.
19      Q.  Got it.
20      A.  The delivery date.
21      Q.  "Del. Date."  Perfect.
22          A little further over we see a column
23  called "Quantity" and another column called
24  "Delivered."
25          And sometimes the values are the same,

45

1   and sometimes they're different.  Do you know what
2   would explain a difference in those?
3       A.  Sure.  If you have something that is a
4   catch weight item or it's not an exact weight,
5   it could be, it could be different.
6           So an estimated weight as an example on
7   one of these lines 9, the quantity ordered was
8   880 pounds, the delivered was 881.82.  So we --
9   the plant will receive in what they actually get.
10      Q.  Okay.  And a little further down below
11  that, there's some that are negative.  Do you know
12  what that refers to?  Negative 400 KG is the first
13  example there.
14      MR. CAMPBELL:  Could you give me a line
15  number, Katy?
16      MS. CLAIR:  Sure.  Lines 13 and 14.
17      MR. CAMPBELL:  Oh, I see.  Okay.  It looks
18  like 14 and 15.
19      MS. CLAIR:  Oh, I might have miscounted
20  there.
21      MR. CAMPBELL:  Do you see that, Scott?
22      THE WITNESS:  Yes.
23      MR. CAMPBELL:  Under column H.
24      A.  This looks to me like the plant was
25  backing out, potentially, a purchase order that

HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

13 (Pages 46 to 49)

---

46

1    was not received.
2    BY MS. CLAIR:
3        Q.  Okay.
4        A.  And I say that because line 14, and this
5    is just my speculation, line 14, 15 and 16 are all
6    documents generated on the same day.
7        Q.  Uh-huh.  I see that.  Okay.
8            And the negative -- the columns with the
9    rows with a negative quantity also look like they
10   have a negative net value so --
11       A.  Yes.
12       Q.  Does that make sense to you?
13       A.  It does.  Yes.
14       Q.  Okay.
15       A.  So the plant may have made an order in
16   error and backed it out.
17       Q.  That's fine.  I just wanted to make sure
18   we understand it.
19           A little further over under "Agreement,"
20   there's a series of numbers.  Do you know what
21   those refer to?
22       A.  That would be the contract number.
23       Q.  Okay.
24       A.  The overarching contract number.
25       Q.  And if we wanted to determine a unit

---

47

1    price, would we divide quantity by net value?
2        A.  That is correct.
3        Q.  Okay.  Would we do --
4        A.  Delivered quantity.
5        Q.  Delivered quantity, because that's the
6    actual delivered quantity?
7        A.  That's what we received in our system
8    based on what the supplier delivered to us.
9        Q.  Perfect.  If there were any discounts
10   or rebates or credits applied to any of these
11   transactions, would that be reflected here?
12       MR. CAMPBELL:  Objection as to form.
13       THE WITNESS:  Do I answer that?
14       MR. CAMPBELL:  Yes.  Yes.  Absolutely.
15       THE WITNESS:  Okay.
16       A.  There is -- we did not receive any
17   rebates.  We had a discount that was a part of
18   our formula price.
19   BY MS. CLAIR:
20       Q.  Okay.  And, if you know, does this data in
21   this document include -- let me back up and ask
22   this.
23           Does Kraft purchase any eggs not pursuant
24   to a contract?
25       A.  No, we would not, not from manufacturing.

---

48

1        Q.  Okay.  Would this data include any
2    specialty-type eggs that Kraft purchases?
3        MR. CAMPBELL:  I don't want to interject,
4    but perhaps you ought to lay a foundation.  It
5    asked whether they purchase specialty eggs.
6        MS. CLAIR:  That's fair enough.
7    BY MS. CLAIR:
8        Q.  Mr. Manion, I will back up.
9        A.  Uh-huh.
10       Q.  To your knowledge, does Kraft purchase any
11   eggs that you would understand to be described as
12   specialty eggs?
13       A.  Can you clarify "specialty" a little bit
14   more for me?
15       Q.  I can.  And I think the best way to do it
16   would be to look back to the last exhibit that we
17   had, pull it out.
18           This was the interrogatories.  And in the
19   back there's a claim form --
20       A.  Manion 4, right, No. 4?
21       Q.  That is correct.  Yes.
22       A.  Okay.
23       Q.  And so where I think we could get some
24   assistance is in page 2 of the claim form --
25       A.  Okay.  I'm getting there.

---

49

1        Q.  Take your time.
2        A.  Yup.  Okay.  B?
3        Q.  Under B.
4        A.  Okay.
5        Q.  The last sentence under B, do you see it
6    says "Excluded from the subclass are purchases of
7    'specialty' Egg Products..."
8        A.  Got it.
9        Q.  And in parenthesis it lists "(certified
10   organic, nutritionally enhanced, cage-free,
11   free-range or vegetarian-fed types.)"  Do you see
12   that?
13       A.  Uh-huh.
14       Q.  So, in general, if I've heard of specialty
15   egg products, let's use this definition for our
16   purposes today just for clarity.
17           Does Kraft purchase any of these types of
18   products?
19       A.  We at one point bought a very small amount
20   of organic eggs.
21       Q.  Okay.  And in the relevant time period,
22   did Kraft buy any cage-free eggs?
23       A.  Not that I'm aware.
24       Q.  Any free range?
25       A.  No.

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

14 (Pages 50 to 53)

---

**50**

1    Q.  Okay.
2    **A.  No.**
3    Q.  Okay.  And would those organic egg
4    purchases, the small amount that you referenced,
5    be included in the data in this Manion 5 exhibit?
6    **A.  No, it is not.**
7    Q.  It's excluded?
8    **A.  Yup.**
9    Q.  When this was created, were those -- were
10   steps taken to specifically exclude that data?
11   **A.  I don't believe we were buying them at the**
12   **time.**
13   Q.  Okay.  Fair enough, because this is only a
14   certain time period?
15   **A.  Correct.**
16   Q.  Got it.  Okay.  Now, at this time most of
17   these dates are beyond our relevant time period
18   here.
19       Was Kraft purchasing any cage free eggs in
20   these later years?
21       MR. CAMPBELL:  I'm sorry.  Could you
22   clarify that question by reference to years?  What
23   do you mean by years?
24       MS. CLAIR:  Sure.  Sure.
25

---

**51**

1    BY MS. CLAIR:
2    Q.  So the years covered by this document
3    I think we established were 2009 and later after
4    Kraft switched to the SAP system.
5    **A.  Yup.**
6    Q.  So in that time frame, 2009 and beyond,
7    was Kraft purchasing cage-free eggs?
8    **A.  I cannot recall.  I do not believe so.**
9    Q.  Okay.  Do you know whether any steps were
10   taken when this data was compiled to determine
11   whether Kraft purchased any cage-free eggs and
12   whether those should be excluded from this data?
13   **A.  Say again.**
14   Q.  Do you know -- fair enough.
15       Do you know whether when this document was
16   created, the people who created it took any steps
17   to ensure that any amount of cage-free eggs, if
18   they were purchased, would have been excluded from
19   this data?
20   **A.  My assumption is that this does not**
21   **include any cage-free eggs.**
22   Q.  Okay.  What do you base that assumption
23   on?
24   **A.  Based on looking at the products and the**
25   **people that we purchased from.**

---

**52**

1    Q.  Excellent.  Okay.
2    **A.  This is just our standard egg products**
3    **that we've purchased from these suppliers.**
4    Q.  Okay.  That's helpful.  Thank you,
5    Mr. Manion.
6    **A.  Yup.  And these were not cage-free**
7    **purchases.**
8    Q.  Okay.  Let's go to the next.  I'm going to
9    hand you what we'll mark as Manion 6.
10       (Manion Deposition Exhibit No. 6
11       marked for identification.)
12       MS. CLAIR:  And for those on the phone and
13   for us here, this is a natively produced file with
14   the Bates number KRA00055645.
15   BY MS. CLAIR:
16   Q.  Mr. Manion, does this appear to be
17   additional transactional data that Kraft produced
18   in this litigation?
19   **A.  It does appear that way, yes.  Correct.**
20   Q.  Okay.  And these column headings appear
21   similar to those in the last document that we
22   looked at, right?
23   **A.  Correct.**
24   Q.  So where there's a column heading here and
25   one in the last exhibit, is it fair to say it

---

**53**

1    would mean the same thing?
2    **A.  Yes.**
3    Q.  Okay.  So let's look at columns H and J,
4    if you could.  Column J is "Quantity Delivered,"
5    right, whereas column A is "Order quantity"?
6    **A.  That is correct.**
7    Q.  If you look at the values under column J,
8    quantity delivered, it looks like those are 1350
9    across the board here.  Do you see that?
10   **A.  I do see that.**
11   Q.  And if you column at column H, "Order
12   Quantity," it looks like there's some variance in
13   the values there.
14       My question is why the difference, if you
15   know?
16   **A.  I do not know.  I do not know.  47,000, as**
17   **an example, would be a tanker load.**
18   Q.  Okay.
19   **A.  Okay.  So that would be the standard**
20   **weight of a tanker load.**
21   Q.  Okay.
22   **A.  So I do not, I do not know.**
23   Q.  That's fine.  Let's go to another one.
24       MS. CLAIR:  We'll mark this as Manion 7.
25

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

15 (Pages 54 to 57)

---

**54**

1          (Manion Deposition Exhibit No. 7
2          marked for identification.)
3          THE WITNESS:  Thank you.  The print is
4    getting smaller.
5          MS. CLAIR:  It is.  I apologize.  Yes.
6    BY MS. CLAIR:
7          Q.    Somehow it has to fit into -- to make
8    everything fit into these little boxes here.  It's
9    big enough to carry.
10         So let's look at the very small print on
11   the cover page here.  Does it look like the title
12   of this document is "PO's for Archiving Written
13   2003"?
14         **A.    Yes.**
15         Q.    Okay.  And for those on the phone and the
16   record, this is a document produced in native form
17   with the Bates number KRA00037654.
18         **A.    Uh-huh.**
19         Q.    Is this another one of the documents that
20   Kraft produced as part of its transactional data
21   in this litigation?
22         **A.    Yes, it appears to be.**
23         Q.    And where -- what system would this data
24   have come from?
25         **A.    It looks like the Prism system that was**

---

**55**

1    **preSAP.**
2          Q.    And was the Prism system used in the same
3    way that the SAP system is used now?
4          **A.    Yes.**
5          Q.    Okay.  And were the people who were
6    inputting information into the Prism system
7    similarly responsible to do so in an accurate
8    manner and with knowledge of the information they
9    were inputting at the time they did it?
10         **A.    Yes.**
11         Q.    Do you have any reason to think that this
12   document isn't an accurate compilation of data
13   from that system?
14         **A.    I have no reason to believe.**
15         Q.    Okay.  Was this document, PO for Archiving
16   type of document, something that was created for
17   this litigation specifically?
18         **A.    And I don't know.**
19         Q.    You don't know?  Okay.
20         **A.    I don't know.**
21         Q.    Do you know whether this is something that
22   Kraft -- this type of document is something that
23   would have used in its regular course of business?
24         **A.    Yup.  If this is a listing of archive**
25   **purchase orders, then yes.**

---

**56**

1          Q.    Okay.  So if we just turn to the -- just
2    a couple of similar questions for column headings
3    here, just so we can get the lay of the land.
4          Under "Vendor Name" in these columns,
5    these aren't all vendors of egg products, are
6    they?
7          **A.    They are not.**
8          Q.    Okay.
9          **A.    They are not.**
10         Q.    And under "Date," there are two date
11   columns here.  And, only if you know, do you know
12   the difference between them?
13         **A.    I don't for certain, but I can -- I**
14   **would speculate that one is an order -- the**
15   **date the order was produced and the second column**
16   **further to the right is the date received.**
17         Q.    Let me --
18         **A.    Since there's typically -- it looks like**
19   **there's a two-week time span from one to the next.**
20         Q.    Okay.  Just as a matter of format, when
21   the date says 103-02-05, is that February 5, 2003?
22         **A.    I would think so.**
23         Q.    Okay.
24         **A.    I think so.**
25         Q.    All right.  Under "Net Price," if you

---

**57**

1    know, is that a prize per transaction?
2          MR. CAMPBELL:  I object to the form.  I
3    simply don't understand the question.
4          MS. CLAIR:  I'm asking whether it's a
5    price per transaction or per pound or something
6    else.
7          **A.    Per unit of measure.**
8    BY MS. CLAIR:
9          Q.    Per unit of measure.  Okay.
10         And under the -- is the next column
11   "Pricing U/M," what is the U/M?
12         **A.    That would be unit of measurement.**
13         Q.    Just so I understand them, what is TH?
14         **A.    And I am not -- I'm not familiar with that**
15   **unit of measure.**
16         Q.    That's fine.  LB is probably pound, right?
17         **A.    Right.**
18         Q.    And a little further down we see CW; is
19   that hundred weight?
20         **A.    That would be hundred weight.**
21         Q.    Is "GA" gram?
22         **A.    Gallon probably.**
23         Q.    Yeah, okay.
24         **A.    Gallon.**
25         Q.    What is CA?

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

16 (Pages 58 to 61)

---

**58**

1    A. I can't be certain. That's not one that
2 I've used.
3    Q. Is there any way to tell looking at this
4 document which plant received delivery?
5    A. I believe the only way to define it is
6 the first two letters of the purchase order number
7 in the first column.
8    Q. I see those.
9       And what would those refer to?
10    A. So GA, and this is taking me back to
11 when that system was in use. My assumption would
12 be GA might be the Garland plant, the Kraft plant.
13       I only have GA on this entire document,
14 so --
15    Q. I see. Okay.
16    A. So it's difficult for me to -- if I had
17 anything else, I might be able to correlate.
18    Q. Would Kraft have some kind of key to those
19 somewhere in its files?
20    A. I don't know. This system has been
21 archived for a long time now. Yup.
22    Q. Okay. That's fine.
23    A. I cannot be certain.
24    Q. That's fine. And, like before, to the
25 extent that any discounts were applied to any

---

**59**

1 of these transactions, would that be specifically
2 reflected on this document?
3       MR. CAMPBELL: Objection as to form.
4    A. On this document it wouldn't be. I mean,
5 it's -- it wouldn't be listed.
6 BY MS. CLAIR:
7    Q. And you mentioned before that when
8 Kraft has discounts, those are rolled into its
9 formula in the contract; is that an accurate
10 description of your testimony?
11    A. In the case of the eggs, the discount was
12 part of the formula price.
13    Q. Was that the case in this 2003 time frame
14 as well?
15    A. I'm not certain. I'm not certain.
16    Q. Okay. We're almost through with these,
17 I swear.
18    A. Okay.
19       MS. CLAIR: Mark this as Manion -- are we
20 up to 7?
21       MR. CAMPBELL: Eight this would be.
22       MS. CLAIR: 8.
23          (Manion Deposition Exhibit No. 8
24          marked for identification.)
25

---

**60**

1 BY MS. CLAIR:
2    Q. Okay. And, for the record, this is a file
3 that was produced natively with the beginning
4 Bates number of K -- I don't know that it's --
5 the beginning Bates number of KRA00037478. Okay.
6 And, correction, this was not produced natively.
7 There is a Bates number on the bottom. My
8 apologies.
9       Is this another one of the documents that
10 Kraft produced as part of its transactional data
11 in this lawsuit?
12    A. Yes.
13    Q. And the title of this one at the very top
14 is "Contract Report," right?
15    A. That is correct.
16    Q. Was this kind of contract report document
17 something that Kraft used in the ordinary course
18 of business?
19    A. Yes.
20    Q. Would this have reflected data from the
21 Prism system?
22    A. That is correct.
23    Q. Okay. Just to walk through this one
24 really quickly, under the middle of the page we
25 see "Item Detail" and a couple of columns. And

---

**61**

1 one of the columns is "Description." Do you see
2 that?
3    A. Yes.
4    Q. Is that "Description" the type of product?
5    A. It is correct, yes.
6    Q. And a little further over we see a column
7 called "Effect Date" and much further over one
8 called "End Date." Do you know what those refer
9 to?
10    A. They would refer to the start date. Let
11 me see, the start date and the end date of the
12 contract.
13    Q. Okay. So for this first line here,
14 "EGG TE2M Whites Salt," the effect date is 1/1/05,
15 and the end date is 7/31/05?
16    A. Correct.
17    Q. So that's about a 6-month contract?
18    A. Seven-month contract, yes.
19    Q. Seven-month contract. The one to the end
20 of July, right?
21    A. Yes.
22    Q. Okay.
23    A. "TE2M" is a 2000 pound tote. That's what
24 TE2M --
25    Q. Thank you. Helpful.

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                          April 2, 2014

62

1    And in the middle here we see "Warehouse."
2 Is that how we would tell where delivery was made?
3    **A.  Correct.**
4    Q.  And just a little further down under
5 "Purchase Item History," there are some columns
6 Actual Quantity Over Value, Received Quantity Over
7 Value and Invoiced Quantity Over Value.
8    Could you help me understand what those
9 columns refer to?
10   **A.  This would be the -- actual quantity over**
11 **value would be the quantity received or this would**
12 **be the quantity ordered it looks like.**
13   Q.  Okay.
14   **A.  And the calculated value based on the**
15 **price per unit of measure.**
16   Q.  Okay.
17   **A.  Under Received Quantity it shows what was**
18 **received.  And the price per unit of measure it**
19 **looks like 43 cents.  And then under the Invoiced**
20 **Quantity it would be the received quantity**
21 **multiplied by the unit of measure.**
22   Q.  Got it.  Okay.  Thank you.
23   **A.  So I'm not doing the math here, but my**
24 **assumption is 280,000 times 43 cents is $101,000.**
25   Q.  Okay.  Thank you.  That's helpful,

63

1 Mr. Manion.
2    **A.  Yup.**
3    Q.  And is it right to understand that the
4 listings under "Purchase Item History" are --
5 are those purchase orders made pursuant to the
6 contract referenced above or are they something
7 else?
8    **A.  This would be -- this would be the record**
9 **for that contract.**
10   Q.  Okay.  For the entire contract?
11   **A.  Correct.**
12   Q.  The -- and when you say this, do you
13 mean the entries under purchase item history on
14 the bottom of the page?
15   **A.  Correct.  That would be the history of**
16 **what was purchased from that contract.**
17   Q.  Okay.  Do you know the difference in --
18 if you know, the difference in how this document,
19 the contract report, was used at Kraft as opposed
20 to the last document we looked at, POs for
21 Archiving?
22   **A.  This would look like a detailed report**
23 **inclusive of every single order placed.**
24   MR. CAMPBELL:  Scott, identify --
25   THE WITNESS:  Oh, in Manion No. 7,

64

1 Exhibit Manion No. 7.
2 BY MS. CLAIR:
3    Q.  Thank you.  Thank you.
4    **A.  It looks to be a detailed history of each**
5 **record placed.**
6    **Manion No. 8 would be a summary document.**
7    Q.  So is it your understanding that the same
8 purchases are reflected in both of these types of
9 documents, but in a different manner?
10   **A.  In a different form, yes.**
11   Q.  Different form.  Thank you.  Okay.
12       (Manion Deposition Exhibit No. 9
13        marked for identification.)
14 BY MS. CLAIR:
15   Q.  I'll hand you what we'll mark as Manion 9.
16   **A.  Thank you.**
17   Q.  This is a document produced natively where
18 the Bates label begins KRA00053263 and with the
19 file name of Plant X REF.
20       Mr. Manion, have you seen this document
21 before?
22   **A.  I may have seen this document.  I can't**
23 **recall if I've seen it before.**
24   Q.  What does this document appear to be?
25   **A.  Kraft manufacturing plants, a listing of**

65

1 **Kraft manufacturing plants.**
2    Q.  And in column B under "Plnt," there are a
3 series of numbers, right?
4    **A.  That's correct.**
5    Q.  Would these be --
6    **A.  It's the SAP number associated with that**
7 **plant.**
8    Q.  So when we looked through some of the
9 last few exhibits when they had a column titled
10 "Plnt" and a number, would I use this document to
11 tell which plant that number refers to?
12   **A.  Yes.**
13   Q.  Perfect.  Okay.
14   MS. CLAIR:  I'm going to switch gears a
15 little bit.  It might be a good time for a break?
16   MR. CAMPBELL:  Fine.
17   THE VIDEOGRAPHER:  Going off the record at
18 10:10 a.m.
19       (Recess taken.)
20   THE VIDEOGRAPHER:  We're back on the
21 record at 10:26 a.m.
22 BY MS. CLAIR:
23   Q.  Mr. Manion, are you familiar with a
24 company called Crop Cooperative?
25   **A.  Yes.**

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                                    April 2, 2014

18 (Pages 66 to 69)

| | 66 |
|---|---|
| 1 | Q.  What is that company? |
| 2 | **A.  As I understand it, it is a organic egg** |
| 3 | **manufacturing company.  Yup.** |
| 4 | Q.  Does Kraft purchase organic eggs from |
| 5 | Crop Cooperative? |
| 6 | **A.  I believe at one point we did, yes.  Yup.** |
| 7 | Q.  Did Kraft purchase any other types of eggs |
| 8 | from Crop Cooperative? |
| 9 | **A.  Not that I'm aware of.** |
| 10 | Q.  Okay. |
| 11 | (Manion Deposition Exhibit No. 10 |
| 12 | marked for identification.) |
| 13 | BY MS. CLAIR: |
| 14 | Q.  I hand you Manion Exhibit 10, Bates |
| 15 | labeled KRA00053784.  Do you recognize this |
| 16 | document? |
| 17 | MR. CAMPBELL:  I'm sorry, Katie, what was |
| 18 | the number? |
| 19 | MS. CLAIR:  KRA- -- |
| 20 | MR. CAMPBELL:  No, no, the exhibit number. |
| 21 | MS. CLAIR:  Oh, 10.  Exhibit 10. |
| 22 | MR. CAMPBELL:  Thank you.  Sorry. |
| 23 | MS. CLAIR:  No problem. |
| 24 | BY MS. CLAIR: |
| 25 | Q.  Mr. Manion, is this an email that you |

| | 67 |
|---|---|
| 1 | received on April 14, 2008? |
| 2 | **A.  Yes.** |
| 3 | Q.  And it's from Jose Rojo? |
| 4 | **A.  That is correct.** |
| 5 | Q.  And who is Jose Rojo? |
| 6 | **A.  I believe Jose Rojo at that particular** |
| 7 | **time was John Gregorich's supervisor responsible** |
| 8 | **for -- John Gregorich was responsible for the** |
| 9 | **egg category at the time, and I believe Jose was** |
| 10 | **his supervisor.** |
| 11 | Q.  And did Mr. Rojo have knowledge about |
| 12 | Kraft's egg procurement strategies around this |
| 13 | time frame? |
| 14 | **A.  My assumption would be yes, since he was** |
| 15 | **responsible for the buyer who owned that category** |
| 16 | **or managed that category.** |
| 17 | Q.  Did his responsibilities include |
| 18 | communicating from time to time with others in |
| 19 | the company about those strategies? |
| 20 | **A.  My assumption would be yes.** |
| 21 | Q.  Does this email appear to be one example |
| 22 | of that type of communication? |
| 23 | **A.  Yes.** |
| 24 | Q.  Let's just look at the top email in |
| 25 | the first bullet point where Jose Rojo says |

| | 68 |
|---|---|
| 1 | "Overall Sourcing Strategy.  Our primary strategy |
| 2 | has been to keep competitive pricing through |
| 3 | bids for the main players, Rose Acre, Lashbrook |
| 4 | (Canada), and Michael Foods."  Do you see that? |
| 5 | **A.  Yes, I do.** |
| 6 | Q.  How does Kraft keep competitive pricing |
| 7 | for its main egg suppliers? |
| 8 | **A.  Well, we typically do a competitive** |
| 9 | **bid process to understand the pricing that each** |
| 10 | **supplier provides.** |
| 11 | Q.  Do you request bids from specific |
| 12 | companies? |
| 13 | **A.  Yes, we do.** |
| 14 | Q.  Are the bids open to any egg supplier? |
| 15 | **A.  Not any egg supplier.  Generally, we** |
| 16 | **select several egg suppliers.** |
| 17 | Q.  What are the egg suppliers that you |
| 18 | have requested bids from other than Rose Acre, |
| 19 | Michael Foods, Lashbrook, Oskaloosa, Henningsen, |
| 20 | the ones that we talked about already? |
| 21 | **A.  I believe there were two additional** |
| 22 | **suppliers, one being Sparboe Foods and --** |
| 23 | Q.  Okay. |
| 24 | **A.  -- I believe Rembrandt, maybe Rembrandt** |
| 25 | **Foods.** |

| | 69 |
|---|---|
| 1 | Q.  Okay. |
| 2 | **A.  Yup.** |
| 3 | Q.  Did these companies actually submit bids |
| 4 | to Kraft at any point during the relevant time |
| 5 | period? |
| 6 | **A.  Yes.** |
| 7 | Q.  And did Kraft eventually decide not to |
| 8 | purchase from them? |
| 9 | **A.  Yes.** |
| 10 | Q.  With respect to Sparboe, do you know why? |
| 11 | **A.  It could have been a number of factors,** |
| 12 | **price, capacity.  It could have been a number of** |
| 13 | **factors.  I don't recall exactly what factors.** |
| 14 | Q.  With respect to Rembrandt, do you recall |
| 15 | why? |
| 16 | **A.  It could have been the same thing, price,** |
| 17 | **it could have been capa- -- available capacity.** |
| 18 | Q.  You mentioned available capacity.  Is |
| 19 | it important for Kraft to supply or be able to |
| 20 | supply a certain minimum volume that Kraft needs? |
| 21 | **A.  Yes.  Yup.** |
| 22 | Q.  Are there some egg suppliers on the |
| 23 | market that you know of that aren't able to supply |
| 24 | that volume? |
| 25 | **A.  Yes.** |

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

70

1    Q.  Does Kraft have quality standards for the
2  eggs that it purchases?
3    **A.  Yes, we do.**
4    Q.  What kind of quality standards does it
5  have?
6    **A.  We have a specification for, specification**
7  **for each product that lists the parameters, the**
8  **quality parameters that we expect from the**
9  **supplier.**
10   Q.  And what are the -- what goes into
11 developing the specification?
12   **A.  R&D creates a specification.  There are**
13 **certain quality parameters that are established**
14 **in the specification, temperature, you know,**
15 **certain things like, you know, certain tests that**
16 **need to be done, quality testing.**
17   Q.  Okay.  Does Kraft R&D that you just
18 mentioned ever work with R&D or technical-type
19 personnel at the suppliers?
20   **A.  I would say yes.  Yup.**
21   Q.  Do they work with them during the bidding
22 process?
23   **A.  Not necessarily during the bidding**
24 **process.  I think what we have is a specification**
25 **that we put out to bid so we're not developing**

71

1  **something at the time that we're bidding.**
2    Q.  Uh-huh.
3    **A.  They're kind of separate, they're kind of**
4  **separate events.**
5    Q.  Once Kraft has a relationship with a
6  supplier, do Kraft R&D personnel do any testing
7  of the products that Kraft buys to make sure that
8  they actually meet the specifications?
9    **A.  Yes.**
10   Q.  Do you do that for every pound that you
11 buy?
12   **A.  Every load.  As an example, for a tanker**
13 **load of eggs, the supplier provides us**
14 **with a certificate of analysis, C of A.  The**
15 **C of A lists the parameters, whatever testing**
16 **parameters are required within the specification,**
17 **are defined in the C of A.**
18   Q.  Okay.
19   **A.  When the tanker comes in, personnel at**
20 **the plant assess whether or not the load meets the**
21 **standards of the specification before they receive**
22 **it.**
23   Q.  Okay.  And if it didn't meet the
24 specifications, would they turn it away?
25   **A.  They would turn it away.**

72

1    Q.  Has Kraft ever had a problem with any of
2  its suppliers not meeting its quality standards?
3    **A.  I think on occasion we probably have with**
4  **every supplier.  It's not uncommon.**
5    Q.  Has Kraft ever ended a relationship with
6  a supplier because it couldn't meet its quality
7  standards?
8    **A.  If a supplier were to chronically not be**
9  **able to meet our quality standards or not be able**
10 **to remediate, we may end -- that might be a reason**
11 **for ending the relationship.**
12   Q.  Does Kraft buy different types of
13 egg products based on the different uses to
14 which Kraft puts its products?
15   **A.  Yes.**
16   Q.  Are all of the products that Kraft -- all
17 of the egg products that Kraft buys made
18 specifically to Kraft specifications?
19   **A.  No, I wouldn't say that.  We have some**
20 **products that are to Kraft formulas, and we've**
21 **got other products that are just standard market**
22 **products, dried egg yolk as an example.  It's just**
23 **standard.  It can be sold to anyone.**
24   Q.  So a standard market product, like
25 dried egg yolk, are there a relatively large

73

1  number of suppliers that Kraft could buy that
2  kind of product from?
3    **A.  We are limited as to the suppliers that**
4  **we can buy from because they have to meet quality**
5  **standards.  They need to be qualified by our**
6  **quality organization.**
7    Q.  Okay.
8    **A.  So there may be, there may be ten**
9  **suppliers out there, but it doesn't mean that**
10 **I can buy from any one of those ten.  They have**
11 **to meet certain parameters before they are deemed**
12 **approved for use.**
13   Q.  And that's even for the standard-type
14 products that Kraft buys, correct?
15   **A.  Correct.  Yup.**
16   Q.  About how long does that qualification
17 process take to qualify a supplier, as you just
18 discussed?
19   **A.  It can take a number of months.  I mean,**
20 **it's not an instantaneous process.  You have to**
21 **approve their manufacturing site, and then we**
22 **also have to approve their product in our product.**
23 **So does it function well in our mayonnaise as an**
24 **example.**
25   Q.  Okay.

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                           April 2, 2014

20 (Pages 74 to 77)

74

1    A.  So there's multiple, multiple segments to
2  the qualification process.
3    Q.  Does Kraft incorporate its quality
4  standards into its contracts?
5    A.  Yes.  The contract states that the
6  supplier must meet the specification.
7    Q.  Aside from quality specifications,
8  volume that we just talked about, are there
9  other factors that are important to Kraft when
10  choosing a supplier?
11    A.  So the supplier has to have the capacity
12  to meet our requirements, it has to have the
13  service parameters that we require, it has to
14  have -- the manufacturing site has to be approved
15  by our quality organization, the price has to be
16  competitive, and their product must function in
17  our product.
18    Q.  You mentioned service parameters; what do
19  you mean by that?
20    A.  We take eggs in tankers.  Does the
21  supplier have the capability to load liquid eggs
22  into tankers at their facility in order for us to
23  take delivery in tankers as an example.
24    Q.  Are there some egg product suppliers that
25  don't have that ability?

75

1    A.  I would say yes, there probably is.
2    Q.  Is delivery time important for Kraft in
3  its egg product purchases?
4    A.  Yup, because it's a perishable product so
5  time is important.  So that would be part of the
6  service parameters.
7    Q.  Okay.  I'm doing to hand you what we'll
8  mark as Manion 11.
9
10       (Manion Deposition Exhibit No. 11
11       marked for identification.)
12    THE WITNESS:  Thank you.
13  BY MS. CLAIR:
14    Q.  Have you seen this document before?
15    A.  Yes, I have.
16    Q.  What is this document?
17    A.  This looks to be a copy of the Rose Acre
18  Farm and Kraft Foods' product supply agreement.
19    Q.  Okay.  And this is, if you look at
20  page 21, this is signed by both Kraft and
21  Rose Acre, right?
22    A.  That is correct.
23    Q.  And if you look at the first page, this is
24  dated the 1st of May 2004, right?
25    A.  That is correct.

76

1    Q.  Okay.
2       MS. CLAIR:  For those on the phone
3  following, this is KRA00046260.
4  BY MS. CLAIR:
5    Q.  Let's look at page 1 under product and
6  quality.
7    A.  Quantity.
8    Q.  Quantity, thank you.  Thank you.
9    A.  Yes.
10    Q.  So is Rose Acre here agreeing to supply
11  100 percent of Kraft's requirements for the
12  egg products identified in Exhibit A to this
13  agreement?
14    A.  Yes, that is correct.
15    Q.  Why did Kraft choose to purchase
16  100 percent of its requirements for at least
17  those types of products from one supplier?
18    A.  As I understand, Kraft sold two of its
19  egg manufacturing sites to Rose Acre.
20    Q.  Okay.  Do you know when that happened?
21    A.  I do not.
22    Q.  Is Kraft currently engaged in egg
23  manufacturing?
24    A.  No.
25    Q.  At some point in the past, it did?

77

1    A.  I believe so.
2    Q.  And it sold those facilities, at least two
3  of them, to Rose Acre?
4    A.  Correct, as I understand it.
5    Q.  Okay.  And is that why -- one of the
6  reasons why Kraft chose to purchase from
7  Rose Acre?
8    A.  I would think so.
9    Q.  Okay.  Do you know why Kraft chose to
10  buy all of its needs for those -- for certain
11  products from Rose Acre rather than buying a
12  portion from Rose Acre and a portion from some
13  other producer?
14    A.  I don't really know.  I don't know that.
15    Q.  Okay.  So Kraft's egg purchase contracts
16  are the result of negotiations, right?
17    A.  Correct.
18    Q.  About how long do those negotiations take?
19    A.  It could vary.
20    Q.  For those negotiations with Rose Acre, do
21  you know about how long those took?
22    A.  I have no idea how long they would have
23  taken for this contract.
24    Q.  What are the steps involved in negotiating
25  an egg purchase contract with a supplier?

HIGHLY CONFIDENTIAL

Manion, Scott Martin                              April 2, 2014

21 (Pages 78 to 81)

---

78

1    A.  Generally speaking or --
2    Q.  Generally speaking.
3    A.  You would go through the RFP process,
4  you would identify the supplier, you would ensure
5  that that supplier has the quality, the price and
6  capacity to support the business, and then you
7  would you generate an agreement similar to this.
8  And then typically it is negotiated back and forth
9  between the parties.
10   Q.  Who at Kraft does that negotiation?
11   A.  It's typically the buyer responsible for
12  the category.
13   Q.  Would that be the, I don't want to get
14  this title wrong, the product category manager
15  that we discussed before?
16   A.  That's correct.
17   Q.  Those same individuals generally?
18   A.  Yup.  Yup.
19   Q.  Let's turn to the second page of this
20  contract and look at item (b) called "Payment."
21      It says here that "Payment from Kraft to
22  Seller shall be at net payment due ten days after
23  delivery of the Product."  Do you see that?
24   A.  Yes, I do.
25   Q.  Was this term part of the negotiations

---

79

1  over this contract?
2    A.  Yes.  Payment terms is something that's
3  negotiated in a contract, yes.
4    Q.  Does this term benefit Kraft?
5    A.  Not necessarily.
6    Q.  Okay.  Is it more beneficial for Kraft to
7  submit payment after delivery rather than before
8  delivery?
9    A.  Well, no.  It's customary that you would
10  not pay before delivery.
11   Q.  Would Kraft ever agree to that kind of
12  contract where it was paying before delivery?
13   A.  In certain categories, not typically in
14  food categories.
15   Q.  Not for food?
16   A.  Or raw material categories.  I shouldn't
17  say food, I should say raw material categories.
18   Q.  Okay.  And why is that?
19   A.  Well, after -- the product needs to be
20  received, okay, and its receipt and confirmation
21  is what triggers the payment.
22   Q.  Because, as you said, you need to make
23  sure it's up to the right standards and --
24   A.  Correct, and all of the parameters are
25  met, yup.

---

80

1    Q.  Perfect.  Let's look at item C, pricing
2  for other customers.
3    A.  Uh-huh.
4    Q.  If you'd take a second to review this.
5    A.  Yup.  Okay, I've read it.
6    Q.  How does this pricing work?
7    A.  It's basically a provision that states
8  that Kraft will get as favorable a price for the
9  products it purchases from Rose Acre as Rose Acre
10  would charge to any of its other customers.
11      In other words, Kraft will not pay more
12  than your other customers.
13   Q.  Was this term the result of the
14  negotiations between Kraft and Rose Acre?
15   A.  Yes.
16   Q.  Do you know who proposed this term in the
17  negotiations?
18   A.  Typically, it would be Kraft proposing
19  that term.
20   Q.  And let's look at item (d), please, titled
21  "Failure to Meet Competitor's Price."
22   A.  Yup.
23   Q.  Could you review that one and let me know
24  how this provision works?
25   A.  Okay.  I've read it.

---

81

1    Q.  Okay.  What does this provision mean in
2  practical terms?
3    A.  It means that if Kraft were to get a
4  competitive offer from a third party, Rose Acre
5  has the first right to meet that competitor's
6  price before Kraft would take action to move its
7  business to the lower-priced provider.
8    Q.  So Kraft is able to comparison shop during
9  the duration of this contract as long as it gives
10  Rose Acre that right of first refusal; is that how
11  this generally works?
12   A.  In practice, in practice it does not work
13  that way, that Kraft is competitively shopping
14  other suppliers.  It does give Kraft a provision
15  if we were solicited by a third party to act on
16  that.
17   Q.  So it reserves that right for Kraft?
18   A.  Correct, and it also reserves the right
19  on Rose Acre that they can equally compete to
20  maintain their business.
21   Q.  So in a way that benefits both parties in
22  some ways, right?
23   A.  I would say yes.
24   Q.  And was this term part of the negotiations
25  over this contract?

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

22 (Pages 82 to 85)

82

1    A.  It would be part of the negotiations.
2    Q.  Okay.  Did Kraft ever exercise its rights
3  under this kind of provision or relationship with
4  Rose Acre?
5    A.  I really -- during my period of time, no,
6  but I have no idea.
7    Q.  Okay.  That's fine.
8       And at the top of page 2 under "Product
9  Pricing," do you see the second sentence says
10  "If the egg producer's industry is required to
11  adopt standards concerning the ethical treatment
12  of animals, such as the treatment, housing or
13  handling of layer hens, resulting in increased
14  Product costs that, in Kraft's reasonable
15  judgment, are not reflected in the Urner Barry
16  industry pricing, of if" or if "Kraft requires
17  Seller to adopt such standards, then Kraft agrees
18  to negotiate with Seller in good faith regarding
19  the pricing under this agreement."
20       What does that mean?
21    A.  This would be a provision where Rose Acre
22  would have the right to reopen negotiations on
23  price.
24    Q.  In the event that some type of standards
25  concerning the ethical treatment of animals were

83

1  adopted, right?
2    A.  Correct.
3    Q.  So at this time, this is a 2004
4  contract --
5    A.  Yup.
6    Q.  -- Kraft and Rose Acre were contemplating
7  the possibility of animal welfare standard's
8  increase in prices?
9       MR. CAMPBELL:  Objection to form.
10    A.  And I'm not aware of that in 2004.
11  BY MS. CLAIR:
12    Q.  In 2004?
13    A.  Yeah.
14    Q.  This document seems to indicate that
15  there's a possibility that if such standards
16  were implemented, it might result in increased
17  product costs.  Is that a fair reading of this?
18    A.  It's a fair reading.
19    Q.  Okay.  And the first sentence of this
20  provision tells us that for prices we should look
21  to Exhibit B; is that right?
22    A.  Yes.
23    Q.  Okay.  Let's go to Exhibit B, if we could.
24  And I can tell you it's the page ending in 83.
25    A.  Yup.  I'm there.

84

1    Q.  Okay.  So you see we have a list of
2  product types at the top here, right?
3    A.  Yes, that's correct.
4    Q.  What is "Feme?"
5    A.  I don't know what that is.  I don't know
6  what that is.
7    Q.  Okay.  That's fine.  And below that
8  it's --
9    A.  It's obviously a product --
10    Q.  Uh-huh.
11    A.  -- but I don't know what that stands for.
12    Q.  Okay.  That's all right.  I don't know
13  either.
14       Below that --
15    A.  But it -- functional enzyme modified
16  egg --
17    Q.  Okay.
18    A.  -- would be a guess on my part, but
19  likely.
20    Q.  Okay.  Let me see, "Discount Schedule for
21  Salt Yolk."
22    A.  Yeah.
23    Q.  And under "Chart (A)" we see the heading
24  is Low Side UB Salt Yolk Egg Market.  Is "UB"
25  Urner Barry?

85

1    A.  Urner Barry, correct.
2    Q.  And the next column says "Discount."  One
3  is a percent per pound, another looks like it
4  might be a dollar amount per pound; is that right?
5    A.  Yeah.  If I look at chart B, it would seem
6  that it's percent, but under chart A it only has
7  a percent under 3.
8    Q.  Uh-huh.  Okay.
9    A.  So my assumption would be it is 3 percent
10  when the price is between 40 and 80 cents,
11  and when the price is 80 cents or greater, there
12  is a .024 cents per pound discount.
13    Q.  Okay.
14    A.  That's my interpretation of this.
15    Q.  How are these discounts arrived at?
16    A.  My assumption would be it was negotiated
17  between Kraft and Rose Acre.
18    Q.  Okay.  Let's go to the next page.  And,
19  if you can, let's just pick an example of a
20  product.  In the upper right we see 10 percent
21  salted whole egg.
22       How do we get from the Urner Barry price
23  to the price that Kraft actually pays?  What else
24  is included?
25    A.  So it is based on a formula that

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

23 (Pages 86 to 89)

---

86

1    adds additional yolk and salt to the finished
2    10 percent salt-yolk formula.
3        Q.   So you pay some for that additional yolk?
4        A.   Correct.
5        Q.   Some for that additional salt?
6        A.   That is correct.
7        Q.   And there's a line item called "Lab Costs
8    (new spec.)"
9            Does Kraft pay some additional component
10   for Rose Acre's laboratory costs?
11       A.   My assumption would be yes.
12       Q.   Okay.
13       A.   Probably a testing fee.
14       Q.   In the negotiations with Rose Acre, do you
15   know which party suggested using the Urner Barry
16   price as the base?
17       A.   I don't know.
18       Q.   In Kraft's business with Michael Foods,
19   does Kraft also use a formula based on an
20   Urner Barry price?
21       A.   As I understand it, yes.
22       Q.   In its negotiations with Michael Foods,
23   do you know which party proposed using that
24   formula with an Urner Barry price?
25       A.   Again, I'm not sure who proposed it.

---

87

1        Q.   Okay.  Did Kraft have any concerns around
2    this 2004 time period of this Rose Acre contract
3    with using an Urner Barry based price?
4        A.   I don't particularly know, but I would
5    assume not, since they put it in the contract.
6        Q.   Okay.
7        A.   And it continued on as a pricing mechanism
8    for many years past this contract.
9        Q.   It's something that Kraft agreed to again
10   and again in its new contracts with Rose Acre,
11   right?
12       A.   That's correct.
13       Q.   Okay.  I'm going to hand you -- you can
14   set that one aside.
15       A.   Okay.
16       Q.   And I'll hand you what we'll mark as
17   Manion 12.
18           (Manion Deposition Exhibit No. 12
19           marked for identification.)
20       THE WITNESS:  Thank you.
21
22   BY MS. CLAIR:
23       Q.   Do you know what this document is,
24   Mr. Manion?
25       A.   This would be the product supply

---

88

1    agreement between Kraft and Rose Acre between
2    2002 and 2004.
3        MS. CLAIR:  Okay.  Just for the record,
4    this is KRA00428928.
5    BY MS. CLAIR:
6        Q.   Okay.  And this, if we look at page 20,
7    was signed by both Kraft and Rose Acre, right?
8        A.   That is correct.
9        Q.   Okay.  Let's look at a couple of
10   provisions here.  Let's go to the second page of
11   this contract under "Product Pricing."
12       A.   Yup.
13       Q.   And the second sentence here, do you
14   see it says "In lieu of the pricing formula in
15   Exhibit B, Seller will offer Kraft firm prices
16   for each Product every three months during the
17   term of this Agreement, beginning July, 2002."
18           And it goes on "At Kraft's option, it
19   may elect the firm prices or the variable pricing
20   in Exhibit B."  Did I read that right?
21       A.   Yes.  That's correct.
22       Q.   So how does that provision work?
23       A.   My assumption would be that Rose Acre
24   would provide Kraft with a price for a certain
25   time period, a 3-month time period, and Kraft

---

89

1    would elect to take that price or elect not to.
2        Q.   So is it the case that every 3 months
3    under the duration of this contract, Rose Acre
4    would give Kraft essentially two options for
5    pricing, the formula based and a 3-month fixed
6    price, is that --
7        MR. CAMPBELL:  Objection as to form.
8    BY MS. CLAIR:
9        Q.   -- accurate?
10       A.   Based on the way it reads, yes, I would
11   say that's the case.
12       Q.   Do you know which party proposed this term
13   of the contract?
14       A.   I would not know.  I would not know.
15       Q.   Do you know whether Kraft ever exercised
16   the option to pay the firm prices rather than the
17   formula-based prices?
18       A.   And, again, I do not know that.  They may
19   have, they may not have.  They may have taken,
20   you know, one 3-month period and then went -- I'm
21   not certain.
22       Q.   You just don't know?
23       A.   Yup.
24       Q.   Okay.  How is that option beneficial to
25   Kraft, if at all?

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

24 (Pages 90 to 93)

90

1      **A. It would be beneficial to Kraft in that**
2 **Kraft is able to understand or know what its price**
3 **would be for a 3-month period of time.**
4      Q. Uh-huh.
5      **A. So just rather than pricing that changes**
6 **on a regular basis.**
7      Q. Okay. Is having a choice also beneficial
8 to Kraft?
9      **A. I would say having that choice would be**
10 **beneficial to Kraft, yes.**
11      Q. Let's go to the next page under
12 item (f) called "Volume Rebates."
13      **A. Yup.**
14      Q. Could you review that provision, please?
15      **A. Okay. I've read it.**
16      Q. How does this provision work?
17      **A. It says "Seller agrees to take into**
18 **consideration cost efficiencies resulting from**
19 **incremental volume of Products in excess of prior**
20 **year's volume..."**
21      **So that would mean that if there are**
22 **economies of scale that are realized by Kraft**
23 **increasing its volume or if Kraft provides**
24 **additional new volume in the form of new products,**
25 **then we would agree to negotiate the prices of**

91

1 **products which are the existing products and any**
2 **new products or a rebate based on the total volume**
3 **under this agreement.**
4      **So flexibility to either renegotiate**
5 **pricing based on economy of scale savings or**
6 **establish a rebate.**
7      Q. Did Kraft ever renegotiate pricing based
8 on economies of scale using this provision?
9      **A. And I'm -- I do not know that.**
10      Q. Do you know whether Kraft ever received a
11 rebate under this provision?
12      **A. I do not know that either.**
13      Q. Okay. Kraft continued purchasing eggs
14 from Rose Acre through contract extensions or
15 amendments up through the end of our relevant
16 time period, right?
17      **A. That is -- yes. As I understand it, yes.**
18      Q. Okay. I'll hand you what we'll mark as
19 Manion 13.
20      (Manion Deposition Exhibit No. 13
21      marked for identification.)
22      THE WITNESS: Thank you.
23 BY MS. CLAIR:
24      Q. Have you seen this document before?
25      **A. Yes.**

92

1      Q. And what is this document?
2      **A. It's a contract term extension to extend**
3 **the term of the agreement through 2009.**
4      Q. Under "Other Terms" do you see where it
5 says "As per Kraft Animal Welfare policy"?
6      **A. I do see that.**
7      Q. Is Kraft here incorporating an animal
8 welfare policy into its agreement with Rose Acre?
9      **A. I believe that's the case.**
10      MS. MARKOWITZ: Bates number?
11      MS. CLAIR: Pardon me, counsel?
12      MS. MARKOWITZ: Can you give me the Bates
13 number of Exhibit 13?
14      MS. CLAIR: It's KRA00045809.
15 BY MS. CLAIR:
16      Q. Okay. And above that in "Pricing
17 Process," do you see where it says that
18 "Monthly pricing will be based on the Urner Barry
19 certified markets"?
20      **A. Yes.**
21      Q. What is the Urner Barry certified markets?
22      **A. As I understand it, it's the price that**
23 **they quote for the various products that they do**
24 **price surveys for.**
25      Q. And specifically the word certified there,

93

1 does that mean something different from other
2 Urner Barry prices?
3      **A. I don't, I don't recall the difference**
4 **between the two.**
5      Q. Okay. I'm going to hand you what we'll
6 mark as Manion 14.
7      (Manion Deposition Exhibit No. 14
8      marked for identification.)
9      THE WITNESS: Thank you.
10      MS. CLAIR: And for those on the phone,
11 this is KRA00002537.
12 BY MS. CLAIR:
13      Q. Mr. Manion, have you seen this document
14 before?
15      **A. Yes, I have.**
16      Q. What is this document?
17      **A. This is a Product Supply Agreement between**
18 **Kraft and Michael Foods.**
19      Q. And this is signed by both parties on
20 page 12; is that right?
21      **A. Yes, that is correct.**
22      Q. And it's dated 7/1/2007, right?
23      **A. That is correct.**
24      Q. Was this the first contract that Kraft
25 entered with Michael Foods during our '99 to 2008

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

25 (Pages 94 to 97)

94

1    time frame?
2        A.   I believe so.
3        Q.   At this time Kraft was still buying some
4    products from Rose Acre, right?
5        A.   Correct.  Yup.
6        Q.   Why did Kraft add Michael Foods as a
7    supplier?
8        A.   I believe because Michael Foods was a
9    producer of enzyme-modified egg.
10       Q.   Is that something that Rose Acre did not
11   produce?
12       A.   Possibly.  Possibly, or not having the
13   same attributes or...
14       Q.   Okay.  Let's turn to page 13 of this
15   exhibit, which is titled "Exhibit A" to the
16   contract.
17       A.   Yup.
18       Q.   At the bottom of the page here under
19   "Other Terms," do you see where it says "As per
20   Kraft Animal Welfare policy..."?
21       A.   Yes.
22       Q.   See exhibit?
23       A.   Uh-huh.
24       Q.   And just below that it looks like the
25   exhibit begins, right, that they're referring to?

95

1        A.   Yes.  That's what it looks like.  There's
2    no page break there.
3        Q.   Right.
4        A.   Yup.
5        Q.   What was Michael Foods required to comply
6    with this Kraft Animal Welfare policy?
7        A.   Michael Foods was required to keep up
8    to date and comply with the most recent versions
9    of the above-listed animal welfare policies.  And
10   they list them all there.
11       Q.   Okay.
12       A.   Under (i) and (ii) under "Supplier must
13   comply with..."
14       Q.   Okay.  And as a seller of eggs, which
15   specific standard was Michael Foods required to
16   comply with?
17       A.   Okay.  Let me go through these.  I'm not
18   familiar with all of these, so bear with me.
19       Q.   Take your time.  We're in no rush at all.
20       A.   Okay.  So my assumption would be that
21   these are all of our animal welfare policies.
22       I am not familiar with the National
23   Chicken Council, so I do not know if that
24   particular guideline and audit would be
25   applicable to laying chickens or --

96

1        Q.   Okay.
2        A.   -- eating chickens I should say.  My
3    assumption is that the Turkey Federation would
4    not be applicable.  And my interpretation would be
5    that the United Egg Producers guidelines would be
6    applicable.
7        So D would be applicable and potentially
8    B, since I can't -- I don't really know anything
9    about that one.
10       Q.   Okay.  And back to page 13 under "Price,"
11   this notes that prices are based on a formula
12   priced that is based on an Urner Barry -- I'm
13   sorry, I'll let you take your time.
14       A.   Yeah.  I got it now, yeah, under "Price."
15       Q.   Is pricing here based on a formula using
16   the Urner Barry markets as the base?
17       A.   That is correct.
18       Q.   And under "Payment Terms" it says
19   "Net 21 days."  What does net 21 days mean?
20       A.   That means payment is due 21 days after
21   receipt of product.
22       Q.   Okay.  Are all of these terms in this
23   contract the result of negotiations between
24   Michael Foods and Kraft?
25       A.   They are.

97

1        Q.   I'm doing to hand you what we'll mark as
2    Manion 15.
3            (Manion Deposition Exhibit No. 15
4            marked for identification.)
5    BY MS. CLAIR:
6        Q.   Have you seen this document before?
7        A.   I have, yes.
8        Q.   What is this document?
9        A.   This is a contract term extension between
10   Kraft Foods and Michael Foods extending the term
11   for 1.5 years.
12       Q.   And the second paragraph references what
13   looks like a prior contract extension; is that
14   right?
15       A.   Yes.
16       Q.   This extension doesn't change the pricing
17   mechanisms from Kraft's previous contracts with
18   Michael Foods, does it?
19       MS. MARKOWITZ:  What's the Bates?
20       MS. CLAIR:  Sure.  This is KRA00046488.
21       A.   So this says "All other provisions of
22   the Agreement and any modifications to the
23   Agreement made in subsequent extensions to the
24   Agreement remain in full force and effect..."
25

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                      April 2, 2014

26 (Pages 98 to 101)

98

BY MS. CLAIR:
1
2     Q.   Okay.  Let me ask you a more precise
3   question than did it change pricing at all,
4   because I don't want to -- that might be a
5   very specific question.
6     A.   No, it extends the existing pricing
7   formula that was established either in the
8   original document or in subsequent documents.
9     Q.   Okay.
10     A.   Subsequent extensions.
11     Q.   Subsequent extensions.
12     A.   Yeah.
13     Q.   Was Kraft still using Urner-Barry-based
14   pricing in this extension of a contract?
15     A.   Yes.  As I understand, yes.
16     Q.   Was Kraft sufficiently satisfied with the
17   terms of its pricing agreement with Michael Foods
18   to extend and agree to them again?
19     A.   Yes.
20     Q.   Okay.  Why were prices for Kraft's
21   egg purchases set using the Urner Barry price
22   quotation?
23     A.   It is generally accepted by the suppliers
24   as a survey that can be used to determine price.
25     Q.   Okay.  I'm going to hand you what we'll

99

1   mark as Manion 16.
2               (Manion Deposition Exhibit No. 16
3             marked for identification.)
4   BY MS. CLAIR:
5     Q.   Do you know what this document is?
6     A.   It looks to be an email communication
7   between Alec Reusche and Rick Marrese.
8     Q.   Who's Alec Reusche?
9     A.   He is a senior director in the Grocery
10   Business Unit.
11         MS. MARKOWITZ:  Bates label?
12         MS. CLAIR:  KRA00053509.
13   BY MS. CLAIR:
14     Q.   Did his responsibilities require him
15   to be knowledgeable about Kraft's egg purchasing
16   practices?
17     A.   Alec Reusche's --
18     Q.   Alec Reusche's.
19     A.   Yes.  He was not directly responsible for
20   the category.
21     Q.   Okay.
22     A.   But he was, but he was -- he had an active
23   interest because he reported to the business unit
24   that used the eggs.
25     Q.   Okay.  He was generally familiar?

100

1     A.   Correct.
2     Q.   What about Rick Marrese, what was his job?
3     A.   Rick Marrese was responsible for
4   ingredients procurement, and he was my supervisor.
5     Q.   Okay.  Was he knowledgeable about Kraft's
6   egg procurement practices?
7     A.   Yes.  Yes, he was.
8     Q.   I want to direct your attention to the
9   second email down in this chain from Alec Reusche
10   where he lists "Some key points to note."  Do you
11   see that part of the document?
12     A.   Yes.
13     Q.   So he's discussing what he calls a
14   "cost plus type agreement" that Rose Acre used
15   in the '90s; is that right?
16     A.   So let me read this, because I was not --
17   I haven't seen this.
18     Q.   Sure.  Yeah, take your time and read
19   through it so we have a --
20     A.   All right.  Okay.  I've read it.
21     Q.   Okay.
22     A.   I'm not going to read through the article
23   that was in the Tribune, just these three parts.
24     Q.   That's fine.  I didn't need to ask about
25   that one, just about this.

101

1         Did Kraft in the 1990s at some point use a
2   cost-plus-type agreement in its egg pricing?
3         MR. CAMPBELL:  Objection as to relevance.
4   It's so far outside the relevant period that it's
5   ludicrous, but -- it says '91 to '92.
6         But you may answer the question.
7     A.   And the answer is I do not know.
8
9   BY MS. CLAIR:
10     Q.   He notes that Kraft egg contracts have
11   moved away from a formula-based contract and are
12   now being priced exclusively off the weekly
13   Urner Barry publication.  Do you see that?
14     A.   Yes, I do.
15     Q.   Do you know when Kraft made that move?
16     A.   I do not.
17     Q.   Do you know whether it made that -- you
18   don't know whether it made that move, so that's
19   okay.
20         Well, now I can ask this.  Even if you
21   don't know the precise date when Kraft made that
22   move, do you know whether it made that move at any
23   point after 1999?
24     A.   Well, based on the contracts from 2004,
25   we were on the Urner Barry at 2004.  And I believe

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

27 (Pages 102 to 105)

---

**102**

1  one of the other exhibits is the contract from
2  2002, and we are on the Urner Barry as of 2002.
3         I do not know if it was earlier than that,
4  but based on this we were on it in 2002.
5     Q.  Okay.  Do you know anything about why
6  Kraft started using Urner-Barry-based pricing?
7     A.  It's my understanding it is the, it is
8  the only market index that reports on the survey
9  of buyers and sellers that is out there.
10    Q.  Okay.  Do you know of any other market --
11 any other indices that egg pricing is based on?
12    A.  Reported indexes, reported pricing.
13    Q.  Any other reported pricing indexes that
14 could be used as a basis for purchasing eggs?
15    A.  I'm not aware.  I'm not aware if there is
16 any other.
17    Q.  To your knowledge, has Kraft ever
18 considered using a pricing based on feed,
19 feed pricing indexes?
20    A.  Yes.
21    Q.  It has?
22    A.  Uh-huh.
23    Q.  Did Kraft do that during the relevant time
24 period at all?
25    A.  Consider it?  Yes.

---

**103**

1     Q.  Did it consider it?
2     A.  Evaluate it?  Yes.
3     Q.  Is there a reason -- did Kraft use it
4  during the relevant time period?
5         MR. CAMPBELL:  Just so the record is
6  clear, you earlier defined the relevant time
7  period as 1999 to 2008.
8         MS. CLAIR:  2008.
9         MR. CAMPBELL:  Correct?
10        MS. CLAIR:  Yes.
11        MR. CAMPBELL:  Okay.  So the question is
12 did Kraft use --
13        MS. CLAIR:  Use a feed-based formula.
14        MR. CAMPBELL:  A feed-based formula
15 between 1999 and 2008?
16        MS. CLAIR:  That's right.
17        MR. CAMPBELL:  Okay.
18        You may answer that question.
19    A.  And the answer is no, we did not.
20 BY MS. CLAIR:
21    Q.  Do you know why Kraft considered it, but
22 ended up not using it during that time period?
23    A.  Considered using it as a means to
24 reduce volatility of the egg price and as a
25 means to hedge against rising prices.

---

**104**

1     Q.  So those are some of the possible benefits
2  of that type of model that -- is that right?
3     A.  Those would be the reasons that it would
4  be considered.
5     Q.  Do you know -- my question is do you know
6  why it was not adopted?
7         MR. CAMPBELL:  I have to object as to
8  form, because we're limiting it to the relevant
9  period.
10 BY MS. CLAIR:
11    Q.  Do you know why it was not adopted --
12        MS. CLAIR:  Yeah, everything, unless I say
13 otherwise, I'm talking about this relevant period.
14 I hate to -- I ask excessively long questions
15 already, so I hate to clutter them up with a date.
16 BY MS. CLAIR:
17    Q.  But during this '99 to 2008 period, do
18 you know why it was not adopted ultimately despite
19 being considered?
20    A.  My assumption would be that egg prices
21 were relatively stable.
22    Q.  So what is that assumption based on?
23    A.  A historical look at egg prices from
24 1999 to 2008.
25    Q.  So Kraft didn't feel the need to switch to

---

**105**

1  this other model because of the relative stability
2  of the egg pricing it was already using?
3     A.  I would say that's accurate.
4     Q.  Okay.  Essentially, it was Kraft's choice
5  to use the pricing model that it used?
6     A.  It was not only Kraft's choice, it was
7  both Kraft and the supplier's agreed choice.
8     Q.  Agreed.
9     A.  Agreed negotiated choice.
10    Q.  That's probably a more accurate way to
11 describe it, if that makes sense.
12    A.  We did not dictate per se.
13    Q.  Right.
14    A.  It was a negotiation between two parties.
15    Q.  Could we turn briefly back to Exhibit 2,
16 which was a copy of the complaint.  I've had a
17 couple of questions --
18    A.  This would be Manion 2?
19    Q.  Manion 2.
20    A.  Okay.
21    Q.  I'm trying to avoid too much moving
22 around.
23    A.  That's fine.
24    Q.  It's just a little bit of hopping we have
25 to do.

---

## HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

28 (Pages 106 to 109)

---

### 106

1    A.  Yeah.
2    Q.  I'm going to direct your attention to
3  page 46 of the complaint, please.
4    And on page 46 do you see a chart showing
5  the Kraft allegation of the top 20 egg producers?
6    MR. CAMPBELL:  Which, incidentally,
7  carries over to 47?
8    MS. CLAIR:  Yes, it does.
9    THE WITNESS:  So I'm clear, this is the
10  Kraft complaint, correct?
11    MR. CAMPBELL:  That's correct.
12    THE WITNESS:  Okay.
13  BY MS. CLAIR:
14    Q.  There's several complaints in this
15  big case, so yes.
16    A.  Got it.  Okay.  So yes, then I see that.
17  Yes.
18    Q.  Okay.  Did Kraft buy egg products from any
19  of the companies on this list other than Rose Acre
20  and Michael Foods during this relevant time
21  period?
22    A.  Let's see.  No.
23    Q.  Did Kraft receive proposals from any of
24  these other companies during the relevant time
25  period?

### 107

1    A.  Relevant time period being 1999 to 2008?
2    Q.  That's correct.
3    A.  I am not aware of the proposals that were
4  received.
5    Q.  You're not aware of any proposals received
6  from these other companies during that time
7  period?
8    A.  Correct.
9    Q.  Okay.  Are you aware of Kraft approaching
10  any of these other companies during that relevant
11  time period about purchasing egg products?
12    A.  I am not.
13    Q.  To your knowledge, do any of these other
14  companies even produce the specific type of eggs
15  that Kraft needs to make its products that include
16  eggs as an ingredient?
17    A.  I know that this list is a mix of shell
18  egg producers and egg product producers or liquid
19  egg producers.  I don't know the exact breakout of
20  which are which.
21    There are others on this list that produce
22  products that -- liquid egg products.
23    Q.  Produce some liquid egg products?
24    A.  Yes.
25    Q.  Do you know that there are others in this

### 108

1  list that produce the specific types of liquid egg
2  products that Kraft purchases?
3    A.  Yes.  If we were to provide our
4  specification to a number of liquid egg producers,
5  they could make the same formula.
6    Q.  And you mentioned that this list includes
7  some shell-egg and some liquid-egg producers,
8  right?
9    A.  I believe so, yes.
10    Q.  Okay.  Do some companies --
11    A.  Some of these companies I'd have to
12  knowledge of though, so that --
13    Q.  Uh-huh.
14    A.  So my assumption would be that some of
15  them are shell-egg producers.
16    Q.  Based on your knowledge of the market
17  generally, do some companies not provide any
18  egg products?
19    A.  Yeah, there may be companies that do not
20  do further processing.
21    Q.  Uh-huh.  Just they focus on shell eggs?
22    A.  They process shell eggs, yes.
23    Q.  Are there some companies that don't sell
24  any pasteurized egg products, they sell only
25  unpasteurized egg products to your knowledge?

### 109

1    A.  I don't know the answer to that.  I don't
2  know the answer to that.
3    Q.  If there is such a company, could Kraft
4  buy that product?
5    A.  No.  It's part of our specification that
6  the product is pasteurized.
7    Q.  Okay.
8    MS. CLAIR:  Can we take a break?
9    MR. CAMPBELL:  If you want to --
10    MS. CLAIR:  We could keep going, if you
11  like.
12    MR. CAMPBELL:  Why don't we go until noon,
13  if you don't mind, Katie, and then we can have
14  lunch.
15    MS. CLAIR:  That works fine, as long as
16  you're doing all right?
17    THE WITNESS:  I might need to take a quick
18  break.
19    MR. CAMPBELL:  Sure.  Go ahead.
20    MS. CLAIR:  That's fine.  You're the boss
21  of breaks.
22    THE WITNESS:  Yes.  I'd like to take a
23  quick restroom break.
24    THE VIDEOGRAPHER:  Going off the record at
25  11:37 a.m.

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

29 (Pages 110 to 113)

---

110

1           (Recess taken.)
2           THE VIDEOGRAPHER: We're back on the
3    record at 11:41 a.m.
4    BY MS. CLAIR:
5       Q. Mr. Manion, we're done with that complaint
6    for now.
7           What are some of the factors that affect
8    the market price for eggs?
9       A. There is numerous factors that can impact
10   the price of eggs, supply, demand, increases or
11   decreases in demand.
12      Q. Do feed prices impact the price of eggs?
13      A. It's an input cost, so it could input --
14   it could impact the price that a seller is willing
15   to sell eggs for.
16      Q. Okay. What about fuel costs?
17      A. Again, it's another input cost to the
18   supplier, so if the supplier were to pass that
19   on in the selling price, that could impact, yeah.
20      Q. What are some of the factors that affected
21   demand for eggs during our relevant time period?
22      A. Well, I would say supply of eggs would
23   impact the price. I don't know specific, like,
24   you know, what happened in March that impacted --
25      Q. Right, right. Yeah. It is a long time

---

111

1    period understandably.
2       A. Easter impacts the price of eggs because
3    more people buy eggs, and the price typically goes
4    up around that time.
5       Q. Did you track at Kraft how even fads and
6    diets affected the price of eggs or the demand for
7    eggs?
8       A. I'm sure that that would be one aspect,
9    yup.
10      Q. Did you track at Kraft how the Avian
11   influenza virus affected the price of eggs during
12   this relevant time period?
13      A. I don't know that we tracked specifically
14   what was impacting the price of eggs.
15      Q. Okay. Let's look, if we could, back to
16   what was Manion 3. Let's turn to the page that
17   we were on before, which is the page ending in
18   2862, please.
19      A. Uh-huh.
20      Q. So at the very top in bold, the second
21   sentence here says "Egg prices have risen sharply
22   over the last year as a result of high grain and
23   natural gas costs to producers." Do you see that?
24      A. Yes, I do.
25      Q. Do you have any reason to doubt that

---

112

1    that's true?
2       A. I think this is the understanding of what
3    was the cause of egg prices going up at the time.
4       Q. At the time this was created that was
5    Kraft's understanding?
6       A. Yup. Yup.
7       Q. And the next page titled "Industry
8    Overview," the third row down, do you see where
9    it says "Industry Cost Drivers"?
10      A. Yes.
11      Q. And it lists grain at 60 percent. It
12   says "Includes cost of Corn and Soybean meal for
13   feed...." Do you see that?
14      A. I do.
15      Q. What does that 60 percent mean?
16      A. It would be 60 percent of the cost of
17   producing an egg.
18      Q. It comes from the grain?
19      A. It comes from the grain.
20      Q. Okay.
21      A. Yup.
22      Q. And processing 20 percent includes energy,
23   transportation expenses. Do you see that?
24      A. Yes, I do.
25      Q. Does that mean that 20 percent of the cost

---

113

1    of the egg is attributable to those costs?
2       A. Yes. So these are just broad bucket,
3    you know, assumptions. There's probably many
4    line items that go into processing.
5       Q. I understand. Would these be assumptions
6    or would these be the best information Kraft had
7    at the time that it was using and analyzing?
8       A. Yes. This would be, yes, this would be
9    the information that was gathered at the time.
10      Q. Okay. Let's turn to the page ending in
11   2866, please. This page is titled "Why Soybeans?"
12   Right?
13         It's page 7 at the bottom.
14      A. Yup. I've got it. Yup.
15      Q. Okay. Here it says "95% of the price of
16   eggs in the last 12 months can be explained by the
17   changes in the price of soybeans?"
18      A. Yes, I see that.
19      Q. Do you have any reason why that was
20   Kraft's best analysis of --
21      A. This is information that came from the
22   commodities group. So I was not familiar with all
23   of the work that they did, but my assumption would
24   be that this is based under analysis.
25      Q. Okay. There's no reason to think that

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

30 (Pages 114 to 117)

114

1  this isn't based on their analysis?
2  **A.  Correct.  Yup.**
3  Q.  And let's look at the next few pages,
4  pages 9 and 10.  Do you see those?
5  **A.  Yup.**
6  Q.  You see we have some charts here, right?
7  What do these charts show?
8  **A.  This shows the price of liquid whole eggs,**
9  **the price of soybeans, and the price of corn,**
10 **which would be that very faint line at the bottom**
11 **around --**
12 Q.  I see that.
13 **A.  -- $2 so.**
14 Q.  That is difficult to see.
15 **A.  Yeah, but that's the third line there.**
16 Q.  How would you describe the relationship in
17 this chart between the price of liquid whole egg
18 and the price of soybeans?
19 **A.  I would say that there's a correlation.**
20 Q.  It looks like it pretty closely tracks
21 the price of soybeans throughout this August 1999
22 through May 2008 period, right?
23 **A.  Uh-huh.**
24 Q.  Okay.  And without revealing any
25 confidential communications that you've had

115

1  with counsel -- I don't want to ask about anything
2  about that -- do you know of any allegation in
3  this case that defendants have conspired to fix
4  the price of soybeans?
5  **A.  I have no knowledge of that.**
6  Q.  Do you have knowledge of any allegation
7  that defendants have conspired to fix the price of
8  corn?
9  **A.  I have no knowledge of that.**
10 Q.  Are you aware of egg producers having any
11 ability to control the price of their feed inputs?
12 **A.  The egg suppliers have the ability to**
13 **control their input costs through hedge mechanisms**
14 **similar to what Kraft can use to hedge its grain**
15 **purchases.**
16 Q.  Makes sense.  And do egg suppliers, as a
17 general matter, have an incentive to make their
18 input costs higher or lower?
19 **A.  They would be incented to make their input**
20 **costs low.**
21 Q.  Makes sense.
22 Let's turn, please, to -- back a few pages
23 to the page ending in 2864.  That's page 5 of this
24 document.
25 **A.  Yup.**

116

1  Q.  And this is titled "Industry:  Historical
2  Perspective," right?
3  **A.  Which page again?**
4  Q.  Page 5 of the document.
5  **A.  Okay.  Got it.**
6  Q.  It looks like a chart.  We see on the
7  first column, on the first row "Cause" and the
8  second row "Effect."
9  **A.  Uh-huh.**
10 Q.  All right.  That's the page.  And this
11 page it looks like Kraft is providing a historical
12 overview of what it calls the "...many
13 contributing factors that have brought the
14 industry, and egg pricing, to where they are
15 today."  Is that right?
16 **A.  That's correct.**
17 Q.  Okay.  And this shows market forces
18 playing out and affecting the supply and demand
19 of eggs over this period, right?
20 **A.  Based on what we understand at the time,**
21 **yes.  That's correct.**
22 Q.  In the upper left of this chart, do you
23 see where it notes "Animal Welfare groups pressure
24 egg producers over inhumane treatment of" eggs?
25 **A.  "...of hens," yes.**

117

1  Q.  Of hens.  Thank you.  That's under the
2  "Cause."
3  And under the "Effect" we see
4  "UEP Guidelines enacted," is that right?
5  **A.  That's correct.**
6  Q.  So is it Kraft's understanding at the time
7  that it created this document that one of the
8  causes of the UEP guidelines being enacted is
9  animal welfare groups pressuring egg producers?
10 **A.  The interpretation is that the**
11 **UEP guidelines were created in response to**
12 **animal welfare groups pressuring egg producers**
13 **over inhumane treatment of hens.**
14 Q.  Okay.  And it discusses how UEP guidelines
15 provided more space to laying hens, right?
16 **A.  That is correct.  That was one aspect of**
17 **the guidelines.**
18 Q.  Just one of them.  That's right.
19 And if we look over to the second column,
20 what does the second column show happening to the
21 supply of eggs?
22 **A.  As Kraft understood it, producers**
23 **increased the number of cages and increased**
24 **the supply of hens.  And what happened was that**
25 **oversupply led to egg prices falling what we**

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                April 2, 2014

31 (Pages 118 to 121)

---

118

1  believed to be below farmers' costs.  So a
2  situation of oversupply based on increased amount
3  of laying hens.
4      Q.   What does this chart show the egg
5  producers did as a result of that oversupply?
6      A.   It's -- the assumption is that they began
7  reducing laying stock, because laying stock is a
8  reported number as a means of reducing costs, and
9  in return reduced supply, which caused a rise in
10  the price of eggs.
11      Q.   And the bottom row there says "Supply is
12  reduced and prices start to rise as supply meets
13  demand," right?
14      A.   Correct.
15      Q.   Does this show it's Kraft's understanding
16  that the market is getting back to a place where
17  supply is levelling out with demand?
18      A.   I don't know that that would necessarily
19  be the case.  Supply is reduced and the prices
20  start to increase.  So supply is meeting demand.
21  Supply is meeting demand in either case.  The --
22  as we understand it, the supply is at a higher
23  price.
24      Q.   And it's --
25      A.   And this is a continuum.  So we're looking

---

119

1  at a continuum here.  We're trying to explain
2  what's going on in the marketplace.
3      Q.   Uh-huh.  And there are a lot of factors
4  here affecting what's going on in the marketplace
5  over this 6-year period, aren't there?
6      A.   This is our understanding at the time.
7      Q.   Makes sense.  Okay.
8          And one column over do you see a reference
9  to "Ethanol production driving corn prices higher"
10  and "Energy prices are also increasing"?
11      A.   Yup.
12      Q.   Okay.  And is Kraft understanding that
13  those increased input costs had the effect of --
14  that those factors had the effect of farmer's
15  input costs increasing, right?
16      A.   Correct.  Yup.
17      Q.   Okay.
18      A.   Increased -- corn is an input cost, energy
19  prices are input costs to egg production.  So the
20  farmer's costs are rising.
21      Q.   One column over we see that Kraft's
22  understanding was that "Price is passed onto the
23  consumer and eggs hit historic highs."  Do you
24  see that?
25      A.   Yes.

---

120

1      Q.   Okay.  Finally --
2      A.   We're coming into 2008 I should also add.
3      Q.   Yes.  As we're going through this series
4  of cause and effects, we're moving forward in time
5  showing what's happening.  Okay.
6          And the next column over do you see in
7  the top level it says "Farmers remain reluctant to
8  expand/re-model."
9          Is that partly because of -- is it Kraft's
10  understanding that they remain reluctant to do
11  that because they didn't want their prices to fall
12  below costs, like they had done earlier on, as we
13  saw in this chart?
14      A.   Yup.
15      Q.   Okay.  Let's move on to a few pages ahead,
16  the page ending in 71, that would be page 12 of
17  this document.
18          And here do you see under managing
19  supply and demand, the third bullet down says
20  "Learning the lessons of overexpansion, processors
21  do not see expansion as necessary."  Right?
22      A.   Yes.
23      Q.   What do you take that to mean?
24      A.   The lessons of overexpansion were a
25  reduction in the price.

---

121

1      Q.   Uh-huh.  Okay.  And at the very bottom
2  under "Increasing Global Impact," do you see that
3  it says "The weak US Dollar has increased export
4  demand to EU and AP..."
5          So this is showing the weak US dollar as
6  one reason that exports were increasing; is that
7  right?
8      A.   Yes.  So we were trying to make sense of
9  why market dynamics were causing the price of eggs
10  to increase.  We were trying to make sense of
11  that.
12      Q.   And one of the factors you noted was the
13  weak US dollar, right?
14      A.   I mean, we surmise -- I mean, you can --
15  regardless of category assume that a weaker
16  US dollar, generally speaking, will bring European
17  buyers to the US for product.
18      Q.   And that's what Kraft noted was happening
19  here in the egg category, right?
20      A.   Again, we were trying to understand,
21  based on the information that we had at the time,
22  what could be the cause of egg prices increasing.
23      Q.   Fair enough.  So this is Kraft's best
24  understanding?
25          No one knows, right, of course, every

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                                    April 2, 2014

32 (Pages 122 to 125)

122

1    single factor that affects the economy?
2    **A. Yup.**
3    Q.  This is Kraft's best understanding that it
4    used in conducting its business, right?
5    **A. Correct, trying to explain.**
6    Q.  Okay.  And one more bullet here to talk
7    about, which is right under managing supply and
8    demand.  It notes that "Processors are reluctant
9    to expand operations and add more supply."
10        And the next sentence says "Concerns
11   exist about the regulatory environment, financing,
12   ability to obtain permits to expand, et cetera."
13       So is this listing some of the various
14   reasons that egg producers may have been reluctant
15   to expand supply as Kraft understood it?
16   **A. At the time, yes.**
17       MS. CLAIR:  Okay.  I think we are through
18   with that document.
19          (Manion Deposition Exhibit No. 17
20           marked for identification.)
21   BY MS. CLAIR:
22   Q.  I'm going to hand you what we'll mark as
23   Manion 17.  Do you know what this document is,
24   Mr. Manion?
25   **A. Okay.  So let me --**

123

1        MS. MARKOWITZ:  Bates?
2        MS. CLAIR:  This is Bates labeled
3    KRA0006025.
4    **A. Okay.  So this seems to be a communication**
5    **from Mike Kuntz, who was the category manager at**
6    **the time of the email.**
7    BY MS. CLAIR:
8    Q.  Okay.
9    **A. It looks like a reforecast of our -- a**
10   **budget reforecast or some sort of budget revision**
11   **to the original budget or a reflection of market**
12   **change to the original budget.**
13   Q.  Okay.  And we talked about Mike Kuntz
14   before.  He was knowledgeable about Kraft's egg
15   procurement during this 2004 time frame?
16   **A. Yeah.  He was responsible for the category**
17   **at the time.**
18   Q.  Okay.  So I'm going to draw your attention
19   to the second paragraph here, the second -- where
20   Michael Kuntz says "Egg markets are responding to
21   strong retail demand for shell eggs.  This demand
22   comes at a time when layer populations are down
23   from normal numbers (due to last year's Avian
24   influenza incident.)"
25   **A. Uh-huh.**

124

1    Q.  Do you see that?
2        Was it Kraft's understanding that
3    Avian influenza decreased their number of layers
4    in the US?
5    **A. Where did you just read?**
6    Q.  From the second paragraph here --
7    **A. Yup.**
8    Q.  -- that starts "Egg markets are
9    responding..."
10   **A. Okay.  Got it.**
11   Q.  And then moving into the second sentence
12   there too.  I want you to read that to yourself.
13       What was Michael Kuntz saying about how
14   Avian influenza affected supply in the egg market?
15   **A. Well, if Avian influenza reduced the**
16   **population of laying hens, then he's drawing a**
17   **correlation that strong retail demand for**
18   **shell eggs is coming at a time when populations**
19   **are reduced.**
20   Q.  Okay.  Reduced due to the Avian influenza
21   incident, at least in part?
22   **A. In part.**
23   Q.  Right.  Okay.  And he discusses
24   Avian influenza further down in this document
25   under "Pricing Factors."  Do you see where he

125

1    does that?
2    **A. Yes, I do.**
3    **So is my -- my assumption would be that**
4    **there was an Avian influenza incident in the**
5    **United States and also in Asia.  I'm not sure if**
6    **I'm interpreting it right.**
7    Q.  Okay.  Fair enough.  Let's just say
8    regardless of that because if you don't know it,
9    let's not testify about it.
10       Is Michael Kuntz noting that there's a
11   potential for increased exports due to Avian
12   influenza in Asia?
13   **A. Yes.**
14   Q.  Was that Kraft's understanding that one
15   of the reasons that exports were increasing had to
16   do with Avian influenza around this 2004 time
17   frame at least?
18   **A. He notes the potential for increased**
19   **exports.  So it says "This softening assumes**
20   **minimal AI effects from current incidents,**
21   **domestically and in Asia."**
22   Q.  Uh-huh.
23   **A. And he lists a potential pricing factor,**
24   **which would be if there is an increase in exports**
25   **due to a continued Avian influenza in Asia.  So it**

HIGHLY CONFIDENTIAL

Manion, Scott Martin
April 2, 2014

33 (Pages 126 to 129)

126

1  could be a factor.
2      Q.  That's fair.  And I was actually about to
3  correct my question, so you're right to note that.
4      **A.  Yeah.**
5      Q.  He notes that that's what the relationship
6  could be?
7      **A.  Could be a factor.**
8      Q.  It makes sense.  Could you look, please,
9  again at the second paragraph of the document.
10  The third sentence down reads "Although producers
11  are repopulating their flocks, we will not see its
12  affect to pricing until Q4."  Do you see that?
13      **A.  Yes, I see it.**
14      Q.  So Michael Kuntz is noting that in this
15  time frame after some decrease in supply,
16  Kraft was observing that producers took steps to
17  increase their hen populations?
18      **A.  Uh-huh.**
19      Q.  Okay.  We're jumping down again.  We're
20  doing a lot of jumping around.  I apologize.
21      **A.  That's okay.**
22      Q.  Under "Pricing Factors" the fourth bullet
23  down discusses "UEP's Animal Welfare program."  Do
24  you see that?
25      **A.  Yes, I do.**

127

1      Q.  And notes that "(Phase II increases cage
2  space.)"  Do you see that?
3      **A.  Yes.**
4      Q.  Is it Kraft's understanding in this
5  2004 time frame that the UEP's animal welfare
6  program could have an effect on pricing of eggs?
7      **A.  I would say in conjunction with all of
8  these other factors.**
9      Q.  So the UEP animal welfare program was one
10  of several factors that in Kraft's understanding
11  affected the price of eggs.  Is that the
12  testimony?
13      **A.  Restate, please.**
14      Q.  When you said in conjunction with other
15  factors, is it fair to say that the UEP animal
16  welfare program was one of several factors that
17  were all working together in the marketplace to
18  affect the price of eggs?
19      **A.  I would say there's likely to be several
20  factors that could impact the price of eggs.**
21      Q.  Okay.  Mr. Manion, are animal welfare
22  issues important to Kraft?
23      MR. CAMPBELL:  May I interject here?
24      MS. CLAIR:  Yes.
25      MR. CAMPBELL:  You're starting a new

128

1  subject?
2      MS. CLAIR:  I am, yes.
3      MR. CAMPBELL:  Would now be a good time to
4  take a lunch break, Katie?
5      MS. CLAIR:  That would be great.  This
6  would be a perfect time.
7      THE VIDEOGRAPHER:  Going off the record at
8  12:11 p.m.
9          (Lunch recess taken.)
10      THE VIDEOGRAPHER:  We are back on the
11  record at 1:05 p.m.
12  BY MS. CLAIR:
13      Q.  Mr. Manion, are animal welfare issues
14  important to Kraft?
15      **A.  Yes, they are.**
16      Q.  Why is that?
17      **A.  Well, we want -- we want animals to be
18  treated well during the process where they're
19  in -- where we're dealing with -- Kraft has an
20  animal welfare policy that is designed to treat
21  animals humanely during their process.**
22      Q.  When did Kraft adopt that animal welfare
23  policy?
24      **A.  There's been a number of different animal
25  welfare policies that are adopted in different**

129

1  categories, in the meat category, in the poultry
2  category, and in the egg category.
3      **Over time as these -- as programs have
4  been developed by the industry, Kraft has adopted
5  those programs.**
6      Q.  Who at Kraft had responsibility for animal
7  welfare issues in our relevant time period?
8      **A.  Well, corporate affairs and predominantly
9  the meat procurement group because the meat,
10  you know, obviously animal welfare in the meat
11  categories is of importance to Kraft.**
12      Q.  Is egg purchasing considered part of the
13  meat procurement group?
14      **A.  It was from -- for a portion of the
15  relevant time period.**
16      Q.  For other portions was it part of a
17  different group?
18      **A.  It went to the ingredients group, yeah,
19  after it came from the meat group.**
20      Q.  Okay.
21      MS. CLAIR:  I'll hand you what we'll mark
22  as Manion 18.
23          (Manion Deposition Exhibit No. 18
24          marked for identification.)
25      THE WITNESS:  Thank you.

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

34 (Pages 130 to 133)

### 130

1  BY MS. CLAIR:
2    Q.  Mr. Manion, do you know what this document
3  is?
4    A.  "...Objections and Answers to Defendants'
5  Second Set of Interrogatories."
6  BY MS. CLAIR:
7    Q.  Okay.  And could we turn to page 3 with
8  the interrogatory number 1, please?
9       Interrogatory number 1 is asking, in
10 general, for Kraft to identify who at Kraft was
11 involved in promotion or consideration of animal
12 welfare for hens, and the name of any animal
13 welfare group within Kraft.  Do you see that?
14   A.  Uh-huh.  Yes.
15   Q.  Okay.  And let's turn to -- thank you.
16      Let's turn to page 4 to Kraft's response
17 to that question.  In Kraft's response there
18 are a number of names mentioned here that Kraft
19 calls individuals "possibly possessing knowledge
20 regarding and/or possessing records relevant to
21 Plaintiff's promotion or consideration of animal
22 welfare for hens..."  Do you see that?
23   A.  I do.
24   Q.  So let's talk about each of these people.
25 Javier Meneses you mentioned before; what was his

### 131

1  role with respect to animal welfare?
2    A.  Well, he would be the category manager who
3  managed the egg category.
4    Q.  And in that role he had responsibilities
5  that had to do with animal welfare specifically?
6    A.  Well, he would have responsibilities
7  managing the supplier relationships.  So if
8  there was any, if there was any compliance to
9  animal welfare certifications or whatever,
10 he would be the responsible conduit back to
11 the supplier.
12   Q.  Okay.  And what about John Gregorich, what
13 would his relationship to animal welfare been?
14   A.  Same, exact role.
15   Q.  Same?
16   A.  Yeah.
17   Q.  And your name is listed?
18   A.  Same, exact role.
19   Q.  Relationship with the suppliers.
20      And what about Jose Rojo?
21   A.  He is the director for meat processing
22 and commodities.  So he was, I believe, I'm fairly
23 sure, John Gregorich's manager.
24   Q.  So he had a similar role as John Gregorich
25 with respect to animal welfare?

### 132

1    A.  Yes.  John would have the direct
2  relationship with the supplier, Jose might have
3  a more senior role with the supplier, but
4  certainly not necessarily the day-to-day role
5  with the supplier.
6    Q.  And what about William Paulos?
7    A.  I believe he is Jose's supervisor.  So
8  these are just up the chain of command in meat
9  procurement.
10   Q.  Okay.  And what about Tim Knight?
11   A.  I am not familiar with Tim Knight.
12   Q.  Okay.  What about Curtis Amundson?
13   A.  Yes, he is part of the meat group, and,
14 as I understand it, played a role in adopting or
15 creating animal welfare policies for Kraft.
16   Q.  Okay.  And you look at the last sentence,
17 Kraft notes that "...during the Relevant Time
18 Period, there was no such Animal Welfare Group,
19 and these individuals were not part of an Animal
20 Welfare Group"?
21   A.  That's correct.
22   Q.  Is that still -- that's a correct
23 statement?
24   A.  Yeah.  To my understanding, we did not
25 have an animal welfare group at Kraft.

### 133

1    Q.  Did you have an animal welfare task force?
2    A.  I'm not absolutely certain if we did.  We
3  probably had people that were working on animal
4  welfare issues, but I do not know if there was a
5  defined team per se.
6    Q.  Was that something that in preparation for
7  your deposition today did you look into or educate
8  yourself about whether Kraft had an animal welfare
9  task force?
10   A.  I know that certain individuals within
11 corporate affairs were involved with animal
12 welfare, but I don't know if there was a team
13 around it, no.
14   Q.  Okay.  So let's turn -- we can put this
15 one aside.
16   A.  Okay.
17      (Manion Deposition Exhibit No. 19
18      marked for identification.)
19 BY MS. CLAIR:
20   Q.  Let me hand you what we'll mark as
21 Manion 19.  Do you recognize this document,
22 Mr. Manion?
23   A.  I do not, no.
24   Q.  Okay.  Do you see a Kraft logo at the top
25 of this document?

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                        April 2, 2014

35 (Pages 134 to 137)

---

134

1    A.  Yes, I do.  Yes.
2    Q.  Does that indicate to you this is a
3  document that Kraft produced?
4    A.  It would indicate to me that it's a
5  document that Kraft produced.
6    Q.  Okay.  And, for the record, the Bates
7  number is KRA19.
8      And what is the date on the cover of this
9  document?
10   A.  9/28/2012.
11   Q.  Okay.  And let's -- and is there another
12 date on the cover of this document as well?
13   A.  April 2006.
14   Q.  Okay.  You may not know this, Mr. Manion.
15 Is it possible that the 9/28/2012 might have been
16 a date generated when this document was collected
17 and produced in the litigation, if you know?
18   A.  The date -- perhaps a print date.  I
19 couldn't tell you.
20   Q.  It's okay.
21   A.  Yeah.
22   Q.  Okay.  The title of this document is
23 "Draft Animal Welfare Policy and Program
24 Recommendation," right?
25   A.  Yeah.  Yes.

---

135

1    Q.  Let's look at page 2, please.
2    A.  Yes.
3    Q.  Do you see on page 2 the document notes
4  that "The recommendations in this document were
5  developed by the Animal Welfare Task Force,"
6  and then it lists the core members of the task
7  force.
8    A.  Yes, I see that.
9    Q.  Does that refresh your recollection at
10 all about whether Kraft had some kind of working
11 group that it called an animal welfare task force?
12   A.  It appears so, yes.
13   Q.  Okay.  And there are some names here,
14 and some of them are ones we just discussed,
15 Curt Amundson we just discussed, right?
16   A.  Right.  Yup.
17   Q.  As involved in developing policy with
18 regard to animal welfare issues.  Some of these
19 other names are new.
20      Who's Chris Beard?
21   A.  These would be individuals -- let's see,
22 Chris Beard would be in Corporate Affairs.
23   Q.  Okay.
24   A.  I'm not aware of who he or she is.
25   Q.  Okay.

---

136

1    A.  Josephine Hunt, part of Scientific
2  Affairs, Claire Regan -- I'm not familiar with
3  Josephine.
4      Claire Regan, another individual in
5  Corporate Affairs; I'm not aware of her.
6    Q.  Okay.
7    A.  Mike Sarachman from Scientific Affairs,
8  I'm not familiar with him, and then
9  Bill Sveum, Global Tech & Quality, Scientific
10 Affairs; I've heard that name before, but I'm
11 not familiar with him.
12   Q.  Okay.  Do you have any reason to doubt
13 that this document was created by people who are
14 knowledgeable about the topics that it discussed?
15   A.  I have no doubt.
16   Q.  You may not know this, but, if you know,
17 what decision making power did the Animal Welfare
18 Task Force have?
19   A.  And I don't know that.
20   Q.  Let's go to page 10 of the document,
21 please; it's Bates labeled ending in 28.
22      Just as a guidepost, this looks like it's
23 the beginning of a section about "Guidelines,
24 Requirements and Compliance for U.S. Suppliers and
25 Newberry Turkey Facility."  Does that seem right

---

137

1  to you?
2    A.  Yes.
3    Q.  Okay.  And let's look at the next page as
4  we get into that topic.  Does this page contain
5  the recommendations that this task force made for
6  Kraft's animal welfare policy?
7    A.  Yes.
8    Q.  And one of those recommendations was
9  to adopt the guidelines for egg laying hens of
10 the United Egg Producers; is that right?
11   A.  That is correct.
12   Q.  Do you know why Kraft chose to adopt
13 those standards as opposed to some other standards
14 regarding animal welfare for egg-laying hens?
15   A.  Well, based on the, based on the
16 guidelines that are -- that were recommended,
17 it appears that for each of the categories we have
18 taken guidelines that were generated or created
19 by the industry, the specific industry, turkey --
20 the National Turkey Federation.
21   Q.  Okay.  Why did Kraft do that?
22   A.  My assumption would be they are adopting
23 guidelines that are created by the industry that
24 understands the welfare and needs of that
25 particular category of animal.

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

36 (Pages 138 to 141)

---

138

1    Q.   Okay.  And if we look a little further
2  down in this document, do you see a section called
3  "Rationale"?
4    A.   Yup.
5    Q.   And the second bullet do you see there
6  says "Utilizing industry association guidelines
7  (versus Kraft specific animal welfare guidelines)
8  means that Kraft and its suppliers are following
9  generally recognized industry standards."
10   A.   Right.
11   Q.   So that has to do with what you've just
12 discussed, right?
13   A.   Yup.
14   Q.   Okay.  And below that it says "By using
15 external guidelines, we are able to ensure that
16 as animal welfare expectations change and the
17 subsequent guidelines change, both Kraft and its
18 suppliers are keeping up with those expectations."
19   A.   Yes.
20   Q.  Is that right?
21   A.   Correct.
22   Q.   You understand that to mean that Kraft
23 itself wouldn't have to follow every incremental
24 development in animal welfare --
25   A.   And revise its policy continually.

---

139

1    Q.   Periodically?
2    A.   Yup.
3    Q.   It could rely on the industry to keep up
4  that work, that effort?
5    A.   Yup.
6    Q.   Did it make business sense for Kraft
7  to follow an existing animal welfare policy
8  as opposed to developing its own?
9    A.   I would say yes.
10   Q.   It meant that Kraft didn't have to
11 renegotiate the animal welfare issue with each
12 customer, right?
13   A.   Correct.
14   Q.   And it meant that Kraft didn't have to
15 hire its own experts and scientists and reinvent
16 the wheel when a policy already existed?
17   A.   That's a fair statement, yes.
18   Q.   Okay.  And were the industry standards
19 generally seen as reliable?
20   A.   My assumption would be yes.
21   Q.   Are you familiar with the Food Marketing
22 Institute?
23   A.   Not all of its activities, but yes,
24 generally.
25   Q.   Are you familiar with the National Council

---

140

1  of Chain Restaurants?
2    A.   Yes.
3    Q.   Are you aware that FMI, Food Marketing
4  Institute, and NCCR, the National Council,
5  endorsed the United Egg Producers' Animal Welfare
6  Guidelines?
7    A.   I was not aware of that.
8    Q.   If you'd known that to be the case,
9  would that have an effect one way or the other
10 on your evaluation of those guidelines?
11       MR. CAMPBELL:  Objection, speculation.
12       You can answer the question.
13       THE WITNESS:  Okay.
14   A.   Would you rephrase again so I make sure
15 I'm clear on it?
16 BY MS. CLAIR:
17   Q.   Sure.  Let me just ask you as Kraft's
18 position, would the fact that the Food Marketing
19 Institute and the NCCR endorse the United Egg
20 Producers' animal welfare guidelines have an
21 effect on Kraft's evaluation of those guidelines?
22       MR. CAMPBELL:  What's the verb?  I'm
23 sorry.  I missed it.
24       Can you read that back, Deralyn.
25       (Record read.)

---

141

1        MR. CAMPBELL:  Have effect on Kraft's
2  evaluation.  Okay.  Fine.  Thank you.
3    A.   It could.  It could.
4  BY MS. CLAIR:
5    Q.   Okay.  That's fair enough.
6        Did Kraft's animal welfare policy include
7  audits?
8    A.   As I understand it, it would be the audit
9  or certification from the appropriate group that
10 would be the audit.
11   Q.   Rather than Kraft doing the audit?
12   A.   Kraft would not audit.
13   Q.   Right.  But did Kraft require its
14 suppliers to be audited by the appropriate group?
15   A.   As I understand, yes.
16   Q.   Okay.
17   A.   Maintained their certification from.
18   Q.   Okay.  I'm going to hand you what we'll
19 mark as Manion 20.
20       (Manion Deposition Exhibit No. 20
21        marked for identification.)
22 BY MS. CLAIR:
23   Q.   Is this an email from John Topinka?
24   A.   Yes, it is.
25   Q.   And it's to several people at Kraft?

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                  April 2, 2014

37 (Pages 142 to 145)

142

1    **A. Yes, it is.**
2    Q. And who's John Topinka?
3    **A. John Topinka is a person who works in**
4    **research and development for Kraft.**
5    MS. CLAIR: Okay. For the record, the
6    Bates number is KRA0003479.
7    BY MS. CLAIR:
8    Q. Did John Topinka's responsibilities
9    require him to be knowledgeable about animal
10   welfare issues?
11   **A. No.**
12   Q. Did they require him to be knowledgeable
13   about Kraft's purchases of eggs?
14   **A. Well, to the extent that he understood who**
15   **we were currently purchasing from, and in his role**
16   **in R&D, he works with existing suppliers and new**
17   **suppliers.**
18   Q. Okay. Existing and new suppliers?
19   **A. Yes.**
20   Q. Okay. What is his -- what does he do day
21   to day with existing suppliers and new suppliers?
22   **A. So he would work with -- he would work**
23   **with suppliers on new technologies and new**
24   **functionality of in this particular case egg**
25   **products.**

143

1    Q. Okay. And in this case it looks like he's
2    discussing formulation development with functional
3    egg from Michael Foods?
4    **A. That is correct.**
5    Q. Is that research and development work on a
6    new product?
7    **A. On a new functional egg product, correct.**
8    Q. In the second sentence, he states that
9    "We will be able to commercialize a product with
10   functional egg from Michael Foods if they agree to
11   be UEP certified within a year of...launch." Do
12   you see that?
13   **A. Yes.**
14   Q. So is he saying here that Kraft will only
15   go forward with this product on the condition that
16   Michael Foods will agree to become UEP certified
17   within a year of launch?
18   **A. It would indicate that he is aware of the**
19   **UEP certification guidelines, and that it would**
20   **be our expectation that if we were to do business**
21   **with Michael Foods, they would be UEP certified.**
22   Q. Okay. And the last sentence discusses
23   R&D working with Rose Acre to try to qualify
24   functional egg from them, right?
25   And he says that's happening in order to

144

1    enable competitive bids on our egg, right?
2    **A. That's correct. That's what it says, yes.**
3    Q. Do you know whether he did go forward and
4    work with Rose Acre on developing a competitive
5    functional egg product?
6    **A. And I do not know that.**
7    Q. Okay. Does Kraft --
8    **A. My assumption would be that he did. It**
9    **says here that he is in the process of trying to**
10   **work with Rose Acre on the functional egg.**
11   Q. Okay. Is this one example of the
12   competition that Kraft is able to benefit from
13   in the purchase of egg products?
14   **A. Well, it could be competition, it could be**
15   **capacity, it could be supply. It could be a**
16   **number of reasons.**
17   Q. Is it your understanding that the idea
18   here was to only buy functional egg from either
19   Michael Foods or Rose Acre, whoever offered the
20   better package?
21   **A. And from an R&D perspective whoever was**
22   **able to create a functional egg product that**
23   **worked best in our products.**
24   Q. Perfect.
25   **A. So.**

145

1    Q. Okay.
2    MS. CLAIR: Let's take a look at what
3    we'll mark as Manion 21.
4    (Manion Deposition Exhibit No. 21
5    marked for identification.)
6    THE WITNESS: Thank you.
7    BY MS. CLAIR:
8    Q. And is this an email from Curtis Amundson
9    we talked about before?
10   **A. Yes, it is. Yes, it is.**
11   Q. Dated October 30, 2006?
12   **A. Yes, it is.**
13   MS. CLAIR: For the record, the Bates
14   number is KRA00016957.
15   BY MS. CLAIR:
16   Q. So Mr. Amundson here notes that "The
17   approved animal welfare language for contract and
18   purchase order use is written below," right?
19   **A. Yes.**
20   Q. Was that the final animal welfare policy
21   that Kraft had reached as of October 2006?
22   **A. I believe so, yes. It's the same as in**
23   **one of the other documents provided.**
24   Q. It was a little bit of an earlier document
25   for just a little bit later date?

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                        April 2, 2014

38 (Pages 146 to 149)

---

146

1    A.  Yup.
2    Q.  Okay.
3            (Manion Deposition Exhibit No. 22
4    marked for identification.)
5    BY MS. CLAIR:
6    Q.  I'll hand you what we'll mark as
7    Manion 22.  Do you know what this document is?
8    A.  No.  This is the first time I'm seeing it
9    so.
10   Q.  Okay.  Take a minute and take a look
11   through it.
12   A.  Uh-huh.  Yup.
13           MS. MARKOWITZ:  Bates label?
14           MS. CLAIR:  KRA00042468.
15   A.  Okay.  I've read it.
16   BY MS. CLAIR:
17   Q.  Is this a February 16, 2006, letter
18   to Nick Meriggioli?
19   A.  That is correct.
20   Q.  And his title here is listed as General
21   Manager Oscar Mayer; is that a correct title for
22   him at that time?
23   A.  Yes.  Yup.
24   Q.  Okay.  And this is from Matthew Prescott
25   of PETA.  Do you see that?

---

147

1    A.  Yes, I do see that.
2    Q.  Okay.  So in the bold portion is
3    PETA asking Oscar Mayer to fill out a
4    questionnaire about animal welfare "...to help
5    us gain a better understanding of Oscar Mayer's"
6    animal welfare -- "current animal welfare policies
7    and practices and any plans Oscar Mayer may have
8    to move forward on this issue?"
9    A.  Yes.
10   Q.  And Matthew Prescott notes that "The
11   results of our program will be wildly publicized
12   on both the Internet and to the media..."  Right?
13   A.  That is correct.
14   Q.  There's a handwritten note on the top that
15   looks like it is "To: Chris  From: Syd," S-y-d.
16   Does that look right to you?
17   A.  Yes, it does.
18   Q.  Do you think that Chris would be
19   Chris Beard?  I see "Chris B." at the top.
20   A.  Yes, I do see that.  I'm not -- since I
21   don't know Chris Beard --
22   Q.  You don't know?
23   A.  Yeah, I don't know.
24   Q.  That's fine.
25           Do you know who Syd is?

---

148

1    A.  I do not.
2    Q.  Okay.  The note says "Chris per Kraft
3    policy we won't be responding to this, but wanted
4    you to see," right?
5    A.  Yes.
6    Q.  Do you know what Kraft policy is being
7    referred to there?
8    A.  That we typically do not respond to
9    letters from PETA would be my assumption.
10   Q.  Okay.  Do you have any knowledge,
11   other than assumption, about Kraft's policies
12   about responses to this kind of letter?
13   A.  I don't know if there is a -- I'm not
14   aware of a written response and how we would deal
15   with action groups like this.
16   Q.  Okay.  So although it looks like Kraft
17   is not responding, it looks like Syd wanted you
18   to see, wanted Chris B. to see.
19           So someone is forwarding this up the chain
20   at Kraft; does that seem like what's going on
21   here?
22   A.  Fair.  Yup.
23   Q.  Is that the right thing to do when a
24   letter like this arrives?
25   A.  Well, I think just letting the people

---

149

1    know that the letter has come.  This has come to
2    the general manager of Oscar Mayer, so it's gone
3    pretty high up the chain to start with.
4    Q.  Uh-huh.
5    A.  So I'm not sure if this letter is being
6    shared with folks in corporate affairs, but it
7    could be that.
8            If Chris B. is from corporate affairs,
9    a communication like this that would come to a
10   business units would be forwarded to corporate
11   affairs generally.
12   Q.  Do you know if Kraft received any other
13   communications from PETA about animal welfare?
14   A.  And I don't know that.
15   Q.  Was Kraft encouraged by the Humane Society
16   to adopt any particular animal welfare practices?
17   A.  I know that Kraft was contacted by The
18   Humane Society of the United States, yes.
19   Q.  Okay.  Just --
20   A.  And they encourage similar programs.
21   Q.  Uh-huh.  Does that matter to Kraft when it
22   receives encouragement from groups like PETA and
23   The Humane Society?
24   A.  I would say it matters to Kraft, yeah.
25   Q.  Is part of the reason it matters the large

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

39 (Pages 150 to 153)

---

150

1  number of members that those groups have?
2      A.  Yes.
3      Q.  Is another part of the reason it matters
4  the fact that those groups are very vocal in the
5  media when they want to be?
6      A.  Uh-huh.  Yes.
7      Q.  Let's just take a look.  Since we
8  mentioned The Humane Society, let's look at what
9  we'll mark as Manion 23.
10          (Manion Deposition Exhibit No. 23
11           marked for identification.)
12  BY MS. CLAIR:
13     Q.  I'll just let you take a quick look at it
14  for the moment.
15         MS. MARKOWITZ:  Bates label?
16         MS. CLAIR:  Bates label KRA00052823.
17     A.  Okay.  I've read it.
18  BY MS. CLAIR:
19     Q.  Okay.
20     A.  Yeah.
21     Q.  So is this a letter from someone named
22  Katie Carrus?  It looks like she works at
23  The Humane Society based on the header.  Does
24  that seem right to you?
25     A.  Yes.

---

151

1      Q.  And this is to Chris Beard, who we talked
2  about that before, right?
3      A.  Yes.
4      Q.  On the second page you'll see there's a
5  cc to Claire Regan, right?
6      A.  Yes.
7      Q.  As we discussed before, Chris Beard and
8  Claire Regan were both involved in that animal
9  welfare task force, as we saw earlier, right?
10     A.  Yes.
11     Q.  Okay.  So take a look at the first
12  sentence where Katie Carrus writes to Chris
13  "Thanks so much for returning my call regarding
14  Kraft's use of cage-free eggs."
15         And she goes on "I'm looking forward to
16  discussing the matter at greater length with you
17  and Claire next week."  Do you see that?
18     A.  Yes, I do.
19     Q.  Are you aware of whether a followup
20  discussion occurred?
21     A.  I'm not aware of the specifics of any
22  followup discussion.
23     Q.  That's fine.  Okay.  And this is dated
24  April 20, 2006, right?
25     A.  Yes.

---

152

1      Q.  This is only a few months after that
2  PETA letter we looked at, which was from
3  February 2006?
4      A.  Yes.
5      Q.  So it looks like here, unlike with
6  PETA, Kraft did respond in some manner,
7  at least returning this phone call, right?
8      A.  Yes.  It would indicate that, yes.
9      Q.  Was outreach by The Humane Society on
10  animal welfare issues taken seriously by Kraft?
11     A.  Yes, it was.
12     Q.  And why was it taken seriously?
13     A.  I think Corporate Affairs wants to be
14  aware of what these groups are considering.
15     Q.  And when you say what these groups are
16  considering, can you elaborate a bit on that?
17     A.  In terms of what their recommendations
18  are, what their -- what they could plan to do.
19     Q.  And what are the kinds of things that they
20  might plan to do?
21     A.  Well, as stated in the PETA letter,
22  communicate broadly to their membership.  It could
23  be the same type of thing.
24     Q.  Kraft would want to avoid bad PR --
25     A.  Bad.

---

153

1      Q.  -- about animal welfare issues, right?
2      A.  That's correct, or be linked to it.
3      Q.  Right.  So it makes business
4  sense for Kraft to avoid that kind of linkage to
5  bad public relations?
6      A.  Or at least be able to answer to it.
7      Q.  Uh-huh.  Okay.
8      A.  To have a response to it.
9      Q.  Let's take a look at what we'll mark as
10  Manion 24.
11          (Manion Deposition Exhibit No. 24
12           marked for identification.)
13  BY MS. CLAIR:
14     Q.  So I'll let you just take a look at this
15  document.
16     A.  Yup.
17         MS. MARKOWITZ:  Bates label?
18         MS. CLAIR:  Bates label, thanks, KRA342.
19     A.  Yup, I've read it.
20  BY MS. CLAIR:
21     Q.  Okay.  Does this appear to be an email
22  chain and the top email is from Greg Hite dated
23  May 21, 2007?
24     A.  Yes.
25     Q.  And who's Greg Hite?

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                  April 2, 2014

40 (Pages 154 to 157)

---

154

1     A. I am not sure who Greg Hite is.
2     Q. Okay. Does Greg Hite work at Kraft?
3     A. My assumption would be that he works at
4  Kraft, yes.
5     Q. Okay. This is to a Cathy Pernu. And it
6  looks like below we see her title as --
7     A. Yup, Senior Manager North American Supply
8  Chain Communications.
9     Q. At Kraft Food Global, Inc., right?
10    A. Yup.
11    Q. Okay. Does she have a PR role? I see
12 "communications" in that title.
13    A. My assumption would be yes.
14    Q. Okay. So at the top of this email
15 Greg writes "Kathy - response to your question
16 about expectations for suppliers." Do you see
17 that?
18    A. Yes.
19    Q. And if you follow below, you can see her
20 question. She says "This is deplorable, if true.
21 What can we say about our expectations for
22 suppliers."
23        Is that the question that it looks like
24 Greg is responding to here?
25    A. That is correct.

---

155

1     Q. Okay. Why is Kraft's public relations
2  personnel, like Cathy Pernu, interested in what
3  animal welfare expectations Kraft has for its
4  suppliers?
5     A. In the event that she was attempting
6  to formulate a response, public response, on
7  the part of Kraft would be my assumption based on
8  this.
9     Q. Okay. I'm looking a little lower in the
10 email chain. What was she responding to here?
11    A. It says "Attached is a link to a news
12 article citing House of Raeford of abuse to live
13 turkeys and chickens," including a video link.
14    Q. Okay. It notes that "We currently do not
15 have any contracts for poultry raw materials from
16 House of Raeford nor have we purchased any raw
17 materials from them this year." Is that right?
18    A. Yes. That's correct.
19    Q. So even though there was some bad press
20 about this House of Raeford company and Kraft did
21 not purchase from this company, this was still
22 something that Kraft felt the need to get ready
23 to respond to, right?
24    A. Be aware of our relationship, if we have a
25 relationship with that supplier.

---

156

1     Q. And not only be aware of whether Kraft has
2  a relationship with that supplier, but also be
3  aware of, as Cathy Pernu writes, "What we can say
4  about our expectations for suppliers," right?
5     A. Correct. Yup.
6     Q. Was animal welfare important to Kraft's
7  customer relations?
8     A. I don't know if I'm aware of the
9  importance of it with our customer relations.
10    Q. And I mean that as opposed to we've been
11 talking about public relations generally.
12    A. Right, right, yes.
13    Q. Specific customer relations, you're less
14 aware of that?
15    A. Less aware of, yes.
16    Q. Okay. So you may not know the answer to
17 this question, but I'll ask it anyway just in
18 case. Let me go back to -- if I remember, this
19 was the document -- pardon me. I'm having a bit
20 of a --
21        I'm going to be back to -- yes, you're on
22 it -- the 2006 presentation.
23    A. Uh-huh.
24    Q. This is the 2006 Draft Animal Welfare
25 Presentation beginning with KRA19 for those on the

---

157

1  phone.
2  BY MS. CLAIR:
3     Q. Okay. And let's look at the page ending
4  in 22, please. That's page 4 of this document.
5        And the fourth bullet down here says
6  "Some customers are asking Kraft to ensure that
7  the meat products they purchase come from animals
8  which were treated humanely." Do you see that?
9     A. Yes, I do.
10    Q. Do you know which customers those were?
11    A. I do not.
12    Q. Okay. Do you know what responses Kraft --
13 do you know how Kraft responded to any customer
14 requests, even if you don't know which customers
15 they were?
16    A. No.
17    Q. Okay.
18        (Manion Deposition Exhibit No. 25
19        marked for identification.)
20 BY MS. CLAIR:
21    Q. I'm going to hand you what we'll mark as
22 Manion 25.
23    A. Okay. Thank you.
24    Q. And the document is Bates labeled
25 KRA00046529.

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                                    April 2, 2014

41 (Pages 158 to 161)

---

158

1      Mr. Manion, you'll see there's no heading
2  on this document?
3      **A. Yup.**
4      Q.  I can represent to you that you were
5  listed as the custodian of this document in the
6  electronic information we received in cross
7  production.
8      Are you familiar with this document?
9      **A. I don't believe that I am the author of**
10 **the document.  I could have -- it could have been**
11 **sent to me, yeah.**
12     Q.  Fair enough.  Okay.
13     If it was attached to an email, I would
14 have provided that so.
15     **A. Okay.**
16     Q.  It wasn't here but...
17     So I just want to talk about the second
18 bullet here.
19     **A. Yup.**
20     Q.  Which notes that "UEP standards are
21 based upon recommendations from an independent
22 scientific advisory committee."
23     **A. Okay.**
24     Q.  Do you understand that to be the case?
25     **A. I am not aware of that being the case.  It**

159

1  **could be the case, but I'm not certain or know**
2  **the makeup of an independent scientific advisory**
3  **committee so.**
4      Q.  Would -- go ahead.  I'm sorry.
5      **A. No.  That's...**
6      Q.  Would the people who are involved in
7  Kraft's animal welfare task force know more about
8  this than you?
9      **A. They would probably know more, yes.**
10     Q.  Would Curtis Amundson know more about this
11 than you?
12     **A. Potentially.**
13     Q.  Potentially?
14     **A. Potentially.**
15     Q.  I want to talk about UEP certified egg
16 products.
17     **A. Yup.**
18     Q.  Do you understand that to mean
19 egg products that comply with United Egg
20 Producers' animal welfare guidelines, right?
21     **A. Yes.**
22     Q.  Okay.  Do UEP certified egg products cost
23 more than noncertified egg products?
24     **A. I believe they do.**
25     Q.  And that increased price didn't stop Kraft

160

1  from requiring that its egg suppliers provide it
2  with UEP certified egg products, did it?
3      **A. State that again.**
4      Q.  The fact that UEP certified products
5  cost more than non-UEP certified egg products
6  didn't stop Kraft from requiring its egg suppliers
7  to sell those UEP certified products, did it?
8      MR. CAMPBELL:  Objection as to form.
9      **A. No, it did not.**
10     **(Manion Deposition Exhibit No. 26**
11     **marked for identification.)**
12 BY MS. CLAIR:
13     Q.  I want you to look quickly at a document
14 we've marked as Manion 26.  The Bates label is
15 KRA6162.
16     I'll give you a minute to get familiar
17 with it.
18     **A. Yes, please.  Yes?**
19     Q.  Okay.  So the part I'm interested in --
20 this is a bit of a lengthy chain.  The part I'm
21 interested in is on page 3.  There's an email from
22 a Jason C. Taylor --
23     **A. Yup.**
24     Q.  -- dated August 17, '07.  Do you see that?
25     **A. Yes, I do.**

161

1      Q.  And Jason Taylor is identified here as
2  Vice President of Sales, USA - Food Ingredients
3  Division at Michael Foods, Inc.; is that right?
4      **A. Yes.**
5      Q.  This is an email to John Gregorich from
6  Javier Meneses, right?
7      **A. Yes.**
8      Q.  Okay.  It looks like Jason is providing
9  what he calls MFI's review comments regarding the
10 Kraft contract, right?
11     **A. That is correct.**
12     Q.  So it would be a communication during some
13 negotiations of the contract?
14     **A. Probably during negotiations, correct.**
15     Q.  Okay.  You'll note under where it lists
16 Exhibit A, there are three bullets.
17     **A. Yup.**
18     Q.  Under the last bullet he notes that the
19 "Product will not be UEP certified.  However,
20 MFI is currently in the transition stage to become
21 UEP compliant by June 2008."
22     **A. Uh-huh.**
23     Q.  And finally notes that "There is a premium
24 for UEP product," right?
25     **A. Yes.  That's what it says there, correct.**

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

42 (Pages 162 to 165)

162

1     Q.   That's what we talked about before.  It
2   was generally Kraft's understanding that it pays
3   something of a premium or a higher price for a
4   UEP certified egg product than a noncertified
5   egg product, right?
6     A.  Yes.
7     Q.   And Kraft is willing to pay that premium,
8   right?
9     A.  To the extent that it must, yes.
10    Q.   And Kraft, in fact, as we've gone through
11  before, required its producers to provide it with
12  certified egg product that was compliant with the
13  UEP and the guidelines, didn't it?
14    MR. CAMPBELL:  Objection as to form.
15    A.  I would think that Kraft has asked its
16  suppliers to comply with the guidelines that it
17  has created and was in a position to have to pay
18  a higher price by the suppliers.
19
20  BY MS. CLAIR:
21    Q.   Uh-huh.  Would it make sense for Kraft
22  to expect to pay -- to require its suppliers to
23  provide it products that cost more to produce than
24  other products and to not pay a little bit more
25  for those products?

163

1     A.  It's not clear to me why there is a
2   premium on the product for following guidelines
3   that the suppliers themselves have set up.  So it
4   is not clear to me why there is a premium placed
5   on UEP certified product.
6     Q.   Would others at Kraft be more
7   knowledgeable about the reasons that the animal
8   welfare program was associated with some cost
9   increases?
10    A.  Perhaps.  I'm not certain.
11    Q.   Okay.
12    A.  This is an industry -- guidelines that
13  the industry themselves created, and I'm not
14  certain why there is a price premium for
15  complying with the guidelines that they create
16  for themselves.
17    Q.   So, as we discussed before, supply is one
18  of the factors that has an effect on egg price,
19  right?
20    A.  Yes.
21    Q.   And, as we've also discussed earlier
22  today, the UEP animal welfare requirements were
23  associated with increased space for each hen,
24  right?
25    A.  That's correct, yup.

164

1     Q.   And in some instances there have been
2   Kraft documents that we looked at earlier today
3   where Kraft observed that that might reduce the
4   number of hens that suppliers had at some points,
5   right?
6     A.  I guess if they reduced the size of
7   the flock in order to accommodate those space
8   requirements, that would affect supply.
9     Q.   Is that one way that the animal welfare
10  guidelines could have an effect on the price of
11  eggs?
12    MR. MONICA:  Objection to the form of the
13  question.
14    MR. CAMPBELL:  You can answer though.
15    MS. CLAIR:  You can answer, if you know.
16    A.  Could you restate it, please?
17
18  BY MS. CLAIR:
19    Q.   I might withdraw, because I think we've
20  been over it before.
21    A.  Okay.
22    Q.   That's fair enough.
23    Kraft did go on and sign a contract with
24  Michael Foods, right?
25    A.  Yes.

165

1     Q.   After this 2007 email?
2     A.  Yes.
3     Q.   Right?
4     As you saw before, that contract required
5   Michael Foods to provide certified egg products,
6   right?
7     A.  That is correct.
8     Q.   Let's look at what we'll mark as
9   Manion 27.
10        (Manion Deposition Exhibit No. 27
11        marked for identification.)
12  BY MS. CLAIR:
13    Q.   Okay.  This is KRA00026656.  Is this an
14  email from John Gregorich to Jose Rojo --
15    A.  Yes.
16    Q.   -- on it's dated June 8, 2007, right?
17    A.  That's correct.
18    Q.   Okay.  And their email shows several
19  attachments, right?
20    There's a list of first attached, second
21  at, third at and fourth at?
22    A.  Yes.  Correct.
23    Q.   Okay.  So let's flip the page to the
24  page ending in Bates number 26658.  This is,
25  I can represent to you, one of the attachments

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                   April 2, 2014

43 (Pages 166 to 169)

---

**166**

1  to that email as Kraft produced them as a group.
2      What is this document?
3  **A.  658?**
4  Q.  Yes.
5  **A.  Ending in 658?**
6  Q.  Yes.  It's the third page of this exhibit.
7  **A.  Okay.  This is a communication from**
8  **Greg Hinton of Rose Acre stating that they are**
9  **requesting an extension.  "Would like to offer**
10 **Kraft the option to renew the existing egg product**
11 **supply agreement."**
12     **The only change would be that they would**
13 **change the price -- they would price the eggs**
14 **off of the Urner Barry animal welfare certified**
15 **market, so a different market than we spoke of**
16 **earlier.**
17 Q.  Uh-huh.  And they're doing that they note
18 "in order to meet Kraft's new animal welfare
19 requirements."  Is that right?
20 **A.  That's what it says there, yes.**
21 Q.  Okay.  Let's look at the second paragraph
22 where Mr. Hinton discusses many changes, as he
23 calls them, in the case of producing eggs.
24     He notes "The rising feed prices have had
25 the largest impact on our cost of production."  Do

---

**167**

1  you see that?
2  **A.  I do see that.**
3  Q.  And he goes on to say "Also complying with
4  the new UEP Animal Care Certified guidelines has
5  caused a decrease in our overall bird numbers and
6  resulted in an increase in production costs,"
7  right?
8  **A.  That's correct.  That's what it states.**
9  Q.  And let's look back at the previous page
10 of this exhibit, which ends in 57.
11 **A.  Yup.**
12 Q.  This is another one of the attachments
13 to that email I can tell you.  And this is called
14 "US Egg Contact Strategy 2007," right?
15 **A.  Yup.**
16 Q.  Okay.  The objective here -- this is a
17 Kraft document, right?
18 **A.  Yes.  It appears to be a Kraft document,**
19 **correct.**
20 Q.  What is the objective listed here on this
21 "US Egg Contract Strategy 2007" document?
22 **A.  Implement least cost strategy for US eggs**
23 Q.  Under "Key Points" what does the last
24 bullet indicate?
25 **A.  "Cost increase ($102,000,000) for moving**

---

**168**

1  to certified market..."
2  Q.  Okay.  And what is the final
3  recommendation reached in this strategy document?
4  **A.  Extend the contract.**
5  Q.  And this is referring to the Rose Acre
6  contract that was discussed in this attached
7  letter, right?
8  **A.  Correct.**
9  Q.  So even though Rose Acre is telling
10 Kraft that prices are going up, in part,
11 because Kraft's new animal welfare requirements
12 have caused some increase in production costs,
13 and even though Kraft itself in its own summary
14 acknowledges that costs will increase as a result
15 of moving to certified eggs, Kraft still chose to
16 contract with Rose Acre again, right?
17     MR. CAMPBELL:  Objection as to form.
18 **A.  To the extent that Rose Acre was the**
19 **primary supplier of liquid eggs to Kraft, it**
20 **appears as if at that particular time they**
21 **decided to move forward.**
22 BY MS. CLAIR:
23 Q.  Okay.  And Kraft did not make the decision
24 to rescind its animal welfare policy at this time,
25 did it?

---

**169**

1  **A.  Well, Kraft simply adopted the animal**
2  **welfare policy that the industry itself had**
3  **created.**
4  Q.  Uh-huh.  Okay.
5  **A.  Yup.**
6  Q.  And although it had some effect on the
7  price Kraft paid, all things being equal, the
8  route Kraft chose to go down was the route of
9  purchasing certified eggs, right?
10 **A.  The route that Kraft chose was to continue**
11 **to purchase from Rose Acre.**
12 Q.  And to continue -- and to require
13 Rose Acre to sell UEP certified eggs as a term of
14 its contract, right?
15 **A.  Correct.**
16 Q.  Okay.  Does Kraft continue to buy
17 UEP certified eggs?
18 **A.  I'm not absolutely positive, but my**
19 **assumption would be.**
20 Q.  Okay.
21 **A.  So I would also like to add that this**
22 **letter was dated May 30th for a contract scheduled**
23 **to terminate June 30th.**
24 Q.  Uh-huh.  Okay.
25 **A.  It would not give Kraft much time to enact**

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

44 (Pages 170 to 173)

---

170

1  any type of contingency plan.  We have a month
2  before the contract terminates.  If that entered
3  into the decision making process, it could have.
4      Q.   Do you know whether Kraft reached out to
5  Rose Acre earlier than the date of this letter to
6  discuss any changes in the terms of their
7  commercial agreement?
8      A.   I do not know.  I do not know.
9          My assumption would be that they had, but
10  I do not know for certain.
11     Q.   What's the basis of that assumption?
12     A.   Kraft sent -- Kraft typically does
13  not wait until such a large contract is set to
14  terminate within 30 days to enact, you know,
15  an extension.
16     Q.   Kraft wasn't surprised by anything in
17  Rose Acre's letter, was it?
18     A.   I don't know -- I mean, I don't know
19  if I can speak for John Gregorich, but I'm not,
20  I'm not certain that Kraft believed that the
21  UEP guidelines would cause a reduction in the
22  overall supply of eggs.
23     Q.   Okay.  You're not certain that was -- that
24  Kraft believed that.  Okay.
25     A.   Yeah.

---

171

1      Q.   Does Kraft participate in the
2  Food Marketing Institute that we talked about
3  earlier?
4      A.   I'm not certain.  We may.  We probably do
5  as a large CPG company.
6      Q.   What is CPG?
7      A.   Consumer package goods.
8      Q.   Okay.  Are you familiar with someone named
9  Steven Hill at Kraft?
10     A.   Yes.
11     Q.   What is Steven Hill's position?
12     A.   He's in R&D.
13     Q.   R&D.
14         Is Steven Hill involved with the Board of
15  the Food Marketing Institute?
16     A.   And I don't know that.
17     Q.   You don't know.  Okay.  That's fine.
18     A.   I don't know.
19     Q.   Do you know whether any Kraft personnel
20  attended FMI meetings at all during the relevant
21  time period?
22     A.   And I don't -- no, I don't know the answer
23  to that.
24         MS. CLAIR:  Okay.  That's fine.  That's
25  all I have right now.

---

172

1          MR. CAMPBELL:  All right.  John, do you
2  have some questions?
3          MR. MONICA:  I do.
4          (Discussion held off the
5          record.)
6              EXAMINATION
7  BY MR. MONICA:
8      Q.   Good afternoon.  My name is John Monica,
9  and I'm an attorney at Porter Wright Morris &
10  Arthur in Washington, and I represent Rose Acre
11  Farms, Inc.  I have a few questions for you.
12  Thanks for being patient.  Let me go ahead and ask
13  them.
14         If you don't understand something I've
15  asked, please let me know, because I want to try
16  to be clear and get clear answers from you.
17         Mr. Manion, do you know why Kraft has sued
18  my client, Rose Acre Farms, Inc.?
19         MR. CAMPBELL:  I object and instruct the
20  witness not to answer that question on the grounds
21  of privilege to the extent his answer would be
22  based on communications with counsel.
23         If you -- Mr. Manion, if you have any
24  knowledge other than that based upon
25  communications with counsel, you're free to

---

173

1  answer Mr. Monica's question.
2      A.   I have no knowledge outside of
3  communication with counsel.
4  BY MR. MONICA:
5      Q.   You'd agree, would you not, that Kraft
6  still does substantial business with Rose Acre?
7      A.   As I understand, yes.
8      Q.   Who would be the best person for me to
9  talk to, or I should say depose, at Kraft
10  regarding its current business relationship
11  with Rose Acre, if you know?
12     A.   And I am not exactly sure who the
13  individual is at Kraft who's responsible for the
14  egg category at this point.
15     Q.   Okay.  Who was the last -- do you know a
16  person who was last responsible for that -- had
17  that responsibility?
18     A.   The last person that I'm aware of is
19  Barb McWilliams.
20     Q.   Okay.  And you're not sure if she's still
21  there or did she move on?
22     A.   She is still at Kraft, I know that.  I am
23  not sure if she still manages the egg category.
24  She managed it after -- she managed it after I
25  left the ingredients group.

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                          April 2, 2014

45 (Pages 174 to 177)

174

1    Q.  Okay.  Thank you.
2    A.  Uh-huh.
3    Q.  Do you know if the egg products that
4  Kraft currently purchases from Rose Acre Farms
5  are UEP certified?
6    A.  My assumption is that they are, and they
7  were when I managed the category.
8    Q.  And, as you sit here -- there today,
9  you have no reason to believe they are not
10  UEP certified.  Would that be fair to say?
11    A.  That would be fair.
12    Q.  Do you know when approximately Kraft began
13  purchasing UEP certified eggs from Rose Acre -- I
14  should say -- strike that.  I should have said
15  eggs.
16       Sir, do you know when approximately
17  Kraft began purchasing UEP certified egg products from
18  Rose Acre?
19    A.  I believe Rose Acre Farm was UEP certified
20  in the 2005 or 2006 time frame.  So it would be
21  within that time frame would be my assumption.
22    Q.  Let me push that a little bit to see if I
23  can clarify it.
24       So would it be fair to say that as soon
25  as Rose Acre began selling UEP certified eggs and

175

1  egg products, Kraft began purchasing those
2  certified eggs and egg products from Rose Acre,
3  whenever that date was?
4    A.  My understanding of the program is that
5  an entire operation would be certified, not a
6  portion of the operation.
7       I may have that incorrect, but if my
8  understanding of the program is correct, the
9  UEP certification is for the entire manufacturing
10  site.
11       Therefore, if a manufacturing plant was
12  UEP certified, then the output of that plant would
13  be UEP certified.  That's my understanding of the
14  certification process.
15    Q.  Okay.  With that understanding is it
16  fair to say that when Rose Acre first became
17  UEP certified, Kraft began purchasing certified
18  product from Rose Acre, to the best of your
19  knowledge?
20    A.  Yes, I believe that's what I said earlier.
21    Q.  Well, you said 2005, 2006.  I'm not sure
22  that that's the right time frame.  So that's why
23  I have the followup question.
24    A.  Understood.
25    Q.  Do you know if Rose Acre was UEP certified

176

1  prior to 2005?
2    A.  I do not know that.
3    Q.  Okay.  Since 2005 do you know if Kraft has
4  ever purchased egg products from any supplier that
5  have not been UEP certified?
6    A.  Yes.
7    Q.  And who were those suppliers?
8    A.  There are two suppliers that provided us
9  a very small amount of eggs, Henningsen Foods and
10  Oskaloosa Foods.  I believe it's Oskaloosa Foods
11  or Oskaloosa Farms.
12    Q.  And were these small amounts of egg
13  products?
14    A.  They were small amounts of egg products.
15  They were legacy suppliers that we inherited with
16  the acquisition of Nabisco.
17    Q.  To your knowledge, has Kraft ever
18  switched any of its egg product supply
19  contracts with Rose Acre to a noncertified --
20  non-UEP certified producer?
21    A.  Not to my knowledge.
22    Q.  Have you ever reviewed UEP's 2006 animal
23  husbandry guidelines?
24    A.  I may have reviewed them very early on
25  in me taking responsibility for the category, and

177

1  this would be in 2008.
2    Q.  Okay.  Have you ever had direct contact
3  with anyone at Rose Acre Farms?
4    A.  Yes.
5    Q.  And have you ever had anyone -- have you
6  ever had direct contact with anyone at Rose Acre
7  Farms regarding animal welfare issues?
8    A.  From the time -- personal from the time --
9    Q.  Yes.
10    A.  From the time I managed the category,
11  Rose Acre Farms was a UEP certified supplier, and
12  outside of them maintaining their
13  UEP certification, we had no communications with
14  them concerning animal welfare issues because they
15  were, as we understood it, UEP certified.
16       So that would be the only parameter that
17  we would -- that would be the only thing that we
18  would need to discuss with them, was their
19  certification.
20    Q.  So if I can just -- so my understanding
21  is straight, your discussions with Rose Acre
22  during the time -- during that time period would
23  have been, on animal welfare issues, would have
24  been simply whether or not they had maintained
25  their UEP certification -- certified status?

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                   April 2, 2014

46 (Pages 178 to 181)

---

**178**

1    A.  Correct.
2    Q.  Did you ever discuss the details of the
3  UEP certified program with anyone at Rose Acre?
4    A.  Yes.
5    Q.  And who did you have those discussions
6  with?
7    A.  I had regular contact -- my regular
8  contact was Greg Hinton.
9    Q.  And what discussions regarding the details
10  of the UEP certified program did you have with
11  Mr. Hinton, if any?
12    A.  I'm thinking back close to 6 years now, so
13  forgive me for pausing here.
14    Q.  No, take as long as you need.  I know it's
15  been awhile.
16    A.  Yeah.  I would say conversations around
17  pricing, around maintaining certified status.
18  Those are, those are two things that come to mind.
19    Q.  When you say pricing, what discussions
20  with Mr. Hinton did you have regarding pricing as
21  it relates to the UEP certified program, if any,
22  that you can recall?
23    A.  At the time that I managed the category in
24  2008, egg pricing was at, if not at, historic
25  highs.

---

**179**

1      We had conversations about trying to
2  understand what was causing market pricing to be
3  what it was.
4    Q.  Are you finished, sir?
5    A.  Just trying to understand what market
6  conditions were causing pricing to be where it
7  was.
8    Q.  And did UEP come up in that context of
9  that discussion with Mr. Hinton?
10    A.  It may have.  I can't remember the
11  specifics.
12    Q.  Do you recall ever having a discussion
13  with Mr. Hinton about how the UEP program may,
14  in fact, be increasing prices charged to Kraft?
15    A.  Well, to the extent that we were being
16  priced off of a UEP certified market, to the
17  extent that UEP guidelines were reducing flock
18  size.
19      Again, we were trying to make sense of
20  why the price of eggs had over doubled at the
21  time.  So we probably had many conversations
22  trying to understand that.
23    Q.  But, as you sit here today, you don't
24  have any facts, to your knowledge, to support the
25  contention that the UEP guidelines reduced flock

---

**180**

1  size, do you?
2    A.  Other than what communication was provided
3  by Rose Acre.
4    Q.  And what did Rose Acre say about that, if
5  anything?
6    A.  That they would need to reduce their
7  flock size because they need more cage space for
8  the birds.
9      So as an outcome of reducing flock size
10  or as an outcome of providing the birds more cage
11  space, it reduces the flock size within that
12  particular cage.
13    Q.  And during this same time frame, did
14  anyone at Rose Acre, including Mr. Hinton,
15  also explain to you or anyone else at Kraft
16  that Rose Acre was building new facilities and
17  increasing their actual flock size?
18    A.  I was aware of the fact that they were
19  building a new facility I believe in Texas.  I
20  could be wrong on the -- where the facility was
21  to be built.
22    Q.  You were aware during this time frame that
23  they were, in fact, increasing their flock size?
24      MR. CAMPBELL:  Objection as to form.
25    A.  I did understand that they were expanding.

---

**181**

1  BY MR. MONICA:
2    Q.  And by -- when you say expanding, that
3  includes increasing the number of egg-laying hens
4  that they owned, correct?
5    A.  Yeah.  My assumption would be if they
6  were building a new facility, that they would be
7  expand -- they would be putting hens in that
8  facility.
9      MR. MONICA:  Okay.  Thank you, Mr. Manion.
10  Those are all of the questions that I have subject
11  to possible questioning, if anyone else asks you
12  additional questions from this point forward.
13  Thank you.
14      MR. CAMPBELL:  Are there any other
15  questions?
16      MS. MARKOWITZ:  I'd like to review my
17  notes before saying that.  Can we take a 10- or
18  15-minute break?
19      MR. CAMPBELL:  I guess we have no choice.
20      MS. MARKOWITZ:  Okay.  Thank you.  I'll
21  try and make it as quick as I can.
22      THE VIDEOGRAPHER:  Going off the record at
23  2:31 a.m.
24        (Recess taken.)
25      THE VIDEOGRAPHER:  We're back on the

---

HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

47 (Pages 182 to 185)

182

1  record at 2:43 p.m.
2             EXAMINATION
3  BY MR. CAMPBELL:
4      Q.  Mr. Manion, do you recall defendant's
5  counsel asked you if you had sought requests from
6  Sparboe and Rembrandt?
7      **A.  Yes.**
8      Q.  And you said yes.
9          But she prefaced that question by asking
10 during the relevant period.
11         During the relevant period, which is 2008,
12 1999 to 2008, did you have contact with Sparboe or
13 Rembrandt?
14     **A.  No.**
15     Q.  Okay.  Would you -- I show you what is
16 marked as Manion Exhibit 11, which is a supply
17 agreement between Kraft and Rose Acre.  Do you
18 recall you were shown that document?
19     **A.  Yes.**
20     Q.  It's right here, Scott.
21         And counsel for defendant asked, referring
22 to Exhibit A --
23         I think that's it, is it not?
24     **A.  This is Exhibit A, yes.**
25     Q.  Yeah.

183

1          -- asked if Kraft purchased 100 percent
2  of its products during the contract period from
3  Rose Acre.  Do you remember that?
4      **A.  Yes.**
5          MS. CLAIR:  Objection, misstates prior
6  testimony.
7  BY MR. CAMPBELL:
8      Q.  Is that correct?  Did Kraft purchase all
9  of its products from Rose Acre during that period
10 or are only those products for those plants
11 identified in Exhibit A?
12     **A.  Only those products from those plants.**
13     Q.  I show you what has been marked -- what
14 was marked as Manion Deposition Exhibit 14, which
15 is a contract dated July 1, 2007, between Kraft
16 and Michael Foods.
17         And if you'll turn to the Bates page
18 ending in 49, and look at the pricing -- the
19 paragraph entitled "Price."  Do you see that?
20     **A.  Yes.**
21     Q.  And do you recall that defendant's
22 counsel asked you whether or not your contract
23 with Rose Acre at a certain point in time was
24 based upon the Urner Barry certified market index?
25     **A.  Yes.**

184

1      Q.  Is there any mention of the Urner Barry
2  certified market index in Exhibit 14, your
3  contract with Michael Foods?
4      **A.  No.**
5      Q.  Do you recall you were asked a series
6  of questions about when you first considered a
7  grain-based index?  Do you recall that?
8      **A.  Yes.**
9      Q.  When did you first consider it?
10         And I emphasize the word consider it as
11 opposed to adopting a grain based?
12     **A.  We were evaluating grain-based models in**
13 **2008 and 2009.**
14     Q.  But not before that, correct?
15     **A.  Not before that.**
16         MR. CAMPBELL:  All right.  I have no
17 further questions.
18         Katie?
19         MS. CLAIR:  No.  No further questions.
20         MR. CAMPBELL:  John or Sharon, do you have
21 any questions?
22         MR. MONICA:  Nothing from John.
23         MS. MARKOWITZ:  No.
24         MR. CAMPBELL:  Thank you all.
25         THE VIDEOGRAPHER:  Going off the record at

185

1  2:47 p.m.  This concludes the videotaped
2  deposition of Mr. Manion.
3          (Whereupon proceedings were
4           adjourned.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                      April 2, 2014

48 (Pages 186 to 188)

186

ACKNOWLEDGMENT OF DEPONENT

I, _____, do hereby
acknowledge that I have read and examined the
foregoing testimony, and the same is a true, correct
and complete transcription of the testimony given by
me, and any corrections appear on the attached Errata
Sheet signed by me.

_____      _____
(DATE)                (SIGNATURE)

187

STATE OF ILLINOIS  )
                   )  SS:
COUNTY OF C O O K  )
   I, Deralyn Gordon, a notary public within and
for the County of Cook and State of Illinois, do
hereby certify that heretofore, to-wit, on the 2nd
of April, 2014, personally appeared before me at
353 North Clark Street, Chicago, Illinois,
KRAFT FOODS GLOBAL, INC., by and through
Scott Martin Manion, in a cause now pending and
undetermined in the United States District Court
for the Eastern District of Pennsylvania,
In Re:  Processed Egg Products Antitrust
Litigation.
       I further certify that the said witness
was first duly sworn to testify the truth, the
whole truth and nothing but the truth in the cause
aforesaid; that the testimony then given by said
witness was reported stenographically by me in the
presence of the said witness, and afterwards
reduced to typewriting by Computer-Aided
Transcription, and the foregoing is a true and
correct transcript of the testimony so given by
said witness as aforesaid.
       I further certify that the signature to the

188

foregoing deposition was not waived by counsel for
the respective parties.
   I further certify that the taking of this
deposition was pursuant to Notice, and that there
were present at the deposition the attorneys
hereinbefore mentioned.
   I further certify that I am not counsel for
nor in any way related to the parties to this
suit, nor am I in any way interested in the
outcome thereof.
   IN TESTIMONY WHEREOF:  I have hereunto set my
hand and affixed my notarial seal this 10th day of
April, 2014.

_____
       Notary Public, Cook County, Illinois

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                   April 2, 2014

1

| A |
|---|

**ability** 74:25
115:11,12
122:12
**able** 37:13 58:17
69:19,23 72:9
72:9 81:8 90:2
138:15 143:9
144:12,22
153:6
**aboveentitled**
1:17
**abovelisted** 95:9
**absolutely** 47:14
133:2 169:18
**abuse** 155:12
**accepted** 98:23
**accommodate**
164:7
**accurate** 30:23
40:15,20 55:7
55:12 59:9
89:9 105:3,10
**acknowledge**
186:4
**acknowledges**
168:14
**acknowledgm...**
186:1
**acquisition**
176:16
**acre** 3:9 17:2
33:10,12,23
68:3,18 75:17
75:21 76:10,19
77:3,7,11,12
77:20 80:9,9
80:14 81:4,10
81:19 82:4,21
83:6 85:17
86:14 87:2,10
88:1,7,23 89:3

91:14 92:8
94:4,10 100:14
106:19 143:23
144:4,10,19
166:8 168:5,9
168:16,18
169:11,13
170:5 172:10
172:18 173:6
173:11 174:4
174:13,18,19
174:25 175:2
175:16,18,25
176:19 177:3,6
177:11,21
178:3 180:3,4
180:14,16
182:17 183:3,9
183:23
**acres** 86:10
170:17
**act** 81:15
**action** 17:2 81:6
148:15
**active** 99:22
**activities** 139:23
**actual** 35:19
47:6 62:6,10
180:17
**add** 94:6 120:2
122:9 169:21
**added** 25:25
26:13
**additional** 26:20
52:17 68:21
86:1,3,5,9
90:24 181:12
**additives** 26:23
**adds** 86:1
**adjourned**
185:4
**adopt** 82:11,17

128:22 137:9
137:12 149:16
**adopted** 83:1
104:6,11,18
128:25 129:4
169:1
**adopting** 132:14
137:22 184:11
**advisory** 158:22
159:2
**affairs** 16:10
129:8 133:11
135:22 136:2,5
136:7,10 149:6
149:8,11
152:13
**affect** 110:7
126:12 127:18
164:8
**affixed** 188:12
**aforesaid**
187:18,24
**afternoon** 172:8
16:9
**agent** 43:9
**aggregate** 32:19
**ago** 11:15
**agree** 79:11
90:25 98:18
143:10,16
173:5
**agreed** 87:9
105:7,8,9
**agreeing** 76:10
**agreement** 5:23
6:6,10 46:19
75:18 76:13
78:7 82:19
88:1,17 91:3
92:3,8 93:17
97:22,23,24
98:17 100:14
101:2 166:11

170:7 182:17
**agrees** 82:17
90:17
**ahead** 109:19
120:15 159:4
172:12
**ai** 125:20
**al** 1:10,12
**alec** 6:14 99:7,8
99:17,18 100:9
**allegation** 106:5
115:2,6
**allegations** 13:4
**amended** 4:21
5:6,10 29:22
**amendments**
91:15
**america** 17:24
21:5,6
**american** 154:7
**amount** 49:19
50:4 51:17
85:4 118:2
176:9
**amounts** 176:12
176:14
**amundson** 7:6
132:12 135:15
145:8,16
159:10
**analysis** 71:14
113:20,24
114:1
**analyzing** 113:7
**animal** 6:9,20
83:7 92:5,7
94:20 95:6,9
95:21 116:23
117:9,12
126:23 127:5,9
127:15,21
128:13,20,22

128:24 129:6
129:10 130:11
130:12,21
131:1,5,9,13
131:25 132:15
132:18,19,25
133:1,3,8,11
134:23 135:5
135:11,18
136:17 137:6
137:14,25
138:7,16,24
139:7,11 140:5
140:20 141:6
142:9 145:17
145:20 147:4,6
147:6 149:13
149:16 151:8
152:10 153:1
155:3 156:6,24
159:7,20 163:7
163:22 164:9
166:14,18
167:4 168:11
168:24 169:1
176:22 177:7
177:14,23
**animals** 82:12
82:25 128:17
128:21 157:7
**annual** 34:7
36:13,14
**ansari** 2:5 8:17
8:17 16:24
17:11
**answer** 13:11,16
44:2 47:13
101:6,7 103:18
103:19 109:1,2
140:12 153:6
156:16 164:14
164:15 171:22

HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

2

172:20,21
173:1
answers 5:10
6:18 29:22
30:3 130:4
172:16
antitrust 1:5
8:10 187:13
anybody 16:9
anyway 156:17
ap 121:4
apologies 60:8
apologize 10:1
32:4 54:5
126:20
appear 43:2
52:16,19,20
64:24 67:21
153:21 186:7
appeared 2:11
2:20 3:9,18
187:7
appearing 10:3
appears 17:16
54:22 135:12
137:17 167:18
168:20
appendix 31:15
31:25 32:3
applicable
95:25 96:4,6,7
applied 47:10
58:25
approaching
107:9
appropriate
141:9,14
approve 73:21
73:22
approved 73:12
74:14 145:17
approximately

1:20 174:12,16
april 1:19 4:4
6:21 8:6 67:1
134:13 151:24
187:7 188:13
archive 55:24
archived 58:25
archiving 5:15
54:12 55:15
63:21
arent 56:5 69:23
119:5
arrived 85:15
arrives 148:24
arthur 3:3 17:1
172:10
article 100:22
155:12
asia 125:5,12,21
125:25
aside 18:9 27:8
37:4 74:7
87:14 133:15
asked 48:5
162:15 172:15
182:5,21 183:1
183:22 184:5
asking 14:15
23:10 57:4
130:9 147:3
157:6 182:9
asks 26:5 181:11
aspect 111:8
117:16
assess 71:20
assist 30:2
assistance 48:24
associate 11:7
associated 65:6
163:8,23
association
138:6

assume 87:5
121:15
assumes 125:19
assumption
19:24 37:1
41:1 44:14
51:20,22 58:11
62:24 67:14,20
85:9,16 86:11
88:23 95:20
96:3 104:20,22
108:14 113:23
118:6 125:3
137:22 139:20
144:8 148:9,11
154:3,13 155:7
169:19 170:9
170:11 174:6
174:21 181:5
assumptions
113:3,5
asterisk 32:20
attach 20:8
attached 30:11
31:25 155:11
158:13 165:20
168:6 186:7
attachment
19:24 20:2
attachments
165:19,25
167:12
attempting
155:5
attended 171:20
attention 100:8
106:2 123:18
attorney 172:9
attorneys 8:12
188:5
attributable
113:1

attributes 94:13
audit 95:24
141:8,10,11,12
audited 141:14
audits 141:7
august 114:21
160:24
author 158:9
available 36:24
69:17,18
avenue 2:16 3:5
avian 111:10
123:23 124:3
124:14,15,20
124:24 125:4
125:11,16,25
avoid 105:21
152:24 153:4
aware 28:12
37:14 49:23
66:9 83:10
102:15,15
107:3,5,9
115:10 135:24
136:5 140:3,7
143:18 148:14
151:19,21
152:14 155:24
156:1,3,8,14
156:15 158:25
173:18 180:18
180:22
awhile 178:15

_____
**B**
b 4:22 8:4 14:22
31:25 32:3
41:16 49:2,3,5
65:2 78:20
83:21,23 85:5
88:15,20 96:8
147:19 148:18

149:8
bachelor 13:1
back 12:20
15:14 26:24
27:14 29:6
31:8,22 47:21
48:8,16,19
58:10 65:20
78:8 96:10
105:15 110:2
111:15 115:22
118:16 128:10
131:10 140:24
156:18,21
167:9 178:12
181:25
backed 46:16
background
18:8
backing 45:25
bad 152:24,25
153:5 155:19
barb 173:19
barry 34:25
35:4,8 36:1
82:15 84:25
85:1,22 86:15
86:20,24 87:3
92:18,21 93:2
96:12,16 98:21
101:13,25
102:2 166:14
183:24 184:1
base 35:23
51:22 86:16
96:16
based 19:16
35:3 47:8
51:24 62:14
72:13 85:25
86:19 87:3
89:5,10 91:2,5

HIGHLY CONFIDENTIAL

Manion, Scott Martin																																April 2, 2014

3

91:7 92:18
96:11,12,15
101:24 102:4
102:11,18
104:22 108:16
113:24 114:1
116:20 118:2
121:21 137:15
137:15 150:23
155:7 158:21
172:22,24
183:24 184:11
**basic** 11:21
**basically** 12:10
27:3 40:3 80:7
**basis** 13:8 90:6
102:14 170:11
**bates** 5:6,8,11
5:13,14,16,18
5:20,22,23 6:6
6:8,11,12,14
6:16,19,22,24
7:7,9,11,13,15
7:17,19 17:9
17:12 19:7
29:19,20 37:19
42:7 52:14
54:17 60:4,5,7
64:18 66:14
92:10,12 97:19
99:11 123:1,2
134:6 136:21
142:6 145:13
146:13 150:15
150:16 153:17
153:18 157:24
160:14 165:24
183:17
**bear** 95:18
**beard** 7:10
135:20,22
147:19,21

151:1,7
**began** 10:6
118:6 174:12
174:17,25
175:1,17
**beginning** 1:20
14:6 60:3,5
88:17 136:23
156:25
**begins** 64:18
94:25
**behalf** 2:11,20
3:9,18 8:15,18
8:20 10:25
18:1 24:18
**believe** 26:9,11
27:12 36:7
38:7 39:17
40:22 50:11
51:8 55:14
58:5 66:6 67:6
67:9 68:21,24
77:1 92:9 94:2
94:8 101:25
108:9 131:22
132:7 145:22
158:9 159:24
174:9,19
175:20 176:10
180:19
**believed** 118:1
170:20,24
**bell** 38:21
**beneficial** 79:6
89:24 90:1,7
90:10
**benefit** 9:19
79:4 144:12
**benefits** 81:21
104:1
**best** 9:19,21
11:4 48:15

113:6,20
121:23 122:3
144:23 173:8
175:18
**better** 15:1
144:20 147:5
**beyond** 50:17
51:6
**bid** 68:9 70:25
**bidding** 70:21
70:23 71:1
**bids** 68:3,11,14
68:18 69:3
144:1
**big** 10:23 54:9
106:15
**bill** 136:9
**bird** 167:5
**birds** 180:8,10
**bit** 18:8 31:17
32:6 48:13
65:15 105:24
145:24,25
152:16 156:19
160:20 162:24
174:22
**blend** 26:25
**block** 2:3 8:15
8:18 13:9 15:4
**board** 53:9
171:14
**boca** 21:9
**bold** 111:20
147:2
**boring** 41:10
**boss** 19:20
**bottom** 60:7
63:14 94:18
113:13 114:10
118:11 121:1
**bought** 49:19
**box** 44:3,4,6

**boxes** 54:8
**break** 10:20
65:15 95:2
109:8,18,23
128:4 181:18
**breakout** 107:19
**breaks** 109:21
**briefly** 105:15
**bring** 16:17
121:16
**broad** 113:2
**broadly** 152:22
**brought** 27:14
116:13
**bu** 20:24
**bucket** 113:2
**budget** 123:10
123:10,11,12
**building** 180:16
180:19 181:6
**built** 180:21
**bullet** 67:25
120:19 122:6
126:22 138:5
157:5 158:18
161:18 167:24
**bullets** 161:16
**business** 18:10
20:25 21:1,18
21:19,21,22
22:4,12 24:10
27:13 39:21
55:23 60:18
78:6 81:7,20
86:18 99:10,23
122:4 139:6
143:20 149:10
153:3 173:6,10
**buy** 26:8,10,12
26:25 27:1,25
33:22 49:22
71:11 72:12

73:1,4,10
77:10 106:18
109:4 111:3
144:18 169:16
**buyer** 67:15
78:11
**buyers** 37:15
102:9 121:17
**buying** 50:11
77:11 94:3
**buys** 18:21 27:3
27:10,18 71:7
72:17 73:14
**bx50** 44:2

**C**

**c** 71:14,15,17
80:1 160:22
187:3
**ca** 57:25
**cadbury** 17:23
**cage** 50:19
127:1 180:7,10
180:12
**cagefree** 49:10
49:22 51:7,11
51:17,21 52:6
151:14
**cages** 117:23
**calculated** 34:14
62:14
**call** 27:1 151:13
152:7
**called** 9:5 32:9
39:5 41:13
43:2 44:23,23
61:7,8 65:24
78:20 86:7
90:12 135:11
138:2 167:13
**calls** 100:13
116:12 130:19

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                      April 2, 2014

4

| | | | | |
|---|---|---|---|---|
| 161:9 166:23 | **carries** 106:7 | **causes** 117:8 | 175:17,17,25 | 105:4,6,7,9 |
| **camera** 8:3 | **carrus** 7:10 | **causing** 121:9 | 176:5,20 | 181:19 |
| **campbell** 2:4,9 | 150:22 151:12 | 179:2,6 | 177:11,15,25 | **choose** 76:15 |
| 4:11 8:14,14 | **carry** 54:9 | **cc** 151:5 | 178:3,10,17,21 | **choosing** 74:10 |
| 10:7,10,12 | **case** 8:9,11 17:7 | **central** 41:4 | 179:16 183:24 | **chose** 77:6,9 |
| 13:6 14:19 | 23:9 30:3 | **centrally** 22:10 | 184:2 | 137:12 168:15 |
| 15:7,16 17:8 | 33:16 59:11,13 | 22:14 41:2 | **certify** 187:6,15 | 169:8,10 |
| 45:14,17,21,23 | 89:2,11 92:9 | **cents** 62:19,24 | 187:25 188:3,7 | **chris** 7:10 |
| 47:12,14 48:3 | 106:15 115:3 | 85:10,11,12 | **cetera** 122:12 | 135:20,22 |
| 50:21 57:2 | 118:19,21 | **certain** 50:14 | **chain** 100:9 | 147:15,18,19 |
| 59:3,21 63:24 | 140:8 142:24 | 56:13 58:1,23 | 132:8 140:1 | 147:19,21 |
| 65:16 66:17,20 | 143:1 156:18 | 59:15,15 69:20 | 148:19 149:3 | 148:2,18 149:8 |
| 66:22 83:9 | 158:24,25 | 70:13,15,15 | 153:22 154:8 | 151:1,7,12 |
| 89:7 101:3 | 159:1 166:23 | 73:11 77:10 | 155:10 160:20 | **chronically** 72:8 |
| 103:5,9,11,14 | **catch** 45:4 | 79:13 88:24 | **chance** 24:4 | **circumstances** |
| 103:17 104:7 | **categories** 11:12 | 89:21 133:2,10 | **change** 35:11 | 9:18 |
| 106:6,11 109:9 | 11:21 79:13,14 | 159:1 163:10 | 97:16 98:3 | **citing** 155:12 |
| 109:12,19 | 79:16,17 129:1 | 163:14 170:10 | 123:12 138:16 | **civ** 4:22 |
| 127:23,25 | 129:11 137:17 | 170:20,23 | 138:17 166:12 | **claim** 30:9 31:13 |
| 128:3 140:11 | **category** 11:23 | 171:4 183:23 | 166:13 | 31:23 48:19,24 |
| 140:22 141:1 | 12:3,3 16:3,5,7 | **certainly** 132:4 | **changed** 23:4 | **claimant** 31:13 |
| 160:8 162:14 | 16:16 23:2 | **certificate** 71:14 | **changes** 35:14 | **clair** 2:15 4:9 |
| 164:14 168:17 | 24:22,24 40:7 | **certification** | 90:5 113:17 | 8:19,19 9:8 |
| 172:1,19 | 40:8,10,14 | 141:9,17 | 166:22 170:6 | 10:4,15,17 |
| 180:24 181:14 | 67:9,15,16 | 143:19 175:9 | **charge** 80:10 | 13:14,15 14:1 |
| 181:19 182:3 | 78:12,14 99:20 | 175:14 177:13 | **charged** 179:14 | 15:1,16,23,24 |
| 183:7 184:16 | 121:15,19 | 177:19,25 | **chart** 5:12,14 | 17:5,14,17 |
| 184:20,24 | 123:5,16 129:1 | **certifications** | 31:24 32:9,21 | 19:3 29:3,20 |
| **canada** 33:1 | 129:2,2 131:2 | 131:9 | 84:23 85:5,6 | 30:1 37:5,9 |
| 68:4 | 131:3 137:25 | **certified** 49:9 | 106:4 114:17 | 38:16 42:9,14 |
| **canadian** 32:20 | 173:14,23 | 92:19,21,25 | 116:6,22 118:4 | 45:16,19 46:2 |
| **cant** 11:3 26:24 | 174:7 176:25 | 143:11,16,21 | 120:13 | 47:19 48:6,7 |
| 28:14,14 38:13 | 177:10 178:23 | 159:15,22 | **charts** 29:13 | 50:24 51:1 |
| 58:1 64:22 | **cathy** 7:12 154:5 | 160:2,4,5,7 | 114:6,7 | 52:12,15 53:24 |
| 96:8 179:10 | 155:2 156:3 | 161:19 162:4 | **chicago** 1:20 2:7 | 54:5,6 57:4,8 |
| **capa** 69:17 | **cause** 1:17 112:3 | 162:12 163:5 | 8:9 187:8 | 59:6,19,22 |
| **capability** 74:21 | 116:7 117:2 | 165:5 166:14 | **chicken** 95:23 | 60:1 64:2,14 |
| **capacity** 69:12 | 120:4 121:22 | 167:4 168:1,15 | **chickens** 95:25 | 65:14,22 66:13 |
| 69:17,18 74:11 | 170:21 187:10 | 169:9,13,17 | 96:2 155:13 | 66:19,21,23,24 |
| 78:6 144:15 | 187:17 | 174:5,10,13,17 | **childhood** 27:14 | 75:13 76:2,4 |
| **captioned** 8:9 | **caused** 118:9 | 174:19,25 | **choate** 7:6 | 83:11 87:22 |
| **care** 167:4 | 167:5 168:12 | 175:2,5,12,13 | **choice** 90:7,9 | 88:3,5 89:8 |

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                           April 2, 2014

5

91:23 92:11,14
92:15 93:10,12
97:5,20 98:1
99:4,12,13
101:9 103:8,10
103:13,16,20
104:10,12,16
106:8,13 109:8
109:10,15,20
110:4 122:17
122:21 123:2,7
127:24 128:2,5
128:12 129:21
130:1,6 133:19
140:16 141:4
141:22 142:5,7
145:2,7,13,15
146:5,14,16
150:12,16,18
153:13,18,20
157:2,20
160:12 162:20
164:15,18
165:12 168:22
171:24 183:5
184:19
**claire** 136:2,4
151:5,8,17
**clarify** 10:19
35:17 48:13
50:22 174:23
**clarity** 28:17
49:16
**clark** 1:19 2:6
8:8 187:8
**class** 30:10
**clear** 23:8,16
35:16 103:6
106:9 140:15
163:1,4 172:16
172:16
**client** 172:18

**close** 178:12
**closely** 114:20
**clutter** 104:15
**collected** 134:16
**collectively**
28:19
**column** 41:9,13
41:16,23 44:18
44:22,23 45:23
52:20,24 53:4
53:5,7,11,11
56:2,15 57:10
58:7 61:6 65:2
65:9 85:2
116:7 117:19
117:20 119:8
119:21 120:6
**columns** 43:1
46:8 53:3 56:4
56:11 60:25
61:1 62:5,9
**com** 2:9,10,19
3:8,17
**come** 29:6 54:24
149:1,1,9
157:7 178:18
179:8
**comes** 71:19
112:18,19
123:22
**coming** 120:2
124:18
**command** 132:8
**comments** 161:9
**commercial**
170:7
**commercialize**
143:9
**commitment** 6:7
**committee**
158:22 159:3
**commodities**

113:22 131:22
**commodity**
35:20
**common** 20:8
**communicate**
152:22
**communicating**
67:18
**communication**
67:22 99:6
123:4 149:9
161:12 166:7
173:3 180:2
**communicatio...**
13:3 114:25
149:13 154:8
154:12 172:22
172:25 177:13
**companies**
68:12 69:3
106:19,24
107:6,10,14
108:10,11,17
108:19,23
**company** 65:24
66:1,3 67:19
109:3 155:20
155:21 171:5
**comparison**
81:8
**compete** 81:19
**competition**
144:12,14
**competitive**
68:2,6,8 74:16
81:4 144:1,4
**competitively**
81:13
**competitors**
80:21 81:5
**compilation**
40:20 55:12

**compiled** 51:10
**complaint** 5:6
17:7 22:9
105:16 106:3
106:10 110:5
**complaints**
106:14
**complete** 186:6
**completely** 31:1
**compliance**
131:8 136:24
**compliant**
161:21 162:12
**comply** 95:5,8
95:13,16
159:19 162:16
**complying**
163:15 167:3
**component** 86:9
**computeraided**
187:21
**concerning**
82:11,25
177:14
**concerns** 87:1
122:10
**concludes** 185:1
**condition**
143:15
**conditions**
179:6
**conducting**
122:4
**conduit** 131:10
**confer** 14:22,24
15:4,18,20
**confidential** 1:9
1:14 13:3
114:25
**confirmation**
79:20
**conjunction**

127:7,14
**connection**
30:10
**consider** 102:25
103:1 184:9,10
**consideration**
90:18 130:11
130:21
**considered**
102:18 103:21
103:23 104:4
104:19 129:12
184:6
**considering**
152:14,16
**conspired** 115:3
115:7
**consulted** 16:3
**consumer**
119:23 171:7
**contact** 167:14
177:2,6 178:7
178:8 182:12
**contacted** 32:15
149:17
**contain** 137:4
**contemplating**
83:6
**contention**
179:25
**context** 179:8
**contingency**
170:1
**continually**
138:25
**continue** 169:10
169:12,16
**continued** 87:7
91:13 125:25
**continuous** 32:5
**continuum**
118:25 119:1

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                      April 2, 2014

6

**contract** 5:17
6:12 34:3,8,17
36:9,20 42:3
42:11,17,18,23
46:22,24 47:24
59:9 60:14,16
61:12,17,18,19
63:6,9,10,16
63:19 74:5
77:23,25 78:20
79:1,3,12 81:9
81:25 83:4
87:2,5,8 88:11
89:3,13 91:14
92:2 93:24
94:16 96:23
97:9,13 98:14
101:11 102:1
145:17 161:10
161:13 164:23
165:4 167:21
168:4,6,16
169:14,22
170:2,13 183:2
183:15,22
184:3
**contracting**
11:23 39:22
**contracts** 39:24
74:4 77:15
87:10 97:17
101:10,24
155:15 176:19
**contributing**
116:13
**control** 115:11
115:13
**conversations**
178:16 179:1
179:21
**cook** 1:18 187:5
188:19

**cookies** 18:22
27:12
**cooperative**
65:24 66:5,8
**copy** 17:7 19:17
75:17 105:16
**core** 135:6
**corn** 112:12
114:9 115:8
119:9,18
**corporate** 10:25
16:10 17:21
129:8 133:11
135:22 136:5
149:6,8,10
152:13
**correct** 12:14
15:16 20:4
21:12 22:5
23:5 25:5,5
27:7 33:6
35:24 36:16,18
41:22 43:19
44:11,18 47:2
48:21 50:15
52:19,23 53:6
60:15,22 61:5
61:16 62:3
63:11,15 65:4
67:4 73:14,15
75:22,25 76:14
77:4,17 78:16
79:24 81:18
83:2 84:3 85:1
86:4,6 87:12
88:8,21 93:21
93:23 94:5
96:17 100:1
103:9 106:10
106:11 107:2,8
114:2 116:16
116:21 117:5

117:16 118:14
119:16 122:5
126:3 132:21
132:22 137:11
138:21 139:13
143:4,7 144:2
146:19,21
147:13 153:2
154:25 155:18
156:5 161:11
161:14,25
163:25 165:7
165:17,22
167:8,19 168:8
169:15 175:8
178:1 181:4
183:8 184:14
186:5 187:23
**correction** 60:6
**corrections**
186:7
**correlate** 58:17
**correlation**
114:19 124:17
**cost** 90:18
100:14 110:13
110:17 112:9
112:12,16,25
119:18 159:22
160:5 162:23
163:8 166:25
167:22,25
**costplustype**
101:2
**costs** 82:14
83:17 86:7,10
110:16 111:23
113:1 115:13
115:18,20
118:1,8 119:13
119:15,19,20
120:12 167:6

168:12,14
**couldnt** 72:6
134:19
**council** 95:23
139:25 140:4
**counsel** 13:3,9
14:22 15:4
92:11 115:1
172:22,25
173:3 182:5,21
183:22 188:1,7
**county** 1:18
187:3,5 188:19
**couple** 9:13
31:10 41:9
43:1 56:2
60:25 88:9
105:17
**course** 55:23
60:17 121:25
**court** 1:1 8:21
9:16,22 187:11
**cover** 54:11
134:8,12
**covered** 15:18
51:2
**cpg** 171:5,6
**create** 39:24
40:1 144:22
163:15
**created** 36:24
38:5 44:15,16
50:9 51:16,16
55:16 112:4
117:7,11
136:13 137:18
137:23 162:17
163:13 169:3
**creates** 25:24
70:12
**creating** 132:15
**credits** 47:10

**crop** 65:24 66:5
66:8
**cross** 158:6
**crowell** 2:14,19
8:20
**crr** 1:24
**cruse** 7:16
**csr** 1:24
**current** 125:20
147:6 173:10
**currently** 76:22
142:15 155:14
161:20 174:4
**curt** 135:15
**curtis** 7:6
132:12 145:8
159:10
**custodian** 158:5
**customary** 79:9
**customer**
139:12 156:7,9
156:13 157:13
**customers** 80:2
80:10,12 157:6
157:10,14
**cw** 57:18

— — — — — —
**D**
**d** 4:1 70:12,17
70:18 71:6
80:20 96:7
142:16 143:23
144:21 171:12
171:13
**dairy** 11:7,12
**data** 14:16 29:9
30:13,22 31:1
31:19 32:14
33:2 36:23
37:11 40:21,24
47:20 48:1
50:5,10 51:10

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                        April 2, 2014

7

51:12,19 52:17
54:20,23 55:12
60:10,20
**date** 30:22 44:12
44:13,14,15,17
44:20,21 56:10
56:10,15,16,21
61:7,8,10,11
61:11,14,15
95:8 101:21
104:15 134:8
134:12,16,18
134:18 145:25
170:5 175:3
186:12
**dated** 5:21 6:8
6:10,14,16,23
7:6,8,10,12,16
7:18 75:24
93:22 145:11
151:23 153:22
160:24 165:16
169:22 183:15
**dates** 39:6 50:17
**day** 1:19 46:6
142:20,21
188:12
**daybreak** 2:21
8:20
**days** 78:22
96:19,19,20
170:14
**daytoday** 132:4
**dc** 2:17 3:6
**deal** 10:23
148:14
**dealing** 128:19
**decide** 69:7
**decided** 168:21
**decision** 136:17
168:23 170:3
**decrease** 126:15

167:5
**decreased** 124:3
**decreases**
110:11
**deemed** 73:11
**defendant** 17:2
182:21
**defendants** 4:21
5:10 6:18
14:23,23 29:23
30:14 33:15
115:3,7 130:4
182:4 183:21
**define** 58:5
**defined** 71:17
103:6 133:5
**definition** 49:15
**degree** 12:25
13:1
**del** 44:21
**delay** 16:11
**delivered** 44:24
45:8 47:4,5,6,8
53:4,8
**delivery** 44:10
44:11,17,20
58:4 62:2
74:23 75:2
78:23 79:7,8
79:10,12
**demand** 110:10
110:11,21
111:6 116:18
118:13,17,20
118:21 120:19
121:4 122:8
123:21,21
124:17
**departments**
22:17
**deplorable**
154:20

**deponent** 8:16
186:1
**depose** 173:9
**deposed** 9:11
**deposition** 1:15
4:16,21 5:1 6:1
7:1 8:4 13:24
14:7,12 16:1
16:22 19:1
28:24 37:7
41:11 52:10
54:1 59:23
64:12 66:11
75:10 87:18
91:20 93:7
97:3 99:2
122:19 129:23
133:7,17
141:20 145:4
146:3 150:10
153:11 157:18
160:10 165:10
183:14 185:2
188:1,4,5
**deralyn** 1:17,24
8:22 140:24
187:4
**describe** 105:11
114:16
**described** 48:11
**describing**
31:18
**description** 4:20
5:5 6:5 7:5
43:3,4 59:10
61:1,4
**designed** 128:20
**despite** 19:20
104:18
**detail** 60:25
**detailed** 63:22
64:4

**details** 178:2,9
**determine** 46:25
51:10 98:24
**developed** 27:6
129:4 135:5
**developing**
70:11,25
135:17 139:8
144:4
**development**
138:24 142:4
143:2,5
**dictate** 105:12
**didnt** 16:19 37:2
71:23 100:24
104:25 120:11
139:10,14
159:25 160:6
162:13
**diets** 111:6
**differ** 35:23
**difference** 45:2
53:14 56:12
63:17,18 93:3
**different** 11:19
11:21 27:2,2
29:15 30:12
33:21 45:1,5
64:9,10,11
72:12,13 93:1
128:24,25
129:17 166:15
**difficult** 32:6
58:16 114:14
**direct** 100:8
106:2 132:1
177:2,6
**directly** 99:19
**director** 11:7
99:1 131:21
**discount** 47:17
59:11 84:20

85:2,12
**discounts** 47:9
58:25 59:8
85:15
**discovery** 1:15
**discrepancy**
30:20
**discuss** 170:6
177:18 178:2
**discussed** 73:18
78:15 135:14
135:15 136:14
138:12 151:7
163:17,21
168:6
**discusses** 21:17
117:14 124:23
126:23 143:22
166:22
**discussing**
100:13 143:2
151:16
**discussion** 7:14
13:22 15:8,12
17:3 151:20,22
172:4 179:9,12
**discussions**
177:21 178:5,9
178:19
**distributed**
19:21
**district** 1:1,2
187:11,12
**divide** 47:1
**division** 161:3
**divisions** 22:17
**doc** 41:16,17,18
41:20 44:12
**document** 1:9
14:2,4 19:7,10
19:21 20:19
29:17 30:13

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                      April 2, 2014

8

31:8 37:18,21
37:22,25 38:5
39:8 44:15
47:21 51:2,15
52:21 54:12,16
55:12,15,16,22
58:4,13 59:2,4
60:16 63:18,20
64:6,17,20,22
64:24 65:10
66:16 75:14,16
83:14 87:23
91:24 92:1
93:13,16 97:6
97:8 98:8 99:5
100:11 115:24
116:4 117:7
120:17 122:18
122:23 124:24
126:9 130:2
133:21,25
134:3,5,9,12
134:16,22
135:3,4 136:13
136:20 138:2
145:24 146:7
153:15 156:19
157:4,24 158:2
158:5,8,10
160:13 166:2
167:17,18,21
168:3 182:18
**documents** 16:2
16:13,13,15,18
30:14 46:6
54:19 60:9
64:9 98:8
145:23 164:2
**doesnt** 18:15
39:13 73:9
97:16
**doing** 40:17

62:23 75:7
97:1 109:16
126:20 141:11
166:17
**dollar** 85:4
121:3,5,13,16
**dollars** 32:16
**domestically**
125:21
**dont** 9:24 10:1
10:18 15:19
24:5 26:11
31:3 37:1 42:6
48:3 50:11
55:18,19,20
56:13 57:3
58:20 60:4
69:13 74:25
77:14,14 78:13
84:5,5,11,12
86:17 87:4
89:22 93:3,3
96:8 98:4
101:18,21
107:19 108:23
109:1,1,12,13
110:23 111:13
115:1 118:18
125:8 133:12
136:19 147:21
147:22,23
148:13 149:14
156:8 157:14
158:9 170:18
170:18 171:16
171:17,18,22
171:22 172:14
179:23
**doubled** 179:20
**doubt** 111:25
136:12,15
**download** 38:14

**downloaded**
38:18,20
**downstream**
14:15
**dr** 43:11
**dr50** 43:6
**draft** 6:20 19:13
19:15,18,20
134:23 156:24
**draw** 123:18
**drawing** 124:16
**dressings** 21:8
**dried** 27:25 28:1
28:6 33:24,25
72:22,25
**drivers** 112:9
**driving** 119:9
**drum** 43:13
**dry** 34:20 44:5
**due** 78:22 96:20
123:23 124:20
125:11,25
**duly** 9:5 187:16
**duration** 34:22
81:9 89:3
**dynamics** 121:9

─────────
**E**
─────────

**e** 4:1
**earlier** 102:3
103:6 120:12
145:24 151:9
163:21 164:2
166:16 170:5
171:3 175:20
**early** 176:24
**easier** 33:7 41:5
**easter** 111:2
**eastern** 1:2
187:12
**eating** 96:2
**economies** 90:22

91:8
**economy** 91:5
122:1
**educate** 133:7
**education** 12:25
**effect** 61:7,14
97:24 116:8
117:3 119:13
119:14 127:6
140:9,21 141:1
163:18 164:10
169:6
**effects** 120:4
125:20
**efficiencies**
90:18
**effort** 139:4
**egg** 1:4,11 5:23
6:6 8:10 12:22
18:13,18,20
21:14,20 22:9
22:13,18 23:1
23:21,25 24:13
25:3,10,14,16
25:22,23 26:3
26:12,14,15,20
26:21 27:1
28:13,18 31:18
31:24 32:4,10
33:24,25 42:15
42:18 43:6,9
43:21 44:2,2,5
49:7,15 50:3
52:2 56:5
61:14 66:2
67:9,12 68:7
68:14,15,16,17
69:22 72:13,17
72:22,25 74:24
75:3 76:12,19
76:22 77:15,25
82:10 84:16,24

85:21 94:9
96:5 98:21
99:15 100:6
101:2,10
102:11 103:24
104:20,23
105:2 106:5,18
107:11,18,18
107:19,22,23
108:1,4,18,24
108:25 111:21
112:3,17 113:1
114:17 115:10
115:12,16
116:14,24
117:9,12,25
118:4 119:19
121:19,22
122:14 123:14
123:20 124:8
124:14 129:2
129:12 131:3
137:9,10 140:5
140:19 142:24
143:3,7,10,24
144:1,5,10,13
144:18,22
159:15,19,19
159:22,23
160:1,2,5,6
162:4,5,12
163:18 165:5
166:10 167:14
167:21 173:14
173:23 174:3
174:17 175:1,2
176:4,12,14,18
178:24 187:13
**egglaying**
137:14 181:3
**eggs** 6:8 12:13
12:16,17,22

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                      April 2, 2014

9

13:18,19 18:11
18:15,22 20:23
21:11 24:17
25:16,17,17,18
25:20 26:8
27:8,9,10,11
27:17,22,25
28:1,3,5,6,9,18
31:19 36:7,8
37:21 47:23
48:2,5,11,12
49:20,22 50:19
51:7,11,17,21
59:11 66:4,7
70:2 71:13
74:20,21 91:13
95:14 99:24
102:14 107:14
107:16 108:21
108:22 110:8
110:10,12,15
110:21,22
111:2,3,6,7,11
111:14 113:16
114:8 116:19
116:24 117:21
118:10 119:23
121:9 123:21
124:18 127:6
127:11,18,20
142:13 151:14
164:11 166:13
166:23 167:22
168:15,19
169:9,13,17
170:22 174:13
174:15,25
175:2 176:9
179:20
**eggyolk** 27:4
**eight** 59:21
**either** 13:9 31:3

84:13 91:4,12
98:7 118:21
144:18
**elaborate**
152:16
**elect** 88:19 89:1
89:1
**electronic** 158:6
**email** 5:7,21
6:13,15,23 7:6
7:12,16,18
66:25 67:21,24
99:6 100:9
123:6 141:23
145:8 153:21
153:22 154:14
155:10 158:13
160:21 161:5
165:1,14,18
166:1 167:13
**emphasize**
184:10
**enable** 144:1
**enables** 40:3
**enact** 169:25
170:14
**enacted** 117:4,8
**encourage**
149:20
**encouraged**
149:15
**encouragement**
149:22
**ended** 72:5
103:22
**endorse** 140:19
**endorsed** 140:5
**ends** 167:10
**energy** 112:22
119:10,18
**engaged** 76:22
**enhanced** 49:10

**ensure** 51:17
78:4 138:15
157:6
**entered** 93:25
170:2
**entire** 58:13
63:10 175:5,9
**entities** 18:2,5
22:8 31:14
40:24
**entitled** 183:19
**entries** 63:13
**environment**
122:11
**enzyme** 84:15
**enzymemodifi...**
25:17,18 27:22
94:9
**equal** 169:7
**equally** 81:19
**equivalent** 28:5
**errata** 186:7
**error** 46:16
**esq** 2:4,5,15 3:4
3:13
**essentially** 89:4
105:4
**establish** 91:6
**established** 51:3
70:13 98:7
**estimated** 30:8
45:6
**et** 1:10,12
122:12
**ethanol** 119:9
**ethical** 82:11,25
**eu** 121:4
**european**
121:16
**evaluate** 103:2
**evaluating**
184:12

**evaluation**
140:10,21
141:2
**event** 82:24
155:5
**events** 71:4
**eventually** 69:7
**everyones** 9:19
37:20
**exact** 45:4
107:19 131:14
131:18
**exactly** 18:6
38:13,19 69:13
173:12
**examination** 4:6
9:7 172:6
182:2
**examined** 9:6
186:4
**example** 45:6,13
53:17 67:21
71:12 72:22
73:24 74:23
85:19 144:11
**examples** 21:10
**excellent** 52:1
**exception** 14:14
**excess** 90:19
**excessively**
104:14
**exclude** 50:10
**excluded** 49:6
50:7 51:12,18
**exclusively**
101:12
**executive** 20:20
**exercise** 82:2
**exercised** 89:15
**exhibit** 4:21 5:6
5:7,9,12,14,15
5:17,19,21,23

6:6,7,9,12,13
6:15,17,20,23
7:6,8,10,12,14
7:16,18 13:21
13:24 16:21,22
17:10,13 19:1
19:5,22 28:23
28:24 30:11,21
31:2,7,11 37:6
37:7 40:20
48:16 50:5
52:10,25 54:1
59:23 64:1,12
66:11,14,20,21
75:10 76:12
83:21,23 87:18
88:15,20 91:20
92:13 93:7
94:15,15,22,25
97:3 99:2
105:15 122:19
129:23 133:17
141:20 145:4
146:3 150:10
153:11 157:18
160:10 161:16
165:10 166:6
167:10 182:16
182:22,24
183:11,14
184:2
**exhibits** 4:16 5:1
6:1 7:1 65:9
102:1
**exist** 122:11
**existed** 139:16
**existing** 91:1
98:6 139:7
142:16,18,21
166:10
**expand** 120:8
122:9,12,15

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Manion, Scott Martin					April 2, 2014

10

| | | | | |
|---|---|---|---|---|
| 181:7 | **F** | **falling** 117:25 | **final** 145:20 | **flock** 164:7 |
| **expanding** | **f** 90:12 | **familiar** 33:15 | 168:2 | 179:17,25 |
| 180:25 181:2 | **facilities** 77:2 | 37:10 57:14 | **finally** 120:1 | 180:7,9,11,17 |
| **expansion** | 180:16 | 65:23 95:18,22 | 161:23 | 180:23 |
| 120:21 | **facility** 74:22 | 99:25 113:22 | **financing** | **flocks** 126:11 |
| **expect** 70:8 | 136:25 180:19 | 132:11 136:2,8 | 122:11 | **fluffy** 25:24 |
| 162:22 | 180:20 181:6,8 | 136:11 139:21 | **fine** 18:7 24:7 | **flv** 43:6 |
| **expectation** | **fact** 140:18 | 139:25 158:8 | 30:6,25 31:4 | **fmi** 140:3 |
| 143:20 | 150:4 160:4 | 160:16 171:8 | 37:3,16 46:17 | 171:20 |
| **expectations** | 162:10 179:14 | **far** 10:14 101:4 | 53:23 57:16 | **focus** 108:21 |
| 138:16,18 | 180:18,23 | **farm** 75:18 | 58:22,24 65:16 | **folks** 16:10 |
| 154:16,21 | **factor** 122:1 | 174:19 | 82:7 84:7 | 149:6 |
| 155:3 156:4 | 125:23 126:1,7 | **farmers** 118:1 | 100:24 105:23 | **follow** 34:25 |
| **expects** 29:10 | **factors** 69:11,13 | 119:14,20 | 109:15,20 | 138:23 139:7 |
| **expenses** 112:23 | 69:13 74:9 | 120:7 | 141:2 147:24 | 154:19 |
| **experts** 139:15 | 110:7,9,20 | **farms** 3:10 17:2 | 151:23 171:17 | **following** 76:3 |
| **explain** 18:4 | 116:13 119:3 | 172:11,18 | 171:24 | 138:8 163:2 |
| 25:21 45:2 | 119:14 121:12 | 174:4 176:11 | **finished** 86:1 | **follows** 9:6 |
| 119:1 122:5 | 124:25 126:22 | 177:3,7,11 | 179:4 | 35:10 |
| 180:15 | 127:8,10,15,16 | **favorable** 80:8 | **firm** 88:15,19 | **followup** 151:19 |
| **explained** | 127:20 163:18 | **february** 56:21 | 89:16 | 151:22 175:23 |
| 113:16 | **facts** 7:14 | 146:17 152:3 | **first** 5:10 9:5 | **food** 22:2 79:14 |
| **export** 121:3 | 179:24 | **fed** 4:22 | 19:22 29:17,23 | 79:15,17 |
| **exports** 121:6 | **fads** 111:5 | **federation** 96:3 | 30:7 37:24 | 139:21 140:3 |
| 125:11,15,19 | **failure** 80:21 | 137:20 | 42:12,23 43:5 | 140:18 154:9 |
| 125:24 | **faint** 114:10 | **fee** 86:13 | 45:12 58:6,7 | 161:2 171:2,15 |
| **extend** 92:2 | **fair** 15:23,23 | **feed** 102:18,19 | 61:13 67:25 | **foods** 1:10,15 |
| 98:18 168:4 | 20:1 38:11 | 110:12 112:13 | 75:23 81:5,10 | 2:11,21 3:18 |
| **extending** 97:10 | 48:6 50:13 | 115:11 166:24 | 83:19 93:24 | 4:7,17,22 5:2,9 |
| **extends** 98:6 | 51:14 52:25 | **feedbased** | 116:7,7 146:8 | 5:17 6:2,17 7:2 |
| **extension** 6:12 | 83:17,18 | 103:13,14 | 151:11 165:20 | 8:15,18,20 9:3 |
| 92:2 97:9,13 | 121:23 125:7 | **feel** 104:25 | 175:16 184:6,9 | 10:3 17:23,23 |
| 97:16 98:14 | 126:2 127:15 | **felt** 155:22 | 187:16 | 17:24 29:21 |
| 166:9 170:15 | 139:17 141:5 | **feme** 84:4 | **fit** 54:7,8 | 31:14 32:10 |
| **extensions** 91:14 | 148:22 158:12 | **fifth** 3:14 | **fix** 115:3,7 | 33:11,12,13,18 |
| 97:23 98:10,11 | 164:22 174:10 | **fifty** 43:13 44:3 | **fixed** 34:22 | 33:19 36:2,3 |
| **extent** 13:12 | 174:11,24 | 44:4 | 35:16 89:5 | 36:10 68:4,19 |
| 30:19 58:25 | 175:16 | **file** 52:13 60:2 | **flavor** 43:6,21 | 68:22,25 75:18 |
| 142:14 162:9 | **fairly** 131:22 | 64:19 | **flavoring** 43:9 | 86:18,22 93:18 |
| 168:18 172:21 | **faith** 82:18 | **filed** 17:7 | **flexibility** 91:4 | 93:25 94:6,8 |
| 179:15,17 | **fall** 35:20 | **files** 58:19 | **flip** 31:12,22 | 95:5,7,15 |
| **external** 138:15 | 120:11 | **fill** 147:3 | 165:23 | 96:24 97:10,10 |

HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

11

97:18 98:17
106:20 143:3
143:10,16,21
144:19 161:3
164:24 165:5
176:9,10,10
183:16 184:3
187:9
**force** 97:24
133:1,9 135:5
135:7,11
136:18 137:5
151:9 159:7
**forces** 116:17
**foregoing** 186:5
187:22 188:1
**forgive** 178:13
**form** 17:8 27:24
30:9 31:13,23
47:12 48:19,24
54:16 57:2
59:3 64:10,11
83:9 89:7
90:24 104:8
160:8 162:14
164:12 168:17
180:24
**format** 56:20
**former** 37:15
**formula** 35:2,9
35:18,18,22
47:18 59:9,12
85:25 86:2,19
86:24 88:14
89:5 96:11,15
98:7 103:13,14
108:5
**formulabased**
36:14 89:17
101:11
**formulas** 72:20
**formulate** 155:6

**formulation**
143:2
**forth** 78:8
**forward** 120:4
143:15 144:3
147:8 151:15
168:21 181:12
**forwarded**
149:10
**forwarding**
148:19
**foundation** 48:4
**four** 18:5 33:4,9
**fourth** 20:19
126:22 157:5
165:21
**frame** 51:6
59:13 67:13
94:1 123:15
125:17 126:15
127:5 174:20
174:21 175:22
180:13,22
**free** 49:24 50:19
172:25
**freerange** 49:11
**front** 19:18
**frozen** 28:9
**fuel** 110:16
**full** 97:24
**function** 73:23
74:16
**functional** 84:15
143:2,7,10,24
144:5,10,18,22
**functionality**
142:24
**functionalize**
25:20 26:3
**functionalizing**
25:22
**further** 30:12

31:8 44:22
45:10 46:19
56:16 57:18
61:6,7 62:4
108:20 124:24
138:1 184:17
184:19 187:15
187:25 188:3,7

---

**G**

**ga** 57:21 58:10
58:12,13
**gain** 147:5
**gained** 13:8,13
**gallon** 43:13
57:22,24
**garland** 58:12
**gas** 111:23
**gathered** 113:9
**gears** 65:14
**general** 14:14
15:19 23:9
49:14 115:17
130:10 146:20
149:2
**generally** 34:24
40:5 43:12
68:15 78:1,2
78:17 81:11
98:23 99:25
108:17 121:16
138:9 139:19
139:24 149:11
156:11 162:2
**generate** 39:24
78:7
**generated** 46:6
134:16 137:18
**gentleman**
25:11
**getting** 29:11
48:25 54:4

118:16
**give** 11:3 45:14
81:14 89:4
92:12 160:16
169:25
**given** 186:6
187:18,23
**gives** 25:23 81:9
**global** 1:10,15
2:12 4:7,17,22
5:2,9 6:2,17
7:2 9:3 17:23
29:21 31:14
121:2 136:9
154:9 187:9
**go** 9:13 15:6,7
25:20 30:17
31:4,4,17 52:8
53:23 78:3
83:23 85:18
88:10 90:11
95:17 109:12
109:19 113:4
136:20 143:15
144:3 156:18
159:4 164:23
169:8 172:12
**goes** 26:16,17,20
70:10 88:18
111:3 151:15
167:3
**going** 12:20
13:20 14:15
16:20 19:4
29:8 38:8 52:8
65:14,17 87:13
93:5 98:25
100:22 106:2
109:10,24
112:3 119:2,4
120:3 122:22
123:18 128:7

141:18 148:20
156:21 157:21
168:10 181:22
184:25
**good** 9:9,10
65:15 82:18
128:3 172:8
**goods** 171:7
**gordon** 1:17,24
8:22 187:4
**grain** 111:22
112:11,18,19
115:14 184:11
**grainbased**
184:7,12
**gram** 57:21
**great** 10:15
29:24 32:9
128:5
**greater** 85:11
151:16
**greg** 7:6,12
153:22,25
154:1,2,15,24
166:8 178:8
**gregorich** 7:16
7:18 25:12
67:8 131:12,24
161:5 165:14
170:19
**gregorichs** 67:7
131:23
**grocery** 20:24
20:25 21:1,18
21:25 22:2,3
22:13 99:9
**ground** 9:14
13:7
**grounds** 172:20
**group** 11:13
16:4 19:21
24:13 25:2,7

HIGHLY CONFIDENTIAL

Manion, Scott Martin
April 2, 2014

12

113:22 129:9
129:13,17,18
129:19 130:13
132:13,18,20
132:25 135:11
141:9,14 166:1
173:25
**groups** 116:23
117:9,12
148:15 149:22
150:1,4 152:14
152:15
**guess** 43:10
84:18 164:6
181:19
**guideline** 95:24
**guidelines** 96:5
117:4,8,11,14
117:17 136:23
137:9,16,18,23
138:6,7,15,17
140:6,10,20,21
143:19 159:20
162:13,16
163:2,12,15
164:10 167:4
170:21 176:23
179:17,25
**guidepost**
136:22

**H**

**h** 45:23 53:3,11
**hand** 13:20
16:20 19:4
28:22 37:5
52:9 64:15
66:14 75:7
87:13,16 91:18
93:5 97:1
98:25 122:22
129:21 133:20

141:18 146:6
157:21 188:12
**handed** 29:17
**handling** 82:13
**handwritten**
147:14
**hanneman** 6:16
**happen** 23:10
**happened** 76:20
110:24 117:24
**happening**
117:20 120:5
121:18 143:25
**hate** 104:14,15
**havent** 38:2
100:17
**header** 150:23
**heading** 32:19
52:24 84:23
158:1
**headings** 29:12
41:9 52:20
56:2
**hear** 10:13
**heard** 49:14
136:10
**hedge** 103:25
115:13,14
**held** 13:22 15:8
15:12 17:3
172:4
**help** 14:5 62:8
147:4
**helpful** 22:6
25:6 39:11
43:17,25 44:7
52:4 61:25
62:25
**hen** 126:17
163:23
**henderson** 8:2
**henningsen** 36:2

36:3,5,10
68:19 176:9
**hens** 82:13
116:25 117:1
117:13,15,24
118:3 124:16
130:12,22
137:9,14 164:4
181:3,7
**hereinbefore**
188:6
**heretofore**
187:6
**hereunto** 188:11
**hes** 14:19
100:13 124:16
143:1 171:12
**high** 111:22
149:3
**higher** 115:18
118:22 119:9
162:3,18
**highest** 12:24,25
**highlevel** 29:11
**highly** 1:8,14
**highs** 119:23
178:25
**hill** 171:9,14
**hills** 171:11
**hinton** 166:8,22
178:8,11,20
179:9,13
180:14
**hire** 139:15
**historic** 119:23
178:24
**historical**
104:23 116:1
116:11
**history** 62:5
63:4,13,15
64:4

**hit** 119:23
**hite** 7:12 153:22
153:25 154:1,2
**hold** 20:5
**hoog** 2:24 8:1
**hopping** 105:24
**house** 155:12,16
155:20
**housing** 82:12
**humane** 149:15
149:18,23
150:8,23 152:9
**humanely**
128:21 157:8
**hundred** 57:19
57:20
**hunt** 136:1
**husbandry**
176:23

**I**

**id** 108:11 109:22
181:16
**idea** 77:22 82:6
144:17
**identification**
13:25 16:23
19:2 28:25
37:8 52:11
54:2 59:24
64:13 66:12
75:11 87:19
91:21 93:8
97:4 99:3
122:20 129:24
133:18 141:21
145:5 146:4
150:11 153:12
157:19 160:11
165:11
**identified** 4:20
5:5 6:5 7:5

31:15,19 76:12
161:1 183:11
**identifies** 17:22
**identify** 8:12
63:24 78:4
130:10
**ii** 95:12 127:1
**ill** 9:20 10:19
23:16 37:5,24
39:9 64:15
87:16 91:18
96:13 129:21
146:6 150:13
153:14 156:17
160:16 181:20
**illinois** 1:18,20
2:7 8:9 187:1,5
187:8 188:19
**im** 8:2 10:3,5
11:11 13:20
14:15 16:20
17:11 18:6
19:4 23:9,10
23:16 24:5,6
26:24 28:12,17
29:8,11 32:8
37:14 38:19
39:6 42:6
48:25 49:23
50:21 52:8
57:4,14 59:15
59:15 62:23
65:14 66:9,17
75:7 83:10,25
86:25 87:13
89:20 91:9
93:5 95:17
96:12 97:1
98:25 100:22
102:15,15
104:13 105:21
106:2,9 111:8

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                April 2, 2014

13

122:22 123:18
125:5,6 131:22
133:2 135:24
136:2,5,8,10
140:15,22
141:18 146:8
147:20 148:13
149:5 151:15
151:21 155:9
156:8,19,21
157:21 159:1,4
160:19,20
163:10,13
169:18 170:19
170:20 171:4
172:9 173:18
175:21 178:12
**impact** 110:9,12
110:14,19,23
121:2 127:20
166:25
**impacted**
110:24
**impacting**
111:14
**impacts** 111:2
**implement**
167:22
**implemented**
83:16
**importance**
129:11 156:9
**important** 69:19
74:9 75:2,5
127:22 128:14
156:6
**incented** 115:19
**incentive** 115:17
**incident** 123:24
124:21 125:4
**incidentally**
106:6

**incidents** 125:20
**include** 25:2
40:23 47:21
48:1 51:21
67:17 107:15
141:6
**included** 36:25
50:5 85:24
**includes** 108:6
112:12,22
181:3
**including**
155:13 180:14
**inclusive** 63:23
**incorporate**
74:3
**incorporating**
92:7
**incorrect** 175:7
**increase** 13:18
83:8 118:20
121:10 125:24
126:17 167:6
167:25 168:12
168:14
**increased** 82:13
83:16 117:23
117:23 118:2
119:13,18
121:3 125:11
125:18 159:25
163:23
**increases** 110:10
127:1 163:9
**increasing** 90:23
119:10,15
121:2,6,22
125:15 179:14
180:17,23
181:3
**incremental**
90:19 138:23

**independent**
158:21 159:2
**index** 35:1,3,4,5
35:7,8,10,14
36:17 102:8
183:24 184:2,7
**indexes** 102:12
102:13,19
**indicate** 83:14
134:2,4 143:18
152:8 167:24
**indicated** 8:7
**indices** 102:11
**indirect** 12:6,6
**individual** 136:4
173:13
**individuals**
78:17 130:19
132:19 133:10
135:21
**industry** 7:14
82:10,16 112:7
112:9 116:1,14
129:4 137:19
137:19,23
138:6,9 139:3
139:18 163:12
163:13 169:2
**influenza**
111:11 123:24
124:3,14,15,20
124:24 125:4
125:12,16,25
**information**
20:14 29:16
31:2 37:13,15
38:14 40:6,11
55:6,8 113:6,9
113:21 121:21
158:6
**ingredient** 21:11
21:15 107:16

**ingredients** 6:10
11:7,12,17
100:4 129:18
161:2 173:25
**inherited** 176:15
**inhouse** 13:9
**inhumane**
116:24 117:13
**input** 110:13,13
110:17 115:13
115:18,19
119:13,15,18
119:19
**inputs** 115:11
**inputting** 40:12
55:6,9
**instances** 164:1
**instantaneous**
73:20
**institute** 139:22
140:4,19 171:2
171:15
**instruct** 13:11
172:19
**interest** 99:23
**interested** 155:2
160:19,21
188:9
**interject** 48:3
127:23
**internal** 21:3
**internet** 147:12
**interpretation**
85:14 96:4
117:10
**interpreting**
125:6
**interrogatories**
5:11 6:19
29:23 30:3
48:18 130:5
**interrogatory**

130:8,9
**interrupt** 10:2
**inventory** 39:23
**invitation** 20:2
**invoiced** 62:7,19
**involved** 19:14
77:24 130:11
133:11 135:17
151:8 159:6
171:14
**isnt** 55:12 114:1
**issue** 139:11
147:8
**issues** 127:22
128:13 129:7
133:4 135:18
142:10 152:10
153:1 177:7,14
177:23
**item** 41:14,23
42:3,12,12,13
42:15,17,18,19
45:4 60:25
62:5 63:4,13
78:20 80:1,20
86:7 90:12
**items** 32:19
42:11,22 113:4
**ive** 29:17 49:14
58:2 64:23
80:5,25 90:15
100:20 105:16
113:14 136:10
146:15 150:17
153:19 172:14

**J**

**j** 53:3,4,7
**jason** 160:22
161:1,8
**javier** 6:23 16:7
23:19 130:25

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

14

161:6
jenner 2:3,9,10
8:15,18 13:9
15:4
jmonica 3:8
job 11:6,16
100:2
john 3:4 6:23
7:16,18 16:25
25:11 67:7,8
131:12,23,24
132:1 141:23
142:2,3,8
161:5 165:14
170:19 172:1,8
184:20,22
join 16:24
jose 5:21 7:18
67:3,5,6,9,25
131:20 132:2
165:14
josephine 136:1
136:3
joses 132:7
judgment 82:15
july 61:20 88:17
183:15
jumping 126:19
126:20
june 161:21
165:16 169:23

——————
K
k 60:4 187:3
kathleen 2:15
8:19
kathy 154:15
katie 7:10 66:17
109:13 128:4
150:22 151:12
184:18
katy 45:15

kclair 2:19
keep 68:2,6 95:7
109:10 139:3
keeping 138:18
kellogg 15:18
key 58:18
100:10 167:23
kg 45:12
kind 36:5 58:18
60:16 70:4
71:3,3 73:2
79:11 82:3
135:10 148:12
153:4
kinds 27:2 28:19
152:19
knight 132:10
132:11
know 9:25 10:15
10:19 19:15
23:24 24:3
26:17 30:23,24
30:25 31:3
36:23 37:1,22
38:12,17 40:24
41:14 43:7,11
44:13 45:1,11
46:20 47:20
51:9,14,15
53:15,16,16,22
55:18,19,20,21
56:11,11 57:1
58:20 60:4
61:8 63:17,18
69:10,23 70:14
70:15 76:20
77:9,14,14,21
80:16,23 84:5
84:5,11,12
86:15,17,23
87:4,23 89:12
89:14,14,15,18

89:20,22 90:2
91:9,10,12
95:23 96:8
99:5 101:7,15
101:17,18,21
101:22 102:3,5
102:10 103:21
104:5,5,11,18
107:17,19,25
109:1,2 110:23
110:24 111:13
113:3 115:2
118:18 122:23
125:8 129:10
130:2 133:4,10
133:12 134:14
134:17 136:16
136:16,19
137:12 144:3,6
146:7 147:21
147:22,23,25
148:6,13 149:1
149:12,14,17
156:8,16
157:10,12,13
157:14 159:1,7
159:9,10
164:15 170:4,8
170:8,10,14,18
170:18 171:16
171:17,18,19
171:22 172:15
172:17 173:11
173:15,22
174:3,12,16
175:25 176:2,3
178:14
knowledge 13:7
13:12,13 21:20
40:11 48:10
55:8 67:11
102:17 107:13

108:12,16,25
115:5,6,9
130:19 148:10
172:24 173:2
175:19 176:17
176:21 179:24
knowledgeable
20:13 99:15
100:5 123:14
136:14 142:9
142:12 163:7
known 140:8
knows 121:25
kra 66:19
kra00000019
6:22
kra00000039
6:22
kra00000342
7:13
kra00000343
7:13
kra00002537
6:11 93:11
kra00002554
6:11
kra00002859
5:8 19:8
kra00002872
5:8
kra00003479
6:24
kra000046530
7:15
kra00006025
6:16
kra00006162
7:17
kra00006165
7:17
kra00016957
7:7 145:14

kra00026656
7:19 165:13
kra00026663
7:19
kra0003479
142:6
kra00037478
5:18 60:5
kra00037485
5:18
kra00037654
5:16 54:17
kra00037667
5:16
kra004242470
7:9
kra00042468
7:9 146:14
kra00045324
37:20 42:9
kra00045809
6:8 92:14
kra00045810
6:8
kra00046260
5:23 76:3
kra00046315
5:23
kra00046488
6:12 97:20
kra00046509
6:12
kra00046529
7:15 157:25
kra00048928
6:6 88:4
kra00052823
7:11,11 150:16
kra00053263
64:18
kra00053509
6:14 99:12

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                        April 2, 2014

15

| | | | | |
|---|---|---|---|---|
| **kra00053512** | 52:17 54:20 | 122:15 126:16 | 180:15 182:17 | 157:24 |
| 6:14 | 55:22,22 58:12 | 127:22 128:14 | 183:1,8,15 | **laboratory** |
| **kra00053784** | 58:18 59:8 | 128:19,22 | 187:9 | 86:10 |
| 5:22 66:15 | 60:10,17 63:19 | 129:4,6,11 | **krafts** 18:10 | **land** 29:11 56:3 |
| **kra00053785** | 64:25 65:1 | 130:10,10,13 | 19:17 25:3 | **language** 145:17 |
| 5:22 | 66:4,7 68:6 | 130:18 132:15 | 30:2 67:12 | **large** 72:25 |
| **kra0005645** | 69:4,7,19,20 | 132:17,25 | 76:11 77:15 | 149:25 170:13 |
| 52:14 | 70:1,17 71:5,6 | 133:8,24 134:3 | 82:14 86:18 | 171:5 |
| **kra0006025** | 71:7 72:1,5,12 | 134:5 135:10 | 88:18 97:17 | **largest** 166:25 |
| 123:3 | 72:14,16,17,18 | 137:12,21 | 98:20 99:15 | **lashbrook** 68:3 |
| **kra19** 134:7 | 72:20 73:1,14 | 138:7,8,17,22 | 100:5 105:4,6 | 68:19 |
| 156:25 | 74:3,9 75:2,18 | 139:6,10,14 | 112:5 113:20 | **launch** 143:11 |
| **kra342** 153:18 | 75:20 76:15,18 | 141:11,12,13 | 117:6 118:15 | 143:17 |
| **kra6162** 160:15 | 76:22 77:6,9 | 141:25 142:4 | 119:21 120:9 | **lawsuit** 13:5,8 |
| **kraft** 1:10,15 | 78:10,21 79:4 | 143:14 144:7 | 121:23 122:3 | 60:11 |
| 2:11 4:7,17,22 | 79:6,11 80:8 | 144:12 145:21 | 123:14 124:2 | **lay** 29:11 48:4 |
| 5:2,9,17,19 6:2 | 80:11,14,18 | 148:2,6,16,20 | 125:14 127:4 | 56:3 |
| 6:8,17 7:2,14 | 81:3,6,8,13,14 | 149:12,15,17 | 127:10 130:16 | **layer** 82:13 |
| 8:15,18 9:3 | 81:17 82:2,16 | 149:21,24 | 130:17 137:6 | 123:22 |
| 10:25 12:4 | 82:17 83:6 | 152:6,10,24 | 140:17,21 | **layers** 124:3 |
| 13:5 15:18,19 | 85:17,23 86:9 | 153:4 154:2,4 | 141:1,6 142:13 | **laying** 95:25 |
| 16:9 17:22,23 | 86:19 87:1,9 | 154:9 155:3,7 | 148:11 151:14 | 117:15 118:3,7 |
| 17:24 18:10,13 | 88:1,7,15,24 | 155:20,22 | 155:1 156:6 | 118:7 124:16 |
| 18:15,18,20 | 88:25 89:4,15 | 156:1 157:6,12 | 159:7 162:2 | 137:9 |
| 19:14 20:5,23 | 89:25 90:1,2,8 | 157:13 159:25 | 166:18 168:11 | **lb** 57:16 |
| 21:10,14,17,19 | 90:10,22,23 | 160:6 161:10 | **kuntz** 6:15 24:1 | **learning** 120:20 |
| 22:7,18 24:9 | 91:7,10,13 | 162:7,10,15,21 | 123:5,13,20 | **led** 117:25 |
| 24:11 25:15 | 92:5,7 93:18 | 163:6 164:2,3 | 124:13 125:10 | **left** 116:22 |
| 26:5,8,12,15 | 93:24 94:3,6 | 164:23 166:1 | 126:14 | 173:25 |
| 26:25 27:6,10 | 94:20 95:6 | 166:10 167:17 | | **legacy** 176:15 |
| 27:17,23,25 | 96:24 97:10 | 167:18 168:10 | **———— L ————** | **legal** 8:2 16:4 |
| 28:20 29:9,21 | 98:13,16 101:1 | 168:13,15,19 | **l** 44:18 | **length** 151:16 |
| 31:14,14 32:10 | 101:10,15,21 | 168:23 169:1,7 | **lab** 86:7 | **lengthy** 23:8 |
| 32:24,25 33:20 | 102:6,17,23 | 169:8,10,16,25 | **label** 17:9,12 | 160:20 |
| 34:2 35:22 | 103:3,12,21 | 170:4,12,12,16 | 29:19,20 42:7 | **leonard** 3:12 |
| 36:4,9 37:11 | 104:25 105:7 | 170:20,24 | 64:18 99:11 | **lessons** 120:20 |
| 38:1,25 39:3 | 106:5,10,18,23 | 171:1,9,19 | 146:13 150:15 | 120:24 |
| 39:15,20 40:15 | 107:9,15 108:2 | 172:17 173:5,9 | 150:16 153:17 | **letter** 6:7 7:8,10 |
| 40:24 47:23 | 109:3 111:5,10 | 173:13,22 | 153:18 160:14 | 146:17 148:12 |
| 48:2,10 49:17 | 113:6 115:14 | 174:4,12,17 | **labeled** 19:7 | 148:24 149:1,5 |
| 49:22 50:19 | 116:11 117:22 | 175:1,17 176:3 | 37:19 66:15 | 150:21 152:2 |
| 51:4,7,11 | 119:12 121:18 | 176:17 179:14 | 123:2 136:21 | 152:21 168:7 |

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

16

169:22 170:5 170:17
letters 58:6 148:9
letting 148:25
level 12:24 120:7
levelling 118:17
license 1:25
lieu 88:14
limited 73:3
limiting 104:8
line 42:3 43:5 45:14 46:4,5 61:13 86:7 113:4 114:10 114:15
lines 45:7,16
link 155:11,13
linkage 153:4
linked 153:2
liquid 25:16,16 27:1,8 28:13 74:21 107:18 107:22,23 108:1,4 114:8 114:17 168:19
liquidegg 108:7
liquids 26:13
list 14:7,8,8 84:1 95:10 106:19 107:17,21 108:1,6 165:20
listed 19:21,23 19:24 33:4,10 41:25 59:5 131:17 146:20 158:5 167:20
listing 5:19 55:24 64:25 122:13
listings 63:4

lists 49:9 70:7 71:15 100:10 112:11 125:23 135:6 161:15
litigation 1:5 8:11 37:12 38:6,8 52:18 54:21 55:17 134:17 187:14
little 31:8,17 32:6 44:1,22 45:10 46:19 48:13 54:8 57:18 61:6 62:4 65:15 105:24 138:1 145:24,25 155:9 162:24 174:22
live 155:12
llp 2:3 3:3,12
load 53:17,20 71:12,13,20 74:21
locations 32:20 33:5
logo 133:24
long 11:24 38:9 58:21 73:16 77:18,21,22 81:9 104:14 109:15 110:25 178:14
longer 22:3
look 14:5 20:17 21:2 29:15 32:4 39:13 43:5 46:9 48:16 53:3,7 54:10,11 63:22 67:24 75:19,23 76:5 78:20

80:1,20 83:20 85:5 88:6,9 104:23 111:15 114:3 117:19 126:8 132:16 133:7 135:1 137:3 138:1 145:2 146:10 147:16 150:7,8 150:13 151:11 153:9,14 157:3 160:13 165:8 166:21 167:9 183:18
looked 22:8 52:22 63:20 65:8 152:2 164:2
looking 51:24 58:3 118:25 151:15 155:9
looks 20:2 33:9 38:1,14 39:13 45:17,24 53:8 53:12 54:25 56:18 62:12,19 64:4 75:17 85:3 94:24 95:1 97:13 99:6 114:20 116:6,11 123:9 136:22 143:1 147:15 148:16 148:17 150:22 152:5 154:6,23 161:8
lot 119:3 126:20
low 84:24 115:20
lower 115:18 155:9
lowerpriced

81:7
ludicrous 101:5
lunch 109:14 128:4,9

**M**

m 1:21 2:15 8:6 15:11,15 57:11 57:11 65:18,21 109:25 110:3 128:8,11 181:23 182:1 185:1
main 30:7 68:3 68:7
maintain 81:20
maintained 141:17 177:24
maintaining 177:12 178:17
makeup 159:2
making 9:16 13:5 136:17 170:3
managed 16:2,4 16:7,16 67:16 131:3 173:24 173:24 174:7 177:10 178:23
management 5:7 39:23
manager 11:17 12:4 23:2 40:7 40:8,10,14 78:14 123:5 131:2,23 146:21 149:2 154:7
manages 173:23
managing 11:12 120:18 122:7 131:7

maneses 16:7 23:19
manion 1:16 4:8 4:18 5:3 6:3 7:3 8:5,16 9:4 9:9 13:24 14:2 15:25 16:22 17:6 19:1 22:7 28:24 37:7,10 48:8,20 50:5 52:5,9,10,16 53:24 54:1 59:19,23 63:1 63:25 64:1,6 64:12,15,20 65:23 66:11,14 66:25 75:8,10 87:17,18,24 91:19,20 93:6 93:7,13 97:2,3 99:1,2 105:18 105:19 110:5 111:16 122:19 122:23,24 127:21 128:13 129:22,23 130:2 133:17 133:21,22 134:14 141:19 141:20 145:3,4 146:3,7 150:9 150:10 153:10 153:11 157:18 157:22 158:1 160:10,14 165:9,10 172:17,23 181:9 182:4,16 183:14 185:2 187:10
manner 55:8 64:9 152:6

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                April 2, 2014

17

**manufacturing**
5:19 27:11
47:25 64:25
65:1 66:3
73:21 74:14
76:19,23 175:9
175:11
**march** 110:24
**mark** 13:21
16:20 19:4
28:22 52:9
53:24 59:19
64:15 75:8
87:16 91:18
93:6 97:1 99:1
122:22 129:21
133:20 141:19
145:3 146:6
150:9 153:9
157:21 165:8
**marked** 13:25
16:23 19:2
28:25 37:6,8
52:11 54:2
59:24 64:13
66:12 75:11
87:19 91:21
93:8 97:4 99:3
122:20 129:24
133:18 141:21
145:5 146:4
150:11 153:12
157:19 160:11
160:14 165:11
182:16 183:13
183:14
**market** 35:20
69:23 72:21,24
84:24 102:8,10
108:16 110:8
116:17 118:16
121:9 123:11

124:14 166:15
166:15 168:1
179:2,5,16
183:24 184:2
**marketing** 12:7
139:21 140:3
140:18 171:2
171:15
**marketplace**
119:2,4 127:17
**markets** 92:19
92:21 96:16
123:20 124:8
**markowitz** 3:13
3:17 10:1,2,5,8
10:8,14 17:9
17:12,15 29:19
29:24 42:6
92:10,12 97:19
99:11 123:1
146:13 150:15
153:17 181:16
181:20 184:23
**marrese** 5:21
6:13 99:7
100:2,3
**martin** 1:16 4:8
4:18 5:3 6:3
7:3 9:4 187:10
**material** 20:23
79:16,17
**materials** 12:6
155:15,17
**math** 62:23
**matter** 56:20
115:17 149:21
151:16
**matters** 149:24
149:25 150:3
**matthew** 7:8
146:24 147:10
**mayer** 24:10

25:2,8 146:21
147:3,7 149:2
**mayers** 24:8,12
147:5
**mayo** 21:8
**mayonnaise**
18:22 25:25
27:19,20,24
73:23
**mcwilliams**
173:19
**mdl** 1:6
**meal** 112:12
**mean** 32:14 38:1
38:4 42:15
50:23 53:1
59:4 63:13
73:9,19 74:19
81:1 82:20
90:21 93:1
96:19 112:15
112:25 120:23
121:14,14
138:22 156:10
159:18 170:18
**means** 25:22
81:3 96:20
103:23,25
118:8 138:8
**meant** 139:10
139:14
**measure** 57:7,9
57:15 62:15,18
62:21
**measurement**
57:12
**meat** 6:9 24:12
24:23 25:1,2,7
129:1,9,9,10
129:13,19
131:21 132:8
132:13 157:7

**mechanism** 87:7
**mechanisms**
97:17 115:13
**media** 147:12
150:5
**meet** 14:22,24
15:3,17,20
71:8,23 72:6,9
73:4,11 74:6
74:12 80:21
81:5 166:18
**meeting** 20:2
72:2 118:20,21
**meetings** 171:20
**meets** 71:20
118:12
**members** 135:6
150:1
**membership**
152:22
**memories** 27:15
**memorized**
29:10
**meneses** 6:23
130:25 161:6
**mention** 184:1
**mentioned**
16:12 21:8
22:8 25:9 27:9
27:22 35:15
59:7 69:18
70:18 74:18
108:6 130:18
130:25 150:8
188:6
**mentions** 20:22
**meriggioli** 7:8
146:18
**met** 79:25
**mfi** 161:20
**mfis** 161:9
**michael** 3:18

6:15 10:3
33:13 68:4,19
86:18,22 93:18
93:25 94:6,8
95:5,7,15
96:24 97:10,18
98:17 106:20
123:20 124:13
125:10 126:14
143:3,10,16,21
144:19 161:3
164:24 165:5
183:16 184:3
**michaels** 33:23
**middle** 31:23
60:24 62:1
**mike** 24:1,5
123:5,13 136:7
**mills** 15:19
**mind** 109:13
178:18
**minimal** 125:20
**minimum** 69:20
**minneapolis**
3:15
**minnesota** 3:15
**minute** 146:10
160:16
**miracle** 21:8
**miscounted**
45:19
**missed** 140:23
**misstates** 183:5
**mix** 26:14,15,16
26:21 27:3,4
107:17
**moark** 30:10
**model** 104:2
105:1,5
**models** 184:12
**modifications**
97:22

HIGHLY CONFIDENTIAL

Manion, Scott Martin							April 2, 2014

18

modified 84:15
moment 19:8
  150:14
monica 3:4 4:10
  16:25,25
  164:12 172:3,7
  172:8 173:4
  181:1,9 184:22
monicas 173:1
month 170:1
monthly 92:18
months 73:19
  88:16 89:2
  113:16 152:1
moon 16:11
moring 2:14
  8:20
morning 9:9,10
morris 3:3 17:1
  172:9
move 81:6
  101:15,18,22
  101:22 120:15
  147:8 168:21
  173:21
moved 101:11
moving 105:21
  120:4 124:11
  167:25 168:15
multiple 74:1,1
multiplied 62:21

**N**
n 4:1
nabisco 176:16
name 10:2 22:3
  25:11 31:13
  56:4 64:19
  130:12 131:17
  136:10 172:8
named 150:21
  171:8

names 130:18
  135:13,19
national 95:22
  137:20 139:25
  140:4
native 54:16
natively 37:19
  52:13 60:3,6
  64:17
natural 43:6
  111:23
navigate 32:6
naya 16:11
nccr 140:4,19
necessarily
  70:23 79:5
  118:18 132:4
necessary
  120:21
need 10:20
  70:16 73:5
  79:22 100:24
  104:25 109:17
  155:22 177:18
  178:14 180:6,7
needs 69:20
  77:10 79:19
  107:15 137:24
negative 45:11
  45:12 46:8,9
  46:10
negotiate 82:18
  90:25
negotiated
  34:10 78:8
  79:3 85:16
  105:9
negotiates 35:22
negotiating
  77:24
negotiation
  78:10 105:14

negotiations
  77:16,18,20
  78:25 80:14,17
  81:24 82:1,22
  86:14,22 96:23
  161:13,14
net 46:10 47:1
  56:25 78:22
  96:19,19
never 14:23
new 86:8 87:10
  90:24,24 91:2
  127:25 135:19
  142:16,18,21
  142:23,23
  143:6,7 166:18
  167:4 168:11
  180:16,19
  181:6
newberry
  136:25
news 155:11
nick 7:8 146:18
nilla 21:9 27:12
  28:2
nodding 9:22
noncertified
  159:23 162:4
  176:19
nonfood 12:10
  12:11
nonuep 160:5
  176:20
nonus 32:25
noon 109:12
nope 18:24
normal 123:23
north 1:19 2:6
  8:8 17:24 21:5
  21:6 154:7
  187:8
notarial 188:12

notary 1:18
  187:4 188:19
note 100:10
  126:3 147:14
  148:2 161:15
  166:17
noted 121:12,18
notes 32:21
  92:17 96:11
  101:10 116:23
  122:8 125:18
  126:5 127:1
  132:17 135:3
  145:16 147:10
  155:14 158:20
  161:18,23
  166:24 181:17
notice 1:21 4:21
  14:17,22 17:22
  188:4
noting 125:10
  126:14
number 4:20
  5:5 6:5 7:5
  8:11 41:25
  42:5,22 45:15
  46:22,24 52:14
  54:17 58:6
  60:4,5,7 65:6
  65:10,11 66:18
  66:20 69:11,12
  73:1,19 92:10
  92:13 108:4
  117:23 118:8
  124:3 128:24
  130:8,9,18
  134:7 142:6
  144:16 145:14
  150:1 164:4
  165:24 181:3
numbering 32:5
numbers 5:6,11

  5:13,14,20
  6:19 41:14,15
  42:11 46:20
  65:3 123:23
  167:5
numerous 110:9
nutritionally
  49:10
nw 2:16 3:5

**O**
o 187:3,3
oath 9:15
object 13:6 57:2
  104:7 172:19
objected 14:20
objection 17:8
  47:12 59:3
  83:9 89:7
  101:3 140:11
  160:8 162:14
  164:12 168:17
  180:24 183:5
objections 5:10
  6:18 14:25
  29:22 130:4
objective 167:16
  167:20
observed 164:3
observing
  126:16
obtain 122:12
obviously 84:9
  129:10
occasion 72:3
occurred 151:20
october 30:11
  145:11,21
offer 81:4 88:15
  166:9
offered 14:21
  144:19

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

19

**oh** 33:3 45:17,19
63:25 66:21
**okay** 9:13 10:4
10:22 11:24
12:2,5,24 13:2
13:20 16:12,17
17:15 18:7,25
19:15 20:1,12
20:17,22 21:2
21:7,17 22:16
22:25 23:3,18
23:19 24:7,12
25:6 26:8,16
26:22 27:5,8
27:14,25 28:7
28:13,16,22
29:5,7,24 30:2
30:17 31:6,7
31:22 32:3,9
33:7 34:10,10
34:13 35:13,15
36:8,12,19,23
37:3,3,16 38:8
38:11 39:18
40:2,5,19,23
41:8,23 42:4
42:10,21,24
43:11,14,14
44:17 45:10,17
46:3,7,14,23
47:3,15,20
48:1,22,25
49:2,4,21 50:1
50:3,13,16
51:9,22 52:1,4
52:8,20 53:3
53:18,19,21
54:15 55:5,15
55:19 56:1,8
56:20,23 57:9
57:23 58:15,22
59:16,18 60:2

60:5,23 61:13
61:22 62:13,16
62:22,25 63:10
63:17 64:11
65:13 66:10
68:23 69:1
70:17 71:18,23
73:7,25 75:7
75:19 76:1,20
77:5,9,15 79:6
79:18,20 80:5
80:25 81:1
82:2,7 83:19
83:23 84:1,7
84:12,17,20
85:8,13,18
86:12 87:1,6
87:13,15 88:3
88:6,9 89:24
90:7,15 91:13
91:18 92:16
93:5 94:14
95:11,14,17,20
96:1,10,22
98:2,9,20,25
99:21,25 100:5
100:20,21
101:19 102:5
102:10 103:11
103:17 105:4
105:20 106:12
106:16,18
107:9 108:10
109:7 110:16
111:15 112:20
113:10,15,25
114:24 116:5
116:17 117:14
119:7,12,17
120:1,5,15
121:1 122:6,17
122:25 123:4,8

123:13,18
124:10,20,23
125:7 126:19
126:21 127:21
129:20 130:7
130:15 131:12
132:10,12,16
133:14,16,24
134:6,11,14,20
134:22 135:13
135:23,25
136:6,12 137:3
137:21 138:1
138:14 139:18
140:13 141:2,5
141:16,18
142:5,18,20
143:1,22 144:7
144:11 145:1
146:2,10,15,17
146:24 147:2
148:2,10,16
149:19 150:17
150:19 151:11
151:23 153:7
153:21 154:2,5
154:11,14
155:1,9,14
156:16 157:3
157:12,17,23
158:12,15,23
159:22 160:19
161:8,15
163:11 164:21
165:13,18,23
166:7,21
167:16 168:2
168:23 169:4
169:16,20,24
170:23,24
171:8,17,24
173:15,20

174:1 175:15
176:3 177:2
181:9,20
182:15
**once** 71:5
**ones** 68:20
135:14
**open** 68:14
**operation** 175:5
175:6
**operations**
122:9
**operator** 8:3
**opposed** 63:19
137:13 139:8
156:10 184:11
**option** 88:18
89:16,24
166:10
**options** 89:4
**order** 34:4,5,6,7
34:14 36:13,14
36:20,21 39:22
45:25 46:15
53:5,11 56:14
56:15 58:6
63:23 74:22
143:25 145:18
164:7 166:18
**ordered** 45:7
62:12
**orders** 39:25
40:1 55:25
63:5
**ordinary** 60:17
**organic** 49:10
49:20 50:3
66:2,4
**organization**
22:22 24:19,23
24:23,25 25:1
73:6 74:15

**original** 98:8
123:11,12
**oscar** 24:8,10,12
25:2,8 146:21
147:3,5,7
149:2
**oskaloosa** 33:18
33:19 34:2
68:19 176:10
176:10,11
**ought** 48:4
**outcome** 180:9
180:10 188:10
**output** 175:12
**outreach** 152:9
**outside** 13:12
101:4 173:2
177:12
**overall** 68:1
167:5 170:22
**overarching**
46:24
**overexpansion**
120:20,24
**oversupply**
117:25 118:2,5
**overview** 112:8
116:12
**owned** 24:10
67:15 181:4

---
**P**
---

**p** 4:22 128:8,11
182:1 185:1
**pack** 43:19
**package** 144:20
171:7
**page** 14:6 17:19
17:19 19:22
20:18,18,19
30:7 31:12,23
31:24 48:24

HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

20

54:11 60:24
63:14 75:20,23
76:5 78:19
82:8 83:24
85:18 88:6,10
90:11 93:20
94:14,18 95:2
96:10 106:3,4
111:16,17
112:7 113:10
113:11,13
115:23,23
116:3,4,10,11
120:16,16
130:7,16 135:1
135:3 136:20
137:3,4 151:4
157:3,4 160:21
165:23,24
166:6 167:9
183:17
**pages** 31:10,22
114:3,4 115:22
120:15
**paid** 35:23
169:7
**paragraph**
17:19,22 30:7
97:12 123:19
124:6 126:9
166:21 183:19
**parameter**
177:16
**parameters** 70:7
70:8,13 71:15
71:16 73:11
74:13,18 75:6
79:24
**pardon** 92:11
156:19
**parenthesis** 49:9
**part** 12:16,17

41:10 47:17
54:20 59:12
60:10 75:5
78:25 81:24
82:1 84:18
100:11 109:5
124:21,22
129:12,16
132:13,19
136:1 149:25
150:3 155:7
160:19,20
168:10
**participate**
171:1
**particular** 32:17
67:6 95:24
137:25 142:24
149:16 168:20
180:12
**particularly**
87:4
**parties** 78:9
81:21 93:19
105:14 188:2,8
**partly** 120:9
**parts** 100:23
**party** 81:4,15
86:15,23 89:12
**pass** 110:18
**passed** 119:22
**pasteurized**
26:8 108:24
109:6
**patient** 172:12
**paulos** 132:6
**pausing** 178:13
**pay** 79:10 80:11
86:3,9 89:16
162:7,17,22,24
**paying** 79:12
**payment** 78:20

78:21,22 79:2
79:7,21 96:18
96:20
**pays** 85:23
162:2
**pending** 187:10
**pennsylvania**
1:2 2:16 3:5
187:12
**people** 16:4,6
19:21 20:9,12
25:8 51:16,25
55:5 111:3
130:24 133:3
136:13 141:25
148:25 159:6
**percent** 76:11
76:16 85:3,6,7
85:9,20 86:2
112:11,15,16
112:22,25
183:1
**perfect** 12:19
13:14 21:22
22:6 25:13
32:13,18 33:3
35:15,21 43:16
44:4,7,21 47:9
65:13 80:1
128:6 144:24
**period** 23:6,9,11
23:17 24:14
35:19 49:21
50:14,17 69:5
82:5 87:2
88:25,25 89:20
90:3 91:16
101:4 102:24
103:4,7,22
104:9,13,17
106:21,25
107:1,7,11

110:21 111:1
111:12 114:22
116:19 119:5
129:7,15
132:18 171:21
177:22 182:10
182:11 183:2,9
**periodically**
20:6 139:1
**perishable** 75:4
**permits** 122:12
**pernu** 7:12
154:5 155:2
156:3
**person** 142:3
173:8,16,18
**personal** 177:8
**personally**
187:7
**personnel** 70:19
71:6,19 155:2
171:19
**perspective**
116:2 144:21
**peta** 146:25
147:3 148:9
149:13,22
152:2,6,21
**phase** 127:1
**phone** 10:3
52:12 54:15
76:2 93:10
152:7 157:1
**pick** 85:19
**place** 118:16
**placed** 63:23
64:5 163:4
**plaintiff** 4:21
30:8
**plaintiffs** 17:25
130:21
**plan** 152:18,20

170:1
**plans** 147:7
**plant** 5:12,14
40:3 41:19
44:9,11 45:9
45:24 46:15
58:4,12,12
64:19 65:7,11
71:20 175:11
175:12
**plants** 5:19 34:8
39:25 64:25
65:1 183:10,12
**play** 24:13
**played** 132:14
**players** 68:3
**playing** 116:18
**plc** 17:23
**please** 8:12,22
10:7 13:21
80:20 90:14
106:3 111:18
113:11 115:22
126:8 127:13
130:8 135:1
136:21 157:4
160:18 164:16
172:15
**plnt** 44:9 65:2
65:10
**plus** 100:14
**po** 37:21 55:15
**point** 38:25
49:19 66:6
67:25 69:4
76:25 101:1,23
173:14 181:12
183:23
**points** 7:14 20:8
20:13 100:10
164:4 167:23
**policies** 95:9,21

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                                      April 2, 2014

21

128:25 132:15
147:6 148:11
policy 6:20 92:5
92:8 94:20
95:6 128:20,23
134:23 135:17
137:6 138:25
139:7,16 141:6
145:20 148:3,6
168:24 169:2
population
124:16
populations
123:22 124:18
126:17
porter 3:3 17:1
172:9
porterwright
3:8
portion 77:12
77:12 129:14
147:2 175:6
portions 129:16
pos 5:15 54:12
63:20
position 11:10
11:14,15,20,25
12:13,15 23:3
140:18 162:17
171:11
positive 24:6
26:24 169:18
possessing
130:19,20
possibility 83:7
83:15
possible 104:1
134:15 181:11
possibly 94:12
94:12 130:19
potential 125:11
125:18,23

potentially
28:14 45:25
96:7 159:12,13
159:14
poultry 6:9
129:1 155:15
pound 34:18,20
34:21,21 44:3
44:4,6 57:5,16
61:23 71:10
85:3,4,12
pounds 45:8
powdered 25:17
27:9,10,11
28:3,4,5 36:7,8
power 20:8,13
136:17
pr 152:24
154:11
practical 81:2
practice 81:12
81:12
practices 99:16
100:6 147:7
149:16
precise 98:2
101:21
predominantly
129:8
prefaced 182:9
premium
161:23 162:3,7
163:2,4,14
preparation
14:11 20:9
133:6
prepare 15:25
prepared 14:16
14:19 20:12,14
37:23 38:12,13
preparing 30:2
presap 55:1

prescott 7:8
146:24 147:10
presence 187:20
present 2:1,23
3:1 23:15
188:5
presentation
156:22,25
president 161:2
press 155:19
pressure 116:23
pressuring
117:9,12
pretty 114:20
149:3
previous 16:5
97:17 167:9
price 13:18
34:15,17,17,18
34:21,22,25
35:2,4,8,9,11
35:16,18,23,25
36:15 47:1,18
56:25 57:5
59:12 62:15,18
69:12,16 74:15
78:5 80:8,21
81:6 82:23
85:10,11,22,23
86:16,20,24
87:3 88:24
89:1,6 90:2
92:22,24 96:10
96:14 98:21,24
103:24 110:8
110:10,12,14
110:19,23
111:2,3,6,11
111:14 113:15
113:17 114:8,9
114:9,17,18,21
115:4,7,11

118:10,23
119:22 120:25
121:9 127:11
127:18,20
159:25 162:3
162:18 163:14
163:18 164:10
166:13,13
169:7 179:20
183:19
priced 96:12
101:12 179:16
prices 83:8,20
88:15,19 89:16
89:17 90:25
93:2 96:11
98:20 103:25
104:20,23
110:12 111:21
112:3 117:25
118:12,19
119:9,10,19
120:11 121:22
166:24 168:10
179:14
pricing 14:16
34:13 57:11
68:2,6,9 80:1,6
82:9,16,19
87:7 88:11,14
88:19 89:5
90:5 91:5,7
92:16,18 96:15
97:16 98:3,6
98:14,17 101:2
102:6,11,12,13
102:18,19
105:2,5 116:14
124:25 125:23
126:12,22
127:6 178:17
178:19,20,24

179:2,6 183:18
primary 22:25
23:20,24 25:9
68:1 168:19
print 54:3,10
134:18
prior 12:20
39:14 90:19
97:13 176:1
183:5
prism 39:5
54:25 55:2,6
60:21
privilege 172:21
privileged 13:10
prize 57:1
probably 38:2,7
42:3 57:16,22
72:3 75:1
86:13 105:10
113:3 133:3
159:9 161:14
171:4 179:21
problem 41:12
66:23 72:1
proceedings
185:3
process 25:19
68:9 70:22,24
73:17,20 74:2
78:3 92:17
108:22 128:18
128:21 144:9
170:3 175:14
processed 1:4
8:10 187:13
processing
108:20 112:22
113:4 131:21
processors
120:20 122:8
procurement

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                      April 2, 2014

22

11:8,18 22:20
22:21,22,25
24:12,22,23,25
25:1,2,7 67:12
100:4,6 123:15
129:9,13 132:9
**produce** 37:14
94:11 107:14
107:21,23
108:1 162:23
**produced** 29:9
30:14 37:11,15
37:18,21 52:13
52:17 54:16,20
56:15 60:3,6
60:10 64:17
134:3,5,17
166:1
**producer** 77:13
94:9 176:20
**producers** 1:11
82:10 96:5
106:5 107:18
107:18,19
108:4,7,15
111:23 115:10
116:24 117:9
117:12,22
118:5 122:14
126:10,16
137:10 140:5
140:20 159:20
162:11
**producing**
112:17 166:23
**product** 6:10
22:9 25:24
27:1 31:24
32:4 33:22
34:20 42:15
43:3,4,7,9 44:5
61:4 70:7

72:24 73:2,22
73:22 74:16,17
74:24 75:3,4
75:18 76:5
78:14,23 79:19
82:8,14 83:17
84:2,9 85:20
87:25 88:11,16
93:17 96:21
107:18 109:4,6
121:17 143:6,7
143:9,15 144:5
144:22 161:19
161:24 162:4,5
162:12 163:2,5
166:10 175:18
176:18
**production**
19:17 119:9,19
158:7 166:25
167:6 168:12
**products** 1:4
5:23 6:6 8:10
18:13,18,20
21:7,9,10,14
21:20 22:13,19
23:1 25:14,25
26:12 28:18
31:18 36:5
43:10 49:7,15
49:18 51:24
52:2 56:5 71:7
72:13,14,16,17
72:20,21,22
73:14 76:12,17
77:11 80:9
90:19,24 91:1
91:1,2 92:23
94:4 106:18
107:11,15,22
107:22,23
108:2,18,24,25

142:25 144:13
144:23 157:7
159:16,19,22
159:23 160:2,4
160:5,7 162:23
162:24,25
165:5 174:3,17
175:1,2 176:4
176:13,14
183:2,9,10,12
187:13
**program** 6:21
126:23 127:6,9
127:16 134:23
147:11 163:8
175:4,8 178:3
178:10,21
179:13
**programs** 129:3
129:5 149:20
**promotion**
130:11,21
**property** 25:24
**proposals**
106:23 107:3,5
**proposed** 80:16
86:23,25 89:12
**proposing** 80:18
**provide** 33:21
33:24 36:6
88:24 108:3,17
160:1 162:11
162:23 165:5
**provided** 32:13
32:16 117:15
145:23 158:14
176:8 180:2
**provider** 81:7
**provides** 34:16
68:10 71:13
90:23
**providing**

116:11 161:8
180:10
**provision** 80:7
80:24 81:1,14
82:3,21 83:20
88:22 90:14,16
91:8,11
**provisions**
88:10 97:21
**public** 1:18
153:5 155:1,6
156:11 187:4
188:19
**publication**
101:13
**publicized**
147:11
**pull** 48:17
**purchase** 6:10
18:10,13 25:16
34:4,5,6,7,8
34:14 36:13,14
36:20,21 39:22
39:24 40:1,4
41:16,17,18,20
44:15 45:25
47:23 48:5,10
49:17 55:25
58:6 62:5 63:4
63:5,13 66:4,7
69:8 76:15
77:6,15,25
144:13 145:18
155:21 157:7
169:11 183:8
**purchased**
24:18 42:16
51:11,18,25
52:3 63:16
155:16 176:4
183:1
**purchases** 12:7

25:10,15 28:20
30:9 31:25
32:4,21,25
48:2 49:6 50:4
52:7 64:8 70:2
75:3 80:9
98:21 108:2
115:15 142:13
174:4
**purchasing**
11:11,22 12:7
12:8,22 22:9
22:14,18 23:1
23:21,25 24:13
24:16 25:4
41:2 50:19
51:7 91:13
99:15 102:14
107:11 129:12
142:15 169:9
174:13,17
175:1,17
**purpose** 38:5
**purposes** 49:16
**pursuant** 1:21
4:22 47:23
63:5 188:4
**push** 174:22
**put** 70:25 87:5
133:14
**puts** 72:14
**putting** 40:6
181:7

_____
**Q**
**q4** 126:12
**qualification**
73:16 74:2
**qualified** 73:5
**qualify** 73:17
143:23
**quality** 70:1,4,8

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                             April 2, 2014

23

72:6,9 73:4,6
74:3,7,15 76:6
78:5 136:9
**quantity** 44:23
45:7 46:9 47:1
47:4,5,6 53:4,5
53:8,12 62:6,6
62:7,10,11,12
62:17,20,20
76:7,8
**question** 9:24
10:18 17:18,21
23:10 50:22
53:14 57:3
98:3,5 101:6
103:11,18
104:5 126:3
130:17 140:12
154:15,20,23
156:17 164:13
172:20 173:1
175:23 182:9
**questioning**
181:11
**questionnaire**
147:4
**questions** 15:22
29:8 56:2
104:14 105:17
172:2,11
181:10,12,15
184:6,17,19,21
**quick** 109:17,23
150:13 181:21
**quickly** 60:24
160:13
**quotation** 98:22
**quote** 92:23

**R**

**r** 3:13 4:22
70:12,17,18

71:6 142:16
143:23 144:21
171:12,13
**raeford** 155:12
155:16,20
**raf** 33:10
**randy** 6:16
**range** 49:24
**rationale** 138:3
**raw** 20:23 79:16
79:17 155:15
155:16
**reached** 145:21
168:3 170:4
**read** 31:20 80:5
80:25 88:20
90:15 100:16
100:18,20,22
124:5,12
140:24,25
146:15 150:17
153:19 186:4
**reading** 83:17
83:18
**reads** 89:10
126:10
**ready** 155:22
**realized** 90:22
**really** 60:24
77:14 82:5
96:8
**reason** 11:3,5
40:19,22 55:11
55:14 72:10
103:3 111:25
113:19,25
121:6 136:12
149:25 150:3
174:9
**reasonable**
82:14
**reasons** 77:6

104:3 122:14
125:15 144:16
163:7
**rebate** 91:2,6,11
**rebates** 47:10,17
90:12
**recall** 28:14,15
38:13 51:8
64:23 69:13,14
93:3 178:22
179:12 182:4
182:18 183:21
184:5,7
**receipt** 79:20
96:21
**receive** 45:9
47:16 71:21
106:23
**received** 46:1
47:7 56:16
58:4 62:6,11
62:17,18,20
67:1 79:20
91:10 107:4,5
149:12 158:6
**receives** 149:22
**recess** 65:19
110:1 128:9
181:24
**recognize** 17:6
19:10 66:15
133:21
**recognized**
138:9
**recollection**
135:9
**recommendat...**
6:21 134:24
168:3
**recommendat...**
135:4 137:5,8
152:17 158:21

**recommended**
137:16
**record** 8:5,13
9:17 13:6,23
15:2,6,7,9,10
15:13,14 17:4
54:16 60:2
63:8 64:5
65:17,21 88:3
103:5 109:24
110:3 128:7,11
134:6 140:25
142:5 145:13
172:5 181:22
182:1 184:25
**records** 37:20
130:20
**reduce** 103:24
164:3 180:6
**reduced** 118:9
118:12,19
124:15,19,20
164:6 179:25
187:21
**reduces** 180:11
**reducing** 118:7
118:8 179:17
180:9
**reduction** 13:17
120:25 170:21
**ref** 64:19
**refer** 46:21 58:9
61:8,10 62:9
**reference** 50:22
119:8
**referenced** 50:4
63:6
**references** 97:12
**referred** 148:7
**referring** 94:25
168:5 182:21
**refers** 44:13

45:12 65:11
**reflected** 47:11
59:2 60:20
64:8 82:15
**reflection**
123:11
**reflects** 32:21
**reforecast** 123:9
123:10
**refresh** 135:9
**refusal** 81:10
**regan** 136:2,4
151:5,8
**regard** 135:18
**regarding** 5:7
82:18 130:20
137:14 151:13
161:9 173:10
177:7 178:9,20
**regardless**
121:15 125:8
**regular** 39:21
55:23 90:6
178:7,7
**regulatory**
122:11
**reinvent** 139:15
**related** 188:8
**relates** 1:9
178:21
**relations** 153:5
155:1 156:7,9
156:11,13
**relationship**
18:5 24:8 71:5
72:5,11 82:3
114:16 126:5
131:13,19
132:2 155:24
155:25 156:2
173:10
**relationships**

HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

24

131:7
**relative** 105:1
**relatively** 72:25
104:21
**release** 34:9
39:25
**relevance** 101:3
**relevant** 24:14
49:21 50:17
69:4 91:15
101:4 102:23
103:4,6 104:8
104:13 106:20
106:24 107:1
107:10 110:21
111:12 129:7
129:15 130:20
132:17 171:20
182:10,11
**reliable** 139:19
**reluctant** 120:7
120:10 122:8
122:14
**rely** 139:3
**remain** 97:24
120:7,10
**rembrandt**
68:24,24 69:14
182:6,13
**remediate** 72:10
**remember**
26:19,24
156:18 179:10
183:3
**remodel** 120:8
**renegotiate** 91:4
91:7 139:11
**renew** 166:10
**reopen** 82:22
**rephrase** 140:14
**replaces** 31:1
**repopulating**

126:11
**report** 5:17
60:14,16 63:19
63:22
**reported** 1:24
99:23 102:12
102:12,13
118:8 187:19
**reporter** 8:21
9:16,22
**reports** 102:8
**represent** 19:16
41:15 42:22
158:4 165:25
172:10
**representative**
11:1
**representing** 8:2
17:1
**represents**
43:12,18
**request** 34:15
68:11
**requested** 68:18
**requesting**
166:9
**requests** 157:14
182:5
**require** 74:13
99:14 141:13
142:9,12
162:22 169:12
**required** 71:16
82:10 95:5,7
95:15 162:11
165:4
**requirements**
74:12 76:11,16
136:24 163:22
164:8 166:19
168:11
**requires** 82:16

**requiring** 160:1
160:6
**requisition**
41:18
**rescind** 168:24
**research** 142:4
143:5
**reserves** 81:17
81:18
**resolved** 15:20
**respect** 69:10,14
131:1,25
**respective** 188:2
**respond** 9:21
148:8 152:6
155:23
**responded**
14:21 157:13
**responding**
123:20 124:9
148:3,17
154:24 155:10
**response** 117:11
130:16,17
148:14 153:8
154:15 155:6,6
**responses**
148:12 157:12
**responsibilities**
11:9,19,22
67:17 99:14
131:4,6 142:8
**responsibility**
12:16,17,21
22:18 23:1,20
23:22,25 24:24
25:3,9 40:5,15
129:6 173:17
176:25
**responsible**
11:11,22 24:1
24:3,21 55:7

67:7,8,15
78:11 99:19
100:3 123:16
131:10 173:13
173:16
**restate** 127:13
164:16
**restaurants**
140:1
**restroom** 109:23
**result** 77:16
80:13 83:16
96:23 111:22
118:5 168:14
**resulted** 167:6
**resulting** 82:13
90:18
**results** 147:11
**retail** 123:21
124:17
**return** 118:9
**returning**
151:13 152:7
**reusche** 6:14
99:7,8 100:9
**reusches** 99:17
99:18
**revealing** 13:2
114:24
**revenues** 32:10
**review** 14:11
19:8 20:9 80:4
80:23 90:14
161:9 181:16
**reviewed** 16:2
16:12 176:22
176:24
**revise** 138:25
**revision** 123:10
**rfp** 78:3
**richard** 2:4 8:14
16:3 30:4,5

**rick** 5:21 6:13
99:7 100:2,3
**right** 10:12,13
15:22 17:18
18:9,16 20:3
29:1,4 31:15
31:20 32:14,18
32:22 34:6
35:25 41:3
42:7,17,20
43:24 48:20
52:22 53:5
56:16,25 57:16
57:17 60:14
61:20 63:3
65:3 75:21,24
77:16 79:23
81:5,10,17,18
81:22 82:22
83:1,21 84:2
84:12 85:4,20
87:11 88:7,20
91:16 93:20,22
94:4,25 95:3
97:14 100:15
100:20 103:16
104:2 105:13
108:8 109:16
110:25,25
113:12 114:6
114:22 116:2
116:10,15,19
117:4,15,18
118:13 119:15
120:21 121:7
121:13,19,25
122:4,7 124:23
125:6 126:3
134:24 135:15
135:16 136:25
137:10 138:10
138:12,20

HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

25

139:12 141:13
143:24 144:1
145:18 147:12
147:16 148:4
148:23 150:24
151:2,5,9,24
152:7 153:1,3
153:3 154:9
155:17,23
156:4,12,12
159:20 161:3,6
161:10,24
162:5,8 163:19
163:24 164:5
164:24 165:3,6
165:16,19
166:19 167:7
167:14,17
168:7,16 169:9
169:14 171:25
172:1 175:22
182:20 184:16
**rights** 82:2
**ring** 38:21
**rise** 35:20 118:9
118:12
**risen** 111:21
**rising** 103:25
119:20 166:24
**risk** 5:7
**rojo** 5:21 7:18
67:3,5,6,11,25
131:20 165:14
**role** 24:13 131:1
131:4,14,18,24
132:3,4,14
142:15 154:11
**rolled** 59:8
**rose** 3:9 17:2
33:10,12,23
68:3,18 75:17
75:21 76:10,19

77:3,7,11,12
77:20 80:9,9
80:14 81:4,10
81:19 82:4,21
83:6 85:17
86:10,14 87:2
87:10 88:1,7
88:23 89:3
91:14 92:8
94:4,10 100:14
106:19 143:23
144:4,10,19
166:8 168:5,9
168:16,18
169:11,13
170:5,17
172:10,18
173:6,11 174:4
174:13,18,19
174:25 175:2
175:16,18,25
176:19 177:3,6
177:11,21
178:3 180:3,4
180:14,16
182:17 183:3,9
183:23
**roughly** 12:1
**route** 169:8,8,10
**row** 21:3 112:8
116:7,8 118:11
**rows** 46:9
**rpr** 1:24
**rules** 9:14
**rush** 95:19

――――
**S**
**s** 2:5 5:9 6:17
29:22 136:24
**sales** 161:2
**salt** 26:13,17,20
61:14 84:21,24

86:1,5
**salted** 26:12
85:21
**saltyolk** 86:2
**sansari** 2:10
**sap** 38:21,24
39:1,4,16,20
39:25 40:6,21
42:3,11 51:4
55:3 65:6
**sarachman**
136:7
**sarah** 2:5 8:17
16:11
**satisfied** 98:16
**savings** 91:5
**saw** 120:13
151:9 165:4
**saying** 19:20
124:13 143:14
181:17
**says** 19:15,18
20:20 21:3
30:8 31:13,24
32:13,19 49:6
56:21 67:25
78:21 82:9
85:2 88:14
90:17 92:5
94:19 96:18
97:21 101:5
111:21 112:9
112:12 113:15
118:11 120:7
120:19 121:3
122:10 123:20
125:19 138:6
138:14 143:25
144:2,9 148:2
154:20 155:11
157:5 161:25
166:20

**scale** 90:22 91:5
91:8
**schedule** 84:20
**scheduled**
169:22
**science** 13:1
**scientific** 13:1
136:7,9 158:22
159:2
**scientists** 139:15
**scott** 1:16 4:8,18
5:3 6:3 7:3 8:5
8:16 9:4 45:21
63:24 182:20
187:10
**screen** 8:7
**se** 105:12 133:5
**seal** 188:12
**search** 19:16
**second** 4:21 5:6
6:18 21:2
42:12 56:15
78:19 80:4
82:9 88:10,13
97:12 100:9
111:20 116:8
117:19,20
123:19,19
124:6,11 126:9
130:5 138:5
143:8 151:4
158:17 165:20
166:21
**section** 136:23
138:2
**see** 14:6 26:19
30:8,15,16
31:16,25 32:1
32:7,9,23
39:12 41:25
44:2,22 45:17
45:21 46:7

49:5,11 53:9
53:10 57:18
58:8,15 60:25
61:1,6,11 62:1
68:4 78:23
82:9 84:1,20
84:23 85:20
88:14 92:4,6
92:17 94:19,22
100:11 101:13
106:4,16,22
111:23 112:8
112:13,23
113:18 114:4,6
114:12,14
116:6,23 117:3
119:8,21,24
120:6,18,21
121:2 124:1,25
126:11,12,13
126:24 127:2
130:13,22
133:24 135:3,8
135:21 138:2,5
143:12 146:25
147:1,19,20
148:4,18,18
151:4,17 154:6
154:11,16,19
157:8 158:1
160:24 167:1,2
174:22 183:19
**seeing** 146:8
**seen** 14:2,4,8
29:18,25 37:25
38:2 64:20,22
64:23 75:14
91:24 93:13
97:6 100:17
139:19
**segments** 74:1
**select** 68:16

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

26

selected 16:14
sell 18:15,18
  34:2 108:23,24
  110:15 160:7
  169:13
seller 78:22
  82:17,18 88:15
  90:17 95:14
  110:14
sellers 102:9
selling 110:19
  174:25
senior 11:17
  99:9 132:3
  154:7
sense 35:21 39:6
  46:12 105:11
  115:16,21
  119:7 121:8,10
  126:8 139:6
  153:4 162:21
  179:19
sent 158:11
  170:12
sentence 49:5
  82:9 83:19
  88:13 111:21
  122:10 124:11
  126:10 132:16
  143:8,22
  151:12
separate 21:25
  24:21 34:6
  71:3,4
series 46:20
  65:3 120:3
  184:5
seriously 152:10
  152:12
service 22:2
  74:13,18 75:6
services 8:2 12:7

12:7
session 20:3,6
  20:10
set 5:10 6:18
  18:9 29:23
  37:3 87:14
  98:21 130:5
  163:3 170:13
  188:11
settlement 30:10
sevenmonth
  61:18,19
shared 149:6
sharon 3:13,17
  10:2,8 184:20
sharply 111:21
sheet 186:8
shell 18:10,15
  107:17 108:21
  108:22 123:21
  124:18
shellegg 108:7
  108:15
shes 173:20
shop 81:8
shopping 81:13
short 43:2
shouldnt 79:16
show 39:9 114:7
  117:20 118:4
  118:15 182:15
  183:13
showing 106:4
  120:5 121:5
shown 182:18
shows 62:17
  114:8 116:17
  165:18
side 84:24
sign 164:23
signature
  186:12 187:25

signed 75:20
  88:7 93:19
  186:8
significant
  20:23
similar 52:21
  56:2 78:7
  115:14 131:24
  149:20
similarly 55:7
simply 57:3
  169:1 177:24
single 63:23
  122:1
sir 174:16 179:4
sit 174:8 179:23
site 73:21 74:14
  175:10
sites 76:19
situation 118:2
size 43:19 164:6
  179:18 180:1,7
  180:9,11,17,23
slip 23:15
small 33:19,20
  36:3 49:19
  50:4 54:10
  176:9,12,14
smaller 54:4
snacks 21:21,22
  22:13 27:13
society 149:15
  149:18,23
  150:8,23 152:9
softening
  125:19
sold 72:23 76:18
  77:2
solicit 34:15
solicited 81:15
solids 44:2
soon 174:24

sooner 10:9
sorry 10:8 17:11
  42:6 50:21
  66:17,22 96:13
  140:23 159:4
sort 123:10
sought 182:5
sourcing 68:1
south 3:14
soybean 112:12
soybeans 113:11
  113:17 114:9
  114:18,21
  115:4
space 117:15
  127:2 163:23
  164:7 180:7,11
span 56:19
sparboe 68:22
  69:10 182:6,12
speak 170:19
speaking 28:19
  78:1,2 121:16
spec 86:8
specialty 48:5
  48:12,13 49:7
  49:14
specialtytype
  48:2
specific 28:18
  68:11 95:15
  98:5 107:14
  108:1 110:23
  137:19 138:7
  156:13
specifically
  50:10 55:17
  59:1 72:18
  92:25 111:13
  131:5
specification
  70:6,6,11,12

70:14,24 71:16
  71:21 74:6
  108:4 109:5
specifications
  26:15 27:5
  71:8,24 72:18
  74:7
specifics 151:21
  179:11
speculate 56:14
speculation 46:5
  140:11
spoke 16:4
  166:15
spoken 10:9
ss 187:2
stability 105:1
stable 104:21
stage 161:20
stakeholders
  21:3
stand 14:24
standard 52:2
  53:19 72:21,23
  72:24 95:15
standards 70:1
  70:4 71:21
  72:2,7,9 73:5
  74:4 79:23
  82:11,17,24
  83:7,15 137:13
  137:13 138:9
  139:18 158:20
standardtype
  73:13
stands 84:11
start 11:14
  61:10,11
  118:12,20
  149:3
started 11:15
  102:6

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                        April 2, 2014

| | | | | |
|---|---|---|---|---|
| **starting** 127:25 | 124:17 | 156:2 168:19 | **supports** 33:1 | **take** 10:20 15:21 |
| **starts** 124:8 | **structure** 17:22 | 176:4 177:11 | **sure** 10:5 18:6 | 19:8 32:24 |
| **state** 160:3 | **subclass** 31:18 | **suppliers** 26:1 | 24:6 38:19 | 38:4 49:1 |
| 187:1,5 | 49:6 | 33:2,4,10 52:3 | 41:10 42:9 | 73:17,19 74:20 |
| **stated** 152:21 | **subject** 128:1 | 68:7,16,17,22 | 45:3,16 46:17 | 74:23 77:18 |
| **statement** | 181:10 | 69:22 70:19 | 50:24,24 71:7 | 80:4 81:6 89:1 |
| 132:23 139:17 | **submit** 69:3 | 72:2 73:1,3,9 | 79:23 86:25 | 90:17 95:19 |
| **states** 1:1 74:5 | 79:7 | 74:24 81:14 | 97:20 100:18 | 96:13 100:18 |
| 80:7 125:5 | **submitted** 30:9 | 98:23 105:7 | 109:19 111:8 | 109:8,17,22 |
| 143:8 149:18 | **subsequent** | 115:12,16 | 125:5 131:23 | 120:23 128:4 |
| 167:8 187:11 | 97:23 98:8,10 | 131:19 136:24 | 140:14,17 | 145:2 146:10 |
| **stating** 166:8 | 98:11 138:17 | 138:8,18 | 149:5 154:1 | 146:10 150:7 |
| **status** 177:25 | **substantial** | 141:14 142:16 | 173:12,20,23 | 150:13 151:11 |
| 178:17 | 173:6 | 142:17,18,21 | 175:21 | 153:9,14 |
| **stenographica...** | **sued** 172:17 | 142:21,23 | **surmise** 121:14 | 178:14 181:17 |
| 187:19 | **sufficiently** | 154:16,22 | **surprised** | **taken** 1:16 |
| **step** 15:21,21 | 98:16 | 155:4 156:4 | 170:16 | 50:10 51:10 |
| **stephan** 2:24 8:1 | **sugar** 26:23 | 160:1,6 162:16 | **survey** 98:24 | 65:19 77:23 |
| 10:10 | **suggested** 86:15 | 162:18,22 | 102:8 | 89:19 110:1 |
| **steps** 50:10 51:9 | **suit** 188:9 | 163:3 164:4 | **surveys** 92:24 | 128:9 137:18 |
| 51:16 77:24 | **suite** 3:5,14 | 176:7,8,15 | **susan** 7:16 | 152:10,12 |
| 126:16 | **summary** 20:20 | **supply** 5:23 6:6 | **sveum** 136:9 | 181:24 |
| **steven** 171:9,11 | 64:6 168:13 | 13:18 33:4 | **swear** 8:22 | **talk** 9:20 122:6 |
| 171:14 | **summer** 15:5 | 69:19,20,23 | 59:17 | 130:24 158:17 |
| **stinson** 3:12 | **supervisor** 67:7 | 75:18 76:10 | **switch** 39:15 | 159:15 173:9 |
| **stinsonleonard** | 67:10 100:4 | 87:25 93:17 | 65:14 104:25 | **talked** 30:4 |
| 3:17 | 132:7 | 110:10,22 | **switched** 51:4 | 40:25 68:20 |
| **stock** 118:7,7 | **supplier** 32:11 | 116:18 117:21 | 176:18 | 74:8 123:13 |
| **stop** 159:25 | 32:13,15,16,24 | 117:24 118:9 | **sworn** 9:2,6 | 145:9 151:1 |
| 160:6 | 33:1,19,20 | 118:11,12,17 | 187:16 | 162:1 171:2 |
| **straight** 177:21 | 34:16,16 36:3 | 118:19,20,21 | **syd** 147:15,15 | **talking** 23:10,17 |
| **strategies** 67:12 | 47:8 68:10,14 | 118:22 120:19 | 147:25 148:17 | 104:13 156:11 |
| 67:19 | 68:15 70:9 | 122:7,9,15 | **system** 38:17,19 | **talks** 30:12,13 |
| **strategy** 5:8 | 71:6,13 72:4,6 | 124:14 126:15 | 38:21 39:1,4,5 | **tanker** 53:17,20 |
| 19:13 68:1,1 | 72:8 73:17 | 144:15 154:7 | 39:16,20,23,23 | 71:12,19 |
| 167:14,21,22 | 74:6,10,11,21 | 163:17 164:8 | 40:6,21 47:7 | **tankers** 74:20 |
| 168:3 | 76:17 77:25 | 166:11 170:22 | 51:4 54:23,25 | 74:22,23 |
| **street** 1:19 2:6 | 78:4,5 94:7 | 176:18 182:16 | 55:2,3,6,13 | **task** 133:1,9 |
| 3:12,14 8:8 | 95:12 110:18 | **supplying** 5:12 | 58:11,20 60:21 | 135:5,6,11 |
| 187:8 | 110:18 131:7 | 5:14 | **systems** 38:15 | 136:18 137:5 |
| **strike** 174:14 | 131:11 132:2,3 | **support** 78:6 | | 151:9 159:7 |
| **strong** 123:21 | 132:5 155:25 | 179:24 | ——— **T** ——— | **taylor** 160:22 |

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Manion, Scott Martin
April 2, 2014

28

161:1
te2m 61:14,23
61:24
team 133:5,12
tech 136:9
technicaltype
70:18
technologies
142:23
telephonic 15:3
telephonically
3:1
tell 37:19 58:3
62:2 65:11
83:24 134:19
167:13
telling 43:20
168:9
tells 83:20
temperature
70:14
ten 73:8,10
78:22
tense 23:15
term 6:12 78:25
79:4 80:13,16
80:19 81:24
88:17 89:12
92:2,3 97:9,10
169:13
terminate
169:23 170:14
terminates
170:2
terms 79:2 81:2
92:4 94:19
96:18,22 98:17
152:17 170:6
testified 9:6
testify 14:17,19
125:9 187:16
testifying 9:15

10:24 18:1
testimony 11:4
59:10 127:12
183:6 186:5,6
187:18,23
188:11
testing 70:16
71:6,15 86:13
tests 70:15
texas 180:19
text 43:2
th 57:13
thank 17:15
19:6 25:6,13
44:7 52:4 54:3
61:25 62:22,25
64:3,3,11,16
66:22 75:12
76:8,8 87:20
91:22 93:9
117:1 129:25
130:15 141:2
145:6 157:23
174:1 181:9,13
181:20 184:24
thanks 10:12
29:24 151:13
153:18 172:12
thats 15:23,23
17:19 18:7
20:1,4 21:12
22:6 23:3,5
24:7,21 25:5,6
26:5 28:16
30:6,25 31:4
31:21 35:3
37:3,16 38:9
38:23 39:5,11
42:24 43:4,16
43:17,19,20,25
44:7,11,18
46:17 47:5,7

48:6 52:4
53:23 57:16
58:1,22,24
61:17,23 62:25
65:4 73:13
78:16 79:2
82:7 84:3,7,12
85:14 87:12
88:21 89:11
92:9 95:1
100:24 101:18
103:16 105:3
105:10,23
106:11 107:2
109:20 112:1
114:15 115:23
116:10,16,21
117:1,5,18
121:18 126:2,5
126:21 132:21
132:22 139:17
141:5 143:25
144:2,2 147:24
151:23 153:2
155:18 157:4
159:5 161:25
162:1 163:25
164:22 165:17
166:20 167:8,8
171:17,24,24
175:13,20,22
175:22 182:23
thereof 188:10
theres 11:5
14:14,24 23:8
26:13 29:20
30:20 32:5
33:1 34:6,7
41:8,14 45:11
46:20 48:19
52:24 53:12
56:18,19 74:1

83:15 86:7
95:1 106:14
113:3,25
114:19 125:10
127:19 128:24
147:14 151:4
158:1 160:21
165:20
theyre 33:15
45:1 71:3,3
94:25 128:18
166:17
thing 26:17 53:1
69:16 148:23
152:23 177:17
things 70:15
152:19 169:7
178:18
think 15:19,20
18:25 21:13
26:19,20 38:23
39:8 40:19
42:2,6 44:18
48:15,23 51:3
55:11 56:22,24
70:24 72:3
77:8 112:2
113:25 122:17
147:18 148:25
152:13 162:15
164:19 182:23
thinking 178:12
third 20:19
41:13 42:13
81:4,15 112:8
114:15 120:19
126:10 165:21
166:6
thought 43:17
three 88:16
100:23 161:16
tim 132:10,11

time 8:6 12:20
20:14 23:4,6,9
23:17,20 24:14
35:19 36:24
38:9 40:12
49:1,21 50:12
50:14,16,17
51:6 55:9
56:19 58:21
59:13 65:15
67:7,9,13,18
67:18 69:4
71:1 75:2,5
82:5 83:3 87:2
88:25,25 90:3
91:16 94:1,3
95:19 96:13
100:18 102:23
103:4,6,22
106:20,24
107:1,6,11
110:21,25
111:4,12 112:3
112:4 113:7,9
116:20 117:6
119:6 120:4
121:21 122:16
123:6,15,17,22
124:18 125:16
126:15 127:5
128:3,6 129:3
129:7,15
132:17 146:8
146:22 168:20
168:24 169:25
171:21 174:20
174:21 175:22
177:8,8,10,22
177:22 178:23
179:21 180:13
180:22 183:23
times 62:24

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                        April 2, 2014

29

| | | | | |
|---|---|---|---|---|
| **title** 11:6,16 | 54:20 60:10 | 111:16 113:10 | 158:20 159:15 | **understand** |
| 29:21 37:21 | **transactions** | 115:22 130:7 | 159:22 160:2,4 | 9:17,24 10:18 |
| 54:11 60:13 | 47:11 59:1 | 130:15,16 | 160:7 161:19 | 10:24 13:17 |
| 78:14 134:22 | **transcript** | 133:14 183:17 | 161:21,24 | 23:23 24:2 |
| 146:20,21 | 187:23 | **two** 11:15 27:3 | 162:4,13 163:5 | 29:12 30:19 |
| 154:6,12 | **transcription** | 31:22 56:10 | 163:22 167:4 | 31:21 35:9 |
| **titled** 65:9 80:20 | 186:6 187:22 | 58:6 68:21 | 169:13,17 | 41:10 46:18 |
| 94:15 112:7 | **transition** | 76:18 77:2 | 170:21 174:5 | 48:11 57:3,13 |
| 113:11 116:1 | 161:20 | 89:4 93:4 | 174:10,13,19 | 62:8 63:3 66:2 |
| **today** 8:22 9:15 | **transportation** | 105:14 176:8 | 174:25 175:9 | 68:9 76:18 |
| 10:25 11:4 | 112:23 | 178:18 | 175:12,13,17 | 77:4 86:21 |
| 16:1,18 18:1 | **treat** 128:20 | **twoweek** 56:19 | 175:25 176:5 | 90:2 91:17 |
| 49:16 116:15 | **treated** 128:18 | **type** 20:5 33:22 | 177:11,13,15 | 92:22 98:15 |
| 133:7 163:22 | 157:8 | 33:22 36:13 | 177:25 178:3 | 113:5 116:20 |
| 164:2 174:8 | **treatment** 82:11 | 42:15 43:3,20 | 178:10,21 | 118:22 121:20 |
| 179:23 | 82:12,25 | 55:16,22 61:4 | 179:8,13,16,17 | 132:14 138:22 |
| **told** 15:17 | 116:24 117:13 | 67:22 82:24 | 179:25 | 141:8,15 |
| **top** 20:20,22 | **trial** 9:18 | 100:14 104:2 | **ueps** 126:23 | 158:24 159:18 |
| 32:18 60:13 | **tribune** 100:23 | 107:14 152:23 | 127:5 176:22 | 172:14 173:7 |
| 67:24 82:8 | **triggers** 79:21 | 170:1 | **uhhuh** 19:9,19 | 179:2,5,22 |
| 84:2 106:5 | **true** 38:9 112:1 | **types** 25:14 | 20:11 38:22 | 180:25 |
| 111:20 120:7 | 154:20 186:5 | 31:19 49:11,17 | 39:10 46:7 | **understandable** |
| 133:24 147:14 | 187:22 | 64:8 66:7 | 48:9 49:13 | 42:24 |
| 147:19 153:22 | **truth** 187:16,17 | 72:12 76:17 | 54:18 71:2 | **understandably** |
| 154:14 | 187:17 | 84:2 108:1 | 80:3 84:10 | 111:1 |
| **topic** 137:4 | **try** 9:20,20 | **typewriting** | 85:8 90:4 | **understanding** |
| **topics** 14:7,17 | 143:23 172:15 | 187:21 | 94:23 102:22 | 13:4 64:7 |
| 14:20 136:14 | 181:21 | **typically** 34:20 | 108:13,21 | 102:7 112:2,5 |
| **topinka** 6:23 | **trying** 29:12 | 35:2 36:21 | 111:19 114:23 | 117:6 118:15 |
| 141:23 142:2,3 | 39:6 105:21 | 56:18 68:8 | 116:9 119:3 | 119:6,12,22 |
| **topinkas** 142:8 | 119:1 121:8,10 | 78:8,11 79:13 | 121:1 123:25 | 120:10 121:24 |
| **total** 32:10 91:2 | 121:20 122:5 | 80:18 111:3 | 125:22 126:18 | 122:3 124:2 |
| **tote** 61:23 | 144:9 179:1,5 | 148:8 170:12 | 130:14 146:12 | 125:14 127:4 |
| **towit** 187:6 | 179:19,22 | | 149:4,21 150:6 | 127:10 132:24 |
| **track** 111:5,10 | **turkey** 96:3 | **—— U ——** | 153:7 156:23 | 144:17 147:5 |
| **tracked** 111:13 | 136:25 137:19 | **u** 57:11,11 | 161:22 162:21 | 162:2 175:4,8 |
| **tracks** 114:20 | 137:20 | 136:24 | 166:17 169:4 | 175:13,15 |
| **transaction** | **turkeys** 155:13 | **ub** 84:24,24 | 169:24 174:2 | 177:20 |
| 41:21 57:1,5 | **turn** 14:6 30:6 | **uep** 117:4,8,11 | **uhhuhs** 9:22 | **understands** |
| **transactional** | 31:7 32:3 56:1 | 117:14 127:9 | **ultimately** | 137:24 |
| 30:13,21 31:1 | 71:24,25 78:19 | 127:15 143:11 | 104:18 | **understood** 15:3 |
| 37:11 52:17 | 94:14 105:15 | 143:16,19,21 | **uncommon** 72:4 | 23:12 28:21 |

HIGHLY CONFIDENTIAL

Manion, Scott Martin                                    April 2, 2014

30

29:14 117:22
122:15 142:14
175:24 177:15
**undetermined**
187:11
**unique** 15:18
**unit** 20:25 21:1
21:18,21,23
22:4 24:10
46:25 57:7,9
57:12,15 62:15
62:18,21 99:10
99:23
**united** 1:1,11
96:5 125:5
137:10 140:5
140:19 149:18
159:19 187:11
**units** 21:19
22:12 149:10
**unpasteurized**
26:10 108:25
**upper** 85:20
116:22
**urner** 34:25
35:4,8 36:17
82:15 84:25
85:1,22 86:15
86:20,24 87:3
92:18,21 93:2
96:12,16 98:21
101:13,25
102:2 166:14
183:24 184:1
**urnerbarryba...**
98:13 102:6
**usa** 161:2
**use** 18:20,22
21:19 22:13
23:15 27:10,11
27:17,23 34:17
39:3,20 43:9

49:15 58:11
65:10 73:12
86:19 101:1
103:3,12,13
105:5 115:14
145:18 151:14
**uses** 21:14 27:19
72:13
**utilizing** 138:6

_____

**V**

**v** 1:11
**value** 46:10 47:1
62:6,7,7,11,14
**values** 44:25
53:7,13
**variable** 88:19
**variance** 53:12
**various** 22:7,12
28:19 92:23
122:13
**vary** 77:19
**vegetarianfed**
49:11
**vendor** 5:12,14
56:4
**vendors** 56:5
**verb** 140:22
**verbally** 9:21
**version** 19:17
22:3
**versions** 95:8
**versus** 138:7
**vice** 161:2
**video** 8:7,13
155:13
**videographer**
2:24 8:1,21
9:16 10:11
15:10,14 65:17
65:20 109:24
110:2 128:7,10

181:22,25
184:25
**videotaped** 1:14
8:4 185:1
**virus** 111:11
**vocal** 150:4
**volatility** 103:24
**volume** 4:2
32:10,16 43:18
43:23 69:20,24
74:8 90:12,19
90:20,23,24
91:2

_____

**W**

**wafers** 21:9
27:12 28:2
**wait** 170:13
**waived** 188:1
**walk** 41:8 60:23
**want** 10:1 20:17
21:2 30:17
35:16 41:9
48:3 78:13
98:4 100:8
109:9 115:1
120:11 124:12
128:17,17
150:5 152:24
158:17 159:15
160:13 172:15
**wanted** 30:6
46:17,25 148:3
148:17,18
**wants** 152:13
**warehouse** 62:1
**washington**
2:17 3:6
172:10
**wasnt** 158:16
170:16
**way** 31:20 48:15

52:19 55:3
58:3,5 81:13
81:21 89:10
105:10 140:9
164:9 188:8,9
**ways** 81:22
**weak** 121:3,5,13
**weaker** 121:15
**wednesday** 4:4
**week** 151:17
**weekly** 101:12
**weight** 45:4,4,6
53:20 57:19,20
**welfare** 6:20
83:7 92:5,8
94:20 95:6,9
95:21 116:23
117:9,12
126:23 127:5,9
127:16,21
128:13,20,22
128:25 129:7
129:10 130:12
130:13,22
131:1,5,9,13
131:25 132:15
132:18,20,25
133:1,4,8,12
134:23 135:5
135:11,18
136:17 137:6
137:14,24
138:7,16,24
139:7,11 140:5
140:20 141:6
142:10 145:17
145:20 147:4,6
147:6 149:13
149:16 151:9
152:10 153:1
155:3 156:6,24
159:7,20 163:8

163:22 164:9
166:14,18
168:11,24
169:2 177:7,14
177:23
**went** 89:20
129:18
**weve** 52:3 72:20
156:10 160:14
162:10 163:21
164:19
**whats** 12:24
30:20,21 37:5
97:19 119:2,4
120:5 140:22
148:20 170:11
**wheel** 139:16
**whereof** 188:11
**whip** 21:8
**whites** 28:13,13
61:14
**wholeegg** 27:3
**whos** 99:8
135:20 142:2
153:25 173:13
**wildly** 147:11
**william** 132:6
**willing** 110:14
162:7
**withdraw**
164:19
**witness** 4:6 8:23
9:1,5 45:22
47:13,15 54:3
63:25 75:12
87:20 91:22
93:9 106:9,12
109:17,22
129:25 140:13
145:6 172:20
187:15,19,20
187:24

HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

31

**wont** 148:3
**word** 92:25
184:10
**words** 28:3
80:11
**work** 70:18,21
80:6 81:12
88:22 90:16
113:23 139:4
142:22,22
143:5 144:4,10
154:2
**worked** 12:3
30:4 144:23
**working** 20:3,5
20:10 127:17
133:3 135:10
143:23
**works** 80:24
81:11 109:15
142:3,16
150:22 154:3
**wouldnt** 30:24
59:4,5 72:19
138:23
**wright** 3:3 17:1
172:9
**writes** 151:12
154:15 156:3
**written** 5:15
54:12 145:18
148:14
**wrong** 15:17
78:14 180:20

—————
**X**
—————
**x** 4:1 64:19

—————
**Y**
—————
**yeah** 10:15 21:1
22:22 23:5,7
25:23 26:7
27:16 29:4

37:16,17 38:1
38:9,22 40:9
42:2,20,25
57:23 83:13
84:22 85:5
96:14,14 98:12
100:18 104:12
106:1 108:19
110:19,25
114:15 123:16
126:4 129:18
131:16 132:24
134:21,25
147:23 149:24
150:20 158:11
170:25 178:16
181:5 182:25
**year** 32:17
34:11,23 35:11
111:22 143:11
143:17 155:17
**yearly** 36:19,19
36:21
**years** 11:15 38:2
50:20,22,23
51:2 87:8
90:20 97:11
123:23 178:12
**yolk** 26:20 44:2
72:22,25 84:21
84:24 86:1,3
**yolks** 25:17
**youd** 80:4 140:8
173:5
**youll** 14:6 151:4
158:1 161:15
183:17
**youre** 9:15
10:24 107:5
109:16,20
126:3 127:25
156:13,21

170:23 172:25
173:20
**youve** 114:25
138:11
**yup** 14:10 20:21
23:14 33:8
36:1 38:3,10
39:12,19 40:18
41:7,7,12,12
43:15 44:8
49:2 50:8 51:5
52:6 55:24
58:21 63:2
66:3,6 69:2,21
70:20 73:15
75:4 78:18,18
79:25 80:5,22
83:5,25 88:12
89:23 90:13
94:5,17 95:4
111:9 112:6,6
112:21 113:14
113:14 114:2,5
115:25 119:11
119:16 120:14
122:2 124:7
135:16 138:4
138:13 139:2,5
146:1,12,23
148:22 153:16
153:19 154:7
154:10 156:5
158:3,19
159:17 160:23
161:17 163:25
167:11,15
169:5

—————
**Z**
—————

—————
**0**
—————
**000** 53:16 62:24
62:24 167:25

167:25
**01** 1:21 8:6
**024** 85:12
**04** 6:16
**05** 61:14,15
128:11
**06** 6:23 7:6,8,10
**07** 6:8,10 7:12
7:18 160:24
**08** 5:21 6:14
7:16 15:11,15
**084003957** 1:25
**08md02002** 1:7
8:11
**09** 39:12

—————
**1**
—————
**1** 4:21 6:10
13:21,24 61:14
61:14 76:5
93:22 97:11
128:11 130:8,9
183:15
**10** 5:21 7:6
39:12 41:25
42:5,12,22
65:18,18,21
66:11,14,21,21
85:20 86:2
114:4 136:20
181:17
**100** 76:11,16
183:1
**1001** 2:16
**101** 62:24
**102** 167:25
**1030205** 56:21
**10th** 188:12
**11** 5:23 39:13
75:8,10 109:25
110:3 128:8
182:16

**12** 6:6 39:13
87:17,18 93:20
113:16 120:16
128:8
**122** 6:15
**129** 6:17
**12cv00088gp**
1:12
**13** 4:21 6:7
45:16 91:19,20
92:13 94:14
96:10
**133** 6:20
**1350** 53:8
**14** 5:21 6:9
17:19,22 45:16
45:18 46:4,5
67:1 93:6,7
183:14 184:2
**141** 6:23
**145** 7:6
**146** 7:8
**15** 6:12 7:16
45:18 46:5
97:2,3
**150** 3:14 7:10
**153** 7:12
**157** 7:14
**15minute**
181:18
**16** 5:6 6:13 7:8
46:5 99:1,2
146:17
**160** 7:16
**165** 7:18
**17** 6:15 122:19
122:23 160:24
**172** 4:10
**18** 6:8,17 129:22
129:23
**182** 4:11
**19** 5:7 6:20

HIGHLY CONFIDENTIAL

Manion, Scott Martin

April 2, 2014

32

133:17,21
**1919** 3:5
**1990s** 101:1
**1999** 12:20
    23:11 24:3
    36:23 101:23
    103:7,15
    104:24 107:1
    114:21 182:12
**1st** 75:24

---

**2**

**2** 1:12 4:4 5:6
    6:16 7:8 8:6
    16:21,22 31:12
    48:24 82:8
    105:15,18,19
    114:13 135:1,3
    181:23 182:1
    185:1
**20** 6:23 7:10
    42:12 88:6
    106:5 112:22
    112:25 141:19
    141:20 151:24
**200** 12:1
**2000** 24:1 61:23
**20004** 2:17
**2002** 1:6 88:2,17
    102:2,2,4
**2003** 5:15 54:13
    56:21 59:13
**2004** 16:8 23:22
    23:25 24:2
    75:24 83:3,10
    83:12 87:2
    88:2 101:24,25
    123:15 125:16
    127:5
**2005** 174:20
    175:21 176:1,3
**2006** 6:21 12:1,2

12:15 16:8
23:22 25:12
134:13 145:11
145:21 146:17
151:24 152:3
156:22,24
174:20 175:21
176:22
**20069** 3:6
**2007** 6:8 93:22
    153:23 165:1
    165:16 167:14
    167:21 183:15
**2008** 12:18
    23:11 25:12
    67:1 93:25
    103:7,8,15
    104:17,24
    107:1 114:22
    120:2 161:21
    177:1 178:24
    182:11,12
    184:13
**2009** 39:12,17
    51:3,6 92:3
    184:13
**2010** 12:18
    30:11 39:12
**2012** 12:1,15
    134:10,15
**2014** 1:19 4:4
    8:6 187:7
    188:13
**202** 2:18 3:7
**21** 7:6,12 75:20
    96:19,19,20
    145:3,4 153:23
**22** 7:8 146:3,7
    157:4
**2229350** 2:8
**23** 6:14 7:10
    150:9,10

**2300** 3:14
**24** 7:12 153:10
    153:11
**25** 6:16 7:14
    157:18,22
**26** 7:16 65:21
    160:10,14
**26658** 165:24
**27** 7:18 165:9,10
**28** 5:9 134:10,15
    136:21
**280** 62:24
**2862** 20:18
    111:18
**2864** 115:23
**2866** 113:11
**2nd** 1:19 187:6

---

**3**

**3** 5:7 6:14 19:1,5
    85:7,9 89:2
    111:16 130:7
    160:21
**30** 4:22 6:23 7:6
    8:4 14:22
    42:13 145:11
    170:14
**30th** 169:22,23
**31** 61:15 181:23
**312** 2:8
**3351974** 3:16
**353** 1:19 2:6 8:8
    187:8
**37** 5:12 109:25
**3month** 88:25
    89:5,20 90:3

---

**4**

**4** 5:9,21 7:10,16
    28:23,24 31:23
    38:2 48:20,20
    130:16 157:4
**40** 85:10

**400** 45:12
**41** 110:3
**43** 62:19,24
    182:1
**46** 106:3,4
**47** 53:16 106:7
    185:1
**49** 183:18

---

**5**

**5** 5:12 7:12 30:7
    30:11 37:6,7
    50:5 56:21
    97:11 115:23
    116:4
**50** 43:11 44:6
**500** 3:5
**52** 5:14
**54** 5:15
**55402** 3:15
**57** 167:10
**59** 5:17

---

**6**

**6** 4:22 5:14 6:8
    7:18 8:4 14:22
    52:9,10 178:12
**60** 112:11,15,16
**60654** 2:7
**612** 3:16
**6242951** 2:18
**64** 5:19
**658** 166:3,5
**66** 5:21
**6month** 61:17
**6year** 119:5

---

**7**

**7** 5:15 6:10
    53:24 54:1
    59:20 61:15
    63:25 64:1
    93:22 113:13

**71** 120:16
**75** 5:23
**7783000** 3:7

---

**8**

**8** 5:17 6:23 7:18
    14:6 17:19,19
    59:22,23 64:6
    165:16
**80** 85:10,11
**82** 45:8
**83** 83:24
**87** 6:6
**880** 45:8
**881** 45:8

---

**9**

**9** 1:21 4:9 5:19
    8:6 15:11,15
    45:7 64:12,15
    114:4 134:10
    134:15
**90s** 100:15
**91** 6:7 101:5
**92** 101:5
**93** 6:9
**95** 113:15
**97** 6:12
**99** 6:13 93:25
    104:17

Henderson Legal Services, Inc.

202-220-4158                      www.hendersonlegalservices.com