# ATTACHMENT 42

HIGHLY CONFIDENTIAL

Mercuri, Tiffany                                    March 6, 2014

1

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

─────────────────────────────────

IN RE: PROCESSED EGG PRODUCTS      |

ANTITRUST LITIGATION               |      MDL NO. 2002
                                   |
─────────────────────────────     |      08-md-02002
                                   |
THIS DOCUMENT RELATES TO           |      HIGHLY CONFIDENTIAL
                                   |
Kraft Foods Global, Inc., et al.   |

v. United Egg Producers, Inc.,     |
                                   |
et al., No. 2:12-cv-00088-GP       |

─────────────────────────────────


                        Thursday, March 6, 2014

                        8:00 a.m.


        Videotaped deposition of TIFFANY MERCURI, convened

at the law offices of Robins, Kaplan, Miller & Ciresi

LLP, 2800 LaSalle Plaza, 800 LaSalle Avenue,

Minneapolis, Minnesota 55402, pursuant to notice, the

proceedings being recorded stenographically by Jonathan

Wonnell, a Registered Professional Court Reporter (NCRA

#835577), and transcribed under his direction.

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

2 (Pages 2 to 5)

---

**2**

APPEARANCES OF COUNSEL

On behalf of the Plaintiff General Mills and
the Deponent:
RICHARD P. CAMPBELL, ESQ.
SARAH S. ANSARI, ESQ.
Jenner & Block LLP
330 North Clark Street
Chicago, Illinois 60654-3456
(312) 840-9530
rcampbell@jenner.com
sansari@jenner.com
-- and --
RACHEL A. PORTER, ESQ.
General Mills
Number One General Mills Boulevard
Minneapolis, Minnesota 55426
(763) 764-6698
rachel.porter@genmills.com

---

**3**

APPEARANCES (Cont'd)

On behalf of the Defendant United Egg
Producers and United States Egg
Marketers:
EVAN W. DAVIS, ESQ.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
(215) 981-4000
davisw@pepperlaw.com

On behalf of the Defendant Michael Foods:
PETER J. SCHWINGLER, ESQ.
Leonard, Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-7023
peter.schwingler@leonard.com

ALSO PRESENT: STEVE KNUTSON, Videographer

---

**4**

CONTENTS

| WITNESS | PAGE |
|---|---|
| TIFFANY MERCURI | |
| By Mr. Davis: | 7 |
| By Mr. Schwingler: | 121 |

EXHIBITS MARKED

| LABEL/DESCRIPTION | PAGE |
|---|---|
| Exhibit Mercuri 1 - Pricing quote from M.G. Waldbaum (GMI 00014925 through 00014926) | 41 |
| Exhibit Mercuri 2 - Document entitled "Egg Overview" (GMI 00001153 through 00001169) | 45 |
| Exhibit Mercuri 3 - Document entitled "General Mills Company Visit" (GMI 00031634 through 00031637) | 52 |
| Exhibit Mercuri 4 - General Mills contract dated 4/26/2006 (GMI 00031895 through 00031897) | 56 |
| Exhibit Mercuri 5 - Document entitled "Rembrandt Strategy Review" (GMI 00001000 through 00001013) | 61 |
| Exhibit Mercuri 6 - Supply Agreement (GMI through 00000975) | 74 |
| Exhibit Mercuri 7 - E-mail from Tiffany Mercuri with attached Egg Sector Update dated April 14, 2008 (GMI 00001539 through 00001571) | 87 |
| Exhibit Mercuri 8 - Document entitled "Buyer Category Discussion" (GMI 00010997 through 00011006) | 90 |

---

**5**

EXHIBITS MARKED (Cont'd)

| LABEL/DESCRIPTION | PAGE |
|---|---|
| Exhibit Mercuri 9 - Document entitled "Egg Pricing Strategies June 2007" (GMI 00023656 through 00023674) | 128 |
| Exhibit Mercuri 10 - Document entitled "Eggs" dated March 2007 (GMI 00017136 through 00017170) | 131 |

---

## HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

3 (Pages 6 to 9)

---

**6**

1         P R O C E E D I N G S
2           (8:16 a.m.)
3     THE VIDEOGRAPHER: We are on the record.
4 This is the videotaped deposition of Tiffany
5 Mercuri taken on March 6th 2014. The time now is
6 approximately 8:16 a.m. The deposition is being
7 taken in reference to Processed Egg Products
8 Antitrust Litigation filed in the U.S. District
9 Court for the Eastern District of Pennsylvania,
10 File Number 08-MD-02002. The deposition is taking
11 place in Minneapolis, Minnesota.
12     My name is Steve Knutsen. I'm the
13 videographer representing Henderson Legal Services.
14 Will counsel please identify themselves for the
15 record.
16     MR. CAMPBELL: Richard Campbell of
17 Jenner & Block for General Mills and the deponent.
18     MS. ANSARI: Sarah Ansari for Jenner &
19 Block on behalf of General Mills.
20     MS. PORTER: Rachel Porter, General
21 Mills.
22     MR. DAVIS: Evan Davis from Pepper

---

**7**

1 Hamilton on behalf of the United Egg Producers and
2 United States Egg Marketers.
3     MR. SCHWINGLER: Peter Schwingler from
4 Stinson, Leonard, Street on behalf of defendant
5 Michael Foods.
6     THE VIDEOGRAPHER: Are there any
7 participants on the phone?
8     (No reply.)
9     THE VIDEOGRAPHER: Will the court
10 reporter please swear in the witness.
11     * * * * *
12    Whereupon,
13      TIFFANY MERCURI,
14    called as a Witness, was duly sworn by
15    Jonathan Wonnell, a Notary Public in and
16    for the Minnesota, and was examined and
17    testified as follows.
18     * * * * *
19 EXAMINATION BY COUNSEL FOR UNITED EGG PRODUCERS AND
20      UNITED STATES EGG MARKETERS
21    BY MR. DAVIS:
22    Q. Ms. -- is it Mercuri?

---

**8**

1    **A. Mercuri.**
2    Q. Mercuri. Okay.
3    **A. Mm-hmm.**
4    **A. Good morning.**
5    **A. Good morning.**
6    Q. My name is Evan Davis. I am an attorney
7 representing two of the defendants in this
8 litigation, United Egg Producers and United States
9 Egg Marketers. Have you ever had your deposition
10 taken before?
11    **A. No.**
12    Q. All right. I will briefly go over a few
13 of the ground rules, so to speak, for today. As
14 you can see, there is both a court reporter and a
15 videographer here, and they are taking down all of
16 your testimony.
17    You understand that should this case go
18 to trial, your testimony could, in fact, be used at
19 trial in this case?
20    **A. Yes.**
21    Q. And you understand also that you're
22 under oath here today?

---

**9**

1    **A. Yes.**
2    Q. It's important that I get oral responses
3 to my questions, because the court reporter can't
4 write down nods of your head or things like that.
5    **A. Okay.**
6    Q. Do you understand that?
7    **A. Yes.**
8    Q. We can take a break whenever you would
9 like one. Just let me know. I only ask that if
10 I've asked you a question, you answer that question
11 before we take a break.
12    **A. Okay.**
13    Q. If there is anything that you don't
14 understand, please just ask me to clarify it, and
15 I'd be happy to do that.
16    **A. Okay.**
17    Q. It's important that you answer my
18 questions fully and completely here today. Is
19 there any reason why you cannot answer my questions
20 fully, completely and truthfully?
21    **A. No.**
22    Q. Great. Could you please tell me your

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

4 (Pages 10 to 13)

---

**10**

1　title at General Mills.
2　　A.　Senior sourcing manager.
3　　Q.　For how long have you had that title,
4　from when to when?
5　　A.　I've had that title since last June.
6　　Q.　Is that specific to any product or
7　product types?
8　　A.　No.　It's just a title.
9　　Q.　Do you have responsibilities for any
10　specific products?
11　　A.　Yes.　So I buy cocoa and chocolate, and
12　my team is responsible for corn and sweeteners.
13　　Q.　What was your title prior to that?
14　　A.　Sourcing manager.
15　　Q.　What years was that?
16　　A.　February 2008 until June of 2012.
17　　Q.　The same product responsibilities?
18　　A.　For one year, yes, and then prior to
19　that, I was in a different area of sourcing.
20　　Q.　And what products were you responsible
21　for there?
22　　A.　Functional ingredients.　So things like

---

**11**

1　phosphates, food chemicals, vitamins, colors,
2　particulates, those types of things.
3　　Q.　What was your title prior to sourcing
4　manager?
5　　A.　Assistant sourcing manager.
6　　Q.　For what years?
7　　A.　Let's see.　It would have been December
8　of 2007 through -- what did I say?　April of
9　2000 --
10　　Q.　2008?
11　　A.　Yeah.
12　　Q.　What ingredients or -- were you
13　responsible for?
14　　A.　That was when I was on eggs, eggs and
15　corn sweeteners.
16　　Q.　From what month in 2007?　Sorry.
17　　A.　December.
18　　Q.　Prior to your tenure as assistant
19　sourcing manager, what was your title?
20　　A.　That was when I started at General
21　Mills.　December of 2000 -- I'm trying to think of
22　when I started there.　December of 2006?　Yeah.

---

**12**

1　December of 2006 through February 2008, I was an
2　assistant sourcing manager in eggs and corn
3　sweeteners, and then I went to value added
4　ingredients after that.
5　　Q.　Were you ever a buyer for eggs?
6　　A.　Yes.　But my title was assistant
7　sourcing manager.
8　　Q.　And you served as the buyer for eggs
9　from December 2006 through --
10　　A.　February of -- or April of 2008.　And
11　then I left and went to ingredients.
12　　Q.　Who succeeded you as the buyer for eggs?
13　　A.　Binh Tran.
14　　Q.　Who preceded you as the buyer for eggs?
15　　A.　I don't know.　Scott Wulff was my
16　manager when I started at General Mills, and he was
17　handling eggs when I started there.
18　　Q.　So he was the buyer when you started?
19　　A.　He -- yeah.
20　　Q.　Scott Wolf?
21　　A.　Yes.
22　　Q.　Are you familiar with a woman named

---

**13**

1　Paula West?
2　　A.　Yes.
3　　Q.　Was she ever the buyer for eggs?
4　　A.　I think so.
5　　Q.　Do you know when that was?
6　　A.　No.
7　　Q.　Was it prior to your tenure at General
8　Mills?
9　　A.　Yes.
10　　Q.　Were you employed prior to your arrival
11　at General Mills?
12　　A.　Yes.
13　　Q.　Where was that?
14　　A.　Rosemont Incorporated.
15　　Q.　And what was your job there?
16　　A.　As a purchasing manager for capital and
17　MRO.
18　　Q.　For what?
19　　A.　Capital equipment and MRO.
20　　Q.　What's MRO?
21　　A.　Maintenance, repair and operations.　So
22　operating supplies.

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

5 (Pages 14 to 17)

**14**

1  Q.  How long did you work at Rosemont?
2  A.  I worked at Rosemont seven years.
3  Q.  Were you employed prior to Rosemont?
4  A.  Yes.
5  Q.  Where was that?
6  A.  Mary Kay Cosmetics.
7  Q.  What was your job description there?
8  A.  I was a buyer of packaging.
9  Q.  For how long?
10  A.  Two years.
11  Q.  How about before that?
12  A.  I was employed with Quaker Oats company
13  and I was a supply chain associate.
14  Q.  For how long?
15  A.  Two years.
16  Q.  Before that?
17  A.  College.
18  Q.  Okay.  Are you aware that General Mills
19  has filed a lawsuit against a number of egg
20  producers as well as United Egg Producers and
21  United States Egg Marketers?
22  A.  Yes.

**15**

1  Q.  And what's your understanding of the
2  allegations in that lawsuit?
3  MR. CAMPBELL:  I'm going to object and
4  instruct her not to answer to the extent her
5  knowledge is based on conversations with counsel.
6  If she has any knowledge outside of those
7  conversations, she can answer.
8  A.  I have none.
9  BY MR. DAVIS:
10  Q.  So my question, again, is what your
11  understanding is, regardless of -- I'm not asking
12  where your understanding comes from.  I'm asking
13  what your understanding is.
14  MR. CAMPBELL:  Same objection.  I
15  instruct her not to answer to the extent her
16  understanding is based on the conversations with
17  counsel.
18  BY MR. DAVIS:
19  Q.  Are you going to follow that
20  instruction?
21  A.  Yes.
22

**16**

1  MR. DAVIS:  Mr. Campbell, three
2  witnesses yesterday answered that identical
3  question.  I believe it's a completely
4  inappropriate assertion of the privilege.  Are you
5  going to stand on your objection?
6  MR. CAMPBELL:  Yes.
7  BY MR. DAVIS:
8  Q.  Ms. Mercuri, do you believe
9  that -- strike that.
10  Do you have any opinion on whether or
11  not General Mills' allegations against my clients
12  and the egg producers in this litigation are
13  meritorious?
14  A.  No.
15  Q.  You have no opinion one way or the
16  other?
17  A.  No.
18  Q.  Can you please tell me what your
19  responsibilities were as an assistant sourcing
20  manager.
21  A.  Sure.  I was responsible for the
22  leadership of the egg and sweeteners category,

**17**

1  responsible for contracting based on volumes
2  provided by our logistics team and operations team.
3  Negotiating price.  Supply relationship management,
4  plant support, operations support, logistics,
5  shipments of products, developing category
6  strategies, cost savings and working with R&D on
7  new product innovation and development.
8  Q.  What pricing options were available to
9  General Mills during your tenure as a buyer for
10  eggs?
11  A.  We --
12  MR. CAMPBELL:  I'm sorry.  I object.
13  That question is vague and ambiguous.  I just don't
14  know what "pricing options" means.
15  BY MR. DAVIS:
16  Q.  That's fine.  I believe you understood,
17  as you were about to answer.  You can answer.
18  MR. CAMPBELL:  Oh, yes.  You may answer.
19  A.  So we were basing pricing off of the
20  Urner Barry breaking stock model.  And that option
21  was available to us.
22  Q.  Could you describe for me what that

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

6 (Pages 18 to 21)

---

**18**

option entails.

A.   The prices were based on a published Urner Barry market for breaking stock eggs.  And at the time, we did not have models determining the ultimate price of our products, but it was based on Urner Barry.

Q.   When you say it was based on Urner Barry, you mean that Urner Barry was one of the components of the price?

A.   Correct.

Q.   What were the other components of the price?

A.   Well, like I said, we didn't have a lot of visibility into the other components, but margin from the suppliers, inputs from their -- inputs from their manufacturing, so drying would be one of them, freight.

Q.   So would the supplier simply quote you a price?

A.   Yes.

Q.   And it was a dollar and cents price?

A.   Correct.

---

**19**

Q.   And it would adjust based on the Urner Barry price?

A.   Correct.

Q.   How often would the price adjust?

A.   I don't recall.  I don't recall.

Q.   About -- daily, weekly, monthly?

A.   We did probably quarterly contracts, you know.  It wouldn't be anything much longer than three months.

Q.   Okay.  But would it ever be daily?

A.   No.

Q.   Would it ever be weekly?

A.   No.

Q.   Would it ever be monthly?

A.   Potentially.

Q.   Okay.  So the shortest that you'd really be looking at is a one-month term?

A.   Sure.

Q.   And the longest might be?

A.   Three.

Q.   Three months?

A.   Yeah.

---

**20**

Q.   Okay.  And the price would stay fixed for that --

A.   For the term.

Q.   -- term?

A.   Mm-hmm.

Q.   Okay.  How far in advance of the term period would you negotiate the price?

A.   I don't recall.

Q.   Again --

A.   I mean, a few weeks maybe.

Q.   So maybe mid month, early in a month, mid month, you'd negotiate a price that might start the first of the next month?

A.   That's -- yeah, that's possible.

Q.   And last from anywhere from one to three months?

A.   Sure.

Q.   And is that standard throughout your tenure as a buyer for eggs?

A.   No.

Q.   Okay.  When did that change?

A.   Well, for my tenure, yes.  Yes.

---

**21**

Q.   Did that then change at some point?

A.   After I left the desk, yes.

Q.   We'll talk about that in a minute. Prior to your arrival as the buyer for eggs, I assume that you had conversations about how things were done before you got there.

A.   Mm-hmm.

Q.   Is that right?

A.   Yes.

Q.   And do you understand that similar methodology was employed for the years before you arrived?

A.   Yes.

Q.   And is that true for all suppliers from whom General Mills purchased eggs or egg products?

A.   At the time?

Q.   During your tenure and before, as far as you understand it?

A.   Yes.

Q.   But then that changed -- you said, I believe, it was probably like 2008 or 2009, right?

A.   Right.

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

7 (Pages 22 to 25)

---

**22**

1    Q.   Okay. Did General Mills ever purchase
2 based off of the Urner Barry graded egg price?
3    A.   No.
4    Q.   Do you know what that is?
5    A.   No.
6    Q.   Now, the Urner Barry breaking stock
7 price, do you know how often that changes?
8    A.   I believe it's every day.
9    Q.   So -- but the factor in the price
10 charged to General Mills, as you just said, did not
11 change every day?
12    A.   No. We couldn't change -- we couldn't
13 change our price every day. That would be -- we
14 wouldn't be able to do that.
15    Q.   Is that because of the size of General
16 Mills and how much you're buying?
17    A.   Well, that's one factor. Mostly just
18 because it's a lot of work to change the price
19 every day.
20    Q.   Would that be true if General Mills had
21 a market cap of one one-thousandth of what it has
22 now?

---

**23**

1    A.   Yeah. I mean, it wouldn't matter how
2 big we were. It would still be a lot of work.
3    Q.   To change the price every day?
4    A.   Yeah.
5    Q.   How about to change the price every
6 week?
7    A.   Yeah. It would still be a lot of work.
8    Q.   Do you know how other buyers of eggs and
9 egg products negotiate prices that are based on
10 Urner Barry?
11    A.   No. No, I don't.
12    Q.   When you would agree to price terms with
13 a supplier for anywhere from a one- to three-month
14 period, as you said, how was that price
15 negotiation -- how did that take place?
16    A.   Well, I would usually -- I mean, I had
17 access to Urner Barry, so I would confirm that that
18 was right. I would ask for -- you know, have a
19 discussion regarding what's increasing, whether it
20 would be, you know, transportation costs increasing
21 or processing costs increasing or decreasing based
22 on suppliers' efficiencies and those types of

---

**24**

1 things. So it would be a back-and-forth
2 discussion.
3    Q.   What suppliers did you purchase from?
4    A.   Personally, I purchased from Primera
5 Foods, Michael Foods and Rose Acres.
6    Q.   And were your negotiations with all
7 three of those identical in the way they
8 transpired?
9    A.   Not identical, no.
10    Q.   Similar?
11    A.   Similar, I'd say.
12    Q.   What were the differences?
13    A.   Just -- I mean, differences in the
14 people that I was working with and the way that --
15 I don't know -- the relationships that I had with
16 them and -- every supplier is different, yes.
17    Q.   Were the price terms itemized by the
18 supplier?
19    A.   In what way?
20    Q.   Well, Urner Barry is one component,
21 right?
22    A.   Right. Correct.

---

**25**

1    Q.   There are other components that you
2 started to mention including, I believe freight was
3 one of them and drying and things like that.
4    A.   Mm-hmm.
5    Q.   Would you see an itemized list of how --
6 here's the total price that the supplier is
7 proposing and here's how we get there?
8    A.   The only thing that was broke out was
9 freight.
10    Q.   So it was --
11    A.   So I knew Urner Barry and I knew
12 freight, and everything else was not transparent to
13 me.
14    Q.   So they said, we're going to charge you
15 X dollars per pound?
16    A.   Correct.
17    Q.   Of that X dollars, here's what Urner
18 Barry is?
19    A.   Correct.
20    Q.   Here's how much we're tacking on for
21 freight and then we've got other stuff that we're
22 not going to tell you about, and here's the final

---

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

8 (Pages 26 to 29)

### 26

1 number?
2   A.   Correct.
3   Q.   And that was true for all of your
4 suppliers?
5   A.   Yes.  At the time.
6   Q.   So when you went to negotiate that,
7 would you negotiate the Urner Barry component of
8 it?
9   A.   No.
10   Q.   Would you negotiate the freight
11 component of it?
12   A.   Sometimes.
13   Q.   And how would you do that?
14   A.   Again, using data that I had available
15 to me on, you know, lanes -- different lanes or
16 different, you know, things that were happening in
17 the, you know, transportation market, gas up or
18 down, we could make some arguments in terms of this
19 should be less, this should be more.
20   Q.   So they'd say, we're going to charge you
21 10 cents more per pound based on freight than we
22 did last quarter.  And you would say, I think

### 27

1 that's unreasonable because the price of gasoline
2 has actually gone down?
3   A.   Correct.
4   Q.   Beyond that, though, did you have any
5 knowledge of your suppliers' actual freight costs?
6   A.   Well, yeah.  I mean, we had access to
7 the same information that they had access to in
8 terms of what the lane was and what a legitimate
9 price should be for it, so yes.
10   Q.   You say what the lane was?
11   A.   The freight lane.  From point A to point
12 B is called a lane.
13   Q.   Can you just describe for me how that
14 works?
15   A.   So it is -- a freight lane is -- so from
16 a shipper to our plant is a lane.  And what we
17 would do is we would have -- we have a
18 transportation team that can provide us quotations
19 from a variety of different common carriers in
20 which they would say a full truckload shipping from
21 supplier point A to General Mills plant B is $2500,
22 for example, and then we would divide that by the

### 28

1 amount of pounds that you could put on the truck,
2 and that would be the lane.
3         And carriers are competitive, so there
4 are going to be a variety of different costs for
5 that, just depending on whether they have available
6 backhauls or -- a lot of it depends on capacity.  A
7 lot of it just depends on, you know, what trucks
8 are available in that area or in the area where
9 it's going to.
10   Q.   So you would have a pretty good sense of
11 what the freight should cost?
12   A.   Correct.
13   Q.   Okay.
14   A.   And in a lot of cases, General Mills
15 managed that.  You know, they would use our
16 carriers versus using their carriers, so --
17   Q.   So you might actually say, don't charge
18 us for freight; we'll incur our own freight costs?
19   A.   Yeah, and I'm not exactly sure on what
20 we're -- stuff that we're talking about, what our
21 terms were at that point, but we can do both,
22 either way.

### 29

1   Q.   Okay.  So it's possible, then, that the
2 price that you're paying can actually just take
3 freight out of the equation in terms of what you're
4 negotiating with your supplier?
5   A.   It could, yeah.
6   Q.   And you have before?
7   A.   Yeah.
8   Q.   So then in that situation, you're faced
9 with an Urner Barry price and the other stuff that
10 we talked about?
11   A.   Mm-hmm.
12   Q.   And so how would you go about
13 negotiating all of the other components of the
14 price?
15   A.   Well, like I said, it's a lot of
16 discussion back and forth, asking questions,
17 understanding, you know, their costs, their cost
18 structures, what goes into the costs, you know,
19 those types of things.
20   Q.   When I asked if it's -- if you received
21 an itemized list, you might not have gotten one on
22 paper, but through your discussions, you started to

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

9 (Pages 30 to 33)

---

**30**

1  understand the itemization of how these costs were
2  broken down?
3  **A.   Directionally, yes.**
4  Q.   Okay.  And in those instances, you would
5  be able to negotiate those individual cost items,
6  then, with the suppliers?
7  **A.   Yes.**
8  Q.   And I assume you were able to
9  successfully negotiate at least some of those terms
10 on some instances?
11 **A.   Sometimes, yes.**
12 Q.   So even if Urner Barry remained constant
13 from one quarter to the next, the price that you
14 paid the next quarter might be more or might be
15 less?
16 **A.   It could have been, yes.**
17 Q.   And, in fact, Urner Barry might be
18 higher one quarter, but the ultimate price that you
19 pay might be less?
20 **A.   I'm not sure how that would work, but --**
21 Q.   Because all of the other items that go
22 into making up the price would have gone down,

---

**31**

1  right?  If Urner Barry went up one cent, but drying
2  costs went down 5 cents per pound --
3  **A.   Mm-hmm.**
4  Q.   -- then General Mills would pay less?
5  **A.   Theoretically, yes.  Theoretically, yes.**
6  Q.   Do you know if that ever happened?
7  **A.   I don't recall.**
8  Q.   It might have happened?
9  **A.   It might have, yeah.**
10 Q.   Okay.  Do you know how the Urner Barry
11 price is calculated?
12 **A.   I do not.**
13 Q.   Do you know anything about it?
14 **A.   No.**
15 Q.   Do you know whether or not it is based
16 on the nationwide supply of eggs?
17 **A.   I would assume that it probably has**
18 **something to do with it, yeah.**
19 Q.   You don't know one way or the other?
20 **A.   I don't know one way or the other.**
21 Q.   And you don't know, if that does have
22 something to do with it, to what extent it has

---

**32**

1  something to do with it?
2  **A.   No.**
3  Q.   Is the Urner Barry breaking stock price
4  a regional price or a national price?
5  **A.   I don't know.**
6  Q.   You said that you would look at the
7  price.
8  **A.   I don't remember.**
9  Q.   Okay.  You said that ultimately General
10 Mills switched the pricing methodology that it was
11 using to -- or its pricing -- strike that.
12        The switched pricing options from one
13 that was based on Urner Barry to one that wasn't,
14 correct?
15 **A.   Correct.**
16 Q.   And when was that?
17 **A.   Well, I'm not exactly sure when they**
18 **started buying in the new model, but we negotiated**
19 **it when I was on the desk.  We started negotiating**
20 **that shift in pricing to the new way.**
21 Q.   You --
22 **A.   I think it was in 2009.  I think that**

---

**33**

1  **would have been the first time that they probably**
2  **got eggs from the new model.**
3  Q.   Was it a hard switch or was it a
4  progressive switch?
5  **A.   No.  It was a progressive switch.**
6  Q.   What was the new model?
7  **A.   So the new model was based on -- we**
8  **called it a feed-based model.  So it was based on**
9  **input costs, grain, soybean meal for the hens,**
10 **drying, transportation was in there.  There was a**
11 **margin piece of it in there as well.**
12 Q.   Urner Barry was not a component of that?
13 **A.   No.**
14 Q.   Were there any -- strike that.
15        Was -- were price quotes under that
16 methodology fully itemized?
17 **A.   Yes, sir.**
18 Q.   So General Mills knew exactly how that
19 ultimate price was derived?
20 **A.   Yes.**
21 Q.   What were the different factors?  I know
22 you mentioned a few.

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany                                    March 6, 2014

---

**34**

1    A.   So -- well, again, it was the drying,
2  manufacturing rate.  There's a yield component in
3  all the calculations for dried eggs.  And I don't
4  remember what they are, but it's a dry down yield
5  that was calculated into it, so you have X amount
6  of liquid eggs dried down to X amount of dried
7  eggs.  There was a component of that.
8         Then there was the feed piece of it,
9  which for the chickens consisted of a mix between
10 corn and soybean meal.  And then there was a margin
11 piece of that and then also the freight piece of
12 it, too.
13   Q.   So under this model, something like the
14 nationwide supply of eggs would have no effect on
15 the price that was being paid, right?
16   A.   I wouldn't necessarily say that, but it
17 was less than the old model that we were using.
18   Q.   How would the nationwide supply of eggs
19 affect the price that was charged to General Mills?
20   A.   We weren't buying every single thing on
21 that model either.  We were still buying -- that
22 was only with one supplier that we went to that.

---

**35**

1    Q.   Under this model --
2    A.   Yes.
3    Q.   -- how would the nationwide supply of
4  eggs affect the prices being paid by General Mills?
5    A.   It wouldn't.
6    Q.   So just to be clear, because I jumped
7  around a little bit, under this feed cost model
8  that General Mills negotiated, the nationwide
9  supply of eggs would not affect the price that was
10 paid by General Mills?
11        MR. DAVIS:  I object.  I don't think you
12 laid a foundation that she has any personal
13 knowledge about that.  But you may answer that
14 question.
15   A.   I -- could you repeat the question.
16        MR. DAVIS:  Sure.  Could you read it
17 back?
18        (Whereupon, the requested portion of
19 testimony was read back by the reporter.)
20   A.   No.
21        BY MR. DAVIS:
22   Q.   No, meaning it would not affect the

---

**36**

1  price?
2    A.   The way that you've laid it out, no, it
3  would not.
4    Q.   Under the -- I'll call it a grain-based
5  model.  Is that a fair --
6    A.   Feed-based.
7    Q.   Under the feed-based model, how often
8  would that price be adjusted?
9    A.   I don't know.  They -- that was after I
10 left the desk, so I don't know how often they
11 renegotiated those rates.
12   Q.   Do you have any idea of about how often?
13 Again, it wouldn't be daily, right?
14   A.   No.  It wouldn't be daily, but I don't
15 know.  I mean -- I don't know.
16   Q.   Who would know that?
17   A.   Well, probably Binh Tran, who was on the
18 desk after myself, or the egg buyer after that.
19   Q.   You said that the grain-based -- or the
20 feed-based model was used for some of General
21 Mills' egg purchases?
22   A.   Mm-hmm.

---

**37**

1    Q.   Right?
2    A.   Correct.
3    Q.   Did General Mills continue to buy other
4  types of eggs on an Urner Barry-based pricing
5  model?
6    A.   Yes.
7    Q.   And has that continued through today?
8    A.   I don't know.  This is where I kind
9  of -- I don't know what happened after I left the
10 desk.  I don't know.
11   Q.   Prior to this model taking effect in
12 approximately 2009 --
13   A.   Mm-hmm.
14   Q.   -- were 100 percent of General Mills'
15 purchases of eggs or egg products based on Urner
16 Barry?
17   A.   I believe so, yes.
18   Q.   Are you aware of any discussions with
19 egg suppliers -- strike that.
20        Who was the supplier with whom General
21 Mills ultimately negotiated a feed-based pricing
22 model?

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany                                      March 6, 2014

11 (Pages 38 to 41)

---

**38**

1    A.    Rembrandt Enterprises.
2    Q.    When did those discussions begin?
3    A.    Probably the early part of 2007.  Maybe
4  early or mid 2007.
5    Q.    Prior to those discussions, are you
6  aware of any other discussions that General Mills
7  had with egg or egg product suppliers regarding a
8  pricing model other than the Urner Barry-based one?
9    A.    I do know that General Mills had a
10  approached our suppliers asking if they were
11  interested in something like that prior to the
12  conversation with Rembrandt.
13    Q.    When was that?
14    A.    It was prior to my time at General
15  Mills.
16    Q.    So sometime before December of 2006,
17  General Mills approached its suppliers asking if
18  they were interested in pricing based off of a
19  feed-based model?
20    A.    Yes.
21    Q.    And what was the outcome of those
22  discussions?

---

**39**

1    A.    To my knowledge, none of the suppliers
2  were interested in doing that.
3    Q.    Who at General Mills had those
4  discussions?
5    A.    Well, it would have been Scott Wolf and
6  probably Paula.  I don't know, honestly.  But my
7  assumption would be it would be Scott.
8    Q.    With what suppliers did Scott and/or
9  Paula have those conversations?
10    A.    I know that they talked to Primera, our
11  main supplier, and I know that they talked to
12  Michael Foods.
13    Q.    Do you know why the suppliers were not
14  interested in offering General Mills a feed-based
15  pricing model?
16    A.    I can provide you my opinion on why.  I
17  don't know -- I wasn't part of any of those
18  conversations.  But, you know, there was not a lot
19  of investment at the time, and I think that from a
20  volatility standpoint, grains were very volatile.
21  And nobody really wanted to get into it because
22  corn and meal were cheap at the time; volatile, but

---

**40**

1  cheap.  And -- I don't know.
2    Q.    Have you ever seen a pricing quote from
3  a supplier prior to your agreement with Rembrandt
4  that was based on feed cost or grain cost?
5    A.    We did ultimately get one with -- a
6  quote from Primera, yes.
7    Q.    When was that?
8    A.    I don't exactly recall when, but it
9  would have been around the time that we were
10  negotiating the deal with Rembrandt.
11    Q.    So you negotiated with Rembrandt and
12  Primera simultaneously?
13    A.    Well, no.  We were negotiating with
14  Rembrandt because our intention was to move our
15  business to Rembrandt.  And we still had -- as
16  you -- as we talked about earlier, I had some that
17  were still with Primera.  So the materials that
18  were left at Primera we wanted to move to a cost --
19  or a cost plus -- feed-based model as well, and we
20  did receive a quote from them on that.
21    Q.    You use "cost plus" interchangeably?
22    A.    Cost plus feed based.

---

**41**

1    Q.    So you received a quote from Primera
2  that was in the same time frame that you were
3  receiving quotes from Rembrandt as well?
4    A.    It would have been toward the end of the
5  negotiation of the supply agreement with Rembrandt,
6  yeah.
7    Q.    I'll show you a document that's been
8  marked as Exhibit 1.
9        (Mercuri Exhibit 1 was marked for
10        identification.)
11    BY MR. DAVIS:
12    Q.    Have you ever seen this document before?
13    A.    No.
14    Q.    Did you say no?
15    A.    No.
16    Q.    Are you aware of General Mills receiving
17  grain-based pricing quotes from NG Waldbaum Company
18  in 2001?
19    A.    No.
20    Q.    Who would have been responsible for
21  obtaining this in 2001?
22    A.    I have no idea who the buyer would have

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

12 (Pages 42 to 45)

---

42

been at the time.

Q.   If you look at this document, is the basis for this quote similar to the structure of the quotes that you've obtained from Primera and Rembrandt?

A.   It -- yeah, it's similar.

Q.   So this quote is a feed-based quote, the same as the type that you ultimately received, again, seven or eight years later?

MR. CAMPBELL:  Objection.  Misstates her testimony.

BY MR. DAVIS:

Q.   You can answer.

A.   Can you repeat the question?

(Whereupon, the requested portion of testimony was read back by the reporter.)

MR. CAMPBELL:  My objection, Evan, is the word "same" as opposed to "similar," which she used.

MR. DAVIS:  Your objection is fine as you initially made it.

---

43

BY MR. DAVIS:

Q.   Go ahead.

A.   Yeah, it's similar.

Q.   It's similar?

A.   It's similar.

Q.   It's not the same?

A.   It's not -- no, it's not exactly the same.

Q.   How is it different?

A.   Well, first of all, I don't know how they're deriving the corn and bean meal and whether that's being managed by General Mills or, in this case, Waldbaum.

I think the conversions are different. I mean, without having the background of the calculations, it appears to be similar in nature, but I think that for sure, the conversions are different and then also I would also question how the grain market information is derived.

Q.   What do you mean the conversions are different?

A.   So the line that says "conversion from

---

44

liquid to dry," that's a piece of the model that's really important.

Q.   How is that different from the quotes that you received earlier?

A.   Like I said, I don't know exactly what our quote was from Rembrandt.  But these conversions would make a big difference in the price.

Q.   You just mean that the amounts are different?

A.   Right.

Q.   But the items are the same?

A.   The items are the same, but in the calculation, unless I understood what the calculations were to compare them side by side, can't say that they're exactly the same.  They're similar, the components are similar of what I'm seeing here, but from a calculations standpoint, I don't know if they're exactly the same.

Q.   Sure.  But from a component standpoint, you're not aware of anything that's different?

A.   No.

---

45

Q.   Thanks.  You can put that aside.

Let me show you what's been marked as Exhibit 2.

(Mercuri Exhibit 2 was marked for identification.)

BY MR. DAVIS:

Q.   Do you recognize this document?

A.   Yes.

Q.   What is it?

A.   It's an Egg Overview that I presented to leadership, sourcing leadership.

Q.   Why did you create this document?

A.   We were required to provide monthly updates to senior leadership on all of our categories.

Q.   Monthly, you said?

A.   Monthly, yeah.

Q.   Was that true before you arrived at General Mills?

A.   I don't know.

Q.   Did you have any discussions with your predecessor about it?

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

13 (Pages 46 to 49)

---

**46**

1    A.    No.

2    Q.    You don't know if you were the first one

3  to do this?

4    A.    I don't know if I was the first one to

5  do this.  At the time when I was on the desk, this

6  is what was required of us.

7    Q.    Okay.  If you'll turn -- I'm going to

8  refer to these numbers that are in the bottom

9  right-hand corner.  They start with GMI.

10    A.    Mm-hmm.

11    Q.    If you'll turn to the page that says

12  1156, and here you reference a sourcing strategy,

13  correct?

14    A.    Mm-hmm.

15    Q.    Yes?

16    A.    Yes.

17    Q.    And you say that "Seasonal buy of

18  'cheap' eggs to dry and store for later use."  Do

19  you see that?

20    A.    Yes.

21    Q.    What does that mean?

22    A.    So eggs, based on the data that we had

---

**47**

1  collected over time, there was a seasonal pattern

2  of pricing where after Easter, the demand would go

3  down and the Urner Barry price would fall.  And so

4  what we were doing was buying that breaking stock

5  at that point when it was cheap, having our

6  supplier dry it and store it for us to use later on

7  during key baking season.

8    Q.    When is key baking season?

9    A.    It starts in July and goes through

10  December.

11    Q.    So just to make sure I understand this

12  right, you would -- General Mills would not buy the

13  same amounts consistently over the course of a

14  year?

15    A.    Right.  Correct.  We had seasonal demand

16  in the back half of the calendar year because of

17  holidays.

18    Q.    But you would actually purchase at a

19  time when demand was low so that you got a better

20  price?

21    A.    Correct.

22    Q.    Would you buy at all in those -- that

---

**48**

1  later part of the year?

2    A.    Sure.  Mm-hmm.

3    Q.    But you tried to buy as much as you

4  could while the demand was low, and as little as

5  possible when --

6    A.    Right.  Based on the Urner Barry model

7  that we were using, the breaking stock model that

8  we've talked about, yes, that was the strategy.

9    Q.    Is that something that General Mills

10  could do because it was purchasing dried egg?

11    A.    Yeah, right.  Because dried egg has a

12  longer shelf life than liquid egg.

13    Q.    How long is that shelf life?

14    A.    I don't recall.  It's probably at least

15  a year, maybe longer.  I don't know exactly.

16    Q.    So if a company -- General Mills doesn't

17  purchase shell eggs, right?

18    A.    No.

19    Q.    If a company purchased shell eggs, they

20  wouldn't be able to adopt this identical approach,

21  correct?

22    A.    I would assume not.

---

**49**

1    Q.    Because you can't buy a shell egg in

2  April and use it in November?

3    A.    Right.

4    Q.    And the ultimate amount of money, then,

5  that General Mills spent on eggs using this

6  approach was less than it would have been had

7  General Mills just bought a consistent volume every

8  month?  That's why you did this?

9    A.    Theoretically, yes.

10    Q.    To save money?

11    A.    Yes.

12    Q.    Because that was part of your

13  responsibility, was to pay as little for eggs as

14  possible?

15    A.    Right.

16    Q.    Could you turn to the page that ends in

17  1161.

18    A.    Mm-hmm.

19    Q.    It says, "A Changing Egg Market Requires

20  a Change in Buying Strategy" at the top.

21    A.    Yes.

22    Q.    And this is dated October of 2007.

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

14 (Pages 50 to 53)

---

**50**

1  A. Mm-hmm.
2  Q. What was changing about the egg market
3 at that time?
4  A. Based on our analysis that we had, the
5 industry growth was starting to slow significantly.
6 And so we were thinking that we needed to do
7 something different -- the price of eggs was very
8 volatile in that period of growth back all the way
9 to, you know, the early -- probably early '90s,
10 maybe even late '80s. And so we had wanted to
11 change our strategy based on the changes that were
12 going on in the industry.
13  So more investments were going to other
14 areas. Suppliers weren't investing in new
15 technology and so forth. So we felt we needed to
16 change our strategy.
17  Q. So General Mills monitored the
18 industries of its suppliers for things like this,
19 right?
20  A. Yes.
21  Q. Including eggs?
22  A. Yes.

---

**51**

1  Q. And in approximately October of 2007,
2 you recognized that there was a change that was
3 starting in the egg industry?
4  A. Well, I think we recognized it before
5 that, but yes, throughout that period, that year
6 essentially. I mean, that's why we started
7 negotiating with Rembrandt on a different
8 structure.
9  Q. So this change in the egg industry
10 started sometime in 2007, and you then began your
11 discussions with Rembrandt?
12  A. Based on our analysis, it was starting
13 around that time, yes.
14  Q. Turn to the next page, 1162. You say
15 here that "Rembrandt Offers Long-term Cost
16 Advantage."
17  A. Yes.
18  Q. And the first item is "vertical
19 integration." How is vertical integration of a
20 supplier a benefit for General Mills?
21  A. Well, in this particular case, it was a
22 cost savings in that the hen houses were on site at

---

**52**

1 Rembrandt, and so we didn't have to pay for the
2 freight shipping the breaking stock eggs to the
3 drying house. They had -- so freight savings
4 there.
5  From a quality standpoint, quality was
6 improved because the eggs were fresh essentially.
7 And then because Rembrandt was installing new
8 equipment, the yields were -- the dryers were
9 highly efficient, and so, therefore, the yields
10 were much better than what we were seeing from our
11 other suppliers.
12  Q. So tell me if I understand this
13 correctly. Vertical integration was a benefit to
14 General Mills because, one, the product was of a
15 higher quality and, two, there was a lower cost due
16 to both obtaining a better yield and paying less
17 for freight?
18  A. Correct.
19  Q. I'll show you what's been marked --
20 sorry. You can put that away. I'll show you
21 what's been marked as Exhibit 3.
22  (Mercuri Exhibit 3 was marked for

---

**53**

1 identification.)
2  BY MR. DAVIS:
3  Q. Do you recognize this document?
4  A. Yes.
5  Q. What is this?
6  A. It appears to be an agenda for our visit
7 to Rembrandt.
8  Q. At what point in your discussions with
9 Rembrandt did you visit there?
10  A. Well, May 20th and 21st. I don't know.
11 That would have been probably 2007.
12  Q. It looks like 2008 --
13  A. Yeah, I don't know.
14  Q. -- from the next page, or the third
15 page, rather.
16  MR. CAMPBELL: Go to the third page.
17  THE WITNESS: Yeah, there you go. 2008.
18  BY MR. DAVIS:
19  Q. What I was asking more is, is this
20 during the course of your negotiations?
21  A. During the negotiations, yeah, right.
22 And probably actually closer to the end of them

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany                                          March 6, 2014

15 (Pages 54 to 57)

---

**54**

1  being ready to start making product for us.
2      Q.   Why did you take this trip?
3      A.   We wanted to see the new dryers.  And we
4  wanted to take our quality folks down there and our
5  R&D folks down there to show them the new supplier.
6      Q.   Look at page 1.  There's some
7  handwriting.  Is that yours?
8      A.   No, it's not.
9      Q.   Do you know whose that is?
10     A.   No, I don't.
11     Q.   If you see in this handwriting it says,
12 "Animal welfare - VPC - USDA Verified/Process
13 verification/" -- it appears to say "customer
14 driven."  And it references "50 square
15 inches/stand, 67 sq (UEP)."  Do you see that?
16     A.   Yes.
17     Q.   Do you recall any discussions about
18 animal welfare taking place during this visit?
19     A.   I don't recall, no.  We did visit a hen
20 house that was under construction and talked about
21 cages.  That's the only thing that I recall out of
22 that trip.

---

**55**

1      Q.   What discussions were had about cages?
2      A.   They were just showing us the cages and
3  how they worked, how they were tipped and the eggs,
4  like, rolled down the cage and went out to the
5  breaking house.
6      Q.   Was there any discussion of the amount
7  of cage space that was provided to the hens?
8      A.   Not that I recall.
9      Q.   Did you ask?
10     A.   I don't recall if I asked or not.
11     Q.   Do you recall ever asking a supplier
12 about animal welfare-related issues for egg-laying
13 hens?
14     A.   No.
15     Q.   You don't recall ever having that --
16     A.   I don't recall ever having that
17 conversation.
18     Q.   Is that not something that was relevant
19 to your egg purchasing decisions?
20     A.   It was a factor.  We knew that it was
21 out there based on publicly available information
22 that we had to us.  But at the time, it wasn't

---

**56**

1  something that we were actively pursuing as a
2  company.
3      Q.   It was a factor in your decisions?
4      A.   It wasn't a factor.
5      Q.   It was not a factor?
6      A.   No.
7      Q.   I'll show you what's been marked as
8  Exhibit 4.
9          (Mercuri Exhibit 4 was marked for
10         identification.)
11     BY MR. DAVIS:
12     Q.   Do you recognize this document?
13     A.   Yeah.  Yes.
14     Q.   What is this?
15     A.   This is a General Mills contract.
16     Q.   And is this similar to the type that you
17 would enter into for dried or liquid egg purchases?
18     A.   Yes.
19     Q.   And it appears here that this particular
20 contract is valid for a four-month period of time;
21 is that right?
22     A.   Yeah.

---

**57**

1      Q.   Yes?
2      A.   Yes.
3      Q.   And it's valid beginning on May 1st and
4  it's dated really only a few days before that up at
5  the top, it looks like.
6      A.   Mm-hmm.
7      Q.   Is that right?
8      A.   Yes.
9      Q.   Are these prices based on an Urner Barry
10 model?
11     A.   Yes.  It was with Michaels.  Yes.
12     Q.   So when would these -- well, strike
13 that.
14         Do you know around when, then, the Urner
15 Barry price would be derived that this is based on?
16     A.   No, I don't.
17     Q.   It would be sometime in April, if this
18 was dated April 26th?
19     A.   You could assume that, yes.
20     Q.   And then it was good for purchases made
21 from May through the end of August of that month
22 [sic], right?

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

16 (Pages 58 to 61)

---

**58**

1      A.   Yes.
2      Q.   So going back to the conversation we had
3  about seasonal purchasing --
4      A.   Mm-hmm.
5      Q.   -- an Urner Barry price in April would
6  be on the high end or the low end of the price for
7  the year?
8      A.   It kind of depends on when Easter is.
9      Q.   Okay.
10     A.   So the seasonal break, if you will, from
11  a cost perspective would happen in late spring.  So
12  April if you had an early Easter -- potentially
13  late April if you had an early Easter, and then
14  into May.
15     Q.   It's really just once Easter happens,
16  the price goes down?
17     A.   Pretty much.
18     Q.   Okay.  And that's because demand for
19  eggs goes down?
20     A.   Right.  Exactly.  So you have high
21  demand during the holiday seasons when you have a
22  lot of people baking and then you have -- the

---

**59**

1  demand continues through Easter and then it kind of
2  falls off in summer and early fall.
3      Q.   So would General Mills, then, negotiate
4  these contracts in the -- the late April time frame
5  would be pretty standard?
6      A.   Not -- I wouldn't say necessarily
7  standard.  But, I mean, yes, if we wanted to take
8  advantage of the low seasonal pricing, then yes.
9  Because we are going to need -- we would need
10  another contract, more than one, to get us through
11  the rest of the year.  So this isn't going to cover
12  just everything.
13     Q.   Right.  But you would try to get this to
14  cover as long a period of time as possible if it's
15  based on this low Urner Barry price?
16     A.   Yeah.  The supplier would agree to that,
17  yes.
18     Q.   So you might say to the supplier, how
19  long are you going to let us buy off this price,
20  and that might be something that's negotiated, or
21  not?
22     A.   Yes, for sure.

---

**60**

1      Q.   So you might say, we want to buy through
2  the rest of the year on this price, and they'd
3  say --
4      A.   No.
5      Q.   -- no, you're going to buy for a month.
6      A.   Right.
7      Q.   And you'd say, how about four months?
8  And they'd say, okay, fine.
9      A.   Yeah.
10     Q.   In this instance, that four-month term
11  is what was ultimately arrived at?
12     A.   Correct.
13     Q.   And then General Mills would need to
14  negotiate a new contract for pricing terms
15  beginning September 1 of that year in this
16  instance?
17     A.   In this instance, yes.
18     Q.   Would General Mills then draw off of
19  this contract throughout the four-month period or
20  would it receive everything at once or --
21     A.   No.  We would draw off the contracts.
22  So our plants would place purchase orders that

---

**61**

1  would be pulled -- the volumes would be pulled off
2  of this contract.
3      Q.   Would it matter to the supplier, though,
4  if they were shipping everything at once versus
5  piecemeal, from a freight standpoint?
6      A.   Well, it would matter to them because
7  they wouldn't probably be able to make these
8  volumes all at one time, and they wouldn't all fit
9  on one truck either.  But, you know, I mean --
10     Q.   Okay.  You can put that aside.  I will
11  show you what's been marked as Exhibit 5.
12          (Mercuri Exhibit 5 was marked for
13          identification.)
14          BY MR. DAVIS:
15     Q.   Do you recognize this document?
16     A.   Yes.
17     Q.   What is this?
18     A.   Well, this looks like it's the strategy
19  review in our final move to Rembrandt.
20     Q.   Why did you prepare this document?
21     A.   Well, the entire project, if you will,
22  of moving from one supplier to another required a

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

17 (Pages 62 to 65)

---

**62**

1  significant capital investment for a supplier.  And
2  because of that, General Mills was asked to do a
3  long-term agreement.
4      And in the case of any long-term
5  agreements, we have to have very senior alignment
6  because we would enter into anything that's longer
7  than a year or two.  So in this case, this was -- I
8  don't know exactly who the audience was, but
9  probably to senior leaders to get their alignment
10  on moving forward with this project.
11      Q.   Why does a move to a new supplier
12  require a significant capital investment by that
13  supplier?
14      A.   It doesn't always.  In this case, it
15  did.
16      Q.   Why did it in this case?
17      A.   Because Rembrandt did not have dryers.
18      Q.   Okay.
19      A.   So they had to put in dryers in order to
20  supply us.  And so they had to -- that was a
21  significant capital piece for them.
22      Q.   Do you have a sense of how many --

---

**63**

1  strike that.
2      When you were negotiating with
3  Rembrandt, presumably you looked at all of the
4  options that were available to General Mills for
5  supply?
6      A.   Mm-hmm.
7      Q.   Is that right?
8      A.   Sure.
9      Q.   And about how many was that?
10      A.   How many suppliers, you mean?
11      Q.   Yeah.
12      A.   A handful.  Six maybe.  Five or six.
13      Q.   And you'll agree with me that there are
14  far more than five or six suppliers of eggs and egg
15  products in the United States?
16      A.   Sure.
17      Q.   So why did General Mills focus on only
18  five or six?
19      A.   Well, probably because we had
20  relationships with them in the past or they were
21  geographically located near our plants.  So it
22  doesn't makes sense for us to buy from a California

---

**64**

1  egg supplier when we only have one plant out there,
2  for example.
3      Q.   So geography is important?
4      A.   In the case of eggs, yes.
5      Q.   And how about just the ability to make
6  products according to General Mills'
7  specifications?
8      A.   Absolutely.  Very important.
9      Q.   Is that something that all producers of
10  eggs and egg products can do?
11      A.   Make General Mills products?
12      Q.   Make products according to General
13  Mills' specifications.
14      A.   I don't know.  I mean -- I don't know.
15      Q.   If you'll turn in this document to the
16  page that ends in 1008, you'll see at the top that
17  it references Project Windmill.
18      A.   Mm-hmm.
19      Q.   Yes.
20      A.   Yes.
21      Q.   Is that the switch of supplier to
22  Rembrandt?

---

**65**

1      A.   That is the internal project name of the
2  move to Rembrandt, yes.
3      Q.   And here it anticipates that it will
4  drive $3.4 million in productivity; is that right?
5      A.   Correct.
6      Q.   The efficiencies achieved by Rembrandt
7  will add $1.8 million in savings and then the
8  change in the pricing model, another $1.6 million
9  in savings; is that right?
10      A.   That's correct.
11      Q.   And under the change in pricing model,
12  you talked about this, the feed cost model is a
13  matrix pricing with only two variables, corn and
14  bean meal, as opposed to anything that's based on
15  market pricing like Urner Barry?
16      A.   Correct.
17      Q.   Down below, it says, "GMI able to
18  utilize grain risk strategies to hedge corn and
19  meal."  Is that right?
20      A.   Correct.
21      Q.   What does that mean?
22      A.   So General Mills has a very

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

18 (Pages 66 to 69)

---

**66**

sophisticated risk management team that's part of
commodities in which we have -- use our analysis to
hedge all -- a variety of commodity products and --
with corn, for example, soybean meals, cocoa and
chocolate, sugar, all our commodities.

And we feel that our expertise in that
area is better than what our suppliers had. And so
by taking that in-house -- or taking that internal,
we would be able to control that better and have
lower costs of our products.

Q. And at an Econ 101 level, hedging
involves investments in commodities that would
balance out the risk associated with buying those
commodities -- or with the prices of those
commodities fluctuating from an input standpoint?

A. Correct. So -- yeah. I mean, when we
say "hedge," we mean that we're looking at a
futures position. We will take that position and
then use that price, that predicted price or
expected price for that commodity to calculate our
pricing for, in this case, the eggs.

Q. And is the idea there to mitigate risk?

---

**67**

A. Yes. Mitigate risk and have a more
predictable price.

Q. So when the price for a commodity goes
down, General Mills might not realize the same
savings, but when it goes up, General Mills
wouldn't realize the same cost increase?

A. Not necessarily, because when the
price -- the commodity prices are going down, we're
also taking options positions to capture the
downside. So it can be a mix of futures positions
and options together.

Q. So when the commodity price goes down,
General Mills could see savings and profits. When
the price goes up, General Mills won't see the same
cost increase for its inputs that it would had it
not hedged those commodities?

A. In either case, that's possible, yes.

Q. That's the idea?

A. That's the idea.

Q. And General Mills had some success, as
you just said, at making that idea into reality?

A. Our heritage is grain trading as a

---

**68**

company. So, yeah, Pillsbury was grain trading.
And so a lot of the expertise came from doing it
for a hundred years, yeah.

Q. And ultimately this has been a
successful strategy?

A. Yes.

Q. So just to play this out --

(Telephone interruption.)

BY MR. DAVIS:

Q. Just to play this out, if the -- under
your feed-based model, if the price of soybean goes
up, the ultimate bottom line hit to General Mills
is different than it would be for, say, a
competitor of General Mills that's buying on an
identical pricing model but not hedging?

A. Potentially.

Q. So you kind of have to look at each
purchaser individually to ascertain what the
ultimate cost to the company is based on things
like its hedging models?

A. I would assume so, yes.

Q. Did General Mills hedge at all when it

---

**69**

purchased off of an Urner Barry model?

A. For eggs?

Q. Yeah.

A. No.

Q. Why not?

A. Because we didn't have any suppliers
that were on that type of model.

Q. Does the price that was paid for eggs
when General Mills bought off of an Urner Barry
model rise and fall, in part, based on the price of
corn?

A. I would assume so. I don't know that
for sure because we didn't have visibility into
that from our suppliers.

Q. Did General Mills operate under that
assumption?

A. I don't know. I don't know.

Q. Well, I'll take it back. The feed,
chicken feed --

A. Mm-hmm.

Q. -- even if you're not buying on a feed
cost model, the cost of feed to the supplier still

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

19 (Pages 70 to 73)

---

**70**

1  rises and falls?
2     A.   Sure.  Yes.
3     Q.   And you understood that that change in
4  cost to the supplier was being passed on or
5  reflected in the price that was being paid by
6  General Mills, right?
7     A.   Sure.
8     Q.   So when the cost of corn went up, the
9  cost of feed went up and you anticipated that the
10  price that General Mills would pay even under the
11  Urner Barry model was still going up?
12     **A.   Sure.  The Urner Barry price could have**
13  **had some of that in it as well.  We don't know.**
14  **But it could have been already built into it**
15  **without our knowledge.**
16     Q.   Right.  But ultimately -- however it's
17  getting there, that full price that the supplier
18  says, our cost went up or the total price has gone
19  up, that is encapsulating some increase in the
20  price of corn when that would occur?
21     **A.   Well, if you think about the way that we**
22  **had -- if you think about the breaking stock model,**

---

**71**

1  **if everything was only based off of the Urner Barry**
2  **price, then unless they were putting in an adder on**
3  **top of all of that to say, well, corn went up, too,**
4  **you know, we don't know, I guess, is the right**
5  **answer.  We don't know whether that was the case or**
6  **not because we didn't have visibility into all of**
7  **the other components that our suppliers were**
8  **putting into the price.**
9     Q.   Right.  But you had discussions with
10  your suppliers about price?
11     **A.   Right.**
12     Q.   And was it ever said that our costs are
13  higher because the price of corn has gone up?
14     **A.   Maybe.**
15     Q.   That would be a reasonable thing for a
16  supplier to say, right?
17     **A.   Sure.**
18     Q.   The price has corn has gone up, so our
19  feed costs have gone up and we're passing some of
20  that along to you?
21     **A.   Sure.  I mean, that's a reasonable**
22  **conversation, yes.**

---

**72**

1     Q.   And it's a conversation that -- do you
2  know if you ever had that conversation with a
3  supplier?
4     **A.   I'm sure I've had that conversation,**
5  **yes.**
6     Q.   Okay.  Thank you.  Given that basis for
7  pricing, would it be possible for General Mills to
8  hedge based on the price of corn?
9     **A.   In a breaking stock model?**
10     Q.   Yes.
11     **A.   No.**
12     Q.   Why not?
13     **A.   Because if we aren't actually taking --**
14  **if there is not actually a model that would**
15  **translate back to that corn purchase, we can't just**
16  **buy corn or take a position on corn and meal**
17  **without having a direct -- you know, having that**
18  **all, like, come back to us in a cost model.  From a**
19  **controls perspective, we're not allowed to do that.**
20     Q.   So it's because you don't really know
21  exactly how -- you know corn is affecting the
22  price, but you can't pinpoint this is exactly how

---

**73**

1  it's affecting the price?
2     **A.   It's more about the ownership piece of**
3  **it than it is about the price.  We can't hedge**
4  **something that we don't have control over.  So**
5  **we're not going to take a hedge on an egg model**
6  **that we're using Urner Barry pricing on.  Does that**
7  **make sense?**
8     Q.   It does.
9     **A.   Okay.**
10     MR. DAVIS:  Why don't we go off the
11  record and take a short break.
12     MR. CAMPBELL:  Sure.
13     THE VIDEOGRAPHER:  We're going off the
14  record at about 9:26 a.m.
15     (Whereupon, a recess was taken from 9:26
16  a.m to 9:41 a.m.)
17     THE VIDEOGRAPHER:  We are back on the
18  record.  This is the continuing videotaped
19  deposition of Tiffany Mercuri taken on March the
20  6th 2014.  The time is about 9:41 a.m.
21     BY MR. DAVIS:
22     Q.   Ms. Mercuri, I'll hand you what's been

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

20 (Pages 74 to 77)

---

74

1 marked as Exhibit 6.
2       (Mercuri Exhibit 6 was marked for
3       identification.)
4 BY MR. DAVIS:
5    Q.   Do you recognize Exhibit 6?
6    **A.   I don't believe I've ever seen it.  It**
7 **looks like a General Mills supply agreement, but I**
8 **don't believe I've ever seen this one, no.**
9    Q.   Does this appear to be a draft of the
10 agreement that was negotiated with Primera?
11   **A.   That's what it -- yes, it looks like**
12 **that.**
13   Q.   Now, I know that you testified earlier
14 that General Mills entered into a contract with
15 Rembrandt.  Is that right?
16   **A.   Correct.**
17   Q.   And that that was based on a feed cost
18 model?
19   **A.   Correct.**
20   Q.   Did General Mills also enter into a
21 contract with Primera that was based on a feed cost
22 model?

---

75

1    **A.   There was discussions of that right as I**
2 **was leaving the desk.**
3    Q.   And you don't know whether or not a
4 contract was ultimately entered into?
5    **A.   I think it was.  I'm not exactly sure.**
6    Q.   And that was based on feed cost model as
7 well?
8    **A.   I believe so, yes.**
9    Q.   So after that contract was entered into,
10 did General Mills continue to buy from other
11 suppliers on an Urner Barry model?
12   **A.   That, I don't know.**
13   They might have; they might not have?
14   **A.   They might have; they might not have.**
15   Q.   When contracts are signed, where do they
16 go at General Mills file-wise?
17   **A.   So can you clarify a contract versus**
18 **supply agreement?**
19   Q.   Well, let me ask them separately.  Do
20 you sign contracts or supply agreements with egg
21 product suppliers?
22   **A.   Both.**

---

76

1    Q.   Okay.  So let's start with the contracts
2 that you sign.
3    **A.   Okay.**
4    Q.   Where do they go?
5    **A.   So this -- that document right here,**
6 **Exhibit 4, is a contract.**
7    Q.   Okay.
8    **A.   It's entered into our SAP system.  It**
9 **comes to the buyer for signature, and there's a**
10 **level of controls in which if the cost is at a**
11 **certain amount, it has to go to, you know, a level**
12 **higher, and I don't know exactly what the levels**
13 **are.  But I think a buyer can sign up to a couple**
14 **million dollars.**
15       **And then the contract is then sent to**
16 **the supplier, either faxed or e-mail, I guess.  Fax**
17 **back in the day.  And then it goes into our**
18 **sourcing assistants or category specialists that**
19 **assist with the category, they keep a copy of it as**
20 **well.**
21   Q.   Is that the only copy, then, that -- the
22 sourcing assistant has a copy and the category

---

77

1 specialist --
2    **A.   The category specialist and the sourcing**
3 **assistant are the same person.  I'm sorry.  We**
4 **change the titles.**
5    Q.   Sorry.  So how many copies exist at
6 General Mills?
7    **A.   Well, there's one --**
8    Q.   Okay.
9    **A.   -- for the -- for the buying team, I**
10 **guess, would be probably a better word for it.  And**
11 **then one is sent to the supplier.  And we can print**
12 **them out at any time.**
13   Q.   But who has it in his or her file at
14 General Mills?
15   **A.   The sourcing assistant.**
16   Q.   And that's the buyer, or not?
17   **A.   No.**
18   Q.   That's above the buyer or below the
19 buyer?
20   **A.   Below the buyer usually.**
21   Q.   Who was the sourcing assistant when you
22 were the buyer?

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

21 (Pages 78 to 81)

78

1  A.  Tamara Houston.
2  Q.  And do you know who preceded her?
3  A.  I don't.
4  Q.  Do you know who succeeded her?
5  A.  No.
6  Q.  She was the sourcing assistant for the
7  entirety of your time as the buyer?
8  A.  Yes.
9  Q.  And when sourcing assistants change,
10  would the files get passed on?
11  A.  The files go with, yes.  Yes.  That was
12  very infrequent that that actually happened.
13  Buyers rotated frequently.  Sourcing assistants did
14  not rotate frequently at all.
15  Q.  Okay.  Now, supply agreements are
16  something different.
17  A.  Correct.
18  Q.  How would you distinguish them from
19  contracts?
20  A.  Supplier agreements are longer term.
21  They are essentially more legal in nature.  There's
22  different kinds of clauses and terminations and

79

1  those types of things versus just a contract, a
2  sourcing contract.
3  Typically when you have a supply
4  agreement, it's anything greater than a year or two
5  in which we would enter into a supply agreement.
6  Usually there's a fixed either pound commitment or
7  price commitment that we're signing up for.
8  Q.  Well, let me go back to Exhibit 4 for a
9  minute.  That's a contract, as you say?
10  A.  I call this a contract.  This is a
11  supply agreement.  Exhibit 6 is -- I would call
12  that supply agreement.  Exhibit 4 is a contract.
13  Q.  So Exhibit 4 lists quantities?
14  A.  Correct.
15  Q.  Target quantities, I believe it says.
16  A.  Target quantities, yes.
17  Q.  Is General Mills committed to buying the
18  entirety of that quantity?
19  A.  Yes.  So we have two different types of
20  contracts.  We have a time-based contract and we
21  have a quantity contract.  And you can see at the
22  top there in the little box it says "quantity

80

1  contract."  That means that we are required to buy
2  the target quantity at the price that's listed here
3  on the contract.
4  Q.  And you can do it in whatever increments
5  you need to do it in during this, here, four-month
6  time period?
7  A.  During the period of time, correct.
8  Q.  But as of August 31st 2006, in this
9  instance, any of this target quantity that General
10  Mills hasn't purchased yet, you're obligated to
11  purchase?
12  A.  Correct.
13  Q.  The alternative to a quantity contract
14  is a time-based contract?
15  A.  Is a time-based contract.
16  Q.  How is that different?
17  A.  So the time periods are -- you know,
18  they could be anything essentially.  The volumes
19  are listed here, which are estimates.  I think that
20  they actually say "quantity."  This box at the top
21  says "time contract."  And the supplier is under
22  the understanding that it is an estimate of our

81

1  volumes, not a definitive contract -- not a
2  definitive volume.
3  So you can have three months to buy a
4  million pounds of, you know, whatever.  And if you
5  get to 950,000 pounds and the time ends, then the
6  contract is done.
7  Q.  And you're not obligated to buy the
8  balance?
9  A.  No.
10  Q.  Did General Mills enter into both types
11  of contracts for eggs and egg products?
12  A.  I don't know for sure.  I think that
13  most of them were quantity contracts.
14  Q.  They may have entered into time
15  contracts?
16  A.  They may have, but I don't think -- I
17  doubt it.
18  Q.  For a time contract, would General
19  Mills, toward the end of time period, look to what
20  the prospective price was going to be under its
21  next contract in determining whether to buy out the
22  remaining available quantity or not?

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

22 (Pages 82 to 85)

---

82

1       **A.  I suppose we would look at it, but it**
2 **wouldn't -- that wouldn't really factor into the**
3 **decision.  I guess I don't really understand your**
4 **question.**
5       Q.  Say that you've got a product, dry egg
6 whites --
7       **A.  Mm-hmm.**
8       Q.  -- and you're in a time contract.  And
9 say the time period ends December 31st.
10       **A.  Mm-hmm.**
11       Q.  And we're charging you $2 a pound.  And
12 it's December 29th.
13       **A.  Right.**
14       Q.  And you look at -- and it's Urner Barry
15 based.  So you look at the Urner Barry quote and
16 you look at what -- you have a decent sense of what
17 the price is that you're going to be negotiating
18 for your contract starting January 1, and you say
19 that price is going to be a lot higher, and we've
20 got 50,000 pounds left in our available quantity.
21       **A.  Right.**
22       Q.  We should buy up all of that quantity

---

83

1 now under this more favorable price term before we
2 enter into a contract where there's a higher price.
3       **A.  Right.**
4       Q.  Is that a line of --
5       **A.  That would --**
6       Q.  I'm sorry.  Let me just finish the
7 question for the reporter's sake.
8       **A.  Mm-hmm.  Sorry.**
9       Q.  Is that a line of thinking that General
10 Mills would engage in?
11       **A.  I suppose it's a line of thinking.  I**
12 **think the buyer would actually engage the supplier**
13 **in a conversation regarding that to say, you know,**
14 **we have 50,000 left, would you honor that price on**
15 **this time contract or should we roll everything**
16 **into the new contract.**
17       **I mean, it would be a conversation that**
18 **we would have.  If it was that close to the end of**
19 **a time contract, we would certainly have a**
20 **conversation with the supplier about that.**
21       Q.  And so ultimately that set of
22 circumstances might affect the price that General

---

84

1 Mills is paying?
2       **A.  Sure.  Sure.**
3       Q.  And would the reverse be true if you
4 think that the price coming up under the new
5 contract is going to be a lot lower than what you
6 currently have?
7       **A.  Yeah.  It would be a discussion with a**
8 **supplier.  Yes.**
9       Q.  So ultimately when you look at these
10 contracts, the price that's listed in these
11 contracts and the price that at the end of the day,
12 at the end of the time period general Mills has
13 ultimately paid, they might not match up exactly?
14       **A.  Well, no.  They would have to match up**
15 **exactly in order for the supplier to get paid.**
16       Q.  Well, they're subject to some sort of
17 ongoing negotiation?
18       **A.  Not in a quantity contract.  In a time**
19 **contract, the only time that you would actually**
20 **renegotiate anything would be at the end of it, not**
21 **in the middle of it.**
22       Q.  So for a time contract, the prices that

---

85

1 you see here might be subject to some further
2 negotiation; in a quantity contract, they're not?
3       **A.  Correct.**
4       Q.  For a quantity contract, then, for all
5 egg purchasing quantity contracts, the target
6 quantity that's listed in these contracts and the
7 price per unit, without exception, General Mills
8 has paid for that entire quantity that exact price?
9       **A.  I can't say without exception, but**
10 **theoretically, yes, that would be the way that we**
11 **would do it.**
12       Q.  I understand theoretically yes, but in
13 the real world, that's not necessarily true.
14       **A.  If we have a target quantity and we have**
15 **a price per unit, that is what we would pay, yes.**
16       Q.  And I'm asking if that's without
17 exception.
18       **A.  I can't say without exception, no.**
19       Q.  If you turn back to -- I believe it's
20 Exhibit 5.  And the page ending in 1002.  It's the
21 third page of the exhibit.  This says at the top
22 that the Rembrandt deal came at the optimal time

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

23 (Pages 86 to 89)

---

**86**

1 for value creation.
2       Does this refer back to what we talked
3 about earlier, which is that in the 2007 time
4 frame, General Mills recognized changes in the
5 industry structure?
6     **A.  Yes.**
7     Q.  And that's, in fact, what it says here,
8 right?  Identified a changing industry structure?
9     **A.  Correct.**
10     Q.  The industry was moving from excess
11 capacity to under capacity?
12     **A.  Correct.**
13     Q.  And that was in 2007?
14     **A.  Yeah.  Yes.**
15     Q.  And you said General Mills tracked
16 things like this.
17     **A.  Yes.**
18     Q.  Industry capacity?
19     **A.  Yes.**
20     Q.  For eggs?
21     **A.  Yes.**
22     Q.  I'll show you what's been marked as

---

**87**

1 Exhibit 7.
2       (Mercuri Exhibit 7 was marked for
3       identification.)
4 BY MR. DAVIS:
5     Q.  Do you recognize this document?
6     **A.  I recognize the e-mail, yes.  And this**
7 **just looks like a bunch of Informa data.**
8     Q.  So this is an e-mail that you're sending
9 to Binh Tran and Steve Woo?
10     **A.  Yes.**
11     Q.  You say, "This has lots of really great
12 data regarding the industry.  Aleks" -- A-l-e-k-s?
13     **A.  Aleks.**
14     Q.  -- tracks BE costs monthly and can give
15 you any historic info you need."  That would be
16 breaking an egg?
17     **A.  Yes.**
18     Q.  At the Urner Barry pricing?
19     **A.  Yes.**
20     Q.  Who is Aleks?
21     **A.  Aleks Bekric was our analyst for eggs.**
22 **He's part of the economic insights and strategy**

---

**88**

1 group that is at General Mills.  So he's basically
2 an ag econ -- agricultural economist.
3     Q.  What is this group's responsibility?
4     **A.  So their main responsibility is to**
5 **analyze data and then develop strategies -- assist**
6 **the buyers to develop strategies, risk management.**
7 **Mostly risk management strategies based on**
8 **commodities that we buy.**
9     Q.  And was Aleks specifically responsible
10 for eggs?
11     **A.  Yeah.  He had eggs, and I think at the**
12 **time, he also had corn.**
13     Q.  Do you know of anyone else who has had
14 responsibility for eggs as an analyst?
15     **A.  Actually, there was only two guys in**
16 **that group when I was buying eggs, and he would**
17 **have been the only one that I know of that was**
18 **responsible for that.**
19     Q.  Why do analysts like Aleks track
20 information like the Urner Barry costs?
21     **A.  So that we can be more educated as we**
22 **make our strategy decisions.**

---

**89**

1     Q.  Do you know what this Informa Economics
2 document is?
3     **A.  Yeah.  I've seen things like this**
4 **before.  But it's basically an update on eggs.**
5     Q.  What's your understanding of Informa
6 Economics, what type of company that is?
7     **A.  I know that we get a lot of data from**
8 **them.  I don't really know much else beyond that.**
9     Q.  And do you know when General Mills
10 started obtaining this type of data?
11     **A.  Oh.  I don't know.  It would have been**
12 **long before I got there.**
13     Q.  Years before you got there?
14     **A.  Potentially, yeah.**
15     Q.  Well, you say here that Aleks can give
16 you historic info; is that right?
17     **A.  Yeah.**
18     Q.  So had you ever obtained historic
19 information from him?
20     **A.  Sure.**
21     Q.  And you went back years?
22     **A.  Sure.**

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

24 (Pages 90 to 93)

---

**90**

1    Q.   You can put that aside.  I'll show you
2  what's been marked as Exhibit 8.
3            (Mercuri Exhibit 8 was marked for
4            identification.)
5       BY MR. DAVIS:
6    Q.   Before I ask you about Exhibit 8, I
7  neglected to ask you earlier, when you met with
8  your counsel before this deposition, did you --
9  strike that.
10           I think you said you met with your
11  counsel in advance of this deposition, correct?
12   **A.   Yes.**
13   Q.   When did you meet with them?
14   **A.   Last week and then yesterday.**
15   Q.   How long did you meet with them
16  yesterday?
17   **A.   Half an hour, 45 minutes.**
18   Q.   Around what time was that?
19   **A.   2:00.  Wasn't it?  2:00?  2ish.**
20   Q.   You met with them around 2:00 yesterday?
21   **A.   Or -- no.  Tuesday.  Sorry.  I don't**
22  **know.  It's been a long week.**

---

**91**

1    Q.   I was with them at 2:00 yesterday.
2    **A.   I was here.  Didn't you see me?**
3  **Tuesday.  I apologize.**
4    Q.   For about a half hour?
5    **A.   For about a half an hour.**
6    Q.   And how about the week before?
7    **A.   Would have been Friday.  Last Friday.**
8    Q.   For how long?
9    **A.   About an hour and a half.**
10   Q.   Did you go over documents?
11   **A.   A few, but not a lot, no.**
12   Q.   And have you spoken with anyone else at
13  General Mills about your deposition here today?
14   **A.   No.**
15   Q.   Have you spoken with anyone at General
16  Mills about this litigation?
17   **A.   No.**
18   Q.   Have you spoken with -- well, you know
19  who Binh Tran is?
20   **A.   Yes.**
21   Q.   Have you spoken with him about this
22  litigation?

---

**92**

1    **A.   I told him that I was being deposed,**
2  **because he's my direct manager.**
3    Q.   Do you know that he gave a deposition in
4  this case?
5    **A.   I know that he did, yes.**
6    Q.   Did you talk to him about his
7  deposition?
8    **A.   No, I did not.**
9    Q.   Before his deposition?
10   **A.   No, I did not.**
11   Q.   After his deposition?
12   **A.   No.**
13   Q.   Going back to Exhibit 8 -- is that what
14  it says?
15   **A.   Yes.**
16   Q.   What is this document?
17   **A.   You know, I was trying to figure that**
18  **out.  I really don't know.  It looks like it was**
19  **something that Scott and I did maybe as a training**
20  **to new buyers, Sourcing 101, or maybe to a**
21  **cross-functional group.  I'm not exactly sure.  It**
22  **looks something like a training type of document.**

---

**93**

1    Q.   If you look on the front page, it refers
2  to you as a sourcing manager for fruits and nuts.
3    **A.   Right.  So that would have been after I**
4  **left the eggs desk.  So it had to have been after**
5  **April of 2008, because I had already left the desk**
6  **by that point.**
7    Q.   You can correct me if I'm wrong, but I
8  had written down that at that point, you were
9  sourcing manager for functional ingredients.
10   **A.   Yeah.  So there was some -- yeah.  Okay.**
11  **So when I left the eggs desk in April of 2008, I**
12  **went to the value added ingredients team and bought**
13  **fruits and nuts for two years, and then I was in**
14  **the same group and moved to functional ingredients.**
15   Q.   Okay.
16   **A.   So sorry for that mis- --**
17   Q.   It's okay.
18   **A.   I think the whole timeline thing is a**
19  **little goofy, it sounds like, so -- the point being**
20  **that this is after I had moved off of the eggs desk**
21  **and out of the commodities group.**
22   Q.   Okay.  So let's turn to page 4 of this

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

25 (Pages 94 to 97)

94

1 document.
2 MR. CAMPBELL: What's the Bates number?
3 MR. DAVIS: It ends in 1000.
4 BY MR. DAVIS:
5 Q. This says "Egg Strategy: Adapting to a
6 new environment" at the top.
7 A. Mm-hmm.
8 Q. And I'm guessing based on your prior
9 experience, is this something that you added to
10 this presentation?
11 A. Yeah. Either Scott or I did, yes.
12 Q. And this shows what we talked about
13 earlier, that GMI shifted to a cost-plus model --
14 A. Correct.
15 Q. -- based on the structural changes in
16 the industry, right?
17 A. Correct.
18 Q. And when you say "structural changes in
19 the industry," what is it that you're referring to?
20 A. So, again, it's the supplier -- the
21 suppliers -- or growth in the industry was slowing
22 down. So it had been very rapid up until the point

95

1 of, you know, 2006 or '7. Investments were
2 going -- started to go elsewhere instead of in the
3 egg industry. They weren't investing anymore.
4 Q. Who's "they"?
5 A. The suppliers. The industry. There was
6 a lot of demand for animal protein. That was
7 another factor. And, you know, we anticipated that
8 if the industry was starting to slow down, you
9 know, that we would see some different -- more
10 volatile pricing, and we wanted to do something
11 about it.
12 Q. What do you mean when you say there was
13 increased demand for animal protein?
14 A. There was -- globally there was
15 increased demand for eggs and meat, and as emerging
16 markets were starting to come on, people were
17 wealthier or had more money and they were
18 demanding, or buying, meat or eggs.
19 Q. So domestically there was increased
20 demand for animal protein, and that just increases
21 the demand for eggs?
22 A. It was more of a global --

96

1 Q. I was just trying to parse them out.
2 A. Yeah.
3 Q. So starting domestically, with an
4 increase in domestic demand for animal protein,
5 that would increase the demand for eggs and affect
6 the price just based on your supply demand curves?
7 A. Sure. Yeah.
8 Q. From a global setting, an increased
9 demand for eggs might be a reason why egg producers
10 would export eggs?
11 A. Might be.
12 Q. And that would affect supply demand from
13 a reduction in supply?
14 A. Yeah.
15 Q. So the increased demand globally for
16 eggs would affect the price for eggs domestically
17 both on the supply and on the demand end?
18 A. Yes.
19 Q. Now, if you would turn to the next page
20 of this document.
21 A. Mm-hmm.
22 Q. It says, "Eggs: Where is our

97

1 influence?" What does that mean?
2 A. So basically that means where can we
3 negotiate. You know, what is -- where would
4 sourcing have an influence in the price of that
5 final product to General Mills.
6 Q. And below, there's two different pie
7 graphs. One says "cost of a shell egg," the other
8 says "cost of a pound of dried egg."
9 A. Mm-hmm.
10 Q. Cost to whom? To the producers?
11 A. In the case of the shell egg, it would
12 appear that that's the producer. In the case of a
13 dried egg, it would appear that that's the cost
14 to -- well, to us, yeah, to General Mills.
15 Q. And that's because of the dryer margin
16 component?
17 A. Well -- can you restate the question?
18 Q. Sure. I'll just ask it more broadly.
19 How do these two pie charts answer the question
20 posed above as to where General Mills' influence
21 lies?
22 A. Yeah. So I would say that in the case

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

26 (Pages 98 to 101)

---

98

1  of the shell egg, you know, we -- based on the
2  model that we were moving to, we felt like we could
3  control almost 60 percent of the cost of the shell
4  egg, which would be coming from our vertically
5  integrated supplier.
6  And in the case over here, you know, the
7  conversion cost was something that we could
8  negotiate, the dryer margin was something that we
9  negotiated in the supply agreement with Rembrandt.
10  So, you know, what we're trying to
11  illustrate here is that, you know, a lot of the
12  stuff we can't control. You know, the pullet, the
13  depreciation, you know, all of those things we
14  can't control and you can't really negotiate. But
15  in the case of the feed, we had control over that
16  and we felt like we had some pretty good practices
17  internally at General Mills where we could actually
18  have an influence over that price.
19  Q.   And then the cost of purchasing dried
20  eggs were subject to negotiation in the way
21  that cost of purchasing shell eggs are not?
22  A.   Right. I mean, the piece here -- I

---

99

1  mean, the liquid egg cost would be -- I mean, you
2  would take this little piece of the pie and say,
3  this is what this is. So if you save that 22
4  percent of the liquid egg cost, you know, we have
5  influence over 60 percent of that essentially.
6  So --
7  Q.   So the way that a purchaser negotiates
8  the price of a dried egg or pounds of dried eggs is
9  different -- or a purchaser might have more
10  leverage there than they would negotiating the cost
11  of shell eggs?
12  A.   Not necessarily. But if you had a bias
13  on the feed inputs and you knew more about it and
14  you could use that as part of your negotiation,
15  then yes. If you didn't, then no.
16  Q.   Okay. So when General Mills purchases
17  egg products, what are -- let's talk about what the
18  considerations are, I guess. Obviously price is
19  one of the considerations. But there's more than
20  that, right?
21  A.   Mm-hmm.
22  Q.   Yes?

---

100

1  A.   Yes. Sorry. Yes.
2  Q.   And how about product quality?
3  Obviously that's --
4  A.   Yes. Product quality is very important
5  to us.
6  Q.   And when you are approaching a new
7  supplier about a potential supply agreement, the
8  product quality, the product specifications are
9  obviously a topic of discussion. Fair to say?
10  A.   Yes. That's correct.
11  Q.   Would you sort of lead off by showing
12  this potential supplier product specifications?
13  A.   Yes.
14  Q.   This is for egg products?
15  A.   For egg products, correct.
16  Q.   Okay.
17  A.   Yes. We have specifications for all of
18  our purchased items.
19  Q.   And you would say, can you meet these?
20  A.   Yeah. That would be part of the
21  discussion, yeah.
22  Q.   And has anyone ever said, no, we can't

---

101

1  do this?
2  A.   I'm sure they have. I mean, in the
3  conversations that I've had with egg suppliers, you
4  know, I've showed them the documents, the specs,
5  specifications. And in most cases, they can meet
6  them. I think with -- you know, eggs are a little
7  sensitive in terms of fat and pH and that type of
8  thing.
9  So a lot of it is can you meet it, yes,
10  we can meet it based on our capabilities, and then
11  doing final testing upon, you know, arrival
12  essentially or doing product testing with our R&D
13  team to see if they actually work in our products.
14  Because they're very functional in our products.
15  Q.   And General Mills has a separate team
16  that's responsible for testing the products?
17  A.   Correct.
18  Q.   And making sure that they meet certain
19  quality standards?
20  A.   Right. So we have a QRO, which stands
21  for quality, regulatory and operations, team that
22  has an ingredient manager for every category that

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

27 (Pages 102 to 105)

102

1  we purchase.  So there was an egg ingredient
2  manager who was responsible for qualifying the
3  suppliers and, you know, working with them and R&D
4  to determine if the product meets the
5  specification.
6      Q.  Who is that person?
7      A.  Good question.  Rita Hosie was on eggs,
8  I believe, when I was buying them.
9      Q.  Are there objective criteria that they
10  look at in assessing the quality of the product?
11      A.  Yeah.  So, for example, fat content, pH,
12  you know, I would have to look at a specification
13  to see what other objective standards are on there,
14  but, I mean, those are two of them that are really
15  important.  Color, you know, is one of them.
16      Q.  How does General Mills consider an egg
17  product supplier's -- I'll call it reliability?  Is
18  that a factor that's considered?
19      A.  Yeah.  Sure.  So service.  Is that what
20  you're asking?
21      Q.  Yeah.  Or we ordered this much and we
22  know we're going to get what we ordered in a week.

103

1      A.  Yeah.  That's also a very important
2  piece, and that's one of the responsibilities of
3  the buyer to make sure that the suppliers are, you
4  know, aware of what our expectations are.  And that
5  if they have issues supplying on time or in the
6  right amount or whatever, that those are being
7  addressed immediately.
8      Q.  The scale of a supplier would be an
9  important factor in that regard?
10      A.  In what way?
11      Q.  Well, a supplier would have to be big
12  enough to essentially work with General Mills and
13  do so reliably?
14      A.  Yes.  But we also work with really small
15  suppliers that can meet our demand and expectations
16  as well.  So size of a supplier doesn't necessarily
17  have that big of an impact on what our expectations
18  would be.
19      Q.  Are there suppliers that are too small
20  to meet your demand for egg products?
21      A.  Well, sure.  I'm sure there are.
22      Q.  Would you -- among the nation's

104

1  purchasers of egg products, would you consider
2  General Mills to be toward the larger end of the
3  spectrum in terms of the quantities it is
4  purchasing?
5      A.  You know, I don't know.  I would assume
6  that we are fairly large, but, you know, a lot of
7  things have changed since I was on the desk, so
8  that could look totally different now.
9      Q.  General Mills purchases a good amount of
10  egg products, right?
11      A.  Sure.  Yeah.
12      Q.  And a small farm could not meet General
13  Mills' demand for egg products, right?
14      A.  A small farm that has no drying
15  capabilities or -- I don't understand the question.
16      Q.  If a farmer has got 150 hens --
17      A.  Yes.
18      Q.  -- laying eggs and a dryer --
19      A.  And a dryer.
20      Q.  -- can he meet General Mills' demand for
21  egg product?
22      A.  Probably not.

105

1      Q.  How about 250 hens?
2      A.  Probably not.
3      Q.  Probably not?
4      A.  Right.
5      Q.  You have to have --
6      A.  Yeah.  You'd have to have a sizeable
7  business to meet the demands of us, yes.
8      Q.  So General Mills is only going to work
9  with egg product suppliers that are of sufficient
10  size to meet its demand?
11      A.  Sure.  Yes.
12      Q.  Are there other -- so I'm just trying to
13  understand how -- well -- strike that.
14          Are there other qualitative, I guess,
15  factors that General Mills considers when
16  purchasing its egg products?
17      A.  Other than it meets the spec, price,
18  location?
19      Q.  Reliability of supplier?
20      A.  Reliability -- yeah.  On-time service,
21  quality, metrics, yes.
22      Q.  And those metrics are pH and color

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

28 (Pages 106 to 109)

---

106

1  and --
2  **A.  Yeah.  Fat content.  Mm-hmm.**
3  Q.  So those are all things that might
4  differentiate one egg product -- an egg product
5  coming from one supplier from the same theoretical
6  egg product coming from another supplier?
7  **A.  Yes.**
8  Q.  They have a different pH content or a
9  different fat content?
10  **A.  If they are supplying the same specs,**
11  **the fat content and the pH has to be the same.  If**
12  **they're meeting that specification and we're buying**
13  **it from two suppliers, they have to meet the same**
14  **specification.**
15  Q.  And they might be able to; they might
16  not?
17  **A.  Right.**
18  Q.  Any other non-price factors you can
19  think of that were considered?
20  **A.  Not off the top of my head.**
21  Q.  Did you receive any communications from
22  egg product suppliers who were seeking to do

---

107

1  business with General Mills?
2  **A.  Communications meaning what exactly?**
3  Q.  Phone calls, e-mails, just attempts to
4  reach out to you.
5  **A.  Yeah.**
6  Q.  Mm-hmm.  What suppliers were those?
7  **A.  I'm trying to recall.  I know that**
8  **Sparboe reached out.  I don't really know of anyone**
9  **else.**
10  Q.  Sparboe reached out during your time as
11  buyer?
12  **A.  Correct.**
13  Q.  How did that discussion play out?
14  **A.  You know, I was trying to recall that,**
15  **and I know that I met with them, but I don't recall**
16  **the content of the discussion.**
17  Q.  They sought you out in an attempt to try
18  to supply General Mills with egg product?
19  **A.  I don't remember.  I would assume that's**
20  **why they contacted me, yeah.**
21  Q.  Well, they reached out to you as opposed
22  to you reached out to them?

---

108

1  **A.  Yeah.  I did not contact them, no.**
2  Q.  And then you went ahead and met with
3  them?
4  **A.  I did.**
5  Q.  And ultimately did not agree to purchase
6  egg products from them?
7  **A.  Correct.**
8  Q.  Do you recall why that was?
9  **A.  I don't.**
10  Q.  Do you recall anything about that
11  conversation at all?
12  **A.  I don't.**
13  Q.  Do you know who from Sparboe you met
14  with?
15  **A.  I don't recall their names, but there**
16  **was a document that I saw that had some names on**
17  **it.  But I don't remember any of the people.**
18  Q.  How many people were there?
19  **A.  Three, four maybe.**
20  Q.  Just one meeting?
21  **A.  Yeah.**
22  Q.  Were price terms discussed at that

---

109

1  meeting?
2  **A.  No.  Not that I recall, no.**
3  Q.  So it was just an introductory-level
4  meeting?
5  **A.  Yeah.**
6  Q.  And who would you have discussed -- were
7  you the only one from General Mills at that
8  meeting?
9  **A.  I don't remember.  I mean, I honestly**
10  **don't remember the meeting at all, I mean, so --**
11  Q.  So you remember that it exists?
12  **A.  I remember that it exists.  I**
13  **remember -- because actually when I saw the e-mail,**
14  **it triggered my memory that I did meet with them,**
15  **but I don't recall any of the discussions that we**
16  **had in it.  I mean, it was probably more of an**
17  **introductory meeting.**
18  MR. DAVIS:  Why don't we go off the
19  record for a minute.
20  THE VIDEOGRAPHER:  We're going off the
21  record about 10:20 a.m.
22  (Whereupon, a recess was taken from

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany                                    March 6, 2014

29 (Pages 110 to 113)

---

110

10:20 a.m to 10:38 a.m.)

THE VIDEOGRAPHER:  We're back on the record about 10:39 a.m.

BY MR. DAVIS:

Q.   Ms. Mercuri, we discussed earlier -- I believe you said you were not a part of any discussions related to animal welfare for egg-laying hens; is that right?

A.   Correct.  That's correct.

Q.   Have you become aware at any point during your tenure at General Mills of discussions regarding animal welfare for egg-laying hens?

A.   In what regard?

Q.   Are you aware of any discussions?

A.   Am I aware of it?  Yes, I'm aware of it.

Q.   What is it that you're aware of?

A.   I'm aware that we have committed to a sustainability commitment for animal welfare.  I don't know exactly what the terminology is for that.  But we came out with that commitment in the fall of 2010.  Or -- no.  The fall of 2013.

Q.   For hens specifically?

---

111

A.   It's -- I don't know exactly what it is.  It's for animals.

Q.   Okay.

A.   So it's part of our 10 by 20 sustainability commitment.  And I think it's animal welfare, so it would be animals that we -- either hens or eggs or meats or poultry or whatever we buy that are animal based.

Q.   Are you aware of any specifics as to the policy -- the animal welfare policy as far as hens are concerned?

A.   No.

Q.   Were you a part of any discussions related to that animal welfare policy?

A.   No, I was not.

Q.   Did you ever raise the specter of animal welfare during your time as the buyer for eggs?

A.   No.

Q.   Have you ever raised that as an issue during your tenure as a buyer for anything at General Mills?

A.   For animal welfare?

---

112

Q.   Yes.

A.   No.

Q.   So during your time as the buyer for eggs, there was -- there were no animal welfare requirements imposed on suppliers; is that right?

A.   That is correct.

Q.   Did you think there should have been?

A.   I didn't really have an opinion.

Q.   You had absolutely no opinion on it one way or the other?

A.   Not really.

Q.   Do you have an opinion now?

A.   Not really.

Q.   It's of no consequence to you?

A.   As a buyer or as a consumer?

Q.   Both.

A.   As a consumer, yes.  As a buyer, not really.

Q.   All right.  So why is it of no consequence to you as a buyer?

A.   It just isn't.  I mean, I don't really have an opinion.

---

113

Q.   You don't think it's relevant to the decisions that a buyer would make?

A.   I think it is, but I'm not on that desk anymore, so I really don't know all of the facts and all of the details behind why it would be important.

I would think that the buyer should have some level of knowledge of it.  But in terms of, you know, is it relevant to being a buyer, I mean, yes, but to have an opinion on it, no.

Q.   So it's relevant to being a buyer, but a buyer doesn't need to have an opinion on it?

A.   Right.

Q.   That's your view?

A.   Yeah.  I mean, I guess I'm trying to understand, what are you asking?

Q.   I'm asking whether or not you think animal welfare requirements for egg product suppliers are something that should be considered by a buyer of egg products.

MR. CAMPBELL:  Objection as to time frame.  Could you tell about a time frame here.

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany                                    March 6, 2014

30 (Pages 114 to 117)

114

1        MR. DAVIS: At any point in time.
2    A.    Yes.
3        BY MR. DAVIS:
4    Q.    Okay. And was that true when you were
5    the buyer for egg products? You thought that
6    animal welfare requirements were something that you
7    should consider?
8    A.    It was a consideration at the time that
9    I was the buyer, but it was not the -- it wasn't a
10   main factor.
11   Q.    It was a consideration?
12   A.    It was discussed and we were looking at
13   into it as a company. We knew it was out there.
14   But it wasn't something that we were requiring of
15   our suppliers at the time.
16   Q.    So it was discussed, and ultimately the
17   decision was made that animal welfare requirements
18   for egg-laying hens should not be required of egg
19   product suppliers?
20   A.    We were evaluating it at the time I was
21   on the desk, and I don't know that we ever came to
22   a full decision on what that should look like.

115

1    Q.    But no requirements were actually
2    imposed?
3    A.    No.
4    Q.    And did you have an opinion one way or
5    the other on whether requirements should be
6    imposed?
7    A.    No.
8    Q.    Did anyone voice an opinion on that that
9    you were privy to?
10   A.    No.
11   Q.    So you had this discussion. Who was
12   part of that discussion?
13   A.    My manager, Scott. His manager.
14   Q.    Which is who?
15   A.    Kevin Shriver.
16   Q.    Kevin Shriver?
17   A.    Yeah.
18   Q.    What was his role?
19   A.    He was the director of sourcing -- or
20   director of commodity sourcing.
21   Q.    And how many discussions would you say
22   you had with Scott and Kevin?

116

1    A.    Not many.
2    Q.    A few?
3    A.    A few.
4    Q.    And during these discussions, you guys
5    got together, you said let's pose the question of
6    whether or not General Mills should impose animal
7    welfare requirements on egg product suppliers. And
8    nobody ever voiced an opinion as to what the answer
9    to that question should be?
10   A.    With the sourcing group, it wasn't so
11   much about whether we had an opinion or not. It
12   was about what are we -- how are we -- what are we
13   doing with our suppliers and are the suppliers
14   required to meet anything, and they weren't.
15   Q.    But that's a one-sentence conversation,
16   right, are the suppliers required to meet any
17   animal welfare requirements? No, they're not.
18   A.    Right. So -- and whether they had
19   conversations with -- you know, at the time, we
20   didn't really have -- I mean, that I was aware of,
21   have a sustainability team like we do now.
22   Q.    Right.

117

1    A.    So if those conversations were
2    happening, I was not part of those.
3    Q.    But I'm asking about the conversations
4    you were a part of, which were --
5    A.    Yeah. It was more about do we have any
6    requirements, no. Do we need to be thinking about
7    that. You know, it's something that we are
8    consideration, gathering more information on,
9    hadn't made a decision at that point.
10   Q.    Do these conversations take more than 30
11   seconds?
12   A.    Not really.
13   Q.    It was we should look into this? That's
14   it?
15   A.    Yes.
16   Q.    And you're not aware of anyone voicing
17   an opinion?
18   A.    In sourcing? No.
19   Q.    Elsewhere?
20   A.    Not that I'm aware of.
21   Q.    So you're not aware of anyone at General
22   Mills voicing any opinion at any point in time on

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

31 (Pages 118 to 121)

---

### 118

1  whether or not there should be animal welfare
2  requirements imposed on egg product suppliers?
3      A.   Not that I'm aware of.
4      Q.   And you have no opinion on that one way
5  or the other as a buyer?
6      A.   No.
7      Q.   As a consumer, do you have an opinion on
8  that?
9      A.   As a consumer, I -- yeah.  I mean, I
10  think that it's -- yeah.  Yeah.
11      Q.   What is your opinion on that as a
12  consumer?
13      A.   From an animal -- specifically about
14  eggs?
15      Q.   Yeah.
16      A.   I mean, I think the -- see, I know more
17  about eggs than the average consumer does.  So the
18  fact that animal welfare plays into all of the
19  stuff that's going on in the news and that is -- I
20  mean, I know -- I've been to egg suppliers, so I
21  know more about that than the average consumer.
22  So --

### 119

1      Q.   I understand that.
2      A.   I mean, I think it's an important factor
3  to think about as a consumer.  Specifically about
4  eggs, it's not as big of a deal as it would be in
5  something else related to animal welfare.
6      Q.   Like what?
7      A.   Like stuff that -- slaughterhouses and
8  that type of stuff.  So meat.
9      Q.   You think that meat is more important?
10      A.   It's different.
11      Q.   I think "important" was your word.  So I
12  can -- you can --
13      A.   Sure.
14      Q.   I'm asking.  Is --
15      A.   It's different.  I mean, the fact that a
16  hen lays an egg and still gets to live is different
17  than a cow giving up its life to be eaten, in my
18  opinion.
19      Q.   All right.  So you think that animal
20  welfare requirements for egg-laying hens are less
21  important than animal welfare requirements for
22  cows?

### 120

1      A.   As a consumer, yes.
2      Q.   Did you have that opinion when you were
3  the buyer for eggs?
4      A.   I don't recall, really.
5      Q.   And have you served as the buyer for any
6  other animal products?
7      A.   No.
8      Q.   Have you ever voiced that opinion to
9  anyone at General Mills?
10      A.   No.
11      Q.   You said you've been to egg farms as the
12  buyer for eggs.
13      A.   Mm-hmm.  Yeah.  Mm-hmm.
14      Q.   Were there discussions about cage space
15  that was afforded to hens?
16      A.   Well, we went into a hen house that was
17  not in use and we saw the cages.  And, I mean, we
18  probably talked about it.  I don't recall exactly
19  what that conversation was, though.
20      Q.   Do you have any views on whether battery
21  cages for hens are humane?
22      A.   No.

### 121

1      Q.   You have no views one way or the other?
2      A.   No.
3      Q.   Correct?
4      A.   Correct.  No.
5      Q.   And do you have any views as to how much
6  space within a cage a hen needs in order to be
7  treated humanely?
8      A.   I have no idea.
9          MR. DAVIS:  I believe that's all of the
10  questions that I have for you.  Mr. Schwingler is
11  going to have some questions as well.
12          THE WITNESS:  Okay.
13      EXAMINATION BY COUNSEL FOR MICHAEL FOODS
14          BY MR. SCHWINGLER:
15      Q.   Good morning.  My name is Peter
16  Schwingler.  I represent Michael Foods in
17  this case.  If you could turn back to Exhibit 4.
18      A.   Okay.  What is it?
19      Q.   Exhibit 4 is the 2006 contract with
20  Michael Foods.
21      A.   Okay.
22      Q.   Date on this contract is May 1st 2006 to

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

32 (Pages 122 to 125)

---

**122**

1  August 31st 2006, correct?
2  **A.  Correct.**
3  Q.   And you weren't the buyer for eggs at
4  General Mills at that time?
5  **A.  No.**
6  Q.   But is this contract representative of
7  the types of contracts you would have entered into
8  with Michael Foods?
9  **A.  Yes.**
10  Q.   And this contract, as an example, has a
11  fixed price for the term of the contract, correct?
12  **A.  Correct.**
13  Q.   Which means that General Mills was
14  committing to buy certain quantity of the listed
15  products during that time, correct?
16  **A.  Correct.**
17  Q.   And General Mills would pay the same
18  price for those products during that period of
19  time?
20  **A.  Correct.**
21  Q.   And if the Urner Barry price for
22  breaking stock went up during that time, General

---

**123**

1  Mills would still pay the same contract price,
2  correct?
3  **A.  Correct.**
4  Q.   And if the Urner Barry price for
5  breaking stock went down during that time, General
6  Mills would still pay the same price for these
7  products, correct?
8  **A.  Correct.**
9  Q.   So at least for the term of the
10  contract, the changes in an Urner Barry price had
11  no impact on the prices General Mills paid for
12  these products; is that fair?
13  **A.  That's correct.**
14  Q.   Turn your attention to the last product
15  listed.  And if you look at -- it says 00050 and
16  then there's some other numbers and then it says
17  "egg yolk DR free FLW ENZ MOD."
18  **A.  Mm-hmm.**
19  Q.   Are you familiar with that product?
20  **A.  Yeah, I've heard of it.**
21  Q.   What is that?
22  **A.  It's a -- I believe that it's a liquid**

---

**124**

1  **yolk, free-flowing enzyme modified kosher product.**
2  **That's what that all stands for.**
3  Q.   What does "free-flowing" mean?
4  **A.  I don't know.**
5  Q.   What does "kosher" mean?
6  **A.  Kosher is -- kosher.**
7  Q.   General Mills sells kosher products to
8  its customers?
9  **A.  Yes.  And this was probably going into a**
10  **line that was kosher.**
11  Q.   What does "enzyme-modified" mean?
12  **A.  I don't know.**
13  Q.   When you were the buyer for eggs for
14  General Mills, did you purchase enzyme-modified egg
15  products from Michael Foods?
16  **A.  Yes.**
17  Q.   But you're not familiar with what the
18  term "enzyme-modified" means?
19  **A.  I don't really know.**
20  Q.   Are you familiar with why General Mills
21  purchased enzyme-modified egg products from Michael
22  Foods?

---

**125**

1  **A.  No, I am not.**
2  Q.   Are you familiar with whether General
3  Mills' R&D personnel ever met with Michael Foods'
4  R&D personnel to discuss enzyme-modified egg
5  products?
6  **A.  Am I aware of a meeting?  Is that your**
7  **question?**
8  Q.   To your knowledge, did General Mills and
9  Michael Foods collaborate to develop an
10  enzyme-modified egg product for General Mills?
11  **A.  I don't know.**
12  Q.   So you're not aware of whether this
13  particular product was custom made for General
14  Mills?
15  **A.  I'm not aware.**
16  Q.   I note on here that there appear to be
17  both egg whites and egg yolks that General Mills
18  purchased?
19  **A.  Correct.**
20  Q.   Did you track differences in market
21  prices for whites versus yolks during your time as
22  the buyer for General Mills?

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

33 (Pages 126 to 129)

---

126

1  A.  Aleks, the economic insight guy, tracked
2  that for us, yes.
3  Q.  Just based on this contract, it appears
4  that General Mills is purchasing a significantly
5  larger quantity of whites than yolks; is that fair?
6  A.  It appears to be the case in this, yes.
7  Q.  Overall, is that the case for General
8  Mills?  Is it true that General Mills -- strike
9  that.
10  Does General Mills purchase larger
11  quantities of whites than yolks as a general
12  matter?
13  A.  I believe that when I was on the desk,
14  wholes and yolks were a greater percentage of our
15  buy than the whites, yeah.
16  Q.  To your knowledge, does the feed-based
17  pricing arrangement with Rembrandt encompass whole
18  eggs?
19  A.  I believe it does, yes.
20  Q.  Does the encompass egg yolks?
21  A.  Dried, yes.
22  Q.  And does it encompass egg whites?

---

127

1  A.  I believe so, yes.
2  Q.  And are you aware of the relative
3  quantities of whites and yolks in that contract?
4  A.  I'm not.
5  Q.  You can set aside Exhibit 4.  I believe
6  you testified earlier -- and I'm not intending to
7  put any words in your mouth, so please correct me
8  if I get this wrong.  But I believe I heard you
9  testify that at some point in time before you were
10  the buyer of eggs for General Mills, General Mills
11  approached its egg suppliers to determine if there
12  was any interest in a feed-based pricing formula.
13  A.  Mm-hmm.
14  Q.  Were you a part of any of those
15  conversations?
16  A.  No.
17  Q.  So you didn't personally speak with any
18  of Michael Foods -- withdrawn.
19  You didn't personally speak with any
20  General Mills eggs supplier about feed-based egg
21  prices?
22  A.  Prior to Rembrandt, no.

---

128

1  Q.  So Rembrandt was the first supplier you
2  spoke to about feed-based prices?
3  A.  Yes.
4  Q.  So you would agree that you have no
5  personal knowledge other than what you've heard
6  from other people about these conversations with
7  other suppliers?
8  A.  That's correct.
9  Q.  And you have no personal knowledge of
10  any conversations with Michael Foods about
11  feed-based pricing before your time?
12  A.  That's correct.
13  Q.  And you personally didn't speak to
14  Michael Foods about feed-based pricing during your
15  time as buyer?
16  A.  Not that I recall.
17  (Mercuri Exhibit 9 was marked for
18  identification.)
19  BY MR. SCHWINGLER:
20  Q.  Ms. Mercuri, I'm handing you what's been
21  marked as Exhibit 9, which for the record is a
22  document bearing the Bates range GMI 00023656

---

129

1  through 23674.  Do you recognize this document?
2  A.  Yes.
3  Q.  What is it?
4  A.  Well, it looks like a PowerPoint that I
5  did for -- I don't know who -- but discussing
6  different strategies for our egg buy.
7  Q.  This document was created in June of
8  2007 or thereabout?
9  A.  Correct.
10  Q.  And you created this document?
11  A.  Yes, I did.
12  Q.  If you could turn to the page ending in
13  number 666.  At the top of it page, it says
14  "Recommendation."  Do you see that?
15  A.  Yes.
16  Q.  Did this page reflect your
17  recommendations about egg purchases?
18  A.  It was recommendation of myself and my
19  manager on what we should do with Rembrandt.
20  Q.  And if you look at the second bullet
21  point that says "Other productivity opportunities."
22  Do you see that?

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

34 (Pages 130 to 133)

---

130

1     **A.**   Yes.
2     **Q.**   And the second bullet under that says,
3 "Other dried volume with Michael Foods." Do you
4 see that?
5     **A.**   **Mm-hmm.**
6     **Q.**   And then it appears to say $425 million.
7     **A.**   **Mm-hmm.**
8     **Q.**   Is that possibly a typo on the dollar
9 figure there, or were you considering a
10 $425 million arrangement with Michael Foods?
11     **A.**   **It's $425,000.**
12     **Q.**   Okay.
13     **A.**   **It would have been -- that would have**
14 **been the value of the productivity, the cost**
15 **savings.**
16     **Q.**   And under that bullet, then it says --
17 the second bullet says, "100 percent feed cost on
18 minimum quantity." Do you see that?
19     **A.**   **I do.**
20     **Q.**   Does this refresh your recollection as
21 to whether you spoke with Michael Foods about
22 feed-based pricing during your time as the buyer?

---

131

1     **A.**   **It does not. I don't ever remember**
2 **talking to them about it, but maybe we did.**
3     **Q.**   All right. You can set that document
4 aside.
5         (Mercuri Exhibit 10 was marked for
6         identification.)
7     BY MR. SCHWINGLER:
8     **Q.**   I'm handing you what's been marked as
9 Exhibit 10.
10     **A.**   **Another PowerPoint.**
11     **Q.**   For the record, this Exhibit 10 bears
12 the Bates range GMI 00017136 through 17170. Do you
13 recognize this document?
14     **A.**   **Yes.**
15     **Q.**   What is it?
16     **A.**   **This appears to be more of a category**
17 **overview.**
18     **Q.**   And what is a category overview?
19     **A.**   **So buyers at General Mills are required**
20 **to provide leadership and overview of the current**
21 **state of the category, strategy, buying strategy,**
22 **any -- kind of an industry overview type of thing**

---

132

1 as well.
2         **In March, we do our planning -- spring**
3 **planning process for the following fiscal year, and**
4 **I think that's probably what this is related to.**
5     **Q.**   And this document is from March of 2007?
6     **A.**   **Yes.**
7     **Q.**   And you created this document?
8     **A.**   **I did.**
9     **Q.**   If you could turn to the page -- it's
10 about halfway in. It ends in number 154. At the
11 top of the page, it says, "Egg Strategy Options."
12 Do you see that?
13     **A.**   **Correct.**
14     **Q.**   What are you describing on this page?
15     **A.**   **So basically it's the options that we**
16 **saw as buying options and the advantages and**
17 **disadvantages of each model.**
18     **Q.**   On the leftmost column, I see the phrase
19 "breaking stock model," the phrase "cost-plus
20 model" and the phrase "market-based model."
21         Can you just explain the difference
22 between the breaking stock model and the

---

133

1 market-based model?
2     **A.**   **Yeah. That's a good question. The**
3 **differences, as I would see it, would be that in a**
4 **breaking stock model, you would buy at a period in**
5 **time based on the Urner Barry breaking stock price.**
6 **And the market-based model would be more of a spot**
7 **price model. So if you had to actually go out and**
8 **buy whites or yolks or something like that on a**
9 **spot basis, that would be your market-based model.**
10     **Q.**   So to your knowledge, Urner Barry has
11 separate price quotes for different types of egg
12 product?
13     **A.**   **Correct.**
14     **Q.**   And so Urner Barry will have a quote for
15 yolks and a quote for whites?
16     **A.**   **Yes.**
17     **Q.**   So are you suggesting that the
18 market-based model would involve purchases based on
19 the spot market price for the actual specific
20 product type you'd be buying?
21     **A.**   **Correct.**
22     **Q.**   Whereas the breaking stock model you're

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

35 (Pages 134 to 137)

---

**134**

1   buying based off of the breaking stock alone?
2       A.   Correct.
3       Q.   And then in the middle, it says "Cost
4   Plus Model."  Do you see that?
5       A.   Yes.
6       Q.   Can you describe for me what you mean by
7   the term "cost-plus model"?
8       A.   So that's the feed-based model that
9   we've been discussing today.  And it really is
10  related to setting up a cost model in which the two
11  inputs that would fluctuate would be your corn and
12  soybean meal.
13      Q.   So when you're referring to cost plus on
14  this document, you're referring to a grain or
15  feed-based contract?
16      A.   Correct.  Yes.
17      Q.   But it's also possible to have a
18  cost-plus contract where the cost component is
19  determined by the market price for eggs?
20      A.   Different than the market-based model?
21  Is that what you're asking?
22      Q.   Not necessarily different than the

---

**135**

1   market-based model.  But I guess what I'm getting
2   at is there could be other types of cost-plus
3   contracts than a grain-based contract, correct?
4       A.   Sure.  Yeah.
5       Q.   Because the grain is just how you're
6   measuring the cost?
7       A.   Right.
8       Q.   You could measure the cost based on
9   another factor entirely, correct?
10      A.   You could.
11      Q.   So, for example, if your egg product
12  supplier purchased breaking stock at the breaking
13  stock market price, processed it into dried yolks
14  and sold you dried yolks, if the price was breaking
15  stock plus freight plus margin, that would be a
16  cost-plus contract also, correct?
17      A.   Theoretically, yeah.
18      Q.   And that's because the breaking stock
19  market price was the cost of the input to the
20  supplier?
21      A.   Mm-hmm.
22      Q.   They then -- you know, other costs like

---

**136**

1   freight, and then they sold it to you for a markup.
2       A.   Right.
3       Q.   But your price was based on their cost
4   plus some sort of margin, correct?
5       A.   Correct.
6       Q.   So the core difference between the
7   breaking stock model and a cost-plus model is
8   simply how the parties determine the cost component
9   of the price?
10      A.   And the time when you would do that,
11  too.  Right?
12      Q.   I'm speaking more in theoretical terms.
13      A.   Yes.
14      Q.   So I understand from you that the
15  breaking stock model makes sense if you're a
16  seasonal purchaser of large volumes and are able to
17  buy a long shelf life product and store it,
18  correct?
19      A.   Correct.
20      Q.   Not all egg buyers are capable of that,
21  correct?
22      A.   Correct.

---

**137**

1       Q.   And that's not possible for shorter
2   shelf life products?
3       A.   Right.  Liquid.  Right.
4       Q.   On the cost-plus model column on the far
5   right under "Disadvantages," the seconds bullet
6   says, "In an oversupply market, does not make sense
7   because prices will be naturally lower."
8       A.   Right.
9       Q.   What do you mean by that?
10      A.   Well, in our analysis, when there's
11  excess product in the market, the prices are lower.
12  And so you could theoretically have a situation
13  where if you were in an oversupply situation, you
14  could be lower than your grain-based model.
15      Q.   You mean oversupply of eggs?
16      A.   Correct.
17      Q.   So if egg prices are higher, you'd
18  rather be on a grain-based model, and if egg prices
19  are lower, you'd rather be on a market model?
20      A.   Right.
21      Q.   You would agree that all three of these
22  models on your analysis here have advantages and

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

36 (Pages 138 to 141)

---

**138**

1  disadvantages?
2  **A.  Yes.**
3  Q.  One of the advantages of the feed-based
4  model is that you're actually able to hedge grain
5  prices, correct?
6  **A.  Correct.**
7  Q.  And there's no way to hedge egg prices,
8  to your knowledge?
9  **A.  There's not a trading market for eggs,**
10  **no, to my knowledge.**
11  Q.  So you can't buy egg futures?
12  **A.  No.**
13  Q.  And you can't buy or sell puts.
14  **A.  Not to my knowledge.**
15  Q.  You can set that to the side.  During
16  the time you were the buyer for General Mills, was
17  your largest supplier in terms of volume Primera?
18  **A.  Yes.**
19  Q.  What did you buy from Primera?
20  **A.  We bought dried yolk, dried wholes,**
21  **dried whites.  And I -- I don't recall if we bought**
22  **any liquid from them.  Liquid wholes or yolks, I**

---

**139**

1  don't recall.  We might have.
2  Q.  To your knowledge, at that time, did
3  Primera buy any hens?
4  **A.  I don't think they did.  They might -- I**
5  **don't know.**
6  Q.  So to the best of your knowledge,
7  Primera had to acquire the raw egg ingredient?
8  **A.  They bought breaking stock.  Eggs.**
9  Q.  Do you know whether they bought liquid
10  egg that was -- liquid eggs or breaking stock eggs?
11  **A.  I don't know if they bought both.  I**
12  **know for sure they bought breaking stock.**
13  Q.  Why did you buy from Primera
14  specifically?  What was it about Primera that was
15  appealing to General Mills?
16  **A.  They were a supplier before I started on**
17  **the desk.  I'm not sure of what the relationship**
18  **was and how we got to buy from them.  I do know**
19  **that they were a supplier of Pillsbury prior to the**
20  **acquisition, and so that played a factor in it as**
21  **we integrated the two sourcing groups.**
22  **But they were a quality supplier.  They**

---

**140**

1  provided, you know, good-quality products.  They
2  were on time.  We didn't have a lot of service
3  issues with them.  They were an easy supplier to --
4  an easy supplier relationship.  They were a
5  competitive.
6  Q.  They were able to meet your product
7  specs?
8  **A.  Correct.**
9  Q.  And they delivered a safe product?
10  **A.  Correct.**
11  Q.  And they delivered a high-quality
12  product?
13  **A.  Correct.**
14  Q.  During the time you were the buyer for
15  eggs for General Mills, you also purchased a fair
16  amount from Michael Foods?
17  **A.  Mm-hmm.**
18  Q.  Who at Michael Foods did you interact
19  with personally?
20  **A.  Tom Dirks and Jason Taylor.**
21  Q.  When you negotiated these -- I'd call
22  them a fixed contract, but I think you used the

---

**141**

1  term a quantity contract?
2  **A.  Mm-hmm.**
3  Q.  That involved a period of time from a
4  month to perhaps four months where General Mills
5  would pay the same price.  Who was your main point
6  of contact at Michael Foods for negotiating those
7  contracts?
8  **A.  Tom.**
9  Q.  Under what circumstances, generally
10  speaking, did you speak with Jason Taylor?
11  **A.  Usually on -- you know, I mean, there**
12  **was some other projects and stuff that we were**
13  **working on.  I didn't speak to him a whole lot.  He**
14  **would come in when we had supplier meetings.**
15  Q.  What type of projects would you work on
16  with Michael Foods?
17  **A.  I believe they were working on the**
18  **frozen egg project.  There was -- for our scrambled**
19  **product.  I don't recall a whole lot of other**
20  **things.**
21  Q.  Was General Mills collaborating with
22  Michael Foods to develop a frozen scrambled

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany                                      March 6, 2014

---

142

1   product?
2       A.   Collaborating with them?  No.
3       Q.   Was there any sort of development
4   agreement or contract between General Mills and
5   Michael Foods?
6       A.   Not to my knowledge.
7       Q.   So what was the nature of your
8   discussions with Mr. Taylor about -- you may not
9   have used the word "developing," but about sort of
10  creating this scrambled egg product?
11      A.   Basically are you capable of making it,
12  do you want to make it, what's your cost model look
13  like or cost structure look like, those types of
14  questions.
15      Q.   So you already had had product specs at
16  that point?
17      A.   Yeah.
18      Q.   So Michael Foods wasn't giving you input
19  into what the specs might be?
20      A.   No.
21      Q.   When you were negotiating with Rembrandt
22  about moving to a feed-based supply model, did you

---

143

1   ever discuss the challenges posed by selling egg
2   yolks on a grain-based or feed-based model?
3       A.   Challenges in what regard?
4       Q.   When you buy an egg yolk only --
5       A.   Mm-hmm.
6       Q.   -- there remains the egg white, correct?
7       A.   Uh-huh.
8       Q.   And so the supplier has a bunch egg
9   white they need to get rid of.
10      A.   Yes.
11      Q.   And that theoretically could pose a
12  challenge for a grain-based cost-plus contract --
13      A.   Right.
14      Q.   -- because the cost to the supplier is
15  the grain to feed the hen, which results in an
16  entire egg?
17      A.   Right.  So they have leftovers that they
18  need to use.  Yeah, we've had that conversation.
19      Q.   You discussed that issue with Rembrandt?
20      A.   Yes.
21      Q.   How did you resolve that issue?
22      A.   You know, I don't know exactly how we

---

144

1   resolved it.  I'm sure it's probably in the
2   contract somewhere.  But I know they had some other
3   outlets that they could potentially sell off to
4   other customers if they had any leftover whites, I
5   guess it would be, because our volumes of yolks and
6   wholes were more.  But I don't recall exactly how
7   we finalized on that.
8       Q.   And they didn't charge you like an
9   add-on for yolks based on the market?
10      A.   They may have.  They may have.  Just for
11  that --
12      Q.   You're not aware off the top of your
13  head sitting here today?
14      A.   Yeah.  I'm not sure.
15      Q.   Could you turn back to Exhibit 2.
16  Exhibit 2 is a PowerPoint you created in October of
17  2010, correct?
18      A.   Correct.
19           MR. CAMPBELL:  You misspoke.  I'm sorry.
20           THE WITNESS:  2007?
21           MR. SCHWINGLER:  Oh.  Yeah.
22  October 10th 2007.  Let me strike the question.

---

145

1           BY MR. SCHWINGLER:
2       Q.   Is Exhibit 2 a PowerPoint you created in
3   October of 2007?
4       A.   Yes.
5       Q.   If you could turn to the fifth page,
6   which ends in 1157 on the bottom right corner.
7       A.   Mm-hmm.
8       Q.   At the top of the page, it says, "Egg
9   market continues to gain strength."  Do you see
10  that?
11      A.   Yes.
12      Q.   What did you mean by that?
13      A.   I think it was pricing or costs were
14  going up.
15      Q.   In the second bullet point, it says,
16  "Domestic retail demand is abnormally strong."
17      A.   Mm-hmm.
18      Q.   What did you mean by that?
19      A.   Based on information that we had seen,
20  historic data that we had seen, breaking shell eggs
21  was higher than normal.
22      Q.   And this was because there was a higher

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

38 (Pages 146 to 149)

---

146

1  demand by consumers at the retail level?
2      A.   Correct.
3      Q.   When you say "abnormally strong," are
4  you aware of why that demand was higher at that
5  point in time?
6      A.   We felt like it could have been
7  Atkins-related.
8      Q.   And by "Atkins-related," you're
9  referring to the --
10      A.   High-protein diet fad that was around in
11  that time period.
12      Q.   And that impacted retail demand for eggs
13  because eggs are a source of protein?
14      A.   Correct.
15      Q.   I'll ask you to turn to the page ending
16  in 1162.  If you could go to the third bullet on
17  the page where it says "Better quality control."
18  Do you see that?
19      A.   Yes.
20      Q.   And then it says under that, "Inline
21  breaking provides control and traceability
22  throughout the entire process from hen to

---

147

1  packaging."  Do you see that?
2      A.   Yes.
3      Q.   What do you mean by "inline breaking"?
4      A.   So inline breaking is vertical
5  integration in which the hen houses are on site of
6  the breaking house, and they travel directly from
7  the hens to the breaker without any human
8  interaction.
9      Q.   So the egg never leaves the facility?
10      A.   Right.
11      Q.   And what's produced by the facility is
12  actually an unpasteurized liquid egg, correct?
13      A.   Yeah.
14      Q.   Why is it that inline breaking results
15  in better quality control, in your view?
16      A.   Because you have traceability all the
17  way back to the hen, or the hen house essentially.
18  So you know exactly -- if you have an issue, you
19  know exactly where it came from.  The quality is
20  better because there's no handling of it.  It's --
21  you have an easier -- the egg separates better when
22  it's warm versus being cold.

---

148

1      Q.   Is it a fresher product?
2      A.   Yeah.
3      Q.   Because you don't have to transport the
4  egg someplace else to break it?
5      A.   Right.  Right.
6      Q.   You were buying mostly -- I shouldn't
7  say mostly, but you were buying a large quantity of
8  dried egg product from Rembrandt, correct?
9      A.   Yeah, we did.
10      Q.   And one of the benefits of this
11  arrangement was that Rembrandt had new dryer
12  technology?
13      A.   Right.
14      Q.   So it was your understanding that
15  Rembrandt would take the inline liquid and then dry
16  it before shipping it to General Mills?
17      A.   Right.
18      Q.   And was the drying also occurring at the
19  same facility?
20      A.   Yes.
21      Q.   If you would turn back to Exhibit 8 for
22  one moment.  Exhibit 8 is a PowerPoint that you

---

149

1  created or helped create; is that correct?
2      A.   Correct.
3      Q.   Do you know roughly when you made this
4  document?
5      A.   I don't, but it would have had to have
6  been after April of 2008.
7      Q.   And one of the subtitles to this
8  document is "Sourcing 101"?
9      A.   Yeah.
10      Q.   Could you turn to the page ending in
11  11000.  At the top, it says, "Egg strategy,
12  adapting to a new environment."
13      A.   Yes.
14      Q.   Did you create this slide?
15      A.   Yes.
16      Q.   When you say "a new environment," what
17  did you mean?
18      A.   So that was the structural changes that
19  we were seeing in the industry.
20      Q.   And for the record, what structural
21  changes were you seeing in the industry at that
22  time?

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany
March 6, 2014

39 (Pages 150 to 153)

---

150

1  **A.   Well, at the time, demand was starting**
2  **to outpace supply and the growth of the egg**
3  **industry was slowing considerably.**
4      Q.   And the little box on the right side of
5  the graph, do you see where it says "GMI
6  strategy" --
7      **A.   Yes.**
8      Q.   -- "utilized a cost-plus model"?
9      **A.   Yes.**
10     Q.   And it says, "Why?  Demand will outpace
11 supply."
12     **A.   Right.**
13     Q.   So is it fair to say that you viewed the
14 cost-plus model as an answer to the supply-demand
15 imbalance?
16     **A.   It was an answer, yes, mm-hmm.**
17     Q.   And, in fact, demand outpacing supply
18 means prices are going up, correct?
19     **A.   Correct.**
20     Q.   So you viewed the cost-plus model as a
21 solution to the increase in prices?
22     **A.   Correct.**

---

151

1      Q.   And what you really meant by "cost-plus"
2  was a feed-based model?
3      **A.   Correct.**
4      Q.   Because if you were using a cost-plus
5  model based off of the egg market prices, your
6  prices would still go up?
7      **A.   Yes.**
8      Q.   Would you agree that a feed-based model
9  has advantages other than it has lower prices
10 relative to eggs when egg prices are high?
11     **A.   Yeah.**
12     Q.   In fact, one of the advantages is that
13 it reduces the volatility of the prices you pay,
14 correct?
15     **A.   Correct.**
16     Q.   Because you can hedge grain prices?
17     **A.   Exactly.**
18     Q.   So you have more cost certainty?
19     **A.   Exactly.**
20     Q.   And that's something that is beneficial
21 to the personnel within General Mills who actually
22 have to make this stuff?

---

152

1      **A.   Yes.**
2      Q.   Are you aware of, over the long run,
3  whether a feed-based model would result in higher,
4  lower or the same average prices as a market-based
5  model?
6      **A.   I'm not exactly sure.  I don't know over**
7  **time how it would turn out.  Based on our analysis,**
8  **feed-based was more advantageous than a breaking**
9  **stock model.**
10     Q.   It takes two parties to enter a
11 contract, right?
12     **A.   Yes.**
13     Q.   You couldn't just tell your suppliers,
14 we're paying based off of grain, right?
15     **A.   Right.**
16     Q.   They had to be willing to do that as
17 well?
18     **A.   Correct.**
19     Q.   If egg prices were going up and the
20 whole purpose of the grain-based contract would be
21 for you to get a lower price, why were your
22 suppliers willing to do that?

---

153

1      **A.   Well, in the case of Rembrandt, they**
2  **were interested in getting more into the**
3  **value-added side of eggs, which was they didn't**
4  **have a dryer beforehand.  And so part of the deal**
5  **with them was that they needed a base load customer**
6  **who could fill up their drying capacity, and that's**
7  **what their interest was.  So we were that -- we**
8  **were sort of that answer for them.**
9      Q.   So they were willing to price on the way
10 you wanted to because they really wanted your
11 business?
12     **A.   Right.**
13     Q.   Were there any other advantages to them,
14 to your knowledge?
15     **A.   Other than growth?  Not that I'm aware**
16 **of.  I'm sure they had plenty of reasons, but --**
17     Q.   You used the term "value added."  Was it
18 your understanding that what Rembrandt was selling
19 General Mills was the value they added to the egg?
20     **A.   Well, yeah.**
21     Q.   And, in fact, that's what Primera sold
22 you as well, right?

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

40 (Pages 154 to 157)

---

154

1  A.  Right.

2  Q.  Because Primera had to buy the egg from

3  someone else, add value to it and sell you the

4  finished product?

5  A.  Right.  But we were going vertical with

6  Rembrandt, which we couldn't do with Primera.

7  Q.  Is it possible that Rembrandt also

8  wanted to have a smoother price for its products?

9  A.  Naturally, yeah.

10  Q.  And Rembrandt also wasn't interested in

11  riding the curve of the egg market?

12  A.  Sure.

13  Q.  Did you talk with them about that?

14  A.  Not that I recall.  I mean, I'm sure we

15  probably did, but -- I mean, that would be a topic

16  of conversation that we would probably have talked

17  about.

18  Q.  In fact, Rembrandt could have hedged the

19  grain markets also, correct?

20  A.  They could?  Is that what you asked?

21  Q.  Yes.

22  A.  Yes.

---

155

1  Q.  Do you know whether they did?

2  A.  I don't know whether they did.

3  Q.  All right.  I have one last question,

4  and this was just more to clean up the record

5  because I -- if you turn to the next page, which

6  ends 11001 --

7  A.  Yeah.

8  Q.  -- on this page, there's two pie charts.

9  A.  Yes.

10  Q.  The one on the left says "cost of a

11  shell egg"?

12  A.  Mm-hmm.

13  Q.  And the one on the right says "cost of a

14  pound of dried egg," correct?

15  A.  Correct.

16  Q.  Mr. Davis asked you some questions about

17  these charts earlier, and in one of your answers,

18  you sort of pointed and moved your hands around to

19  emphasize a point, and I think I understand what

20  you were saying, but I just would like to have a

21  clearer record.

22  A.  Sure.

---

156

1  Q.  And so let me ask you this.  In the

2  right chart, there's a portion of the pie called

3  "liquid egg cost."

4  A.  Correct.

5  Q.  Is it fair to say that the liquid egg

6  cost is essentially everything that's represented

7  in the left chart?

8  A.  Yes.

9  Q.  So -- and, you know, you could actually

10  if you wanted to and had a blow-up --

11  A.  You could pull that little piece out and

12  say that it is essentially what is on the left-hand

13  side of the page.

14  Q.  Okay.

15  A.  Yeah.  Less the shell.

16  Q.  Yes.  But liquid egg cost essentially --

17  when you see the header above the chart on the

18  right that says "cost of a pound of dried egg,"

19  you're talking about cost to General Mills?

20  A.  Correct.

21  Q.  When you look at the components within

22  the chart and it says "liquid egg cost," that's

---

157

1  really just the cost to produce the liquid egg that

2  goes into your product?

3  A.  Correct.

4  MR. SCHWINGLER:  Can we just take a

5  quick break off the record?

6  THE VIDEOGRAPHER:  We're going off the

7  record about 11:28 a.m.

8  (Whereupon, a recess was taken from

9  11:28 a.m to 11:32 a.m.)

10  THE VIDEOGRAPHER:  We're going back on

11  the record at about 11:32 a.m.

12  MR. SCHWINGLER:  We have no more

13  questions for the witness.

14  MR. CAMPBELL:  We have no

15  cross-examination.

16  THE VIDEOGRAPHER:  We're going off the

17  record at 11:33 a.m.

18  (Reading and signing reserved.)

19  (Wherupon, at 11:33 a.m. the videotaped

20  deposition was adjourned.)

21  * * * * *

22

---

HIGHLY CONFIDENTIAL

Mercuri, Tiffany

March 6, 2014

41 (Pages 158 to 159)

158

1     ACKNOWLEDGMENT OF DEPONENT
2
3           I, _____, do hereby
4     acknowledge that I have read and examined the
5     foregoing testimony, and the same is a true, correct
6     and complete transcription of the testimony given by
7     me, and any corrections appear on the attached Errata
8     Sheet signed by me.
9
10
11     _____     _____
12     (DATE)           (SIGNATURE)
13
14
15
16
17
18
19
20
21
22

159

1     REPORTER'S CERTIFICATE
2
3     STATE OF MINNESOTA           )
4                      ss.
5     COUNTY OF HENNEPIN           )
6           I hereby certify that I reported the
      deposition of TIFFANY MERCURI on March 6, 2014, in
7     Minneapolis, Minnesota, and that the witness was by
      me first duly sworn to tell the whole truth;
8           That the testimony was transcribed by me
      and that this transcript is a true record of the
9     testimony of the witness;
            That the cost of the original has been
10     charged to the party who noticed the deposition,
      and that all parties who ordered copies have been
11     charged at the same rate for such copies;
            That I am not a relative or employee or
12     attorney or counsel of any of the parties, or a
      relative or employee of such attorney or counsel;
13           That I am not financially interested in
      the action and have no contract with the parties,
14     attorneys, or persons with an interest in the
      action that affects or has a substantial tendency
15     to affect my impartiality.
            WITNESS MY HAND AND SEAL THIS 7th day of
16     March, 2014.
17
18     _____
19     Jonathan Wonnell
20     Notary Public, Hennepin County, Minnesota
21     My Commission expires January 31, 2017
22

Henderson Legal Services, Inc.