# ATTACHMENT 46

HIGHLY CONFIDENTIAL

**Page 1**

1              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF PENNSYLVANIA
2

3

    IN RE:  PROCESSED EGG PRODUCTS   MDL NO. 2002
4    ANTITRUST LITIGATION            08-md-02002
    _____
5    THIS DOCUMENT RELATES TO:
    ALL DIRECT PURCHASER ACTIONS
6

7              ** HIGHLY CONFIDENTIAL **
8

    VIDEOTAPED
9    DEPOSITION OF:           GREGG OSTRANDER
10   DATE:                    March 5, 2014
11   TIME:                    9:04 a.m. to 12:36 p.m.
12

    LOCATION:                Porter, Wright,
13                           Morris & Arthur
                            9132 Strada Place
14                           3rd Floor
                            Naples, FL
15

16   TAKEN BY:                Direct Purchaser
                            Plaintiff Class
17

18

    REPORTER:                Lori L. Bundy,
19                           RMR, FPR, RPR, CRR, CLR
20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 2

1 APPEARANCES:
2 For the Direct Purchaser Plaintiff Class:
        RONALD J. ARANOFF, ESQ.
3       DANA STATSKY SMITH, ESQ.
        Bernstein Liebhard
4       10 East 40th Street
        New York, NY 10016
5       (212) 779-1414
6
7 For the Direct Action Plaintiffs:
        STEPHEN R. BROWN, ESQ.
8       Jenner & Block
        353 North Clark Street
9       Chicago, IL 60654-3456
        (312) 222-9350
10
    For the Indirect Purchasers:
11      KEITH D. ESSENMACHER, ESQ.
        Lovell Stewart Halebian
12      500 Fifth Avenue
        New York, NY 10110
13      (212) 608-1900
14
    For the Defendant Michael Foods:
15      WILLIAM L. GREENE, ESQ.
        Stinson Leonard Street
16      150 South Fifth Street
        Minneapolis, MN 55402
17      (612) 335-1568
18
    For the Defendant NuCal:
19      ASHLEY E. ZITRIN, ESQ.
        Kasowitz, Benson,
20      Torres & Friedman LLP
        101 California Street
21      Suite 2300
        San Francisco, CA 94111
22      (415) 655-4328
        (Appearing via speakerphone)
23
24
25

Page 3

1 APPEARANCES CONTINUED:
2 For the Defendant Moark LLC and Norco Ranch Inc.:
        TRAVIS KENNEDY, ESQ.
3       Eimer Stahl, LLP
        224 South Michigan Avenue
4       Suite 1100
        Chicago, IL 60604
5       (312) 660-7672
        (Appearing via speakerphone)
6
7 Videographer:     ROBERT KENNEDY
8               - - -
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1           I N D E X
2 WITNESS:                    PAGE:
3 GREGG OSTRANDER
    DIRECT EXAMINATION            6
4 BY MR. ARANOFF:
    CROSS-EXAMINATION          112
5 BY MR. BROWN:
    CROSS-EXAMINATION          129
6 BY MR. ESSENMACHER:
7
8           E X H I B I T S
9               - - -
10                          PAGE
11 Ostrander Exhibit Number 1  Bates numbers MFI    38
                0053741 through 0053763
12 Ostrander Exhibit Number 2  Bates number UE 0944686  45
                through UE 0944687
13 Ostrander Exhibit Number 3  MFN 018821. MFI     49
                0111951
14 Ostrander Exhibit Number 4  Bates number MFI    57
                0363530
15 Ostrander Exhibit Number 5  Bates number MFI    64
                0614973 through MFI
16              0614975
    Ostrander Exhibit Number 6  Multipage Document MFC  77
17              00013029_0002 to 0004
    Ostrander Exhibit Number 7  MFI 0101958 to MFI  91
18              0101962
    Ostrander Exhibit Number 8  MFI 0611698 to MFI  91
19              0611699
    Ostrander Exhibit Number 9  Bates number MFI    97
20              0040262 to MFI 0040263
    Ostrander Exhibit Number 10  MFI 0452047 to MFI  101
21              0452052
    Ostrander Exhibit Number 11  MFI 0133867       114
22 Ostrander Exhibit Number 12  MFI 0319966       123
    Ostrander Exhibit Number 13  MFI 0000163       125
23 Ostrander Exhibit Number 14  MFI 0101954       126
24
25

Page 5

1       VIDEOGRAPHER:  We're on the record.  We're here
2   today, March 5th, 2014, at approximately 9:04 a.m. for
3   the videotaped deposition of Gregg Ostrander located
4   in the office of Porter Wright Morris, Naples,
5   Florida.  In the case styled in re processed eggs
6   antitrust litigation.  Case number MDL 200208 MD
7   02002.
8       The videographer is Robert Kennedy.  The reporter
9   is Lori Bundy.  At this time, would counsel please
10  state their appearances for the record?
11      MR. ARANOFF:  Ronald Aranoff, Bernstein Liebhard
12  LLP, 10 East 40th Street, New York, New York on behalf
13  of the direct purchaser plaintiff class.
14      MS. SMITH:  Dana Statsky Smith, Bernstein
15  Liebhard for direct purchaser plaintiffs.
16      MR. BROWN:  Stephen Brown from Jenner & Block on
17  behalf of the direct action plaintiffs, Kraft,
18  Kellogg, General Mills, and Nestle.
19      MR. ESSENMACHER:  Keith Essenmacher on behalf of
20  the indirect purchasers from Lovell Stewart Halebian.
21      MR. GREENE:  William Greene of Stinson Leonard
22  Street, counsel of record for defendant Michael Foods.
23      VIDEOGRAPHER:  Anybody on the phone?
24      MS. ZITRIN:  Ashley Zitrin from Kasowitz, Benson,
25  Torres & Friedman for defendant NuCal.

2 (Pages 2 - 5)

Page 6

1     MR. ARANOFF:  Anyone else on the phone?
2     VIDEOGRAPHER:  Would the deponent please raise
3   your right hand to be sworn?
4 THEREUPON,
5           GREGG OSTRANDER,
6 a witness, having been first duly sworn, upon his oath,
7 testified as follows:
8     THE WITNESS:  I do.
9           DIRECT EXAMINATION
10 BY MR. ARANOFF:
11   Q.  Good morning, Mr. Ostrander.  My name is Ronald
12 Aranoff.  We met a few moments ago.  Let me just start by
13 thanking you for being here today.  Could you please state
14 your full name and home address for the record?
15   A.  Gregg Alan Ostrander, 2385 -- see, I told you I
16 can't remember anything.  2385 Gulf Shore Boulevard North,
17 Naples, Florida.
18   Q.  And you understand, Mr. Ostrander, that you are
19 testifying today under oath?
20   A.  Yes.
21   Q.  Okay.  And have you ever been deposed before?
22   A.  Yes.
23   Q.  And when was that?
24   A.  I don't know, mid to 2000s on an employee
25 discrimination case, I believe, and then sometime in the

Page 7

1 late '90s on a patent infringement case.
2   Q.  Okay.  And the employee discrimination case, was
3 that at all related to your employment at Michael Foods?
4   A.  No.
5   Q.  Did you -- withdrawn.
6     Can you give me just a very, very brief
7 description about what that case, the employment
8 discrimination case, was about?
9   A.  It was about a, I think, a wrongful termination
10 claim by an employee of one of our divisions, potato
11 products division, so it was not an employee that worked
12 directly for me.
13   Q.  Okay.  But this was while -- this was while you
14 were at what company?
15   A.  I was president and CEO of and probably chairman
16 of Michael Foods.
17   Q.  So the employment discrimination case was while
18 you were employed at Michael Foods?
19   A.  Yeah.  Oh.  I thought you said was it about me.
20   Q.  No, just so that we're clear --
21   A.  Yeah.
22   Q.  -- the employment discrimination case in which
23 you gave prior testimony occurred while you were employed
24 at Michael Foods; correct?
25   A.  Yes, that's correct.

Page 8

1   Q.  Okay.  And I think what you said was it involved
2 an employee that was involved in the potato side of the
3 business as opposed to the egg side of the business?
4   A.  Yes.
5   Q.  Do you remember the name of the employee?
6   A.  I don't.
7   Q.  Do you know whether that employee is still
8 employed by Michael Foods?
9   A.  They are not.
10   Q.  Okay.  Do you know where that employee is now?
11   A.  No idea.
12   Q.  And you said that you previously testified in a
13 deposition in that case?
14   A.  I believe I was deposed.  I certainly testified
15 in court.
16   Q.  Okay.  I was going to ask you, do you know where
17 that case was venued, what state?
18   A.  Minneapolis.
19   Q.  And do you know what court that was in, was that
20 in federal court or was that in state court?
21   A.  I don't recall.
22   Q.  All right.  Do you know how that case was
23 resolved?
24   A.  I don't recall that either.
25   Q.  Okay.  Do you know if the case settled?

Page 9

1   A.  I don't remember what we did.
2   Q.  Do you know whether the case went to trial?
3   A.  I think it did.
4   Q.  Okay.  Was there a jury verdict?
5   A.  I really don't remember.
6   Q.  Do you know whether the case had a jury in it at
7 all?
8   A.  I don't.
9   Q.  Okay.  But do you recall having testified --
10   A.  Yes.
11   Q.  -- at a trial?
12   A.  Yeah, I do.
13   Q.  Okay.  You said that -- and besides your trial
14 testimony in that case, do you recall whether you
15 submitted any affidavits or affirmations, any other kind
16 of sworn statements, maybe not testimony, but written
17 affirmations?
18   A.  I don't recall.
19   Q.  Okay.  You also just testified a few minutes ago
20 there was a case from the late '90s where you gave some
21 sworn testimony.  Do you recall that?
22   A.  Yes, that was a patent infringement case.
23   Q.  Did that case involve -- withdrawn.  Did that
24 case occur while you were an employee of Michael Foods?
25   A.  Yes.

Page 10

1    Q.   Okay.  And what were the circumstances
2  surrounding that case?
3    A.   That was a patent infringement case between
4  Michael Foods and Sunny Fresh foods for the production of
5  extended shelf life liquid egg products.
6    Q.   Okay.  Do you have an understanding as you sit
7  here today about what the nature of that litigation was,
8  what was the patent infringement issue that was at stake
9  at that litigation?
10    A.   Yeah, we had issues with them infringing our
11  patents for the production of ESL liquid.
12    Q.   And when you say VSL (sic) liquid, what does that
13  mean?
14    A.   Extended shelf life liquid eggs.
15    Q.   What is your definition of an extended shelf life
16  liquid egg?
17    A.   A loosely -- a liquid egg product that's been
18  ultra pasteurized that has a shelf life in excess of seven
19  weeks or nine weeks, nine weeks, I think.
20    Q.   Can you describe the process of what you mean
21  when you say ultra pasteurized, what does that mean?
22    A.   More than pasteurized.
23    Q.   Right.  I understand that, but is there --
24    A.   There probably is a technical term for it, which
25  an R&D guy would certainly know better than I would.  I

Page 11

1  really don't know.
2    Q.   But this is a product that is manufactured by
3  Michael Foods; correct?
4    A.   It is, we classify it as a value added egg
5  product, which is most of what we do as a company.
6    Q.   Okay.  And do you have an understanding of where
7  that case was venued in terms of where it took place?
8    A.   That was -- my recollection is it was a federal
9  court in Minneapolis.
10    Q.   Okay.  And you testified in that action?
11    A.   I was certainly deposed in that action.
12    Q.   Okay.  Did that case go to trial?
13    A.   Yes, it did.
14    Q.   And do you know what the -- did you testify at
15  the trial?
16    A.   I don't remember if I did or didn't.
17    Q.   Okay.  Do you know how that case was resolved?
18    A.   Yeah, we lost.
19    Q.   Did you lose by virtue of a verdict or how did
20  you end up losing that case?
21    A.   I believe we lost by a verdict.
22    Q.   And do you know what -- well, withdrawn.
23       Was that case appealed, do you know if it went up
24  on appeal?
25    A.   Yes, we did appeal the case.

Page 12

1    Q.   And did you lose the appeal as well?
2    A.   Yes.
3    Q.   And do you know what the damages that Michael
4  Foods paid in that case?
5    A.   They were very nominal.  I don't remember.
6    Q.   Okay.  Do you have a copy anywhere in your
7  possession of your trial testimony in either the
8  employment discrimination case or the patent infringement
9  case?
10    A.   No.
11    Q.   Who represented you -- in the employment
12  discrimination case, who represented Michael Foods?
13    A.   I have no idea.
14    Q.   Did you have your own lawyer in that case?
15    A.   No.
16    Q.   Okay.  And in the -- in the patent infringement
17  case, who represented Michael Foods?
18    A.   A firm out of South Carolina.  I don't remember
19  their name.
20    Q.   But it wasn't Mr. Greene; right?
21    A.   Did you guys help with that case?
22       MR. GREENE:  Mr. Ostrander, you're the witness,
23  so testify from your recollection.
24       THE WITNESS:  I don't remember.
25  BY MR. ARANOFF:

Page 13

1    Q.   Okay.  So you're not sure whether Mr. Greene was
2  involved in that case or whether Mr. Greene's firm was
3  involved in that case?
4    A.   I don't recall.
5    Q.   Okay.  And that would be -- and that would be for
6  the patent infringement case; correct?
7    A.   Yes.
8    Q.   Can you recall whether Mr. Greene was involved at
9  all in the employment discrimination case?
10    A.   I don't recall.
11    Q.   Okay.  And when I say Mr. Greene, let me just be
12  clear, I'm talking about either Mr. Greene or the firm or
13  firms that he was associated with.  Would that be the same
14  answer for both cases?
15    A.   Yes.
16    Q.   Okay.  If I wanted to get more information about
17  the employment discrimination case that we were just
18  talking about, who at Michael Foods could I speak to with
19  respect to that?
20    A.   I'm assuming our head of HR.
21    Q.   Okay.  And do you know who that is currently?
22    A.   Dennis Woodward.
23    Q.   Woodworth?
24    A.   Woodward.
25    Q.   And what about with respect to the patent

4 (Pages 10 - 13)

HIGHLY CONFIDENTIAL

Page 14

1 infringement case, who would be the person most
2 knowledgeable at Michael Foods with respect to that case?
3    A.   Probably Mark Westphal.
4    Q.   Is Mr. Westphal still at the -- at Michael Foods?
5    A.   Yes.
6    Q.   Okay.  In what role?
7    A.   Chief financial officer.
8    Q.   And I assume he was there during the -- during
9 the entire patent infringement case to the best of your
10 recollection?
11   A.   No, in the latter part of it.  I mean, this case
12 went on for eight or nine, ten years.
13   Q.   And that was in the late '90s you said?
14   A.   Well, it started early '90s and finished up in
15 the late '90s, I think, yeah.
16   Q.   Okay.  But when the case concluded, Mr. Westphal
17 was --
18   A.   Yes.
19   Q.   -- the CFO?
20   A.   No, John Reedy was the chief financial officer,
21 Mark was the financial officer for the egg products
22 company.
23   Q.   Okay.  But you still think that Mr. Westphal
24 would be the person most knowledgeable about that issue?
25   A.   Yes.

Page 15

1    Q.   Okay.  So -- thank you for that.  So you've done
2 this before in terms of having testified before from these
3 other two cases; right?
4    A.   Yes.
5    Q.   So you're somewhat familiar with how depositions
6 work, I'm going to ask you a series of questions, if you
7 don't understand anything that I ask you, go ahead and ask
8 me to rephrase it, I'll do my best to do so, but if you do
9 answer the question, I'm going to assume you understood it
10 and are answering it truthfully.  All right?
11   A.   Sounds good to me.
12   Q.   All right.  Is there anything that you can think
13 of that would prevent you from testifying truthfully
14 today?
15   A.   No.
16   Q.   If at any time during the deposition you need a
17 break, I'm happy to accommodate that.  Mr. Greene and I
18 have done depositions before, so I'm happy to give you a
19 break if you need one.  The only thing I would ask is if
20 there's a question pending you answer the question and
21 then we can take a short break and accommodate that.
22        You understand that the court reporter is taking
23 down everything you say, so I would just ask that you try
24 to speak slowly and clearly so we can make sure that we
25 get an accurate record.  Okay?

Page 16

1    A.   Sounds good.
2    Q.   All right.  And just for clarity's sake, you
3 understand, do you not, that you're testifying today with
4 respect to Michael Foods, you understand what Michael
5 Foods is; correct?
6    A.   Yes.
7    Q.   Okay.  And when I refer to Michael Foods in
8 short, I'm specifically referring to Michael Foods,
9 Incorporated.  Okay?
10   A.   Yes.
11   Q.   Okay.  Can you briefly give me a description of
12 your educational background, Mr. Ostrander, starting with
13 college?
14   A.   Yes.  Undergraduate degree in business
15 administration, graduate degree in marketing in business.
16   Q.   Where do you have your BA from?
17   A.   University of Wisconsin Madison, same with my MBA
18 or I should say MS.
19   Q.   And upon graduation did you immediately go to
20 work at Michael Foods?
21   A.   No.
22   Q.   Where were you before that?
23   A.   I came out of school and I worked for Sani-Dairy,
24 which is a division of Beatrice Foods.  Post Sani-Dairy
25 was at Beatrice Grocery Group out of Nashville.  From

Page 17

1 there I went to Chicago with Armour Swift Eckrich, and
2 from Armour Swift Eckrich I went to Minneapolis to run
3 Michael Foods.
4    Q.   And what year approximately did you start at
5 Michael Foods, please?
6    A.   February of '93.
7    Q.   And you were employed there until?
8    A.   Until I retired, June 30th of 2010.
9    Q.   You understand, do you not, Mr. Ostrander, that
10 you're testifying today both in your individual capacity
11 and as a corporate designee for Michael Foods?
12   A.   Yes.
13   Q.   Okay.  And do you have an understanding as you
14 sit here today about what topic you're supposed to be
15 talking on behalf of the company about?
16   A.   Yes.
17   Q.   And what is that?
18   A.   A class action litigation I believe purporting
19 price fixing or whatever, something along that line.
20   Q.   Right.  That's a little bit, I guess, about what
21 the case is about, but what I'm asking you is do you have
22 an understanding as to what topic specifically you've been
23 designated as the Michael Foods corporate representative?
24   A.   Yes.
25   Q.   What topic is that?

5 (Pages 14 - 17)

HIGHLY CONFIDENTIAL

Page 18

1    A.   That is the topic of whether -- at what point in
2  time we decided to join the UEP ACC program.
3    Q.   Okay.  So you understand that your testimony
4  today will be as the corporate representative on that
5  topic?
6    A.   Yes.
7    Q.   And the remainder of your testimony today will be
8  from your personal recollection?
9    A.   Yes.
10    Q.   Okay.  I think you just responded to, I guess,
11  what may have been my next question, which is do you
12  have an understanding about what the case is about?  I
13  think you gave somewhat of an answer, but just so that the
14  record is complete, do you understand what this case is
15  about?
16    A.   Yeah, it's a class action suit alleging that our
17  industry colluded to increase prices, I believe, is what
18  it's about.
19    Q.   Okay.  Did you spend any time prior to today's
20  deposition, Mr. Ostrander, preparing for your deposition?
21    A.   I spent some time yesterday with Bill Greene
22  reviewing some documents to refresh myself.
23    Q.   Okay.
24    A.   And I think the last time we did that was in July
25  pending a deposition that was supposed to be back in July

Page 19

1  or August.
2    Q.   Right.  How long did you spend with Mr. Greene
3  yesterday?
4    A.   Three or four hours.
5    Q.   Okay.  And that was a face-to-face meeting?
6    A.   Uh-huh.
7    Q.   Here in Naples?
8    A.   Yes.
9    Q.   Was anybody else present during your preparation
10  other than Mr. Greene?
11    A.   We were the only people in the room.
12    Q.   Okay.  Was there anybody on the phone?
13    A.   Yes.
14    Q.   Who was on the phone?
15    A.   I would have to refer to Bill Greene for that.
16    Q.   So there was another person on the phone?
17    A.   Yes.
18    Q.   Okay.  Do you know whether that person was a
19  member or lawyer at Bill Greene's offices?
20    A.   I don't know that.
21    Q.   Do you know whether the person on the phone was a
22  lawyer?
23    A.   I believe she was a lawyer.
24    Q.   She identified herself as a lawyer to you at some
25  point?

Page 20

1    A.   I think so.
2    Q.   Okay.  Besides the anonymous woman on the phone,
3  was there anybody else that was involved in the
4  preparation?
5    A.   No.
6    Q.   As part of your preparation, and I'm not asking
7  for anything that you discussed with Mr. Greene, but as
8  part of your preparation, at any point in time prior to
9  today did you review the deposition testimony of Tim
10  Bebee?
11    A.   No.
12    Q.   At any point during your preparation for today's
13  deposition, did you review the testimony of Terry Baker?
14    A.   No.
15    Q.   Have you read a transcript of any deposition that
16  has occurred in this case thus far?
17    A.   No.
18    Q.   Has anybody read that testimony, either
19  Mr. Baker, Mr. Bebee, or anybody else to you?
20    A.   No.
21    Q.   When is the last time that you spoke to
22  Mr. Bebee?
23    A.   Years ago.
24    Q.   Okay.  You've had no communication with Mr. Bebee
25  other than that?

Page 21

1    A.   No.
2    Q.   Does Mr. Bebee know you're testifying here today?
3    A.   No.
4    Q.   When is the last time you spoke to Mr. Baker?
5    A.   Years ago.
6    Q.   Okay.  Mr. Baker doesn't know that you're -- that
7  you're being deposed today?
8    A.   No, well, at least not to my knowledge.
9    Q.   Okay.  That's all I can ask.
10    A.   Yeah.
11    Q.   When is the last time you spoke with Toby
12  Catherman?
13    A.   Years and years ago.
14    Q.   Okay.  I assume Mr. Catherman also doesn't know
15  from you that you're testifying here today?
16    A.   I assume so.
17    Q.   Don't tell me what Mr. Greene said to you or
18  showed you, but can you give me a sense of the volume of
19  documents that you reviewed in preparing for your
20  testimony today?
21    A.   I don't know, maybe an inch or two of documents.
22    Q.   Okay.  And when we began at Michael Foods in
23  1993, what was your title at that time?
24    A.   I was hired as president, chief operating
25  officer.

6 (Pages 18 - 21)

HIGHLY CONFIDENTIAL

Page 22

1　Q.　And is that the highest ranking title at the
2　company?
3　A.　No.
4　Q.　What was higher than that?
5　A.　Chairman CEO.
6　Q.　Who was that?
7　A.　That was Dick Olson.
8　Q.　And I assume that as president and chief
9　operating officer, you only reported to Mr. Olson;
10　correct?
11　A.　Yes.
12　Q.　There was also a board of directors; correct?
13　A.　Yes.
14　Q.　Were you on the board of directors?
15　A.　Yes.
16　Q.　Who else was on the board of directors when you
17　started at the company?
18　A.　Two members of the Michael family, Jim Michael,
19　Jeff Michael, Miles Efron, and beyond that I don't
20　recollect.
21　Q.　Was Mr. Olson on the --
22　A.　Dick Olson, myself.
23　Q.　Okay.　Sorry if I interrupted you.　Are Jim and
24　Jeff Michael still with the company?
25　A.　No.

Page 23

1　Q.　Okay.　Where are they now?
2　A.　They're in Minneapolis somewhere, I guess.
3　Q.　They're still living?
4　A.　I'm not sure about Jim.　Jeff is.
5　Q.　Okay.　Do you know how old Jeff is?
6　A.　Jeff would be 50.
7　Q.　And he's not with the company anymore?
8　A.　No, he hasn't been for a long time.
9　Q.　Do you have an understanding as to why he's not
10　with the company anymore?
11　A.　We bought them out.
12　Q.　When you say we, who are you referring to?
13　A.　The shareholders, Michael Foods.
14　Q.　Okay.　And do you know how old -- I assume Jim is
15　Jeff's father?
16　A.　Yes.
17　Q.　And do you have any idea how old he would be at
18　this point?
19　A.　He's 90 something.
20　Q.　Okay.　And when they were with the company they
21　lived in Minnesota; correct?
22　A.　Yes.
23　Q.　And Miles Efron, do you know whether he's still
24　with the company?
25　A.　He's not with the company.

Page 24

1　Q.　Do you know if he's still living?
2　A.　I don't know.
3　Q.　Do you know where he -- if he's alive, do you
4　know where he would be?
5　A.　I don't know.
6　Q.　Okay.　What about Mr. Olson, is he still with the
7　company?
8　A.　No.
9　Q.　Do you know where Mr. Olson is now?
10　A.　I don't.　Somewhere in southern Minnesota.
11　Q.　Okay.　Do you have an understanding as to the
12　circumstances surrounding why Mr. Efron left the company?
13　A.　He was a board member and when we went -- took
14　the company private, Miles retired from the board.
15　Q.　Okay.　What about Mr. Olson?
16　A.　Dick left the company when I became chairman --
17　or when I became chief executive officer.
18　Q.　Okay.　And so you were president and chief
19　operating officer beginning in 1993; right?
20　A.　Yes, uh-huh.
21　Q.　Okay.　And how long did you stay in that role?
22　A.　About ten months.
23　Q.　All right.　And then let's assume 1994 your
24　position changed?
25　A.　Yes.

Page 25

1　Q.　And what did you become at that point?
2　A.　President, CEO.
3　Q.　And I assume that coincided with Mr. Olson's
4　departure from the company?
5　A.　Yes.
6　Q.　And did you remain president and CEO of Michael
7　Foods from then, I assume we're talking about '94?
8　A.　Yes.
9　Q.　Okay.　From about 1994 until you left the company
10　on June 30th, 2010?
11　A.　More or less.
12　Q.　Can you explain what you mean by more or less?
13　A.　I was president CEO through, I think, probably --
14　and chairman at some point in time through 2006 or '7.　I
15　stepped back from the president's role because I brought
16　in a new president and chief operating officer for two
17　years.　He didn't work out, so I stepped back in as
18　president and then CEO for a year and a half and kind of
19　until '08 or '09, brought in another president and CEO and
20　I stepped back to executive chairman and chairman of the
21　board.
22　Q.　Okay.　So --
23　A.　Maybe you can figure all that you're doing great.
24　Q.　Who was the president and CEO for the two-year,
25　I'll call it interim period when you stepped back, who

7 (Pages 22 - 25)

HIGHLY CONFIDENTIAL

Page 26

1 took that role, the fellow that didn't work out?
2    A. Dave Johnson.
3    Q. Is he still with the company now?
4    A. No.
5    Q. And not that I'm attempting to pry on this, but
6 what was the circumstances surrounding his departure?
7    A. He resigned after two years.
8    Q. Do you know where Mr. Johnson is now?
9    A. He's in Chicago working for a global chocolate
10 company.
11    Q. Just to put this issue to rest, did Mr. Johnson
12 have any role whatsoever in Michael Foods' decisions to
13 participate or not participate in the UEP program?
14    A. No.
15    Q. Okay. And then you said that you -- after you
16 reassumed the role of president and CEO, you stepped back
17 again I think you said '08 or '09; is that correct?
18    A. Somewhere in there, yes.
19    Q. Okay. And then who became the president and CEO
20 at that point?
21    A. Jim Dwyer.
22    Q. Is Mr. Dwyer still at the company now?
23    A. Yes.
24    Q. Again with respect to the same question I asked
25 you about Mr. Johnson is did Mr. Dwyer play in role in

Page 27

1 determining whether or not Michael Foods would join or not
2 join the UEP program?
3    A. No.
4    Q. So commensurate with why you're testifying today,
5 in part it was your decision, which we'll get to later, as
6 to whether or not Michael Foods ever entered the UEP
7 program; is that right?
8    A. Yes.
9    Q. And just to complete this area, the composition
10 of the board during your tenure, I just want to get a
11 basic sense, at some point Jim and Jeff Michael left the
12 board as did Mr. Efron and Mr. Olson?
13    A. Yes.
14    Q. Can you recall during the remainder of the period
15 of time, let's assume from '94 until 2010, which other
16 folks at Michael Foods comprised the board?
17    A. When we made a major acquisition, 1997, the
18 Papettis, Steven and I think AJ Papetti came on the board
19 as a part of that acquisition. Beyond that, Jerry Janco
20 was a board member during that time frame, he was a
21 business associate I knew through the industry, which I
22 asked to join the board. I don't remember when he came on
23 or when he left. We had a woman board member and I quite
24 honestly don't remember her name. And then throughout our
25 private equity tenures with Vestar Capital first and then

Page 28

1 TH Lee and now currently Goldman Sachs, the board
2 membership changed with each of those ownership changes in
3 the company.
4    Q. Okay. So just to break this down for a bit. Was
5 there a set number of board members at Michael Foods
6 during your tenure there? In other words, was the board
7 set at a specific number of people, ten people, and then
8 you slotted people in, or did the number of people on the
9 board vary over time based upon circumstances?
10    A. The number varied over time based on
11 circumstance.
12    Q. So roughly how many people were on the board
13 during your tenure?
14    A. Roughly seven or eight board members.
15    Q. And that was comprised of people that were
16 employees of the company and sometimes people that were
17 outside the company?
18    A. The only employee member of the board was myself.
19 The others were all outside of the company.
20    Q. So when Mr. -- when Steven and AJ Papetti joined
21 the company, for example, after the acquisition --
22    A. Good point.
23    Q. Okay. Though -- they were on the board, though;
24 right?
25    A. Yeah, they were actually employees.

Page 29

1    Q. Okay.
2    A. So for a window of time they were on the board
3 and they were employees.
4    Q. And they're not there anymore?
5    A. No, they've all gone away.
6    Q. All right. They were bought out?
7    A. We bought their company.
8    Q. Right.
9    A. And when we took the company private in 2001 from
10 a public company, we bought them out.
11    Q. All right. And Mr. Janco, he's not there anymore
12 either?
13    A. No.
14    Q. Okay. For the period of time from, say, 2002
15 through let's say 2010 when you left, can you think of
16 anybody else other than the people you've mentioned thus
17 far that are on the -- that were on the board?
18    A. Sure, there are people from Vestar, people from
19 TH Lee, which are our private equity partners in owning
20 the company that were on the board.
21    Q. And Goldman Sachs?
22    A. And Goldman Sachs more recently, yeah.
23    Q. And do those companies that have invested in
24 Michael Foods, right, do they each have a representative
25 on the board at any one time?

HIGHLY CONFIDENTIAL

Page 30

1    A.   Actually, they tend to determine the board since
2 they are the majority owner of the company.
3    Q.   When you say they, who are --
4    A.   Meaning the principal partners of Vestar, the
5 principal partners of TH Lee, and the principal partners
6 of Goldman Sachs.  So, in effect, they are the major
7 shareholder, they determine who's on the board, their
8 decision.
9    Q.   I just want to get a sense.  You said Vestar,
10 V-E-S-T-A-R?
11    A.   Yes.
12    Q.   Okay.  And TH Lee?
13    A.   Yes.
14    Q.   And Goldman?
15    A.   Yes.
16    Q.   Do you have an understanding as to what
17 percentages of Michael Foods each one of these individuals
18 own, or these companies own, I should say?
19    A.   On average they owned 85 to 90 percent of the
20 company.
21    Q.   Jointly; right?
22    A.   No, I mean, the firm that was the partner at the
23 time.  So Vestar when they helped me take the company
24 private in 2001 owned about 90-plus percent of Michael
25 Foods.

Page 31

1    Q.   Okay.  Who owned the remaining ten percent?
2    A.   Management.
3    Q.   And that was you?
4    A.   And other members of senior management, yes.
5    Q.   Can you think of the other folks that comprised
6 senior management under Vestar's 85 percent ownership?
7    A.   Yes, there were five of us, myself, John Reedy,
8 Bill Goucher, JD Clarkson, I think Mark Anderson.
9    Q.   Okay.  And what about under the TH Lee ownership,
10 if you weren't finished -- I wasn't looking, so if you
11 weren't finished with your answer?
12    A.   No.
13    Q.   I'm sorry about that?
14    A.   No, I was kind of done.  Under TH Lee, we
15 expanded that group dramatically, it became 30 or 35
16 people, so, I mean, that would be available but I don't --
17 I can't even --
18    Q.   Right.
19    A.   -- try to remember that group.
20    Q.   Fair enough.  The folks, though, the folks,
21 though, that you mentioned, did they stay on between the
22 Vestar and the TH Lee acquisition?
23    A.   Bill Goucher retired.
24    Q.   Okay.
25    A.   Guys like Jim Moore and Mark Anderson, JD

Page 32

1 Clarkson, John Reedy, all stayed on board.
2    Q.   Do you know what year TH Lee took over for
3 Vestar?
4    A.   I believe it was spring of '04.
5    Q.   And then when did Goldman take over for TH Lee?
6    A.   July 1 of '10, 2010.
7    Q.   And that coincided essentially --
8    A.   With my retirement.
9    Q.   -- with your retirement?
10    A.   Uh-huh.
11    Q.   And did they keep the board at that point at 30
12 to 40, or did they shrink the board?
13    A.   30 to 40?
14    Q.   Yeah.
15    A.   No, those were management participants in the
16 ownership.
17    Q.   I'm sorry.  Sorry about that.  I misunderstood.
18    A.   The board has always been kind of six to eight
19 people.
20    Q.   Okay.
21    A.   The ownership group I'm talking about is the
22 number of managers that we allowed to buy into ownership
23 of the company.
24    Q.   Okay.  And what did Goldman do with the
25 management team that owned part of the company, did they

Page 33

1 shrink it, did they expand it?
2    A.   I don't know the specifics, but it was -- it is
3 at least 30 people, I believe.  It's a different group of
4 30 people, but it's about 30 people.
5    Q.   And you believe that all this information is
6 publicly available?
7    A.   Absolutely it is, yes.
8    Q.   In your roles from '93 to 2010 as president
9 and -- did you want to say something?
10    A.   No, I'm just thinking of the years.
11    Q.   President and CEO from '93 to 2010 in your roles
12 at Michael Foods, can you explain how decisions were made?
13 Was every decision essentially run by the board, or did
14 you as the head of the company for a large portion of the
15 time have autonomy to make your own decisions?
16    A.   We had autonomy to run the company, and the board
17 was from an advisory point of view an advisory role.
18 Within my organization we had a divisional structure, so I
19 had divisional presidents that ran pieces of Michael
20 Foods.  And they had quite a bit of authority and autonomy
21 to run their business without running things by me.  So we
22 have potato products division and egg products and a
23 Crystal Farms division.  The presidents that ran those
24 businesses were responsible and held accountable for the
25 day-to-day operations of those businesses.

9 (Pages 30 - 33)

HIGHLY CONFIDENTIAL

Page 34

1    Q.   Right.  But you -- in other words, if you wanted
2  to make a decision for the betterment of the company, you
3  were authorized to proceed and do that, you didn't need to
4  check in with the board before making a specific decision
5  about what was best for the company while you were the
6  most senior member of management; correct?
7    A.   That's correct.  The only caveat to that is if it
8  required spending capital above a million dollars.  If we
9  had to spend more than a million dollars on a project, we
10 needed to get board approval for that.
11   Q.   And with respect to the decisions about joining
12 the UEP, that would not have required a million dollar or
13 more decision, so you were able to make that decision on
14 your own; is that correct?
15   A.   That's correct.
16   Q.   And when I say join the UEP, just so that the
17 record's clear, I'm talking about the to join any programs
18 also within the UEP, animal welfare would be an example of
19 that; right?
20   A.   That's correct.
21   Q.   You're talking more, when you say a million
22 dollars of capital, you're talking about, for example,
23 efforts to expand or acquire things that would have cost
24 Michael Foods a million dollars or more, that would have
25 needed board approval; correct?

Page 35

1    A.   Yes.
2    Q.   Does Michael Foods have a general counsel?
3    A.   We do.
4    Q.   And who is the general counsel?
5    A.   Her name is Keri Wolski.
6    Q.   And was she -- can you spell her last name for
7  me, please?
8    A.   W-O-L-S-K-I.
9    Q.   And was Ms. Wolski the general counsel of the
10 company for the entire tenure of your time there?
11   A.   No.
12   Q.   Who was -- who was her predecessor?
13   A.   We didn't have an in-house counsel prior to that.
14 Al Woodward from Leonard Street was our outside counsel.
15   Q.   And do you know whether Ms. Wolski is still the
16 general counsel today?
17   A.   She is.
18   Q.   Okay.  Do you know what year she started as the
19 general counsel?  I won't hold you to it, just
20 approximately.
21   A.   I believe she joined in about '08.
22   Q.   And she was -- do you know where she was employed
23 before that?
24   A.   Leonard Street.
25   Q.   And that's, as far as you know, the predecessor

Page 36

1  firm to where Mr. Greene is now; right?
2    A.   That's correct.
3    Q.   That's right?
4    A.   Yes.
5    Q.   How often does the board of directors at the
6  company meet?
7    A.   Normally quarterly.
8    Q.   And there are minutes taken of all board
9  meetings?
10   A.   Yes.
11   Q.   And is there, generally speaking, a lawyer
12 present at all the board meetings?
13   A.   There has been a lawyer present once we hired
14 Keri because she's secretary of the company.  Prior to
15 that, no.
16   Q.   And does Ms. Wolski take the notes, the minutes?
17   A.   She does.
18   Q.   And do folks take notes at those meetings,
19 handwritten notes on a pad?
20   A.   Keri is responsible for taking notes at the
21 meeting.
22   Q.   Those are the specific official minutes of the
23 board meeting; right?
24   A.   Yes.
25   Q.   But I assume that at some point, correct me if

Page 37

1  I'm wrong, if you were in a board meeting, you might jot
2  down some notes, some handwritten notes, et cetera?
3    A.   Yes.
4    Q.   Are those notes collected at the end of the
5  meeting and then saved someplace, either electronically or
6  in paper form?
7    A.   No.
8    Q.   Do you have a file where you would have kept
9  information that you looked at from board meetings?
10   A.   No.
11   Q.   Do you have any kind of an electronic planner or
12 organizer, PDA, any of those fancy devices where you would
13 have kept your notes from particular meetings?
14   A.   No.
15   Q.   Do you know whether or not at any point during
16 your tenure from 1993 to 2010 at Michael Foods whether
17 they had a specific written policy on antitrust issues?
18   A.   Yes.
19   Q.   You understand what I mean by antitrust issues,
20 Mr. Ostrander?
21   A.   Yes.
22   Q.   Okay.  What does that mean?  What is your
23 understanding of antitrust issues?
24   A.   Anything that would be in violation of federal
25 law regarding collusion, price fixing, anything like that.

10 (Pages 34 - 37)

HIGHLY CONFIDENTIAL

Page 38

1      MR. ARANOFF: This was marked at the Baker
2  deposition. I'll do whichever you find to be easier.
3  I can remark this as Ostrander one, or we can just
4  refer to it as Baker.
5      MR. GREENE: It's up to you.
6      MR. ARANOFF: Okay. You have don't have a
7  preference?
8      MR. GREENE: No.
9      MR. ARANOFF: Let's double mark it otherwise it
10  will get confusing.
11      (Ostrander Exhibit Number 1, Bates numbers MFI
12  0053741 through 0053763, was marked for
13  identification.)
14  BY MR. ARANOFF:
15  Q. Okay. Mr. Ostrander, I've put in front of you
16  what the court reporter was kind enough to mark as
17  Ostrander 1 for purposes of identification. It's a
18  multipage document bearing Bates numbers MFI 0053741.
19  It's labeled highly confidential, and it goes, I believe,
20  sequentially through MF 1 -- I'm sorry, it's not MF 1,
21  it's MFI 0053741 through MFI 0053763. Again, the document
22  is highly confidential, it's titled business conduct
23  policy, Michael Foods, Inc. I'll also note just so the
24  record is clear this was also marked at the deposition of
25  Terry Baker as Exhibit DAP-Baker W. Give you a few

Page 39

1  moments just to take a look at it and then I'd like to ask
2  you some questions. You're free to look at the whole
3  document, but I am going to focus my questions on Bates
4  number MF1 0013757.
5  A. Okay.
6  Q. Are you all set?
7  A. I suppose so.
8  Q. I don't want to --
9  A. I am familiar with the document.
10      MR. GREENE: Do you want him to read that
11  portion?
12      MR. ARANOFF: No, I just want to make sure he's
13  familiar. I want to ask him some questions, but I
14  don't want to shortchange him --
15      THE WITNESS: If I need to read it, I'll let you
16  know.
17  BY MR. ARANOFF:
18  Q. Okay, great. All right. So you see at the
19  bottom quarter of the page it says antitrust compliance;
20  right?
21  A. Yes.
22  Q. Okay. And it says under subsection A antitrust
23  laws it is Michael Foods policy to strictly comply with
24  antitrust laws and the competition and antimonopoly laws
25  of all countries, states, and governmental bodies in which

Page 40

1  Michael Foods conducts business.
2      Do you see that?
3  A. Yes.
4  Q. First, do you know who authored this document?
5  A. I don't.
6  Q. Do you know when this document came into
7  existence?
8  A. I do not.
9  Q. Do you know whether this document came into
10  existence when Ms. Wolski became the general counsel of
11  the company?
12  A. I do not know that.
13  Q. Is it fair to say though, however, Mr. Ostrander,
14  that you've seen this document before?
15  A. Yes.
16  Q. Has this document in any form been transmitted to
17  Michael Foods' employees?
18  A. This document, I believe, is signed by key
19  Michael Foods employees on an annual basis.
20  Q. And what determines whether somebody is a key
21  Michael Foods employee?
22  A. I'm not sure the definition of that.
23  Q. Okay. Is it -- well, withdrawn.
24      Who would have been responsible to disseminate
25  this among the key Michael Foods employees?

Page 41

1  A. More than likely Dennis Woodward, who is vice
2  president of human resources.
3  Q. Do you have any recollection of having discussed
4  any of the information contained in this -- and
5  specifically I'm talking about the antitrust sections on
6  the pages that I've identified. Do you recall having
7  discussed this with any employees at Michael Foods?
8  A. Not specifically, no.
9  Q. How about generally, do you recall having
10  discussed this generally with anybody at Michael Foods?
11  A. In the context of reviewing this business conduct
12  policy as CEO and proving this to be sent and signed by
13  employees, I'm familiar with the document.
14  Q. Okay. Do you know whether -- well, withdrawn.
15      Would Terry Baker in your mind be considered a
16  key employee?
17  A. Yes.
18  Q. Would Tim Bebee in your mind be considered a key
19  employee?
20  A. Yes.
21  Q. Would Toby Catherman in your mind be considered a
22  key employee?
23  A. Yes.
24  Q. Okay. So just putting one and one and one
25  together, then you would conclude logically, would you

11 (Pages 38 - 41)

HIGHLY CONFIDENTIAL

Page 42

1  not, that in your estimation these people that I just
2  mentioned, Mr. Bebee, Mr. Baker, Mr. Catherman, they would
3  have received this document; right?
4     A.  That would be my assumption, yes.
5     Q.  Okay.  But you don't recall that specifically?
6     A.  No, I do not.
7     Q.  Can you -- withdrawn.  Okay.
8        So if you turn to the next page of the document
9  that we were referring to, which is MFI 0053758.  The top
10  of the page says if you engage in any conduct or practice
11  that may involve the antitrust laws, you should be guided
12  by this policy and you should seek advice of company legal
13  counsel.
14       Do you see that?
15    A.  Yes.
16    Q.  Can you think of any circumstance where anybody
17  sought the advice of the company's legal counsel with
18  respect to any of the information contained in the
19  antitrust sections of this policy?
20       MR. GREENE:  Objection.  Lack of foundation.  If
21  I object, you can go ahead and answer, unless I
22  instruct you not to answer.
23       THE WITNESS:  Oh, okay.  Not to my knowledge.
24  BY MR. ARANOFF:
25    Q.  Okay.  Just so that it's clear, to your

Page 43

1  knowledge, nobody has -- well, withdrawn.
2        You see the term company legal counsel here?
3     A.  Yes.
4     Q.  Okay.  Who would that be referring to?  Who is
5  the company's legal counsel?
6     A.  It would be Leonard, Street & Deinard prior to
7  Keri Wolski became our general counsel.
8     Q.  And after Keri Wolski became the general counsel,
9  would it have been her?
10    A.  She would be the contact for any inquiries, yes.
11    Q.  Just so that we're clear, you're not aware of
12  anybody who has sought legal counsel, I don't want to know
13  what the subject of it is, I just want to know if anybody
14  that you know sought legal counsel with respect to any of
15  the information contained in the antitrust provisions
16  here?
17    A.  Not to my knowledge or recollection.
18    Q.  Okay.  Moving on to the next page, first
19  paragraph, right before the letter C it says, if you
20  attend a trade association meeting and become aware that
21  competitors are discussing improper subjects, you should
22  leave the meeting immediately and advise your superior and
23  company legal counsel.
24       Do you see that?
25    A.  Yes.

Page 44

1     Q.  I read that accurately?
2     A.  Yes.
3     Q.  Okay.  Do you have any recollection as to whether
4  or not this provision was ever implicated during your
5  tenure at Michael Foods?
6     A.  Not to my knowledge or recollection.
7     Q.  Okay.  You can put that away.  And I may have
8  asked you this before, but I'm not so good at using the
9  LiveNote, so if you'll indulge me for just a second.  The
10  conduct policy that we just referenced as Ostrander 1,
11  that is disseminated to key employees on a yearly basis?
12  I think you said that before, but I may be wrong.
13    A.  I did say that before, it's either yearly or when
14  someone is hired.
15    Q.  So it's either sent out yearly to key employees;
16  right?
17    A.  Yes.
18    Q.  Or it's given to an employee, a key employee,
19  upon his or her hiring?
20    A.  Yes.
21    Q.  Does anybody look at the policy periodically to
22  refresh it, to go through it, update it; any of those
23  kinds of things over the course of time?
24    A.  Not to my knowledge.
25    Q.  Okay.  And if there was somebody that would do

Page 45

1  that, it would be the company's counsel?
2     A.  I would think so.
3     Q.  But you don't have any recollection --
4     A.  No.
5     Q.  -- of that policy having taken place during your
6  tenure at Michael Foods?
7     A.  You mean changes to that policy?
8     Q.  Yes.
9     A.  I don't recall any, no.
10    Q.  Okay.  Okay, Mr. Ostrander, just showing you
11  what's been marked as Ostrander 2 for purposes of
12  identification.
13       (Ostrander Exhibit Number 2, Bates number UE
14  0944686 through UE 0944687, was marked for
15  identification.)
16  BY MR. ARANOFF:
17    Q.  This is a two-page document bearing Bates number
18  UE 0944686 through UE 0944687.  It's labeled confidential.
19  This was also used at the Baker deposition, DAP-Baker V,
20  as an exhibit.  I'll give you a minute to take a look at
21  it and then I'd like to ask you a couple of questions when
22  you're done.
23    A.  Go ahead.
24    Q.  Okay.  So my first question, Mr. Ostrander, have
25  you ever seen this document before?

12 (Pages 42 - 45)

HIGHLY CONFIDENTIAL

Page 46

1  A.  No.
2  Q.  Okay.  If you'll look at the top, this is labeled
3  UEP Marketing Committee Antitrust Issues, November 16th,
4  2004.  Do you see that?
5  A.  Yes.
6  Q.  Okay.  You were employed as the president and CEO
7  of Michael Foods during this time?
8  A.  Yes.
9  Q.  All right.  And are you familiar at all,
10  Mr. Ostrander, with a law firm called Brann & Isaacson?
11  A.  No.
12  Q.  Are you familiar with a lawyer named Irving
13  Isaacson?
14  A.  No.
15  Q.  Are you familiar with a lawyer by the name of
16  Kevin Haley?
17  A.  No.
18  Q.  Do you recall ever having met with anybody from
19  that law firm in the past?
20  A.  No.
21  Q.  Did you personally ever attend any UEP meetings?
22  A.  I may have attended one or two annual UEP
23  meetings.
24  Q.  This document as we've just identified is titled
25  UEP Marketing Committee Antitrust Issues from

Page 47

1  November 16th, 2004.  Do you have a recollection as to
2  whether or not you attended this meeting?
3  A.  I did not.
4  Q.  Okay.  And you've never seen this before, you
5  said?
6  A.  Never.
7  Q.  If you turn to the second page of the document,
8  it talks about some absolutes.  Do you see that on the
9  bottom?
10  A.  Okay.
11  Q.  And if you take a look at it, it has a number of
12  bullet points there, the first one says, if go beyond
13  exchange of information then should style that item as
14  marketing guidelines; i.e., how many eggs to sell and not
15  to produce or purchase.
16  Do you see that?
17  A.  I see it.
18  Q.  Okay.  Was there ever a situation where anybody
19  raised this as an issue to you during your tenure at
20  Michael Foods?
21  A.  No.
22  Q.  The second bullet says, the quantities should be
23  guidelines and suggestions and there should be no
24  penalties for failure to follow.  Do you recall whether
25  anybody discussed this issue with you at Michael Foods?

Page 48

1  A.  No.
2  Q.  The third bullet says, there should be no
3  agreements with egg breakers re supply.  Do you recall
4  whether anybody discussed this issue you with you at
5  Michael Foods?
6  A.  No.
7  Q.  Number four, there should be no attempt to set
8  guidelines or limitations for nonmembers.  Do you recall
9  anybody discussing that with you at Michael Foods?
10  A.  No.
11  Q.  The fifth bullet says, there should be no
12  agreements regarding purchase of eggs or with regard to
13  contract growers?  Do you see that?
14  A.  Yes.
15  Q.  Do you recall anybody discussing that with you at
16  Michael Foods?
17  A.  No.
18  Q.  Number six, there should be no attempt to boycott
19  or curtail business with a nonmember regarding failure to
20  follow guidelines or for that matter regarding any other
21  issues.  Do you recall anybody discussing that with you
22  during your tenure at Michael Foods?
23  A.  No.
24  Q.  And finally there should be no efforts to coerce
25  non-members to join UEP.  Do you see that?

Page 49

1  A.  Yes.
2  Q.  Do you recall anybody discussing that with you
3  during your tenure at Michael Foods?
4  A.  No.
5  Q.  Okay.  You can put that aside.  Just a couple of
6  foundational questions before we look at what's been
7  marked as Ostrander 3 for purposes of identification,
8  which is a one-page document bearing two Bates numbers,
9  MFN 018821.  It's also MFI 0111951.  It's a confidential
10  document.
11  (Ostrander Exhibit Number 3, MFN 018821.  MFI
12  0111951, was marked for identification.)
13  BY MR. ARANOFF:
14  Q.  You understand what I mean when I say UEP, you
15  know what that is, Mr. Ostrander?
16  A.  Yes.
17  Q.  That's the United Egg Producers?
18  A.  Yes.
19  Q.  And when I talk about the animal welfare program,
20  you understand what that is?
21  A.  Yes.
22  Q.  Okay.  And you understand what the animal welfare
23  committee is?
24  A.  Yes.
25  Q.  Okay.  And do you have an understanding as to

13 (Pages 46 - 49)

HIGHLY CONFIDENTIAL

Page 50

1  what the 100 percent rule is as it relates to the UEP?
2      A.  Yes, I do.
3      Q.  Okay.  Give you a minute to take a look at the
4  document and then I would like to ask you a couple
5  questions, please.
6      A.  Okay.
7      Q.  Okay.  So this is an e-mail chain, the first
8  e-mail was sent from Tim Bebee to Bill Goucher and to you;
9  right?
10     A.  Yes.
11     Q.  Okay.  And that's from Wednesday, March 27th,
12  2002.  Do you see that?
13     A.  Yes.
14     Q.  And the subject is UEP animal welfare meeting;
15  right?
16     A.  Yes.
17     Q.  Okay.  This was during your tenure as president
18  and CEO of the company; correct?
19     A.  Yes.
20     Q.  All right.  And I think we talked about Mr. Bebee
21  before, you know who Mr. Bebee is; correct?
22     A.  Yes.
23     Q.  All right.  And same with Mr. Goucher, we talked
24  about him before --
25     A.  Yes.

Page 51

1      Q.  -- correct?
2          MR. GREENE:  Let Mr. Aranoff finish the question.
3          THE WITNESS:  Yes.
4          MR. GREENE:  Even if you know where it's going,
5  so we have a clear record.
6          MR. ARANOFF:  He's able to pick every question
7  out before I finish it.
8          THE WITNESS:  There we go, uh-huh.
9  BY MR. ARANOFF:
10     Q.  And we talked about Mr. Goucher before; right?
11     A.  Yes.
12     Q.  Okay.  And he's no longer with the company?
13     A.  That's correct.
14     Q.  Just real quick because I don't think you told me
15  before, I think you mentioned Mr. Goucher was on the board
16  at certain times, but what was Mr. Goucher's position at
17  the company before he retired?
18     A.  Bill Goucher was never on the board.
19  Bill Goucher was president of the egg products division of
20  Michael Foods.
21     Q.  Thank you for correcting that.  I appreciate it.
22  Okay.  And so the subject here is the UEP animal welfare
23  meeting and Mr. Bebee writes, this message is the feedback
24  from the UEP animal welfare committee meeting held on
25  Tuesday the 26th.  As you might expect, I was one of the

Page 52

1  few bad guys often voting against the motions made.  Other
2  major producers represented and on the committee are
3  Cal-Maine, Rose Acres, Kofkoff, now part of Land O Lakes,
4  Buckeye, Midwest Poultry Services, Sparboe, and Day Lay.
5  All but Buckeye have signed on to the program.  Everything
6  that comes out of this meeting has to be approved or
7  disapproved by the executive board.  They meet in May.
8          Okay.  Do you have an understanding as you sit
9  here today about what program is mentioned in the
10  penultimate sentence here, the second to last sentence?
11     A.  I'm sorry.  Which second to the last sentence?
12     Q.  The second to last sentence which I just read,
13  which says all Buckeye have signed on to the program.  Do
14  you have an understanding to what program we're talking
15  about?
16          MR. GREENE:  I think you meant all but Buckeye.
17          MR. ARANOFF:  Okay.  If I read that wrong, I'm
18  sorry.
19  BY MR. ARANOFF:
20     Q.  All but Buckeye have signed on to the program.
21  Do you know what --
22     A.  I believe that is the Animal Care Certified
23  program of the UEP.
24     Q.  Okay.  All right.  And then Mr. Bebee continues
25  here with the highlights, and he says, approximately seven

Page 53

1  companies have signed on nearly 110 million birds, passed
2  a motion saying that an entire company would have to be
3  certified just part -- not just part or certain complexes.
4  Pass the motion that states that if a marketing or
5  processing company has commitments or contracts with
6  producers, those producers would all have to be part of
7  the program and be certified.  And then it continues on.
8          Do you see that?
9      A.  Yes.
10     Q.  Okay.  Skipping down just a moment, it references
11  FMI.  Do you see that?
12     A.  Yes.
13     Q.  Do you have an understanding about what FMI is?
14     A.  Food Marketing Institute.
15     Q.  What is the Food Marketing Institute?
16     A.  They are the representative industry group for
17  retail grocery companies like Kroger or Safeway.
18     Q.  Okay.  And then he concludes the e-mail by saying
19  it was an interesting meeting to say the least.  Do you
20  see that?
21     A.  Yes.
22     Q.  Okay.  You then responded on Monday April 1st,
23  2002, with an e-mail to Mr. Bebee and Mr. Goucher.  Do you
24  see that?
25     A.  Yes.

14 (Pages 50 - 53)

HIGHLY CONFIDENTIAL

1    Q.   Okay.  And, again, the subject is the UEP animal
2  welfare meeting; right?  And you say, this will be an
3  interesting movie to watch from the sideline as we aren't
4  affected until a Crystal Farms customer pushes us and that
5  realistically -- that realistically would have to be CUB
6  row SV.
7       Do you see that?
8    A.   Yes.
9    Q.   Okay.  Food service would be customer by
10 customer, keep us posted, Tim; right?
11   A.   Yes.
12   Q.   Okay.  First what is -- what does CUB row SV
13 mean?
14   A.   That should say CUB or SV.
15   Q.   Okay.  What does that mean?
16   A.   Cub or Super Value.  Cub foods and Super Value
17 are two retail customers of Michael Foods.
18   Q.   Okay.
19   A.   Both headquartered in the Twin Cities of
20 Minnesota.
21   Q.   Okay.  Do you have an understanding as to why you
22 wrote, this will be an interesting movie to watch from the
23 sideline?
24   A.   Yes.
25   Q.   Why did you say that?

1    A.   Because we weren't going to be a part of this
2  program.
3    Q.   And when you say this program, again, we're
4  talking about the animal care -- the UEP Animal Care
5  Certified program?
6    A.   Yes, that's right.
7    Q.   And is it fair to say that as of April 2002 and
8  even before that, Michael Foods was not a part of the
9  Animal Care Certified program?
10   A.   Yes.
11   Q.   Okay.  And as part of that, Michael Foods was not
12 complying with the 100 percent rule at this time; right?
13   A.   That is correct.
14   Q.   Okay.  Do you have an understanding as to why
15 Michael Foods at this time did not join the UEP certified
16 program or animal welfare programs?
17   A.   Yes.
18   Q.   Okay.  Why is that?
19   A.   The reason we weren't part of this program is we
20 didn't agree with all the parameters of the ACC program as
21 being put forth by the United Egg Producers.
22   Q.   And why was that?
23   A.   We had a major issue with participation in a
24 program that was all or nothing, meaning 100 percent
25 participation or no participation.

1    Q.   And is it fair to say that Michael Foods didn't
2  agree with the program and as a result didn't think it was
3  in its best interest to join the program?
4    A.   We did not agree with some parts of the program,
5  and, therefore, we were not going to participate in the
6  program.
7    Q.   Well, you didn't agree with the program
8  sufficiently enough to make the decision that even though
9  you may have agreed with parts of it, there was enough of
10 it that you didn't -- that you did disagree with and as a
11 result you didn't join?
12      MR. GREENE:  Objection.  Confusing.
13      THE WITNESS:  That's right.
14      MR. GREENE:  Go ahead.
15 BY MR. ARANOFF:
16   Q.   I think you answered and you said that's right?
17   A.   That's correct.
18   Q.   And then you say at the end -- or towards the end
19 of the e-mail, food service would be customer by customer.
20 Do you see that?
21   A.   Yes.
22   Q.   What does that mean?
23   A.   That means that before we were going to sign on
24 to any program like this, we would have to have major
25 customers of ours on the food service side of our

1  business, which Michael Foods, the bulk of our business
2  was food service and egg products, so we would have had to
3  have major customers requesting Animal Care Certified eggs
4  in order for Michael Foods to revisit the topic of whether
5  or not we should or should not join Animal Care Certified
6  program by UEP.
7    Q.   Okay.  And so I take it from this that prior to
8  and up to and including at the very least April of 2002
9  that was the case, in other words, you didn't have
10 customers, large customers, that wanted -- that wanted the
11 certify -- the UEP certification, and as a result you saw
12 no reason to go into the certified program?
13   A.   That's correct.
14   Q.   You can put that document away.  Okay.
15 Mr. Ostrander, I've -- the court reporter has been kind
16 enough to put in front of you a single page document bears
17 Bates number MFI 0363530, confidential.  It's a one-page
18 e-mail from you to Bill Goucher dated Wednesday, April
19 9th, 2003.  Give you a minute to take a look at it and
20 then ask you a couple questions.
21   A.   Okay.
22      (Ostrander Exhibit Number 4, Bates number MFI
23      0363530, was marked for identification.)
24 BY MR. ARANOFF:
25   Q.   The subject of the e-mail is UEP hen welfare, and

15 (Pages 54 - 57)

HIGHLY CONFIDENTIAL

1 it's an e-mail that you sent to Mr. Goucher and it says,
2 noted that 43 retail customers and one food service
3 customer are requiring that their eggs be certified.
4 After the UEP decision, what our next steps on AWB
5 certification and do we still have the support of Sparboe
6 and others? Let's discuss.
7      See that?
8   A.  Yes.
9   Q.  Okay.  Do you have an understanding as you sit
10 here today as to what you meant by after the UEP decision,
11 what decision that was?
12  A.  My recollection is that UEP decision was to
13 maintain all of the parameters of their ACC program,
14 meaning 100 percent of all birds on the program -- anyway,
15 the parameters of the program were to stay in place.  We
16 had requested on numerous occasions, not sure when we
17 started or when that ultimately ended, but over a number
18 of different times we requested UEP to remove the
19 100 percent requirement and put it on either a bird
20 complex or a house, meaning a production house by house
21 certification.
22      At this point in time UEP had said no to all of
23 those proposals by us and others in our industry, Sparboe
24 being one of them, and so we were exploring at the time a
25 different animal well-being.  And by the way, AWB is

1 animal well-being, it is not ACC.  Animal well-being
2 certification.  So while we were getting requests from
3 customers, we were getting requests for animal well-being,
4 meaning some kind of reduction in cage density, et cetera,
5 et cetera and we were exploring other options outside of
6 UEP's program.
7   Q.  One of those programs would have been the Klippen
8 program; right?
9   A.  That's correct.
10  Q.  Okay.  So that was a long answer, so let's just
11 talk about that for a second.  So you made a distinction,
12 I believe, in your answer, and correct me if I'm wrong,
13 between the ACC program and the AWB program; correct?
14  A.  I did.
15  Q.  Okay.  What in your mind is the difference
16 between -- well, withdrawn.  What does ACC stand for?
17  A.  Animal Care Certified.
18  Q.  Okay.  And AWB is animal well-being?
19  A.  Yes.
20  Q.  Do you have an understanding as you sit here
21 today as to what the differences are between those
22 programs?
23  A.  Yeah, the animal well-being certification would
24 be a -- essentially a similar definition of cage space,
25 hen treatment, to an ACC program, but it would be not

1 governed by UEP.
2   Q.  Okay.  And so this e-mail reflects, does it not,
3 that, again, Michael Foods was not interested in entering
4 the UEP program as it was currently constituted as of
5 April of 2003; correct?
6   A.  That is correct.
7   Q.  And instead was looking at different alternatives
8 at this time to do something less than what was required
9 by the UEP; correct?
10  A.  To do something different than what was
11 contemplated by UEP.
12  Q.  Okay.  And when you talk in this e-mail at the
13 end of the e-mail about support of Sparboe and others?
14  A.  Yes.
15  Q.  What were you talking about with respect to the
16 support of Sparboe and others?
17  A.  There were a number of egg producers who were not
18 happy with the 100 percent rule in the UEP ACC program.
19  Q.  In --
20  A.  Sparboe was one of them, and there were others
21 that I probably can't name -- in fact, I'm pretty sure I
22 can't name -- that didn't like those parameters of the
23 program and were exploring setting up their own
24 certification program.
25  Q.  Aside from the Ken Klippen program that we talked

1 about as one of the alternatives, can you think of any
2 other alternative programs that Michael Foods was looking
3 into?
4   A.  Michael Foods prior to, I think, these dates, had
5 put together at the request of one of our large customers,
6 Burger King, an animal well-being program that was
7 actually had larger space in the cage than even the
8 proposed program by United Egg Producers, so we worked
9 alongside Burger King to develop an animal well-being
10 program for the flocks that produced the eggs that
11 produced -- the shell eggs that we further processed into
12 the finished product that Burger King sold through their
13 system, and I think that was done in maybe 2001 or 2002.
14 So a program that would be similar to what we custom
15 built, in effect, for Burger King.
16  Q.  Right.  And the reasons, just to be clear, that
17 you were looking into these alternative programs is
18 because you believe that these alternative programs would
19 have been in the best interest of Michael Foods; correct?
20  A.  Michael Foods is a value added egg products
21 company, so our whole focus was to create products that
22 our customers wanted at a price point that they could
23 manage within their systems.  So our animal well-being
24 initiative was really driven by the demands of our
25 customer base.

16 (Pages 58 - 61)

HIGHLY CONFIDENTIAL

1   Q.  Right.  So both Michael Foods and its customers
2   in your estimation would have been better served by
3   entering, at least at this time, either the Klippen
4   program as an alternative to the UEP or the Burger King
5   equivalent animal well-being program as opposed to
6   entering the UEP?
7   A.  No.
8   Q.  Why not?
9   A.  Customer by customer.  Some customers were quite
10  satisfied with the way our eggs were being produced or
11  contracted eggs that we use to further process were being
12  produced to service their egg requirements.  So, in fact,
13  the animal well-being program was a customer specific
14  program and it was higher cost to implement and,
15  therefore, a customer had to be willing to pay for that.
16  So, no, it was only based on the desire and the need of a
17  specific customer or group of customers.
18  Q.  So just to be clear, at least at this period, in
19  this period of time, and we're talking now prior to 2006,
20  you have some customers that would happy buying Michael
21  Foods products without the need for them to be either
22  certified by Ken Klippen or some alternative program;
23  right?
24  A.  That's correct.
25  Q.  And those would just buy regular Michael Foods

1   further processed products; right?
2   A.  Yes.
3   Q.  Then you have other customers that were
4   interested in some certification, animal well-being,
5   Klippen, something like that, and so for those customers
6   because that's what those customers would want, you would
7   seek to get some other kind of potential certification,
8   but it wouldn't be the UEP certification; correct?
9   A.  That is right.
10      MR. ARANOFF:  Why don't we take a five-minute
11  break.
12      VIDEOGRAPHER:  The time is 10:10 a.m.  We're off
13  the record.
14      (A break was taken.)
15      VIDEOGRAPHER:  We're on the record.  The time is
16  10:26 a.m.
17      MR. ARANOFF:  Okay.  Before we restart, there's a
18  lawyer that joined on the phone that wishes to make an
19  appearance, so proceed, please.
20      MR. KENNEDY:  Thanks.  This is Travis Kennedy
21  from Eimer Stahl for Moark, LLC, and Norco Ranch, Inc.
22  Thank you.
23  BY MR. ARANOFF:
24  Q.  Okay.  Mr. Ostrander, welcome back and just a
25  reminder you're still under oath.

1   A.  Yes.
2   Q.  Mr. Ostrander, the court reporter has put in
3   front of you what's been marked Ostrander 5 for purposes
4   of identification.  It's a multipage document bearing
5   Bates number MFI 0614973 through MFI 0614975.  It's highly
6   confidential, and it was also marked at the deposition of
7   Terry Baker.  Terry Baker 8.  I'll give you a minute or
8   two to look at it and then I'd like to ask you some
9   questions, please.
10      (Ostrander Exhibit Number 5, Bates number MFI
11  0614973 through MFI 0614975, was marked for
12  identification.)
13      THE WITNESS:  Okay.
14  BY MR. ARANOFF:
15  Q.  Okay.  So this is -- the first e-mail in this
16  chain is an e-mail from Terry Baker to JD Clarkson to you
17  to O'Brien to -- sorry, to Vince O'Brien, to someone named
18  Colwell and somebody named Diane Sparish.  Do you see
19  that?
20  A.  Yes.
21  Q.  With a CC to Jonathan Merkle, Hershell Ball,
22  Steve Bacon, Ronn Seim, Tim Bebee, Toby Catherman, Mark
23  Westphal, and Charles Bailey.  The subject is summary of
24  UEP board meeting in Atlanta.  Do you see that?
25  A.  Yes.

1   Q.  Okay.  First, who is JD Clarkson?
2   A.  JD Clarkson was at the time of this president of
3   the egg products and potato products business.
4   Q.  Okay.  And who was Vince O'Brien?
5   A.  Vince O'Brien would have been the general manager
6   of -- probably general manager of our food ingredient
7   business.
8   Q.  All right.  And I'm not sure what his or her
9   first name would be, Colwell?
10  A.  Pres Colwell.
11  Q.  Pres Colwell?
12  A.  I'm not exactly sure what his title was at this
13  time.
14  Q.  What about Diane Sparish?
15  A.  Diane Sparish, I believe, was the head of our
16  retail business at the time.
17  Q.  Okay.  I'm sorry?
18  A.  Go ahead.
19  Q.  And Jonathan Merkle?
20  A.  Jonathan Merkle was head of research and
21  development.
22  Q.  Hershell Ball?
23  A.  Hershell Ball was our chief scientist, PhD in
24  research and development.
25  Q.  Steve Bacon?

17 (Pages 62 - 65)

HIGHLY CONFIDENTIAL

Page 66

1    A.  Steve Bacon was head of quality assurance.
2    Q.  Ron Seim?
3    A.  Seim was probably the controller for our egg
4  products company.
5    Q.  And Tim Bebee?
6    A.  Ran our farms.
7    Q.  Toby Catherman?
8    A.  Was -- he ran procurement and the Klingerstown
9  plant for us, procurement on the east coast.
10   Q.  Mark Westphal?
11   A.  Mark Westphal was the chief financial guy for the
12  egg products business.
13   Q.  And Charles Bailey?
14   A.  Chuck Bailey was the head of operations for, I
15  think, all of Michael Foods.
16   Q.  Okay.  And just one quick question on
17  Mr. Catherman.  He was the head of procurement throughout
18  his time at Michael Foods?
19   A.  No.
20       MR. GREENE:  Object.
21       THE WITNESS:  Toby Catherman was -- ran our
22   Klingerstown, Pennsylvania plant, and Toby Catherman
23   worked with Terry Baker in terms of egg sourcing
24   primarily in the east coast area.
25  BY MR. ARANOFF:

Page 67

1    Q.  Okay.  And those were his jobs while he's been at
2  Michael Foods, as far as you know?
3    A.  Yes.
4    Q.  Okay.  And the title of this is summary of UEP
5  board meeting in Atlanta.  Do you see that?
6    A.  Yes.
7    Q.  And this is, again from, this e-mail was written
8  in February of '05.  Do you see that?
9    A.  Yes.
10   Q.  Okay.  Have you ever seen this document before,
11  Mr. Ostrander, other than when you received -- when you
12  replied to it in '08?
13   A.  I saw it yesterday.
14   Q.  Okay.  And did you attend this UEP board meeting
15  in Atlanta?
16   A.  I did not.
17   Q.  All right.  You see what the e-mail says, I'm not
18  going to read the whole thing into the record, but at the
19  UEP board meeting in Atlanta on January 25th there were
20  several motions coming out of subcommittees approving
21  during this meeting related to animal welfare issues, do
22  you see that?
23   A.  Yes.
24   Q.  And then Mr. Baker is saying, I voted no on these
25  motions?

Page 68

1    A.  Yes.
2    Q.  Not expecting many Christmas cards next year from
3  shell egg guys; right?  Do you see that?
4    A.  Yes.
5    Q.  Okay.  And then he goes on, would you agree, to
6  provide the reasons why he voted no on the various
7  motions.  Do you see that?
8    A.  Yes.
9    Q.  All right.  If you turn to the last page under
10  the animal welfare committee received board approval for
11  the following; right?  And it says, in numbers two and
12  three, to not issue any new or renew any existing license
13  for the marketing of Animal Care Certified eggs.  Do you
14  see that?
15       MR. GREENE:  It continues.
16  BY MR. ARANOFF:
17   Q.  The middle of the page -- oh, I'm sorry, to any
18  egg producer that is not an Animal Care Certified company.
19  You see that, it's a little awkward, it's not on the same
20  line.  Number two under the animal welfare --
21   A.  Yes, I'm trying to read it.  I see it.
22   Q.  Oh, I'm sorry.
23   A.  Okay.
24   Q.  Okay.  And I misread that as Mr. Greene was kind
25  enough to point out so, so let me try it again.  Number

Page 69

1  two under the animal welfare committee received board
2  approval for the following said, to not issue any new or
3  renew any existing license for the marketing of Animal
4  Care Certified eggs to any egg producer that is not an
5  Animal Care Certified company.  Do you see this?
6    A.  Yes, I see that.
7    Q.  Okay.  And then number three says, UEP may issue
8  a license to market Animal Care Certified eggs to shell
9  egg processors or further egg processors that do not own
10  or operate egg production facilities.
11       Do you see that?
12   A.  Yes.
13   Q.  So when Mr. -- was it your understanding that
14  when Mr. Baker sent this and talked about the motions that
15  he voted no on that these were part of those motions?
16   A.  Yes.
17   Q.  Okay.  And then a day later on February 8th,
18  2005, you wrote an e-mail responding to Mr. Baker, which
19  copied all of the same folks that were on the original
20  e-mail; correct?
21   A.  Yes.
22   Q.  Okay.  And it says, Terry, I'm concerned over the
23  possibility that a competitor such as SF or ConAg would
24  market their products as in compliance with ACC and we
25  could not do the same.

18 (Pages 66 - 69)

HIGHLY CONFIDENTIAL

Page 70

1     Do you see that?
2     A.  Yes.
3     Q.  Okay.  So the first thing I would like to ask is,
4  SF is Sunny Fresh; correct?
5     A.  Yes.
6     Q.  And ConAg would be ConAgra?
7     A.  Yes.
8     Q.  And ACC would be Animal Care Certified; right?
9     A.  Under UEP, yes.
10    Q.  Well, I take it that's what you meant there, but
11 it doesn't say under UEP here, does it?
12    A.  ACC, I'm clarifying, ACC, in my mind, is UEP's
13 ACC program.
14    Q.  Fair enough.  And then it says it sounds like a
15 potential legal issue that we would want to pursue if we
16 cannot get UEP to reconsider this motion.
17    Do you see that?
18    A.  Yes.
19    Q.  Okay.  What legal issue do you think was
20 implicated by what Mr. Baker had sent you?
21    MR. GREENE:  And, Mr. Ostrander, I'm going to
22    allow you to answer the question, but I just want to
23    caution in answering the question, please don't reveal
24    any communications you may have had with counsel.
25    THE WITNESS:  Okay.  To me this was an issue of,

Page 71

1  I forget the legal definition, but my definition of a
2  restrain in trade insofar as Sunny Fresh who does not
3  own any flocks and ConAgra who does not own any flocks
4  could buy Animal Care Certified liquid, further
5  process it into Egg Beaters, which is a strong branded
6  retail egg substitute product and Sunny Fresh could do
7  the same and use the Animal Care Certified UEP logo on
8  their package, and Michael Foods because we are not on
9  the UEP ACC program could not do the same, and,
10 therefore, I would be at a competitive disadvantage to
11 Sunny Fresh and to ConAgra.
12 BY MR. ARANOFF:
13    Q.  Okay.  And as a result of having received this
14 e-mail from Mr. Baker and having reached the conclusion
15 that you did in this e-mail, did you seek -- don't tell me
16 what the advice of counsel was, but did you seek the
17 advice of counsel because of this?
18    A.  I believe we did.
19    Q.  Okay.  And in so doing, did you do so in
20 compliance with the Michael Foods policy that we talked
21 about earlier as Ostrander 1, which was the conduct
22 policy, I can put it in front of you again.
23    A.  I would not have made that inquiry based on that
24 policy.
25    Q.  You made it independently, you thought that there

Page 72

1  was some legal issue here and so you sought the advice of
2  counsel?
3     A.  Yes.
4     Q.  Okay.
5     A.  I had somebody seek advice of counsel.  I didn't
6  personally do that.
7     Q.  Okay.  Do you have a recollection as you sit here
8  today as to who did that?
9     A.  I don't.
10    Q.  Do you know who you tasked with that job?
11    A.  I don't.
12    Q.  Okay.  Do you know which counsel was -- advice
13 was solicited as a result of this?
14    A.  I don't.
15    Q.  Okay.  This is in February of 2005?
16    A.  Okay.
17    Q.  Was Ms. Wolski the general counsel at the time?
18    A.  She was not.
19    Q.  Okay.
20    A.  So if we checked, and this sounds like a
21 potential legal issue which we would want to pursue,
22 assuming somebody did that, and I don't make any
23 assumptions here, they would have spoken to Leonard
24 Street, which would have been our outside counsel.
25    Q.  And at that time was -- again, without telling me

Page 73

1  what was discussed, was Mr. Greene the contact person
2  there at the time?
3     A.  He would not have been.
4     Q.  It would have been somebody else?
5     A.  Yes.
6     Q.  Either Ms. Wolski; right?
7     A.  No, it would not have been Wolski, it would have
8  been Woodward.
9     Q.  Woodward?  Okay.  So if anybody was spoken to
10 about this issue, it would have been spoken to with
11 Mr. Woodward; correct?
12    A.  Yes.
13    Q.  Did you do any follow-up after sending this
14 e-mail to find out if anybody had actually reached out to
15 counsel about this?
16    A.  Not that I recall.
17    Q.  Did you get any feedback as to what the result of
18 that inquiry was from anybody?
19    A.  Again, not that I recall.  It's a long time ago.
20    Q.  Okay.  So -- but you're not ruling out the
21 possibility that an inquiry was made?
22    A.  I don't recall.
23    Q.  Do you know whether or not any steps were taken
24 in furtherance of protecting Michael Foods' competitive
25 advantage as you saw it as a result of your e-mail?

19 (Pages 70 - 73)

HIGHLY CONFIDENTIAL

Page 74

1   A.  I don't recall what came out of this.
2   Q.  Okay. And you don't recall any specific
3 follow-up?
4   A.  No.
5   Q.  Skipping down a couple of lines, it says, this
6 seems to me to be a situation where we can be singled out
7 by our own industry trade group. Do you see that?
8   A.  Yes.
9   Q.  What did you mean when you said that?
10   A.  This is a situation where if UEP, which is the
11 industry trade group for egg producers chose to and we
12 weren't participating, my concern was that UEP could say
13 that, you know, Michael Foods is not participating in the
14 UEP ACC program.
15   Q.  And what was your concern as a result of what UEP
16 would say?
17   A.  Publicity and optics by our customers.
18   Q.  And, in fact, you said if it gets publicity, it
19 could also bring substantial reaction from the folks at
20 PETA and other radical animal welfare groups?
21   A.  Absolutely.
22   Q.  And that's what you believed at the time?
23   A.  Absolutely -- I still believe that.
24   Q.  Okay. We should get it together with counsel and
25 determine what legal grounds we have to fight this

Page 75

1 resolution in terms of restraint of trade or some other
2 avenue that would give us equal access to ACC for those
3 customers of our who request us to provide and certify
4 eggs that are ACC. Your thoughts?
5     Do you see that?
6   A.  Yes.
7   Q.  Okay. Again, with respect to this portion of the
8 e-mail, do you recall whether or not you sought legal
9 advice with respect to this issue?
10   A.  I personally did not based on this direction.
11 Somebody probably did, but I don't remember who and I
12 certainly don't remember any follow-on dialogue or
13 discussion as to the outcome of that.
14   Q.  Did you discuss any of your concerns with this
15 potential restraint of trade issue with anybody else
16 outside the company?
17   A.  Not that I recall, no.
18   Q.  Okay. You didn't discuss this with Sparboe?
19   A.  This specifically? No.
20   Q.  Well, how about generally? Did you discuss the
21 issue of the ACC program under the UEP as you just
22 clarified a minute ago and the potential anticompetitive
23 issues with anyone at Sparboe?
24   A.  I'll go on the record, which is already on the
25 record, that Sparboe and Michael Foods were discussing an

Page 76

1 alternative animal well-being program with Sparboe and
2 other egg industry participants, egg producers, outside of
3 the UEP ACC program.
4   Q.  Did this -- did this legal issue have anything at
5 all to do with -- you mentioned earlier that you had had a
6 lawsuit with Sunny Fresh with respect to a patent issue
7 earlier; right? This didn't have anything to do with
8 that, did it?
9   A.  No.
10   Q.  Okay. And you don't know whether any litigation
11 of any sort was commenced as a result of this e-mail in
12 any part?
13   A.  There was none.
14   Q.  So I guess the conclusion ended up, correct me if
15 I'm wrong, that Michael Foods took no action, at least at
16 that time, with respect to this; correct?
17   A.  I don't recall.
18   Q.  Do you know who at the company would be in a
19 better position to recall whether or not there was any
20 legal action taken or legal advice sought with respect to
21 the contents of this e-mail?
22   A.  Most of these people worked for JD Clarkson, so
23 my guess is JD Clarkson, unfortunately he's no longer on
24 this earth but, so most of these people work for JD.
25   Q.  So it would be your guess that if somebody knew

Page 77

1 about this, it would be one of them?
2   A.  I would assume so.
3   Q.  Okay. Do you know an individual named Gary
4 Pickett?
5   A.  No.
6   Q.  Okay. What about somebody named Betty Marshall?
7   A.  No.
8   Q.  Okay. Okay. Mr. Ostrander, I'm showing you
9 what's been marked Ostrander 6 for purposes of
10 identification.
11     (Ostrander Exhibit Number 6, Multipage Document
12     MFC 00013029_0002 to 0004, was marked for
13     identification.)
14 BY MR. ARANOFF:
15   Q.  This is a multipage document bearing Bates number
16 MFC 00013029 and then it continues MFC 00013029 underscore
17 0002. It's also Bates number MFI 0611468 and that
18 continues sequentially to MFC 00013029 underscore 0004
19 which also is MFI 0611470. I'll give you a minute to take
20 a look at it and then I'd like to ask you some questions.
21   A.  Okay.
22   Q.  All right. I noticed while you were looking at
23 the document, Mr. Ostrander, you had a big smile on your
24 face. Why are you smiling? Other than the fact that
25 we're in lovely Naples?

20 (Pages 74 - 77)

Page 78

1    A.  No, we're happy to be here.  No, the reference in
2  Wal-Mart saying we're just a big guy in the business and
3  my other reference was that their buyer said that, quote,
4  I never said that UEP advised them to make any of these
5  comments.
6    Q.  All right.  Well, let's take a look at the
7  document.  First, you'll see that starting -- the document
8  kind of starts from the back, so if you'll look at the
9  last three pages of the document, it's an e-mail from Beth
10  Schnell to Greg Murch, Wayne Carlson, Cathy Dean, John
11  Mueller, Ross Sharp, Ken Zachman, Wendy Hamm, Anita
12  Westdal, Brian Joyner, with a CC to Bob Schnell.  The
13  subject is Wal-Mart/Sam's summary.  And it's dated
14  November 8th, 2005.  Do you see that?
15    A.  Yes.
16    Q.  Okay.  Do you recall ever having seen this e-mail
17  before?
18    MR. GREENE:  Object to the question as formed.
19  If you can exclude conversations with counsel and ask
20  him otherwise, I won't object to it.
21    MR. ARANOFF:  Oh, okay.
22  BY MR. ARANOFF:
23    Q.  So I'm not interested if you saw this with
24  counsel.  I'm just asking whether you've ever seen this
25  document before?

Page 79

1    A.  Yes.
2    Q.  Okay.  When is the last time you saw it?
3    A.  I saw it yesterday.
4    Q.  Okay.  So you've seen this document before.  Do
5  you recall the events categorized in the document --
6    A.  By the way, I would like to clarify it.  I saw
7  this in November of '05 as well.
8    Q.  As well?
9    A.  Yes.
10    Q.  Okay.  Great.  Thank you.  But you see this
11  document and does this -- well, withdrawn.
12    You know who Beth Schnell is; right?
13    A.  Yes.
14    Q.  And she's at Sparboe?
15    A.  Yes.
16    Q.  Okay.  And when I asked you earlier about Gary
17  Pickett, does this refresh your recollection as to who
18  Mr. Pickett is?
19    A.  It does, but I've never met Gary Pickett.
20    Q.  Okay.  I just wanted to know if you had ever
21  heard his name.  And if you turn to the next page, Betty
22  Marshall, do you see her in the middle of the page?
23    A.  (Witness nodded head.)
24    Q.  Okay.  Does this refresh your recollection as to
25  who she is?

Page 80

1    A.  Yes, it does, but, again, I've never met Betty.
2    Q.  And just for the record, Gary Pickett is the
3  category manager of Wal-Mart and this document says
4  introduction meeting, 10/8/05.  This is -- at least
5  Mr. Pickett was the category manager of Wal-Mart
6  apparently as of Tuesday, November 8th, 2005.
7  Ms. Marshall during the same period appears to be the vice
8  president of Sam's Club; is that right, Mr. Ostrander?
9    A.  That's what the document says.
10    Q.  Okay.  Do you recall having seen this document
11  back in 2005?
12    A.  As I read it, yes.
13    Q.  Okay.  And you'll see that if we start from the
14  back with respect to the meeting with Betty Marshall, the
15  vice president of Sam's Club, the e-mail from Ms. Schnell
16  says we had an hour meeting with Betty and our buyer
17  Michelle.  Again, it was evident that the tone was
18  somewhat tense with the buyer who was previously quite
19  friendly on calls.  These women are also quite schooled on
20  the UEP program and are intensely commitment to using the
21  seal.
22    Do you see that?
23    A.  Yes.
24    Q.  Pardon me.  And then it says, in summary -- if we
25  skip down -- their militant commitment to the UEP ACC

Page 81

1  mission and use of the logo is totally bizarre.  I have
2  never witnessed a customer with such devotion to a program
3  without willingness of the company/buyer to consider the
4  economic impact, consumer demand, or potentially negative
5  political ramifications from such commitment.  The program
6  cost to Wal-Mart and their producers this year is
7  $12 million, just on shelled eggs, exclamation point.
8  Apparently this decision was made without any market
9  research to justify the cost.  In fact, they seem to turn
10  their heads from the study that indicates merely five
11  percent of consumers were aware of the program.  When we
12  pointed this out to Gary, he said the egg industry will
13  need to do a better job of marketing the program to the
14  consumers.  Do you think he has been talking to UEP?
15    Do you see that?
16    A.  Yes.
17    Q.  Okay.  Do you have an understanding of what
18  Ms. Schnell was discussing in the portion that I just
19  read?
20    A.  I have an understanding of what she's talking
21  about, yes.
22    Q.  And what is she saying?
23    A.  She is saying that she had a conversation
24  regarding their shell egg business with Sam's Club and the
25  desire by Sam's Club to be on the UEP ACC program.

21 (Pages 78 - 81)

HIGHLY CONFIDENTIAL

Page 82

1    Q.   Okay.  And you see after that there's also a
2  summary of the meeting that Ms. Schnell had with Gary
3  Pickett of Wal-Mart; correct?
4    A.   Is that Gary Pickett or Betty Marshall?
5    Q.   No, the next e-mail ahead.
6    A.   Oh.
7    Q.   You see it's the next page ahead?
8    A.   Okay.
9    Q.   Do you see Gary Pickett?
10   A.   Okay.
11   Q.   All right.  And in pertinent part it talks about,
12  it says, below are my notes from the two-hour meeting,
13  skip a paragraph it says -- actually, don't skip a
14  paragraph, it says next, Gary is extremely conversant to
15  the UEP ACC program, he claims he has a great deal of
16  information on the cost, production process, et cetera.
17  At one time he said there wasn't any additional cost to
18  them.  Later when I questioned him, he admitted that there
19  was a cost, but it was a small price versus the problems
20  of having media or consumer troubles.
21       Do you see that?
22   A.   Yes.
23   Q.   Okay.  He consistently spoke of the use of the
24  seal, rather the integrity of the production methods.  Do
25  you see that?

Page 83

1    A.   Yes.
2    Q.   Okay.  Did you have an understanding as to what
3  Ms. Schnell meant when she summarized the meeting with
4  Mr. Pickett of Wal-Mart?
5    A.   Yeah, but I should be clear here.  This memo was
6  not to me; this was to her people.
7    Q.   Fair point.
8    A.   Her company.
9    Q.   But you understand this; right?
10   A.   I understand what she is saying.
11   Q.   Okay.  And what did --
12   A.   Don't ask me to interpret what she's saying.
13   Q.   Okay.
14   A.   Because I don't know.
15   Q.   Okay.  But it's interesting that you note that
16  because then -- we can come back to this, but then Greg
17  Murch of Sparboe --
18   A.   Yes.
19   Q.   -- forwards this e-mail to you.  Do you see that?
20   A.   Yes.
21   Q.   It says, Greg, Beth Schnell asked that I forward
22  this on to you, I believe that she is planning on visiting
23  with you about this later this afternoon, Greg Murch.
24       Do you see that?
25   A.   Yes.

Page 84

1    Q.   So that was sent to you two days after
2  Ms. Schnell purportedly drafted this; correct?
3    A.   I assume so.
4    Q.   Okay.  And you have no reason to believe you
5  didn't get it; right?
6    A.   Oh, I got it, yeah, I got the memo.
7    Q.   Okay.  And so -- and so at some point I would
8  assume in November of 2005 you did read this; right?
9    A.   Presumably November 10th I read it.
10   Q.   Okay.  And did you understand what Ms. Schnell
11  meant when she wrote this?
12       MR. GREENE:  Objection to the form.
13  BY MR. ARANOFF:
14   Q.   Well, you have an understanding of the
15  information that's contained in here; right?
16   A.   I can certainly read the memo and understand what
17  she is summarizing.
18   Q.   Okay.  And I guess then you then sent an e-mail
19  on November 10th, 2005, at 6:12 p.m.  Do you see that?
20   A.   Yeah.
21   Q.   To a number of people -- to a number of employees
22  at Michael Foods; right?
23   A.   Yes.
24   Q.   Okay.  And you say, you forward the Wal-Mart
25  Sam's summary, and you say in confidence per Bet Sparboe,

Page 85

1  but I think we can agree that's Beth Sparboe; correct?
2    A.   Yes, we can agree to that.
3    Q.   And she says, please read this summary of Beth's
4  meeting at Wal-Mart and Sam's Club regarding the UEP ACC
5  seal.  It could touch our lives in the areas of liquid ESL
6  or SSL sold to Wal-Mart, Better N Eggs sold to Wal-Mart,
7  and dry eggs used in their baking applications.  They are
8  clearly being schooled and cajoled by the UEP to strongly
9  support this initiative.  It looks like this is getting
10  significant top-of-the-house involvement and near term
11  action by Wal-Mart, not sure why.
12       Okay?  You see that?
13   A.   Yes.
14   Q.   Okay.  And then the e-mail continues.  Should we
15  think about keeping a low profile on this --
16       MR. GREENE:  Well, just for the record, you're
17  skipping some --
18       MR. ARANOFF:  Yeah.
19       MR. GREENE:  -- and reading another portion of
20  the e-mail.
21       MR. ARANOFF:  Sorry.  I thought I said that.  I'm
22  skipping down a bit where it says, should we think
23  about keeping a low profile on this by staying away
24  from any concerted effort by UEP to discredit us with
25  customers by remaining members and just not going

22 (Pages 82 - 85)

HIGHLY CONFIDENTIAL

Page 86

1  ahead with participating in the ACC program. Sounds
2  to me like UEP is taking a very aggressive and
3  negative campaign to the street about Sparboe dropping
4  out of the program. We cannot control what they do
5  and say. To my knowledge so far, they have not been
6  out trying to bad mouth MFI -- which is Michael Foods
7  incorporated; right?
8      THE WITNESS: Yes.
9  BY MR. ARANOFF:
10  Q. -- in the industry, but maybe this is just a
11 matter of time anyway. Please review and JD and I will
12 set up a call to further discuss our next steps. Please
13 do not discuss this memo outside of this group or with
14 anyone from Sparboe. Thanks.
15      Do you see that?
16  A. Yes.
17  Q. Okay. And I read that -- the portions I read I
18 read correctly; right?
19  A. You did.
20  Q. Okay. Now, is it fair to say that what I just
21 read represents your thought about the memo after having
22 read it and having it been forwarded to you by Mr. Murch?
23  A. Yes.
24  Q. Okay. Just so we're clear, what are liquid ESL?
25  A. Liquid is liquid whole egg, extended shelf life.

Page 87

1  SSL is short shelf life, liquid whole egg.
2  Q. Okay. And is it fair to say that at least from
3  your e-mail that the UEP was pressuring Sparboe at least
4  at this point to join the UEP certified program?
5      MR. GREENE: Objection. Lack of foundation.
6      THE WITNESS: My interpretation was that based on
7  reading this again and getting current with this is
8  that Sparboe dropped out of the UEP program, and to be
9  honest with you, I don't remember what Sparboe did.
10 My belief is that UEP was putting a lot of pressure on
11 Sparboe to be a part of the ACC program and they were
12 going to customers with that pressure.
13 BY MR. ARANOFF:
14  Q. When you say they were going to customers?
15  A. Meaning the United Egg Producers.
16  Q. Were going to Sparboe's customers?
17  A. Well, specifically Sam's Club and Wal-Mart.
18  Q. Right. Because they had dropped out of the
19 program?
20  A. I don't know that.
21  Q. Okay. But you had discussions with Ms. Schnell
22 about this issue; right?
23  A. About her belief that UEP had gone to Wal-Mart
24 and Sam's Club to try and put pressure on them to put
25 pressure on Sparboe to join the ACC program.

Page 88

1  Q. And is it fair to say that as a result of
2  learning that, you had concerns at least at this point in
3  time that the UEP may take the same course of conduct with
4  respect to Michael Foods?
5  A. That is right.
6  Q. Now, you say at the end of the e-mail, please
7  review and JV and I will set up a call to further discuss
8  our next steps. So you wanted to review and discuss this
9  with the rest of the members of the Michael Foods team;
10 correct?
11  A. Yes.
12  Q. All right. Please do not discuss this memo
13 outside of this group or with anyone from Sparboe.
14      Do you see that?
15  A. Yes.
16  Q. Why did you say that?
17  A. I said that because Beth Sparboe gave me this
18 information in confidence. So I kept it in the very small
19 group of my executive team.
20  Q. Do you recall, Mr. Ostrander, as you sit here
21 today yourself having had any discussions with Beth
22 Schnell with respect to the contents of this e-mail?
23  A. I'm sorry. Let me understand your question. Are
24 you saying did I discuss the information that Beth sent to
25 me in person or on the phone?

Page 89

1  Q. Let me rephrase.
2  A. I'm unclear.
3  Q. So got -- Beth Schnell -- and you can correct me
4  at any point I'm wrong -- Beth Schnell wrote this summary
5  of the meetings with Gary Pickett and Betty Marshall of
6  Wal-Mart and Sam's specifically. That summary got
7  forwarded to you by Greg Murch?
8  A. Yes.
9  Q. You read it; right?
10  A. Yes.
11  Q. You formulated an opinion on it; right?
12  A. Yes.
13  Q. You then went ahead and drafted your e-mail on
14 the subject to your team at Michael Foods; correct?
15  A. Yes.
16  Q. Okay. My question is, at any point in time did
17 you -- by any means, e-mail, phone, in-person meeting, did
18 you discuss this -- the Wal-Mart Sam's summary and the UEP
19 pressure with respect to them with Beth Schnell of
20 Sparboe?
21  A. This memo says that Beth was going to call me.
22  Q. Okay.
23  A. So my assumption is we met and discussed the
24 summary that she sent to me or either talked on the phone,
25 but I don't recall that meeting.

HIGHLY CONFIDENTIAL

Page 90

1    Q.  Okay.  Do you know as you sit here today whether
2  or not the concerns that you identified about the pressure
3  that UEP was putting on Sparboe's customers -- well,
4  withdrawn.
5        Did you share -- do you recall having a
6  conversation with Beth Schnell where you discussed the
7  common theme of UEP putting pressure on Sparboe's
8  customers as well as the potential for them doing the same
9  to Michael Foods' customers?
10    A.  I don't specifically recall a discussion with
11  Beth about that.  The response that I sent to my team
12  would have been sent just to my team.
13    Q.  And are you aware whether or not any of the folks
14  on your team had discussions with Beth Schnell with
15  respect to the contents of this e-mail?
16    A.  I don't know that, but they were asked in my memo
17  not to discuss it with Sparboe.
18    Q.  And you would --
19    A.  I would assume that they wouldn't do that.  I'd
20  fire their ass.
21    Q.  Duly noted.  Do you know a guy named Gary
22  Stoller?
23    A.  No.
24        (A discussion was held off the record.)
25  BY MR. ARANOFF:

Page 91

1    Q.  Mr. Ostrander, I put in front of you what's been
2  marked Ostrander 7 for purposes of identification.  It's a
3  multipage document.  I'm not going to read both Bates
4  numbers because it's actually confusing so I'll just use
5  of one of them, MFI 0101958 to MFI 0101961 -- I'm sorry,
6  962 -- I'm sorry, 962, correct.
7        (Ostrander Exhibit Number 7, MFI 0101958 to MFI
8        0101962, was marked for identification.)
9  BY MR. ARANOFF:
10    Q.  It's a continuous e-mail.  And also in front of
11  you to read in conjunction with that is Ostrander 8, which
12  is a multipage, two-page e-mail bearing bathes number MFI
13  0611698 to MFI 0611699.  I think if you read Ostrander 7
14  and then go to Ostrander 8, it will give you appropriate
15  context for yourself.  Okay?
16    A.  Okay.  If I've ever seen the Stoller document,
17  it's not familiar, so if you are going to ask me questions
18  about it, I need to read it.
19        (Ostrander Exhibit Number 8, MFI 0611698 to MFI
20        0611699, was marked for identification.)
21  BY MR. ARANOFF:
22    Q.  Okay.  Well, let's see what we can do beforehand,
23  but I wanted to be courteous enough to give you the
24  underlying document in case it was necessary to refresh
25  your recollection.  Okay?

Page 92

1    A.  Okay.
2    Q.  Okay.  So if we look at Ostrander 8, and really
3  the purpose of Ostrander 7 was to see if it refreshes your
4  recollection at all, this series of e-mails, Ostrander 8,
5  if you look at the top of the second page, it's an e-mail
6  that was sent from you to JD Clarkson and Vince O'Brien
7  and Diane Sparish and Michael Elliott and Terry Baker, the
8  subject is Stoller Farms letter and says -- this is from
9  November 11th of 2005.  It says, Gary Stoller said it well
10  as it relays to our industry's ability to compete on a
11  global scale in the years to come if we bend to the
12  pressure of the PETA and the ALF and Humane Society.
13  Unfortunately our leadership at UEP is heading in exactly
14  that direction.  Terry, did this ever get an audience at
15  the UEP meeting back in October?
16        Do you see that?
17    A.  Yes.
18    Q.  Okay.  Do you have any understanding, I mean, you
19  said you didn't, but my question is, do you have an
20  understanding of what this Gary Stoller letter is and what
21  it was referring to?
22    A.  I'd have to read the letter again to refresh
23  myself.
24    Q.  Okay.
25    A.  This would indicate that I read it.

Page 93

1    Q.  It's a short letter, if you can just take a quick
2  read through it.
3        MR. GREENE:  There are actually two letters.  Do
4    you want him to read both of them?
5        MR. ARANOFF:  Yeah, you can read both of them for
6    purposes of background.
7        THE WITNESS:  There are two in here.
8  BY MR. ARANOFF:
9    Q.  Yes.
10    A.  Should I read one first and then the other?
11    Q.  Yes, please.
12    A.  I'm a slow reader so this could take a while.  I
13  read the Stoller, okay.
14    Q.  Okay.  Do you have an understanding -- well,
15  withdrawn.
16        Does this refresh your recollection as to what
17  Mr. Stoller was conveying in these letters?
18    A.  Yes.
19    Q.  Okay.  And what is your understanding of what he
20  was conveying in these letters?
21    A.  What he's asking is for the board of UEP to
22  reconsider putting a moratorium on any further expansion
23  of the ACC program.
24    Q.  Okay.  And you received this letter at some point
25  in time; correct?

24 (Pages 90 - 93)

HIGHLY CONFIDENTIAL

Page 94

1    A.   Apparently I did, yes.
2    Q.   Okay.  And so in response you wrote in November
3  of 2005 what I read into the record before, which is Gary
4  Stoller as well as it relates to our industry's
5  ability to compete on a global scale in the years to come
6  if we bend to the pressure of PETA and the ALF and the
7  Humane Society.  Unfortunately our leadership at UEP is
8  heading in exactly that direction.  Terry, did this ever
9  get an audience at the UEP meeting back in October.
10      Do you see that?
11    A.   Yes.
12    Q.   Okay.  And is it fair to say that you agreed at
13  the time with what Mr. Stoller had said in his letters?
14      MR. GREENE:  Objection to the form.  Go ahead.
15      THE WITNESS:  What I am concerned about is that
16  People For the Ethical Treatment of Animals, the
17  Animal Liberation Front and the Humane Society were
18  putting significant pressure on egg producers to
19  essentially stop any kind of cage production of eggs
20  and that should we get to that point, our industry,
21  meaning the egg producers industry, would be
22  uncompetitive in the marketplace.
23  BY MR. ARANOFF:
24    Q.   Okay.  And why did you come to that conclusion?
25    A.   Because the cost to produce an egg in a cage free

Page 95

1  system is more expensive than in a high density cage
2  system.  So to the extent we're on a road that someday
3  gets us to a cage free world in the United States by
4  legislation or by UEP action or by whatever, the United
5  States will no longer be competitive in production of
6  eggs.
7    Q.   All right.  Now, there's an e-mail response to
8  your e-mail from Terry Baker, but skipping over that, you
9  then respond to Mr. Baker on November 14th, 2005, and you
10  say, I have told Beth that we are going to move slowly on
11  our decision to step back from the UEP membership.
12    A.   Yes.
13    Q.   Okay.  And then there's a portion that's
14  redacted.  But it says, I think we need to get real
15  serious about what and how we should be dealing with this
16  potential threat to our competitiveness in the market.  It
17  is very clear that UEP is bad mouthing Sparboe to its
18  customers and anyone who will listen.  We could be -- we
19  could be next and I think we need to have our ducks in a
20  row on how we would respond.  John and JD, we can discuss
21  next steps at our meeting this morning.
22      Do you see that?
23    A.   Yes.
24    Q.   So is it fair to say that this is an extension of
25  what we talked about before with respect to the UEP's

Page 96

1  conduct as it related to pressuring Sparboe's customers in
2  the line with what we talked about with Sam's Club and
3  Wal-Mart.
4    A.   I think this would be a fair assessment of a
5  building momentum in the egg producing world that says --
6  how do I want to say this?  That whether it's UEP, ACC, or
7  customers or whatever is that we're seeing more and more
8  whether it was started with Burger King, it started with,
9  you know, Wal-Mart, or all of these customers saying
10  they're getting a lot of pressure, they have animal rights
11  activists picketing outside of their doors.  Now, whether
12  it's Burger King or Wal-Mart or any of these customers,
13  and the animal rights activists are starting to dictate
14  our agenda and make us uncompetitive.  Michael Foods at
15  this point is not in the UEP ACC program, we had not made
16  that decision yet, but what I saw and see coming here is
17  more and more pressure to join that program.
18    Q.   And at this point in time in November of 2005,
19  you as the president and CEO of Michael Foods had made the
20  determination that you were not interested at this point
21  in joining the UEP certified program?
22    A.   What I said is we were moving slowly on our
23  decision, but we are getting at this point more and more
24  and more pressure from our customer base to be in this
25  program.

Page 97

1    Q.   And obviously you're looking to do what your
2  customers want you to do; right?
3    A.   Yes.
4    Q.   Okay.  Because that's both good for the customer
5  and good for Michael Foods?
6    A.   Yes.
7    Q.   Okay.  I show you what's been marked as Ostrander
8  9 for purposes of identification, two-page document
9  bearing Bates number MFI 0040262 to MFI 0040263.  It's a
10  confidential document.  It also has the Exhibit tab for T.
11  Baker 12, 8/22/13.  I give a minute to take a look at it
12  and then I'll ask you questions.
13      (Ostrander Exhibit Number 9, Bates number MFI
14    0040262 to MFI 0040263, was marked for
15    identification.)
16      MR. ARANOFF:  The videographer needs to change
17  the tape, so we'll take a five-minute break and then
18  I'll ask you some questions.  Okay.
19      THE WITNESS:  Yeah.
20      VIDEOGRAPHER:  The time is 11:14 a.m.  We're off
21  the record.
22      (A break was taken.)
23      VIDEOGRAPHER:  We're on the record.  The time is
24  11:23 a.m.
25  BY MR. ARANOFF:

25 (Pages 94 - 97)

HIGHLY CONFIDENTIAL

Page 98

1    Q.   Just a reminder, Mr. Ostrander, that you're still
2  under oath.  So have you had a chance to look at Ostrander
3  9 before we broke, the same document?
4    A.   Yes, I saw it; yes.
5    Q.   Okay.  And do you recognize this document?
6    A.   Yes.
7    Q.   Okay.  This is, again, the first part of this
8  document is an e-mail from Terry Baker to you and to JD
9  Clarkson summarizing a meeting of the UEP on Tuesday,
10  December 6th.  I assume 2008 -- 2005; right?
11    A.   I would assume that.
12    Q.   Okay.  When is the last time you saw this
13  document, Mr. Ostrander?
14        MR. GREENE:  And, again, excluding -- excluding
15    conversations with counsel.
16        THE WITNESS:  Yeah, so back in December of '05.
17  BY MR. ARANOFF:
18    Q.   Well, did you see this document yesterday?
19        MR. GREENE:  Objection.  I'm going to object and
20    instruct him not to answer about what he reviewed with
21    counsel.
22        MR. ARANOFF:  Okay.
23  BY MR. ARANOFF:
24    Q.   All right.  So you see the underlying e-mail from
25  Mr. Baker to you and Mr. Clarkson; right?

Page 99

1    A.   I'm sorry.  The underlying e-mails?
2    Q.   Yes.  And then you responded to that e-mail by
3  saying if they were to head down this road within these
4  parameters, this would be a great step forward.  Do you
5  have an understanding about what you were referring to
6  with that sentence?
7    A.   Yes.
8    Q.   Okay.  And what was that?
9    A.   That the UEP, at least the executive -- the
10  officers of the United Egg Producer were considering
11  getting rid of the 100 percent rule, or at least -- yeah,
12  getting rid of it.
13    Q.   And this was again in December of '05; right?
14    A.   Yes.
15    Q.   How did Dolph Baker respond in the meeting?  Was
16  he supportive of this initiative?  They have to have food
17  service customers that do not require ACC eggs, I would
18  think.  Is Sunny Fresh a member of UEP?  I did not think
19  they could be as they are not a producer.  And if so, why
20  were they at the meeting?
21        Do you see that?
22    A.   Yes.
23    Q.   Did you ever get an answer to how did Dolph Baker
24  respond at the meeting?
25    A.   I did not, or at least not that I recall.

Page 100

1    Q.   Okay.  Do you know whether he was supportive of
2  the initiative or not?
3    A.   I do not.
4    Q.   And, again, when we talk about the initiative
5  we're, again, referring to the UEP considering getting rid
6  of the 100 percent rule; right?
7    A.   Yes.
8    Q.   They have to have food service customers that do
9  not require ACC eggs, I would think.  Why did you think
10  that?
11    A.   I thought because it happened and Cal-Maine does
12  some short shelf life liquid, basically for I assume
13  industrial customers down in the southeast, and my
14  assumption is that they probably wouldn't want ACC eggs.
15    Q.   Why?
16    A.   Because they would be more expensive.
17    Q.   Okay.  And then you say, is Sunny Fresh a member
18  of the UEP; right?
19    A.   Uh-huh.
20    Q.   Did you get an answer to that?
21    A.   I didn't.
22    Q.   Okay.  Do you know whether or not Sunny Fresh is
23  a member of the UEP?
24    A.   I don't believe they are because they're not an
25  egg producer, and they're not supposed to, but

Page 101

1  unfortunately they were at the meeting.
2    Q.   Right.  Okay.  But -- and as you said, you said
3  they were at the meeting; right?
4    A.   This would -- I don't know that for sure, but it
5  says members at the meeting, Norm Stocker and Terry
6  Profitt, Sunny Fresh.
7    Q.   Exactly.  Okay.  Do you know whether the UEP ever
8  got rid of the 100 percent rule?
9    A.   To my knowledge, they did not.  We were hopeful.
10    Q.   I'll show you what's been marked as Ostrander 10
11  for purposes of identification.
12        (Ostrander Exhibit Number 10, MFI 0452047 to MFI
13    0452052, was marked for identification.)
14  BY MR. ARANOFF:
15    Q.   It is a multipage document, MFI 0452047 to MFI
16  0452052.  I'll give you a minute to take a look at this,
17  Mr. Ostrander, and I'd like to ask you questions.
18    A.   Okay.
19    Q.   Okay.  Mr. Ostrander, do you recognize this
20  document?
21    A.   No.
22    Q.   Have you ever seen it before?
23    A.   Not to my recollection.
24    Q.   Okay.  Do you have an understanding as to why --
25  well, withdrawn.

26 (Pages 98 - 101)

HIGHLY CONFIDENTIAL

1      You see it as the Michael Foods emblem on every
2 page of the document, middle of the page towards the right
3 corner?
4      A.  Yes.
5      Q.  Okay.  And do you have any understanding as to
6 who authored this document?
7      A.  I do not know specifically who authored the
8 document.
9      Q.  Do you have an understanding as to why the
10 document is -- says Nestle USA on the top?
11      A.  My assumption is it was presented to Nestle USA.
12      Q.  And Nestle -- I'm sorry.
13      A.  As a sales document.
14      Q.  And Nestle was a customer of Michael Foods back
15 in September of '06?
16      A.  An institutional customer of Michael Foods.
17      Q.  Okay.  When you say institutional customer, what
18 do you mean?
19      A.  Meaning that the product that we sold to Nestle
20 would be further processed by them into another product
21 that the consumer would ultimately get.
22      Q.  Okay.  And that's the egg industry definition of
23 an institutional customer?
24      A.  That Michael Foods' definition of an industrial
25 customer.

1      Q.  As opposed to just buying further processed eggs
2 from Michael Foods and then selling them on the open
3 market?  In other words, what you're saying Nestle did as
4 an institutional customer was they would buy your products
5 and then they would use that product to further process
6 that product into one of their own products and then they
7 would sell it?
8      A.  Yes.
9      Q.  Okay.  But other than customers would just buy
10 the product and not further process them; correct?
11      A.  We have other industrial customers, we have other
12 food service customers, and we have other retail
13 customers.  The end use of each of those is different.
14      Q.  Okay.  So you'll notice that this was dated
15 September 6th, 2006.  Do you see that?  It's on the first
16 page.
17      A.  Yes.
18      Q.  If you turn to the second page of the document.
19      A.  Yeah.
20      Q.  It talks about Michael Foods' commitment; right?
21 And this quote is attributable to you in a memo to all
22 employee of August 24th, 2006, Greg A. Ostrander,
23 chairman, CEO.  That's you; correct?
24      A.  I hope so.
25      Q.  Okay.  And it says Michael Foods' commitment, we

1 committed some months ago to transition all of our
2 facilities to meet with United Egg Producers guidelines
3 for cage space that is scientifically grounded.  We will
4 be implementing those guidelines across MFI in the months
5 ahead; right?
6      A.  Yes.
7      Q.  So this reflects, does it not, Michael Foods'
8 position in 2006, at least as early as August 24th of
9 2006, to now move into the UEP programs; is that correct?
10      A.  Yes.
11      Q.  And in particular, what programs are we talking
12 about there?
13      A.  This is the United Egg Producers Animal Care
14 Certified program.
15      Q.  And this is a program that up until mid-2006
16 Michael Foods had not been a part of; is that correct?
17      A.  I'm not sure the exact date we made the
18 commitment, but sometime in that relative time frame we
19 decided to join UEP's ACC program.  Prior to that we were
20 not part of that program.
21      Q.  Okay.  And when you say the UEP ACC program, does
22 that also include the -- a commitment to the 100 percent
23 rule?
24      A.  Yes.
25      Q.  Okay.  And that was done sometime, I won't hold

1 you to the date, but that was done sometime in the summer,
2 mid-2006; correct?
3      A.  I would assume so.
4      Q.  Okay.  And that decision was made, am I correct,
5 because it was in the best interest of Michael Foods at
6 the time?
7      A.  Yes.
8      Q.  Now, the next document says UEP commitment,
9 verbal commitment to UEP on June 13th, 2006, I guess that
10 clears up the date; right?
11      A.  It should.
12      Q.  Okay.  Signed commitment papers for entry into
13 the program and the intermarketing license, June 28th,
14 2006.
15      A.  Okay.
16      Q.  Right?  License agreement number 509 received
17 July 5th, 2006; right?
18      A.  Yes.
19      Q.  Okay.  Migration of all MFI controlled own layers
20 to UEP cage guidelines begins September 1, 2006.  Do you
21 see that?
22      A.  Yes.
23      Q.  And does this accurately reflect to the best of
24 your recollection the commitment that Michael Foods made
25 to the UEP?

27 (Pages 102 - 105)

HIGHLY CONFIDENTIAL

Page 106

1    A.  I have to assume so.
2    Q.  Okay.  And you have no reason -- withdrawn.
3        And to the best of your knowledge, these were all
4  done by Michael Foods; correct?
5    A.  Yes.
6    Q.  Okay.  Next page is the UEP guidelines; right,
7  cage space implementation, April 1, 2002, 56 square
8  inches, October 1, 2003, 59 square inches; right?
9    A.  Yes.
10   Q.  April 1, 2005, 61 square inches; right?
11   A.  Yes.
12   Q.  October 1, 2006, 64 square inches; right?
13   A.  Yes.
14   Q.  April 1, 2008, 67 square inches; right?
15   A.  Yes.
16   Q.  And that was based on hatch date of the bird;
17 right?
18   A.  Yes.
19   Q.  All right.  No fee withdrawal molting, beak
20 trimming, air quality, handling, transportation,
21 slaughter, noncomingling of eggs must be segregated;
22 correct?
23   A.  Yes.
24   Q.  And to the best of your knowledge, all of these
25 parameters pursuant to the UEP guidelines were done by

Page 107

1  Michael Foods on the dates that they say in this
2  presentation; correct?
3    A.  My understanding is they are all initiated on
4  those dates, yes.
5    Q.  Okay.  And, again, these were done because it was
6  in the best interests of Michael Foods to do this;
7  correct?
8    A.  These were done as part of our requirements to
9  join the UEP ACC guidelines.  I have to be clear on that,
10 these were never in our interest.  They're interest from
11 the standpoint of servicing a customer, but anyway, that's
12 a whole different issue.
13   Q.  Well, you made the decision -- at some point in
14 time -- let's talk about that --
15   A.  Let me be clear.  Let me be clear.
16   Q.  Let me ask a question, if you wouldn't mind --
17   A.  Okay.
18   Q.  -- and then you can respond to the questions that
19 I ask.  There was a time period before 2006 where you were
20 the head of the company; correct?
21   A.  Yes.
22   Q.  Okay.  And during that time you made an
23 estimation that based upon what the UEP guidelines were at
24 that time, that it was not in Michael Foods' best interest
25 to join the UEP certified program; correct?

Page 108

1    A.  Yes.
2    Q.  Okay.  That changed at some point in time, as
3  evidenced by this memo that we're in the middle of going
4  through; correct?
5    A.  Yes.
6    Q.  And you made the decision at that point in time,
7  sometime I think it was in June of 2006; right, to join
8  the UEP certified program?
9    A.  Yes.
10   Q.  Okay.  And that was done for a variety of
11 reasons; right?  It was done because it was in Michael
12 Foods' best interest; correct?
13   A.  That is one of the reasons, yes.
14   Q.  Because you did an analysis at some point in time
15 to determine is this good for Michael Foods or not good
16 for Michael Foods?
17   A.  Yes, that's fair.
18   Q.  And so you decided that because it was good for
19 Michael Foods, you would enter the program?
20   A.  That's a fair assessment.
21   Q.  Okay.  And you did so and while you were in the
22 program, you complied with all of the provisions that were
23 outlined for being a member of the UEP certified program;
24 correct?
25   A.  On the date specified, yes.

Page 109

1    Q.  Right.  And you stayed in the program -- you
2  stayed in that program complying with the rules for how
3  long, from June of '06 until when?
4    A.  To my knowledge, we're still in the program.
5    Q.  And to your knowledge are you still complying
6  with all of the requirements as mandated by the UEP?
7    A.  I would have no knowledge of that past June 30th
8  of 2010.
9    Q.  But at least as of June 30th, 2010, you were
10 still in the program?
11   A.  Yes.
12   Q.  Okay.  So continuing on in the document, it says,
13 MFI status, Michael Foods meets or exceeds all guidelines
14 on internal layers except cage space.
15       Do you see that?
16   A.  Yes.
17   Q.  Effective September 1, 2006, all flocks will be
18 housed meeting the UEP guideline in place at the time.
19       Do you see that?
20   A.  Yes.
21   Q.  Okay.  All flocks are currently within a 48 to
22 75 square inches configuration; right?
23   A.  Yes.
24   Q.  And all 13 million MFI layers will meet the UEP
25 cage density guideline by mid 2008; correct?

28 (Pages 106 - 109)

HIGHLY CONFIDENTIAL

Page 110

1  A.  Yes.
2  Q.  To the best of your knowledge, did you meet all
3  of the requirements contained in this page of the
4  presentation?
5  A.  Yes.
6  Q.  Okay.  And then finally we have noncertified
7  license, which is the last page of the presentation;
8  right?  And it says MFI is able to market UEP certified
9  product in full compliance with its license; correct?
10  A.  Yes.
11  Q.  Monthly reporting to UEP purchases and sales of
12  certified products, do you see that?
13  A.  Yes.
14  Q.  USDA will complete an annual audit of all records
15  to assure compliance with license?
16  A.  Yes.
17  Q.  No comingling of egg, must be segregated at all
18  times.  Do you see that?
19  A.  Yes.
20  Q.  Currently finalizing documentation and protocol
21  for validation of process and compliance, we will work
22  with UEP and UEA to establish a standard industry program.
23     Do you see that?
24  A.  Yes.
25  Q.  And to the best of your knowledge, was Michael

Page 111

1  Foods in compliance with all of these things?
2  A.  Yes.
3  Q.  Okay.  What does UEA stand for?
4  A.  United Egg Association, I believe.
5  Q.  And do you know what the United Egg Association
6  is?
7  A.  I think that is an association of shell egg
8  people, but I'm not exactly sure.  I believe that's the
9  shell egg component.
10  Q.  Okay.  You can put that document away.  Aside
11  from this presentation to Nestle that we talked about, do
12  you recall whether the same presentation was done to any
13  other Michael Foods customers in particular?
14  A.  I don't specifically recall.
15  Q.  We talked a little bit earlier about Ken Klippen
16  as an alternative program.  Do you recall that?
17  A.  Yes.
18  Q.  And did Ken Klippen's program ever get off the
19  ground?
20  A.  It did not.
21  Q.  Okay.  And do you have an understanding as to why
22  it did not?
23  A.  From a Michael Foods point of view while we were
24  exploring Ken Klippen and an alternative program, it
25  became increasingly clear that some of our customers would

Page 112

1  be requiring an UEP Animal Care Certified program as
2  referenced by the feedback we were receiving from
3  customers like Sysco and Wal-Mart such that an alternative
4  program wouldn't be acceptable to customers that were
5  meaningful customers to Michael Foods.  So at least from
6  our point of view, we never proceeded because at the end
7  of the day our assessment was it wouldn't work.
8     MR. ARANOFF:  Take a five-minute break if you
9  don't mind.
10     VIDEOGRAPHER:  The time is 11:41 a.m.
11     (A break was taken.)
12     VIDEOGRAPHER:  We're on the record.  The time is
13  11:51 a.m.
14        CROSS-EXAMINATION
15  BY MR. BROWN:
16  Q.  Good morning.  This is Stephen Brown.  We met
17  earlier this morning.  I'm going to ask you a couple
18  questions.  I hope not to retread over what Mr. Aranoff
19  did, but we'll do our best.  Okay.  I'd like to start
20  talking about exports of eggs and egg products.
21  A.  Okay.
22  Q.  Did Michael Foods itself engage in any exports?
23  A.  Yes.
24  Q.  Can you tell me a little bit about that?
25  A.  We have during that time customers in Japan that

Page 113

1  would buy frozen yolk and powdered egg whites, I believe.
2  Q.  When you say during that time, what time period
3  are you referring to?
4  A.  Well, pretty much we have ongoing sales to Japan
5  of frozen yolk and whole egg and powdered products.
6  Q.  Okay.  So going back to about at least 2000
7  continuing through today?
8  A.  I would think so, yes.
9  Q.  Okay.  Do you know what United States Egg
10  Marketers is?
11  A.  I've heard of them.
12  Q.  What do you know of them?
13  A.  I believe they were an arm of some industry group
14  that exported shell eggs.
15  Q.  Do you know where they exported shell eggs to?
16  A.  I do not.
17  Q.  Did you ever take into account their exports of
18  shell eggs in pricing or in any other way for Michael
19  Foods?
20  A.  Well, I'm going to try and answer that anyway.
21  Michael Foods essentially evaluated egg products
22  companies, so in terms of anything in the market that
23  could affect pricing or costs or selling prices of eggs,
24  we would of course take into consideration as related to
25  how we ultimately sold and marketed our egg products.  So

29 (Pages 110 - 113)

HIGHLY CONFIDENTIAL

Page 114

1 if there was a major export program, my assumption is that
2 the people that did pricing in the company would be aware
3 of that and probably try and think through what impact
4 that would have on pricing or cost probably more than
5 anything.
6    Q.   Okay.  What potential impacts would it have on
7 pricing or cost?
8    A.   If you're exporting eggs and taking them out of
9 the U.S. market, they could have the impact of raising
10 prices, I assume, or raising costs.  Michael Foods has
11 their own flocks, so we have our own supply of eggs.  We
12 also process extensively the production of market based
13 eggs and contracted eggs with other vendors.  So, you
14 know, obviously we had to know everything going on in
15 terms of the market, overall supply and demand.
16    Q.   Okay.  Let me hand to you what is going to be
17 marked as Ostrander 11.
18        (Ostrander Exhibit Number 11, MFI 0133867, was
19    marked for identification.)
20 BY MR. BROWN:
21    Q.   Okay.  This is MFI 0133867.  And this is a series
22 of e-mails.  You can take a second to review it, please.
23    A.   Okay.  Okay.
24    Q.   And I'm sorry if you answered this already today,
25 but Vince O'Brien, who is he?

Page 115

1    A.   Vince O'Brien would be head of our industrial egg
2 products business, a general manager of industrial eggs.
3    Q.   Okay.  And you see at the bottom --
4    A.   Let me clarify, institutional eggs.
5    Q.   Okay.  And you see at the bottom of the page
6 Mr. O'Brien talks about an export for 300 containers?
7    A.   Yes.
8    Q.   And then you write back, let's make sure we are
9 capitalizing our pricing.  Mike, our internal liquid
10 should be advantageous to this type of market as well and
11 should help us sell in the price increase on food service
12 and retail.
13        Did I read that correctly?
14    A.   You did.
15    Q.   Okay.  What did you mean when you said
16 capitalizing on our pricing?
17    A.   In this context I would have given what Vince had
18 sent me, I would have assumed that our cost to buy eggs on
19 the market, which we did a lot of, would be going up if
20 they were exporting eggs out of the U.S. market, so supply
21 would be dropping, our costs would be going up, and if our
22 costs were going up, given that we're a value added egg
23 processor, our attempt would be to get that -- any cost
24 increase back in pricing.
25    Q.   And that's what capitalized -- capitalized means?

Page 116

1    A.   Yes.
2    Q.   Okay.  And you write that our internal liquid
3 should be advantageous to this type of market?
4    A.   Yes.
5    Q.   What did you mean by advantageous?
6    A.   What I mean by that is when you are an egg
7 producer, your cost to produce an egg is based on kind of
8 six or seven different variables.  The number one variable
9 is grain cost, so the cost of corn and soy bean meal.
10 Obviously supply and demand of the egg has nothing to do
11 with the cost to produce an egg internally.  So to the
12 extent we have our own flocks, we have bought our own corn
13 and meal and other ingredients that go in to feed that
14 chicken to produce an egg, those aren't affected by the
15 supply and demand of egg.  So if the market is going up,
16 our costs haven't changed at least on that component of
17 our liquid use or our source of eggs.
18        And during this time, Michael Foods probably
19 produced about a third of their egg requirements were from
20 our own flocks and about two thirds of our requirements
21 were purchased on some market mechanism from other egg
22 producers.
23    Q.   Okay.  And when you said about two thirds were
24 purchased from other producers, were those on long term
25 contracts or were those through a market based pricing or

Page 117

1 generally at this time, how was that done?
2    A.   I don't know specifically at this time because I
3 don't do procurement, but let's suffice it to say that our
4 egg supply was on all of those, some were on long term
5 pricing, some were on market based, some were on shorter
6 term pricing proposals.  The whole gamut, we probably had
7 sourcing agreements that covered the world in terms of how
8 we would buy our eggs.
9    Q.   Okay.  And when you write sell in the price
10 increase to FD service, that's food service?
11    A.   Yes.
12    Q.   And retail?
13    A.   Yes.
14    Q.   What do you mean sell in the price increase?
15    A.   Whenever you take a price increase in the
16 marketplace, a customer is naturally going to say, gee, we
17 don't want a price increase, we want our price of eggs to
18 be what it was yesterday.  Well, if our cost to buy eggs
19 on the market has gone up, we have to, to maintain our
20 profitability, pass that cost increase through to our
21 customers.
22    Q.   So after the -- so this export -- withdrawn.
23        Mr. O'Brien's e-mail to you reflects that this
24 export is going to increase the market price of eggs; is
25 that correct?

30 (Pages 114 - 117)

HIGHLY CONFIDENTIAL

Page 118

1    A.   His supposition from what I read is that it's
2 going to have an impact on the cost of market eggs, which
3 means our cost to buy liquid is going to go up; that's his
4 belief.
5    Q.   Okay.  Did you agree with that?
6    A.   I said if it's going to happen, let's make sure
7 we get it in our pricing.  It is the -- whether there's an
8 export program or a change in the Urner Barry or a change
9 in grain prices, all of those can impact our egg cost.  So
10 anything in the market that impacts our cost to produce,
11 we have to be aware of and respond to.  At the end of the
12 day we're a company, we got to make a profit.
13    Q.   Okay.  And so if this export increased the market
14 prices of eggs, you were going to attempt to increase the
15 price that you were charging food service and retail?
16    A.   Let's see.  If there was an increase in our cost
17 based on this factor, that should have been considered in
18 our pricing, yes.
19    Q.   Okay.
20    A.   I don't control pricing, I have people that
21 control pricing.
22    Q.   Understood.  And you were -- that's what you were
23 directing them to do, though; is that correct?
24    A.   My direction is that if we had cost increase, we
25 need to get it back in our pricing.

Page 119

1    Q.   Okay.  Backing up a little bit away from the
2 exports to the around 2000, 2001, 2002 time frame, were
3 you aware of the development of the UEP certified program
4 at that time?
5    A.   I believe we've referenced memos from 2001 that
6 would say I was aware of it at that time.  Do I
7 specifically recall that?  Only through my memos would I
8 recall that.
9    Q.   Okay.  Do you recall when you decided in that
10 time frame that you were -- that Michael Foods was not
11 going to join the UEP certified program?
12    A.   When we were first presented a proposal to join
13 and we reviewed the parameters of those proposals which
14 included 100 percent rule, I made the decision to not be a
15 part of the program.
16    Q.   And you mentioned the 100 percent rule.  What was
17 it in particular about the 100 percent rule that was a
18 consideration for you that caused you to decide not to
19 sign up?
20    A.   Again, I'm going to talk about our egg complex,
21 and that we process, I don't know, a billion, let's just
22 say a billion pounds of eggs a year, which is roughly what
23 we do, what we did back then, I don't know, but anyway, we
24 get eggs both externally from contracted suppliers, from
25 market purchases and then we have our own flocks

Page 120

1 internally that at the time would have produced maybe
2 40 percent of our needs.  We did not have demand from
3 customers willing to pay the premium that it would have
4 cost us to reduce the density of our cages for all 13
5 million hens that we owned at the time.  So for us to go
6 100 percent and have five customers that wanted ten
7 percent of our business and to absorb that cost was an
8 easy decision.  It was a no-go.
9    Q.   If you had applied the 100 percent rule to your
10 flocks, that would have decreased the amount of eggs that
11 you could have produced?
12    A.   It would have decreased the number of eggs that
13 internally we could have produced, yes.  But keep in mind
14 if we're selling a billion pounds of eggs to the market,
15 just because we reduce our internal supply, we have to
16 then go outside and recreate that supply in the
17 marketplace by having somebody else put additional birds
18 on the ground, someone that has excess supply to enter
19 into agreements to supply a set amount of liquid.  So, you
20 know, whether or not we reduced our internal supply, we
21 still needed the overall amount of eggs.  So if we didn't
22 have it internally, we would go contract for it on the
23 outside.
24    Q.   And that would have increased your costs?
25    A.   Not necessarily, no, because if we're -- in fact,

Page 121

1 to the contrary.  We can go replace that supply on the
2 external market by having somebody go out and build farms,
3 put in birds, put them on the ground, and we enter into
4 long term supply agreements to take all of those eggs at a
5 cost very competitive with what we can produce our own
6 eggs internally for.
7    Q.   Okay.  But you didn't want to do that?
8    A.   I didn't want to do what?
9    Q.   You didn't want to -- well, let's see, you didn't
10 want to join the program with the 100 percent rule?
11    A.   That's correct.
12    Q.   One of the consequences of joining the program
13 with the 100 percent rule is that you either would have
14 had to increase your internal production or buy production
15 on the market?
16    A.   We would have had to outsource production if we
17 chose not to increase our internal production, but the
18 reason at the time we didn't make the decision to join the
19 program is because we had no ability to get the cost back
20 that would have -- we would have incurred from our
21 customers when we only had a very small percentage of our
22 customers that wanted ACC certified eggs.  The rest of
23 that internal production would have had higher cost, and
24 we would have had no way to recover that cost in the
25 marketplace.

31 (Pages 118 - 121)

HIGHLY CONFIDENTIAL

Page 122

1    Q.   Okay.  At the time, did you consider developing
2  any alternative program to the UEP certified program?
3    A.   If you look at the history of Michael Foods and
4  what we did in terms of procurement, some time after we
5  went private and we took the company private in 2001 the
6  first time, and when you take a company private it
7  becomes -- capital becomes a big issue and where you spend
8  it.  And if you're going to build your own farms and
9  houses and layer cages and all of that stuff, it is a
10  massive outlay of capital.  We chose sometime in early
11  2001 and '2 not expand internally anymore.  What we
12  then started doing with people like Sunny Fresh and
13  Fremont Farms and Egg Pro, later on was to go out and
14  contract with a third party to actually build new
15  production facilities that they would own, and what we
16  would do is commit to a seven to ten-year agreement where
17  we would take all the eggs from that farm and further
18  process them.  And for that, they would commit the
19  capital, they would make a profit margin on that, and we
20  would buy the eggs from that facility.  And that's how we
21  kept our supply in balance.
22    Q.   Okay.  Did you consider developing an alternative
23  animal welfare program to the UEP certified program at
24  that time?
25    A.   We had a program already in place at that time

Page 123

1  with Burger King, so, in fact, we had done that already.
2    Q.   Did you have any discussions with Sparboe about
3  an alternative program?
4    A.   We've already been on the record with that, yes,
5  we have -- or we did.
6    Q.   I'm referring to back in 2002.
7    A.   I don't recall specifically when that dialogue
8  started with Sparboe.
9    Q.   Okay.  Do you know whether Sparboe -- do you know
10  whether Sparboe joined the UEP certified program in
11  2001/2002?
12    A.   I don't remember.
13    Q.   Okay.  I'm going to hand to you what will be
14  Ostrander 12.
15        (Ostrander Exhibit Number 12, MFI 0319966, was
16    marked for identification.)
17  BY MR. BROWN:
18    Q.   This is MFI 0319966.
19    A.   Okay.
20    Q.   There is a November 11, 2002, e-mail from Mike
21  Johnson to you.  Who is Mike Johnson?
22    A.   Mike Johnson would have been the head of sales
23  for Crystal Farms, a division of Michael Foods.
24    Q.   Okay.  And he writes that he had lunch with Wayne
25  Carlson and Beth Schnell?

Page 124

1    A.   Yes.
2    Q.   Are Wayne Carlson and Beth Schnell from Sparboe?
3    A.   Yes.
4    Q.   And they said they are planning to apply for the
5  UEP animal husbandry guidelines egg certification program.
6    A.   Okay.
7    Q.   And then you write back, I will follow up with
8  Bob because that is inconsistent with what he and I
9  discussed.  Is the reference to Bob a reference to Bob
10  Sparboe?
11    A.   I have to assume so.
12    Q.   Okay.  Do you recall discussions with Bob Sparboe
13  at this time about the UEP certified program?
14    A.   I do not.
15    Q.   Okay.  You also write, but it should help us with
16  those customers who are requiring it?
17    A.   That would be in reference that if we join the
18  program, it would help us with those customers who wanted
19  it, I'm assuming is what I meant by that.
20    Q.   It would help -- let me make sure I understand.
21  The program would help Michael Foods with the Michael
22  Foods customers who are requiring the UEP certified
23  program?
24    A.   My -- and, again, my recollection in 15 years ago
25  is slim at best, but what I believe I'm saying here is

Page 125

1  that Bob had not indicated to me that he was joining the
2  UEP program.  If he was, and if we ultimately made the
3  decision to join, then it would certainly help us with
4  those customers who are asking for it.  This would have
5  been in reference to us joining, not Sparboe.  I could
6  have given a rat's ass whether Sparboe joined.
7    Q.   Okay.
8    A.   Sorry for my language.
9        MR. ARANOFF:  It's color.
10        THE WITNESS:  Color.  There we go.
11  BY MR. BROWN:
12    Q.   This is Ostrander 13.
13        (Ostrander Exhibit Number 13, MFI 0000163, was
14    marked for identification.)
15  BY MR. BROWN:
16    Q.   This is MFI 0000163.  And am I correct that this
17  is a letter from you to Bob Sparboe?
18    A.   It would appear to be so.
19    Q.   Okay.  You can take a second to review, but I'm
20  just really interested in the first, really the first
21  sentence here.  And you write, I wanted to follow up on
22  our meeting last week on a couple of issues with respect
23  to setting up an independent AWB certification program.
24  Michael Foods would be very interested in working with
25  Sparboe and other industry participants to do this outside

32 (Pages 122 - 125)

HIGHLY CONFIDENTIAL

Page 126

1 of the UEP.
2   A.  Yes.
3   Q.  Do you recall any discussions that you had with
4 Mr. Sparboe about this alternative program?
5   A.  I do not specifically recall that, but apparently
6 we talked about it.
7   Q.  You write that Michael Foods will be very
8 interested in doing this outside of the UEP.
9   A.  Yes.
10   Q.  And what was the reason for that?
11   A.  The 100 percent rule.
12   Q.  Okay. That's all for that one.
13     MR. ARANOFF:  Steven, can we go off the record
14 for just a couple minutes. I want to ask you a
15 question.
16     MR. BROWN:  Absolutely.
17     VIDEOGRAPHER:  The time is 12:12 a.m. We're off
18 the record.
19     (A break was taken.)
20     VIDEOGRAPHER:  We're on the record. The time is
21 12:20 p.m.
22 BY MR. BROWN:
23   Q.  Good afternoon. You are going to be handed
24 Exhibit Ostrander 14.
25     (Ostrander Exhibit Number 14, MFI 0101954, was

Page 127

1   marked for identification.)
2 BY MR. BROWN:
3   Q.  This is MFI 0101954, and this is an e-mail from
4 you dated August 31, 2005; is that correct?
5   A.  Yes.
6   Q.  And you write, what is your collective view as to
7 the value you received from our members in UEP. You also
8 note, I'm not on the hunt to drop out of the UEP, but
9 question our participation going forward. Given the
10 seemingly one-sided orientation of the UEP around
11 Cal-Maine, Rose Acres and others.
12     Did you consider dropping out of UEP at this
13 point?
14   A.  It certainly would indicate I was thinking about
15 it. Did we actually -- we never did drop out of UEP, but
16 we -- I certainly explored what our cost to be in UEP was
17 and what value we would have, and people in our
18 organization like Terry Baker and Tim Bebee and Toby would
19 certainly have more awareness of what value we had from
20 UEP versus myself.
21   Q.  Okay. And you said the one-sided orientation.
22 Are you referring to UEP having a one-sided orientation?
23   A.  I'm referring to the United Egg Producers seeming
24 to have a bias to shell egg producers, and Michael Foods
25 is really not in the shell egg business, we are a further

Page 128

1 processed egg company.
2   Q.  And you mentioned Cal-Maine and Rose Acres and
3 others?
4   A.  Yeah, which are the largest shell egg producers
5 in the country.
6   Q.  Okay. You talked earlier that after you had
7 joined the UEP certified program once you were fully
8 compliant with the program. Do you recall what date that
9 was?
10   A.  The sales presentation we referenced would have
11 said sometime in 2008 we would have been fully compliant.
12   Q.  And once you were fully compliant, you mentioned
13 earlier that you -- withdrawn.
14     We talked earlier that you purchased about two
15 thirds of your need for eggs externally; is that correct?
16   A.  Yes.
17   Q.  Once you were fully compliant with the UEP
18 certified program, the eggs that you purchased, were those
19 eggs UEP certified eggs?
20   A.  I'm sorry, the eggs we purchased on the outside?
21   Q.  Yes.
22   A.  That was a combination of certified eggs and
23 noncertified eggs. The bulk of those eggs would have been
24 noncertified eggs.
25   Q.  Okay.

Page 129

1     MR. BROWN:  If we can take just another quick
2 break.
3     MR. GREENE:  Okay.
4     MR. ARANOFF:  It strikes me that we might not
5 even need a lunch break.
6     MR. GREENE:  Okay.
7     MR. ESSENMACHER:  Are you done with your
8 examination?
9     MR. BROWN:  Yeah.
10     THE WITNESS:  I'm okay with not having lunch.
11     MR. GREENE:  We can go off the record for a
12 moment.
13     VIDEOGRAPHER:  The time is 12:24 p.m. We're off
14 the record.
15     (A break was taken.)
16     VIDEOGRAPHER:  We're on the record. The time is
17 12:31 p.m.
18     CROSS-EXAMINATION
19 BY MR. ESSENMACHER:
20   Q.  Good afternoon, Mr. Ostrander. My name is Keith
21 Essenmacher, I represent the indirect purchasers in this
22 case. I want to start out with earlier in the deposition,
23 not by my questioning, there was a statement you made
24 regarding the bulk of Michael Foods' sales were to food
25 service industries. Is that a correct statement?

33 (Pages 126 - 129)

HIGHLY CONFIDENTIAL

Page 130

1 A. Food service customers, yes.
2 Q. Okay. Would you care to -- well, if you know at
3 this time, what percentage of your sales were for non food
4 service customers?
5 A. During what time frame?
6 Q. During your tenure as CEO -- well, let's say 2000
7 to 2006, just to go from that area, first and then I'll
8 ask you about it later.
9 A. For overall Michael Foods, which is egg, potato,
10 and whatever dairy we had, non food service sales would
11 have been maybe 40 percent of the company sales, and of
12 that 40 percent, retail sales would have been 60 to
13 70 percent of that number.
14 Q. Okay. I would like to ask you more on the egg
15 side of things.
16 A. On the egg side? On the egg side if you look at
17 just egg products, then I would say food service was
18 65 percent of that business, 65 to 70 percent,
19 institutional would have been about 25, 30 percent,
20 25 percent, 30 percent, and retail would have been 10 to
21 15. Hopefully that adds roughly to 100.
22 Q. Give or take a few?
23 A. Give or take a few percents.
24 Q. Thank you. Did Michael Foods commission any
25 internal studies or analysis for retail pricing as your

Page 131

1 tenure at Michael Foods?
2 A. I don't recall that we would have done that.
3 Q. Okay. If a study had been done, would you know
4 what department or who the person would be in charge of
5 that, if there was to be one done? Yeah, I know, I un --
6 A. That's supposition, but I mean if someone were to
7 do a retail study, it would have been done within our
8 retail marketing group.
9 Q. Okay. And has Michael Foods ever commissioned an
10 internal study on the buying habits of the retail market
11 based on gender, ethnicity, family size, different
12 demographics? Has a study ever occurred in that range?
13 A. We have done market research on who the consumers
14 are for our Better Than Eggs retail egg products.
15 Q. Okay. But none for shell eggs?
16 A. No.
17 Q. Okay. And who would be responsible for that
18 market research? Would it be the same as your answer
19 previously?
20 A. Yes.
21 Q. Okay. That's fine. In your experience, does
22 demand for eggs change when prices fluctuate?
23 A. That's a broad question.
24 Q. I understand. Withdrawn.
25      Let's see, and then my final question is, who in

Page 132

1 Michael Foods would be responsible for street level
2 pricing, data information, anything with street level
3 pricing?
4      MR. ARANOFF: Objection.
5      MR. GREENE: Objection. Vague.
6 BY MR. ESSENMACHER:
7 Q. Okay. Who in Michael Foods would be the
8 custodian for street level pricing analysis, marketing
9 department, marketing, and sales type of data?
10      MR. GREENE: Object to the form again.
11      THE WITNESS: For which class of trade? I mean,
12 food service, retail?
13 BY MR. ESSENMACHER:
14 Q. For the retail.
15 A. Institutional?
16 Q. For retail.
17 A. For retail it would be in the trade marketing and
18 sales arm of our retail operations.
19 Q. And do you know who would be the head of that?
20 A. I don't.
21 Q. Okay. I have no further questions. Does anybody
22 else have any questions?
23      MR. GREENE: Does anyone on the phone have
24 questions?
25      MR. KENNEDY: No.

Page 133

1      MS. ZITRIN: No.
2      MR. GREENE: We will read and sign.
3      MR. ARANOFF: Okay.
4      MR. ESSENMACHER: Okay.
5      VIDEOGRAPHER: This concludes the deposition.
6 The time is 12:36 p.m. We're off the record.
7
8      (Deposition concluded at 12:26 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

34 (Pages 130 - 133)

HIGHLY CONFIDENTIAL

Page 134

1  CERTIFICATE OF OATH
2
3  STATE OF FLORIDA)
4  COUNTY OF COLLIER)
5
6  I, the undersigned authority, certify that Gregg
7  Ostrander personally appeared before me and was duly
8  sworn.
9
10  WITNESS my hand and official seal this 17th day
11  of March, 2014.
12
13
14  _____
   Lori L. Bundy
15  Notary Public - State of Florida
   My Commission No.:  EE 132707
16  Expires:  September 22, 2015
17
18
19
20
21
22
23
24
25

Page 135

1  REPORTER'S DEPOSITION CERTIFICATE
2
3  STATE OF FLORIDA)
4  COUNTY OF COLLIER)
5
6  I, Lori L. Bundy, Certified Court Reporter and Notary
7  Public in and for the State of Florida at Large, certify
8  that I was authorized to and did stenographically report
9  the deposition of Gregg Ostrander; that a review of the
10  transcript was requested and that the transcript is a true
11  and complete record of my stenographic notes.
12
13  I further certify that I am not a relative, employee,
14  attorney, or counsel of any of the parties; nor am I a
15  relative or employee of any of the parties' attorney or
16  counsel connected with the action; nor am I financially
17  interested in the action.
18
19  DATED this 17th day of March, 2014.
20
21
22  _____
   Lori L. Bundy,
23  RMR, FPR, RPR, CRR, CLR
24
25

Page 136

1  ACKNOWLEDGMENT OF DEPONENT
2  I, GREGG OSTRANDER, do hereby certify
3  that I have read the foregoing transcript of my
4  testimony taken on 3/5/14, and further certify
5  that it is a true and accurate record of my
6  testimony (with the exception of the corrections
7  listed below):
8  Page   Line        Correction
9  ____|____|_____|_____
10  ____|____|_____|_____
11  ____|____|_____|_____
12  ____|____|_____|_____
13  ____|____|_____|_____
14  ____|____|_____|_____
15  ____|____|_____|_____
16  ____|____|_____|_____
17  ____|____|_____|_____
18  ____|____|_____|_____
19  ____|____|_____|_____
20  ____|____|_____|_____
21  _____
   GREGG OSTRANDER
22
   SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS _____ DAY OF _____, 20___.
24
   _____   _____
25  (NOTARY PUBLIC)      MY COMMISSION EXPIRES:

CASE: ***In re: Processed Egg Products Antitrust Litigation* (MDL No. 2002 08-MD-02002)**

WITNESS: **Gregg Ostrander (March 5, 2014)**

I, Gregg Ostrander, do hereby certify that I have read the foregoing transcript of my testimony, and make the following statement, under oath, listing the changes to the transcript and the reasons for making the changes.

| Page:Line | Change From | To | Reason |
|---|---|---|---|
| 16:23-24 | Sani-Dairy | Sanna Dairy | correction of spelling of name |
| 27:19 29:11 | Janco | Jenko | correction of spelling of name |
| 34:16-19 | Q. And when I say join the UEP, just so that the record's clear, I'm talking about the to join any programs also within the UEP, animal welfare would be an example of that; right? | Q. And when I say join the UEP, just so that the record's clear, I'm talking about to, to join any programs also within the UEP, animal welfare would be an example of that; right? | apparent error in transcription of question |
| 35:5 36:14 36:20 43:7 43:8 | Keri | Cary | correction of spelling of name |
| 41:11-13 | A. In the context of reviewing this business conduct policy as CEO and proving this to be sent and signed by employees, I'm familiar with the document. | A. In the context of reviewing this business conduct policy as CEO and approving this to be sent and signed by employees, I'm familiar with the document. | transcription error |
| 53:4-5 | Q. .... Pass the motion that states that if a marketing or processing company has commitments or contracts with ... | Passed a motion that states that if a marketing or processing company has commitments or contracts with ... | Apparent error in transcription of question, as the words in the document being read from are "passed a" |

| Page:Line | Change From | To | Reason |
|---|---|---|---|
| 74:24-75:4 | Q. …We should get <u>it</u> together with counsel and determine what legal grounds we have to fight this resolution in terms of restraint of trade or some other avenue that would give us equal access to ACC for those customers of our who request us to provide and certify eggs that are ACC. | | Apparently transcribed the question correctly, but note that the document the questioning attorney was reading from did not include the word "it" where indicated. |
| 88:6-7 | Q. Now, you say at the end of the e-mail, please review and <u>JV</u> and I will set up . . . | "JD" | transcription error |
| 98:7-11 | Q. Okay. This is, again, the first part of this document is an e-mail from Terry Baker to you and to JD Clarkson summarizing a meeting of the UEP on Tuesday, December 6th. I assume <u>2008 -- 2005</u>; right? A. I would assume that. | No change in answer, but clarifying that the response "I would assume that" is based on the date December 6, "2005." | As transcribed, the reference to "2008 – 2005" is confusing. |
| 100:11-12 | I thought <u>because it happened and</u> Cal-Maine does some short shelf life liquid . . . | I thought <u>that because I happened to know</u> Cal-Maine does some short shelf life liquid. . . " | apparent transcription error |
| 103:9-10 | Q. Okay. But other <u>than</u> customers would just buy the product and not further process them; correct? | Q. Okay. But other customers would just buy the product and not further process them; correct?" | apparent transcription error |
| 105:19 | Q. Okay. Migration of all MFI controlled <u>own</u> layers | "Q. Okay. Migration of all MFI controlled <u>owned</u> layers" | Apparent error in transcription of question, as the document being read from includes the term "controlled/owned" |
| 106:19-22 | Q. All right. No <u>fee</u> withdrawal molting, beak trimming, air quality, handling, transportation, slaughter, noncomingling of eggs must be segregated; <u>correct</u>? | Q. All right. No <u>feed</u> withdrawal molting, beak trimming, air quality, handling, transportation, slaughter, noncomingling of eggs must be segregated; <u>do you see that</u>? | Transcription error. Also note that there are differences between the question as transcribed and the document apparently being read from. |

| Page:Line | Change From | To | Reason |
|---|---|---|---|
| 113:20-22 | A.  Well, I'm going to try to answer that anyway. Michael Foods essentially evaluated egg products companies | A.  I gotta answer that a little, um, let me try and answer that anyway. Michael Foods [is] essentially a value-added egg products company.... | transcription error |
| 115:8-9 | Q.  And then you write back, let's make sure we are capitalizing our pricing. | Q.  And then you write back, let's make sure we are capitalizing on our pricing. | transcription error |
| 122:11-13 | What we then started doing with people like Sunny Fresh and Fremont Farms and Egg Pro | "What we then started doing with people like Center Fresh and Fremont Farms and IPRO" | transcription error |
| 125:21-24 | Q.... And you write, I wanted to follow up on our meeting last week on a couple of issues with respect to setting up an independent AWB certification program. Michael Foods would be very interested . . . | [See text of document questioning attorney is reading from.] | The punctuation in the document the questioning attorney is reading from is different than appears in the transcript.  The document reads:  "I wanted to follow up on our meeting last week on a couple of issues.  With respect to setting up an independent AWB certification program, Michael Foods would be very interested . . ." |
| 127:8 | Q.... not on the hunt | "not on a hunt" | transcription error |

_Gregg Ostfander_
Gregg Ostfander

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___8th___ DAY OF ___April_____, 2014.

_Denise Kestel_
(Notary Public)

Denise Kestel
COMMISSION #EE 045946
EXPIRES: NOV. 30, 2014
WWW.AARONNOTARY.com

HIGHLY CONFIDENTIAL

**[& - 28th]**

Page 1

| | | | |
|---|---|---|---|
| **&** | **0611468**  77:17 | **1100**  3:4 | 122:11 |
| **&**  1:13 2:8,20 5:16 | **0611470**  77:19 | **112**  4:4 | **2001/2002**  123:11 |
| 5:25 43:6 46:10 | **0611698**  4:18 91:13 | **114**  4:21 | **2002**  1:3 29:14 |
| | 91:19 | **11:14**  97:20 | 50:12 53:23 55:7 |
| **0** | **0611699**  4:19 91:13 | **11:23**  97:24 | 57:8 61:13 106:7 |
| **0000163**  4:22 | 91:20 | **11:41**  112:10 | 119:2 123:6,20 |
| 125:13,16 | **0614973**  4:15 64:5 | **11:51**  112:13 | **200208**  5:6 |
| **00013029**  4:17 | 64:11 | **11th**  92:9 | **2003**  57:19 60:5 |
| 77:12,16,16,18 | **0614975**  4:16 64:5 | **12**  4:22 81:7 97:11 | 106:8 |
| **0002**  4:17 77:12,17 | 64:11 | 123:14,15 | **2004**  46:4 47:1 |
| **0004**  4:17 77:12,18 | **08**  1:4 25:19 26:17 | **123**  4:22 | **2005**  69:18 72:15 |
| **0013757**  39:4 | 35:21 67:12 | **125**  4:22 | 78:14 80:6,11 84:8 |
| **0040262**  4:20 97:9 | **09**  25:19 26:17 | **126**  4:23 | 84:19 92:9 94:3 |
| 97:14 | **0944686**  4:12 45:14 | **129**  4:5 | 95:9 96:18 98:10 |
| **0040263**  4:20 97:9 | 45:18 | **12:12**  126:17 | 106:10 127:4 |
| 97:14 | **0944687**  4:12 45:14 | **12:20**  126:21 | **2006**  25:14 62:19 |
| **0053741**  4:11 38:12 | 45:18 | **12:24**  129:13 | 103:15,22 104:8,9 |
| 38:18,21 | | **12:26**  133:8 | 104:15 105:2,9,14 |
| **0053758**  42:9 | **1** | **12:31**  129:17 | 105:17,20 106:12 |
| **0053763**  4:11 38:12 | **1**  4:11 32:6 38:11,17 | **12:36**  1:11 133:6 | 107:19 108:7 |
| 38:21 | 38:20,20 44:10 | **13**  4:22 109:24 | 109:17 130:7 |
| **0101954**  4:23 | 71:21 105:20 106:7 | 120:4 125:12,13 | **2008**  98:10 106:14 |
| 126:25 127:3 | 106:8,10,12,14 | **132707**  134:15 | 109:25 128:11 |
| **0101958**  4:17 91:5,7 | 109:17 | **13th**  105:9 | **2010**  17:8 25:10 |
| **0101961**  91:5 | **10**  2:4 4:20 5:12 | **14**  4:23 126:24,25 | 27:15 29:15 32:6 |
| **0101962**  4:18 91:8 | 32:6 101:10,12 | **14th**  95:9 | 33:8,11 37:16 109:8 |
| **0111951**  4:13 49:9 | 130:20 | **15**  124:24 130:21 | 109:9 |
| 49:12 | **10/8/05**  80:4 | **150**  2:16 | **2014**  1:10 5:2 |
| **0133867**  4:21 | **100**  50:1 55:12,24 | **16th**  46:3 47:1 | 134:11 135:19 |
| 114:18,21 | 58:14,19 60:18 | **17th**  134:10 135:19 | **2015**  134:16 |
| **018821**  4:13 49:9,11 | 99:11 100:6 101:8 | **1993**  21:23 24:19 | **212**  2:5,13 |
| **02002**  1:4 5:7 | 104:22 119:14,16 | 37:16 | **22**  134:16 |
| **0319966**  4:22 | 119:17 120:6,9 | **1994**  24:23 25:9 | **222-9350**  2:9 |
| 123:15,18 | 121:10,13 126:11 | **1997**  27:17 | **224**  3:3 |
| **0363530**  4:14 57:17 | 130:21 | **1st**  53:22 | **2300**  2:21 |
| 57:23 | **10016**  2:4 | | **2385**  6:15,16 |
| **04**  32:4 | **101**  2:20 4:20 | **2** | **24th**  103:22 104:8 |
| **0452047**  4:20 | **10110**  2:12 | **2**  4:12 45:11,13 | **25**  130:19,20 |
| 101:12,15 | **10:10**  63:12 | 122:11 | **25th**  67:19 |
| **0452052**  4:21 | **10:26**  63:16 | **20**  136:23 | **26th**  51:25 |
| 101:13,16 | **10th**  84:9,19 | **2000**  113:6 119:2 | **27th**  50:11 |
| **05**  67:8 79:7 98:16 | **11**  4:21 114:17,18 | 130:6 | **28th**  105:13 |
| 99:13 | 123:20 | **2000s**  6:24 | |
| **06**  102:15 109:3 | **110**  53:1 | **2001**  29:9 30:24 | |
| | | 61:13 119:2,5 122:5 | |

HIGHLY CONFIDENTIAL

**[3 - alongside]**

Page 2

| **3** |
|---|
| **3** 4:13 49:7,11 |
| **3/5/14** 136:4 |
| **30** 31:15 32:11,13 33:3,4,4 130:19,20 |
| **300** 115:6 |
| **30th** 17:8 25:10 109:7,9 |
| **31** 127:4 |
| **312** 2:9 3:5 |
| **335-1568** 2:17 |
| **35** 31:15 |
| **353** 2:8 |
| **38** 4:11 |
| **3rd** 1:14 |

| **4** |
|---|
| **4** 4:14 57:22 |
| **40** 32:12,13 120:2 130:11,12 |
| **40th** 2:4 5:12 |
| **415** 2:22 |
| **43** 58:2 |
| **45** 4:12 |
| **48** 109:21 |
| **49** 4:13 |

| **5** |
|---|
| **5** 1:10 4:15 64:3,10 |
| **50** 23:6 |
| **500** 2:12 |
| **509** 105:16 |
| **55402** 2:16 |
| **56** 106:7 |
| **57** 4:14 |
| **59** 106:8 |
| **5th** 5:2 105:17 |

| **6** |
|---|
| **6** 4:3,16 77:9,11 |
| **60** 130:12 |
| **60604** 3:4 |
| **60654-3456** 2:9 |
| **608-1900** 2:13 |
| **61** 106:10 |

**612** 2:17
**64** 4:15 106:12
**65** 130:18,18
**655-4328** 2:22
**660-7672** 3:5
**67** 106:14
**6:12** 84:19
**6th** 98:10 103:15

| **7** |
|---|
| **7** 4:17 25:14 91:2,7 91:13 92:3 |
| **70** 130:13,18 |
| **75** 109:22 |
| **77** 4:16 |
| **779-1414** 2:5 |

| **8** |
|---|
| **8** 4:18 64:7 91:11,14 91:19 92:2,4 |
| **8/22/13** 97:11 |
| **85** 30:19 31:6 |
| **8th** 69:17 78:14 80:6 |

| **9** |
|---|
| **9** 4:19 97:8,13 98:3 |
| **90** 23:19 30:19,24 |
| **90s** 7:1 9:20 14:13 14:14,15 |
| **91** 4:17,18 |
| **9132** 1:13 |
| **93** 17:6 33:8,11 |
| **94** 25:7 27:15 |
| **94111** 2:21 |
| **962** 91:6,6 |
| **97** 4:19 |
| **9:04** 1:11 5:2 |
| **9th** 57:19 |

| **a** |
|---|
| **a.m.** 1:11 5:2 63:12 63:16 97:20,24 112:10,13 126:17 |
| **ability** 92:10 94:5 121:19 |
| **able** 34:13 51:6 110:8 |

**absolutely** 33:7 74:21,23 126:16
**absolutes** 47:8
**absorb** 120:7
**acc** 18:2 55:20 58:13 59:1,13,16,25 60:18 69:24 70:8,12,12,13 71:9 74:14 75:2,4 75:21 76:3 80:25 81:25 82:15 85:4 86:1 87:11,25 93:23 96:6,15 99:17 100:9 100:14 104:19,21 107:9 121:22
**acceptable** 112:4
**access** 75:2
**accommodate** 15:17 15:21
**account** 113:17
**accountable** 33:24
**accurate** 15:25 136:5
**accurately** 44:1 105:23
**acknowledgment** 136:1
**acquire** 34:23
**acquisition** 27:17,19 28:21 31:22
**acres** 52:3 127:11 128:2
**action** 2:7 5:17 11:10,11 17:18 18:16 76:15,20 85:11 95:4 135:16 135:17
**actions** 1:5
**activists** 96:11,13
**added** 11:4 61:20 115:22
**additional** 82:17 120:17
**address** 6:14
**adds** 130:21

**administration** 16:15
**admitted** 82:18
**advantage** 73:25
**advantageous** 115:10 116:3,5
**advice** 42:12,17 71:16,17 72:1,5,12 75:9 76:20
**advise** 43:22
**advised** 78:4
**advisory** 33:17,17
**affect** 113:23
**affidavits** 9:15
**affirmations** 9:15 9:17
**afternoon** 83:23 126:23 129:20
**agenda** 96:14
**aggressive** 86:2
**ago** 6:12 9:19 20:23 21:5,13 73:19 75:22 104:1 124:24
**agree** 55:20 56:2,4,7 68:5 85:1,2 118:5
**agreed** 56:9 94:12
**agreement** 105:16 122:16
**agreements** 48:3,12 117:7 120:19 121:4
**ahead** 15:7 42:21 45:23 56:14 65:18 82:5,7 86:1 89:13 94:14 104:5
**air** 106:20
**aj** 27:18 28:20
**al** 35:14
**alan** 6:15
**alf** 92:12 94:6
**alive** 24:3
**alleging** 18:16
**allow** 70:22
**allowed** 32:22
**alongside** 61:9

HIGHLY CONFIDENTIAL

**alternative** 61:2,17 61:18 62:4,22 76:1 111:16,24 112:3 122:2,22 123:3 126:4

**alternatives** 60:7 61:1

**amount** 120:10,19 120:21

**analysis** 108:14 130:25 132:8

**anderson** 31:8,25

**animal** 34:18 49:19 49:22 50:14 51:22 51:24 52:22 54:1 55:4,9,16 57:3,5 58:25 59:1,1,3,17 59:18,23 61:6,9,23 62:5,13 63:4 67:21 68:10,13,18,20 69:1 69:3,5,8 70:8 71:4,7 74:20 76:1 94:17 96:10,13 104:13 112:1 122:23 124:5

**animals** 94:16

**anita** 78:11

**annual** 40:19 46:22 110:14

**anonymous** 20:2

**answer** 13:14 15:9 15:20 18:13 31:11 42:21,22 59:10,12 70:22 98:20 99:23 100:21 113:20 131:18

**answered** 56:16 114:24

**answering** 15:10 70:23

**anticompetitive** 75:22

**antimonopoly** 39:24

**antitrust** 1:4 5:6 37:17,19,23 39:19 39:22,24 41:5 42:11

42:19 43:15 46:3,25

**anybody** 5:23 19:9 19:12 20:3,18,19 29:16 41:10 42:16 43:12,13 44:21 46:18 47:18,25 48:4 48:9,15,21 49:2 73:9,14,18 75:15 132:21

**anymore** 23:7,10 29:4,11 122:11

**anyway** 58:14 86:11 107:11 113:20 119:23

**apparently** 80:6 81:8 94:1 126:5

**appeal** 11:24,25 12:1

**appealed** 11:23

**appear** 125:18

**appearance** 63:19

**appearances** 2:1 3:1 5:10

**appeared** 134:7

**appearing** 2:22 3:5

**appears** 80:7

**applications** 85:7

**applied** 120:9

**apply** 124:4

**appreciate** 51:21

**appropriate** 91:14

**approval** 34:10,25 68:10 69:2

**approved** 52:6

**approving** 67:20

**approximately** 5:2 17:4 35:20 52:25

**april** 53:22 55:7 57:8,18 60:5 106:7 106:10,14

**aranoff** 2:2 4:4 5:11 5:11 6:1,10,12 12:25 38:1,6,9,14 39:12,17 42:24 45:16 49:13 51:2,6

51:9 52:17,19 56:15 57:24 63:10,17,23 64:14 66:25 68:16 71:12 77:14 78:21 78:22 84:13 85:18 85:21 86:9 87:13 90:25 91:9,21 93:5 93:8 94:23 97:16,25 98:17,22,23 101:14 112:8,18 125:9 126:13 129:4 132:4 133:3

**area** 27:9 66:24 130:7

**areas** 85:5

**arm** 113:13 132:18

**armour** 17:1,2

**arthur** 1:13

**ashley** 2:19 5:24

**aside** 49:5 60:25 111:10

**asked** 26:24 27:22 44:8 79:16 83:21 90:16

**asking** 17:21 20:6 78:24 93:21 125:4

**ass** 90:20 125:6

**assessment** 96:4 108:20 112:7

**associate** 27:21

**associated** 13:13

**association** 43:20 111:4,5,7

**assume** 14:8 15:9 21:14,16 22:8 23:14 24:23 25:3,7 27:15 36:25 77:2 84:3,8 90:19 98:10,11 100:12 105:3 106:1 114:10 124:11

**assumed** 115:18

**assuming** 13:20 72:22 124:19

**assumption** 42:4 89:23 100:14

102:11 114:1

**assumptions** 72:23

**assurance** 66:1

**assure** 110:15

**atlanta** 64:24 67:5 67:15,19

**attempt** 48:7,18 115:23 118:14

**attempting** 26:5

**attend** 43:20 46:21 67:14

**attended** 46:22 47:2

**attorney** 135:14,15

**attributable** 103:21

**audience** 92:14 94:9

**audit** 110:14

**august** 19:1 103:22 104:8 127:4

**authored** 40:4 102:6 102:7

**authority** 33:20 134:6

**authorized** 34:3 135:8

**autonomy** 33:15,16 33:20

**available** 31:16 33:6

**avenue** 2:12 3:3 75:2

**average** 30:19

**aware** 43:11,20 81:11 90:13 114:2 118:11 119:3,6

**awareness** 127:19

**awb** 58:4,25 59:13 59:18 125:23

**awkward** 68:19

**b**

**b** 4:8

**ba** 16:16

**back** 18:25 25:15,17 25:20,25 26:16 63:24 78:8 80:11,14 83:16 92:15 94:9

95:11 98:16 102:14
113:6 115:8,24
118:25 119:23
121:19 123:6 124:7
**background** 16:12
93:6
**backing** 119:1
**bacon** 64:22 65:25
66:1
**bad** 52:1 86:6 95:17
**bailey** 64:23 66:13
66:14
**baker** 20:13,19 21:4
21:6 38:1,4,25,25
41:15 42:2 45:19,19
64:7,7,16 66:23
67:24 69:14,18
70:20 71:14 92:7
95:8,9 97:11 98:8
98:25 99:15,23
127:18
**baking** 85:7
**balance** 122:21
**ball** 64:21 65:22,23
**barry** 118:8
**base** 61:25 96:24
**based** 28:9,10 62:16
71:23 75:10 87:6
106:16 107:23
114:12 116:7,25
117:5 118:17
131:11
**basic** 27:11
**basically** 100:12
**basis** 40:19 44:11
**bates** 4:11,12,14,15
4:19 38:11,18 39:3
45:13,17 49:8 57:17
57:22 64:5,10 77:15
77:17 91:3 97:9,13
**bathes** 91:12
**beak** 106:19
**bean** 116:9
**bearing** 38:18 45:17
49:8 64:4 77:15

91:12 97:9
**bears** 57:16
**beaters** 71:5
**beatrice** 16:24,25
**bebee** 20:10,19,22
20:24 21:2 41:18
42:2 50:8,20,21
51:23 52:24 53:23
64:22 66:5 127:18
**began** 21:22
**beginning** 24:19
**begins** 105:20
**behalf** 5:12,17,19
17:15
**belief** 87:10,23
118:4
**believe** 6:25 8:14
11:21 17:18 18:17
19:23 32:4 33:3,5
35:21 38:19 40:18
52:22 59:12 61:18
65:15 71:18 74:23
83:22 84:4 100:24
111:4,8 113:1,13
119:5 124:25
**believed** 74:22
**bend** 92:11 94:6
**benson** 2:19 5:24
**bernstein** 2:3 5:11
5:14
**best** 14:9 15:8 34:5
56:3 61:19 105:5,23
106:3,24 107:6,24
108:12 110:2,25
112:19 124:25
**bet** 84:25
**beth** 78:9 79:12
83:21 85:1 88:17,21
88:24 89:3,4,19,21
90:6,11,14 95:10
123:25 124:2
**beth's** 85:3
**better** 10:25 62:2
76:19 81:13 85:6
131:14

**betterment** 34:2
**betty** 77:6 79:21
80:1,14,16 82:4
89:5
**beyond** 22:19 27:19
47:12
**bias** 127:24
**big** 77:23 78:2 122:7
**bill** 18:21 19:15,19
31:8,23 50:8 51:18
51:19 57:18
**billion** 119:21,22
120:14
**bird** 58:19 106:16
**birds** 53:1 58:14
120:17 121:3
**bit** 17:20 28:4 33:20
85:22 111:15
112:24 119:1
**bizarre** 81:1
**block** 2:8 5:16
**board** 22:12,14,16
24:13,14 25:21
27:10,12,16,18,20
27:22,23 28:1,5,6,9
28:12,14,18,23 29:2
29:17,20,25 30:1,7
32:1,11,12,18 33:13
33:16 34:4,10,25
36:5,8,12,23 37:1,9
51:15,18 52:7 64:24
67:5,14,19 68:10
69:1 93:21
**bob** 78:12 124:8,9,9
124:12 125:1,17
**bodies** 39:25
**bottom** 39:19 47:9
115:3,5
**bought** 23:11 29:6,7
29:10 116:12
**boulevard** 6:16
**boycott** 48:18
**branded** 71:5
**brann** 46:10

**break** 15:17,19,21
28:4 63:11,14 97:17
97:22 112:8,11
126:19 129:2,5,15
**breakers** 48:3
**brian** 78:12
**brief** 7:6
**briefly** 16:11
**bring** 74:19
**broad** 131:23
**broke** 98:3
**brought** 25:15,19
**brown** 2:7 4:5 5:16
5:16 112:15,16
114:20 123:17
125:11,15 126:16
126:22 127:2 129:1
129:9
**buckeye** 52:4,5,13
52:16,20
**build** 121:2 122:8
122:14
**building** 96:5
**built** 61:15
**bulk** 57:1 128:23
129:24
**bullet** 47:12,22 48:2
48:11
**bundy** 1:18 5:9
134:14 135:6,22
**burger** 61:6,9,12,15
62:4 96:8,12 123:1
**business** 8:3,3 16:14
16:15 27:21 33:21
38:22 40:1 41:11
48:19 57:1,1 65:3,7
65:16 66:12 78:2
81:24 115:2 120:7
127:25 130:18
**businesses** 33:24,25
**buy** 32:22 62:25
71:4 103:4,9 113:1
115:18 117:8,18
118:3 121:14
122:20

**buyer**  78:3 80:16,18 81:3
**buying**  62:20 103:1 131:10

**c**

**c**  43:19
**ca**  2:21
**cage**  59:4,24 61:7 94:19,25 95:1,3 104:3 105:20 106:7 109:14,25
**cages**  120:4 122:9
**cajoled**  85:8
**cal**  52:3 100:11 127:11 128:2
**california**  2:20
**call**  25:25 86:12 88:7 89:21
**called**  46:10
**calls**  80:19
**campaign**  86:3
**capacity**  17:10
**capital**  27:25 34:8 34:22 122:7,10,19
**capitalized**  115:25 115:25
**capitalizing**  115:9 115:16
**cards**  68:2
**care**  52:22 55:4,4,9 57:3,5 59:17 68:13 68:18 69:4,5,8 70:8 71:4,7 104:13 112:1 130:2
**carlson**  78:10 123:25 124:2
**carolina**  12:18
**case**  5:5,6 6:25 7:1,2 7:7,8,17,22 8:13,17 8:22,25 9:2,6,14,20 9:22,23,24 10:2,3 11:7,12,17,20,23,25 12:4,8,9,12,14,17,21 13:2,3,6,9,17 14:1,2

14:9,11,16 17:21 18:12,14 20:16 57:9 91:24 129:22
**cases**  13:14 15:3
**categorized**  79:5
**category**  80:3,5
**catherman**  21:12,14 41:21 42:2 64:22 66:7,17,21,22
**cathy**  78:10
**caused**  119:18
**caution**  70:23
**caveat**  34:7
**cc**  64:21 78:12
**ceo**  7:15 22:5 25:2,6 25:13,18,19,24 26:16,19 33:11 41:12 46:6 50:18 96:19 103:23 130:6
**certain**  51:16 53:3
**certainly**  8:14 10:25 11:11 75:12 84:16 125:3 127:14,16,19
**certificate**  134:1 135:1
**certification**  57:11 58:5,21 59:2,23 60:24 63:4,7,8 124:5 125:23
**certified**  52:22 53:3 53:7 55:5,9,15 57:3 57:5,12 58:3 59:17 62:22 68:13,18 69:4 69:5,8 70:8 71:4,7 87:4 96:21 104:14 107:25 108:8,23 110:8,12 112:1 119:3,11 121:22 122:2,23 123:10 124:13,22 128:7,18 128:19,22 135:6
**certify**  57:11 75:3 134:6 135:7,13 136:2,4

**cetera**  37:2 59:4,5 82:16
**cfo**  14:19
**chain**  50:7 64:16
**chairman**  7:15 22:5 24:16 25:14,20,20 103:23
**chance**  98:2
**change**  97:16 118:8 118:8 131:22
**changed**  24:24 28:2 108:2 116:16
**changes**  28:2 45:7
**charge**  131:4
**charging**  118:15
**charles**  64:23 66:13
**check**  34:4
**checked**  72:20
**chicago**  2:9 3:4 17:1 26:9
**chicken**  116:14
**chief**  14:7,20 21:24 22:8 24:17,18 25:16 65:23 66:11
**chocolate**  26:9
**chose**  74:11 121:17 122:10
**christmas**  68:2
**chuck**  66:14
**circumstance**  28:11 42:16
**circumstances**  10:1 24:12 26:6 28:9
**cities**  54:19
**claim**  7:10
**claims**  82:15
**clarified**  75:22
**clarify**  79:6 115:4
**clarifying**  70:12
**clarity's**  16:2
**clark**  2:8
**clarkson**  31:8 32:1 64:16 65:1,2 76:22 76:23 92:6 98:9,25

**class**  1:16 2:2 5:13 17:18 18:16 132:11
**classify**  11:4
**clear**  7:20 13:12 34:17 38:24 42:25 43:11 51:5 61:16 62:18 83:5 86:24 95:17 107:9,15,15 111:25
**clearly**  15:24 85:8
**clears**  105:10
**clr**  1:19 135:23
**club**  80:8,15 81:24 81:25 85:4 87:17,24 96:2
**coast**  66:9,24
**coerce**  48:24
**coincided**  25:3 32:7
**collected**  37:4
**collective**  127:6
**college**  16:13
**collier**  134:4 135:4
**colluded**  18:17
**collusion**  37:25
**color**  125:9,10
**colwell**  64:18 65:9 65:10,11
**combination**  128:22
**come**  83:16 92:11 94:5,24
**comes**  52:6
**coming**  67:20 96:16
**comingling**  110:17
**commenced**  76:11
**commensurate**  27:4
**comments**  78:5
**commission**  130:24 134:15 136:25
**commissioned**  131:9
**commit**  122:16,18
**commitment**  80:20 80:25 81:5 103:20 103:25 104:18,22 105:8,9,12,24

**commitments** 53:5
**committed** 104:1
**committee** 46:3,25
  49:23 51:24 52:2
  68:10 69:1
**common** 90:7
**communication**
  20:24
**communications**
  70:24
**companies** 29:23
  30:18 53:1,17
  113:22
**company** 7:14 11:5
  14:22 17:15 22:2,17
  22:24 23:7,10,20,24
  23:25 24:7,12,14,16
  25:4,9 26:3,10,22
  28:3,16,17,19,21
  29:7,9,10,20 30:2
  30:20,23 32:23,25
  33:14,16 34:2,5
  35:10 36:6,14 40:11
  42:12 43:2,23 50:18
  51:12,17 53:2,5
  61:21 66:4 68:18
  69:5 75:16 76:18
  81:3 83:8 107:20
  114:2 118:12 122:5
  122:6 128:1 130:11
**company's** 42:17
  43:5 45:1
**compete** 92:10 94:5
**competition** 39:24
**competitive** 71:10
  73:24 95:5 121:5
**competitiveness**
  95:16
**competitor** 69:23
**competitors** 43:21
**complete** 18:14 27:9
  110:14 135:11
**complex** 58:20
  119:20

**complexes** 53:3
**compliance** 39:19
  69:24 71:20 110:9
  110:15,21 111:1
**compliant** 128:8,11
  128:12,17
**complied** 108:22
**comply** 39:23
**complying** 55:12
  109:2,5
**component** 111:9
  116:16
**composition** 27:9
**comprised** 27:16
  28:15 31:5
**conag** 69:23 70:6
**conagra** 70:6 71:3
  71:11
**concern** 74:12,15
**concerned** 69:22
  94:15
**concerns** 75:14 88:2
  90:2
**concerted** 85:24
**conclude** 41:25
**concluded** 14:16
  133:8
**concludes** 53:18
  133:5
**conclusion** 71:14
  76:14 94:24
**conduct** 38:22 41:11
  42:10 44:10 71:21
  88:3 96:1
**conducts** 40:1
**confidence** 84:25
  88:18
**confidential** 1:7
  38:19,22 45:18 49:9
  57:17 64:6 97:10
**configuration**
  109:22
**confusing** 38:10
  56:12 91:4

**conjunction** 91:11
**connected** 135:16
**consequences**
  121:12
**consider** 81:3 122:1
  122:22 127:12
**consideration**
  113:24 119:18
**considered** 41:15,18
  41:21 118:17
**considering** 99:10
  100:5
**consistently** 82:23
**constituted** 60:4
**consumer** 81:4
  82:20 102:21
**consumers** 81:11,14
  131:13
**contact** 43:10 73:1
**contained** 41:4
  42:18 43:15 84:15
  110:3
**containers** 115:6
**contemplated** 60:11
**contents** 76:21
  88:22 90:15
**context** 41:11 91:15
  115:17
**continued** 3:1
**continues** 52:24
  53:7 68:15 77:16,18
  85:14
**continuing** 109:12
  113:7
**continuous** 91:10
**contract** 48:13
  120:22 122:14
**contracted** 62:11
  114:13 119:24
**contracts** 53:5
  116:25
**contrary** 121:1
**control** 86:4 118:20
  118:21

**controlled** 105:19
**controller** 66:3
**conversant** 82:14
**conversation** 81:23
  90:6
**conversations** 78:19
  98:15
**conveying** 93:17,20
**copied** 69:19
**copy** 12:6
**corn** 116:9,12
**corner** 102:3
**corporate** 17:11,23
  18:4
**correct** 7:24,25 11:3
  13:6 16:5 22:10,12
  23:21 26:17 34:6,7
  34:14,15,20,25 36:2
  36:25 50:18,21 51:1
  51:13 55:13 56:17
  57:13 59:9,12,13
  60:5,6,9 61:19
  62:24 63:8 69:20
  70:4 73:11 76:14,16
  82:3 84:2 85:1
  88:10 89:3,14 91:6
  93:25 103:10,23
  104:9,16 105:2,4
  106:4,22 107:2,7,20
  107:25 108:4,12,24
  109:25 110:9
  117:25 118:23
  121:11 125:16
  127:4 128:15
  129:25
**correcting** 51:21
**correction** 136:8
**corrections** 136:6
**correctly** 86:18
  115:13
**cost** 34:23 62:14
  81:6,9 82:16,17,19
  94:25 114:4,7
  115:18,23 116:7,9,9
  116:11 117:18,20

118:2,3,9,10,16,24
120:4,7 121:5,19,23
121:24 127:16
**costs** 113:23 114:10
115:21,22 116:16
120:24
**counsel** 5:9,22 35:2
35:4,9,13,14,16,19
40:10 42:13,17 43:2
43:5,7,8,12,14,23
45:1 70:24 71:16,17
72:2,5,12,17,24
73:15 74:24 78:19
78:24 98:15,21
135:14,16
**countries** 39:25
**country** 128:5
**county** 134:4 135:4
**couple** 45:21 49:5
50:4 57:20 74:5
112:17 125:22
126:14
**course** 44:23 88:3
113:24
**court** 1:1 8:15,19,20
8:20 11:9 15:22
38:16 57:15 64:2
135:6
**courteous** 91:23
**covered** 117:7
**create** 61:21
**cross** 4:4,5 112:14
129:18
**crr** 1:19 135:23
**crystal** 33:23 54:4
123:23
**cub** 54:5,12,14,16
54:16
**current** 87:7
**currently** 13:21
28:1 60:4 109:21
110:20
**curtail** 48:19
**custodian** 132:8

**custom** 61:14
**customer** 54:4,9,10
56:19,19 58:3 61:25
62:9,9,13,15,17
81:2 96:24 97:4
102:14,16,17,23,25
103:4 107:11
117:16
**customers** 54:17
56:25 57:3,10,10
58:2 59:3 61:5,22
62:1,9,17,20 63:3,5
63:6 74:17 75:3
85:25 87:12,14,16
90:3,8,9 95:18 96:1
96:7,9,12 97:2
99:17 100:8,13
103:9,11,12,13
111:13,25 112:3,4,5
112:25 117:21
120:3,6 121:21,22
124:16,18,22 125:4
130:1,4

**d**

**d** 2:11 4:1
**dairy** 16:23,24
130:10
**damages** 12:3
**dana** 2:3 5:14
**dap** 38:25 45:19
**data** 132:2,9
**date** 1:10 104:17
105:1,10 106:16
108:25 128:8
**dated** 57:18 78:13
103:14 127:4
135:19
**dates** 61:4 107:1,4
**dave** 26:2
**day** 33:25,25 52:4
69:17 112:7 118:12
134:10 135:19
136:23

**days** 84:1
**deal** 82:15
**dealing** 95:15
**dean** 78:10
**december** 98:10,16
99:13
**decide** 119:18
**decided** 18:2 104:19
108:18 119:9
**decision** 27:5 30:8
33:13 34:2,4,13,13
56:8 58:4,10,11,12
81:8 95:11 96:16,23
105:4 107:13 108:6
119:14 120:8
121:18 125:3
**decisions** 26:12
33:12,15 34:11
**decreased** 120:10,12
**defendant** 2:14,18
3:2 5:22,25
**definition** 10:15
40:22 59:24 71:1,1
102:22,24
**degree** 16:14,15
**deinard** 43:6
**demand** 81:4 114:15
116:10,15 120:2
131:22
**demands** 61:24
**demographics** 131:12
**dennis** 13:22 41:1
**density** 59:4 95:1
109:25 120:4
**department** 131:4
132:9
**departure** 25:4 26:6
**deponent** 6:2 136:1
**deposed** 6:21 8:14
11:11 21:7
**deposition** 1:9 5:3
8:13 15:16 18:20,20
18:25 20:9,13,15
38:2,24 45:19 64:6

129:22 133:5,8
135:1,9
**depositions** 15:5,18
**describe** 10:20
**description** 7:7
16:11
**designated** 17:23
**designee** 17:11
**desire** 62:16 81:25
**determination** 96:20
**determine** 30:1,7
74:25 108:15
**determines** 40:20
**determining** 27:1
**develop** 61:9
**developing** 122:1,22
**development** 65:21
65:24 119:3
**devices** 37:12
**devotion** 81:2
**dialogue** 75:12
123:7
**diane** 64:18 65:14
65:15 92:7
**dick** 22:7,22 24:16
**dictate** 96:13
**difference** 59:15
**differences** 59:21
**different** 33:3 58:18
58:25 60:7,10
103:13 107:12
116:8 131:11
**direct** 1:5,16 2:2,7
4:3 5:13,15,17 6:9
**directing** 118:23
**direction** 75:10
92:14 94:8 118:24
**directly** 7:12
**directors** 22:12,14
22:16 36:5
**disadvantage** 71:10
**disagree** 56:10
**disapproved** 52:7

**discredit** 85:24
**discrimination** 6:25
7:2,8,17,22 12:8,12
13:9,17
**discuss** 58:6 75:14
75:18,20 86:12,13
88:7,8,12,24 89:18
90:17 95:20
**discussed** 20:7 41:3
41:7,10 47:25 48:4
73:1 89:23 90:6
124:9
**discussing** 43:21
48:9,15,21 49:2
75:25 81:18
**discussion** 75:13
90:10,24
**discussions** 87:21
88:21 90:14 123:2
124:12 126:3
**disseminate** 40:24
**disseminated** 44:11
**distinction** 59:11
**district** 1:1,1
**division** 7:11 16:24
33:22,23 51:19
123:23
**divisional** 33:18,19
**divisions** 7:10
**document** 1:5 4:16
38:18,21 39:3,9
40:4,6,9,14,16,18
41:13 42:3,8 45:17
45:25 46:24 47:7
49:8,10 50:4 57:14
57:16 64:4 67:10
77:11,15,23 78:7,7
78:9,25 79:4,5,11
80:3,9,10 91:3,16
91:24 97:8,10 98:3
98:5,8,13,18 101:15
101:20 102:2,6,8,10
102:13 103:18
105:8 109:12
111:10

**documentation**
110:20
**documents** 18:22
21:19,21
**doing** 25:23 71:19
90:8 122:12 126:8
**dollar** 34:12
**dollars** 34:8,9,22,24
**dolph** 99:15,23
**doors** 96:11
**double** 38:9
**drafted** 84:2 89:13
**dramatically** 31:15
**driven** 61:24
**drop** 127:8,15
**dropped** 87:8,18
**dropping** 86:3
115:21 127:12
**dry** 85:7
**ducks** 95:19
**duly** 6:6 90:21 134:7
**dwyer** 26:21,22,25

**e**

**e** 2:19 4:1,8 30:10
50:7,8 53:18,23
56:19 57:18,25 58:1
60:2,12,13 64:15,16
67:7,17 69:18,20
71:14,15 73:14,25
75:8 76:11,21 78:9
78:16 80:15 82:5
83:19 84:18 85:14
85:20 87:3 88:6,22
89:13,17 90:15
91:10,12 92:4,5
95:7,8 98:8,24 99:1
99:2 114:22 117:23
123:20 127:3
**earlier** 71:21 76:5,7
79:16 111:15
112:17 128:6,13,14
129:22
**early** 14:14 104:8
122:10

**earth** 76:24
**easier** 38:2
**east** 2:4 5:12 66:9,24
**eastern** 1:1
**easy** 120:8
**eckrich** 17:1,2
**economic** 81:4
**educational** 16:12
**ee** 134:15
**effect** 30:6 61:15
**effective** 109:17
**effort** 85:24
**efforts** 34:23 48:24
**efron** 22:19 23:23
24:12 27:12
**egg** 1:3 8:3 10:5,16
10:17 11:4 14:21
33:22 48:3 49:17
51:19 55:21 57:2
60:17 61:8,20 62:12
65:3 66:3,12,23
68:3,18 69:4,9,9,10
71:5,6 74:11 76:2,2
81:12,24 86:25 87:1
87:15 94:18,21,25
96:5 99:10 100:25
102:22 104:2,13
110:17 111:4,5,7,9
112:20 113:1,5,9,21
113:25 115:1,22
116:6,7,10,11,14,15
116:19,21 117:4
118:9 119:20
122:13 124:5
127:23,24,25 128:1
128:4 130:9,14,16
130:16,17 131:14
**eggs** 5:5 10:14 47:14
48:12 57:3 58:3
61:10,11 62:10,11
68:13 69:4,8 75:4
81:7 85:6,7 94:19
95:6 99:17 100:9,14
103:1 106:21
112:20 113:14,15

113:18,23 114:8,11
114:13,13 115:2,4
115:18,20 116:17
117:8,17,18,24
118:2,14 119:22,24
120:10,12,14,21
121:4,6,22 122:17
122:20 128:15,18
128:19,19,20,22,23
128:23,24 131:14
131:15,22
**eight** 14:12 28:14
32:18
**eimer** 3:3 63:21
**either** 8:24 12:7
13:12 20:18 29:12
37:5 44:13,15 58:19
62:3,21 73:6 89:24
121:13
**electronic** 37:11
**electronically** 37:5
**elliott** 92:7
**emblem** 102:1
**employed** 7:18,23
8:8 17:7 35:22 46:6
**employee** 6:24 7:2
7:10,11 8:2,5,7,10
9:24 28:18 40:21
41:16,19,22 44:18
44:18 103:22
135:13,15
**employees** 28:16,25
29:3 40:17,19,25
41:7,13 44:11,15
84:21
**employment** 7:3,7
7:17,22 12:8,11
13:9,17
**ended** 58:17 76:14
**engage** 42:10 112:22
**enter** 108:19 120:18
121:3
**entered** 27:6
**entering** 60:3 62:3,6

HIGHLY CONFIDENTIAL

entire  14:9 35:10
53:2
entry  105:12
equal  75:2
equity  27:25 29:19
equivalent  62:5
esl  10:11 85:5 86:24
esq  2:2,3,7,11,15,19
3:2
essenmacher  2:11
4:6 5:19,19 129:7
129:19,21 132:6,13
133:4
essentially  32:7
33:13 59:24 94:19
113:21
establish  110:22
estimation  42:1 62:2
107:23
et  37:2 59:4,5 82:16
ethical  94:16
ethnicity  131:11
evaluated  113:21
events  79:5
evidenced  108:3
evident  80:17
exact  104:17
exactly  65:12 92:13
94:8 101:7 111:8
examination  4:3,4,5
6:9 112:14 129:8,18
example  28:21
34:18,22
exceeds  109:13
exception  136:6
excess  10:18 120:18
exchange  47:13
exclamation  81:7
exclude  78:19
excluding  98:14,14
executive  24:17
25:20 52:7 88:19
99:9
exhibit  4:11,12,13
4:14,15,16,17,18,19

4:20,21,22,22,23
38:11,25 45:13,20
49:11 57:22 64:10
77:11 91:7,19 97:10
97:13 101:12
114:18 123:15
125:13 126:24,25
existence  40:7,10
existing  68:12 69:3
expand  33:1 34:23
122:11
expanded  31:15
expansion  93:22
expect  51:25
expecting  68:2
expensive  95:1
100:16
experience  131:21
expires  134:16
136:25
explain  25:12 33:12
explored  127:16
exploring  58:24
59:5 60:23 111:24
export  114:1 115:6
117:22,24 118:8,13
exported  113:14,15
exporting  114:8
115:20
exports  112:20,22
113:17 119:2
extended  10:5,14,15
86:25
extension  95:24
extensively  114:12
extent  95:2 116:12
external  121:2
externally  119:24
128:15
extremely  82:14

**f**

face  19:5,5 77:24
facilities  69:10
104:2 122:15

facility  122:20
fact  60:21 62:12
74:18 77:24 81:9
120:25 123:1
factor  118:17
failure  47:24 48:19
fair  31:20 40:13
55:7 56:1 70:14
83:7 86:20 87:2
88:1 94:12 95:24
96:4 108:17,20
familiar  15:5 39:9
39:13 41:13 46:9,12
46:15 91:17
family  22:18 131:11
fancy  37:12
far  20:16 29:17
35:25 67:2 86:5
farm  122:17
farms  33:23 54:4
66:6 92:8 121:2
122:8,13 123:23
father  23:15
fd  117:10
february  17:6 67:8
69:17 72:15
federal  8:20 11:8
37:24
fee  116:19
feed  116:13
feedback  51:23
73:17 112:2
fellow  26:1
fifth  2:12,16 48:11
fight  74:25
figure  25:23
file  37:8
final  131:25
finalizing  110:20
finally  48:24 110:6
financial  14:7,20,21
66:11
financially  135:16
find  38:2 73:14

fine  131:21
finish  51:2,7
finished  14:14 31:10
31:11 61:12
fire  90:20
firm  12:18 13:2,12
30:22 36:1 46:10,19
firms  13:13
first  6:6 27:25 40:4
43:18 45:24 47:12
50:7 54:12 64:15
65:1,9 70:3 78:7
93:10 98:7 103:15
119:12 122:6
125:20,20 130:7
five  31:7 63:10
81:10 97:17 112:8
120:6
fixing  17:19 37:25
fl  1:14
flocks  61:10 71:3,3
109:17,21 114:11
116:12,20 119:25
120:10
floor  1:14
florida  5:5 6:17
134:3,15 135:3,7
fluctuate  131:22
fmi  53:11,13
focus  39:3 61:21
folks  27:16 31:5,20
31:20 36:18 69:19
74:19 90:13
follow  47:24 48:20
73:13 74:3 75:12
124:7 125:21
following  68:11 69:2
follows  6:7
food  53:14,15 54:9
56:19,25 57:2 58:2
65:6 99:16 100:8
103:12 115:11
117:10 118:15
129:24 130:1,3,10
130:17 132:12

HIGHLY CONFIDENTIAL

**[foods - group]** Page 10

| | | | |
|---|---|---|---|
| **foods** 2:14 5:22 7:3 7:16,18,24 8:8 9:24 10:4,4 11:3 12:4,12 12:17 13:18 14:2,4 16:4,5,7,8,20,24 17:3,5,11,23 21:22 23:13 25:7 26:12 27:1,6,16 28:5 29:24 30:17,25 33:12,20 34:24 35:2 37:16 38:23 39:23 40:1,17,19,21,25 41:7,10 44:5 45:6 46:7 47:20,25 48:5 48:9,16,22 49:3 51:20 54:16,17 55:8 55:11,15 56:1 57:1 57:4 60:3 61:2,4,19 61:20 62:1,21,25 66:15,18 67:2 71:8 71:20 73:24 74:13 75:25 76:15 84:22 86:6 88:4,9 89:14 90:9 96:14,19 97:5 102:1,14,16,24 103:2,20,25 104:7 104:16 105:5,24 106:4 107:1,6,24 108:12,15,16,19 109:13 111:1,13,23 112:5,22 113:19,21 114:10 116:18 119:10 122:3 123:23 124:21,22 125:24 126:7 127:24 129:24 130:9,24 131:1,9 132:1,7 **foregoing** 136:3 **forget** 71:1 **form** 37:6 40:16 84:12 94:14 132:10 **formed** 78:18 **formulated** 89:11 | **forth** 55:21 **forward** 83:21 84:24 99:4 127:9 **forwarded** 86:22 89:7 **forwards** 83:19 **foundation** 42:20 87:5 **foundational** 49:6 **four** 19:4 48:7 **fpr** 1:19 135:23 **frame** 27:20 104:18 119:2,10 130:5 **francisco** 2:21 **free** 39:2 94:25 95:3 **fremont** 122:13 **fresh** 10:4 70:4 71:2 71:6,11 76:6 99:18 100:17,22 101:6 122:12 **friedman** 2:20 5:25 **friendly** 80:19 **front** 38:15 57:16 64:3 71:22 91:1,10 94:17 **frozen** 113:1,5 **full** 6:14 110:9 **fully** 128:7,11,12,17 **further** 61:11 62:11 63:1 69:9 71:4 86:12 88:7 93:22 102:20 103:1,5,10 122:17 127:25 132:21 135:13 136:4 **furtherance** 73:24 | **gender** 131:11 **general** 5:18 35:2,4 35:9,16,19 40:10 43:7,8 65:5,6 72:17 115:2 **generally** 36:11 41:9 41:10 75:20 117:1 **getting** 59:2,3 85:9 87:7 96:10,23 99:11 99:12 100:5 **give** 7:6 15:18 16:11 21:18 38:25 45:20 50:3 57:19 64:7 75:2 77:19 91:14,23 97:11 101:16 130:22,23 **given** 44:18 115:17 115:22 125:6 127:9 **global** 26:9 92:11 94:5 **go** 11:12 15:7 16:19 42:21 44:22 45:23 47:12 51:8 56:14 57:12 65:18 75:24 91:14 94:14 116:13 118:3 120:5,8,16,22 121:1,2 122:13 125:10 126:13 129:11 130:7 **goes** 38:19 68:5 **going** 8:16 15:6,9 39:3 51:4 55:1 56:5 56:23 67:18 70:21 85:25 87:12,14,16 89:21 91:3,17 95:10 98:19 108:3 112:17 113:6,20 114:14,16 115:19,21,22 116:15 117:16,24 118:2,3,6,14 119:11 119:20 122:8 123:13 126:23 127:9 **goldman** 28:1 29:21 29:22 30:6,14 32:5 | 32:24 **good** 6:11 15:11 16:1 28:22 44:8 97:4,5 108:15,15,18 112:16 126:23 129:20 **goucher** 31:8,23 50:8,23 51:10,15,18 51:19 53:23 57:18 58:1 **goucher's** 51:16 **governed** 60:1 **governmental** 39:25 **graduate** 16:15 **graduation** 16:19 **grain** 116:9 118:9 **great** 25:23 39:18 79:10 82:15 99:4 **greene** 2:15 5:21,21 12:20,22 13:1,8,11 13:12 15:17 18:21 19:2,10,15 20:7 21:17 36:1 38:5,8 39:10 42:20 51:2,4 52:16 56:12,14 66:20 68:15,24 70:21 73:1 78:18 84:12 85:16,19 87:5 93:3 94:14 98:14,19 129:3,6,11 132:5,10 132:23 133:2 **greene's** 13:2 19:19 **greg** 78:10 83:16,21 83:23 89:7 103:22 **gregg** 1:9 4:3 5:3 6:5 6:15 134:6 135:9 136:2,21 **grocery** 16:25 53:17 **ground** 111:19 120:18 121:3 **grounded** 104:3 **grounds** 74:25 **group** 16:25 31:15 31:19 32:21 33:3 53:16 62:17 74:7,11 |

**g**

**gamut** 117:6
**gary** 77:3 79:16,19 80:2 81:12 82:2,4,9 82:14 89:5 90:21 92:9,20 94:3
**gee** 117:16

HIGHLY CONFIDENTIAL

**[group - inquiries]**                                                                          Page 11

86:13 88:13,19
113:13 131:8
**groups** 74:20
**growers** 48:13
**guess** 17:20 18:10
23:2 76:14,23,25
84:18 105:9
**guided** 42:11
**guideline** 109:18,25
**guidelines** 47:14,23
48:8,20 104:2,4
105:20 106:6,25
107:9,23 109:13
124:5
**gulf** 6:16
**guy** 10:25 66:11
78:2 90:21
**guys** 12:21 31:25
52:1 68:3

**h**

**h** 4:8
**habits** 131:10
**halebian** 2:11 5:20
**haley** 46:16
**half** 25:18
**hamm** 78:11
**hand** 6:3 114:16
123:13 134:10
**handed** 126:23
**handling** 106:20
**handwritten** 36:19
37:2
**happen** 118:6
**happened** 100:11
**happy** 15:17,18
60:18 62:20 78:1
**hatch** 106:16
**head** 13:20 33:14
65:15,20 66:1,14,17
79:23 99:3 107:20
115:1 123:22
132:19
**heading** 92:13 94:8

**headquartered**
54:19
**heads** 81:10
**heard** 79:21 113:11
**held** 33:24 51:24
90:24
**help** 12:21 115:11
124:15,18,20,21
125:3
**helped** 30:23
**hen** 57:25 59:25
**hens** 120:5
**hershell** 64:21 65:22
65:23
**high** 95:1
**higher** 22:4 62:14
121:23
**highest** 22:1
**highlights** 52:25
**highly** 1:7 38:19,22
64:5
**hired** 21:24 36:13
44:14
**hiring** 44:19
**history** 122:3
**hold** 35:19 104:25
**home** 6:14
**honest** 87:9
**honestly** 27:24
**hope** 103:24 112:18
**hopeful** 101:9
**hopefully** 130:21
**hour** 80:16 82:12
**hours** 19:4
**house** 35:13 58:20
58:20,20 85:10
**housed** 109:18
**houses** 122:9
**hr** 13:20
**huh** 19:6 24:20
32:10 51:8 100:19
**human** 41:2
**humane** 92:12 94:7
94:17

**hunt** 127:8
**husbandry** 124:5

**i**

**i.e.** 47:14
**idea** 8:11 12:13
23:17
**identification** 38:13
38:17 45:12,15 49:7
49:12 57:23 64:4,12
77:10,13 91:2,8,20
97:8,15 101:11,13
114:19 123:16
125:14 127:1
**identified** 19:24
41:6 46:24 90:2
**il** 2:9 3:4
**immediately** 16:19
43:22
**impact** 81:4 114:3,9
118:2,9
**impacts** 114:6
118:10
**implement** 62:14
**implementation**
106:7
**implementing** 104:4
**implicated** 44:4
70:20
**improper** 43:21
**inch** 21:21
**inches** 106:8,8,10,12
106:14 109:22
**include** 104:22
**included** 119:14
**including** 57:8
**inconsistent** 124:8
**incorporated** 16:9
86:7
**increase** 18:17
115:11,24 117:10
117:14,15,17,20,24
118:14,16,24
121:14,17

**increased** 118:13
120:24
**increasingly** 111:25
**incurred** 121:20
**independent** 125:23
**independently**
71:25
**indicate** 92:25
127:14
**indicated** 125:1
**indicates** 81:10
**indirect** 2:10 5:20
129:21
**individual** 17:10
77:3
**individuals** 30:17
**indulge** 44:9
**industrial** 100:13
102:24 103:11
115:1,2
**industries** 129:25
**industry** 18:17
27:21 53:16 58:23
74:7,11 76:2 81:12
86:10 94:20,21
102:22 110:22
113:13 125:25
**industry's** 92:10
94:4
**information** 13:16
33:5 37:9 41:4
42:18 43:15 47:13
82:16 84:15 88:18
88:24 132:2
**infringement** 7:1
9:22 10:3,8 12:8,16
13:6 14:1,9
**infringing** 10:10
**ingredient** 65:6
**ingredients** 116:13
**initiated** 107:3
**initiative** 61:24 85:9
99:16 100:2,4
**inquiries** 43:10

HIGHLY CONFIDENTIAL

**inquiry** 71:23 73:18
73:21
**insofar** 71:2
**institute** 53:14,15
**institutional** 102:16
102:17,23 103:4
115:4 130:19
132:15
**instruct** 42:22 98:20
**integrity** 82:24
**intensely** 80:20
**interest** 56:3 61:19
105:5 107:10,10,24
108:12
**interested** 60:3 63:4
78:23 96:20 125:20
125:24 126:8
135:17
**interesting** 53:19
54:3,22 83:15
**interests** 107:6
**interim** 25:25
**intermarketing**
105:13
**internal** 109:14
115:9 116:2 120:15
120:20 121:14,17
121:23 130:25
131:10
**internally** 116:11
120:1,13,22 121:6
122:11
**interpret** 83:12
**interpretation** 87:6
**interrupted** 22:23
**introduction** 80:4
**invested** 29:23
**involve** 9:23 42:11
**involved** 8:1,2 13:2
13:3,8 20:3
**involvement** 85:10
**irving** 46:12
**isaacson** 46:10,13
**issue** 10:8 14:24
26:11 47:19,25 48:4

55:23 68:12 69:2,7
70:15,19,25 72:1,21
73:10 75:9,15,21
76:4,6 87:22 107:12
122:7
**issues** 10:10 37:17
37:19,23 46:3,25
48:21 67:21 75:23
125:22
**item** 47:13

## j

**j** 2:2
**janco** 27:19 29:11
**january** 67:19
**japan** 112:25 113:4
**jd** 31:8,25 64:16
65:1,2 76:22,23,24
86:11 92:6 95:20
98:8
**jeff** 22:19,24 23:4,5
23:6 27:11
**jeff's** 23:15
**jenner** 2:8 5:16
**jerry** 27:19
**jim** 22:18,23 23:4,14
26:21 27:11 31:25
**job** 72:10 81:13
**jobs** 67:1
**john** 14:20 31:7
32:1 78:10 95:20
**johnson** 26:2,8,11
26:25 123:21,21,22
**join** 18:2 27:1,2,22
34:16,17 48:25
55:15 56:3,11 57:5
87:4,25 96:17
104:19 107:9,25
108:7 119:11,12
121:10,18 124:17
125:3
**joined** 28:20 35:21
63:18 123:10 125:6
128:7

**joining** 34:11 96:21
121:12 125:1,5
**jointly** 30:21
**jonathan** 64:21
65:19,20
**jot** 37:1
**joyner** 78:12
**july** 18:24,25 32:6
105:17
**june** 17:8 25:10
105:9,13 108:7
109:3,7,9
**jury** 9:4,6
**justify** 81:9
**jv** 88:7

## k

**k** 35:8
**kasowitz** 2:19 5:24
**keep** 32:11 54:10
120:13
**keeping** 85:15,23
**keith** 2:11 5:19
129:20
**kellogg** 5:18
**ken** 60:25 62:22
78:11 111:15,18,24
**kennedy** 3:2,7 5:8
63:20,20 132:25
**kept** 37:8,13 88:18
122:21
**keri** 35:5 36:14,20
43:7,8
**kevin** 46:16
**key** 40:18,20,25
41:16,18,22 44:11
44:15,18
**kind** 9:15 25:18
31:14 32:18 37:11
38:16 57:15 59:4
63:7 68:24 78:8
94:19 116:7
**kinds** 44:23
**king** 61:6,9,12,15
62:4 96:8,12 123:1

**klingerstown** 66:8
66:22
**klippen** 59:7 60:25
62:3,22 63:5 111:15
111:24
**klippen's** 111:18
**knew** 27:21 76:25
**know** 6:24 8:7,10,16
8:19,22,25 9:2,6
10:25 11:1,14,17,22
11:23 12:3 13:21
19:18,20,21 21:2,6
21:14,21 23:5,14,23
24:1,2,3,4,5,9 26:8
32:2 33:2 35:15,18
35:22,25 37:15
39:16 40:4,6,9,12
41:14 43:12,13,14
49:15 50:21 51:4
52:21 67:2 72:10,12
73:23 74:13 76:10
76:18 77:3 79:12,20
83:14 87:20 90:1,16
90:21 96:9 100:1,22
101:4,7 102:7 111:5
113:9,12,15 114:14
114:14 117:2
119:21,23 120:20
123:9,9 130:2 131:3
131:5 132:19
**knowledge** 21:8
42:23 43:1,17 44:6
44:24 86:5 101:9
106:3,24 109:4,5,7
110:2,25
**knowledgeable** 14:2
14:24
**kofkoff** 52:3
**kraft** 5:17
**kroger** 53:17

## l

**l** 1:18 2:15 35:8
134:14 135:6,22

HIGHLY CONFIDENTIAL

**labeled** 38:19 45:18
46:2
**lack** 42:20 87:5
**lakes** 52:3
**land** 52:3
**language** 125:8
**large** 33:14 57:10
61:5 135:7
**larger** 61:7
**largest** 128:4
**late** 7:1 9:20 14:13
14:15
**law** 37:25 46:10,19
**laws** 39:23,24,24
42:11
**lawsuit** 76:6
**lawyer** 12:14 19:19
19:22,23,24 36:11
36:13 46:12,15
63:18
**lay** 52:4
**layer** 122:9
**layers** 105:19
109:14,24
**leadership** 92:13
94:7
**learning** 88:2
**leave** 43:22
**lee** 28:1 29:19 30:5
30:12 31:9,14,22
32:2,5
**left** 24:12,16 25:9
27:11,23 29:15
**legal** 42:12,17 43:2
43:5,12,14,23 70:15
70:19 71:1 72:1,21
74:25 75:8 76:4,20
76:20
**legislation** 95:4
**leonard** 2:15 5:21
35:14,24 43:6 72:23
**letter** 43:19 92:8,20
92:22 93:1,24
125:17

**letters** 93:3,17,20
94:13
**level** 132:1,2,8
**liberation** 94:17
**license** 68:12 69:3,8
105:13,16 110:7,9
110:15
**liebhard** 2:3 5:11,15
**life** 10:5,14,15,18
86:25 87:1 100:12
**limitations** 48:8
**line** 17:19 68:20
96:2 136:8
**lines** 74:5
**liquid** 10:5,11,12,14
10:16,17 71:4 85:5
86:24,25,25 87:1
100:12 115:9 116:2
116:17 118:3
120:19
**listed** 136:7
**listen** 95:18
**litigation** 1:4 5:6
10:7,9 17:18 76:10
**little** 17:20 68:19
111:15 112:24
119:1
**lived** 23:21
**livenote** 44:9
**lives** 85:5
**living** 23:3 24:1
**llc** 3:2 63:21
**llp** 2:20 3:3 5:12
**located** 5:3
**location** 1:12
**logically** 41:25
**logo** 71:7 81:1
**long** 19:2 23:8 24:21
59:10 73:19 109:3
116:24 117:4 121:4
**longer** 51:12 76:23
95:5
**look** 39:1,2 44:21
45:20 46:2 47:11
49:6 50:3 57:19

64:8 77:20 78:6,8
92:2,5 97:11 98:2
101:16 122:3
130:16
**looked** 37:9
**looking** 31:10 60:7
61:2,17 77:22 97:1
**looks** 85:9
**loosely** 10:17
**lori** 1:18 5:9 134:14
135:6,22
**lose** 11:19 12:1
**losing** 11:20
**lost** 11:18,21
**lot** 87:10 96:10
115:19
**lovell** 2:11 5:20
**lovely** 77:25
**low** 85:15,23
**lunch** 123:24 129:5
129:10

**m**

**madison** 16:17
**mail** 50:7,8 53:18,23
56:19 57:18,25 58:1
60:2,12,13 64:15,16
67:7,17 69:18,20
71:14,15 73:14,25
75:8 76:11,21 78:9
78:16 80:15 82:5
83:19 84:18 85:14
85:20 87:3 88:6,22
89:13,17 90:15
91:10,12 92:5 95:7
95:8 98:8,24 99:2
117:23 123:20
127:3
**mails** 92:4 99:1
114:22
**maine** 52:3 100:11
127:11 128:2
**maintain** 58:13
117:19

**major** 27:17 30:6
52:2 55:23 56:24
57:3 114:1
**majority** 30:2
**making** 34:4
**manage** 61:23
**management** 31:2,4
31:6 32:15,25 34:6
**manager** 65:5,6
80:3,5 115:2
**managers** 32:22
**mandated** 109:6
**manufactured** 11:2
**march** 1:10 5:2
50:11 134:11
135:19
**margin** 122:19
**mark** 14:3,21 31:8
31:25 38:9,16 64:22
66:10,11
**marked** 38:1,12,24
45:11,14 49:7,12
57:23 64:3,6,11
77:9,12 91:2,8,20
97:7,14 101:10,13
114:17,19 123:16
125:14 127:1
**market** 69:8,24 81:8
95:16 103:3 110:8
113:22 114:9,12,15
115:10,19,20 116:3
116:15,21,25 117:5
117:19,24 118:2,10
118:13 119:25
120:14 121:2,15
131:10,13,18
**marketed** 113:25
**marketers** 113:10
**marketing** 16:15
46:3,25 47:14 53:4
53:14,15 68:13 69:3
81:13 131:8 132:8,9
132:17
**marketplace** 94:22
117:16 120:17

121:25
**marshall** 77:6 79:22
  80:7,14 82:4 89:5
**mart** 78:2,13 80:3,5
  81:6 82:3 83:4
  84:24 85:4,6,6,11
  87:17,23 89:6,18
  96:3,9,12 112:3
**massive** 122:10
**matter** 48:20 86:11
**mba** 16:17
**md** 1:4 5:6
**mdl** 1:3 5:6
**meal** 116:9,13
**mean** 10:13,20,21
  14:11 25:12 30:22
  31:16 37:19,22 45:7
  49:14 54:13,15
  56:22 74:9 92:18
  102:18 115:15
  116:5,6 117:14
  131:6 132:11
**meaning** 30:4 55:24
  58:14,20 59:4 87:15
  94:21 102:19
**meaningful** 112:5
**means** 56:23 89:17
  115:25 118:3
**meant** 52:16 58:10
  70:10 83:3 84:11
  124:19
**mechanism** 116:21
**media** 82:20
**meet** 36:6 52:7
  104:2 109:24 110:2
**meeting** 19:5 36:21
  36:23 37:1,5 43:20
  43:22 47:2 50:14
  51:23,24 52:6 53:19
  54:2 64:24 67:5,14
  67:19,21 80:4,14,16
  82:2,12 83:3 85:4
  89:17,25 92:15 94:9
  95:21 98:9 99:15,20
  99:24 101:1,3,5

109:18 125:22
**meetings** 36:9,12,18
  37:9,13 46:21,23
  89:5
**meets** 109:13
**member** 19:19
  24:13 27:20,23
  28:18 34:6 99:18
  100:17,23 108:23
**members** 22:18 28:5
  28:14 31:4 48:25
  85:25 88:9 101:5
  127:7
**membership** 28:2
  95:11
**memo** 83:5 84:6,16
  86:13,21 88:12
  89:21 90:16 103:21
  108:3
**memos** 119:5,7
**mentioned** 29:16
  31:21 42:2 51:15
  52:9 76:5 119:16
  128:2,12
**merely** 81:10
**merkle** 64:21 65:19
  65:20
**message** 51:23
**met** 6:12 46:18
  79:19 80:1 89:23
  112:16
**methods** 82:24
**mf** 38:20,20
**mf1** 39:4
**mfc** 4:16 77:12,16
  77:16,18
**mfi** 4:11,13,14,15,15
  4:17,17,18,18,19,20
  4:20,20,21,22,22,23
  38:11,18,21,21 42:9
  49:9,11 57:17,22
  64:5,5,10,11 77:17
  77:19 86:6 91:5,5,7
  91:7,12,13,19,19
  97:9,9,13,14 101:12

101:12,15,15 104:4
  105:19 109:13,24
  110:8 114:18,21
  123:15,18 125:13
  125:16 126:25
  127:3
**mfn** 4:13 49:9,11
**michael** 2:14 5:22
  7:3,16,18,24 8:8
  9:24 10:4 11:3 12:3
  12:12,17 13:18 14:2
  14:4 16:4,4,7,8,20
  17:3,5,11,23 21:22
  22:18,18,19,24
  23:13 25:6 26:12
  27:1,6,11,16 28:5
  29:24 30:17,24
  33:12,19 34:24 35:2
  37:16 38:23 39:23
  40:1,17,19,21,25
  41:7,10 44:5 45:6
  46:7 47:20,25 48:5
  48:9,16,22 49:3
  51:20 54:17 55:8,11
  55:15 56:1 57:1,4
  60:3 61:2,4,19,20
  62:1,20,25 66:15,18
  67:2 71:8,20 73:24
  74:13 75:25 76:15
  84:22 86:6 88:4,9
  89:14 90:9 92:7
  96:14,19 97:5 102:1
  102:14,16,24 103:2
  103:20,25 104:7,16
  105:5,24 106:4
  107:1,6,24 108:11
  108:15,16,19
  109:13 110:25
  111:13,23 112:5,22
  113:18,21 114:10
  116:18 119:10
  122:3 123:23
  124:21,21 125:24
  126:7 127:24
  129:24 130:9,24

131:1,9 132:1,7
**michelle** 80:17
**michigan** 3:3
**mid** 6:24 104:15
  105:2 109:25
**middle** 68:17 79:22
  102:2 108:3
**midwest** 52:4
**migration** 105:19
**mike** 115:9 123:20
  123:21,22
**miles** 22:19 23:23
  24:14
**militant** 80:25
**million** 34:8,9,12,21
  34:24 53:1 81:7
  109:24 120:5
**mills** 5:18
**mind** 41:15,18,21
  59:15 70:12 107:16
  112:9 120:13
**minneapolis** 2:16
  8:18 11:9 17:2 23:2
**minnesota** 23:21
  24:10 54:20
**minute** 45:20 50:3
  57:19 63:10 64:7
  75:22 77:19 97:11
  97:17 101:16 112:8
**minutes** 9:19 36:8
  36:16,22 126:14
**misread** 68:24
**mission** 81:1
**misunderstood**
  32:17
**mn** 2:16
**moark** 3:2 63:21
**molting** 106:19
**moment** 53:10
  129:12
**moments** 6:12 39:1
**momentum** 96:5
**monday** 53:22
**monthly** 110:11

HIGHLY CONFIDENTIAL

**months** 24:22 104:1
  104:4
**moore** 31:25
**moratorium** 93:22
**morning** 6:11 95:21
  112:16,17
**morris** 1:13 5:4
**motion** 53:2,4 70:16
**motions** 52:1 67:20
  67:25 68:7 69:14,15
**mouth** 86:6
**mouthing** 95:17
**move** 95:10 104:9
**movie** 54:3,22
**moving** 43:18 96:22
**mueller** 78:11
**multipage** 4:16
  38:18 64:4 77:11,15
  91:3,12 101:15
**murch** 78:10 83:17
  83:23 86:22 89:7

**n**

**n** 4:1 85:6
**name** 6:11,14 8:5
  12:19 27:24 35:5,6
  46:15 60:21,22 65:9
  79:21 129:20
**named** 46:12 64:17
  64:18 77:3,6 90:21
**naples** 1:14 5:4 6:17
  19:7 77:25
**nashville** 16:25
**naturally** 117:16
**nature** 10:7
**near** 85:10
**nearly** 53:1
**necessarily** 120:25
**necessary** 91:24
**need** 15:16,19 34:3
  39:15 62:16,21
  81:13 91:18 95:14
  95:19 118:25
  128:15 129:5

**needed** 34:10,25
  120:21
**needs** 97:16 120:2
**negative** 81:4 86:3
**nestle** 5:18 102:10
  102:11,12,14,19
  103:3 111:11
**never** 47:4,6 51:18
  78:4 79:19 80:1
  81:2 107:10 112:6
  127:15
**new** 2:4,12 5:12,12
  25:16 68:12 69:2
  122:14
**nine** 10:19,19 14:12
**nodded** 79:23
**nominal** 12:5
**non** 48:25 130:3,10
**noncertified** 110:6
  128:23,24
**noncomingling**
  106:21
**nonmember** 48:19
**nonmembers** 48:8
**norco** 3:2 63:21
**norm** 101:5
**normally** 36:7
**north** 2:8 6:16
**notary** 134:15 135:6
  136:25
**note** 38:23 83:15
  127:8
**noted** 58:2 90:21
**notes** 36:16,18,19,20
  37:2,2,4,13 82:12
  135:11
**notice** 103:14
**noticed** 77:22
**november** 46:3 47:1
  78:14 79:7 80:6
  84:8,9,19 92:9 94:2
  95:9 96:18 123:20
**nucal** 2:18 5:25
**number** 4:11,12,12
  4:13,14,14,15,15,16

4:17,18,19,19,20,21
  4:22,22,23 5:6 28:5
  28:7,8,10 32:22
  38:11 39:4 45:13,13
  45:17 47:11 48:7,18
  49:11 57:17,22,22
  58:17 60:17 64:5,10
  64:10 68:20,25 69:7
  77:11,15,17 84:21
  84:21 91:7,12,19
  97:9,13,13 101:12
  105:16 114:18
  116:8 120:12
  123:15 125:13
  126:25 130:13
**numbers** 4:11 38:11
  38:18 49:8 68:11
  91:4
**numerous** 58:16
**ny** 2:4,12

**o**

**o** 35:8 52:3
**o'brien** 64:17,17
  65:4,5 92:6 114:25
  115:1,6
**o'brien's** 117:23
**oath** 6:6,19 63:25
  98:2 134:1
**object** 42:21 66:20
  78:18,20 98:19
  132:10
**objection** 42:20
  56:12 84:12 87:5
  94:14 98:19 132:4,5
**obviously** 97:1
  114:14 116:10
**occasions** 58:16
**occur** 9:24
**occurred** 7:23 20:16
  131:12
**october** 92:15 94:9
  106:8,12
**office** 5:4

**officer** 14:7,20,21
  21:25 22:9 24:17,19
  25:16
**officers** 99:10
**offices** 19:19
**official** 36:22 134:10
**oh** 7:19 42:23 68:17
  68:22 78:21 82:6
  84:6
**okay** 6:21 7:2,13 8:1
  8:10,16,25 9:4,9,13
  9:19 10:1,6 11:6,10
  11:12,17 12:6,16
  13:1,5,11,16,21
  14:6,16,23 15:1,25
  16:7,9,11 17:13
  18:3,10,19,23 19:5
  19:12,18 20:2,24
  21:6,9,14,22 22:23
  23:1,5,14,20 24:6
  24:11,15,18,21 25:9
  25:22 26:15,19 28:4
  28:23 29:1,14 30:12
  31:1,9,24 32:20,24
  35:18 37:22 38:6,15
  39:5,18,22 40:23
  41:14,24 42:5,7,23
  42:25 43:4,18 44:3
  44:7,25 45:10,10,24
  46:2,6 47:4,10,18
  49:5,22,25 50:3,6,7
  50:11,17 51:12,22
  52:8,17,24 53:10,18
  53:22 54:1,9,12,15
  54:18,21 55:11,14
  55:18 57:7,14,21
  58:9 59:10,15,18
  60:2,12 63:17,24
  64:13,15 65:1,4,17
  66:16 67:1,4,10,14
  68:5,23,24 69:7,17
  69:22 70:3,19,25
  71:13,19 72:4,7,12
  72:15,16,19 73:9,20
  74:2,24 75:7,18

76:10 77:3,6,8,8,21
78:16,21 79:2,4,10
79:16,20,24 80:10
80:13 81:17 82:1,8
82:10,23 83:2,11,13
83:15 84:4,7,10,18
84:24 85:12,14
86:17,20,24 87:2,21
89:16,22 90:1 91:15
91:16,22,25 92:1,2
92:18,24 93:13,14
93:19,24 94:2,12,24
95:13 97:4,7,18
98:5,7,12,22 99:8
100:1,17,22 101:2,7
101:18,19,24 102:5
102:17,22 103:9,14
103:25 104:21,25
105:4,12,15,19
106:2,6 107:5,17,22
108:2,10,21 109:12
109:21 110:6 111:3
111:10,21 112:19
112:21 113:6,9
114:6,16,21,23,23
115:3,5,15 116:2,23
117:9 118:5,13,19
119:1,9 121:7 122:1
122:22 123:9,13,19
123:24 124:6,12,15
125:7,19 126:12
127:21 128:6,25
129:3,6,10 130:2,14
131:3,9,15,17,21
132:7,21 133:3,4
**old**  23:5,14,17
**olson**  22:7,9,21,22
24:6,9,15 27:12
**olson's**  25:3
**once**  36:13 128:7,12
128:17
**ongoing**  113:4
**open**  103:2
**operate**  69:10

**operating**  21:24
22:9 24:19 25:16
**operations**  33:25
66:14 132:18
**opinion**  89:11
**opposed**  8:3 62:5
103:1
**optics**  74:17
**options**  59:5
**order**  57:4
**organization**  33:18
127:18
**organizer**  37:12
**orientation**  127:10
127:21,22
**original**  69:19
**ostrander**  1:9 4:3,11
4:12,13,14,15,16,17
4:18,19,20,21,22,22
4:23 5:3 6:5,11,15
6:18 12:22 16:12
17:9 18:20 37:20
38:3,11,15,17 40:13
44:10 45:10,11,13
45:24 46:10 49:7,11
49:15 57:15,22
63:24 64:2,3,10
67:11 70:21 71:21
77:8,9,11,23 80:8
88:20 91:1,2,7,11
91:13,14,19 92:2,3
92:4 97:7,13 98:1,2
98:13 101:10,12,17
101:19 103:22
114:17,18 123:14
123:15 125:12,13
126:24,25 129:20
134:7 135:9 136:2
136:21
**outcome**  75:13
**outlay**  122:10
**outlined**  108:23
**outside**  28:17,19
35:14 59:5 72:24
75:16 76:2 86:13

88:13 96:11 120:16
120:23 125:25
126:8 128:20
**outsource**  121:16
**overall**  114:15
120:21 130:9
**owned**  30:19,24
31:1 32:25 120:5
**owner**  30:2
**ownership**  28:2 31:6
31:9 32:16,21,22
**owning**  29:19

**p**

**p.m.**  1:11 84:19
126:21 129:13,17
133:6,8
**package**  71:8
**pad**  36:19
**page**  4:2,10 39:19
42:8,10 43:18 45:17
47:7 49:8 57:16,17
68:9,17 79:21,22
82:7 91:12 92:5
97:8 102:2,2 103:16
103:18 106:6 110:3
110:7 115:5 136:8
**pages**  41:6 78:9
**paid**  12:4
**paper**  37:6
**papers**  105:12
**papetti**  27:18 28:20
**papettis**  27:18
**paragraph**  43:19
82:13,14
**parameters**  55:20
58:13,15 60:22 99:4
106:25 119:13
**pardon**  80:24
**part**  14:11 20:6,8
27:5,19 32:25 52:3
53:3,3,6 55:1,8,11
55:19 69:15 76:12
82:11 87:11 98:7
104:16,20 107:8

119:15
**participants**  32:15
76:2 125:25
**participate**  26:13,13
56:5
**participating**  74:12
74:13 86:1
**participation**  55:23
55:25,25 127:9
**particular**  37:13
104:11 111:13
119:17
**parties**  135:14,15
**partner**  30:22
**partners**  29:19 30:4
30:5,5
**parts**  56:4,9
**party**  122:14
**pass**  53:4 117:20
**passed**  53:1
**pasteurized**  10:18
10:21,22
**patent**  7:1 9:22 10:3
10:8 12:8,16 13:6
13:25 14:9 76:6
**patents**  10:11
**pay**  62:15 120:3
**pda**  37:12
**penalties**  47:24
**pending**  15:20 18:25
**pennsylvania**  1:1
66:22
**penultimate**  52:10
**people**  19:11 28:7,7
28:8,8,12,15,16
29:16,18,18 31:16
32:19 33:3,4,4 42:1
76:22,24 83:6 84:21
94:16 111:8 114:2
118:20 122:12
127:17
**percent**  30:19,24
31:1,6 50:1 55:12
55:24 58:14,19
60:18 81:11 99:11

HIGHLY CONFIDENTIAL

100:6 101:8 104:22
119:14,16,17 120:2
120:6,7,9 121:10,13
126:11 130:11,12
130:13,18,18,19,20
130:20
**percentage** 121:21
130:3
**percentages** 30:17
**percents** 130:23
**period** 25:25 27:14
29:14 62:18,19 80:7
107:19 113:2
**periodically** 44:21
**person** 14:1,24
19:16,18,21 73:1
88:25 89:17 131:4
**personal** 18:8
**personally** 46:21
72:6 75:10 134:7
**pertinent** 82:11
**peta** 74:20 92:12
94:6
**phd** 65:23
**phone** 5:23 6:1
19:12,14,16,21 20:2
63:18 88:25 89:17
89:24 132:23
**pick** 51:6
**picketing** 96:11
**pickett** 77:4 79:17
79:18,19 80:2,5
82:3,4,9 83:4 89:5
**pieces** 33:19
**place** 1:13 11:7 45:5
58:15 109:18
122:25
**plaintiff** 1:16 2:2
5:13
**plaintiffs** 2:7 5:15
5:17
**planner** 37:11
**planning** 83:22
124:4

**plant** 66:9,22
**play** 26:25
**please** 5:9 6:2,13
17:5 35:7 50:5
63:19 64:9 70:23
85:3 86:11,12 88:6
88:12 93:11 114:22
**plus** 30:24
**point** 18:1 19:25
20:8,12 23:18 25:1
25:14 26:20 27:11
28:22 32:11 33:17
36:25 37:15 58:22
61:22 68:25 81:7
83:7 84:7 87:4 88:2
89:4,16 93:24 94:20
96:15,18,20,23
107:13 108:2,6,14
111:23 112:6
127:13
**pointed** 81:12
**points** 47:12
**policy** 37:17 38:23
39:23 41:12 42:12
42:19 44:10,21 45:5
45:7 71:20,22,24
**political** 81:5
**porter** 1:12 5:4
**portion** 33:14 39:11
75:7 81:18 85:19
95:13
**portions** 86:17
**position** 24:24 51:16
76:19 104:8
**possession** 12:7
**possibility** 69:23
73:21
**post** 16:24
**posted** 54:10
**potato** 7:10 8:2
33:22 65:3 130:9
**potential** 63:7 70:15
72:21 75:15,22 90:8
95:16 114:6

**potentially** 81:4
**poultry** 52:4
**pounds** 119:22
120:14
**powdered** 113:1,5
**practice** 42:10
**predecessor** 35:12
35:25
**preference** 38:7
**premium** 120:3
**preparation** 19:9
20:4,6,8,12
**preparing** 18:20
21:19
**pres** 65:10,11
**present** 19:9 36:12
36:13
**presentation** 107:2
110:4,7 111:11,12
128:10
**presented** 102:11
119:12
**president** 7:15
21:24 22:8 24:18
25:2,6,13,16,18,19
25:24 26:16,19 33:8
33:11 41:2 46:6
50:17 51:19 65:2
80:8,15 96:19
**president's** 25:15
**presidents** 33:19,23
**pressure** 87:10,12
87:24,25 89:19 90:2
90:7 92:12 94:6,18
96:10,17,24
**pressuring** 87:3
96:1
**presumably** 84:9
**pretty** 60:21 113:4
**prevent** 15:13
**previously** 8:12
80:18 131:19
**price** 17:19 37:25
61:22 82:19 115:11
117:9,14,15,17,17

117:24 118:15
**prices** 18:17 113:23
114:10 118:9,14
131:22
**pricing** 113:18,23
114:2,4,7 115:9,16
115:24 116:25
117:5,6 118:7,18,20
118:21,25 130:25
132:2,3,8
**primarily** 66:24
**principal** 30:4,5,5
**prior** 7:23 18:19
20:8 35:13 36:14
43:6 57:7 61:4
62:19 104:19
**private** 24:14 27:25
29:9,19 30:24 122:5
122:5,6
**pro** 122:13
**probably** 7:15 10:24
14:3 25:13 60:21
65:6 66:3 75:11
100:14 114:3,4
116:18 117:6
**problems** 82:19
**proceed** 34:3 63:19
**proceeded** 112:6
**process** 10:20 62:11
71:5 82:16 103:5,10
110:21 114:12
119:21 122:18
**processed** 1:3 5:5
61:11 63:1 102:20
103:1 128:1
**processing** 53:5
**processor** 115:23
**processors** 69:9,9
**procurement** 66:8,9
66:17 117:3 122:4
**produce** 47:15
94:25 116:7,11,14
118:10 121:5
**produced** 61:10,11
62:10,12 116:19

HIGHLY CONFIDENTIAL

**[produced - reasons]**                                                Page 18

120:1,11,13
**producer** 68:18 69:4
  99:10,19 100:25
  116:7
**producers** 49:17
  52:2 53:6,6 55:21
  60:17 61:8 74:11
  76:2 81:6 87:15
  94:18,21 104:2,13
  116:22,24 127:23
  127:24 128:4
**producing** 96:5
**product** 10:17 11:2
  11:5 61:12 71:6
  102:19,20 103:5,6
  103:10 110:9
**production** 10:4,11
  58:20 69:10 82:16
  82:24 94:19 95:5
  114:12 121:14,14
  121:16,17,23
  122:15
**products** 1:3 7:11
  10:5 14:21 33:22,22
  51:19 57:2 61:20,21
  62:21 63:1 65:3,3
  66:4,12 69:24 103:4
  103:6 110:12
  112:20 113:5,21,25
  115:2 130:17
  131:14
**profile** 85:15,23
**profit** 118:12 122:19
**profitability** 117:20
**profitt** 101:6
**program** 18:2 26:13
  27:2,7 49:19 52:5,9
  52:13,14,20,23 53:7
  55:2,3,5,9,16,19,20
  55:24 56:2,3,4,6,7
  56:24 57:6,12 58:13
  58:14,15 59:6,8,13
  59:13,25 60:4,18,23
  60:24,25 61:6,8,10
  61:14 62:4,5,13,14

62:22 70:13 71:9
  74:14 75:21 76:1,3
  80:20 81:2,5,11,13
  81:25 82:15 86:1,4
  87:4,8,11,19,25
  93:23 96:15,17,21
  96:25 104:14,15,19
  104:20,21 105:13
  107:25 108:8,19,22
  108:23 109:1,2,4,10
  110:22 111:16,18
  111:24 112:1,4
  114:1 118:8 119:3
  119:11,15 121:10
  121:12,19 122:2,2
  122:23,23,25 123:3
  123:10 124:5,13,18
  124:21,23 125:2,23
  126:4 128:7,8,18
**programs** 34:17
  55:16 59:7,22 61:2
  61:17,18 104:9,11
**project** 34:9
**proposal** 119:12
**proposals** 58:23
  117:6 119:13
**proposed** 61:8
**protecting** 73:24
**protocol** 110:20
**provide** 68:6 75:3
**proving** 41:12
**provision** 44:4
**provisions** 43:15
  108:22
**pry** 26:5
**public** 29:10 134:15
  135:7 136:25
**publicity** 74:17,18
**publicly** 33:6
**purchase** 47:15
  48:12
**purchased** 116:21
  116:24 128:14,18
  128:20

**purchaser** 1:5,16
  2:2 5:13,15
**purchasers** 2:10
  5:20 129:21
**purchases** 110:11
  119:25
**purportedly** 84:2
**purporting** 17:18
**purpose** 92:3
**purposes** 38:17
  45:11 49:7 64:3
  77:9 91:2 93:6 97:8
  101:11
**pursuant** 106:25
**pursue** 70:15 72:21
**pushes** 54:4
**put** 26:11 38:15
  44:7 49:5 55:21
  57:14,16 58:19 61:5
  64:2 71:22 87:24,24
  91:1 111:10 120:17
  121:3,3
**putting** 41:24 87:10
  90:3,7 93:22 94:18

**q**

**quality** 66:1 106:20
**quantities** 47:22
**quarter** 39:19
**quarterly** 36:7
**question** 15:9,20,20
  18:11 26:24 45:24
  51:2,6 66:16 70:22
  70:23 78:18 88:23
  89:16 92:19 107:16
  126:15 127:9
  131:23,25
**questioned** 82:18
**questioning** 129:23
**questions** 15:6 39:2
  39:3,13 45:21 49:6
  50:5 57:20 64:9
  77:20 91:17 97:12
  97:18 101:17
  107:18 112:18

132:21,22,24
**quick** 51:14 66:16
  93:1 129:1
**quite** 27:23 33:20
  62:9 80:18,19
**quote** 78:3 103:21

**r**

**r** 2:7 30:10
**r&d** 10:25
**radical** 74:20
**raise** 6:2
**raised** 47:19
**raising** 114:9,10
**ramifications** 81:5
**ran** 33:19,23 66:6,8
  66:21
**ranch** 3:2 63:21
**range** 131:12
**ranking** 22:1
**rat's** 125:6
**reached** 71:14 73:14
**reaction** 74:19
**read** 20:15,18 39:10
  39:15 44:1 52:12,17
  67:18 68:21 80:12
  81:19 84:8,9,16
  85:3 86:17,17,18,21
  86:22 89:9 91:3,11
  91:13,18 92:22,25
  93:2,4,5,10,13 94:3
  115:13 118:1 133:2
  136:3
**reader** 93:12
**reading** 85:19 87:7
**real** 51:14 95:14
**realistically** 54:5,5
**really** 9:5 11:1 61:24
  92:2 125:20,20
  127:25
**reason** 55:19 57:12
  84:4 106:2 121:18
  126:10
**reasons** 61:16 68:6
  108:11,13

HIGHLY CONFIDENTIAL

reassumed 26:16
recall 8:21,24 9:9,14
  9:18,21 13:4,8,10
  27:14 41:6,9 42:5
  45:9 46:18 47:24
  48:3,8,15,21 49:2
  73:16,19,22 74:1,2
  75:8,17 76:17,19
  78:16 79:5 80:10
  88:20 89:25 90:5,10
  99:25 111:12,14,16
  119:7,8,9 123:7
  124:12 126:3,5
  128:8 131:2
received 42:3 67:11
  68:10 69:1 71:13
  93:24 105:16 127:7
receiving 112:2
recognize 98:5
  101:19
recollect 22:20
recollection 11:8
  12:23 14:10 18:8
  41:3 43:17 44:3,6
  45:3 47:1 58:12
  72:7 79:17,24 91:25
  92:4 93:16 101:23
  105:24 124:24
reconsider 70:16
  93:22
record 5:1,10,22
  6:14 15:25 18:14
  38:24 51:5 63:13,15
  67:18 75:24,25 80:2
  85:16 90:24 94:3
  97:21,23 112:12
  123:4 126:13,18,20
  129:11,14,16 133:6
  135:11 136:5
record's 34:17
records 110:14
recover 121:24
recreate 120:16
redacted 95:14

reduce 120:4,15
reduced 120:20
reduction 59:4
reedy 14:20 31:7
  32:1
refer 16:7 19:15
  38:4
reference 78:1,3
  124:9,9,17 125:5
referenced 44:10
  112:2 119:5 128:10
references 53:10
referring 16:8 23:12
  42:9 43:4 92:21
  99:5 100:5 113:3
  123:6 127:22,23
reflect 105:23
reflects 60:2 104:7
  117:23
refresh 18:22 44:22
  79:17,24 91:24
  92:22 93:16
refreshes 92:3
regard 48:12
regarding 37:25
  48:12,19,20 81:24
  85:4 129:24
regular 62:25
related 7:3 67:21
  96:1 113:24
relates 1:5 50:1 94:4
relative 104:18
  135:13,15
relays 92:10
remain 25:6
remainder 18:7
  27:14
remaining 31:1
  85:25
remark 38:3
remember 6:16 8:5
  9:1,5 11:16 12:5,18
  12:24 27:22,24
  31:19 75:11,12 87:9
  123:12

reminder 63:25
  98:1
remove 58:18
renew 68:12 69:3
rephrase 15:8 89:1
replace 121:1
replied 67:12
report 135:8
reported 22:9
reporter 1:18 5:8
  15:22 38:16 57:15
  64:2 135:6
reporter's 135:1
reporting 110:11
represent 129:21
representative
  17:23 18:4 29:24
  53:16
represented 12:11
  12:12,17 52:2
represents 86:21
request 61:5 75:3
requested 58:16,18
  135:10
requesting 57:3
requests 59:2,3
require 99:17 100:9
required 34:8,12
  60:8
requirement 58:19
requirements 62:12
  107:8 109:6 110:3
  116:19,20
requiring 58:3
  112:1 124:16,22
research 65:20,24
  81:9 131:13,18
resigned 26:7
resolution 75:1
resolved 8:23 11:17
resources 41:2
respect 13:19,25
  14:2 16:4 26:24
  34:11 42:18 43:14
  60:15 75:7,9 76:6

76:16,20 80:14 88:4
  88:22 89:19 90:15
  95:25 125:22
respond 95:9,20
  99:15,24 107:18
  118:11
responded 18:10
  53:22 99:2
responding 69:18
response 90:11 94:2
  95:7
responsible 33:24
  36:20 40:24 131:17
  132:1
rest 26:11 88:9
  121:22
restart 63:17
restrain 71:2
restraint 75:1,15
result 56:2,11 57:11
  71:13 72:13 73:17
  73:25 74:15 76:11
  88:1
retail 53:17 54:17
  58:2 65:16 71:6
  103:12 115:12
  117:12 118:15
  130:12,20,25 131:7
  131:8,10,14 132:12
  132:14,16,17,18
retired 17:8 24:14
  31:23 51:17
retirement 32:8,9
retread 112:18
reveal 70:23
review 20:9,13
  86:11 88:7,8 114:22
  125:19 135:9
reviewed 21:19
  98:20 119:13
reviewing 18:22
  41:11
revisit 57:4
rid 99:11,12 100:5
  101:8

| | | | |
|---|---|---|---|
| **right** 6:3 8:22 10:23 12:20 15:3,10,12 16:2 17:20 19:2 24:19,23 27:7 28:24 29:6,8,11,24 30:21 31:18 34:1,19 36:1 36:3,23 39:18,20 42:3 43:19 44:16 46:9 50:9,15,20,23 51:10 52:24 54:2,10 55:6,12 56:13,16 59:8 61:16 62:1,23 63:1,9 65:8 67:17 68:3,9,11 70:8 73:6 76:7 77:22 78:6 79:12 80:8 82:11 83:9 84:5,8,15,22 86:7,18 87:18,22 88:5,12 89:9,11 95:7 97:2 98:10,24 98:25 99:13 100:6 100:18 101:2,3 102:2 103:20 104:5 105:10,16,17 106:6 106:8,10,12,14,17 106:19 108:7,11 109:1,22 110:8 | **row** 54:6,12 95:20 **rpr** 1:19 135:23 **rule** 50:1 55:12 60:18 99:11 100:6 101:8 104:23 119:14,16,17 120:9 121:10,13 126:11 **rules** 109:2 **ruling** 73:20 **run** 17:2 33:13,16 33:21 **running** 33:21 | **82:14 83:21 85:3,22** 89:21 92:8,9 95:14 96:5 101:5 102:10 103:25 105:8 109:12 110:8 **scale** 92:11 94:5 **schnell** 78:10,12 79:12 80:15 81:18 82:2 83:3,21 84:2 84:10 87:21 88:22 89:3,4,19 90:6,14 123:25 124:2 **school** 16:23 **schooled** 80:19 85:8 **scientifically** 104:3 **scientist** 65:23 **seal** 80:21 82:24 85:5 134:10 **second** 44:9 47:7,22 52:10,11,12 59:11 92:5 103:18 114:22 125:19 **secretary** 36:14 **sections** 41:5 42:19 **see** 6:15 39:18 40:2 | **seeing** 96:7 **seek** 42:12 63:7 71:15,16 72:5 **seemingly** 127:10 **seen** 40:14 45:25 47:4 67:10 78:16,24 79:4 80:10 91:16 101:22 **segregated** 106:21 110:17 **seim** 64:22 66:2,3 **sell** 47:14 103:7 115:11 117:9,14 **selling** 103:2 113:23 120:14 **sending** 73:13 **senior** 31:4,6 34:6 **sense** 21:18 27:11 30:9 **sent** 41:12 44:15 50:8 58:1 69:14 70:20 84:1,18 88:24 89:24 90:11,12 92:6 115:18 |
| **rights** 96:10,13 **rmr** 1:19 135:23 **road** 95:2 99:3 **robert** 3:7 5:8 **role** 14:6 24:21 25:15 26:1,12,16,25 33:17 **roles** 33:8,11 **ron** 66:2 **ronald** 2:2 5:11 6:11 **ronn** 64:22 **room** 19:11 **rose** 52:3 127:11 128:2 **ross** 78:11 **roughly** 28:12,14 119:22 130:21 | **s** **s** 4:8 30:10 35:8 **sachs** 28:1 29:21,22 30:6 **safeway** 53:17 **sake** 16:2 **sales** 102:13 110:11 113:4 123:22 128:10 129:24 130:3,10,11,12 132:9,18 **sam's** 78:13 80:8,15 81:24,25 84:25 85:4 87:17,24 89:6,18 96:2 **san** 2:21 **sani** 16:23,24 **satisfied** 62:10 **saved** 37:5 **saw** 57:11 67:13 73:25 78:23 79:2,3 79:6 96:16 98:4,12 **saying** 53:2,18 67:24 78:2 81:22,23 83:10,12 88:24 96:9 99:3 103:3 124:25 **says** 39:19,22 42:10 43:19 47:12,22 48:2 48:11 52:13,25 58:1 67:17 68:11 69:7,22 70:14 74:5 80:3,9 80:16,24 82:12,13 | 42:14 43:2,24 46:4 47:8,16,17 48:13,25 50:12 53:8,11,20,24 54:7 56:20 58:7 64:18,24 67:5,8,17 67:22 68:3,7,14,19 68:21 69:5,6,11 70:1,17 74:7 75:5 78:7,14 79:10,22 80:13,22 81:15 82:1 82:7,9,21,25 83:19 83:24 84:19 85:12 86:15 88:14 91:22 92:3,16 94:10 95:22 96:16 98:18,24 99:21 102:1 103:15 105:21 109:15,19 110:12,18,23 115:3 115:5 118:16 121:9 131:25 | **sentence** 52:10,10 52:11,12 99:6 125:21 **september** 102:15 103:15 105:20 109:17 134:16 **sequentially** 38:20 77:18 **series** 15:6 92:4 114:21 **serious** 95:15 **served** 62:2 **service** 54:9 56:19 56:25 57:2 58:2 62:12 99:17 100:8 103:12 115:11 117:10,10 118:15 129:25 130:1,4,10 130:17 132:12 **services** 52:4 |

HIGHLY CONFIDENTIAL

servicing 107:11
set 28:5,7 39:6 48:7
  86:12 88:7 120:19
setting 60:23 125:23
settled 8:25
seven 10:18 28:14
  52:25 116:8 122:16
sf 69:23 70:4
share 90:5
shareholder 30:7
shareholders 23:13
sharp 78:11
shelf 10:5,14,15,18
  86:25 87:1 100:12
shell 61:11 68:3
  69:8 81:24 111:7,9
  113:14,15,18
  127:24,25 128:4
  131:15
shelled 81:7
shore 6:16
short 15:21 16:8
  87:1 93:1 100:12
shortchange 39:14
shorter 117:5
show 97:7 101:10
showed 21:18
showing 45:10 77:8
shrink 32:12 33:1
sic 10:12
side 8:2,3 56:25
  130:15,16,16
sided 127:10,21,22
sideline 54:3,23
sign 56:23 119:19
  133:2
signed 40:18 41:12
  52:5,13,20 53:1
  105:12
significant 85:10
  94:18
similar 59:24 61:14
single 57:16
singled 74:6

sit 10:6 17:14 52:8
  58:9 59:20 72:7
  88:20 90:1
situation 47:18 74:6
  74:10
six 32:18 48:18
  116:8
size 131:11
skip 80:25 82:13,13
skipping 53:10 74:5
  85:17,22 95:8
slaughter 106:21
slim 124:25
slotted 28:8
slow 93:12
slowly 15:24 95:10
  96:22
small 82:19 88:18
  121:21
smile 77:23
smiling 77:24
smith 2:3 5:14,14
society 92:12 94:7
  94:17
sold 61:12 85:6,6
  102:19 113:25
solicited 72:13
somebody 40:20
  44:25 64:18 72:5,22
  73:4 75:11 76:25
  77:6 120:17 121:2
someday 95:2
someplace 37:5
somewhat 15:5
  18:13 80:18
sorry 22:23 31:13
  32:17,17 38:20
  52:11,18 64:17
  65:17 68:17,22
  85:21 88:23 91:5,6
  99:1 102:12 114:24
  125:8 128:20
sort 76:11
sought 42:17 43:12
  43:14 72:1 75:8

76:20
sounds 15:11 16:1
  70:14 72:20 86:1
source 116:17
sourcing 66:23
  117:7
south 2:16 3:3 12:18
southeast 100:13
southern 24:10
soy 116:9
space 59:24 61:7
  104:3 106:7 109:14
sparboe 52:4 58:5
  58:23 60:13,16,20
  75:18,23,25 76:1
  79:14 83:17 84:25
  85:1 86:3,14 87:3,8
  87:9,11,25 88:13,17
  89:20 90:17 95:17
  123:2,8,9,10 124:2
  124:10,12 125:5,6
  125:17,25 126:4
sparboe's 87:16
  90:3,7 96:1
sparish 64:18 65:14
  65:15 92:7
speak 13:18 15:24
speakerphone 2:22
  3:5
speaking 36:11
specific 28:7 34:4
  36:22 37:17 62:13
  62:17 74:2
specifically 16:8
  17:22 41:5,8 42:5
  75:19 87:17 89:6
  90:10 102:7 111:14
  117:2 119:7 123:7
  126:5
specifics 33:2
specified 108:25
spell 35:6
spend 18:19 19:2
  34:9 122:7

spending 34:8
spent 18:21
spoke 20:21 21:4,11
  82:23
spoken 72:23 73:9
  73:10
spring 32:4
square 106:7,8,10
  106:12,14 109:22
ssl 85:6 87:1
stahl 3:3 63:21
stake 10:8
stand 59:16 111:3
standard 110:22
standpoint 107:11
start 6:12 17:4
  80:13 112:19
  129:22
started 14:14 22:17
  35:18 58:17 96:8,8
  122:12 123:8
starting 16:12 78:7
  96:13
starts 78:8
state 5:10 6:13 8:17
  8:20 134:3,15 135:3
  135:7
statement 129:23,25
statements 9:16
states 1:1 39:25 53:4
  95:3,5 113:9
statsky 2:3 5:14
status 109:13
stay 24:21 31:21
  58:15
stayed 32:1 109:1,2
staying 85:23
stenographic 135:11
stenographically
  135:8
step 95:11 99:4
stephen 2:7 5:16
  112:16
stepped 25:15,17,20
  25:25 26:16

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| **steps** 58:4 73:23 | **suit** 18:16 | **system** 61:13 95:1,2 | **telling** 72:25 |
| 86:12 88:8 95:21 | **suite** 2:21 3:4 | **systems** 61:23 | **ten** 14:12 24:22 28:7 |
| **steve** 64:22 65:25 | **summarized** 83:3 | **t** | 31:1 120:6 122:16 |
| 66:1 | **summarizing** 84:1 | | **tend** 30:1 |
| **steven** 27:18 28:20 | 98:9 | **t** 4:8 30:10 97:10 | **tense** 80:18 |
| 126:13 | **summary** 64:23 | **tab** 97:10 | **tenure** 27:10 28:6 |
| **stewart** 2:11 5:20 | 67:4 78:13 80:24 | **take** 15:21 30:23 | 28:13 35:10 37:16 |
| **stinson** 2:15 5:21 | 82:2 84:25 85:3 | 32:5 36:16,18 39:1 | 44:5 45:6 47:19 |
| **stocker** 101:5 | 89:4,6,18,24 | 45:20 47:11 50:3 | 48:22 49:3 50:17 |
| **stoller** 90:22 91:16 | **summer** 105:1 | 57:7,19 63:10 70:10 | 130:6 131:1 |
| 92:8,9,20 93:13,17 | **sunny** 10:4 70:4 | 77:19 78:6 88:3 | **tenures** 27:25 |
| 94:4,13 | 71:2,6,11 76:6 | 93:1,12 97:11,17 | **term** 10:24 43:2 |
| **stop** 94:19 | 99:18 100:17,22 | 101:16 112:8 | 85:10 116:24 117:4 |
| **strada** 1:13 | 101:6 122:12 | 113:17,24 114:22 | 117:6 121:4 |
| **street** 2:4,8,15,16,20 | **super** 54:16,16 | 117:15 121:4 122:6 | **termination** 7:9 |
| 5:12,22 35:14,24 | **superior** 43:22 | 122:17 125:19 | **terms** 11:7 15:2 |
| 43:6 72:24 86:3 | **suppliers** 119:24 | 129:1 130:22,23 | 66:23 75:1 113:22 |
| 132:1,2,8 | **supply** 48:3 114:11 | **taken** 1:16 36:8 45:5 | 114:15 117:7 122:4 |
| **strictly** 39:23 | 114:15 115:20 | 63:14 73:23 76:20 | **terry** 20:13 38:25 |
| **strikes** 129:4 | 116:10,15 117:4 | 97:22 112:11 | 41:15 64:7,7,16 |
| **strong** 71:5 | 120:15,16,18,19,20 | 126:19 129:15 | 66:23 69:22 92:7,14 |
| **strongly** 85:8 | 121:1,4 122:21 | 136:4 | 94:8 95:8 98:8 |
| **structure** 33:18 | **support** 58:5 60:13 | **talk** 49:19 59:11 | 101:5 127:18 |
| **studies** 130:25 | 60:16 85:9 | 60:12 100:4 107:14 | **testified** 6:7 8:12,14 |
| **study** 81:10 131:3,7 | **supportive** 99:16 | 119:20 | 9:9,19 11:10 15:2 |
| 131:10,12 | 100:1 | **talked** 50:20,23 | **testify** 11:14 12:23 |
| **stuff** 122:9 | **suppose** 39:7 | 51:10 60:25 69:14 | **testifying** 6:19 15:13 |
| **style** 47:13 | **supposed** 17:14 | 71:20 89:24 95:25 | 16:3 17:10 21:2,15 |
| **styled** 5:5 | 18:25 100:25 | 96:2 111:11,15 | 27:4 |
| **subcommittees** | **supposition** 118:1 | 126:6 128:6,14 | **testimony** 7:23 9:14 |
| 67:20 | 131:6 | **talking** 13:12,18 | 9:16,21 12:7 18:3,7 |
| **subject** 43:13 50:14 | **sure** 13:1 15:24 23:4 | 17:15 25:7 32:21 | 20:9,13,18 21:20 |
| 51:22 54:1 57:25 | 29:18 39:12 40:22 | 34:17,21,22 41:5 | 136:4,6 |
| 64:23 78:13 89:14 | 58:16 60:21 65:8,12 | 52:14 55:4 60:15 | **th** 28:1 29:19 30:5 |
| 92:8 | 85:11 101:4 104:17 | 62:19 81:14,20 | 30:12 31:9,14,22 |
| **subjects** 43:21 | 111:8 115:8 118:6 | 104:11 112:20 | 32:2,5 |
| **submitted** 9:15 | 124:20 | **talks** 47:8 82:11 | **thank** 15:1 51:21 |
| **subscribed** 136:22 | **surrounding** 10:2 | 103:20 115:6 | 63:22 79:10 130:24 |
| **subsection** 39:22 | 24:12 26:6 | **tape** 97:17 | **thanking** 6:13 |
| **substantial** 74:19 | **sv** 54:6,12,14 | **tasked** 72:10 | **thanks** 63:20 86:14 |
| **substitute** 71:6 | **swift** 17:1,2 | **team** 32:25 88:9,19 | **theme** 90:7 |
| **suffice** 117:3 | **sworn** 6:3,6 9:16,21 | 89:14 90:11,12,14 | **thing** 15:19 67:18 |
| **sufficiently** 56:8 | 134:8 136:22 | **technical** 10:24 | 70:3 |
| **suggestions** 47:23 | **sysco** 112:3 | **tell** 21:17 71:15 | **things** 33:21 34:23 |
| | | 112:24 | 44:23 111:1 130:15 |

**think** 7:9 8:1 9:3
10:19 14:15,23
15:12 18:10,13,24
20:1 25:13 26:17
27:18 29:15 31:5,8
42:16 44:12 45:2
50:20 51:14,15
52:16 56:2,16 61:1
61:4,13 66:15 70:19
81:14 85:1,15,22
91:13 95:14,19 96:4
99:18,18 100:9,9
108:7 111:7 113:8
114:3
**thinking** 33:10
127:14
**third** 48:2 116:19
122:14
**thirds** 116:20,23
128:15
**thought** 7:19 71:25
85:21 86:21 100:11
**thoughts** 75:4
**threat** 95:16
**three** 19:4 68:12
69:7 78:9
**tim** 20:9 41:18 50:8
54:10 64:22 66:5
127:18
**time** 1:11 5:9 15:16
18:2,19,21,24 20:8
20:21 21:4,11,23
23:8 25:14 27:15,20
28:9,10 29:2,14,25
30:23 33:15 35:10
44:23 46:7 55:12,15
58:22,24 60:8 62:3
62:19 63:12,15 65:2
65:13,16 66:18
72:17,25 73:2,19
74:22 76:16 79:2
82:17 86:11 88:3
89:16 93:25 94:13
96:18 97:20,23
98:12 104:18 105:6

107:14,19,22,24
108:2,6,14 109:18
112:10,12,25 113:2
113:2 116:18 117:1
117:2 119:2,4,6,10
120:1,5 121:18
122:1,4,6,24,25
124:13 126:17,20
129:13,16 130:3,5
133:6
**times** 51:16 58:18
110:18
**title** 21:23 22:1
65:12 67:4
**titled** 38:22 46:24
**toby** 21:11 41:21
64:22 66:7,21,22
127:18
**today** 5:2 6:13,19
10:7 15:14 16:3
17:10,14 18:4,7
20:9 21:2,7,15,20
27:4 35:16 52:9
58:10 59:21 72:8
88:21 90:1 113:7
114:24
**today's** 18:19 20:12
**told** 6:15 51:14
95:10
**tone** 80:17
**top** 42:9 46:2 85:10
92:5 102:10
**topic** 17:14,22,25
18:1,5 57:4
**torres** 2:20 5:25
**totally** 81:1
**touch** 85:5
**trade** 43:20 71:2
74:7,11 75:1,15
132:11,17
**transcript** 20:15
135:10,10 136:3
**transition** 104:1
**transmitted** 40:16

**transportation**
106:20
**travis** 3:2 63:20
**treatment** 59:25
94:16
**trial** 9:2,11,13 11:12
11:15 12:7
**trimming** 106:20
**troubles** 82:20
**true** 135:10 136:5
**truthfully** 15:10,13
**try** 15:23 31:19
68:25 87:24 113:20
114:3
**trying** 68:21 86:6
**tuesday** 51:25 80:6
98:9
**turn** 42:8 47:7 68:9
79:21 81:9 103:18
**twin** 54:19
**two** 15:3 21:21
22:18 25:16,24 26:7
45:17 46:22 49:8
54:17 64:8 68:11,20
69:1 82:12 84:1
91:12 93:3,7 97:8
116:20,23 128:14
**type** 115:10 116:3
132:9

**u**

**u.s.** 114:9 115:20
**ue** 4:12,12 45:13,14
45:18,18
**uea** 110:22 111:3
**uep** 18:2 26:13 27:2
27:6 34:12,16,18
46:3,21,22,25 48:25
49:14 50:1,14 51:22
51:24 52:23 54:1
55:4,15 57:6,11,25
58:4,10,12,18,22
60:1,4,9,11,18 62:4
62:6 63:8 64:24
67:4,14,19 69:7

70:9,11,16 71:7,9
74:10,12,14,15
75:21 76:3 78:4
80:20,25 81:14,25
82:15 85:4,8,24
86:2 87:3,4,8,10,23
88:3 89:18 90:3,7
92:13,15 93:21 94:7
94:9 95:4,11,17
96:6,15,21 98:9
99:9,18 100:5,18,23
101:7 104:9,21
105:8,9,20,25 106:6
106:25 107:9,23,25
108:8,23 109:6,18
109:24 110:8,11,22
112:1 119:3,11
122:2,23 123:10
124:5,13,22 125:2
126:1,8 127:7,8,10
127:12,15,16,20,22
128:7,17,19
**uep's** 59:6 70:12
95:25 104:19
**uh** 19:6 24:20 32:10
51:8 100:19
**ultimately** 58:17
102:21 113:25
125:2
**ultra** 10:18,21
**un** 131:5
**unclear** 89:2
**uncompetitive**
94:22 96:14
**undergraduate**
16:14
**underlying** 91:24
98:24 99:1
**underscore** 77:16
77:18
**undersigned** 134:6
**understand** 6:18
10:23 15:7,22 16:3
16:4 17:9 18:3,14
37:19 49:14,20,22

HIGHLY CONFIDENTIAL

83:9,10 84:10,16
88:23 124:20
131:24
**understanding** 10:6
11:6 17:13,22 18:12
23:9 24:11 30:16
37:23 49:25 52:8,14
53:13 54:21 55:14
58:9 59:20 69:13
81:17,20 83:2 84:14
92:18,20 93:14,19
99:5 101:24 102:5,9
107:3 111:21
**understood** 15:9
118:22
**unfortunately** 76:23
92:13 94:7 101:1
**united** 1:1 49:17
55:21 61:8 87:15
95:3,4 99:10 104:2
104:13 111:4,5
113:9 127:23
**university** 16:17
**update** 44:22
**urner** 118:8
**usa** 102:10,11
**usda** 110:14
**use** 62:11 71:7 81:1
82:23 91:4 103:5,13
116:17

| v |
|---|

**v** 30:10 45:19
**vague** 132:5
**validation** 110:21
**value** 11:4 54:16,16
61:20 115:22 127:7
127:17,19
**variable** 116:8
**variables** 116:8
**varied** 28:10
**variety** 108:10
**various** 68:6
**vary** 28:9

**vendors** 114:13
**venued** 8:17 11:7
**verbal** 105:9
**verdict** 9:4 11:19,21
**versus** 82:19 127:20
**vestar** 27:25 29:18
30:4,9,23 31:22
32:3
**vestar's** 31:6
**vice** 41:1 80:7,15
**videographer** 3:7
5:1,8,23 6:2 63:12
63:15 97:16,20,23
112:10,12 126:17
126:20 129:13,16
133:5
**videotaped** 1:8 5:3
**view** 33:17 111:23
112:6 127:6
**vince** 64:17 65:4,5
92:6 114:25 115:1
115:17
**violation** 37:24
**virtue** 11:19
**visiting** 83:22
**volume** 21:18
**voted** 67:24 68:6
69:15
**voting** 52:1
**vsl** 10:12

| w |
|---|

**w** 35:8 38:25
**wal** 78:2,13 80:3,5
81:6 82:3 83:4
84:24 85:4,6,6,11
87:17,23 89:6,18
96:3,9,12 112:3
**want** 27:10 30:9
33:9 39:8,10,12,13
39:14 43:12,13 63:6
70:15,22 72:21 93:4
96:6 97:2 100:14
117:17,17 121:7,8,9
121:10 126:14

129:22
**wanted** 13:16 34:1
57:10,10 61:22
79:20 88:8 91:23
120:6 121:22
124:18 125:21
**watch** 54:3,22
**way** 58:25 62:10
79:6 113:18 121:24
**wayne** 78:10 123:24
124:2
**we've** 46:24 119:5
123:4
**wednesday** 50:11
57:18
**week** 125:22
**weeks** 10:19,19,19
**welcome** 63:24
**welfare** 34:18 49:19
49:22 50:14 51:22
51:24 54:2 55:16
57:25 67:21 68:10
68:20 69:1 74:20
122:23
**wendy** 78:11
**went** 9:2 11:23
14:12 17:1,2 24:13
89:13 122:5
**westdal** 78:12
**westphal** 14:3,4,16
14:23 64:23 66:10
66:11
**whatsoever** 26:12
**whichever** 38:2
**whites** 113:1
**william** 2:15 5:21
**willing** 62:15 120:3
**willingness** 81:3
**window** 29:2
**wisconsin** 16:17
**wishes** 63:18
**withdrawal** 106:19
**withdrawn** 7:5 9:23
11:22 40:23 41:14
42:7 43:1 59:16

79:11 90:4 93:15
101:25 106:2
117:22 128:13
131:24
**witness** 4:2 6:6,8
12:22,24 39:15
42:23 51:3,8 56:13
64:13 66:21 70:25
79:23 86:8 87:6
93:7 94:15 97:19
98:16 125:10
129:10 132:11
134:10
**witnessed** 81:2
**wolski** 35:5,9,15
36:16 40:10 43:7,8
72:17 73:6,7
**woman** 20:2 27:23
**women** 80:19
**woodward** 13:22,24
35:14 41:1 73:8,9
73:11
**woodworth** 13:23
**words** 28:6 34:1
57:9 103:3
**work** 15:6 16:20
25:17 26:1 76:24
110:21 112:7
**worked** 7:11 16:23
61:8 66:23 76:22
**working** 26:9
125:24
**world** 95:3 96:5
117:7
**wright** 1:12 5:4
**write** 115:8 116:2
117:9 124:7,15
125:21 126:7 127:6
**writes** 51:23 123:24
**written** 9:16 37:17
67:7
**wrong** 37:1 44:12
52:17 59:12 76:15
89:4

HIGHLY CONFIDENTIAL

**[wrongful - zitrin]**

| |
|---|
| **wrongful**  7:9 |
| **wrote**  54:22 69:18 |
| 84:11 89:4 94:2 |
| **x** |
| **x**  4:1,8 |
| **y** |
| **yeah**  7:19,21 9:12 |
| 10:10 11:18 14:15 |
| 18:16 21:10 28:25 |
| 29:22 32:14 59:23 |
| 83:5 84:6,20 85:18 |
| 93:5 97:19 98:16 |
| 99:11 103:19 128:4 |
| 129:9 131:5 |
| **year**  17:4 25:18,24 |
| 32:2 35:18 68:2 |
| 81:6 119:22 122:16 |
| **yearly**  44:11,13,15 |
| **years**  14:12 20:23 |
| 21:5,13,13 25:17 |
| 26:7 33:10 92:11 |
| 94:5 124:24 |
| **yesterday**  18:21 |
| 19:3 67:13 79:3 |
| 98:18 117:18 |
| **yolk**  113:1,5 |
| **york**  2:4,12 5:12,12 |
| **z** |
| **zachman**  78:11 |
| **zitrin**  2:19 5:24,24 |
| 133:1 |