# ATTACHMENT 47

HIGHLY CONFIDENTIAL

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - - x    MDL NO. 2002
                                    :    08-md-02002
                                    :
IN RE: PROCESSED EGG PRODUCTS       :
ANTITRUST LITIGATION                :
                                    :    HIGHLY
                                    :    CONFIDENTIAL
                                    :
                                    :
- - - - - - - - - - - - - - - - - - x



30(B)(6) DEPOSITION OF ROBERT PONTIUS

August 29, 2013

VOLUME 1


Reported by
Brooke R. Bohr
CSR No. 753

HIGHLY CONFIDENTIAL

Pontius, Robert

August 29, 2013

2 (Pages 2 to 5)

---

**2**

1        DEPOSITION OF ROBERT PONTIUS, taken at
2 the instance of the Defendants, at the Grove
3 Hotel, 245 S. Capitol Boulevard, in the City of
4 Boise, State of Idaho, commencing at 9:19 a.m., on
5 August 29, 2013, before Brooke R. Bohr, CSR, RPR,
6 a Notary Public in and for the State of Idaho,
7 pursuant to notice, and in accordance with the
8 applicable Rules of Civil Procedure.

---

**3**

1        A P P E A R A N C E S
2
3    FOR ALBERTSONS LLC AND ROBERT PONTIUS
4      Kevin J. Murray
5      KENNY NACHWALTER
6      1100 Miami Center, 201 S. Biscayne Boulevard
7      Miami, FL 33131-4327
8      (305) 373-1000
9      kmurray@kennynachwalter.com
10
11      Brian D. Bethke
12      LAW OFFICES OF BRIAN D. BETHKE
13      950 W. Bannock Street
14      Boise, ID
15      (208) 319-3811
16
17    FOR THE INDIRECT PURCHASERS
18      Keith D. Essenmacher
19      LOVELL STEWART HALEBIAN LLP
20      500 Fifth Avenue
21      New York, NY 10110
22      (212) 608-1900

---

**4**

1        A P P E A R A N C E S
2
3    FOR ROSE ACRE FARMS
4      Molly S. Crabtree
5      PORTER WRIGHT MORRIS & ARTHUR LLP
6      41 South High Street, Suites 2800-3200
7      Columbus, OH 43215-6194
8      (614) 227-2015
9      mcrabtree@porterwright.com
10
11    FOR NUCAL FOODS, INC.
12    (Appearing telephonically)
13      Margaret Ziemianek
14      KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
15      101 California Street, Suite 2300
16      San Francisco, California 94111
17      (415) 421-6140
18      mziemianek@kasowitz.com

---

**5**

1        A P P E A R A N C E S
2
3    FOR MICHAEL FOODS, INC.
4    (Appearing telephonically)
5      Sharon Markowitz
6      LEONARD, STREET & DEINARD, P.A.
7      150 South Fifth Street, Suite 2300
8      Minneapolis, Minnesota 55402
9      (612) 335-7252
10      Sharon.Markowitz@leonard.com
11
12    FOR SPARBOE FARMS, INC.
13    (Appearing telephonically)
14      Troy Hutchinson
15      BRIGGS AND MORGAN
16      80 South Eighth Street
17      Minneapolis, Minnesota 55402
18      (612) 977-8400
19      thutchinson@briggs.com
20
21    VIDEOGRAPHER:
22      Chris Ennis

---

HIGHLY CONFIDENTIAL

Pontius, Robert

August 29, 2013

3 (Pages 6 to 9)

---

6

1    W I T N E S S
2    ROBERT PONTIUS                    Page:
3        Examination by Ms. Crabtree        9
4        Examination by Mr. Murray          85
5
6                    * * * * *
7
8    E X H I B I T S
9                                      Page:
10   Albertsons Exhibit 1 Notice of Deposition      17
11   Albertsons Exhibit 2 Supplemental Responses    36
12   Albertsons Exhibit 3 Albertsons Promotional Offer  40
13       Form
14   Albertsons Exhibit 4 Co-Pack Purchase Agreement  49
15   Albertsons Exhibit 5 Quote              52
16   Albertsons Exhibit 6 Packaging Cost Spreadsheet  60
17   Albertsons Exhibit 7 First Amendment to    73
18       Our Own Brands Supply Agreement
19   Albertsons Exhibit 8 Spreadsheet        77
20
21                    * * * * *
22

---

7

1        BOISE, IDAHO
2        August 29, 2013, 9:19 a.m.
3
4            THE VIDEOGRAPHER:  Okay.  So the camera
5        is rolling, and we're on the record.  We are
6        videotaping this deposition.  My name is Chris
7        Ennis.  I'm the owner of NuVision Productions,
8        5178 South Sweetgrass here in Boise, Idaho.
9            Today's date is August 29th.  The
10       approximate time is 9:19 a.m. mountain time.
11       Today's deposition is being taken at The Grove
12       Hotel in Boise, Idaho.
13           The deponent's name is Bob Pontius.
14       And if the counsel in the room and on the phones
15       can identify themselves, please.
16           MS. CRABTREE:  Molly Crabtree for Rose Acre
17       Farms.
18           MR. MURRAY:  Kevin Murray from Kenny
19       Nachwalter on behalf of Albertsons LLC and the
20       witness, Mr. Pontius.
21           MR. BETHKE:  Brian Bethke for Albertsons
22       LLC.

---

8

1            MR. ESSENMACHER:  Keith Essenmacher on
2        behalf of the indirect purchasers.
3            THE VIDEOGRAPHER:  And if you can swear the
4        witness.
5            THE REPORTER:  Okay --
6            MS. MARKOWITZ:  Sharon Markowitz for
7        Michael Foods.  Sorry.
8            THE REPORTER:  Please raise your right
9        hand.
10           MS. ZIEMIANEK:  Margaret Ziemianek,
11       Kasowitz Benson Torres & Friedman for NuCal Foods.
12           THE REPORTER:  Could you say that one more
13       time?  I'm sorry.  I didn't catch the end.
14           MS. ZIEMIANEK:  Margaret Ziemianek of
15       Kasowitz Benson Torres & Friedman for NuCal Foods.
16           THE REPORTER:  Thank you.
17               Okay.  Please raise your right hand.
18
19               ROBERT PONTIUS,
20       produced as a witness at the instance of the
21       Defendants, having been first duly sworn, was
22       examined and testified as follows:

---

9

1
2                    EXAMINATION
3    BY MS. CRABTREE:
4        Q.  Good morning.
5        A.  Good morning.
6        Q.  Long, though, it's been already.
7            Could you please state your name for
8        the record.
9        A.  Robert Pontius.
10       Q.  Mr. Pontius, by whom are you employed?
11       A.  Albertsons LLC.
12       Q.  And how long have you worked for
13       Albertsons LLC?
14       A.  A little over three years.
15       Q.  So you started in 2009 or '10?
16       A.  '10.
17       Q.  And who did you work for before
18       Albertsons LLC?
19       A.  Acosta Sales and Marketing.
20       Q.  Can you spell that?
21       A.  A-c-o-s-t-a Sales and Marketing.
22       Q.  And what did you do for Acosta Sales

---

HIGHLY CONFIDENTIAL

Pontius, Robert                                                     August 29, 2013

4 (Pages 10 to 13)

---

10

1  and Marketing?
2      **A.  I was a business manager.**
3      Q.  How long were you with Acosta?
4      **A.  For three years.**
5      Q.  And before Acosta, where did you work?
6      **A.  I worked for Albertsons.**
7      Q.  Is that Albertsons, Inc.?
8      **A.  The original Albertsons, yes.**
9      Q.  The original.  We'll call them the
10  original then.  What did you do with the original
11  Albertsons?
12      **A.  A variety of positions, ending with**
13  **sourcing manager.**
14      Q.  How long were you the -- a sourcing
15  manager with Albertsons?
16      **A.  About 13 months.**
17      Q.  And before that, what did you do?
18      **A.  Buyer in Phoenix, Arizona.  A warehouse**
19  **buyer in Phoenix, Arizona.**
20      Q.  And how long were you a warehouse buyer
21  in Phoenix?
22      **A.  About five years.**

---

11

1      Q.  And before that?
2      **A.  Store director.**
3      Q.  How long were you a store director?
4      **A.  About three years.**
5      Q.  And before that?
6      **A.  Grocery manager, about four years.**
7      Q.  Before that?
8      **A.  Grocery clerk.**
9      Q.  So you -- you started there, right?
10      **A.  Yeah.  I -- I started as a bagger.**
11  **So . . .**
12      Q.  Okay.  And when did you start with the
13  original Albertsons?
14      **A.  1986.**
15      Q.  And you were there until 2007?
16      **A.  Correct.**
17      Q.  And why did you leave?
18      **A.  SUPERVALU purchased the original**
19  **Albertsons and they were moving my job function to**
20  **Minneapolis.**
21      Q.  And --
22      **A.  I wanted to stay here.**

---

12

1      Q.  So you had the opportunity to go to
2  Minneapolis but decided to stay here?
3      **A.  Yes.**
4      Q.  Okay.  And when you rejoined
5  Albertsons LLC in 2010, what position have you
6  held there?
7      MR. MURRAY:  Object to the form of the
8  question, "rejoined."
9      MS. CRABTREE:  Agreed.
10      Q.  BY MS. CRABTREE:  When you started with
11  Albertsons LLC, what's your position with
12  Albertsons LLC?
13      **A.  Private label merchandiser.**
14      Q.  And what does that mean?
15      **A.  I'm responsible for the sales and**
16  **merchandising aspects of all private label**
17  **products.**
18      Q.  Does that include eggs and egg
19  products?
20      **A.  It does.**
21      Q.  And when you were with the original
22  Albertsons, did you deal with eggs and egg

---

13

1  products?
2      **A.  Only from the aspect of when I was a**
3  **store manager and a grocery manager, sold the**
4  **products in our stores.**
5      Q.  Were you ever responsible for sourcing
6  eggs and egg products?
7      **A.  Not with the original Albertsons.**
8      Q.  But you are with the current?
9      **A.  I am today, yes.**
10      Q.  Okay.  How many grocery stores does
11  Albertsons LLC own?
12      MR. MURRAY:  Objection.  You've got to put a
13  time limit on that because it's changed
14  significantly.
15      Q.  BY MS. CRABTREE:  Okay.  Starting in
16  2010, how many grocery stores did Albertsons LLC
17  own?
18      **A.  At that time, it was about 225.**
19      Q.  What about currently?
20      **A.  The Albertsons LLC that we're talking**
21  **about operates 192 stores.  In March of this year,**
22  **we purchased a large block of stores from**

---

HIGHLY CONFIDENTIAL

Pontius, Robert                                           August 29, 2013

5 (Pages 14 to 17)

---

**14**

1  SUPERVALU.  And so all told between both
2  organizations we are around 1,060.
3      Q.  And the stores that you bought in
4  March, were those stores that the original
5  Albertsons had control over?
6      A.  Prior to 2006, correct.
7      Q.  So prior to 2006, how many stores did
8  the original Albertsons own?
9      A.  Including drugstores and -- and fuel
10  kiosks and everything, I believe the number was
11  around 2,500.
12      Q.  Okay.  So the number of stores
13  Albertsons LLC now owns is about half of what the
14  original Albertsons owned before SUPERVALU bought
15  some?
16      A.  That would be accurate.
17      Q.  Got it.
18          With Albertsons LLC, what types of
19  eggs and egg products does Albertsons LLC
20  purchase?
21      A.  We purchase shell -- fresh shell eggs;
22  we purchase specialty eggs; we purchase liquid

---

**15**

1  eggs; and we purchase frozen liquid eggs.
2      Q.  Frozen liquid?
3      A.  Yeah.
4      Q.  Let me back up one second.
5      A.  Sure.
6      Q.  The -- the footprint of Albertsons LLC
7  since March, what would be the geographic
8  footprint of the current LLC?
9      A.  I think we operate in about 18
10  different states.  We have the -- pretty much
11  the entire western half of the United States,
12  running across the southern half, and then we
13  have Jewel, Acme, and Shaw's in the Midwest and
14  Northeast.
15      Q.  That was going to be my next question.
16  What -- what are the different names of the
17  grocery stores that Albertsons LLC currently
18  runs?
19      A.  We have the Albertsons banner, the
20  Lucky banner, Super Saver banner, Jewel-Osco
21  banner, Acme banner, Shaw's banner, and Star
22  banner.

---

**16**

1      Q.  For what time period is Albertsons LLC
2  claiming that it purchased eggs and egg products
3  for which it's seeking damages in this suit?
4      MR. MURRAY:  Object to the form of the
5  question to the extent it calls for a legal
6  conclusion.
7      THE WITNESS:  I -- I'm not really sure.
8  I'd have to . . .
9      Q.  BY MS. CRABTREE:  So Albertsons LLC has
10  existed since 2006; is that correct?
11      A.  Yes.
12      Q.  And has it been purchasing eggs and egg
13  products since 2006?
14      A.  Yes.
15      Q.  But Albertsons LLC didn't exist before
16  2006, correct?
17      A.  Correct.
18      Q.  So it couldn't have bought eggs and egg
19  products prior to that period?
20      A.  Correct.
21      Q.  Okay.  I'm going to go ahead and show
22  you what we've marked as exhibit -- Albertsons

---

**17**

1  Exhibit 1.
2      (Albertsons Exhibit 1 marked.)
3      MR. MURRAY:  Thank you.
4          Wait a minute.  You might want to look
5  through this.  It's got some --
6      MS. CRABTREE:  Oh, it's got a fax on it,
7  doesn't it.
8      MR. MURRAY:  -- some notes.  And so I didn't
9  look at what anything is written there --
10      MS. CRABTREE:  That's a fax cover sheet.
11      MR. MURRAY:  -- wrote -- whatever.  This --
12  maybe you might want to check the one that the
13  witness has marked too before you . . .
14      MS. CRABTREE:  Um-hmm.
15      MR. HUTCHINSON:  Have we taken a roll call
16  yet?  I just got on a little late.
17      MS. CRABTREE:  Hi, Troy.  We did, but you
18  can appear now if you want.  Go ahead.
19      MR. HUTCHINSON:  Okay.  This is Troy
20  Hutchinson on behalf of Sparboe Farms.
21      MS. CRABTREE:  I think it went though.
22      Q.  BY MS. CRABTREE:  Ready?

---

HIGHLY CONFIDENTIAL

Pontius, Robert

August 29, 2013

6 (Pages 18 to 21)

---

**18**

A. I believe so.

Q. Do you recognize Exhibit 1?

A. I do.

Q. And Exhibit 1 is a 30(b)(6) notice to Albertsons LLC. Do you understand that you've been designated to speak on behalf of Albertsons LLC for the topics in this notice?

A. Yes, ma'am.

Q. And are you prepared to speak to all of the topics in this notice?

A. Yes, ma'am.

Q. What did you do to prepare for your deposition today?

A. Talked with a -- a few individuals that had knowledge of eggs and egg procurement, sourcing, negotiations, and did a little bit of research on sales quantities and . . .

Q. Who were the individuals you spoke with?

A. Mike Spiller, Tim Puckett, Tim Ryan, Mark Klewin, Marc Nosal.

Q. And what are their positions

---

**19**

in Albertsons -- are those all Albertsons LLC employees?

A. They are not.

Q. Who -- who are they? Let's start with Mike Spiller.

A. Mike Spiller is a private label merchandiser in the southwest division.

Q. With Albertsons?

A. With Albertsons LLC, yes.

Q. And Tim Puckett?

A. Tim Puckett is a category manager in the southwest division for Albertsons LLC.

Q. I believe the next name was Tim Ryan?

A. Tim Ryan is a category manager in the southwest division for Albertsons LLC.

Q. I missed the next one. Was it Mike --

MR. MURRAY: Mark.

MS. CRABTREE: Pardon? McKlewin?

THE WITNESS: Mark Klewin.

Q. BY MS. CRABTREE: Mark Klewin.

A. Um-hum.

Q. And who is Mark Klewin?

---

**20**

A. Mark Klewin is our procurement manager in the Phoenix distribution center.

Q. And the last name was Mike Nosal?

A. Marc Nosal.

Q. Oh, Marc Nosal.

A. Yep.

Q. I keep getting my Mikes and Marks . . .

A. Marc Nosal is the sourcing manager for SUPERVALU.

Q. And was -- did you speak to each of these gentlemen individually or as a group?

A. Three of them were in -- were in a group phone call and the other were individual.

Q. So Spiller -- who was in the group phone call?

A. The three from the southwest division -- Mike Spiller, Tim Puckett, and Tim Ryan.

Q. And you mentioned that Tim Ryan and Tim Puckett were both category managers. What category are they assigned to?

A. Tim Ryan is in charge of the dairy

---

**21**

category.

Q. And Mr. Puckett?

A. And Tim Puckett is in charge of the frozen category.

Q. And what did you discuss on that phone call?

A. I tried to get a deeper understanding for the merchandising aspects at store level with regards to eggs and egg products.

Q. When you say "merchandising," do you mean retail sale?

A. Yeah. Retail -- all the retail sales functions.

Q. Do any of the gentlemen on that phone have responsibility for choosing an egg supplier?

A. They do not.

Q. Who at Albertsons makes a final decision on who you purchase eggs and egg products from?

MR. MURRAY: When you're referring to Albertsons, now you're referring to the LLC?

MS. CRABTREE: The LLC.

---

HIGHLY CONFIDENTIAL

Pontius, Robert

August 29, 2013

7 (Pages 22 to 25)

| 22 |
|---|

1  MR. MURRAY: Okay. Why don't we say that
2  you'll -- the term "Albertsons" will refer to the
3  LLC unless otherwise . . .
4  MS. CRABTREE: The old Albertsons or
5  original Albertsons I'll clarify for time
6  purposes. Right now, we're just talking about
7  Albertsons LLC.
8  THE WITNESS: Okay. Okay.
9  I'm the one responsible for making
10  those decisions.
11  Q. BY MS. CRABTREE: And what was your
12  conversation with Mark Klewin about?
13  A. In speaking with Mark Klewin, I tried
14  to get a better understanding of the actual
15  procurement process, the buying process from the
16  egg supplier to the distribution center to the
17  stores.
18  Q. And your conversation with Marc Nosal?
19  A. Marc Nosal is the sourcing manager for
20  SUPERVALU. So when I spoke with him, I was trying
21  to get a better understanding of how the egg
22  supplier sourcing decisions were made from 2006

| 23 |
|---|

1  until 2010 --
2  Q. And would those be --
3  A. -- when I came on board.
4  Q. Okay. So did Mr. Nosal used to work
5  for Albertsons LLC?
6  A. He did not. He worked for SUPERVALU.
7  Q. Okay.
8  A. So . . .
9  Q. So from 2006 to 2010, who was in charge
10  of procuring eggs and egg products for Albertsons
11  LLC?
12  A. Marc Nosal and SUPERVALU managed that
13  process as part of a transitional service
14  agreement between SUPERVALU and Albertsons LLC.
15  Q. From 2006 to -- or to currently, who
16  does Albertsons purchase shell eggs from?
17  A. We have several different suppliers
18  in -- in different parts of the country. In 2006,
19  we had locations open at that point that we do not
20  have open any longer. So there were -- there were
21  several suppliers that we did business with then
22  that we don't do now. NuCal Farms, Moark,

| 24 |
|---|

1  Cal-Maine, Zephyr, Sparboe, Hickman's, and Rocky
2  Mountain Eggs.
3  Q. And that's of 2006?
4  A. That was -- yeah, during --
5  Q. Okay. So let's take it --
6  A. -- that time frame.
7  Q. Year by year.
8  A. Okay.
9  Q. So that's 2006. Who -- what about
10  2007?
11  A. So in 2007, we would have been doing
12  business with pretty much all of those same
13  suppliers.
14  Q. And 2008?
15  A. 2008, we would have sold off the piece
16  of business that was supplied by NuCal.
17  Q. But otherwise -- oh, go ahead.
18  A. Otherwise, everybody else we still did
19  business with.
20  Q. In 2009?
21  A. 2009, I believe that was the
22  approximate time that Cal-Maine acquired Zephyr

| 25 |
|---|

1  Hills. So it would have consolidated that piece
2  of business.
3  Q. But you continued to --
4  A. Buy from Cal-Maine.
5  Q. So your volume would have been the
6  same, but it would have come through Cal-Maine
7  instead of Zephyr?
8  A. (Witness nods head.)
9  Q. What about 2010?
10  A. 2010 would have been the same -- same
11  group of suppliers.
12  Q. 2011?
13  A. 2011, we made some supply changes. We
14  eliminated Sparboe Farms and Moark.
15  Q. 2012?
16  A. 2012 would have been Hickman's,
17  Rocky Mountain Eggs, Cal-Maine, and that would be
18  it.
19  Q. And 2013, I take it is going to be two
20  pieces --
21  A. Yeah.
22  Q. -- so let's say preacquisition.

HIGHLY CONFIDENTIAL

Pontius, Robert                                        August 29, 2013

8 (Pages 26 to 29)

---

**26**

1       A.  Preacquisition is Hickman's, Rocky
2   Mountain Eggs, Cal-Maine.  Postacquisition is
3   going to be those three plus -- there's a --
4   there's a bunch of new suppliers, and I'm sorry, I
5   do not -- I do not know those all by memory.
6       Q.  What products were you purchasing from
7   NuCal from 2006 to 2008?
8       A.  Shell -- just shell eggs.  And that
9   would include both commodity eggs and specialty
10  eggs.
11      Q.  What do you consider specialty eggs?
12      A.  Anything that has a health benefit
13  claim or like a free-range, cage-free aspect to
14  it.
15      Q.  Were you buying UEP certified eggs from
16  NuCal?
17      A.  Yes.
18      Q.  Was that a requirement for the eggs
19  that you were purchasing?
20      A.  Yes.
21      Q.  Why did you require UEP certified
22  eggs?

---

**27**

1       A.  The requirement for UEP certified eggs
2   preexisted, so as we moved the business forward,
3   we kept it consistent and kept that requirement in
4   place.  Just to, I guess, keep the program
5   consistent, keep the shopping experience
6   consistent for our customers.
7       Q.  Do you still require UEP certified
8   eggs?
9       A.  We do.
10      Q.  What about Moark?  What were you
11  purchasing from Moark from 2006 to 2011?
12      A.  Shell eggs, to include commodity and
13  specialty eggs.
14      Q.  No egg products?
15      A.  Not from Moark.
16      Q.  Okay.  How about Cal-Maine?  What
17  have you purchased from Cal-Maine from 2006 to
18  present?
19      A.  Shell eggs, to include commodity and
20  specialty.  I'm sorry, I -- I did neglect to
21  mention the supplier for the liquid eggs.
22      Q.  Okay.

---

**28**

1       A.  And that is -- that was ConAgra at
2   that -- in the early years.  In 2011, we switched
3   from ConAgra to Michael Foods for our liquid egg
4   products.
5       Q.  And do you still purchase from Michael
6   Foods today?
7       A.  We do.
8       Q.  Do you require that your liquid eggs be
9   UEP certified?
10      A.  I do not know.
11      Q.  Do you know if they are?
12      A.  Do I know if they are?
13      Q.  If they are?
14      A.  I do not know.
15      Q.  Where would you go to find that out?
16      A.  I could look at a package or refer to
17  the contract.
18      Q.  Did you look at any documents to
19  prepare for today?
20      A.  I did.
21      Q.  Did you look at any of the contracts
22  you have with these suppliers?

---

**29**

1       A.  I looked at the ones for the shell
2   eggs.  I did -- I did not look at the contract for
3   the liquid eggs.  SUPERVALU owns that contract,
4   and I just didn't think to grab that.
5       Q.  Do you know if that -- if the ConAgra
6   and Michael contracts have been produced in this
7   case?
8       A.  I do not know.
9       Q.  How about Zephyr?  What were you
10  purchasing from Zephyr up until the point
11  Cal-Maine purchased them?
12      A.  Shell eggs, to include commodity and
13  specialty.
14      Q.  And Sparboe Farms from 2006 to 2011?
15      A.  Shell eggs, commodity and specialty.
16      Q.  Why did you stop purchasing eggs from
17  Moark in 2011?
18      A.  We put the egg supply contracts out to
19  bid and found a supplier that could do it at a
20  better price for us.
21      Q.  Who is that supplier?
22      A.  Hickman's.

---

HIGHLY CONFIDENTIAL

Pontius, Robert

August 29, 2013

9 (Pages 30 to 33)

---

**30**

1    Q.   That's who took over the Moark
2   business?
3       A.   The Moark business.
4    Q.   And why did you stop purchasing eggs
5   from Sparboe in 2011?
6       A.   In 2011, Sparboe Farms had an animal
7   mistreatment expose that was on the news or -- and
8   so that prompted a -- a supply change.
9    Q.   How did you become aware of that
10   publicity from -- that Sparboe received in 2011?
11       A.   We got an E-mail from Sparboe
12   indicating that it was going to play on television
13   and then saw the actual television program as
14   well.
15    Q.   Who received the E-mail from Sparboe?
16       A.   I did.
17    Q.   Who sent it to you?
18       A.   I believe it was David Collie from
19   Sparboe Farms.
20    Q.   Do you know how to spell his last name?
21       A.   C-o-l-l-i-e.
22    Q.   And when you received that E-mail, you

---

**31**

1   then watched the television program?
2       A.   Yes.
3    Q.   And then what did you do?
4       A.   And then we started talking with the
5   division that's responsible for those stores to
6   get their thoughts on whether or not we needed to
7   make a supply change.
8    Q.   And what division was that?
9       A.   That was the southwest division.
10    Q.   And who did you speak with about that?
11       A.   Quite a variety of folks within the
12   merchandising department.
13    Q.   Do you remember any in particular?
14       A.   I know we talked to Tim Ryan, and I
15   think we talked with Ken Diehl.
16    Q.   What does Mr. Diehl do?
17       A.   At that time, he was the vice president
18   of marketing and merchandising in the southwest
19   division.
20    Q.   Did you hear from any of your customers
21   after the TV special ran?
22       A.   I did not.

---

**32**

1    Q.   Do you know if anyone at Albertsons
2   did?
3       A.   Not that I'm aware of.
4    Q.   So why did you make the ultimate
5   decision to move away from Sparboe in 2011?
6       A.   We thought it was safer, I guess, from
7   a -- from a consumer perception perspective.
8    Q.   Did you hear from any animal rights
9   groups after that TV special?
10       A.   I did not.
11    Q.   Was Albertsons ever identified with
12   that TV special or named as one of Sparboe's
13   clients?
14       A.   I don't believe so.
15    Q.   Who took over that Sparboe business?
16       A.   Hickman's.
17    Q.   Did you put it out to bid?
18       A.   I did not.
19    Q.   How did you determine what price
20   Hickman's would sell eggs in that area -- that was
21   a terrible question.
22       If you didn't put it out to bid, how

---

**33**

1   did you determine the price that Hickman's would
2   charge?
3       A.   We were already doing business with
4   Hickman's in the Arizona and New Mexico markets,
5   so we utilized the same formula for pricing to
6   determine the Colorado pricing.
7    Q.   Did the pricing from Hickman's differ
8   at all from the Sparboe pricing?
9       A.   It did.
10    Q.   Was it more or less?
11       A.   It was more.
12    Q.   And Hickman's was required to provide
13   UEP certified eggs?
14       A.   Yes.
15    Q.   Have you ever entertained a bid from a
16   non-UEP certified company?
17       A.   No, I haven't entertained a bid from
18   one.  A current supplier has offered non-UEP
19   certified eggs, but we elected to stick with UEP
20   certified.
21    Q.   And who was that supplier?
22       A.   Hidden Villa Ranch.

---

HIGHLY CONFIDENTIAL

Pontius, Robert                                    August 29, 2013

10 (Pages 34 to 37)

---

34

1    Q.   What do you purchase from Hidden Villa?
2    A.   Shell eggs and specialty eggs.
3    Q.   For what time periods have you been
4    purchasing from Hidden Villa?
5    A.   They are one of the brand new -- they
6    are a supplier in one of the brand new divisions
7    that we just acquired in March.
8    Q.   And were the non-UEP certified eggs
9    that Hidden Villa offered you, did they cost less
10   than the UEP certified eggs?
11   A.   They do.
12   Q.   Do you remember by how much?
13   A.   About two cents a dozen.
14   Q.   And you decided not to purchase the
15   non-UEP certified eggs?
16   A.   Correct.
17   Q.   What area does Hidden Villa service?
18   A.   Southern California.
19   Q.   Do you know about how many stores they
20   service?
21   A.   196?
22   Q.   What products have you purchased from

---

35

1    Hickman's from 2006 to present?
2    A.   Shell eggs, both commodity and
3    specialty.
4    Q.   And Rocky Mountain?
5    A.   Shell eggs, both commodity and
6    specialty.
7    Q.   Who do you purchase your frozen eggs
8    from?
9    A.   I -- I do not know.
10   Q.   Where would you go to find that
11   information?
12   A.   I would check with one of the
13   distribution centers to see who the vendor is for
14   those products.
15   Q.   Do you know if it's just one vendor or
16   multiple?
17   A.   It's just one vendor.  It's -- it's a
18   single -- just a one-item category.  It's very
19   small.
20   Q.   What do you do with the frozen liquid
21   that you purchase?
22   A.   It is -- it's in a retail customer-

---

36

1    ready package.
2    Q.   So you're not using it as an ingredient
3    in anything?
4    A.   No.  No.
5    Q.   Do you purchase any dried eggs?
6    A.   Not that I'm aware of.
7    Q.   I'm going to show you what has been
8    marked -- or what will be marked as Exhibit 2.  If
9    you could take a moment to look this -- take a
10   moment to look this over.
11   (Albertsons Exhibit 2 marked.)
12   Q.   BY MS. CRABTREE:  This is a document
13   entitled "Direct Action Plaintiff Albertsons LLC's
14   Supplemental Responses to Defendants' First Set of
15   Interrogatories."  And I'll tell you most of my
16   questions are going to be about Exhibit A.
17   So . . .
18   A.   Okay.  Okay.
19   Q.   Do you recognize this document?
20   A.   I do.
21   Q.   Do you know how Exhibit A was created?
22   A.   All I know about it is that it was

---

37

1    created by the lawyers.  They took documents
2    from -- they took documents that we had handed
3    over and created the -- the exhibit.
4    Q.   To your knowledge, did anyone at
5    Albertsons check the accuracy of Exhibit A?
6    A.   Not to my knowledge.
7    Q.   So do you know, sitting here today,
8    whether Exhibit A is, in fact, accurate?
9    A.   I'm not really sure.  I would have to
10   see the source documents to be able to provide
11   context, I guess.
12   Q.   Okay.  Well, let's look at -- let's
13   start with page 1.
14   A.   Um-hum.
15   Q.   And you see there the first exhibit is
16   a date range, then Plaintiff, then Supplier, then
17   Product, and Pricing/Terms.  And the first entry
18   indicates, under Pricing and Terms, ".2025 cost."
19   Do you know what that means?
20   MR. MURRAY:  Are you looking at this page?
21   THE WITNESS:  Yeah.
22   MR. MURRAY:  Okay.

---

HIGHLY CONFIDENTIAL

Pontius, Robert

August 29, 2013

11 (Pages 38 to 41)

---

**38**

THE WITNESS: Yeah, I -- I do not know offhand. I mean I'm not sure what that is. I would have to see the -- the source document.

Q. BY MS. CRABTREE: Do you purchase eggs from Cal-Maine on -- based off of an Urner Barry quote?

A. **We do.**

Q. Do you ever purchase off of a cost plus?

A. **Not that I'm aware of.**

Q. Okay. For all of your shell egg purchases, do you use Urner Barry for pricing?

A. **For all of our commodity egg purchases, yes.**

Q. What about for specialty eggs?

A. **Specialty eggs are -- those are supplier-directed prices.**

Q. And if you look further down that first page, four lines up from the bottom -- well, another question first. Do you see the date range for that first entry is January 28th, 2005?

A. **Um-hum.**

---

**39**

Q. Did Albertsons LLC exist in 2005?

A. **We did not.**

Q. Do you know why you would have data going back to 2005?

A. **That's probably data from the original Albertsons.**

Q. So purchases from 2005 would not be purchases that Albertsons LLC made, correct?

A. **That's correct.**

Q. And if you see four lines up from the bottom, there's an entry for Michael Foods?

A. **Um-hum.**

Q. It says "Liquid Egg White"?

A. **Um-hum.**

Q. Does that refresh your recollection of who you -- from whom you buy liquid eggs -- oh, you told me you bought them from Michael's, correct?

A. **Yeah.**

Q. It was frozen we didn't know.

A. **Correct.**

Q. And this indicates under Pricing and

---

**40**

Terms, ".47 unit cost, Urner Barry Market." Do you know what that means?

A. **I'm not 100 percent sure without seeing the -- the source document.**

Q. Let's go ahead and look at one of those.

MS. CRABTREE: Let's mark Exhibit 3.

(Albertsons Exhibit 3 marked.)

Q. BY MS. CRABTREE: And Exhibit 3 -- if you'll excuse my handwritten Bates on the bottom -- it was an Excel spreadsheet. It's ALBEG 16. And if you turn to page 6 of Exhibit A, and it's in 16 through 27. Okay.

Well, first of all, can you tell me what Exhibit 3 is?

A. **It's a promotional offer form.**

Q. And when does Albertsons use promotional offer forms?

A. **When a supplier is offering allowances or -- or promotional monies to be used for discounting products.**

Q. And how does that work?

---

**41**

A. **A supplier -- if a supplier wants to sell more of a specific product, they'll give us money off of the case cost or against scan movement to discount, promote, advertise, display their products during a specific window.**

Q. So that would be an additional discount that you'd have your price based off of the Urner Barry, correct?

A. **Um-hum.**

Q. And is that price always some amount less than the Urner Barry market?

A. **A promotional allowance would be a discount off of whatever the established price for that time frame was, yeah.**

Q. Okay. So it would be additional?

A. **Um-hum.**

Q. So if you had a contract that specified a certain cents off the Urner Barry market and you were running a promotion with that supplier, the cost you were paying for those eggs would be even less than what the contract indicated, correct?

---

HIGHLY CONFIDENTIAL

Pontius, Robert                                    August 29, 2013

12 (Pages 42 to 45)

---

**42**

1    A.   Could be --
2    Q.   Okay.
3    A.   -- if -- if there was a promotional
4   offer form during that time frame.
5    Q.   All right.  And it looks like -- can
6   you tell me what supplier Exhibit 3 relates to?
7    A.   On page 1, it's from Hickman's Family
8   Farms.
9    Q.   Okay.  And if you could go through and
10  confirm for me that all the pages in this exhibit
11  relate to Hickman's?
12   A.   They do not.
13   Q.   Which ones do not relate to Hickman's?
14   A.   The last two pages are from Moark.
15   Q.   Okay.  And the last page of this is an
16  Albertsons Cost Change Form.  Is this an
17  Albertsons form?
18   A.   It is.
19   Q.   And what do you use this form for?
20   A.   The cost of eggs pretty much change
21  every week based on whatever the Urner Barry
22  average is that's published.  So we use this to

---

**43**

1   help our -- our buyers establish the correct cost
2   in the buying system when they make their
3   purchases.
4    Q.   So do all of your suppliers submit
5   these cost change forms weekly?
6    A.   Either this form or something very
7   similar, yes.
8    Q.   And who receives those?
9    A.   There's a whole host of people that get
10  it.
11   Q.   Do you receive them?
12   A.   I do.
13   Q.   Do you keep them somewhere?
14   A.   I do.
15   Q.   Where do you keep them?
16   A.   I have electronic files for all weekly
17  cost changes.
18   Q.   Okay.  So Exhibit 3 -- excuse me --
19  appears to relate to Hickman's and Moark, correct?
20   A.   Correct.
21   Q.   And if you look at the very bottom of
22  page 5 of Exhibit 2 -- page 5 of Exhibit A of

---

**44**

1   Exhibit 2, just to be more confusing, you'll see
2   the last line there indicates a date of 2005 to
3   2006.
4        And it lists the supplier as Sparboe,
5   and it looks like it lists some pricing and terms,
6   and under Type it says "Executed Contract."  And
7   then under Source, it gives the Bates number for
8   this Exhibit 3.
9    A.   Um-hum.
10   Q.   Does Exhibit 3 at all relate to the
11  2005, 2006 time frame?
12   MR. MURRAY:  I -- I'm going to object.  The
13  Bates numbers are different.  There's -- there's
14  more letters in the -- it is ALBGBEGED, and the
15  "ED" isn't on the chart.
16   MS. CRABTREE:  Okay.
17   MR. MURRAY:  There's a -- there's a
18  difference in the Bates numbers.  The preface to
19  the actual numbers is -- is different.
20   MS. CRABTREE:  Okay.
21   THE WITNESS:  This -- this document doesn't
22  have anything to do with that line item, no.

---

**45**

1    Q.   BY MS. CRABTREE:  Okay.  And if you
2   look at Exhibit 3, it indicates the "Albertsons
3   Promotional Offer Form," that first page?
4    A.   Um-hum.
5    Q.   How often do you receive these
6   Promotional Offer Forms?
7    A.   It varies.  We get them -- we get them
8   every day from all the different suppliers.  But
9   specifically to eggs, it -- it varies greatly.  I
10  mean, there's some that never turn anything like
11  this in.  They never promote.
12   Q.   When you do get them, do you keep them
13  in any particular file?
14   A.   The merchandisers do, yes.  They --
15  they're required to keep them.
16   Q.   Would you receive them?
17   A.   I would not.
18   Q.   Okay.  So these go directly to the
19  merchandisers in the regions?
20   A.   To the division, yes.
21   Q.   And how often do you run specials on
22  eggs?

---

HIGHLY CONFIDENTIAL

Pontius, Robert                                           August 29, 2013

13 (Pages 46 to 49)

---

**46**

1  A.  Very often.  I would probably say two
2  to three times a month.
3  Q.  Why do you run them so often?
4  A.  It's a great traffic driver, and it
5  is a very sensitive item from a consumer
6  perspective.
7  Q.  What do you mean by "sensitive item"?
8  A.  Consumers know and understand eggs,
9  high household penetration, a lot of people use
10 them.  So it's pretty much on everybody's
11 shopping -- shopping list every week.  So it's a
12 good item to get the customer in.
13 Q.  So when you run specials two to three
14 times a month, are -- do you ask for a lower price
15 whenever you run a special from your supplier?
16 A.  Not always.
17 Q.  Do you ever sell eggs at a loss?
18 A.  Yes.
19 Q.  Are you familiar with the term "loss
20 leader"?
21 A.  Yes.
22 Q.  What does that mean?

---

**47**

1  A.  That means there -- there are some
2  items that we lose money intentionally on because
3  it's sensitive to a customer or it is a good item
4  to bring customers into the store.
5  Q.  And is eggs one of the items that you
6  use as a loss leader?
7  A.  Yes.
8  Q.  How often are you selling eggs at a
9  loss?
10 MR. MURRAY:  Object to the form of the
11 question.  It is vague.
12 THE WITNESS:  It would depend.  I mean,
13 each division is going to have different
14 merchandising and advertising philosophies and --
15 and timing.
16 And it depends on the competitive
17 market, you know, what is going on in the market.
18 If you're in an area where there's not as much
19 competition, you don't have to price as low, so
20 they may not lose money on their eggs.
21 Q.  BY MS. CRABTREE:  How do you determine
22 the price that you charge customers for eggs?

---

**48**

1  A.  For the most part, it's based on
2  competitive market pressure.
3  Q.  And you said that the price that you
4  pay for eggs varies pretty much weekly?
5  A.  Yes.
6  Q.  How often do you change the retail cost
7  based on your supplier cost?
8  A.  Not very often.  We -- well, I take
9  that back.  With specialty eggs, we do make
10 changes based on cost on -- on what our supplier
11 cost is.  With commodity eggs, we base our pricing
12 off of what the market and the competition is
13 doing.
14 Q.  The retail market?
15 A.  The retail market, yes.
16 Q.  So if you're paying more to your
17 supplier for eggs, you wouldn't necessarily be
18 charging your customers more for those eggs?
19 A.  Correct.
20 Q.  Is there a point at which your
21 commodity egg costs would increase to a point
22 where you would change the retail costs?

---

**49**

1  A.  It's more important for us to be
2  competitive in the retail market than it is to
3  watch our pennies on eggs.
4  MS. CRABTREE:  Let's go ahead and mark
5  Exhibit 4.
6  (Discussion off the record.)
7  (Albertsons Exhibit 4 marked.)
8  MR. MURRAY:  Do you want to announce the
9  Bates numbers for the record?
10 MS. CRABTREE:  Oh, yeah.  It is CM489258.
11 THE WITNESS:  Okay.
12 Q.  BY MS. CRABTREE:  Have you ever seen --
13 the title of the document is a "Co-Pack Purchase
14 Agreement," dated September 15th, 2007.  Have you
15 ever seen this document before?
16 A.  I have not.
17 Q.  If you turn to page 5 of your
18 Exhibit 2 -- not this one.  This one.
19 A.  Okay.
20 Q.  If you see the top entry there, you see
21 under Source the Bates number for this document
22 corresponds with the top number on that Bates

---

HIGHLY CONFIDENTIAL

Pontius, Robert                                                  August 29, 2013

---

50

1  number?
2     **A.  Okay.**
3     Q.  You agree that's the same number listed
4  in Exhibit A on behalf of Albertsons?
5     **A.  Yes.**
6     Q.  Okay.  If you could turn to the --
7  well, first, do you know who Mahard Egg Farms is?
8     **A.  I do not.**
9     Q.  Do you know if you've ever received
10 eggs from Mahard Egg Farms?
11    **A.  I do not.**
12    Q.  Okay.  And if you look at the last page
13 of Exhibit 4, it says "Exhibit '1', Egg Pricing
14 Schedule"?
15    **A.  Um-hum.**
16    Q.  And then there's a series of three
17 columns in the middle of that page.  Can you tell
18 me what that -- those columns mean?
19    **A.  "Size" is the -- is the description of**
20 **the eggs, from jumbo, extra large, or large eggs.**
21 **The "Market" speaks to the Urner Barry regional**
22 **market and the size for each one.  And then the**

---

51

1  **last column is the underage or discount off of**
2  **Urner Barry.**
3     Q.  Okay.  And do you know which Urner --
4  oh, it does say "Urner Barry Southeast market,"
5  correct?
6     **A.  South Central.**
7     Q.  Oh --
8     MR. MURRAY:  SC.
9     Q.  BY MS. CRABTREE:  Okay.  Do you see in
10 the paragraph -- the second paragraph, that starts
11 "Mahard will sell eggs" --
12    **A.  Um-hmm.**
13    Q.  -- and then it says "such prices based
14 on a previous weeks' Thursday Southeast market"?
15    **A.  Okay.**
16    Q.  And you said you -- you saw "South
17 Central."  Where did you see South Central?
18    **A.  Under Market in the column section.**
19 **"SC" stands for South Central.**
20    Q.  Okay.  Do you know which market you
21 were purchasing eggs from from Cal-Maine in 2007?
22    **A.  I do not.**

---

52

1     Q.  Okay.
2     **A.  I do not.**
3     Q.  Okay.  You can set this one aside.
4     MS. CRABTREE:  Let's mark Exhibit 5.
5     (Albertsons Exhibit 5 marked.)
6     MS. CRABTREE:  The Bates is ALBEGED 3.
7     THE WITNESS:  Okay.
8     Q.  BY MS. CRABTREE:  Do you recognize this
9  document?
10    **A.  I have not seen it before, but I -- I**
11 **know what it is.**
12    Q.  What is it?
13    **A.  It's a cost change notification.**
14    Q.  Okay.  And the cover page looks to be
15 similar to the -- the pricing structure we saw in
16 the previous document, and it indicates "New
17 Market" and "Old Market" and lists the effective
18 date as January 18th, 2009.  Is this similar to
19 the type of cost change you would receive on a
20 weekly basis?
21    **A.  Yes.**
22    Q.  And you see at the bottom it says

---

53

1  "Distribution" and there's a Moark LLC E-mail
2  address for "Martha."  Do you know who that is?
3     **A.  I do not.**
4     Q.  And underneath that, it says "Diane
5  Bible" and then lists an Albertsons' LLC E-mail
6  address.  Do you know who Diane Bible is?
7     **A.  I do.**
8     Q.  Who is that?
9     **A.  She is a department specialist in the**
10 **Southwest division.**
11    Q.  What department?
12    **A.  Dairy department.**
13    Q.  And underneath that, it lists a
14 Roberta Brezinsky with a Moark address.  Do you
15 know who that is?
16    **A.  I do not.**
17    Q.  And a "cc" to Stan Foster.  Do you know
18 who Stan Foster is?
19    **A.  I do.**
20    Q.  Who is that?
21    **A.  He was our account exec for Moark at**
22 **that time for covering the New Mexico market.**

---

HIGHLY CONFIDENTIAL

Pontius, Robert

August 29, 2013

15 (Pages 54 to 57)

---

**54**

1     Q.  And if you look at the second page,
2  this is -- it looks like the Albertsons Cost
3  Change Form we saw before, and it looks like this
4  is -- the Bates number on this one is cut off, but
5  it ends with BEGED 3. You'll see the vendor is
6  marked as "McNally Enterprises" -- or "McAnally
7  Enterprises." Do you know who that is?
8     A.  McAnally, um-hmm.
9     Q.  Oh, there you go. Who is that?
10     A.  They are a -- part, subdivision of
11  Moark.
12     Q.  Okay. So the pricing listed in this
13  cost change form would be Moark prices, correct?
14     A.  Correct.
15     Q.  Okay. And the cost change form, would
16  that be generated within Albertsons or would that
17  be something the vendor sent to you?
18     A.  The vendor would fill this out and send
19  it over.
20     Q.  Okay. So you provide this form to your
21  vendors?
22     A.  Um-hmm.

---

**55**

1     MS. CRABTREE: We only have three minutes
2  left on our tape, so it might be a good time for
3  our break.
4     THE VIDEOGRAPHER: We are off the record.
5     (Recess taken.)
6     THE VIDEOGRAPHER: All right. So the camera
7  is rolling and we are back on the record.
8     Q.  BY MS. CRABTREE: The conversations
9  that you had to get ready for your deposition,
10  when did those take place?
11     A.  I talk with Marc Nosal just about
12  every day. But speaking specifically to this, we
13  probably just had conversations over the last
14  three days.
15     Q.  Okay. And about how long would you say
16  you spent talking to Mr. Nosal about this?
17     A.  Probably close to an hour all --
18  altogether.
19     Q.  What about Mr. Klewin? I keep wanting
20  to call him "McKlewin."
21     A.  Probably 20 minutes to a half an hour.
22     Q.  And what about the conference call you

---

**56**

1  had with the Southwest folks?
2     A.  That was about 20 minutes.
3     Q.  And when did that occur?
4     A.  Yesterday.
5     Q.  Okay. When did you talk to Mr. Klewin?
6     A.  Yesterday as well.
7     Q.  Okay. Did you also meet with your
8  lawyers to prepare for today?
9     A.  I did.
10     Q.  And I don't want to know anything they
11  told you, but when did you meet with them?
12     A.  Yesterday.
13     Q.  But for about how long?
14     A.  Three to four hours.
15     Q.  And you said your retail price is
16  based off of a competitive market; is that
17  correct?
18     A.  Yes.
19     Q.  Who were your competitors for egg
20  sales?
21     MR. MURRAY: When? Objection. You better
22  try to narrow that down because it's changed a lot

---

**57**

1  over time.
2     Q.  BY MS. CRABTREE: Do you have set
3  regions? You mentioned your Southwest Region.
4     A.  Um-hum.
5     Q.  What other regions do you have?
6     A.  Specific to LLC, we have the
7  Southwest Region and the Southern Region.
8     Q.  Any others?
9     MR. MURRAY: Before or after the --
10     Q.  BY MS. CRABTREE: Well, that's before
11  March, right?
12     A.  At which time? Yeah.
13     MR. MURRAY: Yeah.
14     Q.  BY MS. CRABTREE: What about
15  post-March?
16     A.  Post-March, I have Southern California,
17  Northwest, Intermountain, Jewel, Acme, and Shaw's,
18  in addition to Southwest and Southern.
19     Q.  Okay. Who are your competitors in the
20  Southwest Region?
21     A.  Walmart, Fries, Safeway, Bashas,
22  Costco. All -- all the big grocery retailers that

---

HIGHLY CONFIDENTIAL

Pontius, Robert                                           August 29, 2013

16 (Pages 58 to 61)

---

**58**

are out there.

Q. And how do you track what they are charging for eggs?

A. We have people that are assigned to go out and price check the sensitive item list every week.

Q. And eggs is on the sensitive item list?

A. It is.

Q. What else is on the sensitive item list?

A. Ground beef, bananas, bread, milk.

Q. What about in the Southern Region? Who are your main competitors?

A. Kroger, Tom Thumb, Walmart, HEB, Aldi, Costco.

Q. Costco is everywhere, isn't it?

A. As is Walmart and -- and Kroger and Safeway. It's all the same folks, just in each division they're called different names.

Q. Okay. So in the Southern California Region, would it be the same list?

A. Yes.

---

**59**

Q. And for the Northwest?

A. The same.

Q. And for Intermountain?

A. The same.

Q. Any differences in the Jewel market?

A. Jewel has a little bit different competitor, and Walmart doesn't have as big of a presence there. Mariano's is a major competitor in that area.

Q. What area is that?

A. Chicagoland.

Q. Any others in that area?

A. Dominicks, which is a division of Safeway. Costco, of course.

Q. What area does Acme cover?

A. That's the Pennsylvania, Philadelphia area.

Q. And any differences in competitors there?

A. They have some different competitors out there. There's Ahold, A&P, Giant, Market Basket, ShopRite. A lot of -- a lot of different

---

**60**

competitors. But all, you know, major grocery retailers.

Q. And what about Shaw? What area is that?

A. That's the Boston, primarily the Boston area.

Q. And any differences in your competitors there?

A. Boston, Market Basket is -- is probably one of the biggest competitors in that area, ShopRite, Shop N Save, A&P, Ahold.

Q. What is Ahold?

A. Ahold is a -- it's a holding -- or it's a -- it's a -- the parent company is based in Europe somewhere, and they -- they own a chain of grocery stores along the east coast.

Q. Okay. We're going to take a look at Exhibit 6 now.

(Albertsons Exhibit 6 marked.)

Q. BY MS. CRABTREE: When you're ready, can you tell me what Exhibit is?

A. It is a bid sheet for an egg supply

---

**61**

contract.

Q. How often do you put your eggs out to bid?

A. It varies. But typically, about every two years.

MS. ZIEMIANEK: What is the Bates number on this one?

MS. CRABTREE: Oh, I'm sorry, because I didn't say it. It's ALBEGED 671. Sorry, Maggie.

MS. ZIEMIANEK: No problem. Thanks.

Q. BY MS. CRABTREE: And is this a form that Albertsons would provide to the bidders?

A. Yes.

Q. Okay. And you see it says "Supplier Name" at the top, "Hickman's Family Farms" and then under that "Payment Terms"? What does that mean, the "Payment Terms"?

A. It means that after the receipt of the goods and the receipt of the invoice, we are required to pay them within 14 days.

Q. Okay. And then you see under that it says "South Central Urner Barry Index," and then a

---

HIGHLY CONFIDENTIAL

Pontius, Robert                                                August 29, 2013

17 (Pages 62 to 65)

---

**62**

1  "Proposed Underage" -- which is my new favorite
2  word.
3          Then next to that, it lists "Current,"
4  "Variance" and "Savings."  Is that something that
5  Albertsons fills out once it gets the bid or is
6  this filled out by Hickman's?
7      **A.  That's something that Albertsons fills**
8  **out after the fact.**
9      Q.  So the stuff to the left of the shaded
10  box would be something that Hickman's fills out or
11  the whole thing is what Albertsons does?
12      **A.  Albertsons does everything except for**
13  **what's in the shaded area, and the shaded area is**
14  **what's filled out by the supplier.**
15      Q.  Okay.  Do you keep these for all bids?
16      **A.  Um-hum.**
17      Q.  Do you have an electronic file of them?
18      **A.  I do.**
19      Q.  Who kept them before you came to
20  Albertsons in 2010?
21      **A.  This process would have been performed**
22  **by SUPERVALU.**

---

**63**

1      Q.  And you referred to a "transitional
2  agreement"?
3      **A.  Transition Service Agreement.**
4      Q.  Transition Service Agreement.  Do you
5  have a copy of that?
6      **A.  I do not.**
7      Q.  Do you know who does have a copy of
8  that?
9      **A.  I would imagine our legal team does,**
10  **but I -- I do not have one.**
11      MS. CRABTREE:  Which is -- Kevin, we haven't
12  been able to find that, so that will probably be a
13  follow-up from me.
14      MR. MURRAY:  Okay.  I don't know about
15  that.  We'll take whatever follow-up under
16  advisement.
17      Q.  BY MS. CRABTREE:  And, again, these
18  would be for certified eggs; is that correct?
19      **A.  Correct.  These are UEP certified**
20  **eggs.**
21      Q.  Do you know what time period this bid
22  sheet would relate to?

---

**64**

1      **A.  It doesn't say on here, but I believe**
2  **that I executed this in early 2011.**
3      Q.  So the -- the 2011 bid you referred to?
4      **A.  Um-hum.**
5      Q.  And did Hickman's prevail?
6      **A.  They did in -- well, let me see.  Where**
7  **is this?  Yes.  This is where -- this is the New**
8  **Mexico business that Hickman's did take over.**
9      Q.  How do you know that?
10      **A.  Just because I -- I did it.**
11      Q.  Because it's your job, right?
12      **A.  Yes.  This was my bid.**
13      Q.  To your understanding, what affects the
14  price that you pay your suppliers for eggs?  What
15  factors affect that price?
16      **A.  I'm sorry.  Can you ask the question**
17  **again?**
18      Q.  To your understanding, you get these
19  weekly price quotes --
20      **A.  Um-hum.**
21      Q.  -- what affects that price of eggs?
22      **A.  Just the Urner Barry.  My -- my price**

---

**65**

1  is predicated off of whatever the Urner Barry
2  publishes.
3      Q.  And if you see the price of eggs go up,
4  do you ever get asked for an explanation or get an
5  explanation as to why the price of eggs is going
6  up?
7      **A.  No.**
8      Q.  So do you have any understanding of
9  the factors that go into that Urner Barry price
10  quote?
11      **A.  There are opinions that are published**
12  **along with the Urner Barry, market publications**
13  **that kind of explain what they base their quote**
14  **off of.**
15      Q.  And you said you only buy UEP certified
16  eggs, correct?
17      **A.  Correct.**
18      Q.  Do you put the UEP certified logo on
19  all of your private label packaging?
20      **A.  I do not know.**
21      Q.  Where would you go to find that out?
22      **A.  I'd -- I would call our packaging**

---

HIGHLY CONFIDENTIAL

Pontius, Robert                                        August 29, 2013

18 (Pages 66 to 69)

---

**66**

¹ supplier or go look at a -- go look at a package.

² Q. Who is your packaging supplier?

³ A. We have a couple of different

⁴ suppliers. Pactiv is our primary supplier of

⁵ molded pulp, and Dolco is our primary supplier of

⁶ foam packaging.

⁷ Q. I'm sorry. Who was the foam again?

⁸ A. Foam is Dolco.

⁹ Q. Dolco.

¹⁰ MR. MURRAY: You might want to spell that if

¹¹ you know.

¹² THE WITNESS: D-o-l-c-o.

¹³ Q. BY MS. CRABTREE: We would just ask you

¹⁴ later anyway.

¹⁵     When you were offered non-certified UEP

¹⁶ eggs by Hidden Villa, why didn't you go with the

¹⁷ cheaper, non-certified eggs?

¹⁸ A. We -- we want to keep our program

¹⁹ consistent and make sure that we're supplying our

²⁰ customers with the -- the same quality yesterday

²¹ as they get tomorrow.

²² Q. What is the most -- what do you look to

---

**67**

¹ to determine who your egg suppliers are going to

² be? What factors do you look at?

³ A. Ability to supply is probably first and

⁴ foremost. Price is always right up there, as far

⁵ as what's required, and then quality to make sure

⁶ that they are going to be able to provide a good

⁷ quality carton, good service, good eggs.

⁸ Q. Anything else?

⁹ A. No.

¹⁰ Q. UEP certification would be one?

¹¹ A. That's -- yeah. That's mandatory to

¹² even participate in the bid.

¹³ Q. When you were with old Albertsons, did

¹⁴ you have anything to do with egg procurement?

¹⁵ A. I did not.

¹⁶ Q. Do you know who did?

¹⁷ A. At the very end, the -- the lady that

¹⁸ was in charge of sourcing, her name was Darlene

¹⁹ Boyce.

²⁰ Q. B-o-y-c-e?

²¹ A. Yes.

²² Q. Did you ever have any dealings with

---

**68**

¹ Gary Angell?

² A. Yes.

³ Q. What was his position?

⁴ A. He's held a variety of positions. I

⁵ think at the very end he was in charge of

⁶ specialty foods, if I remember correctly.

⁷ Q. Do you carry any eggs other than your

⁸ private label eggs now?

⁹ A. Um-hum.

¹⁰ Q. What other?

¹¹ MR. MURRAY: You have to say yes or no.

¹² THE WITNESS: Oh, yes.

¹³ Q. BY MS. CRABTREE: What other eggs do

¹⁴ you carry, or what other brands.

¹⁵ A. We have a lot of brands. It varies by

¹⁶ region. We have Land O'Lakes. We have Eggland's

¹⁷ Best. We have regional brands in -- each

¹⁸ particular area.

¹⁹ Q. What about for commodity eggs? Do you

²⁰ carry any competing brands within -- with your

²¹ private labels?

²² A. In some -- in some areas we do, yes.

---

**69**

¹ Q. Okay. And do you usually price your

² private label less than the other commodity egg

³ brands that you're carrying?

⁴ A. Yes.

⁵ Q. Do you carry any non-UEP certified

⁶ commodity eggs?

⁷ A. That is -- it's possible. I -- I don't

⁸ know, to be certain.

⁹ Q. When you run a sale or promotion on

¹⁰ eggs, what does that do to your volume of sales?

¹¹ A. It increases unit movement, but doesn't

¹² always increase dollar sales.

¹³ Q. If I wanted to find out how many eggs

¹⁴ you -- that Albertsons bought in 2012 from each

¹⁵ supplier, how would I do that?

¹⁶ A. In -- for 2012, there should be

¹⁷ purchase records at the distribution center.

¹⁸ Q. Where do you have distribution centers

¹⁹ as, let's say, pre-March of this year?

²⁰ A. The only one that handled eggs would

²¹ have been in Tollefson, Arizona. Tollefson --

²² Phoenix, Arizona.

---

HIGHLY CONFIDENTIAL

Pontius, Robert

August 29, 2013

19 (Pages 70 to 73)

---

**70**

1    Q.  Okay.  That's your only distribution
2  center that handles eggs?
3    A.  That handles eggs.
4    Q.  Prior to March of this year?
5    A.  Correct.
6    Q.  And if I wanted to know how much -- how
7  many eggs you sold to customers last year, where
8  would I look?
9    A.  We can pull scan data out of the data
10  warehouse to -- to determine how many dozens or
11  units of -- of each egg were sold.
12    Q.  And when you say "the data warehouse,"
13  what is that?
14    A.  All of the scan data that -- that goes
15  through the registers all feeds into a data
16  warehouse.
17    Q.  Do you know if that's a database or a
18  particular type of database?
19    A.  I don't know.
20    Q.  Who would know?
21    A.  Probably our IT department.
22    Q.  Do you maintain a particular margin

---

**71**

1  between what you pay for eggs and what you sell
2  them for?
3    A.  Not really.  For the most part, we --
4  we base our pricing, our retail prices off of
5  whatever the market is doing.  So it's -- it's
6  hard to maintain a certain margin if -- if the
7  retail market doesn't allow you to.
8    Q.  Have you ever purchased eggs or egg
9  products from Rose Acre Farms?
10    A.  Not directly, that I'm aware of.
11    Q.  Have they ever bid on your egg
12  business, do you know?
13    A.  Not with me.  They may have with
14  SUPERVALU when SUPERVALU was conducting bids.
15    Q.  Have you ever purchased egg or egg
16  products from Midwest Poultry?
17    A.  Not that I am aware of.
18    Q.  What about NuCal?
19    A.  Yes.
20    Q.  Yeah, we went over that, correct?
21    A.  Um-hum.
22    Q.  Do you know if Midwest Poultry has ever

---

**72**

1  bid on Albertsons business?
2    A.  Not that I'm aware of.
3    Q.  We talked about Cal-Maine.  We talked
4  about Sparboe.
5    A.  Um-hum.
6    Q.  Have you ever had any discussions with
7  Sparboe about a process verified program?
8    A.  Yes.
9    Q.  And can you tell me about that?
10    A.  They use that in place of UEP
11  certification is my understanding.
12    Q.  So have you purchased eggs under the
13  process verified program?
14    A.  We did.
15    Q.  Did those eggs cost more or less than
16  your UEP certified eggs?
17    A.  They didn't necessarily cost more or
18  less.  They were contracted as off of the Urner
19  Barry.  So they -- they were based off of whatever
20  we negotiated as an underage from Urner Barry.
21    MS. CRABTREE:  Let's go ahead and mark
22  Exhibit 7.

---

**73**

1    (Albertsons Exhibit 7 marked.)
2    MS. CRABTREE:  And this is SVL_EGGS_20594.
3    Q.  BY MS. CRABTREE:  You kind of have to
4  look at this a little backwards.  The first page
5  is the "First Amendment to Our Brands Supply
6  Agreement," followed by an E-mail.
7    A.  Okay.
8    Q.  Have you ever seen this document
9  before?
10    A.  I have not.
11    Q.  Fair enough.
12    And I'll represent to you it looks like
13  this document is a contract change form.  It
14  indicates removal of animal care certification
15  number and the addition of the language, "Supplier
16  shall maintain standard industry animal care
17  guidelines throughout the term of the agreement
18  for products provided to Albertsons."
19    MR. MURRAY:  This is -- I point out for the
20  record, this is old Albertsons, Albertsons, Inc.,
21  not Albertsons LLC.
22    MS. CRABTREE:  And I get that.  I just --

---

HIGHLY CONFIDENTIAL

Pontius, Robert                                           August 29, 2013

20 (Pages 74 to 77)

---

74

1    Q. BY MS. CRABTREE: Does this indicate to
2  you that Sparboe was given permission to be
3  non-UEP certified while providing eggs to
4  Albertsons?
5    MR. MURRAY: Inc.
6    MS. CRABTREE: Inc.
7    THE WITNESS: To the original Albertsons,
8  that's what it looks like.
9    Q. BY MS. CRABTREE: Was Sparboe permitted
10 to provide non-UEP certified eggs to current
11 Albertsons?
12   **A. Yes.**
13   Q. And that was provided they provide them
14 under this process verified program?
15   **A. I'm assuming that it was -- that it was**
16 **provided they maintain standard industry animal**
17 **care guidelines.**
18   Q. Okay. So for current Albertsons --
19   **A. Um-hum.**
20   Q. -- you were buying eggs from Sparboe
21 until 2011, correct?
22   **A. Correct.**

---

75

1    Q. Were the -- were those eggs produced
2  under the UEP certified program or the process
3  verified program?
4    **A. To my knowledge, they were under the**
5  **process verified program.**
6    Q. So Albertsons was purchasing non-UEP
7  certified eggs, correct?
8    **A. Yes.**
9    Q. We got there.
10   Have you ever purchased any eggs from
11 Ohio Fresh?
12   **A. Not to my knowledge.**
13   Q. What about Daybreak Foods?
14   **A. Not to my knowledge.**
15   Q. What about Sauder?
16   **A. No, not to my knowledge.**
17   Q. And you said you were purchasing liquid
18 eggs from Michael's, correct?
19   **A. We have in the past, yes.**
20   Q. Have you ever purchased shell eggs from
21 Michael Foods?
22   **A. Not that I'm aware of.**

---

76

1    Q. Have you ever received inquiries from
2  customers about animal welfare for the products
3  that Albertsons sells?
4    **A. I have not, no.**
5    Q. Have you ever received any attention
6  from animal rights groups about animal welfare for
7  the products that Albertsons sells?
8    **A. I have not.**
9    Q. Who would handle those inquiries if a
10 customer made an inquiry about animal welfare?
11   **A. Today, it would probably be our**
12 **director of communications or communications**
13 **department, I guess.**
14   Q. And who is that?
15   **A. Chris -- Chris Wilcox, Christine**
16 **Wilcox.**
17   Q. And you say "today." How far back
18 would that go?
19   **A. Until whenever -- I don't know when she**
20 **came on board.**
21   Q. But that would be the position that
22 would respond to that?

---

77

1    **A. Um-hum.**
2    Q. Fair enough.
3    MS. CRABTREE: Let's mark Exhibit 8.
4    (Albertsons Exhibit 8 marked.)
5    MS. CRABTREE: Oh, this is ALBEGED 579.
6    THE WITNESS: Okay.
7    Q. BY MS. CRABTREE: Do you know what this
8  is?
9    **A. It looks to be a recommended**
10 **promotional calendar from Eggland's Best.**
11   Q. Would this be a document that
12 Albertsons would generate or that you would
13 receive from a supplier?
14   **A. Supplier.**
15   Q. Is this the type of a document you
16 would receive?
17   **A. No.**
18   Q. Are you involved at all in the planning
19 of temporary -- is it TPR, temporary price
20 reduction?
21   **A. That's correct terminology. No, I am**
22 **not involved.**

---

HIGHLY CONFIDENTIAL

Pontius, Robert                                                    August 29, 2013

21 (Pages 78 to 81)

---

78

1    Q.  Okay.  To your knowledge -- if you --
2  if you look at the last page, I think that's the
3  easiest one to look at.  The last column here
4  indicates "National Television."  Do you know what
5  that means?
6    A.  My assumption is that Eggland's Best
7  was running television advertising during those
8  weeks.
9    Q.  Okay.  And do you -- do you know, do
10 you typically plan your -- your specials and sales
11 up to a year in advance?
12   A.  No, we do not.
13   Q.  You do not.  That was easy.
14      Is the UEP certified program in place
15 because you believe you get higher quality eggs
16 from that program?
17   A.  No.
18   Q.  Is it because Albertsons has concern
19 about the hen welfare of the eggs that it gets?
20   A.  No.
21   Q.  Why is it important that Albertsons
22 have the UEP certification?

---

79

1    A.  Mostly, for the consistency of the --
2  the shop for the customer.
3    Q.  Okay.  But you don't know whether it's
4  on the cartons or not?
5    A.  I do not know.
6    Q.  Do you know what "slotting" is?
7    A.  I do.
8    Q.  What is it?
9    A.  It is a fee that is sometimes charged
10 to manufacturers for placement of products.
11   Q.  You said it is a fee to the
12 manufacturers.  Would that be your suppliers?
13   A.  Correct.
14   Q.  Do your commodity egg suppliers ever
15 pay slotting fees?
16   A.  No.
17   Q.  We talked a little bit earlier about
18 promotions and sometimes your suppliers will give
19 you a price break to run a particular promotion.
20 Accountingwise, would that information be in the
21 same place as the price you pay for eggs?
22   A.  Not necessarily.

---

80

1    Q.  So if we pull the data on your egg
2  purchases, let's say for last year, that would not
3  include any of the allowances or payments that you
4  might have received for specials?
5    A.  The allowances can come in several
6  different forms.  So some of them impact direct
7  purchase cost of goods.  Some of them impact after
8  the fact.
9    Q.  Okay.  Do you participate in any
10 grocery cooperatives?
11   A.  No.  Not that I'm aware of.
12   Q.  Do you subscribe to any periodical or
13 magazine or publication related to the egg
14 industry?
15   A.  No.
16   Q.  Do you ever receive United Voices?
17   A.  No.
18   Q.  Okay.  Have you ever had any
19 communications with anyone from UEP?
20   A.  No, I don't believe I have.
21   Q.  What facts does Albertsons have that
22 Rose Acre Farms conspired to increase egg prices?

---

81

1    MR. MURRAY:  Objection to the form of the
2  question.  It invades the attorney-client work
3  product privilege.
4       You can answer if you know anything
5  outside of what you've learned from communications
6  with counsel.
7    THE WITNESS:  I -- I don't know of any.
8    Q.  BY MS. CRABTREE:  We're going to go
9  through a list of these though.
10   A.  Okay.
11   Q.  What facts do you have that Midwest
12 Poultry conspired to increase egg prices?
13   MR. MURRAY:  Same -- same objection and same
14 caution.
15      You can answer if you know any facts
16 outside of communications you've had with counsel.
17   THE WITNESS:  I do not know of any.
18   Q.  BY MS. CRABTREE:  What facts do you
19 have that NuCal conspired to increase egg prices?
20   MR. MURRAY:  Same objection and the same
21 caution about communications with counsel.
22   THE WITNESS:  I do not know of any.

---

HIGHLY CONFIDENTIAL

Pontius, Robert                                      August 29, 2013

22 (Pages 82 to 85)

---

**82**

1    Q.  BY MS. CRABTREE:  What facts do you
2  have that Cal-Maine conspired to increase egg
3  prices?
4    MR. MURRAY:  Same objection, same caution.
5    THE WITNESS:  I do not know of any.
6    Q.  BY MS. CRABTREE:  What facts do you
7  have that Sparboe Farms conspired to increase egg
8  prices?
9    MR. MURRAY:  Same objection and same
10  caution.
11    THE WITNESS:  I do not know of any.
12    Q.  BY MS. CRABTREE:  What facts do you
13  have that Moark conspired to increase egg prices?
14    MR. MURRAY:  Same objection and same
15  caution.
16    THE WITNESS:  I do not know of any.
17    Q.  BY MS. CRABTREE:  What facts do you
18  have that Ohio Fresh conspired to increase egg
19  prices?
20    MR. MURRAY:  Same objection, same caution.
21    THE WITNESS:  I do not know of any.
22    Q.  BY MS. CRABTREE:  What facts do you

---

**83**

1  have that Hillandale Farms conspired to increase
2  egg prices?
3    MR. MURRAY:  Same objection, same caution.
4    THE WITNESS:  I do not know of any.
5    Q.  BY MS. CRABTREE:  What facts do you
6  have that Michael's Foods conspired to increase
7  egg prices?
8    MR. MURRAY:  Same objection, same caution.
9    THE WITNESS:  I do not know of any.
10    Q.  BY MS. CRABTREE:  What facts do you
11  have that Sauder, Inc. or R.W. Sauder conspired to
12  increase egg prices?
13    MR. MURRAY:  Same objection and same
14  caution.
15    THE WITNESS:  I do not know of any.
16    MS. CRABTREE:  Can we go off the record for
17  just a minute.
18    MR. MURRAY:  Sure.
19    THE VIDEOGRAPHER:  Okay.  And we are off the
20  record.
21    (Recess taken.)
22    THE VIDEOGRAPHER:  All right.  So the camera

---

**84**

1  is rolling.  We are back on the record.
2    Q.  BY MS. CRABTREE:  Have you ever
3  received instructions not to destroy any documents
4  related to this case?
5    A.  I have.
6    Q.  Do you remember when that was?
7    A.  It was right after I first came on
8  board with the LLC, so 2010.
9    Q.  And have you ever been asked to gather
10  information related to this case?
11    A.  Nothing more than just saving the
12  documents that -- everything that has to do with
13  eggs.
14    Q.  Do you have a non-Albertsons E-mail
15  address?
16    A.  Yes.
17    Q.  Do you ever conduct business through
18  that E-mail address?
19    A.  No.
20    MS. CRABTREE:  Well, that was anticlimactic.
21  I think I'm done for today.
22    MR. MURRAY:  Did you have any questions?

---

**85**

1    MS. CRABTREE:  Do you have any further --
2    MR. ESSENMACHER:  Indirect purchasers have
3  no questions.
4    MR. MURRAY:  Does anybody on the phone have
5  any questions?
6    MS. ZIEMIANEK:  None from me.
7    MS. MARKOWITZ:  No.
8    MR. MURRAY:  Okay.  I have two very brief
9  questions.
10    EXAMINATION
11  BY MR. MURRAY:
12    Q.  Mr. Pontius, is it your understanding
13  that Albertsons LLC has retained counsel to
14  prosecute this lawsuit against the -- the egg
15  producers?
16    A.  That's my understanding, yes.
17    Q.  And it is -- is it also your
18  understanding that Albertsons LLC is relying on
19  its counsel to gather the facts necessary to
20  prosecute this antitrust case against the egg
21  producers?
22    A.  Yes.

---

## HIGHLY CONFIDENTIAL

Pontius, Robert                                        August 29, 2013

23 (Pages 86 to 88)

---

**86**

1      MR. MURRAY:  Okay.  I have no further
2  questions.
3      MS. CRABTREE:  Ta-da.
4      THE VIDEOGRAPHER:  Okay.  So we are off the
5  record.
6      (The deposition concluded at 11:09 a.m.)
7              -oo0oo-

---

**88**

R E P O R T E R ' S   C E R T I F I C A T E

1
2
3      I, BROOKE R. BOHR, a Notary Public in
and for the State of Idaho, do hereby certify:
4      That prior to being examined, the
witness named in the foregoing deposition was by
5  me duly sworn to testify the truth, the whole
truth, and nothing but the truth;
6      That said deposition was taken down by
me in shorthand at the time and place therein
7  named and thereafter reduced into typewriting
under my direction, and that the foregoing
8  transcript contains a full, true, and verbatim
record of the said deposition.
9      I further certify that I have no
interest in the event of the action.
10      WITNESS my hand and seal September 9,
2013.
11
12
13      NOTARY PUBLIC in and for the State of Idaho;
14  residing at Meridian, Idaho.
15
16  My commission expires September 7, 2019.
17  CSR No. 753
18
19
20
21
22

---

**87**

1          V E R I F I C A T I O N
2  STATE OF IDAHO         )
3                         )
4  County of Ada          )
5
6      I, ROBERT PONTIUS, being first duly
sworn on my oath, depose and say:
7      That I am the witness named in the
foregoing deposition, taken on August 29, 2013,
8  consisting of pages numbered 1 to 88, inclusive;
9      That I have read the said deposition and
know the contents thereof; that the questions
contained therein were propounded to me; that the
10  answers to said questions were given by me, and
that the answers as contained therein (or as
11  corrected by me therein) are true and correct.
12
13
14          DEPONENT
15
16  Signed and sworn before me this   of   ,   .
17
18  NOTARY PUBLIC
19  Residing at
20  My commission expires
21
22

---

Henderson Legal Services, Inc.

202-220-4158                          www.hendersonlegalservices.com