# ATTACHMENT 48

1

1      IN THE UNITED STATES DISTRICT COURT

    FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2

3  IN RE:  PROCESSED EGG PRODUCTS :

   ANTITRUST LITIGATION          :

4  ------------------------------:  MDL No. 2002

   THIS DOCUMENT APPLIES TO:     :  08-MD-02002

5  ALL ACTIONS                   :

6

7            -- HIGHLY CONFIDENTIAL --

8

9              Tuesday, May 21, 2013

10

11           Videotaped deposition of AL POPE,

12  taken at the offices of Pepper Hamilton LLP,

13  3000 Two Logan Square, 18th & Arch Street,

14  Philadelphia, Pennsylvania 19103, beginning

15  at 9:12 a.m., before LINDA ROSSI RIOS, RPR,

16  CCR and Notary Public.

17

18

19

20

21

22

23

24

25

**2**

```
1   A P P E A R A N C E S :
2
3   QUINN EMANUEL URQUHART & SULLIVAN
    BY:  STEIG D. OLSON, ESQUIRE
4        and
    LEE TURNER-DODGE, ESQUIRE
5   51 Madison Avenue, 22nd Floor
    New York, New York  10010
6   212-849-7152
    212-849-7000
7   steigolson@quinnemanuel.com
    leeturnerdodge@quinnemanuel.com
8   On behalf of the Direct Purchaser
    Plaintiffs
9
10
11  MILBERG LLP
    BY:  CHARLES SLIDDERS, ESQUIRE
12  One Pennsylvania Plaza
    New York, New York  10119
13  646-733-5727
    cslidders@milberg.com
14  On behalf of the Indirect Purchaser
    Plaintiffs
15
16  JENNER & BLOCK, LLP
    BY:  RICHARD P. CAMPBELL, ESQUIRE
17  353 North Clark Street
    Chicago, Illinois  60654
18  312.923.2818
    rcampbell@jenner.com
19  On behalf of Kraft Foods Global, Inc.
20
21  FAEGRE BAKER DANIELS
    BY:  RYAN M. HURLEY, ESQUIRE
22  300 North Meridian Street, Suite 2700
    Indianapolis, Indiana  46204-1750
23  317.237.1144
    ryan.hurley@faegrebd.com
24  On behalf of Midwest Poultry Services
25
```

**4**

```
1   PEPPER HAMILTON, LLP
    BY:  JAN P. LEVINE, ESQUIRE
2        ROBIN SUMNER, ESQUIRE
         and
3        EVAN W. DAVIS, ESQUIRE
    3000 Two Logan Square
4   18th & Arch Street
    Philadelphia, Pennsylvania  19103
5   215-981-4714
    215-981-4652
6   215-981-4245
    levinej@pepperlaw.com
7   sumnerr@pepperlaw.com
    davisew@pepperlaw.com
8   On Behalf of United Egg Producers and the
    United States Egg Marketers
9
10
11  TELEPHONIC APPEARANCES:
12
    MARCUS & SHAPIRA LLP
13  BY:  MOIRA E. CAIN-MANNIX, ESQUIRE
    One Oxford Center
14  35th Floor
    Pittsburgh, Pennsylvania  15219
15  412-338-3344
    cain-mannix@macus-shapira.com
16  On behalf of Giant Eagle, Inc.
17
18  YODER KEATING MUETHING & KLEKAMPS
    BY:  JOSEPH M. CALLOW, JR., ESQUIRE
19  One East Fourth Street
    Cincinnati, Ohio  45202
20  513-579-6419
    jcallow@kmklaw.com
21  On behalf of Ohio Fresh
22
23
24
25
```

**3**

```
1   WEIL, GOTSHAL & MANGES LLP
    BY:  CARRIE M. ANDERSON, ESQUIRE
2   1300 Eye Street, N.W.
    Suite 900
3   Washington, D.C.  20005
    202-682-7231
4   carrie.anderson@weil.com
    On behalf of Defendant, Michael Foods
5
6
7   EIMER STAHL, LLP
    BY:  ARIN C. ARAGONA, ESQUIRE
8   224 South Michigan Avenue, Suite 1300
    Chicago, Illinois  60604
9   312-660-7679
    aaragona@eimerstahl.com
10  On behalf of Moark LLC, and Norco Ranch,
    Inc.
11
12  BRIGGS and MORGAN
    BY:  TROY HUTCHINSON, ESQUIRE
13  2200 IDS Center
    80 South 8th Street
14  Minneapolis, Minnesota  55402
    612-977-8415
15  thutchinson@briggs.com
    On behalf of Sparboe Farms, Inc.
16
17
18  DECHERT LLP
    BY:  CHRISTINE C. LEVIN, ESQUIRE
    Cira Center
19  2929 Arch Street
    Philadelphia, Pennsylvania  19104
20  215-994-2421
    christine.levin@dechert.com
21  On behalf of RW Sauder, Inc.
22
23
24
25
```

**5**

```
1   DAVIS WRIGHT TREMAINE LLP
    BY:  MARVIN L. GRAY, JR., ESQUIRE
2   1201 Third Avenue, Suite 2200
    Seattle, Washington  98101
3   206-757-8054
    montygray@dwt.com
4   On behalf of Defendant,
    National Food Corporation
5
6
7   GIBSON, DUNN & CRUTCHER LLP
    BY:  JASON C. McKENNEY, ESQUIRE
8        and
    BRIAN E. ROBISON, ESQUIRE
9   2100 McKinney Avenue
    Dallas, Texas  75201-6912
10  214-698-3279
    214-698-3370
11  jmckenney@gibsondunn.com
    brobison@gibsondunn.com
12  On behalf of Defendant,
    Cal-Maine Foods, Inc.
13
14  CROWELL & MORING LLP
    BY:  ELISA F. KANTOR, ESQUIRE
15  1001 Pennsylvania Avenue NW
    Washington, D.C.  20004
16  202-624-2904
    ekantor@crowell.com
17  On behalf of Daybreak Foods, Inc.
18
19  LOVELL STEWART HALEBIAN & JACOBSON LLP
    BY:  MERRICK SCOTT RAYLE, ESQUIRE
20  61 Broadway, Suite 501
    New York, New York  10006
21  212-608-1900
    msrayle@sbcglobal.net
22  On behalf the Indirect Purchaser Plaintiffs
23
24
25
```

2 (Pages 2 to 5)

**6**

1  FAEGRE BAKER DANIELS
2  BY:  KATHY L. OSBORN, ESQUIRE
   300 North Meridian Street, Suite 2700
3  Indianapolis, Indiana  46204-1750
   317.237.1144
4  kathy.osborn@faegrebd.com
   On behalf of Midwest Poultry Services
5
   PORTER, WRIGHT, MORRIS & ARTHUR
6  BY:  KARRI ALLEN, ESQUIRE
   1919 Pennsylvania Avenue, NW
7  Suite 500
   Washington, D.C.  20006
8  202-778-3059
   kallen@porterwright.com
9  On behalf of Rose Acre Farms
10
11 VERITEXT VIRTUAL APPEARANCES:
12 KASOWITZ BENSON TORRES & FRIEDMAN, LLP
   BY:  MARGARET ZIEMIANEK, ESQUIRE
13    and
      WILLIAM M. GOODMAN, ESQUIRE
14 101 California Street
   San Francisco, California  94111
15 415-655-4335
   mziemianek@kasowitz.com
16 wgoodman@kasowitz.com
   On behalf of Nu-Cal Foods, Inc.
17
18 BAKER & McKENZIE LLP
   BY:  PATRICK J. AHERN, ESQUIRE
19 300 East Randolph Street
   Chicago, IL 60601
20 312-861-3735
   patrick.ahern@bakermckenzie.com
21 On behalf of Winn-Dixie Stores, Inc.
   Roundy's Supermarkets, Inc.
22 C&S Wholesaler Grocers, Inc.
   H.J. Heinz Company, L.P.
23
24 A L S O   P R E S E N T :
25   ROBERT MIRABELLA, Videographer

**7**

1         I N D E X
2            - - -
3  Testimony of:  AL POPE
4  By Mr. Olson                    18, 454
5  By Mr. Slidders                   381
6  By Ms. Anderson                   403
7  By Ms. Levine                 405, 470
8  By Mr. Hutchinson                 471
9            - - -
10       E X H I B I T S
11           - - -
12 EXHIBIT NUMBER    DESCRIPTION    PAGE MARKED
13
14 Pope-1    Feedstuffs article
          "Pope: UEP has done
          'remarkable things'      57
15
16 Pope-2    Al Pope's History with
          UEP,
17        UE0754417 - UE0754424    91

18 Pope-3    Egg Economic Update,
          KRGEG00020640 -
19        KRGEG00020643          99

   Pope-4    3/17/95 Letter,
20        BELL-D-00032755       110
21 Pope-5    UEP Marketing Committee
          Antitrust Issues
22        November 16, 2004,
          MOARK0038387-
23        MOARK0038396         119
24 Pope-6    4/21/99 Letter,
          UE0063296            140
25

**8**

1         E X H I B I T S (cont'd.)
2            - - -
3  EXHIBIT NUMBER    DESCRIPTION    PAGE MARKED
4
   Pope-7    UEP Board of Directors
5         May 12-13, 1999 -
          Washington, D.C. Minutes,
6         UE0297726 - UE0297730  154
7  Pope-8    United Voices dated
          August 2, 1999,
8         UE0064456 - UE0064459  165
9  Pope-9    UEP Animal Welfare
          Committee Meeting
10        Minutes, May 15, 2000,
          UE0215485 & UE0215486  177
11
   Pope-10   UEP Board of Directors
12        May 15-18, 2000
          Washington, D.C. Minutes,
13        UE0307919 - UE0307923  179
14 Pope-11   United Egg Producers
15        Board of Directors
          Meeting Via Conference
          Call July 26, 2000,
16        UE0307912 - UE0307914  181
17 Pope-12   5/9/01 Memo,
          UE0155086 - UE0155089  187
18
   Pope-13   Special Meeting of Area
19        # 5 Scheduled September 5, 2001
          Atlanta, Ga. Minutes,
20        UE0153459 & UE 0153460  196
21 Pope-14   Special Called UEP
          Marketing Conference
22        Call September 24, 2001,
          UE0153457 & UE0153458  204
23
   Pope-15   9/27/01 Letter,
24        UE0204500 - EU0204504  212
25

**9**

1         E X H I B I T S (cont'd.)
2            - - -
3  EXHIBIT NUMBER    DESCRIPTION    PAGE MARKED
4
   Pope-16   Document titled What
5         Better Time to Reduce
          Cage Density and Put
6         Money In Your Pocket,
          UE0067353            214
7
   Pope-17   UEP Board of Directors
8         Conference call
          April 4, 2002 Minutes,
9         UE0210657 & UE0210658  217
10 Pope-18   UEA Further Processors
          Animal Welfare Briefing
11        Breakfast Caesars Palace
          - Las Vegas, Nevada
12        April 22, 2002 Minutes,
          MPS-00122892 & 00122893 222
13
   Pope-19   7/16/02 Letter,
14        UE0159036 & UE0159037  227
15 Pope-20   UEP Animal Welfare
          Committee October 9,
16        2002 Savannah, Georgia
          Minutes,
17        UE0153388 - UE0153390  233
18 Pope-21   1/11/03 Memorandum,
          UE0158940 - UE0158942  244
19
   Pope-22   1/17/03 Memo,
20        UE0834380 & UE0834381  253
21 Pope-23   Animal Welfare Committee
          Meeting January 21, 2003
22        Atlanta, Ga. Minutes,
          UE0153366 - UE0153368  259
23
   Pope-24   2/7/03 Letter,
24        UE0146198            267
25

3  (Pages 6 to 9)

**10**

```
1          E X H I B I T S (cont'd.)
2                  - - -
3     EXHIBIT NUMBER    DESCRIPTION    PAGE MARKED
4
      Pope-25      United Voices dated
5                February 27, 2003,
                 UE0135552 - UE0134556   270
6
      Pope-26      U.S. Economic/Animal
7                Welfare Outlook,
                 UE0427776 & UE0427777   277
8
      Pope-27      12/1/03 Correspondence,
9                UE0294894 & UE0294895   285
10    Pope-28      11/5/03 Letter,
                 DAY0028079 & DAY0028080  285
11
      Pope-29      11/7/03 Letter,
12               UE0944814
13    Pope-30      11/19/03 Letter,
                 UE0944695 & UE0944696   285
14
      Pope-31      12/5/13 Letter,
15               MFI0001880 & MFI0001881  298
16    Pope-32      6/30/04 E-mail with
                 attachment,
17               UE0888743 - UE0888745   303
18    Pope-33      8/25/04 E-mail with
                 attachments,
19               UE0649033 - UE0649048   313
20    Pope-34      9/30/05 Letter with
                 attachment              318
21
      Pope-35      United Voices dated
22               August 12, 2004,
                 UE0072463 - UE0072466   333
23
      Pope-36      United Voices dated
24               October 28, 2004,
                 RA0000363 - RA0000372   345
25
```

**11**

```
1          E X H I B I T S (cont'd.)
2                  - - -
3     EXHIBIT NUMBER    DESCRIPTION    PAGE MARKED
4
      Pope-37      UEP Board of Directors
5                conference call
                 December 16, 2004,
6                UE0309108 & UE0309109   352
7     Pope-38      6/14/05 Letter,
                 UE0220384              354
8
      Pope-39      9/6/05 Letter with
9                attachment,
                 NL002442 - NL002444    355
10
      Pope-40      E-mail string,
11               UE0641382              362
12    Pope-41      9/12/05 Letter with
                 attachment,
13               NL002445 - NL002447    365
14    Pope-42      9/12/05 Fax,
                 NL002446 & NL002447    368
15
      Pope-43      Urner Barry report,
16               UE0170418 - UE0170429  383
17    Pope-44      Urner Barry report,
                 UE0170130 - UE0170141  383
18
      Pope-45      Shell Egg Marketing
19               Committee May 14, 2002,
                 CM00190223 - CM00190239 386
20
      Pope-46      U.S. Farm and Retail Egg
21               Price Relationships -
                 1982 to 2005,
22               UE0155821 - UE0155831  391
23    Pope-47      3/24/04 E-mail with
                 attachment,
24               UE0880125 - UE0880127  396
25
```

**12**

```
1          E X H I B I T S (cont'd.)
2                  - - -
3     EXHIBIT NUMBER    DESCRIPTION    PAGE MARKED
4
      Pope-48      Joint Resolutions
5                Adopted at the Special
                 Meeting of the Board
6                of Directors and the
                 Members September 8,
7                2000, 10:00 a.m.,
                 UE0200092 - UE0200099  412
8
      Pope-49      United Egg Producers
9                Animal Husbandry
                 Guidelines For U.S.
10               Egg Laying Flocks 2003
                 Edition,
11               UE0809972 -UE0809984   460
12    Pope-50      E-mail string,
                 UE0879102 & UE0879104  475
13                      - - -
14
15
16
17
18
19
20
21
22
23
24
25
```

**13**

```
1              DEPOSITION SUPPORT INDEX
2
3      DIRECTION TO WITNESS NOT TO ANSWER
4      Page   Line        Page   Line
5      128    25          138    10
       130    24          455    13
6      131    5           456    3
       131    22          457    4
7      135    24
8
9      REQUEST FOR PRODUCTION OF DOCUMENTS
10     Page  Line  Description
11     (None)
12
13
14     STIPULATIONS
15     Page  Line
16      17    19
17
18
19     QUESTIONS MARKED
20     Page  Line
21     (None)
22
23
24
25
```

**VERITEXT REPORTING COMPANY**
(212) 279-9424          www.veritext.com          (212) 490-3430

14

1
2           - - -
3       VIDEOGRAPHER:  We are now on the
4   record.  Please note that microphones
5   are sensitive and will pick up
6   whispering and private conversations.
7   Please turn off all cell phones or
8   place them away from the microphones
9   as they can interfere with the
10  deposition audio.  Recording will
11  continue until all parties agree to go
12  off the record.
13      My name is Robert Mirabella,
14  representing Veritext New York.
15      The date today is May 21, 2013,
16  and the time is approximately
17  9:12 a.m.
18      This deposition is being held at
19  Pepper Hamilton located at Two Logan
20  Square, Philadelphia, Pennsylvania.
21  The caption of this case is In Re:
22  Processed Egg Products Antitrust
23  Litigation.  This case is filed in the
24  United States District Court Eastern
25  District of Pennsylvania, Case Number

15

1
2   08-MD-02002, MDL Number 2002.  The
3   name of the witness is Al Pope.
4       At this time the attorneys
5   present in the room and attending
6   remotely will, please, identify
7   themselves for the record and the
8   parties they represent.
9       MR. OLSON:  This is Steig Olson
10  from Quinn Emanuel Urquhart & Sullivan
11  for the Direct Purchaser Plaintiffs.
12  And I have with me Lee Turner-Dodge.
13      MR. CAMPBELL:  Richard Campbell,
14  Jenner & Block, Chicago for the Kraft
15  plaintiffs.
16      MR. SLIDDERS:  Charles Slidders,
17  Milberg LLP, New York for the Indirect
18  Purchaser Plaintiffs.
19      MS. LEVINE:  Jan Levine for
20  United Egg Producers and United States
21  Egg Marketers, Pepper Hamilton.
22      MS. SUMNER:  Robin Sumner,
23  Pepper Hamilton for United Egg
24  Producers and United States Egg
25  Marketers.

16

1
2       MR. DAVIS:  Evan Davis, Pepper
3   Hamilton.
4       MS. ANDERSON:  Carrie Anderson
5   with Weil Gotshal on behalf of Michael
6   Foods.
7       MR. HURLEY:  Ryan Hurley with
8   Faegre Baker Daniels for Midwest
9   Poultry Services.
10      MR. HUTCHINSON:  Troy
11  Hutchinson, Briggs and Morgan on
12  behalf of Sparboe Farms.
13      MR. ARAGONA:  Arin Aragona from
14  Eimer Stahl on behalf of Moark LLC and
15  Norco Ranch, Inc.
16      MS. LEVIN:  Christine Levin of
17  Dechert on behalf of RW Sauder, Inc.
18      MS. CAIN-MANNIX:  Moira
19  Cain-Mannix.  I represent Giant Eagle,
20  Inc.
21      MS. LEVINE:  Anybody else on the
22  phone?
23      MR. OLSON:  Is there anyone on
24  the phone who hasn't introduced
25  themselves yet?

17

1
2       MR. ZIEMIANEK:  Margaret -- go
3   ahead.
4       MR. CALLOW:  This is Joe Callow
5   for Ohio Fresh Eggs.
6       MR. ZIEMIANEK:  And also
7   Margaret Ziemianek on behalf of Nu-Cal
8   Foods.
9       MS. LEVINE:  Anyone else?
10      VIDEOGRAPHER:  Our reporter
11  Linda Rossi representing Veritext
12  will, please, swear in the witness and
13  we can proceed.
14          - - -
15      AL POPE, after having been first
16  duly sworn, was examined and testified
17  as follows:
18          - - -
19      MS. LEVINE:  Before we begin
20  today, counsel have agreed on certain
21  stipulations.  All objections other
22  than to form will be held for trial.
23  And one objection is for all objectors
24  so that we don't have numerous people
25  objecting.

5 (Pages 14 to 17)

18

1      AL POPE - HIGHLY CONFIDENTIAL
2              - - -
3           EXAMINATION
4              - - -
5   BY MR. OLSON:
6      Q.    Good morning, Mr. Pope.
7      A.    Good morning.
8      Q.    You can put the document down
9   for a moment.
10     A.    Okay.
11     Q.    And I will get back to that
12  document later.
13            Could you, please, begin just
14  by stating your full name for the record?
15     A.    My name is Albert E. Pope, past
16  president of United Egg Producers.
17     Q.    Okay, sir.  Are you
18  currently employed today?
19     A.    No.
20     Q.    When was the last time you were
21  employed?
22     A.    The end of the year '06.
23  Retired January 1, '07.
24     Q.    So is it fair to say that since
25  retiring as president of United Egg

19

1      AL POPE - HIGHLY CONFIDENTIAL
2   Producers, you have not held any other job?
3      A.    No.
4      Q.    And where do you currently
5   live?
6      A.    I live just north of Atlanta,
7   and the address is 8245 Sagewood Drive, one
8   word, Gainesville, Georgia 30506.
9      Q.    Do you have any current plans
10  to move from where you live now?
11     A.    No.
12     Q.    Have you been deposed before?
13     A.    Yes.
14     Q.    How many times?
15     A.    I believe it's just been twice,
16  if I remember right.
17     Q.    And can you tell us just
18  briefly what those two depositions were about
19  and when they occurred?
20     A.    Yeah, they were both regarding
21  a suit that UEP filed against Standard
22  Brands.  And it was a long time ago.
23     Q.    Do you know approximately when
24  that suit was?
25     A.    Yeah, I'm going to say it

20

1      AL POPE - HIGHLY CONFIDENTIAL
2   was -- it was '79 maybe, '80.
3      Q.    And you haven't been deposed
4   other than the two times relating to that
5   lawsuit?
6      A.    Right.  Right.
7      Q.    Well, I'll mention just a
8   couple sort of ground rules then.
9      A.    Okay.
10     Q.    First is because Linda is here
11  to take down our testimony, we should both do
12  our best not to speak over each other.  And
13  I'll do my best to wait for your answer
14  before I move on to the next question.
15     A.    Okay.
16     Q.    And, please, do the same.
17  Another rule is, at any time today if you
18  want to take a break, just let me know, that
19  will be no problem.  The only time we don't
20  do that is usually during a pending question,
21  but at any other time you're welcome to take
22  a break if you need one.
23            Is there anything that will
24  prevent you from -- well, strike that.  Let
25  me mention one other ground rule, which is,

21

1      AL POPE - HIGHLY CONFIDENTIAL
2   I'll do my best today to ask clear questions
3   that are understandable.  And if at any time
4   I ask a question that's unclear, I just ask
5   that you stop me and ask for clarification.
6   Is that fair?
7      A.    That's fine.
8      Q.    And then if you answer a
9   question, I'll assume you understood it.  Is
10  that fair?
11     A.    Yeah.
12     Q.    Another rule is, we need to
13  answer questions verbally.
14     A.    Don't nod, huh?
15     Q.    Correct.
16     A.    Unless I'm sleepy here.
17     Q.    Right.  So if you answer a
18  question --
19     A.    Yeah.
20     Q.    -- I'll assume you understood
21  it.
22     A.    I'll say yes or no.  Right.
23  Don't know.
24     Q.    You understood -- you
25  understand you're under oath today?

6 (Pages 18 to 21)

| 22 |
| --- |

```
 1           AL POPE - HIGHLY CONFIDENTIAL
 2      A.    Yes.
 3      Q.    You've sworn an oath to tell --
 4      A.    Yes.
 5      Q.    -- the complete truth?
 6      A.    Yes.
 7      Q.    And just, again, if you could
 8  try to wait for my question to finish before
 9  you give an answer.  Linda would appreciate
10  it.
11      A.    Okay.
12      Q.    On the point of clarity, we're
13  going to be talking today about a UEP program
14  that was at one time called the animal care
15  program and later called the UEP certified
16  program, and I -- I'll probably just refer to
17  it as the program because it had those two
18  different names.  Is that going to work for
19  you?
20      A.    Yes.
21      Q.    And if at any time, like I
22  said, you're confused --
23      A.    Yes.
24      Q.    -- about what I'm referring to,
25  just let me know.
```

| 23 |
| --- |

```
 1           AL POPE - HIGHLY CONFIDENTIAL
 2           Now, United Egg Producers are
 3  also referred to as UEP.  Is that understood?
 4      A.    Yes.
 5      Q.    So you were the president of
 6  UEP for over 30 years.  Is that right?
 7      A.    Yes.
 8      Q.    And can you tell us what UEP
 9  is?
10      A.    Well, UEP is a farmer
11  cooperative made up originally of five
12  members.  We had five regions, each region
13  being a cooperative, and then they got
14  together as the market changed over the
15  years, and they felt that they needed to
16  coordinate all their efforts, so they started
17  UEP.  And then we had five original members
18  then and I'm going to say '99, I don't
19  exactly remember the exact year, but the
20  regionals went through quite a transition
21  because the producer numbers were
22  dramatically changing from 8 and 900.  I see
23  it says 8,000 in this, but it wasn't really
24  8,000.  8 or 900 producers nationwide.  And
25  it ended up after a lot of the consolidation
```

| 24 |
| --- |

```
 1           AL POPE - HIGHLY CONFIDENTIAL
 2  was, you know, 200 maybe.  That's where we
 3  kind of ended up.  And the change at that
 4  time was that prior to that time, we depended
 5  on the regionals as they were Capper-Volstead
 6  cooperatives, to certify their members or
 7  whatever you want to call it.  They did the
 8  screening, I guess I'd put it that way.
 9           Then in '99 or so when we --
10  the regionals didn't go all at once.  They
11  went different times out.  As they did, at
12  UEP we would pick up some of the functions
13  that regional would lose by closing down.  At
14  that time, we amended our bylaws to
15  accommodate individual membership from an
16  individual producer which was really a
17  milestone in the whole communications
18  dealing.  So that was a significant change.
19      Q.    Okay.  Great.  That's helpful.
20  Whose interest does UEP represent?
21      A.    Egg farmers.
22      Q.    What is an egg farmer?
23      A.    Egg farmer that owns
24  facilities, owns the birds, most of the time
25  they do their own marketing different, unlike
```

| 25 |
| --- |

```
 1           AL POPE - HIGHLY CONFIDENTIAL
 2  the broilers.  That's it.
 3      Q.    What do you mean "they do their
 4  own marketing"?
 5      A.    They go and have specific
 6  customers that they call on and there's -- of
 7  course, there's a variety of ways that they
 8  do it.  There are some that are representing
 9  three or four producers or something like
10  that, but the -- basically the industry
11  really changed and the individual producer or
12  company, producing company began marketing
13  directly to customers their eggs.
14      Q.    And approximately what time did
15  that happen?
16      A.    Oh, golly.  It was a long
17  transition period.  I'm going to say, you
18  know, it started in the mid-'80s and
19  continued to consolidate and shift the
20  production from different parts of the
21  country.
22      Q.    Now, most of the time today
23  we'll be talking about events that happened
24  in the 2000s.  So approximately 2000 to 2007.
25  Would it be fair to say that during that
```

---

26

AL POPE - HIGHLY CONFIDENTIAL

period, UEP members did their own marketing?

A.    The majority of them did, yes.

Q.    Were there ones that did not?

A.    Pardon?

Q.    You said "the majority." Were there UEP members that did not do their own marketing?

A.    Yes.

Q.    What members do you have in mind?

A.    I wouldn't know who they are. I don't know, I'm not on the ground not knowing who they market to them.

Q.    Fair enough. For those members of UEP during that period that did not do their own marketing, did UEP do the marketing for those members or did some other --

A.    No, some other organization did that. It was, you know, a broker or some kind of a broker that may have production. And -- may have their own production. And what a contract producer would sell to that producer maybe, you know, small percentage of their eggs.

---

27

AL POPE - HIGHLY CONFIDENTIAL

Q.    Great. Just another point to try to make sure we're on the same page. Like I said, generally when I'm asking questions, it will be about the 2000 time period, 2000 approximately through 2007. So if I don't specify another time period, generally that's what I'll be asking about.

A.    Yes. Okay.

Q.    But if you're ever unclear what time period I'm asking about, let me know.

A.    Okay.

Q.    So during that general time period, was UEP a standards development organization?

A.    Was a what?

Q.    A standards development organization.

A.    I don't know what that is.

Q.    Did UEP have formal procedures that governed how decisions were made at UEP? In other words, procedures written down?

A.    No.

Q.    Just so the record is clear, UEP did not have formal written procedures

---

28

AL POPE - HIGHLY CONFIDENTIAL

that governed how decisions were made. Correct?

A.    No.

Q.    They did not?

A.    Excuse me. We did not, yes.

Q.    Does UEP solely represent the interest of egg producers or does it also represent other interests in the egg industry?

A.    UEP only represents egg producers.

Q.    What does UEP do to represent the interest of egg producers?

A.    Well, there are just a number of functions. We're always looking for issues that affect the egg industry, that we can do better as a consolidated group than we could do individually. Unlike the broiler industry, our production is really scattered amongst a lot of producers compared to broilers. And so they were a pretty weak voice, had it not been for UEP, especially in Washington, we had -- it was a primary activity of ours in Washington. And

---

29

AL POPE - HIGHLY CONFIDENTIAL

obviously the producers felt that it was a long way away from them and they didn't know anybody there and could have little or no effect without working as a group.

Q.    So one thing UEP did for egg producers was give them a voice in Washington --

A.    Yes.

Q.    -- and other places. Correct?

A.    Yes.

Q.    And in that sense UEP was a trade association. Correct?

A.    Well, we were never a trade association. The cooperative -- all the cooperatives that I've ever know of do trade association type functions.

Q.    And that would be one of them?

A.    And that would be one of them, yeah.

Q.    Now, what did UEP do with respect to supply management?

A.    The -- I would say that the most that we did was we really tried to educate producers. Educate producers as we

---

8 (Pages 26 to 29)

30

1    AL POPE - HIGHLY CONFIDENTIAL
2  were looking at different economic factors in
3  the industry. Most of those were produced by
4  USDA statistics, things like that. We would
5  try to interpret them and then we would try
6  to give our members information that we felt
7  that when they sat down with their marketing
8  team, that they would -- that they would have
9  a -- that they would have more information to
10  make their flock decision and so on and so
11  forth.
12    Q.    Did UEP work to facilitate
13  supply adjustment programs?
14    A.    Yeah. Of course you have to
15  understand that all the programs were
16  voluntary so we never knew really whether
17  they did them or not.
18    Q.    Understood. And we'll get back
19  to that. What did UEP do to facilitate
20  supply adjustment programs?
21    A.    Well, as part of the
22  statistical analysis, we would say, for
23  example, we -- our flock is X amount of birds
24  more than a year ago. Whatever changes
25  during the year that would change the

31

1    AL POPE - HIGHLY CONFIDENTIAL
2  economics of the industry, we really tried to
3  advise everyone and educate them so that they
4  could make better decisions. And, of course,
5  as they got larger through consolidation or
6  whatever, it became more and more critical
7  all the time. And so -- but, you know, we
8  didn't take title to the product. We didn't
9  market to a retailer or anything like that.
10  So we didn't do that kind of a function. So
11  about the most that we could do to help would
12  be to suggest what they can do to make the
13  market better.
14    Q.    In your last answer you
15  referred to something becoming more and more
16  critical all the time. What were you
17  referring to?
18    A.    I was referring to the fact
19  that the larger they were, the more exposure
20  they had, the more meaningful the decisions
21  that they made were on their own company.
22    Q.    So the point you were making is
23  as consolidation occurs, egg producers became
24  larger and more critical to consider supply
25  adjustment factors?

32

1    AL POPE - HIGHLY CONFIDENTIAL
2    MS. LEVINE: Object to the form
3  of the question.
4    THE WITNESS: It's a -- the --
5  we didn't have -- you know, you keep
6  referring to it as supply management.
7  And you can do that, but I'm always
8  going to answer the same. Because
9  when have you a voluntary program, you
10  can say that here's a recommendation,
11  you know, you might want to consider
12  this as part of your marketing
13  program. You might want to consider
14  since we have an over supply of doing
15  a number of things, and then we would
16  suggest maybe you should, you know,
17  rachet down the number of bullets that
18  you're buying, maybe you should --
19  maybe we should try to put together an
20  export order. That was always one
21  option that we had and used from
22  various times. And then, of course,
23  we looked at that as a seasonal thing.
24  That's what producers wanted.
25  BY MR. OLSON:

33

1    AL POPE - HIGHLY CONFIDENTIAL
2    Q.    Understood. So let's talk
3  about this point you made about it being
4  voluntary. What does that mean to you, that
5  these programs were voluntary?
6    A.    It means they don't have to do
7  anything that we suggest to them.
8    Q.    So in other words, it means
9  that UEP members weren't forced to be in the
10  program. Is that right?
11    A.    Any program we had, none of
12  them were forced in. And I would say that in
13  every one of our programs, there were members
14  that were not included. They didn't want to
15  be.
16    Q.    Besides it meaning that no one
17  was forced to be part of the program, does
18  voluntary mean anything else to you?
19    MS. LEVINE: Object to the form
20  of the question.
21    THE WITNESS: Well, as I
22  understand it or as I would interpret
23  it, while UEP might represent or I
24  mean suggest things to do that would
25  be beneficial to them, there was no --

9 (Pages 30 to 33)

---

34

AL POPE - HIGHLY CONFIDENTIAL

there was no way that we had of
determining whether anybody did or
not. And we would never know. We
don't know. And so it's voluntary
because they don't want to do it, they
don't have to do it.

BY MR. OLSON:

Q. Okay. So let's talk about
these programs a little bit more. Can we
call them supply adjustment programs?

MS. LEVINE: Object to the form
of the question.

THE WITNESS: No. They just --
none of the programs that we did
adjusted to supply.

BY MR. OLSON:

Q. So what would you call the
supply related programs that UEP was involved
with?

A. They're just economic
recommendations that they can take or not
take.

Q. These programs might involve
recommendations about reducing flock size.

---

35

AL POPE - HIGHLY CONFIDENTIAL

Correct?

A. Yeah.

Q. And they might involve
recommendations about reducing hatch?

A. You know, yeah, all of the
recommendations we made were well known to
everybody. And -- but when you do it and
you're getting out to all of your members,
you're trying to educate them on periods
coming up because the majority of our
producers are on the farm going through a
chicken house, going through maybe a
packaging attachment that they have to the
chicken house and they don't think about
those things. So we tried to -- on a regular
basis our responsibility was to give them the
best statistical information that we could so
they could make a decision.

Q. Understood. If you could go a
little slower with me over the program
because not all of us --

A. Okay.

Q. -- know quite as much as you
do.

---

36

AL POPE - HIGHLY CONFIDENTIAL

A. Okay.

Q. So just to be clear, one of the
things that might be suggested as part of
this economic program would be a flock
reduction, correct, from time to time?

A. Yes, from time to time you
have -- okay.

Q. Let's try to go through a few
more so we know we're on the same page.

A. Okay.

Q. Another thing might be
suggested by UEP would be a hatch reduction.
Correct?

A. Yes.

Q. Early molt was another thing
that was suggested?

A. Yes.

Q. Disposing of flocks early was
another thing that was suggested. Correct?

A. Yes.

Q. Now, as I understand it, these
programs would be adopted by the UEP board.
Correct?

A. Yes.

---

37

AL POPE - HIGHLY CONFIDENTIAL

Q. And then UEP --

A. Well, you know, let me take
that back a minute.

The board, of course, had final
oversight on what we did. Now, I think there
was a -- the board didn't meet every month.
We did meet occasionally at conference calls
and things, but I think it was pretty much
taken for granted that throughout the year as
we saw the statistics change either favorable
or unfavorable, we advised producers so that
they could make a decision.

Q. Okay. So your point is that
usually the programs would be adopted by the
board, but not always?

MS. LEVINE: Object to the form
of the question.

BY MR. OLSON:

Q. Is that your point?

MS. LEVINE: Mischaracterizes
the witness' testimony.

THE WITNESS: Give me the
question again. Sorry.

BY MR. OLSON:

---

**38**

AL POPE - HIGHLY CONFIDENTIAL

Q.    Is the point you're making that usually the UEP board would adopt these programs, but not always?

MS. LEVINE:  Object to the form of the question.

BY MR. OLSON:

Q.    My question was, these programs we've been talking about that might involve flock reduction or hatch reduction, these types of things, my question is, the UEP board would adopt those programs.  Correct?

MS. LEVINE:  Object to the form of the question.  Asked and answered. Mischaracterizing the witness' testimony.

THE WITNESS:  Okay.

BY MR. OLSON:

Q.    I'm just wanting to go through the procedure of how it happened.

A.    Well, it happened different ways.  I'm not going to be able to tell you. I can say, for example, we were always -- we were always on guard, so to speak.  And we would get a telephone call from producers, it

**39**

AL POPE - HIGHLY CONFIDENTIAL

wouldn't be at a board meeting, and they would say, hey, have you guys thought of that, did you see this, did you see what happened over here.  And that might initiate an evaluation by our staff to say, you know, we should be advising people of what's going on here, and then we do it.  So sometimes we did it, but it was an expected thing from us periodically when there was something that was notable in the industry going on.

Q.    What was expected of UEP?

A.    To make recommendations like this.

Q.    We'll go through more specific examples.  You mentioned a statistical analysis being done.  Who is Don Bell?

A.    Don Bell has been -- he actually was a -- he was affiliated with UC Davis campus.  UC Davis campus is very agriculture oriented.  Don over the years has earned the reputation of being one of the most effective, written the book on egg production.  He's written several of them. But the bible that the industry used is

**40**

AL POPE - HIGHLY CONFIDENTIAL

basically -- he's in flock management and he has heavy statistical leaning on everything that he does.  So we contracted from Don time to time when we needed a special survey or something like that.  And then Don would occasionally be invited to our board to give maybe what he thought his outlook was for the next year, something like that.  So I think the industry enjoyed a long-term relationship with Don Bell.

Q.    And approximately how far back does that relationship between Don Bell and UEP go?

MS. ANDERSON:  Objection.

MS. LEVINE:  Object to the form of the question.  Mischaracterizing the form of the question.

THE WITNESS:  All the time that I've worked at UEP, Don Bell has been available to the industry.

BY MR. OLSON:

Q.    So back at least to the 1970s. Correct?

A.    Yeah.

**41**

AL POPE - HIGHLY CONFIDENTIAL

Q.    You mentioned that from time to time UEP would contract with Don Bell.  Does that mean Mr. Bell would be compensated for his time and effort?

A.    Sometimes and sometimes not. If we had a project that we wanted to have done, we would contract with Don to do that.

Q.    So from time to time Mr. Bell would be hired by UEP and paid money for his time and efforts?

A.    Occasionally, but even in all the time that I was there, it was not much. I mean, I would venture to say -- I don't know that we ever -- the total amount would ever been over $10,000.  I mean, it just wasn't that much.

Q.    Now, Mr. Bell from time to time would prepare economic studies and forecasts for UEP.  Is that right?

A.    He did it for the industry because the industry publications would pick it up, and so would we.  We might have used it more than someone reading the publications, but he did both.  All his stuff

**11 (Pages 38 to 41)**

42

1      AL POPE - HIGHLY CONFIDENTIAL
2  was public information.
3     Q.    And you referred to Mr. Bell
4  publishing a bible on flock management.  Is
5  that a specific book you have in mind?
6     A.    Yes.
7     Q.    What book is that?
8     A.    I don't know the correct title
9  of it.  It is if anybody -- if anybody is
10  thinking about egg production or broiler
11  production, there is a book that Don Bell and
12  someone else, I don't remember his name, I'm
13  sorry, but he was the broiler specialist, Don
14  was the egg specialist.  So he would
15  basically explain all the intricacies of
16  producing eggs.
17     Q.    Would it be fair to say that
18  Mr. Bell believed that supply management was
19  important to the profitability of the
20  industry?
21     MS. LEVINE:  Object to the form
22  of the question.  Lack of foundation.
23  Let me finish.
24     THE WITNESS:  Okay.  Well, it
25  wasn't supply management because we

43

1      AL POPE - HIGHLY CONFIDENTIAL
2  didn't have that.  We --
3  recommendations did he give us, yes,
4  he gave recommendations and we put
5  them out.  We'd put them out in our
6  newsletter from him, we'd identify it
7  came from him or whatever.  But that's
8  as far as it ever went.
9  BY MR. OLSON:
10     Q.    But Mr. Bell, it would be fair
11  to say, was a long-time advocate for supply
12  management by egg producers.  Correct?
13     MS. LEVINE:  Object to the form
14  of the question.  Lacks foundation.
15  Speculative.
16     THE WITNESS:  Okay.  I'll say
17  here that now you've said it four or
18  five times, the supply management, we
19  don't have supply management, we've
20  never had it.  Our board would not
21  tolerate supply management because an
22  issue like supply management has come
23  up because our Canadian friends up
24  north have a true supply management
25  program.  And our industry talked

44

1      AL POPE - HIGHLY CONFIDENTIAL
2  about it, but never went past the
3  talking stage.  Let me put it that
4  way.
5  BY MR. OLSON:
6     Q.    But it's something Mr. Bell
7  talked about, supply management.  Correct?
8     MS. LEVINE:  Object to the form
9  of the question.  Mischaracterizes the
10  witness' testimony.  Lack of
11  foundation.  Calls for a speculative
12  answer.
13     THE WITNESS:  Okay.  The answer
14  is the same as the last one I gave
15  you.  It isn't supply management.  He
16  had zero the ability to change
17  anything.  If he changed anything, it
18  was just a recommendation that
19  somebody would follow.
20  BY MR. OLSON:
21     Q.    I'm just wanting to -- us to be
22  clear and I don't want specific terms to get
23  in the way about this issue that you're
24  saying the industry talked about.  I'm not
25  discussing whether anybody agreed to do

45

1      AL POPE - HIGHLY CONFIDENTIAL
2  anything or whether programs were effective.
3  But when you referred to something the
4  industry talked about --
5     A.    Yes.
6     Q.    -- what were you referring to?
7     A.    Well, this goes back a lot of
8  years.  It goes back maybe 15 to 20 years
9  ago.  Whenever we go through, whenever the
10  industry goes through a disastrous period,
11  you will always find some producers talking
12  about how great supply management would be.
13  And from my standpoint, if we had a supply
14  management program, it would be like
15  Valhalla, you know what I mean.  And we
16  would -- I'm saying like from a staff
17  standpoint, it would really be effective, but
18  we have -- the only supply management
19  programs that exist in the United States are
20  done by the government and the milk producers
21  as they control their prices and control
22  their distribution.  So they have a supply
23  management program.  We didn't have anything
24  that resembled that, but producers would say,
25  hey, don't you think it would be a great

46

1      AL POPE - HIGHLY CONFIDENTIAL
2  idea.  And they'd look up to our northern
3  borders here, and we worked very closely with
4  the guys from Canada, they're friends of
5  ours.  We served together on the
6  International Egg Commission.  And then they
7  hear things like this, Ontario, the
8  providence of Ontario is the largest egg
9  producing providence in Canada.  The quotas,
10  no, this is the quotas, not the actual bird,
11  it's not the physical entity, the ownership
12  of the quota is $200 a bird.  So now I'm
13  sitting with 5 million birds, boy, that
14  really looks good.
15      Q.    So would it be fair to say that
16  Mr. Bell -- strike that.
17          Would it be fair to say that
18  UEP from time to time would caution the
19  industry against over production?
20      A.    Yes.
21      Q.    Would it be fair to say that
22  UEP from time to time would propose the
23  efforts by which the industry could cooperate
24  to address the problem of over production?
25          MS. LEVINE:  Object to the form

47

1      AL POPE - HIGHLY CONFIDENTIAL
2  of the question.  Lack of foundation.
3  Mischaracterizes the witness'
4  testimony.
5  BY MR. OLSON:
6      Q.    Do you want me to restate the
7  question?
8      A.    Yes.
9      Q.    Would it be fair to say UEP
10  from time to time would propose ways the
11  industry would cooperate to address the
12  problem of over production?
13      A.    Well --
14          MS. LEVINE:  Same objection.
15          MS. ANDERSON:  Same objection.
16          THE WITNESS:  The
17  recommendations that we made were -- I
18  don't think we ever -- I don't think
19  it was ever intended or ever thought
20  to be controlling the production.  UEP
21  never did that.  We gave them the
22  information, and if we recommended it,
23  they look at a U.S. population, you
24  look at the demand for eggs per capita
25  and you tell them there's too many

48

1      AL POPE - HIGHLY CONFIDENTIAL
2  eggs.  We would say here's four ways
3  that, you know, if one of them fits
4  in, maybe you want to do it.  But as
5  soon as the times got better, then
6  everybody built a new chicken house.
7  Typical farmers.
8  BY MR. OLSON:
9      Q.    If UEP recommended that its
10  members reduce their flock by 5 percent, how
11  is that not related to egg production?
12          MS. LEVINE:  Object to the form
13  of the question.  States a fact not in
14  evidence.
15          THE WITNESS:  Well, whether it
16  was 5 percent or 20 percent or
17  whatever it was, it was just a figure
18  to try to balance the -- to suggest
19  balancing the supply with the demand.
20  And that didn't work.  On many fronts
21  it became less workable as the chain
22  stores consolidated and got bigger
23  because they understood that their
24  customers did not like wild
25  fluctuations in the product.  So to

49

1      AL POPE - HIGHLY CONFIDENTIAL
2  the extent possible, they left their
3  prices the same.  So when we dropped
4  down, when our wholesale price dropped
5  down, and it's not reflected in the
6  marketplace, then we're left with a
7  lot of eggs.
8  BY MR. OLSON:
9      Q.    As president of UEP, did you
10  generally find Mr. Bell's work to be
11  reliable?
12          MS. LEVINE:  Object to the form
13  of the question.  Speculation.
14          THE WITNESS:  You know, I didn't
15  make any decisions on what I was going
16  to do with anybody's production.  So
17  I -- you know, it's not fair for me to
18  say how effective it was because that
19  would be a producer out there looking
20  at the information, was it helpful to
21  him?  I assume that it was help to
22  them because, you know, they wanted
23  that.  And we shared or distributed
24  that information to our members.
25  BY MR. OLSON:

13 (Pages 46 to 49)

50

AL POPE - HIGHLY CONFIDENTIAL
Q.    And focusing on Mr. Bell's statistical analyses, for example, were they generally reliable?
    MS. LEVINE:  Object to the form of the question.  Hypothetical.  Calls for speculation.
    THE WITNESS:  I really don't know.  I -- you know, I think that, again, he earned the reputation that people looked at and considered, I think they looked at Don as a very credible man.  So from that standpoint, I would say that the individual producers listen to Don Bell.
BY MR. OLSON:
Q.    Did you have a different view about Mr. Bell's credibility or did you also find him credible?
    MS. LEVINE:  Object to the form of the question.
    THE WITNESS:  Well, we thought he was credible.
BY MR. OLSON:

51

AL POPE - HIGHLY CONFIDENTIAL
Q.    When you say "we," you mean UEP.  Correct?
A.    UEP, yeah.
Q.    Let's talk just briefly about UEP members.  You describe them -- how would you describe them just very generally?
A.    They're farmers.
Q.    Now, I take it that there are different types of farmers, there are different types of UEP members.  Correct?
A.    No.
Q.    Well, for example, some are shell egg producers and some are on the process side.  Is that fair to say?
    MS. LEVINE:  Object to the form of the question.
    THE WITNESS:  They wouldn't be a member as a processor.  There are egg producers that now process their own eggs.  They could be a member.  But as far as that segment is concerned, they couldn't be a member of UEP.
BY MR. OLSON:
Q.    Who are generally the customers

52

AL POPE - HIGHLY CONFIDENTIAL
of UEP members.
A.    Anybody that buys eggs.
Q.    So shell egg producers sell their eggs to different types of customers.  Correct?
A.    Yes.
Q.    For example, they sell eggs to retailers.  Correct?
A.    Yes.
Q.    They sell to grocery store chains, as you mentioned.  Correct?
A.    Yes.
Q.    They sell, for example, to big companies like Kroger and Walmart.  Correct?
A.    Yes.
Q.    They sell to food service companies?
A.    Yes.
Q.    What's a food service company?
A.    There are a number of big food service companies across the U.S. that supply restaurants, and that's the way we would look at it.  We would just --
Q.    The company that supplies the

53

AL POPE - HIGHLY CONFIDENTIAL
restaurant?
A.    Yeah, the company that supplies the restaurant.  Right.
Q.    And some shell egg producers sell to companies that break the eggs and turn them into egg products.  Correct?
A.    Yes.
Q.    And some companies sell both shell eggs and egg products.  Correct?
A.    Very few, but there are some, yes.
Q.    And any --
A.    We kind of treated that all separately.  I mean, basically we represented egg producers.
Q.    Well, just stick with me.
A.    Yeah, okay.
Q.    So would it be fair to say that any given egg producer could have multiple customers and different types of customers?
A.    Yes.
Q.    And those customers might have different demand for eggs.  Is that fair?
A.    I just don't follow it.  Of

14 (Pages 50 to 53)

**54**

```
 1        AL POPE - HIGHLY CONFIDENTIAL
 2   course they would have a different demand
 3   than a chain store.
 4        Q.    Well, for example, an egg
 5   producer might have some customers that are
 6   extremely concerned with the care given to
 7   the hens that hatch eggs, for example.
 8   Correct?
 9        A.    Yes.
10        Q.    And an egg producer might have
11   some customers that are less concerned with
12   that.  Correct?
13        A.    Yes.
14        Q.    And an egg producer might have
15   some customers that were willing to pay a
16   premium for eggs produced in a certain way?
17        MS. LEVINE:  Object to the form
18   of the question.  Calls for a
19   hypothetical.
20        THE WITNESS:  Yeah.  We would
21   think that it would -- we would think
22   that would be great, but it didn't
23   work that way.  It only -- what
24   happens is, you know, you got to
25   remember the competitor.  The
```

**55**

```
 1        AL POPE - HIGHLY CONFIDENTIAL
 2   competitor levels all that out.  I
 3   mean, you'd like to think you can
 4   recover your costs.  And obviously
 5   anybody that's in the production
 6   business, you know, they want to be
 7   able to cover their costs and make
 8   some money.  That's what producers
 9   would like to do, so...
10   BY MR. OLSON:
11        Q.    A producer wants to maximize
12   profit.  Correct?
13        A.    Sure.
14        Q.    So a producer might have
15   customers, for example, that want organic
16   cage free enriched eggs and be willing to pay
17   a little bit more for them.  Correct?
18        A.    Yes.
19        MS. LEVINE:  Object to the form
20   of the question.  Mr. Pope, wait until
21   the question is finished and I can get
22   an objection.
23        Object to all your
24   hypotheticals.  This is a fact
25   witness, he can answer to fact
```

**56**

```
 1        AL POPE - HIGHLY CONFIDENTIAL
 2   questions.  You have your time for an
 3   expert.
 4   BY MR. OLSON:
 5        Q.    And an egg producer, a member
 6   of UEP could have customers like that and
 7   they could at the same time have customers
 8   that just want the cheapest shell eggs they
 9   can buy.  Right?
10        MS. LEVINE:  Object to the form
11   of the question.  Once again, calls
12   for a hypothetical.  This is a fact
13   witness.  You have your time for an
14   expert.  Mr. Pope, you can answer --
15        MR. OLSON:  We don't need any
16   more speaking objections.  I'd ask you
17   to keep them very short.
18        MS. LEVINE:  You can't ask a
19   fact question -- a fact witness
20   hypotheticals.
21   BY MR. OLSON:
22        Q.    Do you need me to ask it again?
23        A.    I don't remember what you said.
24   Sorry.
25        Q.    I'll try it again.
```

**57**

```
 1        AL POPE - HIGHLY CONFIDENTIAL
 2        MR. OLSON:  And your objection
 3   is noted.
 4   BY MR. OLSON:
 5        Q.    So we're talking about an egg
 6   producer, they might have some customers that
 7   want the organic enriched cage free eggs that
 8   they're willing pay a little bit more for.
 9   And they might also have other customers that
10   just want the cheapest eggs they can buy.
11   Correct?
12        MS. LEVINE:  Same objection.
13        THE WITNESS:  Yeah.
14   BY MR. OLSON:
15        Q.    And that egg producer to
16   maximize profit would want to sell to both
17   customers.  Correct?
18        A.    Yes.
19        MS. LEVINE:  Object to the form
20   of the question.  This is not an egg
21   producer.
22        - - -
23        (Exhibit Pope-1, Feedstuffs
24   article "Pope:  UEP has done
25   'remarkable things', was marked for
```

15 (Pages 54 to 57)

58

1     AL POPE - HIGHLY CONFIDENTIAL
2        identification.)
3             - - -
4   BY MR. OLSON:
5        Q.    So I've handed you what we've
6   marked as Pope Exhibit 1.
7             For everybody on the phone,
8   this is an article published in Feedstuffs on
9   March 12, 2007, titled, "Pope: UEP has done
10  'remarkable things.'"
11            Now, Mr. Pope, I know you had a
12  chance to begin looking at this. Have you
13  had a chance to just briefly review the whole
14  document?
15       A.    No.
16       Q.    If you'd like, your counsel
17  suggested this, we can take just a -- we can
18  go off the record and let you finish
19  reviewing, so why don't we do that.
20       VIDEOGRAPHER:  The time is
21  approximately 9:52 a.m.  We are off
22  the record.
23            - - -
24       (A discussion off the record
25  occurred.)

59

1        AL POPE - HIGHLY CONFIDENTIAL
2             - - -
3        (The following discussion was
4   held off the video record.)
5             - - -
6        MS. LEVINE:  Just make a note,
7   we are on the record for purposes of
8   time, if he's looking at a document,
9   for the purpose time, nobody can talk
10  to a witness, we're not off the
11  record.
12       MR. OLSON:  We just did go off
13  the record.
14       MS. LEVINE:  We just wanted to
15  count the time.  We're not going to
16  have long breaks.
17       MR. OLSON:  Okay.  But I -- when
18  you had said we should go off the
19  record, I understood that we were
20  going off the record and it wouldn't
21  be on time.  If you're going to --
22       MS. LEVINE:  The witness.
23       MR. OLSON:  If you're going to
24  say that we're counting all the time,
25  we'll do that going forward and we'll

60

1        AL POPE - HIGHLY CONFIDENTIAL
2   just stay on the record.
3        MS. LEVINE:  For all future
4   times if you hand a witness a
5   document, they need time to read it,
6   that counts as deposition time.
7        MR. OLSON:  Going forward we can
8   do that.  I had understood that you
9   were saying something different.
10            Do you want to go back on the
11  record now?
12       MS. LEVINE:  Yeah, why don't we
13  go back on the record and Mr. Pope can
14  tell us when he has completed reading
15  the document.
16            - - -
17       VIDEOGRAPHER:  Stand by, please.
18  The time is approximately 9:54 a.m.
19  We're back on the record.
20       THE WITNESS:  Okay.  This is the
21  first time I've seen it.
22  BY MR. OLSON:
23       Q.    I understand.  I'll just make a
24  general point about documents.  Most of them
25  won't be even that long, but in general, when

61

1        AL POPE - HIGHLY CONFIDENTIAL
2   you get a document, sometimes I'll ask you
3   just to look over the whole thing, sometimes
4   just to look at portions.  But at any time if
5   I ask a question and you want to go back and
6   look at things --
7        A.    I can.
8        Q.    -- you're always welcome to do
9   that.  Fair enough?
10       A.    Uh-huh.
11       Q.    So you've had a general chance
12  to look at the document?
13       A.    Yes.
14       Q.    So this document I thought
15  would be helpful because it discusses two
16  things, some you've already touched on, one
17  is restructuring in the egg industry and one
18  is restructuring of UEP.
19       A.    Yeah.  Okay.
20       MS. LEVINE:  Mr. Pope, there's
21  no question.  Mr. Steig is asking his
22  question which you should listen to.
23       THE WITNESS:  Which is what?
24       MS. LEVINE:  Which you should
25  listen to.

16 (Pages 58 to 61)

62

1    AL POPE - HIGHLY CONFIDENTIAL
2  BY MR. OLSON:
3    Q.    I'm not to the question yet.
4  That was a lot of preface.
5    A.    Okay.
6    Q.    But generally I thought this
7  would help us talk about restructuring that
8  happened in the egg industry while you were
9  president and also the restructuring by UEP.
10 Let's start with the restructuring in the egg
11 industry that you touched on.  That's
12 something you discussed in this article.
13 Correct?
14   A.    Yes.
15        MS. LEVINE:  Objection to form
16   of the question.  This witness did not
17   write this article.
18 BY MR. OLSON:
19   Q.    Do you recall --
20   A.    And actually, there are -- you
21 know, there are things in here that I would
22 maybe not even agree with.  I think Rod Smith
23 wrote the article or something, so -- and I
24 didn't see it afterwards.  So when he wrote
25 an article, he did it because he got the

63

1    AL POPE - HIGHLY CONFIDENTIAL
2  information partially from himself or a bio
3  that I had or something.
4    Q.    I understand.  As we go through
5  it, if you see anything that you believe is
6  inaccurate, let us know, but let me ask the
7  questions.
8    A.    Okay.  Okay.
9    Q.    But I take it you recall giving
10 an interview --
11   A.    Yes.
12   Q.    -- to the person who wrote this
13 article?
14   A.    Yes.
15   Q.    And one of the things that is
16 discussed in the article and that you
17 discussed in the interview was changes in the
18 egg industry over time.  Correct?
19        MS. LEVINE:  Object to the form
20   of the question.  The witness didn't
21   say anything about what he said.
22        THE WITNESS:  I said we went
23   from five members to 200.
24 BY MR. OLSON:
25   Q.    Let's talk about the change in

64

1    AL POPE - HIGHLY CONFIDENTIAL
2  the egg industry itself.
3    A.    Yes.
4    Q.    Not UEP.
5    A.    Oh.
6    Q.    To be specific, if you look at
7  the bottom, the very bottom of the first
8  page, it says, "Also in the '80s and '90s,
9  the breaking and further-processing sector
10 started to grow, with breakers buying eggs
11 from commercial (or shell-egg) producers,
12 taking eggs off their hands during periods of
13 surplus supplies and weak prices."
14        Do you see that?
15   A.    Yes.
16   Q.    Is that generally consistent
17 with your knowledge?
18   A.    Generally it is consistent.
19 They are our best customer.
20   Q.    A couple paragraphs above that
21 there's the point also about the '80s and
22 '90s.  It says, "In the '80s and '90s,
23 producers started building environmentally
24 controlled housing and huge, integrated
25 complexes with housing that was 'in line' to

65

1    AL POPE - HIGHLY CONFIDENTIAL
2  plants...," and then it goes on.
3        Do you see that?
4    A.    Yes.
5    Q.    Is that generally consistent
6  with your knowledge?
7    A.    Yes.
8    Q.    When it refers to "huge
9  integrated complexes with housing that was
10 'in line' to plants," what does that mean in
11 plain language?
12   A.    Well, it meant that some
13 producers, I mean the further egg processors
14 have always been our best customers.  I mean,
15 you know, they buy 30 percent of the eggs
16 that are produced.  Okay.  Over the time,
17 some, I'm saying some, also owned production.
18 So we -- they would be a member of UEP on the
19 basis of their production.  And so from that
20 point, they would be a member.
21   Q.    And so integrated means what?
22   A.    Well, integrated is different
23 for different people.  You mentioned one
24 which was the in-line breaking, that was
25 really a new phenomenon, you know, ten years

**VERITEXT REPORTING COMPANY**
(212) 279-9424          www.veritext.com          (212) 490-3430

66

1           AL POPE - HIGHLY CONFIDENTIAL
2    ago. The environmental house was really a
3    phenomenon that was started by Rose Acres for
4    the industry. And everybody went to that.
5    But integrated could mean a couple of things.
6    The majority of our producer members, it
7    meant that they would take their eggs, pack
8    the eggs to meet the consumer -- their
9    customer's demand. And so that was the
10   extent of it. They packed them in cartons,
11   packed them on flats for wholesale. And that
12   was it. There were two or three that did
13   operate breaking operations. And in those
14   cases, they would produce the eggs, process
15   the eggs, break the eggs, make egg products
16   from them.
17        Q.    And what's an example of a
18   company that did that?
19        A.    I don't know. I mean, there's
20   a couple of them. I mean there's maybe --
21        Q.    Does any come to mind?
22        A.    -- three or four. There's not
23   a lot. I believe that Moark is a company
24   that does that. That's the only one I can
25   think of offhand. I know there's three or

67

1           AL POPE - HIGHLY CONFIDENTIAL
2    four. Not too many. Not very many. It
3    wasn't like all our producers did that.
4        Q.    Understood. Let me see if I
5    have this right. You had some shell egg
6    producers that around this time, the '80s and
7    '90s, built out in-line plants and integrated
8    into the processing side. Correct?
9            MS. LEVINE: Object to the form
10           of the question.
11           THE WITNESS: Okay. Yes, as far
12           as I know, that's right.
13   BY MR. OLSON:
14        Q.    And then there were also some
15   companies that started off on the processing
16   side, purchasing from --
17        A.    Yes.
18        Q.    -- the egg producers, and over
19   time they integrated into egg production.
20   Right?
21           MS. LEVINE: Object to the form
22           of the question. Mischaracterizing
23           the witness' testimony. Wait until
24           Mr. Steig --
25           MR. OLSON: Mr. Olson.

68

1           AL POPE - HIGHLY CONFIDENTIAL
2            MS. LEVINE: Sorry, Mr. Olson
3    asks his question before you start
4    answering.
5            THE WITNESS: Okay.
6    BY MR. OLSON:
7        Q.    I'll try that one again.
8            So we talked about there was
9    some shell egg producers, then over time they
10   integrated into the processing side.
11           MS. LEVINE: Object to the form
12           of the question.
13   BY MR. OLSON:
14        Q.    But there were also some
15   companies that started off as processors and
16   over time they integrated back to the -- to
17   owning some shell egg production facilities.
18   Correct?
19        A.    They went both --
20           MS. LEVINE: Object to form of
21           the question. Mischaracterizes the
22           witness' testimony.
23   BY MR. OLSON:
24        Q.    You were saying it went both
25   ways?

69

1           AL POPE - HIGHLY CONFIDENTIAL
2        A.    It went both ways.
3        Q.    And if you turn to page 2, I
4    believe that's a point you're making at the
5    top, where you say -- not where you say,
6    sorry, where the article says, However,
7    breakers -- I won't read it, makes a point
8    about breakers and then the article says, "In
9    response, breakers began putting in their own
10   flocks and building their own in-line
11   complexes, giving them control of their costs
12   and prices, as well as quality."
13           Do you see that?
14        A.    Yes.
15        Q.    That's the point we were just
16   discussing, that some companies start off as
17   breakers, integrate it backwards into
18   production. Correct?
19           MS. LEVINE: Object form of the
20           question. The document states what
21           the document states.
22           THE WITNESS: Yes.
23   BY MR. OLSON:
24        Q.    And this is not a memory test,
25   sir, but do any examples of companies like

70

```
 1        AL POPE - HIGHLY CONFIDENTIAL
 2   that come to mind?
 3      A.   No.
 4      Q.   Have you heard of a company
 5   called RW Sauder?
 6      A.   Yes.
 7      Q.   Was that -- was Sauder company
 8   an example of a company that integrated
 9   backward in that way, do you know?
10        MS. LEVINE:  Object to the form
11   of --
12        THE WITNESS:  I don't know.
13   BY MR. OLSON:
14      Q.   Fair enough.
15      A.   But --
16      Q.   Now this article states then
17   "This development continues to grow, Pope
18   said."
19        Do you see that?
20      A.   Yes.
21      Q.   And this is a document from
22   2007.  Was that development growing in 2007?
23        MS. ANDERSON:  Objection to
24   form.
25        MS. LEVINE:  Objection to the
```

71

```
 1        AL POPE - HIGHLY CONFIDENTIAL
 2   form of the question.  He retired in
 3   2007.
 4   BY MR. OLSON:
 5      Q.   Or was it growing --
 6      A.   I don't know what's happened
 7   since then, but it had pretty much settled
 8   down.  It was no new breakers coming on or
 9   anything like that.  I mean, it was
10   basically --
11      Q.   But this development of
12   breakers integrating backwards --
13      A.   It was pretty much done by '07
14   I think.
15        MS. LEVINE:  Mr. Pope, you
16   really have to wait for the question,
17   because the court -- the poor court
18   reporter cannot type over you.
19        THE WITNESS:  Okay.
20   BY MR. OLSON:
21      Q.   Then there's a quote attributed
22   to you, it says, it was a painful situation
23   for UEP to, he said, and that's not in
24   quotes, but then there's a quote that says,
25   "'There we were with the shell side and the
```

72

```
 1        AL POPE - HIGHLY CONFIDENTIAL
 2   processed side and UEP in the middle,' Pope
 3   said.  UEP needed to do something to unify
 4   the industry."
 5        Is that consistent with your
 6   recollection?
 7      A.   You know, yes.  I'm going to
 8   answer yes, but the interpretation of that
 9   could take several different ways, I think.
10      Q.   That's why we're here.
11      A.   Yeah.
12      Q.   What is the point that you are
13   making about the shell side and the processed
14   side and UEP in the middle?
15      A.   Well, okay.  We understand, and
16   I don't know the workings of all the
17   processor side, the breaker side, but
18   obviously they want to buy and can buy at --
19   like after Easter periods, if they want to,
20   because they can process the eggs and they
21   can carry the storage in either dry form,
22   liquid, frozen, whatever they want to do,
23   which producers can't do.  We got to sell our
24   eggs.  So it was always a ying/yang kind of
25   relationship that you had with processors.
```

73

```
 1        AL POPE - HIGHLY CONFIDENTIAL
 2   Processors always wanted to buy at the bottom
 3   of the market and producers always wanted to
 4   sell at the top of the market and, therefore,
 5   you have -- you know, you go back and forth.
 6      Q.   So it says, "...UEP needed to
 7   do something to unify the industry."  What
 8   did UEP do to unify the industry?
 9        MS. LEVINE:  Object to the form.
10   Lack of foundation.
11        THE WITNESS:  Well, I have to
12   say that we never, even though we
13   would recognize an issue, UEP, our
14   first priority was with the egg
15   producer, period.  And so we
16   weren't -- from that standpoint, we
17   weren't -- other than what the problem
18   was, we weren't concerned whether the
19   processors made any money or not, I
20   mean honestly.
21   BY MR. OLSON:
22      Q.   I'm just referring to this
23   discussion about unifying the industry.
24   What, if anything, did UEP do to unify the
25   industry?
```

19 (Pages 70 to 73)

74

```
1          AL POPE - HIGHLY CONFIDENTIAL
2          MS. LEVINE: Object to the form
3   of the question. Lacks foundation.
4          THE WITNESS: The biggest thing
5   was we closed down the regions.
6   BY MR. OLSON:
7      Q.    How did that help unify the
8   industry?
9      A.    Well, basically you had -- when
10  you have five regions like we had, you have
11  five general managers, you have five cars,
12  you have five offices, you have five member
13  services people, you have five of everything,
14  you just multiply everything. Then when you
15  have five managers, you always have five
16  different boards of directors. And it was
17  just a cumbersome structure. So what we
18  gained out of changing that was tremendously
19  more input from the producers. We expanded
20  our board so more producers could be
21  represented on the board. And it just made
22  it more efficient. And when we worked on
23  issues, we all worked on them at the same
24  time.
25      Q.    Another thing that is referred
```

75

```
1          AL POPE - HIGHLY CONFIDENTIAL
2   to in this article, if you look sort of the
3   bottom half of page 2, is the formation of
4   United Egg Association.
5      A.    Yes.
6      Q.    Tell us about the formation of
7   that and why it was formed.
8      A.    USDA gave us a call and said,
9   you know, we run -- they run an inspection
10  program for shell eggs, and they also run a
11  program for further processed eggs. USDA, a
12  guy by the name of Connor Kennett, called me
13  and said that the further egg processors up
14  until maybe two years before this date had an
15  organization called Poultry and Egg Institute
16  of America or something like that. I don't
17  remember. And they had a committee that
18  represented the further egg processor. So
19  USDA said to our chairman and to me and --
20  whether or not UEP could provide management
21  services for our small little trade
22  association. They didn't want to hire
23  anybody. They didn't have that -- they
24  didn't have a lot of resources or anything.
25  So we had really gained, I think, a good
```

76

```
1          AL POPE - HIGHLY CONFIDENTIAL
2   reputation as it relates to management
3   skills. And so they asked us if we could do
4   that. Well, we had developed the UEA
5   organization. Its major function was to
6   house our pack.
7      Q.    So let's just make sure we
8   understand what we're talking about. So the
9   UEA is an association that was within UEP?
10     A.    Not within UEP. It was just we
11  just managed it for them.
12     Q.    It was an association that you
13  managed?
14     A.    They didn't even have a
15  telephone. You know what I mean? Just, you
16  know.
17     Q.    Right. UEP --
18     A.    We just provide management
19  services for them.
20     Q.    And you say they didn't have a
21  telephone, your point is UEP did all the
22  managing for them. Correct?
23         MS. LEVINE: Objection to the
24  form of the question.
25  Mischaracterizes the witness'
```

77

```
1          AL POPE - HIGHLY CONFIDENTIAL
2   testimony.
3          THE WITNESS: The only functions
4   that we really provided was calling a
5   meeting for the further egg processors
6   when they wanted an annual meeting or
7   something like that. And then they
8   would discuss whatever their issues
9   were.
10  BY MR. OLSON:
11     Q.    And what else did UEP do to
12  manage UEA?
13     A.    We kept separate books for
14  them. I mean and the books, I mean, there
15  are dues and we send the billing out and then
16  they -- everything they -- they were
17  responsible for the board. Their board was
18  responsible for whatever UEA did.
19     Q.    So this article says, Pope said
20  formation -- sorry. So the UEA represented
21  breakers and further processors. Correct?
22     A.    Just a minute. What did you
23  say, UEA what?
24     Q.    UEA represented -- well, as I
25  understand it, there were three divisions of
```

20 (Pages 74 to 77)

78

1     AL POPE - HIGHLY CONFIDENTIAL
2  UEA.
3     A.    Yes.
4     Q.    There was the allied division?
5     A.    Yes.
6     Q.    And who is in the allied
7  division, what type of companies?
8     A.    The company that would supply
9  the industry with cages or whatever.
10     Q.    There's the further processors?
11     A.    Yes.
12     Q.    Who is that?
13     A.    That would be people that
14  process eggs, breakers, referred to as
15  breakers.
16     Q.    And there are producer packers
17  as well?
18     A.    Yes.
19     Q.    Who are they?
20     A.    A producer packer, for whatever
21  the reason, did not want to be in a
22  cooperative.  So they had a vehicle that they
23  could belong to.
24     Q.    And this article says, Pope
25  said formation of the United Egg Association,

79

1     AL POPE - HIGHLY CONFIDENTIAL
2  (UEA)...brought together all sectors of the
3  egg industry in one structure to communicate
4  on and coordinate matters of mutual interest.
5     Do you see that?
6     A.    Yes, I saw that.
7     Q.    Is that consistent with your
8  knowledge?
9     A.    No, not quite.  I just phrased
10  it wrong.  Because they -- there's no way egg
11  producers are going to tell the breakers how
12  to run their business.  And we were strictly
13  there because nobody else would do it.
14     Q.    Now, UEA members attended UEP
15  meetings.  Correct?
16     A.    Generally, no.  There were --
17  there was a few maybe.
18     Q.    They were allowed to attend UEP
19  meetings?
20     MS. LEVINE:  Object to the form
21  of the question.  Be specific about
22  which meetings.
23  BY MR. OLSON:
24     Q.    There was nothing -- there was
25  no rule stopping UEA members from attending

80

1     AL POPE - HIGHLY CONFIDENTIAL
2  UEP meetings.  Correct?
3     MS. LEVINE:  Object to the form
4  of the question.
5     THE WITNESS:  UEP's meetings
6  were open.  If you wanted to come, you
7  could come to the UEP board meeting.
8  BY MR. OLSON:
9     Q.    Including UEA members.
10  Correct?
11     A.    Yes.
12     Q.    They -- UEA members were sent
13  the United Voices newsletter?
14     A.    Pardon?
15     Q.    Were UEA members sent the
16  United Voices newsletters?
17     A.    Yes.
18     Q.    Were UEA members permitted to
19  express their views at UEP meetings?
20     MS. LEVINE:  Object to the form
21  of the question.
22     THE WITNESS:  If you went to the
23  UEP meeting and we were talking on a
24  subject that you wanted to express
25  your view on, you're free to do that.

81

1     AL POPE - HIGHLY CONFIDENTIAL
2  BY MR. OLSON:
3     Q.    And UEA members could do that,
4  too.  Right?
5     A.    UEA members could do that, too.
6     Q.    Now, on the bottom of the
7  page 2 of this document, there's a discussion
8  about UEP's work in animal welfare.
9     A.    Yes.
10     Q.    You saw that when you skimmed
11  the article?
12     A.    Yes.
13     Q.    The article says that Pope
14  recalled how in the early 1980s UEP wrote
15  animal welfare guidelines based only and
16  simply on how producers took care of their
17  birds at the time.  It prompted "heated
18  debate in the industry, and they were just
19  milk toast guidelines..."
20     Do you see that?
21     A.    Yes.
22     Q.    Is that consistent with your
23  knowledge?
24     MS. LEVINE:  Can you tell us
25  where you're reading?

21 (Pages 78 to 81)

82

1          AL POPE - HIGHLY CONFIDENTIAL
2               MR. OLSON:  Yeah.  The bottom of
3      page 2.
4               THE WITNESS:  That was his words
5          on there.  I don't know, but, yes,
6          that's what I recall from the '80s, we
7          did draft some guidelines.
8      BY MR. OLSON:
9          Q.    And what was the reason for
10     drafting those guidelines in the 1980s?
11         A.    I don't have a short
12     explanation, but I'll explain why we did it,
13     if you want.
14         Q.    Let's try it.
15         A.    Okay.  For 30 years one of our
16     responsibilities was the U.S. representative
17     at the International Egg Commission.  So --
18     and I, being the delegate, went there for
19     those 20 years, and watched what happened to
20     the animal welfare movement firsthand.  I saw
21     and actually was there when animal welfarists
22     would demonstrate in front of what would be
23     our customers, the retail stores.  They would
24     have a, you know, 4-by-8, 4-by-10 table set
25     up and they would have chickens with the eyes

83

1          AL POPE - HIGHLY CONFIDENTIAL
2      out.  They would have chickens with no
3      feathers on.  They would have chickens
4      with -- you know, then if you walked out of
5      the store, you were harassed by animal
6      welfare people.  They had little bottles of
7      blood they would -- and it wasn't
8      probably really blood, I don't know, they
9      would just splash it on people.  You know, so
10     I'm looking at it and I'm thinking, you know,
11     our producers, they're so far away from this,
12     I mean, I don't think that will ever happen
13     in the U.S.  Well, it did happen here.
14               So my first thoughts were at
15     that time what can we do to be a responsible
16     industry to have answers for our producers so
17     that they're not caught off guard like the
18     Europeans were.  So what happened in Europe
19     is because they had no producer voice, they
20     just -- whatever happens to them, happens to
21     them.  So you had Belgium with guidelines,
22     you had France with guidelines, you had U.K.
23     with guidelines.  Everything was different.
24     And they were all taken different tasks.
25     They'd come to the board meetings, if it was

84

1          AL POPE - HIGHLY CONFIDENTIAL
2      an open meeting or if it was a public company
3      where they could buy stock in and then they
4      could come in and give them a voice at their
5      stock meetings.  It was just horrendous what
6      was going on.  And I'm sure that you were
7      exposed to things that PETA has done that
8      have been totally outrageous.
9          Q.    Could I just make sure we have
10     the timeline correct?
11         A.    Yes.  This is --
12               MS. LEVINE:  Mr. Olson, you
13          asked a question, the witness is
14          giving an answer.  Do not interrupt
15          the witness in the middle of an
16          answer.  When he is finished his
17          answer, you can ask follow up.
18               Go ahead, Mr. Pope.
19               THE WITNESS:  So this was in the
20          late '70s and all through the '80s and
21          right up -- I mean, it just hasn't
22          stopped.  And I feel sorry for the
23          producers in those countries, because
24          they had nobody speaking for them and
25          they just -- they're just are always

85

1          AL POPE - HIGHLY CONFIDENTIAL
2      perceived as the bad guys.  You know,
3      farmers are very jealous of that.  I
4      mean, here in the U.S., when we had
5      90 percent of our population working
6      in agriculture, they loved
7      agriculture.  Now, not so much; you
8      know, kids think that milk comes from
9      the grocery store, they don't think
10     about the cow or the chicken or
11     anything else.  So what do we do?
12     We're a little organization, we don't
13     have a lot of resources.
14               So I came back and I -- actually
15     I had just gotten a mailing from some
16     animal welfare group, I can't
17     remember, and they had their members
18     send me a postcard saying, you know,
19     you should be kept in a cage.  You
20     should be -- we get these threats
21     coming in.  I wish I could put you in
22     a cage.  And so these cards started
23     coming in, and it was thousands of
24     them.  We're talking about 100
25     producers and we're talking about

---

86

1  AL POPE - HIGHLY CONFIDENTIAL
2  thousands of customers out there that
3  are -- don't understand really the
4  housing. Okay, so, we came back and
5  we made an attempt. And when I say we
6  made an attempt and that it was hard,
7  I mean literally, I had producers
8  standing on the chair saying there is
9  no GD telling me how much square
10 inches my birds are going to have.
11 Nobody is going to tell me that.
12 So -- okay.
13      So then we make up these
14 guidelines, and they were very
15 general. When I say milk toast, they
16 were a producer should do this or he
17 should do that. All these little
18 weasel words that you guys like.
19 BY MR. OLSON:
20      Q.   I thought we were getting
21 along.
22      A.   Then take me to task on. So
23 anyhow, here we were faced with this. How
24 does an organization -- you know, you got to
25 remember, you guys are around here, we've

---

87

1  AL POPE - HIGHLY CONFIDENTIAL
2  never had anywhere near this many people
3  working for UEP. I mean, we basically had --
4  at the time this came up, there was two of us
5  and we're handling all the issues. One time
6  it's going to be this. Okay.
7      So what we decided to do is we
8  decided to come up with guidelines.
9  Producers got upset about it, but those
10 guidelines served us pretty good. I say
11 pretty good because, again, it was all
12 voluntary, they were not what I would call
13 hardline guidelines.
14      Q.   Did they lead to any changes?
15      A.   Pardon?
16      Q.   Did they lead to any changes?
17      MS. LEVINE: Let the witness
18 finish his statement, then you can ask
19 a question. Don't -- please don't
20 interrupt the witness.
21      MR. OLSON: Well --
22      MS. LEVINE: He told you --
23      MR. OLSON: He answered the last
24 question.
25      MS. LEVINE: He told you it was

---

88

1  AL POPE - HIGHLY CONFIDENTIAL
2  a long question. You asked for it.
3  BY MR. OLSON:
4      Q.   I'm asking a follow-up
5  question. The question is, did those
6  guidelines that were instituted in the early
7  1980s, did they lead to any changes --
8      MS. LEVINE: You can now --
9  BY MR. OLSON:
10     Q.   -- in any production?
11     A.   No, I would have no idea. I
12 don't know what they did. But I can't stop
13 there.
14     Q.   Well, that's what my question
15 was about.
16     A.   I can't stop there.
17     Q.   Now, the article goes on to say
18 in the late 1990s, you saw what was happening
19 in Europe, and it says you suggested that
20 U.S. egg producers needed to write new
21 guidelines?
22     A.   Yes.
23     Q.   Is that accurate?
24     A.   Yes.
25     Q.   Okay.

---

89

1  AL POPE - HIGHLY CONFIDENTIAL
2      A.   I mean at the time --
3      Q.   Now, let me ask --
4      MS. LEVINE: Let the witness
5  finish the question.
6      MR. OLSON: He answered the
7  question.
8      MS. LEVINE: You didn't finish.
9  Do you have anything else to say, Mr.
10 Pope?
11     MR. OLSON: No. He answered the
12 question. He doesn't just get to say
13 whatever he wants to say.
14     MS. ANDERSON: He was in the
15 middle of a sentence.
16     MS. LEVINE: Well, you can't cut
17 off the witness, Mr. Olson.
18     MR. OLSON: It was a yes or no
19 question and he answered it.
20     MS. LEVINE: No, it was not. He
21 was in the middle of a sentence.
22     MR. OLSON: I'm not going to
23 debate you about it. It was a yes or
24 no question.
25 BY MR. OLSON:

---

23 (Pages 86 to 89)

90

AL POPE - HIGHLY CONFIDENTIAL
1
2      Q.      Now, what was -- who did you
3   make that suggestion to?
4      A.      The UEP board.  I remember --
5      Q.      And do you recall when you did
6   that?
7      A.      I don't recall the year, but I
8   specifically remember the board meeting
9   because I thought I wasn't going to survive
10   the board meeting.  That's how emotional this
11   issue is with producers.
12      Q.      Producers didn't like the idea
13   at first, is that what you're saying?
14      A.      They hated it.  I mean, you
15   know, we don't ask for any government
16   subsidies, we don't want any price support,
17   we don't want anything.  We want to be left
18   alone and just produce eggs.  That's it.  And
19   the way that this was going, we were going to
20   have to respond to it somehow.  So, yes, I
21   came to the board at the meeting in San
22   Antonio.  Gene and I almost lost our jobs
23   over it, but the board gave us the approval
24   to move ahead to try to update our
25   guidelines.  That's when the second phase all

91

AL POPE - HIGHLY CONFIDENTIAL
1
2   started.
3            MR. OLSON:  We'll obviously get
4   to that.
5            MS. LEVINE:  Mr. Olson, I'm just
6   going to say I think the witness is
7   getting a little tired.  When you
8   finish with the document you're on,
9   you're at a good stopping place, I
10   think a break would be a good idea.
11            MR. OLSON:  That sounds good.
12            -  -  -
13            (Exhibit Pope-2, Al Pope's
14   History with UEP, Bates UE0754417 -
15   UE0754424, was marked for
16   identification.)
17            -  -  -
18   BY MR. OLSON:
19      Q.      I've just handed you what has
20   been marked Pope-2.  The Bates numbers are
21   UE0754417 through 24.  It's titled, "AL
22   POPE'S HISTORY WITH UEP."  And I believe, Mr.
23   Pope, that this was prepared in connection
24   with you being given an award in October of
25   1999 as egg producer of the year.  Do you

92

AL POPE - HIGHLY CONFIDENTIAL
1
2   recall that?  Do you recall being given that
3   award, not do you recall this document?
4      A.      Yes, I remember getting the
5   award, yes.
6      Q.      So this just has a timeline, I
7   just want to check on a couple of things.  If
8   you look on the first page, it says, "May
9   1981 - UEP's first Animal Welfare Committee
10   conducts meeting."  Is that consistent with
11   your knowledge?
12      A.      Excuse me.  Where is this one?
13   This is on the bottom half of the first page?
14      Q.      Yeah, May 1981.
15      A.      First animal -- yes, "...first
16   Animal Welfare...conducts meeting."  Okay.
17      Q.      Then it says, "May 1982 - UEP's
18   Animal Welfare Committee completes the
19   Husbandry Guidelines and Situations Statement
20   of the Egg Industry."
21            Do you see that?
22      A.      You're testing my memory on all
23   this, but I have to just go by what's here.
24            MS. LEVINE:  Just --
25   BY MR. OLSON:

93

AL POPE - HIGHLY CONFIDENTIAL
1
2      Q.      My question is really, do you
3   have any reason to doubt that that's the
4   right general period?
5      A.      No, I don't have no reason to
6   doubt that.
7      Q.      If we wanted to find a copy of
8   those guidelines, do you know where we could
9   go?
10      A.      Just call up UEP and ask for
11   them.  The guidelines.
12      Q.      UEP would still have them?
13      A.      Yes.  These guidelines that
14   we're talking about here are prior to our
15   certification program.
16      Q.      Understood.
17      A.      Okay.
18      Q.      Let's look on the third page
19   in, there's a July 1995 entry.  It says, "UEP
20   holds an emergency economic summit
21   meeting...," I'll wait until you're there.
22      A.      July, okay.
23      Q.      1995.  Do you see it?
24      A.      I must be on the wrong page.
25   Oh, yes.

94

AL POPE - HIGHLY CONFIDENTIAL

Q.    You see it.  And it says, "UEP
holds an emergency economic meeting to
consider programs to balance supply with
demand."

      Do you see that?

A.    Uh-huh.

Q.    What's an economic summit
meeting?

A.    Well, it's nothing more like
having Don Bell come in, give them, you know,
the -- give them the statistics and included
any party that was interested in the
industry.  I mean, you know, even Allied
Industry obviously is an interested party
because they couldn't tell whether there's
going to be -- whether it's going to be
economically good for them or not, you know,
things like that.  So that was what I meant
by a joint effort.  A joint get together.

Q.    Now, if you look to the entry
on October 1998, please.  This is on the
fourth page.

A.    October 1998, okay.

Q.    It says, "UEP forms Scientific

95

AL POPE - HIGHLY CONFIDENTIAL

Advisory Committee for Animal Welfare."

      Do you see that?

A.    Is it in the top half or the
bottom?

Q.    The very end, October 1998.

A.    Okay.  Right.

Q.    Do you see it?

A.    Yes.

Q.    Who formed the Scientific
Advisory Committee?

A.    Well, our board as a
recommendation from staff.

Q.    Were the members of that
committee compensated?

A.    No.  Except for travel.

Q.    Did that committee hold
meetings, regular meetings?

A.    They hold meetings irregular.

Q.    They held meetings?

A.    They held meetings, yes.

Q.    But not necessarily on a
regular basis?

A.    Right.  Yeah.

Q.    Did you attend those meetings?

96

AL POPE - HIGHLY CONFIDENTIAL

A.    You know, I don't remember.  I
might have attended one, but my general rule,
I didn't attend them.

Q.    As a general rule, did anyone
from UEP attend the scientific --

A.    Well, we always had one because
we've got to put the meeting together, you
know, so we always had at least one.  But
we -- those meetings were limited to that.
We didn't -- they weren't -- they just
weren't open meetings.  They were just
meetings, they're work meetings.

Q.    This is what I just want to
understand.  The Scientific Advisory
Committee was there and at least one person
from UEP --

A.    Yes.

Q.    -- would be there.  Correct?

A.    Yes.

Q.    And generally who would that
person be?

A.    It would be Gene Gregory.

Q.    And --

A.    Okay.

97

AL POPE - HIGHLY CONFIDENTIAL

Q.    Stick with me.  And then were
there other people who would generally attend
the meetings?

A.    Occasionally our chairman would
attend.

Q.    Would it be Mr. Gregory who was
responsible for keeping minutes?

      MS. LEVINE:  Object to the form
of the question.  Lack of foundation.

BY MR. OLSON:

Q.    Strike that.

      Were minutes kept of the
Scientific Advisory Committee meetings?

A.    You know, I'm not sure.

Q.    Were records retained regarding
the Scientific Advisory Committee meetings?

      MS. ANDERSON:  Objection to
form.

      MS. LEVINE:  Objection to form
of the question.

      THE WITNESS:  Yeah.

BY MR. OLSON:

Q.    While you were at UEP, if you
wanted to go back and look for what happened

25 (Pages 94 to 97)

98

AL POPE - HIGHLY CONFIDENTIAL
1    at these meetings, what would you do?
2    A.    Somewhere there would be a
3    folder on the Scientific Advisory Committee,
4    I would hope that they were in there.
5    Q.    Did the Scientific --
6    A.    I never had to do that,
7    however.
8    Q.    Did the Scientific Advisory
9    Committee generate a work product as a result
10   of its efforts?
11          MS. LEVINE:  Object to the form
12   of the question.  What you mean by
13   "work product"?
14          THE WITNESS:  Eventually.  I
15   mean, their responsibility directed
16   from the board was to obtain and look
17   at research as it related to animal
18   welfare, and to the best of their
19   ability was to establish suggested
20   guidelines, based on science, how our
21   animals should be cared for.
22   BY MR. OLSON:
23   Q.    Did the Scientific Advisory
24   Committee generate a written report, to your

99

AL POPE - HIGHLY CONFIDENTIAL
1    knowledge?
2    A.    I don't know.
3          MR. OLSON:  Let's take a break.
4          MS. LEVINE:  Now we're off the
5    record.
6          VIDEOGRAPHER:  The time is
7    approximately 10:27 a.m.  This ends
8    tape one.  We are off the record.
9          - - -
10         (A recess was taken.)
11         - - -
12         (Exhibit Pope-3, Egg Economic
13   Update, Bates KRGEG00020640 -
14   KRGEG00020643, was marked for
15   identification.)
16         - - -
17         VIDEOGRAPHER:  The time is
18   approximately 10:41 a.m.  This begins
19   tape two.  We are back on the record.
20   BY MR. OLSON:
21   Q.    Okay, Mr. Pope, I've handed you
22   what we've marked Pope-3.  It's Bates stamped
23   KRGEG00020640 through 43, dated April 15,
24   1994, entitled, "EGG ECONOMICS UPDATE."

100

AL POPE - HIGHLY CONFIDENTIAL
1    Q.    Let's just start, can you
2    identify this document for the record,
3    please?
4    A.    First of all, I have no idea
5    whether I've ever seen it before, but --
6    Q.    The type of document?
7    A.    It's a document that we've seen
8    a number of times.  See, they're also part of
9    the cooperative extension service which is
10   part of the USDA, so...
11   Q.    When you say "we've seen a
12   number of time," you mean UEP?
13   A.    Everybody.  Everybody.  UEP.
14   We would put -- maybe attach it to a
15   newsletter or something like that for
16   producer's information.
17   Q.    What is an egg economics update
18   generally?
19   A.    I'm going to say it just --
20   usually it's just as a pulse on the industry
21   at whatever point you're trying to cover.
22   Q.    The economic issues facing the
23   egg industry?
24   A.    Yes.

101

AL POPE - HIGHLY CONFIDENTIAL
1    Q.    This one is authored by Don
2    Bell.  Correct?
3    A.    Yes.
4    Q.    Was he the person who authored
5    these reports always?
6    A.    Well, not always, but
7    periodically he would.
8    Q.    Was there anyone else who
9    authored egg economics updates?
10   A.    There was lots of them.  I
11   mean, you had individual companies would do
12   it.  And there would be people that are not
13   even in the industry.  They'd be maybe at the
14   time Chicago Board of Trade or could have
15   been any number.  And basically we just -- we
16   passed the information on to a producer.
17   Q.    To the UEP members.  Correct?
18   A.    Yes.
19   Q.    Now, this --
20   A.    No, there was UEA members on
21   that list as well.
22   Q.    And UEA members.  Thank you.
23   How about USEM members?
24   A.    No.

26 (Pages 98 to 101)

---

102

AL POPE - HIGHLY CONFIDENTIAL
1
2    Q.    And why is that?
3    A.    We didn't have anything to do
4  with them at the time.  We didn't do anything
5  with USEM marketers at the time.
6    Q.    We'll get to that one later.
7          This one is entitled, "WHEN
8  MORE MEANS LESS!"
9          Do you see that?
10    A.    Yes.
11    Q.    And it begins by saying that
12  "...the recent UEP Board of Directors meeting
13  in Phoenix, Arizona, Ken Looper reviewed the
14  procedures he uses for projecting the
15  nation's laying flock each month."
16    A.    Uh-huh.
17    Q.    Mr. Looper would make
18  projections at this time in the mid-'90s.  Is
19  that right?
20          MS. LEVINE:  Object to the form
21    of the question.
22  BY MR. OLSON:
23    Q.    Strike that.
24          What was Mr. Bell referring to
25  about Mr. Looper's projections?

---

103

AL POPE - HIGHLY CONFIDENTIAL
1
2          MS. LEVINE:  Object to the form
3    of the question.  This witness doesn't
4    know.
5          MR. OLSON:  Please don't testify
6    for the witness.
7          THE WITNESS:  First of all, I
8    don't profess to know anything about
9    the statistics that they're sharing,
10    showing to the board members.  We have
11    various members that would have varied
12    interest in specific areas.  And we
13    had a number of producers that did
14    their own economic analysis.  And from
15    time to time they shared that with the
16    board.
17  BY MR. OLSON:
18    Q.    Do you recall Mr. Looper's role
19  at UEP at this time?
20    A.    You know, at this time I don't.
21  He might have been our chairman at the time.
22  I don't really remember that.
23    Q.    At some point he was chairman.
24  Correct?
25    A.    At some point he was chairman.

---

104

AL POPE - HIGHLY CONFIDENTIAL
1
2    Q.    What is the relationship
3  between the chairman and the president?
4    A.    Like any other board, we really
5  liked and encouraged a strong chairman,
6  because we were a producer organization and
7  we wanted us to be perceived.  However, as
8  you can imagine, the strength of your
9  chairmanships, which is a two-year term, can
10  go up and down.  I mean how involved they are
11  and how involved they aren't.  So whenever
12  they're -- the chairman chooses not to take a
13  great participation except at the board
14  meeting, unfortunately that raises the
15  profile of the staff.  We prefer not to do
16  that.
17    Q.    And as president, you were on
18  the board as well.  Is that right?
19    A.    No.
20    Q.    You were not on the board?
21    A.    I'm not a member of the board,
22  no.
23    Q.    So going back to this document,
24  on the first page after the chart Mr. Bell
25  writes, "One of the most important numbers

---

105

AL POPE - HIGHLY CONFIDENTIAL
1
2  Ken projects each month is the expected
3  number of layers for the next year."
4          Do you see that?
5    A.    Yes.
6    Q.    "This number, along with its
7  associated production, are two of the best
8  predictors of future profits that we have."
9          Do you see that?
10    A.    That's what he said.
11  Remember I didn't say this, because I don't
12  have any idea.
13    Q.    My question is, do you have an
14  understanding of why the expected number of
15  layers for the next year was considered by
16  Mr. Bell to be a predictor of future profits?
17          MS. LEVINE:  Object to the form
18    of the question.
19          THE WITNESS:  Well, the
20    individual producer has got to decide
21    whether it's helpful to them or not.
22    I don't really know.  From our
23    standpoint, I look at our role as a
24    communications link, so we felt a
25    more information we can give a

---

27 (Pages 102 to 105)

**106**

1      AL POPE - HIGHLY CONFIDENTIAL
2    producer, the better they can make a
3    decision on what to do.
4  BY MR. OLSON:
5      Q.    I'm just asking for your
6  understanding based on being the president of
7  UEP for over three decades.
8      A.    Yeah.
9      Q.    What is your understanding of
10  the most important predictors of
11  profitability for the egg industry?
12      A.    I don't know.
13          MS. ANDERSON:  Object to the
14    form of the question.
15          MR. OLSON:  What's the
16    objection?
17          MS. ANDERSON:  Form and
18    foundation.
19          MR. OLSON:  What's the form
20    objection?
21          MS. ANDERSON:  Your statement is
22    vague and ambiguous.  I don't
23    understand your question.
24          MR. OLSON:  Okay.  Thank you.
25  BY MR. OLSON:

**107**

1      AL POPE - HIGHLY CONFIDENTIAL
2      Q.    Would you like me to ask it
3  again?
4      A.    Would you?
5          MS. LEVINE:  The witness
6    answered the question.
7  BY MR. OLSON:
8      Q.    Based on your having served as
9  the president of UEP for over three
10  decades --
11      A.    Yeah.
12      Q.    -- what is your view on the
13  best predictors of profitability in the egg
14  industry?
15          MS. ANDERSON:  Same objection.
16          MS. LEVINE:  Asked and answered.
17          THE WITNESS:  Well, the answer
18    is I don't know.  I mean, there may be
19    six, eight or ten of them, I have no
20    idea.
21  BY MR. OLSON:
22      Q.    If you look at page 4 at the
23  very end.
24      A.    And it wasn't -- and it also --
25      Q.    If you don't know, you don't

**108**

1      AL POPE - HIGHLY CONFIDENTIAL
2  know.  That's fine.
3      A.    Okay.
4      Q.    At the end, the last full
5  paragraph says, Mr. Bell writes, "The U.S.
6  has no way to control its flock size other
7  than through the persuasive influence of
8  trade associations such as UEP."
9          Do you see that?
10      A.    Yes.
11      Q.    And then he writes, "On-going
12  efforts to warn the industry of impending
13  over-production and industry cooperation to
14  correct the problem before it becomes one
15  means 'money in the bank' for the entire
16  industry."
17          Do you see that?
18      A.    I see that.
19      Q.    Do you have an understanding of
20  what Mr. Bell was referring to by "industry
21  cooperation"?
22      A.    Well, no, I don't.  You have to
23  ask Mr. Bell.  But also I have to correct
24  because Don is referring to UEP as a
25  persuasive influence of trade association

**109**

1      AL POPE - HIGHLY CONFIDENTIAL
2  such as UEP.  Obviously we're not a trade
3  association.
4      Q.    And you certainly would never
5  refer to UEP as a trade association?
6      A.    No.
7      Q.    And you having served as the
8  president of UEP for over three decades
9  working with Mr. Bell during that time --
10      A.    I didn't --
11      Q.    -- have no idea what his
12  reference to industry cooperation means.  Is
13  that right?
14          MS. LEVINE:  Object to the form
15    of the question.
16          THE WITNESS:  Again, you have to
17    ask Don Bell.
18  BY MR. OLSON:
19      Q.    Okay.
20      A.    I don't want to answer for Don
21  because certainly may not be the same thing.
22      Q.    Let's try it again then.  I'm
23  not asking you to answer for Mr. Bell.  I'm
24  just asking if you have an understanding of
25  what this reference to industry cooperation

110

1      AL POPE - HIGHLY CONFIDENTIAL
2 to correct the problem means?
3      MS. LEVINE: Object to the form
4 of the question.
5      THE WITNESS: I don't know. I
6 don't know. You're going to have to
7 ask Don. My interpretation of it
8 would be the only one that can
9 basically affect that is the egg
10 producer. So I would think that he
11 would be directing it to egg
12 producers.
13 BY MR. OLSON:
14    Q.   So is it your testimony, sir,
15 that UEP members never cooperated to try to
16 address production issues?
17    A.   You know, it's a loaded
18 question. No, we didn't.
19    Q.   Okay. You can put that aside.
20      - - -
21      (Exhibit Pope-4, 3/17/95 Letter,
22 Bates BELL-D-00032755, was marked for
23 identification.)
24      - - -
25 BY MR. OLSON:

111

1      AL POPE - HIGHLY CONFIDENTIAL
2    Q.   Let me hand you what's been
3 marked Pope-4. I'll ask you to briefly
4 review it. Let me know when you're done,
5 please. And for the record, this is a
6 document that's Bates stamped
7 BELL-D-00032755.
8      Mr. Pope, can you identify this
9 as a letter written to you by Mr. Bell dated
10 March 17, 1995?
11    A.   I only recognize it as it was
12 addressed to me, but I don't recall any of
13 the information even in the letter, so I
14 don't know.
15    Q.   But you see it dated March 17,
16 1995. Correct?
17    A.   Yes.
18    Q.   And it's signed by Mr. Bell.
19 Correct?
20    A.   Yes.
21    Q.   And it's addressed to you.
22 Correct?
23    A.   Yes.
24    Q.   And it's on the letterhead of
25 Mr. Bell's --

112

1      AL POPE - HIGHLY CONFIDENTIAL
2    A.   Yes.
3    Q.   -- office at University of
4 California. Correct?
5    A.   Yes.
6    Q.   In this letter, Mr. Bell is --
7 he begins by saying, "Dear Al, I see that
8 some of your members are bashing 'molting'
9 again."
10      Do you see that?
11    A.   Yes.
12    Q.   And having reviewed the
13 document, do you know what Mr. Bell is
14 referring to?
15    A.   I have no idea.
16    Q.   Do you recall discussions by
17 UEP members about molting around this time?
18    A.   No.
19    Q.   Do you see in the third full
20 paragraph where Mr. Bell says, "Molting is
21 done to save costs - not to produce more or
22 as many eggs"?
23    A.   Yes, I see that.
24    Q.   Based on your experience as
25 president of UEP, do you know what the

113

1      AL POPE - HIGHLY CONFIDENTIAL
2 reference to molting is done to save costs
3 refers to?
4    A.   I don't have the foggiest
5 notion. I don't know anything about molting.
6 I don't know anything about production, per
7 se. So for me to -- this would be something
8 that -- I mean, I don't know if it was
9 responding or what he was referring to. You
10 would just to have to ask him. I don't know.
11    Q.   Do you know anything about
12 backfilling?
13    A.   Yes.
14    Q.   So you don't know anything
15 about production, but you do know something
16 about backfilling?
17    A.   Yes.
18    Q.   So you see in the last full
19 paragraph where Mr. Bell says, "I think UEP
20 would do its membership a much greater
21 service by recommending an increase in the
22 use of molting rather than its elimination"?
23    A.   I see that.
24    Q.   Do you recall Mr. Bell making
25 that recommendation to you?

29 (Pages 110 to 113)

114

AL POPE - HIGHLY CONFIDENTIAL
1   A.   No, I don't recall.
2   Q.   The next sentence says,
3   "Another option would be for UEP to take a
4   stronger stand on the question of space
5   allowances."
6        Do you see that?
7   A.   Yes.
8   Q.   Do you recall that recommendation?
9   A.   No.
10  Q.   Do you recall Mr. Bell ever
11  making a recommendation to you about space
12  allowances?
13  A.   No.
14  Q.   And when Mr. Bell says, "This
15  would really have pay-back potential for your
16  members," how would you understand that?
17       MS. LEVINE:  Object to the form
18       of the question.
19       THE WITNESS:  You would have to
20       ask Don, I just don't know.
21  BY MR. OLSON:
22  Q.   Okay.  You can put that aside.
23  Now, while you were the president of UEP,
24  what were the requirements for membership?

115

AL POPE - HIGHLY CONFIDENTIAL
1   A.   They had to own production.
2   They had to own the physical facility and
3   they had to own the birds, they had to --
4   basically.
5   Q.   Anything else?
6   A.   They had to pay their dues.
7   No, they just had to be an egg producer.
8   Anybody that would qualify had to be an egg
9   producer, period.
10  Q.   Did the requirements for
11  membership change over time, for example,
12  before --
13  A.   No.  No, it didn't.
14  Q.   Now, let's talk about the
15  period after the UEP restructuring.  So when
16  it's a direct membership organization.
17  A.   Okay.
18  Q.   Understood?
19  A.   Yes.
20  Q.   So we're talking mid-'90s
21  through 2006.  Right?
22  A.   '7, yeah.  '6, yeah.
23       MS. LEVINE:  I think you got the
24       dates wrong.  Just wanted to repeat it

116

AL POPE - HIGHLY CONFIDENTIAL
1   so you get the right answer to your
2   question?
3        MR. OLSON:  What date do you
4        think I got wrong?
5        MS. LEVINE:  I think the
6        restructure was not in the mid-'90s.
7        MR. OLSON:  When was it?
8        MS. LEVINE:  I think in 1999,
9        2000.  When was the --
10  BY MR. OLSON:
11  Q.   Do you recall when the
12  restructuring approximately occurred?
13  A.   I don't exactly remember.
14  Q.   So some period in the mid to
15  late '90s through 2006 is the period for my
16  question.  What did UEP do during that period
17  to ensure that UEP members were and remained
18  qualifying egg producers?
19  A.   Okay.  First of all, the
20  membership responsibilities were -- I mean, I
21  basically delegated to several people.
22  Q.   Who is that?
23  A.   That would be Gene first and
24  then later on Chad Gregory.

117

AL POPE - HIGHLY CONFIDENTIAL
1   Q.   So do you know the answer to my
2   question or would those be the people to ask?
3   A.   Those would be the people to
4   ask.
5   Q.   I'll just ask you, then, do you
6   know whether UEP conducted annual screenings
7   of its members?
8   A.   Yes.
9   Q.   Did it or did it not?
10  A.   We did.
11  Q.   And how did those annual
12  screenings take place?
13  A.   A couple of forms.  Later on we
14  had those that certified -- that were
15  certified farms.  We, you know, had access
16  to -- I mean, they reported what their farm
17  layers were and whose they were.  That was
18  one.  And then the other one was that we
19  annually had to bill dues.  And in order to
20  do that, it had to be -- it's based on how
21  many chickens they had.  So Linda Reichert
22  would be the one to ask about that.  She was
23  very meticulous in reporting our members and
24  who they were and what their qualifications

---

118

1          AL POPE - HIGHLY CONFIDENTIAL
2    were really.
3          Q.    But she would be the one to ask
4    for the procedures, how that was done?
5          A.    Yeah. Uh-huh. Yeah.
6          Q.    Did UEP put any limitations on
7    vertical integration of its members?
8          A.    No.
9          Q.    Did UEP put any limitations on
10   the use of contract production by its
11   members?
12         A.    No.
13         Q.    Now --
14         A.    Our industry did not use many
15   contract producers unlike the broader
16   industry. We had, I would say, a few.
17         Q.    You referred to the
18   Capper-Volstead Act. Correct?
19         A.    Yes.
20         Q.    What's your understanding of
21   the Capper-Volstead Act based upon?
22         A.    Well, the Supreme Court didn't
23   know and I don't know. They said they have
24   to be a farmer, but they never said what a
25   farmer was.

---

119

1          AL POPE - HIGHLY CONFIDENTIAL
2          Q.    And do you have that
3    understanding based on reading something the
4    Supreme Court said or based on reading
5    something else?
6          A.    It was based on action that
7    they took 20 years ago, I guess, 15 or 20
8    years ago, I don't recall. But it was just
9    in the -- it was in the public press, so
10   that's as much as I know about it.
11         Q.    Did you ever seek advice from
12   lawyers about the Capper-Volstead Act that
13   related to UEP?
14         A.    Yes.
15         Q.    Who did you seek advice from?
16         A.    Basically Irving Isaacson. And
17   when he retired from us, Kevin, you know.
18   But basically the firm, their firm.
19         Q.    That's the Brandon Isaacson
20   firm?
21         A.    Yes. Uh-huh.
22                      - - -
23              (Exhibit Pope-5, UEP Marketing
24   Committee Antitrust Issues
25   November 16, 2004, Bates MOARK0038387-

---

120

1          AL POPE - HIGHLY CONFIDENTIAL
2    MOARK0038396, was marked for
3    identification.)
4                      - - -
5    BY MR. OLSON:
6          Q.    Let me hand you what we've
7    marked as Pope-5. Apologize for tossing it
8    there. This is one of the lengthier
9    documents. If you could just familiarize
10   yourself with it as efficiently as possible,
11   then we'll look at a couple points. And,
12   again, if you ever need to read --
13         A.    Okay.
14         Q.    -- things at length, you can.
15   But for the record, the document is Bates
16   stamped MOARK0038387 through 38396.
17         A.    (Reviewing document.)
18         Q.    Mr. Pope, are you generally
19   through the document?
20         A.    Yes.
21         Q.    If you look at the front, it's
22   on the Brandon Isaacson letterhead and a
23   heading that says, "UEP Marketing Committee
24   Antitrust Issues November 16, 2004."
25              Do you see that?

---

121

1          AL POPE - HIGHLY CONFIDENTIAL
2          A.    Yes.
3          Q.    Are you familiar with this
4    document?
5          A.    I don't recall reading it, no.
6          Q.    Do you know why this document
7    was prepared?
8          A.    It was probably a request from
9    the Marketing Committee, I would assume, but
10   I don't know that for sure.
11         Q.    From time to time you attended
12   marketing committee meetings. Correct?
13         A.    Not very often.
14         Q.    But occasionally?
15         A.    Very occasionally.
16         Q.    Do you know --
17         A.    The reason for that is we
18   assign -- as small as we were staff wise, we
19   assigned specific responsibilities. Gene has
20   had specific responsibility for the
21   marketing -- any marketing activities. Chad
22   had membership. Of course that was a little
23   bit later on, Chad wasn't there yet, and mine
24   by and large was government relations and
25   coming up with ideas to work on.

122

AL POPE - HIGHLY CONFIDENTIAL
1
2      Q.    Okay. Fair enough. So you're
3  not certain whether you've seen this cover
4  memo before. Correct?
5      A.    I don't know.
6      Q.    You just don't know?
7      A.    Yeah.
8      Q.    So you'll see it refers to a
9  memo from Irving Isaacson --
10     A.    Yes.
11     Q.    -- dated February 5, 1992?
12     A.    Yes. Uh-huh.
13     Q.    And that's attached. Correct?
14     A.    Yes.
15     Q.    And that memo has a cover
16  letter that was sent to you on February 5,
17  1992?
18     A.    Yeah.
19     Q.    Correct?
20     A.    Yes.
21     Q.    Now, Mr. Isaacson in the cover
22  letter says, "Dear Al: I have advised the
23  Capper Volstead memorandum in accordance with
24  our discussion...," and then it goes on.
25         Do you see that?

123

AL POPE - HIGHLY CONFIDENTIAL
1
2      A.    Yes.
3      Q.    Why did you -- strike that.
4         Do you recall why you asked Mr.
5  Isaacson to provide a Capper-Volstead --
6      A.    No, it was prudent that we did
7  it from time to time to refresh ourselves.
8  You'll see that John Harris is on this list.
9  He's with USDA. He was their internal legal
10  counsel, and Irving sent him a copy because I
11  think he had met him and so he expressed an
12  interest, of course, in a cooperative in UEP.
13  So he sent him a copy and it was a copy
14  apparently that we had talked about.
15     Q.    But just specifically for the
16  record, do you recall why you requested Mr.
17  Isaacson in approximately early 1992 to
18  prepare a memo on Capper-Volstead
19  qualifications?
20     A.    I don't remember specifically.
21  It just had to come up in a conversation
22  somewhere.
23     Q.    But you don't recall that
24  conversation. Correct?
25     A.    No.

124

AL POPE - HIGHLY CONFIDENTIAL
1
2      Q.    Let me just ask you, then, a
3  couple of questions. If you look at page 3,
4  there's a heading that says, "What are the
5  Legal Requirements for Membership in an
6  Agricultural Cooperative."
7         Do you see that?
8      A.    Yes. Yes.
9      Q.    Under that is a subheading that
10  says, "Who is a 'farmer?'"
11         Do you see that?
12     A.    Yes.
13     Q.    Mr. Isaacson writes, "Under the
14  Capper-Volstead Act, only farmers are
15  entitled to organize a cooperative which has
16  a degree of exemption from the antitrust
17  act."
18     A.    Yeah.
19     Q.    "The real problem comes in
20  determining as to who or what activities make
21  a producer a 'farmer,' rather than say an
22  agribusinessman."
23         Do you see that?
24     A.    Yes.
25     Q.    Based on your experience in the

125

AL POPE - HIGHLY CONFIDENTIAL
1
2  industry, what is the difference between a
3  farmer and an agribusinessman?
4      MS. LEVINE: Object to the form
5     of the question.
6      THE WITNESS: Ask me again.
7  BY MR. OLSON:
8      Q.    Based on your experience as
9  president of UEP, what is the difference
10  between a farmer and an agribusinessman?
11     MS. LEVINE: Object to the form
12     of the question.
13     THE WITNESS: Yeah. Well, there
14     are a lot of people connected with
15     agricultural, but either you're a
16     farmer or you're not a farmer. I
17     mean, I don't know how much simpler it
18     can get. It's not really confusing to
19     me. I mean, if they own a chicken
20     house and they're producing eggs,
21     they're a farmer.
22  BY MR. OLSON:
23     Q.    At the bottom do you see where
24  Mr. Isaacson writes, "The decision is a
25  rather restricted one, and the court...,"

32 (Pages 122 to 125)

126

AL POPE - HIGHLY CONFIDENTIAL
1  referring to the Supreme Court, "...left open
2  the key question as to whether an integrated
3  producer may be a farmer under any
4  circumstances."
5          Do you see that?
6      A.  Yes.
7      Q.  What's your understanding of
8  that question that Mr. Isaacson identified?
9          MS. LEVINE:  Objection to form
10  of the question.
11         THE WITNESS:  The answer was --
12  has never been answered by the Supreme
13  Court, so, you know, we're going to
14  have to ask the Supreme Court sometime
15  or somebody.
16  BY MR. OLSON:
17     Q.  What was the question as you
18  understand it?
19         MS. LEVINE:  Object to the form
20  of the question.
21         THE WITNESS:  I don't know what
22  it is.  The question is, does he
23  qualify as a farmer?
24  BY MR. OLSON:

127

AL POPE - HIGHLY CONFIDENTIAL
1      Q.  Does what quality as a farmer?
2      A.  Our member.
3      Q.  What member?
4      A.  A member of UEP.  Do they
5  qualify as a farmer?  Yes, they do or no,
6  they don't.
7      Q.  Your understanding is that Mr.
8  Isaacson advised you it was an open question?
9      A.  It's what?
10     Q.  It was an open question?
11     A.  Yes, that the courts hadn't
12  answered.
13     Q.  Now, this document was produced
14  from the files of a company call Moark.
15     A.  Okay.
16     Q.  I preface -- I say that in
17  preface to the question of do you know how
18  these materials, if at all, were circulated
19  to UEP's members?
20         MS. LEVINE:  Object to the form
21  of the question.
22         THE WITNESS:  If it was this
23  specific one, which I don't know the
24  distribution of, I'm not sure of that,

128

AL POPE - HIGHLY CONFIDENTIAL
1  but we did from time to time, if it
2  was in their file, when we had a board
3  meeting and there was a question
4  about -- you know, if it was on our
5  agenda, we would have copies of this
6  Irving's letter.  And if Moark was
7  attending the board meeting, and he
8  wanted a copy, we didn't just send
9  them out, we would say if you're a
10  member and you want a copy, there's
11  copies over there on that table.
12  BY MR. OLSON:
13     Q.  Did UEP receive other
14  memoranda, to your knowledge, other than the
15  ones in this Exhibit 5 regarding legal issues
16  related to UEP's compliance with the
17  Capper-Volstead Act?
18         MS. LEVINE:  Objection to the
19  form of the question.
20         THE WITNESS:  One that I'm aware
21  of.
22  BY MR. OLSON:
23     Q.  What do you have in mind?
24         MS. LEVINE:  I'm going to object

129

AL POPE - HIGHLY CONFIDENTIAL
1  on the basis of attorney-client
2  privilege.  And I am assuming that you
3  are not going to invade the
4  attorney-client privilege.  So I'm
5  going to instruct the witness --
6          MR. OLSON:  We can start with
7  preliminary.
8          MS. LEVINE:  -- not to answer
9  anything about the advice request or
10  the advice given.
11  BY MR. OLSON:
12     Q.  Let's start with the date and
13  the author of the one you have in mind that's
14  not in Exhibit 5.
15     A.  Oh.  I just don't know when it
16  was.  All I know it was.
17     Q.  And then what we'd like to do
18  is, can you give us information about it
19  without telling us what it said?
20         MS. LEVINE:  Object to the form
21  of the question.
22  BY MR. OLSON:
23     Q.  But if we wanted to find it,
24  how would we find it?

33 (Pages 126 to 129)

130

AL POPE - HIGHLY CONFIDENTIAL
1
2     MS. LEVINE:  To the extent the
3 witness knows.
4     THE WITNESS:  You know, I don't
5 even know.  It may be filed under
6 Capper-Volstead.  It may be filed
7 under a particular farmer.  I don't
8 know.
9 BY MR. OLSON:
10    Q.    Approximately when was it
11 generated?
12    A.    I'm going say maybe ten years
13 ago.  That's why I'm having a little trouble
14 remembering.
15    Q.    So the early 2000s?
16    A.    It was before we fully
17 implemented our certified program.
18    Q.    So did --
19    A.    I don't know when that was
20 exactly.
21    Q.    Did UEP ask Brandon Isaacson
22 for legal advice regarding the implementation
23 of its certified program?
24    MS. LEVINE:  Object to the form
25 of the question.  Instruct the

131

AL POPE - HIGHLY CONFIDENTIAL
1
2 witness.
3     MR. OLSON:  It's a yes or no
4 question.
5     MS. LEVINE:  I'm instructing the
6 witness not to answer about that
7 request for legal advice.  It explains
8 legal advice.
9     MR. OLSON:  The question is
10 whether it happened or not.  It's not
11 what it says.
12    MS. LEVINE:  Repeat the
13 question.
14    MR. OLSON:  You would have to
15 put it on a log.
16    MS. LEVINE:  Repeat your
17 question.
18 BY MR. OLSON:
19    Q.    The question is, did UEP ask
20 Brandon Isaacson for legal advice regarding
21 the implementation of its certified program?
22    MS. LEVINE:  Objection to the
23 form of the question.  Instructing the
24 witness not to answer.  That clearly
25 invades the attorney-client privilege.

132

AL POPE - HIGHLY CONFIDENTIAL
1
2 You can't be asking somebody what he
3 asks lawyers.  That exposes the
4 attorney-client privilege.  That is
5 privileged.
6     MR. OLSON:  On a log you would
7 have to say it was legal advice
8 relating to some question.  I'm not
9 asking -- I'm not asking what the
10 advice was.  I'm just asking whether
11 this thing exists or not.
12    MS. LEVINE:  I think he answered
13 that there is a document.  But you
14 cannot be asking --
15 BY MR. OLSON:
16    Q.    Who are the authors of the
17 document?
18    A.    The one we received questioning
19 it or the response?
20    Q.    Okay.  Are you referring to
21 documents exchanged regarding a Sparboe
22 situation?
23    A.    Maybe.
24    Q.    That's what you have in mind,
25 there was a back and forth raised by Sparboe?

133

AL POPE - HIGHLY CONFIDENTIAL
1
2     A.    Yes.
3     Q.    Well, we'll get to those later
4 and your counsel is not asserting privileges
5 over those.
6     A.    Yeah.
7     Q.    So other than those Sparboe
8 materials, and the materials in Exhibit 5,
9 are there any other memoranda that reflect
10 legal advice that UEP got about compliance
11 with the Capper-Volstead Act, to your
12 knowledge?
13    A.    I don't recall any, but, you
14 know, it was an obligation of the staff to
15 periodically get a clarification for our
16 board.
17    Q.    What do you mean by that,
18 "periodically get a clarification for our
19 board"?
20    A.    Well, if a board member would
21 call me up or call somebody up in the office
22 and they'd say, you know, I don't really
23 remember, I'm not part of any other co-op but
24 yours, what are the rules and what are the
25 regulations.  So at the next board meeting we

34 (Pages 130 to 133)

134

AL POPE - HIGHLY CONFIDENTIAL
1  pop that on the agenda and I would have
2  called up Irving, and said, Irving, I need a
3  memo on -- and then if anything is changed or
4  anything is different, but they never were,
5  it was always the same one. It was all based
6  on MBMA, so...
7
8  Q.  I'm just trying to get clarity
9  and this is one of those lawyer things. But
10  we had here a 1992 memo. We have this cover
11  memo from 2004 which attaches the 1992 memo,
12  says nothing has changed. Is there any other
13  memo other than the ones you just mentioned
14  to your knowledge that were prepared, that
15  reflect legal advice by UEP --
16  A.  I don't recall any.
17  Q.  And so to your knowledge, as
18  president of UEP, UEP's members were never
19  told anything by UEP about the
20  Capper-Volstead Act that was different from
21  what's in this document. Correct?
22         MS. LEVINE: Object to the form
23      of the question.
24  BY MR. OLSON:
25  Q.  Answer verbally.

135

AL POPE - HIGHLY CONFIDENTIAL
1         MS. LEVINE: It's
2      mischaracterizing the witness, and
3      you're not going to invade the
4      attorney-client privilege.
5         So Mr. Pope, you may answer the
6      question to the extent that it does
7      not reveal requests of counsel or
8      advice of counsel.
9         THE WITNESS: Okay. Read me the
10      question again, sorry.
11  BY MR. OLSON:
12  Q.  The question is, to your
13  knowledge, as president of UEP, UEP never
14  told its members information about UEP's
15  compliance with the Capper-Volstead Act that
16  differed than the information in this
17  Exhibit 5. Correct?
18  A.  Okay.
19         MS. LEVINE: Object to the form
20      of the question.
21         MR. OLSON: We don't need a
22      lengthy objection.
23         MS. LEVINE: Same objection. I
24      am instructing the witness not to

136

AL POPE - HIGHLY CONFIDENTIAL
1  answer any question that would reveal
2  any conversation or advice provided by
3  counsel.
4         MR. OLSON: You've done that
5  before. Your objection is noted.
6  Now, can we just let the witness
7  answer the question?
8         MS. LEVINE: Only --
9         MR. OLSON: I'll ask it again.
10         MS. LEVINE: Only if he can
11  answer --
12         MR. OLSON: It's a yes or no
13  question.
14         MS. LEVINE: It is not a
15  question or no question, Mr. Olson.
16  You know you're invading the
17  attorney-client privilege.
18         MR. OLSON: No, I don't.
19         MS. LEVINE: And this witness
20  can answer questions that does not so
21  invade.
22         MR. OLSON: That's completely --
23         MS. LEVINE: You can ask
24  questions about the documents that are

137

AL POPE - HIGHLY CONFIDENTIAL
1  produced. I did not stop you, I put
2  no objection on those documents, but
3  to go further would be a violation of
4  the attorney-client privilege.
5         MR. OLSON: That's not only an
6  unprofessional accusation, it's
7  completely frivolous. I'm doing
8  nothing --
9         MS. LEVINE: I think it's
10  unprofessional to try to trick a
11  witness into revealing attorney-client
12  privileged information. If you have a
13  document and it's been produced, ask
14  him. I haven't stopped you once.
15         MR. OLSON: I'm doing nothing to
16  invade the attorney-client privilege.
17  Now, your objections are noted. I'm
18  going to ask the question, it's a yes
19  or no question, I'm entitled to the
20  answer. Your objections are noted.
21         MS. LEVINE: You cannot ask him
22  content of anything the attorney
23  asked.
24         MR. OLSON: He already said he's

35 (Pages 134 to 137)

138

1      AL POPE - HIGHLY CONFIDENTIAL
2   not aware of anything else.
3   BY MR. OLSON:
4      Q.   I just want it to be clear that
5   for the record, as your understanding as the
6   president of UEP, UEP members were never told
7   anything by UEP about compliance with the
8   Capper-Volstead Act that was inconsistent
9   with what's in this exhibit.  Correct?
10      MS. LEVINE:  Object to the form
11   of the question.  That clearly goes to
12   content of what counsel may or may not
13   have told this witness.  Instruct the
14   witness not to answer that question.
15      MR. OLSON:  You're going to
16   instruct the witness not to answer
17   this question?
18      MS. LEVINE:  Not to answer the
19   question.
20      MR. OLSON:  Then we're going to
21   have to bring the witness back after
22   we get a ruling from the court.  Is
23   that what you want to do?
24      MS. LEVINE:  You could have gone
25   to the court before, Mr. Olson, if you

139

1      AL POPE - HIGHLY CONFIDENTIAL
2   wanted to invade the attorney-client
3   privilege --
4      MR. OLSON:  I had no way --
5      MS. LEVINE:  -- any further.
6   Let me finish.
7      MR. OLSON:  -- of knowing that
8   you were going to make a frivolous
9   objection.  I just want to know if
10   you're going to stand on it or not?
11      MS. LEVINE:  I am going to stand
12   on my objection.
13      MR. OLSON:  Well, then, we'll
14   have to bring the witness back.
15      MS. LEVINE:  You'll have to go
16   to court first.  In the 70 --
17      MR. OLSON:  Yes, we will.
18      MS. LEVINE:  Let me finish.  You
19   constantly interrupt me.  You have
20   brought a 76-year-old witness who has
21   not been at UEP for seven years, we
22   have produced certain documents, you
23   may ask about them, but you cannot ask
24   broad questions about attorney-client
25   content or privilege.  If you wanted

140

1      AL POPE - HIGHLY CONFIDENTIAL
2   to do so, you should have gone to
3   court before this deposition.
4      MR. OLSON:  Well, I had no way
5   of knowing that you would raise
6   frivolous objections that would
7   necessitate that.
8          - - -
9      (Exhibit Pope-6, 4/21/99 Letter,
10   Bates UE0063296, was marked for
11   identification.)
12          - - -
13   BY MR. OLSON:
14      Q.   Mr. Pope, I've handed you what
15   we've marked Pope Exhibit 6.  Take a brief
16   review and let me know when you're done,
17   please.
18      A.   (Reviewing document.)
19      Okay.
20      Q.   I should say this is a one-page
21   document, Bates stamped UE0063296.  It's
22   dated April 21, 1999.  Can you identify this
23   document for us, Mr. Pope?
24      A.   It appears -- I don't recall
25   the individual letter, but it appears it was

141

1      AL POPE - HIGHLY CONFIDENTIAL
2   written by at that time Butch DeVries, who
3   was chairman of the UEP Export Committee, and
4   basically distributed out to our members.  It
5   would not be sent out in the form of a
6   newsletter.  This would be sent to producers
7   to see whether or not they wanted to
8   participate in export order.
9      Q.   Now, at this time, late 1999,
10   UEP had its own Export Committee that would
11   work with USEM.  Is that right?
12      A.   Well, they didn't -- we didn't
13   -- we didn't work with USEM.  It was a
14   separate organization.  And UEP's board
15   directed UEP as part of -- what they wanted
16   was they wanted the ability from time to time
17   to consider an export as an alternative to
18   other markets, basically when they were in
19   surplus.  Well, you have to be in there all
20   the time.  Well, so, USEM basically filled
21   that void because they were active on keeping
22   in touch or being aware of export
23   opportunities.  UEP had on occasion when
24   called upon by USEM to say USEM has an order
25   for 25 loads of eggs, can you fill -- is UEP

36 (Pages 138 to 141)

---

142

AL POPE - HIGHLY CONFIDENTIAL

1  interested in filling 5 or 10 of those loads
2  or something like that.  And at that we would
3  call up our Export Committee, they would look
4  at the values and then they would determine
5  whether it was -- whether they thought
6  producers would be interested in that, at
7  which point we would solicit maybe to see if
8  there was any interest in doing it.  Again,
9  unlike USEM, simply by sending in and saying,
10 yeah, I'll fill a load or fill two, still
11 doesn't hold them to it in our organization.
12 We would hope they would fill the order once
13 they said they wanted to, but it's still
14 voluntary.  They can or they don't.
15     Q.     Now, this letter went out on
16 the UEP letterhead.  Correct?
17     A.     Yes.
18     Q.     While you were president.
19 Correct?
20     A.     Yes.
21     Q.     In that first full paragraph it
22 says, "In the past export deliveries the
23 industry has recognized a substantial
24 increase in the domestic market for nest run

143

AL POPE - HIGHLY CONFIDENTIAL

1  and carton eggs."
2         Do you see that?
3     A.     Yes.
4     Q.     Is that consistent with your
5  knowledge?
6     A.     Yes.
7     Q.     Then it continues, "While most
8  of these export orders have been taken at a
9  loss, the long-term benefit to the industry
10 has been many times greater than the loss."
11        Do you see that?
12     A.     Yes.
13     Q.     What does that mean, most of
14 the export orders are taken at a loss?
15        MS. LEVINE:  Objection.
16 BY MR. OLSON:
17     Q.     What's the loss?
18        MS. LEVINE:  Objection to form
19     of the question.
20        THE WITNESS:  I don't need to
21     give you or anybody else a lesson in
22     supply and demand.  But the producers
23     asked us if we could establish an
24     export program for producers that they

144

AL POPE - HIGHLY CONFIDENTIAL

1  could or could not participate in.
2  Whatever they wanted to do.
3         Now, normally the most favorable
4  time to export is when you have
5  surplus eggs.  That's the bottom line.
6  So normally that's the only time we'd
7  be interested in exporting eggs until,
8  as I understand it, recently.  So you
9  have a situation where like a company,
10 if they had product that is going to
11 be damaged in storage or anything like
12 that, we really don't have any way to
13 store eggs any length of time, so we
14 have to in surplus times try to remove
15 them.  So the key here is and -- which
16 I think Butch in this letter didn't
17 phrase it quite right because it would
18 indicate in this letter that we take
19 the -- that the producers would bear
20 the burden of a loss normally, which
21 they would also burden in a domestic
22 market.  But here there is a big
23 differential.  You have an export
24 market that may or may not be in some

145

AL POPE - HIGHLY CONFIDENTIAL

1  relationship to the domestic price.
2  The export order could -- it could be
3  favorable, it could be unfavorable,
4  but they're never the same.  But you
5  have to be there standing ready.  If
6  you're going to be in an export
7  business, you've got to be there
8  standing ready, giving them a price
9  where you ask for it.  So producers
10 normally had to take a loss in
11 relationship to the domestic market
12 maybe.  There again, I add maybe
13 because I don't know.  But that was
14 their decision, that was their burden,
15 whether they wanted to do that or not.
16 It was not -- there was no orders here
17 that have ever in any way, shape or
18 form been subsidized where UEP has
19 taken the loss.  We've never done
20 that.
21 BY MR. OLSON:
22     Q.     So when it says -- back to my
23 question, when it says the exported orders
24 have been taken at a loss, your testimony is

146

1        AL POPE - HIGHLY CONFIDENTIAL
2   that that's a loss compared to the domestic
3   price?
4        A.    No, the loss is whatever it is,
5   whether it's domestic or -- I would say
6   normally that's true, that it would be
7   domestic, but, again, that's a decision that
8   you as a producer had to make.
9        Q.    I just -- if you could just
10  focus on my questions and help us understand.
11       A.    Okay.
12       Q.    Some of this terminology you
13  may understand very well, but others might
14  not.  You realize your deposition today is
15  being videotaped.  Correct?
16       A.    Yes.
17       Q.    And it could be played in front
18  of the jury in this case?
19       A.    Yes.
20       Q.    So how would you explain to the
21  jury just what it means where it says the
22  export orders have been taken at a loss, what
23  does that mean?
24            MS. LEVINE:  Objection to form
25       of the question.

147

1        AL POPE - HIGHLY CONFIDENTIAL
2            THE WITNESS:  It would be a loss
3       in relationship to the domestic
4       values.  And here, again, I remind
5       everybody, that that's a burden --
6       that's a decision just like marketing
7       or just like production decision, that
8       the member individually makes.
9   BY MR. OLSON:
10       Q.    No one held a gun to their
11  head.  Right?
12       A.    No.  Right.
13       Q.    Now, it continues, "...the
14  long-term benefit to the industry has been
15  many times greater than the loss."
16            Do you see that?
17       A.    Yes.
18       Q.    How would you explain that to
19  the jury?
20            MS. LEVINE:  Objection to form
21       of the question.
22            THE WITNESS:  Hey, jury.  When
23       we have a surplus of eggs, they're all
24       sold at a loss, domestic and U.S.
25       It's just the way it is.  And we are a

148

1        AL POPE - HIGHLY CONFIDENTIAL
2   commodity that is always priced in
3   relationship to how many we're
4   producing and how many we're selling.
5   Sometimes it's favorable and sometimes
6   it's not favorable.  So I would
7   explain the loss that the producer
8   decides to make on their own if they
9   want to ship some eggs export, because
10  even a loss is better than just --
11  well, they never would just dump the
12  eggs, but they would have to sell them
13  at a loss on the domestic market, too.
14  BY MR. OLSON:
15       Q.    How would selling an export
16  order at a loss provide a long-term benefit
17  to the industry?
18       A.    Okay.  It would generally
19  enhance the domestic price.
20       Q.    Why?
21       A.    Why?  Because there's less
22  supply.
23       Q.    Now, this document, if you look
24  down to the third full paragraph, refers to
25  export commitment pledges.  In fact, it says,

149

1        AL POPE - HIGHLY CONFIDENTIAL
2   "...UEP's Export Committee has been directed
3   by UEP's Board to secure export commitment
4   pledges from the industry."
5            Do you see that?
6       A.    Yes.
7       Q.    Is that consistent with your
8   knowledge?
9       A.    Is that what?
10       Q.    Consistent with your knowledge,
11  that the board directed the UEP --
12       A.    Yes.
13       Q.    -- committee to do that?
14            What is an export commitment
15  pledge?
16       A.    Well, before it got that far,
17  our attorney said we don't want you to --
18            MS. LEVINE:  Objection to the
19       form of the question.  Mr. Pope, as
20       all lawyers know --
21  BY MR. OLSON:
22       Q.    The question --
23            MS. LEVINE:  -- information
24       communicated with your attorney is
25       privileged and no one is asking you to

150

1       AL POPE - HIGHLY CONFIDENTIAL
2  divulge that information. So if you
3  can't answer a question without
4  divuling, just tell Mr. Olson. If
5  you can answer --
6       THE WITNESS: Yes.
7       MS. LEVINE: -- without
8  divuling, you may answer the
9  question.
10       THE WITNESS: The commitment we
11  got back --
12 BY MR. OLSON:
13    Q.   Let's take it step by step.
14 Just what is an export commitment pledge?
15    A.   It was litmus paper, for the
16 lack of a better word, to find out if there
17 was really interest in producers
18 participating in export order.
19    Q.   It asks producers to commit to
20 participating in an export order?
21    A.   It's still a voluntarily
22 commitment.
23    Q.   Just -- if you could just stick
24 with my questions.
25    A.   Yes. Okay.

151

1       AL POPE - HIGHLY CONFIDENTIAL
2    Q.   You made your point about
3 things being voluntarily. I understand
4 your testimony.
5    A.   I haven't made it as many times
6 as you've told me it was a supply management
7 program.
8    Q.   My specific question is, the
9 commitment pledge sent out to UEP members
10 asked UEP members to make a commitment to
11 engage in exports. Correct?
12    A.   Yes.
13       MS. LEVINE: Object to the form
14  of the question.
15 BY MR. OLSON:
16    Q.   And that was sent to UEP
17 members. Correct?
18    A.   Yes.
19       MS. LEVINE: Object to the form
20  of the question.
21 BY MR. OLSON:
22    Q.   And UEP members received
23 commitments in response. Correct?
24       MS. LEVINE: Object to the form
25  of the question.

152

1       AL POPE - HIGHLY CONFIDENTIAL
2       THE WITNESS: Yeah, we received
3  those.
4 BY MR. OLSON:
5    Q.   Now, was the UEP Export
6 Committee operating the entire time you were
7 president or did that change at some point?
8 Was there a time when USEM took over
9 management of the export program?
10       MS. LEVINE: Object to the form
11  of the question.
12       THE WITNESS: In some producer's
13  mind UEP may not have been as activist
14  about getting export orders. So due
15  to that, there were some producers
16  that felt that they needed an
17  organization that focused solely on
18  that. We had government relations
19  issues, animal welfare, anything else.
20  We just -- we didn't have the staff to
21  focus on exports. We didn't.
22 BY MR. OLSON:
23    Q.   So at some point USEM took over
24 management of the export program. Correct?
25       MS. LEVINE: Object to the form

153

1       AL POPE - HIGHLY CONFIDENTIAL
2  of the question.
3       THE WITNESS: Well, again, they
4  had their own export program and we
5  had ours.
6 BY MR. OLSON:
7    Q.   Did UEP's export program
8 continue during the entire time you were
9 president or at some point did USEM take over
10 management of that program?
11       MS. LEVINE: Object to the form
12  of the question.
13       THE WITNESS: No, they never
14  took over our program.
15 BY MR. OLSON:
16    Q.   So was there always a UEP
17 Export Committee while you were president?
18    A.   The terminology changed.
19    Q.   To what?
20    A.   To a Marketing Committee
21 meeting.
22    Q.   So the Marketing Committee took
23 over the export role?
24    A.   They act -- yes.
25    Q.   So the UEP Marketing Committee

154

1    AL POPE - HIGHLY CONFIDENTIAL
2  took over the UEP export role.  Correct?
3      A.    Yes.
4      Q.    Now, is there a point when UEP
5  took over the management of USEM?
6      A.    Yes.
7      Q.    When did that occur?
8      A.    I have no idea, I don't
9  remember.
10                  - - -
11          (Exhibit Pope-7, UEP Board of
12      Directors May 12-13, 1999 -
13      Washington, D.C. Minutes, Bates
14      UE0297726 - UE0297730, was marked for
15      identification.)
16                  - - -
17  BY MR. OLSON:
18      Q.    All right.  Let me hand you
19  what we've marked Pope-7.  This is Bates
20  stamped UE0297726 through 297730.  It's
21  titled, "United Egg Producers Board of
22  Directors May 12-13, 1999 - Washington, D.C."
23      A.    Okay.
24      Q.    Can you identify this, sir, as
25  the minutes from that meeting?

155

1    AL POPE - HIGHLY CONFIDENTIAL
2      A.    They are.
3      Q.    And you attended that meeting.
4  Correct?
5      A.    Yes.
6      Q.    And you would generally attend
7  board of directors meetings.  Correct?
8      A.    Yes.
9      Q.    And there was, as we said
10  earlier, no limitation on who could attend
11  those meetings.  Correct?
12          MS. LEVINE:  Object to the form
13      of the question.
14  BY MR. OLSON:
15      Q.    Is that right?
16      A.    No.  The meetings were open.
17      Q.    Were they open to egg
18  purchasers, in other words, customers of UEP
19  members, do you know?
20      A.    You know, it's a pretty
21  broad -- what you're talking about is pretty
22  broad, so...
23      Q.    Strike that.  We'll move on.
24      A.    Okay.
25      Q.    They were at least open to all

156

1    AL POPE - HIGHLY CONFIDENTIAL
2  the members in the affiliated --
3      A.    Yes.
4      Q.    -- groups.  Correct?
5      A.    Yes.
6      Q.    Now, I see Mr. Isaacson's name.
7  Would he generally attend these meetings?
8      A.    Yes.
9      Q.    Would Mr. Isaacson, as a matter
10  of standard procedure, make any comments at
11  these meetings?
12      A.    Occasionally.
13      Q.    But was there any standard time
14  when Mr. Isaacson would make remarks?
15      A.    Near the end of our board
16  meeting we usually had --
17          MS. LEVINE:  Mr. Pope, I'm just
18      going to caution you one more time,
19      you may not divulge the content of
20      request for legal advice or what Mr.
21      Isaacson said.
22          THE WITNESS:  Okay.
23          MS. LEVINE:  Mr. Olson can
24      repeat his question without --
25  BY MR. OLSON:

157

1    AL POPE - HIGHLY CONFIDENTIAL
2      Q.    It's a yes or no question.
3  Were there standards times when
4  Mr. Isaacson --
5      A.    Yeah, near the end of our board
6  meeting he would make a few comments.  He was
7  also our sheriff.
8      Q.    What did those comments concern?
9          MS. LEVINE:  You may only --
10          THE WITNESS:  I don't know.  I
11      can't remember what they were.
12  BY MR. OLSON:
13      Q.    Did they differ or were they
14  always the same?
15      A.    Well, they differed.  I mean --
16  but it was --
17          MS. LEVINE:  Again, I caution
18      you not to reveal privileged
19      information.
20          MR. OLSON:  You're going to
21      assert privilege over what he said at
22      those meetings that were open to
23      everyone?
24          MS. LEVINE:  If it is legal
25      advice or request for legal advice.

VERITEXT REPORTING COMPANY
(212) 279-9424          www.veritext.com          (212) 490-3430

158

AL POPE - HIGHLY CONFIDENTIAL
1
2     MR. OLSON:  Was it confidential,
3 Counsel?  We've already been through
4 this issue with the court.  Are you
5 asserting legal advice over what Mr.
6 Isaacson said at these meetings?
7     MS. LEVINE:  It depends on which
8 meeting.  It depends on what he said.
9 It depends if there was an executive
10 session.  You haven't done any of the
11 foundation for what he's talking
12 about.
13     MR. OLSON:  I established
14 foundation for all this.  We're
15 talking about comments that he would
16 make at the board of directors
17 meeting --
18     MS. LEVINE:  If he can
19 remember --
20     MR. OLSON:  -- as a standard
21 matter.  Are you asserting privilege
22 over that?
23     MS. LEVINE:  If this witness can
24 remember what Mr. Isaacson said --
25     MR. OLSON:  The witness doesn't

159

AL POPE - HIGHLY CONFIDENTIAL
1
2 need coaching.  The question is
3 whether you're asserting legal advice?
4     MS. LEVINE:  You can't have a
5 foundation.  Often there was executive
6 session.  This is 76-year-old witness,
7 you're asking about something in 1999.
8 I'm not going to have you trick him on
9 divulging advice.
10     MR. OLSON:  No one is tricking
11 anybody.
12     MS. LEVINE:  You can set the
13 foundation.
14     MR. OLSON:  I think the record
15 will reflect what's happening.
16 BY MR. OLSON:
17     Q.    Let's look at the first page of
18 this, because I think it says, "CHAIRMAN'S
19 COMMENTS."
20        Do you see that?
21     A.    Uh-huh.
22     Q.    It's referring to comments by
23 Ken Looper.
24     A.    Uh-huh.
25     Q.    It says, "He expressed concern

160

AL POPE - HIGHLY CONFIDENTIAL
1
2 with the current economic conditions and
3 suggested that UEP may need to develop a
4 supply program for board review within the
5 next 30 days."
6        Do you see that?
7     A.    I see it.
8     Q.    What's a supply program?
9     A.    Nothing more than I've already
10 described, suggesting molt, suggesting
11 cutting back on the hatch.  Same old stuff.
12     Q.    And asking for commitments from
13 UEP members.  Correct?
14     A.    No.
15     Q.    UEP members were never asked to
16 commitment to a supply program?
17     A.    When you say the word "never,"
18 that's pretty broad.  I would say that there
19 might have, but not to my knowledge, there
20 might have been times when we asked them if
21 they were willing to consider it.
22     Q.    If you look at a few pages in,
23 four, there's a heading that says, "ANIMAL
24 WELFARE COMMITTEE REPORT."  If you could
25 review that and tell me when you're done.

161

AL POPE - HIGHLY CONFIDENTIAL
1
2     A.    (Reviewing document.)
3        Yes.
4     Q.    This refers to the Scientific
5 Advisory Committee.  And it says,
6 "Additionally the committee would review the
7 needs of a video of the guidelines and
8 possible changes that could be made to
9 cages."
10        Do you see that?
11     A.    Yes.
12     Q.    Do you recall the discussion
13 that's memorialized there?
14     A.    I remember we had a discussion.
15 I don't remember the details of it.
16     Q.    When it says, "possible changes
17 that could be made to cages," do you know
18 what that's referring to?
19     A.    Sure.
20     Q.    What changes were being
21 considered to cages?
22     A.    As UEP's staff and board
23 considered our guidelines, we knew that we
24 had to live or die with the recommendations
25 that were being made by our Scientific

41 (Pages 158 to 161)

162

1     AL POPE - HIGHLY CONFIDENTIAL
2   Advisory Committee.  And we also realized
3   that they're not all locked in concrete
4   because there's new science that comes along
5   which would be considered by the committee,
6   and so the guidelines were expected to change
7   from time to time and did as a result of the
8   committee.
9         I'd like to point out here for
10  the benefit of everybody here, that there's
11  really two parts to our guidelines.  And I
12  think this is a very important distinction.
13  Our Scientific Advisory Committee established
14  our guidelines based on the preponderance and
15  the most recent research projects that were
16  available.  They had nothing to do with
17  implementing the program.  It was a
18  completely different function.  And that was
19  a function of a combination of the Animal
20  Welfare Committee said, okay, we got these
21  guidelines, now how in the hell are we going
22  to implement these guidelines which
23  dramatically changes the way egg producers
24  are going to do business, how do we do that
25  with the least amount of disruption to our

163

1         AL POPE - HIGHLY CONFIDENTIAL
2   producers and to our customers.
3         So the Producer Committee then
4   took these guidelines and shared them with
5   the board, shared them with FMI, shared them
6   with the convenience stores, fast food
7   places, shared them with USDA, shared them
8   with the justice department.  I can go on and
9   on.  Deputy Secretary of Agricultural asked
10  us to come in and present our guidelines to
11  25 or 30 people within the Department of
12  Agricultural in Washington.  I don't know who
13  they all were, but I remember the deputy
14  secretary saying that the way we had gone
15  about developing our guidelines was a model
16  example for all of animal agriculture to do
17  the same.
18        Q.     That's great.  We'll get to
19  that.
20             Let's try to do some
21  preliminaries.  If you look in the middle of
22  the page under the Marketing Committee
23  report.  This is page 4.
24        A.     Okay.
25        Q.     Do you see where it says,

164

1         AL POPE - HIGHLY CONFIDENTIAL
2   "Gregory reported that the committee had met
3   on April 27th and recommended to the
4   membership a supply program that included a
5   60 week molt and early slaughter"?
6        Do you see that?
7        A.     Yes.
8        Q.     And then at this meeting the
9   board confirmed that recommendation.
10  Correct?
11       A.     Okay, yes.
12       Q.     And that -- when it says "early
13  slaughter," what does that mean?
14       A.     Well, all the producers have
15  flocks that can be run out to a number of
16  weeks.  They could run them -- you know, they
17  can run -- they can run them as long as they
18  want to, but what we were encouraging them
19  was to consider not running the flock and
20  taking it out a few weeks early.
21       Q.     By taking it out, that means
22  killing it.  Correct?
23       A.     Well --
24             MS. LEVINE:  Objection to the
25       form of the question.

165

1         AL POPE - HIGHLY CONFIDENTIAL
2   BY MR. OLSON:
3        Q.     That's what the word
4   "slaughter" means.  Right?
5             MS. LEVINE:  Objection to the
6       form of the question.
7             THE WITNESS:  Yeah.  Yes.
8   BY MR. OLSON:
9        Q.     You can put that aside.
10            Let me hand you Pope-8.
11             -  -  -
12            (Exhibit Pope-8, United Voices
13       dated August 2, 1999, Bates UE0064456
14       - UE0064459, was marked for
15       identification.)
16             -  -  -
17  BY MR. OLSON:
18       Q.     This document is Bates stamp
19  UE0064456 through 59.  It's a United Voices
20  dated August 2, 1999.
21            Now, what was your role, if
22  any, with regard to United Voices?  Actually
23  back -- let me back up.
24            What was United Voices?
25       A.     It was just a -- it was just a

42 (Pages 162 to 165)

166

1 AL POPE - HIGHLY CONFIDENTIAL
2 publication that we did normally every other
3 week, and it was sent out to the industry.
4 Pretty public. USDA, universities got it,
5 you know, a lot of people got it.
6 Q. The members of all of UEP and
7 all of the allied groups?
8 A. Yes.
9 Q. What was your role, if any,
10 with regard to United Voices?
11 A. Zero.
12 Q. Occasionally you would write
13 something for United Voices. Correct?
14 A. I think in all of them that you
15 look at, you might find one.
16 Q. Do you recall what that one was
17 about?
18 A. Would you want to focus just on
19 the one, do you?
20 Q. I said do you recall what that
21 one was about?
22 A. Yes, I do.
23 Q. What was it about?
24 A. Backfilling.
25 Q. Do you recall writing any other

167

1 AL POPE - HIGHLY CONFIDENTIAL
2 pieces for --
3 A. I don't. You know, I may have
4 because I have written for United Voices.
5 Especially we got two people, we got United
6 Voices that got to out to at one time, 800
7 people. So sometimes I wrote the whole
8 thing, but that was just rarely. And that
9 was before I hired Gene. And then Gene --
10 when Gene came, he took much more interest in
11 the day-to-day stuff because he was dealing
12 day to day with the producers where I wasn't.
13 So I gave him the responsibility of doing the
14 newsletter.
15 Q. So after Gene Gregory took over
16 United Voices, the only piece that you recall
17 contributing to United Voices was the piece
18 you wrote on backfilling. Correct?
19 A. That's the only one I recall.
20 Q. So let's just look briefly at
21 this issue then. If you look at the page 2
22 at the bottom, there's the headline that
23 says, "ROLLER COASTER EGG PRICE QUOTES:"
24 A. Yes.
25 Q. It's just a little bit on

168

1 AL POPE - HIGHLY CONFIDENTIAL
2 page 2 and then it fills up page 3. If you
3 could just review to the end of page 3 and
4 let me know when you're done, please.
5 A. (Reviewing document.)
6 Okay, I think I have enough to
7 answer the question.
8 Q. This talks an increase in
9 prices that's happening in the industry.
10 Correct? Begins by talking about prices
11 increasing. Correct?
12 A. I think it compares to a year
13 earlier, yeah.
14 Q. And the prices are going up.
15 Right?
16 MS. LEVINE: Object to the form
17 of the question.
18 THE WITNESS: Well --
19 BY MR. OLSON:
20 Q. Just so we're on the same page,
21 you see it says -- where it says, "Why the
22 sudden increase in the price quote," in the
23 left-hand column in the middle?
24 A. Yes.
25 Q. So this indicates that there's

169

1 AL POPE - HIGHLY CONFIDENTIAL
2 a discussion of prices going up. Correct?
3 A. Just from looking at the graph,
4 but, again, I'm -- you know, I don't know.
5 Q. You don't know if this is
6 discussing an increase in prices?
7 A. This is paper that would --
8 where Gene would use to either reflect
9 decisions that were made in the Marketing
10 Committee or the board meeting or something
11 like that.
12 Q. I'm asking something more
13 specific. Just to see we're on the same
14 page, do you acknowledge this is talking
15 about prices increasing?
16 A. Yes.
17 Q. Some ideas of why that's
18 happened are offered. Correct?
19 A. Yes.
20 Q. One of them is that early molt
21 and early slaughter program that the UEP
22 board approved. Correct?
23 A. Yes.
24 Q. This refers to a meeting in
25 Chicago in July of 1999. Do you see that

43 (Pages 166 to 169)

170

```
 1        AL POPE - HIGHLY CONFIDENTIAL
 2   reference to that?
 3        A.    Yes.
 4        Q.    Do you know if you attended
 5   that meeting?
 6        A.    I did.
 7        Q.    Do you recall that meeting?
 8        A.    I recall some of that meeting
 9   in '99, so that was 10, 11, 12, 14 years ago.
10        Q.    Do you recall what was
11   discussed at that meeting about a program to
12   bring supply more closely in line with
13   demand?
14        A.    You know, we discussed that at
15   every meeting.
16        Q.    Do you recall discussing it at
17   the Chicago meeting in July?
18        A.    Yes.
19        Q.    You do recall?
20        A.    Yes.
21        Q.    What do you recall about the
22   discussion?
23        A.    I just recall that the reason
24   that they were there in '99 was because they
25   had low egg prices and they felt like there
```

171

```
 1        AL POPE - HIGHLY CONFIDENTIAL
 2   was a really catastrophe ahead, they wanted
 3   to get together and see they're -- if any
 4   recommendations could come to ease that,
 5   so...
 6        Q.    And do you recall who made the
 7   comments you just described?
 8        MS. LEVINE:  Objection to the
 9        form of the question.
10        THE WITNESS:  No, I don't know.
11   BY MR. OLSON:
12        Q.    Do you recall that --
13        A.    In fact, I would say that it
14   was probably -- if I remember right, it was
15   quite a widely attended meeting, and so you
16   would have a number of people expressing
17   that.
18        Q.    Do you recall a discussion
19   about surveying UEP's membership?
20        A.    Doing what?
21        Q.    Conducting a survey of UEP's
22   membership.
23        A.    I don't recall it.
24        Q.    Do you see at the end of the
25   left-hand column it says, "Will the industry
```

172

```
 1        AL POPE - HIGHLY CONFIDENTIAL
 2   participate in a program to" --
 3        A.    Okay.
 4        Q.    And it says, "Their answer was
 5   to survey the membership."
 6        A.    Yes.
 7        Q.    And it continues, "UEP intends
 8   to do just that."
 9        A.    Uh-huh.
10        Q.    Do you recall that happening?
11        A.    We must have, but I don't
12   recall it.  That's all.
13        Q.    Do you see where it says, "You
14   will also be asked if you would participate
15   in a supply adjustment program"?
16        Do you see that?
17        A.    Yes.
18        Q.    Do you recall UEP asking its
19   members if they would participate in a supply
20   adjustment --
21        A.    No, I don't recall that.
22        Q.    Do you see where it says, "Don
23   Bell has suggested that corrections in the
24   nation's flock size can be attained by one of
25   several means"?  And then it --
```

173

```
 1        AL POPE - HIGHLY CONFIDENTIAL
 2        A.    Yes.
 3        Q.    And then it was four --
 4        A.    I see that, yeah.
 5        Q.    -- suggestions by Mr. Bell?
 6        A.    Yeah.
 7        Q.    Do you recall Mr. Bell making
 8   those suggestions?
 9        A.    I don't, because I don't know
10   if he was there.  He might have been there.
11   I have to look to see if he was there.  I
12   don't know.
13        Q.    At any time including prior to
14   the meeting, do you recall Mr. Bell making
15   those suggestions?
16        A.    Yeah, you know, you're spending
17   a lot of time on that, and I can't figure out
18   why because it's a perfectly good example of
19   what we tried to educate our producers on
20   every single month.  So when you ask a
21   question like that, you know, if I have any
22   hesitation, it's just because I'm trying to
23   figure out what the most -- I don't know
24   anything about your legal stuff or anything,
25   but I'm trying to my best ability to tell you
```

174

1       AL POPE - HIGHLY CONFIDENTIAL
2   the truth of what was behind these meetings,
3   what went on at the meetings. We talked
4   about trying to balance supply and demand
5   from the time I joined UEP in 1974. And did
6   we talk about it at every board meeting?
7   Yes, we did. We would say, okay, things are
8   good, dah, dah, dah. Dah dah, dah. Don't
9   have to do anything. Are they bad? Yeah,
10  they're really bad. Maybe we should make a
11  couple of recommendations to help producers.
12  And we would.
13      Q.   Do you recall Mr. Bell
14  suggesting that an industry wide policy of a
15  minimum floor space allowance would result in
16  a more ideal nation flock size?
17      A.   I don't recall that, but I see
18  it here. I don't recall that.
19      Q.   You don't recall discussing
20  that with him?
21      A.   No. And, of course, that was
22  never any consideration by either the
23  producer, Animal Welfare Committee or the
24  Scientific Advisory Committee.
25      Q.   But you don't question whether

175

1       AL POPE - HIGHLY CONFIDENTIAL
2   it was discussed by the egg producers --
3       A.   No, I don't.
4       Q.   -- in 1999, do you?
5           MS. LEVINE: Object to the form
6       of the question. Asked and answered.
7   BY MR. OLSON:
8       Q.   It was discussed. Correct?
9           MS. LEVINE: Object to the form
10      of the question. Asked and answered
11      previously.
12  BY MR. OLSON:
13      Q.   The answer was yes?
14          MS. LEVINE: Object to the form
15      of the question. Mischaracterizes the
16      witness' prior testimony.
17  BY MR. OLSON:
18      Q.   Was that discussed Mr. Pope?
19          MS. LEVINE: Object to the form
20      of the question. Mischaracterizes the
21      witness' testimony.
22          THE WITNESS: I'm between a rock
23      and hard place here because I never
24      know what to say.
25  BY MR. OLSON:

176

1       AL POPE - HIGHLY CONFIDENTIAL
2       Q.   Your counsel is making objections
3   that don't make sense to me either.
4           MS. LEVINE: Well, you're
5       putting words in his mouth. One
6       minute --
7           THE WITNESS: Okay.
8           MS. LEVINE: -- you asked the
9       question, the witness gave an answer,
10      you didn't like the answer apparently.
11      Reask it.
12  BY MR. OLSON:
13      Q.   I missed the answer. Was the
14  answer that it was discussed or that it
15  wasn't?
16          MS. LEVINE: Object to the form
17      of the question.
18          THE WITNESS: What is the
19      question again?
20  BY MR. OLSON:
21      Q.   I was just trying to get --
22      A.   Was it discussed?
23      Q.   Yes, it was discussed?
24      A.   It was discussed.
25      Q.   I just didn't hear that. If

177

1       AL POPE - HIGHLY CONFIDENTIAL
2   that's what you said earlier, I apologize.
3               - - -
4           (Exhibit Pope-9, UEP Animal
5       Welfare Committee Meeting Minutes, May
6       15, 2000, Bates UE0215485 & UE0215486,
7       was marked for identification.)
8               - - -
9   BY MR. OLSON:
10      Q.   Let me hand you what's been
11  marked Pope-9. This is Bates stamped
12  UE0215485 through 86. It's titled, "UEP
13  Animal Welfare Committee Meeting, May 15,
14  2000." Just take a brief review and let me
15  know when you're done, please.
16      A.   (Reviewing document.)
17      Okay.
18      Q.   Do you recall this meeting?
19      A.   No.
20      Q.   Do you recall -- so you don't
21  recall the discussion of cage space allowance
22  issues reflected here?
23      A.   No, because I wouldn't have
24  been at the Animal Welfare Committee meeting
25  normally.

45 (Pages 174 to 177)

178

1      AL POPE - HIGHLY CONFIDENTIAL
2      Q.    So you don't know if you were
3  at this one.  Correct?
4      A.    No, I don't know.
5      Q.    Let me just then ask one other
6  question, something that caught my eye.  On
7  page 2, there's a reference to UEP's Five
8  Star Animal Care Program.
9      A.    Yeah.
10     Q.    Do you see that?
11     A.    Yeah.
12     Q.    Do you know what that refers
13 to?
14     A.    That refers to the first
15 guidelines we did in '83.
16     Q.    They were called Five Star
17 Animal Care Program?
18     A.    Yes.
19     Q.    Do you know what the five stars
20 refers to?
21     A.    No, I didn't.
22     Q.    Five star?
23     A.    Didn't have a meaning.  I think
24 in advertising you call it puffery.
25     Q.    In other words, it's like a

179

1      AL POPE - HIGHLY CONFIDENTIAL
2  great program?
3      A.    It was a great program.
4      Q.    Got it.  You can put that
5  aside.
6          MS. LEVINE:  Steve, I don't want
7  to interrupt any documents, about
8  noon, would that be good for a lunch
9  break?
10         MR. OLSON:  Sure.  Let's do
11 maybe one or two more documents.
12                - - -
13         (Exhibit Pope-10, UEP Board of
14 Directors May 15-18, 2000 Washington,
15 D.C. Minutes, Bates UE0307919 -
16 UE0307923, was marked for
17 identification.)
18                - - -
19 BY MR. OLSON:
20     Q.    Let me hand you, Mr. Pope,
21 what's been marked Pope-10.  There is Bates
22 stamp UE0307919 through 307923.  It's -- I'll
23 ask you, Mr. Pope, is this the minutes of a
24 UEP Board of Directors meeting from May 15th
25 to 18th, 2000?

180

1      AL POPE - HIGHLY CONFIDENTIAL
2      A.    Yes.
3      Q.    You attended this meeting.
4  Correct?
5      A.    Yes.
6      Q.    I'd like to look at page --
7  perhaps you want to review up to, let's see,
8  up to the middle of page 3.
9      A.    (Reviewing document.)
10     Q.    I want to focus at the top of
11 page 3, there's a discussion about the --
12 what's being called the animal welfare work.
13     A.    Okay.
14     Q.    And Wilcox --
15     A.    Yeah.
16     Q.    -- reports that two
17 subcommittees have been formed to look into
18 the options of implementing cage space
19 requirements.  Do you see that?
20     A.    Yes.  Yes.
21     Q.    Either through a voluntary
22 program or a legislative mandatory program.
23 Do you see that?
24     A.    Yes.
25     Q.    Were those subcommittees

181

1      AL POPE - HIGHLY CONFIDENTIAL
2  formed?
3      A.    No.
4      Q.    Is that because you urged the
5  board not to consider the legislative route?
6      A.    Yes.
7      Q.    So as I understand it, some
8  members wanted to consider a legislative
9  route?
10     A.    Yes.
11     Q.    And you thought that was a bad
12 idea?
13     A.    Yes.
14     Q.    After you urged the board not
15 to consider that, the board decided not to
16 take the legislative approach.  Correct?
17     A.    Yes.
18     Q.    You can put that aside.
19                - - -
20         (Exhibit Pope-11, United Egg
21 Producers Board of Directors Meeting
22 Via Conference Call July 26, 2000,
23 Bates UE0307912 - UE0307914, was
24 marked for identification.)
25

46  (Pages 178 to 181)

182

1      AL POPE - HIGHLY CONFIDENTIAL
2    BY MR. OLSON:
3        Q.    Let me hand you what's been
4    marked Pope-11.  This document is Bates
5    stamped UE0307912 through 307914.  I'll ask
6    it -- I'll ask you, Mr. Pope, if you can
7    identify this document as the minutes of a
8    July 26, 2000, conference call of the UEP
9    Board of Directors?
10       A.    Yes, it is.
11       Q.    And you were on that conference
12   call.  Correct?
13       A.    Yes.  Uh-huh.
14       Q.    Why don't you just briefly
15   review the document, please.
16       A.    (Reviewing document.)
17          You want me to read the
18   agreement?
19       Q.    If you could just take a quick
20   glance at it.  And if you need to study it
21   later, let us know.
22       A.    Okay.  (Reviewing document.)
23       Q.    Let's try it.
24       A.    Okay.
25       Q.    Do you recall who Jerry

183

1      AL POPE - HIGHLY CONFIDENTIAL
2    Faulkner is?
3        A.    Yes.
4        Q.    Who is he?
5        A.    He was the first manager of UEP
6    in 1968, and he was a long-time industry
7    representative.  He had various jobs over the
8    next 30 or 40 years.  But his last one was as
9    president of USEM, U.S. Egg Marketers, which
10   was -- I mean, you'd have to ask one of their
11   members what the purposes were.  The only
12   purpose that I'm aware of is that they wanted
13   a vehicle that could export eggs.  So -- and
14   there was a like minded group that made up
15   U.S. Egg Marketers.
16       Q.    Fair enough.
17          Now, this document reflects
18   that at this time Mr. Faulkner had stepped
19   down at manager of USEM.  Correct?
20       A.    Yes.
21       Q.    He retired.  Is that right?
22       A.    Yes, he had some health issues
23   as well.
24       Q.    And USEM was not able to find a
25   qualified manager to replace Mr. Faulkner.

184

1      AL POPE - HIGHLY CONFIDENTIAL
2    Is that right?
3        A.    Yes.
4        Q.    So to continue the industry
5    export program, the proposal was that UEP
6    would take over management of USEM.  Correct?
7        A.    Yes.
8        Q.    And that occurred.  Correct?
9        A.    Yes.
10       Q.    And the attachment to this
11   document sets out the general parameters of
12   how UEP managed USEM.  Correct?
13          MS. LEVINE:  Objection to the
14       form of the question.  Mischaracterizes
15       both the document and lack of
16       foundation.
17          MR. OLSON:  Let the witness
18       answer.  If it mischaracterizes it or
19       not, that's the question.
20   BY MR. OLSON:
21       Q.    I'll just tell you while you're
22   looking, if you look at the front, it says,
23   "Lofgren called on Pope to explain the
24   details by which UEP would provide
25   management.  The proposed management

185

1      AL POPE - HIGHLY CONFIDENTIAL
2    arrangements, drafted by Pope and Gregory and
3    agreed to by USEM's Executive Committee are
4    hereby attached as part of these minutes"?
5        A.    Yes.
6        Q.    And that refers to the last
7    page of this document which you helped draft.
8    Correct?
9        A.    Yes.
10       Q.    Does this document generally
11   reflect the meetings by which UEP would
12   manage USEM?
13       A.    Yeah, if I was going to redo
14   it, there's a couple of words I'd change, but
15   that's it.
16       Q.    But generally it does?
17       A.    Generally we administered the
18   program, yes.
19       Q.    Now, since you said it,
20   unfortunately I have to ask you which words
21   you'd change?
22       A.    I would look at it and say when
23   UEP would structure a national egg export and
24   enhanced marketing program, our intent with
25   that was not to change what USEM was doing,

47 (Pages 182 to 185)

186

AL POPE - HIGHLY CONFIDENTIAL
but -- and it looks like -- looks like we
were going to be looking to enhance USEM and
maybe put UEP producers over in USEM. I
don't know what all the thinking was, but I
think I would just change the wording on that
a little bit to say that we would administer
the program, the export program and
hopefully, or whatever you want to say, that
UEP members could participate if they wanted
to, with the security of both of them being
Capper-Volstead cooperatives.
    Q.   Now, that point one that you
just referred to as sort of the preface, but
I'm just trying to shortcut things, if we
wanted to know the general setup of how UEP
managed USEM, we would look at this document.
Correct?
    MS. LEVINE:  Object to the form
of the question.
    THE WITNESS:  Yes.
BY MR. OLSON:
    Q.   Now, let's just do one more
exhibit before lunch, if we can. You can put
that aside.

187

AL POPE - HIGHLY CONFIDENTIAL
    - - -
    (Exhibit Pope-12, 5/9/01 Memo,
Bates UE0155086 - UE0155089, was
marked for identification.)
    - - -
BY MR. OLSON:
    Q.   I'll hand you Pope-12. This is
a document Bates stamped UE0155086 through
155089. Before you read it, Mr. Pope, let me
ask you a couple of intro questions. Who is
Garth Sparboe?
    A.   That was Bob Sparboe's son from
the Sparboe Company.
    Q.   And was Garth Sparboe a member
of the Animal Welfare Producer Committee?
    A.   He was.
    Q.   He was one of the people tasks
with figuring out how to implement the
recommendations.
    A.   Yes.
    Q.   Correct?
    A.   Yes.
    Q.   How were these members of the
Producer Committee sometimes called the

188

AL POPE - HIGHLY CONFIDENTIAL
Animal Welfare Producer Committee chosen?
    A.   Two ways. At the end of any,
term of art, chairman, the first function
that we had to do was we had -- the chairman
was to select and appoint committee members
to each of UEP's committees. There was sort
of a criteria that we used sticking back to
the old regional area in that the chairman
tried to select by geographic area the best
representation he could from that geographic
area and have them work on the Animal Welfare
Committee, somebody that they felt
represented all of the producers, not just
their own company. So there were people that
were in line, there were people that were
contract maybe. I don't even know, but there
was a variety of producers on this committee.
And the other thing that we did was you'd
have a new chairman coming in and would not
give the same kind of consideration, maybe,
that the UEP staff would be. So the chairman
would ask us if we had any suggestions on
committee members, and we'd throw them out
there. And then at the board meeting, if

189

AL POPE - HIGHLY CONFIDENTIAL
somebody felt all hot and bothered that they
wanted to be on the Marketing Committee or
the Animal Welfare Committee, we'd put them
on.
    Q.   Okay. Thank you. Why don't
you just briefly review this document.
Actually just the first two pages, if you
can.
    A.   Okay. (Reviewing document.)
    Q.   Mr. Pope, let's try this: I
might not even ask you to look at the first
two pages. Can you identify this as a letter
that you received along with others from
Garth Sparboe?
    A.   The committee did, but I'm
assuming that I saw it somewhere, but I don't
recall it necessarily.
    Q.   You see your name as a
recipient. Correct?
    A.   Yeah. Okay. Yeah.
    Q.   So you have no reason to doubt
that you received it?
    A.   No.
    Q.   Do these happen to be your

VERITEXT REPORTING COMPANY
(212) 279-9424    www.veritext.com    (212) 490-3430

190

AL POPE - HIGHLY CONFIDENTIAL

1       initials over on the right, over here?
2       A.    Yes.
3       Q.    Those are your initials?
4       A.    Yeah.
5       Q.    What would that mean?
6       A.    It would just mean it came

1. AL POPE - HIGHLY CONFIDENTIAL
2. initials over on the right, over here?
3. A. Yes.
4. Q. Those are your initials?
5. A. Yeah.
6. Q. What would that mean?
7. A. It would just mean it came
8. across my desk.
9. Q. We'll actually skip the first
10. two pages. If you turn to page 3 --
11. A. And I understand why you'd want
12. to skip the first two pages, because they, I
13. think, are really interesting.
14. Q. I agree. If your counsel will
15. give me free time to go over them, I will go
16. over them at length. We'll ask her.
17. A. Okay.
18. Q. If you look at page 3, there's
19. a heading that says, "A LOOK BACK."
20. A. Yeah.
21. Q. Mr. Sparboe writes, "Our
22. committee in Washington last year voted to
23. recommend to UEP board that we examine and/or
24. recommend a legislatively mandated animal
25. welfare program that would have involved

191

1. AL POPE - HIGHLY CONFIDENTIAL
2. government oversight."
3. Do you see that?
4. A. Yes.
5. Q. "While this passed out of our
6. committee it was soundly defeated when it
7. reached the board level of UEP."
8. Do you see that?
9. A. Yes.
10. Q. And that's accurate. Correct?
11. A. Yes.
12. Q. You can put that aside.
13. MR. OLSON: We can take a break
14. for lunch.
15. MS. LEVINE: How long do you --
16. MR. OLSON: Let's go off the
17. record.
18. VIDEOGRAPHER: The time is
19. approximately 12:04 p.m. This ends
20. tape two. We're now off the record.
21. - - -
22. (A recess was taken.)
23. - - -
24. (The following discussion was
25. held off the video record.)

192

1. AL POPE - HIGHLY CONFIDENTIAL
2. - - -
3. MR. OLSON: Is there anyone on
4. the phone now who didn't make an
5. appearance earlier?
6. MR. GRAY: This is Monty Gray
7. for National Food Corporation. I
8. joined, oh, probably 45 minutes into
9. the deposition this morning.
10. MR. OLSON: Okay.
11. MR. McKENNEY: This is Jason
12. McKenney from Gibson Dunn on behalf of
13. defendant, Cal-Maine Foods. Like
14. Monty, I joined just a little bit into
15. the deposition this morning.
16. MR. OLSON: Okay. Is there
17. anyone else who didn't make an --
18. MR. GOODMAN: William Goodman
19. from Kasowitz Benson Torres & Friedman
20. for Nu-Cal. I also joined about 40
21. minutes into it.
22. MR. OLSON: What was your name
23. again?
24. MR. GOODMAN: William Goodman.
25. MR. OLSON: Anyone else?

193

1. AL POPE - HIGHLY CONFIDENTIAL
2. Are you ready, Mr. Pope?
3. THE WITNESS: Yes.
4. - - -
5. VIDEOGRAPHER: The time is
6. approximately 1:11 p.m. This begins
7. tape three. We are back on the
8. record.
9. BY MR. OLSON:
10. Q. Mr. Pope, let's talk about the
11. certified program. Now, the certified
12. program involved a phase in period. Correct?
13. A. Yes.
14. Q. Of approximately six years. Is
15. that right?
16. A. Yes.
17. Q. Who selected that length of
18. time? Was that the Producer Committee?
19. MS. LEVINE: Object to the form
20. of the question.
21. THE WITNESS: Yeah. Well, the
22. answer is not yes, but anything that
23. had to do with the phase in or the
24. implementation of the Scientific
25. Advisory Committee guidelines was done

49 (Pages 190 to 193)

194

1       AL POPE - HIGHLY CONFIDENTIAL
2   by the Producer Committee. However,
3   that was with -- as an example, our
4   Producer Committee had suggested a
5   ten-year phase in. That was
6   unacceptable to the chain stores.
7   Chain store says we want this shorter,
8   we want to -- you know, so what do we
9   say. Well, okay, so we ended up with
10   whatever it was, six years or seven
11   years, whatever it was. And so we had
12   substantial input from then on that
13   and other issues.
14  BY MR. OLSON:
15     Q.   When you refer to the chain
16  stores, are you referring to any one or
17  anything in particular?
18     A.   No. FMI. Most of them
19  belonged to FMI.
20     Q.   What is FMI?
21     A.   Food Marketing Institute. It's
22  a trade association for grocery stores.
23     Q.   Did you take steps to encourage
24  FMI to encourage its members to support the
25  certified program?

195

1       AL POPE - HIGHLY CONFIDENTIAL
2     A.   Sure.
3     Q.   As president of UEP, you
4  expected the phase in of the UEP certified
5  program would have an impact on egg supply.
6  Correct?
7       MS. LEVINE: Object to the form
8   of the question.
9       THE WITNESS: It was never part
10   of the consideration at all.
11  BY MR. OLSON:
12     Q.   As president of UEP, did you
13  expect the phase in of the certified program
14  to have an impact on egg supply?
15       MS. LEVINE: Object to the form
16   of the question.
17       THE WITNESS: What do you say?
18   I mean, if we had hot weather in the
19   summertime, I would have -- I would
20   expect it to affect the supply. So
21   among many other things, it would
22   affect the supply from time to time.
23  BY MR. OLSON:
24     Q.   And as president of UEP, you
25  expected the program to tighten the supply of

196

1       AL POPE - HIGHLY CONFIDENTIAL
2  eggs. Correct?
3     A.   No.
4       MS. LEVINE: Object to the form
5   of the question.
6       THE WITNESS: And --
7  BY MR. OLSON:
8     Q.   Your answer is no?
9     A.   The answer is no. And the
10  subsequent years validated that. Our
11  producers were pretty quick.
12     Q.   And as president of UEP, you
13  expected the program to result in higher
14  prices. Correct?
15     A.   No.
16     Q.   Let me hand you what's been
17  marked Pope-13.
18         - - -
19      (Exhibit Pope-13, Special
20    Meeting of Area # 5 September 5, 2001
21    Atlanta, Ga. Minutes, Bates UE0153459
22    & UE 0153460, was marked for
23    identification.)
24         - - -
25  BY MR. OLSON:

197

1       AL POPE - HIGHLY CONFIDENTIAL
2     Q.   This is a document Bates
3  stamped UE0153459 through 460. I'll ask you,
4  Mr. Pope, after a brief review, if you can
5  identify this as the minutes of a special
6  meeting of area number 5 on September 5,
7  2001, in Atlanta, Georgia?
8     A.   Yes.
9     Q.   You attended that meeting.
10  Correct?
11     A.   Yes.
12     Q.   What was area 5?
13     A.   It was the -- basically the
14  geographic area of the southeast.
15     Q.   Do you recall this meeting?
16     A.   Pardon?
17     Q.   Do you recall this meeting?
18     A.   Not this specific one. We had
19  one every year. So we had the same area 5
20  meeting every year for the last 10 or 15
21  years.
22     Q.   So that --
23     A.   We would follow this one up and
24  we would have one in the Northeast, so that
25  all producers could come in, all producer

198

1        AL POPE - HIGHLY CONFIDENTIAL
2 members could come in and express their
3 opinion on anything we were working on.
4      Q.    So every year up through the
5 time you retired, you would have a special
6 meeting of area 5. Is that right?
7      A.    Of all the areas, yes.
8      Q.    How many areas were there?
9      A.    Five.
10     Q.    You would attend those
11 meetings?
12     A.    Sometimes.
13     Q.    Do you recall that in 2001
14 producers across the country were expressing
15 concern with an over supply problem?
16        MS. LEVINE: Object to the form
17 of the question.
18        THE WITNESS: I just -- okay,
19 but I just don't recall it. I don't
20 know.
21 BY MR. OLSON:
22     Q.    That's the question.
23     A.    I don't know.
24     Q.    Do you recall a suggestion in
25 2001 that there needed to be a national

199

1        AL POPE - HIGHLY CONFIDENTIAL
2 meeting to address an over supply problem?
3        MS. LEVINE: Object to the form
4 of the question.
5        THE WITNESS: Still, I just
6 don't recall it.
7 BY MR. OLSON:
8     Q.    If you look at the bottom,
9 you'll see a reference to a motion, the
10 bottom of page 1.
11     A.    Yes.
12     Q.    Why don't you go ahead and just
13 review the motion portion.
14     A.    (Reviewing document.)
15        Okay.
16     Q.    So this refers to a motion to
17 provide all members with a commitment form
18 that states, "I agree by November 1, 2001 to
19 leave vacant housing that represents 5% of my
20 production for a period of 6 months. If it
21 is not possible to leave a house or houses
22 vacant, I would then agree to reduce my flock
23 size by 5%."
24        MS. LEVINE: Object to the form
25 of the question.

200

1        AL POPE - HIGHLY CONFIDENTIAL
2 BY MR. OLSON:
3     Q.    Do you see that?
4     A.    Yes.
5     Q.    Do you recall the discussion of
6 that motion?
7     A.    Not that particular one, but,
8 again, I have to remind you that we have
9 discussed this very same issue for probably
10 the 35 years that I worked for UEP every
11 year. So it was just a matter of -- once
12 again, I mean, that's part of our education
13 process.
14     Q.    But this wasn't just education,
15 the motion was to provide members with the
16 commitment form. Correct?
17     A.    Well, it's still part of
18 education. Because the commitment form
19 doesn't really have any commitment to it.
20     Q.    You consider providing the
21 commitment form to be part of education?
22     A.    Yes.
23     Q.    And this indicates that the
24 motion to provide members with the commitment
25 form reflecting the commitment I read into

201

1        AL POPE - HIGHLY CONFIDENTIAL
2 the record was passed. Correct?
3     A.    Yes.
4     Q.    Now, what's the purpose of
5 leaving vacant housing for a period of six
6 months or reducing flock size by 5 percent?
7 What's the purpose of that?
8        MS. LEVINE: Object to the form
9 of the question.
10        THE WITNESS: Well, the intent
11 was -- and here again, I don't recall
12 it, but it is the same one that has
13 been made a number of times, is that
14 it better matches the demand for the
15 product. When you look at it, if you
16 take your flock out, obviously it
17 adjusts the demand at any particular
18 time. And that was just one of the
19 services that we did in making
20 recommendations.
21 BY MR. OLSON:
22     Q.    If you turn to page 2, you'll
23 see another motion referenced at the top.
24 Have you reviewed that one?
25     A.    Okay. Yeah.

51 (Pages 198 to 201)

202

1    AL POPE - HIGHLY CONFIDENTIAL
2        Q.    And that refers to a motion for
3    all members to delay their hatch of baby
4    chicks by four weeks for a six-month period
5    starting November 1. Correct?
6        A.    Yes.
7        Q.    The minutes indicate that
8    motion passed as well. Correct?
9        A.    Yes.
10       Q.    The minutes say, "Both motions
11   included a provision for verifying that
12   members were meeting their commitment."
13       Do you see that?
14       A.    A voluntary commitment, yes.
15       Q.    A provision for verifying that
16   they were meeting their voluntary commitment.
17   Right?
18       MS. LEVINE:    Objection.  Asked
19   and answered.
20       THE WITNESS:    Well --
21   BY MR. OLSON:
22       Q.    Do you consider that just
23   education as well, sir?
24       A.    Yeah, I mean, any time they
25   don't have to do it, I mean, we would love to

203

1    AL POPE - HIGHLY CONFIDENTIAL
2    think that we were influential enough that
3    they take these recommendations and -- now,
4    35 years of history has told me that's not
5    what happens.  Yes, some of them will.  Yes,
6    it may be modest.  But when you have a
7    voluntary program, you don't know who did and
8    who didn't, even if they say they did.
9        Q.    Did anyone ever advise you,
10   sir, that UEP could -- UEP and its members
11   could do whatever they wanted as long as no
12   one was forced to do it?
13       MS. LEVINE:    You may answer the
14   question unless it pertains to an
15   attorney-client discussion.
16       THE WITNESS:    We were never told
17   we could do whatever we wanted to.
18   Because even under Capper-Volstead,
19   you were limited -- it was a limited
20   -- it was a limited provision in
21   there, I mean, and I don't know what
22   all the limitations are, but I knew I
23   would not go in, and I never heard
24   anybody say at a meeting, hey, UEP
25   you're all egg producers, you can do

204

1    AL POPE - HIGHLY CONFIDENTIAL
2    what the hell ever you want.  I never
3    heard that one time in 30 years.
4             - - -
5        (Exhibit Pope-14, Special Called
6    UEP Marketing Conference Call
7    September 24, 2001, Bates UE0153457 &
8    UE0153458, was marked for identification.
9             - - -
10   BY MR. OLSON:
11       Q.    Let me hand you what's been
12   marked as Pope-14.  This is a document Bates
13   stamped UE0153457 through 458.  Give you a
14   moment to review it.
15       A.    (Reviewing document.)
16       Q.    Can you identify this document
17   as the minutes of a special called UEP
18   marketing conference call --
19       A.    Yes.
20       Q.    -- from September 24, 2001?
21       A.    Yes.
22       Q.    And you were on that conference
23   call.  Correct?
24       A.    Yes.
25       Q.    Do you recall the conference

205

1    AL POPE - HIGHLY CONFIDENTIAL
2    call?
3        A.    No.
4        Q.    There's a reference to a Mr.
5    Baker at the beginning of the minutes.
6        A.    Yes.
7        Q.    Do you know who that is?
8        A.    Yes.
9        Q.    Who is Mr. Baker?
10       A.    He's a -- I don't know whether
11   he is an officer, but he is a top management
12   person with Waldbaum's maybe at this time and
13   then Michael's later on.  I don't know the
14   timing of any of that.  But they were a
15   member.
16       Q.    And the minutes reflect Mr.
17   Baker noting that the UEP office had sent a
18   package of material to all members detailing
19   the problem with over supply and that the
20   purpose of the call was to discuss that
21   material.  Do you see that?
22       A.    Yeah, I read it a little
23   different.  It says, "...and the problem in
24   hopes that ideas might come forward..."
25   Actually --

52  (Pages 202 to 205)

206

AL POPE - HIGHLY CONFIDENTIAL
1
2    Q.    I was going to get to that
3  next.  But first it says there was a package
4  sent to all members and the purpose of the
5  call was to discuss this material.  Right?
6         MS. LEVINE:  I think the witness
7      is allowed to read the whole sentence,
8      not just half a sentence which is what
9      he was doing.
10 BY MR. OLSON:
11    Q.    And the problem.  To discuss
12 the problem, too.  Right?
13    A.    Yes.
14    Q.    So I was just doing it in
15 pieces.  I was first asking you if you recall
16 the package of material that was sent to all
17 members?
18    A.    No, I don't know what it was in
19 it.
20    Q.    The purpose of the call was to
21 discuss that package and the -- what's
22 referred to as an over supply problem.
23 Correct?
24         MS. LEVINE:  Objection --
25         THE WITNESS:  Yes.

207

AL POPE - HIGHLY CONFIDENTIAL
1
2         MS. LEVINE:  -- to the form of
3      the question.
4  BY MR. OLSON:
5     Q.    Have you answered the question?
6     A.    Yes.
7     Q.    And to see if there are ideas
8  about how to balance supply with market
9  demand.  Correct?
10        MS. LEVINE:  Same objection.
11        THE WITNESS:  That's what --
12     that's what was discussed, yes.
13 BY MR. OLSON:
14    Q.    And that was the purpose of
15 this specially called conference call.
16 Correct?
17        MS. LEVINE:  Object to the form
18     of the question.
19 BY MR. OLSON:
20    Q.    Did you answer that one?
21    A.    I'm trying to figure out how to
22 do it.  You know, to me, you asked me to read
23 this.  And I'm just -- I want you to be fair
24 about this, too.  As I read this, it is a
25 perfect, perfect example of why when you keep

208

AL POPE - HIGHLY CONFIDENTIAL
1
2  relating to this, to a supply/demand program,
3  if that is what this program was, we were
4  sure doing a crappy job on it, weren't we?
5  Because obviously we were over supplied.
6  They had started their animal welfare
7  program, hadn't they?
8     Q.    I'm just reading the words that
9  are in the document.  The purpose of this
10 specially called conference call was to
11 discuss ideas about how to balance supply
12 with market demand.  Correct?
13    A.    Yes.
14        MS. LEVINE:  Objection to form
15     of the question.  No foundation for
16     this witness.
17 BY MR. OLSON:
18    Q.    Now, if you turn to the second
19 page, at the top you see where it says, "Gene
20 Gregory said that the UEP staff had been
21 working on an idea that would encourage
22 members to take one bird out of each cage
23 until a total of 5% of the house capacity had
24 been reached."
25        Do you see that?

209

AL POPE - HIGHLY CONFIDENTIAL
1
2     A.    Yes.
3     Q.    Do you recall working on that
4  idea?
5     A.    I didn't work on it.
6     Q.    If you look down in the middle,
7  there's a sentence that says, Irving Isaacson
8  was asked about legal problems with the
9  committed program.  Why don't you just review
10 the second page, if you haven't already.
11    A.    I don't have a second page.
12        MS. SUMNER:  That's been
13     redacted.  I'm not sure where you're
14     reading from, but there's a redacted
15     copy that you put out for your
16     exhibit.
17        MR. OLSON:  I'm not sure how
18     that happened.  Maybe you guys clawed
19     it back, so let me just --
20        MS. LEVINE:  This is on our
21     privilege log.
22        MR. OLSON:  Strike that.  Could
23     I see someone's copy?  You can keep
24     it, sir.
25        MS. LEVINE:  You can keep it.

53  (Pages 206 to 209)

210

AL POPE - HIGHLY CONFIDENTIAL

BY MR. OLSON:

Q. Well, let me ask this: Who is Paul Bahan?

A. He was a producer member from Southern California.

Q. He's not a lawyer?

A. You know, I don't know.

Q. Did you ever --

A. I do recall that there was -- somebody said he was a lawyer. I have no idea. I didn't know Paul real well.

Q. Did you ever, as UEP president, ask Paul Bahan for legal advice?

MS. LEVINE: I'm going to object to this line of questioning. You were reading from a document that was supposed to be sequestered.

MR. OLSON: I'm not reading from any document. I'm asking --

MS. LEVINE: Your questions are very clear that you're reading from a document, a portion of which was supposed to be sequestered. You can ask any question about the document

211

AL POPE - HIGHLY CONFIDENTIAL

other than what's been redacted.

MR. OLSON: I'm putting the document aside.

BY MR. OLSON:

Q. Did you ever ask Paul Bahan for --

A. No.

Q. -- legal advice?

A. No.

MR. OLSON: Do you want to yield the privilege that you claimed over that portion of the document now or later?

MS. LEVINE: If you wanted to have moved on that, you should have done it before you brought a 76-year-old witness. You've had this document, you've had the log. It would have been proper to move before the court on any documents you think we improperly put on a privilege log. I'm not going to take the time now to debate a legal issue which you had notice of.

212

AL POPE - HIGHLY CONFIDENTIAL

MR. OLSON: I don't need to debate you. I'm just asking if you're willing so we don't inconvenience anybody, to yield that privilege claim now?

MS. LEVINE: No, because it should have been done before.

BY MR. OLSON:

Q. You can put that aside.

- - -

(Exhibit Pope-15, 9/27/01 Letter, Bates UE0204500 - EU0204504, was marked for identification.)

- - -

BY MR. OLSON:

Q. Let me hand you what's been marked Pope-15. This document is Bates stamped UE0204500 through 504. And I'll ask if you can identify this as a document sent to UEP members in September 2001?

A. The only thing I can say about it is it appears, since I don't recall it, it appears that it was sent to our members. That's all I can say.

213

AL POPE - HIGHLY CONFIDENTIAL

Q. So you don't recall this document?

A. No.

Q. The document at the top of the second page refers to a voluntarily supply program.

A. Yes.

Q. And to an attachment which is the last page titled, "Voluntarily Supply Program To Meet Market Demand."

A. Okay.

Q. I'm just going to ask if you recall seeing that page about the voluntary?

A. No, I don't. I didn't -- I really didn't. I had very little to do with the marketing although I know I had the ultimate responsibility and I -- you know, it probably came across my desk, but I don't remember the specific document.

Q. Fair enough. You can put it aside.

A. It's hard for me to even make a comment on it other than, once again, it demonstrated our determination to make sure

54 (Pages 210 to 213)

214

```
1          AL POPE - HIGHLY CONFIDENTIAL
2   that we were within Capper-Volstead
3   guidelines once again.  This is about the
4   third or fourth time we have done that.  So I
5   think we've made it very clear anyhow.
6          MS. LEVINE:  Mr. Pope, try as
7       hard as you can just to answer the
8       question, there's not one on the
9       table, because there's limited time
10      and we're here to answer counsel's
11      question.
12                 - - -
13         (Exhibit Pope-16, Document
14      titled What Better Time to Reduce Cage
15      Density and Put Money In Your Pocket,
16      Bates UE0067353, was marked for
17      identification.)
18                 - - -
19  BY MR. OLSON:
20      Q.    Let me hand you what's been
21  marked Pope-16, a one-page document, Bates
22  stamped UE0067353.  I'll ask you to review
23  the document and then identify it for us,
24  please.
25      A.    Well, it was -- I'm assuming it
```

215

```
1          AL POPE - HIGHLY CONFIDENTIAL
2   was attached to one of our newsletters.  I
3   don't know whether that's right or not, but
4   that's what I'm assuming.  Simply, again,
5   encouraging two positive things.  One is
6   consistent with all our recommendations on
7   trying to better balance supply and demand by
8   voluntary suggestions; and number two, trying
9   to make a case in a modest way for jump
10  starting our animal welfare program which I
11  thought was a good thing.
12      Q.    So this is commentary that you
13  drafted.  Correct?
14      A.    Yes.
15      Q.    For purposes of distribution to
16  UEP members.  Correct?
17      A.    Yes.
18      Q.    It's titled, "What Better Time
19  to Reduce Cage Density and Put Money In Your
20  Pocket."  Correct?
21      A.    Uh-huh.
22      Q.    The recommendation is to
23  give -- it says, "Give your animal welfare
24  program a jump start by reducing the cage
25  density to meet UEP's Industry Animal
```

216

```
1          AL POPE - HIGHLY CONFIDENTIAL
2   Husbandry Guidelines."  Right?
3       A.    Yes.
4       Q.    Okay.  You can put that aside.
5       A.    All these questions that you
6   ask me about this are asked in a tone like
7   it's something we shouldn't be doing.  I
8   don't like that.  I'm just saying what I
9   think.  That's all.
10      Q.    I understand.
11      A.    I didn't say you were, I just
12  said that's the impression I get.
13      Q.    I'm not -- I apologize for that
14  tone.
15      A.    You're not deciding what --
16      Q.    I'm not trying to actually use
17  any tone.
18      A.    Sure you are.
19      Q.    I'm certainly not trying to use
20  an accusatory tone.
21      A.    That would be good because it
22  just -- you know, I don't get rattled very
23  easy, but it might upset me and it will turn
24  bad, wouldn't it?
25      Q.    I'm not trying to rattle you or
```

217

```
1          AL POPE - HIGHLY CONFIDENTIAL
2   upset you or make you feel defensive.
3          MS. LEVINE:  Mr. Pope, just
4       listen to his questions.
5                 - - -
6          (Exhibit Pope-17, UEP Board of
7       Directors conference call April 4,
8       2002 Minutes, Bates UE0210657 &
9       UE0210658, was marked for
10      identification.)
11                 - - -
12  BY MR. OLSON:
13      Q.    I'm handing you what's been
14  marked Pope-17 which is Bates stamped
15  UE0210657 through 658.
16      A.    Yes.
17      Q.    I'll ask if you can identify
18  this as the minutes of the UEP Board of
19  Directors conference call from April 4, 2002?
20      A.    Yes, it appears so.
21      Q.    And you participated in that
22  conference call.  Correct?
23      A.    Yes.
24      Q.    Why don't you go ahead and just
25  review the document and let us know when
```

55 (Pages 214 to 217)

218

1      AL POPE - HIGHLY CONFIDENTIAL
2  you're done, please.
3      A.    (Reviewing document.)
4            Okay.
5      Q.    Now, this document reflects
6  that certain motions were made before the
7  board of directors at this time --
8      A.    Yes.
9      Q.    -- relating to the program.
10 Correct?
11     A.    Uh-huh.  Yes.
12     Q.    And the first one involved a
13 change that is sometimes referred to as the
14 100 percent rule.  Correct?
15         MS. LEVINE:  Objection to the
16     form of the question.
17         THE WITNESS:  Yes.  It's
18     concerned about the 100 percent rule.
19 BY MR. OLSON:
20     Q.    And just to be clear, the
21 change was under the original certified
22 program the company could be certified if 100
23 percent of its producer packer facilities
24 complied with the guidelines.  Correct?
25     A.    As it is here, that's right.

219

1      AL POPE - HIGHLY CONFIDENTIAL
2  Now, I have to say that this was -- this
3  whole area was the most difficult thing we
4  had to handle.
5      Q.    The 100 percent rule?
6      A.    No.  The certification of the
7  program itself.  I hope you can well imagine
8  that UEP staff was just about shocked when
9  the UEP board adopted the recommendation from
10 the Scientific Advisory Committee and the
11 Producer Marketing Committee or Animal
12 Welfare Committee, that they wanted a
13 certified program and they wanted UEP to do
14 it.  You know, it puts us in the worst
15 possible position, but we had our marching
16 orders because we would be put in a position
17 then of having a producer not meet the
18 guidelines and then we had to tell them they
19 had to get off the guidelines, and we did
20 that.  It was not an easy thing to do.
21     Q.    Now, if we could just stick to
22 the 100 percent rule, exactly what it
23 encompassed, that's what I'd like to focus
24 on.  Originally under the program a company
25 could be certified if 100 percent of its

220

1      AL POPE - HIGHLY CONFIDENTIAL
2  producer packer facilities met the
3  guidelines.  Correct?
4      A.    Well, I don't -- I just don't
5  remember that part of it.  Sorry.
6      Q.    But this reflects that there
7  was some change that was passed --
8      A.    Yes, the producers saw the
9  loopholes in it.
10     Q.    And then there's a motion that
11 relates to the audit system.  Is that
12 anything that you had involvement with?
13         MS. LEVINE:  It says change.
14         THE WITNESS:  Limited.
15 BY MR. OLSON:
16     Q.    What was your involvement with
17 the audit system?
18     A.    How we would audit it and
19 achieve the most credible program, how could
20 we do that best, what was the best way to do
21 that.
22     Q.    Were you involved in
23 determining the audit scoring system?
24     A.    No.
25     Q.    Who at UEP had the primary

221

1      AL POPE - HIGHLY CONFIDENTIAL
2  responsibility for that?
3      A.    Well, first of all, none of us.
4  It was up to the producer Animal Welfare
5  Committee.  The person assigned to get it
6  done after they tell us would be Gene.
7      Q.    There's a reference in motion
8  2, after mentioning the audit point system,
9  to the fact that "...failure to meet the cage
10 space allowance will be cause for failure of
11 the audit regardless of the total points
12 achieved."
13         Do you see that?
14     A.    Yes.
15     Q.    Do you recall that motion being
16 passed?
17     A.    I don't recall the specific
18 motion, but I know that that was part of the
19 guideline.
20     Q.    Did you -- was it your view as
21 president of UEP that obtaining 100 percent
22 participation of the industry in the program
23 was an important goal?
24     A.    It was never anticipated that
25 we would get to 100 percent.  It would have

56 (Pages 218 to 221)

222

AL POPE - HIGHLY CONFIDENTIAL
1    been really neat.  But we knew better.  It's
2    a voluntary program, so -- you know.
3        Q.    Did you take steps to work
4    toward that goal of an industry wide
5    compliance with the program?
6        A.    If you're meaning at every
7    opportunity did we encourage producers of the
8    merits of being on the program, we did that
9    time and time again.
10            - - -
11            (Exhibit Pope-18, UEA Further
12        Processors Animal Welfare Briefing
13        Breakfast Caesars Palace - Las Vegas,
14        Nevada April 22, 2002 Minutes, Bates
15        MPS-00122892 & MPS-00122893, was
16        marked for identification.)
17            - - -
18    BY MR. OLSON:
19        Q.    Let me hand you what's been
20    marked Pope-18.  This document is Bates
21    stamped MPS-00122892 through 93.  Why don't
22    you review it, let us know when you're done.
23        A.    (Reviewing document.)
24        Okay.
25

223

AL POPE - HIGHLY CONFIDENTIAL
1        Q.    Can you identify this as the
2    minutes of a UEP Further Processors Animal
3    Welfare Briefing Breakfast in Las Vegas on
4    April 22, 2002?
5        A.    Yes.
6        Q.    And you attended that.
7    Correct?
8        A.    Yes.
9        Q.    And what was the purpose of
10    having a UEA Further Processors Animal
11    Welfare Briefing Breakfast?
12        A.    Because they asked for it,
13    their chairman asked for it.
14        Q.    It refers at the bottom --
15    well, in the middle it refers to you
16    announcing an intent to develop an animal
17    welfare seal.  Do you see that?
18        A.    Yes.
19        Q.    Was that your idea?
20        A.    You know, I just don't recall
21    whether it was mine or the Animal Welfare
22    Committee's.  I don't know.
23        Q.    It says it "...could be used by
24    certified companies and placed on egg cases,

224

AL POPE - HIGHLY CONFIDENTIAL
1    egg cartons, etc."
2        A.    Right.
3        Q.    What was the purpose of putting
4    the seal on egg cases and egg cartons?
5        A.    Well, it had a dual purpose in
6    my mind.  Just like a nutritional labeling or
7    anything else, the customer might like to
8    know that there are some industry guidelines
9    for the carrying of our animals.  And we had
10    producers ask for that.  Basically all it
11    says, when they finally adopted one which
12    took some time, was that this company is
13    participating in animal welfare guidelines as
14    developed by UEP or something along that
15    wording.  And if they wanted a copy of the
16    guidelines, you know, probably an 800 number
17    on there to call us or something.  I don't
18    know.
19        Q.    You don't recall for sure that
20    there was an 800?
21        A.    No, I don't.  No.
22        Q.    At the bottom it refers to some
23    motions, and there's a motion that was moved
24    and seconded to form an UEA committee to

225

AL POPE - HIGHLY CONFIDENTIAL
1    develop discussion points and coordination of
2    animal husbandry guidelines with UEP.  Do you
3    see that?
4        A.    Yes.
5        Q.    And that motion carried.
6    Correct?
7        A.    Yes.
8        Q.    What was the name of that
9    committee?
10        A.    I don't know that it had a
11    name.  The chairman probably picked out three
12    or four people and asked them to do it.  I
13    don't think we had a designated committee for
14    that, for the processor.
15        Q.    So there wasn't a formal
16    committee done to carry out that motion?
17        A.    No.
18        Q.    But there was an informal type
19    of committee?
20        MS. LEVINE:  Objection to the
21        form of the question.  The witness
22        just answered the question.
23        THE WITNESS:  The further age
24        processors really surprised us

**226**

AL POPE - HIGHLY CONFIDENTIAL

1    because --
2
3  BY MR. OLSON:
4         Q.    Well, if we can start with the
5  answer to my question.  Was there an informal
6  committee done --
7         A.    No.
8         Q.    -- to carry out the motion that
9  was passed?
10        A.    No.
11        Q.    So when you were referring to
12  the chairman picking out a few people, who
13  were you talking about?
14        A.    I don't know who he was talking
15  about.  I don't remember who he had do this,
16  to review our guidelines and come back to UEP
17  or --
18        Q.    What chairman are you referring
19  to, do you recall?
20        A.    I don't know who the chairman
21  was.  Does it say?
22        Q.    Elliot Gibber.
23        A.    Okay.  He was chairman at the
24  time, then.
25        Q.    Do you recall Mr. Gibber

**227**

AL POPE - HIGHLY CONFIDENTIAL

1
2  picking some UEA members to review the
3  guidelines?
4         A.    No.
5         Q.    I'm a little unclear on your
6  testimony.
7         A.    Well, you asked me who they --
8  if I remember him asking somebody.  You know,
9  he asked somebody, but I don't know who they
10  were.
11        Q.    Fair enough.  You can put that
12  aside.
13        A.    No, I got to make -- I want to
14  make another issue.
15        Q.    Well --
16        MS. LEVINE:  Mr. Pope --
17        MR. OLSON:  We do have limited
18  time.
19        MS. LEVINE:  -- the whole
20  purpose is that he can ask questions.
21                  -  -  -
22        (Exhibit Pope-19, 7/16/02
23  Letter, Bates UE0159036 & UE0159037,
24  was marked for identification.)
25                  -  -  -

**228**

AL POPE - HIGHLY CONFIDENTIAL

1
2  BY MR. OLSON:
3         Q.    Let me hand you what's been
4  marked Pope-19.  This is a document Bates
5  stamped UE0159036 through 037.  And after you
6  review it -- let us know when you reviewed
7  it, please.
8         A.    (Reviewing document.)
9               Okeydoke.
10        Q.    Can you identify this as a
11  letter you wrote on July 16, 2002?
12        A.    These three people, yes.
13        Q.    And sent to members from FMI
14  and one from NCCR?
15        A.    Yes.
16        Q.    We've touched on FMI, but can
17  you remind us what FMI is?
18        A.    FMI is the -- one of the
19  largest trade associations in the country.
20  And they represent grocery stores, so what we
21  would term as supermarkets.  And so all the
22  ones that you would expect to be in that
23  category were in that category.  They were
24  members of FMI, had a very active program.
25        Q.    What is NCCR?

**229**

AL POPE - HIGHLY CONFIDENTIAL

1
2         A.    National -- it represents the
3  fast food restaurant business.  McDonald's
4  were a member, Arby's.
5         Q.    Chain restaurants?
6         A.    They didn't have to be, but I
7  guess that's really what -- I don't -- I
8  can't speak to their membership.  You have to
9  ask Terrie.  I don't even know that -- I
10  don't know the membership of FMI other than
11  they have a public address book or something
12  like that, membership book, that I've seen.
13        Q.    Would it be fair to say that
14  the members of FMI and the members of NCCR
15  were customers of UEP members?
16        A.    Yes.
17        Q.    And among other things in this
18  letter, you are inviting assistance in FMI
19  and NCCR in getting their members to ask for
20  certified eggs?
21        MS. LEVINE:  Object to the form
22  of the question.
23        THE WITNESS:  The answer to that
24  is, yes, we would encourage them to do
25  that.

**58 (Pages 226 to 229)**

230

1      AL POPE - HIGHLY CONFIDENTIAL
2  BY MR. OLSON:
3      Q.    And that's one of the things
4  you do in this letter.  Correct?
5      A.    Yes, we encourage them to do
6  that.
7      Q.    If you look at the second page,
8  you put in a heading that says, "Another
9  issue:  The good news, and bad news."
10      Do you see that?
11      A.    Right.
12      Q.    And you refer to a press
13  release going off without controversy, and
14  that's the good news.  Do you see that?
15      A.    Uh-huh.
16      Q.    You do?
17      A.    Yes.
18      Q.    And what press release are you
19  referring to?
20      A.    I don't remember.  I don't have
21  any idea.  If it isn't attached, I don't know
22  what it is.  It might have been done.  I
23  think at this time we had at least a small
24  program with a public relations firm, so I'm
25  assuming that they put it together, but I

231

1      AL POPE - HIGHLY CONFIDENTIAL
2  don't really remember that.
3      Q.    You say, "The bad news is that
4  very few of our customers are asking that the
5  guidelines be part of their specifications."
6      Do you see that?
7      A.    Yes.
8      Q.    By "our customers," you mean
9  the customers of UEP members.  Correct?
10      A.    Yes.
11      Q.    And then at the end, you say,
12  "This program will fail if our customers are
13  not committed to the program to the same
14  degree as the industry."  Right?
15      A.    Yes.
16      Q.    And then you say, "We welcome
17  your advice and assistance."  Correct?
18      A.    Yes.
19      Q.    Thanks.  You can put that
20  aside.
21      A.    But now -- I'm sorry, but you
22  take these selected things out which really
23  make me unhappy, and so I'm going to make a
24  point of saying something.
25      Q.    Just so you know, your counsel

232

1      AL POPE - HIGHLY CONFIDENTIAL
2  will be able to ask questions.
3      A.    I don't care.
4      Q.    And let you make whatever
5  comment you want.
6      A.    The thought is all gone with
7  everybody at the time -- by the time we get
8  back to it.  So that's why I'm going to do
9  it.  I'm here to testify and I'm going to do
10  it whether you like it or not.
11      Q.    I have limited time, but --
12      A.    Yeah.  Well, so do I.
13      Q.    Let's hear it.
14      A.    No, I don't.  I take that back.
15  I'm retired, I've got -- every day is
16  Saturday.
17      The point is in this letter
18  there's two very significant things that have
19  taken place when this goes out.  Number one,
20  FMI and NCCR said to us that it can't be six
21  years -- it can't be ten years, it's got to
22  be ten -- I mean six.  They said you've got
23  to have -- everybody has got to do it that's
24  on the program.  That was the 100 percent
25  rule.  Okay.  Now, you take those things, and

233

1      AL POPE - HIGHLY CONFIDENTIAL
2  there were others besides that, I have to say
3  that the chain stores, FMI as a result of
4  their activities achieved a milestone in our
5  industry that had never been reached before.
6  And that was a public, a social public issue
7  that we resolved by working together.
8      Q.    Okay.  I'm going to hand you --
9      A.    And it wouldn't have happened
10  without the chain stores.  Never would have
11  happened.
12      - - -
13      (Exhibit Pope-20, UEP Animal
14  Welfare Committee October 9, 2002
15  Savannah, Georgia Minutes, Bates
16  UE0153388 - UE0153390, was marked for
17  identification.)
18      - - -
19  BY MR. OLSON:
20      Q.    I'm going to hand you what's
21  been marked Pope-20.  If you could just
22  identify this for us as the minutes of a UEP
23  Animal Welfare Committee meeting from
24  October 9, 2002.
25      A.    Okay.

59 (Pages 230 to 233)

234

AL POPE - HIGHLY CONFIDENTIAL
Q.     You attended this meeting.
Correct?
A.     Yes.
Q.     Do you recall this meeting?
A.     No.
Q.     If you look at the top of the
second page there's a heading that says,
"Requirement for Certified Status."  If you
just review that portion and let me know.
A.     Okay.  (Reviewing document.)
Okay.
Q.     This is the motion to reconfirm
the commitment of 100 percent of production
facilities?
A.     Yes.  Okay.
Q.     Do you recall the discussion
about this?
A.     There wouldn't be any way for
me to say that I don't remember discussing
100 percent rule, because it was thrown in
our face meeting after meeting after meeting.
It got vetted by our committee time and time
and time again.  It got vetted at FMI.  It
got vetted at USDA.  They all agreed that you

235

AL POPE - HIGHLY CONFIDENTIAL
have to have 100 percent participation if
they're going to be a certified producer
because there's no way possible to follow the
eggs.
Q.     Well, let me ask you about
that.  This 100 percent rule as it applies
here, applies to all company affiliates.
Correct?
A.     If they're selling the product,
yes, it does.
Q.     So a member of UEP could have
two different affiliates, for example.
Correct?
A.     Now, when you say "affiliates,"
are you talking about a contract producer,
for example?
Q.     The word "affiliates" is here,
what does it mean?
MS. LEVINE:  Object to the form
of the question.
THE WITNESS:  Affiliate to me --
and I can't describe it.  I just think
that if a member was selling certified
eggs, then they should be buying, they

236

AL POPE - HIGHLY CONFIDENTIAL
don't have to, but they should be
buying from certified producers if
they're going to sell the eggs for
them.  And those can't run in the
certified plant.
BY MR. OLSON:
Q.     Let me try it this way:  Let's
say there's a UEP member that has an egg
production company in the Northeast.  And it
has -- that member has an affiliate, whatever
exactly that means, that's in the Southeast.
Maybe it has a different name.  Okay?
A.     Yeah.
Q.     Why couldn't the affiliate in
the Northeast be certified under the program,
but the affiliate in the Southeast couldn't
be?
MS. LEVINE:  Object to the form
of the question.  The witness has
testified he doesn't know what
affiliate meant.
MR. OLSON:  Please don't testify
for the witness.
MS. LEVINE:  That's a

237

AL POPE - HIGHLY CONFIDENTIAL
hypothetical question.
MR. OLSON:  Objection noted.
Thank you.
THE WITNESS:  Ownership.  What
was the ownership?  That would be our
question.
BY MR. OLSON:
Q.     One person owns them both.
A.     And he wants to be a certified
producer in the Northeast, yes.
Q.     But not --
A.     He has got to be a certified
producer in the Southeast.
Q.     But why?
A.     Because the rule is that --
you're taking one example where one is in the
north -- that isn't usually the case.  You
can't commingle the eggs.  You lose all our
credibility if you tell your chain stores or
you tell FMI that, well, we got a producer
over here that produces half his eggs are
certified and the other half are not.
Q.     But I'm not talking about
commingling, I'm talking about a company that

238

1      AL POPE - HIGHLY CONFIDENTIAL
2 has two different locations.
3     A.   It doesn't make any difference.
4 How do I know --
5     Q.   But they're not commingling.
6     A.   But I don't know that. It
7 loses -- it doesn't have its identity. It
8 doesn't say, hey, I'm from Florida and you're
9 from wherever, Pennsylvania, so...
10     Q.   But why couldn't the auditing
11 be done on location A and you make sure all
12 the eggs are produced in one way and they're
13 allowed -- those eggs are allowed to be sold
14 as certified and the auditing is done -- and
15 the eggs sold from B are not allowed to be
16 sold as certified?
17     MS. LEVINE: Objection to the
18     form of the question. Asked and
19     answered. Mischaracterizes and asked
20     for a hypo from a fact witness.
21     THE WITNESS: I don't know what
22     that means. So am I supposed to
23     answer or not, I don't know?
24     MS. LEVINE: You can answer the
25     question if you know the answer.

239

1      AL POPE - HIGHLY CONFIDENTIAL
2     THE WITNESS: There was no
3     exceptions. If a producer decided
4     that they wanted to be a certified
5     company irregardless of where the eggs
6     are produced, if he owns that
7     production and he markets that
8     production, he has got to certify the
9     whole thing, period.
10 BY MR. OLSON:
11     Q.   Let's look at the heading that
12 says, "Selling Non-Certified Eggs."
13     A.   Yeah.
14     Q.   If you could just briefly
15 review that, please.
16     A.   Well, that's a good example.
17     Q.   Have you reviewed it?
18     A.   Yes.
19     Q.   Do you see where it says, "The
20 consensus was that while all certified
21 companies should attempt to only purchase
22 eggs from other certified companies..."?
23     A.   Yes.
24     Q.   And then it goes on?
25     A.   Yeah.

240

1     AL POPE - HIGHLY CONFIDENTIAL
2     Q.   Do you recall this discussion
3 that all certified companies should attempt
4 to only purchase eggs from other certified
5 companies?
6     A.   I remember the discussion. I
7 don't remember this particular one, but I
8 remember the discussion.
9     Q.   That was the consensus of the
10 UEP members?
11     MS. LEVINE: Object to the form
12     of the question.
13     THE WITNESS: Well, you see what
14     they decided to do, because you also
15     have to consider the free flow of
16     product, too. I mean, you know, we
17     would like to have everybody in the
18     program. Obviously everybody wasn't
19     in the program. As you suggested
20     earlier, there may be a store in
21     Paducah, Kentucky that could care less
22     whether they got certified product or
23     not, and yet it was a customer of one
24     of our certified farms. So we didn't
25     say that they couldn't buy eggs. We

241

1     AL POPE - HIGHLY CONFIDENTIAL
2     said that if they bought eggs for
3     their customer in Paducah, Kentucky,
4     they could buy from a non-certified
5     farm so we didn't disrupt the flow of
6     product at any time by any
7     restrictions.
8 BY MR. OLSON:
9     Q.   At the bottom there's a
10 reference to "UEA Further Processor Motion."
11 Do you see that?
12     A.   Yes.
13     Q.   So UEA further processors were
14 permitted to bring motions to the floor of
15 the Producer Committee. Is that right?
16     MS. LEVINE: Objection to the
17     form of the question.
18     THE WITNESS: Yes.
19 BY MR. OLSON:
20     Q.   If you look to the next page,
21 there's a reference to "Monthly Compliance
22 Reports."
23     A.   Yes.
24     Q.   Do you know what these
25 compliance reports are, what that refers to?

61 (Pages 238 to 241)

242

```
1        AL POPE - HIGHLY CONFIDENTIAL
2     A.   Yes.
3     Q.   What were the compliance
4  reports?
5     A.   It was our most vital education
6  tool because obviously we didn't want members
7  failing.  And in order to do that, we sent
8  monthly compliance reports so that we had
9  somebody look at them, not me, I don't think
10 I've ever seen a completed one come back
11 quite frankly, but we did that so that we
12 could encourage the producers if they were
13 failing on one of those provisions, that we
14 get it early and we get it before the
15 auditors come in and do their, you know,
16 their audit of the facility for that year.
17 And it had to be done every year, and they
18 paid for it.  So if our auditor came in and
19 they didn't pass, they had a short amount of
20 time to correct it, but when they came back,
21 they had to pay for a second audit, of
22 course.  So we thought the best thing to do
23 was to educate our people and we, in the
24 compliance report -- again, like I said, I
25 didn't see it or I don't remember, but it
```

243

```
1        AL POPE - HIGHLY CONFIDENTIAL
2  basically contained those provisions that
3  were in the guidelines.
4     Q.   And is it your understanding
5  that at this time companies were sent a
6  letter by UEP if they were even one bird over
7  the allowable limit?
8        MS. LEVINE:  Object to the form
9     of the question.
10       THE WITNESS:  Pretty tight
11    program.
12 BY MR. OLSON:
13    Q.   In that regard it is.
14    A.   Yeah.
15    Q.   Were there any other provisions
16 of the program where even tiny variations --
17    A.   I'm going to say the only one I
18 can think of is backfill.
19    Q.   At this time?
20    A.   I don't even know if it was on
21 there at this time.  It may not have been.
22 Early on it wasn't.
23    Q.   So to the best of your
24 recollection, the bird limit and the
25 backfilling rule were enforced very
```

244

```
1        AL POPE - HIGHLY CONFIDENTIAL
2  strictly --
3     A.   Yes.
4     Q.   -- that no deviation was
5  allowed?
6     A.   They failed it if they didn't
7  meet it.
8     Q.   And those were the only two
9  provisions that were like that?
10    A.   Yes.
11       MS. LEVINE:  Mr. Pope, you have
12    got to wait until the questioner
13    finishes the question.  The transcript
14    will not be the clear.  There's not
15    enough time to make an objection.  And
16    you really do have to wait.  It's not
17    a conversation.  It's a question and
18    an answer.
19            -  -  -
20       (Exhibit Pope-21, 1/11/03
21    Memorandum, Bates UE0158940 -
22    EU0158942, was marked for
23    identification.)
24            -  -  -
25 BY MR. OLSON:
```

245

```
1        AL POPE - HIGHLY CONFIDENTIAL
2     Q.   I'll hand you what's been
3  marked Pope-21.
4        MR. OLSON:  Is that what it is,
5     21?
6        MS. LEVINE:  Yes.
7  BY MR. OLSON:
8     Q.   This is a document Bates
9  stamped UE0158940 through 942.  Please
10 familiarize yourself with the document and
11 let us know when you're done.
12    A.   (Reviewing document.)
13       Okay.
14    Q.   Can you identify this as a
15 memorandum you, Mr. Gregory and others
16 received on or about January 11, 2003?
17    A.   Yes.
18    Q.   And do you recall receiving
19 this?
20    A.   No.
21    Q.   Do you recall generally these
22 issues being raised by UEP members?
23    A.   Yes, again, but you've taken
24 the names off who were on here, so I don't
25 know who was on here.  I don't care.
```

62 (Pages 242 to 245)

246

AL POPE - HIGHLY CONFIDENTIAL
1
2    Q.    I don't think you're accusing
3    me of anything, I didn't take any names off.
4        A.    I know.  And I don't care.
5        Q.    But you recall these issues
6    being raised?
7        A.    Yes.
8        Q.    I just want to see if I
9    understand the issues that were raised.  So
10   let's look at where it says, "Problem No. 1:
11   'The 100% Rule.'"  You've read what's
12   underneath that.
13       A.    Uh-huh.
14       Q.    Do you see the reference to
15   "Imposing a 100% rule will have the effect of
16   commoditizing the market and, thus,
17   increasing the difficulty of differentiating
18   and capturing higher margins, especially for
19   smaller producers"?
20       A.    That is their opinion, yeah.
21       Q.    Did you have an understanding
22   of what that concern was for those of us who
23   don't understand exactly what that refers to?
24   Let me try it this way:  What was your
25   concern of the -- what was your understanding

247

AL POPE - HIGHLY CONFIDENTIAL
1
2    of the concern being raised here?
3            MS. LEVINE:  Objection to the
4        form of the question.
5            THE WITNESS:  Well, there's
6        two -- there's a couple of ways of
7        looking at it.  We wanted a credible
8        program.  When I say "we," I'm talking
9        about producer.  I'm not talking about
10       Al Pope here.  This issue now has been
11       brought up in a very Democratic way
12       about a half a dozen times at least
13       with me sitting down with these people
14       at breakfast at least four times.  And
15       each time it's the same issue and each
16       time I answer it the same way.  You
17       don't like it, take it to the UEP
18       board, take it to the Animal Welfare
19       Committee, you know.
20   BY MR. OLSON:
21       Q.    We'll get to the process, but
22   my question is really to understand what
23   concern was expressed to you when they --
24   this concern about commoditizing the market,
25   what was the concern that they had, as you

248

AL POPE - HIGHLY CONFIDENTIAL
1
2    understood it?
3        A.    Well, when you say that word --
4        Q.    Which word?
5        A.    Commoditize or whatever that
6    word was.
7        Q.    I'm not -- that's a word in the
8    document that you received.
9        A.    Yeah.
10       Q.    My question is, what did you
11   understand the concern to be?
12           MS. LEVINE:  Objection to the
13       form of the question.
14           THE WITNESS:  I don't know.
15   BY MR. OLSON:
16       Q.    You didn't understand the
17   concern?
18       A.    No.
19           MS. LEVINE:  Objection to the
20       form of the question.  Objection to
21       mischaracterizing the witness'
22       testimony.
23   BY MR. OLSON:
24       Q.    So underneath that, now talking
25   about the procedures, which is the second

249

AL POPE - HIGHLY CONFIDENTIAL
1
2    issue raised here.
3        A.    Okay.
4        Q.    The authors of this memorandum
5    say, "In January 2002, the UEP Board debated
6    implementation of the proposed guidelines.
7    Agreement could not be reached on the 100%
8    rule."
9            Do you see that?
10       A.    Yes.
11       Q.    Is that consistent with your
12   knowledge?
13       A.    Yes.
14       Q.    And it says there was
15   discussion about it.  And then if you turn
16   the page, at the top it says, "A motion was
17   made at the January 2002 meeting, and
18   approved, that prior to initiation of the
19   guidelines, producers would survey
20   customers."
21           Do you see that?
22       A.    Yes.
23       Q.    Do you recall a decision being
24   made to survey customers?
25           MS. LEVINE:  Objection to the

63 (Pages 246 to 249)

250

1     AL POPE - HIGHLY CONFIDENTIAL
2  form of the question.
3          THE WITNESS:  Well, the answer
4  is no, but it would be against our
5  policy to do it anyhow.
6  BY MR. OLSON:
7     Q.    Against what policy?
8     A.    To the extent possible, we
9  never -- it was a standing rule in our office
10  that we did not contact customers, a
11  producer's customers.  First all, we didn't
12  know which producer it was.  And unless a
13  producer asked us to do that, we wouldn't
14  take the initiative and send it to customers.
15     Q.    Does UEP have formal policies
16  that reflect the type of policy that you just
17  mentioned?
18     A.    No.
19     Q.    Does UEP have policies that
20  relate to antitrust compliance?
21     A.    No.
22     Q.    Written policies?
23     A.    No.
24     Q.    My very specific question now
25  is, do you recall a motion regarding

251

1     AL POPE - HIGHLY CONFIDENTIAL
2  conducting a survey of customers about how
3  many of them required an Animal Welfare
4  Program?
5          MS. LEVINE:  Objection.  Asked
6  and answered.
7          THE WITNESS:  Let me hear the
8  question again.
9  BY MR. OLSON:
10     Q.    Do you recall whether that
11  happened or not?
12     A.    The question again, just read
13  it from the beginning.
14     Q.    Do you recall a motion being
15  raised regarding conducting a survey of UEP's
16  customers?
17     A.    We didn't do a survey of our
18  customers.
19     Q.    Do you recall the motion being
20  made?
21     A.    I don't recall the motion.
22     Q.    This letter says that "...in
23  April 2002, via conference call, the Board
24  evidently overrode the motion and advised by
25  faxed memo UEP members of 100% compliance

252

1     AL POPE - HIGHLY CONFIDENTIAL
2  with cage space recommendations as going into
3  effect immediately."
4          Do you see that?
5     A.    To effect the what?
6     Q.    "...into effect immediately."
7     A.    Oh, okay.
8     Q.    Do you know what that's
9  referring to?
10          MS. LEVINE:  Objection to the
11  form of the question.
12          THE WITNESS:  No.
13  BY MR. OLSON:
14     Q.    If you looked at the bottom
15  there's a heading that says, "Problem No. 3 -
16  The Audit Process."
17     A.    Okay.
18     Q.    Have you reviewed that?
19     A.    Yes.
20     Q.    So this number 1 makes this
21  point that it, says, "A Producer can fail
22  significant portions of the beak trimming,
23  handling, transportation, slaughter and
24  molting portions of the audit and still
25  receive a passing score."

253

1     AL POPE - HIGHLY CONFIDENTIAL
2          Do you see that?
3     A.    Yes.
4     Q.    And that's true.  Correct?
5     A.    Uh-huh.
6     Q.    That was a yes?
7     A.    Yes.
8     Q.    It says, "Thus, the audit
9  program could be construed to be unconcerned
10  whether a producer is humanely
11  handling/molting and beak trimming layers."
12          Do you see that?  Do you see
13  those words?
14     A.    I don't interpret it that way.
15     Q.    But do you recall that being
16  raised, that issue being raised?
17          MS. LEVINE:  Object to the form
18  of the -- object to the form of the
19  question.
20          THE WITNESS:  I just don't know.
21  BY MR. OLSON:
22     Q.    Fair enough.  You can put that
23  aside.
24              - - -
25          (Exhibit Pope-22, 1/17/03 Memo,

64 (Pages 250 to 253)

254

AL POPE - HIGHLY CONFIDENTIAL
1  Bates UE0834380 & UE0834381, was
2  marked for identification.)
3
4                  - - -
5  BY MR. OLSON:
6      Q.    I've handed you what we've
7  marked Pope-22.  This is a document Bates
8  stamped UE0834380 through 381.  Please let me
9  know when you've had a chance to review it.
10     A.    (Reviewing document.)
11            Okay.
12     Q.    Can you identified this as a
13  memo from Sparboe Farms that was sent to you
14  and others on January 17, 2003?
15     A.    Yes.
16     Q.    Now, it's addressed to Gene,
17  Mike, Paul, Al and Irving.  I assume Al is
18  you.  Correct?
19     A.    Yes.
20     Q.    Irving is Irving Isaacson?
21     A.    Yes.
22     Q.    Gene is Gene Gregory?
23     A.    Right.
24     Q.    Do you know who Paul is?
25     A.    I think Paul Bahan was a member

255

AL POPE - HIGHLY CONFIDENTIAL
1  of the Animal Welfare Committee at that time.
2      Q.    And do you -- how would you
3  characterize his involvement with the program
4  at this time?  Did he have any principal
5  responsibility?
6      A.    Well, the definition of a
7  responsibility, Paul, like Garth and like
8  Mike, they had a responsibility to examine
9  the guidelines, and if they saw areas that
10 needed discussion, they would refer them,
11 with their opinion maybe even, to the Animal
12 Welfare Committee, the UEP Animal Welfare
13 Committee and then the Animal Welfare
14 Committee would decide is this an
15 administrative issue that the producers
16 should do or is it a guideline issue that has
17 to go back to the Scientific Advisory
18 Committee.  So that's the way it would
19 normally be handled.
20     Q.    When you say "Mike," who is
21 that is?
22     A.    I would be guessing, but I
23 would say that would be Mike Bynum from Tampa
24 Farm Services.  Just guessing at it.

256

AL POPE - HIGHLY CONFIDENTIAL
1      Q.    Fair enough.  Do you recall
2  receiving this document?
3      A.    No.
4      Q.    But I take it you recall
5  Sparboe Farms raising some issues --
6      A.    Yes.
7      Q.    -- about the program at this
8  time.  Right?
9      A.    Yeah.  And good ones, yeah.
10     Q.    One of the issues being raised
11 here is that the program has been forged and
12 debated over time and reflects some
13 compromises that have been made.  Correct?
14     A.    The compromises that were made
15 were made on the procedure of how they
16 handled the transition period.  If there was
17 any compromising -- well, we didn't have any
18 compromising with the Scientific Advisory
19 Committee.  As far as we were concerned,
20 their rule was law, whatever they came up
21 with.
22     Q.    This document says that the
23 Scientific Committee made two enormous
24 compromises.  Do you see that?

257

AL POPE - HIGHLY CONFIDENTIAL
1      A.    I don't know what they meant by
2  that.
3      Q.    Do you see where it says that?
4      A.    Yes.
5      Q.    It says that the first thing
6  they meant was that the initial goal was
7  72 inches per bird.  Is that consistent with
8  your knowledge?
9      A.    I don't recall.
10     Q.    You're just not sure one way or
11 the other?
12     A.    I just don't know.  I'd like to
13 explain one of these because it does mention
14 it somewhere else, too.  And this is the room
15 for the birds to stand up.
16     Q.    Yeah, did the program require
17 that birds were allowed to stand up without
18 bending over?
19     A.    Yeah.  And -- but let me just
20 explain how that works.  The cages were --
21 some, I say some of the cages, that was one
22 of the big dilemmas was we had all these
23 different size cages out there, but we had
24 one that was called a slant back.  What would

65 (Pages 254 to 257)

258

AL POPE - HIGHLY CONFIDENTIAL

1  happen is the cage was tall in the front
2  where they could stand up, walk around and,
3  you know, whatever, look at the feed or eat
4  feed or whatever it is. And then it slanted
5  back to the back where it was not even
6  practical, they couldn't stand up. But it
7  was a place where they went back and nested.
8  They'd go back there in a little solitude and
9  lay their eggs or something.
10     Q.  But if an auditor went to a
11  farm and found that not all the hens could
12  even stand comfortably upright within the
13  cage, the farm might lose some points, but it
14  wouldn't fail the audit, would it?
15     A.  Well, I just can't answer. You
16  should ask the USDA. Because I don't even
17  know if they -- I just don't know the answer
18  to that.
19     Q.  Do you recall what the
20  Scientific Committee said was the minimum
21  feeder space that each hen should be
22  allotted?
23     A.  I don't recall.
24     MS. LEVINE:  Steve, when you're
25

259

AL POPE - HIGHLY CONFIDENTIAL

1  at a good breaking point, we've been
2  going an hour and 15 minutes.
3     MR. OLSON:  We can take a break
4  now.
5     MS. LEVINE:  Okay. Let's take a
6  little break.
7     VIDEOGRAPHER:  Time is
8  approximately 2:14 p.m. This is the
9  end of tape three. We're now off the
10  record.
11        - - -
12     (A recess was taken.)
13        - - -
14     (Exhibit Pope-23, Animal Welfare
15  Committee Meeting January 21, 2003
16  Atlanta, Ga. Minutes, Bates UE0153366
17  - UE0153368, was marked for
18  identification.)
19        - - -
20     VIDEOGRAPHER:  The time is
21  approximately 2:27 p.m. This begins
22  tape four. We are back on the record.
23  BY MR. OLSON:
24     Q.  Mr. Pope, I've handed you
25

260

AL POPE - HIGHLY CONFIDENTIAL

1  what's been marked Pope-23. This is a
2  document Bates stamped UE0153366 through 68.
3  Can you identify this document as a minutes
4  of an Animal Welfare Committee meeting from
5  January 21, 2003, in Atlanta, Georgia?
6     A.  Yes.
7     Q.  You attended this meeting.
8  Correct?
9     A.  I was -- again, I was there for
10  some of it. I wouldn't remember being there
11  for all of it, because I made it a point of
12  not being there for all of it.
13     Q.  At this meeting in particular
14  or at meetings in general?
15     A.  Meetings in general, because we
16  had -- my responsibilities were government
17  relations more. So when we had to -- I
18  didn't leave the Government Relations
19  Committee meeting until they were done going
20  through their agenda. If they got through
21  their agenda before marketing finished, which
22  was almost always the case, I'd go in for the
23  last hour or so.
24     Q.  So you definitely attended some
25

261

AL POPE - HIGHLY CONFIDENTIAL

1  portion of this meeting. Correct?
2     A.  Yeah, uh-huh.
3     Q.  You're not certain whether you
4  attended all of it?
5     A.  Right.
6     Q.  But to the extent you attended
7  some portion, which you did, it would have
8  been, likely would have been the last hour or
9  so. Is that your testimony?
10     A.  Yes, uh-huh.
11     Q.  I just have a couple of
12  questions on it. At the bottom of the second
13  page there's a heading that says, "Challenge
14  to 100% Policy Co-mingling," if you could
15  just briefly review what's under there.
16     A.  Okay.
17     Q.  Why don't you review from there
18  to the end of the document. Let us know when
19  you're done, please.
20     A.  (Reviewing document.)
21        Okay.
22     Q.  So this generally concerns this
23  concern raised by Garth Sparboe about the 100
24  percent rule. Right?
25

66 (Pages 258 to 261)

262

AL POPE - HIGHLY CONFIDENTIAL
1
2      A.    And the backfill, yes.
3      Q.    But, yeah, just starting the
4  first thing that comes up here is the
5  100 percent rule?
6      A.    Yeah.
7      Q.    There's a reference to a
8  conference call with Paul -- is it Bahan?
9      A.    Yes.
10     Q.    -- Mr. Isaacson, you and Mr.
11 Gregory on January 17th.  Do you recall that
12 conference call?
13     A.    Not really.  I mean, I'm sure
14 they had it, but I don't -- where is that on
15 here?
16     Q.    At the bottom of that page we
17 were looking at.
18     A.    Page 2.  Oh, yeah.  Okay.  I
19 see it there.
20     Q.    But you don't recall the --
21     A.    Okay.
22     Q.    The question just is whether
23 you recall what was discussed?
24     A.    Yes, okay.
25     Q.    If you recall what was

263

AL POPE - HIGHLY CONFIDENTIAL
1
2  discussed on the conference call, do you?
3      A.    Yes.
4      Q.    You do recall what was
5  discussed?
6      A.    Yes.
7      Q.    What was discussed --
8          MS. LEVINE:  I'm going to object
9      on the grounds of privilege, unless
10     you can show me a document to make a
11     foundation.  If this discussion was
12     done in a non-privileged way, you can
13     certainly ask the question, but based
14     on this document, we just really don't
15     know.
16 BY MR. OLSON:
17     Q.    Well, do you recall anyone
18 asking for legal advice on that conference
19 call, yes or no?
20     A.    No.
21     Q.    So do you recall what was
22 discussed at that conference call?
23     A.    These two issues.
24     Q.    Both the 100 percent policy and
25 commingling?

264

AL POPE - HIGHLY CONFIDENTIAL
1
2      A.    Yes.
3      Q.    And what was the substance of
4  the discussion?  What do you recall?
5      A.    We were trying to respond to
6  those producers that were concerned about
7  those two provisions.  And for the third or
8  fourth time, and we responded to each and
9  every one.  And this time, they had a little
10 different smoke on it, so -- but UEP is owned
11 by them, so we're going to do what they ask
12 us to do.  And they want us to form a small
13 committee to see if there was anything that
14 they -- they couldn't adopt anything.  The
15 only thing they could do is either recommend
16 to the Producer Committee who, in turn, had
17 to recommend it to the Scientific Advisory
18 Committee if there was any change.
19     Q.    Just to be clear, when you say
20 they couldn't do anything --
21     A.    No.
22     Q.    -- who are you referring to,
23 who is the "they"?  Is it the small group?
24     A.    Both of these.  Both of these.
25 The small group and the Animal Welfare

265

AL POPE - HIGHLY CONFIDENTIAL
1
2  Committee.  I mean the small group is always
3  just an ad hoc committee, if they had an
4  issue they want to discuss and see if the
5  guys up there wanted to see if there was some
6  way, some different way of handling.  We
7  would have liked to have another way, we
8  really would.
9      Q.    When you say this time they had
10 a little different smoke on it, what are you
11 referring to?
12     A.    Well, it's always -- you know
13 what I mean, they'll get -- each time they
14 come in, just like I do with the board, every
15 time if I had something that I really wanted
16 them to take a serious look at, I would come
17 in with the program, and, of course, they'd
18 turn me down.  So I'd go back and I'd -- you
19 know, a month later I'd go through it again
20 and I'd dress it up a little bit, and I'd
21 bring it back to the board and they'd turn me
22 down again.
23     Q.    So do you recall what the
24 different smoke they had on it?
25     A.    No, I don't know.

67 (Pages 262 to 265)

266

AL POPE - HIGHLY CONFIDENTIAL

Q.    So if you look back at the minutes, it indicates that the last item discussed was the issue about the "Backfill of Layer Houses."  Correct?

A.    Yes.

Q.    Do you have any expertise in backfilling?

A.    No.

Q.    You've never been an egg producer?

A.    No.

Q.    The minutes indicate that there was a discussion about whether backfilling was allowed.  Correct?

A.    Yes.

Q.    Gene Gregory reports that it was allowed.  Correct?

A.    Yes.

Q.    And then Mr. Gregory asked if anyone wanted to speak to changing the policy.  Right?

A.    Yes.

Q.    And no one did.  Correct?

MS. LEVINE:  Objection to the

267

AL POPE - HIGHLY CONFIDENTIAL

form of the --

THE WITNESS:  I don't remember that.  I just don't remember it.

BY MR. OLSON:

Q.    Do you see where it says, "There was no recommendation for change"?

A.    Yes.

Q.    Is that consistent with your knowledge?

MS. LEVINE:  Objection to the form of the question.

THE WITNESS:  Yes.

BY MR. OLSON:

Q.    And you certainly didn't make any recommendation for a change?

A.    No.

Q.    You can put that aside.

- - -

(Exhibit Pope-24, 2/7/03 Letter, Bates UE0146198, was marked for identification.)

- - -

BY MR. OLSON:

Q.    Let me hand you what's been

268

AL POPE - HIGHLY CONFIDENTIAL

marked Pope-24.  This is a document Bates stamped UE0146198.  I'll ask if you can identify it -- well, why don't you let us know when you've reviewed it.

A.    (Reviewing document.)

Okay.  I -- well, I don't know that I ever even saw this letter.

Q.    Is that your handwriting there at the top?

A.    Well --

Q.    Strike that.  Let's back up.

Can you identify it as a letter that was addressed to you on February 7, 2003?

A.    Yes.

Q.    From a Matthew Kwasek at Valley Fresh?

A.    Yes.

Q.    Do you know Mr. Kwasek?

A.    No.

Q.    Is that your handwriting there?

A.    You know, it's a little confusing.  Maybe I can ask, is there somebody here from Nulaid?

269

AL POPE - HIGHLY CONFIDENTIAL

Q.    Well, we really can't engage in dialogue with other folks.

A.    Because Matt Kwasek, as far as I know, there was actually two different -- Valley Fresh is in California.  It sounds in this letter like they only follow processing plant.  And I'm guessing at that, because that's what he's asking about.

MS. LEVINE:  Mr. Pope, we don't want you to guess at a question.  Nobody wants you to guess.

BY MR. OLSON:

Q.    Take it step by step.  Is that your handwriting at the top, it says, "Chad"?

A.    No.

Q.    You don't recall receiving this letter?

A.    No.

Q.    Do you recall whether Valley Fresh was a member of the certified program at this time?

A.    Valley Fresh the egg producer was a certified program.  Valley Fresh the processing plant, from a corporate structure,

270

1         AL POPE - HIGHLY CONFIDENTIAL
2 I don't even know how they were structured.
3 I mean, I don't even know if they were the
4 same company.
5      Q.    But it wouldn't matter. Right?
6      MS. LEVINE: Objection to the
7 form of the question.
8      THE WITNESS: To the extent that
9 we respond to requests like this, we
10 would respond to it whether it's a
11 member or a nonmember. We want
12 everybody to be aware, and we would
13 try to answer this to the best of our
14 ability, but we didn't have an answer.
15 BY MR. OLSON:
16      Q.    You can put that aside.
17         - - -
18      (Exhibit Pope-25, United Voices
19 dated February 27, 2003, Bates
20 UE0135552 - UE0134556, was marked for
21 identification.)
22         - - -
23 BY MR. OLSON:
24      Q.    Let me hand you what's been
25 marked Pope-25. This is a document Bates

271

1         AL POPE - HIGHLY CONFIDENTIAL
2 stamped UE0135552 through 556. And it --
3 I'll ask if you can identify this as United
4 Voices dated February 27, 2003?
5      A.    Okay.
6      Q.    Is that what it is?
7      A.    Just the first paragraph?
8      Q.    Just to identify the document,
9 It's United --
10      A.    Yeah, it's -- yeah. Uh-huh.
11      Q.    United Voices from February 27,
12 2003?
13      A.    Yes.
14      Q.    All right. The first
15 paragraph, the first section reflects this
16 discussion about the 100 percent rule.
17 Right?
18      A.    Yes.
19      Q.    And it reflects that there was
20 a proposal by this group who wanted to change
21 the rule that would exempt the space
22 allowance for eggs marketed to the further
23 processed market. Correct?
24      MS. LEVINE: Objection to the
25 form of the question.

272

1         AL POPE - HIGHLY CONFIDENTIAL
2      THE WITNESS: As I understand
3 it, yes.
4 BY MR. OLSON:
5      Q.    And this reflects that that
6 proposal was rejected. Correct?
7      A.    Yes.
8      Q.    Is that consistent with your
9 knowledge?
10      A.    Yes.
11      Q.    If you turn to page 3. And
12 I'll note that page 2 was repeated in the
13 document as we received it. So if you get to
14 the one that says page 3 at the bottom. And
15 why don't you review page 3 and let me know
16 when you're done, please.
17      A.    This is the one with "Egg
18 Market Better Than A Year Ago"?
19      Q.    Yes. And at the top it says
20 "UEP Thanks USEM Members." If you review
21 those two sections, please.
22      A.    (Reviewing document.)
23      Okay.
24      Q.    So starting at the top with the
25 USEM discussion, this identifies 61 companies

273

1         AL POPE - HIGHLY CONFIDENTIAL
2 that were USEM members. Correct?
3      A.    Yes.
4      Q.    It says, "These 61 companies
5 understand the impact and export, at the
6 right time and the right number of loads, can
7 benefit the industry."
8      Do you see that?
9      A.    Yes.
10      Q.    How could the -- an export by
11 these companies benefit the industry?
12      MS. LEVINE: Objection to the
13 form of the question.
14      THE WITNESS: To the extent they
15 exported, they would reduce the
16 domestic spending, supply.
17 BY MR. OLSON:
18      Q.    How would that benefit the
19 industry?
20      A.    Well, as any traditional
21 commodity, when you're short a supply, it
22 tends to firm up the price, not necessarily
23 above the cost of production, but at least it
24 firms it up.
25      Q.    It continues, it says, "They

69 (Pages 270 to 273)

274

1      AL POPE - HIGHLY CONFIDENTIAL
2  are so committed to USEM and exporting that
3  they are willing to pay their share even
4  though non-members benefit without
5  contributing."
6          Do you see that?
7      A.   Yes.
8      Q.   What does that mean, "...they
9  are willing..."
10     A.   Well, I don't --
11         MS. LEVINE:  Objection to the
12     form of the question.
13 BY MR. OLSON:
14     Q.   "...to pay their share..."?
15     A.   You know, you can ask some
16 follow-up questions and I'll be glad to try
17 to answer that.  It is a little bit
18 confusing.  For example, I am a producer in
19 Seattle, Washington.  I think it's a good
20 idea to take an export order.  But if we have
21 him from Seattle, Washington run his truck
22 down to Savannah, his cost is going to be
23 enormous.  So he says so to UEP or USEM, can
24 you buy the eggs from somebody that has maybe
25 a surplus of eggs at this time and I'll buy

275

1      AL POPE - HIGHLY CONFIDENTIAL
2  them from him and take my commitment from him
3  and take it down to the export order.  So we
4  would buy the eggs for that producer to help
5  fill the export order that he committed to.
6  And when you're dealing in a product and
7  taking it across the United States, a big
8  factor, of course, is transportation.  And so
9  by doing that, we reduce the overall cost to
10 fill an export order.
11     Q.   You're saying by USEM doing
12 that?
13     A.   USEM.  And we were a -- we were
14 just a -- cooperating with the X order.  We
15 didn't take title of it.  We didn't do
16 anything with it.  We didn't know what the
17 sale price was, we didn't know any of that.
18 All we knew is that they would tell us how
19 much they could pay for the eggs.  Okay.
20 Now, if it was an export order, let's just
21 say that eggs sold at $0.50, we sold the
22 export order at $0.50.  Okay.  The guy in
23 Washington is going to pay that much just to
24 bring them down from Washington.  So he says
25 to UEP, you go out in the open market, we

276

1      AL POPE - HIGHLY CONFIDENTIAL
2  have an open market that you can buy and sell
3  eggs every day, and you do the best you can
4  by buying me my confirmed load of large eggs.
5  Okay.  So, okay, in our office we end up --
6  let's say we finally get a load of eggs that
7  we can buy from whoever, it could be another
8  member, that's what we tried to do, but it
9  was just important to fill the order.  So
10 many people participated in that part.  So we
11 would buy eggs from any number of our
12 producers.  And let's say that was at $0.60.
13 So the producer in Washington, not UEP and
14 not anybody else, carried the burden of any
15 shortage.  Individual producer.  And that was
16 his decision.  That's what he wanted to do
17 and that's what he instructed us to do.
18     Q.   So pay their share essentially
19 means that the order could be filled so that
20 they're selling their eggs at a loss?
21         MS. LEVINE:  Objection to the
22     form of the question.
23     Mischaracterizes the witness.
24 BY MR. OLSON:
25     Q.   Is that one of the things --

277

1      AL POPE - HIGHLY CONFIDENTIAL
2      A.   I wouldn't --
3      Q.   Is that one thing it means?
4      A.   I really wouldn't know that.  I
5  don't know what their cost is.  I have no
6  idea.  Is it a cost in relationship to the
7  domestic market?  Maybe.  I don't know.  It's
8  just one of those things, again, where we
9  continue to give our members as many options
10 as we think would help them.
11     Q.   Okay.  You can put that aside.
12             - - -
13         (Exhibit Pope-26, U.S.
14     Economic/Animal Welfare Outlook, Bates
15     UE0427776 & UE0427777, was marked for
16     identification.)
17             - - -
18 BY MR. OLSON:
19     Q.   Let me hand you what's been
20 marked Pope-26.  This is a document Bates
21 stamped UE0427776 through 7777.  Why don't
22 you review the document and then identify it
23 for us, please.
24     A.   (Reviewing document.)
25     Okay.

278

AL POPE - HIGHLY CONFIDENTIAL

1          AL POPE - HIGHLY CONFIDENTIAL
2     Q.    Can you identify this as a
3 document you prepared in April of 2003
4 titled, "U.S. Economic/Animal Welfare
5 Outlook"?
6     A.    Yes. And it was prepared for
7 the International Egg Commission.
8     Q.    And you were a member of that
9 commission. Is that right?
10     A.    I was a member -- yes, I was a
11 member and chairman.
12     Q.    You were chairman of the
13 commission?
14     A.    I don't know if I was chairman
15 during this period of time. I don't
16 remember.
17     Q.    But at some point you were?
18     A.    Yeah.
19     Q.    Would you go to meetings of
20 that commission?
21     A.    Yes.
22     Q.    And sometimes you would report
23 on issues affecting the U.S. egg industry?
24     A.    All 45 members of the IEC would
25 do country reviews. So whatever was the hot

279

1          AL POPE - HIGHLY CONFIDENTIAL
2 topic in their country, they would share it
3 with everybody else that's there. So we
4 spoke here, we spoke in a little more general
5 terms than we would if it was just our
6 members.
7     Q.    But you were responsible for
8 reporting to the International Egg Commission
9 on topics relating to the U.S. egg industry.
10 Correct?
11     A.    Yes.
12     Q.    And this is an example of that.
13 Right?
14     A.    Additionally, while I always
15 prepared it because my name is on it, to the
16 best of -- what I preferred to do is if we
17 had a producer at the meeting, we would have
18 him give the U.S. report. So while I was the
19 author of it, many of these were done by
20 individual producers that were at the
21 meeting.
22     Q.    You would author it, but let
23 someone else do the reporting?
24     A.    Right. Right.
25     Q.    Okay. And you authored this

280

1          AL POPE - HIGHLY CONFIDENTIAL
2 document. Correct?
3     A.    Pardon?
4     Q.    You authored this document.
5 Correct?
6     A.    I authored this document, but
7 understand that under certain areas obviously
8 ones that I didn't work on all the time, I
9 either got from Gene or Chad or whatever.
10     Q.    Others at UEP gave input to
11 you?
12     A.    Yes. I'd ask them. I'd ask
13 them what they wanted to include.
14     Q.    So under the heading here
15 "Industry Economics." Do you see that?
16     A.    Yes.
17     Q.    Could you read the first
18 sentence of that passage under that into the
19 record, please?
20     A.    You want me to read it out
21 loud, is that what you're asking me?
22     Q.    Yes.
23     A.    "Obviously, the Animal Care
24 Program has and will continue to have an
25 impact on our supplies."

281

1          AL POPE - HIGHLY CONFIDENTIAL
2     Q.    Sometimes when people read out
3 loud it's a little fast. Let's -- I'll just
4 read it. These were your words. Correct?
5     A.    Yes.
6     Q.    "Obviously, the Animal Care
7 Program has and will continue to have an
8 impact on our supplies." Those were your
9 words?
10     A.    Yes.
11     Q.    And that was your expectation
12 as president of UEP. Correct?
13     A.    Yes.
14       MS. LEVINE: Object.
15       THE WITNESS: Now it doesn't
16    say --
17 BY MR. OLSON:
18     Q.    You also write --
19     A.    It doesn't say that it will
20 short supply or long supply, does it? It
21 just says it will affect the supply.
22     Q.    What does the next sentence say
23 about what it will do?
24     A.    This kind of in many ways blows
25 my case. "While producers always demonstrate

282

1       AL POPE - HIGHLY CONFIDENTIAL
2   the uncanny ability to produce more than we
3   need - the phase-in will still tighten
4   supplies."
5       Q.    And that was your expectation
6   as president of UEP.  Correct?
7       A.    At that time, yes.
8       Q.    Do you see the next paragraph?
9       A.    Yes.
10      Q.    You say, "Consolidation in our
11  industry continues."  That was true.
12  Correct?
13      A.    Yes.
14      Q.    "We have our oldest flock in
15  recent history..."
16      A.    Yes.
17      Q.    "...maybe ever, this in
18  anticipation of the phase-in."  Correct?
19      A.    Uh-huh.  Yeah.
20      Q.    You say, "This old flock,
21  coupled with a reduced hatch of 15 million
22  birds, and the phase-in will result in higher
23  prices."
24            Do you see that?
25      A.    Yes.

283

1       AL POPE - HIGHLY CONFIDENTIAL
2       Q.    That was your expectation as
3   the president of UEP.  Correct?
4       MS. LEVINE:  Objection to the
5       form of the question.
6       THE WITNESS:  Yeah, it was an
7       expectation, but I don't know whether
8       it happened.
9   BY MR. OLSON:
10      Q.    But that was your expectation?
11      A.    I'd have to look at next year's
12  report to the IEC.
13      Q.    That was your expectation.
14  Correct?
15      A.    Yeah.
16      Q.    You say, "Likewise, exports
17  have played a key role this past year."
18            Do you see that?
19      A.    Yes.
20      Q.    And that was your view as well.
21  Correct?
22      A.    Yes.
23      Q.    At the bottom of page 1, do you
24  see where you say, "We've urged Producers to
25  temper their desire to construct new

284

1       AL POPE - HIGHLY CONFIDENTIAL
2   buildings because as the Layers are given
3   greater density their productive improves
4   substantially"?
5       A.    Surprise, surprise.  We were
6   very surprised when that happened.  It was
7   one big factor that we hadn't plugged in.
8       Q.    Let's just take it step by
9   step.  You saw those words.  Correct?
10      A.    Yeah.
11      Q.    And you wrote those words?
12      A.    Yes.
13      Q.    And they were accurate.
14  Correct?
15      A.    Yes.
16      Q.    And how did UEP urge producers
17  to temper their desire to construct new
18  buildings?
19      A.    Well, we've reviewed a number
20  of times today the suggestions that we put
21  out with the economic outlook.
22      Q.    You can put that aside.
23            Now, do you recall a time when
24  the dispute with the Sparboe Companies
25  reached a peak or escalated?  I won't test

285

1       AL POPE - HIGHLY CONFIDENTIAL
2   you, I'll hand you the document and let you
3   review it.
4       A.    Well, I mean it was -- you
5   know, for about three years it was a huge
6   issue with us.
7                    - - -
8           (Exhibit Pope-27, 12/1/03
9       Correspondence, Bates UE0294894 &
10      UE0294895, was marked for
11      identification.)
12                   - - -
13  BY MR. OLSON:
14      Q.    I've handed you what's been
15  marked Pope-27, and actually I'm going to
16  hand you a couple of different things along
17  with it.
18                   - - -
19          (Exhibits Pope-28, 11/5/03
20      Letter, Bates DAY0028079 & DAY0028080,
21      Pope-29, 11/7/03 Letter, Bates
22      UE0944814, Pope-30, 11/19/03 Letter,
23      Bates UE0944695 & UE0944696, were
24      marked for identification.)
25                   - - -

286

1      AL POPE - HIGHLY CONFIDENTIAL
2   BY MR. OLSON:
3      Q.    I'll also hand you Pope-28.
4   And I'll hand you another one and then I'll
5   identify them all. I'm going to hand you two
6   more. Pope-29 and Pope-30. While you're
7   starting to look at them, I'll just identify
8   them for the record.
9          MS. LEVINE: Hold on.
10  BY MR. OLSON:
11     Q.    Pope-27 is a document dated
12  December 1, 2003, Bates stamped UE0294894
13  through 895. Pope-28 is Bates stamped
14  DAY0028079 through 80, dated November 5,
15  2003. Pope-29 is UE0944814 through 815,
16  dated November 7, 2003. Pope-30 is Bates
17  stamped UE9 -- sorry, UE0944695 through 696,
18  dated November 19, 2003. And I believe they
19  all go together, and we'll go through them.
20  Have you had a chance to glance at these?
21     A.    Yes.
22     Q.    Are you generally familiar with
23  these documents?
24     A.    Yes.
25     Q.    Now, can you identify Pope-27,

287

1      AL POPE - HIGHLY CONFIDENTIAL
2   the top document, as one you sent to the UEP
3   board on December 1, 2003?
4      A.    Yes.
5      Q.    And it relates to the Sparboe
6   Companies. Correct?
7      A.    Yes.
8      Q.    And you attach some prior
9   correspondence that you had had -- that UEP
10  had had with the Sparboe Companies?
11     A.    Yes.
12     Q.    And also Mr. Isaacson.
13  Correct?
14     A.    Yes.
15     Q.    And you say, "...attached is a
16  letter from the Sparboe Company to UEP's
17  legal council (sic), Irving Isaacson..."?
18     A.    Yes.
19     Q.    And that's Pope-28. Right?
20     A.    Yes.
21         MS. LEVINE: Object to the form
22     of the question.
23  BY MR. OLSON:
24     Q.    And Pope-29 we'll get to. And
25  then you say, "...plus Irving's response."

288

1      AL POPE - HIGHLY CONFIDENTIAL
2   And that's Pope-30, the letter from Mr.
3   Isaacson. Correct?
4      A.    Yes.
5      Q.    Now, what led you, Mr. Pope, to
6   sending these materials to the UEP board?
7      A.    Well, I think we have a
8   responsibility at UEP to not work behind
9   closed doors, but be open with what we've
10  done. The board members come in, not all of
11  them, of course, some of them are committees,
12  some come in at other times, but basically
13  they come in three times a year. So they
14  don't have an opportunity to see all of this,
15  what's going on. So in an effort to make
16  sure that we were doing the right thing,
17  meaning the staff, the board can come back
18  and say what the hell did you do that for or
19  something, you know, they could do that any
20  time they wanted to. But I gave them the
21  information as I had it. And then it was up
22  to them to decide what they wanted to do, not
23  me.
24     Q.    Understood. All right. So
25  let's look at Pope-28, the letter from John

289

1      AL POPE - HIGHLY CONFIDENTIAL
2   Mueller to Irving Isaacson, dated
3   November 25, 2003, that you sent to the UEP
4   board.
5      A.    Yeah.
6      Q.    And who is Mr. Mueller?
7      A.    In-house attorney for Sparboe's
8   at the time. I don't know if he still is or
9   not.
10     Q.    He refers to a meeting in
11  Albuquerque that you, and Mr. Isaacson
12  attended. Do you see that?
13     A.    Yes.
14     Q.    Do you recall that meeting?
15     A.    Yes.
16     Q.    And what do you recall about
17  the meeting?
18     A.    Almost losing my job over it.
19     Q.    Why is that?
20     A.    Because we had so much
21  contention from a few producers that somehow,
22  you know, couldn't get resolved. And it's
23  hard to remember the timing of the
24  implementation of the program. I'm assuming
25  that this is in the early stages of the

290

AL POPE - HIGHLY CONFIDENTIAL

1 program. And, of course, when that happens,
2 when the hammer comes down, so to speak, that
3 they have to start doing audits and sending
4 in compliance reports, then I'm the scapegoat
5 if anybody doesn't want to do those things.
6 Just like this letter here -- I love Bob
7 Sparboe. I can tell you that from day one.
8 The guy was one of the most interesting guys
9 I've ever known in my entire life. I've
10 shared going around the world with him and I
11 have a great deal of respect for him.
12    Q.    You said Bob Sparboe. Correct?
13    A.    Bob, yes. And so just --
14    Q.    Was he at the Albuquerque
15 meeting, Bob Sparboe?
16    A.    I can't answer that. I'd have
17 to look at the minutes, but he came to most
18 of the board meetings. But I was thinking
19 here that I see Mueller apparently said he
20 was there or something. I can't -- I don't
21 remember, no. Yeah, he said that the reason
22 that he had talked to me and talked to -- but
23 you see I went up to -- I flew up to
24 Minneapolis at least four times, I'm going to

291

AL POPE - HIGHLY CONFIDENTIAL

1 say, on this exact same issue. And would
2 have breakfast with Bob and some of his staff
3 and his attorney every time. And gave them
4 the opportunity to make the presentation to
5 the board, do whatever they wanted to do,
6 have their attorney ask them, whatever,
7 whatever, whatever. And so it was just
8 another step so that my board knew that the
9 staff was not undertaking any
10 responsibilities that belonged to the board.
11    Q.    Now, do you recall Mr. Mueller
12 asking for some indicia proof that UEP is and
13 remains as of that time a viable agricultural
14 cooperative association protected by the
15 Capper-Volstead?
16    A.    Yes. Although I don't know
17 what that means exactly, but, yes.
18    Q.    You recall him asking for that
19 proof?
20    A.    Yeah. Uh-huh.
21    Q.    Do you recall what, if
22 anything, was provided to Sparboe in response
23 to that request?
24    A.    Irving's follow-up letter.

292

AL POPE - HIGHLY CONFIDENTIAL

1    Q.    Anything else?
2    A.    No, that I remember. I don't
3 remember doing anything.
4    Q.    Do you recall the Sparboe
5 Company asking how the associate and allied
6 memberships of UEP factors into the
7 Capper-Volstead issue?
8    A.    I don't remember that, but I'm
9 sure that they -- you know, if they say they
10 asked, they did. I don't know.
11    Q.    If you look at the Pope-28, the
12 bottom paragraph from John Mueller, do you
13 see where he says, "Additionally, we feel
14 that, ultimately, the UEP mandate (it truly
15 is not voluntary) of a 100% participation in
16 the production of standards to the Animal
17 Welfare Program maybe (sic) tantamount to an
18 unfair trade practice."
19          Do you see that?
20    A.    Yes.
21    Q.    Do you have an understanding
22 why Sparboe felt that this was a mandate that
23 was not volunteered?
24    A.    Ask Bob. Ask him. I don't

293

AL POPE - HIGHLY CONFIDENTIAL

1 know.
2    Q.    I'm just asking if you know.
3    A.    I don't know what made him pick
4 that, because it's not. We still have
5 20 percent industry not on it. So -- I mean,
6 it never happened that it was mandatory.
7    Q.    Do you see in that same
8 paragraph it continues, "Although we have
9 requested reconsideration for the rules in
10 the past, we have never asked for a firm
11 written response from UEP as to why it will
12 not reconsider the 100% cage space compliance
13 rule of the Animal Welfare Certification
14 Program. Please consider this letter our
15 request that UEP, or you as their counsel,
16 provide us with a written response."
17          Do you see that?
18    A.    Yes.
19    Q.    Was a written response provided
20 to Sparboe about why UEP would not reconsider
21 the 100 percent rule, to your knowledge?
22    A.    You know, again, I don't think
23 I am an idiot and I don't think the people in
24 this room are idiots because I believe I have

**74 (Pages 290 to 293)**

294

1      AL POPE - HIGHLY CONFIDENTIAL
2  answered that question time and time and time
3  again.
4          Q.     I apologize.
5          A.     And the fact that we did take
6  it to the board time and time and time again,
7  and so in my letter here we reviewed some of
8  the things that we did.  How inconvenient to
9  have to fly up to Minneapolis and sit down,
10 have a cup of coffee for two or three hours
11 three or four times to give a member an
12 audience.
13         Q.     I'm just trying to track down
14 sort of --
15         A.     No.  You're --
16         Q.     -- the exchange of
17 correspondence.
18         A.     Okay.  It's okay.  But --
19         Q.     So -- and I apologize if you've
20 answered the question.  I'm not trying to
21 ask --
22         A.     Ask somebody.  Ask somebody
23 else did I answer that question or not.  I've
24 answered the question three or four times,
25 period.

295

1      AL POPE - HIGHLY CONFIDENTIAL
2          Q.     Do you know whether Sparboe was
3  given a written response?
4          A.     The only thing that I know is
5  that the letter that Irving sent to him.
6  That's it.  That's all I know.
7          Q.     Understood.  So look at
8  Pope-30, and that's the letter you're
9  referring to.  Right?
10         A.     Yes.
11         Q.     Now, the other thing that Mr.
12 Mueller had asked for is a written response
13 on whether the agricultural cooperative
14 status still attaches to the UEP trade
15 association, and you indicated it's provided
16 in this letter.  Correct?
17         A.     Well, again, you mentioned it
18 as a trade association.  It's not a trade
19 association, but...
20         Q.     I was just using the words
21 that --
22         A.     Well, he was wrong in his
23 letter here, wherever Mueller's letter was,
24 because he referred to it as a trade
25 association.

296

1      AL POPE - HIGHLY CONFIDENTIAL
2          Q.     Putting the words aside,
3  Sparboe said, we'd also like a written
4  response on whether the Capper-Volstead --
5          A.     Yes.
6          Q.     -- still applies to the UEP.
7  And that response was provided in Pope-30.
8  Correct?
9          A.     Yes.
10         Q.     Where was it provided?
11         A.     To John Mueller.
12         Q.     Just where in the letter?
13         A.     Oh.  Well, the only answer they
14 got back was the one that's printed there.
15         Q.     Is it where Mr. Isaacson says,
16 "...that we are attempting to make sure that
17 all UEP members qualify"?
18         A.     Yes.
19         Q.     That was the answer provided to
20 Sparboe?
21         A.     That was the answer to Sparboe.
22         Q.     And UEP was attempting to make
23 sure that all UEP members qualified by
24 sending out a Capper-Volstead certification
25 form.  Is that correct?

297

1      AL POPE - HIGHLY CONFIDENTIAL
2          A.     What year is this?  You know, I
3  don't recall.  I don't recall what we sent
4  out.
5          Q.     If you look at Pope-29.
6          A.     Okay.
7          Q.     There's a cover letter --
8          A.     Okay.
9          Q.     -- from John Mueller and
10 attaches what's called the Capper-Volstead
11 certification form.
12         A.     Okay.
13         Q.     Is this how UEP at this time
14 was attempting to --
15         A.     Yes, if I recall, that response
16 was sent to Irving, not to us.  But --
17         Q.     Other than sending out --
18         A.     -- I'm just guessing.
19         Q.     Please don't guess, if you can.
20 I know I'm asking you a lot of questions.  If
21 you don't know, just say you don't know.
22 That's fine.
23         A.     Okay.
24         Q.     To your knowledge, did UEP do
25 anything else at this time to determine

75 (Pages 294 to 297)

298

1      AL POPE - HIGHLY CONFIDENTIAL
2  whether its membership was in compliance with
3  the Capper-Volstead Act --
4          MS. LEVINE: Objection. Asked
5      and answered.
6  BY MR. OLSON:
7      Q.   -- other than sending out this
8  certification?
9          MS. LEVINE: Objection. Asked
10     and answered this morning.
11         THE WITNESS: No.
12 BY MR. OLSON:
13     Q.   Okay, you can put that aside.
14         Actually I believe this is -- I
15 should have handed you this one as well. Let
16 me just hand you Pope-31. Let us know if
17 this is the UEP request to its members that
18 they complete a certification form we were
19 just discussing.
20             - - -
21         (Exhibit Pope-31, 12/5/13
22     Letter, Bates MFI0001880 & MFI0001881,
23     was marked for identification.)
24             - - -
25         MS. LEVINE: What is this?

299

1      AL POPE - HIGHLY CONFIDENTIAL
2          MR. OLSON: 31.
3  BY MR. OLSON:
4      Q.   So for the record, this is
5  document is Bates stamped MFI0001880 through
6  1881. Can you identify this, Mr. Pope, as
7  a --
8      A.   Well, I didn't author it and
9  I'm sure Chad sent it out, but I don't recall
10 it. I know that they were doing this after
11 the meeting.
12     Q.   Let me just ask you one of
13 those questions to see if you know the
14 answer.
15     A.   Okay.
16     Q.   In the cover letter it says,
17 "Periodically, it is in the best interest of
18 United Egg Producers and it's (sic) members
19 to update our files pertaining to your status
20 as qualified 'farmers'."
21         Do you see that?
22     A.   Right. Uh-huh.
23     Q.   Do you know the last time
24 before December 5, 2003 --
25     A.   No, I don't.

300

1      AL POPE - HIGHLY CONFIDENTIAL
2      Q.   You can put that aside.
3          MS. LEVINE: You need to let the
4      questioner answer the -- ask the
5      question so that the --
6          THE WITNESS: Sorry.
7  BY MR. OLSON:
8      Q.   For the sake of the record, do
9  you know the last time before December 5,
10 2003, that UEP attempted to update its files
11 about its member status as qualified farmers?
12         MS. LEVINE: Object to the form
13     of the question. Asked and answered
14     this morning.
15         THE WITNESS: Okay. I don't
16     know.
17 BY MR. OLSON:
18     Q.   You can put that aside.
19         Now, Mr. Pope, it's been a long
20 day, I do think we'll finish early, but I
21 just want you to make sure you know if you
22 need breaks to stay strong, you always just
23 request them, please.
24     A.   I'm doing fine.
25     Q.   Great. You know, I want to

301

1      AL POPE - HIGHLY CONFIDENTIAL
2  circle back to Exhibit 26.
3          MS. LEVINE: He doesn't have it.
4          MR. OLSON: You've been handed
5      it now.
6  BY MR. OLSON:
7      Q.   This is that presentation to
8  the International Egg Commission.
9      A.   Okay.
10     Q.   On the second page there's a
11 seal that says, "ANIMAL CARE CERTIFIED" with
12 the check mark.
13     A.   Yes.
14     Q.   Who developed that seal?
15     A.   Well, as I recall -- I don't
16 remember. But as I recall, there were a
17 number of options that were developed by
18 different people and they were turned over to
19 the Animal Welfare Committee. They were the
20 ones that decided and they brought it to the
21 board.
22     Q.   But you don't recall who came
23 up with it?
24     A.   No.
25     Q.   Do you have an understanding of

76 (Pages 298 to 301)

302

AL POPE - HIGHLY CONFIDENTIAL

1  what the words "animal care" there meant,
2  what was being communicated by those words?
3      A.    Well, the reason that that's
4  why there is a definition under it, that we
5  would propose, and this was -- it was
6  referred to and suggested by USDA and the
7  Justice Department that we clarify what
8  animal care certified is.
9      Q.    Well, we'll get to that.
10     A.    Okay.
11     Q.    But when the seal was created,
12 did you have an understanding of what the
13 words "animal care" were supposed to
14 communicate?
15     A.    Yes.
16     Q.    What was --
17     A.    It was supposed to represent
18 that that farm and those eggs were produced
19 under the guidelines of the UEP certified
20 program.
21     Q.    You can put that aside.
22          Who is Roger Deffner?
23     A.    He's a UEP member through
24 National Egg Company up in Seattle. And he's

303

AL POPE - HIGHLY CONFIDENTIAL

1  been on our board for a number of years and
2  was our chairman at one point.
3                - - -
4          (Exhibit Pope-32, 6/30/04 E-mail
5      with attachment, Bates UE0888743 -
6      UE0888745, was marked for
7      identification.)
8                - - -
9  BY MR. OLSON:
10     Q.    Let me hand you what we've
11 marked Pope-32. I'll just ask you to review
12 it, please. I'll identify it for the record
13 as Bates stamped UE0888743 through 745. And
14 let us know -- have you flipped through it?
15     A.    Yeah.
16     Q.    Okay, great. Can you identify
17 the document as a cover e-mail -- as an
18 e-mail that you wrote to Mr. Deffner on
19 June 30, 2004?
20     A.    Yes. Uh-huh.
21     Q.    That's a yes. Right?
22     A.    Yes.
23     Q.    And you attach a memorandum.
24 Correct?

304

AL POPE - HIGHLY CONFIDENTIAL

1      A.    Yeah. It was basically an
2  agenda. Proposed agenda.
3      Q.    For what?
4      A.    For an area meeting.
5      Q.    Are these these annual regional
6  meetings we talked about before?
7      A.    Yes.
8      Q.    So you were making suggestions
9  to Mr. Deffner about the agenda for those
10 meetings?
11     A.    Yes.
12     Q.    So let's look at the memo which
13 is the proposed agenda. There's -- the first
14 bullet that you put in this document is
15 titled, "Industry Economics."
16          Do you see that?
17     A.    Yes.
18     Q.    And then the second sentence
19 there, you say, "Profitability is being
20 jeopardized at a time when programs are in
21 place to maintain profitable levels."
22          Do you see that?
23     A.    Yes.
24     Q.    You're referring to the

305

AL POPE - HIGHLY CONFIDENTIAL

1  certified program. Correct?
2          MS. LEVINE: Objection to the
3      form of the question.
4          THE WITNESS: Well, they were in
5      place, but they were never in place to
6      assure that anybody made a profit.
7  BY MR. OLSON:
8      Q.    Well, what program were you
9  referring to other than the -- well, strike
10 that.
11          One of the programs you're
12 referring to is the UEP certified program.
13          MS. LEVINE: Objection to the
14     form of the question.
15 BY MR. OLSON:
16     Q.    Is that right?
17     A.    I think the way to answer this
18 is that there's a number of programs that
19 could attribute to the economic well-being or
20 not well-being of the industry.
21     Q.    And one of those is --
22     A.    And one of those is the Animal
23 Welfare Program.
24     Q.    So that's one of the programs

77 (Pages 302 to 305)

306

1           AL POPE - HIGHLY CONFIDENTIAL
2   you're referring to here.  Correct?
3       A.    Yes.
4       Q.    What are the other programs?
5       A.    The recommendations on early
6   molt, same old stuff we've been talking
7   about.
8       Q.    I know you don't like the term
9   "supply management" for those programs.  Is
10  there another term that you think is better?
11      A.    It's an Animal Welfare Program,
12  period.
13      Q.    No.  I mean the early molt type
14  programs.
15      A.    They're just economic
16  recommendations to the industry, that's all.
17      Q.    Then the third bullet says,
18  "Animal Care," and you say, "'Staying the
19  Course' increasing pressures will challenge
20  the industry's 'grit' to maintain the most
21  successful UEP/industry program EVER!!"
22          Do you see that?
23      A.    Yes.
24      Q.    You say, "We need to urge all
25  Producers to participate in this program,"

307

1           AL POPE - HIGHLY CONFIDENTIAL
2   you underline all.  Correct?
3       A.    Uh-huh.
4       Q.    That was your view at the time.
5   Correct?
6       A.    Yeah.
7       Q.    You say, "The 'hold-outs' have
8   'held-out' long enough."
9           Do you see that?
10      A.    Uh-huh.
11      Q.    What do you mean by that?
12      A.    Well, like any program that UEP
13  would implement, we always had hope for the
14  widest participation possible, whether it was
15  an insurance program, sanitation supplies,
16  whatever.  The more people you have
17  participating, the better the programs runs,
18  that's all.  When you're trying to implement
19  a program like the Animal Welfare Program, it
20  was the only program that we ever implemented
21  that had such a dramatic impact on changing
22  the way that the industry does business.  All
23  these other stuff is just fluffy surrounding
24  stuff, you know what I mean.  But one that
25  really impacted their bottom line was this

308

1           AL POPE - HIGHLY CONFIDENTIAL
2   Animal Welfare Program.  So it was -- you
3   know, when we first proposed the program, a
4   doctor by the name of Dr. Allan Rahn,
5   R-A-H-N, from Michigan State, told our
6   producers that the cost of doing this was
7   going to be $0.06 to $0.09 a dozen.  Now,
8   that's what everybody faced when they went to
9   a board meeting and decided on whether to
10  have this program or not.  And so it took a
11  lot of -- I used the word "grit," and I think
12  that's true.  It took a lot for them to adopt
13  a guideline that they knew was going to cost
14  them $0.06 to $0.09 a dozen.
15      Q.    You thought that --
16      A.    They don't make that much a
17  dozen.
18      Q.    You thought that the companies
19  that hadn't joined the program by this time
20  should join the program.
21      A.    Well, let me --
22      Q.    Strike that.  That's okay.
23      A.    Because I want to answer.  From
24  our standpoint, from a staff standpoint,
25  you're a member, but you don't want to do the

309

1           AL POPE - HIGHLY CONFIDENTIAL
2   certified program, so you don't give a damn
3   how you take care of your birds, you don't
4   care.  You're going to let yourself
5   vulnerable to some neighbor that's going to
6   come in, raise your farm, take you to court,
7   and that's when we'll hear from you.  We're
8   trying to do this ahead of time so that you
9   have an answer if anybody comes to question
10  your husbandry practices on your animals.
11      Q.    But those companies who didn't
12  want to join the program, but were still UEP
13  members, you needed to support them as well.
14  Correct?
15      A.    Sure.  And we do.  And they
16  still are non-certified companies.
17      Q.    You can put that aside.
18          Why don't we take a quick
19  break.
20          VIDEOGRAPHER:  The time is
21  approximately 3:16 p.m.  We are off
22  the record.
23              - - -
24          (A recess was taken.)
25              - - -

78 (Pages 306 to 309)

310

1　　　　AL POPE - HIGHLY CONFIDENTIAL
2　　　　VIDEOGRAPHER:  The time is
3　　approximately 3:31 p.m.  This begins
4　　tape five.  We are back on the record.
5　BY MR. OLSON:
6　　Q.　Mr. Pope, who is the Council of
7　Better Business Bureaus?
8　　A.　I don't know.
9　　Q.　Do you know anything about it?
10　　A.　Very little.  I didn't deal
11　with that issue.
12　　Q.　Do you know what the National
13　Advertising Review Board is?
14　　A.　You know, I've heard of that,
15　and all I can do is assume what it is, but I
16　don't really know what it is.
17　　Q.　Do you recall a time that the
18　Council for Better Business Bureaus had its
19　National Advertising Division examine the UEP
20　program?
21　　A.　Yes.  Headed up -- headed by --
22　headed up by a member of an animal welfare
23　group, activist group.  Yes.
24　　Q.　Who was headed up?
25　　A.　I don't know his name.  He was

311

1　　　　AL POPE - HIGHLY CONFIDENTIAL
2　the one that Gene met with and that we found
3　out about, so we took all that with a grain
4　of salt.  I did anyhow.
5　　Q.　Did you take it as a grain of
6　salt when the Federal Trade Commission
7　decided to investigate UEP's program?
8　　A.　No.
9　　Q.　What's the Federal Trade
10　Commission?
11　　A.　Well, they look at things
12　where -- I don't know the definition there
13　either, but they're looking for unfair trade
14　practices.  That's their job.
15　　Q.　This is an agency of the
16　federal government.  Correct?
17　　A.　Yes.  Uh-huh.
18　　Q.　Is it a credible agency, in
19　your view?
20　　MS. LEVINE:  Objection to the
21　form of the question.
22　　THE WITNESS:  Well, yeah.  You
23　know it's credible, but like so many
24　government agencies, some of them have
25　adequate funding and some don't.  So,

312

1　　　　AL POPE - HIGHLY CONFIDENTIAL
2　you know, sometimes they're good and
3　sometimes they aren't.  We're more
4　effective at UEP when we have enough
5　money.  We're less effective when we
6　don't have any money.
7　BY MR. OLSON:
8　　Q.　So at some point the National
9　Advertising Division of the Council of Better
10　Business Bureaus was looking at UEP.  Now,
11　just to be clear, are you suggesting that you
12　at some point uncovered information that that
13　division was headed up by an animal welfare
14　activist?
15　　MS. LEVINE:  Objection to the
16　form of the question.  Misstated what
17　the witness said that the FTC was
18　looking into.
19　　THE WITNESS:  We found out later
20　that the staff person from BBB was an
21　activist, animal welfarist, and so we
22　didn't get anything we didn't expect.
23　Disappointed?
24　BY MR. OLSON:
25　　Q.　Do you recall the name of that

313

1　　　　AL POPE - HIGHLY CONFIDENTIAL
2　person?
3　　A.　No.
4　　Q.　When you say they were an
5　activist in animal welfare, what does that
6　mean?
7　　A.　Well, they participated in one
8　of the major activist groups, PETA, Save the
9　Animals, Save the Trees, save the whatever,
10　you know, there's just all kinds of them.  I
11　mean, they come out of the woodwork.  We got
12　letters every single day after day after day
13　from different animal -- you never knew which
14　one was -- it seemed to us that the most
15　credible one was the U.S. Humane Society, in
16　our judgment.  They were the ones that were
17　most effective here in Washington anyhow.
18　　　　　- - -
19　　(Exhibit Pope-33, 8/25/04 E-mail
20　with attachments, Bates UE0649033 -
21　UE0649048, was marked for
22　identification.)
23　　　　　- - -
24　BY MR. OLSON:
25　　Q.　Well, let me hand you what

---

**314**

AL POPE - HIGHLY CONFIDENTIAL
1      AL POPE - HIGHLY CONFIDENTIAL
2  we've marked as Pope-33.  This is a document
3  stamped UE0649033 through 649048, and I'll
4  ask if you can identify this as an e-mail
5  with attachments that you sent on August 25,
6  2004?
7      A.    Okay.
8      Q.    Can you identify it as an
9  e-mail you sent with attachments on
10  August 25, 2004?
11      A.    You know --
12      Q.    You can take your time to flip
13  through the document and then we can circle
14  back to portions of it if you'd like.
15      A.    (Reviewing document.)
16          Okay.
17      Q.    Can you identify this as an
18  e-mail that you sent on August 25, 2004?
19      A.    Excuse me.  August -- let me go
20  back a ways.  Okay.  The August 10th issue?
21      Q.    Just the cover e-mail is the
22  one you sent on August 25, 2004.  Correct?
23      A.    Okay.
24      Q.    Is that right?
25      A.    Yes.

---

**315**

1      AL POPE - HIGHLY CONFIDENTIAL
2      Q.    And you attach some
3  materials --
4      A.    Yeah.
5      Q.    -- related to investigations
6  about the Animal Care Certified Program.
7  Correct?
8          MS. LEVINE:  Objection to the
9      form of the question and
10      characterizing the documents.
11          THE WITNESS:  So are you saying
12      that this -- where it says, "DRAFT -
13      NOT APPROVED AND NOT FOR
14      DISTRIBUTION," is that what you're
15      talking about being attached?
16  BY MR. OLSON:
17      Q.    There's a variety of things
18  attached.
19      A.    We don't know what they are?
20      Q.    Just page through them.
21      A.    You don't know what they are?
22      Q.    I know what they are.  Do you?
23      A.    Well, it says here -- no.  The
24  reason I say that, it says the "DRAFT - NOT
25  APPROVED AND NOT FOR DISTRIBUTION," so...

---

**316**

1      AL POPE - HIGHLY CONFIDENTIAL
2      Q.    So you're referring to the
3  first page of the attachment?
4      A.    Yeah.
5      Q.    And this is a draft press
6  release that you and he put together.
7  Correct?
8      A.    Somebody put together.
9      Q.    All right.  Let's just see if
10  we have the timeline in mind, the general
11  chronology here.  What happened is the
12  National Advertising Division of the Council
13  of Better Business Bureaus launched an
14  investigation into whether UEP's reference to
15  the program being an Animal Care Program was
16  deceptive advertising.  Correct?
17          MS. LEVINE:  Objection to the
18      form of the question.
19          THE WITNESS:  They launched at
20      the request of probably the most
21      radical animal welfare group there is,
22      Compassion Over Killing.  We even
23      responded to that, I don't know why,
24      but we did.  They made this complaint
25      because they had this buddy, what's

---

**317**

1      AL POPE - HIGHLY CONFIDENTIAL
2      his name here, Bruce Hopewell.  And so
3      we did our very best in presenting our
4      program to them.  And actually they
5      recommended some changes, and we did.
6      We took those into consideration.
7  BY MR. OLSON:
8      Q.    So have you seen the name of
9  the person that you believe was the animal
10  welfare activist that was involved?
11      A.    Yeah, I believe it was this
12  Bruce guy.
13      Q.    Bruce Hopewell from the
14  National Advertising --
15      A.    Yeah, and I'm saying that, and
16  I don't really know that for sure.  I'm just
17  saying that this strikes me that that might
18  be the person we're talking about.
19      Q.    So --
20      A.    See, because he was an
21  employee -- as I understand it, he was an
22  employee of BBB.  But he was the manager of
23  NARB.  So we probably set up their agenda,
24  had them meet, so on and so forth.
25      Q.    Now, before we get to NARB,

---

318

1       AL POPE - HIGHLY CONFIDENTIAL
2   let's start with the first step in this which
3   is a review by something called the NAD.  Do
4   you recall the NAD?
5       A.    Yeah, that's part of BB, Better
6   Business, same outfit.
7       Q.    And that division found that
8   UEP's use of the words "animal care" in the
9   certified program was deceptive and
10  misleading.  Correct?
11          MS. LEVINE:  Object to the form
12      of the question.
13          THE WITNESS:  Yeah --
14  BY MR. OLSON:
15      Q.    Well, let's try it this way:
16  Why don't you put that document down for a
17  moment.  Let me hand you a document from the
18  United States Federal Trade Commission,
19  sometimes called the FTC.  We've marked this
20  Pope-34.
21              - - -
22          (Exhibit Pope-34, 9/30/05 Letter
23      with attachment, was marked for
24      identification.)
25              - - -

319

1       AL POPE - HIGHLY CONFIDENTIAL
2   BY MR. OLSON:
3       Q.    If you could just review
4   Pope-34, please.
5       A.    There's an interesting note by
6   the -- you don't want to hear it?
7          MS. LEVINE:  He is not asking
8       about that document.
9   BY MR. OLSON:
10      Q.    Well, we might get to it, but
11  let's start with -- we're trying to do the
12  chronology.  If you could just look at
13  Pope-34.
14          MS. LEVINE:  Mr. Pope, this is
15      what Mr. Olson was asking you about.
16          THE WITNESS:  Okay.
17          MS. LEVINE:  That's Pope-33.
18      This is Pope-34.
19          THE WITNESS:  Oh, okay.  All
20      right.  Okay.
21  BY MR. OLSON:
22      Q.    Now, can you identify Pope-34
23  as a document sent to you by the Division of
24  Advertising Practices of the United States of
25  America's Federal Trade Commission on

320

1       AL POPE - HIGHLY CONFIDENTIAL
2   September 30, 2005?
3       A.    Yes.
4          MS. LEVINE:  Steve, do you have
5       a Bates number for this document?
6          MR. OLSON:  I believe we found
7       this document online.
8   BY MR. OLSON:
9       Q.    You said yes.  Correct?
10      A.    Yes.
11      Q.    So this is the division of the
12  federal government that examines deceptive
13  advertising practices.  Correct?
14      A.    Yes.
15      Q.    Now, just to get the chronology
16  again, if you look at the second full
17  paragraph of FTC's letter, FTC says that it
18  received a referral of the matter from the
19  National Advertising Division of the Council
20  of Better Business Bureaus on July 16, 2004.
21  Do you see that?
22      A.    Uh-huh.
23      Q.    Is that consistent with your
24  knowledge?
25      A.    Yes.

321

1       AL POPE - HIGHLY CONFIDENTIAL
2       Q.    It says the NAB, and then
3   subsequently the National Advertising Review
4   Board, on appeal, found that the ACC seal
5   program was misleading, and it continues.  Do
6   you see that?
7       A.    Yes.
8       Q.    It says, those two bodies found
9   it was misleading that consumers could
10  reasonably interpret the seal to mean that
11  the hens who laid the eggs sold in the
12  ACC-labeled cartons are afforded a more
13  humane level of care than what is allowed by
14  the UEP guideline.  Do you see that?
15      A.    Yes.
16      Q.    Is that consistent with your
17  knowledge about what those bodies found?
18      A.    Yes.
19      Q.    So first there is this NAD, and
20  they looked at the animal care certification
21  and found it misleading.  Correct?
22          MS. LEVINE:  Objection to the
23      form of the question.
24  BY MR. OLSON:
25      Q.    And then that was appealed?

322

AL POPE - HIGHLY CONFIDENTIAL
1      AL POPE - HIGHLY CONFIDENTIAL
2      A.    I think I answered that once or
3   twice, but that's what they said, yes.  So we
4   did go to the FTC, right.
5      Q.    Well, and then what you did is
6   you appealed that to the National Advertising
7   Review Board.  Correct?
8      A.    Yes.  Uh-huh.  Yes.
9      Q.    Now, just to be clear, this
10  person who you find -- who you think is an
11  animal welfare activist, was he at the NAD,
12  or was he at the NARB or was he at both?
13     A.    I think he was at both, but I
14  don't know, because I wasn't at both.  In
15  fact, I don't think I was at either one.
16     Q.    What was your role in these
17  proceedings?
18     A.    None.  I met with the FTC, but
19  I never met with the Better Business Bureau
20  or National Board or whatever.  I think that
21  was strictly Gene and Haley.
22     Q.    When you say "Haley," do you
23  mean -- who is Haley?
24     A.    He's counsel from Brandon
25  Isaacson.

324

1      AL POPE - HIGHLY CONFIDENTIAL
2   happened is the NAD found the claim that this
3   was animal care certified misleading, the
4   NARB did on appeal.
5      A.    Okay.
6      Q.    Right?  And then UEP had some
7   dialogue with those bodies about how to fix
8   the problem?
9      A.    Right.
10     Q.    Then ultimately the NAD found
11  that UEP hadn't taken steps sufficient to
12  comply with this decision and then referred
13  that matter to the Federal Trade Commission.
14  Is that right?
15     A.    Yeah.  Okay.
16         MS. LEVINE:  Objection to the
17     form of the question.
18  BY MR. OLSON:
19     Q.    And then the Federal Trade
20  Commission investigated this issue?
21     A.    Yes.
22     Q.    You had dialogue with FTC?
23     A.    Yes.
24     Q.    And then ultimately UEP, to
25  resolve these investigations, agreed to no

323

1      AL POPE - HIGHLY CONFIDENTIAL
2      Q.    So your understanding is that
3   Gene Gregory worked with counsel from Brandon
4   Isaacson before the NAD and NARB?
5      A.    Yes.
6      Q.    And you don't recall attending
7   any proceedings?
8      A.    No.
9      Q.    Do you recall reviewing
10  documents submitted to those bodies?
11     A.    You know, I reviewed some of
12  it, and it should have been written by
13  somebody over at USDA, because they were
14  trying to support the staff member at BBB,
15  and at the same time, I think, recognized the
16  merits of the program.  The panel is mindful
17  that the essence of the certification program
18  is to communicate compliance with a set of
19  standards.
20     Q.    We're going to get to those
21  documents.  We're still on --
22     A.    You promise?
23     Q.    I do promise.  We're actually
24  really close.
25         But on that chronology, so what

325

1      AL POPE - HIGHLY CONFIDENTIAL
2   longer refer to the program as an Animal Care
3   Program.  Correct?
4      A.    I don't remember the exact
5   recommendations, but we took FTC's
6   recommendations and did it.
7      Q.    And is it -- as reflected in
8   Pope-34, what you did was removing reference
9   to the term "Animal Care Certified" from the
10  seal related to the program.  Correct?
11     A.    I don't remember.  You got me
12  all confused now.  I don't know if we took
13  that out and we changed the label or what,
14  I'm not sure.
15     Q.    If you look at the bottom of
16  the first page of 34, this is from the FTC,
17  it says, "You have informed us that, in
18  response to the concerns raised about the use
19  of the Animal Care Certified logo, the United
20  Egg Producers has developed a revised seal
21  for its hen husbandry certification program
22  that removes the reference to the term
23  'Animal Care Certified.'"  Right?
24         MS. LEVINE:  Objection to the
25     form of the question.  The witness can

82 (Pages 322 to 325)

326

AL POPE - HIGHLY CONFIDENTIAL
1    testify, he can testify. I think he's
2    just agreeing with what the document
3    says.
4  BY MR. OLSON:
5    Q.    Do you see where -- let's just
6  go step by step. Do you see where it says
7  that?
8    A.    Yes.
9    Q.    Is that consistent with your
10  knowledge?
11   A.    Yes.
12   Q.    And there's a new logo that was
13  used which now just says, "United Egg
14  Producers Certified." Right?
15   A.    Yes.
16   Q.    And the UEP agreed to use that
17  terminology as opposed to the animal care
18  certified terminology on new egg cartons?
19   A.    Yeah.
20   Q.    And then UEP further agreed
21  that remaining egg cartons that had the old
22  animal care certified terminology had to be
23  removed from retail sale. Correct?
24   A.    Yes.

327

AL POPE - HIGHLY CONFIDENTIAL
1    Q.    And the FTC said it would
2  continue to monitor UEP's use in advertising
3  of the program in the marketplace. Correct?
4    A.    Yes.
5    Q.    Now let's look -- now that
6  we've oriented ourselves, let's look at
7  Exhibit 33. If you look about six,
8  seven pages in, the Bates number ends 649038,
9  you'll see a document entitled, "NARB Panel
10  Report #121."
11   A.    Okay.
12   Q.    I just wanted to ask you a
13  couple of questions about it. This now is
14  the report by the NARB on appeal from the
15  original decision by the NAD. Right?
16   A.    Yes.
17   Q.    If you look in the second
18  paragraph of this, the NARB says what UEP
19  argued. It says, "UEP argued that it was not
20  a national advertiser and therefore the
21  certification program was beyond NAD's
22  purview..."
23         Do you see that?
24   A.    Yes.

328

AL POPE - HIGHLY CONFIDENTIAL
1    Q.    Then it continues, and it says,
2  "...and in any event, that the certification
3  seal did not state or imply a humane level of
4  care."
5         Do you see that?
6    A.    Yes.
7    Q.    That's the position that UEP
8  took before this NARB. Correct?
9    A.    Yes.
10   Q.    It continues in the next
11  paragraph to discuss the NAD's decision, and
12  it says, "...NAD agreed with the challenger
13  and found that the seal conveyed a message
14  that hens raised in compliance with the
15  certification program were treated more
16  humanely than the level of care reflected by
17  the guidelines."
18         Do you see that?
19         MS. LEVINE: Object to the form
20   of the question. This witness can
21   answer anything he remembers.
22         THE WITNESS: I remember that
23   during this period of time --
24  BY MR. OLSON:

329

AL POPE - HIGHLY CONFIDENTIAL
1    Q.    I'm sorry.
2    A.    Okay. Go ahead.
3    Q.    My question which is pending is
4  just whether you saw those words, just to
5  orient ourselves. Do you see the words I
6  just read to you?
7    A.    I just looked at them. I saw
8  them now. I don't know if I saw them before.
9    Q.    So in other -- do you know
10  whether you reviewed this document at the
11  time?
12   A.    Well, I'm just -- yes, I did
13  review it at the time. I don't remember -- I
14  don't remember it, but...
15   Q.    But obviously as president of
16  UEP, this was a significant report. Correct?
17         MS. LEVINE: Objection to the
18   form of the question.
19         THE WITNESS: Well --
20         MS. LEVINE: The witness can
21   answer to what he remembers.
22         THE WITNESS: If you ask BBB, it
23   was probably very significant to them.
24   Was it significant to UEP? After

83 (Pages 326 to 329)

330

1      AL POPE - HIGHLY CONFIDENTIAL
2   discovering what we did, we weren't --
3   we could care less what they thought
4   and we thought that the decision on
5   our label should be left with the FTC,
6   which is what we did.
7   BY MR. OLSON:
8      Q.   Okay.  So -- and the FTC only
9   agreed to drop the investigation or --
10      A.   What does that mean?
11      Q.   To stop the investigation after
12   you agreed to no longer call it the Animal
13   Care Program.  Right?
14      A.   Yeah, is that what that means?
15   Does it mean that they said it was okay to do
16   it the way we did it?  Is that what that
17   means?
18      Q.   Well, what the NARB --
19      A.   I don't care what the NARB
20   said.
21      Q.   What the NARB --
22      A.   When they -- when the NARB told
23   the FTC what their concerns were, if the FTC
24   looked at the issue and they got done and the
25   FTC said this and this and this about it and

331

1      AL POPE - HIGHLY CONFIDENTIAL
2   we're not investigating any more.
3      Q.   What's your understanding of
4   the basis of the NARB's decision?
5      MS. LEVINE:  Objection to the
6   form of the question.
7      THE WITNESS:  I don't even know
8   that they have any authority.  I don't
9   know anything about it.  I never heard
10   of that organization quite frankly.
11   So I don't know.
12   BY MR. OLSON:
13      Q.   On page -- on the next page of
14   this NARB decision, the NARB writes, "The UEP
15   guidelines recommends increased square space for
16   hens and cages, in the range of 67-86 square
17   inches, although producers need not reach the
18   67 inch minimum until 2008."
19      Do you see that?
20      A.   Yes.
21      Q.   True statement?
22      A.   Yes.
23      Q.   It continues, it says,
24   "(67 square inches, while an improvement, is
25   not enough space for a hen to flap its

332

1      AL POPE - HIGHLY CONFIDENTIAL
2   wings)."
3      Do you see that?
4      A.   Well, that was that guy's
5   opinion.
6      Q.   Is that a true statement?
7      A.   I mean, I don't agree with it,
8   but I see it there.
9      Q.   You disagree with that
10   statement?
11      A.   Yeah, they don't know a thing
12   about production.  They have never been in
13   the chicken house, they don't know whether a
14   bird flaps its wing.  They were told by
15   somebody, Bruce, that they can't flap their
16   wings.  Now I say they can flap their wings,
17   so it's me and Bruce.
18      Q.   Okay.  If you turn another two
19   pages.  No, actually just the next page,
20   there's a footnote at the bottom that says,
21   "UEP contended at the hearing that the
22   certification program was only aimed at
23   retailers, not consumers."
24      Do you see that?
25      A.   Yes.

333

1      AL POPE - HIGHLY CONFIDENTIAL
2      Q.   Is that a true statement?
3      MS. LEVINE:  Objection to the
4   form of the question.  This witness
5   can answer if he remembers.
6   BY MR. OLSON:
7      Q.   Was it a true statement that
8   the program was not aimed at consumers, only
9   retailers?
10      MS. LEVINE:  Objection to the
11   form of the question.
12      THE WITNESS:  The primary motive
13   of our program was to protect our
14   customers which were the retailers of
15   shell eggs.  That was our major
16   motivation.
17   BY MR. OLSON:
18      Q.   You can put that aside.  You
19   can put both those aside.
20         - - -
21      (Exhibit Pope-35, United Voices
22   dated August 12, 2004, Bates UE0072463
23   - UE0072466, was marked for
24   identification.)
25         - - -

84  (Pages 330 to 333)

334

1           AL POPE - HIGHLY CONFIDENTIAL
2    BY MR. OLSON:
3           Q.    Let me hand you what's been
4    marked Pope-35. This is Bates stamped
5    UE002 -- sorry, 0072463 through 72466. And
6    I'll ask if you can identify it as United
7    Voices dated August 12, 2004?
8           A.    Yes.
9           Q.    This United Voices was sent at
10   a time that egg prices had decreased.
11   Correct?
12          A.    Yes.
13          Q.    And this is the United Voices
14   that you referenced this morning where you
15   wrote an editorial for United Voices.
16   Correct?
17          A.    Yeah.
18          Q.    It's titled, "Backfilling - A
19   Loophole of a Hangman's Noose."
20          A.    Yeah.
21          Q.    Can you explain that metaphor
22   to us?
23          A.    Yeah. We were -- I was -- and
24   here again, it's just my opinion and I --
25   it's just gathered from things that were said

335

1           AL POPE - HIGHLY CONFIDENTIAL
2    in the industry, that we had a lot of
3    loophole in establishing the time frame of
4    implementation of the guidelines. And this
5    issue was related, it seemed like a small one
6    at the time, which was backfill,
7    understanding that I didn't know what the
8    hell backfill was at the time. I wasn't sure
9    what they were talking about. So after that,
10   and after I came back and went out to visit
11   the farms and so on and so forth, I found out
12   what backfilling was, what it meant. So I
13   wanted to go back, I wanted to go back to the
14   Animal Welfare Committee so the producer
15   could decide on the issue, if backfilling was
16   good or bad. That was their decision, not
17   mine.
18          Q.    So when you in the editorial
19   referred to backfilling being a noose that is
20   strangling the opportunity of enjoying once
21   again the favorable prices for our product --
22          A.    Yeah.
23          Q.    -- what were you referring to
24   there?
25          A.    Well, contrary to your

336

1           AL POPE - HIGHLY CONFIDENTIAL
2    suggestions throughout this thing, despite
3    the fact that they were implementing more
4    cage space for the birds, lo and behold our
5    price goes down. How is that consistent with
6    your supposition that we were controlling the
7    production by using an Animal Welfare
8    Program? I say it does just the opposite.
9    What happens is, it shows how nimble
10   producers are and farmers are. They're very
11   creative. And so here we go, implementing a
12   program with a specific timetable, agreed to
13   and supported by the chain stores and the
14   fast food chains in the United States, and
15   here we -- and part of our scheduling out for
16   the six years was taking into consideration
17   the normal, the normal mortality level of the
18   flock of birds. So to the extent that they
19   backfill all those, you're just -- you're
20   doing two really bad things. You're messing
21   up the schedule. Their messing up the
22   schedule. And number two, from a health
23   standpoint, it's a terrible practice to put
24   in different age birds with other birds.
25          Q.    But, sir, you don't -- when you

337

1           AL POPE - HIGHLY CONFIDENTIAL
2    backfill, you don't have to put different age
3    birds together in the same cage, do you?
4           A.    Well, I don't know how you not
5    do that. I mean, I just don't know how you
6    do that.
7           Q.    You just don't know one way or
8    the other?
9           A.    No, I don't know.
10          Q.    Now, isn't --
11          A.    But again --
12          Q.    You've referred to some bad
13   things about backfilling. Isn't the good
14   thing about it what you identify in this
15   editorial, that it avoids destroying a bird?
16          A.    Well, no, I mean, the bird is
17   going to have a use somewhere else. It can
18   go in a new house. They can put in other
19   production. They can sell the bird. They've
20   got a number of options.
21          Q.    Well, what you say is the
22   backfilling option, "...would avoid the
23   destruction and waste of what otherwise was a
24   'productive bird'." Right?
25          A.    Yes.

VERITEXT REPORTING COMPANY
(212) 279-9424        www.veritext.com        (212) 490-3430

338

AL POPE - HIGHLY CONFIDENTIAL
1
2    Q.    That's the main thing that
3  backfilling avoids.  Right?
4           MS. LEVINE:  Object to the form
5       of the question.
6           THE WITNESS:  Yeah.
7  BY MR. OLSON:
8    Q.    That's --
9    A.    The main thing that it avoids
10 is a major disruption to the timetable that
11 we have our reputation run on by our
12 customers and our board members.
13   Q.    Now, in this editorial, do you
14 say anything about how backfilling was
15 interfering with any timetable at all?
16   A.    No, I don't think I did.
17   Q.    What you say is that
18 backfilling would avoid the destruction and
19 waste of what otherwise was a productive
20 bird.  Right?
21   A.    Okay.
22   Q.    That's what you said.  Right?
23   A.    That's what I said.
24   Q.    And from the standpoint of
25 animal welfare, that's a good thing to do.

339

AL POPE - HIGHLY CONFIDENTIAL
1
2  Right?
3           MS. LEVINE:  Objection to the
4       form.
5           THE WITNESS:  To avoid
6       destruction of the bird?
7  BY MR. OLSON:
8    Q.    Yes.
9    A.    Well, if I was a bird, I
10 wouldn't like that.  So we're trying to
11 figure out another use for it other than what
12 they were doing.  They were jeopardizing --
13 you know -- I mean, no, you don't know what
14 we had to go through.  We had producers where
15 they found out that, let's say, a UEP member
16 was reducing their flock by 20,000 birds or
17 something.  So the producer, his normal
18 disposition of normal birds would be sending
19 them to a foul processing plant, using them
20 for soups or something like that.  But we had
21 a few creative producers that instead bought
22 those cheap birds, went out to farms where
23 they didn't even have a minimum of 48 square
24 inches, were not a certified farm and jammed
25 the cages with all these old birds.  And so

340

AL POPE - HIGHLY CONFIDENTIAL
1
2  we were trying to avoid what could have been
3  a major health outbreak, a nightmare of a
4  public revelation of this out in the news
5  media.  It was just awful.
6    Q.    In your editorial, do you
7  express any concern about avoiding a major
8  health outbreak?
9    A.    No.
10   Q.    When you talk about jamming the
11 cages, I mean, the producers that were
12 backfilling were still subject to the same
13 cage space allowance guidelines under the
14 program.  Right?
15   A.    Not if they weren't a certified
16 company.
17   Q.    But if they were a certified
18 company --
19   A.    They couldn't do it then.
20   Q.    -- before backfilling was
21 prohibited --
22   A.    Yes.
23   Q.    -- they couldn't jam the cages
24 any more full --
25   A.    No.

341

AL POPE - HIGHLY CONFIDENTIAL
1
2    Q.    -- than any other producer
3  could.  Right?
4    A.    No, it had to meet the
5  guidelines whatever point they were at.
6    Q.    But under the guidelines, you
7  could still jam the cages.  Right?
8    A.    I don't know what you're trying
9  to get me to say here.  Still jamming the
10 cages.  I mean, if they put it in at the new
11 size requirement or wherever they're at, it
12 isn't jamming the cages.  It's just putting
13 birds when they were allowed to backfill to
14 fill it up to whatever point they were at in
15 this transition.
16   Q.    Right.  They were still subject
17 to this -- just to be clear, producers who
18 are backfilling before it was prohibited were
19 still subject to the same cage space
20 allowances that everyone else was subject to.
21 Right?
22           MS. LEVINE:  Objection to the
23       form of the question.
24           THE WITNESS:  Well, you know,
25       they weren't the same for everybody

86 (Pages 338 to 341)

342

1    AL POPE - HIGHLY CONFIDENTIAL
2    all the time, because the age of the
3    flocks varied.  So they'd have
4    theirs -- theirs would be -- at a
5    certain point, they would schedule
6    their flock so that by X and X date,
7    that the allowable space they would
8    have to meet in order to pass the
9    audit.
10   BY MR. OLSON:
11   Q.    Whatever that requirement was,
12   whatever cage space allowance you had to give
13   on average at any one time, even if you
14   backfilled, you still had to meet that same
15   requirement, whatever it was, right?
16   A.    I'm trying to read something
17   into it that is apparently not there, but
18   when we allowed backfilling in the beginning
19   of the program, we didn't -- we did not
20   realize to the extent that it would impact a
21   phase in that we had committed to to FMI and
22   NCCR, and McDonald's and Wendy's.  By the
23   way, all of them --
24   Q.    Let's get --
25   MS. LEVINE:  Let the witness

343

1    AL POPE - HIGHLY CONFIDENTIAL
2    finish the answer.  Go ahead, Mr.
3    Pope.  He's in the middle of a
4    sentence.
5    THE WITNESS:  That's all right,
6    I'm done.
7    BY MR. OLSON:
8    Q.    I just want the record to be
9    clear on this point.  The certified program
10   required at certain times that hens be
11   allowed a certain cage space allowance.
12   Right?
13   A.    Yes.
14   Q.    And a producer that was
15   backfilling before it was prohibited was
16   still subject to the same cage space
17   allowance that every other producer was.
18   Right?
19   A.    Yes.
20   Q.    They didn't get a special
21   exemption from the cage space allowance?
22   A.    No.
23   Q.    Now, you as the president of
24   UEP in August 12, 2004, recommended to the
25   UEP members that they should eliminate or

344

1    AL POPE - HIGHLY CONFIDENTIAL
2    severely limit any backfill provisions.
3    Correct?
4    A.    That was my personal opinion,
5    even though you know how little I know about
6    production practices, but...
7    Q.    The reason that you gave for
8    that opinion is that it would return to the
9    favorable market conditions we enjoyed this
10   past spring.  Correct?
11   A.    It might.
12   Q.    By favorable market conditions,
13   that meant higher prices.  Correct?
14   A.    More favorable than they're at
15   a down period, maybe.  You don't know because
16   you don't know how many people are putting in
17   more birds.  You don't know how many people
18   are putting in more houses.
19   Q.    Right.  That's --
20   A.    You hope -- you hope with a
21   recommendation that they make a production
22   decision that --
23   Q.    Would yield better prices.
24   A.    Yeah.
25   MS. LEVINE:  Let the witness

345

1    AL POPE - HIGHLY CONFIDENTIAL
2    answer the question.  It doesn't help
3    when the lawyer answers the question
4    for the witness.
5    MR. OLSON:  Did you get the
6    witness' answer to the last question?
7    BY MR. OLSON:
8    Q.    You hope that it would yield
9    better prices.  Correct?
10   MS. LEVINE:  Objection to the
11   form of the question.  The witness can
12   answer the question for himself.
13   BY MR. OLSON:
14   Q.    Mr. Pope?
15   A.    Yes.
16   - - -
17   (Exhibit Pope-36, United Voices
18   dated October 28, 2004, Bates
19   RA0000363 - RA0000372, was marked for
20   identification.)
21   - - -
22   BY MR. OLSON:
23   Q.    I've handed you what's been
24   marked as Pope-36.  This document is Bates
25   stamped RA0000363 through 372.  And I'll ask

87 (Pages 342 to 345)

346

AL POPE - HIGHLY CONFIDENTIAL

if you can identify it as a United Voices from October 28, 2004?

A. Yes.

Q. And I'm just going to ask a couple of brief -- well, actually, why don't you review, if you see on page 2 there's a heading, "Largest Attendance Ever For UEP Meeting," and it goes on for two pages. If you could just review that, please.

A. Yes. (Reviewing document.) Okay.

Q. So this refers to the annual meeting in 2004 that was held in New Orleans. Correct?

A. Yes.

Q. And it says it's the largest attendance ever for a UEP meeting?

A. Yes.

Q. And that included representatives from UEP. Correct?

A. UEP, UEA, USDA, AEB, USEM.

Q. So UEA allied member companies were represented. Correct?

A. Yes.

347

AL POPE - HIGHLY CONFIDENTIAL

Q. And UEA further processors were represented. Right?

A. Yes.

Q. And UEA producer packers were represented. Correct?

A. Yes.

Q. And you received a recognition at that meeting. Correct?

A. I did.

Q. That's what it says.

A. I don't think so.

Q. Well, if you just look, it says, "Al Pope, UEP's President was recognized and applauded for his industry contributions..." But that probably happens so often that they all blur together.

A. No. I try to avoid those.

Q. I see. At the bottom of page 2 there's a sentence that says, "The issue on most everyone's mind was the industry's current economic conditions."

Do you see that?

A. Yes.

Q. That paragraph goes on to say

348

AL POPE - HIGHLY CONFIDENTIAL

that the board approved a plan of action, on the next page.

A. Okay.

MS. LEVINE: Where are you reading?

MR. OLSON: At the end of that paragraph that spills onto page 3, it says, "The Board approved the following plan of action."

BY MR. OLSON:

Q. Do you see that, Mr. Pope?

A. Okay.

Q. That plan of action says that "Hens currently scheduled for disposal between December 1, 2004 and July 1, 2005 must be disposed of four...weeks early or reduce your flock size by 5%." Right?

A. Yeah.

Q. That's what the board approved?

A. The board approved it. Of course the word "must" is wrong because we know it's a voluntary program, so...

Q. When you say it's wrong, you're not suggesting that that's not the word that

349

AL POPE - HIGHLY CONFIDENTIAL

was used at the time?

A. No. That was probably the word. Well, I can't even say that. I mean, somebody wrote this when they got back to Atlanta. And it may have been -- but we all know, we, being the board and the staff, know that when we make these suggestions, that they're all voluntary. Nobody has to do it and we don't have a way to check if they do it.

Q. But you have no reason to dispute that the word "must" is the word that was used at the time, do you?

A. If it will burp you, I will say it doesn't bother me.

Q. I just want to know if -- do you have a recollection of that word?

A. No, I don't recollect it.

Q. When we talk about disposing hens four weeks early, that disposing means essentially you slaughter them. Correct?

MS. LEVINE: Objection to form.

THE WITNESS: No.

BY MR. OLSON:

88 (Pages 346 to 349)

**350**

AL POPE - HIGHLY CONFIDENTIAL

1        AL POPE - HIGHLY CONFIDENTIAL
2    Q.   How else do you dispose of
3 them?
4    A.   They can build additional
5 housing. They can use them somewhere else.
6 I mean, there's are a lot of things that they
7 have to choose to do with it. They may
8 choose to sell it to somebody that is a
9 non-certified member, and they can use it. I
10 mean, I don't know what all the options are.
11 There are just other options besides just --
12 disposing doesn't mean killing them.
13    Q.   Your view is that disposing
14 doesn't mean killing the bird?
15    A.   No.
16    Q.   Do you see where it says, The
17 subject of backfilling the cages was a point
18 of great discussion among all the attendees?
19    A.   Yes.
20    Q.   Do you recall that discussion?
21    A.   We had it so many times, I
22 don't remember this particular one, but...
23    Q.   At the bottom there's a
24 reference to "UEA - Allied Membership
25 Meeting." Do you see that?

**351**

1        AL POPE - HIGHLY CONFIDENTIAL
2    A.   Yes.
3    Q.   It says, "UEA-Allied members
4 continue to be extremely supportive of UEP
5 and of assistance to the egg industry."
6    Do you see that?
7    A.   Yes. Yes.
8    Q.   Is that a fair statement?
9    MS. LEVINE: Objection to form.
10    THE WITNESS: The answer is yes,
11 I'm sorry.
12 BY MR. OLSON:
13    Q.   And this indicates that the UEA
14 allied members held their annual membership
15 meeting in New Orleans around the same time.
16 Is that right?
17    A.   Yes.
18    Q.   And they voted to set aside
19 $20,000 for UEP to use on animal welfare
20 research projects. Is that right?
21    A.   Yes.
22    Q.   They also voted to provide
23 $40,000 for UEP's management. Is that right?
24    MS. LEVINE: Objection to the
25 form of the question.

**352**

1        AL POPE - HIGHLY CONFIDENTIAL
2    THE WITNESS: Yes.
3 BY MR. OLSON:
4    Q.   Put that aside.
5    Did you attend the economic
6 summit that was held in 2004?
7    A.   I believe I did. I think
8 it's -- I have to look and see if I'm listed
9 on there. But it was the one in Chicago, was
10 it?
11        - - -
12    (Exhibit Pope-37, UEP Board of
13 Directors conference call December 16,
14 2004, Bates UE0309108 & UE0309109, was
15 marked for identification.)
16        - - -
17 BY MR. OLSON:
18    Q.   Now you caught me without
19 knowing the answer.
20    A.   This isn't the one you mean.
21    Q.   We'll get to that later.
22    I've handed you what's been
23 marked as Pope-37. This is Bates stamped
24 UE0309108 through 109. I'll ask if you can
25 identify this as the minutes of a UEP Board

**353**

1        AL POPE - HIGHLY CONFIDENTIAL
2 of Directors conference call from
3 December 16, 2004?
4    A.   Yes.
5    Q.   And you participated in that
6 conference call. Correct?
7    A.   I don't see the minutes from
8 it, so I don't really know that. I doubt
9 whether I did.
10    Q.   I'm sorry?
11    A.   I doubt whether I did.
12    Q.   You don't see what?
13    A.   I said -- well, it says I was
14 there, so I was there.
15    Q.   This conference call is where a
16 motion was passed where backfilling would be
17 prohibited under the certified program.
18 Correct?
19    A.   Yes.
20    Q.   And there was a further motion
21 that backfilling, as we've discussed earlier
22 today, would be treated the same as the cage
23 space allowance and would result in a failed
24 audit if it occurred. Correct?
25    A.   Yes.

354

1    AL POPE - HIGHLY CONFIDENTIAL
2       Q.    You can put that aside.
3                - - -
4           (Exhibit Pope-38, 6/14/05
5    Letter, Bates UE0220384, was marked
6    for identification.)
7                - - -
8    BY MR. OLSON:
9       Q.    Do you recall, Mr. Pope, when
10   the Sparboe Companies decided to withdraw
11   from the UEP certified program?
12      A.    No.
13      Q.    I've handed you what's been
14   marked as Pope-38. It's a document Bates
15   stamped UE0220384. I'll ask you if you can
16   identify it as a letter you received from Bob
17   Sparboe?
18      A.    Yes.
19      Q.    That was sent in June 2005?
20      A.    Yes.
21      Q.    And this letter reflects that
22   you and Mr. Sparboe had discussed the Sparboe
23   companies withdrawing from the program?
24      A.    Yes.
25      Q.    Do you recall that discussion?

356

1    AL POPE - HIGHLY CONFIDENTIAL
2    September 6, 2005. Is that what it is, sir?
3       A.    Yeah.
4       Q.    Just to be clear, Sparboe
5    informed you that it was withdrawing from the
6    certified program, but not from UEP.
7    Correct?
8           MS. LEVINE: Object to the form
9       of the question.
10          THE WITNESS: That's what it
11      says in his letter. He subsequently
12      did drop their membership as well for
13      a period of time.
14   BY MR. OLSON:
15      Q.    But at this time, what you had
16   been told was that Sparboe is withdrawing
17   from the program?
18      A.    Right.
19      Q.    And not from UEP altogether.
20   Right?
21      A.    Right.
22      Q.    So it's still a UEP member?
23      A.    Yeah.
24      Q.    This cover letter from Mr.
25   Sparboe refers to him informing you of

355

1    AL POPE - HIGHLY CONFIDENTIAL
2       A.    I'm sorry, I just don't
3    remember whether it was at one of the
4    breakfasts we had up in Minneapolis or
5    whether they were on the phone. I don't
6    remember.
7       Q.    You can put that aside.
8                - - -
9           (Exhibit Pope-39, 9/6/05 Letter
10   with attachment, Bates NL002442 -
11   NL002444, was marked for identification.)
12               - - -
13   BY MR. OLSON:
14      Q.    Let me hand what you we've
15   marked Pope-39. This document is Bates
16   stamped NL002442 through 2444. I'll ask if
17   you can identify it as a letter written to
18   Roger Deffner by Bob Sparboe copying you and
19   others from UEP on September 6, 2009?
20          MS. LEVINE: I'm sorry, can you
21      repeat that question?
22   BY MR. OLSON:
23      Q.    I'll ask if you can identify
24   Pope-39 as a letter written by Bob Sparboe to
25   Roger Deffner copying you and others on

357

1    AL POPE - HIGHLY CONFIDENTIAL
2    Sparboe withdrawing from the program and
3    receiving a letter from you outlining the
4    procedures that would take place when a
5    company terminates its participation in the
6    program?
7       A.    Which is in the guidelines.
8       Q.    Okay. And the letter is
9    attached. Right?
10      A.    Uh-huh.
11      Q.    And you sent this letter that's
12   attached on June 10, 2005. Correct?
13      A.    Yes.
14      Q.    And you outlined the procedures
15   that would follow including certain companies
16   being notified that Sparboe is leaving the
17   program. Right?
18      A.    Ask me the same question again,
19   I absolutely was not listening.
20      Q.    Fair enough.
21          MS. LEVINE: I just want to
22      point out for the record, you have a
23      two-sided copy with one document.
24      You're not suggesting that the back
25      side is the enclosure. Do you want to

**VERITEXT REPORTING COMPANY**
www.veritext.com
(212) 279-9424                                    (212) 490-3430

358

1          AL POPE - HIGHLY CONFIDENTIAL
2     clarify?
3          MR. OLSON:  That is the
4     enclosure that is attached, yeah.
5          MS. LEVINE:  So you're
6     representing that as an enclosure?
7          MR. OLSON:  Well, the cover
8     letter says, "See attached letter."
9          MS. LEVINE:  And this is --
10         MR. OLSON:  Yes.
11    BY MR. OLSON:
12         Q.   So in your letter to Mr.
13    Sparboe on June 10, 2005, you say, "Upon
14    receiving notification that a company has
15    either failed their audit or has voluntarily
16    terminated their commitment, we notify the
17    following."
18         Do you see that?
19         A.   Yes.
20         Q.   And you -- number 1 is "All
21    other ACC companies."
22         A.   Yes.
23         Q.   That means other certified
24    companies.   Right?
25         A.   Yes.

359

1          AL POPE - HIGHLY CONFIDENTIAL
2          Q.   Number 2 is "Urner Barry"?
3          A.   Yes.
4          Q.   Number 3 is "Egg Clearinghouse,
5     Inc."  Right?
6          A.   Yes.
7          Q.   You didn't tell Mr. Sparboe
8     that you would contact Sparboe's customers to
9     tell them anything about what Sparboe had
10    done.  Correct?
11         MS. LEVINE:  Objection to form.
12         THE WITNESS:  It was against our
13    policy to do that.
14         COURT REPORTER:  Could you
15    repeat that?
16         THE WITNESS:  It was against our
17    policy to do that, to contact
18    customers direct.
19    BY MR. OLSON:
20         Q.   And if you look at -- why was
21    that against UEP's policy?
22         A.   We believe that what goes on
23    between our member and his customer is their
24    business and not ours.  We have no right.
25    The only -- I'm not even -- this is not an

360

1          AL POPE - HIGHLY CONFIDENTIAL
2     exception.  The only time we ever contacted a
3     customer would be at the request of one of
4     our members.  I am XYZ company, I've been
5     talking to my egg buyer about the new
6     certified program.  Would you call him up and
7     explain the program.  So that's when we would
8     do it.  Otherwise, I always felt very
9     strongly they should not be contacting any
10    customers, period.  It's too sensitive to us.
11    We're not interested.  We're not in that
12    business, so...
13         Q.   So if you look at the cover
14    of -- the cover letter of Pope-39, this is
15    Mr. Sparboe's letter, and the third
16    paragraph, he writes, "Thereafter it came to
17    my attention that UEP staff member, Gene
18    Gregory, contacted some of our customers,
19    informing them of our withdrawal from the
20    program."
21         Do you see that?
22         A.   I see it.
23         Q.   He goes on to say Sparboe
24    interpreted that as unethical and
25    inappropriate.  Did you investigate, sir, as

361

1          AL POPE - HIGHLY CONFIDENTIAL
2     the UEP president --
3          A.   Yes.
4          Q.   -- whether Mr. Gregory had
5     contacted --
6          A.   Yes.
7          Q.   And had he?
8          A.   Yes.
9          Q.   Who had he contacted?
10         A.   The customer, whoever the
11    customer was.  I don't know who it was, no.
12         Q.   Was Mr. Gregory disciplined at
13    all for doing that?
14         A.   Well, he wasn't fired, but we
15    renewed our commitment not to do that.  It
16    was not fair to Sparboe or anybody else.  I
17    was just adamant about us not doing that.  We
18    got a lot of calls from -- we got many calls
19    over the last three years as we implemented
20    this from buyers and we wouldn't know who
21    their -- we would know who their supplier
22    was, but we -- those calls were all people
23    that were -- that wanted to know more about
24    the program, that's all.  They wanted to know
25    something about the program.  And so we told

362

AL POPE - HIGHLY CONFIDENTIAL
1    them.
2    Q.    Why don't you keep that in
3    front of you in case you need it.
4    A.    Okay.
5          - - -
6          (Exhibit Pope-40, E-mail string,
7    Bates UE0641382, was marked for
8    identification.)
9          - - -
10   BY MR. OLSON:
11   Q.    I've handed what you we've
12   marked as Pope-40.
13   A.    Okay.
14   Q.    This is a document Bates
15   stamped UE0641382. And the e-mail in the
16   middle of the page you identify as one you
17   sent to Tim Hammonds on January 27, 2005.
18   Correct?
19   A.    Yes.
20   Q.    So this is after Sparboe had
21   informed you that it was withdrawing from the
22   program?
23   A.    Yes.
24   Q.    And before Bob Sparboe sent
25

363

AL POPE - HIGHLY CONFIDENTIAL
1    this letter about --
2    A.    Yes.
3    Q.    Tim Hammonds is the gentleman
4    from FMI. Correct?
5    A.    Yes.
6    Q.    That's FMI, the group that
7    represents the customers of UEP members.
8    Correct?
9    A.    Yes.
10   Q.    So you were writing this
11   e-mail --
12   A.    And helped us develop
13   guidelines, yes.
14   Q.    You were writing this e-mail to
15   the trade group that is comprised of the
16   customers of UEP members --
17   A.    Yes.
18   Q.    -- including Sparboe. Right?
19   A.    Yes.
20   Q.    On June 27th, you wrote to Mr.
21   Hammonds, "Greetings from Atlanta." And you
22   go on to tell them -- you go on to say, "From
23   day 1, the Sparboe Company has tried to
24   destroy the industry developed program for
25

364

AL POPE - HIGHLY CONFIDENTIAL
1    the Animal Care Guidelines."
2    Q.    Do you see that?
3    A.    Yes.
4    Q.    And then you go on to tell Mr.
5    Hammonds, "This past week the Sparboe Company
6    dropped its participation in our UEP Animal
7    Care Certified program."
8    Q.    Do you see that?
9    A.    Yes.
10   Q.    You go on to tell him that "We
11   have on good authority that the Sparboe
12   company will spearhead an effort to develop a
13   competing program, of course without the 100%
14   provision."
15   Q.    Do you see that?
16   A.    Yes.
17   Q.    And then you go on to say that
18   you had noted that Sparboe had become
19   associate members of FMI. Do you see that?
20   A.    Yes.
21   Q.    And then you say, "We would
22   respectfully request the FMI maintains its
23   current position of only supporting the UEP
24   guidelines which were jointly developed with
25

365

AL POPE - HIGHLY CONFIDENTIAL
1    FMI."
2    Q.    Do you see that?
3    A.    Yes.
4    Q.    Did you inform Sparboe that you
5    had had that communication with FMI?
6    A.    Not that I recall.
7    Q.    All right. Let me hand you
8    what we've marked as Pope-41.
9          - - -
10         (Exhibit Pope-41, 9/12/05 Letter
11   with attachment, Bates NL002445 -
12   NL002447, was marked for identification.)
13         - - -
14   MS. LEVINE:  Steve, when you
15   have a convenient stopping time, the
16   witness has been going over an hour.
17   MR. OLSON:  Okay. That will
18   happen soon.
19   BY MR. OLSON:
20   Q.    Can you identify -- Well, the
21   Bates number for Pope-41 is NL002445. Can
22   you identify this as a letter that you and
23   Mr. Deffner jointly wrote to Bob Sparboe on
24   September 12, 2005?
25

92 (Pages 362 to 365)

366

AL POPE - HIGHLY CONFIDENTIAL
1       AL POPE - HIGHLY CONFIDENTIAL
2       A.    Yes.
3       Q.    So that's after the date that
4   you had contacted FMI --
5       A.    Yes.
6       Q.    -- and said that Sparboe --
7       A.    Yes.
8       Q.    -- had withdrawn from the
9   program. Right?
10      A.    Well, this was after we were
11  advised by Sparboe that Gene had called on a
12  member of his, I mean a customer of his.
13      Q.    It's also after the date that
14  you had contacted the trade association that
15  represents all of --
16      A.    Well, you're saying that, and
17  maybe it's right.  I just don't -- I don't --
18  you know, if you say that's what it is,
19  that's what it is.
20      MS. LEVINE:  Mr. Pope, you're
21      here to testify to your knowledge, not
22      the lawyer's knowledge.
23      THE WITNESS:  No, I know.
24      MS. LEVINE:  If you're getting
25      tired, just let us know.  We want to

367

1       AL POPE - HIGHLY CONFIDENTIAL
2       testify to only what you know.
3       THE WITNESS:  I'm 76, I'm tired
4       all the time.
5   BY MR. OLSON:
6       Q.    So in Pope-41, this letter that
7   you co-signed, you write back to Sparboe and
8   you say, "I am not aware of what Sparboe
9   customers to which you are referring.  Our
10  policy has been and continues to be..."
11      A.    Yes.
12      Q.    "...not to make voluntary
13  direct contact with customers of our
14  members."
15      A.    Yes.  Yes.
16      Q.    Do you see that?
17      A.    Yes.
18      Q.    You didn't disclose that you
19  had contacted FMI --
20      A.    Well, see --
21      Q.    -- about the situation.
22  Correct?
23      A.    -- FMI doesn't buy any eggs, so
24  are they a customer or not?  They're a
25  representative.  Now, I perceived, and I

368

1       AL POPE - HIGHLY CONFIDENTIAL
2   think any reasonable person would perceive
3   that FMI was integral in developing UEP's
4   guidelines.  So when anything took place as
5   it relates to the guidelines, when I met with
6   FMI, because I'm up in D.C. every other week,
7   I don't perceive them as a customer.  They
8   represent customers, but basically they are a
9   trade association on these issues.  So I
10  don't know.  If you are trying to catch me in
11  saying, well, you did call on the customer,
12  and you didn't -- no, I didn't even -- it
13  never even dawned on me.
14      Q.    So that's the reason why you
15  didn't tell Sparboe that you contacted FMI?
16      A.    Right.
17      Q.    Because it's a trade
18  association and not a customer directly?
19      A.    Yeah, the same thing that he
20  did when he met with FMI and didn't tell me.
21      Q.    You can put that aside.
22          -  -  -
23      (Exhibit Pope-42, 9/12/05 Fax,
24      Bates NL002446 & NL002447, was marked
25      for identification.)

369

1       AL POPE - HIGHLY CONFIDENTIAL
2          -  -  -
3   BY MR. OLSON:
4       Q.    Let me hand you what I've
5   marked as Pope-42.
6       A.    Yes.
7       Q.    This is a document Bates
8   stamped NL002446 through 2447.
9       MS. SUMNER:  I thought that is
10      attached to Pope-41.
11      THE WITNESS:  It was.  It was
12      attached.  This is a repeat.
13      MS. SUMNER:  The same Bates
14      numbers.
15      THE WITNESS:  It's the same --
16      MR. OLSON:  So that's handy
17      then.  So this was attached to 41?
18      THE WITNESS:  Yeah.  Uh-huh.
19      Yeah.
20      MS. SUMNER:  Yes, it's the same
21      Bates.
22  BY MR. OLSON:
23      Q.    It is what it is.  So if we
24  look at 41 --
25      MS. LEVINE:  Did you mark that

370

AL POPE - HIGHLY CONFIDENTIAL

1    AL POPE - HIGHLY CONFIDENTIAL
2    document?
3        MR. OLSON:  Well, we can leave
4    42 in, that's fine.
5    BY MR. OLSON:
6        Q.    If we look at 41, this is a
7    fax -- there's a fax cover sheet that you
8    sent to Kevin Haley on September 12, 2005.
9    Correct?
10        MS. LEVINE:  Object.
11        THE WITNESS:  Yes.
12        MS. LEVINE:  Object to the form.
13    It's from Kevin Haley to Al Pope.
14    BY MR. OLSON:
15        Q.    Yes, correct.  Mr. Haley sent
16    it to you on that date.  Correct?
17        A.    Yes.
18        Q.    What is Mr. Haley relaying to
19    you on this date?
20        A.    He's reconfirming our -- the
21    position that UEP has had as it relates to
22    contacting customers.
23        Q.    Just for the sake of
24    completeness, when you told Mr. Hammonds of
25    FMI that Sparboe had left the program, did

371

1    you direct him that he should not share that
2    with his membership?
3        A.    I didn't do that.  I would -- I
4    would find it highly suspect that he would
5    send something like that to his members.
6        Q.    Now, Mr. Pope, how are you
7    compensated as president of UEP?
8        A.    How come what?
9        Q.    How were you compensated?
10        MS. LEVINE:  As president of
11    UEP.
12        THE WITNESS:  I was on a salary.
13    BY MR. OLSON:
14        Q.    Salary.  Did -- upon your
15    retirement, did you have a pension with UEP?
16        A.    I did.  I don't now.  I mean,
17    I've moved it.  I've moved the 401(k), I
18    moved it out, but was just a standard 401(k).
19        Q.    And since the date that you
20    retired as UEP president, have you done any
21    consulting or other work for UEP or any of
22    its members?
23        A.    No.
24        MR. OLSON:  Let's take a break.

372

1    AL POPE - HIGHLY CONFIDENTIAL
2        VIDEOGRAPHER:  The time is
3    approximately 4:33 p.m.  This ends
4    tape five.  We are now off the record.
5        - - -
6        (A recess was taken.)
7        - - -
8        VIDEOGRAPHER:  The time is
9    approximately 4:44 p.m.  This begins
10    tape six.  We are back on the record.
11    BY MR. OLSON:
12        Q.    Mr. Pope, did you ever contact
13    Walmart to encourage them to buy eggs only
14    from animal -- or only from certified
15    producers?
16        A.    No.
17        Q.    Did you ever contact an
18    organization called The Canada Egg Marketing
19    Agency to encourage them to buy from
20    certified producers as opposed to Sparboe?
21        A.    Not that I'm aware.  We have a,
22    I think a special relationship with Canadian
23    Egg Marketing Agency, because one side or the
24    other certainly affects their marketplace.
25    And so we've extended the courtesy of CEMA to

373

1    AL POPE - HIGHLY CONFIDENTIAL
2    attend some of our board meetings.  Some they
3    come, some they don't.  Then I see the same
4    people at the International Egg Commission
5    meeting.
6        MR. OLSON:  That's all I have
7    for you as of now subject to follow up
8    based on questions from your counsel.
9    Thanks for your time today.
10        THE WITNESS:  You bet.  Thanks.
11        MS. LEVINE:  Mr. Olson, before
12    the other questions, there was one
13    question that I objected to on the
14    basis of privilege that I'm going to
15    withdraw the objection.  If you would
16    like the opportunity to ask that
17    question, I'm going to find it, I'm
18    going to read you your question, then
19    you -- and if you want to ask the
20    witness the question, you can ask him.
21        MR. OLSON:  Do you happen to
22    know what document?
23        MS. LEVINE:  It's not a
24    document.
25        MS. SUMNER:  It is.  It's

94  (Pages 370 to 373)

374

1       AL POPE - HIGHLY CONFIDENTIAL
2    Exhibit Number 5.
3            MS. LEVINE:  But it wasn't
4    having to do with it.  It was in the
5    context, but it wasn't -- it was a
6    general document --
7            MR. OLSON:  Oh, that one.
8            MS. LEVINE:  It was a general
9    question.  So your question is, "Did
10   UEP receive other memoranda, to your
11   knowledge, other than the ones in this
12   Exhibit 5 regarding legal issues
13   related to UEP's compliance with the
14   Capper-Volstead Act?"  I'll get out
15   Number 5.
16   BY MR. OLSON:
17       Q.    You can answer.
18       A.    I don't know.  I mean, I don't
19   understand the question, I guess.  I'm not
20   sure what the question is.  Okay.  So this
21   one here -- okay.  So now I'm back on the
22   page.  All right.  What was the question?
23           MS. LEVINE:  Hold on.  Let's get
24   the exhibit out.  I don't have my
25   exhibit.  Hold on.

375

1       AL POPE - HIGHLY CONFIDENTIAL
2            I'm just going to -- Steve, if
3    it's okay, I'm just going to read from
4    your question from the transcript.
5            MR. OLSON:  Sure.  And just can
6    I just reorient him that this is the
7    document we discussed earlier that has
8    two memos from Irving Isaacson about
9    the Capper-Volstead Act.
10           MS. LEVINE:  This is Mr. Olson's
11   question, "Did UEP receive other
12   memoranda, to your knowledge, other
13   than the ones in this Exhibit 5
14   regarding legal issues related to
15   UEP's compliance with the
16   Capper-Volstead Act?"
17           THE WITNESS:  To my knowledge,
18   no.
19           MS. LEVINE:  One more
20   clarification, Mr. Olson --
21           THE WITNESS:  It's hard to say
22   because it was -- you know, he was
23   there for 30 years, so you're asking
24   me about one here and I'm just saying
25   I don't recall any others, but there

376

1       AL POPE - HIGHLY CONFIDENTIAL
2    might have been.
3            MS. LEVINE:  And, Mr. Olson, you
4    also asked a question about UE0153457,
5    and it's a two-page document, and UEP
6    has redacted that document, but you
7    had a question about Paul Bahan.  We
8    stand by our privilege objection.
9    However, if you want to ask him the
10   question you had about Paul Bahan with
11   an agreement that allowing you to ask
12   the question here today for efficiency
13   purpose is not a waiver of UEP's
14   objection, I would allow you to ask it
15   if at such time you move and there
16   needs to be further follow up, we can
17   do it now, with that agreement only.
18           MR. OLSON:  I understand the
19   part about there not being a waiver.
20   What's the other part?  Oh, if there
21   needs to be further follow up from
22   this witness?
23           MS. LEVINE:  If you decide to
24   move, we will have a professional
25   debate about privilege.  And if the

377

1       AL POPE - HIGHLY CONFIDENTIAL
2    judge allows further questioning,
3    we'll have that questioning now.  If
4    the judge does not allow it, this
5    question will not be a part of the
6    record.  In other words, I'm allowing
7    you to ask your questions now.  If the
8    judge is allowing the questions, you
9    will have had them and you do not have
10   to fly down to Atlanta, we will not
11   produce witness again.  But if the
12   judge does not allow the questioning,
13   these questions and answers will be
14   stricken from this lawsuit because the
15   judge stood by the privilege
16   assertion.
17           MR. OLSON:  I'm not exactly sure
18   what stricken from the lawsuit means,
19   but if the judge doesn't allow the
20   questioning, then I assume it won't
21   come into the record.
22           MS. LEVINE:  We'll make this
23   part of the record highly
24   confidential.  Stamp this highly
25   confidential, this part of the record.

95 (Pages 374 to 377)

---

378

AL POPE - HIGHLY CONFIDENTIAL

1
2       MR. OLSON:  Can I read the
3   language that I have in the
4   un-redacted version that I wanted to
5   ask about?
6       MS. LEVINE:  Yes, the two
7   sentences about Paul Bahan.
8       MR. OLSON:  I believe it's just
9   one sentence.
10      MS. LEVINE:  One sentence.  And
11  I'm going to hand the witness the
12  document.
13      MR. OLSON:  He probably already
14  has it, but that's fine.
15      MS. SUMNER:  I think he has a
16  redacted.
17      MS. LEVINE:  He has a redacted.
18      MR. OLSON:  You're handing him
19  the un-redacted.
20      MS. LEVINE:  It's UEP's
21  privilege, so it's okay.
22  BY MR. OLSON:
23      Q.   So this is -- we're talking
24  about an un-redacted version of Exhibit 14, I
25  believe.  Yes, Exhibit 14.  This is a special

---

379

AL POPE - HIGHLY CONFIDENTIAL

1
2   called UEP marketing conference call dated
3   September 24, 2001?
4       A.   Yes.  Uh-huh.
5       Q.   All right.  So I started to ask
6   you earlier about something in the minutes on
7   the second page that says -- where it says,
8   Paul Bahan, is that how you say his name?
9       A.   Bahan.
10      Q.   Paul Bahan suggested that we
11  might be able to use the animal welfare space
12  density recommendations as justification for
13  a flock reduction without it being a legal
14  problem.  Do you see that?
15      A.   Yes.
16      Q.   Do you recall Mr. Bahan making
17  that suggestion?
18      A.   No.
19      Q.   Do you recall the discussion
20  that followed about that suggestion?
21      A.   No.
22      Q.   Okay.
23      A.   And another question that you
24  had asked --
25      MS. LEVINE:  That's the only

---

380

AL POPE - HIGHLY CONFIDENTIAL

1
2   question that's on the table.
3       THE WITNESS:  That's the only
4   question.  Okay.
5       MR. OLSON:  Should I pass the
6   witness at this time?
7       MS. LEVINE:  Yes.
8       MR. OLSON:  I'll pass the
9   witness subject to any follow up
10  that's necessary.  Thank you.
11      MS. LEVINE:  That just means
12  they're moving counsel.
13      THE WITNESS:  Oh, okay.
14      MR. OLSON:  We can go off the
15  record.
16      VIDEOGRAPHER:  The time is
17  approximately 4:52 p.m.  We're off the
18  record.
19          - - -
20      (A recess was taken.)
21          - - -
22      VIDEOGRAPHER:  The time is
23  approximately 4:53 p.m.  We are back
24  on the record.
25          - - -

---

381

AL POPE - HIGHLY CONFIDENTIAL

1
2               EXAMINATION
3           - - -
4   BY MR. SLIDDERS:
5       Q.   Good afternoon, Mr. Pope.
6       A.   Good afternoon.
7       Q.   My name is Charles Slidders.
8       A.   Representing?
9       Q.   The Indirect Purchaser
10  Plaintiffs.  I know it's been a long day for
11  you, sir.
12      A.   Thank you.
13      Q.   I know that you've given
14  truthful and accurate advice, testimony
15  throughout the day.
16      A.   Yes.
17      Q.   Are you able to continue to
18  give truthful advice?
19      A.   Yes.
20      Q.   There's nothing preventing you
21  from doing so?
22      A.   No.
23      Q.   If I could just ask to -- what
24  is Urner Barry?
25      A.   Urner Barry is an organization

---

VERITEXT REPORTING COMPANY

(212) 279-9424        www.veritext.com        (212) 490-3430

382

1      AL POPE - HIGHLY CONFIDENTIAL
2   for 100 years that has been a market
3   reporter. And he gets up every morning and
4   he calls a couple of dozen people, chain
5   stores, he asks them what they pay for eggs.
6   They lie to him a couple of cents. Then he
7   calls the producers and he gets an idea of
8   what they're selling them for. They add a
9   couple of cents. He puts it all together and
10  he comes out with what today's quote is on
11  eggs after he's done. So -- and he's been
12  doing that for a hundred years. You would
13  think that we would use some other form of
14  price discovery, but that's what producers
15  have been using. They've been doing it for a
16  hundred years, they don't want to change. So
17  they usually use it as a barometer by which
18  to approach their customers and sell them in
19  relationship, some relationship to Urner
20  Barry. I don't know what.
21      Q.    So is Urner Barry the industry
22  standard for cost discovery?
23      A.    Yes, they do fish, they do
24  turkeys, they do, you know, a lot of items.
25      Q.    Did the UEP receive or

383

1      AL POPE - HIGHLY CONFIDENTIAL
2   subscribe to and received Urner Barry's price
3   current reports?
4      A.    No.
5      Q.    Are you familiar with the --
6      A.    Yes. Uh-huh.
7      Q.    If I could just tender
8   Exhibit 43.
9                  - - -
10          (Exhibit Pope-43, Urner Barry
11      report, Bates UE0170418 - UE0170429,
12      was marked for identification.)
13                  - - -
14          MR. SLIDDERS: I'll give you
15      three of these documents.
16          If we can just read into the
17      record the Bates numbers for those two
18      documents. I think number 43, the
19      Bates number is UE0170418 to
20      EU0170429.
21                  - - -
22          (Exhibit Pope-44, Urner Barry
23      report, Bates UE0170130 - UE0170141,
24      was marked for identification.)
25                  - - -

384

1      AL POPE - HIGHLY CONFIDENTIAL
2          MR. SLIDDERS: That's
3      Exhibit 44. That's Bates numbered
4      UE0170130.
5   BY MR. SLIDDERS:
6      Q.    If you could quickly have a
7   look at those documents.
8      A.    Yes.
9      Q.    Are they typical Urner Barry
10  reports?
11      A.    Yes.
12      Q.    Could you just look at --
13      A.    I think most people in the
14  industry all do it by phone and e-mails now.
15  This -- I don't even know if they're still
16  publishing it. Maybe they are. But these
17  are 2000, 2001. I'm not even sure they're
18  publishing these anymore.
19      Q.    In the middle of those -- these
20  two documents. In the middle of the front
21  page, the middle column under the title "EGG
22  SITUATION," it says, "Retail Demand Slowing
23  Market Adjusting to Increasing Supply."
24      A.    Yeah.
25      Q.    And then it says, "Retail

385

1      AL POPE - HIGHLY CONFIDENTIAL
2   Demand Fair Supplies Available Market
3   Adjusting."
4      A.    Yes.
5      Q.    So does Urner Barry report on
6   retail issues?
7          MS. LEVINE: Objection to the
8      form of the question.
9          THE WITNESS: Well, yeah, he
10      calls -- I mean, I explained that he
11      calls a company, Kroger, calls the
12      buyer at Kroger and says, are you
13      getting any increased demand or
14      decreased demand. So from that
15      standpoint, then he's a market
16      evaluator or something like that.
17  BY MR. SLIDDERS:
18      Q.    Okay. So they report on retail
19  issues?
20      A.    Yes.
21      Q.    If I could just --
22      A.    Could you define -- I'm trying
23  to define what customers you represent. I
24  don't remember what that is. What did you
25  say you represent?

97 (Pages 382 to 385)

386

AL POPE - HIGHLY CONFIDENTIAL

1  Q.   The Indirect Purchaser
2  Plaintiffs.
3  A.   Who is that?  Who is the
4  Indirect Purchaser Plaintiffs?
5  Q.   We're like the end purchasers
6  of eggs.
7  A.   The end purchasers.  So it
8  could be a consumer.  It could be Kraft.  It
9  could be --
10  Q.   Well, no.
11  A.   Why?  You're the end purchaser
12  of eggs.
13  Q.   If we just leave it to I'll ask
14  the question and discuss it at some other
15  time.
16  If I could just tender another
17  document.
18  - - -
19  (Exhibit Pope-45, Shell Egg
20  Marketing Committee May 14, 2002,
21  Bates CM00190223 - CM00190239, was
22  marked for identification.)
23  - - -
24  BY MR. SLIDDERS:

1  Q.   The Indirect Purchaser
2  Plaintiffs.
3  A.   Who is that?  Who is the
4  Indirect Purchaser Plaintiffs?
5  Q.   We're like the end purchasers
6  of eggs.
7  A.   The end purchasers.  So it
8  could be a consumer.  It could be Kraft.  It
9  could be --
10  Q.   Well, no.
11  A.   Why?  You're the end purchaser
12  of eggs.
13  Q.   If we just leave it to I'll ask
14  the question and discuss it at some other
15  time.
16  If I could just tender another
17  document.
18
19  - - -
20  (Exhibit Pope-45, Shell Egg
21  Marketing Committee May 14, 2002,
22  Bates CM00190223 - CM00190239, was
23  marked for identification.)
24  - - -
25  BY MR. SLIDDERS:

387

AL POPE - HIGHLY CONFIDENTIAL

1
2  Q.   Mr. Pope, I've just handed you
3  a document entitled Exhibit 45.
4  A.   Okay.
5  Q.   Now -- sorry, just have some
6  copies.
7  MS. LEVINE:  What number is
8  this?
9  MR. SLIDDERS:  45.
10  BY MR. SLIDDERS:
11  Q.   Can you identify that document?
12  A.   Yeah, it appears to be a copy
13  of our meeting in Washington, D.C. in 2002.
14  Q.   Now, if we could just turn to
15  the third page of that document, the page
16  numbers are not named, but it's CM00190225.
17  A.   Okay.
18  Q.   Now, that refers to a "UEP
19  Marketing Committee Meeting Conference Call"
20  dated March 11, 2002?
21  A.   Okay.
22  Q.   Do you recall that conference
23  call?
24  A.   No.
25  Q.   It lists you as being present

388

AL POPE - HIGHLY CONFIDENTIAL

1  during that call.
2  A.   Well, it says I was, but from a
3  contributing standpoint, I don't contribute
4  very much to it.  I mean, I listen to it,
5  that's about it.
6  Q.   There's no reason to suggest
7  that you weren't on that call?
8  A.   No.
9  Q.   Now, Dolph Baker was the
10  chairman at the time.  If you could just read
11  the next paragraph.  Baker stated that the
12  purpose of the call was to discuss the
13  post-Easter egg market.  What happens to eggs
14  after Easter typically?
15  A.   Typically we're in -- you know,
16  we've built up our demand, we scheduled our
17  flock so they're peaking in March and April,
18  and then Easter comes and the demand takes a
19  dramatic drop down.  And historically, this
20  is when the breakers would come in and buy
21  eggs at that time, a lot more than just
22  usual.
23  Q.   So he says -- goes on to say,
24  "Based upon history we could expect a major

389

AL POPE - HIGHLY CONFIDENTIAL

1
2  market adjustment downward after Easter."
3  A.   Yes.
4  Q.   Then he goes on to say, "Some
5  forecasters were estimating that the market
6  could go as low as 55 cents for large eggs."
7  A.   Right.  Uh-huh.
8  Q.   What process is he referring to
9  there?
10  MS. LEVINE:  Objection to the
11  form of the question.  The witness
12  said he didn't remember this document.
13  THE WITNESS:  When he refers to
14  a price there, without -- I mean, when
15  he -- he's just sitting in a
16  conversation, he makes his price, he's
17  referring to an Urner Barry price,
18  because that's kind of just -- that's
19  the one everybody looks at.
20  BY MR. SLIDDERS:
21  Q.   That's the price everyone looks
22  at?
23  A.   Yeah.
24  Q.   Then he goes on to say that we
25  all know May to July are historically poor

98 (Pages 386 to 389)

390

1     AL POPE - HIGHLY CONFIDENTIAL
2  months so why not make some supply
3  adjustments.
4     A.    Right. Uh-huh.
5     Q.    What does -- can I ask you,
6  sir, what do you think he means by
7  "historically poor months"?
8        MS. LEVINE: Objection to the
9     form of the question.
10       MR. McKENNEY: Objection to the
11    form. Lack of foundation. Calls for
12    speculation.
13       COURT REPORTER: Who was that,
14    please?
15       MR. OLSON: Who's on the phone?
16       MR. McKENNEY: Jason McKenney on
17    behalf of Cal-Maine Foods.
18       THE WITNESS: I think here
19    you've got to ask Dolph Baker, he's
20    the chairman of the committee. And,
21    you know, they're making
22    recommendations or they're talking
23    economics which we -- the whole
24    industry does at UEP meetings for
25    years and years, it's just another

391

1     AL POPE - HIGHLY CONFIDENTIAL
2     time. And we hope that it helps
3     members make decisions.
4        MR. SLIDDERS: If I put Exhibit
5     46.
6              - - -
7        (Exhibit Pope-46, U.S. Farm and
8     Retail Egg Price Relationships - 1982
9     to 2005, Bates UE0155821 - UE0155831,
10    was marked for identification.)
11             - - -
12 BY MR. SLIDDERS:
13    Q.    Can you identify this document
14 for us? I'm sorry, this document is Bates
15 numbered UE0155821 to UE0155831.
16    A.    Okay.
17    Q.    Can you identify this document?
18    A.    It's one put out by USDA.
19    Q.    It's "U.S. Farm and Retail Egg
20 Price Relationships - 1982 to 2005."
21    A.    Uh-huh.
22    Q.    If you look down the bottom
23 it's prepared by Don Bell.
24    A.    Okay.
25    Q.    If we could just turn to Figure

392

1     AL POPE - HIGHLY CONFIDENTIAL
2  1.
3        MS. LEVINE: What page?
4  BY MR. SLIDDERS:
5     Q.    On page 2. Now, this is a
6  reflection of the monthly egg prices from
7  1982 to 2005. Correct?
8        MS. LEVINE: Objection to the
9     form of the question. If this witness
10    knows, he's familiar with this
11    document.
12       THE WITNESS: This is the first
13    time I've seen the chart. I mean, I
14    know -- I see that it went by my desk,
15    but I just -- it just blows my mind to
16    look at numbers like this. I have no
17    idea -- now, there are guys in the
18    industry that are very statistical
19    oriented. So when they get the USDA
20    figures, they go over them with a fine
21    tooth comb. Me, I have no idea.
22 BY MR. SLIDDERS:
23    Q.    Now, just look at the first
24 table, though. We can scan down, go to 2002.
25    A.    Okay.

393

1     AL POPE - HIGHLY CONFIDENTIAL
2     Q.    March to April.
3     A.    Okay.
4     Q.    Now, there's prices 0.515 and
5  then 4.321. Correct?
6     A.    Yes.
7     Q.    Now, that's the farm prices,
8  the farm egg prices. Is that correct?
9        MS. LEVINE: Objection to the
10    form of the question. The witness
11    just told you he doesn't remember the
12    document, he doesn't look at figures.
13    I don't really think it's appropriate
14    to read a chart.
15 BY MR. SLIDDERS:
16    Q.    Is that consistent with the
17 fall of egg prices after Easter?
18       MS. LEVINE: Objection to the
19    form of the question. If the witness
20    knows sitting here today in 2013 about
21    a 2005 document.
22       THE WITNESS: And I know very
23    little about production. See up here
24    they -- USDA does it different than
25    the rest of the industry. We've got

99 (Pages 390 to 393)

**394**

1    AL POPE - HIGHLY CONFIDENTIAL
2    non-processed eggs.  That means when
3    they're non-processed, they're not in
4    the carton, they aren't in a flat,
5    they're just coming out of the chicken
6    house.  So it's -- I guess we would
7    call a farm gate price.  And then you
8    have all the processing and other
9    things on top of it.  And then that
10   would be what we would consider the
11   Urner Barry price I guess.
12       MS. LEVINE:  We don't want you
13   to guess, Mr. Pope.
14       THE WITNESS:  I am guessing.
15   I'm guessing on all of this.
16       MS. LEVINE:  Okay.  You're
17   guessing --
18       THE WITNESS:  I don't know a
19   thing about the economics.
20   BY MR. SLIDDERS:
21       Q.    Neither do I.
22       A.    Yeah.
23       Q.    Trust me.  If we could just go
24   down and look at the next table, Table 2,
25   which is entitled, "Retail Egg Prices."  Then

**395**

1    AL POPE - HIGHLY CONFIDENTIAL
2    if you go down to 2002 again, and see the
3    price from April, 1.047, to May, 0.997.
4        A.    Uh-huh.
5        Q.    As you sit here today and
6    reflect on your time as president of the UEP,
7    is that consistent with the fall in egg
8    prices after Easter?
9        A.    I don't know.  I mean, I have
10   to look at it longer than here to even give
11   you an opinion, and then it would be
12   certainly not an educated opinion.
13       Q.    Okay.  No problem.
14       A.    I do want to answer for you, if
15   I can.
16       Q.    I understand, sir.
17       A.    Can you imagine all this stuff
18   Don Bell doing during a board meeting and
19   going over all these numbers?
20       MS. LEVINE:  There's no question
21   on the table.
22       THE WITNESS:  Well, I'm just
23   taking -- there's a little void.  I
24   don't like voids.
25       MS. LEVINE:  We've noticed, Mr.

**396**

1    AL POPE - HIGHLY CONFIDENTIAL
2    Pope.
3        MS. ANDERSON:  We like voids,
4    Mr. Pope.
5        - - -
6        (Exhibit Pope-47, 3/24/04 E-mail
7    with attachment, Bates UE0880125 -
8    UE0880127, was marked for
9    identification.)
10       - - -
11   BY MR. SLIDDERS:
12       Q.    Pass you another exhibit, mark
13   it Pope-47.  For the record, this document is
14   Bates numbered UE0880125 through to
15   UE0880127.  Can you identify this document,
16   Mr. Pope?
17       A.    Yeah.  It was obviously a
18   communication between Don Bell and myself and
19   Gene.  And he sent it to me as a courtesy,
20   and also I read it, but basically I would
21   leave it to Gene, Gene does the economics and
22   he also does the newsletter which is where
23   this would go.  And if there was any
24   commentary on it, Gene might make commentary
25   on it.

**397**

1    AL POPE - HIGHLY CONFIDENTIAL
2        Q.    Can you recall seeing this
3    document?
4        A.    No.
5        Q.    Now, at the top of the report
6    under where it says, "Don Bell's Table Egg
7    Layer Flock Projections and Economic
8    Commentary."  It says, "This report is
9    written by Don Bell, University of California
10   Poultry Specialist, emeritus, under the
11   sponsorship of United Egg Producers."
12       A.    Okay.
13       Q.    So did the United Egg Producers
14   pay Don Bell for this report?
15       A.    We have from time to time.  It
16   would always be on a -- you know, when we ask
17   for a report, we -- they never tell us how
18   much.  We just send a couple hundred dollars
19   or something, about what it amounted to.
20       Q.    Now, the document refers to the
21   significant price increases between -- if you
22   could just familiarize yourself with the
23   document for a second -- for a moment.  And
24   then have you had a chance to look at it?
25       A.    This one here?

100  (Pages 394 to 397)

398

AL POPE - HIGHLY CONFIDENTIAL

1        AL POPE - HIGHLY CONFIDENTIAL
2    Q.   The second page.
3    A.   Yeah.  Okay.
4    Q.   Now, it refers -- is it fair to
5  say it refers to significant price increases
6  between 2003, and I quote from the second
7  paragraph, "Annual egg price increases
8  between 2002 and 2003 were estimated by the
9  USDA to average 17.4 cents/dozen."  The start
10  of the paragraph it says, "We are all aware
11  of the extremely high (record high) egg
12  prices that occurred in late November/early
13  December of 2003."
14        MS. LEVINE:  Is there a question
15    on the table?
16  BY MR. SLIDDERS:
17    Q.   If we could just go to the
18  third paragraph, "There are many theories
19  about why prices exceeded everyone's
20  expectations, but we believe they were
21  affected by a combination of supply and
22  demand circumstances that elevated prices
23  beyond historical experience."
24        Now, when Mr. Bell refers to
25  "supply and demand circumstances," in your

399

1        AL POPE - HIGHLY CONFIDENTIAL
2  experience, what does he mean?
3        MS. LEVINE:  Objection to the
4    form of the question.
5        THE WITNESS:  I don't know, you
6    have to ask Don.  This stuff to me is
7    just like looking in my computer which
8    I have trouble getting e-mails off of.
9    I didn't talk to Don about this.  I
10    think Don was probably solicited by
11    myself or Gene to explain to our
12    members what's going on economically.
13    That's all he was doing.
14  BY MR. SLIDDERS:
15    Q.   Okay.  Then if you go to the
16  last half of that paragraph, it says, "Demand
17  was especially strong as evidenced by the
18  consumer's willingness to buy the same amount
19  of product for significantly higher prices."
20    A.   Yes.
21    Q.   "Consumer prices of less than
22  $1 per dozen may have become a thing of the
23  past.  Annual retail prices for 2003 were
24  reported to be $1.25 per dozen for the year
25  and $1.55 for December for the U.S."  Now --

400

1        AL POPE - HIGHLY CONFIDENTIAL
2    A.   It's interesting --
3        MS. LEVINE:  There's no question
4    on the table, Mr. Pope.
5  BY MR. SLIDDERS:
6    Q.   These are references to retail
7  prices.  Is that correct?
8        MS. LEVINE:  Object to the form
9    of the question.
10        THE WITNESS:  Don has made some,
11    yeah.
12  BY MR. SLIDDERS:
13    Q.   He goes on to say, "The result
14  was:  a huge improvement in industry revenue
15  of ONE BILLION DOLLARS (or more)..."
16        Now, is it correct to say that
17  the increased retail prices in 2003 result in
18  increased revenue for egg producers who are
19  farmers?
20        MS. LEVINE:  Objection to the
21    form of the question.  I think this
22    witness has told you time and time
23    again --
24        MR. SLIDDERS:  Not me.
25        MS. LEVINE:  -- he doesn't

401

1        AL POPE - HIGHLY CONFIDENTIAL
2    remember this document, he doesn't
3    know about economics.  You're just
4    reading from it, I think there is a
5    better witness for you.
6        MR. SLIDDERS:  I understand.
7  BY MR. SLIDDERS:
8    Q.   In your experience?
9    A.   I gave you my experience.  It
10  goes down after Easter.  We try to encourage
11  producers to balance their supplies with
12  demand.  But as you can see, sometimes they
13  do and sometimes they don't.  And I sure as
14  hell know it isn't just because UEP is asking
15  them to.  They do it because when you get
16  economic costs of $0.42 to produce a dozen
17  eggs, you're losing enough money that you
18  might listen to something.  But it is an area
19  that I'm very weak in and that's why I always
20  had somebody that knew a lot more than I did
21  about statistics and actually about chickens.
22        MR. SLIDDERS:  Mr. Pope, I have
23    no further questions.
24        THE WITNESS:  Thank you.  Sorry
25    if I didn't answer them the way you --

101 (Pages 398 to 401)

402

1    AL POPE - HIGHLY CONFIDENTIAL
2    you know, fully, because I would like
3    to do that with anybody.
4         MR. SLIDDERS: I understand, Mr.
5    Pope.
6         THE WITNESS: Especially with --
7    if I have some representatives here
8    from my customers, industry customers.
9         MR. SLIDDERS: Can we just go
10   off the record?
11        VIDEOGRAPHER: The time is
12   approximately 5:14 p.m. We're off the
13   record.
14            - - -
15        (A recess was taken.)
16            - - -
17        VIDEOGRAPHER: The time is
18   approximately 5:40 p.m. We are back
19   on the record.
20        MS. LEVINE: Mr. Pope, we're
21   going to have questions from some of
22   the defense counsel now.
23        THE WITNESS: Okay.
24        MS. LEVINE: The plaintiffs are
25   finished.

404

1    AL POPE - HIGHLY CONFIDENTIAL
2    sent...," that refers to Dolph Baker?
3         A.    Yes, it would.
4         Q.    And Dolph Baker is an employee
5    of Cal-Maine Foods. Is that right?
6         A.    Yes.
7         Q.    So Terrie Baker --
8         A.    Right. I can see --
9         Q.    -- was not in attendance at
10   this meeting?
11        A.    No, that's right. When you
12   asked me that, right away I said -- because I
13   thought of Terrie, too.
14        Q.    But Terrie Baker of Michael
15   Foods was not in attendance?
16        A.    Yeah, Terrie wasn't there.
17   This is Dolph.
18        MS. ANDERSON: I have no further
19   questions.
20        THE WITNESS: Yeah. Okay.
21        MS. LEVINE: You know what,
22   Troy, why don't I ask the questions
23   first and then I'll move and you can
24   ask the questions.
25            - - -

403

1    AL POPE - HIGHLY CONFIDENTIAL
2            - - -
3        EXAMINATION
4            - - -
5    BY MS. ANDERSON:
6         Q.    Mr. Pope, I just have one
7    question. My name is Carrie Anderson. I'm
8    with Weil, Gotshal. I represent Michael
9    Foods.
10        A.    Okay.
11        Q.    Follow-up question for you on
12   Pope Exhibit 14. If you could pull that
13   document out.
14        A.    Got it.
15        Q.    At the top of Pope Exhibit 14,
16   it states, "Marketing Committee Chairman,
17   Dolph Baker called the meeting to order at
18   2:00 PM..." Do you see that?
19        A.    Yes.
20        Q.    And below the list of names
21   there are several paragraphs that begin with
22   "Baker..."
23        A.    Yes.
24        Q.    Those Baker references such as
25   "Baker noted that the UEP office had

405

1    AL POPE - HIGHLY CONFIDENTIAL
2        EXAMINATION
3            - - -
4    BY MS. LEVINE:
5         Q.    Good evening, Mr. Pope.
6         A.    Good evening.
7         Q.    You have been very patient
8    today.
9         A.    Fire away.
10        Q.    I'm going to ask you some
11   questions.
12        A.    Okay.
13        Q.    If you get tired and you need
14   to break, you just tell me. Okay?
15        A.    All right.
16        Q.    And like with everybody else,
17   you have to wait until I finish the question.
18        A.    Okay.
19        Q.    And then you can answer it
20   after you've thought about it. Okay?
21        A.    Okay.
22        Q.    Earlier today when Mr. Olson
23   asked you some questions, you testified that
24   the UEP board meetings were sometimes opened.
25   Were all UEP board meetings open, every

102 (Pages 402 to 405)

406

1    AL POPE - HIGHLY CONFIDENTIAL
2  single one of them?
3         MR. OLSON:  Objection to form.
4         THE WITNESS:  I believe that all
5     the time I was at UEP they were all
6     open.
7  BY MS. LEVINE:
8     Q.    Was there ever a board meeting
9  that you went into executive session for
10 sensitive issues?
11        MR. OLSON:  Objection to form.
12        THE WITNESS:  Yes.
13 BY MS. LEVINE:
14    Q.    Were there ever board meetings
15 that were done by the telephone, a special
16 meeting?
17    A.    Yes.
18    Q.    Were Executive Committee
19 meetings opened?
20    A.    No.
21    Q.    What is the best way to
22 determine who was at any particular UEP
23 meeting?
24    A.    Minutes from that meeting.
25    Q.    I'm going to ask you a couple

407

1  of questions about the Scientific Committee.
2     A.    Okay.
3     Q.    Do you know a Dr. Jeff
4  Armstrong?
5     A.    Yes.
6     Q.    Tell me how you first met him.
7     A.    Yes.  Of course, I told you
8  earlier of my involvement with animal welfare
9  with our friends across the pond.  And so it
10 was very a high level concern to me because I
11 really didn't know how to answer, I didn't
12 know what we could do as an industry.  So a
13 memo or something came across my desk, it was
14 probably in somebody's newspaper or
15 something, and I saw that USDA was funding an
16 animal wellness center.  Now, the minute I
17 hear some animal wellness, my antenna starts
18 going up and I'm thinking now I got to not
19 only fight the animal welfare groups, I have
20 to fight the USDA, they're setting up a
21 wellness center now.  So I was a little upset
22 about it.  I saw that they were doing this
23 funding and I saw that Jeff Armstrong, who
24 was from NC State, didn't know him from Adam,

408

1    AL POPE - HIGHLY CONFIDENTIAL
2  was going to be running this wellness center.
3         So I called up one of our board
4  members in that local area that has close
5  ties to Purdue, because that's where it was
6  based, and my producer from that -- from
7  that -- from our customer said, Ali says, I
8  met Jeff, and he says, I think that he is
9  really one sharp person.  And I think you
10 should just call him and talk to him on the
11 phone and ask him the questions you have to
12 ask.  So I did.
13        I just got on the phone, I call
14 up Jeff, and introduced myself, told him who
15 I was.  We ended up talking about a half
16 hour, 45 minutes because he was, of course,
17 enthusiastic about his new endeavor with USDA
18 in this wellness center, and he had a lot of
19 animal agriculture background.  So that's how
20 I met him.  And as a result of that meeting,
21 just on the phone, we said what if we just
22 have a brainstorming session, you bring in,
23 you know, bird psychologists, whatever, you
24 know, because we got those now, and you bring
25 in somebody that's particularly good in this

409

1    AL POPE - HIGHLY CONFIDENTIAL
2  area, that area or whatever.  And there was a
3  one person there whose name was Scotti
4  Hester, she was from Purdue, did a lot of
5  work with the poultry industry in Indiana.
6  And then there was another one called Jan
7  Swanson.  Jan Swanson was probably, besides
8  Jeff, the most credible recognizable
9  authority on animal welfare.  Jan was with
10 Kansas State at the time.  One came in from
11 the Northwest.  I had a couple of producers
12 come in.  We had a blank piece of paper on
13 the wall.  And we said, okay, what do we do
14 if we start.  Well, first of all, one of the
15 things they asked me was if I would send them
16 my guidelines from '83.  Well, I felt pretty
17 small after they got in the meeting and just
18 tore those apart.  They just said they're
19 just -- you know, you just can't use these
20 kind of weasel words, Al.  You can't say
21 should or may.  It's got to say this is what
22 the guideline is, period, and put a number to
23 it, put a space to it, do whatever.  Okay.
24 So we said, okay, what do we have to do to
25 get started on this.  I didn't have any

103  (Pages 406 to 409)

410

1    AL POPE - HIGHLY CONFIDENTIAL
2  direction other than I could look at it from
3  my board or the American Egg Board.  Both
4  would be really impacted with something like
5  this.  So we said at the meeting, the first
6  thing we were going to do, or that we
7  suggested was that we'd establish a
8  Scientific Advisory Committee that Jeff felt
9  was beyond reproach, that was his idea.
10 Okay.
11     Q.    And who selected --
12        MR. OLSON:  Hold on.  Hold on.
13 I move to strike the answer as
14 improper narrative.
15        THE WITNESS:  What does that
16 mean?  I don't know what it means.
17 BY MS. LEVINE:
18     Q.    You can answer the question.
19 You're here to testify to your facts, what
20 you understand from your own understanding.
21     Who selected the individual
22 members of the Scientific Advisory Committee?
23     A.    Jeff.
24     Q.    I'll have you take a look at
25 Exhibit 3, if you can.  Do you have that

411

1    AL POPE - HIGHLY CONFIDENTIAL
2  document, Mr. Pope?  Do you have it in front
3  of you?
4     A.    Yes.
5     Q.    What is the cooperative
6  extension?
7     A.    I don't know.  It's obviously
8  an arrangement that the feds have made with
9  plan grant colleges or something like that.
10 I don't know.  I mean, they use them so that
11 they're basically an extension of USDA, UC
12 Davis.  And that's really who Don worked for.
13     Q.    I think you testified that Mr.
14 Bell authored this document.
15     A.    Yes.
16     Q.    Is it your understanding that
17 he authored it on behalf of UC Davis and the
18 USDA?
19        MR. OLSON:  Objection to form.
20        THE WITNESS:  Yeah, all the
21 things he's done here he's done as an
22 extension agent for USDA.
23 BY MS. LEVINE:
24     Q.    I'm going to ask you another
25 question.

412

1    AL POPE - HIGHLY CONFIDENTIAL
2        MS. LEVINE:  I'm going to mark
3  the next exhibit.  What are we up to?
4        THE WITNESS:  47.
5        MS. LEVINE:  47, 48.
6        Thank you.  I'll mark the next
7  exhibit as Pope-48.
8        -  -  -
9        (Exhibit Pope-48, Joint
10 Resolutions Adopted at the Special
11 Meeting of the Board of Directors and
12 the Members September 8, 2000, 10:00
13 a.m., Bates UE0200092 - UE0200099, was
14 marked for identification.)
15        -  -  -
16 BY MS. LEVINE:
17     Q.    Why don't you take a look at
18 that, Mr. Pope.
19     A.    Yes.
20     Q.    And then after we've taken a
21 look at it, I'm going to ask you some
22 questions.
23     A.    Okay.
24     Q.    Take the time you need to look
25 at the whole document so you can orient

413

1    AL POPE - HIGHLY CONFIDENTIAL
2  yourself.  Can you also take out Pope-11
3  which was marked earlier today by Mr. Olson?
4     A.    Yeah.  Uh-huh.  Okay.
5     Q.    Now, do you remember when Mr.
6  Olson asked you about a proposal?
7     A.    Yes.
8     Q.    And you identified Pope-11 as
9  the proposal.  Correct?
10    A.    Yes.
11    Q.    And that was a proposal for a
12 management agreement between UEP and United
13 States Egg Marketers.  Is that correct?
14    A.    Yes.
15    Q.    Is that what you testified to
16 this morning?
17    A.    Yes.  Uh-huh.
18    Q.    Can you tell me what -- can you
19 look at Pope-48?
20    A.    Yeah.
21    Q.    Can you look at Exhibit A to
22 Pope-48?
23    A.    Okay.
24    Q.    Can you tell me what that
25 document is?

VERITEXT REPORTING COMPANY
(212) 279-9424          www.veritext.com          (212) 490-3430

**414**

AL POPE - HIGHLY CONFIDENTIAL

1  A.  Well, that's our final
2  agreement with USEM.
3  Q.  And when you say "our," you
4  mean the UEP-USEM management agreement?
5  A.  Yes. Uh-huh.
6  Q.  And did you sign this agreement
7  on behalf of United Egg Producers?
8  A.  Yes.
9  Q.  And who signed it on behalf of
10  United States Egg Marketers, Inc.?
11  A.  Jerry Faulkner, I believe.
12  Let's see. Yeah.
13  Q.  Before this management
14  agreement was signed, were there competing
15  proposals back and forth?
16  A.  There were some -- there were
17  some that members from both organizations
18  worked on. We just -- whatever they ended up
19  with. Originally, you know, I guess -- I
20  think I was asked the question this morning
21  whether this was the agreement on this one
22  here. Well --
23  Q.  This meaning Pope-11?
24  A.  Yeah. At the time, at the time

**415**

AL POPE - HIGHLY CONFIDENTIAL

1  this is what we needed to have included in
2  our agreement. It seems to me that this is
3  the final agreement here because it included
4  input from their members and our members.
5  Q.  And when you say "agreement,"
6  were the terms that were finally agreed to
7  set forth in Exhibit A to Pope-48?
8  A.  Yes.
9  Q.  Whereas Pope-11 just attaches
10  one of the earlier proposals. Is that
11  correct?
12  A.  Yes.
13  Q.  Now, looking at the management
14  agreement Exhibit A --
15  A.  Yes.
16  Q.  -- am I correct that USEM had a
17  separate bank account from UEP?
18  A.  Yes.
19  Q.  And where did the profits of
20  USEM go?
21  A.  Well, they go to the board
22  members and they determine what they're going
23  to do with any profits, if there are any.
24  Q.  Right. The USEM board members.

**416**

AL POPE - HIGHLY CONFIDENTIAL

1  Is that correct?
2  A.  Yeah, the USEM board members.
3  MR. OLSON: Hold on. Hold on.
4  Objection.
5  MS. LEVINE: I'll ask the
6  question again.
7  BY MS. LEVINE:
8  Q.  Mr. Pope, does USEM have a
9  separate bank account?
10  A.  Yes.
11  Q.  And do you know where the
12  profits, if there were any, from USEM went?
13  A.  No.
14  Q.  Would that be a decision of the
15  board of USEM?
16  A.  Yes.
17  Q.  USEM was a separate company
18  from UEP. Is that correct?
19  A.  Yes.
20  MR. OLSON: Objection to form.
21  BY MS. LEVINE:
22  Q.  Can you tell me the corporate
23  structure of USEM?
24  A.  No, other than it's a

**417**

AL POPE - HIGHLY CONFIDENTIAL

1  Capper-Volstead cooperative. I don't think
2  I've ever seen their agreement or anything.
3  Q.  Mr. Pope, did UEP do anything
4  to help its members market their eggs?
5  MR. OLSON: Objection to form.
6  THE WITNESS: I never know what
7  that means. Somebody needs to explain
8  what that means to me. I mean, you
9  know, the thing is that I don't
10  understand some of the language, so I
11  think that's fair enough on my part.
12  But we did -- everything we did could
13  be interpreted as marketing for our
14  members. That's what we lived and
15  died for. What do we do today, what
16  do we do this week that is going to
17  help producers be financially better
18  off or whatever.
19  BY MS. LEVINE:
20  Q.  Did UEP have an egg trading
21  company?
22  A.  Yes. Well, we had an egg
23  trading service within UEP.
24  Q.  Did that service -- what was

418

AL POPE - HIGHLY CONFIDENTIAL

1 the purpose of that service?
2 A. Well, it basically balanced
3 longs and shorts. You got a flock going out
4 there, you're not always going to have the
5 right size at the right time. You got you're
6 long on smalls and you're short on larges.
7 So our trader would go out like a broker and
8 would look for other members that could fill
9 that need and then they'd match them up.
10 Q. What about the Five Star
11 Program, what did that do?
12 MR. OLSON: Objection. Form.
13 THE WITNESS: The Five Star
14 Program, well, I think there was two
15 of them. I think we started off with
16 it was the original, it was one of the
17 original animal welfare, original
18 animal welfare guidelines might have
19 been a Five Star Program. And then
20 the Five Star Program morphed into a
21 Food Safety Program that we put
22 together for producers. But Five Star
23 was not a certification, it wasn't
24 anything. It was just puffery,
25

419

AL POPE - HIGHLY CONFIDENTIAL

1 whatever, had no -- had nothing behind
2 it really. Because though unlike the
3 certification program, they weren't
4 audited, they weren't anything. This
5 is just a recommendation. This is
6 what you should be doing on food
7 safety.
8 BY MS. LEVINE:
9 Q. To make the eggs safer?
10 A. Yeah.
11 MR. OLSON: Objection to form.
12 BY MS. LEVINE:
13 Q. Why don't you take a look at
14 Pope-8 that was marked this morning?
15 A. 8.
16 Q. Yep. Do you remember this
17 document, Mr. Pope?
18 A. Uh-huh.
19 Q. Can you turn to page 3, column
20 2.
21 A. Okay.
22 Q. Do you see page 3, column 2?
23 And there are four numbers, 1, 2, 3, 4. Do
24 you see that?
25

420

AL POPE - HIGHLY CONFIDENTIAL

1 A. Yes. Okay.
2 Q. I want you to focus on the
3 fourth number because Mr. Olson asked you a
4 couple of questions about that this morning.
5 Okay?
6 A. Okay.
7 Q. Mr. Olson this morning asked
8 you about Don's -- Don Bell's suggestions
9 here in number 4. And at first you told Mr.
10 Olson that you did not recall any discussion
11 of those suggestions.
12 A. Yeah.
13 MR. OLSON: Objection to form.
14 BY MS. LEVINE:
15 Q. Then later after Mr. Olson
16 asked you repeatedly to confirm that the
17 fourth suggestion was discussed, you changed
18 your answer.
19 MR. OLSON: Objection to form.
20 BY MS. LEVINE:
21 Q. Sitting here today, and I want
22 you to think about the question, do you
23 recall any discussion about number 4?
24 A. No.
25

421

AL POPE - HIGHLY CONFIDENTIAL

1 MR. OLSON: Objection to form.
2 BY MS. LEVINE:
3 Q. Mr. Pope, could you take out
4 Exhibit Number 26, please.
5 A. Okay.
6 MR. OLSON: I'm sorry, could you
7 let me know what document that is?
8 MS. LEVINE: Pope-26, it is the
9 U.S. Economic/Animal Welfare Outlook
10 dated April 2003.
11 THE WITNESS: I think I had the
12 wrong one there.
13 MS. SUMNER: It's the thing he
14 wrote for the International Egg
15 Commission.
16 BY MS. LEVINE:
17 Q. The one you wrote for the
18 International Egg Commission.
19 A. 26.
20 Q. Get that out, put the other
21 ones back so you don't get confused.
22 A. Okay.
23 Q. I want you to look at page 1 at
24 the very bottom.
25

422

```
1        AL POPE - HIGHLY CONFIDENTIAL
2    A.    Okay.
3    Q.    Where it starts, "We've urged
4  Producers..."
5    A.    Yes.
6    Q.    Why don't you take a look at
7  that.
8    A.    Okay.
9    Q.    What did UEP tell producers
10 about building new houses as they were
11 phasing into the guidelines?
12   A.    Well, of course we didn't -- we
13 didn't tell them anything.  We suggested that
14 they need to weigh their needs because if
15 they were -- historically when they add a new
16 house, let's say that meeting the new
17 guidelines would result in them being --
18 let's just pick a figure, short 10,000 layers
19 necessary to fill the customer's needs.  Are
20 they going to build a house with 10,000, no.
21 They're going to build a house with 100,000.
22 So it was -- we thought it was worthwhile to
23 caution them that when they were -- there was
24 obviously no prohibition against doing it and
25 doing it consistent with guidelines, but they
```

423

```
1        AL POPE - HIGHLY CONFIDENTIAL
2  needed to know that when they did that, you
3  know, it could have a negative impact on the
4  domestic market.
5    Q.    Because more eggs than before
6  the guidelines would be put in?
7        MR. OLSON:  Objection to form.
8        THE WITNESS:  Yes.
9  BY MS. LEVINE:
10   Q.    Mr. Pope, I want you to look at
11 what you wrote on Pope-26.
12   A.    Okay.
13   Q.    Why don't you read it into the
14 record?
15       MR. OLSON:  The whole document?
16       MS. LEVINE:  No, just the last
17   two lines, what he's focusing on.
18       THE WITNESS:  "We've urged
19   Producers..."?
20 BY MS. LEVINE:
21   Q.    Yes.
22   A.    "We've urged Producers to
23 temper their desire to construct new
24 buildings because as the Layers are given
25 greater density their productivity improves
```

424

```
1        AL POPE - HIGHLY CONFIDENTIAL
2  substantially."
3    Q.    What did you mean by that?
4    A.    Well, it was one of the things
5  that we didn't have any idea, shocked
6  everybody, is that while everybody thought
7  they were being penalized by giving more
8  space to the birds, when they actually did
9  it, they found out that they were getting
10 more production out of those fewer number of
11 birds and the birds -- you know, it was just
12 something that we just didn't expect and it
13 just kind of took us all by surprise.
14   Q.    Would it be fair to say that
15 one of the results of the Animal Welfare
16 Program was to make the birds more
17 productive?
18       MR. OLSON:  Objection to form.
19       THE WITNESS:  Sure.
20 BY MS. LEVINE:
21   Q.    That was an increase in the
22 number of birds.  Is that correct?
23       MR. OLSON:  Objection to form.
24       THE WITNESS:  That was increase
25   in the number of birds.
```

425

```
1        AL POPE - HIGHLY CONFIDENTIAL
2  BY MS. LEVINE:
3    Q.    Sorry, the increase in the
4  number of eggs?
5        MR. OLSON:  Objection to form.
6        THE WITNESS:  Oh, yes.  Uh-huh.
7   Yeah.
8  BY MS. LEVINE:
9    Q.    Was there ever any agreement
10 not to build new houses?
11       MR. OLSON:  Objection to form.
12       THE WITNESS:  No.
13 BY MS. LEVINE:
14   Q.    Did the guidelines place any
15 restriction at all on the building of new
16 houses?
17   A.    No.
18   Q.    Did UEP ever place any
19 restriction at all on the building of new
20 houses?
21   A.    No.
22   Q.    Could producers do whatever
23 they wanted in terms of building new houses?
24       MR. OLSON:  Objection to form.
25       THE WITNESS:  And did.
```

107 (Pages 422 to 425)

426

1        AL POPE - HIGHLY CONFIDENTIAL
2    BY MS. LEVINE:
3        Q.    Did the guidelines require
4    producers to reduce their flock size?
5            MR. OLSON:  Objection to form.
6            THE WITNESS:  No.
7    BY MS. LEVINE:
8        Q.    Did UEP ever require producers
9    to reduce their flock size?
10       A.    No.
11       Q.    Did the guidelines place any
12   restriction on producer's flock size?
13           MR. OLSON:  Objection to form.
14           THE WITNESS:  (Nods no.)
15   BY MS. LEVINE:
16       Q.    Did UEP ever place any
17   restriction on any producer's flock size?
18       A.    No.
19       Q.    Did the guidelines require
20   producers to reduce chick hatch?
21       A.    No.
22       Q.    Did UEP ever require producers
23   to reduce chick hatch?
24           MR. OLSON:  Objection to form.
25           THE WITNESS:  No.

427

1        AL POPE - HIGHLY CONFIDENTIAL
2    BY MS. LEVINE:
3        Q.    Did the guidelines place any
4    restriction on any producer's chick hatch?
5            MR. OLSON:  Objection to form.
6            THE WITNESS:  No.
7    BY MS. LEVINE:
8        Q.    Did UEP ever place any
9    restriction on any producer's chick hatch?
10       A.    No.
11           MR. OLSON:  Objection to form.
12   BY MS. LEVINE:
13       Q.    Would you take a look at
14   Pope-32.
15       A.    Okay.  Oh, okay.
16       Q.    On page 2 -- on page 2 of the
17   document --
18       A.    Yes.
19       Q.    -- if you turn it over, yeah.
20   Okay.  The first bullet point says, "Industry
21   Economics."  Is that correct?
22       A.    Yes.
23       Q.    The third bullet point says,
24   "Animal Care."  Is that correct?
25       A.    Yes.

428

1        AL POPE - HIGHLY CONFIDENTIAL
2        Q.    And what does animal care, that
3    term refer to?
4        A.    Well, we always spoke of it as
5    in relationship to our Animal Welfare
6    Program.
7        Q.    So that paragraph, the third
8    bullet is talking about the Animal Certified
9    Program, the UEP Animal Certified Program.
10   Correct?
11       A.    Yeah.
12           MR. OLSON:  Note my objection to
13   form.
14   BY MS. LEVINE:
15       Q.    In the first bullet, "Industry
16   Economics" --
17       A.    Yes.
18       Q.    -- where you see it says,
19   "...programs..."
20       A.    Yes.
21       Q.    With a little P.  Do you see
22   that?
23       A.    Yes.  Uh-huh.
24       Q.    Were you referring to the
25   Animal Care Certified Program there?

429

1        AL POPE - HIGHLY CONFIDENTIAL
2            MR. OLSON:  Objection to form.
3            THE WITNESS:  No.  You know, if
4    you stretch all these, you can say
5    every program we did was for the
6    purpose of enhancing the values
7    because if you're a good steward and
8    you do this and you do that and you're
9    making a quality product.  So
10   hopefully they sell more eggs.
11   BY MS. LEVINE:
12       Q.    Did the Animal Welfare Program
13   affect producer's cost structure?
14           MR. OLSON:  Objection to form.
15           THE WITNESS:  I wouldn't know.
16   I don't know.
17   BY MS. LEVINE:
18       Q.    Didn't you testify this morning
19   that there was a $0.06 to $0.09 cost
20   increase?
21           MR. OLSON:  Objection to form.
22           THE WITNESS:  Yes.  I didn't --
23   no, that's not what I said.  Let me go
24   back, because I don't think I said
25   that.  I think what I said was a guy

108 (Pages 426 to 429)

430

1    AL POPE - HIGHLY CONFIDENTIAL
2    by the name Allan Rahn from the
3    University of Michigan or Michigan
4    State did a survey on his own because
5    he was actually taught at the
6    University of Georgia on poultry
7    science, and he was an economist as
8    well. He did up some kind of a chart
9    and basically told the industry that
10   the expected increase to accommodate
11   these new guidelines is going to cost
12   them over some period of time,
13   whatever it was, $0.06 to $0.09 a
14   dozen. That's -- and that was what we
15   were faced with in the beginning.
16   BY MS. LEVINE:
17       Q.    You told Mr. Olson earlier this
18   morning that the program impacted the
19   producer's bottom line. What did you mean by
20   that?
21       A.    Well, like any other item, if
22   we are discussing issues of economics, it
23   always is going to impact on our producer's
24   bottom line, good or bad, I don't know. It
25   depends on what takes place. But we remind

431

1    AL POPE - HIGHLY CONFIDENTIAL
2    them all the time that good prudent
3    decision-making process on the level of
4    production was a good thing to do.
5        Q.    It might cost them more to do
6    that?
7            MR. OLSON: Objection to form.
8            THE WITNESS: It might cost them
9    more to do that. When they first
10   looked at the program, I don't think
11   there was any doubt in their mind that
12   it was going to cost them more to do
13   it.
14           MS. LEVINE: Thank you, Mr.
15   Pope.
16           MR. OLSON: Move to strike that
17   comment.
18   BY MS. LEVINE:
19       Q.    And that is your recollection?
20       A.    Yes.
21           MR. OLSON: Objection to form.
22           MS. LEVINE: Obviously, Mr.
23   Olson, every time you move to strike,
24   we oppose. This is a fact witness and
25   is testifying to his memory.

432

1    AL POPE - HIGHLY CONFIDENTIAL
2    BY MS. LEVINE:
3        Q.    Okay. I'm going to ask you
4    another question.
5        A.    Here I thought all the time he
6    was saying excellent point.
7        Q.    Let me ask you to take a look
8    at Pope-20. Do you have Pope-20 in front of
9    you?
10       A.    Yes.
11       Q.    These are the October 9, 2002,
12   UEP Animal Welfare Committee minutes?
13       A.    Yes.
14       Q.    I'll ask you to look at the
15   bottom of page 2. Do you see that?
16       A.    Yes.
17       Q.    And the top of page 3.
18       A.    Okay.
19       Q.    Take a look at the top of
20   page 3 where it starts, "Motion:" Tell me
21   when you've finished reading that motion.
22       A.    Okay.
23       Q.    Who is this motion brought by
24   on the top of page 3, the one that you're
25   just reading, the top of page 3?

433

1    AL POPE - HIGHLY CONFIDENTIAL
2        A.    Well, this one --
3        Q.    Back to the top of page 3.
4        A.    Okay. Yeah. Okay. All right.
5            MR. OLSON: Okay. Counsel,
6    please don't steer the witness to
7    where you want a particular answer.
8            MS. LEVINE: I'm trying to steer
9    the witness to -- I'm asking about a
10   particular motion.
11           THE WITNESS: It was moved by
12   Ken Looper. Ken Looper was a member
13   of the Animal Welfare Committee.
14   BY MS. LEVINE:
15       Q.    Was Len Looper a member of UEP?
16       A.    Yes.
17       Q.    Who was it seconded by?
18       A.    Bahan.
19       Q.    Do you remember Mr. Bahan's
20   first name?
21       A.    No.
22       Q.    Was Mr. --
23       A.    Paul.
24       Q.    Paul. Is Paul Bahan a member
25   of UEP?

434

AL POPE - HIGHLY CONFIDENTIAL

1    A.    He was at that time.
2    Q.    So is that motion made by
3  members of UEP?
4    A.    Yes.
5    Q.    I want you to look at the
6  bottom of page 2.
7    A.    Okay.
8    Q.    I think earlier today you
9  testified that the UEA further processor
10  motion -- that the UEA, sorry, further
11  processors had made a motion.  Is that
12  correct?
13    A.    Yes.
14    Q.    Who actually made the motion?
15    MR. OLSON:  Objection to form.
16    THE WITNESS:  I'd have to go to
17    the further processor meeting and find
18    out who made it.  I don't know who
19    made it.  This happened, this must
20    have happened some earlier time.
21  BY MS. LEVINE:
22    Q.    You don't think that happened,
23  you don't think that motion was made at the
24  UEP Animal Welfare Committee meeting?

435

AL POPE - HIGHLY CONFIDENTIAL

1    A.    No.
2    MR. OLSON:  Objection to form.
3    THE WITNESS:  No.  It was made
4    at a UEA meeting, not a UEP meeting.
5  BY MS. LEVINE:
6    Q.    At UEP meetings who makes
7  motions?
8    MR. OLSON:  Objection to form.
9    THE WITNESS:  Only the board.
10  BY MS. LEVINE:
11    Q.    Only the UEP board?
12    A.    Only the UEP board, yeah.
13    Q.    And in the vote at the UEP
14  board, who are the people that vote on that
15  motion?
16    A.    Only the board members.
17    Q.    Board members of UEP?
18    A.    Yes.
19    Q.    Thank you.  I'll ask you to
20  take a look at Pope-36.  It's a copy --
21    A.    Okay.
22    Q.    It's a copy of United Voices
23  that you took a look at this morning?
24    A.    Yes.

436

AL POPE - HIGHLY CONFIDENTIAL

1    Q.    Dated October 28, 2004?
2    A.    Uh-huh.
3    Q.    Mr. Pope, can you look at the
4  top of page 3?
5    A.    Okay.
6    Q.    At the very first paragraph
7  about the second or the third sentence it
8  says, "The Board approved the following plan
9  of action:"
10    Do you see that?
11    A.    Yes.
12    Q.    Would that be the UEP board?
13    A.    Yes.
14    Q.    I want you to take a look at
15  the bottom of that page, page 3 where it
16  says, "UEA - Allied Membership Meeting."
17    A.    Yeah.
18    Q.    Do you know whether UEA did, in
19  fact, set aside $20,000?
20    A.    No.
21    Q.    And do you even know what
22  animal welfare research projects refers to?
23    A.    No.
24    Q.    You have no idea whether it

437

AL POPE - HIGHLY CONFIDENTIAL

1  refers to the animal certified program or
2  not?
3    MR. OLSON:  Objection to form.
4    THE WITNESS:  No, I don't know.
5    I'm just assuming that it did, but I
6    don't know that.  Here it even says
7    for animal welfare projects.
8  BY MS. LEVINE:
9    Q.    But you don't know if it deals
10  with certified --
11    A.    I don't know if they ever spent
12  the money.
13    MR. OLSON:  Objection to form.
14  BY MS. LEVINE:
15    Q.    Mr. Pope, I'll ask you to take
16  a look at the next document which is Pope-40.
17    A.    Okay.
18    Q.    Okay?
19    A.    Yes.
20    Q.    This is a document that Mr.
21  Olson showed you this morning.  Do you
22  remember it?
23    A.    Yes.
24    Q.    Mr. Olson asked you to read a

110  (Pages 434 to 437)

438

1      AL POPE - HIGHLY CONFIDENTIAL
2  lot of this letter, a lot of this document,
3  but he missed three sentences.
4      A.    Which three, the last -- the
5  end ones?
6      Q.    In the paragraph that starts,
7  "From day 1..."
8      A.    Okay.
9      Q.    Could you read from starting
10  from the word "Our program..."?
11      A.    Our program maintains 80% of
12  industry participation.  As you know, one of
13  the key provisions is that in order to comply
14  with our program producers must commit to
15  100% of its production under the guideline.
16  It's the only way to assure compliance and
17  prevent the commingling of certified eggs
18  with uncertified eggs.  Plus, it's just the
19  right thing to do for the Animal Welfare
20  issue for our birds.
21      Q.    You talked about commingling
22  this morning.  What did you mean by "Plus,
23  it's the right thing to do for...Animal
24  Welfare for our birds"?
25      A.    Well, one of the things that

439

1      AL POPE - HIGHLY CONFIDENTIAL
2  we've been always concerned about, you know,
3  you heard some discussion today about the
4  further egg processors, you know, doing 20,
5  30 percent of -- using 20, 30 percent of the
6  eggs.  And an argument always came up that
7  the processors, they don't really care
8  whether they're animal care or not.  I'm not
9  going to say all of them, but some of them
10  don't.  And our board is committed to the
11  welfare of the animal.  We don't care if the
12  eggs are broken or what they are.  We tell --
13  every time we get an opportunity to talk to
14  anybody that's buying eggs, we're going to
15  say what's the excuse for raising them, not
16  meeting the guidelines.  We got to do the
17  right thing.  What is the right thing.  The
18  Science Advisory Committee didn't say just do
19  this for the ones you're selling to the chain
20  stores.  They said do this for all eggs, so
21  we would constantly sell it on that basis.
22      Q.    Thank you, Mr. Pope.  I ask you
23  to take a look at Exhibit 28.
24      A.    Okay.  Let's see here.  28.
25  29, 28.  Okay.

440

1      AL POPE - HIGHLY CONFIDENTIAL
2      Q.    I think you talked about this
3  document this morning.
4      A.    Yeah.  Uh-huh.
5      Q.    Did you think that Mr. Mueller
6  or Mr. Sparboe was really concerned about
7  antitrust violations?
8          MR. OLSON:  Objection to form.
9          THE WITNESS:  Well, addressing
10  that excellent point, I hate to say
11  that every week it was something
12  different, but I would say if they
13  could think of some reason to bring it
14  up again, they would.  And this
15  particular letter was, I think we'll
16  bring up Capper-Volstead Act.  I think
17  that's what we'll do this time.
18  BY MS. LEVINE:
19      Q.    What do you mean by that?
20          MR. OLSON:  Objection to form.
21          THE WITNESS:  Well, they put
22  impediments in all the way we were
23  working on this.  All the time the
24  committee was working, despite the
25  fact that the board and the committee

441

1      AL POPE - HIGHLY CONFIDENTIAL
2  were always courteous, allowed them to
3  make their presentation, never shorted
4  them on time, never avoided talking to
5  them or anything.  And so every time
6  when they came back, they basically
7  felt like they had to come back with
8  another excuse, another reason why
9  they wanted this.  What can I say, I
10  don't know what motivated them.  I
11  mean, but when I look at it and I say,
12  well, to me, it's just another issue
13  that they want to bring this issue up
14  to bring this issue up again.  And the
15  answer to all of those are, what are
16  the committee and board, what are
17  their recommendation.  That's it.
18  BY MS. LEVINE:
19      Q.    And when you just were talking
20  and you said "this," did you mean the animal
21  certified program?
22      A.    Yes.
23      Q.    You said you went up and talked
24  to Sparboe a couple of times?
25      A.    Yes, at least three.

111 (Pages 438 to 441)

442

AL POPE - HIGHLY CONFIDENTIAL
1
2    Q.    And Mr. Mueller was there?
3         MR. OLSON:  Objection to form.
4         THE WITNESS:  Yes.  And Beth.
5    BY MS. LEVINE:
6    Q.    What is your understanding of
7    Sparboe's motive for complaining about the
8    animal certified --
9    A.    You have to ask Sparboe, I
10   don't know.  You know, and the beautiful
11   thing was that as far as I know, Sparboe has
12   got a great farm and they were meeting the
13   guidelines because I think one of their
14   customers demanded it.  So I think they're a
15   good farm, they were managed well.  So what
16   his motivation was, I don't know.
17   Q.    Do you think he had his own
18   business motivation --
19        MR. OLSON:  Olson.
20   BY MS. LEVINE:
21   Q.    -- for complaining to UEP?
22        MR. OLSON:  Objection to form.
23        THE WITNESS:  I don't know why
24   he would keep bringing it back if he
25   didn't have some idea of what he

443

AL POPE - HIGHLY CONFIDENTIAL
1
2    wanted to do.  So I don't -- I just
3    don't know.  I -- at this particular
4    meeting -- let me see here.  The one
5    where we referred to where Mueller was
6    there, so everybody leaves and their
7    attorney is still there.  So I said to
8    Mueller, just in passing, I said, you
9    know, I just really don't understand
10   this because what we've determined
11   now, see, we were in the program now
12   for a year or two, I don't remember,
13   is that we're finding that the cost is
14   offset by the increased production of
15   the bird.  So why would Bob be opposed
16   to this.  Well, his answer was, I
17   can't figure it out either.  That was
18   the answer.  So I don't know, Mueller
19   didn't know, you'd have to ask Bob or
20   Beth.
21        MR. OLSON:  Objection to the
22   narrative.
23   BY MS. LEVINE:
24   Q.    Mr. Pope, I'm just going to ask
25   you a couple of questions about UEP

444

AL POPE - HIGHLY CONFIDENTIAL
1
2    membership.
3    A.    Okay.
4    Q.    Now, I think you said this
5    morning that to be a member of UEP, you had
6    to be a farmer.  Is that correct?
7    A.    Yes.
8    Q.    Now, you had different -- UEP
9    had different categories of members.  Is that
10   correct?
11   A.    Yes, we did.
12   Q.    I'm going to ask you about each
13   one.
14   A.    Okay.
15   Q.    You could be an egg producer.
16   Is that correct?
17   A.    Yes.
18   Q.    And UEP defined that as hen
19   house capacity of all layers in owned, leased
20   or contract facilities.  Is that correct?
21   A.    Yes.
22        MR. OLSON:  Objection to form.
23   BY MS. LEVINE:
24   Q.    So tell me what that category,
25   an egg producer meant to you?  Take it step

445

AL POPE - HIGHLY CONFIDENTIAL
1
2    by step.
3         MR. OLSON:  Objection to form.
4         THE WITNESS:  Okay.  The -- in
5    my mind, the egg producer is the one
6    that by and large owns everything and
7    is taking the risk.
8    BY MS. LEVINE:
9    Q.    Now, that egg producer as you
10   just described, if he didn't have enough
11   houses on his own farm, could he put some of
12   his layers on another farm?
13        MR. OLSON:  Objection to form.
14        THE WITNESS:  Yes.
15   BY MS. LEVINE:
16   Q.    And all of those layers would
17   still count as his layers for purposes of
18   being a farmer.  Is that correct?
19   A.    Yes, if he owned them.
20   Q.    And breeder flocks, you could
21   have a category called breeder flock?
22        MR. OLSON:  Objection to form.
23        THE WITNESS:  Yes.
24   BY MS. LEVINE:
25   Q.    Can you tell me what a breeder

112  (Pages 442 to 445)

446

AL POPE - HIGHLY CONFIDENTIAL

1  flock is?
2      A.    Yeah.  Basically it's taking
3  the strain of birds that they use on that
4  farm and they're raising baby chicks for
5  their use.  Now, the majority of the industry
6  bought them from a hatchery, one of the large
7  hatcheries that represented their high line
8  birds or whoever it might be.  Some of our
9  producers had their own -- not many, but some
10 of our producers had their own breeder under
11 the auspices of that particular breed of
12 bird.  They'd get help from them.  But they
13 wanted to do the whole thing.  They wanted it
14 from a security standpoint so that the birds
15 were in their environment and they moved from
16 that environment to the grow-out facility
17 which was another process that they owned.
18 And then from the grow-out facility, once
19 they started laying eggs, they moved into an
20 egg layer house.  That's really --
21     Q.    And all of those entities
22 you've just described was a farmer to you?
23     A.    Yes.
24            MR. OLSON:  Objection to form.

447

AL POPE - HIGHLY CONFIDENTIAL

1  BY MS. LEVINE:
2      Q.    They could be part of one
3  company or they could be separate.  Is that
4  right?
5            MR. OLSON:  Objection to form.
6            THE WITNESS:  Yes.
7  BY MS. LEVINE:
8      Q.    So a breeder flock --
9      A.    Yes.
10     Q.    -- was a company that was just
11 a breeder flock.  Is that right?
12     A.    Yes.
13            MR. OLSON:  Objection to form.
14 BY MS. LEVINE:
15     Q.    And they could be a member of
16 UEP.  Right?
17     A.    Yes.
18     Q.    And they were a farmer.  Right?
19     A.    Yes.
20            MR. OLSON:  Objection to form.
21 BY MS. LEVINE:
22     Q.    And an egg producer was a
23 farmer?
24     A.    Yes.

448

AL POPE - HIGHLY CONFIDENTIAL

1            MR. OLSON:  Objection to form.
2  BY MS. LEVINE:
3      Q.    Starter pullets is the third
4  category.  Describe to us what a starter
5  pullet is.
6            MR. OLSON:  Objection to form.
7            THE WITNESS:  Well, a starter
8  pullet is -- comes from a baby chick,
9  and a few weeks later as they grow,
10 they get to be a starter pullet and
11 all they're doing is laying -- if
12 they're laying any eggs, they're few
13 and far between and they're what we
14 call pullet eggs, they're just small
15 eggs that haven't developed fully yet.
16 So after a period of time, they take
17 the starter pullets and then they put
18 them into a regular house when they
19 start producing on a regular basis.
20 BY MS. LEVINE:
21     Q.    And people in the starter
22 pullet business could be members of UEP?
23            MR. OLSON:  Objection to form.
24            THE WITNESS:  Yes.  And in most

449

AL POPE - HIGHLY CONFIDENTIAL

1  cases they were already members
2  because they owned it all anyhow.
3  BY MS. LEVINE:
4      Q.    And you considered the starter
5  pullet members to be farmers?
6            MR. OLSON:  Objection to form.
7            THE WITNESS:  Yes.
8  BY MS. LEVINE:
9      Q.    You had a category for contract
10 producer.  Correct?
11     A.    Yes.
12            MR. OLSON:  Objection to form.
13 BY MS. LEVINE:
14     Q.    What is a contract producer?
15     A.    Well, a contract producer is
16 somebody that makes a contract with one of
17 our producers to produce so many birds for
18 him.  Ownerships are varied.  The producer
19 may own all the birds.  He may help them with
20 how to take care of the birds and all that
21 kind of stuff.  And he takes the financial
22 liability, but, of course, that contract
23 producer is a farmer.  So we made an
24 accomodation for them to participate if they

113 (Pages 446 to 449)

450

1      AL POPE - HIGHLY CONFIDENTIAL
2  wanted to.  We didn't want them locked out or
3  anything.  Just wasn't very many of them.
4  Was not a prevalent thing in our industry.
5      Q.    And a cooperative itself could
6  be a member of UEP?
7      A.    Sure.
8      Q.    And you considered a cooperative
9  to be a farmer?
10      A.    Yes.
11          MR. OLSON:  Objection to form.
12          THE WITNESS:  We had seven of
13      them -- several of them.  I said
14      seven.  We had several of those.
15  BY MS. LEVINE:
16      Q.    I think you said this morning
17  that you, yourself, did not really make the
18  determinations about farmer membership.  Is
19  that right?
20      A.    No.
21      Q.    And who is that?
22          MR. OLSON:  Objection to form.
23  BY MS. LEVINE:
24      Q.    Who did that?
25      A.    That would be -- the one that

451

1      AL POPE - HIGHLY CONFIDENTIAL
2  worked on it was Gene and Chad, but in order
3  to determine whether they were a farmer or
4  not, Gene and Chad would communicate with
5  Irving, if there was any question, I mean.
6      Q.    And when you talked about
7  annual updates --
8      A.    Yeah.
9      Q.    -- in terms of the flocks --
10      A.    Yes.
11      Q.    -- what were you speaking
12  about?
13      A.    Well, there's two ways, and we
14  just integrated it into finding out whether
15  they were a farmer or not.  I mean, the two
16  ways that we do that is, number one, we have
17  the certified companies.  So on the certified
18  companies, after they're audited, after USDA
19  has done auditing, they send us copies of
20  their report so we have a file on each one of
21  our members, and we know how many flocks they
22  got and where they're at and things like
23  that.  Okay.  That's one way.  So we've got
24  that document which basically covers the
25  certified ones.

452

1      AL POPE - HIGHLY CONFIDENTIAL
2          Well, we have another one that
3  you can ask again Linda Reichert about.  We
4  have another one at the end of the year,
5  usually in October, November, and we put
6  together a note, send it out to all our
7  members because that's when our dues are
8  determined what they are.  And they vary from
9  year to year because of the number of birds
10  they have.  And so then Linda sends those
11  out, we get those backs and so we can -- we
12  know how many flocks, where they're at and
13  all this kind of stuff.
14      Q.    You also have membership forms?
15          MR. OLSON:  Objection to form.
16          THE WITNESS:  No, they're not a
17      membership form, but they are -- they
18      validate our membership, let me put it
19      that way.  It's not a standard form,
20      but it's a standard form as it relates
21      to determining what the dues.  But it
22      does validate them.
23  BY MS. LEVINE:
24      Q.    Those are the flock records
25  that you're talking about?

453

1      AL POPE - HIGHLY CONFIDENTIAL
2      A.    Yeah.  Uh-huh.
3      Q.    Did you also have -- did you
4  also have your members fill out a form when
5  they first became members?
6      A.    Yes.
7          MS. LEVINE:  I have no further
8      questions.  Thank you very much, Mr.
9      Pope.
10          THE WITNESS:  Okay.
11          MS. LEVINE:  I think we have a
12      couple more questions or no?
13          MR. HUTCHINSON:  It could be as
14      much as 30 minutes.
15          MS. LEVINE:  Mr. Pope, do you
16      want to take a little rest?
17          THE WITNESS:  I don't want to
18      take any more breaks.
19          MR. HUTCHINSON:  Can we go off
20      the record a second?
21          THE WITNESS:  Yeah.
22          VIDEOGRAPHER:  The time is
23      approximately 6:32 p.m.  We're off the
24      record.
25              - - -

114  (Pages 450 to 453)

454

1    AL POPE - HIGHLY CONFIDENTIAL
2         (A discussion off the record
3    occurred.)
4              - - -
5         VIDEOGRAPHER: The time is
6    approximately 6:39 p.m. This begins
7    tape seven. We are back on the
8    record.
9              - - -
10        FURTHER EXAMINATION
11             - - -
12   BY MR. OLSON:
13        Q.   Okay, Mr. Pope, you just
14   answered a series of questions asked by your
15   counsel. Correct?
16        A.   Yes.
17        Q.   And before you were asked those
18   questions, we took a break. Right?
19        A.   Yes.
20        Q.   And during that break, you met
21   with your counsel. Right?
22        A.   Yes.
23        Q.   You had a conference with your
24   counsel. Correct?
25        A.   Minimal, but yes.

456

1    AL POPE - HIGHLY CONFIDENTIAL
2    of your testimony. Correct?
3         MS. LEVINE: Objection.
4    Instruct the witness not to answer.
5    It's invading the attorney-client
6    privilege.
7    BY MR. OLSON:
8         Q.   You're not going to answer that
9    question?
10        A.   No.
11        Q.   You discussed some of the
12   documents that we looked at. Correct?
13        A.   No. I mean, I'm not answering
14   it.
15        Q.   Well, I'm going to ask these
16   questions and we'll let your counsel decide
17   whether you're going to decline to answer
18   them.
19             You discussed the documents
20   that you went over with your counsel. Correct?
21        A.   I didn't look at any documents --
22        MS. LEVINE: Object.
23        THE WITNESS: -- when I was with
24   them.
25   BY MR. OLSON:

455

1    AL POPE - HIGHLY CONFIDENTIAL
2         Q.   And you discussed with your
3    counsel the subjects that you testified
4    about. Correct?
5         MS. LEVINE: Object to the form
6    of the question. I object to
7    questions asking for privileged
8    information.
9    BY MR. OLSON:
10        Q.   And you answered some. Correct?
11        A.   Yes.
12        Q.   Which topics did you discuss?
13        MS. LEVINE: Object. I'm
14   objecting on the grounds of the
15   attorney-client privilege, Mr. Pope,
16   as we've been doing all day today and
17   direct you not to answer questions
18   when you confer with counsel. So the
19   question he asked was about conferring
20   with counsel, so I'm going to direct
21   you not to answer.
22        THE WITNESS: Okay.
23   BY MR. OLSON:
24        Q.   So just yes or no. You
25   discussed some matters related to the subject

457

1    AL POPE - HIGHLY CONFIDENTIAL
2         Q.   But you discussed some of those
3    documents?
4         MS. LEVINE: Objection to
5    invading the attorney-client
6    privilege. Mr. Pope, this whole
7    series of questions that asks you to
8    divulge discussions with your counsel
9    are off limits. All lawyers know
10   that. So I'm directing you not to
11   answer. Mr. Olson knows that,
12   everyone in the room knows that. Okay?
13        THE WITNESS: Okay.
14   BY MR. OLSON:
15        Q.   And you discussed the testimony
16   you were going to give. Correct?
17        MS. LEVINE: Objection. Once
18   again, ask you to stop badgering the
19   witness to attorneys --
20        MR. OLSON: That's the last one
21   I had. You can shortcut it and just
22   say I'm instructing him not to answer
23   if you like.
24        MS. LEVINE: I don't tell you
25   how to ask your questions, Mr. Olson.

115 (Pages 454 to 457)

458

1       AL POPE - HIGHLY CONFIDENTIAL
2    I would appreciate the same courtesy
3    to me.
4           MR. OLSON:  You're welcome to
5    give the speech.  I was just trying to
6    move things along.  Do you want to do
7    that?
8           MS. LEVINE:  No, you're not.
9    You're trying to harass this witness
10   and counsel, and I'm just telling you
11   that this witness is not going to
12   answer questions about privileged
13   materials.
14   BY MR. OLSON:
15     Q.    You're going to follow that
16   instruction.  Correct?
17     A.    Yes.
18     Q.    Now, in your testimony that you
19   gave, you discussed the first guidelines that
20   UEP put together back in the early '80s?
21     A.    Yes.
22     Q.    And you were talking about Mr.
23   Armstrong looking at those, and you said
24   something about those were not very
25   impressive guidelines because they used

459

1       AL POPE - HIGHLY CONFIDENTIAL
2    weasel words.
3      A.    Right.
4      Q.    Do you recall using the phrase
5    "weasel words"?
6      A.    We did, yes.  Uh-huh.
7      Q.    Who is "we"?
8      A.    Me.
9      Q.    You did.  Yes, right.  You gave
10   examples of weasel words being should or may.
11   Right?
12     A.    Right.
13     Q.    Are there any other examples of
14   weasel words that come to mind?
15     A.    If I got the old guidelines, it
16   would be real easy because there was a lot of
17   them in there.  Every time we went somewhere,
18   we put in -- every guideline had some word to
19   it that took all -- any, took any, took any,
20   you know, anything meaningful to enforce it.
21   There was nothing to enforce anything.
22     Q.    In other words, there weren't
23   hard and fast rules --
24     A.    No.
25     Q.    -- there were just general

460

1       AL POPE - HIGHLY CONFIDENTIAL
2    recommendations?
3      A.    We were just -- yes.  At that
4    time we were just suggesting these to our
5    members.
6      Q.    And the distinction you're
7    drawing is between suggestions that don't
8    have teeth and hard and fast rules.  Right?
9      A.    Yes.
10          - - -
11          (Exhibit Pope-49, United Egg
12   Producers Animal Husbandry Guidelines
13   For U.S. Egg Laying Flocks 2003
14   Edition, Bates UE0809972 -UE0809984,
15   was marked for identification.)
16          - - -
17   BY MR. OLSON:
18     Q.    Let me hand you what I'll mark
19   Pope-49.  This is -- I apologize to everyone
20   else, I only made one copy.  But this is
21   the -- it's Bates stamped UE0809972 through
22   809984.  This is the United Egg Producers
23   Animal Husbandry Guidelines --
24     A.    Yeah.
25     Q.    -- for the 2003 edition.

461

1       AL POPE - HIGHLY CONFIDENTIAL
2      A.    Okay.
3      Q.    You recognize this document.
4    Correct?
5      A.    Yes.
6      Q.    So this is the document that
7    replaced that old set of guidelines which
8    used the weasel words.  Right?
9      A.    Right.
10     Q.    Let's look, for example, at the
11   page on beak trimming which is page 6.
12     A.    Okay.
13     Q.    There's a discussion of beak
14   trimming, first point made is that
15   "Scientific evidence suggest that primary
16   breeders of egg laying strains can select a
17   more docile bird and minimize the need to
18   beak trim, from a behavioral point of view."
19          Do you see that?
20     A.    Yes.
21     Q.    "Using genetic stocks that
22   require little or no beak trimming is the
23   most desirable approach."
24          Do you see that?
25     A.    Right.  Uh-huh.

116 (Pages 458 to 461)

462

AL POPE - HIGHLY CONFIDENTIAL
1     Q.    How is that enforced?
2            MS. LEVINE:  Object to the form
3     of the question.
4  BY MR. OLSON:
5     Q.    Let me ask it this way:  Was
6  that a hard and fast rule or was that just a
7  general recommendation?
8     A.    No.  A lot of these were
9  general recommendations.  There was like --
10  you know, like there's what we -- what you
11  would call one or two killer guidelines that
12  would -- you'd fail the whole thing.  And I
13  think you brought it up before.
14     Q.    Aside from those one or two
15  killer guidelines, the rest of the UEP
16  certified guidelines are just general
17  recommendations.  Correct?
18            MS. LEVINE:  Objection to form.
19            THE WITNESS:  It was an ongoing
20  education program on how to best take
21  care of the animals.  So we
22  included -- I mean, when you're
23  dealing with animal welfare people,
24  the only thing they're interested in

463

AL POPE - HIGHLY CONFIDENTIAL
1  is the space.  That's a big deal.
2  They don't know much about beak
3  trimming.  They call it de-beaking.
4  We've never de-beaked a bird.  When
5  you had a little -- if you have
6  children, I don't know if you do, but
7  if you have children, when they were
8  small, you probably trimmed their
9  nails so they wouldn't scratch their
10  face.  I happen to get a -- I happened
11  to be circumcised, I didn't like that
12  too well.  It was very painful.  So
13  there's occasions when beak trimming,
14  if they take too much off, you're
15  doing 100,000 of them, so sometimes
16  you take too much beak off and that
17  hurts the bird, we're sorry for that.
18  BY MR. OLSON:
19     Q.    Back to my question.  Basically
20  under the UEP certified program, there were
21  two killer guidelines as you described them?
22     A.    Yes.  Uh-huh.
23     Q.    And a lot of general
24  recommendations?

464

AL POPE - HIGHLY CONFIDENTIAL
1     A.    Yes.
2            MS. LEVINE:  Objection to the
3     form of the question.
4  BY MR. OLSON:
5     Q.    And beak trimming is one of
6  those --
7     A.    Yes.
8     Q.    And beak trimming is one of
9  those general recommendations.  Right?
10     A.    Yes.
11     Q.    Here it says, "UEP recommends
12  beak trimming only when necessary to prevent
13  feather pecking and cannibalism..."
14     A.    Yes.
15     Q.    And it goes on.  But UEP had no
16  way of enforcing that beak trimming was used
17  only when necessary, did it?
18     A.    Oh, sure.  I mean, they kept
19  records on all these things, whether this
20  particular one did do beak trimming or he
21  didn't, but...
22     Q.    But there was no requirement
23  that a certified producer demonstrate that
24  beak trimming was necessary, was there?

465

AL POPE - HIGHLY CONFIDENTIAL
1     A.    I don't know.  You'll have to
2  ask the auditors.
3     Q.    If you turn to page 8, there's
4  a molting discussion.
5     A.    Yeah.
6     Q.    That's another one where
7  there's a general discussion, but no hard and
8  fast rules, at least as of this time.
9  Correct?
10     A.    Yeah, and I don't know how that
11  changed.  In later -- there was later issues
12  of this, of course.  And they spent a lot of
13  time on molting and trying to develop
14  non-feed withdraw molting programs.
15     Q.    But as of this time --
16     A.    At this time, they didn't.
17     Q.    -- no hard and fast rule, just
18  a general?
19     A.    No.
20     Q.    Feeder space, were there any
21  hard and fast rules about feeder space?
22     A.    No.
23     Q.    Were there any hard and fast
24  rules about how euthanasia should occur?

117 (Pages 462 to 465)

466

AL POPE - HIGHLY CONFIDENTIAL
1
2      A.    How what?
3      Q.    Euthanasia.
4      A.    I just can't recall what they
5  were.  We did have, but I can't recall.
6      Q.    If you can't recall, that's
7  fine.  We'll move on.
8           You discussed in the exchange
9  with your counsel an egg trading service that
10 UEP operated?
11     A.    Yes.
12     Q.    When did that stop operating?
13          MS. LEVINE:  Objection to the
14     form.
15          THE WITNESS:  They're still
16     doing it today.
17 BY MR. OLSON:
18     Q.    They're still doing it today?
19     A.    Yeah.
20     Q.    They were doing it throughout
21 the time you were president?
22     A.    Yes.
23     Q.    Are you familiar with how that
24 trading service operated?
25     A.    Pretty familiar.

467

AL POPE - HIGHLY CONFIDENTIAL
1
2      Q.    Who would be the person at UEP
3  most familiar?
4      A.    It would be Gene and Phyllis
5  Blizzard.
6      Q.    Do you know whether UEP had
7  ever took title to any eggs?
8      A.    No.
9      Q.    They did not or you don't know?
10     A.    They did not take title.
11     Q.    Now, let's just look briefly at
12 Exhibit 26 which your counsel asked you to
13 look at.
14     A.    Okay.
15     Q.    And in the context of
16 discussing the last sentence on page 1, you
17 made a reference to birds given more room
18 were more productive.  Do you recall
19 generally that testimony?
20     A.    This is on page 1?  The last
21 sentence.  New construction.
22     Q.    Well, do you recall giving
23 testimony about birds that have more room are
24 more productive?
25     A.    Yes.

468

AL POPE - HIGHLY CONFIDENTIAL
1
2      Q.    And you don't have firsthand
3  experience with that.  Correct?
4      A.    No.  Uh-uh.
5      Q.    So what do you -- what were you
6  basing that testimony on?
7      A.    Well, just, I think, comments
8  from our members.
9      Q.    Do you recall what comments you
10 were basing that testimony on?
11     A.    I don't remember who made them
12 or anything.  I just recall that it came as a
13 big surprise to everybody, and they were
14 actually having discussions on it because
15 everybody was coming in with the same
16 comment, I didn't realize this was going to
17 happen.  I didn't realize, so...
18     Q.    You're not suggesting that
19 those comments were occurring before
20 April 2003, are you, at the very earlier --
21          MS. LEVINE:  Objection to the
22     form of the question.
23          THE WITNESS:  No.
24 BY MR. OLSON:
25     Q.    All right.  Exhibit 32, please,

469

AL POPE - HIGHLY CONFIDENTIAL
1
2  and then I think we'll be done.  This is the
3  e-mail to Mr. Deffner, dated June 30, 2004.
4  Your counsel asked you about this one as
5  well.
6      A.    Sorry, I don't know what I did
7  with it.  My fault.  What number?
8      Q.    32?
9      A.    32.  Oh, you've got it.  Okay.
10 All right.
11     Q.    So your counsel asked you
12 questions about this sentence that says,
13 "Profitability is being jeopardized at a time
14 when programs are in place to maintain
15 profitable levels."
16          Do you see that?
17     A.    This is -- which statement is
18 it?
19     Q.    Under the first bullet, "Industry
20 Economics."
21     A.    Okay.  All right.
22     Q.    The one that says, "Profitability
23 is being jeopardized at a time when programs
24 are in place to maintain profitable levels."
25          Do you see that?

470

AL POPE - HIGHLY CONFIDENTIAL

1
2     A.    Yes.
3     Q.    What programs were in placed to
4  maintain profitable levels?
5          MS. LEVINE:  Object to the form
6  of the question.
7          THE WITNESS:  I don't know.  I
8  don't recall.
9  BY MR. OLSON:
10     Q.    You don't recall what you meant
11  by that?
12     A.    No.
13          MR. OLSON:  Okay.  That's all I
14  have.
15              - - -
16          FURTHER EXAMINATION
17              - - -
18  BY MS. LEVINE:
19     Q.    Mr. Pope, I just have one
20  clarification.  When you just answered Mr.
21  Olson's question, I think you used the word
22  "they" when he asked you about the cage space
23  being important.  When you said "they," who
24  was the cage space important to?
25     A.    It was important to the

471

AL POPE - HIGHLY CONFIDENTIAL

1
2  Scientific Advisory Committee.  They told us
3  that's where they were -- the size they were
4  supposed to use.  It was important to some of
5  the animal welfare groups.  It was important
6  to USDA.  It was important that we live up to
7  our commitment with FTC, you know.  So it was
8  important to a lot of people.
9          MS. LEVINE:  No further
10  questions.  Thank you, Mr. Pope.
11          VIDEOGRAPHER:  The time is
12  approximately 6:53 p.m.  We're off the
13  record.
14              - - -
15          (A recess was taken.)
16              - - -
17          VIDEOGRAPHER:  The time is
18  approximately 6:59 p.m.  We are back
19  on the record.
20              - - -
21          EXAMINATION
22              - - -
23  BY MR. HUTCHINSON:
24     Q.    Mr. Pope, I'm Troy Hutchinson.
25  I represent Sparboe Farms.

472

AL POPE - HIGHLY CONFIDENTIAL

1
2     A.    Okay.
3     Q.    You've been handed what's been
4  marked as Exhibit 27.
5     A.    Yes.
6     Q.    Directing your attention down
7  to the bottom of this exhibit, you write,
8  "Sparboe's met separately with FMI & NCCR
9  officials..."
10     A.    Right.
11     Q.    Do you know who Sparboe met
12  with?
13     A.    No.
14     Q.    How do you know that Sparboe
15  met with officials from --
16     A.    I don't even know how I found
17  out I knew.  I don't know.
18     Q.    Do you know why Sparboe met
19  with FMI and NCCR?
20     A.    No.
21     Q.    If you could turn your attention
22  to Exhibit 40.
23     A.    Okay.
24     Q.    Exhibit 40 is an e-mail chain,
25  the first e-mail is an e-mail from you to Tim

473

AL POPE - HIGHLY CONFIDENTIAL

1
2  Hammonds.  Is that right?
3     A.    Yes.  Uh-huh.
4     Q.    And Tim Hammonds is who?
5     A.    He heads up FMI.  He's the
6  president of FMI, or was.  I think he's
7  retired now.
8     Q.    In your e-mail to Tim at the
9  bottom, where you write, "Sparboe...has tried
10  to destroy the industry developed program for
11  the Animal Care Guidelines."
12     A.    Yes.
13     Q.    What did you mean by that?
14     A.    Well, you know, I have nothing
15  but accolades for Sparboe Company and Bob
16  Sparboe and Beth, but I think that they took
17  unreasonable steps and did everything in
18  their power to destroy the Animal Care
19  Certified Program.  They called meetings with
20  members to put together a block of producers
21  which is perfectly legal.  But, golly, I
22  mean, I just have to tell you, I always felt
23  that Bob always had a good operation, I never
24  could figure out why -- I don't know why he
25  hid it, I mean why he was so opposed to it.

119 (Pages 470 to 473)

474

AL POPE - HIGHLY CONFIDENTIAL
1    But it didn't -- I mean, it didn't jeopardize
2    my relationship with him. I mean, it was
3    just it was a sad thing, I mean, because I go
4    up there and, you know -- and I couldn't
5    solve a problem for him. I wanted to, but I
6    just couldn't. There was no way I could. I
7    mean, all this was decided by the board and
8    the Animal Welfare Committee and I got my
9    marching orders.
10   Q.    So by destroy, you mean that
11   Sparboe disagreed with UEP --
12   A.    Yes. Uh-huh.
13   Q.    Again, I know it's getting
14   late, but let me finish my question.
15   A.    Okay. Yeah. Okay.
16   Q.    Let me finish talking and then
17   you talk so we get a clean record.
18   A.    Okay.
19   Q.    You just did it again, Mr.
20   Pope.
21   A.    Okay.
22   Q.    So by destroy, you meant
23   Sparboe disagreed with the UEP Animal Care
24   Guidelines. Correct?

475

AL POPE - HIGHLY CONFIDENTIAL
1    A.    Yes.
2    MS. CAIN-MANNIX: Objection to
3    the form.
4    MR. HUTCHINSON: What's the
5    objection?
6    MS. CAIN-MANNIX: To the form of
7    the question.
8    MR. HUTCHINSON: What's the
9    objection, though? What form
10   objection?
11   MS. CAIN-MANNIX: I think you're
12   trying to mischaracterize what was
13   said in the letter, what his testimony
14   is.
15   MR. HUTCHINSON: What exhibit
16   did we leave off on?
17   THE WITNESS: This one here,
18   number 40?
19   MR. HUTCHINSON: 49.
20   THE WITNESS: 49, okay.
21   MR. HUTCHINSON: Could you,
22   please, mark this as Exhibit 50.
23   - - -
24   (Exhibit Pope-50, E-mail string,

476

AL POPE - HIGHLY CONFIDENTIAL
1    Bates UE0879102 & UE0879104, was
2    marked for identification.)
3    - - -
4    BY MR. HUTCHINSON:
5    Q.    Mr. Pope, I've just handed you
6    what's been marked as Exhibit 50. Do you
7    want to take a chance to review this?
8    A.    Yeah.
9    MS. CAIN-MANNIX: What's the
10   Bates label, please?
11   MR. HUTCHINSON: It starts at
12   UE0879102. And Exhibit 50 is a
13   three-page e-mail chain that goes to
14   UE0879104. Just let me know when
15   you're done reviewing it.
16   THE WITNESS: (Reviewing
17   document.)
18   Okay.
19   MR. OLSON: Does the original
20   have page 2?
21   THE WITNESS: Did the original
22   what?
23   MR. OLSON: Have the second page
24   of the chain?

477

AL POPE - HIGHLY CONFIDENTIAL
1    MR. HUTCHINSON: Yes, it did.
2    Actually the copy -- I'm going to have
3    to switch this document. This is --
4    can we remark this as Exhibit 50.
5    Let's change this.
6    MS. CAIN-MANNIX: Troy, you're
7    kind of trailing out, so if you could
8    speak up, it would be appreciated.
9    MR. OLSON: We're just remarking
10   the exhibit right now.
11   BY MR. HUTCHINSON:
12   Q.    Mr. Pope, the exhibit has been
13   remarked. If you want to let me know when
14   you're done reviewing the full document, let
15   me know.
16   A.    (Reviewing document.)
17   Okay.
18   Q.    On page 2, down at the bottom,
19   the e-mail from Brian Joyer of Sparboe to Tim
20   Hammonds of FMI, do you see the second bullet
21   point there?
22   A.    Here you mean, does require a
23   seal, does FMI?
24   Q.    No, the bullet above that, the

**478**

AL POPE - HIGHLY CONFIDENTIAL
1 second one down.
3     A.    Oh.  Okay.
4     Q.    And do you see there that Mr.
5 Joyer is asking for FMI's position and NCCR's
6 position on the implementation of animal
7 welfare guidelines, and specifically what the
8 FMI and NCCR position is with respect to the
9 100 percent rule?
10     A.    Yes.
11     Q.    And flipping back to page 1, do
12 you see in Karen Brown's e-mail responding to
13 Mr. Joyer, do you see her second bullet point
14 starting with "Our goal..."?
15     A.    Yes.
16     Q.    And her -- is this consistent
17 with your understanding of FMI's position on
18 the 100 percent rule?
19     A.    You know, in all honesty, I
20 guess I'd have to get down a piece of paper
21 and see what the timeline is because to me
22 it's a little confusing, so I can't be
23 expected to, you know, to guess what she's
24 done here.  But what she's saying as I would
25 interpret it, okay, and you might interpret

**479**

AL POPE - HIGHLY CONFIDENTIAL
1 it differently, she's saying that the
3 enhanced animal welfare is for all animals in
4 food production, not animal used only for
5 certain products or product categories.  So
6 she's saying 100 percent.  That's how I
7 would -- that's how I would interpret that
8 she answered your question.  But I've never
9 seen this.  This is the first time I've seen
10 this.  Okay.
11     Q.    And you testified earlier today
12 that you met fairly regularly with people
13 from FMI?
14     A.    Yes.
15     Q.    And who from FMI did you meet
16 with?
17     A.    Tim, Brown and Hollingsworth.
18     Q.    And did you also meet with
19 Karen Brown?
20     A.    That's what I said.  Karen
21 Brown, Tim and Hollingsworth, Jill
22 Hollingsworth.
23     Q.    You mean Tim Hammonds?
24     A.    Tim Hammonds, I'm sorry.
25     Q.    Did you also meet with people

**480**

AL POPE - HIGHLY CONFIDENTIAL
1 from NCCR?
3     A.    Yes.
4     Q.    And what was the reason you
5 were meeting with them?
6     A.    What was the reason we were
7 meeting with them was following up on our
8 original calls at FMI, we actually went over
9 there on something other than animal welfare.
10 I don't remember what the issue was.  But I
11 was meeting with FMI and we were talking and
12 then one of us, Gene or somebody, we
13 mentioned that we were in the process of
14 working on animal welfare.  She said, oh, my
15 God, we are too.  And she says, how far along
16 are you.  So we said here's where we're at
17 now.  So I think trying to interpret what
18 they got full input on, whatever we ended up
19 with because we took their recommendations
20 back to both the UEP committee and the
21 Scientific Advisory Committee and, in fact,
22 they pulled some of our people off on our
23 Scientific Advisory Committee to be their
24 Advisory Committee as did McDonald's.
25     Q.    So FMI and NCCR were completely

**481**

AL POPE - HIGHLY CONFIDENTIAL
1 independently of UEP creating their own
3 Animal Welfare Program?
4     A.    I didn't just say that, did I?
5 I said that they helped us develop ours, is
6 what I said.
7     Q.    Do you know what was the FMI
8 position on the 100 percent rule, were they
9 in favor of it?
10     A.    He says yes.
11     Q.    Is that consistent with your
12 meetings with them?
13     A.    Yes.
14     Q.    And NCCR, they were also in
15 favor of the 100 percent rule?
16     A.    Yes.  I have to say that
17 they -- generally NCCR went along with
18 whatever FMI did.
19     Q.    And are you aware of Sparboe
20 meeting with FMI and NCCR to try to lobby
21 them to take certain positions on animal
22 welfare guidelines?
23     A.    I would have to say that the
24 answer is yes, but I don't remember where I
25 heard it.

**121 (Pages 478 to 481)**

482

1        AL POPE - HIGHLY CONFIDENTIAL
2        Q.      And do you know what Sparboe's
3    agenda was when it was --
4        A.      No.
5            MS. CAIN-MANNIX:  Objection.
6        How would he know what Sparboe's
7        agenda was?
8    BY MR. HUTCHINSON:
9        Q.      Do you -- was -- do you know
10   if, from your meetings with FMI and NCCR
11   whether Sparboe was trying to get FMI and
12   NCCR --
13       A.      I can't answer that.  I don't
14   know.
15       Q.      But you know that Sparboe was
16   trying to get FMI not to adopt an Animal
17   Welfare Program that incorporated the
18   100 percent rule.  Right?
19       A.      I don't know that.
20           MS. CAIN-MANNIX:  Objection.
21       Same objection.
22   BY MR. HUTCHINSON:
23       Q.      If you could refer back to
24   Exhibit 27.  Down at the bottom again.  You
25   write in this memo that "Sparboe's met

483

1        AL POPE - HIGHLY CONFIDENTIAL
2    separately with FMI & NCCR officials when UEP
3    did not support their company position on the
4    100% Rule."
5        A.      Yeah.
6        Q.      What was the company position,
7    Sparboe's company position on the 100 percent
8    rule?
9        A.      That they don't have 100
10   percent.
11           MS. CAIN-MANNIX:  Objection.
12       He's an UEP official, not a Sparboe.
13   BY MR. HUTCHINSON:
14       Q.      So your understanding is that
15   Sparboe disagreed with the 100 percent rule?
16       A.      Yes.
17       Q.      And that's why Sparboe was
18   meeting with FMI and NCCR.  Correct?
19       A.      Ask Sparboe.  I don't know.  I
20   assume, but I don't know.
21           MR. HUTCHINSON:  I have no
22       further questions.
23           MS. LEVINE:  Are we finished for
24       today, everybody?
25           Thank you, Mr. Pope.

484

1        AL POPE - HIGHLY CONFIDENTIAL
2            MS. CAIN-MANNIX:  I have no
3    questions.
4            MS. LEVINE:  Thank you very
5    much.
6            THE WITNESS:  Go ahead.
7            MS. LEVINE:  She has -- no, she
8    says she has none.
9            THE WITNESS:  Oh, she has none.
10           MS. LEVINE:  So you are
11       finished.  Thank you very much, Mr.
12       Pope.
13           VIDEOGRAPHER:  The time is
14       approximately 7:15 p.m.  The end of
15       disc seven.  We're now off the record.
16               - - -
17       (Witness excused.)
18               - - -
19       (Deposition concluded at 7:15
20   p.m.)
21
22
23
24
25

485

1
2        C E R T I F I C A T E
3
4
         I do hereby certify that I am a Notary
5    Public in good standing, that the aforesaid
     testimony was taken before me, pursuant to
6    notice, at the time and place indicated; that
     said deponent was by me duly sworn to tell
7    the truth, the whole truth, and nothing but
     the truth; that the testimony of said
8    deponent was correctly recorded in machine
     shorthand by me and thereafter transcribed
9    under my supervision with computer-aided
     transcription; that the deposition is a true
10   and correct record of the testimony given by
     the witness; and that I am neither of counsel
11   nor kin to any party in said action, nor
     interested in the outcome thereof.
12
         WITNESS my hand and official seal this
13   24th day of May, 2013.
14
15
16
     _____
             Notary Public
17
18
19
20
21
22
23
24
25

**486**

INSTRUCTIONS TO WITNESS

1
2
3
4     Please read your deposition over
5  carefully and make any necessary corrections.
6  You should state the reason in the
7  appropriate space on the errata sheet for any
8  corrections that are made.
9     After doing so, please sign the errata
10 sheet and date it.
11    You are signing same subject to the
12 changes you have noted on the errata sheet,
13 which will be attached to your deposition.
14    It is imperative that you return the
15 original errata sheet to the deposing
16 attorney within thirty (30) days of receipt
17 of the deposition transcript by you.  If you
18 fail to do so, the deposition transcript may
19 be deemed to be accurate and may be used in
20 court.
21
22
23
24
25

**487**

ACKNOWLEDGMENT OF DEPONENT

1
2
3     I have read the foregoing transcript of
4  my deposition and except for any corrections or
5  changes noted on the errata sheet, I hereby
6  subscribe to the transcript as an accurate record
7  of the statements made by me.
8
9     _____
10            AL POPE
11
12    SUBSCRIBED AND SWORN before and to me
13 this ____ day of _____, 20___.
14
15
16    _____
17           NOTARY PUBLIC
18
19
20 My Commission expires:
21
22
23
24
25

**488**

1           E R R A T A   S H E E T
2  IN RE:  PROCESSED EGG PRODUCTS ANTITRUST LITIGATION
3  DATE:  MAY 21, 2013
4  PAGE   LINE           CORRECTION AND REASON
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23
24 _____  _____
25 (DATE)              AL POPE

123 (Pages 486 to 488)

| A | | | |
|---|---|---|---|

**aaragona** 3:9
**ability** 44:16 98:20
  141:16 173:25
  270:14 282:2
**able** 38:22 55:7
  183:24 232:2
  379:11 381:17
**absolutely** 357:19
**acc** 321:4 358:21
**access** 117:16
**acclabeled** 321:12
**accolades** 473:15
**accommodate** 24:15
  430:10
**accomodation**
  449:25
**account** 415:18
  416:10
**accurate** 88:23
  191:10 284:13
  381:14 486:19
  487:6
**accusation** 137:7
**accusatory** 216:20
**accusing** 246:2
**achieve** 220:19
**achieved** 221:12
  233:4
**acknowledge**
  169:14
**acknowledgment**
  487:1
**acre** 6:9
**acres** 66:3
**act** 118:18,21
  119:12 124:14,17
  128:18 133:11
  134:20 135:16
  138:8 153:24
  298:3 374:14
  375:9,16 440:16
**action** 119:6 348:2
  348:10,14 436:10
  485:11

**actions** 1:5
**active** 141:21
  228:24
**activist** 152:13
  310:23 312:14,21
  313:5,8 317:10
  322:11
**activities** 121:21
  124:20 233:4
**activity** 28:25
**actual** 46:10
**ad** 265:3
**adam** 407:25
**adamant** 361:17
**add** 145:13 382:8
  422:15
**additional** 350:4
**additionally** 161:6
  279:14 292:14
**address** 19:7 46:24
  47:11 110:16
  199:2 229:11
**addressed** 111:12
  111:21 254:16
  268:14
**addressing** 440:9
**adequate** 311:25
**adjusted** 34:16
**adjusting** 384:23
  385:3
**adjustment** 30:13
  30:20 31:25 34:11
  172:15,20 389:2
**adjustments** 390:3
**adjusts** 201:17
**administer** 186:7
**administered**
  185:17
**administrative**
  255:16
**adopt** 38:3,12
  264:14 308:12
  482:16
**adopted** 12:5 36:23
  37:15 219:9

224:12 412:10
**advertiser** 327:21
**advertising** 178:24
  310:13,19 312:9
  316:12,16 317:14
  319:24 320:13,19
  321:3 322:6 327:3
**advice** 119:11,15
  129:10,11 130:22
  131:7,8,20 132:7
  132:10 133:10
  134:15 135:9
  136:3 156:20
  157:25,25 158:5
  159:3,9 210:14
  211:9 231:17
  263:18 381:14,18
**advise** 31:3 203:9
**advised** 37:12
  122:22 127:9
  251:24 366:11
**advising** 39:7
**advisory** 95:2,11
  96:15 97:14,17
  98:4,9,24 161:5
  162:2,13 174:24
  193:25 219:10
  255:18 256:19
  264:17 410:8,22
  439:18 471:2
  480:21,23,24
**advocate** 43:11
**aeb** 346:22
**affect** 28:17 110:9
  195:20,22 281:21
  429:13
**affiliate** 235:22
  236:11,15,17,22
**affiliated** 39:19
  156:2
**affiliates** 235:8,13
  235:15,18
**afforded** 321:12
**aforesaid** 485:5
**afternoon** 381:5,6

**age** 225:24 336:24
  337:2 342:2
**agencies** 311:24
**agency** 311:15,18
  372:19,23
**agenda** 128:6 134:2
  260:21,22 304:3,3
  304:10,14 317:23
  482:3,7
**agent** 411:22
**ago** 19:22 30:24
  45:9 66:2 119:7,8
  130:13 170:9
  272:18
**agree** 14:11 62:22
  190:14 199:18,22
  332:7
**agreed** 17:20 44:25
  185:3 234:25
  324:25 326:17,21
  328:13 330:9,12
  336:12 415:7
**agreeing** 326:3
**agreement** 182:18
  249:7 376:11,17
  413:12 414:3,5,7
  414:15,22 415:3,4
  415:6,15 417:3
  425:9
**agribusinessman**
  124:22 125:3,10
**agricultural** 124:6
  125:15 163:9,12
  291:14 295:13
**agriculture** 39:21
  85:6,7 163:16
  408:19
**ahead** 17:3 84:18
  90:24 171:2
  199:12 217:24
  309:8 329:3 343:2
  484:6
**ahern** 6:18,20
**aimed** 332:22 333:8
**al** 1:11 7:3,15 15:3

17:15 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1,13
91:21 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1,7 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
122:22 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1

148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1,10 248:1
249:1 250:1 251:1
252:1 253:1 254:1
254:17,17 255:1
256:1 257:1 258:1
259:1 260:1 261:1
262:1 263:1 264:1
265:1 266:1 267:1
268:1 269:1 270:1
271:1 272:1 273:1
274:1 275:1 276:1
277:1 278:1 279:1

280:1 281:1 282:1
283:1 284:1 285:1
286:1 287:1 288:1
289:1 290:1 291:1
292:1 293:1 294:1
295:1 296:1 297:1
298:1 299:1 300:1
301:1 302:1 303:1
304:1 305:1 306:1
307:1 308:1 309:1
310:1 311:1 312:1
313:1 314:1 315:1
316:1 317:1 318:1
319:1 320:1 321:1
322:1 323:1 324:1
325:1 326:1 327:1
328:1 329:1 330:1
331:1 332:1 333:1
334:1 335:1 336:1
337:1 338:1 339:1
340:1 341:1 342:1
343:1 344:1 345:1
346:1 347:1,14
348:1 349:1 350:1
351:1 352:1 353:1
354:1 355:1 356:1
357:1 358:1 359:1
360:1 361:1 362:1
363:1 364:1 365:1
366:1 367:1 368:1
369:1 370:1,13
371:1 372:1 373:1
374:1 375:1 376:1
377:1 378:1 379:1
380:1 381:1 382:1
383:1 384:1 385:1
386:1 387:1 388:1
389:1 390:1 391:1
392:1 393:1 394:1
395:1 396:1 397:1
398:1 399:1 400:1
401:1 402:1 403:1
404:1 405:1 406:1
407:1 408:1 409:1
409:20 410:1

411:1 412:1 413:1
414:1 415:1 416:1
417:1 418:1 419:1
420:1 421:1 422:1
423:1 424:1 425:1
426:1 427:1 428:1
429:1 430:1 431:1
432:1 433:1 434:1
435:1 436:1 437:1
438:1 439:1 440:1
441:1 442:1 443:1
444:1 445:1 446:1
447:1 448:1 449:1
450:1 451:1 452:1
453:1 454:1 455:1
456:1 457:1 458:1
459:1 460:1 461:1
462:1 463:1 464:1
465:1 466:1 467:1
468:1 469:1 470:1
471:1 472:1 473:1
474:1 475:1 476:1
477:1 478:1 479:1
480:1 481:1 482:1
483:1 484:1
487:10 488:25
**albert** 18:15
**albuquerque** 289:11
   290:15
**ali** 408:7
**allan** 308:4 430:2
**allen** 6:6
**allied** 78:4,6 94:14
   166:7 292:6
   346:23 350:24
   351:14 436:17
**allotted** 258:23
**allow** 376:14 377:4
   377:12,19
**allowable** 243:7
   342:7
**allowance** 174:15
   177:21 221:10
   271:22 340:13
   342:12 343:11,17

343:21 353:23
**allowances** 114:6,13
341:20
**allowed** 79:18 206:7
238:13,13,15
244:5 257:18
266:15,18 321:13
341:13 342:18
343:11 441:2
**allowing** 376:11
377:6,8
**allows** 377:2
**alternative** 141:17
**altogether** 356:19
**ambiguous** 106:22
**amended** 24:14
**america** 75:16
**american** 410:3
**americas** 319:25
**amount** 30:23 32:17
41:15 162:25
242:19 399:18
**amounted** 397:19
**analyses** 50:3
**analysis** 30:22 39:17
103:14
**anderson** 3:1,4 7:6
16:4,4 40:15 47:15
70:23 89:14 97:18
106:13,17,21
107:15 396:3
403:5,7 404:18
**animal** 8:9 9:10,15
9:21 10:6 12:9
22:14 81:8,15
82:20,21 83:5
85:16 92:9,15,16
92:18 95:2 98:18
152:19 160:23
162:19 163:16
174:23 177:4,13
177:24 178:8,17
180:12 187:16
188:2,12 189:4
190:24 208:6

215:10,23,25
219:11 221:4
222:13 223:3,11
223:17,22 224:14
225:3 233:13,23
247:18 251:3
255:2,12,13,14
259:15 260:5
264:25 277:14
278:4 280:23
281:6 292:17
293:14 301:11,19
302:2,9,14 305:23
306:11,18 307:19
308:2 310:22
312:13,21 313:5
313:13 315:6
316:15,21 317:9
318:8 321:20
322:11 324:3
325:2,9,19,23
326:18,23 330:12
335:14 336:7
338:25 351:19
364:2,7 372:14
379:11 407:9,17
407:18,20 408:19
409:9 418:18,19
421:10 424:15
427:24 428:2,5,8,9
428:25 429:12
432:12 433:13
434:25 436:23
437:2,8 438:19,23
439:8,11 441:20
442:8 460:12,23
462:24 471:5
473:11,18 474:9
474:24 478:6
479:3,4 480:9,14
481:3,21 482:16
**animals** 98:22
224:10 309:10
313:9 462:22
479:3

**announcing** 223:17
**annual** 77:6 117:7
117:12 304:6
346:13 351:14
398:7 399:23
451:7
**annually** 117:20
**answer** 13:3 20:13
21:8,13,17 22:9
31:14 32:8 44:12
44:13 55:25 56:14
72:8 84:14,16,17
107:17 109:20,23
116:2 117:2
126:12 129:9
131:6,24 134:25
135:6 136:2,8,12
136:21 137:21
138:14,16,18
150:3,5,8 168:7
172:4 175:13
176:9,10,13,14
184:18 193:22
196:8,9 203:13
207:20 214:7,10
226:5 229:23
238:23,24,25
244:18 247:16
250:3 258:16,18
270:13,14 274:17
290:17 294:23
296:13,19,21
299:14 300:4
305:18 308:23
309:9 328:22
329:22 333:5
343:2 345:2,6,12
351:10 352:19
374:17 395:14
401:25 405:19
407:12 410:13,18
420:19 433:7
441:15 443:16,18
455:17,21 456:4,8
456:17 457:11,22

458:12 481:24
482:13
**answered** 38:14
87:23 89:6,11,19
107:6,16 126:13
127:13 132:12
175:6,10 202:19
207:5 225:23
238:19 251:6
294:2,20,24 298:5
298:10 300:13
322:2 454:14
455:10 470:20
479:8
**answering** 68:4
456:13
**answers** 83:16 345:3
377:13
**antenna** 407:18
**anticipated** 221:24
**anticipation** 282:18
**antitrust** 1:3 7:21
14:22 119:24
120:24 124:16
250:20 440:7
488:2
**antonio** 90:22
**anybody** 16:21 29:4
34:3 42:9,9 44:25
52:3 55:5 75:23
115:9 143:22
159:11 203:24
212:5 276:14
290:6 305:7 309:9
361:16 402:3
439:14
**anybodys** 49:16
**anymore** 384:18
**apart** 409:18
**apologize** 120:7
177:2 216:13
294:4,19 460:19
**apparently** 123:14
176:10 290:20
342:17

**appeal** 321:4 324:4
  327:15
**appealed** 321:25
  322:6
**appearance** 192:5
**appearances** 4:11
  6:11
**appears** 140:24,25
  212:23,24 217:20
  387:12
**applauded** 347:15
**applies** 1:4 235:7,8
  296:6
**appoint** 188:6
**appreciate** 22:9
  458:2
**appreciated** 477:9
**approach** 181:16
  382:18 461:23
**appropriate** 393:13
  486:7
**approval** 90:23
**approved** 169:22
  249:18 315:13,25
  348:2,9,20,21
  436:9
**approximately**
  14:16 19:23 25:14
  25:24 27:6 40:12
  58:21 60:18 99:8
  99:19 116:13
  123:17 130:10
  191:19 193:6,14
  259:9,22 309:21
  310:3 372:3,9
  380:17,23 402:12
  402:18 453:23
  454:6 471:12,18
  484:14
**april** 9:8,12 99:24
  140:22 164:3
  217:7,19 222:15
  223:5 251:23
  278:3 388:18
  393:2 395:3

  421:11 468:20
**aragona** 3:7 16:13
  16:13
**arbys** 229:4
**arch** 1:13 3:19 4:4
**area** 8:18 188:9,10
  188:12 196:20
  197:6,12,14,19
  198:6 219:3 304:5
  401:18 408:4
  409:2,2
**areas** 103:12 198:7
  198:8 255:10
  280:7
**arent** 104:11 312:3
  394:4
**argued** 327:20,20
**argument** 439:6
**arin** 3:7 16:13
**arizona** 102:13
**armstrong** 407:5,24
  458:23
**arrangement** 411:8
**arrangements** 185:2
**art** 188:4
**arthur** 6:5
**article** 7:13 57:24
  58:8 62:12,17,23
  62:25 63:13,16
  69:6,8 70:16 75:2
  77:19 78:24 81:11
  81:13 88:17
**aside** 110:19 114:23
  165:9 179:5
  181:18 186:25
  191:12 211:4
  212:10 213:22
  216:4 227:12
  231:20 253:23
  267:18 270:16
  277:11 284:22
  296:2 298:13
  300:2,18 302:22
  309:17 333:18,19
  351:18 352:4

  354:2 355:7
  368:21 436:20
  462:15
**asked** 38:14 76:3
  84:13 88:2 107:16
  123:4 137:24
  143:24 151:10
  160:15,20 163:9
  172:14 175:6,10
  176:8 202:18
  207:22 209:8
  216:6 223:13,14
  225:13 227:7,9
  238:18,19 250:13
  251:5 266:20
  292:11 293:11
  295:12 298:4,9
  300:13 376:4
  379:24 404:12
  405:23 409:15
  413:6 414:21
  420:4,8,17 437:25
  454:14,17 455:19
  467:12 469:4,11
  470:22
**asking** 27:4,8,11
  61:21 88:4 106:5
  109:23,24 132:2,9
  132:9,10,14
  149:25 159:7
  160:12 169:12
  172:18 206:15
  210:20 212:3
  227:8 231:4
  263:18 269:9
  280:21 291:13,19
  292:6 293:3
  297:20 319:7,15
  375:23 401:14
  433:9 455:7 478:5
**asks** 68:3 132:3
  150:19 382:5
  457:7
**assert** 157:21
**asserting** 133:4

  158:5,21 159:3
**assertion** 377:16
**assign** 121:18
**assigned** 121:19
  221:5
**assistance** 229:18
  231:17 351:5
**associate** 292:6
  364:20
**associated** 105:7
**association** 29:13,15
  29:17 75:4,22 76:9
  76:12 78:25
  108:25 109:3,5
  194:22 291:15
  295:15,18,19,25
  366:14 368:9,18
**associations** 108:8
  228:19
**assume** 21:9,20
  49:21 121:9
  254:17 310:15
  377:20 483:20
**assuming** 129:3
  189:17 214:25
  215:4 230:25
  289:24 437:6
**assure** 305:7 438:16
**atlanta** 8:19 9:22
  19:6 196:21 197:7
  259:17 260:6
  349:6 363:22
  377:10
**attach** 100:15 287:8
  303:24 315:2
**attached** 122:13
  185:4 215:2
  230:21 287:15
  315:15,18 357:9
  357:12 358:4,8
  369:10,12,17
  486:13
**attaches** 134:11
  295:14 297:10
  415:10

**attachment** 10:16
10:20 11:9,12,23
35:14 184:10
213:9 303:6 316:3
318:23 355:10
365:12 396:7
**attachments** 10:18
313:20 314:5,9
**attained** 172:24
**attempt** 86:5,6
239:21 240:3
**attempted** 300:10
**attempting** 296:16
296:22 297:14
**attend** 79:18 95:25
96:4,6 97:3,6
155:6,10 156:7
198:10 352:5
373:2
**attendance** 346:8,18
404:9,15
**attended** 79:14 96:3
121:11 155:3
170:4 171:15
180:3 197:9 223:7
234:2 260:8,25
261:5,7 289:12
**attendees** 350:18
**attending** 15:5
79:25 128:8 323:6
**attention** 360:17
472:6,21
**attorney** 137:23
149:17,24 289:7
291:4,7 443:7
486:16
**attorneyclient** 129:2
129:5 131:25
132:4 135:5
136:18 137:5,12
137:17 139:2,24
203:15 455:15
456:5 457:5
**attorneys** 15:4
457:19

**attribute** 305:20
**attributed** 71:21
**audience** 294:12
**audio** 14:10
**audit** 220:11,17,18
220:23 221:8,11
242:16,21 252:16
252:24 253:8
258:15 342:9
353:24 358:15
**audited** 419:5
451:18
**auditing** 238:10,14
451:19
**auditor** 242:18
258:11
**auditors** 242:15
465:3
**audits** 290:4
**august** 8:7 10:22
165:13,20 314:5
314:10,18,19,20
314:22 333:22
334:7 343:24
**auspices** 446:12
**author** 129:14
279:19,22 299:8
**authored** 101:2,5,10
279:25 280:4,6
411:14,17
**authority** 331:8
364:12 409:9
**authors** 132:16
249:4
**available** 40:21
162:16 385:2
**avenue** 2:5 3:7 5:2,8
5:15 6:6
**average** 342:13
398:9
**avoid** 337:22 338:18
339:5 340:2
347:18
**avoided** 441:4
**avoiding** 340:7

**avoids** 337:15 338:3
338:9
**award** 91:24 92:3,5
**aware** 128:21 138:2
141:22 183:12
270:12 367:8
372:21 398:10
481:19
**awful** 340:5

———————
**B**
———————
**baby** 202:3 446:5
448:9
**back** 18:11 30:18
37:4 40:12,23 45:7
45:8 60:10,13,19
61:5 68:16 73:5
85:14 86:4 97:25
99:20 104:23
132:25 138:21
139:14 145:23
150:11 160:11
165:23,23 188:8
190:19 193:7
209:19 226:16
232:8,14 242:10
242:20 255:18
257:25 258:6,6,8,9
259:23 265:18,21
266:2 268:12
288:17 296:14
301:2 310:4
314:14,20 335:10
335:13,13 349:5
357:24 367:7
372:10 374:21
380:23 402:18
414:16 421:22
429:24 433:3
441:6,7 442:24
454:7 458:20
463:20 471:18
478:11 480:20
482:23
**backfill** 243:18

262:2 266:4 335:6
335:8 336:19
337:2 341:13
344:2
**backfilled** 342:14
**backfilling** 113:12
113:16 166:24
167:18 243:25
266:8,14 334:18
335:12,15,19
337:13,22 338:3
338:14,18 340:12
340:20 341:18
342:18 343:15
350:17 353:16,21
**background** 408:19
**backs** 452:11
**backward** 70:9
**backwards** 69:17
71:12
**bad** 85:2 174:9,10
181:11 216:24
230:9 231:3
335:16 336:20
337:12 430:24
**badgering** 457:18
**bahan** 210:4,14
211:6 254:25
262:8 376:7,10
378:7 379:8,9,10
379:16 433:18,24
**bahans** 433:19
**baker** 2:21 6:1,18
16:8 205:5,9,17
388:10,12 390:19
403:17,22,24,25
404:2,4,7,14
**bakermckenzie**
6:20
**balance** 48:18 94:4
174:4 207:8
208:11 215:7
401:11
**balanced** 418:3
**balancing** 48:19

**bank** 108:15 415:18
  416:10
**barometer** 382:17
**barry** 11:15,17
  359:2 381:24,25
  382:20,21 383:10
  383:22 384:9
  385:5 389:17
  394:11
**barrys** 383:2
**based** 81:15 98:21
  106:8 107:8
  112:24 117:21
  118:21 119:3,4,6
  124:25 125:8
  134:6 162:14
  263:13 373:8
  388:25 408:6
**bashing** 112:8
**basically** 25:10 40:2
  42:15 53:15 71:10
  74:9 87:3 101:16
  110:9 115:5
  116:22 119:16,18
  141:4,18,20
  197:13 224:11
  243:2 288:12
  304:2 368:8
  396:20 411:11
  418:3 430:9 441:6
  446:3 451:24
  463:20
**basing** 468:6,10
**basis** 35:17 65:19
  95:23 129:2 331:4
  373:14 439:21
  448:20
**bates** 91:14,20
  99:14,23 110:22
  111:6 119:25
  120:15 140:10,21
  154:13,19 165:13
  165:18 177:6,11
  179:15,21 181:23
  182:4 187:4,9

196:21 197:2
204:7,12 212:13
212:18 214:16,21
217:8,14 222:15
222:21 227:23
228:4 233:15
244:21 245:8
254:2,7 259:17
260:3 267:21
268:2 270:19,25
277:14,20 285:9
285:20,21,23
286:12,13,16
298:22 299:5
303:6,14 313:20
320:5 327:9
333:22 334:4
345:18,24 352:14
352:23 354:5,14
355:10,15 362:8
362:15 365:12,22
368:24 369:7,13
369:21 383:11,17
383:19,23 384:3
386:22 391:9,14
396:7,14 412:13
460:14,21 476:2
476:11
**bb** 318:5
**bbb** 312:20 317:22
  323:14 329:23
**beak** 252:22 253:11
  461:11,13,18,22
  463:3,14,17 464:6
  464:9,13,17,21,25
**bear** 144:20
**beautiful** 442:10
**becoming** 31:15
**began** 25:12 69:9
**beginning** 1:14
  205:5 251:13
  342:18 430:15
**begins** 99:19 102:11
  112:7 168:10
  193:6 259:22

310:3 372:9 454:6
**behalf** 2:8,13,19,24
  3:4,9,15,21 4:8,16
  4:21 5:4,11,17,22
  6:4,9,16,21 16:5
  16:12,14,17 17:7
  192:12 390:17
  411:17 414:8,10
**behavioral** 461:18
**behold** 336:4
**belgium** 83:21
**believe** 19:15 63:5
  66:23 69:4 91:22
  286:18 293:25
  298:14 317:9,11
  320:6 352:7
  359:22 378:8,25
  398:20 406:4
  414:12
**believed** 42:18
**bell** 39:17,18 40:11
  40:13,20 41:3,4,9
  41:18 42:3,11,18
  43:10 44:6 46:16
  50:16 94:11 101:3
  102:24 104:24
  105:16 108:5,20
  108:23 109:9,17
  109:23 111:9,18
  112:6,13,20
  113:19,24 114:11
  114:15 172:23
  173:5,7,14 174:13
  391:23 395:18
  396:18 397:9,14
  398:24 411:14
**belld00032755** 7:20
  110:22 111:7
**bells** 49:10 50:2,19
  111:25 397:6
  420:9
**belong** 78:23
**belonged** 194:19
  291:11
**bending** 257:19

**beneficial** 33:25
**benefit** 143:10
  147:14 148:16
  162:10 273:7,11
  273:18 274:4
**benson** 6:12 192:19
**best** 20:12,13 21:2
  35:18 64:19 65:14
  98:19 105:7
  107:13 173:25
  188:10 220:20,20
  242:22 243:23
  270:13 276:3
  279:16 299:17
  317:3 406:21
  462:21
**bet** 373:10
**beth** 442:4 443:20
  473:16
**better** 9:5 28:18
  31:4,13 48:5 106:2
  148:10 150:16
  201:14 214:14
  215:7,18 222:2
  272:18 306:10
  307:17 310:7,18
  312:9 316:13
  318:5 320:20
  322:19 344:23
  345:9 401:5
  417:18
**beyond** 327:22
  398:23 410:9
**bible** 39:25 42:4
**big** 52:14,21 144:23
  257:23 275:7
  284:7 463:2
  468:13
**bigger** 48:22
**biggest** 74:4
**bill** 117:20
**billing** 77:15
**billion** 400:15
**bio** 63:2
**bird** 46:10,12

208:22 243:6,24
257:8 332:14
337:15,16,19,24
338:20 339:6,9
350:14 408:23
443:15 446:13
461:17 463:5,18
**birds** 24:24 30:23
46:13 81:17 86:10
115:4 257:16,18
282:22 309:3
336:4,18,24,24
337:3 339:16,18
339:22,25 341:13
344:17 424:8,11
424:11,16,22,25
438:20,24 446:4,9
446:15 449:18,20
449:21 452:9
467:17,23
**bit** 34:10 55:17 57:8
121:23 167:25
186:7 192:14
265:20 274:17
**blank** 409:12
**blizzard** 467:5
**block** 2:16 15:14
473:20
**blood** 83:7,8
**blows** 281:24 392:15
**blur** 347:17
**board** 8:4,11,14 9:7
11:4 12:5 36:23
37:5,7,16 38:3,12
39:2 40:7 43:20
74:20,21 77:17,17
80:7 83:25 90:4,8
90:10,21,23 95:12
98:17 101:15
102:12 103:10,16
104:4,13,18,20,21
128:3,8 133:16,19
133:20,25 141:14
149:3,11 154:11
154:21 155:7

156:15 157:5
158:16 160:4
161:22 163:5
164:9 169:10,22
174:6 179:13,24
181:5,14,15,21
182:9 188:25
190:23 191:7
217:6,18 218:7
219:9 247:18
249:5 251:23
265:14,21 287:3
288:6,10,17 289:4
290:19 291:6,9,11
294:6 301:21
303:2 308:9
310:13 321:4
322:7,20 338:12
348:2,9,20,21
349:7 352:12,25
373:2 395:18
405:24,25 406:8
406:14 408:3
410:3,3 412:11
415:22,25 416:3
416:16 435:10,12
435:13,15,17,18
436:9,13 439:10
440:25 441:16
474:8
**boards** 74:16
**bob** 187:13 290:7,13
290:14,16 291:3
292:25 354:16
355:18,24 362:25
365:24 443:15,19
473:15,23
**bodies** 321:8,17
323:10 324:7
**book** 39:23 42:5,7
42:11 229:11,12
**books** 77:13,14
**borders** 46:3
**bother** 349:16
**bothered** 189:2

**bottles** 83:6
**bottom** 64:7,7 73:2
75:3 81:6 82:2
92:13 95:5 125:23
144:6 167:22
199:8,10 223:15
224:23 241:9
252:14 261:13
262:16 272:14
283:23 292:13
307:25 325:15
332:20 347:19
350:23 391:22
421:25 430:19,24
432:15 434:7
436:16 472:7
473:9 477:19
482:24
**bought** 241:2
339:21 446:7
**boy** 46:13
**brainstorming**
408:22
**brandon** 119:19
120:22 130:21
131:20 322:24
323:3
**brands** 19:22
**break** 20:18,22 53:6
66:15 91:10 99:4
179:9 191:13
259:4,7 309:19
371:25 405:14
454:18,20
**breaker** 72:17
**breakers** 64:10 69:7
69:8,9,17 71:8,12
77:21 78:14,15
79:11 388:21
**breakfast** 9:11
222:14 223:4,12
247:14 291:3
**breakfasts** 355:4
**breaking** 64:9 65:24
66:13 259:2

**breaks** 59:16 300:22
453:18
**breed** 446:12
**breeder** 445:20,21
445:25 446:11
447:9,12
**breeders** 461:16
**brian** 5:8 477:20
**brief** 140:15 177:14
197:4 346:6
**briefing** 9:10 222:13
223:4,12
**briefly** 19:18 51:5
58:13 111:3
167:20 182:14
189:7 239:14
261:16 467:11
**briggs** 3:12,15 16:11
**bring** 138:21 139:14
170:12 241:14
265:21 275:24
408:22,24 440:13
440:16 441:14
**bringing** 442:24
**broad** 139:24
155:21,22 160:18
**broader** 118:15
**broadway** 5:20
**brobison** 5:11
**broiler** 28:19 42:10
42:13
**broilers** 25:2 28:22
**broken** 439:12
**broker** 26:20,21
418:8
**brought** 79:2 139:20
211:17 247:11
301:20 432:23
462:14
**brown** 479:17,19,21
**browns** 478:12
**bruce** 317:2,12,13
332:15,17
**buddy** 316:25
**build** 350:4 422:20

**building** 64:23
69:10 422:10
425:15,19,23
**buildings** 284:2,18
423:24
**built** 48:6 67:7
388:17
**bullet** 304:15 306:17
427:20,23 428:8
428:15 469:19
477:21,25 478:13
**bullets** 32:17
**burden** 144:21,22
145:15 147:5
276:14
**bureau** 322:19
**bureaus** 310:7,18
312:10 316:13
320:20
**burp** 349:15
**business** 55:6 79:12
145:8 162:24
229:3 307:22
310:7,18 312:10
316:13 318:6
320:20 322:19
359:24 360:12
442:18 448:23
**butch** 141:2 144:17
**buy** 56:9 57:10
65:15 72:18,18
73:2 84:3 240:25
241:4 274:24,25
275:4 276:2,7,11
367:23 372:13,19
388:21 399:18
**buyer** 360:5 385:12
**buyers** 361:20
**buying** 32:18 64:10
235:25 236:3
276:4 439:14
**buys** 52:3
**bylaws** 24:14
**bynum** 255:24

**C**

**caesars** 9:11 222:14
**cage** 9:5 55:16 57:7
85:19,22 177:21
180:18 208:22
214:14 215:19,24
221:9 252:2 258:2
258:14 293:13
336:4 337:3
340:13 341:19
342:12 343:11,16
343:21 353:22
470:22,24
**cages** 78:9 161:9,17
161:21 257:21,22
257:24 331:16
339:25 340:11,23
341:7,10,12
350:17
**cainmannix** 4:13,15
16:18,19 475:3,7
475:12 476:10
477:7 482:5,20
483:11 484:2
**california** 6:14,14
112:4 210:6 269:6
397:9
**call** 8:15,22 9:8 11:5
24:7 25:6 34:11,18
38:25 75:8 87:12
93:10 127:15
133:21,21 142:4
178:24 181:22
182:8,12 204:6,18
204:23 205:2,20
206:5,20 207:15
208:10 217:7,19
217:22 224:18
251:23 262:8,12
263:2,19,22
330:12 352:13
353:2,6,15 360:6
368:11 379:2
387:19,23 388:2,8
388:13 394:7

408:10,13 448:15
462:12 463:4
**called** 8:21 22:14,15
70:5 75:12,15
134:3 141:24
178:16 180:12
184:23 187:25
204:5,17 207:15
208:10 257:25
297:10 318:3,19
366:11 372:18
379:2 403:17
408:3 409:6
445:21 473:19
**calling** 77:4
**callow** 4:18 17:4,4
**calls** 37:8 44:11 50:6
54:18 56:11
361:18,18,22
382:4,7 385:10,11
385:11 390:11
480:8
**calmaine** 5:12
192:13 390:17
404:5
**campbell** 2:16 15:13
15:13
**campus** 39:20,20
**canada** 46:4,9
372:18
**canadian** 43:23
372:22
**cannibalism** 464:14
**cant** 56:18 72:23
85:16 88:12,16
89:16 132:2 150:3
157:11 159:4
173:17 229:8
232:20,21 235:23
236:5 237:19
258:16 269:2
290:17,21 332:15
349:4 409:19,20
443:17 466:4,5,6
478:22 482:13

**capacity** 208:23
444:19
**capita** 47:24
**capper** 122:23
**cappervolstead** 24:5
118:18,21 119:12
123:5,18 124:14
128:18 130:6
133:11 134:20
135:16 138:8
186:12 203:18
214:2 291:16
292:8 296:4,24
297:10 298:3
374:14 375:9,16
417:2 440:16
**caption** 14:21
**capturing** 246:18
**cards** 85:22
**care** 22:14 54:6
81:16 178:8,17
232:3 240:21
245:25 246:4
280:23 281:6
301:11 302:2,9,14
306:18 309:3,4
315:6 316:15
318:8 321:13,20
324:3 325:2,9,19
325:23 326:18,23
328:5,17 330:3,13
330:19 364:2,8
427:24 428:2,25
439:7,8,11 449:21
462:22 473:11,18
474:24
**cared** 98:22
**carefully** 486:5
**carrie** 3:1,4 16:4
403:7
**carried** 225:6
276:14
**carry** 72:21 225:17
226:8
**carrying** 224:10

cars 74:11
carton 143:2 394:4
cartons 66:10 224:2
224:5 321:12
326:19,22
case 14:21,23,25
146:18 215:9
237:18 260:23
281:25 362:4
cases 66:14 223:25
224:5 449:2
catastrophe 171:2
catch 368:10
categories 444:9
479:5
category 228:23,23
444:24 445:21
448:5 449:10
caught 83:17 178:6
352:18
cause 221:10
caution 46:18
156:18 157:17
422:23
ccr 1:16
cell 14:7
cema 372:25
center 3:13,18 4:13
407:17,22 408:2
408:18
cents 382:6,9 389:6
398:9
certain 17:20 54:16
122:3 139:22
218:6 261:4 280:7
342:5 343:10,11
357:15 479:5
481:21
certainly 109:4,21
216:19 263:13
267:15 372:24
395:12
certification 93:15
219:6 293:14
296:24 297:11

298:8,18 321:20
323:17 325:21
327:22 328:3,16
332:22 418:24
419:4
certified 22:15
117:15,16 130:17
130:23 131:21
193:11,11 194:25
195:4,13 218:21
218:22 219:13,25
223:25 229:20
234:9 235:3,24
236:3,6,16 237:10
237:13,23 238:14
238:16 239:4,20
239:22 240:3,4,22
240:24 269:21,24
301:11 302:9,20
305:2,13 309:2
315:6 318:9 324:3
325:9,19,23
326:15,19,23
339:24 340:15,17
343:9 353:17
354:11 356:6
358:23 360:6
364:8 372:14,20
428:8,9,25 437:2
437:11 438:17
441:21 442:8
451:17,17,25
462:17 463:21
464:24 473:19
certify 24:6 239:8
485:4
chad 116:25 121:21
121:23 269:15
280:9 299:9 451:2
451:4
chain 48:21 54:3
194:6,7,15 229:5
233:3,10 237:20
336:13 382:4
439:19 472:24

476:14,25
chains 52:12
chair 86:8
chairman 75:19
97:5 103:21,23,25
104:3,5,12 141:3
188:4,5,9,20,22
223:14 225:12
226:12,18,20,23
278:11,12,14
303:3 388:11
390:20 403:16
chairmans 159:18
chairmanships
104:9
challenge 261:14
306:19
challenger 328:13
chance 58:12,13
61:11 254:9
286:20 397:24
476:8
change 24:3,18
30:25 37:11 44:16
63:25 115:12
152:7 162:6
185:14,21,25
186:6 218:13,21
220:7,13 264:18
267:7,16 271:20
382:16 477:6
changed 23:14
25:11 44:17 134:4
134:12 153:18
325:13 420:18
465:12
changes 30:24 63:17
87:14,16 88:7
161:8,16,20
162:23 317:5
486:12 487:5
changing 23:22
74:18 266:21
307:21
characterize 255:4

characterizing
315:10
charles 2:11 15:16
381:7
chart 104:24 392:13
393:14 430:8
cheap 339:22
cheapest 56:8 57:10
check 92:7 301:12
349:10
chicago 2:17 3:8
6:19 15:14 101:15
169:25 170:17
352:9
chick 426:20,23
427:4,9 448:9
chicken 35:13,15
48:6 85:10 125:19
332:13 394:5
chickens 82:25 83:2
83:3 117:22
401:21
chicks 202:4 446:5
children 463:7,8
choose 350:7,8
chooses 104:12
chosen 188:2
christine 3:18,20
16:16
chronology 316:11
319:12 320:15
323:25
cincinnati 4:19
cira 3:18
circle 301:2 314:13
circulated 127:19
circumcised 463:12
circumstances
126:5 398:22,25
claim 212:5 324:2
claimed 211:12
clarification 21:5
133:15,18 375:20
470:20
clarify 302:8 358:2

**clarity** 22:12 134:8
**clark** 2:17
**clawed** 209:18
**clean** 474:18
**clear** 21:2 27:24
  36:3 44:22 138:4
  210:22 214:5
  218:20 244:14
  264:19 312:11
  322:9 341:17
  343:9 356:4
**clearinghouse** 359:4
**clearly** 131:24
  138:11
**close** 323:24 408:4
**closed** 74:5 288:9
**closely** 46:3 170:12
**closing** 24:13
**cm00190223** 11:19
  386:22
**cm00190225** 387:16
**cm00190239** 11:19
  386:22
**coaching** 159:2
**coaster** 167:23
**coffee** 294:10
**colleges** 411:9
**column** 168:23
  171:25 384:21
  419:20,23
**com** 2:7,7,13,18,23
  3:4,9,15,20 4:6,7,7
  4:15,20 5:3,10,11
  5:16 6:3,8,15,16
  6:20
**comb** 392:21
**combination** 162:19
  398:21
**come** 43:22 66:21
  70:2 80:6,7 83:25
  84:4 87:8 94:11
  123:21 163:10
  171:4 197:25
  198:2 205:24
  226:16 242:10,15

265:14,16 288:10
  288:12,13,17
  309:6 313:11
  371:9 373:3
  377:21 388:21
  409:12 441:7
  459:14
**comes** 85:8 124:19
  162:4 262:4 290:3
  309:9 382:10
  388:19 448:9
**comfortably** 258:13
**coming** 35:11 71:8
  85:21,23 121:25
  188:20 394:5
  468:15
**comingling** 261:15
**comment** 213:24
  232:5 431:17
  468:14
**commentary** 215:12
  396:24,24 397:8
**comments** 156:10
  157:6,8 158:15
  159:19,22 171:7
  468:7,9,19
**commercial** 64:11
**commingle** 237:19
**commingling**
  237:25 238:5
  263:25 438:17,21
**commission** 46:6
  82:17 278:7,9,13
  278:20 279:8
  301:8 311:6,10
  318:18 319:25
  324:13,20 373:4
  421:16,19 487:20
**commit** 150:19
  438:14
**commitment** 148:25
  149:3,14 150:10
  150:14,22 151:9
  151:10 160:16
  199:17 200:16,18

200:19,21,24,25
  202:12,14,16
  234:14 275:2
  358:16 361:15
  471:7
**commitments**
  151:23 160:12
**committed** 209:9
  231:13 274:2
  275:5 342:21
  439:10
**committee** 7:21 8:9
  9:15,21 11:19
  75:17 92:9,18 95:2
  95:11,15,17 96:16
  97:14,17 98:4,10
  98:25 119:24
  120:23 121:9,12
  141:3,10 142:4
  149:2,13 152:6
  153:17,20,22,25
  160:24 161:5,6
  162:2,5,8,13,20
  163:3,22 164:2
  169:10 174:23,24
  177:5,13,24 185:3
  187:16,25 188:2,6
  188:13,18,24
  189:3,4,16 190:22
  191:6 193:18,25
  194:2,4 219:10,11
  219:12 221:5
  224:25 225:10,14
  225:17,20 226:6
  233:14,23 234:23
  241:15 247:19
  255:2,13,14,15,19
  256:20,24 258:21
  259:16 260:5,20
  264:13,16,18
  265:2,3 301:19
  335:14 386:21
  387:19 390:20
  403:16 406:18
  407:2 410:8,22

432:12 433:13
  434:25 439:18
  440:24,25 441:16
  471:2 474:9
  480:20,21,23,24
**committees** 188:7
  223:23 288:11
**commoditize** 248:5
**commoditizing**
  246:16 247:24
**commodity** 148:2
  273:21
**communicate** 79:3
  302:15 323:18
  451:4
**communicated**
  149:24 302:3
**communication**
  365:6 396:18
**communications**
  24:17 105:24
**companies** 52:15,18
  52:22 53:6,9 67:15
  68:15 69:16,25
  78:7 101:12
  223:25 239:21,22
  240:3,5 243:5
  272:25 273:4,11
  284:24 287:6,10
  308:18 309:11,16
  346:23 354:10,23
  357:15 358:21,24
  451:17,18
**company** 6:22 25:12
  25:12 31:21 52:20
  52:25 53:3 66:18
  66:23 70:4,7,8
  78:8 84:2 127:15
  144:10 187:14
  188:15 218:22
  219:24 224:13
  235:8 236:10
  237:25 239:5
  270:4 287:16
  292:6 302:25

340:16,18 357:5
358:14 360:4
363:24 364:6,13
385:11 416:18
417:22 447:4,11
473:15 483:3,6,7
**compared** 28:21
146:2
**compares** 168:12
**compassion** 316:22
**compensated** 41:4
95:15 371:8,10
**competing** 364:14
414:15
**competitor** 54:25
55:2
**complaining** 442:7
442:21
**complaint** 316:24
**complete** 22:5
298:18
**completed** 60:14
242:10
**completely** 136:23
137:8 162:18
480:25
**completeness**
370:24
**completes** 92:18
**complexes** 64:25
65:9 69:11
**compliance** 128:17
133:10 135:16
138:7 222:6
241:21,25 242:3,8
242:24 250:20
251:25 290:5
293:13 298:2
323:18 328:15
374:13 375:15
438:16
**complied** 218:24
**comply** 324:12
438:13
**comprised** 363:16

**compromises**
256:14,15,25
**compromising**
256:18,19
**computer** 399:7
**computeraided**
485:9
**concern** 157:8
159:25 198:15
246:22,25 247:2
247:23,24,25
248:11,17 261:24
340:7 407:11
**concerned** 51:22
54:6,11 73:18
218:18 256:20
264:6 439:2 440:6
**concerns** 261:23
325:18 330:23
**concluded** 484:19
**concrete** 162:3
**conditions** 160:2
344:9,12 347:22
**conducted** 117:7
**conducting** 171:21
251:2,15
**conducts** 92:10,16
**confer** 455:18
**conference** 8:15,21
9:8 11:5 37:8
181:22 182:8,11
204:6,18,22,25
207:15 208:10
217:7,19,22
251:23 262:8,12
263:2,18,22
352:13 353:2,6,15
379:2 387:19,22
454:23
**conferring** 455:19
**confidential** 1:7
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1

30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
158:2 159:1 160:1
161:1 162:1 163:1

164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1

| | | | |
|---|---|---|---|
| 299:1 300:1 301:1 | 433:1 434:1 435:1 | **consistent** 64:16,18 | 467:15 |
| 302:1 303:1 304:1 | 436:1 437:1 438:1 | 65:5 72:5 79:7 | **continue** 14:11 |
| 305:1 306:1 307:1 | 439:1 440:1 441:1 | 81:22 92:10 143:5 | 153:8 184:4 277:9 |
| 308:1 309:1 310:1 | 442:1 443:1 444:1 | 149:7,10 215:6 | 280:24 281:7 |
| 311:1 312:1 313:1 | 445:1 446:1 447:1 | 249:11 257:8 | 327:3 351:4 |
| 314:1 315:1 316:1 | 448:1 449:1 450:1 | 267:9 272:8 | 381:17 |
| 317:1 318:1 319:1 | 451:1 452:1 453:1 | 320:23 321:16 | **continued** 25:19 |
| 320:1 321:1 322:1 | 454:1 455:1 456:1 | 326:10 336:5 | **continues** 70:17 |
| 323:1 324:1 325:1 | 457:1 458:1 459:1 | 393:16 395:7 | 143:8 147:13 |
| 326:1 327:1 328:1 | 460:1 461:1 462:1 | 422:25 478:16 | 172:7 273:25 |
| 329:1 330:1 331:1 | 463:1 464:1 465:1 | 481:11 | 282:11 293:9 |
| 332:1 333:1 334:1 | 466:1 467:1 468:1 | **consolidate** 25:19 | 321:5 328:2,11 |
| 335:1 336:1 337:1 | 469:1 470:1 471:1 | **consolidated** 28:18 | 331:23 367:10 |
| 338:1 339:1 340:1 | 472:1 473:1 474:1 | 48:22 | **contract** 26:23 41:3 |
| 341:1 342:1 343:1 | 475:1 476:1 477:1 | **consolidation** 23:25 | 41:8 118:10,15 |
| 344:1 345:1 346:1 | 478:1 479:1 480:1 | 31:5,23 282:10 | 188:17 235:16 |
| 347:1 348:1 349:1 | 481:1 482:1 483:1 | **constantly** 139:19 | 444:20 449:10,15 |
| 350:1 351:1 352:1 | 484:1 | 439:21 | 449:16,17,23 |
| 353:1 354:1 355:1 | **confirm** 420:17 | **construct** 283:25 | **contracted** 40:4 |
| 356:1 357:1 358:1 | **confirmed** 164:9 | 284:17 423:23 | **contrary** 335:25 |
| 359:1 360:1 361:1 | 276:4 | **construction** 467:21 | **contribute** 388:4 |
| 362:1 363:1 364:1 | **confused** 22:22 | **construed** 253:9 | **contributing** 167:17 |
| 365:1 366:1 367:1 | 325:12 421:22 | **consulting** 371:22 | 274:5 388:4 |
| 368:1 369:1 370:1 | **confusing** 125:18 | **consumer** 66:8 | **contributions** |
| 371:1 372:1 373:1 | 268:24 274:18 | 386:9 399:21 | 347:16 |
| 374:1 375:1 376:1 | 478:22 | **consumers** 321:9 | **control** 45:21,21 |
| 377:1,24,25 378:1 | **connected** 125:14 | 332:23 333:8 | 69:11 108:6 |
| 379:1 380:1 381:1 | **connection** 91:23 | 399:18 | **controlled** 64:24 |
| 382:1 383:1 384:1 | **connor** 75:12 | **contact** 250:10 | **controlling** 47:20 |
| 385:1 386:1 387:1 | **consensus** 239:20 | 359:8,17 367:13 | 336:6 |
| 388:1 389:1 390:1 | 240:9 | 372:12,17 | **controversy** 230:13 |
| 391:1 392:1 393:1 | **consider** 31:24 | **contacted** 360:2,18 | **convenience** 163:6 |
| 394:1 395:1 396:1 | 32:11,13 94:4 | 361:5,9 366:4,14 | **convenient** 365:16 |
| 397:1 398:1 399:1 | 141:17 160:21 | 367:19 368:15 | **conversation** 123:21 |
| 400:1 401:1 402:1 | 164:19 181:5,8,15 | **contacting** 360:9 | 123:24 136:3 |
| 403:1 404:1 405:1 | 200:20 202:22 | 370:22 | 244:17 389:16 |
| 406:1 407:1 408:1 | 240:15 293:15 | **contained** 243:2 | **conversations** 14:6 |
| 409:1 410:1 411:1 | 394:10 | **contd** 8:1 9:1 10:1 | **conveyed** 328:14 |
| 412:1 413:1 414:1 | **consideration** | 11:1 12:1 | **coop** 133:23 |
| 415:1 416:1 417:1 | 174:22 188:21 | **contended** 332:21 | **cooperate** 46:23 |
| 418:1 419:1 420:1 | 195:10 317:6 | **content** 137:23 | 47:11 |
| 421:1 422:1 423:1 | 336:16 | 138:12 139:25 | **cooperated** 110:15 |
| 424:1 425:1 426:1 | **considered** 50:11 | 156:19 | **cooperating** 275:14 |
| 427:1 428:1 429:1 | 105:15 161:21,23 | **contention** 289:21 | **cooperation** 108:13 |
| 430:1 431:1 432:1 | 162:5 449:5 450:8 | **context** 374:5 | 108:21 109:12,25 |

**cooperative** 23:11
23:13 29:15 78:22
100:10 123:12
124:6,15 291:15
295:13 411:5
417:2 450:5,8
**cooperatives** 24:6
29:16 186:12
**coordinate** 23:16
79:4
**coordination** 225:2
**copies** 128:6,12
387:6 451:19
**copy** 93:7 123:10,13
123:13 128:9,11
209:15,23 224:16
357:23 387:12
435:21,23 460:20
477:3
**copying** 355:18,25
**corporate** 269:25
416:23
**corporation** 5:4
192:7
**correct** 21:15 28:3
29:10,13 35:2 36:6
36:14,20,24 38:12
40:24 42:8 43:12
44:7 51:3,11 52:6
52:9,12,15 53:7,10
54:8,12 55:12,17
57:11,17 62:13
63:18 67:8 68:18
69:18 76:22 77:21
79:15 80:2,10
84:10 96:19 101:3
101:18 103:24
108:14,23 110:2
111:16,19,22
112:4 118:18
121:12 122:4,13
122:19 123:24
134:21 135:18
138:9 142:17,20
146:15 151:11,17

151:23 152:24
154:2 155:4,7,11
156:4 160:13
164:10,22 166:13
167:18 168:10,11
169:2,18,22 175:8
178:3 180:4
181:16 182:12
183:19 184:6,8,12
185:8 186:18
187:22 189:20
191:10 193:12
195:6 196:2,14
197:10 200:16
201:2 202:5,8
204:23 206:23
207:9,16 208:12
215:13,16,20
217:22 218:10,14
218:24 220:3
223:8 225:7 230:4
231:9,17 234:3
235:9,14 242:20
253:4 254:18
256:14 260:9
261:2 266:5,15,18
266:24 271:23
272:6 273:2
279:10 280:2,5
281:4,12 282:6,12
282:18 283:3,14
283:21 284:9,14
287:6,13 288:3
290:13 295:16
296:8,25 303:25
305:2 306:2 307:2
307:5 309:14
311:16 314:22
315:7 316:7,16
318:10 320:9,13
321:21 322:7
325:3,10 326:24
327:4 328:9
329:17 334:11,16
344:3,10,13 345:9

346:15,21,24
347:6,9 349:22
353:6,18,24 356:7
357:12 359:10
362:19 363:5,9
367:22 370:9,15
370:16 392:7
393:5,8 400:7,16
413:9,13 415:12
415:17 416:2,19
424:22 427:21,24
428:10 434:13
444:6,10,16,20
445:18 449:11
454:15,24 455:4
455:10 456:2,12
456:20 457:16
458:16 461:4
462:18 465:10
468:3 474:25
483:18 485:10
**correction** 488:4
**corrections** 172:23
486:5,8 487:4
**correctly** 485:8
**correspondence**
10:8 285:9 287:9
294:17
**cosigned** 367:7
**cost** 273:23 274:22
275:9 277:5,6
308:6,13 382:22
429:13,19 430:11
431:5,8,12 443:13
**costs** 55:4,7 69:11
112:21 113:2
401:16
**couldnt** 51:23 94:16
236:15,17 238:10
240:25 258:7
264:14,20 289:22
340:19,23 474:5,7
**council** 287:17
310:6,18 312:9
316:12 320:19

**counsel** 17:20 58:16
123:10 133:4
135:8,9 136:4
138:12 158:3
176:2 190:14
231:25 293:16
322:24 323:3
373:8 380:12
402:22 433:5
454:15,21,24
455:3,18,20
456:16,20 457:8
458:10 466:9
467:12 469:4,11
485:10
**counsels** 214:10
**count** 59:15 445:17
**counting** 59:24
**countries** 84:23
**country** 25:21
198:14 228:19
278:25 279:2
**counts** 60:6
**couple** 20:8 64:20
66:5,20 92:7
117:14 120:11
124:3 174:11
185:14 187:11
247:6 261:12
285:16 327:14
346:6 382:4,6,9
397:18 406:25
409:11 420:5
441:24 443:25
453:12
**coupled** 282:21
**course** 25:7 30:14
31:4 32:22 37:5
54:2 121:22
123:12 174:21
242:22 265:17
275:8 288:11
290:2 306:19
348:22 364:14
407:8 408:16

422:12 449:23
465:13
**court** 1:1 14:24
71:17,17 118:22
119:4 125:25
126:2,14,15
138:22,25 139:16
140:3 158:4
211:21 309:6
359:14 390:13
486:20
**courteous** 441:2
**courtesy** 372:25
396:19 458:2
**courts** 127:12
**cover** 55:7 100:22
122:3,15,21
134:10 297:7
299:16 303:18
314:21 356:24
358:7 360:13,14
370:7
**covers** 451:24
**cow** 85:10
**crappy** 208:4
**created** 302:12
**creating** 481:2
**creative** 336:11
339:21
**credibility** 50:19
237:20
**credible** 50:13,20,24
220:19 247:7
311:18,23 313:15
409:8
**criteria** 188:8
**critical** 31:6,16,24
**crowell** 5:14,16
**crutcher** 5:6
**cslidders** 2:13
**cumbersome** 74:17
**cup** 294:10
**current** 19:9 160:2
347:22 364:24
383:3

**currently** 18:18
19:4 348:15
**customer** 64:19
224:8 240:23
241:3 359:23
360:3 361:10,11
366:12 367:24
368:7,11,18 408:7
**customers** 25:6,13
48:24 51:25 52:5
53:21,21,23 54:5
54:11,15 55:15
56:6,7 57:6,9,17
65:14 66:9 82:23
86:2 155:18 163:2
229:15 231:4,8,9
231:12 249:20,24
250:10,11,14
251:2,16,18
333:14 338:12
359:8,18 360:10
360:18 363:8,17
367:9,13 368:8
370:22 382:18
385:23 402:8,8
422:19 442:14
**cut** 89:16
**cutting** 160:11

---

### D

**dah** 174:8,8,8,8,8,8
**dallas** 5:9
**damaged** 144:12
**damn** 309:2
**daniels** 2:21 6:1
16:8
**date** 14:15 75:14
116:4 129:13
342:6 366:3,13
370:16,19 371:20
486:10 488:3,25
**dated** 8:7 10:4,21,23
99:24 111:9,15
122:11 140:22
165:13,20 270:19

271:4 286:11,14
286:16,18 289:2
333:22 334:7
345:18 379:2
387:20 421:11
436:2 469:3
**dates** 115:25
**davis** 4:3 5:1 16:2,2
39:20,20 411:12
411:17
**davisew** 4:7
**dawned** 368:13
**day** 167:12,12
232:15 276:3
290:8 300:20
313:12,12,12
363:24 381:10,15
438:7 455:16
485:13 487:13
**day0028079** 10:10
285:20 286:14
**day0028080** 10:10
285:20
**daybreak** 5:17
**days** 160:5 486:16
**daytoday** 167:11
**deal** 290:12 310:10
463:2
**dealing** 24:18
167:11 275:6
462:24
**deals** 437:10
**dear** 112:7 122:22
**debate** 81:18 89:23
211:24 212:3
376:25
**debated** 249:5
256:13
**debeaked** 463:5
**debeaking** 463:4
**decades** 106:7
107:10 109:8
**december** 11:5
286:12 287:3
299:24 300:9

348:16 352:13
353:3 398:13
399:25
**deceptive** 316:16
318:9 320:12
**dechert** 3:17,20
16:17
**decide** 105:20
255:15 288:22
335:15 376:23
456:16
**decided** 87:7,8
181:15 239:3
240:14 301:20
308:9 311:7
354:10 474:8
**decides** 148:8
**deciding** 216:15
**decision** 30:10 35:19
37:13 106:3
125:24 145:15
146:7 147:6,7
249:23 276:16
324:12 327:16
328:12 330:4
331:4,14 335:16
344:22 416:15
**decisionmaking**
431:3
**decisions** 27:21 28:2
31:4,20 49:15
169:9 391:3
**decline** 456:17
**decreased** 334:10
385:14
**deemed** 486:19
**defeated** 191:6
**defendant** 3:4 5:4
5:11 192:13
**defense** 402:22
**defensive** 217:2
**deffner** 302:23
303:19 304:10
355:18,25 365:24
469:3

define 385:22,23
defined 444:18
definitely 260:25
definition 255:7
302:5 311:12
degree 124:16
231:14
delay 202:3
delegate 82:18
delegated 116:22
deliveries 142:23
demand 47:24 48:19
53:24 54:2 66:9
94:5 143:23
170:13 174:4
201:14,17 207:9
208:2,12 213:11
215:7 384:22
385:2,13,14
388:17,19 398:22
398:25 399:16
401:12
demanded 442:14
democratic 247:11
demonstrate 82:22
281:25 464:24
demonstrated
213:25
density 9:5 214:15
215:19,25 284:3
379:12 423:25
department 163:8
163:11 302:8
depended 24:4
depends 158:7,8,9
430:25
deponent 485:6,8
487:1
deposed 19:12 20:3
deposing 486:15
deposition 1:11 13:1
14:10,18 60:6
140:3 146:14
192:9,15 484:19
485:9 486:4,13,17

486:18 487:4
depositions 19:18
deputy 163:9,13
describe 51:6,7
235:23 448:5
described 160:10
171:7 445:10
446:23 463:22
description 7:12 8:3
9:3 10:3 11:3 12:3
13:10
designated 225:14
desirable 461:23
desire 283:25
284:17 423:23
desk 190:8 213:19
392:14 407:14
despite 336:2
440:24
destroy 363:25
473:10,18 474:11
474:23
destroying 337:15
destruction 337:23
338:18 339:6
detailing 205:18
details 161:15
184:24
determination
213:25
determinations
450:18
determine 142:5
297:25 406:22
415:23 451:3
determined 443:10
452:8
determining 34:3
124:20 220:23
452:21
develop 160:3
223:17 225:2
363:13 364:13
465:14 481:5
developed 76:4

224:15 301:14,17
325:20 363:25
364:25 448:16
473:10
developing 163:15
368:3
development 27:14
27:17 70:17,22
71:11
deviation 244:4
devries 141:2
dialogue 269:3
324:7,22
didnt 24:10 29:3
31:8,8,10 32:5
33:14 37:7 43:2
45:23 48:20 49:14
54:22 62:24 63:20
75:22,23,24 76:14
76:20 89:8 90:12
96:4,11 102:3,4
105:11 109:10
110:18 115:14
118:22 128:9
141:12,12,13
144:17 152:20,21
176:10,25 178:21
178:23 192:4,17
203:8 209:5
210:12 213:15,16
216:11 229:6
240:24 241:5
242:6,19,25 244:6
246:3 248:16
250:11 251:17
256:18 260:19
267:15 270:14
275:15,15,16,17
280:8 299:8
309:11 310:10
312:22,22 335:7
339:23 342:19
343:20 359:7
367:18 368:12,12
368:15,20 371:4

389:12 399:9
401:25 407:12,12
407:25 409:25
422:12,13 424:5
424:12 429:18,22
439:18 442:25
443:19 445:10
450:2 456:21
463:12 464:22
465:17 468:16,17
474:2,2 481:4
die 161:24
died 417:16
differ 157:13
differed 135:17
157:15
difference 125:2,9
238:3
different 22:18
24:11,25 25:20
30:2 38:21 50:18
51:10,11 52:5
53:21,24 54:2 60:9
65:22,23 72:9
74:16 83:23,24
134:5,20 162:18
205:23 235:13
236:13 238:2
257:24 264:10
265:6,10,24 269:5
285:16 301:18
313:13 336:24
337:2 393:24
440:12 444:8,9
differential 144:24
differentiating
246:17
differently 479:2
difficult 219:3
difficulty 246:17
dilemmas 257:23
direct 2:8 15:11
115:17 359:18
367:13 371:2
455:17,20

**directed** 98:16
141:15 149:2,11
**directing** 110:11
457:10 472:6
**direction** 13:3 410:2
**directly** 25:13
368:18
**directors** 8:4,11,14
9:7 11:4 12:6
74:16 102:12
154:12,22 155:7
158:16 179:14,24
181:21 182:9
217:7,19 218:7
352:13 353:2
412:11
**disagree** 332:9
**disagreed** 474:12,24
483:15
**disappointed**
312:23
**disastrous** 45:10
**disc** 484:15
**disciplined** 361:12
**disclose** 367:18
**discovering** 330:2
**discovery** 382:14,22
**discuss** 77:8 205:20
206:5,11,21
208:11 265:4
328:12 386:15
388:13 455:12
**discussed** 62:12
63:16,17 170:11
170:14 175:2,8,18
176:14,22,23,24
200:9 207:12
262:23 263:2,5,7
263:22 266:4
353:21 354:22
375:7 420:18
455:2,25 456:11
456:19 457:2,15
458:19 466:8
**discusses** 61:15

**discussing** 44:25
69:16 169:6
170:16 174:19
234:20 298:19
430:22 467:16
**discussion** 58:24
59:3 73:23 81:7
122:24 161:12,14
169:2 170:22
171:18 177:21
180:11 191:24
200:5 203:15
225:2 234:17
240:2,6,8 249:15
255:11 263:11
264:4 266:14
271:16 272:25
350:18,20 354:25
379:19 420:11,24
439:3 454:2
461:13 465:5,8
**discussions** 112:16
457:8 468:14
**disposal** 348:15
**dispose** 350:2
**disposed** 348:17
**disposing** 36:19
349:20,21 350:12
350:13
**disposition** 339:18
**dispute** 284:24
349:13
**disrupt** 241:5
**disruption** 162:25
338:10
**distinction** 162:12
460:6
**distributed** 49:23
141:4
**distribution** 45:22
127:25 215:15
315:14,25
**district** 1:1,1 14:24
14:25
**division** 78:4,7

310:19 312:9,13
316:12 318:7
319:23 320:11,19
**divisions** 77:25
**divulge** 150:2
156:19 457:8
**divulging** 150:4,8
159:9
**docile** 461:17
**doctor** 308:4
**document** 1:4 9:4
18:8,12 58:14 59:8
60:5,15 61:2,12,14
69:20,21 70:21
81:7 91:8 92:3
100:3,7,8 104:23
111:6 112:13
120:15,17,19
121:4,6 127:14
132:13,17 134:21
137:14 140:18,21
140:23 148:23
161:2 165:18
168:5 177:16
180:9 182:4,7,15
182:16,22 183:17
184:11,15 185:7
185:10 186:17
187:9 189:7,10
197:2 199:14
204:12,15,16
208:9 210:17,20
210:23,25 211:4
211:13,19 212:18
212:20 213:3,5,20
214:13,21,23
217:25 218:3,5
222:21,24 228:4,8
234:11 245:8,10
245:12 248:8
254:7,10 256:3,23
260:3,4 261:19,21
263:10,14 268:2,6
270:25 271:8
272:13,22 277:20

277:22,24 278:3
280:2,4,6 285:2
286:11 287:2
299:5 303:18
304:15 314:2,13
314:15 318:16,17
319:8,23 320:5,7
326:3 327:10
329:11 345:24
346:11 354:14
355:15 357:23
362:15 369:7
370:2 373:22,24
374:6 375:7 376:5
376:6 378:12
386:18 387:3,11
387:15 389:12
391:13,14,17
392:11 393:12,21
396:13,15 397:3
397:20,23 401:2
403:13 411:2,14
412:25 413:25
419:18 421:8
423:15 427:17
437:17,21 438:2
440:3 451:24
461:3,6 476:18
477:4,15,17
**documents** 13:9
60:24 120:9
132:21 136:25
137:3 139:22
179:7,11 211:21
286:23 315:10
323:10,21 383:15
383:18 384:7,20
456:12,19,21
457:3
**doesnt** 89:12 103:3
142:12 158:25
200:19 236:21
238:3,7,8 281:15
281:19 290:6
301:3 345:2

349:16 350:12,14
367:23 377:19
393:11,12 400:25
401:2
**doing** 32:14 137:8
137:16 142:9
167:13 171:20
185:25 206:9,14
208:4 216:7 275:9
275:11 288:16
290:4 292:4
299:10 300:24
308:6 336:20
339:12 361:13,17
381:21 382:12,15
395:18 399:13
407:23 419:7
422:24,25 439:4
448:12 455:16
463:16 466:16,18
466:20 486:9
**dollars** 397:18
400:15
**dolph** 388:10 390:19
403:17 404:2,4,17
**domestic** 142:25
144:22 145:2,12
146:2,5,7 147:3,24
148:13,19 273:16
277:7 423:4
**don** 39:17,18,21
40:4,6,11,13,20
41:3,8 42:11,13
50:12,15 94:11
101:2 108:24
109:17,20 110:7
114:21 172:22
391:23 395:18
396:18 397:6,9,14
399:6,9,10 400:10
411:12 420:9
**dons** 420:9
**dont** 17:24 20:19
21:14,23 23:18
26:13 27:7,19 33:6

34:5,6,7 35:15
41:14 42:8,12
43:19 44:22 45:25
47:18,18 50:8
53:25 56:15,23
58:19 60:12 66:19
70:12 71:6 72:16
75:16 82:5,11 83:8
83:12 85:9,12 86:3
87:19,19 88:12
90:7,15,16,17 93:5
96:2 99:3 103:5,8
103:20,22 105:11
105:22 106:12,22
107:18,25,25
108:22 109:20
110:5,6 111:12,14
113:4,5,6,8,10,14
114:2,21 116:14
118:23 119:8
121:5,10 122:5,6
123:20,23 125:17
126:22 127:7,24
129:16 130:4,7,19
133:13,22 134:16
135:22 136:19
140:24 142:15
143:21 144:13
145:14 149:17
154:8 157:10
161:15 163:12
167:3 169:4,5
171:10,23 172:11
172:21 173:9,9,12
173:23 174:8,17
174:18,19,25
175:3 176:3
177:20 178:2,4
179:6 182:14
186:5 188:17
189:6,17 198:19
198:19,23 199:6
199:12 201:11
202:25 203:7,21
205:10,13 206:18

209:9,11 210:8
212:2,4,23 213:2
213:15,19 215:3
216:8,22 217:24
220:4,4 221:17
222:22 223:21,23
224:18,20,22
225:11,14 226:14
226:15,20 227:9
229:7,9,10 230:20
230:20,21 231:2
232:3,14 234:20
236:2,23 238:6,21
238:23 240:7
242:9,25 243:20
245:24,25 246:2,4
246:23 247:17
248:14 251:21
253:14,20 257:2
257:10,13 258:17
258:18,24 261:18
262:14,20 263:14
265:25 267:3,4
268:4,7 269:10,17
270:2,3 272:15
274:10 277:5,7,21
278:14,15 283:7
288:14 289:8
290:21 291:17
292:3,9,11,25
293:4,23,24 297:3
297:3,19,21,21
299:9,25 300:15
301:15,22 306:8
308:16,25 309:2,3
309:18 310:8,16
310:25 311:12,25
312:6 315:19,21
316:23 317:16
318:16 319:6
322:14,15 323:6
325:4,11,12 329:9
329:14,15 330:19
331:7,8,11 332:7
332:11,13 336:25

337:2,4,5,7,9
338:16 339:13
341:8 344:15,16
344:17 346:6
347:12 349:10,19
350:10,22 353:7,8
353:12 355:2,5
361:11 362:3
366:17,17 368:7
368:10 371:17
373:3 374:18,18
374:24 375:25
382:16,20 384:15
385:24 388:4
393:13 394:12,18
395:9,24 399:5
401:13 404:22
410:16 411:7,10
412:17 417:2,10
419:14 421:22
422:6 423:13
429:16,24 430:24
431:10 433:6
434:19,23,24
437:5,7,10,12
439:7,10,11
441:10 442:10,16
442:23 443:2,3,9
443:12,18 453:17
457:24 460:7
463:3,7 465:2,11
467:9 468:2,11
469:6 470:7,8,10
472:16,17 473:24
480:10 481:24
482:13,19 483:9
483:19,20
**doors** 288:9
**doubt** 93:3,6 189:22
353:8,11 431:11
**downward** 389:2
**dozen** 247:12 308:7
308:14,17 382:4
398:9 399:22,24
401:16 430:14

**dr** 308:4 407:4
**draft** 82:7 185:7
  315:12,24 316:5
**drafted** 185:2
  215:13
**drafting** 82:10
**dramatic** 307:21
  388:20
**dramatically** 23:22
  162:23
**drawing** 460:7
**dress** 265:20
**drive** 19:7
**drop** 330:9 356:12
  388:20
**dropped** 49:3,4
  364:7
**dry** 72:21
**dual** 224:6
**due** 152:14
**dues** 77:15 115:7
  117:20 452:7,21
**duly** 17:16 485:6
**dump** 148:11
**dunn** 5:6 192:12
**dwt** 5:3

**E**

**eagle** 4:16 16:19
**earlier** 155:10
  168:13 177:2
  192:5 240:20
  353:21 375:7
  379:6 405:22
  407:9 413:3
  415:11 430:17
  434:9,21 468:20
  479:11
**early** 36:16,19 81:14
  88:6 123:17
  130:15 164:5,12
  164:20 169:20,21
  242:14 243:22
  289:25 300:20
  306:5,13 348:17

349:21 398:12
  458:20
**earned** 39:22 50:10
**ease** 171:4
**east** 4:19 6:19
**easter** 72:19 388:15
  388:19 389:2
  393:17 395:8
  401:10
**eastern** 1:1 14:24
**easy** 216:23 219:20
  459:16
**eat** 258:4
**economic** 7:17 10:6
  30:2 34:21 36:5
  41:19 93:20 94:3,8
  99:13 100:23
  103:14 160:2
  277:14 278:4
  284:21 305:20
  306:15 347:22
  352:5 397:7
  401:16 421:10
**economically** 94:18
  399:12
**economics** 31:2
  99:25 100:18
  101:10 280:15
  304:16 390:23
  394:19 396:21
  401:3 427:21
  428:16 430:22
  469:20
**economist** 430:7
**edition** 12:10 460:14
  460:25
**editorial** 334:15
  335:18 337:15
  338:13 340:6
**educate** 29:25,25
  31:3 35:10 173:19
  242:23
**educated** 395:12
**education** 200:12,14
  200:18,21 202:23

242:5 462:21
**effect** 29:5 246:15
  252:3,5,6
**effective** 39:23 45:2
  45:17 49:18 312:4
  312:5 313:17
**efficiency** 376:12
**efficient** 74:22
**efficiently** 120:10
**effort** 41:5 94:20
  288:15 364:13
**efforts** 23:16 41:11
  46:23 98:11
  108:12
**egg** 1:3 4:8,8 7:17
  8:14 11:18,20 12:8
  12:10 14:22 15:20
  15:21,23,24 18:16
  18:25 23:2 24:21
  24:22,23 28:8,9,11
  28:14,17 29:6
  31:23 39:23 42:10
  42:14 43:12 46:6,8
  48:11 51:14,19
  52:4 53:5,7,10,16
  53:20 54:4,10,14
  56:5 57:5,15,20
  61:17 62:8,10
  63:18 64:2 65:13
  66:15 67:5,18,19
  68:9,17 73:14 75:4
  75:13,15,18 77:5
  78:25 79:3,10
  82:17 88:20 91:25
  92:20 99:13,25
  100:18,24 101:10
  106:11 107:13
  110:9,11 115:8,9
  116:19 154:21
  155:17 162:23
  167:23 170:25
  175:2 181:20
  183:9,15 185:23
  195:5,14 203:25
  223:25 224:2,5,5

236:9 266:10
269:23 272:17
278:7,23 279:8,9
299:18 301:8
302:25 325:20
326:14,19,22
334:10 351:5
359:4 360:5
372:18,23 373:4
384:21 386:20
388:14 391:8,19
392:6 393:8,17
394:25 395:7
397:6,11,13 398:7
398:11 400:18
410:3 413:13
414:8,11 417:21
417:23 421:15,19
439:4 444:15,25
445:5,9 446:21
447:23 460:11,13
460:22 461:16
466:9 488:2
**eggs** 17:5 25:13
26:25 42:16 47:24
48:2 49:7 51:21
52:3,5,8 53:6,10
53:24 54:7,16
55:16 56:8 57:7,10
64:10,12 65:15
66:7,8,14,15,15
72:20,24 75:10,11
78:14 90:18
112:22 125:20
141:25 143:2
144:6,8,14 147:23
148:9,12 183:13
196:2 229:20
235:5,25 236:4
237:19,22 238:12
238:13,15 239:5
239:12,22 240:4
240:25 241:2
258:10 271:22
274:24,25 275:4

**VERITEXT REPORTING COMPANY**
www.veritext.com
(212) 279-9424          (212) 490-3430

275:19,21 276:3,4
276:6,11,20
302:19 321:11
333:15 367:23
372:13 382:5,11
386:7,13 388:14
388:22 389:6
394:2 401:17
417:5 419:10
423:5 425:4
429:10 438:17,18
439:6,12,14,20
446:20 448:13,15
448:16 467:7
**eight** 107:19
**eimer** 3:6 16:14
**eimerstahl** 3:9
**either** 37:11 72:21
125:15 169:8
174:22 176:3
180:21 264:15
280:9 311:13
322:15 358:15
443:17
**ekantor** 5:16
**elevated** 398:22
**eliminate** 343:25
**elimination** 113:22
**elisa** 5:14
**elliot** 226:22
**email** 10:16,18
11:10,23 12:12
303:5,18,19
313:19 314:4,9,18
314:21 362:7,16
363:12,15 396:6
469:3 472:24,25
472:25 473:8
475:25 476:14
477:20 478:12
**emails** 384:14 399:8
**emanuel** 2:3 15:10
**emergency** 93:20
94:3
**emeritus** 397:10

**emotional** 90:10
**employed** 18:18,21
**employee** 317:21,22
404:4
**enclosure** 357:25
358:4,6
**encompassed**
219:23
**encourage** 194:23
194:24 208:21
222:8 229:24
230:5 242:12
372:13,19 401:10
**encouraged** 104:5
**encouraging** 164:18
215:5
**endeavor** 408:17
**ended** 23:25 24:3
194:9 408:15
414:19 480:18
**ends** 99:8 191:19
327:9 372:3
**enforce** 459:20,21
**enforced** 243:25
462:2
**enforcing** 464:17
**engage** 151:11 269:2
**enhance** 148:19
186:3
**enhanced** 185:24
479:3
**enhancing** 429:6
**enjoyed** 40:10 344:9
**enjoying** 335:20
**enormous** 256:24
274:23
**enriched** 55:16 57:7
**ensure** 116:18
**enthusiastic** 408:17
**entire** 108:15 152:6
153:8 290:10
**entities** 446:22
**entitled** 99:25 102:7
124:15 137:20
327:10 387:3

394:25
**entity** 46:11
**entry** 93:19 94:21
**environment** 446:16
446:17
**environmental** 66:2
**environmentally**
64:23
**errata** 486:7,9,12,15
487:5
**escalated** 284:25
**especially** 28:23
167:5 246:18
399:17 402:6
**esquire** 2:3,4,11,16
2:21 3:1,7,12,18
4:1,2,3,13,18 5:1,7
5:8,14,19 6:1,6,12
6:13,18
**essence** 323:17
**essentially** 276:18
349:22
**establish** 98:20
143:24 410:7
**established** 158:13
162:13
**establishing** 335:3
**estimated** 398:8
**estimating** 389:5
**eu0158942** 9:18
244:22
**eu0170429** 383:20
**eu0204504** 8:24
212:13
**europe** 83:18 88:19
**europeans** 83:18
**euthanasia** 465:25
466:3
**evaluation** 39:6
**evaluator** 385:16
**evan** 4:3 16:2
**evening** 405:5,6
**event** 328:3
**events** 25:23
**eventually** 98:15

**everybody** 35:8 48:6
58:7 66:4 100:14
100:14 147:5
162:10 232:7,23
240:17,18 270:12
279:3 308:8
341:25 389:19
405:16 424:6,6
443:6 468:13,15
483:24
**everyones** 347:21
398:19
**evidence** 48:14
461:15
**evidenced** 399:17
**evidently** 251:24
**exact** 23:19 291:2
325:4
**exactly** 23:19
116:14 130:20
219:22 236:12
246:23 291:18
377:17
**examination** 18:3
381:2 403:3 405:2
454:10 470:16
471:21
**examine** 190:23
255:9 310:19
**examined** 17:16
**examines** 320:12
**example** 30:23
38:23 50:3 51:13
52:8,14 54:4,7
55:15 66:17 70:8
115:12 163:16
173:18 194:3
207:25 235:13,17
237:17 239:16
274:18 279:12
461:10
**examples** 39:16
69:25 459:10,13
**exceeded** 398:19
**excellent** 432:6

440:10
**exception** 360:2
**exceptions** 239:3
**exchange** 294:16
466:8
**exchanged** 132:21
**excuse** 28:6 92:12
314:19 439:15
441:8
**excused** 484:17
**executive** 158:9
159:5 185:3 406:9
406:18
**exempt** 271:21
**exemption** 124:16
343:21
**exhibit** 7:12 8:3 9:3
10:3 11:3 12:3
57:23 58:6 91:13
99:13 110:21
119:23 128:16
129:15 133:8
135:18 138:9
140:9,15 154:11
165:12 177:4
179:13 181:20
186:24 187:3
196:19 204:5
209:16 212:12
214:13 217:6
222:12 227:22
233:13 244:20
253:25 259:15
267:20 270:18
277:13 285:8
298:21 301:2
303:5 313:19
318:22 327:8
333:21 345:17
352:12 354:4
355:9 362:7
365:11 368:23
374:2,12,24,25
375:13 378:24,25
383:8,10,22 384:3

386:20 387:3
391:4,7 396:6,12
403:12,15 410:25
412:3,7,9 413:21
415:8,15 421:5
439:23 460:11
467:12 468:25
472:4,7,22,24
475:16,23,25
476:7,13 477:5,11
477:13 482:24
**exhibits** 285:19
**exist** 45:19
**exists** 132:11
**expanded** 74:19
**expect** 195:13,20
228:22 312:22
388:25 424:12
**expectation** 281:11
282:5 283:2,7,10
283:13
**expectations** 398:20
**expected** 39:9,12
105:2,14 162:6
195:4,25 196:13
430:10 478:23
**experience** 112:24
124:25 125:8
398:23 399:2
401:8,9 468:3
**expert** 56:3,14
**expertise** 266:7
**expires** 487:20
**explain** 42:15 82:12
146:20 147:18
148:7 184:23
257:14,21 334:21
360:7 399:11
417:8
**explained** 385:10
**explains** 131:7
**explanation** 82:12
**export** 32:20 141:3
141:8,10,17,22
142:4,23 143:9,15

143:25 144:5,24
145:3,7 146:22
148:9,15,25 149:2
149:3,14 150:14
150:18,20 152:5,9
152:14,24 153:4,7
153:17,23 154:2
183:13 184:5
185:23 186:8
273:5,10 274:20
275:3,5,10,20,22
**exported** 145:24
273:15
**exporting** 144:8
274:2
**exports** 151:11
152:21 283:16
**exposed** 84:7
**exposes** 132:3
**exposure** 31:19
**express** 80:19,24
198:2 340:7
**expressed** 123:11
159:25 247:23
**expressing** 171:16
198:14
**extended** 372:25
**extension** 100:10
411:6,11,22
**extent** 49:2 66:10
130:2 135:7 250:8
261:7 270:8
273:14 336:18
342:20
**extremely** 54:6
351:4 398:11
**eye** 3:2 178:6
**eyes** 82:25

_____

**F**

**face** 234:22 463:11
**faced** 86:23 308:8
430:15
**facilitate** 30:12,19
**facilities** 24:24

68:17 218:23
220:2 234:15
444:20
**facility** 115:3
242:16 446:17,19
**facing** 100:23
**fact** 31:18 48:13
55:24,25 56:12,19
56:19 148:25
171:13 221:9
238:20 294:5
322:15 336:3
431:24 436:20
440:25 480:21
**factor** 275:8 284:7
**factors** 30:2 31:25
292:7
**facts** 410:19
**faegre** 2:21 6:1 16:8
**faegrebd** 2:23 6:3
**fail** 231:12 252:21
258:15 462:13
486:18
**failed** 244:6 353:23
358:15
**failing** 242:7,13
**failure** 221:9,10
**fair** 18:24 21:6,10
25:25 26:15 42:17
43:10 46:15,17,21
47:9 49:17 51:15
53:19,24 61:9
70:14 122:2
183:16 207:23
213:21 227:11
229:13 253:22
256:2 351:8
357:20 361:16
385:2 398:4
417:12 424:14
**fairly** 479:12
**fall** 393:17 395:7
**familiar** 121:3
286:22 383:5
392:10 466:23,25

467:3
**familiarize** 120:9
245:10 397:22
**far** 40:12 43:8 51:22
67:11 83:11
149:16 256:20
269:4 442:11
448:14 480:15
**farm** 11:20 35:12
117:17 241:5
255:25 258:12,14
302:19 309:6
339:24 391:7,19
393:7,8 394:7
442:12,15 445:11
445:12 446:5
**farmer** 23:10 24:22
24:23 118:24,25
124:10,21 125:3
125:10,16,16,21
126:4,24 127:2,6
130:7 444:6
445:18 446:23
447:19,24 449:24
450:9,18 451:3,15
**farmers** 24:21 48:7
51:8,10 85:3
124:14 299:20
300:11 336:10
400:19 449:6
**farms** 3:15 6:9
16:12 117:16
240:24 254:13
256:6 335:11
339:22 471:25
**fast** 163:6 229:3
281:3 336:14
459:23 460:8
462:7 465:9,18,22
465:24
**faulkner** 183:2,18
183:25 414:12
**fault** 469:7
**favor** 481:9,15
**favorable** 37:11

144:4 145:4 148:5
148:6 335:21
344:9,12,14
**fax** 11:14 368:23
370:7,7
**faxed** 251:25
**feather** 464:14
**feathers** 83:3
**february** 10:5
122:11,16 268:14
270:19 271:4,11
**federal** 311:6,9,16
318:18 319:25
320:12 324:13,19
**feds** 411:8
**feed** 258:4,5
**feeder** 258:22
465:21,22
**feedstuffs** 7:13
57:23 58:8
**feel** 84:22 217:2
292:14
**felt** 23:15 29:2 30:6
105:24 152:16
170:25 188:13
189:2 292:23
360:8 409:16
410:8 441:7
473:22
**fewer** 424:10
**fight** 407:20,21
**figure** 48:17 173:17
173:23 207:21
339:11 391:25
422:18 443:17
473:24
**figures** 392:20
393:12
**figuring** 187:19
**file** 128:3 451:20
**filed** 14:23 19:21
130:5,6
**files** 127:15 299:19
300:10
**fill** 141:25 142:11,11

142:13 275:5,10
276:9 341:14
418:9 422:19
453:4
**filled** 141:20 276:19
**filling** 142:2
**fills** 168:2
**final** 37:5 414:2
415:4
**finally** 224:12 276:6
415:7
**financial** 449:22
**financially** 417:18
**find** 45:11 49:10
50:20 93:7 129:24
129:25 150:16
166:15 183:24
322:10 371:5
373:17 434:18
**finding** 443:13
451:14
**fine** 21:7 108:2
297:22 300:24
370:4 378:14
392:20 466:7
**finish** 22:8 42:23
58:18 87:18 89:5,8
91:8 139:6,18
300:20 343:2
405:17 474:15,17
**finished** 55:21 84:16
260:22 402:25
432:21 483:23
484:11
**finishes** 244:13
**fire** 405:9
**fired** 361:14
**firm** 119:18,18,20
230:24 273:22
293:11
**firms** 273:24
**first** 17:15 20:10
60:21 64:7 73:14
83:14 90:13 92:8,9
92:13,15,15 100:5

103:7 104:24
116:20,24 139:16
142:22 159:17
178:14 183:5
188:4 189:8,12
190:9,12 206:3,15
218:12 221:3
250:11 257:6
262:4 271:7,14,15
280:17 304:14
308:3 316:3 318:2
321:19 325:16
392:12,23 404:23
407:7 409:14
410:5 420:10
427:20 428:15
431:9 433:20
436:7 453:5
458:19 461:14
469:19 472:25
479:9
**firsthand** 82:20
468:2
**fish** 382:23
**fits** 48:3
**five** 23:11,12,17
43:18 63:23 74:10
74:11,11,12,12,13
74:15,15 178:7,16
178:19,22 198:9
310:4 372:4
418:11,14,20,21
418:23
**fix** 324:7
**flap** 331:25 332:15
332:16
**flaps** 332:14
**flat** 394:4
**flats** 66:11
**flew** 290:24
**flip** 314:12
**flipped** 303:15
**flipping** 478:11
**flock** 30:10,23 34:25
36:5 38:10 40:2

42:4 48:10 102:15
108:6 164:19
172:24 174:16
199:22 201:6,16
282:14,20 336:18
339:16 342:6
348:18 379:13
388:18 397:7
418:4 426:4,9,12
426:17 445:21
446:2 447:9,12
452:24
**flocks** 12:10 36:19
69:10 164:15
342:3 445:20
451:9,21 452:12
460:13
**floor** 2:5 4:14
174:15 241:14
**florida** 238:8
**flow** 240:15 241:5
**fluctuations** 48:25
**fluffy** 307:23
**fly** 294:9 377:10
**fmi** 163:5 194:18,19
194:20,24 228:13
228:16,17,18,24
229:10,14,18
232:20 233:3
234:24 237:21
342:21 363:5,7
364:20,23 365:2,6
366:4 367:19,23
368:3,6,15,20
370:25 472:8,19
473:5,6 477:21,24
478:8 479:13,15
480:8,11,25 481:7
481:18,20 482:10
482:11,16 483:2
483:18
**fmis** 478:5,17
**focus** 146:10 152:21
166:18 180:10
219:23 420:3

**focused** 152:17
**focusing** 50:2
423:17
**foggiest** 113:4
**folder** 98:4
**folks** 269:3
**follow** 44:19 53:25
84:17 197:23
235:4 269:7
357:15 373:7
376:16,21 380:9
458:15
**followed** 379:20
**following** 59:3
191:24 348:10
358:17 436:9
480:7
**follows** 17:17
**followup** 88:4
274:16 291:25
403:11
**food** 5:4 52:17,20,21
163:6 192:7
194:21 229:3
336:14 418:22
419:7 479:4
**foods** 2:19 3:4 5:12
5:17 6:16 16:6
17:8 192:13
390:17 403:9
404:5,15
**footnote** 332:20
**forced** 33:9,12,17
203:12
**forecasters** 389:5
**forecasts** 41:19
**foregoing** 487:3
**forged** 256:12
**form** 17:22 32:2
33:19 34:12 37:17
38:5,13 40:16,18
42:21 43:13 44:8
46:25 48:12 49:12
50:5,21 51:16
54:17 55:19 56:10

57:19 62:15 63:19
67:9,21 68:11,20
69:19 70:10,24
71:2 72:21 73:9
74:2 76:24 79:20
80:3,20 97:9,19,20
98:12 102:20
103:2 105:17
106:14,17,19
109:14 110:3
114:18 125:4,11
126:10,20 127:21
128:20 129:21
130:24 131:23
134:22 135:20
138:10 141:5
143:19 145:19
146:24 147:20
149:19 151:13,19
151:24 152:10,25
153:11 155:12
164:25 165:6
168:16 171:9
175:5,9,14,19
176:16 184:14
186:19 193:19
195:7,15 196:4
198:16 199:3,17
199:24 200:16,18
200:21,25 201:8
207:2,17 208:14
218:16 224:25
225:22 229:21
235:20 236:19
238:18 240:11
241:17 243:8
247:4 248:13,20
250:2 252:11
253:17,18 264:12
267:2,12 270:7
271:25 273:13
274:12 276:22
283:5 287:21
296:25 297:11
298:18 300:12

305:4,15 311:21
312:16 315:9
316:18 318:11
321:23 324:17
325:25 328:20
329:19 331:6
333:4,11 338:4
339:4 341:23
345:11 349:23
351:9,25 356:8
359:11 370:12
382:13 385:8
389:11 390:9,11
392:9 393:10,19
399:4 400:8,21
406:3,11 411:19
416:21 417:6
418:13 419:12
420:14,20 421:2
423:7 424:18,23
425:5,11,24 426:5
426:13,24 427:5
427:11 428:13
429:2,14,21 431:7
431:21 434:16
435:3,9 437:4,14
440:8,20 442:3,22
444:22 445:3,13
445:22 446:25
447:6,14,21 448:2
448:7,24 449:7,13
450:11,22 452:15
452:17,19,20
453:4 455:5 462:3
462:19 464:4
466:14 468:22
470:5 475:4,7,10
**formal** 27:20,25
225:16 250:15
**formation** 75:3,6
77:20 78:25
**formed** 75:7 95:10
180:17 181:2
**forms** 94:25 117:14
452:14

**forth** 30:11 73:5
132:25 317:24
335:11 414:16
415:8
**forward** 59:25 60:7
205:24
**foul** 339:19
**found** 258:12 311:2
312:19 318:7
320:6 321:4,8,17
321:21 324:2,10
328:14 335:11
339:15 424:9
472:16
**foundation** 42:22
43:14 44:11 47:2
73:10 74:3 97:10
106:18 158:11,14
159:5,13 184:16
208:15 263:11
390:11
**four** 25:9 43:17 48:2
66:22 67:2 160:23
173:3 202:4
225:13 247:14
259:23 290:25
294:11,24 348:17
349:21 419:24
**fourth** 4:19 94:23
214:4 264:8 420:4
420:18
**frame** 335:3
**france** 83:22
**francisco** 6:14
**frankly** 242:11
331:10
**free** 55:16 57:7
80:25 190:15
240:15
**fresh** 4:21 17:5
268:18 269:6,21
269:23,24
**friedman** 6:12
192:19
**friends** 43:23 46:4

407:10
**frivolous** 137:8
139:8 140:6
**front** 82:22 120:21
146:17 184:22
258:2 362:4
384:20 411:2
432:8
**fronts** 48:20
**frozen** 72:22
**ftc** 312:17 318:19
320:17 322:4,18
324:22 325:16
327:2 330:5,8,23
330:23,25 471:7
**ftcs** 320:17 325:5
**full** 18:14 108:4
112:19 113:18
142:22 148:24
320:16 340:24
477:15 480:18
**fully** 130:16 402:2
448:16
**function** 31:10 76:5
162:18,19 188:4
**functions** 24:12
28:16 29:17 77:3
**funding** 311:25
407:16,24
**further** 9:10 65:13
75:11,13,18 77:5
77:21 78:10 137:4
139:5 222:12
223:3,11 225:24
241:10,13 271:22
326:21 347:2
353:20 376:16,21
377:2 401:23
404:18 434:10,11
434:18 439:4
453:7 454:10
470:16 471:9
483:22
**furtherprocessing**
64:9

**future** 60:3 105:8,16

─────────────────
**G**

**ga** 8:19 9:22 196:21
259:17
**gained** 74:18 75:25
**gainesville** 19:8
**garth** 187:12,15
189:15 255:8
261:24
**gate** 394:7
**gathered** 334:25
**gd** 86:9
**gene** 90:22 96:23
116:24 121:19
167:9,9,10,15
169:8 208:19
221:6 254:16,22
254:22 266:17
280:9 311:2
322:21 323:3
360:17 366:11
396:19,21,21,24
399:11 451:2,4
467:4 480:12
**general** 27:13 60:24
60:25 61:11 74:11
86:15 93:4 96:3,5
184:11 186:16
260:15,16 279:4
316:10 374:6,8
459:25 462:8,10
462:17 463:24
464:10 465:8,19
**generally** 27:4,8
49:10 50:4 51:7,25
62:6 64:16,18 65:5
79:16 96:21 97:3
100:19 120:18
148:18 155:6
156:7 185:10,16
185:17 245:21
261:23 286:22
467:19 481:17
**generate** 98:10,25

**generated** 130:11
**genetic** 461:21
**gentleman** 363:4
**geographic** 188:10
188:11 197:14
**georgia** 9:16 19:8
197:7 233:15
260:6 430:6
**getting** 35:9 86:20
91:7 92:4 152:14
229:19 366:24
385:13 399:8
424:9 474:14
**giant** 4:16 16:19
**gibber** 226:22,25
**gibson** 5:6 192:12
**gibsondunn** 5:10,11
**give** 22:9 29:7 30:6
35:17 37:23 40:7
43:3 84:4 94:11,12
105:25 129:19
143:22 188:21
190:15 204:13
215:23,23 277:9
279:18 294:11
309:2 342:12
381:18 383:14
395:10 457:16
458:5
**given** 53:20 54:6
91:24 92:2 129:11
284:2 295:3
381:13 423:24
467:17 485:10
**giving** 63:9 69:11
84:14 145:9 424:7
467:22
**glad** 274:16
**glance** 182:20
286:20
**global** 2:19
**go** 14:11 17:2 24:10
25:5 35:20 36:9
38:19 39:15 40:14
45:9 58:18 59:12

59:18 60:10,13
61:3 63:4 73:5
84:18 92:23 93:9
97:25 104:10
137:4 139:15
163:8 190:15,15
191:16 199:12
203:23 217:24
255:18 258:9
260:23 265:18,19
275:25 278:19
286:19,19 314:19
322:4 326:7 329:3
335:13,13 336:11
337:18 339:14
343:2 363:23,23
364:5,11,18
380:14 389:6
392:20,24 394:23
395:2 396:23
398:17 399:15
402:9 415:21,22
418:8 429:23
434:17 453:19
474:4 484:6
**goal** 221:23 222:5
257:7 478:14
**god** 480:15
**goes** 45:7,8,10 65:2
88:17 122:24
138:11 232:19
239:24 336:5
346:9 347:25
359:22 360:23
388:24 389:4,24
400:13 401:10
464:16 476:14
**going** 19:25 22:13
22:18 23:18 25:17
32:8 35:12,13
38:22 39:7,11
49:15 59:15,20,21
59:23,25 60:7 72:7
79:11 84:6 86:10
86:11 87:6 89:22

90:9,19,19 91:6
94:17,17 100:20
104:23 110:6
126:14 128:25
129:4,6 130:12
135:4 137:19
138:15,20 139:8
139:10,11 144:11
145:7 156:18
157:20 159:8
162:21,24 168:14
169:2 185:13
186:3 206:2
210:15 211:23
213:13 230:13
231:23 232:8,9
233:8,20 235:3
236:4 243:17
252:2 259:3
260:20 263:8
264:11 274:22
275:23 285:15
286:5 288:15
290:11,25 308:7
308:13 309:4,5
323:20 337:17
346:5 365:17
373:14,17,18
375:2,3 378:11
395:19 399:12
402:21 405:10
406:25 407:19
408:2 410:6
411:24 412:2,21
415:23 417:17
418:4,5 422:20,21
430:11,23 431:12
432:3 439:9,14
443:24 444:12
455:20 456:8,15
456:17 457:16
458:11,15 468:16
477:3
**golly** 25:16 473:21
**good** 18:6,7 46:14

75:25 87:10,11
91:9,10,11 94:18
173:18 174:8
179:8 215:11
216:21 230:9,14
239:16 256:10
259:2 274:19
312:2 335:16
337:13 338:25
364:12 381:5,6
405:5,6 408:25
429:7 430:24
431:2,4 442:15
473:23 485:5
**goodman** 6:13
192:18,18,24,24
**gotshal** 3:1 16:5
403:8
**gotten** 85:15
**governed** 27:21 28:2
**government** 45:20
90:15 121:24
152:18 191:2
260:17,19 311:16
311:24 320:12
**grain** 311:3,5
**grant** 411:9
**granted** 37:10
**graph** 169:3
**gray** 5:1 192:6,6
**great** 24:19 27:2
45:12,25 54:22
104:13 163:18
179:2,3 290:12
300:25 303:17
350:18 442:12
**greater** 113:20
143:11 147:15
284:3 423:25
**greetings** 363:22
**gregory** 96:23 97:7
116:25 164:2
167:15 185:2
208:20 245:15
254:22 262:11

266:17,20 323:3
360:18 361:4,12
**grit** 306:20 308:11
**grocers** 6:22
**grocery** 52:11 85:9
194:22 228:20
**ground** 20:8,25
26:13
**grounds** 263:9
455:14
**group** 28:18 29:5
85:16 183:14
264:23,25 265:2
271:20 310:23,23
316:21 363:7,16
**groups** 156:4 166:7
313:8 407:20
471:5
**grow** 64:10 70:17
448:10
**growing** 70:22 71:5
**growout** 446:17,19
**guard** 38:24 83:17
**guess** 24:8 119:7
229:7 269:11,12
297:19 374:19
394:6,11,13
414:20 478:20,23
**guessing** 255:23,25
269:8 297:18
394:14,15,17
**guideline** 221:19
255:17 308:13
321:14 409:22
438:15 459:18
**guidelines** 12:9
81:15,19 82:7,10
83:21,22,23 86:14
87:8,10,13 88:6,21
90:25 92:19 93:8
93:11,13 98:21
161:7,23 162:6,11
162:14,21,22
163:4,10,15
178:15 193:25

214:3 216:2
218:24 219:18,19
220:3 224:9,14,17
225:3 226:16
227:3 231:5 243:3
249:6,19 255:10
302:20 328:18
331:15 335:4
340:13 341:5,6
357:7 363:14
364:2,25 368:4,5
409:16 418:19
422:11,17,25
423:6 425:14
426:3,11,19 427:3
430:11 439:16
442:13 458:19,25
459:15 460:12,23
461:7 462:12,16
462:17 463:22
473:11 474:25
478:7 481:22
**gun** 147:10
**guy** 75:12 275:22
290:9 317:12
429:25
**guys** 39:3 46:4 85:2
86:18,25 209:18
265:5 290:9 332:4
392:17

**H**

**hadnt** 127:12 208:7
284:7 308:19
324:11
**halebian** 5:19
**haley** 322:21,22,23
370:8,13,15,18
**half** 75:3 92:13 95:4
206:8 237:22,23
247:12 399:16
408:15
**hamilton** 1:12 4:1
14:19 15:21,23
16:3

**hammer** 290:3
**hammonds** 362:18
363:4,22 364:6
370:24 473:2,4
477:21 479:23,24
**hand** 60:4 111:2
120:6 154:18
165:10 177:10
179:20 182:3
187:8 196:16
204:11 212:17
214:20 222:20
228:3 233:8,20
245:2 267:25
270:24 277:19
285:2,16 286:3,4,5
298:16 303:11
313:25 318:17
334:3 355:14
365:8 369:4
378:11 460:18
485:12
**handed** 58:5 91:19
99:22 140:14
254:6 259:25
285:14 298:15
301:4 345:23
352:22 354:13
362:12 387:2
472:3 476:6
**handing** 217:13
378:18
**handle** 219:4
**handled** 255:20
256:17
**handling** 87:5
252:23 253:11
265:6
**hands** 64:12
**handwriting** 268:9
268:22 269:15
**handy** 369:16
**hangmans** 334:19
**happen** 25:15 83:12
83:13 189:25

258:2 365:19
373:21 463:11
468:17
**happened** 25:23
38:20,21 39:5 62:8
71:6 82:19 83:18
97:25 131:10
169:18 209:18
233:9,11 251:11
283:8 284:6 293:7
316:11 324:2
434:20,21,23
463:11
**happening** 88:18
159:15 168:9
172:10
**happens** 54:24
83:20,20 203:5
290:2 336:9
347:16 388:14
**harass** 458:9
**harassed** 83:5
**hard** 86:6 175:23
213:23 214:7
289:23 375:21
459:23 460:8
462:7 465:8,18,22
465:24
**hardline** 87:13
**harris** 123:8
**hasnt** 16:24 84:21
**hatch** 35:5 36:13
38:10 54:7 160:11
202:3 282:21
426:20,23 427:4,9
**hatcheries** 446:8
**hatchery** 446:7
**hate** 440:10
**hated** 90:14
**havent** 20:3 137:15
151:5 158:10
209:10 448:16
**head** 147:11
**headed** 310:21,21
310:22,24 312:13

**heading** 120:23
124:4 160:23
190:19 230:8
234:8 239:11
252:15 261:14
280:14 346:8
**headline** 167:22
**heads** 473:5
**health** 183:22
336:22 340:3,8
**hear** 46:7 176:25
232:13 251:7
309:7 319:6
407:18
**heard** 70:4 203:23
204:3 310:14
331:9 439:3
481:25
**hearing** 332:21
**heated** 81:17
**heavy** 40:3
**heinz** 6:22
**held** 14:18 17:22
19:2 59:4 95:20,21
147:10 191:25
346:14 351:14
352:6
**heldout** 307:8
**hell** 162:21 204:2
288:18 335:8
401:14
**help** 31:11 49:21
62:7 74:7 146:10
174:11 275:4
277:10 345:2
417:5,18 446:13
449:20
**helped** 185:7 363:13
481:5
**helpful** 24:19 49:20
61:15 105:21
**helps** 391:2
**hen** 258:22 325:21
331:25 444:18
**hens** 54:7 258:12

| | | | |
|---|---|---|---|
| 321:11 328:15 | 71:1 72:1 73:1 | 206:1 207:1 208:1 | 341:1 342:1 343:1 |
| 331:16 343:10 | 74:1 75:1 76:1 | 209:1 210:1 211:1 | 344:1 345:1 346:1 |
| 348:15 349:21 | 77:1 78:1 79:1 | 212:1 213:1 214:1 | 347:1 348:1 349:1 |
| **heres** 32:10 48:2 | 80:1 81:1 82:1 | 215:1 216:1 217:1 | 350:1 351:1 352:1 |
| 480:16 | 83:1 84:1 85:1 | 218:1 219:1 220:1 | 353:1 354:1 355:1 |
| **hes** 39:24 40:2 59:8 | 86:1 87:1 88:1 | 221:1 222:1 223:1 | 356:1 357:1 358:1 |
| 123:9 137:25 | 89:1 90:1 91:1 | 224:1 225:1 226:1 | 359:1 360:1 361:1 |
| 158:11 205:10 | 92:1 93:1 94:1 | 227:1 228:1 229:1 | 362:1 363:1 364:1 |
| 210:7 269:9 | 95:1 96:1 97:1 | 230:1 231:1 232:1 | 365:1 366:1 367:1 |
| 302:24,25 322:24 | 98:1 99:1 100:1 | 233:1 234:1 235:1 | 368:1 369:1 370:1 |
| 326:2 343:3 | 101:1 102:1 103:1 | 236:1 237:1 238:1 | 371:1,5 372:1 |
| 370:20 382:11,11 | 104:1 105:1 106:1 | 239:1 240:1 241:1 | 373:1 374:1 375:1 |
| 385:15 389:15,16 | 107:1 108:1 109:1 | 242:1 243:1 244:1 | 376:1 377:1,23,24 |
| 390:19 392:10 | 110:1 111:1 112:1 | 245:1 246:1 247:1 | 378:1 379:1 380:1 |
| 411:21,21 423:17 | 113:1 114:1 115:1 | 248:1 249:1 250:1 | 381:1 382:1 383:1 |
| 473:5,6 483:12 | 116:1 117:1 118:1 | 251:1 252:1 253:1 | 384:1 385:1 386:1 |
| **hesitation** 173:22 | 119:1 120:1 121:1 | 254:1 255:1 256:1 | 387:1 388:1 389:1 |
| **hester** 409:4 | 122:1 123:1 124:1 | 257:1 258:1 259:1 | 390:1 391:1 392:1 |
| **hey** 39:3 45:25 | 125:1 126:1 127:1 | 260:1 261:1 262:1 | 393:1 394:1 395:1 |
| 147:22 203:24 | 128:1 129:1 130:1 | 263:1 264:1 265:1 | 396:1 397:1 398:1 |
| 238:8 | 131:1 132:1 133:1 | 266:1 267:1 268:1 | 399:1 400:1 401:1 |
| **hid** 473:25 | 134:1 135:1 136:1 | 269:1 270:1 271:1 | 402:1 403:1 404:1 |
| **high** 398:11,11 | 137:1 138:1 139:1 | 272:1 273:1 274:1 | 405:1 406:1 407:1 |
| 407:11 446:8 | 140:1 141:1 142:1 | 275:1 276:1 277:1 | 408:1 409:1 410:1 |
| **higher** 196:13 | 143:1 144:1 145:1 | 278:1 279:1 280:1 | 411:1 412:1 413:1 |
| 246:18 282:22 | 146:1 147:1 148:1 | 281:1 282:1 283:1 | 414:1 415:1 416:1 |
| 344:13 399:19 | 149:1 150:1 151:1 | 284:1 285:1 286:1 | 417:1 418:1 419:1 |
| **highly** 1:7 18:1 19:1 | 152:1 153:1 154:1 | 287:1 288:1 289:1 | 420:1 421:1 422:1 |
| 20:1 21:1 22:1 | 155:1 156:1 157:1 | 290:1 291:1 292:1 | 423:1 424:1 425:1 |
| 23:1 24:1 25:1 | 158:1 159:1 160:1 | 293:1 294:1 295:1 | 426:1 427:1 428:1 |
| 26:1 27:1 28:1 | 161:1 162:1 163:1 | 296:1 297:1 298:1 | 429:1 430:1 431:1 |
| 29:1 30:1 31:1 | 164:1 165:1 166:1 | 299:1 300:1 301:1 | 432:1 433:1 434:1 |
| 32:1 33:1 34:1 | 167:1 168:1 169:1 | 302:1 303:1 304:1 | 435:1 436:1 437:1 |
| 35:1 36:1 37:1 | 170:1 171:1 172:1 | 305:1 306:1 307:1 | 438:1 439:1 440:1 |
| 38:1 39:1 40:1 | 173:1 174:1 175:1 | 308:1 309:1 310:1 | 441:1 442:1 443:1 |
| 41:1 42:1 43:1 | 176:1 177:1 178:1 | 311:1 312:1 313:1 | 444:1 445:1 446:1 |
| 44:1 45:1 46:1 | 179:1 180:1 181:1 | 314:1 315:1 316:1 | 447:1 448:1 449:1 |
| 47:1 48:1 49:1 | 182:1 183:1 184:1 | 317:1 318:1 319:1 | 450:1 451:1 452:1 |
| 50:1 51:1 52:1 | 185:1 186:1 187:1 | 320:1 321:1 322:1 | 453:1 454:1 455:1 |
| 53:1 54:1 55:1 | 188:1 189:1 190:1 | 323:1 324:1 325:1 | 456:1 457:1 458:1 |
| 56:1 57:1 58:1 | 191:1 192:1 193:1 | 326:1 327:1 328:1 | 459:1 460:1 461:1 |
| 59:1 60:1 61:1 | 194:1 195:1 196:1 | 329:1 330:1 331:1 | 462:1 463:1 464:1 |
| 62:1 63:1 64:1 | 197:1 198:1 199:1 | 332:1 333:1 334:1 | 465:1 466:1 467:1 |
| 65:1 66:1 67:1 | 200:1 201:1 202:1 | 335:1 336:1 337:1 | 468:1 469:1 470:1 |
| 68:1 69:1 70:1 | 203:1 204:1 205:1 | 338:1 339:1 340:1 | 471:1 472:1 473:1 |

474:1 475:1 476:1
477:1 478:1 479:1
480:1 481:1 482:1
483:1 484:1
**hire** 75:22
**hired** 41:10 167:9
**historical** 398:23
**historically** 388:20
389:25 390:7
422:15
**history** 7:15 91:14
91:22 203:4
282:15 388:25
**hoc** 265:3
**hold** 95:17,19
142:12 286:9
374:23,25 410:12
410:12 416:4,4
**holdouts** 307:7
**holds** 93:20 94:3
**hollingsworth**
479:17,21,22
**honestly** 73:20
**honesty** 478:19
**hope** 98:5 142:13
219:7 307:13
344:20,20 345:8
391:2
**hopefully** 186:9
429:10
**hopes** 205:24
**hopewell** 317:2,13
**horrendous** 84:5
**hot** 189:2 195:18
278:25
**hour** 259:3 260:24
261:9 365:17
408:16
**hours** 294:10
**house** 35:13,15 48:6
66:2 76:6 125:20
199:21 208:23
332:13 337:18
394:6 422:16,20
422:21 444:19

446:21 448:19
**houses** 199:21 266:5
344:18 422:10
425:10,16,20,23
445:11
**housing** 64:24,25
65:9 86:4 199:19
201:5 350:5
**huge** 64:24 65:8
285:5 400:14
**huh** 21:14
**humane** 313:15
321:13 328:4
**humanely** 253:10
328:17
**hundred** 382:12,16
397:18
**hurley** 2:21,23 16:7
16:7
**hurts** 463:18
**husbandry** 12:9
92:19 216:2 225:3
309:10 325:21
460:12,23
**hutchinson** 3:12 7:8
16:10,11 453:13
453:19 471:23,24
475:5,9,16,20,22
476:5,12 477:2,12
482:8,22 483:13
483:21
**hypo** 238:20
**hypothetical** 50:6
54:19 56:12 237:2
**hypotheticals** 55:24
56:20

I

**id** 24:8 56:16 162:9
180:6 185:14
219:23 257:13
260:23 265:18,18
265:19,20,20
280:12,12 283:11
290:17 434:17

478:20
**idea** 46:2 88:11
90:12 91:10 100:5
105:12 107:20
109:11 112:15
154:8 181:12
208:21 209:4
210:12 223:20
230:21 274:20
277:6 382:7
392:17,21 410:9
424:5 436:25
442:25
**ideal** 174:16
**ideas** 121:25 169:17
205:24 207:7
208:11
**identification** 58:2
91:16 99:16
110:23 120:3
140:11 154:15
165:15 177:7
179:17 181:24
187:5 196:23
204:8 212:14
214:17 217:10
222:17 227:24
233:17 244:23
254:3 259:19
267:22 270:21
277:16 285:11,24
298:23 303:8
313:22 318:24
333:24 345:20
352:15 354:6
355:11 362:9
365:13 368:25
383:12,24 386:23
391:10 396:9
412:14 460:15
476:3
**identified** 126:9
254:12 413:8
**identifies** 272:25
**identify** 15:6 43:6

100:3 111:8
140:22 154:24
182:7 189:13
197:5 204:16
212:20 214:23
217:17 223:2
228:10 233:22
245:14 260:4
268:4,13 271:3,8
277:22 278:2
286:5,7,25 299:6
303:13,17 314:4,8
314:17 319:22
334:6 337:14
346:2 352:25
354:16 355:17,23
362:17 365:21,23
387:11 391:13,17
396:15
**identity** 238:7
**idiot** 293:24
**idiots** 293:25
**ids** 3:13
**iec** 278:24 283:12
**il** 6:19
**ill** 20:7,13 21:2,9,20
21:22 22:16 27:8
43:16 56:25 60:23
61:2 68:7 82:12
93:21 111:3 117:6
136:10 142:11
179:22 182:5,6
184:21 187:8
197:3 212:19
214:22 217:17
245:2 268:3 271:3
272:12 274:16,25
281:3 285:2 286:3
286:4,4,7 303:12
303:13 314:3
334:6 345:25
352:24 354:15
355:16,23 374:14
380:8 383:14
386:14 404:23

410:24 412:6
416:6 432:14
435:20 437:16
460:18
**illinois** 2:17 3:8
**im** 19:25 21:16
22:24 23:18 25:17
26:13 27:4,11 32:7
38:19,22 42:12
44:21,24 45:16
46:12 62:3 65:17
72:7 73:22 83:10
83:10 84:6 88:4
89:22 91:5 97:15
100:20 104:21
106:5 109:22,23
127:25 128:21,25
129:5 130:12,13
131:5 132:8,9,10
133:23 134:8
137:8,16,18,20
156:17 159:8
169:4,12 173:22
173:25 175:22
183:12 186:15
189:16 207:21,23
208:8 209:13,17
210:15,19,20
211:3,23 212:3
213:13 214:25
215:4 216:8,13,16
216:19,25 217:13
227:5 230:24
231:21,23 232:8,9
232:9,15 233:8,20
237:24,25 238:8
243:17 247:8,9
248:7 262:13
263:8 269:8
285:15 286:5
289:24 290:5,25
292:9 293:3
294:13,20 297:18
297:20 299:9
300:24 317:15,16

325:14 329:2,13
342:16 343:6
346:5 351:11
352:8 353:10
355:2,20 359:25
367:3,3 368:6
372:21 373:14,17
373:17 374:19,21
375:2,3,24 377:6
377:17 378:11
384:17 385:22
391:14 394:15
395:22 401:19
403:7 405:10
406:25 407:19
411:24 412:2,21
421:7 432:3 433:8
433:9 437:6 439:8
443:24 444:12
455:13,20 456:13
456:15 457:10,22
458:10 471:24
477:3 479:24
**imagine** 104:8 219:7
395:17
**immediately** 252:3
252:6
**impact** 195:5,14
273:5 280:25
281:8 307:21
342:20 423:3
430:23
**impacted** 307:25
410:4 430:18
**impediments**
440:22
**impending** 108:12
**imperative** 486:14
**implement** 162:22
187:19 307:13,18
**implementation**
130:22 131:21
193:24 249:6
289:24 335:4
478:6

**implemented**
130:17 307:20
361:19
**implementing**
162:17 180:18
336:3,11
**imply** 328:4
**important** 42:19
104:25 106:10
162:12 221:23
276:9 470:23,24
470:25 471:4,5,6,8
**imposing** 246:15
**impression** 216:12
**impressive** 458:25
**improper** 410:14
**improperly** 211:22
**improvement**
331:24 400:14
**improves** 284:3
423:25
**inaccurate** 63:6
**inappropriate**
360:25
**inch** 331:18
**inches** 86:10 257:8
331:17,24 339:24
**include** 280:13
**included** 33:14
94:12 164:4
202:11 346:20
415:2,4 462:23
**including** 80:9
173:13 357:15
363:19
**inconsistent** 138:8
**inconvenience**
212:4
**inconvenient** 294:8
**incorporated**
482:17
**increase** 113:21
142:25 168:8,22
169:6 424:21,24
425:3 429:20

430:10
**increased** 331:15
385:13 400:17,18
443:14
**increases** 397:21
398:5,7
**increasing** 168:11
169:15 246:17
306:19 384:23
**independently**
481:2
**index** 13:1
**indiana** 2:22 6:2
409:5
**indianapolis** 2:22
6:2
**indicate** 144:19
202:7 266:13
**indicated** 295:15
485:6
**indicates** 168:25
200:23 266:3
351:13
**indicia** 291:13
**indirect** 2:13 5:22
15:17 381:9 386:2
386:5
**individual** 24:15,16
25:11 50:15
101:12 105:20
140:25 276:15
279:20 410:21
**individually** 28:19
147:8
**industry** 25:10
28:10,17,20 30:3
31:2 39:11,25
40:10,21 41:21,22
42:20 43:25 44:24
45:4,10 46:19,23
47:11 61:17 62:8
62:11 63:18 64:2
66:4 72:4 73:7,8
73:23,25 74:8 78:9
79:3 81:18 83:16

92:20 94:14,15
100:21,24 101:14
106:11 107:14
108:12,13,16,20
109:12,25 118:14
118:16 125:2
142:24 143:10
147:14 148:17
149:4 166:3 168:9
171:25 174:14
183:6 184:4
215:25 221:22
222:5 224:9
231:14 233:5
273:7,11,19
278:23 279:9
280:15 282:11
293:6 304:16
305:21 306:16,21
307:22 335:2
347:15 351:5
363:25 382:21
384:14 390:24
392:18 393:25
400:14 402:8
407:13 409:5
427:20 428:15
430:9 438:12
446:6 450:4
469:19 473:10
**industrys** 306:20
347:21
**influence** 108:7,25
**influential** 203:2
**inform** 365:5
**informal** 225:19
226:5
**information** 30:6,9
35:18 42:2 47:22
49:20,24 63:2
100:17 101:17
105:25 111:13
129:19 135:15,17
137:13 149:23
150:2 157:19

288:21 312:12
455:8
**informed** 325:17
356:5 362:22
**informing** 356:25
360:19
**inhouse** 289:7
**initial** 257:7
**initials** 190:2,4
**initiate** 39:5
**initiation** 249:18
**initiative** 250:14
**inline** 65:24 67:7
69:10
**input** 74:19 194:12
280:10 415:5
480:18
**inspection** 75:9
**institute** 75:15
194:21
**instituted** 88:6
**instruct** 129:6
130:25 138:13,16
456:4
**instructed** 276:17
**instructing** 131:5,23
135:25 457:22
**instruction** 458:16
**instructions** 486:2
**insurance** 307:15
**integral** 368:3
**integrate** 69:17
**integrated** 64:24
65:9,21,22 66:5
67:7,19 68:10,16
70:8 126:3 451:14
**integrating** 71:12
**integration** 118:7
**intended** 47:19
**intends** 172:7
**intent** 185:24
201:10 223:17
**interest** 24:20 28:8
28:14 79:4 103:12
123:12 142:9

150:17 167:10
299:17
**interested** 94:13,15
142:2,7 144:8
360:11 462:25
485:11
**interesting** 190:13
290:9 319:5 400:2
**interests** 28:9
**interfere** 14:9
**interfering** 338:15
**internal** 123:9
**international** 46:6
82:17 278:7 279:8
301:8 373:4
421:15,19
**interpret** 30:5 33:22
253:14 321:10
478:25,25 479:7
480:17
**interpretation** 72:8
110:7
**interpreted** 360:24
417:14
**interrupt** 84:14
87:20 139:19
179:7
**interview** 63:10,17
**intricacies** 42:15
**intro** 187:11
**introduced** 16:24
408:14
**invade** 129:4 135:4
136:22 137:17
139:2
**invades** 131:25
**invading** 136:17
456:5 457:5
**investigate** 311:7
360:25
**investigated** 324:20
**investigating** 331:2
**investigation** 316:14
330:9,11
**investigations** 315:5

324:25
**invited** 40:7
**inviting** 229:18
**involve** 34:24 35:4
38:9
**involved** 34:19
104:10,11 190:25
193:12 218:12
220:22 317:10
**involvement** 220:12
220:16 255:4
407:9
**irregardless** 239:5
**irregular** 95:19
**irving** 119:16 122:9
123:10 134:3,3
209:7 254:17,20
254:20 287:17
289:2 295:5
297:16 375:8
451:5
**irvings** 128:7 287:25
291:25
**isaacson** 119:16,19
120:22 122:9,21
123:5,17 124:13
125:24 126:9
127:9 130:21
131:20 156:9,14
156:21 157:4
158:6,24 209:7
254:20 262:10
287:12,17 288:3
289:2,11 296:15
322:25 323:4
375:8
**isaacsons** 156:6
**isnt** 44:15 230:21
237:18 337:10,13
341:12 352:20
401:14
**issue** 43:22 44:23
73:13 90:11 158:4
167:21 200:9
211:24 227:14

230:9 233:6
247:10,15 249:2
253:16 255:16,17
265:4 266:4 285:6
291:2 292:8
310:11 314:20
324:20 330:24
335:5,15 347:20
438:20 441:12,14
480:10
**issues** 7:21 28:17
74:23 77:8 87:5
100:23 110:16
119:24 120:24
128:16 152:19
177:22 183:22
194:13 245:22
246:5,9 256:6,11
263:23 278:23
368:9 374:12
375:14 385:6,19
406:10 430:22
465:12
**item** 266:3 430:21
**items** 382:24
**ive** 29:16 40:20 58:5
60:21 91:19 99:22
100:6 140:14
160:9 229:12
232:15 242:10
254:6 259:25
285:14 290:10,10
294:23 310:14
345:23 352:22
354:13 360:4
362:12 369:4
371:18,18 387:2
392:13 417:3
476:6 479:8,9

**J**

**jacobson** 5:19
**jam** 340:23 341:7
**jammed** 339:24
**jamming** 340:10

341:9,12
**jan** 4:1 15:19 409:6
409:7,9
**january** 9:21 18:23
245:16 249:5,17
254:14 259:16
260:6 262:11
362:18
**jason** 5:7 192:11
390:16
**jcallow** 4:20
**jealous** 85:3
**jeff** 407:4,24 408:6
408:14 409:8
410:8,23
**jenner** 2:16,18
15:14
**jeopardize** 474:2
**jeopardized** 304:21
469:13,23
**jeopardizing** 339:12
**jerry** 182:25 414:12
**jill** 479:21
**jmckenney** 5:10
**job** 19:2 208:4
289:18 311:14
**jobs** 90:22 183:7
**joe** 17:4
**john** 123:8 288:25
292:13 296:11
297:9
**join** 308:20 309:12
**joined** 174:5 192:8
192:14,20 308:19
**joint** 12:4 94:20,20
412:9
**jointly** 364:25
365:24
**joseph** 4:18
**joyer** 477:20 478:5
478:13
**jr** 4:18 5:1
**judge** 377:2,4,8,12
377:15,19
**judgment** 313:16

**july** 8:15 93:19,22
169:25 170:17
181:22 182:8
228:11 320:20
348:16 389:25
**jump** 215:9,24
**june** 303:20 354:19
357:12 358:13
363:21 469:3
**jury** 146:18,21
147:19,22
**justice** 163:8 302:8
**justification** 379:12

**K**

**kallen** 6:8
**kansas** 409:10
**kantor** 5:14
**karen** 478:12
479:19,20
**karri** 6:6
**kasowitz** 6:12,15,16
192:19
**kathy** 6:1,3
**keating** 4:18
**keep** 32:5 56:17
207:25 209:23,25
362:3 442:24
**keeping** 97:8 141:21
**ken** 102:13 105:2
159:23 433:12,12
**kennett** 75:12
**kentucky** 240:21
241:3
**kept** 77:13 85:19
97:13 464:19
**kevin** 119:17 370:8
370:13
**key** 126:3 144:16
283:17 438:13
**kids** 85:8
**killer** 462:12,16
463:22
**killing** 164:22
316:22 350:12,14

**kin** 485:11
**kind** 24:3 26:21
31:10 53:14 72:24
188:21 281:24
389:18 409:20
424:13 430:8
449:22 452:13
477:8
**kinds** 313:10
**klekamps** 4:18
**kmklaw** 4:20
**knew** 30:16 161:23
203:22 222:2
275:18 291:9
308:13 313:13
401:20 472:17
**know** 19:23 20:18
21:23 22:25 24:2
25:18 26:12,13,20
26:24 27:11,19
29:3,16 31:7 32:5
32:11,16 34:4,5
35:6,24 36:10 37:3
39:6 41:15 42:8
45:15 48:3 49:14
49:17,22 50:9,9
54:24 55:6 58:11
62:21 63:6 65:15
65:25 66:19,25
67:12 70:9,12 71:6
72:7,16 73:5 75:9
76:15,16 82:5,24
83:4,8,9,10 85:2,8
85:18 86:24 88:12
90:15 93:8 94:11
94:14,18 96:2,9
97:15 99:3 103:4,8
103:20 105:22
106:12 107:18,25
108:2 110:5,6,17
111:4,14 112:13
112:25 113:5,6,8
113:10,11,14,15
114:21 117:2,7,16
118:23,23 119:10

119:17 121:6,10
121:16 122:5,6
125:17 126:14,22
127:18,24 128:5
129:16,17 130:4,5
130:8,19 133:14
133:22 136:17
139:9 140:16
145:14 149:20
155:19,20 157:10
161:17 163:12
164:16 166:5
167:3 168:4 169:4
169:4,5 170:4,14
171:10 173:9,12
173:16,21,23
175:24 177:15
178:2,4,12,19
182:21 186:5,16
188:17 194:8
198:20,23 203:7
203:21 205:7,10
205:13 206:18
207:22 210:8,8,12
213:17,18 215:3
216:22 217:25
219:14 221:18
222:3,23 223:21
223:23 224:9,17
224:19 225:11
226:14,20 227:8,9
228:6 229:9,10
230:21 231:25
234:10 236:21
238:4,6,21,23,25
240:16 241:24
242:15 243:20
245:11,25 246:4
247:19 248:14
250:12 252:8
253:20 254:9,24
257:2,13 258:4,18
258:18 261:19
263:15 265:12,19
265:25 268:5,7,20

268:23 269:5
270:2,3 272:15
274:15 275:16,17
277:4,5,7 278:14
283:7 285:5
288:19 289:8,22
291:17 292:10,11
293:2,3,4,23 295:2
295:4,6 297:2,20
297:21,21 298:16
299:10,13,23
300:9,16,21,25
303:15 306:8
307:24 308:3
310:8,9,12,14,16
310:25 311:12,23
312:2 313:10
314:11 315:19,21
315:22 316:23
317:16 322:14
323:11 325:12
329:9,10 331:7,9
331:11 332:11,13
335:7 337:4,5,7,9
339:13,13 341:8
341:24 344:5,5,15
344:16,17 348:23
349:7,7,17 350:10
353:8 361:11,20
361:21,23,24
366:18,23,25
367:2 368:10
373:22 374:18
375:22 381:10,13
382:20,24 384:15
388:16 389:25
390:21 392:14
393:22 394:18
395:9 397:16
399:5 401:3,14
402:2 404:21
407:4,12,13,25
408:23,24 409:19
410:16 411:7,10
414:20 416:12

417:7,10 421:8
423:2,3 424:11
429:3,15,16
430:24 434:19
436:19,22 437:5,7
437:10,12 438:12
439:2,4 441:10
442:10,10,11,16
442:23 443:3,9,18
443:19 451:21
452:12 457:9
459:20 462:11
463:3,7 465:2,11
467:6,9 469:6
470:7 471:7
472:11,14,16,17
472:18 473:14,24
474:5,14 476:15
477:14,16 478:19
478:23 481:7
482:2,6,9,14,15,19
483:19,20
**knowing** 26:14
139:7 140:5
352:19
**knowledge** 64:17
65:6 79:8 81:23
92:11 99:2 128:15
133:12 134:14,17
135:14 143:6
149:8,10 160:19
249:12 257:9
267:10 272:9
293:22 297:24
320:24 321:17
326:11 366:21,22
374:11 375:12,17
**known** 35:7 290:10
**knows** 130:3 392:10
393:20 457:11,12
**kraft** 2:19 15:14
386:9
**krgeg00020640** 7:18
99:14,24
**krgeg00020643** 7:18

99:15
**kroger** 52:15 385:11
385:12
**kwasek** 268:17,20
269:4

---

**L**

**label** 325:13 330:5
476:11
**labeling** 224:7
**lack** 42:22 44:10
47:2 73:10 97:10
150:16 184:15
390:11
**lacks** 43:14 74:3
**laid** 321:11
**language** 65:11
378:3 417:11
**large** 121:24 276:4
389:6 445:6 446:7
**larger** 31:5,19,24
**larges** 418:7
**largest** 46:8 228:19
346:8,17
**las** 9:11 222:14
223:4
**late** 84:20 88:18
116:16 141:9
398:12 474:15
**launched** 316:13,19
**law** 256:21
**lawsuit** 20:5 377:14
377:18
**lawyer** 134:9 210:7
210:11 345:3
**lawyers** 119:12
132:3 149:20
366:22 457:9
**lay** 258:10
**layer** 266:5 397:7
446:21
**layers** 105:3,15
117:18 253:11
284:2 422:18
423:24 444:19

445:12,16,17
**laying** 12:10 102:15
  446:20 448:12,13
  460:13 461:16
**lead** 87:14,16 88:7
**leaning** 40:3
**leased** 444:19
**leave** 199:19,21
  260:19 370:3
  386:14 396:21
  475:17
**leaves** 443:6
**leaving** 201:5
  357:16
**led** 288:5
**lee** 2:4 15:12
**leeturnerdodge** 2:7
**left** 49:2,6 90:17
  126:2 330:5
  370:25
**lefthand** 168:23
  171:25
**legal** 123:9 124:5
  128:16 130:22
  131:7,8,20 132:7
  133:10 134:15
  156:20 157:24,25
  158:5 159:3
  173:24 209:8
  210:14 211:9,24
  263:18 287:17
  374:12 375:14
  379:13 473:21
**legislative** 180:22
  181:5,8,16
**legislatively** 190:24
**len** 433:15
**length** 120:14
  144:14 190:16
  193:17
**lengthier** 120:8
**lengthy** 135:23
**lesson** 143:22
**letter** 7:19,24 8:23
  9:13,23 10:10,11

10:13,14,20 11:7,8
11:12 110:21
111:9,13 112:6
122:16,22 128:7
140:9,25 142:16
144:17,19 189:13
212:13 227:23
228:11 229:18
230:4 232:17
243:6 251:22
267:20 268:8,13
269:7,18 285:20
285:21,22 287:16
288:2,25 290:7
291:25 293:15
294:7 295:5,8,16
295:23,23 296:12
297:7 298:22
299:16 318:22
320:17 354:5,16
354:21 355:9,17
355:24 356:11,24
357:3,8,11 358:8,8
358:12 360:14,15
363:2 365:11,23
367:6 438:2
440:15 475:14
**letterhead** 111:24
  120:22 142:17
**letters** 313:12
**level** 191:7 321:13
  328:4,17 336:17
  407:11 431:3
**levels** 55:2 304:22
  469:15,24 470:4
**levin** 3:18,20 16:16
  16:16
**levine** 4:1 7:7 15:19
  15:19 16:21 17:9
  17:19 32:2 33:19
  34:12 37:17,21
  38:5,13 40:16
  42:21 43:13 44:8
  46:25 47:14 48:12
  49:12 50:5,21

51:16 54:17 55:19
56:10,18 57:12,19
59:6,14,22 60:3,12
61:20,24 62:15
63:19 67:9,21 68:2
68:11,20 69:19
70:10,25 71:15
73:9 74:2 76:23
79:20 80:3,20
81:24 84:12 87:17
87:22,25 88:8 89:4
89:8,16,20 91:5
92:24 97:9,20
98:12 99:5 102:20
103:2 105:17
107:5,16 109:14
110:3 114:18
115:24 116:6,9
125:4,11 126:10
126:20 127:21
128:19,25 129:9
129:21 130:2,24
131:5,12,16,22
132:12 134:22
135:2,20,24 136:9
136:11,15,20,24
137:10,22 138:10
138:18,24 139:5
139:11,15,18
143:16,19 146:24
147:20 149:18,23
150:7 151:13,19
151:24 152:10,25
153:11 155:12
156:17,23 157:9
157:17,24 158:7
158:18,23 159:4
159:12 164:24
165:5 168:16
171:8 175:5,9,14
175:19 176:4,8,16
179:6 184:13
186:19 191:15
193:19 195:7,15
196:4 198:16

199:3,24 201:8
202:18 203:13
206:6,24 207:2,10
207:17 208:14
209:20,25 210:15
210:21 211:15
212:7 214:6 217:3
218:15 220:13
225:21 227:16,19
229:21 235:20
236:19,25 238:17
238:24 240:11
241:16 243:8
244:11 245:6
247:3 248:12,19
249:25 251:5
252:10 253:17
258:25 259:6
263:8 266:25
267:11 269:10
270:6 271:24
273:12 274:11
276:21 281:14
283:4 286:9
287:21 298:4,9,25
300:3,12 301:3
305:3,14 311:20
312:15 315:8
316:17 318:11
319:7,14,17 320:4
321:22 324:16
325:24 328:20
329:18,21 331:5
333:3,10 338:4
339:3 341:22
342:25 344:25
345:10 348:5
349:23 351:9,24
355:20 356:8
357:21 358:5,9
359:11 365:15
366:20,24 369:25
370:10,12 371:11
373:11,23 374:3,8
374:23 375:10,19

**VERITEXT REPORTING COMPANY**
www.veritext.com
(212) 279-9424      (212) 490-3430

376:3,23 377:22
378:6,10,17,20
379:25 380:7,11
385:7 387:7
389:10 390:8
392:3,8 393:9,18
394:12,16 395:20
395:25 398:14
399:3 400:3,8,20
400:25 402:20,24
404:21 405:4
406:7,13 410:17
411:23 412:2,5,16
416:6,8,22 417:20
419:9,13 420:15
420:21 421:3,9,17
423:9,16,20
424:20 425:2,8,13
426:2,7,15 427:2,7
427:12 428:14
429:11,17 430:16
431:14,18,22
432:2 433:8,14
434:22 435:6,11
437:9,15 440:18
441:18 442:5,20
443:23 444:23
445:8,15,24 447:2
447:8,15,22 448:3
448:21 449:4,9,14
450:15,23 452:23
453:7,11,15 455:5
455:13 456:3,22
457:4,17,24 458:8
462:3,19 464:3
466:13 468:21
470:5,18 471:9
483:23 484:4,7,10
**levinej** 4:6
**liability** 449:23
**lie** 382:6
**life** 290:10
**liked** 104:5 265:7
**likewise** 283:16
**limit** 243:7,24 344:2

**limitation** 155:10
**limitations** 118:6,9
 203:22
**limited** 96:10
 203:19,19,20
 214:9 220:14
 227:17 232:11
**limits** 457:9
**linda** 1:15 17:11
 20:10 22:9 117:22
 452:3,10
**line** 13:4,4,10,15,20
 64:25 65:10 144:6
 170:12 188:16
 210:16 307:25
 430:19,24 446:8
 488:4
**lines** 423:17
**link** 105:24
**liquid** 72:22
**list** 101:22 123:8
 403:20
**listed** 352:8
**listen** 50:15 61:22
 61:25 217:4 388:5
 401:18
**listening** 357:19
**lists** 387:25
**literally** 86:7
**litigation** 1:3 14:23
 488:2
**litmus** 150:15
**little** 29:4 34:10
 35:21 55:17 57:8
 75:21 83:6 85:12
 86:17 91:7 121:22
 130:13 167:25
 186:7 192:14
 205:22 213:16
 227:5 258:9 259:7
 264:9 265:10,20
 268:23 274:17
 279:4 281:3
 310:10 344:5
 393:23 395:23

407:22 428:21
453:16 461:22
463:6 478:22
**live** 19:5,6,10
 161:24 471:6
**lived** 417:15
**llc** 3:9 16:14
**llp** 1:12 2:10,16 3:1
 3:6,17 4:1,12 5:1,6
 5:14,19 6:12,18
 15:17
**lo** 336:4
**load** 142:11 276:4,6
**loaded** 110:17
**loads** 141:25 142:2
 273:6
**lobby** 481:20
**local** 408:4
**located** 14:19
**location** 238:11
**locations** 238:2
**locked** 162:3 450:2
**lofgren** 184:23
**log** 131:15 132:6
 209:21 211:19,22
**logan** 1:13 4:3 14:19
**logo** 325:19 326:13
**long** 19:22 25:16
 29:3 59:16 60:25
 88:2 164:17
 191:15 203:11
 281:20 300:19
 307:8 381:10
 418:7
**longer** 325:2 330:12
 395:10
**longs** 418:4
**longterm** 40:10
 143:10 147:14
 148:16
**longtime** 43:11
 183:6
**look** 46:2 47:23,24
 52:23 61:3,4,6,12
 64:6 75:2 92:8

93:18 94:21 97:25
98:17 105:23
107:22 120:11,21
124:3 142:4
148:23 159:17
160:22 163:21
166:15 167:20,21
173:11 180:6,17
184:22 185:22
186:17 189:12
190:18,19 199:8
201:15 209:6
230:7 234:7
239:11 241:20
242:9 246:10
258:4 265:16
266:2 283:11
286:7 288:25
290:18 292:12
295:7 297:5
304:13 311:11
319:12 320:16
325:15 327:6,7,8
327:18 347:13
352:8 359:20
360:13 369:24
370:6 384:7,12
391:22 392:16,23
393:12 394:24
395:10 397:24
410:2,24 412:17
412:21,24 413:19
413:21 418:9
419:14 421:24
422:6 423:10
427:13 432:7,14
432:19 434:6
435:21,24 436:4
436:15 437:17
439:23 441:11
456:21 461:10
467:11,13
**looked** 32:23 50:11
 50:12 252:14
 321:20 329:8

330:24 431:10
456:12
**looking** 28:16 30:2
49:19 58:12 59:8
83:10 169:3
184:22 186:3
247:7 262:17
311:13 312:10,18
399:7 415:14
458:23
**looks** 46:14 186:2,2
389:19,21
**looper** 102:13,17
159:23 433:12,12
433:15
**loopers** 102:25
103:18
**loophole** 334:19
335:3
**loopholes** 220:9
**lose** 24:13 237:19
258:14
**loses** 238:7
**losing** 289:18
401:17
**loss** 143:10,11,15,18
144:21 145:11,20
145:25 146:2,4,22
147:2,15,24 148:7
148:10,13,16
276:20
**lost** 90:22
**lot** 23:25 28:21 45:7
49:7 62:4 66:23
75:24 85:13
125:14 166:5
173:17 297:20
308:11,12 335:2
350:6 361:18
382:24 388:22
401:20 408:18
409:4 438:2,2
459:16 462:9
463:24 465:13
471:8

**lots** 101:11
**loud** 280:21 281:3
**love** 202:25 290:7
**loved** 85:6
**lovell** 5:19
**low** 170:25 389:6
**lunch** 179:8 186:24
191:14

_____

**M**

**machine** 485:8
**macusshapira** 4:15
**madison** 2:5
**mailing** 85:15
**main** 338:2,9
**maintain** 304:22
306:20 469:14,24
470:4
**maintains** 364:23
438:11
**major** 76:5 313:8
333:15 338:10
340:3,7 388:25
**majority** 26:3,6
35:11 66:6 446:6
**making** 31:22 38:2
69:4 72:13 113:24
114:12 173:7,14
176:2 201:19
304:9 379:16
390:21 429:9
**man** 50:13
**manage** 77:12
185:12
**managed** 76:11,13
184:12 186:17
442:15
**management** 29:22
32:6 40:2 42:4,18
42:25 43:12,18,19
43:21,22,24 44:7
44:15 45:12,14,18
45:23 75:20 76:2
76:18 151:6 152:9
152:24 153:10

154:5 184:6,25,25
205:11 306:9
351:23 413:12
414:5,14 415:14
**manager** 183:5,19
183:25 317:22
**managers** 74:11,15
**managing** 76:22
**mandate** 292:15,23
**mandated** 190:24
**mandatory** 180:22
293:7
**manges** 3:1
**march** 58:9 111:10
111:15 387:20
388:18 393:2
**marching** 219:15
474:10
**marcus** 4:12
**margaret** 6:12 17:2
17:7
**margins** 246:18
**mark** 301:12 369:25
396:12 412:2,6
460:18 475:23
**marked** 7:12 8:3 9:3
10:3 11:3 12:3
13:19 57:25 58:6
91:15,20 99:15,23
110:22 111:3
120:2,7 140:10,15
154:14,19 165:14
177:7,11 179:16
179:21 181:24
182:4 187:5
196:17,22 204:8
204:12 212:14,18
214:16,21 217:9
217:14 222:17,21
227:24 228:4
233:16,21 244:22
245:3 254:3,7
259:18 260:2
267:21 268:2
270:20,25 277:15

277:20 285:10,15
285:24 298:23
303:7,12 313:21
314:2 318:19,23
333:23 334:4
345:19,24 352:15
352:23 354:5,14
355:11,15 362:8
362:13 365:9,13
368:24 369:5
383:12,24 386:23
391:10 396:8
412:14 413:3
419:15 460:15
472:4 476:3,7
**market** 23:14 26:14
31:9,13 73:3,4
142:25 144:23,25
145:12 148:13
207:8 208:12
213:11 246:16
247:24 271:23
272:18 275:25
276:2 277:7 344:9
344:12 382:2
384:23 385:2,15
388:14 389:2,5
417:5 423:4
**marketed** 271:22
**marketers** 4:8 15:21
15:25 102:5 183:9
183:15 413:13
414:11
**marketing** 7:21
8:21 11:18 24:25
25:4,12 26:2,8,17
26:17 30:7 32:12
119:23 120:23
121:9,12,21,21
147:6 153:20,22
153:25 163:22
169:9 185:24
189:3 194:21
204:6,18 213:17
219:11 260:22

372:18,23 379:2
386:21 387:19
403:16 417:14
**marketplace** 49:6
327:4 372:24
**markets** 141:18
239:7
**marvin** 5:1
**match** 418:10
**matches** 201:14
**material** 205:18,21
206:5,16
**materials** 127:19
133:8,8 288:6
315:3 458:13
**matt** 269:4
**matter** 156:9 158:21
200:11 270:5
320:18 324:13
**matters** 79:4 455:25
**matthew** 268:17
**maximize** 55:11
57:16
**mbma** 134:7
**mcdonalds** 229:3
342:22 480:24
**mckenney** 5:7
192:11,12 390:10
390:16,16
**mckenzie** 6:18
**mckinney** 5:8
**mdl** 1:4 15:2
**mean** 25:3 33:4,18
33:24 41:4,14,16
45:15 51:2 53:15
55:3 65:10,13,14
66:5,19,20 71:9
73:20 76:15 77:14
77:14 83:12 84:21
85:4 86:7 87:3
89:2 90:14 94:14
98:13,16 100:13
101:12 104:10
107:18 113:8
116:21 117:17

125:17,19 133:17
143:14 146:23
157:15 164:13
183:10 190:6,7
195:18 200:12
202:24,25 203:21
231:8 232:22
235:19 240:16
262:13 265:2,13
270:3 274:8 285:4
293:6 306:13
307:11,24 313:6
313:11 321:10
322:23 330:10,15
332:7 337:5,16
339:13 340:11
341:10 349:4
350:6,10,12,14
352:20 366:12
371:17 374:18
385:10 388:5
389:14 392:13
395:9 399:2
410:16 411:10
414:5 417:9 424:3
430:19 438:22
440:19 441:11,20
451:5,15 456:13
462:23 464:19
473:13,22,25
474:2,3,4,8,11
477:23 479:23
**meaning** 33:16
178:23 222:7
288:17 414:24
**meaningful** 31:20
459:20
**means** 33:6,8 65:21
102:8 108:15
109:12 110:2
146:21 164:21
165:4 172:25
236:12 238:22
276:19 277:3
291:18 330:14,17

349:21 358:23
377:18 380:11
390:6 394:2
410:16 417:8,9
**meant** 65:12 66:7
94:19 236:22
257:2,7 302:2
335:12 344:13
444:25 470:10
474:23
**media** 340:5
**meet** 37:7,8 66:8
213:11 215:25
219:17 221:9
244:7 317:24
341:4 342:8,14
479:15,18,25
**meeting** 8:9,15,18
9:21 12:5 39:2
77:5,6 80:7,23
84:2 90:8,10,21
92:10,16 93:21
94:3,9 96:8 102:12
104:14 128:4,8
133:25 153:21
154:25 155:3
156:16 157:6
158:8,17 164:8
169:10,24 170:5,7
170:8,11,15,17
171:15 173:14
174:6 177:5,13,18
177:24 179:24
180:3 181:21
188:25 196:20
197:6,9,15,17,20
198:6 199:2
202:12,16 203:24
233:23 234:2,5,22
234:22,22 249:17
259:16 260:5,8,14
260:20 261:2
279:17,21 289:10
289:14,17 290:16
299:11 304:5

308:9 346:9,14,18
347:9 350:25
351:15 373:5
387:13,19 395:18
403:17 404:10
406:8,16,23,24
408:20 409:17
410:5 412:11
422:16 434:18,25
435:5,5 436:17
439:16 442:12
443:4 480:5,7,11
481:20 483:18
**meetings** 79:15,19
79:22 80:2,5,19
83:25 84:5 95:18
95:18,19,20,21,25
96:10,12,13,13
97:4,14,17 98:2
121:12 155:7,11
155:16 156:7,11
157:22 158:6
174:2,3 185:11
198:11 260:15,16
278:19 290:19
304:7,11 373:2
390:24 405:24,25
406:14,19 435:7
473:19 481:12
482:10
**member** 51:19,21
51:23 56:5 65:18
65:20 74:12
104:21 127:3,4,5
128:11 133:20
147:8 187:15
205:15 210:5
229:4 235:12,24
236:9,11 254:25
269:21 270:11
276:8 278:8,10,11
294:11 300:11
302:24 308:25
310:22 323:14
339:15 346:23

350:9 356:22
359:23 360:17
366:12 433:12,15
433:24 444:5
447:16 450:6
**members** 12:6 23:12
23:17 24:6 26:2,7
26:10,15,18 30:6
33:9,13 35:9 48:10
49:24 51:6,11 52:2
63:23 66:6 79:14
79:25 80:9,12,15
80:18 81:3,5 85:17
95:14 101:18,21
101:23,24 103:10
103:11 110:15
112:8,17 114:17
116:18 117:8,24
118:7,11 127:20
134:18 135:15
138:6 141:4 151:9
151:10,17,22
155:19 156:2
160:13,15 166:6
172:19 181:8
183:11 186:10
187:24 188:6,24
194:24 198:2
199:17 200:15,24
202:3,12 203:10
205:18 206:4,17
208:22 212:21,24
215:16 227:2
228:13,24 229:14
229:14,15,19
231:9 240:10
242:6 245:22
251:25 272:20
273:2 277:9
278:24 279:6
288:10 296:17,23
298:17 299:18
309:13 338:12
343:25 351:3,14
360:4 363:8,17

364:20 367:14
371:6,23 391:3
399:12 408:4
410:22 412:12
414:18 415:5,5,23
415:25 416:3
417:5,15 418:9
434:4 435:17,18
444:9 448:23
449:2,6 451:21
452:7 453:4,5
460:5 468:8
473:20
**membership** 24:15
113:20 114:25
115:12,17 116:21
121:22 124:5
164:4 171:19,22
172:5 229:8,10,12
298:2 350:24
351:14 356:12
371:3 436:17
444:2 450:18
452:14,17,18
**memberships** 292:7
**memo** 8:17 9:19
122:4,9,15 123:18
134:4,10,11,11,13
187:3 251:25
253:25 254:13
304:13 407:14
482:25
**memoranda** 128:15
133:9 374:10
375:12
**memorandum** 9:18
122:23 244:21
245:15 249:4
303:24
**memorialized**
161:13
**memory** 69:24
92:22 431:25
**memos** 375:8
**mention** 20:7,25

257:14
**mentioned** 39:16
41:2 52:12 65:23
134:13 250:17
295:17 480:13
**mentioning** 221:8
**meridian** 2:22 6:2
**merits** 222:9 323:16
**merrick** 5:19
**message** 328:14
**messing** 336:20,21
**met** 123:11 164:2
220:2 311:2
322:18,19 368:5
368:20 407:7
408:8,20 454:20
472:8,11,15,18
479:12 482:25
**metaphor** 334:21
**meticulous** 117:24
**mfi0001880** 10:15
298:22 299:5
**mfi0001881** 10:15
298:22
**michael** 3:4 16:5
403:8 404:14
**michaels** 205:13
**michigan** 3:7 308:5
430:3,3
**microphones** 14:4,8
**mid** 116:15
**mid80s** 25:18
**mid90s** 102:18
115:21 116:7
**middle** 72:2,14
84:15 89:15,21
163:21 168:23
180:8 209:6
223:16 343:3
362:17 384:19,20
384:21
**midwest** 2:24 6:4
16:8
**mike** 254:17 255:9
255:21,24

**milberg** 2:10,13
15:17
**milestone** 24:17
233:4
**milk** 45:20 81:19
85:8 86:15
**million** 46:13
282:21
**mind** 26:11 42:5
66:21 70:2 128:24
129:14 132:24
152:13 224:7
316:10 347:21
392:15 431:11
445:5 459:14
**minded** 183:14
**mindful** 323:16
**mine** 121:23 223:22
335:17
**minimal** 454:25
**minimize** 461:17
**minimum** 174:15
258:21 331:18
339:23
**minneapolis** 3:14
290:25 294:9
355:4
**minnesota** 3:14
**minute** 37:4 77:22
176:6 407:17
**minutes** 8:5,10,12
8:19 9:8,12,16,22
97:8,13 154:13,25
177:5 179:15,23
182:7 185:4 192:8
192:21 196:21
197:5 202:7,10
204:17 205:5,16
217:8,18 222:15
223:3 233:15,22
259:3,17 260:4
266:3,13 290:18
352:25 353:7
379:6 406:24
408:16 432:12

453:14
**mirabella** 6:25
14:13
**mischaracterize**
475:13
**mischaracterizes**
37:21 44:9 47:3
68:21 76:25
175:15,20 184:14
184:18 238:19
276:23
**mischaracterizing**
38:15 40:17 67:22
135:3 248:21
**misleading** 318:10
321:5,9,21 324:3
**missed** 176:13 438:3
**misstated** 312:16
**moark** 3:9 16:14
66:23 127:15
128:7
**moark0038387** 7:22
119:25 120:16
**moark0038396** 7:23
120:2
**model** 163:15
**modest** 203:6 215:9
**moira** 4:13 16:18
**molt** 36:16 160:10
164:5 169:20
306:6,13
**molting** 112:8,17,20
113:2,5,22 252:24
253:11 465:5,14
465:15
**moment** 18:9
204:14 318:17
397:23
**money** 9:6 41:10
55:8 73:19 108:15
214:15 215:19
312:5,6 401:17
437:13
**monitor** 327:3
**month** 37:7 102:15

105:2 173:20
265:19
**monthly** 241:21
242:8 392:6
**months** 199:20
201:6 390:2,7
**monty** 192:6,14
**montygray** 5:3
**morgan** 3:12 16:11
**moring** 5:14
**morning** 18:6,7
192:9,15 298:10
300:14 334:14
382:3 413:16
414:21 419:15
420:5,8 429:18
430:18 435:24
437:22 438:22
440:3 444:5
450:16
**morphed** 418:21
**morris** 6:5
**mortality** 336:17
**motion** 199:9,13,16
200:6,15,24
201:23 202:2,8
220:10 221:7,15
221:18 224:24
225:6,17 226:8
234:13 241:10
249:16 250:25
251:14,19,21,24
353:16,20 432:20
432:21,23 433:10
434:3,11,12,15,24
435:16
**motions** 202:10
218:6 224:24
241:14 435:8
**motivated** 441:10
**motivation** 333:16
442:16,18
**motive** 333:12 442:7
**mouth** 176:5
**move** 19:10 20:14

90:24 155:23
211:20 376:15,24
404:23 410:13
431:16,23 458:6
466:7
**moved** 211:16
224:24 371:18,18
371:19 433:11
446:16,20
**movement** 82:20
**moving** 380:12
**mps00122892** 9:12
222:16,22
**mps00122893**
222:16
**msrayle** 5:21
**mueller** 289:2,6
290:20 291:12
292:13 295:12
296:11 297:9
440:5 442:2 443:5
443:8,18
**muellers** 295:23
**muething** 4:18
**multiple** 53:20
**multiply** 74:14
**mutual** 79:4
**mziemianek** 6:15

────────

**N**

**nab** 321:2
**nad** 318:3,4 321:19
322:11 323:4
324:2,10 327:16
328:13
**nads** 327:22 328:12
**nails** 463:10
**name** 14:13 15:3
18:14,15 42:12
75:12 156:6
189:19 192:22
225:9,12 236:13
279:15 308:4
310:25 312:25
317:2,8 379:8

381:7 403:7 409:3
430:2 433:20
**named** 387:16
**names** 22:18 245:24
246:3 403:20
**narb** 317:23,25
322:12 323:4
324:4 327:10,15
327:19 328:9
330:18,19,21,22
331:14,14
**narbs** 331:4
**narrative** 410:14
443:22
**nation** 174:16
**national** 5:4 185:23
192:7 198:25
229:2 302:25
310:12,19 312:8
316:12 317:14
320:19 321:3
322:6,20 327:21
**nations** 102:15
172:24
**nationwide** 23:24
**nc** 407:25
**nccr** 228:14,25
229:14,19 232:20
342:22 472:8,19
478:8 480:2,25
481:14,17,20
482:10,12 483:2
483:18
**nccrs** 478:5
**near** 87:2 156:15
157:5
**neat** 222:2
**necessarily** 95:22
189:18 273:22
**necessary** 380:10
422:19 464:13,18
464:25 486:5
**necessitate** 140:7
**need** 20:22 21:12
56:15,22 60:5

120:12 134:3
135:22 143:21
159:2 160:3
182:20 212:2
282:3 300:3,22
306:24 331:17
362:4 405:13
412:24 418:10
422:14 461:17
**needed** 23:15 40:5
72:3 73:6 88:20
152:16 198:25
255:11 309:13
415:2 423:2
**needs** 161:7 376:16
376:21 417:8
422:14,19
**negative** 423:3
**neighbor** 309:5
**neither** 394:21
485:10
**nest** 142:25
**nested** 258:8
**net** 5:21
**nevada** 9:11 222:15
**never** 29:14 30:16
34:4 43:20 44:2
47:21 73:12 87:2
98:7 109:4 110:15
118:24 126:13
134:5,18 135:14
138:6 145:5,20
148:11 153:13
160:15,17 174:22
175:23 195:9
203:16,23 204:2
221:24 233:5,10
250:9 266:10
293:7,11 305:6
313:13 322:19
331:9 332:12
368:13 397:17
417:7 441:3,4
463:5 473:23
479:8

**new** 2:5,5,12,12
5:20,20 14:14
15:17 48:6 65:25
71:8 88:20 162:4
188:20 283:25
284:17 326:13,19
337:18 341:10
346:14 351:15
360:5 408:17
422:10,15,16
423:23 425:10,15
425:19,23 430:11
467:21
**news** 230:9,9,14
231:3 340:4
**newsletter** 43:6
80:13 100:16
141:6 167:14
396:22
**newsletters** 80:16
215:2
**newspaper** 407:15
**nightmare** 340:3
**nimble** 336:9
**nl002442** 11:9
355:10,16
**nl002444** 11:9
355:11
**nl002445** 11:13
365:12,22
**nl002446** 11:14
368:24 369:8
**nl002447** 11:13,14
365:13 368:24
**nod** 21:14
**nods** 426:14
**noncertified** 239:12
241:4 309:16
350:9
**nonfeed** 465:15
**nonmember** 270:11
**nonmembers** 274:4
**nonprivileged**
263:12
**nonprocessed** 394:2

394:3
**noon** 179:8
**noose** 334:19 335:19
**norco** 3:9 16:15
**normal** 336:17,17
339:17,18
**normally** 144:4,7,21
145:11 146:6
166:2 177:25
255:20
**north** 2:17,22 6:2
19:6 43:24 237:18
**northeast** 197:24
236:10,16 237:11
**northern** 46:2
**northwest** 409:11
**notable** 39:11
**notary** 1:16 485:4
485:16 487:17
**note** 14:4 59:6
272:12 319:5
428:12 452:6
**noted** 57:3 136:6
137:18,21 237:3
364:19 403:25
486:12 487:5
**notice** 211:25 485:6
**noticed** 395:25
**notification** 358:14
**notified** 357:16
**notify** 358:16
**noting** 205:17
**notion** 113:5
**november** 7:22
119:25 120:24
199:18 202:5
286:14,16,18
289:3 398:12
452:5
**nucal** 6:16 17:7
192:20
**nulaid** 268:25
**number** 7:12 8:3 9:3
10:3 11:3 12:3
14:25 15:2 28:15

32:15 52:21 100:9
100:13 101:16
103:13 105:3,6,14
164:15 171:16
197:6 201:13
215:8 224:17
232:19 252:20
273:6 276:11
284:19 301:17
303:2 305:19
320:5 327:9
336:22 337:20
358:20 359:2,4
365:22 374:2,15
383:18,19 387:7
409:22 420:4,10
420:24 421:5
424:10,22,25
425:4 451:16
452:9 469:7
475:19
**numbered** 384:3
391:15 396:14
**numbers** 23:21
91:20 104:25
369:14 383:17
387:16 392:16
395:19 419:24
**numerous** 17:24
**nutritional** 224:7
**nw** 5:15 6:6

**O**

**oath** 21:25 22:3
**object** 32:2 33:19
34:12 37:17 38:5
38:13 40:16 42:21
43:13 44:8 46:25
48:12 49:12 50:5
50:21 51:16 54:17
55:19,23 56:10
57:19 63:19 67:9
67:21 68:11,20
69:19 70:10 73:9
74:2 79:20 80:3,20

97:9 98:12 102:20
103:2 105:17
106:13 109:14
110:3 114:18
125:4,11 126:20
127:21 128:25
129:21 130:24
134:22 135:20
138:10 151:13,19
151:24 152:10,25
153:11 155:12
168:16 175:5,9,14
175:19 176:16
186:19 193:19
195:7,15 196:4
198:16 199:3,24
201:8 207:17
210:15 229:21
235:20 236:19
240:11 243:8
253:17,18 263:8
281:14 287:21
300:12 318:11
328:20 338:4
356:8 370:10,12
400:8 455:5,6,13
456:22 462:3
470:5
**objected** 373:13
**objecting** 17:25
455:14
**objection** 17:23
40:15 47:14,15
55:22 57:2,12
62:15 70:23,25
76:23 97:18,20
106:16,20 107:15
126:10 128:19
131:22 135:23,24
136:6 137:3 139:9
139:12 143:16,19
146:24 147:20
149:18 164:24
165:5 171:8
184:13 202:18

206:24 207:10
208:14 218:15
225:21 237:3
238:17 241:16
244:15 247:3
248:12,19,20
249:25 251:5
252:10 266:25
267:11 270:6
271:24 273:12
274:11 276:21
283:4 298:4,9
305:3,14 311:20
312:15 315:8
316:17 321:22
324:16 325:24
329:18 331:5
333:3,10 339:3
341:22 345:10
349:23 351:9,24
359:11 373:15
376:8,14 385:7
389:10 390:8,10
392:8 393:9,18
399:3 400:20
406:3,11 411:19
416:5,21 417:6
418:13 419:12
420:14,20 421:2
423:7 424:18,23
425:5,11,24 426:5
426:13,24 427:5
427:11 428:12
429:2,14,21 431:7
431:21 434:16
435:3,9 437:4,14
440:8,20 442:3,22
443:21 444:22
445:3,13,22
446:25 447:6,14
447:21 448:2,7,24
449:7,13 450:11
450:22 452:15
456:3 457:4,17
462:19 464:3

466:13 468:21
475:3,6,10,11
482:5,20,21
483:11
**objections** 17:21
56:16 137:18,21
140:6 176:2
**objectors** 17:23
**obligation** 133:14
**obtain** 98:17
**obtaining** 221:21
**obviously** 29:2 55:4
72:18 91:3 94:15
109:2 201:16
208:5 240:18
242:6 280:7,23
281:6 329:16
396:17 411:7
422:24 431:22
**occasion** 141:23
**occasionally** 37:8
40:7 41:12 97:5
121:14,15 156:12
166:12
**occasions** 463:14
**occur** 154:7 465:25
**occurred** 19:19
58:25 116:13
184:8 353:24
398:12 454:3
**occurring** 468:19
**occurs** 31:23
**october** 9:15 10:24
91:24 94:22,24
95:6 233:14,24
345:18 346:3
432:11 436:2
452:5
**offered** 169:18
**offhand** 66:25
**office** 112:3 133:21
205:17 250:9
276:5 403:25
**officer** 205:11
**offices** 1:12 74:12

**official** 483:12
485:12
**officials** 472:9,15
483:2
**offset** 443:14
**oh** 25:16 64:5 93:25
129:16 192:8
252:7 262:18
296:13 319:19
374:7 376:20
380:13 425:6
427:15 464:19
469:9 478:3
480:14 484:9
**ohio** 4:19,21 17:5
**okay** 18:10 20:9,15
22:11 24:19 27:9
27:12 34:9 35:23
36:2,8,11 37:14
38:17 42:24 43:16
44:13 53:18 59:17
60:20 61:19 62:5
63:8,8 65:16 67:11
68:5 71:19 72:15
82:15 86:4,12 87:6
88:25 92:16 93:17
93:22 94:24 95:7
96:25 99:22
106:24 108:3
109:19 110:19
114:23 115:18
116:20 120:13
122:2 127:16
132:20 135:10,19
140:19 146:11
148:18 150:25
154:23 155:24
156:22 162:20
163:24 164:11
168:6 172:3 174:7
176:7 177:17
180:13 182:22,24
189:6,10,21
190:17 192:10,16
194:9 198:18

199:15 201:25
213:12 216:4
218:4 222:25
226:23 232:25
233:8,25 234:11
234:12,16 236:13
245:13 249:3
252:7,17 254:11
259:6 261:17,22
262:18,21,24
268:7 271:5
272:23 275:19,22
276:5,5 277:11,25
279:25 294:18,18
297:6,8,12,23
298:13 299:15
300:15 301:9
302:11 303:17
308:22 314:7,16
314:20,23 319:16
319:19,20 324:5
324:15 327:12
329:3 330:8,15
332:18 338:21
346:12 348:4,13
357:8 362:5,14
365:18 374:20,21
375:3 378:21
379:22 380:4,13
385:18 387:4,17
387:21 391:16,24
392:25 393:3
394:16 395:13
397:12 398:3
399:15 402:23
403:10 404:20
405:12,14,18,20
405:21 407:3
409:13,23,24
410:10 412:23
413:4,23 419:22
420:2,6,7 421:6,23
422:2,8 423:12
427:15,15,20
432:3,18,22 433:4

433:4,5 434:8
435:22 436:6
437:18,19 438:8
439:24,25 444:3
444:14 445:4
451:23 453:10
454:13 455:22
457:12,13 461:2
461:12 467:14
469:9,21 470:13
472:2,23 474:16
474:16,19,22
475:21 476:19
477:18 478:3,25
479:10
**okeydoke** 228:9
**old** 160:11 188:9
282:20 306:6
326:22 339:25
459:15 461:7
**oldest** 282:14
**olson** 2:3 7:4 15:9,9
16:23 18:5 32:25
34:8,17 37:19,25
38:7,18 40:22 43:9
44:5,20 47:5 48:8
49:8,25 50:17,25
51:24 55:10 56:4
56:15,21 57:2,4,14
58:4 59:12,17,23
60:7,22 62:2,18
63:24 67:13,25,25
68:2,6,13,23 69:23
70:13 71:4,20
73:21 74:6 77:10
79:23 80:8 81:2
82:2,8 84:12 86:19
87:21,23 88:3,9
89:6,11,17,18,22
89:25 91:3,5,11,18
92:25 97:11,23
98:23 99:4,21
102:22 103:5,17
106:4,15,19,24,25
107:7,21 109:18

110:13,25 114:22
116:4,8,11 120:5
125:7,22 126:17
126:25 128:13,23
129:7,12,23 130:9
131:3,9,14,18
132:6,15 134:24
135:12,22 136:5
136:10,13,16,19
136:23 137:6,16
137:25 138:3,15
138:20,25 139:4,7
139:13,17 140:4
140:13 143:17
145:22 147:9
148:14 149:21
150:4,12 151:15
151:21 152:4,22
153:6,15 154:17
155:14 156:23,25
157:12,20 158:2
158:13,20,25
159:10,14,16
165:2,8,17 168:19
171:11 175:7,12
175:17,25 176:12
176:20 177:9
179:10,19 182:2
184:17,20 186:22
187:7 191:13,16
192:3,10,16,22,25
193:9 194:14
195:11,23 196:7
196:25 198:21
199:7 200:2
201:21 202:21
204:10 206:10
207:4,13,19
208:17 209:17,22
210:2,19 211:3,5
211:11 212:2,9,16
214:19 217:12
218:19 220:15
222:19 226:3
227:17 228:2

230:2 233:19
236:7,23 237:3,8
239:10 241:8,19
243:12 244:25
245:4,7 247:20
248:15,23 250:6
251:9 252:13
253:21 254:5
259:4,24 263:16
267:5,14,24
269:13 270:15,23
272:4 273:17
274:13 276:24
277:18 281:17
283:9 285:13
286:2,10 287:23
298:6,12 299:2,3
300:7,17 301:4,6
303:10 305:8,16
310:5 312:7,24
313:24 315:16
317:7 318:14
319:2,9,15,21
320:6,8 321:24
324:18 326:5
328:25 330:7
331:12 333:6,17
334:2 338:7 339:7
342:10 343:7
345:5,7,13,22
348:7,11 349:25
351:12 352:3,17
354:8 355:13,22
356:14 358:3,7,10
358:11 359:19
362:11 365:18,20
367:5 369:3,16,22
370:3,5,14 371:14
371:25 372:11
373:6,11,21 374:7
374:16 375:5,20
376:3,18 377:17
378:2,8,13,18,22
380:5,8,14 390:15
405:22 406:3,11

410:12 411:19
413:3,6 416:4,21
417:6 418:13
419:12 420:4,8,11
420:14,16,20
421:2,7 423:7,15
424:18,23 425:5
425:11,24 426:5
426:13,24 427:5
427:11 428:12
429:2,14,21
430:17 431:7,16
431:21,23 433:5
434:16 435:3,9
437:4,14,22,25
440:8,20 442:3,19
442:19,22 443:21
444:22 445:3,13
445:22 446:25
447:6,14,21 448:2
448:7,24 449:7,13
450:11,22 452:15
454:12 455:9,23
456:7,25 457:11
457:14,20,25
458:4,14 460:17
462:5 463:19
464:5 466:17
468:24 470:9,13
476:20,24 477:10
**olsons** 375:10
470:21
**once** 24:10 56:11
137:15 142:13
200:11 213:24
214:3 322:2
335:20 446:19
457:17
**onepage** 140:20
214:21
**ones** 26:4 128:16
134:13 228:22
256:10 280:8
301:20 313:16
374:11 375:13

421:22 438:5
439:19 451:25
**ongoing** 108:11
462:20
**online** 320:7
**ontario** 46:7,8
**open** 80:6 84:2
96:12 126:2 127:9
127:11 155:16,17
155:25 157:22
275:25 276:2
288:9 405:25
406:6
**opened** 405:24
406:19
**operate** 66:13
**operated** 466:10,24
**operating** 152:6
466:12
**operation** 473:23
**operations** 66:13
**opinion** 198:3
246:20 255:12
332:5 334:24
344:4,8 395:11,12
**opportunities**
141:23
**opportunity** 222:8
288:14 291:5
335:20 373:16
439:13 441:13
**oppose** 431:24
**opposed** 326:18
372:20 443:15
473:25
**opposite** 336:8
**option** 32:21 114:4
337:22
**options** 180:18
277:9 301:17
337:20 350:10,11
**order** 32:20 117:20
141:8,24 142:13
145:3 148:16
150:18,20 242:7

274:20 275:3,5,10
275:14,20,22
276:9,19 342:8
403:17 438:13
451:2
**orders** 143:9,15
145:17,24 146:22
152:14 219:16
474:10
**organic** 55:15 57:7
**organization** 26:19
27:15,18 75:15
76:5 85:12 86:24
104:6 115:17
141:14 142:12
152:17 331:10
372:18 381:25
**organizations**
414:18
**organize** 124:15
**orient** 329:6 412:25
**oriented** 39:21
327:7 392:19
**original** 23:17
218:21 327:16
418:17,18,18
476:20,22 480:8
486:15
**originally** 23:11
219:24 414:20
**orleans** 346:14
351:15
**osborn** 6:1,3
**outbreak** 340:3,8
**outcome** 485:11
**outfit** 318:6
**outlined** 357:14
**outlining** 357:3
**outlook** 10:7 40:8
277:14 278:5
284:21 421:10
**outrageous** 84:8
**overall** 275:9
**overproduction**
108:13

**overrode** 251:24
**oversight** 37:6 191:2
**owned** 65:17 264:10
444:19 445:19
446:18 449:3
**ownership** 46:11
237:5,6
**ownerships** 449:19
**owning** 68:17
**owns** 24:23,24 237:9
239:6 445:6
**oxford** 4:13

**P**

**pack** 66:7 76:6
**package** 205:18
206:3,16,21
**packaging** 35:14
**packed** 66:10,11
**packer** 78:20 218:23
220:2
**packers** 78:16 347:5
**paducah** 240:21
241:3
**page** 7:12 8:3 9:3
10:3 11:3 12:3
13:4,4,10,15,20
27:3 36:10 64:8
69:3 75:3 81:7
82:3 92:8,13 93:18
93:24 94:23
104:24 107:22
124:3 159:17
163:22,23 167:21
168:2,2,3,20
169:14 178:7
180:6,8,11 185:7
190:10,18 199:10
201:22 208:19
209:10,11 213:6
213:10,14 230:7
234:8 241:20
249:16 261:14
262:16,18 272:11
272:12,14,15

283:23 301:10
315:20 316:3
325:16 331:13,13
332:19 346:7
347:19 348:3,8
362:17 374:22
379:7 384:21
387:15,15 392:3,5
398:2 419:20,23
421:24 427:16,16
432:15,17,20,24
432:25 433:3
434:7 436:5,16,16
461:11,11 465:4
467:16,20 476:21
476:24 477:19
478:11 488:4
**pages** 160:22 189:8
189:13 190:10,12
327:9 332:19
346:9
**paid** 41:10 242:18
**painful** 71:22
463:13
**palace** 9:11 222:14
**panel** 323:16 327:10
**paper** 150:15 169:7
409:12 478:20
**paragraph** 108:5
112:20 113:19
142:22 148:24
271:7,15 282:8
292:13 293:9
320:17 327:19
328:12 347:25
348:8 360:16
388:12 398:7,10
398:18 399:16
428:7 436:7 438:6
**paragraphs** 64:20
403:21
**parameters** 184:11
**pardon** 26:5 80:14
87:15 197:16
280:3

**part** 30:21 32:12
33:17 36:4 100:9
100:11 133:23
141:15 185:4
195:9 200:12,17
200:21 220:5
221:18 231:5
276:10 318:5
336:15 376:19,20
377:5,23,25
417:12 447:3
**partially** 63:2
**participate** 141:8
144:2 172:2,14,19
186:10 306:25
449:25
**participated** 217:21
276:10 313:7
353:5
**participating**
150:18,20 224:14
307:17
**participation**
104:13 221:22
235:2 292:16
307:14 357:5
364:7 438:12
**particular** 130:7
194:17 200:7
201:17 240:7
260:14 350:22
406:22 433:7,10
440:15 443:3
446:12 464:21
**particularly** 408:25
**parties** 14:11 15:8
**parts** 25:20 162:11
**party** 94:13,15
485:11
**pass** 242:19 342:8
380:5,8 396:12
**passage** 280:18
**passed** 101:17 191:5
201:2 202:8 220:7
221:16 226:9

353:16
**passing** 252:25
443:8
**patient** 405:7
**patrick** 6:18,20
**paul** 210:4,12,14
211:6 254:17,24
254:25 255:8
262:8 376:7,10
378:7 379:8,10
433:23,24,24
**pay** 54:15 55:16
57:8 115:7 242:21
274:3,14 275:19
275:23 276:18
382:5 397:14
**payback** 114:16
**peak** 284:25
**peaking** 388:18
**pecking** 464:14
**penalized** 424:7
**pending** 20:20 329:4
**pennsylvania** 1:1,14
2:11 3:19 4:4,14
5:15 6:6 14:20,25
238:9
**pension** 371:16
**people** 17:24 39:7
50:11 65:23 74:13
78:13 83:6,9 87:2
97:3 101:13
116:22 117:3,4
125:14 163:11
166:5 167:5,7
171:16 187:18
188:15,16 225:13
226:12 228:12
242:23 247:13
276:10 281:2
293:24 301:18
307:16 344:16,17
361:22 373:4
382:4 384:13
435:15 448:22
462:24 471:8

479:12,25 480:22
**pepper** 1:12 4:1
14:19 15:21,23
16:2
**pepperlaw** 4:6,7,7
**perceive** 368:2,7
**perceived** 85:2
104:7 367:25
**percent** 48:10,16,16
65:15 85:5 201:6
218:14,18,23
219:5,22,25
221:21,25 232:24
234:14,21 235:2,7
261:25 262:5
263:24 271:16
293:6,22 439:5,5
478:9,18 479:6
481:8,15 482:18
483:7,10,15
**percentage** 26:24
**perfect** 207:25,25
**perfectly** 173:18
473:21
**period** 25:17 26:2
26:16 27:6,7,11,14
45:10 73:15 93:4
115:10,16 116:15
116:16,17 193:12
199:20 201:5
202:4 239:9
256:17 278:15
294:25 306:12
328:24 344:15
356:13 360:10
409:22 430:12
448:17
**periodically** 39:10
101:8 133:15,18
299:17
**periods** 35:10 64:12
72:19
**permitted** 80:18
241:14
**person** 63:12 96:16

96:22 101:5
205:12 221:5
237:9 312:20
313:2 317:9,18
322:10 368:2
408:9 409:3 467:2
**personal** 344:4
**persuasive** 108:7,25
**pertaining** 299:19
**pertains** 203:14
**peta** 84:7 313:8
**phase** 90:25 193:12
193:23 194:5
195:4,13 342:21
**phasein** 282:3,18,22
**phasing** 422:11
**phenomenon** 65:25
66:3
**philadelphia** 1:14
3:19 4:4 14:20
**phoenix** 102:13
**phone** 16:22,24 58:7
192:4 355:5
384:14 390:15
408:11,13,21
**phones** 14:7
**phrase** 144:18 459:4
**phrased** 79:9
**phyllis** 467:4
**physical** 46:11
115:3
**pick** 14:5 24:12
41:22 293:4
422:18
**picked** 225:12
**picking** 226:12
227:2
**piece** 167:16,17
409:12 478:20
**pieces** 167:2 206:15
**pittsburgh** 4:14
**place** 14:8 91:9
117:13 175:23
232:19 258:8
304:22 305:6,6

357:4 368:4
425:14,18 426:11
426:16 427:3,8
430:25 469:14,24
485:6
**placed** 223:25 470:3
**places** 29:10 163:7
336:14
**plain** 65:11
**plaintiffs** 2:8,14
5:22 15:11,15,18
381:10 386:3,5
402:24
**plan** 348:2,10,14
411:9 436:9
**plans** 19:9
**plant** 236:6 269:8
269:25 339:19
**plants** 65:2,10 67:7
**played** 146:17
283:17
**plaza** 2:11
**please** 14:4,7 15:6
17:12 18:13 20:16
60:17 87:19 94:22
100:4 103:5 111:5
140:17 168:4
177:15 182:15
214:24 218:2
228:7 236:23
239:15 245:9
254:8 261:20
272:16,21 277:23
280:19 293:15
297:19 300:23
303:13 319:4
346:10 390:14
421:5 433:6
468:25 475:23
476:11 486:4,9
**pledge** 149:15
150:14 151:9
**pledges** 148:25
149:4
**plugged** 284:7

**plus** 287:25 438:18
438:22
**pm** 403:18
**pocket** 9:6 214:15
215:20
**point** 22:12 27:2
31:22 33:3 37:14
37:20 38:2 60:24
64:21 65:20 69:4,7
69:15 72:12 76:21
100:22 103:23,25
142:8 151:2 152:7
152:23 153:9
154:4 162:9
186:13 221:8
231:24 232:17
252:21 259:2
260:12 278:17
303:3 312:8,12
341:5,14 342:5
343:9 350:17
357:22 427:20,23
432:6 440:10
461:14,18 477:22
478:13
**points** 120:11
221:11 225:2
258:14
**policies** 250:15,19
250:22
**policy** 174:14 250:5
250:7,16 261:15
263:24 266:22
359:13,17,21
367:10
**pond** 407:10
**poor** 71:17 389:25
390:7
**pop** 134:2
**pope** 1:11 7:3,14
15:3 17:15 18:1,6
18:15 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1

30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1,20 56:1
56:14 57:1,24 58:1
58:6,9,11 59:1
60:1,13 61:1,20
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1,17
71:1,15 72:1,2
73:1 74:1 75:1
76:1 77:1,19 78:1
78:24 79:1 80:1
81:1,13 82:1 83:1
84:1,18 85:1 86:1
87:1 88:1 89:1,10
90:1 91:1,23 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1,22 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1,8
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
120:18 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1,6
136:1 137:1 138:1
139:1 140:1,14,15
140:23 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1,19

150:1 151:1 152:1
153:1 154:1 155:1
156:1,17 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
175:18 176:1
177:1 178:1 179:1
179:20,23 180:1
181:1 182:1,6
183:1 184:1,23
185:1,2 186:1
187:1,10 188:1
189:1,11 190:1
191:1 192:1 193:1
193:2,10 194:1
195:1 196:1 197:1
197:4 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
214:6 215:1 216:1
217:1,3 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
227:16 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1,11 245:1
246:1 247:1,10
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
259:25 260:1
261:1 262:1 263:1

264:1 265:1 266:1
267:1 268:1 269:1
269:10 270:1
271:1 272:1 273:1
274:1 275:1 276:1
277:1 278:1 279:1
280:1 281:1 282:1
283:1 284:1 285:1
286:1 287:1 288:1
288:5 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
299:6 300:1,19
301:1 302:1 303:1
304:1 305:1 306:1
307:1 308:1 309:1
310:1,6 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1,14
320:1 321:1 322:1
323:1 324:1 325:1
326:1 327:1 328:1
329:1 330:1 331:1
332:1 333:1 334:1
335:1 336:1 337:1
338:1 339:1 340:1
341:1 342:1 343:1
343:3 344:1 345:1
345:14 346:1
347:1,14 348:1,12
349:1 350:1 351:1
352:1 353:1 354:1
354:9 355:1 356:1
357:1 358:1 359:1
360:1 361:1 362:1
363:1 364:1 365:1
366:1,20 367:1
368:1 369:1 370:1
370:13 371:1,7
372:1,12 373:1
374:1 375:1 376:1
377:1 378:1 379:1
380:1 381:1,5

382:1 383:1 384:1
385:1 386:1 387:1
387:2 388:1 389:1
390:1 391:1 392:1
393:1 394:1,13
395:1 396:1,2,4,16
397:1 398:1 399:1
400:1,4 401:1,22
402:1,5,20 403:1,6
403:12,15 404:1
405:1,5 406:1
407:1 408:1 409:1
410:1 411:1,2
412:1,18 413:1
414:1 415:1 416:1
416:9 417:1,4
418:1 419:1,18
420:1 421:1,4
422:1 423:1,10
424:1 425:1 426:1
427:1 428:1 429:1
430:1 431:1,15
432:1 433:1 434:1
435:1 436:1,4
437:1,16 438:1
439:1,22 440:1
441:1 442:1 443:1
443:24 444:1
445:1 446:1 447:1
448:1 449:1 450:1
451:1 452:1 453:1
453:9,15 454:1,13
455:1,15 456:1
457:1,6 458:1
459:1 460:1 461:1
462:1 463:1 464:1
465:1 466:1 467:1
468:1 469:1 470:1
470:19 471:1,10
471:24 472:1
473:1 474:1,21
475:1 476:1,6
477:1,13 478:1
479:1 480:1 481:1
482:1 483:1,25

484:1,12 487:10
488:25
**pope1** 7:13 57:23
**pope10** 8:11 179:13
179:21
**pope11** 8:14 181:20
182:4 413:2,8
414:24 415:10
**pope12** 8:17 187:3,8
**pope13** 8:18 196:17
196:19
**pope14** 8:21 204:5
204:12
**pope15** 8:23 212:12
212:18
**pope16** 9:4 214:13
214:21
**pope17** 9:7 217:6,14
**pope18** 9:10 222:12
222:21
**pope19** 9:13 227:22
228:4
**pope2** 7:15 91:13,20
**pope20** 9:15 233:13
233:21 432:8,8
**pope21** 9:18 244:20
245:3
**pope22** 9:19 253:25
254:7
**pope23** 9:21 259:15
260:2
**pope24** 9:23 267:20
268:2
**pope25** 10:4 270:18
270:25
**pope26** 10:6 277:13
277:20 421:9
423:11
**pope27** 10:8 285:8
285:15 286:11,25
**pope28** 10:10
285:19 286:3,13
287:19 288:25
292:12
**pope29** 10:11

285:21 286:6,15
287:24 297:5
**pope3** 7:17 99:13,23
**pope30** 10:13
285:22 286:6,16
288:2 295:8 296:7
**pope31** 10:14
298:16,21
**pope32** 10:16 303:5
303:12 427:14
**pope33** 10:18
313:19 314:2
319:17
**pope34** 10:20
318:20,22 319:4
319:13,18,22
325:8
**pope35** 10:21
333:21 334:4
**pope36** 10:23
345:17,24 435:21
**pope37** 11:4 352:12
352:23
**pope38** 11:7 354:4
354:14
**pope39** 11:8 355:9
355:15,24 360:14
**pope4** 7:19 110:21
111:3
**pope40** 11:10 362:7
362:13 437:17
**pope41** 11:12 365:9
365:11,22 367:6
369:10
**pope42** 11:14
368:23 369:5
**pope43** 11:15
383:10
**pope44** 11:17
383:22
**pope45** 11:18
386:20
**pope46** 11:20 391:7
**pope47** 11:23 396:6
396:13

**pope48** 12:4 412:7,9
413:19,22 415:8
**pope49** 12:8 460:11
460:19
**pope5** 7:21 119:23
120:7
**pope50** 12:12
475:25
**pope6** 7:24 140:9
**pope7** 8:4 154:11,19
**pope8** 8:7 165:10,12
419:15
**pope9** 8:9 177:4,11
**popes** 7:15 91:13,22
**population** 47:23
85:5
**porter** 6:5
**porterwright** 6:8
**portion** 199:13
210:23 211:13
234:10 261:2,8
**portions** 61:4
252:22,24 314:14
**position** 219:15,16
328:8 364:24
370:21 478:5,6,8
478:17 481:8
483:3,6,7
**positions** 481:21
**positive** 215:5
**possible** 49:2 120:10
161:8,16 199:21
219:15 235:4
250:8 307:14
**postcard** 85:18
**posteaster** 388:14
**potential** 114:16
**poultry** 2:24 6:4
16:9 75:15 397:10
409:5 430:6
**power** 473:18
**practical** 258:7
**practice** 292:19
336:23
**practices** 309:10

311:14 319:24
320:13 344:6
**predictor** 105:16
**predictors** 105:8
106:10 107:13
**preface** 62:4 127:17
127:18 186:14
**prefer** 104:15
**preferred** 279:16
**preliminaries**
163:21
**preliminary** 129:8
**premium** 54:16
**prepare** 41:19
123:18
**prepared** 91:23
121:7 134:14
278:3,6 279:15
391:23
**preponderance**
162:14
**present** 15:5 163:10
387:25
**presentation** 291:5
301:7 441:3
**presenting** 317:3
**president** 18:16,25
23:5 49:9 62:9
104:3,17 106:6
107:9 109:8
112:25 114:24
125:9 134:18
135:14 138:6
142:19 152:7
153:9,17 183:9
195:3,12,24
196:12 210:13
221:21 281:12
282:6 283:3
329:16 343:23
347:14 361:2
371:8,11,21 395:6
466:21 473:6
**press** 119:9 230:12
230:18 316:5

**pressures** 306:19
**pretty** 28:22 37:9
71:7,13 87:10,11
155:20,21 160:18
166:4 196:11
243:10 409:16
466:25
**prevalent** 450:4
**prevent** 20:24
438:17 464:13
**preventing** 381:20
**previously** 175:11
**price** 11:21 49:4
90:16 145:2,9
146:3 148:19
167:23 168:22
273:22 275:17
336:5 382:14
383:2 389:14,16
389:17,21 391:8
391:20 394:7,11
395:3 397:21
398:5,7
**priced** 148:2
**prices** 45:21 49:3
64:13 69:12 168:9
168:10,14 169:2,6
169:15 170:25
196:14 282:23
334:10 335:21
344:13,23 345:9
392:6 393:4,7,8,17
394:25 395:8
398:12,19,22
399:19,21,23
400:7,17
**primary** 28:24
220:25 333:12
461:15
**principal** 255:5
**printed** 296:14
**prior** 24:4 93:14
173:13 175:16
249:18 287:8
**priority** 73:14

**private** 14:6
**privilege** 129:3,5
  131:25 132:4
  135:5 136:18
  137:5,17 139:3,25
  157:21 158:21
  209:21 211:12,22
  212:5 263:9
  373:14 376:8,25
  377:15 378:21
  455:15 456:6
  457:6
**privileged** 132:5
  137:13 149:25
  157:18 455:7
  458:12
**privileges** 133:4
**probably** 22:16 83:8
  121:8 171:14
  192:8 200:9
  213:19 224:17
  225:12 316:20
  317:23 329:24
  347:16 349:3
  378:13 399:10
  407:15 409:7
  463:9
**problem** 20:19
  46:24 47:12 73:17
  108:14 110:2
  124:19 198:15
  199:2 205:19,23
  206:11,12,22
  246:10 252:15
  324:8 379:14
  395:13 474:6
**problems** 209:8
**procedure** 38:20
  156:10 256:16
**procedures** 27:20
  27:22,25 102:14
  118:4 248:25
  357:4,14
**proceed** 17:13
**proceedings** 322:17

323:7
**process** 51:15,20
  66:14 72:20 78:14
  200:13 247:21
  252:16 389:8
  431:3 446:18
  480:13
**processed** 1:3 14:22
  72:2,13 75:11
  271:23 488:2
**processing** 67:8,15
  68:10 269:7,25
  339:19 394:8
**processor** 51:19
  72:17 75:18
  225:15 241:10
  434:10,18
**processors** 9:10
  65:13 68:15 72:25
  73:2,19 75:13 77:5
  77:21 78:10
  222:13 223:3,11
  225:25 241:13
  347:2 434:12
  439:4,7
**produce** 66:14
  90:18 112:21
  282:2 377:11
  401:16 449:18
**produced** 30:3
  54:16 65:16
  127:14 137:2,14
  139:22 238:12
  239:6 302:19
**producer** 23:21
  24:16 25:11 26:23
  26:24 49:19 53:20
  54:5,10,14 55:11
  55:14 56:5 57:6,15
  57:21 66:6 73:15
  78:16,20 83:19
  86:16 91:25
  101:17 104:6
  105:20 106:2
  110:10 115:8,10

124:21 126:4
146:8 148:7 163:3
174:23 187:16,25
188:2 193:18
194:2,4 197:25
210:5 218:23
219:11,17 220:2
221:4 235:3,16
237:11,14,21
239:3 241:15
247:9 250:12,13
252:21 253:10
264:16 266:11
269:23 274:18
275:4 276:13,15
279:17 335:14
339:17 341:2
343:14,17 347:5
408:6 444:15,25
445:5,9 447:23
449:11,15,16,19
449:24 464:24
**producers** 4:8 8:14
  12:8 15:20,24
  18:16 19:2 23:2,24
  25:9 28:8,12,14,21
  29:2,7,25,25 31:23
  32:24 35:12 37:12
  38:25 43:12 45:11
  45:20,24 50:15
  51:14,20 52:4 53:5
  53:16 55:8 64:11
  64:23 65:13 67:3,6
  67:18 68:9 72:23
  73:3 74:19,20
  79:11 81:16 83:11
  83:16 84:23 85:25
  86:7 87:9 88:20
  90:11,12 100:17
  103:13 110:12
  116:19 118:15
  141:6 142:7
  143:23,25 144:20
  145:10 150:17,19
  152:12,15 154:21

162:23 163:2
164:14 167:12
173:19 174:11
175:2 181:21
186:4 188:14,18
196:11 197:25
198:14 203:25
220:8 222:8
224:11 236:3
242:12 246:19
249:19 250:11
255:16 264:6
276:12 279:20
281:25 283:24
284:16 289:21
299:18 306:25
308:6 325:20
326:15 331:17
336:10 339:14,21
340:11 341:17
372:15,20 382:7
382:14 397:11,13
400:18 401:11
409:11 414:8
417:18 418:23
422:4,9 423:19,22
425:22 426:4,8,12
426:17,20,22
427:4,9 429:13
430:19,23 438:14
446:10,11 449:18
460:12,22 473:20
**produces** 237:22
**producing** 25:12
  42:16 46:9 125:20
  148:4 448:20
**product** 31:8 48:25
  98:10,14 144:11
  201:15 235:10
  240:16,22 241:6
  275:6 335:21
  399:19 429:9
  479:5
**production** 13:9
  25:20 26:21,22

**VERITEXT REPORTING COMPANY**
**www.veritext.com**
(212) 279-9424        (212) 490-3430

28:20 39:24 42:10
42:11 46:19,24
47:12,20 48:11
49:16 55:5 65:17
65:19 67:19 68:17
69:18 88:10 105:7
110:16 113:6,15
115:2 118:10
147:7 199:20
234:14 236:10
239:7,8 273:23
292:17 332:12
336:7 337:19
344:6,21 393:23
424:10 431:4
438:15 443:14
479:4
**productive** 284:3
337:24 338:19
424:17 467:18,24
**productivity** 423:25
**products** 1:3 14:22
53:7,10 66:15
479:5 488:2
**profess** 103:8
**professional** 376:24
**profile** 104:15
**profit** 55:12 57:16
305:7
**profitability** 42:19
106:11 107:13
304:20 469:13,22
**profitable** 304:22
469:15,24 470:4
**profits** 105:8,16
415:20,24 416:13
**program** 22:13,15
22:16,17 32:9,13
33:10,11,17 35:21
36:5 43:25 45:14
45:23 75:10,11
93:15 130:17,23
131:21 143:25
151:7 152:9,24
153:4,7,10,14

160:4,8,16 162:17
164:4 169:21
170:11 172:2,15
178:8,17 179:2,3
180:22,22 184:5
185:18,24 186:8,8
190:25 193:11,12
194:25 195:5,13
195:25 196:13
203:7 208:2,3,7
209:9 213:7,11
215:10,24 218:9
218:22 219:7,13
219:24 220:19
221:22 222:3,6,9
228:24 230:24
231:12,13 232:24
236:16 240:18,19
243:11,16 247:8
251:4 253:9 255:4
256:8,12 257:17
265:17 269:21,24
280:24 281:7
289:24 290:2
292:18 293:15
302:21 305:2,9,13
305:24 306:11,21
306:25 307:12,15
307:19,19,20
308:2,3,10,19,20
309:2,12 310:20
311:7 315:6
316:15,15 317:4
318:9 321:5
323:16,17 325:2,3
325:10,21 327:4
327:22 328:16
330:13 332:22
333:8,13 336:8,12
340:14 342:19
343:9 348:23
353:17 354:11,23
356:6,17 357:2,6
357:17 360:6,7,20
361:24,25 362:23

363:25 364:8,14
366:9 370:25
418:12,15,20,21
418:22 419:4
424:16 428:6,9,9
428:25 429:5,12
430:18 431:10
437:2 438:10,11
438:14 441:21
443:11 462:21
463:21 473:10,19
481:3 482:17
**programs** 30:13,15
30:20 33:5,13
34:10,11,15,19,24
36:23 37:15 38:4,8
38:12 45:2,19 94:4
304:21 305:12,19
305:25 306:4,9,14
307:17 428:19
465:15 469:14,23
470:3
**prohibited** 340:21
341:18 343:15
353:17
**prohibition** 422:24
**project** 41:7
**projecting** 102:14
**projections** 102:18
102:25 397:7
**projects** 105:2
162:15 351:20
436:23 437:8
**promise** 323:22,23
**prompted** 81:17
**proof** 291:13,20
**proper** 211:20
**proposal** 184:5
271:20 272:6
413:6,9,11
**proposals** 414:16
415:11
**propose** 46:22 47:10
302:6
**proposed** 184:25

249:6 304:3,14
308:3
**protect** 333:13
**protected** 291:15
**provide** 75:20 76:18
123:5 148:16
184:24 199:17
200:15,24 293:17
351:22
**provided** 77:4 136:3
291:23 293:20
295:15 296:7,10
296:19
**providence** 46:8,9
**providing** 200:20
**provision** 202:11,15
203:20 364:15
**provisions** 242:13
243:2,15 244:9
264:7 344:2
438:13
**prudent** 123:6 431:2
**psychologists**
408:23
**public** 1:16 42:2
84:2 119:9 166:4
229:11 230:24
233:6,6 340:4
485:5,16 487:17
**publication** 166:2
**publications** 41:22
41:25
**published** 58:8
**publishing** 42:4
384:16,18
**puffery** 178:24
418:25
**pull** 403:12
**pulled** 480:22
**pullet** 448:6,9,11,15
448:23 449:6
**pullets** 448:4,18
**pulse** 100:21
**purchase** 239:21
240:4

purchaser 2:8,13
  5:22 15:11,18
  381:9 386:2,5,12
purchasers 155:18
  386:6,8
purchasing 67:16
purdue 408:5 409:4
purpose 59:9 183:12
  201:4,7 205:20
  206:4,20 207:14
  208:9 223:10
  224:4,6 227:20
  376:13 388:13
  418:2 429:6
purposes 59:7
  183:11 215:15
  445:17
pursuant 485:5
purview 327:23
put 9:5 18:8 24:8
  32:19 43:4,5 44:3
  85:21 96:8 100:15
  110:19 114:23
  118:6,9 131:15
  137:2 165:9 179:4
  181:18 186:4,24
  189:4 191:12
  209:15 211:22
  212:10 213:21
  214:15 215:19
  216:4 219:16
  227:11 230:8,25
  231:19 253:22
  267:18 270:16
  277:11 284:20,22
  298:13 300:2,18
  302:22 304:15
  309:17 316:6,8
  318:16 333:18,19
  336:23 337:2,18
  341:10 352:4
  354:2 355:7
  368:21 391:4,18
  409:22,23 418:22
  421:21 423:6

440:21 445:11
448:18 452:5,18
458:20 459:18
473:20
puts 219:14 382:9
putting 69:9 176:5
  211:3 224:4 296:2
  341:12 344:16,18

_____

**Q**

qualifications
  117:25 123:19
qualified 183:25
  296:23 299:20
  300:11
qualify 115:9
  126:24 127:6
  296:17
qualifying 116:19
quality 69:12 127:2
  429:9
question 20:14,20
  21:4,9,18 22:8
  32:3 33:20 34:13
  37:18,24 38:6,8,11
  38:14 40:17,18
  42:22 43:14 44:9
  47:2,7 48:13 49:13
  50:6,22 51:17
  54:18 55:20,21
  56:11,19 57:20
  61:5,21,22 62:3,16
  63:20 67:10,22
  68:3,12,21 69:20
  71:2,16 74:3 76:24
  79:21 80:4,21
  84:13 87:19,24
  88:2,5,5,14 89:5,7
  89:12,19,24 93:2
  97:10,21 98:13
  102:21 103:3
  105:13,18 106:14
  106:23 107:6
  109:15 110:4,18
  114:5,19 116:3,17

117:3 125:5,12
126:3,9,11,18,21
126:23 127:9,11
127:18,22 128:4
128:20 129:22
130:25 131:4,9,13
131:17,19,23
132:8 134:23
135:7,11,13,21
136:2,8,14,16,16
137:19,20 138:11
138:14,17,19
143:20 145:24
146:25 147:21
149:19,22 150:3,9
151:8,14,20,25
152:11 153:2,12
155:13 156:24
157:2 159:2
164:25 165:6
168:7,17 171:9
173:21 174:25
175:6,10,15,20
176:9,17,19 178:6
184:14,19 186:20
193:20 195:8,16
196:5 198:17,22
199:4,25 201:9
203:14 207:3,5,18
208:15 210:25
214:8,11 218:16
225:22,23 226:5
229:22 235:21
236:20 237:2,7
238:18,25 240:12
241:17 243:9
244:13,17 247:4
247:22 248:10,13
248:20 250:2,24
251:8,12 252:11
253:19 262:22
263:13 267:12
269:11 270:7
271:25 273:13
274:12 276:22

283:5 287:22
294:2,20,23,24
300:5,13 305:4,15
309:9 311:21
312:16 315:9
316:18 318:12
321:23 324:17
325:25 328:21
329:4,19 331:6
333:4,11 338:5
341:23 345:2,3,6
345:11,12 351:25
355:21 356:9
357:18 373:13,17
373:18,20 374:9,9
374:19,20,22
375:4,11 376:4,7
376:10,12 377:5
379:23 380:2,4
385:8 386:15
389:11 390:9
392:9 393:10,19
395:20 398:14
399:4 400:3,9,21
403:7,11 405:17
410:18 411:25
414:21 416:7
420:23 432:4
451:5 455:6,19
456:9 462:4
463:20 464:4
468:22 470:6,21
474:15 475:8
479:8
questioner 244:12
  300:4
questioning 132:18
  210:16 377:2,3,12
  377:20
questions 13:19
  21:2,13 27:5 56:2
  63:7 124:3 136:21
  136:25 139:24
  146:10 150:24
  187:11 210:21

216:5 217:4
227:20 232:2
261:13 274:16
297:20 299:13
327:14 373:8,12
377:7,8,13 401:23
402:21 404:19,22
404:24 405:11,23
407:2 408:11
412:22 420:5
443:25 453:8,12
454:14,18 455:7
455:17 456:16
457:7,25 458:12
469:12 471:10
483:22 484:3
**quick** 182:19 196:11
309:18
**quickly** 384:6
**quinn** 2:3 15:10
**quinnemanuel** 2:7,7
**quite** 23:20 35:24
79:9 144:18
171:15 242:11
331:10
**quota** 46:12
**quotas** 46:9,10
**quote** 71:21,24
168:22 382:10
398:6
**quotes** 71:24 167:23

**R**
**ra0000363** 10:24
345:19,25
**ra0000372** 10:24
345:19
**rachet** 32:17
**radical** 316:21
**rahn** 308:4,5 430:2
**raise** 140:5 309:6
**raised** 132:25
245:22 246:6,9
247:2 249:2
251:15 253:16,16

256:11 261:24
325:18 328:15
**raises** 104:14
**raising** 256:6 439:15
446:5
**ranch** 3:9 16:15
**randolph** 6:19
**range** 331:16
**rarely** 167:8
**rattle** 216:25
**rattled** 216:22
**rayle** 5:19
**rcampbell** 2:18
**reach** 331:17
**reached** 191:7
208:24 233:5
249:7 284:25
**read** 60:5 69:7
120:12 135:10
182:17 187:10
200:25 205:22
206:7 207:22,24
246:11 251:12
280:17,20 281:2,4
329:7 342:16
373:18 375:3
378:2 383:16
388:11 393:14
396:20 423:13
437:25 438:9
486:4 487:3
**reading** 41:24 60:14
81:25 119:3,4
121:5 208:8
209:14 210:17,19
210:22 348:6
401:4 432:21,25
**ready** 145:6,9 193:2
**real** 124:19 210:12
459:16
**realize** 146:14
342:20 468:16,17
**realized** 162:2
**really** 23:23 24:16
25:11 28:20 29:24

30:16 31:2 45:17
46:14 50:8 65:25
66:2 71:16 75:25
77:4 83:8 86:3
93:2 103:22 104:4
105:22 114:16
118:2 125:18
133:22 144:13
150:17 162:11
171:2 174:10
190:13 200:19
213:16 222:2
225:25 229:7
231:2,22 244:16
247:22 262:13
263:14 265:8,15
269:2 277:4
307:25 310:16
317:16 323:24
336:20 353:8
393:13 407:12
408:9 410:4
411:12 419:3
439:7 440:6 443:9
446:21 450:17
**reask** 176:11
**reason** 78:21 82:9
93:3,5 121:17
170:23 189:22
290:22 302:4
315:24 344:7
349:12 368:14
388:7 440:13
441:8 480:4,6
486:6 488:4
**reasonable** 368:2
**reasonably** 321:10
**recall** 62:19 63:9
82:6 90:5,7 92:2,2
92:3 103:18
111:12 112:16
113:24 114:2,9,11
116:12 119:8
121:5 123:4,16,23
133:13 134:16

140:24 161:12
166:16,20,25
167:16,19 170:7,8
170:10,16,19,21
170:23 171:6,12
171:18,23 172:10
172:12,18,21
173:7,14 174:13
174:17,18,19
177:18,20,21
182:25 189:18
197:15,17 198:13
198:19,24 199:6
200:5 201:11
204:25 206:15
209:3 210:10
212:23 213:2,14
221:15,17 223:21
224:20 226:19,25
234:5,17 240:2
245:18,21 246:5
249:23 250:25
251:10,14,19,21
253:15 256:2,5
257:10 258:20,24
262:11,20,23,25
263:4,17,21 264:4
265:23 269:17,20
284:23 289:14,16
291:12,19,22
292:5 297:3,3,15
299:9 301:15,16
301:22 310:17
312:25 318:4
323:6,9 350:20
354:9,25 365:7
375:25 379:16,19
387:22 397:2
420:11,24 459:4
466:4,5,6 467:18
467:22 468:9,12
470:8,10
**recalled** 81:14
**receipt** 486:16
**receive** 128:14

252:25 374:10
375:11 382:25
**received** 132:18
151:22 152:2
189:14,23 245:16
248:8 272:13
320:18 347:8
354:16 383:2
**receiving** 245:18
256:3 269:17
357:3 358:14
**recess** 99:11 191:22
259:13 309:24
372:6 380:20
402:15 471:15
**recipient** 189:20
**recognition** 347:8
**recognizable** 409:8
**recognize** 73:13
111:11 461:3
**recognized** 142:24
323:15 347:15
**recollect** 349:19
**recollection** 72:6
243:24 349:18
431:19
**recommend** 190:23
190:24 264:15,17
**recommendation**
32:10 44:18 95:13
113:25 114:9,12
164:9 215:22
219:9 267:7,16
344:21 419:6
441:17 462:8
**recommendations**
34:22,25 35:5,7
39:13 43:3,4 47:17
161:24 171:4
174:11 187:20
201:20 203:3
215:6 252:2 306:5
306:16 325:5,6
379:12 390:22
460:2 462:10,18

463:25 464:10
480:19
**recommended**
47:22 48:9 164:3
317:5 343:24
**recommending**
113:21
**recommends** 331:15
464:12
**reconfirm** 234:13
**reconfirming**
370:20
**reconsider** 293:13
293:21
**reconsideration**
293:10
**record** 14:4,12 15:7
18:14 27:24 58:18
58:22,24 59:4,7,11
59:13,19,20 60:2
60:11,13,19 99:6,9
99:20 100:3 111:5
120:15 123:16
138:5 159:14
191:17,20,25
193:8 201:2
259:11,23 280:19
286:8 299:4 300:8
303:13 309:22
310:4 343:8
357:22 372:4,10
377:6,21,23,25
380:15,18,24
383:17 396:13
398:11 402:10,13
402:19 423:14
453:20,24 454:2,8
471:13,19 474:18
484:15 485:10
487:6
**recorded** 485:8
**recording** 14:10
**records** 97:16
452:24 464:20
**recover** 55:4

**redacted** 209:13,14
211:2 376:6
378:16,17
**redo** 185:13
**reduce** 9:5 48:10
199:22 214:14
215:19 273:15
275:9 348:18
426:4,9,20,23
**reduced** 282:21
**reducing** 34:25 35:5
201:6 215:24
339:16
**reduction** 36:6,13
38:10,10 379:13
**refer** 22:16 109:5
194:15 230:12
255:11 325:2
428:3 482:23
**reference** 109:12,25
113:2 170:2 178:7
199:9 205:4 221:7
241:10,21 246:14
262:7 316:14
325:8,22 350:24
467:17
**referenced** 201:23
334:14
**references** 400:6
403:24
**referral** 320:18
**referred** 23:3 31:15
42:3 45:3 74:25
78:14 118:17
186:14 206:22
218:13 295:24
302:7 324:12
335:19 337:12
443:5
**referring** 22:24
31:17,18 32:6 45:6
73:22 102:24
108:20,24 112:14
113:9 126:2
132:20 159:22

161:18 194:16
226:11,18 230:19
252:9 264:22
265:11 295:9
304:25 305:10,13
306:2 316:2
335:23 367:9
389:8,17 428:24
**refers** 65:8 113:3
122:8 148:24
161:4 169:24
178:12,14,20
185:6 199:16
202:2 213:6
223:15,16 224:23
241:25 246:23
289:10 346:13
356:25 387:18
389:13 397:20
398:4,5,24 404:2
436:23 437:2
**reflect** 133:9 134:15
159:15 169:8
185:11 205:16
250:16 395:6
**reflected** 49:5
177:22 325:7
328:17
**reflecting** 200:25
**reflection** 392:6
**reflects** 183:17
218:5 220:6
256:13 271:15,19
272:5 354:21
**refresh** 123:7
**regard** 165:22
166:10 243:13
**regarding** 19:20
97:16 128:16
130:22 131:20
132:21 250:25
251:15 374:12
375:14
**regardless** 221:11
**region** 23:12

regional 24:13
  188:9 304:6
regionals 23:20 24:5
  24:10
regions 23:12 74:5
  74:10
regular 35:16 95:18
  95:23 448:19,20
regularly 479:12
regulations 133:25
reichert 117:22
  452:3
rejected 272:6
relate 250:20
related 34:19 48:11
  98:18 119:13
  128:17 315:5
  325:10 335:5
  374:13 375:14
  455:25
relates 76:2 220:11
  287:5 368:5
  370:21 452:20
relating 20:4 132:8
  208:2 218:9 279:9
relations 121:24
  152:18 230:24
  260:18,19
relationship 40:10
  40:13 72:25 104:2
  145:2,12 147:3
  148:3 277:6
  372:22 382:19,19
  428:5 474:3
relationships 11:21
  391:8,20
relaying 370:18
release 230:13,18
  316:6
reliable 49:11 50:4
remained 116:18
remaining 326:22
remains 291:14
remark 477:5
remarkable 7:14

57:25 58:10
remarked 477:14
remarking 477:10
remarks 156:14
remember 19:16
  23:19 42:12 54:25
  56:23 75:17 85:17
  86:25 90:4,8 92:4
  96:2 103:22
  105:11 116:14
  123:20 133:23
  154:9 157:11
  158:19,24 161:14
  161:15 163:13
  171:14 213:20
  220:5 226:15
  227:8 230:20
  231:2 234:20
  240:6,7,8 242:25
  260:11 267:3,4
  278:16 289:23
  290:22 292:3,4,9
  301:16 325:4,11
  328:23 329:14,15
  350:22 355:3,6
  385:24 389:12
  393:11 401:2
  413:5 419:17
  433:19 437:23
  443:12 468:11
  480:10 481:24
remembering
  130:14
remembers 328:22
  329:22 333:5
remind 147:4 200:8
  228:17 430:25
remotely 15:6
remove 144:15
removed 326:24
removes 325:22
removing 325:8
renewed 361:15
reorient 375:6
repeat 115:25

131:12,16 156:24
  355:21 359:15
  369:12
repeated 272:12
repeatedly 420:17
replace 183:25
replaced 461:7
report 11:15,17
  98:25 160:21
  163:23 242:24
  278:22 279:18
  283:12 327:11,15
  329:17 383:11,23
  385:5,18 397:5,8
  397:14,17 451:20
reported 117:17
  164:2 399:24
reporter 17:10
  71:18 359:14
  382:3 390:13
reporting 117:24
  279:8,23
reports 101:6
  180:16 241:22,25
  242:4,8 266:17
  290:5 383:3
  384:10
represent 15:8
  16:19 24:20 28:7,9
  28:13 33:23
  228:20 302:18
  368:8 385:23,25
  403:8 471:25
representation
  188:11
representative
  82:16 183:7
  367:25
representatives
  346:20 402:7
represented 53:15
  74:21 75:18 77:20
  77:24 188:14
  346:24 347:3,6
  446:8

representing 14:14
  17:11 25:8 358:6
  381:8
represents 28:11
  199:19 229:2
  363:8 366:15
reproach 410:9
reputation 39:22
  50:10 76:2 338:11
request 13:9 121:8
  129:10 131:7
  156:20 157:25
  291:24 293:16
  298:17 300:23
  316:20 360:3
  364:23
requested 123:16
  293:10
requests 135:8
  270:9
require 257:17
  426:3,8,19,22
  461:22 477:23
required 251:3
  343:10
requirement 234:9
  341:11 342:11,15
  464:23
requirements
  114:25 115:11
  124:5 180:19
research 98:18
  162:15 351:20
  436:23
resembled 45:24
resolutions 12:4
  412:10
resolve 324:25
resolved 233:7
  289:22
resources 75:24
  85:13
respect 29:22
  290:12 478:8
respectfully 364:23

respond 90:20 264:5
  270:9,10
responded 264:8
  316:23
responding 113:9
  478:12
response 69:9
  132:19 151:23
  287:25 291:23
  293:12,17,20
  295:3,12 296:4,7
  297:15 325:18
responsibilities
  82:16 116:21
  121:19 260:17
  291:11
responsibility 35:17
  98:16 121:20
  167:13 213:18
  221:2 255:6,8,9
  288:8
responsible 77:17
  77:18 83:15 97:8
  279:7
rest 393:25 453:16
  462:16
restate 47:6
restaurant 53:2,4
  229:3
restaurants 52:23
  229:5
restricted 125:25
restriction 425:15
  425:19 426:12,17
  427:4,9
restrictions 241:7
restructure 116:7
restructuring 61:17
  61:18 62:7,9,10
  115:16 116:13
result 98:10 162:7
  174:15 196:13
  233:3 282:22
  353:23 400:13,17
  408:20 422:17

results 424:15
retail 11:20 82:23
  326:24 384:22,25
  385:6,18 391:8,19
  394:25 399:23
  400:6,17
retailer 31:9
retailers 52:9
  332:23 333:9,14
retained 97:16
retired 18:23 71:2
  119:17 183:21
  198:5 232:15
  371:21 473:7
retirement 371:16
retiring 18:25
return 344:8 486:14
reveal 135:8 136:2
  157:18
revealing 137:12
revelation 340:4
revenue 400:14,18
review 58:13 111:4
  140:16 160:4,25
  161:6 168:3
  177:14 180:7
  182:15 189:7
  197:4 199:13
  204:14 209:9
  214:22 217:25
  222:23 226:16
  227:2 228:6
  234:10 239:15
  254:9 261:16,18
  272:15,20 277:22
  285:3 303:12
  310:13 318:3
  319:3 321:3 322:7
  329:14 346:7,10
  476:8
reviewed 102:13
  112:12 201:24
  228:6 239:17
  252:18 268:5
  284:19 294:7

323:11 329:11
reviewing 58:19
  120:17 140:18
  161:2 168:5
  177:16 180:9
  182:16,22 189:10
  199:14 204:15
  218:3 222:24
  228:8 234:11
  245:12 254:10
  261:21 268:6
  272:22 277:24
  314:15 323:9
  346:11 476:16,17
  477:15,17
reviews 278:25
revised 325:20
richard 2:16 15:13
right 19:16 20:6,6
  21:17,22 23:6
  33:10 41:20 53:4
  56:9 67:5,12,20
  76:17 81:4 84:21
  93:4 95:7,24
  102:19 104:18
  109:13 115:22
  116:2 141:11
  144:18 147:11,12
  154:18 155:15
  165:4 168:15
  171:14 183:21
  184:2 190:2
  193:15 198:6
  202:17 206:5,12
  215:3 216:2
  218:25 224:3
  230:11 231:14
  241:15 254:23
  256:9 261:6,25
  266:22 270:5
  271:14,17 273:6,6
  278:9 279:13,24
  279:24 287:19
  288:16,24 295:9
  299:22 303:22

305:17 314:24
  316:9 319:20
  322:4 324:6,9,14
  325:23 326:15
  327:16 330:13
  337:24 338:3,20
  338:22 339:2
  340:14 341:3,7,16
  341:21 342:15
  343:5,12,18
  344:19 347:3
  348:18 351:16,20
  351:23 356:18,20
  356:21 357:9,17
  358:24 359:5,24
  363:19 365:8
  366:9,17 368:16
  374:22 379:5
  389:7 390:4 404:5
  404:8,11,12
  405:15 415:25
  418:6,6 433:4
  438:19,23 439:17
  439:17 447:5,12
  447:17,19 450:19
  454:18,21 459:3,9
  459:11,12 460:8
  461:8,9,25 464:10
  468:25 469:10,21
  472:10 473:2
  477:11 482:18
rios 1:15
risk 445:7
robert 6:25 14:13
robin 4:2 15:22
robison 5:8
rock 175:22
rod 62:22
roger 302:23 355:18
  355:25
role 103:18 105:23
  153:23 154:2
  165:21 166:9
  283:17 322:16
roller 167:23

**room** 15:5 257:15
293:25 457:12
467:17,23
**rose** 6:9 66:3
**rossi** 1:15 17:11
**roundy** 6:21
**route** 181:5,9
**rpr** 1:15
**rule** 20:17,25 21:12
79:25 96:3,5
218:14,18 219:5
219:22 232:25
234:21 235:7
237:16 243:25
246:11,15 249:8
250:9 256:21
261:25 262:5
271:16,21 293:14
293:22 462:7
465:18 478:9,18
481:8,15 482:18
483:4,8,15
**rules** 20:8 133:24
293:10 459:23
460:8 465:9,22,25
**ruling** 138:22
**run** 75:9,9,10 79:12
142:25 164:15,16
164:17,17 236:5
274:21 338:11
**running** 164:19
408:2
**runs** 307:17
**rw** 3:21 16:17 70:5
**ryan** 2:21,23 16:7

**S**

**sad** 474:4
**safer** 419:10
**safety** 418:22 419:8
**sagewood** 19:7
**sake** 300:8 370:23
**salary** 371:13,15
**sale** 275:17 326:24
**salt** 311:4,6

**san** 6:14 90:21
**sanitation** 307:15
**sat** 30:7
**saturday** 232:16
**sauder** 3:21 16:17
70:5,7
**savannah** 9:16
233:15 274:22
**save** 112:21 113:2
313:8,9,9
**saw** 37:11 79:6
81:10 82:20 88:18
189:17 220:8
255:10 268:8
284:9 329:5,8,9
407:16,23,24
**saying** 44:24 45:16
60:9 65:17 68:24
85:18 86:8 90:13
102:11 112:7
142:10 163:14
216:8 231:24
275:11 315:11
317:15,17 366:16
368:11 375:24
432:6 478:24
479:2,6
**says** 23:23 64:8,22
69:6,8 71:22,24
73:6 77:19 78:24
81:13 88:19 92:8
92:17 93:19 94:2
94:25 108:5
112:20 113:19
114:3,15 120:23
122:22 124:4,10
131:11 134:12
142:23 145:23,24
146:21 148:25
159:18,25 160:23
161:5,16 163:25
164:12 167:23
168:21,21 171:25
172:4,13,22
184:22 190:19

194:7 205:23
206:3 208:19
209:7 215:23
220:13 223:24
224:12 230:8
234:8 239:12,19
246:10 249:14,16
251:22 252:15,21
253:8 256:23
257:4,6 261:14
267:6 269:15
272:14,19 273:4
273:25 274:23
275:24 281:21
292:14 296:15
299:16 301:11
306:17 315:12,23
315:24 320:17
321:2,8 325:17
326:4,7,14 327:19
327:20 328:2,13
331:23 332:20
346:17 347:11,14
347:20 348:9,14
350:16 351:3
353:13 356:11
358:8 379:7,7
384:22,25 385:12
388:3,24 397:6,8
398:10 399:16
408:7,8 427:20,23
428:18 436:9,17
437:7 464:12
469:12,22 480:15
481:10 484:8
**sbcglobal** 5:21
**scan** 392:24
**scapegoat** 290:5
**scattered** 28:20
**schedule** 336:21,22
342:5
**scheduled** 348:15
388:17
**scheduling** 336:15
**science** 98:21 162:4

430:7 439:18
**scientific** 94:25
95:10 96:6,15
97:14,17 98:4,6,9
98:24 161:4,25
162:13 174:24
193:24 219:10
255:18 256:19,24
258:21 264:17
407:2 410:8,22
461:15 471:2
480:21,23
**score** 252:25
**scoring** 220:23
**scott** 5:19
**scotti** 409:3
**scratch** 463:10
**screening** 24:8
**screenings** 117:7,13
**se** 113:7
**seal** 223:18 224:5
301:11,14 302:12
321:4,10 325:10
325:20 328:4,14
477:24 485:12
**seasonal** 32:23
**seattle** 5:2 274:19
274:21 302:25
**second** 90:25 208:18
209:10,11 213:6
230:7 234:8
242:21 248:25
261:13 301:10
304:19 320:16
327:18 379:7
397:23 398:2,6
436:8 453:20
476:24 477:21
478:2,13
**seconded** 224:25
433:17
**secretary** 163:9,14
**section** 271:15
**sections** 272:21
**sector** 64:9

**sectors** 79:2
**secure** 149:3
**security** 186:11
  446:15
**see** 23:22 39:4,4
  62:24 63:5 64:14
  65:3 67:4 69:13
  70:19 79:5 81:20
  92:21 93:23 94:2,6
  95:3,8 100:9 102:9
  105:4,9 108:9,17
  108:18 111:15
  112:7,10,19,23
  113:18,23 114:7
  120:25 122:8,25
  123:8 124:7,11,23
  125:23 126:6
  141:7 142:8 143:3
  143:12 147:16
  149:5 156:6
  159:20 160:6,7
  161:10 163:25
  164:6 168:21
  169:13,25 171:3
  171:24 172:13,16
  172:22 173:4,11
  174:17 178:10
  180:7,19,23
  189:19 191:3,8
  199:9 200:3
  201:23 202:13
  205:21 207:7
  208:19,25 209:23
  221:13 223:18
  225:4 230:10,14
  231:6 239:19
  240:13 241:11
  242:25 246:8,14
  249:9,21 252:4
  253:2,12,12
  256:25 257:4
  262:19 264:13
  265:4,5 267:6
  273:8 274:6
  280:15 282:8,24

283:18,24 288:14
289:12 290:20,24
292:14,20 293:8
293:18 299:13,21
304:17,23 306:22
307:9 316:9
317:20 320:21
321:6,14 326:6,7
327:10,24 328:6
328:19 329:6
331:19 332:3,8,24
346:7 347:19,23
348:12 350:16,25
351:6 352:8 353:7
353:12 358:8,18
360:21,22 364:3,9
364:16,20 365:3
367:16,20 373:3
379:14 392:14
393:23 395:2
401:12 403:18
404:8 414:13
419:23,25 428:18
428:21 432:15
436:11 439:24
443:4,11 461:19
461:24 469:16,25
477:21 478:4,12
478:13,21
**seeing** 213:14 397:2
**seek** 119:11,15
**seen** 60:21 100:6,8
  100:12 122:3
  229:12 242:10
  317:8 392:13
  417:3 479:9,9
**segment** 51:22
**select** 188:6,10
  461:16
**selected** 193:17
  231:22 410:11,21
**sell** 26:23 52:4,8,11
  52:14,17 53:6,9
  57:16 72:23 73:4
  148:12 236:4

276:2 337:19
350:8 382:18
429:10 439:21
**selling** 148:4,15
  235:10,24 239:12
  276:20 382:8
  439:19
**send** 77:15 85:18
  128:9 250:14
  371:6 397:18
  409:15 451:19
  452:6
**sending** 142:10
  288:6 290:4
  296:24 297:17
  298:7 339:18
**sends** 452:10
**sense** 29:12 176:3
**sensitive** 14:5
  360:10 406:10
**sent** 80:12,15
  122:16 123:10,13
  141:5,6 151:9,16
  166:3 205:17
  206:4,16 212:20
  212:24 228:13
  242:7 243:5
  254:13 287:2
  289:3 295:5 297:3
  297:16 299:9
  314:5,9,18,22
  319:23 334:9
  354:19 357:11
  362:18,25 370:8
  370:15 396:19
  404:2
**sentence** 89:15,21
  114:3 206:7,8
  209:7 280:18
  281:22 304:19
  343:4 347:20
  378:9,10 436:8
  467:16,21 469:12
**sentences** 378:7
  438:3

**separate** 77:13
  141:14 415:18
  416:10,18 447:4
**separately** 53:15
  472:4 483:2
**september** 8:19,22
  12:6 196:20 197:6
  204:7,20 212:21
  320:2 355:19
  356:2 365:25
  370:8 379:3
  412:12
**sequestered** 210:18
  210:24
**series** 454:14 457:7
**serious** 265:16
**served** 46:5 87:10
  107:8 109:7
**service** 52:17,20,22
  100:10 113:21
  417:24,25 418:2
  466:9,24
**services** 2:24 6:4
  16:9 74:13 75:21
  76:19 201:19
  255:25
**session** 158:10 159:6
  406:9 408:22
**set** 82:24 159:12
  317:23 323:18
  351:18 415:8
  436:20 461:7
**sets** 184:11
**setting** 407:21
**settled** 71:7
**setup** 186:16
**seven** 139:21 194:10
  327:9 450:12,14
  454:7 484:15
**severely** 344:2
**shape** 145:18
**shapira** 4:12
**share** 274:3,14
  276:18 279:2
  371:2

**shared** 49:23 103:15
163:4,5,5,7,7
290:11
**sharing** 103:9
**sharp** 408:9
**sheet** 370:7 486:7,10
486:12,15 487:5
**shell** 11:18 51:14
52:4 53:5,10 56:8
67:5 68:9,17 71:25
72:13 75:10
333:15 386:20
**shellegg** 64:11
**sheriff** 157:7
**shes** 478:23,24
479:2,6
**shift** 25:19
**ship** 148:9
**shocked** 219:8 424:5
**short** 56:17 82:11
242:19 273:21
281:20 418:7
422:18
**shortage** 276:15
**shortcut** 186:15
457:21
**shorted** 441:3
**shorter** 194:7
**shorthand** 485:8
**shorts** 418:4
**shouldnt** 216:7
**show** 263:10
**showed** 437:22
**showing** 103:10
**shows** 336:9
**sic** 287:17 292:18
299:18
**side** 51:15 67:8,16
68:10 71:25 72:2
72:13,14,17,17
357:25 372:23
**sign** 414:7 486:9
**signed** 111:18
414:10,15
**significant** 24:18

232:18 252:22
329:17,24,25
397:21 398:5
**significantly** 399:19
**signing** 486:11
**simpler** 125:17
**simply** 81:16 142:10
215:4
**single** 173:20 313:12
406:2
**sir** 18:17 69:25
110:14 154:24
202:23 203:10
209:24 336:25
356:2 360:25
381:11 390:6
395:16
**sit** 294:9 395:5
**sitting** 46:13 247:13
389:15 393:20
420:22
**situation** 71:22
132:22 144:10
367:21 384:22
**situations** 92:19
**six** 107:19 193:14
194:10 201:5
232:20,22 327:8
336:16 372:10
**sixmonth** 202:4
**size** 34:25 108:6
172:24 174:16
199:23 201:6
257:24 341:11
348:18 418:6
426:4,9,12,17
471:3
**skills** 76:3
**skimmed** 81:10
**skip** 190:9,12
**slant** 257:25
**slanted** 258:5
**slaughter** 164:5,13
165:4 169:21
252:23 349:22

**sleepy** 21:16
**slidders** 2:11 7:5
15:16,16 381:4,7
383:14 384:2,5
385:17 386:25
387:9,10 389:20
391:4,12 392:4,22
393:15 394:20
396:11 398:16
399:14 400:5,12
400:24 401:6,7,22
402:4,9
**slower** 35:21
**slowing** 384:22
**small** 26:24 75:21
121:18 230:23
264:12,23,25
265:2 335:5
409:17 448:15
463:9
**smaller** 246:19
**smalls** 418:7
**smith** 62:22
**smoke** 264:10
265:10,24
**social** 233:6
**society** 313:15
**sold** 147:24 238:13
238:15,16 275:21
275:21 321:11
**solely** 28:7 152:17
**solicit** 142:8
**solicited** 399:10
**solitude** 258:9
**solve** 474:6
**somebody** 44:19
126:16 132:2
133:21 188:13
189:2 210:11
227:8,9 242:9
268:25 274:24
294:22,22 316:8
323:13 332:15
349:5 350:8
401:20 408:25

417:8 449:17
480:12
**somebodys** 407:15
**someones** 209:23
**son** 187:13
**soon** 48:5 365:19
**sorry** 37:24 42:13
56:24 68:2 69:6
77:20 84:22
135:11 220:5
231:21 286:17
300:6 329:2 334:5
351:11 353:10
355:2,20 387:5
391:14 401:24
421:7 425:3
434:11 463:18
469:6 479:24
**sort** 20:8 75:2
186:14 188:7
294:14
**soundly** 191:6
**sounds** 91:11 269:6
**soups** 339:20
**south** 3:7,13
**southeast** 197:14
236:12,17 237:14
**southern** 210:6
**space** 114:5,12
174:15 177:21
180:18 221:10
252:2 258:22
271:21 293:13
331:15,25 336:4
340:13 341:19
342:7,12 343:11
343:16,21 353:23
379:11 409:23
424:8 463:2
465:21,22 470:22
470:24 486:7
**sparboe** 3:15 16:12
132:21,25 133:7
187:12,14,15
189:15 190:21

254:13 256:6
261:24 284:24
287:5,10,16 290:8
290:13,16 291:23
292:5,23 293:21
295:2 296:3,20,21
354:10,17,22,22
355:18,24 356:4
356:16,25 357:2
357:16 358:13
359:7,9 360:23
361:16 362:21,25
363:19,24 364:6
364:12,19 365:5
365:24 366:6,11
367:7,8 368:15
370:25 372:20
440:6 441:24
442:9,11 471:25
472:11,14,18
473:9,15,16
474:12,24 477:20
481:19 482:11,15
483:12,15,17,19
**sparboes** 187:13
289:7 359:8
360:15 442:7
472:8 482:2,6,25
483:7
**speak** 20:12 38:24
229:8 266:21
290:3 477:9
**speaking** 56:16
84:24 451:11
**spearhead** 364:13
**special** 8:18,21 12:5
40:5 196:19 197:5
198:5 204:5,17
343:20 372:22
378:25 406:15
412:10
**specialist** 42:13,14
397:10
**specially** 207:15
208:10

**specific** 25:5 39:15
42:5 44:22 64:6
79:21 103:12
121:19,20 127:24
151:8 169:13
197:18 213:20
221:17 250:24
336:12
**specifically** 90:8
123:15,20 478:7
**specifications** 231:5
**specify** 27:7
**speculation** 49:13
50:7 390:12
**speculative** 43:15
44:11
**speech** 458:5
**spending** 173:16
273:16
**spent** 437:12 465:13
**spills** 348:8
**splash** 83:9
**spoke** 279:4,4 428:4
**sponsorship** 397:11
**spring** 344:10
**square** 1:13 4:3
14:20 86:9 331:16
331:24 339:23
**staff** 39:6 45:16
95:13 104:15
121:18 133:14
152:20 161:22
188:22 208:20
219:8 288:17
291:3,10 308:24
312:20 323:14
349:7 360:17
**stage** 44:3
**stages** 289:25
**stahl** 3:6 16:14
**stamp** 165:18
179:22 377:24
**stamped** 99:23
111:6 120:16
140:21 154:20

177:11 182:5
187:9 197:3
204:13 212:19
214:22 217:14
222:22 228:5
245:9 254:8 260:3
268:3 271:2
277:21 286:12,13
286:17 299:5
303:14 314:3
334:4 345:25
352:23 354:15
355:16 362:16
369:8 460:21
**stand** 60:17 114:5
139:10,11 257:16
257:18 258:3,7,13
376:8
**standard** 19:21
156:10,13 158:20
371:19 382:22
452:19,20
**standards** 27:14,17
157:3 292:17
323:19
**standing** 86:8 145:6
145:9 250:9 485:5
**standpoint** 45:13,17
50:14 73:16
105:23 308:24,24
336:23 338:24
385:15 388:4
446:15
**star** 178:8,16,22
418:11,14,20,21
418:23
**stars** 178:19
**start** 62:10 68:3
69:16 100:2 129:7
129:13 215:24
226:4 290:4 318:2
319:11 398:9
409:14 448:20
**started** 23:16 25:18
64:10,23 66:3

67:15 68:15 85:22
91:2 208:6 379:5
409:25 418:16
446:20
**starter** 448:4,5,8,11
448:18,22 449:5
**starting** 202:5
215:10 262:3
272:24 286:7
438:9 478:14
**starts** 407:18 422:3
432:20 438:6
476:12
**state** 308:5 328:4
407:25 409:10
430:4 486:6
**stated** 388:12
**statement** 87:18
92:19 106:21
331:21 332:6,10
333:2,7 351:8
469:17
**statements** 487:7
**states** 1:1 4:8 14:24
15:20,24 45:19
48:13 69:20,21
70:16 199:18
275:7 318:18
319:24 336:14
403:16 413:13
414:11
**stating** 18:14
**statistical** 30:22
35:18 39:16 40:3
50:3 392:18
**statistics** 30:4 37:11
94:12 103:9
401:21
**status** 234:9 295:14
299:19 300:11
**stay** 60:2 300:22
**staying** 306:18
**steer** 433:6,8
**steig** 2:3 15:9 61:21
67:24

**steigolson** 2:7
**step** 150:13,13
269:14,14 284:8,9
291:9 318:2 326:7
326:7 444:25
445:2
**stepped** 183:18
**steps** 194:23 222:4
324:11 473:17
**steve** 179:6 258:25
320:4 365:15
375:2
**steward** 429:7
**stewart** 5:19
**stick** 53:17 97:2
150:23 219:21
**sticking** 188:8
**stipulations** 13:14
17:21
**stock** 84:3,5
**stocks** 461:21
**stood** 377:15
**stop** 21:5 88:12,16
137:2 330:11
457:18 466:12
**stopped** 84:22
137:15
**stopping** 79:25 91:9
365:16
**storage** 72:21
144:12
**store** 52:11 54:3
83:5 85:9 144:14
194:7 240:20
**stores** 6:21 48:22
82:23 163:6 194:6
194:16,22 228:20
233:3,10 237:20
336:13 382:5
439:20
**strain** 446:4
**strains** 461:16
**strangling** 335:20
**street** 1:13 2:17,22
3:2,13,19 4:4,19

6:2,14,19
**strength** 104:8
**stretch** 429:4
**stricken** 377:14,18
**strictly** 79:12 244:2
322:21
**strike** 20:24 46:16
97:12 102:23
123:3 155:23
209:22 268:12
305:10 308:22
410:13 431:16,23
**strikes** 317:17
**string** 11:10 12:12
362:7 475:25
**strong** 104:5 300:22
399:17
**stronger** 114:5
**strongly** 360:9
**structure** 74:17 79:3
185:23 269:25
416:24 429:13
**structured** 270:2
**studies** 41:19
**study** 182:20
**stuff** 41:25 160:11
167:11 173:24
306:6 307:23,24
395:17 399:6
449:22 452:13
**subcommittees**
180:17,25
**subheading** 124:9
**subject** 80:24
340:12 341:16,19
341:20 343:16
350:17 373:7
380:9 455:25
486:11
**subjects** 455:3
**submitted** 323:10
**subscribe** 383:2
487:6
**subscribed** 487:12
**subsequent** 196:10

**subsequently** 321:3
356:11
**subsidies** 90:16
**subsidized** 145:19
**substance** 264:3
**substantial** 142:24
194:12
**substantially** 284:4
424:2
**successful** 306:21
**sudden** 168:22
**sufficient** 324:11
**suggest** 31:12 32:16
33:7,24 48:18
388:7 461:15
**suggested** 36:4,13
36:17,20 58:17
88:19 98:20 160:3
172:23 194:4
240:19 302:7
379:10 410:7
422:13
**suggesting** 160:10
160:10 174:14
312:11 348:25
357:24 460:4
468:18
**suggestion** 90:3
198:24 379:17,20
420:18
**suggestions** 173:5,8
173:15 188:23
215:8 284:20
304:9 336:2 349:8
420:9,12 460:7
**suit** 19:21,24
**suite** 2:22 3:2,7 5:2
5:20 6:2,7
**sullivan** 2:3 15:10
**summertime** 195:19
**summit** 93:20 94:3
94:8 352:6
**sumner** 4:2 15:22
15:22 209:12
369:9,13,20

373:25 378:15
421:14
**sumnerr** 4:7
**supermarkets** 6:21
228:21
**supervision** 485:9
**supplied** 208:5
**supplier** 361:21
**supplies** 52:25 53:3
64:13 280:25
281:8 282:4
307:15 385:2
401:11
**supply** 29:22 30:13
30:20 31:24 32:6
32:14 34:11,16,19
42:18,25 43:11,18
43:19,21,22,24
44:7,15 45:12,13
45:18,22 48:19
52:22 78:8 94:4
143:23 148:22
151:6 160:4,8,16
164:4 170:12
172:15,19 174:4
195:5,14,20,22,25
198:15 199:2
205:19 206:22
207:8 208:2,11
213:6,10 215:7
273:16,21 281:20
281:20,21 306:9
384:23 390:2
398:21,25
**support** 13:1 90:16
194:24 309:13
323:14 483:3
**supported** 336:13
**supporting** 364:24
**supportive** 351:4
**supposed** 210:18,24
238:22 302:14,18
471:4
**supposition** 336:6
**supreme** 118:22

119:4 126:2,13,15
**sure** 27:3 55:13 76:7
84:6,9 97:15
121:10 127:25
161:19 179:10
195:2 208:4
209:13,17 213:25
216:18 224:20
238:11 257:11
262:13 288:16
292:10 296:16,23
299:9 300:21
309:15 317:16
325:14 335:8
374:20 375:5
377:17 384:17
401:13 424:19
450:7 464:19
**surplus** 64:13
141:19 144:6,15
147:23 274:25
**surprise** 284:5,5
424:13 468:13
**surprised** 225:25
284:6
**surrounding** 307:23
**survey** 40:5 171:21
172:5 249:19,24
251:2,15,17 430:4
**surveying** 171:19
**survive** 90:9
**suspect** 371:5
**swanson** 409:7,7
**swear** 17:12
**switch** 477:4
**sworn** 17:16 22:3
485:6 487:12
**system** 220:11,17,23
221:8

**T**
**table** 82:24 128:12
214:9 380:2
392:24 394:24,24
395:21 397:6

398:15 400:4
**take** 20:11,18,21
31:8 34:22,23 37:3
51:9 58:17 63:9
66:7 72:9 86:22
99:4 104:12 114:4
117:13 140:15
144:19 145:11
150:13 153:9
177:14 181:16
182:19 184:6
191:13 194:23
201:16 203:3
208:22 211:23
222:4 231:22
232:14,25 246:3
247:17,18 250:14
256:5 259:4,6
265:16 269:14
274:20 275:2,3,15
284:8 294:5 309:3
309:6,18 311:5
314:12 357:4
371:25 410:24
412:17,24 413:2
419:14 421:4
422:6 427:13
432:7,19 435:21
436:15 437:16
439:23 444:25
448:17 449:21
453:16,18 462:21
463:15,17 467:10
476:8 481:21
**taken** 1:12 37:10
83:24 99:11 143:9
143:15 145:20,25
146:22 191:22
232:19 245:23
259:13 309:24
324:11 372:6
380:20 402:15
412:20 471:15
485:5
**takes** 388:19 430:25

449:22
**talk** 33:2 34:9 51:5
59:9 62:7 63:25
115:15 174:6
193:10 340:10
349:20 399:9
408:10 439:13
474:18
**talked** 43:25 44:7,24
45:4 68:8 123:14
174:3 290:23,23
304:7 438:21
440:2 441:23
451:6
**talking** 22:13 25:23
38:9 44:3 45:11
57:5 76:8 80:23
85:24,25 93:14
115:21 155:21
158:11,15 168:10
169:14 226:13,14
235:16 237:24,25
247:8,9 248:24
306:6 315:15
317:18 335:9
360:5 378:23
390:22 408:15
428:8 441:4,19
452:25 458:22
474:17 480:11
**talks** 168:8
**tall** 258:2
**tampa** 255:24
**tantamount** 292:18
**tape** 99:9,20 191:20
193:7 259:10,23
310:4 372:4,10
454:7
**task** 86:22
**tasks** 83:24 187:18
**taught** 430:5
**team** 30:8
**teeth** 460:8
**telephone** 38:25
76:15,21 406:15

**telephonic** 4:11
**tell** 19:17 22:3 23:8
38:22 47:25 60:14
75:6 79:11 81:24
86:11 94:16 150:4
160:25 173:25
184:21 219:18
221:6 237:20,21
275:18 290:8
359:7,9 363:23
364:5,11 368:15
368:20 397:17
405:14 407:7
413:18,24 416:23
422:9,13 432:20
439:12 444:24
445:25 457:24
473:22 485:6
**telling** 86:9 129:20
458:10
**temper** 283:25
284:17 423:23
**ten** 65:25 107:19
130:12 232:21,22
**tender** 383:7 386:17
**tends** 273:22
**tenyear** 194:5
**term** 104:9 188:4
228:21 306:8,10
325:9,22 428:3
**terminated** 358:16
**terminates** 357:5
**terminology** 146:12
153:18 326:18,19
326:23
**terms** 44:22 279:5
415:7 425:23
451:9
**terrible** 336:23
**terrie** 229:9 404:7
404:13,14,16
**test** 69:24 284:25
**testified** 17:16
236:21 405:23
411:13 413:15

434:10 455:3
479:11
**testify** 103:5 232:9
  236:23 326:2,2
  366:21 367:2
  410:19 429:18
**testifying** 431:25
**testimony** 7:3 20:11
  37:22 38:16 44:10
  47:4 67:23 68:22
  77:2 110:14
  145:25 151:4
  175:16,21 227:6
  248:22 261:10
  381:14 456:2
  457:15 458:18
  467:19,23 468:6
  468:10 475:14
  485:5,7,10
**testing** 92:22
**texas** 5:9
**thank** 18:17 101:23
  106:24 189:6
  237:4 380:10
  381:12 401:24
  412:6 431:14
  435:20 439:22
  453:8 471:10
  483:25 484:4,11
**thanks** 231:19
  272:20 373:9,10
**thats** 21:4,7 24:2,19
  25:2 27:8 32:24
  43:7 52:23 55:5,8
  62:11 66:24 67:12
  69:4,15 71:23
  72:10 82:6 88:14
  90:10,18,25 93:3
  105:10 108:2
  111:6 119:10,19
  122:13 129:14
  130:13 132:24
  136:23 137:6
  144:6,7 146:2,6,7
  147:5,6 160:18

161:13,18 163:18
165:3 167:19
168:9 169:17
172:12 177:2
184:19 185:15
191:10 198:22
200:12 203:4
207:11,12 209:12
212:25 215:3,4
216:9,12 218:25
219:23 229:7
230:3,14 232:8,23
236:12,25 239:16
248:7 252:8 253:4
255:19 269:9
276:8,16,17 279:3
287:19 288:2
295:6,6,8 296:14
297:22 302:4
303:22 305:25
306:16 307:18
308:8,12,22 309:5
309:7 311:14
318:5 319:17
322:3 328:8 338:2
338:8,22,23,25
343:5 344:19
347:11 348:20,25
356:10 357:11
360:7 361:24
363:7 366:3,18,19
368:14 369:16
370:4 373:6
378:14 379:25
380:2,3,10 382:14
384:2,3 388:6
389:18,18,21
393:7 399:13
401:19 404:11
408:5,19,25
411:12 414:2
417:12,15 429:23
430:14 439:14
440:17 441:17
446:21 451:23

452:7 457:20
463:2 465:7 466:6
470:13 471:3
479:6,7,20 483:17
**theirs** 342:4,4
**theories** 398:18
**thereof** 485:11
**theres** 25:6,7 47:25
  61:20 64:21 66:19
  66:20,22,25 71:21
  71:24 78:10 79:10
  81:7 93:19 94:16
  124:4 128:11
  148:21 160:23
  162:4,10 167:22
  168:25 178:7
  180:11 185:14
  190:18 205:4
  209:7,14 214:8,9
  220:10 221:7
  224:24 232:18
  234:8 235:4 236:9
  241:9,21 244:14
  247:5,6 252:15
  261:14 262:7
  297:7 301:10
  304:14 305:19
  313:10 315:17
  319:5 326:13
  332:20 346:7
  347:20 350:6,23
  370:7 381:20
  388:7 393:4
  395:20,23 400:3
  451:13 461:13
  462:11 463:14
  465:4,8
**theyll** 265:13
**theyre** 34:21 46:4
  51:8 57:8 83:11,17
  84:25 96:13 100:9
  103:9 104:12
  125:20,21 145:5
  147:23 162:3
  171:3 174:10

235:3,10 236:4
238:5,12 276:20
306:15 311:13
312:2 336:10
341:11 344:14
349:9 367:24
380:12 382:8
384:15,17 388:18
390:21,23 394:3,3
394:5 407:21
409:18 411:11
415:23 422:21
439:8 442:14
446:5 448:12,13
448:13,14,15
451:18,22 452:12
452:16 462:25
466:15,18
**theyve** 337:19
382:15
**thing** 29:6 32:23
  36:12,16,20 39:9
  61:3 74:4,25
  109:21 132:11
  167:8 188:19
  212:22 215:11
  219:3,20 239:9
  242:22 257:6
  262:4 264:15
  277:3 288:16
  295:4,11 332:11
  336:2 337:14
  338:2,9,25 368:19
  394:19 399:22
  410:6 417:10
  421:14 431:4
  438:19,23 439:17
  439:17 442:11
  446:14 450:4
  462:13,25 474:4
**things** 7:14 30:4
  32:15 33:24 35:16
  36:4 37:9 38:11
  46:7 57:25 58:10
  61:6,16 62:21

63:15 66:5 84:7
92:7 94:19 120:14
134:9 151:3 174:7
186:15 195:21
215:5 229:17
230:3 231:22
232:18,25 276:25
277:8 285:16
290:6 294:8
311:11 315:17
334:25 336:20
337:13 350:6
394:9 409:15
411:21 424:4
438:25 451:22
458:6 464:20
**think** 35:15 37:6,9
40:9 45:25 47:18
47:18 50:9,12
54:21,21 55:3
62:22 66:25 71:14
72:9 75:25 83:12
85:8,9 91:6,10
110:10 113:19
115:24 116:5,6,9
123:11 132:12
137:10 144:17
159:14,18 162:12
166:14 168:6,12
178:23 186:6
190:13 203:2
206:6 211:21
214:5 216:9
225:14 230:23
235:23 242:9
243:18 246:2
254:25 274:19
277:10 288:7
293:23,24 300:20
305:18 306:10
308:11 322:2,10
322:13,15,20
323:15 326:2
338:16 347:12
352:7 368:2

372:22 378:15
382:13 383:18
384:13 390:6,18
393:13 399:10
400:21 401:4
408:8,9 411:13
414:21 417:2,12
418:15,16 420:23
421:12 429:24,25
431:10 434:9,23
434:24 440:2,5,13
440:15,16 442:13
442:14,17 444:4
450:16 453:11
462:14 468:7
469:2 470:21
473:6,16 475:12
480:17
**thinking** 42:10
83:10 186:5
290:19 407:19
**third** 5:2 93:18
112:19 148:24
214:4 264:7
306:17 360:15
387:15 398:18
427:23 428:7
436:8 448:4
**thirty** 486:16
**thought** 39:3 40:8
47:19 50:23 61:14
62:6 86:20 90:9
142:6 181:11
215:11 232:6
242:22 308:15,18
330:3,4 369:9
404:13 405:20
422:22 424:6
432:5
**thoughts** 83:14
**thousands** 85:23
86:2
**threats** 85:20
**three** 25:9 66:12,22
66:25 77:25 106:7

107:9 109:8 193:7
225:12 228:12
259:10 285:5
288:13 294:10,11
294:24 361:19
383:15 438:3,4
441:25
**threepage** 476:14
**throw** 188:24
**thrown** 234:21
**thutchinson** 3:15
**ties** 408:5
**tight** 243:10
**tighten** 195:25
282:3
**tim** 362:18 363:4
472:25 473:4,8
477:20 479:17,21
479:23,24
**time** 9:5 14:16 15:4
18:20 19:22 20:17
20:19,21 21:3
22:14,21 24:4,4,14
24:24 25:14,22
27:5,7,11,13 31:7
31:16 36:6,6,7,7
40:4,5,19 41:2,3,5
41:9,9,11,13,18,18
46:18,18,22,22
47:10,10 56:2,7,13
58:20 59:8,9,15,21
59:24 60:5,6,18,21
61:4 63:18 65:16
67:6,19 68:9,16
74:24 81:17 83:15
87:4,5 89:2 99:7
99:18 100:13
101:15 102:4,5,18
103:15,15,19,20
103:21 109:9
112:17 115:12
121:11,11 123:7,7
128:2,2 141:2,9,16
141:16,20 144:5,7
144:14 152:6,8

153:8 156:13,18
162:7,7 167:6
173:13,17 174:5
183:18 190:15
191:18 193:5,18
195:22,22 198:5
201:18 202:24
204:3 205:12
211:23 214:4,9,14
215:18 218:7
222:10,10 224:13
226:24 227:18
230:23 232:7,7,11
234:23,23,24
241:6 242:20
243:5,19,21
244:15 247:15,16
255:2,5 256:9,13
259:8,21 264:8,9
265:9,13,15
269:22 273:6
274:25 278:15
280:8 282:7
284:23 288:20
289:8 291:4,14
294:2,2,2,6,6,6
297:13,25 299:23
300:9 304:21
307:4 308:19
309:8,20 310:2,17
314:12 323:15
328:24 329:12,14
334:10 335:3,6,8
342:2,13 349:2,14
351:15 356:13,15
360:2 365:16
367:4 372:2,8
373:9 376:15
380:6,16,22
386:16 388:11,22
391:2 392:13
395:6 397:15,15
400:22,22 402:11
402:17 406:5
409:10 412:24

414:25,25 418:6
430:12 431:2,23
432:5 434:2,21
439:13 440:17,23
441:4,5 448:17
453:22 454:5
459:17 460:4
465:9,14,16,17
466:21 469:13,23
471:11,17 479:9
484:13 485:6
**timeline** 84:10 92:6
316:10 478:21
**times** 19:14 20:4
24:11 32:22 43:18
48:5 60:4 100:9
143:11 144:15
147:15 151:5
157:3 160:20
201:13 247:12,14
284:20 288:12,13
290:25 294:11,24
343:10 350:21
441:24
**timetable** 336:12
338:10,15
**timing** 205:14
289:23
**tiny** 243:16
**tired** 91:7 366:25
367:3 405:13
**title** 31:8 42:8
275:15 384:21
467:7,10
**titled** 9:4 58:9 91:21
154:21 177:12
213:10 214:14
215:18 278:4
304:16 334:18
**toast** 81:19 86:15
**today** 14:15 17:20
18:18 20:17 21:2
21:25 22:13 25:22
146:14 284:20
353:22 373:9

376:12 393:20
395:5 405:8,22
413:3 417:16
420:22 434:9
439:3 455:16
466:16,18 479:11
483:24
**todays** 382:10
**told** 87:22,25 134:19
135:15 138:6,13
151:6 203:4,16
308:5 330:22
332:14 356:16
361:25 370:24
393:11 400:22
407:8 408:14
420:10 430:9,17
471:2
**tolerate** 43:21
**tone** 216:6,14,17,20
**tool** 242:6
**tooth** 392:21
**top** 69:5 73:4 95:4
180:10 201:23
205:11 208:19
213:5 234:7
249:16 268:10
269:15 272:19,24
287:2 394:9 397:5
403:15 432:17,19
432:24,25 433:3
436:5
**topic** 279:2
**topics** 279:9 455:12
**tore** 409:18
**torres** 6:12 192:19
**tossing** 120:7
**total** 41:15 208:23
221:11
**totally** 84:8
**touch** 141:22
**touched** 61:16 62:11
228:16
**track** 294:13
**trade** 29:13,14,16

75:21 101:15
108:8,25 109:2,5
194:22 228:19
292:19 295:14,18
295:18,24 311:6,9
311:13 318:18
319:25 324:13,19
363:16 366:14
368:9,17
**trader** 418:8
**trading** 417:21,24
466:9,24
**traditional** 273:20
**trailing** 477:8
**transcribed** 485:8
**transcript** 244:13
375:4 486:17,18
487:3,6
**transcription** 485:9
**transition** 23:20
25:17 256:17
341:15
**transportation**
252:23 275:8
**travel** 95:16
**treated** 53:14
328:16 353:22
**trees** 313:9
**tremaine** 5:1
**tremendously** 74:18
**trial** 17:22
**trick** 137:11 159:8
**tricking** 159:10
**tried** 29:24 31:2
35:16 173:19
188:10 276:8
363:24 473:9
**trim** 461:18
**trimmed** 463:9
**trimming** 252:22
253:11 461:11,14
461:22 463:4,14
464:6,9,13,17,21
464:25
**trouble** 130:13

399:8
**troy** 3:12 16:10
404:22 471:24
477:7
**truck** 274:21
**true** 43:24 146:6
253:4 282:11
308:12 331:21
332:6 333:2,7
485:9
**truly** 292:15
**trust** 394:23
**truth** 22:5 174:2
485:7,7,7
**truthful** 381:14,18
**try** 22:8 27:3 30:5,5
32:19 36:9 48:18
56:25 68:7 82:14
90:24 109:22
110:15 137:11
144:15 163:20
182:23 189:11
214:6 236:8
246:24 270:13
274:16 318:15
347:18 401:10
481:20
**trying** 35:10 100:22
134:8 173:22,25
174:4 176:21
186:15 207:21
215:7,8 216:16,19
216:25 264:5
294:13,20 307:18
309:8 319:11
323:14 339:10
340:2 341:8
342:16 368:10
385:22 433:8
458:5,9 465:14
475:13 480:17
482:11,16
**tuesday** 1:9
**turkeys** 382:24
**turn** 14:7 53:7 69:3

190:10 201:22
208:18 216:23
249:15 264:16
265:18,21 272:11
332:18 387:14
391:25 419:20
427:19 465:4
472:21
**turned** 301:18
**turnerdodge** 2:4
15:12
**twice** 19:15 322:3
**two** 1:13 4:3 14:19
19:18 20:4 22:17
61:15 66:12 75:14
87:4 99:20 105:7
142:11 162:11
167:5 179:11
180:16 188:3
189:8,13 190:10
190:12 191:20
215:5,8 232:18
235:13 238:2
244:8 247:6
256:24 263:23
264:7 269:5
272:21 286:5
294:10 321:8
332:18 336:20,22
346:9 375:8 378:6
383:17 384:20
418:15 423:17
443:12 451:13,15
462:12,15 463:22
**twopage** 376:5
**twosided** 357:23
**twoyear** 104:9
**type** 29:17 71:18
78:7 100:7 225:19
250:16 306:13
**types** 38:11 51:10
51:11 52:5 53:21
**typical** 48:7 384:9
**typically** 388:15,16

## U

**uc** 39:19,20 411:11
411:17
**ue** 8:20 196:22
**ue002** 334:5
**ue0063296** 7:24
140:10,21
**ue0064456** 8:8
165:13,19
**ue0064459** 8:8
165:14
**ue0067353** 9:6
214:16,22
**ue0072463** 10:22
333:22
**ue0072466** 10:22
333:23
**ue0134556** 10:5
270:20
**ue0135552** 10:5
270:20 271:2
**ue0146198** 9:24
267:21 268:3
**ue0153366** 9:22
259:17 260:3
**ue0153368** 9:22
259:18
**ue0153388** 9:17
233:16
**ue0153390** 9:17
233:16
**ue0153457** 8:22
204:7,13 376:4
**ue0153458** 8:22
204:8
**ue0153459** 8:20
196:21 197:3
**ue0155086** 8:17
187:4,9
**ue0155089** 8:17
187:4
**ue0155821** 11:22
391:9,15
**ue0155831** 11:22
391:9,15

**ue0158940** 9:18
244:21 245:9
**ue0159036** 9:14
227:23 228:5
**ue0159037** 9:14
227:23
**ue0170130** 11:17
383:23 384:4
**ue0170141** 11:17
383:23
**ue0170418** 11:16
383:11,19
**ue0170429** 11:16
383:11
**ue0200092** 12:7
412:13
**ue0200099** 12:7
412:13
**ue0204500** 8:24
212:13,19
**ue0210657** 9:9
217:8,15
**ue0210658** 9:9
217:9
**ue0215485** 8:10
177:6,12
**ue0215486** 8:10
177:6
**ue0220384** 11:7
354:5,15
**ue0294894** 10:9
285:9 286:12
**ue0294895** 10:9
285:10
**ue0297726** 8:6
154:14,20
**ue0297730** 8:6
154:14
**ue0307912** 8:16
181:23 182:5
**ue0307914** 8:16
181:23
**ue0307919** 8:13
179:15,22
**ue0307923** 8:13

179:16
**ue0309108** 11:6
352:14,24
**ue0309109** 11:6
352:14
**ue0427776** 10:7
277:15,21
**ue0427777** 10:7
277:15
**ue0641382** 11:11
362:8,16
**ue0649033** 10:19
313:20 314:3
**ue0649048** 10:19
313:21
**ue0754417** 7:16
91:14,21
**ue0754424** 7:16
91:15
**ue0809972** 12:11
460:14,21
**ue0809984** 12:11
460:14
**ue0834380** 9:20
254:2,8
**ue0834381** 9:20
254:2
**ue0879102** 12:12
476:2,13
**ue0879104** 12:12
476:2,15
**ue0880125** 11:24
396:7,14
**ue0880127** 11:24
396:8,15
**ue0888743** 10:17
303:6,14
**ue0888745** 10:17
303:7
**ue0944695** 10:13
285:23 286:17
**ue0944696** 10:13
285:23
**ue0944814** 10:12
285:22 286:15

**ue9** 286:17
**uea** 9:10 76:4,9
   77:12,18,20,23,24
   78:2 79:2,14,25
   80:9,12,15,18 81:3
   81:5 101:21,23
   222:12 223:11
   224:25 227:2
   241:10,13 346:22
   346:23 347:2,5
   350:24 351:13
   434:10,11 435:5
   436:17,19
**ueaallied** 351:3
**uep** 7:14,16,21 8:4,9
   8:11,21 9:7,15
   11:4 19:21 22:13
   22:15 23:3,6,8,10
   23:17 24:12,20
   26:2,7,16,17 27:14
   27:20,21,25 28:7
   28:11,13,23 29:6
   29:12,21 30:12,19
   33:9,23 34:19
   36:13,23 37:2 38:3
   38:11 39:12 40:14
   40:20 41:3,10,20
   46:18,22 47:9,20
   48:9 49:9 51:3,4,6
   51:11,23 52:2 56:6
   57:24 58:9 61:18
   62:9 64:4 65:18
   71:23 72:2,3,14
   73:6,8,13,24 75:20
   76:9,10,17,21
   77:11 79:14,18
   80:2,7,19,23 81:14
   87:3 90:4 91:14,22
   93:10,12,19 94:2
   94:25 96:6,17
   97:24 100:13,14
   101:18 102:12
   103:19 106:7
   107:9 108:8,24
   109:2,5,8 110:15

112:17,25 113:19
114:4,24 115:16
116:17,18 117:7
118:6,9 119:13,23
120:23 123:12
125:9 127:5
128:14 130:21
131:19 133:10
134:15,18,19
135:14,14 138:6,6
138:7 139:21
141:3,10,15,23,25
142:17 145:19
149:11 151:9,10
151:16,22 152:5
152:13 153:16,25
154:2,4,11 155:18
160:3,13,15 166:6
169:21 172:7,18
174:5 177:4,12
179:13,24 182:8
183:5 184:5,12,24
185:11,23 186:4
186:10,16 188:22
190:23 191:7
195:3,4,12,24
196:12 200:10
203:10,10,24
204:6,17 205:17
208:20 210:13
212:21 215:16
217:6,18 219:8,9
219:13 220:25
221:21 223:3
224:15 225:3
226:16 229:15
231:9 233:13,22
235:12 236:9
240:10 243:6
245:22 247:17
249:5 250:15,19
251:25 255:13
264:10 272:20
274:23 275:25
276:13 280:10

281:12 282:6
283:3 284:16
287:2,9 288:6,8
289:3 291:13
292:7,15 293:12
293:16,21 295:14
296:6,17,22,23
297:13,24 298:17
300:10 302:20,24
305:13 306:21
307:12 309:12
310:19 312:4,10
321:14 324:6,11
324:24 326:17,21
327:19,20 328:8
329:17,25 331:14
332:21 339:15
343:24,25 346:8
346:18,21,22
351:4,19 352:12
352:25 354:11
355:19 356:6,19
356:22 360:17
361:2 363:8,17
364:7,24 370:21
371:8,12,16,21,22
374:10 375:11
376:5 379:2
382:25 387:18
390:24 395:6
401:14 403:25
405:24,25 406:5
406:22 413:12
415:18 416:19
417:4,21,24 422:9
425:18 426:8,16
426:22 427:8
428:9 432:12
433:15,25 434:4
434:25 435:5,7,12
435:13,14,18
436:13 442:21
443:25 444:5,8,18
447:17 448:23
450:6 458:20

462:16 463:21
464:12,16 466:10
467:2,6 474:12,24
480:20 481:2
483:2,12
**ueps** 80:5 81:8 92:9
   92:17 127:20
   128:17 134:18
   135:15 141:14
   149:2,3 153:7
   161:22 171:19,21
   178:7 188:7
   215:25 251:15
   287:16 311:7
   316:14 318:8
   327:3 347:14
   351:23 359:21
   368:3 374:13
   375:15 376:13
   378:20
**uepusem** 414:5
**uhhuh** 61:10 94:7
   102:16 118:5
   119:21 122:12
   159:21,24 172:9
   182:13 215:21
   218:11 230:15
   246:13 253:5
   261:3,11 271:10
   282:19 291:21
   299:22 303:21
   307:3,10 311:17
   320:22 322:8
   357:10 369:18
   379:4 383:6 389:7
   390:4 391:21
   395:4 413:4,10,17
   414:6 419:19
   425:6 428:23
   436:3 440:4 453:2
   459:6 461:25
   463:23 473:3
   474:13
**uhuh** 468:4
**ultimate** 213:18

**ultimately** 292:15
324:10,24
**unacceptable** 194:6
**uncanny** 282:2
**uncertified** 438:18
**unclear** 21:4 27:10
227:5
**unconcerned** 253:9
**uncovered** 312:12
**underline** 307:2
**underneath** 246:12
248:24
**understand** 21:25
30:15 33:22 36:22
60:23 63:4 72:15
76:8 77:25 86:3
96:15 106:23
114:17 126:19
144:9 146:10,13
151:3 181:7
190:11 216:10
246:9,23 247:22
248:11,16 272:2
273:5 280:7
317:21 374:19
376:18 395:16
401:6 402:4
410:20 417:11
443:9
**understandable**
21:3
**understanding**
105:14 106:6,9
108:19 109:24
118:20 119:3
126:8 127:8 138:5
243:4 246:21,25
292:22 301:25
302:13 323:2
331:3 335:7
410:20 411:16
442:6 478:17
483:14
**understood** 21:9,20
21:24 23:3 30:18

33:2 35:20 48:23
59:19 60:8 67:4
93:16 115:19
248:2 288:24
295:7
**undertaking** 291:10
**unethical** 360:24
**unfair** 292:19
311:13
**unfavorable** 37:12
145:4
**unfortunately**
104:14 185:20
**unhappy** 231:23
**unify** 72:3 73:7,8,24
74:7
**unifying** 73:23
**united** 1:1 4:8,8 8:7
8:14 10:4,21,23
12:8 14:24 15:20
15:20,23,24 18:16
18:25 23:2 45:19
75:4 78:25 80:13
80:16 154:21
165:12,19,22,24
166:10,13 167:4,5
167:16,17 181:20
270:18 271:3,9,11
275:7 299:18
318:18 319:24
325:19 326:14
333:21 334:6,9,13
334:15 336:14
345:17 346:2
397:11,13 413:12
414:8,11 435:23
460:11,22
**universities** 166:4
**university** 112:3
397:9 430:3,6
**unprofessional**
137:7,11
**unreasonable**
473:17
**unredacted** 378:4

378:19,24
**update** 7:17 90:24
99:14,25 100:18
299:19 300:10
**updates** 101:10
451:7
**upright** 258:13
**upset** 87:9 216:23
217:2 407:22
**urge** 284:16 306:24
**urged** 181:4,14
283:24 422:3
423:18,22
**urner** 11:15,17
359:2 381:24,25
382:19,21 383:2
383:10,22 384:9
385:5 389:17
394:11
**urquhart** 2:3 15:10
**usda** 30:4 75:8,11
75:19 100:11
123:9 163:7 166:4
234:25 258:17
302:7 323:13
346:22 391:18
392:19 393:24
398:9 407:16,21
408:17 411:11,18
411:22 451:18
471:6
**use** 113:22 118:10
118:14 169:8
216:16,19 318:8
325:18 326:17
327:3 337:17
339:11 350:5,9
351:19 379:11
382:13,17 409:19
411:10 446:4,6
471:4
**usem** 101:24 102:5
141:11,13,20,24
141:24 142:10
152:8,23 153:9

154:5 183:9,19,24
184:6,12 185:12
185:25 186:3,4,17
272:20,25 273:2
274:2,23 275:11
275:13 346:22
414:3 415:17,21
415:25 416:3,9,13
416:16,18,24
**usems** 185:3
**uses** 102:14
**usual** 388:23
**usually** 20:20 37:15
38:3 100:21
156:16 237:18
382:17 452:5

**V**

**vacant** 199:19,22
201:5
**vague** 106:22
**valhalla** 45:15
**validate** 452:18,22
**validated** 196:10
**valley** 268:17 269:6
269:20,23,24
**values** 142:5 147:4
429:6
**variations** 243:16
**varied** 103:11 342:3
449:19
**variety** 25:7 188:18
315:17
**various** 32:22
103:11 183:7
**vary** 452:8
**vegas** 9:11 222:14
223:4
**vehicle** 78:22 183:13
**venture** 41:14
**verbally** 21:13
134:25
**verifying** 202:11,15
**veritext** 6:11 14:14
17:11

**version** 378:4,24
**vertical** 118:7
**vetted** 234:23,24,25
**viable** 291:14
**video** 59:4 161:7
    191:25
**videographer** 6:25
    14:3 17:10 58:20
    60:17 99:7,18
    191:18 193:5
    259:8,21 309:20
    310:2 372:2,8
    380:16,22 402:11
    402:17 453:22
    454:5 471:11,17
    484:13
**videotaped** 1:11
    146:15
**view** 50:18 80:25
    107:12 221:20
    283:20 307:4
    311:19 350:13
    461:18
**views** 80:19
**violation** 137:4
**violations** 440:7
**virtual** 6:11
**visit** 335:10
**vital** 242:5
**voice** 28:23 29:7
    83:19 84:4
**voices** 8:7 10:4,21
    10:23 80:13,16
    165:12,19,22,24
    166:10,13 167:4,6
    167:16,17 270:18
    271:4,11 333:21
    334:7,9,13,15
    345:17 346:2
    435:23
**void** 141:21 395:23
**voids** 395:24 396:3
**volstead** 122:23
**voluntarily** 150:21
    151:3 213:6,10

358:15
**voluntary** 30:16
    32:9 33:4,5,18
    34:5 87:12 142:15
    180:21 202:14,16
    203:7 213:14
    215:8 222:3
    292:16 348:23
    349:19 367:12
**volunteered** 292:24
**vote** 435:14,15
**voted** 190:22 351:18
    351:22
**vulnerable** 309:5

_____
**W**
_____
**wait** 20:13 22:8
    55:20 67:23 71:16
    93:21 244:12,16
    405:17
**waiver** 376:13,19
**waldbaums** 205:12
**walk** 258:3
**walked** 83:4
**wall** 409:13
**walmart** 52:15
    372:13
**want** 20:18 24:7
    32:11,13 33:14
    34:6 44:22 47:6
    48:4 55:6,15 56:8
    57:7,10,16 60:10
    61:5 72:18,19,22
    75:22 78:21 82:13
    90:16,17,17 92:7
    96:14 109:20
    128:11 138:4,23
    139:9 148:9
    149:17 164:18
    166:18 179:6
    180:7,10 182:17
    186:9 190:11
    194:7,8 204:2
    207:23 211:11
    227:13 232:5

242:6 246:8
    264:12 265:4
    269:11 270:11
    280:20 290:6
    300:21,25 308:23
    308:25 309:12
    319:6 343:8
    349:17 357:21,25
    366:25 373:19
    376:9 382:16
    394:12 395:14
    420:3,22 421:24
    423:10 433:7
    434:6 436:15
    441:13 450:2
    453:16,17 458:6
    476:8 477:14
**wanted** 32:24 41:7
    49:22 59:14 73:2,3
    77:6 80:6,24 93:7
    97:25 104:7
    115:25 128:9
    129:24 139:2,25
    141:7,15,16
    142:14 144:3
    145:16 171:2
    181:8 183:12
    186:10,16 189:3
    203:11,17 211:15
    219:12,13 224:16
    239:4 247:7 265:5
    265:15 266:21
    271:20 276:16
    280:13 288:20,22
    291:6 327:13
    335:13,13 361:23
    361:24 378:4
    425:23 441:9
    443:2 446:14,14
    450:2 474:6
**wanting** 38:19 44:21
**wants** 55:11 89:13
    237:10 269:12
**warn** 108:12
**washington** 3:3 5:2

5:15 6:7 8:5,12
    28:24,25 29:8
    154:13,22 163:12
    179:14 190:22
    274:19,21 275:23
    275:24 276:13
    313:17 387:13
**wasnt** 23:23 41:17
    42:25 67:3 83:7
    90:9 107:24
    121:23 167:12
    176:15 200:14
    225:16 240:18
    243:22 322:14
    335:8 361:14
    374:3,5 404:16
    418:24 450:3
**waste** 337:23 338:19
**watched** 82:19
**way** 24:8 29:3 34:2
    44:4,23 52:23
    54:16,23 70:9
    79:10 90:19 108:6
    139:4 140:4
    144:13 145:18
    147:25 162:23
    163:14 215:9
    220:20 234:19
    235:4 236:8
    238:12 246:24
    247:11,16 253:14
    255:19 257:11
    263:12 265:6,6,7
    305:18 307:22
    318:15 330:16
    337:7 342:23
    349:10 401:25
    406:21 438:16
    440:22 451:23
    452:19 462:6
    464:17 474:7
**ways** 25:7 38:22
    47:10 48:2 68:25
    69:2 72:9 188:3
    247:6 281:24

314:20 451:13,16
**weak** 28:22 64:13
    401:19
**weasel** 86:18 409:20
    459:2,5,10,14
    461:8
**weather** 195:18
**wed** 43:5,6 129:18
    144:7 188:24
    189:4 296:3 410:7
**week** 164:5 166:3
    364:6 368:6
    417:17 440:11
**weeks** 164:16,20
    202:4 348:17
    349:21 448:10
**weigh** 422:14
**weil** 3:1,4 16:5
    403:8
**welcome** 20:21 61:8
    231:16 458:4
**welfare** 8:9 9:10,15
    9:21 10:7 81:8,15
    82:20 83:6 85:16
    92:9,16,18 95:2
    98:19 152:19
    160:24 162:20
    174:23 177:5,13
    177:24 180:12
    187:16 188:2,12
    189:4 190:25
    208:6 215:10,23
    219:12 221:4
    222:13 223:4,12
    223:18,22 224:14
    233:14,23 247:18
    251:3 255:2,13,13
    255:14 259:15
    260:5 264:25
    277:14 278:4
    292:18 293:14
    301:19 305:24
    306:11 307:19
    308:2 310:22
    312:13 313:5

316:21 317:10
    322:11 335:14
    336:7 338:25
    351:19 379:11
    407:9,20 409:9
    418:18,19 421:10
    424:15 428:5
    429:12 432:12
    433:13 434:25
    436:23 437:8
    438:19,24 439:11
    462:24 471:5
    474:9 478:7 479:3
    480:9,14 481:3,22
    482:17
**welfarist** 312:21
**welfarists** 82:21
**wellbeing** 305:20,21
**wellness** 407:17,18
    407:22 408:2,18
**wendys** 342:22
**went** 23:20 24:11
    43:8 44:2 63:22
    66:4 68:19,24 69:2
    80:22 82:18
    142:16 174:3
    258:8,11 290:24
    308:8 335:10
    339:22 392:14
    406:9 416:13
    441:23 456:20
    459:17 480:8
    481:17
**weve** 38:9 43:19
    58:5 86:25 96:8
    99:23 100:8,12
    120:6 140:15
    145:20 154:19
    158:3 214:5
    228:16 254:6
    259:2 283:24
    284:19 288:9
    303:11 306:6
    314:2 318:19
    327:7 353:21

355:14 362:12
    365:9 372:25
    388:17 393:25
    395:25 412:20
    422:3 423:18,22
    439:2 443:10
    451:23 455:16
    463:5
**wgoodman** 6:16
**whats** 39:7 52:20
    66:17 71:6 92:23
    94:8 106:15,19
    111:2 118:20
    126:8 134:21
    138:9 143:18
    159:15 160:8
    177:10 179:21
    180:12 182:3
    196:16 201:4,7
    204:11 206:21
    211:2 212:17
    214:20 217:13
    222:20 228:3
    233:20 245:2
    246:11 260:2
    261:16 267:25
    270:24 277:19
    285:14 288:15
    297:10 311:9
    316:25 331:3
    334:3 345:23
    352:22 354:13
    376:20 399:12
    439:15 472:3
    475:5,9 476:7,10
**whispering** 14:6
**wholesale** 49:4
    66:11
**wholesaler** 6:22
**whos** 390:15
**wide** 174:14 222:5
**widely** 171:15
**widest** 307:14
**wilcox** 180:14
**wild** 48:24

**william** 6:13 192:18
    192:24
**willing** 54:15 55:16
    57:8 160:21 212:4
    274:3,9
**willingness** 399:18
**wing** 332:14
**wings** 332:2,16,16
**winndixie** 6:21
**wise** 121:18
**wish** 85:21
**withdraw** 354:10
    373:15 465:15
**withdrawal** 360:19
**withdrawing** 354:23
    356:5,16 357:2
    362:22
**withdrawn** 366:8
**witness** 13:3 15:3
    17:12 32:4 33:21
    34:14 37:22,23
    38:15,17 40:19
    42:24 43:16 44:10
    44:13 47:3,16
    48:15 49:14 50:8
    50:23 51:18 54:20
    55:25 56:13,19
    57:13 59:10,22
    60:4,20 61:23
    62:16 63:20,22
    67:11,23 68:5,22
    69:22 70:12 71:19
    73:11 74:4 76:25
    77:3 80:5,22 82:4
    84:13,15,19 87:17
    87:20 89:4,17 91:6
    97:22 98:15 103:3
    103:6,7 105:19
    107:5,17 109:16
    110:5 114:20
    125:6,13 126:12
    126:22 127:23
    128:21 129:6
    130:3,4 131:2,6,24
    135:3,10,25 136:7

136:20 137:12
138:13,14,16,21
139:14,20 143:21
147:2,22 150:6,10
152:2,12 153:3,13
156:22 157:10
158:23,25 159:6
165:7 168:18
171:10 175:16,21
175:22 176:7,9,18
184:17 186:21
193:3,21 195:9,17
196:6 198:18
199:5 201:10
202:20 203:16
206:6,25 207:11
208:16 211:18
218:17 220:14
225:22,24 229:23
235:22 236:20,24
237:5 238:20,21
239:2 240:13
241:18 243:10
247:5 248:14,21
250:3 251:7
252:12 253:20
267:3,13 270:8
272:2 273:14
276:23 281:15
283:6 298:11
300:6,15 305:5
311:22 312:17,19
315:11 316:19
318:13 319:16,19
325:25 328:21,23
329:20,21,23
331:7 333:4,12
338:6 339:5
341:24 342:25
343:5 344:25
345:4,6,11 349:24
351:10 352:2
356:10 359:12,16
365:17 366:23
367:3 369:11,15

369:18 370:11
371:13 373:10,20
375:17,21 376:22
377:11 378:11
380:3,6,9,13 385:9
389:11,13 390:18
392:9,12 393:10
393:19,22 394:14
394:18 395:22
399:5 400:10,22
401:5,24 402:6,23
404:20 406:4,12
410:15 411:20
412:4 417:7
418:14 421:12
423:8,18 424:19
424:24 425:6,12
425:25 426:6,14
426:25 427:6
429:3,15,22 431:8
431:24 433:6,9,11
434:17 435:4,10
437:5 440:9,21
442:4,23 445:4,14
445:23 447:7
448:8,25 449:8
450:12 452:16
453:10,17,21
455:22 456:4,23
457:13,19 458:9
458:11 462:20
466:15 468:23
470:7 475:18,21
476:17,22 484:6,9
484:17 485:10,12
486:2
**wont** 60:25 69:7
284:25 377:20
**woodwork** 313:11
**word** 19:8 150:16
160:17 165:3
235:18 248:3,4,6,7
308:11 348:22,25
349:4,13,13,18
438:10 459:18

470:21
**wording** 186:6
224:16
**words** 27:22 33:8
82:4 86:18 155:18
176:5 178:25
185:14,20 208:8
253:13 281:4,9
284:9,11 295:20
296:2 302:2,3,14
318:8 329:5,6
377:6 409:20
459:2,5,10,14,22
461:8
**work** 22:18 30:12
48:20 49:10 54:23
81:8 96:13 98:10
98:14 121:25
141:11,13 180:12
188:12 209:5
222:4 280:8 288:8
371:22 409:5
**workable** 48:21
**worked** 40:20 46:3
74:22,23 200:10
323:3 411:12
414:19 451:2
**working** 29:5 85:5
87:3 109:9 198:3
208:21 209:3
233:7 440:23,24
480:14
**workings** 72:16
**works** 257:21
**world** 290:11
**worst** 219:14
**worthwhile** 422:22
**wouldnt** 26:12 39:2
51:18 59:20
177:23 216:24
233:9 234:19
250:13 258:15
260:11 270:5
277:2,4 339:10
361:20 429:15

463:10
**wright** 5:1 6:5
**write** 62:17 88:20
166:12 281:18
367:7 472:7 473:9
482:25
**writes** 104:25 108:5
108:11 124:13
125:24 190:21
331:14 360:16
**writing** 166:25
363:11,15
**written** 27:22,25
39:23,24 98:25
111:9 141:2 167:4
250:22 293:12,17
293:20 295:3,12
296:3 323:12
355:17,24 397:9
**wrong** 79:10 93:24
115:25 116:5
295:22 348:22,24
421:13
**wrote** 62:23,24
63:12 81:14 167:7
167:18 228:11
284:11 303:19
334:15 349:5
363:21 365:24
421:15,18 423:11

**X**

**xyz** 360:4

**Y**

**yang** 72:24
**yeah** 19:20,25 21:11
21:19 29:20 30:14
35:3,6 40:25 51:4
53:3,18 54:20
57:13 60:12 61:19
72:11 82:2 92:14
95:24 97:22 106:8
107:11 115:23,23
118:5,5 122:7,18

124:18 125:13
133:6 142:11
152:2 157:5 165:7
168:13 173:4,6,16
174:9 178:9,11
180:15 185:13
189:21,21 190:5
190:20 193:21
201:25 202:24
205:22 232:12
236:14 239:13,25
243:14 246:20
248:9 256:10,10
257:17,20 261:3
262:3,6,18 271:10
271:10 278:18
282:19 283:6,15
284:10 289:5
290:22 291:21
303:16 304:2
307:6 311:22
315:4 316:4
317:11,15 318:5
318:13 324:15
326:20 330:14
332:11 334:17,20
334:23 335:22
338:6 344:24
348:19 356:3,23
358:4 368:19
369:18,19 384:24
385:9 387:12
389:23 394:22
396:17 398:3
400:11 404:16,20
411:20 413:4,20
414:13,25 416:3
419:11 420:13
425:7 427:19
428:11 433:4
435:13 436:18
440:4 446:3 451:8
453:2,21 460:24
465:6,11 466:19
474:16 476:9

483:5
**year** 18:22 23:19
30:24,25 37:10
40:9 90:7 91:25
105:3,15 168:12
190:22 197:19,20
198:4 200:11
242:16,17 272:18
283:17 288:13
297:2 399:24
443:12 452:4,9,9
**years** 23:6,15 39:21
45:8,8 65:25 75:14
82:15,19 119:7,8
130:12 139:21
170:9 183:8
193:14 194:10,11
196:10 197:21
200:10 203:4
204:3 232:21,21
283:11 285:5
303:2 336:16
361:19 375:23
382:2,12,16
390:25,25
**yep** 419:17
**yield** 211:11 212:5
344:23 345:8
**ying** 72:24
**yoder** 4:18
**york** 2:5,5,12,12
5:20,20 14:14
15:17
**youd** 55:3 58:16
183:10 185:21
188:19 190:11
314:14 443:19
462:13
**youll** 122:8 123:8
139:15 199:9
201:22 327:10
465:2
**youre** 20:21 21:25
22:22 27:10 32:18
35:9,10 38:2 44:23

59:21,23 61:8 69:4
80:25 81:25 90:13
91:8,9 92:22 93:21
100:22 110:6
111:4 122:2
125:15,16 128:10
135:4 136:17
138:15 139:10
140:16 145:7
155:21 157:20
159:3,7 160:25
168:4 173:16
176:4 177:15
184:21 203:25
209:13 210:22
212:3 216:15
218:2 222:7,23
237:17 238:8
245:11 246:2
257:11 258:25
261:4,20 272:16
273:21 275:6,11
280:21 286:6
294:15 295:8
304:25 305:12
306:2 307:18
308:25 309:4
315:14 316:2
336:19,19,20
341:8 348:24
357:24 358:5
366:16,20,24
375:23 378:18
386:12 394:16
401:3,17 410:19
418:5,6,7 429:7,8
432:24 439:19
452:25 456:8,17
458:4,8,9,15 460:6
462:23 463:15
468:18 475:12
476:16 477:7,15
**youve** 22:3 43:17
61:11,16 122:3
136:5 145:8 151:6

211:18,19 232:22
245:23 246:11
254:9 266:10
268:5 294:19
301:4 337:12
381:13 390:19
405:20 432:21
446:23 469:9
472:3

**Z**

**zero** 44:16 166:11
**ziemianek** 6:12 17:2
17:6,7

**0**

**0** 275:21,22 276:12
308:7,7,14,14
393:4 395:3
401:16 429:19,19
430:13,13
**00** 12:7 403:18
412:12
**000** 23:23,24 41:16
339:16 351:19,23
422:18,20,21
436:20 463:16
**00122893** 9:12
**0072463** 334:5
**01** 8:17,23 187:3
212:12
**0153460** 8:20
196:22
**02** 9:13 227:22
**03** 9:18,19,23 10:8
10:10,11,13
244:20 253:25
267:20 285:8,19
285:21,22
**037** 228:5
**04** 10:16,18 11:23
191:19 303:5
313:19 396:6
**047** 395:3
**05** 10:20 11:7,8,12

11:14 318:22
354:4 355:9
365:11 368:23
**06** 18:22 308:7,14
429:19 430:13
**07** 18:23 71:13
**08md02002** 1:4 15:2
**09** 308:7,14 429:19
430:13

**1**

**1** 9:18,19 10:8 18:23
58:6 193:6 199:10
199:18 202:5
244:20 246:10
252:20 253:25
283:23 285:8
286:12 287:3
348:16,16 358:20
363:24 392:2
395:3 399:22,24
399:25 419:24
421:24 438:7
467:16,20 478:11
**10** 12:7 13:5 41:16
99:8,19 142:2
170:9 197:20
357:12 358:13
412:12 422:18,20
**100** 85:24 218:14,18
218:22 219:5,22
219:25 221:21,25
232:24 234:14,21
235:2,7 246:11,15
249:7 251:25
261:15,24 262:5
263:24 271:16
292:16 293:13,22
364:14 382:2
422:21 438:15
463:16 478:9,18
479:6 481:8,15
482:18 483:4,7,9
483:15
**10006** 5:20

**1001** 5:15
**10010** 2:5
**101** 6:14
**10119** 2:12
**109** 352:24
**10th** 314:20
**11** 9:18 10:10,11,13
170:9 193:6
244:20 245:16
285:19,21,22
387:20
**110** 7:20
**1144** 2:23 6:3
**119** 7:23
**12** 1:15 10:8,14,22
11:12,14 14:17
58:9 170:9 191:19
285:8 298:21
333:22 334:7
343:24 365:11,25
368:23 370:8
**1201** 5:2
**121** 327:11
**1213** 8:5 154:12,22
**128** 13:5
**13** 10:14 13:5
298:21
**130** 13:5
**1300** 3:2,7
**131** 13:6,6
**135** 13:7
**138** 13:5
**14** 11:7,19 170:9
259:9 354:4
378:24,25 386:21
402:12 403:12,15
**140** 7:24
**15** 8:10 45:8 99:24
119:7 177:6,13
197:20 259:3
282:21 484:14,19
**1518** 8:12 179:14
**15219** 4:14
**154** 8:6
**155089** 187:10

**15th** 179:24
**16** 7:22 9:13 11:5
119:25 120:24
227:22 228:11
309:21 320:20
352:13 353:3
**165** 8:8
**17** 7:19 9:19 13:16
110:21 111:10,15
253:25 254:14
398:9
**177** 8:10
**179** 8:13
**17th** 262:11
**18** 7:4
**181** 8:16
**187** 8:17
**1881** 299:6
**18th** 1:13 4:4 179:25
**19** 10:13 13:16
285:22 286:18
**19103** 1:14 4:4
**19104** 3:19
**1919** 6:6
**196** 8:20
**1968** 183:6
**1970s** 40:23
**1974** 174:5
**1980s** 81:14 82:10
88:7
**1981** 92:9,14
**1982** 11:21 92:17
391:8,20 392:7
**1990s** 88:18
**1992** 122:11,17
123:17 134:10,11
**1994** 99:25
**1995** 93:19,23
111:10,16
**1998** 94:22,24 95:6
**1999** 8:5,7 91:25
116:9 140:22
141:9 154:12,22
159:7 165:13,20
169:25 175:4

**2**

**2** 8:7 9:23 69:3 75:3
81:7 82:3 165:13
165:20 167:21
168:2 178:7
201:22 221:8
259:9,22 262:18
267:20 272:12
346:7 347:19
359:2 392:5
394:24 403:18
419:21,23,24
427:16,16 432:15
434:7 476:21
477:19
**20** 45:8 48:16 82:19
119:7,7 293:6
339:16 351:19
436:20 439:4,5
487:13
**200** 24:2 46:12
63:23
**2000** 8:10,12,15
12:7 25:24 27:5,6
116:10 177:6,14
179:14,25 181:22
182:8 384:17
412:12
**20004** 5:15
**20005** 3:3
**20006** 6:7
**2000s** 25:24 130:15
**2001** 8:19,22 196:20
197:7 198:13,25
199:18 204:7,20
212:21 379:3
384:17
**2002** 1:4 9:8,12,16
11:19 15:2 217:8
217:19 222:15
223:5 228:11
233:14,24 249:5
249:17 251:23
386:21 387:13,20
392:24 395:2

398:8 432:11
**2003** 9:21 10:5
  12:10 245:16
  254:14 259:16
  260:6 268:15
  270:19 271:4,12
  278:3 286:12,15
  286:16,18 287:3
  289:3 299:24
  300:10 398:6,8,13
  399:23 400:17
  421:11 460:13,25
  468:20
**2004** 7:22 10:22,24
  11:5 119:25
  120:24 134:11
  303:20 314:6,10
  314:18,22 320:20
  333:22 334:7
  343:24 345:18
  346:3,14 348:16
  352:6,14 353:3
  436:2 469:3
**2005** 11:21 320:2
  348:16 354:19
  356:2 357:12
  358:13 362:18
  365:25 370:8
  391:9,20 392:7
  393:21
**2006** 115:22 116:16
**2007** 25:24 27:6
  58:9 70:22,22 71:3
**2008** 331:18
**2009** 355:19
**2013** 1:9 14:15
  393:20 485:13
  488:3
**2026242904** 5:16
**2026827231** 3:3
**2027783059** 6:8
**204** 8:22
**2067578054** 5:3
**21** 1:9 7:24 9:21
  14:15 140:9,22

245:5 259:16
260:6 488:3
**2100** 5:8
**212** 8:24
**2126081900** 5:21
**2128497000** 2:6
**2128497152** 2:6
**214** 9:6
**2146983279** 5:9
**2146983370** 5:10
**2159814245** 4:6
**2159814652** 4:5
**2159814714** 4:5
**2159942421** 3:20
**217** 9:9
**22** 9:12 13:6 222:15
  223:5
**2200** 3:13 5:2
**222** 9:12
**224** 3:7
**227** 9:14
**22nd** 2:5
**233** 9:17
**237** 2:23 6:3
**24** 8:22 11:23 13:5,7
  91:21 204:7,20
  379:3 396:6
**244** 9:18
**2444** 355:16
**2447** 369:8
**24th** 485:13
**25** 10:18 13:5
  141:25 163:11
  289:3 313:19
  314:5,10,18,22
  399:24
**253** 9:20
**259** 9:22
**26** 8:15 181:22
  182:8 301:2 421:5
  421:20 467:12
**267** 9:24
**27** 8:23 10:5 99:8
  212:12 259:22
  270:19 271:4,11

362:18 472:4
482:24
**270** 10:5
**2700** 2:22 6:2
**277** 10:7
**27th** 164:3 363:21
**28** 10:24 345:18
  346:3 436:2
  439:23,24,25
**2818** 2:18
**285** 10:9,10,12,13
**29** 439:25
**2929** 3:19
**297730** 154:20
**298** 10:15

─────────────
**3**

**3** 7:19 11:23 13:6
  110:21 124:3
  168:2,3 180:8,11
  190:10,18 252:15
  272:11,14,15
  309:21 310:3
  348:8 359:4 396:6
  410:25 419:20,23
  419:24 432:17,20
  432:24,25 433:3
  436:5,16
**30** 10:16,20 23:6
  65:15 82:15 160:5
  163:11 183:8
  204:3 303:5,20
  318:22 320:2
  375:23 439:5,5
  453:14 469:3
  486:16
**300** 2:22 6:2,19
**3000** 1:13 4:3
**303** 10:17
**30506** 19:8
**307914** 182:5
**307923** 179:22
**31** 299:2 310:3
**312** 2:18
**3126607679** 3:8

**3128613735** 6:20
**313** 10:19
**317** 2:23 6:3
**318** 10:20
**32** 453:23 468:25
  469:8,9
**321** 393:5
**33** 327:8 372:3
**333** 10:22
**34** 325:16
**345** 10:24
**35** 200:10 203:4
**352** 11:6
**353** 2:17
**354** 11:7
**355** 11:9
**35th** 4:14
**362** 11:11
**365** 11:13
**368** 11:14
**372** 345:25
**381** 7:5 254:8
**383** 11:16,17
**38396** 120:16
**386** 11:19
**39** 454:6
**391** 11:22
**396** 11:24

─────────────
**4**

**4** 7:24 9:8 13:6
  107:22 140:9
  163:23 217:7,19
  372:3,9 380:17,23
  393:5 398:9
  419:24 420:10,24
**40** 183:8 192:20
  351:23 402:18
  472:22,24 475:19
**401** 371:18,19
**403** 7:6
**405** 7:7
**41** 99:19 369:17,24
  370:6
**412** 12:7

**4123383344** 4:15
**4156554335** 6:15
**42** 370:4 401:16
**43** 99:24 383:8,18
**44** 372:9 384:3
**45** 192:8 278:24
  387:3,9 408:16
**45202** 4:19
**454** 7:4
**455** 13:5
**456** 13:6
**457** 13:6
**458** 204:13
**46** 391:5
**460** 12:11 197:3
**462041750** 2:22 6:2
**47** 412:4,5
**470** 7:7
**471** 7:8
**475** 12:12
**48** 339:23 412:5
**49** 475:20,21
**4by10** 82:24
**4by8** 82:24

**5**
**5** 8:17,19,19 10:10
  10:14 13:6 46:13
  48:10,16 122:11
  122:16 128:16
  129:15 133:8
  135:18 142:2
  187:3 196:20,20
  197:6,6,12,19
  198:6 199:19,23
  201:6 208:23
  285:19 286:14
  298:21 299:24
  300:9 348:18
  374:2,12,15
  375:13 402:12,18
**50** 275:21,22 475:23
  476:7,13 477:5
**500** 6:7
**501** 5:20

**504** 212:19
**51** 2:5
**5135796419** 4:20
**515** 393:4
**52** 58:21 380:17
**53** 380:23 471:12
**54** 60:18
**55** 389:6 399:25
**55402** 3:14
**556** 271:2
**57** 7:14
**59** 165:19 471:18

**6**
**6** 10:16 11:7,8
  115:23 140:15
  199:20 303:5
  354:4 355:9,19
  356:2 453:23
  454:6 461:11
  471:12,18
**60** 164:5 276:12
**60601** 6:19
**60604** 3:8
**60654** 2:17
**61** 5:20 272:25
  273:4
**6129778415** 3:14
**6467335727** 2:12
**649038** 327:9
**649048** 314:3
**658** 217:15
**67** 331:18,24
**6786** 331:16
**68** 260:3
**696** 286:17

**7**
**7** 9:13,23 10:11
  115:23 227:22
  267:20 268:14
  285:21 286:16
  484:14,19
**70** 139:16
**70s** 84:20

**72** 257:8
**72466** 334:5
**745** 303:14
**752016912** 5:9
**76** 367:3
**76yearold** 139:20
  159:6 211:18
**7777** 277:21
**79** 20:2

**8**
**8** 10:18 12:6 23:22
  23:23,24,24
  313:19 412:12
  419:16 465:4
**80** 3:13 20:2 286:14
  438:11
**800** 167:6 224:17,21
**809984** 460:22
**80s** 64:8,21,22 67:6
  82:6 84:20 458:20
**815** 286:15
**8245** 19:7
**83** 178:15 409:16
**86** 177:12
**895** 286:13
**8th** 3:13

**9**
**9** 1:15 8:17,23 9:15
  10:20 11:8,12,14
  14:17 58:21 60:18
  187:3 212:12
  233:14,24 318:22
  355:9 365:11
  368:23 432:11
**90** 85:5
**900** 3:2 23:22,24
**90s** 64:8,22,22 67:7
  116:16
**91** 7:16
**923** 2:18
**93** 222:22
**94111** 6:14
**942** 245:9

**95** 7:19 110:21
**98101** 5:2
**99** 7:18,24 23:18
  24:9 140:9 170:9
  170:24
**997** 395:3