# ATTACHMENT 53

1        IN THE UNITED STATES DISTRICT COURT

         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2

3    IN RE:  PROCESSED EGG PRODUCTS :

     ANTITRUST LITIGATION            :

4    ------------------------------: MDL No. 2002

     THIS DOCUMENT APPLIES TO:      :  08-MD-02002

5    ALL ACTIONS                    :

6

7              ** HIGHLY CONFIDENTIAL **

8

9              Thursday, April 3, 2014

10

11             Videotaped deposition of LINDA

12   REICKARD, taken at the offices of Pepper

13   Hamilton LLP, 3000 Two Logan Square, 18th &

14   Arch Street, Philadelphia, Pennsylvania

15   19103, beginning at 9:32 a.m., before LINDA

16   ROSSI RIOS, a Federally Approved RPR, CCR and

17   Notary Public.

18

19

20

21

22

23

24

25

Page 2

```
1  A P P E A R A N C E S :
2
3  HAUSFELD, LLP
     BY:  JEANNINE M. KENNEY, ESQUIRE
4  1604 Locust Street
     2nd Floor
5  Philadelphia, PA  19103
     215-985-3270
6  jkenney@hausfeldllp.com
     On behalf of Direct Purchaser Plaintiffs
7
8
     MILBERG LLP
9  BY:  CHARLES SLIDDERS, ESQUIRE
        and
10    ELIZABETH MCKENNA, ESQUIRE
     One Pennsylvania Plaza
11  New York, NY  10119
     646-733-5727
12  212-631-8605
     cslidders@milberg.com
13  emckenna@milberg.com
     On behalf of the Indirect Purchaser
14  Plaintiffs
15
16  JENNER & BLOCK, LLP
     BY:  STEPHEN R. BROWN, ESQUIRE
17  353 North Clark Street
     Chicago, IL  60654
18  312-840-7282
     stephenbrown@jenner.com
19  On behalf of the Direct Action Plaintiffs
     and Kraft, Kellogg, Nestle and General
20  Mills
21
22
23
24
25
```

Page 3

```
1  A P P E A R A N C E S :
2
3  PEPPER HAMILTON, LLP
     BY:  JAN P. LEVINE, ESQUIRE
     and
     WHITNEY REDDING, ESQUIRE
5  3000 Two Logan Square
     18th & Arch Street
6  Philadelphia, PA  19103
     215-981-4714
7  215-981-4121
     levinej@pepperlaw.com
8  reddingw@pepperlaw.com
     On behalf of United Egg Producers and the
9  United States Egg Marketers
10
11  STINSON LEONARD STREET
     BY:  WILLIAM L. GREENE, ESQUIRE
12    and
        SHARON R. MARKOWITZ, ESQUIRE
13  150 South 5th Street
     Suite 2300
14  Minneapolis, MN  55402
     612-335-1568
15  612-335-1974
     william.greene@stinsonleonard.com
16  sharon.markowitz@stinsonleonard.com
     On behalf of Defendant, Michael Foods
17  (Via teleconference)
18
19  HUTCHINSON PA
     BY:  MATTHEW L. HARTUNG, ESQUIRE
20  1907 Wayzata Boulevard
     Suite 330
21  Wayzata, MN  55391
     952-215-0141
22  On behalf of the Defendant, Sparboe Farms
     (Via teleconference)
23
24
25
```

Page 4

```
1  A P P E A R A N C E S :
2
3  EIMER STAHL, LLP
     BY:  VANESSA G. JACOBSEN, ESQUIRE
4  224 South Michigan Avenue, Suite 1300
     Chicago, IL  60604
5  312-660-7604
     vjacobsen@eimerstahl.com
6  On behalf of Moark, LLC
     and Norco Ranch, Inc.
7  (Via teleconference)
8
9
10  A L S O   P R E S E N T :
11  ROBERT MIRABELLA, Videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1              I N D E X
2         - - -
3  Testimony of:  LINDA REICKARD
4  By Mr. Slidders           14, 256
5  By Mr. Brown              121, 251
6  By Ms. Levine            207, 258
7
8         - - -
9       E X H I B I T S
10        - - -
11  EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
12
13  Reickard-1   11/16/01 E-mail,
14     UE0842314          16
14  Reickard-2   5/1/00 Fax,
        UE0198268 & UE0198269  34
15
     Reickard-3   Administrative Fee For
16     Animal Care
        Certification,
17     UE0289553          49
18  Reickard-4   UEP Certified
        Guidelines Monthly
19     Compliance Report,
        UE0284847 - UE0284850  55
20
     Reickard-5   10/17/08 Memorandum,
21     MFI034415 & MFI034416  56
22  Reickard-6   10/14/05 E-mail with
        attachment,
23     UE0515976 & UE0515977  68
24  Reickard-7   4/30/07 Memo,
        UE0282286          79
25
```

Page 6

```
1        E X H I B I T S  (cont'd.)
2              - - -
3  EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
4
      Reickard-8   UEP Animal Welfare
5                  Committee
                   October 9, 2002
6                  Savannah, Georgia
                   MINUTES,
7             UE0153388 - UE0153390   85
8  Reickard-9   11/18/04 Letter,
              UE0176038 - UE0176043   90
9
      Reickard-10  UEP Members Whose
10                 Intentions Are To Meet
                   Market Demand,
11            MOARK0020163 - 0020165  94
12 Reickard-11  11/29/04 Letter,
              UE0178003 & UE0178004   96
13
      Reickard-12  9/6/05 E-mail,
14            UE0490174              99
15 Reickard-13  8/5/05 Memo,
              UE0628610             105
16
      Reickard-14  9/21/05 E-mail,
17            UE0490188            106
18 Reickard-15  E-mail chain,
              UE0629492            108
19
      Reickard-16  E-mail chain,
20            UE0626808            112
21 Reickard-17  UEP Animal Husbandry
                 Guidelines for Animal
22               Care Certified Program
                 U.S. Egg Laying Flocks
23               2005 edition,
              UE0329047 - UE0329065  115
24
      Reickard-18  E-mail chain,
25            UE0461644            128
```

Page 7

```
1        E X H I B I T S  (cont'd.)
2              - - -
3  EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
4
      Reickard-19  E-mail chain,
5            UE0475506            133
6  Reickard-20  E-mail chain,
              UE0475325 & UE0475326  137
7
      Reickard-21  E-mail chain,
8            UE0475456 & UE0475457  141
9  Reickard-22  1/22/04 E-mail,
              UE0462630            145
10
      Reickard-23  E-mail chain,
11            UE0476399            146
12 Reickard-24  E-mail chain,
              UE0651561            150
13
      Reickard-25  E-mail chain,
14            UE0473018 & UE0473019  153
15 Reickard-26  E-mail chain,
              UE0455637            158
16
      Reickard-27  2/2/07 E-mail,
17            UE0473423 & UE0473424  161
18 Reickard-28  E-mail chain,
              UE0883026 & UE0883027  166
19
      Reickard-29  E-mail chain,
20            UE0475486            170
21 Reickard-30  E-mail chain,
              UE0881403 & UE0881404  174
22
      Reickard-31  E-mail chain,
23            UE0881896 & UE0881897  175
24 Reickard-32  E-mail chain,
              UE0475479            177
25
```

Page 8

```
1        E X H I B I T S  (cont'd.)
2              - - -
3  EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
4
      Reickard-33  5/18/04 E-mail,
5            UE0462596            180
6  Reickard-34  3/24/05 Letter,
              UE0078274            183
7
      Reickard-35  E-mail chain,
8            UE0626924            184
9  Reickard-36  E-mail chain,
              UE0465190 & UE0465191  189
10
      Reickard-37  E-mail chain,
11            UE0461743            191
12 Reickard-38  3/17/06 E-mail,
              UE0461432            193
13
      Reickard-39  5/15/08 E-mail,
14            UE0882870            195
15 Reickard-40  E-mail,
              UE0273539 & UE0273540  196
16
      Reickard-41  UEP Membership
17                 Agreement,
              UE0147924            217
18
      Reickard-42  Dues list,
19            UE0147924 - UE0299972  217
20 Reickard-43  UEP Membership
                 Agreement,
21            UE0147923            222
22 Reickard-44  Dues List,
              UE0268031 - UE0268035  223
23
      Reickard-45  10/25/07 E-mail,
24            UE0654487            235
25
```

Page 9

```
1        E X H I B I T S  (cont'd.)
2              - - -
3  EXHIBIT NUMBER   DESCRIPTION   PAGE MARKED
4
      Reickard-46  Dues list,
5            UE0198018 - UE0198023  230
6  Reickard-47  Dues list,
              UE0198080 - UE0198085  231
7
      Reickard-48  Dues List,
8            UE0198065 - UE0198069  231
9  Reickard-49  Dues list,
              UE0243147 - UE0243152  232
10
      Reickard-50  Dues list,
11            UE0197900 - UE0197904  232
12 Reickard-51  Export Case Volume,
              UE0199756 & UE0199757  240
13
      Reickard-52  UEA Allied Industries
14                 2008 Directory,
              UE0306391 & UE0306392  245
15
      Reickard-53  E-mail chain,
16            UE0465202 & UE046520  252
17 Reickard-54  Annual dues invoice,
              UE0048736            259
18
19
20
21
22
23
24
25
```

VERITEXT REPORTING COMPANY
212-279-9424          www.veritext.com          212-490-3430

Page 10

1         DEPOSITION SUPPORT INDEX
2
3  DIRECTION TO WITNESS NOT TO ANSWER
4  Page Line      Page Line
5  (None)
6
7
8
9  REQUEST FOR PRODUCTION OF DOCUMENTS
10 Page Line
11 (None)
12
13
14 STIPULATIONS
15 Page  Line
16  11     3
       14    11
17
18
19 QUESTIONS MARKED
20 Page  Line
21 (None)
22
23
24
25

Page 11

1
2              - - -
3         (It is hereby stipulated and
4     agreed by and among counsel that
5     sealing, filing and certification are
6     waived; and that all objections,
7     except as to the form of the question,
8     will be reserved until the time of
9     trial.)
10             - - -
11        VIDEOGRAPHER:  We are now on the
12    record.
13        Please note that microphones are
14    sensitive and may pick up whispering
15    and private conversations.  Please
16    turn off all cell phones or place them
17    away from the microphones as they can
18    interfere with the deposition audio.
19    Recording will continue until all
20    parties agree to go off the record.
21        My name Robert Mirabella
22    representing Veritext New York.  The
23    date today is April 3, 2014, and the
24    time is approximately 9:32 a.m.
25        This deposition is being held at

Page 12

1
2     Pepper Hamilton, located at Two Logan
3     Square, Philadelphia, Pennsylvania.
4     The caption of this case is In Re:
5     Processed Egg Products Antitrust
6     Litigation.  This case is filed in the
7     United States District Court Eastern
8     District of Pennsylvania, Case Number
9     08-MD-02002, MDL Number 2002.  The
10    name of the witness is Linda Reickard.
11        At this time the attorneys
12    present and attending remotely will,
13    please, identify themselves for the
14    record and the parties they represent.
15        MR. SLIDDERS:  Charles Slidders,
16    Milberg LLP, for the Indirect
17    Purchaser Plaintiffs.
18        MS. MCKENNA:  Elizabeth McKenna
19    from Milberg LLP, also for the
20    Indirect Purchaser Plaintiffs.
21        MR. BROWN:  Stephen Brown from
22    Jenner & Block, for Direct Action
23    Plaintiffs, Kraft, Kellogg, General
24    Mills and Nestle.
25        MS. KENNEY:  Jeannine Kenny with

Page 13

1
2     Hausfeld, LLP, for Direct Purchaser
3     Plaintiffs.
4         MS. LEVINE:  Jan Levine, Pepper
5     Hamilton LLP, for United Egg Producers
6     and United States Egg Marketers.
7         MS. REDDING:  Whitney Redding
8     from Pepper Hamilton, on behalf of
9     United Egg Producers and United States
10    Egg Marketers.
11        VIDEOGRAPHER:  And those
12    attending remotely?
13        COURT REPORTER:  Attorneys on
14    the phone, please?
15        MS. JACOBSEN:  This is Vanessa
16    Jacobsen from Eimer Stahl, for
17    Defendants, Moark, LLC and Norco
18    Ranch, Inc.
19        MR. GREENE:  William Greene of
20    Stinson Leonard Street, for Defendant,
21    Michael Foods.
22        MR. HARTUNG:  Matthew Hartung of
23    Hutchinson PA, for Defendant, Sparboe
24    Farms.
25        VIDEOGRAPHER:  Thank you.

4 (Pages 10 - 13)

1
2          Our court reporter, Linda Rossi
3    representing Veritext, will, please,
4    swear in the witness, and we can
5    proceed.
6              - - -
7          LINDA REICKARD, after having
8    been first duly sworn, was examined
9    and testified as follows:
10             - - -
11         MS. LEVINE:  Counsel have agreed
12   to the usual stipulations, that all
13   objections other than objections to
14   the form will be held for trial, and
15   one objection is good for all, so that
16   we don't have multiple objections.
17             - - -
18         EXAMINATION
19             - - -
20   BY MR. SLIDDERS:
21     Q.    Ms. Reickard, could you,
22   please, state your name and occupation for
23   the record?
24     A.    Linda Reickard.  I'm retired
25   right now.

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2      Q.    Do you prefer Ms. Reickard?  Is
3    Ms. Reickard okay if I call you that?
4      A.    That's fine.
5      Q.    Thank you, Ms. Reickard.
6          Have you ever been deposed
7    before?
8      A.    No.
9      Q.    So I'll just go through a bit
10   of what we'll do today just so that we don't
11   confuse each other.
12         What we need you to do is, if I
13   ask a question, if you could give a verbal
14   response and not just nod your head or say
15   uh-huh or whatever.  And if you don't
16   understand a question I'm asking, if you can,
17   please, ask me to clarify that, and I'll do
18   my best to clarify it.  And if you still
19   don't understand, please, ask again, and
20   we'll try and work through that.  If you
21   answer a question, I will assume that you
22   understand that question.
23         Also, if we could try not to
24   speak over each other, not to interrupt each
25   other when I'm asking questions.  I'm as

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    guilty of this as anyone, and I will try to
3    do my best not to interrupt you.  And if you
4    can do your best not to interrupt me, that
5    would be great.
6          Now, counsel -- your counsel
7    here today will no doubt object to many of my
8    questions.  But unless you are directed
9    otherwise by your counsel, you can still
10   answer that question.
11         Ms. Reickard, do you go by any
12   other name?
13     A.    No.
14     Q.    Have you ever used the name
15   Mary?
16     A.    No.
17         MR. SLIDDERS:  If I could just
18   exhibit a document with the Bates
19   number UE0842314 as Exhibit Number 1.
20             - - -
21         (Exhibit Reickard-1, 11/16/01
22   E-mail, Bates UE0842314, was marked
23   for identification.)
24             - - -
25         MS. LEVINE:  So we're going to

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    mark this Reickard Number 1?
3          MR. SLIDDERS:  Reickard-1, yes.
4    BY MR. SLIDDERS:
5      Q.    So, Ms. Reickard, if you see
6    the e-mail in front of you, this is an e-mail
7    dated November 16, 2001, from Linda Reickard
8    to Gene Gregory.  Can you identify that
9    e-mail?
10     A.    I'm not sure about this e-mail.
11   It has my name at the top.  Mary was my
12   assistant.
13     Q.    Okay.
14     A.    More than likely, I was gone at
15   this time and she used my computer which my
16   name automatically comes up.  So I think
17   that's why it says from me and her name is at
18   the bottom.
19     Q.    What was Mary's surname, her
20   last name?
21     A.    Hill.
22     Q.    Mary Hill?
23     A.    Yes.
24     Q.    Did anyone else have access to
25   your computer while you worked at UEP?  We'll

Page 18

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2  get to that.
3      A.   No.  I just had one assistant.
4      Q.   Where did you grow up, Mrs.
5  Reickard -- Ms. Reickard?
6      A.   In Lawson, Missouri.
7      Q.   Did you go to college?
8      A.   Yes, I did.
9      Q.   Where did you go to college?
10     A.   University of Missouri in
11 Columbia.
12     Q.   And what was your major in
13 college?
14     A.   Business education.
15     Q.   Did you do any other
16 postgraduate studies or any other --
17     A.   Yes, I have a Master's in
18 business education.
19     Q.   A Master's in business.  Where
20 did you get that from?
21     A.   The University of Missouri,
22 also.
23     Q.   Is there any other professional
24 qualifications that you have?
25     A.   I don't think so.

Page 19

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2      Q.   What was your first job after
3  leaving college?
4      A.   I taught high school at Durant,
5  Iowa.
6      Q.   Durant, Iowa?
7      A.   Yes.
8      Q.   How long were you a teacher
9  for?
10     A.   Seven years.
11     Q.   What did you do after you
12 finished teaching?
13     A.   I had a child, I took a year
14 off and did some substitute teaching during
15 that year.  The year after that, I worked
16 part time for an insurance office.  And then
17 after that, I was hired by Midwest Egg
18 Producers on a part-time basis.
19     Q.   And who are Midwest Egg
20 Producers?
21     A.   They were a regional of United
22 Egg Producers.
23     Q.   What year approximately was
24 that?
25     A.   1977.

Page 20

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2      Q.   What was your role at Midwest
3  Egg Producers?
4      A.   When I started, it was just a
5  secretarial position.
6      Q.   That was your job title?
7      A.   You know, I'm not sure that I
8  actually had a title, but probably if there
9  was one, yes.
10     Q.   And how many people worked at
11 Midwest Egg Producers?
12     A.   Five or six at the time I was
13 hired, I think.
14     Q.   And who did you report to?
15     A.   Gerald Weber, who was the
16 manager.
17     Q.   What were your responsibilities
18 at Midwest Egg Services -- Producers?
19     A.   I did secretarial work for
20 Gerald Weber.  There was a coordinator that
21 worked with people at American Egg Board.
22 She sent out newsletters and a lot of
23 information to state people, and I did a lot
24 of that work.
25     Q.   How long did you work there

Page 21

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2  for?
3      A.   I was there until we
4  consolidated, till UEP consolidated and the
5  regionals were gone.
6      Q.   How long after you started
7  there was that?
8      A.   We consolidated in 1998.
9      Q.   So you worked at Midwest Egg
10 Producers for 20-plus years?
11     A.   Right.  About 22 years, yes.
12     Q.   Where were your offices?
13     A.   We started out at Mt. Joy,
14 Iowa, and then we moved to Eldridge, Iowa.
15     Q.   Did your role and
16 responsibilities change during those 21
17 years?
18     A.   Yes.
19     Q.   How did they change?
20     A.   I took over the accounting, the
21 meeting planning.  Basically did a lot of
22 administrative things.
23     Q.   And then what happened in 1988
24 when you said the UEP consolidated the
25 Midwest Egg Producers?

6 (Pages 18 - 21)

Page 22

LINDA REICKARD - HIGHLY CONFIDENTIAL

1     LINDA REICKARD - HIGHLY CONFIDENTIAL
2     A.   When I started in 1977, the
3 Midwest region had close to 500 members, and
4 over the years through consolidation,
5 producers getting bigger, the amount of
6 producers significantly dropped and they felt
7 like there wasn't a need for regionals
8 anymore, that they could consolidate and just
9 be one United Egg Producers. The members
10 would be members of United Egg Producers, not
11 the regionals.
12     Q.   You testified just a moment ago
13 that you did accounting services for the
14 Midwest Poultry Egg Producers -- I was in
15 Indianapolis two days, I got Midwest on my
16 mind, I forget where I am sometimes.
17         Did your title change when you
18 were responsible for the accounting services?
19     A.   You know, I don't think we ever
20 talked about titles. I don't think I
21 actually had a title at Midwest Egg.
22     Q.   Who did the accounting services
23 before you did?
24     A.   Her name was Marlene Keester.
25     Q.   Did she leave?

Page 23

1     LINDA REICKARD - HIGHLY CONFIDENTIAL
2     A.   Yes.
3     Q.   Is that when you took over the
4 accounting services?
5     A.   Yes.
6     Q.   Approximately when was that?
7     A.   Just about a year after I
8 started.
9     Q.   So is it fair to say, then,
10 from 1978 onwards you were responsible for
11 general administrative tasks around the
12 office and the accounting services?
13     A.   Yes.
14     Q.   And were there any other roles
15 and responsibilities you played in that
16 office?
17     A.   Well, I did the meeting
18 planning, the accounting, secretarial
19 services, so...
20     Q.   When you say you did the
21 meeting planning, what sort of meetings were
22 they for? What was the planning for?
23     A.   Midwest Egg Producers had a
24 board who met regularly, and committees that
25 met regularly. And so we had to find a hotel

Page 24

1     LINDA REICKARD - HIGHLY CONFIDENTIAL
2 and secure the rooms and do all the planning
3 for that.
4     Q.   Did you attend the board
5 meetings?
6     A.   Yes. Later on. As I became --
7 as I had more responsibilities.
8     Q.   What was your role at those
9 board meetings?
10     A.   Just to make sure the meetings
11 were going well and that everything was as we
12 had planned.
13     Q.   And then in 1998 you said that
14 the UEP consolidated with the Midwest because
15 the number of producers in the Midwest was
16 contracting. Is that correct?
17     A.   That what?
18     Q.   The number of producers in the
19 Midwest was contracting, getting smaller.
20     A.   Yes.
21     Q.   What happened to your position
22 then?
23     A.   They wanted to keep me as an
24 employee and I did not want to move to
25 Georgia. Midwest owned the building that we

Page 25

1     LINDA REICKARD - HIGHLY CONFIDENTIAL
2 were in, and so through computers and faxes,
3 they decided to keep me as an employee.
4     Q.   And what was your -- and then
5 you were employed by the United Egg
6 Producers?
7     A.   Yes.
8     Q.   And prior to that consolidation,
9 were you employed by Midwest Egg Producers?
10     A.   Yes, but by that time the name
11 had changed to Midwest United Egg Producers.
12     Q.   And when did that happen?
13     A.   I don't remember when they
14 changed that name.
15     Q.   When you were employed, when
16 you started employment with United Egg
17 Producers in 1998, what was your role at that
18 time?
19     A.   I did part of the accounting.
20 I did the meeting planning. I was in charge
21 of the egg PAC fund drive.
22     Q.   What is the egg PAC fund drive?
23     A.   That is a PAC fund that is used
24 for lobbying.
25     Q.   A Political Action Committee.

7 (Pages 22 - 25)

Page 26

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2 Is that correct?
3    A.   Yes.
4    Q.   Okay.  Anything else?
5    A.   I kept the bird numbers for
6 accounting purposes for invoicing dues.
7    Q.   And that was -- who else was in
8 the UEP -- so was that -- was your -- where
9 you worked then described as the Midwest
10 regional office of the UEP?
11    A.   No.  I mean, it wasn't
12 considered -- I mean, it had been the
13 regional -- the Midwest regional office, but
14 then it became the UEP office.  We had an
15 office in Washington, we had an office in
16 Georgia, and then we had my office in Iowa.
17    Q.   And who else worked in that
18 office in Iowa?
19    A.   Just my assistant, Mary Hill.
20 And then she left and then I -- we hired
21 Becky Wentworth.  So I had two assistants
22 after we consolidated.
23    Q.   From 1998 until your
24 retirement?
25    A.   At the end of the 2012, yes.

Page 27

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2    Q.   Did you always work in the Iowa
3 office for the UEP?
4    A.   Yes.
5    Q.   Did your responsibilities or
6 role change over time in those 14 years with
7 the -- under the title of UEP?
8    A.   Probably somewhat, but for the
9 most part they stayed the same.
10    Q.   And what was your title at the
11 UEP?
12    A.   Vice president.
13    Q.   And when did you become vice
14 president?
15    A.   When we consolidated.
16    Q.   In 1998?
17    A.   Yes.
18    Q.   Now, when you were at the --
19 when you became vice president of the UEP,
20 did you attend any UEP committee meetings?
21    A.   Yes.
22    Q.   Did you attend board of
23 directors meetings?
24    A.   Yes.
25    Q.   What was your responsibility at

Page 28

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2 the board of directors meetings?
3    A.   Well, I was the meeting
4 planner, so my main function was to make sure
5 that everything was correct with the hotel
6 and that everything was going smoothly with
7 all of the meetings.
8    Q.   Did you physically travel to
9 the meetings?
10    A.   Yes.
11    Q.   And when you were in attendance
12 at those meetings, did you have a specific
13 role during the meeting?
14    A.   Only when there needed to be a
15 report on the Egg PAC Committee.
16    Q.   Did you ever take notes of the
17 meetings?
18    A.   I can't remember ever taking
19 notes for the meetings.
20    Q.   And did you also attend
21 Marketing Committee meetings?
22    A.   I did attend some of those,
23 yes.
24    Q.   And did you ever take notes of
25 those committee meetings?

Page 29

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2    A.   I'm pretty sure that I did not.
3    Q.   How about Animal Welfare
4 Committee meetings?
5    A.   I would have attended some of
6 those, yes.
7    Q.   Did you ever take notes of
8 those meetings?
9    A.   I don't think so.
10    Q.   And Price Discovery Committee
11 meetings?
12    A.   I probably attended some of
13 those, too.
14    Q.   Did you take any notes of those
15 meetings?
16    A.   Not that I remember.
17    Q.   And Producer Committee
18 meetings?
19       MS. LEVINE:  Object to the form
20    of the question.
21 BY MR. SLIDDERS:
22    Q.   Did you ever attend Producer
23 Committee meetings?
24       MS. LEVINE:  Object to the form
25    of the question.

8 (Pages 26 - 29)

Page 30

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2 BY MR. SLIDDERS:
3    Q.   Did you ever attend any other
4 committee meetings?
5    A.   There might have been other
6 committee meetings, I don't remember.
7    Q.   Did you ever take notes of any
8 other meetings?
9    A.   I don't think I took notes at
10 any meeting ever.
11   Q.   Thank you.
12        How were the minutes of those
13 meetings produced?
14        MS. LEVINE:  Object to the form
15   of the question.
16 BY MR. SLIDDERS:
17   Q.   You can answer.
18        MS. LEVINE:  Can you identify
19   what meetings, what meeting?
20 BY MR. SLIDDERS:
21   Q.   Generally speaking, save the
22 board of directors meetings, how were the
23 minutes of those meetings produced?
24   A.   That was done in the Georgia
25 office.  I don't know anything about that.

Page 31

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2    Q.   Is that the same with all the
3 subcommittee meetings, like the Marketing
4 Committee meeting?
5    A.   That is the same with all
6 committee meetings -- I mean, all meetings,
7 yes.
8    Q.   Now, are you aware --
9    A.   The Egg PAC Committee meeting,
10 I did those minutes, I'm sorry.  I forgot
11 about those.  Because I was the staff
12 coordinator for that committee, so I did do
13 those minutes.  I apologize.
14   Q.   No problem.
15        And did you take notes during
16 the meeting, the Egg PAC Committee meetings?
17   A.   Yes.
18   Q.   And did you use those notes to
19 produce minutes of those meetings?
20   A.   Yes.
21   Q.   And have those notes been
22 produced in this litigation that you're aware
23 of?
24   A.   Not that I'm aware of.
25   Q.   Do you know why not?

Page 32

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2    A.   No, I don't know anything about
3 that.
4    Q.   No problem.
5        How did you prepare for this
6 deposition today?
7    A.   We just talked, the lawyers and
8 I talked.
9    Q.   And when you say "the lawyers,"
10 you're talking about Ms. Levine?
11   A.   Yes.
12   Q.   And anyone else?
13   A.   Yes.  Whitney and Robin.
14   Q.   And when was that?
15   A.   Yesterday and then half a day
16 the day before that.
17   Q.   Did you discuss your deposition
18 with anyone else?
19   A.   No.
20   Q.   Did you discuss the deposition
21 of Mr. Gregory -- with Mr. Gregory?
22   A.   No.
23   Q.   With his son Chad?
24   A.   No.
25   Q.   And you retired in 2012.  Is

Page 33

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2 that correct?
3    A.   Yes, although in 2013 I did the
4 meeting planning part time.
5    Q.   On a part-time basis.  And
6 throughout your tenure with both the Midwest
7 Egg Producers and the United Egg Producers,
8 you were a full-time employee?
9    A.   No.  I was part time when I
10 started with Midwest.  I was part time for
11 many years.
12   Q.   And when did you become full
13 time?
14   A.   You know, I don't remember what
15 year that was.
16   Q.   When was it when you were at
17 Midwest Egg Producers?
18   A.   Yes.
19   Q.   And can you approximate how
20 long into your tenure there, say five years,
21 ten years?
22   A.   You know, I just don't
23 remember.  It was when my kids got older.  So
24 I don't remember, I'm sorry.
25   Q.   I understand.

9 (Pages 30 - 33)

Page 34

1     LINDA REICKARD - HIGHLY CONFIDENTIAL
2          Ms. Reickard, are you familiar
3  with the UEP trading program?
4     A.   Yes.
5     Q.   Could you describe that program
6  to me?
7     A.   You're talking about the Egg
8  Trading Program?
9     Q.   Yes.
10    A.   There were egg traders in the
11 Georgia office and I believe -- and there
12 were satellite traders. My only role in that
13 was to do the invoicing.
14         MR. SLIDDERS: If I could
15    exhibit another document. It's this
16    one. If I could just exhibit Reickard
17    Number 2.
18           - - -
19         (Exhibit Reickard-2, 5/1/00 Fax,
20    Bates UE0198268 & UE0198269, was
21    marked for identification.)
22           - - -
23 BY MR. SLIDDERS:
24    Q.   Feel free to take your time to
25 look over that document. I'm exhibiting

Page 35

1     LINDA REICKARD - HIGHLY CONFIDENTIAL
2  document UE 198268 to UE 198269. It is a fax
3  to Terry Oliver, dated May 1, 2000, from
4  Mr. Gene Gregory, with the subject of
5  commission of rates.
6          I'm really only interested in
7  the front page.
8     A.   Okay.
9     Q.   You said you were responsible
10 for invoicing for the Egg Trading Program.
11 Is that correct?
12    A.   Yes.
13    Q.   And who did you invoice?
14    A.   The producers who bought the
15 eggs.
16    Q.   And were you responsible for
17 deducting commissions?
18    A.   Well, the sheet that I got
19 showed the commissions so I'm not sure that
20 you would say I deducted it, but the amount
21 that was paid to the producer versus the
22 amount we received from the buyer included
23 that commission.
24    Q.   So the UEP never bought the
25 eggs itself. Is that correct?

Page 36

1     LINDA REICKARD - HIGHLY CONFIDENTIAL
2     A.   That is correct.
3          MS. LEVINE: Object.
4  BY MR. SLIDDERS:
5     Q.   Who managed the program?
6     A.   You mean the staff person?
7     Q.   Yes.
8     A.   Gene Gregory, I believe.
9     Q.   And that was throughout the
10 time of its existence?
11    A.   Yes. I think so, yes.
12    Q.   To the best of your knowledge
13 and recollection, can you just describe to me
14 or run through it for me how the program
15 actually worked?
16    A.   The traders talked to buyers
17 and sellers, put together trades, sent the
18 sales sheet to me, I did the invoicing, the
19 accounts receivable and the accounts payable
20 part of the trades.
21    Q.   Who were the traders?
22    A.   That changed over the years.
23    Q.   But they were not UEP
24 employees. Is that correct?
25    A.   Yes, there were some UEP

Page 37

1     LINDA REICKARD - HIGHLY CONFIDENTIAL
2  employees.
3     Q.   And who were they?
4     A.   When I started, Billie Jo
5  Correll, I think Terry Oliver, he was the
6  satellite trader, he wasn't an employee.
7     Q.   Right.
8     A.   I believe he was doing that at
9  the time that I started. I can't remember if
10 there was anybody else or not.
11    Q.   Could anyone buy or sell eggs
12 through the UEP trading program?
13    A.   You mean buyers and sellers?
14    Q.   Yes.
15    A.   I think so.
16    Q.   So a non-UEP member could buy
17 or sell eggs through the program?
18    A.   I believe so. That wasn't my
19 jurisdiction or anything. I didn't control
20 that.
21    Q.   Was this a core function of the
22 UEP? Was the Egg Trading Program a core
23 function or a central or primary function of
24 the UEP?
25    A.   A what function?

10 (Pages 34 - 37)

Page 38

LINDA REICKARD - HIGHLY CONFIDENTIAL

1   Q.   A central or primary function
3 of the UEP.
4       MS. LEVINE:  Object to the form
5   of the question.
6       MR. SLIDDERS:  Withdrawn.
7 BY MR. SLIDDERS:
8   Q.   How long did the program last?
9   A.   As far as I know, it's still
10 going on.
11   Q.   And was it a central part of
12 the UEP services?
13       MS. LEVINE:  Object to the form
14   of the question.
15       THE WITNESS:  It was a part of
16   the program.
17 BY MR. SLIDDERS:
18   Q.   Apart from the commissions, was
19 there any other fees associated with
20 participating in the program?
21   A.   I don't think so.
22   Q.   Could you give me a rough
23 estimate of how many members, UEP members
24 used the trading program on an annual basis?
25       MS. LEVINE:  Object to the form

Page 39

LINDA REICKARD - HIGHLY CONFIDENTIAL

2   of the question.
3       THE WITNESS:  No, I can't.  I
4   have no idea.
5 BY MR. SLIDDERS:
6   Q.   That's fine.
7       Now, if you go back to this
8 document, can you tell me -- you say you
9 couldn't tell me how much revenue on a
10 monthly or annual basis the Egg Trading
11 Program generated for the UEP?
12   A.   I could not tell you that
13 without looking on an accounting statement.
14   Q.   Now, how were the brokers paid?
15   A.   What did you say?
16   Q.   How were the brokers, the egg
17 trading brokers, firstly, the ones that UEP
18 employed, how were they paid, were they paid
19 a salary or commission?
20   A.   The ones employed by UEP were
21 just paid a salary.
22   Q.   And how were the ones who were
23 not employed by UEP paid?
24   A.   They were paid a commission.
25   Q.   And that was purely a

Page 40

LINDA REICKARD - HIGHLY CONFIDENTIAL

2 commission?
3   A.   As far as I know.
4   Q.   And the brokers, the
5 independent brokers, I'll call them, the ones
6 that were not employed by the UEP, did they
7 engage in egg trading for other businesses?
8   A.   I would not know that.
9   Q.   Now, did the UEP buy or sell
10 eggs on behalf of UEP members?
11       MS. LEVINE:  Object to the form
12   of the question.
13       THE WITNESS:  I'm not -- I don't
14   think I understand the question.
15 BY MR. SLIDDERS:
16   Q.   Did the UEP itself ever buy
17 eggs to sell to another party?
18       MS. LEVINE:  Object to the form
19   of the question.
20       THE WITNESS:  We never took
21   possession of eggs if that's what you
22   mean.
23 BY MR. SLIDDERS:
24   Q.   Yes, it is.
25   A.   No.

Page 41

LINDA REICKARD - HIGHLY CONFIDENTIAL

2   Q.   Did you ever take title to eggs
3 that you know of?
4   A.   Take charge?
5   Q.   Title.
6   A.   Title.  No, I don't think so.
7   Q.   Now, you may have testified to
8 this already, but if I could just ask you
9 again.  Can a -- could a non-member initiate
10 a trade?
11   A.   Yes.
12   Q.   Now, when the UEP -- you've had
13 more than 40 years' experience in the egg
14 industry.  Is that -- that's a fair
15 statement?
16   A.   More than 40, is that what you
17 said?  How old do you think I am?
18   Q.   My math is bad actually.  More
19 than 30?
20   A.   More than 30, yes.
21   Q.   Okay.  Sorry.  I need a
22 calculator.  And now I was actually surprised
23 you were a teacher before you were -- I
24 thought you went straight from high school to
25 the UEP.

11 (Pages 38 - 41)

Page 42

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2        A.   Well, thank you.
3        Q.   No problem. I'd just like that
4    on the record.
5            Now, when you joined -- when
6    the UEP consolidated with Midwest Poultry
7    Services -- Midwest Egg Producers, were
8    you -- what was the primary concern of the
9    egg industry at that time, if you can recall?
10           MS. LEVINE: Object to the form
11   of the question.
12           THE WITNESS: I don't remember.
13   BY MR. SLIDDERS:
14       Q.   Do you recall there being an
15   issue with the oversupply of eggs at that
16   time?
17       A.   No, I do not recall.
18       Q.   So you have no -- when you
19   joined the UEP, did you ever become aware of
20   an oversupply of -- an issue concerning the
21   oversupply of eggs?
22       A.   I'm not sure how to answer that
23   because through the whole 35-plus years
24   there's occasionally been oversupply of eggs
25   all that time, so...

Page 43

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2        Q.   And the oversupply of eggs,
3    then, has been an issue from time to time for
4    both the Midwest Egg Producers and the United
5    Egg Producers. Is that correct?
6            MS. LEVINE: Object to the form
7    of the question.
8            THE WITNESS: They're all the --
9        the members were all the same whether
10       they were members of Midwest or
11       whether they became members of UEP.
12       And, yes, there was always that
13       concern.
14   BY MR. SLIDDERS:
15       Q.   What did the UEP do about that
16   concern?
17           MS. LEVINE: Object to the form
18   of the question.
19           THE WITNESS: That was outside
20       of my realm. I don't know.
21   BY MR. SLIDDERS:
22       Q.   Do you know of Don Bell?
23       A.   I have met him. I know the
24   name.
25       Q.   When did you first meet him?

Page 44

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2        A.   It would have been at one of
3    our meetings, one of UEP's meetings.
4        Q.   Is it one of UEP's meetings?
5        A.   Yes.
6        Q.   Do you recall him ever
7    discussing the supply of eggs?
8        A.   I don't recall that at all.
9        Q.   Did you ever have any other
10   non-personal communications with Mr. Bell?
11       A.   Not that I recall. It might
12   have been him telling me he was going to be
13   at a meeting and needed a room. That would
14   have been the only thing.
15       Q.   So you never -- did you ever
16   discuss the economics of the egg industry
17   with Mr. Bell?
18       A.   No.
19       Q.   Did you ever discuss the
20   economics of the egg industry with Mr.
21   Gregory?
22       A.   I don't think so. I mean,
23   that's kind of a broad term.
24       Q.   Did you ever hear -- did you
25   ever -- was the oversupply of eggs ever

Page 45

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    discussed by Mr. Gregory that you recall?
3            MS. LEVINE: Object to the form
4    of the question.
5            THE WITNESS: When are you
6        talking about?
7    BY MR. SLIDDERS:
8        Q.   At any time.
9        A.   I'm sure that he did discuss
10   that.
11       Q.   Did he discuss that with you?
12       A.   I don't recall that he
13   specifically discussed that with me.
14       Q.   Did Mr. Pope ever discuss with
15   you the oversupply of eggs?
16           MS. LEVINE: Object to the form
17   of the question.
18           THE WITNESS: I don't recall.
19   BY MR. SLIDDERS:
20       Q.   Do you know of any actions that
21   the UEP took in regard to the supply of eggs?
22           MS. LEVINE: Object to the form
23   of the question.
24           THE WITNESS: Again, I'm not
25   sure how to answer that. There was

12 (Pages 42 - 45)

Page 46

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    newsletters going out about all sorts
3    of things. There was committee
4    meetings, but, you know, that was just
5    all happening over the years, and I
6    don't know specifically.
7  BY MR. SLIDDERS:
8    Q.   Did you ever -- what was your
9  role -- you're familiar with United Voices?
10   A.   Yes.
11   Q.   Did you have any role in the
12 production of United Voices?
13   A.   No.
14   Q.   Did you -- who was responsible
15 for circulating United Voices?
16       MS. LEVINE: Object to the form
17   of the question.
18       THE WITNESS: I believe it was
19   one of the secretaries down in the
20   Georgia office.
21 BY MR. SLIDDERS:
22   Q.   If you know -- do you know, was
23 that done by a computer mass mailing, if you
24 know?
25   A.   I believe that that evolved

Page 47

1  over the years. I think it started out being
2  mailed, of course, and then I -- when I
3  retired, I believe it was mostly going out
4  electronically.
5    Q.   Do you know who was responsible
6  for circulating it in the Georgia office?
7    A.   As far as I know, it was the
8  secretary down there.
9    Q.   Who was that?
10   A.   At what time?
11   Q.   From the time from 1998 until
12 2012, how many secretaries were employed by
13 the UEP in the Georgia office?
14   A.   You know, I don't remember.
15 There was several.
16   Q.   No problem.
17       Are you familiar with the UEP
18 Animal Welfare Guidelines?
19   A.   I know that there is a set of
20 guidelines, and I have probably seen them,
21 but not read them carefully.
22   Q.   You have read them?
23   A.   I don't remember if I -- I
24 don't know if I read them completely or not.

Page 48

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    Q.   How did the Animal Welfare
3  Guidelines come about?
4        MS. LEVINE: Object to the form
5    of the question. To the extent this
6    witness knows.
7        THE WITNESS: As far as I
8    remember and recall, it was because
9    people were concerned about the
10   welfare of the animals.
11 BY MR. SLIDDERS:
12   Q.   Did you have any particular
13 responsibility or role with regard to the
14 welfare guidelines?
15   A.   Not the guidelines, no.
16   Q.   With regard to the Animal Care
17 Certification Program?
18   A.   I billed for fees for the
19 program and I went over the monthly reports
20 that were sent in.
21       MR. SLIDDERS: If I could just
22   exhibit as Reickard Number 3 a
23   document with Bates number UE0289553,
24   and it's titled "Administrative Fee
25   For Animal Care Certification."

Page 49

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2        - - -
3        (Exhibit Reickard-3,
4        Administrative Fee For Animal Care
5        Certification, Bates UE0289553, was
6        marked for identification.)
7        - - -
8  BY MR. SLIDDERS:
9    Q.   Just take a moment to peruse
10 that document, please, Mrs. Reickard.
11   A.   [Reviewing document.] Okay.
12   Q.   Can you identify this document?
13   A.   Yes. It's the piece of paper
14 that I received so I had the information of
15 the company name, address, the number of
16 layers, so that I could invoice for fees.
17   Q.   And this would be the -- and
18 was this the standard format that you used
19 to -- as an invoice to collect the fees?
20   A.   I didn't use this as an
21 invoice.
22   Q.   Sorry. Was this -- did you
23 send this out to all UEP members, a document
24 like this?
25   A.   The Georgia office did all of

13 (Pages 46 - 49)

Page 50

LINDA REICKARD - HIGHLY CONFIDENTIAL

1     LINDA REICKARD - HIGHLY CONFIDENTIAL
2 that. I did not send anything out regarding
3 that. All I ever received, that I can
4 recall, was this page with the information
5 that I needed for doing the accounting part.
6     Q.   Now, if you could go down to
7 the third paragraph, please, and if you could
8 read that third paragraph that begins with,
9 "For Non-UEP Member...," could you read that
10 into the record, please?
11    A.   "For Non-UEP Member: A base
12 rate of $400.00 per company plus a fee of
13 .002 cents per hen for each company with more
14 than 100,000 layers."
15    Q.   So non-UEP members could
16 also -- would also pay the administrative fee
17 for animal care certification. Is that
18 correct?
19    A.   That is correct.
20    Q.   And they paid just a higher fee
21 than UEP members. Is that correct?
22    A.   That is correct.
23    Q.   And with the -- you calculated
24 the fee on the basis of the number of hens.
25 Is that correct?

Page 51

1     LINDA REICKARD - HIGHLY CONFIDENTIAL
2    A.   Yes, there was a base fee and
3 then the rest of it was based on the number
4 of hens.
5    Q.   And that number of hens, the
6 additional fee on top of the base fee, was
7 that calculated on the number of layers that
8 was shown in the bottom right-hand corner by
9 the producers? Is that correct?
10    A.   Yes. Now, if it was a
11 member -- I always made sure that the layer
12 numbers agreed with the layer numbers that I
13 had on their -- as part of their membership
14 because I was very careful about making sure
15 that the layer numbers were the same across
16 the board on all of our records for
17 everything that I did.
18    Q.   And why did you do that?
19    A.   For accuracy.
20    Q.   But who advised you of the
21 number of -- who filled out this form,
22 generally speaking?
23    MS. LEVINE: Reickard-3?
24 BY MR. SLIDDERS:
25    Q.   Yes. That exhibit.

Page 52

1     LINDA REICKARD - HIGHLY CONFIDENTIAL
2    A.   The person that was applying to
3 join the program.
4    Q.   So a producer. Is that
5 correct?
6    A.   Yes, I assume so.
7    Q.   And the producer would fill out
8 this number here for the number of layers.
9 Is that correct?
10    A.   Well, I assumed that they did
11 that, yes.
12    Q.   And you said you matched this
13 up with other records of producer's hens. Is
14 that correct?
15    A.   If it was a UEP member.
16    Q.   If it was a UEP member.
17    A.   Yes. The non-members, I would
18 have nothing else to compare it to.
19    Q.   With the UEP members, what did
20 you compare that number with?
21    A.   I have a dues list which our
22 dues are based on layer numbers. So I would
23 compare it with that.
24    Q.   And who provided the number of
25 layers in the payment -- for payment of dues?

Page 53

1     LINDA REICKARD - HIGHLY CONFIDENTIAL
2    A.   The producer.
3    Q.   So the producer was responsible
4 for providing both numbers. Is that correct?
5    A.   Yes.
6    Q.   And the UEP dues were based on
7 the number of hens that a producer had. Is
8 that correct?
9    A.   Yes.
10    Q.   And so was the animal care
11 certification administrative fee?
12    A.   Yes.
13    Q.   Now, would it be in the
14 interest of the producers to underestimate
15 the number of hens that they had?
16    MS. LEVINE: Object to the form
17 of the question.
18    THE WITNESS: I don't know why
19 they would do that.
20 BY MR. SLIDDERS:
21    Q.   Well, if they underestimated
22 the number of hens they had, would they be
23 paying less dues to the UEP?
24    A.   Yes.
25    Q.   And if they underestimated the

14 (Pages 50 - 53)

Page 54

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2 number of hens they had, would they be paying
3 less of an administrative fee for animal care
4 certification to the UEP?
5    A.    Yes, but I don't think these
6 numbers were estimates.  It was based on
7 their capacity.
8    Q.    But who advised you of their
9 capacity?
10    A.    They did.
11    Q.    Now, you mentioned earlier --
12 if you just put that aside.  You mentioned
13 earlier that you were also responsible for
14 monthly compliance.  Is that correct?
15    A.    Yes.
16    Q.    Could you just tell me what you
17 mean by "monthly compliance"?
18    A.    There was a four-page form that
19 they were to fill out as a self check, and
20 they were to send that in monthly to my
21 office.
22         MR. SLIDDERS:  If I could
23    exhibit another document entitled
24    Reickard-4 with Bates number UE0284847
25    to UE0284850.  It's entitled UEP

Page 55

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    Certified Guidelines Monthly
3    Compliance Report.
4         - - -
5         (Exhibit Reickard-4, UEP
6    Certified Guidelines Monthly
7    Compliance Report, Bates UE0284847 -
8    UE0284850, was marked for
9    identification.)
10         - - -
11 BY MR. SLIDDERS:
12    Q.    Ms. Reickard, can you identify
13 this document?
14    A.    Yes, this was the monthly
15 compliance report.
16    Q.    And is this the form of
17 document that you would use to identify
18 compliance with the UEP Certified Guidelines?
19         MS. LEVINE:  Object to the form
20    of the question.
21         THE WITNESS:  It was a report
22    that they were supposed to do monthly
23    to help them check to make sure that
24    they were in compliance with the
25    program.

Page 56

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 BY MR. SLIDDERS:
3    Q.    And so would producers complete
4 this form?
5    A.    Someone in the producer's
6 organization, yes.
7    Q.    And they would send that form,
8 then, to the UEP?
9    A.    Yes.
10    Q.    Who would receive that form at
11 the UEP?
12    A.    My office.
13         MR. SLIDDERS:  Now, if I could
14    go to -- if I could exhibit another
15    document.  Another couple of documents
16    actually.  Firstly is Reickard Number
17    5.  This is Bates numbered MFI034415.
18         - - -
19         (Exhibit Reickard-5, 10/17/08
20    Memorandum, Bates MFI034415 &
21    MFI034416, was marked for
22    identification.)
23         - - -
24 BY MR. SLIDDERS:
25    Q.    Ms. Reickard, could you

Page 57

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 identify that document?  Sorry, this is
3 entitled -- this is a memorandum from Linda
4 Reickard, Vice President to Tim Bebee of
5 Michael Foods, with Subject:  Capacity Layer
6 Numbers, dated October 17, 2008.
7         Ms. Reickard, could you
8 identify this document?
9    A.    Yes, this is a letter that my
10 office would have sent out.
11    Q.    And why would you send this
12 letter out?
13    A.    Because one of my functions was
14 to be sure that all of our bird numbers were
15 accurate so that we could accurately invoice
16 fees for all of our different programs.
17    Q.    And would you send this out to
18 every member of the UEP?
19    A.    Yes.
20    Q.    And you would include -- see
21 down the bottom of that you have the -- can
22 you explain what that bottom table is for me,
23 please?
24    A.    On this particular producer,
25 Michael Foods, they had layers in several

Page 58

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 different facilities. And I just kept a
3 record of those different facilities so that
4 we knew how many layers were in each state.
5     Q.    So where it says -- in the
6 center column there where it has Wakefield,
7 Nebraska, Le Sueur, Gaylord contract.
8 They're Michael Foods facilities. Is that
9 correct?
10       MS. LEVINE: Can you repeat
11    that?
12 BY MR. SLIDDERS:
13    Q.    In the second column to the
14 left where it has Wakefield, Nebraska, is it
15 Le Sueur and Gaylord, and then contract and
16 then contract South Dakota, contract
17 Minnesota. Now, is Wakefield, Le Sueur and
18 Gaylord, are they Michael Foods facilities?
19 So they would be Michael Foods facilities.
20 Is that correct?
21    A.    I believe so.
22    Q.    And is where it -- if you
23 follow on after Gaylord, it has contract
24 Iowa, contract South Dakota, contract
25 Minnesota, contract Nebraska. Does that

Page 59

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 refer to contract egg producers that Michael
3 Foods have contracted to supply eggs?
4       MS. LEVINE: Object to the form
5    of the question.
6 BY MR. SLIDDERS:
7    Q.    If you know the answer.
8    A.    These were the contract
9 producers that Michael Foods had in these
10 different states.
11    Q.    This is a form of fax or
12 memorandum that you would send all members on
13 an annual basis?
14    A.    Yes.
15    Q.    And would the members, would
16 the -- how would members reply to this
17 memorandum or fax?
18    A.    In various ways. Some of them
19 would send a letter back, say everything is
20 okay. Some of them -- if it needed to be
21 corrected, they would correct it. Some would
22 call. So it just depended on how they wanted
23 to get back to me.
24    Q.    So it was up to the producers
25 to respond and clarify their flock numbers?

Page 60

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    A.    Yes.
3    Q.    Thank you.
4       Now, if we go back -- sorry to
5 do this. If we can go back to Exhibit 4. If
6 you look down, halfway down the page under
7 "Housing and Space Allowances," and the first
8 line, if you could read the first line into
9 the record for me, please?
10    A.    "Were chicks hatched after
11 April 1, 2005 housed as layers at 61 inches
12 per white eggs or 68 inches for brown eggs?"
13    Q.    And then the next line?
14    A.    "Were chicks hatched after
15 October 1, 2006 housed as layers at 64 inches
16 for white eggs or 72 inches for brown eggs?"
17    Q.    The next line?
18    A.    "Were chicks hatched after
19 April 1, 2008 housed as layers at 67 inches
20 for white eggs or 76 inches for brown eggs?"
21    Q.    What were the -- is that the
22 cage space allowance for each hen?
23       MS. LEVINE: Object to the form
24    of the question.
25 BY MR. SLIDDERS:

Page 61

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    Q.    Why are those questions
3 relevant?
4    A.    Because we were concerned with
5 humane practices.
6    Q.    What does the 61 inches refer
7 to?
8    A.    The amount of spaces in a cage.
9    Q.    For?
10    A.    For the hens.
11    Q.    Then why did it change from
12 2005 to October 2006 and then to April 1,
13 2008?
14    A.    Because they knew they had to
15 gradually bring this process.
16    Q.    Why was it gradual?
17    A.    Because they wouldn't have been
18 able to do it all at once.
19    Q.    Now, if a producer was to
20 respond -- if you look down in the columns
21 next to that, it has yes or no columns. Do
22 you see that?
23    A.    Yes.
24    Q.    And if a producer, say for the
25 first question checked yes, would that mean

16 (Pages 58 - 61)

Page 62

LINDA REICKARD - HIGHLY CONFIDENTIAL

1 that the chicks hatched after April 1, his
2 chicks hatched after April 1 were housed as
3 layers at 61 inches for white eggs or
4 68 inches for brown eggs? Is that correct?
5     MS. LEVINE: Object to the form
6 of the question.
7     THE WITNESS: Are you asking why
8 this producer marked no or --
9 BY MR. SLIDDERS:
10     Q. No, just generally. Is it fair
11 to say -- this is the standard form that you
12 would send out as a monthly compliance
13 report. Is that correct?
14     A. At this time it was, yes.
15     Q. Did it change?
16     A. I believe it did change over
17 the years, yes.
18     Q. Did it still have the same
19 basic information?
20     A. I believe so.
21     Q. So if a producer provided hens
22 with 61 inches or 64 inches or 67 inches as
23 required, as stated in those first three
24 sentences, he would simply check yes. Is

Page 63

LINDA REICKARD - HIGHLY CONFIDENTIAL

1 that correct?
2     A. Yes.
3     Q. And the producer would do that.
4 Is that correct?
5     A. Yes.
6     Q. Now, if you turn to page 3 of
7 the document, and it has a table under the
8 heading of "NEW LAYERS." Do you see that in
9 front of you?
10     A. Yes.
11     Q. Could you just explain this
12 table to me?
13     A. If they housed layers that
14 month, this is the -- they filled out this
15 section.
16     Q. And when you say whether they
17 housed layers that month, was that their
18 total number of layers?
19     A. Just for the -- just for any
20 houses that they put new layers in that
21 month.
22     Q. Is this -- when you say "new
23 layers," what do you mean?
24     A. I mean the house, the chickens

Page 64

LINDA REICKARD - HIGHLY CONFIDENTIAL

1 were gone out of this house and they brought
2 new ones in.
3     Q. But then they would -- they
4 would have other -- would they -- would the
5 producer have other houses with other layers?
6     A. If it was a small producer, he
7 might not. This might be his only house.
8 Big producers would have had numerous houses.
9     Q. So if we start with the
10 left-hand column, then, we have the layer
11 house number, and that is where you would
12 identify the facility. Is that correct?
13     A. Yes.
14     Q. And then "White Or Brown," I
15 assume that refers to the egg?
16     A. Yes.
17     Q. Then the "Location" is the
18 location. The "Hatch Date" would be the
19 hatching date of the chicks. Is that
20 correct?
21     A. Yes.
22     Q. Indicate cage or cage free is
23 self-explanatory.
24     Now, the next column has total

Page 65

LINDA REICKARD - HIGHLY CONFIDENTIAL

1 square inch of cage space in house under that
2 column. Now, would the producer fill that
3 column out as -- when you say total square
4 inch of cage space in a house, are you
5 talking about the square inches available for
6 chickens in the entire house?
7     A. Yes.
8     Q. And then when you say, "Layers
9 Housed THIS MONTH ONLY," you're referring
10 only to new layers. Is that correct?
11     MS. LEVINE: Object to the form
12 of the question.
13     THE WITNESS: New layers or
14 if -- I suppose they could have
15 brought some in from a different house
16 for some reason, but...
17 BY MR. SLIDDERS:
18     Q. So does that refer, then, to
19 additional layers?
20     A. No.
21     Q. If you had a henhouse with
22 100,000 hens in it, and then in September
23 they added 10,000 hens to that henhouse,
24 would they fill out -- what would they put in

17 (Pages 62 - 65)

Page 66

LINDA REICKARD - HIGHLY CONFIDENTIAL

1 this form here for September?
2
3    A.    They wouldn't have put anything
4 in this section. They would have put down
5 below under the incomplete house because
6 obviously they didn't have the house full the
7 month before. So they would have --
8    Q.    So would you only fill this
9 first section up when you were putting layers
10 into a new house?
11    A.    A newly built house?
12    Q.    Yes.
13    A.    No.
14    Q.    You would only use this if you
15 were adding layers to the existing house?
16    A.    To an existing house or a new
17 house. Any facility that they put new birds
18 into, whether they were brand new pullets or
19 chickens ready to lay eggs or if they moved
20 them from somewhere else.
21    Q.    But why wouldn't that be an
22 incomplete house?
23        MS. LEVINE: Object to the form
24    of the question.
25        THE WITNESS: If they didn't

Page 67

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2    fill the house up that month.
3 BY MR. SLIDDERS:
4    Q.    Right. You said before, I'm
5 just trying to work this out for myself.
6 That in the second table here, if the farm
7 had added 10,000 layers in September to its
8 existing 100,000 layers, that would be
9 included in the second table below that under
10 INCOMPLETE HOUSE OR BACKFILLED HOUSE. Is
11 that correct?
12    A.    Yes.
13    Q.    But there would be nothing
14 filled in the previous table. Is that
15 correct?
16    A.    Yes.
17    Q.    So when would you -- in that
18 scenario, then, when would you include
19 anything in this column "Layers Housed THIS
20 MONTH ONLY"? Would the house have to have
21 been empty?
22    A.    Yes.
23    Q.    So it would be a totally empty
24 house?
25    A.    Yes.

Page 68

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2    Q.    And then you would fill out
3 this column here?
4    A.    Yes.
5    Q.    Hold on to that exhibit.
6        MR. SLIDDERS: If I could
7    exhibit another document as Exhibit
8    Number Reickard-6 which is UE0515976
9    to UE015 -- 515977 which is an e-mail
10    dated October 14, 2005, to Joe Fortin
11    from Linda Reickard, enclosing a
12    memorandum to Joe Fortin from Linda
13    Reickard with the subject of "Capacity
14    Layer Numbers," October 14, 2005.
15        - - -
16        (Exhibit Reickard-6, 10/14/05
17    E-mail with attachment, Bates
18    UE0515976 & UE0515977, was marked for
19    identification.)
20        - - -
21 BY MR. SLIDDERS:
22    Q.    Now, Ms. Reickard, can you
23 identify this document?
24    A.    Can I read it first?
25    Q.    Sure. Sorry.

Page 69

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2    A.    [Reviewing document.] Okay.
3    Q.    Now, I think you testified
4 earlier that you used the -- it was a
5 capacity of henhouses that were used for the
6 UEP dues and the ACC administrative fee. Is
7 that correct?
8    A.    Yes.
9    Q.    And so can you identify this
10 document?
11    A.    Yes.
12    Q.    And what is it?
13    A.    In October we would verify with
14 all of our members, whether they be members
15 of UEP or members of certified program, their
16 capacity numbers so that when I did
17 invoicing, the invoices were correct and I
18 would not have to make adjusting entries.
19    Q.    And when you have -- if you go
20 to the third paragraph, it says, "The
21 capacity layer numbers we show for your
22 operation...," and then you have I assume
23 there a list of Moark facilities with a
24 capacity of their hens. Is that correct?
25    A.    That's correct.

18 (Pages 66 - 69)

Page 70

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2    Q.    And to derive that number
3 there, the capacity of the hens, how would
4 you come up with that number in October?
5    A.    That would have been the number
6 that I had on my records already.
7    Q.    Now, what records would they
8 have been?
9    A.    My dues.
10    Q.    From the previous year?
11    A.    From the previous year.
12    Q.    Then would you use these forms
13 here? These -- if we go back to Exhibit 4,
14 would you use these forms?
15    A.    No.
16    Q.    Not at all? So what other --
17 how would you have gotten information of any
18 increase in capacity during the year?
19    A.    Sometimes staff would let me
20 know that they had visited someone and that
21 they had built a new house and they were just
22 making me aware that there would be a change
23 in bird numbers. Sometimes they would know
24 how many it was or just alert me to the fact
25 that I needed to be sure to check.

Page 71

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2    Q.    So there wasn't any formal --
3 apart from these -- this is a pro forma style
4 of letter that you sent to all members?
5    MS. LEVINE:  Object to the form
6 of the question. Mischaracterizes
7 this witness' specific testimony.
8 BY MR. SLIDDERS:
9    Q.    Did you send a form like this
10 to all members in October generally speaking?
11    A.    I can't remember when we
12 started doing it in this way, but as I did
13 this job over the years, I would make it more
14 sophisticated, easier for us to handle, less
15 paperwork. By the time I was into 2012, this
16 definitely was the way we did it, sent it to
17 all the members to verify numbers.
18    Q.    Thank you.
19    Do you want to take a break?
20    MR. SLIDDERS:  Can we go off the
21 record, please?
22    MS. LEVINE:  Sure.
23    VIDEOGRAPHER:  The time is
24 approximately 10:36 a.m. This ends
25 the tape. We're now off the record.

Page 72

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2    - - -
3    (A recess was taken.)
4    - - -
5    VIDEOGRAPHER:  The time is
6 approximately 10:52 a.m. This begins
7 tape two. We're back on the record.
8 BY MR. SLIDDERS:
9    Q.    Mrs. Reickard, we've been
10 discussing the collection of dues by the UEP
11 and how that was based on the layer capacity
12 of egg producers. Is that correct?
13    A.    That's correct.
14    Q.    Was it ever based on the number
15 of, the actual number of layers?
16    A.    No.
17    Q.    It has always been based on
18 capacity rather than layers?
19    A.    Yes.
20    Q.    Have you ever requested
21 documentary evidence of the capacity size of
22 the facilities, of producers' facilities?
23    A.    I haven't ever requested that.
24    Q.    Do you know whether anyone at
25 the UEP has?

Page 73

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2    A.    I would not know that.
3    Q.    Now, did you ever request or
4 receive documentation from producers
5 concerning the number of layers that they
6 had, the number of hens?
7    A.    Say that again?
8    Q.    Did you ever request producers
9 to verify the number of hens they had?
10    A.    To verify? No, I didn't.
11    Q.    Do you know of anyone at the
12 UEP who did?
13    A.    I don't know that.
14    Q.    Did you ever request or receive
15 any evidence of producers egg shell sales,
16 shell egg sales?
17    A.    Shell egg what?
18    Q.    Sales. Sales.
19    A.    I'm sorry, I'm from the
20 Midwest.
21    Q.    I'm sorry, I'm from Australia.
22    A.    All right. Now that I know
23 that word, say it one more time, please.
24    Q.    I've forgotten.
25    - - -

19 (Pages 70 - 73)

Page 74

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2        (The court reporter read the
3    pertinent part of the record.)
4            -  -  -
5        THE WITNESS:  No, I don't think
6    so.
7    BY MR. SLIDDERS:
8        Q.    Do you know whether the UEP did
9    or not?
10       A.    Evidence of their egg sales.  I
11   don't know.
12       Q.    So in collecting the dues and
13   the ACC administrative fees, you relied -- I
14   think you testified that you relied solely on
15   the flock -- the capacity of the producers.
16   Is that correct?
17       MS. LEVINE:  Object to the form
18   of the question.
19       THE WITNESS:  Yes.
20   BY MR. SLIDDERS:
21       Q.    And you determined the flock
22   capacity solely by the producers' statements
23   as to what their flock capacity was?
24       MS. LEVINE:  Object to the form
25   of the question.  Mischaracterizes the

Page 75

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    witness' testimony.
3        THE WITNESS:  Yes.
4    Communication with the producers or
5    the person in charge of the layers in
6    the facilities.
7    BY MR. SLIDDERS:
8        Q.    But you didn't go and verify
9    the number of layers or the capacity of the
10   houses?
11       A.    No, I did not.
12       Q.    Do you know of anyone at the
13   UEP who did?
14       A.    We have member services
15   directors who visited members all the time.
16   I do not know what they did on those visits.
17       Q.    But as far as you know, the
18   only verification of the capacity of
19   producers' facilities was provided by the
20   producer?
21       MS. LEVINE:  Object to the form
22   of the question.  Mischaracterizes
23   what the witness just testified to.
24       THE WITNESS:  What they told me
25   is what I relied on, yes.

Page 76

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    BY MR. SLIDDERS:
3        Q.    Now, did you keep records of
4    the flock capacity in a spreadsheet form --
5        A.    Yes.
6        Q.    -- for each producer?
7            And did you record layer
8    numbers in the same spreadsheet?
9        A.    Yes.
10       Q.    And were they different figures
11   generally?
12       A.    Different figures from what?
13       Q.    In the spreadsheet you would
14   record the producer's capacity?
15       A.    Yes.
16       Q.    And the producer's number of
17   layers, actual number of layers?
18       A.    No.
19       Q.    Did you produce those
20   spreadsheets in this litigation?
21       MS. LEVINE:  To the extent the
22   witness knows.  Did you produce all
23   your documents in this litigation to
24   counsel?
25       THE WITNESS:  I still don't know

Page 77

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    what you mean.  I mean, they come --
3    they came in and copied everything in
4    my office.
5    BY MR. SLIDDERS:
6        Q.    Were you advised to do a
7    search -- was a search undertaken of your
8    e-mail accounts?
9        A.    My whole computer, yes.
10       Q.    What e-mail accounts were they?
11   What were the e-mail addresses associated
12   with those accounts?
13       A.    lindareickard@ins.net.  I think
14   that was the one that I had when I started
15   with UEP, I believe.
16       Q.    Did you ever have an e-mail
17   address that was @uep.com?
18       A.    No.
19       Q.    So you always used that
20   lindareickard@ins.net number?
21       A.    I always used that one, yes.
22       Q.    Now, if we can go back to the
23   trading program, you testified earlier today,
24   I believe, that anyone could initiate a trade
25   under the Egg Trading Program.  Is that

20 (Pages 74 - 77)

Page 78

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2 correct?
3      A.    When you say "initiate," you
4 mean make a call to a trader?
5      Q.    Yes.
6      A.    Yes.
7      Q.    So a non-member could initiate
8 a trade. Is that correct?
9           MS. LEVINE: Asked and answered.
10          THE WITNESS: Yes.
11 BY MR. SLIDDERS:
12     Q.    And could a non-member producer
13 sell eggs, initiate a trade to sell eggs?
14     A.    Yes.
15     Q.    And could a non-producer
16 initiate a trade to sell eggs?
17          MS. LEVINE: Object to the form
18 of the question.
19          THE WITNESS: Yes.
20 BY MR. SLIDDERS:
21     Q.    Did the UEP -- was the UEP
22 compensated for facilitating a trade?
23          MS. LEVINE: Asked and answered.
24          THE WITNESS: Yes, we charged a
25     commission.

Page 79

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2 BY MR. SLIDDERS:
3      Q.    Were the traders employed by
4 the UEP obligated to seek the highest price
5 in negotiating a trade?
6           MS. LEVINE: Object to the form
7 of the question. To the extent this
8 witness knows.
9           THE WITNESS: I don't know what
10 they did.
11          MR. SLIDDERS: If we could go
12 back to the table which I believe is
13 Exhibit 5, and then if we could
14 exhibit another document, UE -- this
15 is a document entitled, it's a memo
16 dated April 30. It's a memorandum to
17 John Glessner from Linda Reickard,
18 with the subject "UEP Certification,"
19 April 30 -- dated April 30, 2007, and
20 it's marked as Exhibit Number 7.
21          - - -
22          (Exhibit Reickard-7, 4/30/07
23 Memo, Bates UE0282286, was marked for
24 identification.)
25          - - -

Page 80

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2 BY MR. SLIDDERS:
3      Q.    Ms. Reickard, can you identify
4 this document?
5      A.    May I read it first?
6      Q.    Of course.
7      A.    [Reviewing document.] Okay. I
8 do recognize this.
9      Q.    And is this the same sort of
10 letter you would send to producers after you
11 received their monthly compliance report?
12     A.    If I discovered that there was
13 an issue with the number of layers, then,
14 yes, it is.
15     Q.    When you say when there is an
16 issue with the number of layers, what do you
17 mean?
18     A.    I mean I would have calculated
19 the total square inches of cage space in the
20 house by the number of -- for instance, the
21 64 square inches or 67, whatever was required
22 at that time, to see how many layers they
23 should -- the most amount of layers that they
24 should have. And if the numbers they
25 reported exceeded this, then I would send

Page 81

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2 them a letter alerting them to the facts that
3 there could be a problem when their audit
4 came up.
5      Q.    In that spreadsheet that we
6 just spoke about, did you also record in that
7 spreadsheet the total square inches of cage
8 space in each house?
9      A.    No.
10          MS. LEVINE: Objection to the
11     form. You mean the dues list? Is
12     that what you're talking about?
13          MR. SLIDDERS: Yes.
14          THE WITNESS: No.
15 BY MR. SLIDDERS:
16     Q.    Where did you get the
17 information regarding the total square inches
18 in each cage, of cage space in each house?
19     A.    On these monthly reports
20 whenever they reported that they housed
21 layers that month.
22     Q.    But they only got that
23 information, as I understand it, if they were
24 housing new layers. Is that correct?
25     A.    Yes.

21 (Pages 78 - 81)

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2      Q.    Although housing an
3  incomplete -- although putting hens into an
4  incomplete house.  Is that correct?
5      A.    Yes.
6      Q.    So where did you get the
7  initial cage space, inches of cage space for
8  each producer?
9      A.    On this report.
10     Q.    So you would always fill in the
11 total square inches of cage space in this
12 house -- in the house, even if you are not
13 adding layers?
14         MS. LEVINE:  Objection to the
15     form of the question.
16 BY MR. SLIDDERS:
17     Q.    Could you explain -- sorry,
18 withdrawn.  Withdraw all that.
19         Could you just explain to me
20 where you got -- where the figure for the
21 total square inches in a house comes from?
22     A.    They write it down.
23     Q.    Just solely in this report?
24     A.    I don't know where else they
25 write it down, but for my purposes that's

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2  where I got it, yes.
3      Q.    So if you look at that letter
4  to Mr. Glessner and you said in the next
5  paragraph that, if you look at the third
6  sentence there, it says, "To be at 64 square
7  inches you should have no more than 151,040
8  birds in house 10, 152,500 in house 11, and
9  152,500 in house 16 and you listed 158,450 in
10 house 10, 159,517 in house 11, and 160,000 in
11 house 16 putting you over the allotted
12 allowance by 7,410, 7,017 and 7,500 layers
13 respectively."
14         Do you see where it says that?
15     A.    Yes.
16     Q.    How would you come to that
17 calculation?
18     A.    They would have had the total
19 square inches of cage space in house filled
20 in, and I would have multiplied that by the
21 number that they were allowed, either the 64
22 or the 67, depending on when it was.  And
23 then I -- my figure, I compare that to the
24 figure that they wrote in, the layer numbers
25 that they had.

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2      Q.    And where would you get the
3  figure of the layer numbers they had?
4      A.    They wrote it in the last
5  column, layers housed this month only.
6      Q.    So that figure was an average.
7  Is that correct?
8         MS. LEVINE:  Object to the form
9     of the question.
10         THE WITNESS:  Not that -- I
11     think that was their actual figure as
12     far as I know.
13 BY MR. SLIDDERS:
14     Q.    Let me put it another way.
15     You don't know whether every
16 hen had 64 square inches on Mr. Glessner's
17 property, do you, cage space allowance?
18         MS. LEVINE:  Object to the form
19     of the question.
20         THE WITNESS:  I don't know
21     anything about what he had for sure.
22     I just go by what was written on the
23     form.
24 BY MR. SLIDDERS:
25     Q.    And the way you calculated

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2  whether he was in compliance or not was
3  whether the number of hens had -- the number
4  of hens in total averaged 64 inches or more
5  compared to the total cage space within that
6  facility.  Is that correct?
7         MS. LEVINE:  Object to the form
8     of the question.
9         THE WITNESS:  I believe that's
10     correct.
11 BY MR. SLIDDERS:
12     Q.    So you don't actually know
13 whether in one particular cage there was -- a
14 hen had more than 64 square inches or not?
15     A.    No, I do not know that.
16         MR. SLIDDERS:  If I could
17     exhibit now Exhibit Reickard-8.  It is
18     a document with Bates number UE0153388
19     to UE0153390.  It's entitled, "UEP
20     Animal Welfare Committee October 9,
21     2002 Savannah, Georgia MINUTES."
22            - - -
23         (Exhibit Reickard-8, UEP Animal
24     Welfare Committee October 9, 2002
25     Savannah, Georgia MINUTES, Bates

22 (Pages 82 - 85)

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    UE0153388 - UE0153390, was marked for
3    identification.)
4    - - -
5 BY MR. SLIDDERS:
6    Q.  Please take your time to look
7 at those minutes.
8    A.  [Reviewing document.]
9    Q.  Ms. Reickard, can you identify
10 this document?
11    A.  It looks like it's the minutes
12 of the Animal Welfare Committee on
13 October 9th of 2002 in Savannah, Georgia.
14    Q.  If you look under the UEP
15 members, staff and guests involved, if you go
16 to the third last line, is that your name on
17 the third last line?
18    A.  Yes, it is.
19    Q.  So were you in attendance at
20 this meeting?
21      MS. LEVINE:  Object to the form
22    of the question.
23      THE WITNESS:  According to these
24    minutes I was.  I don't remember.
25 BY MR. SLIDDERS:

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    Q.  You don't recall being at this
3 meeting?
4    A.  No.
5    Q.  If we could turn to page 3, if
6 you go about a third of the way down the page
7 that has in bold and underlined, "Monthly
8 Compliance Reports." Could you, please, read
9 that paragraph into the record?
10    A.  "Reickard reported on the
11 number of companies that had filed their
12 August compliance report and announced that
13 some changes were being made to the reporting
14 form. She announced that letters had been
15 sent to companies that were even one bird
16 over the allowable limit to meet the space
17 requirements."
18    Q.  Do you recall making that
19 report?
20    A.  I don't.
21    Q.  Do you recall sending letters
22 to producers who were even one bird over the
23 allowable limit of cage space requirements?
24    A.  Yes.  You've seen copies of the
25 letters that I have sent to people.

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    Q.  And you would send them even if
3 they were one bird over the allowable cage
4 space limit?
5    A.  I did.
6    Q.  Why?
7    A.  To let them know that there
8 could be a problem.  I mean, that was my job.
9 If they were even one over, I was to let them
10 know.
11    Q.  Did you ever send any producers
12 letters about beak trimming?
13    A.  I don't think so.
14    Q.  Did you ever send any producers
15 letters about forced molting?
16    A.  I don't think so.
17    Q.  So just so I'm clear, if, for
18 example, Moark had a flock of 10 million
19 birds, and they had one bird that -- over the
20 cage space allowance in accordance with those
21 calculations that you described to me
22 earlier, you would send them a letter
23 advising them that they were over the limit.
24 Is that correct?
25    A.  That is correct.

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    Q.  If you alerted a producer that
3 they were over the cage space allowance
4 limit, what did -- and the -- did the
5 producer generally respond?
6    A.  I can't say that they all 100
7 percent responded.  If there was a typo or
8 they had picked up the wrong number of birds,
9 then they would correct their form and sent
10 it back to me.
11    Q.  And what would you do if they
12 didn't respond?
13    A.  Nothing.
14    Q.  Bear with me one moment.  Sorry
15 about that.
16    Ms. Reickard, can you recall
17 the Eggs Economic Summit in 2004?
18    A.  When?
19    Q.  In 2004, November 2004.
20    A.  I don't recall it.
21    Q.  Do you recall attending it?
22    A.  I don't remember if I did or
23 not.
24    MR. SLIDDERS:  If I could just
25 exhibit a letter to -- this is what

Page 90

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    appears to be a pro forma letter dated
3    November 18, 2004, with a Bates number
4    UE0176038 with the United Egg
5    Producers logo on the top. And it's
6    Exhibit Number 9.
7         - - -
8         (Exhibit Reickard-9, 11/18/04
9    Letter, Bates UE0176038 - UE0176043,
10   was marked for identification.)
11        - - -
12   BY MR. SLIDDERS:
13   Q.   Ms. Reickard, can you identify
14   this document?
15   A.   No, it didn't come from my
16   office.
17   Q.   Could you just read through the
18   document and see if that refreshes your
19   memory about the Eggs Economic Summit?
20   A.   [Reviewing document.] Okay,
21   I've read it.
22   Q.   Did that help refresh your
23   memory about attending the Atlanta Eggs
24   Economic Summit?
25   A.   I don't believe I did.

Page 91

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    Q.   You did not attend the Eggs
3    Economic Summit?
4    A.   I don't think so.
5    Q.   Now, if we could -- did you
6    attend by phone at all?
7         MS. LEVINE: Object to the form
8    of the question.
9         THE WITNESS: No, I would not
10   have done that.
11   BY MR. SLIDDERS:
12   Q.   Were you responsible for
13   organizing the summit, can you recall?
14   A.   I probably was because that was
15   my duty. I don't remember this specific
16   meeting. But you know...
17   Q.   If we turn to page 2 of that
18   document, in the last bullet point on that
19   page in the first sentence where it says,
20   "UEP presented a bleak over-view of the
21   supply side of the business and the pending
22   problems with an ever-increasing flock size
23   at a time when demand appears to be
24   diminishing."
25        Do you see that sentence?

Page 92

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    A.   I do.
3    Q.   And can you ever -- do you
4    recall ever discussing the supply side of the
5    business with Mr. Gregory or anyone else at
6    the UEP?
7         MS. LEVINE: Object to the form
8    of the question. Asked and answered
9    this morning.
10        THE WITNESS: Not that I
11   remember.
12   BY MR. SLIDDERS:
13   Q.   If we go to the next paragraph,
14   it says, when then asked the attendees if
15   they wanted to be a part of the solution in
16   managing the supply to meet an expected
17   demand -- we then asked the attendees if they
18   wanted to be part of the solution in managing
19   the supply to make an expected demand. Did
20   you ever discuss a solution to managing
21   supply with any producers?
22        MS. LEVINE: Object to the form
23   of the question.
24        THE WITNESS: Not that I recall.
25   That was not part of my job.

Page 93

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    BY MR. SLIDDERS:
3    Q.   Now, if you turn to the second
4    last and the last page, where they're
5    entitled "Intention To Meet Market Demand,"
6    Option Number 1. And the next page is Option
7    Number 2. Have you seen these documents
8    before?
9    A.   I may have. I don't remember
10   them.
11   Q.   Do you recall ever receiving
12   signed copies of these documents?
13   A.   No, I don't think so. They
14   would have gone to the Georgia office. I
15   wouldn't have gotten them.
16   Q.   Do you know who would have been
17   responsible at the Georgia office for
18   receiving these documents?
19        MS. LEVINE: Object to the form
20   of the question. Lacks foundation.
21        THE WITNESS: I don't.
22   BY MR. SLIDDERS:
23   Q.   Did you have any responsibility
24   or did you assist Mr. Gregory in preparing
25   that letter?

24 (Pages 90 - 93)

Page 94

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2     A.   No.
3      MR. SLIDDERS: If I could just
4 exhibit another document that has been
5 exhibited in the deposition of Chad
6 Gregory, it's Exhibit Number 46. It's
7 a document entitled, "UEP Members
8 Whose Intentions Are To Meet Market
9 Demand." It's Bates stamped
10 MOARK0020163. If I could mark that as
11 Exhibit -- this is marked as Exhibit
12 Reickard-10.
13       - - -
14    (Exhibit Reickard-10, UEP
15 Members Whose Intentions Are To Meet
16 Market Demand, Bates MOARK0020163 -
17 MOARK0020165, was marked for
18 identification.)
19       - - -
20 BY MR. SLIDDERS:
21    Q.   Ms. Reickard, have you ever
22 seen this document before?
23    A.   I may have. I don't remember
24 it.
25    Q.   Did you have -- did you prepare

Page 95

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2 this document?
3    A.   No, I would not have prepared
4 this.
5    Q.   Were you aware of the members
6 who had signed either Option 1 or Option 2
7 and, therefore, made their intentions known
8 to dispose of hens?
9      MS. LEVINE: Object to the form
10 of the question. Lacks foundation.
11 There's no testimony that these were
12 sent out.
13      THE WITNESS: If I saw a copy of
14 this, then I would have --
15      MS. LEVINE: Ms. Reickard, you
16 can't guess. The question is do you
17 know.
18      THE WITNESS: I don't know.
19      MR. SLIDDERS: If I could just
20 exhibit one more document on that
21 point.
22      MS. KENNEY: I just want to
23 lodge an objection to that prior
24 instruction to the witness.
25      MS. LEVINE: Not to guess?

Page 96

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2      MS. KENNEY: Telling her that
3 that's how she should answer.
4      MS. LEVINE: She already
5 answered the question she didn't know,
6 she didn't draft it, it wasn't her
7 job. The lawyers put words in her
8 mouth. And I don't want this witness
9 to be tricked.
10      MR. SLIDDERS: Can we mark this
11 as Exhibit -- is that 10?
12      MS. LEVINE: 11.
13      MR. SLIDDERS: 11.
14       - - -
15    (Exhibit Reickard-11, 11/29/04
16 Letter, Bates UE0178003 & UE0178004,
17 was marked for identification.)
18       - - -
19 BY MR. SLIDDERS:
20    Q.   This is a letter on the United
21 Egg Producers letterhead exhibited as Chad
22 Gregory-47. It's dated November 29, 2004.
23 It's addressed to Mr. Dolph Baker at
24 Cal-Maine, signed off by Mr. Gene Gregory.
25 If you could take a moment to look at this

Page 97

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2 letter, please, Ms. Reickard.
3    A.   Okay.
4    Q.   Have you seen this letter
5 before?
6    A.   Not that I recall.
7    Q.   Put that aside.
8      Ms. Reickard, are you familiar
9 with the term "backfilling"?
10    A.   I've heard that term.
11    Q.   Could you explain to me what it
12 means?
13    A.   I'm not sure that I can.
14    Q.   What is your understanding of
15 what the term means?
16    A.   I think it's when chickens die
17 and then they go back and put new chickens in
18 place.
19    Q.   Did UEP members ever advise you
20 of when they had engaged in backfilling?
21    A.   Did they advise me what?
22    Q.   Of when they had engaged in
23 backfilling?
24    A.   I don't think so, because I
25 don't think it was allowed with the Animal

25 (Pages 94 - 97)

Page 98

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 Husbandry Program.
3    Q.    If we can go back to Exhibit
4 Number 3, I think, the table before, the
5 monthly compliance report.
6         Now, if you look at the table,
7 the second page of the table -- sorry, the
8 third page of the table.
9    A.    Which page?
10    Q.    The third page.
11    A.    Okay.
12    Q.    It says, incomplete house or
13 backfilled layers because of catastrophic
14 mortality. Okay?
15    A.    Yes.
16    Q.    So if a producer backfilled
17 their cages, would they identify in this
18 monthly compliance form?
19    A.    If they had some sort of
20 catastrophic event, then they would have
21 filled that form out, yes.
22    Q.    And if they didn't have any
23 catastrophic event and they backfilled?
24    A.    They wouldn't have put it on
25 the form.

Page 99

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    Q.    Would they have advised you of
3 their backfilling?
4         MS. LEVINE:  Object to the form
5 of the question.  Calls for a
6 hypothetical.
7         THE WITNESS:  I don't know.
8         MR. SLIDDERS:  If I could
9 identify a document Bates number
10 UE049017.  It's an e-mail from Linda
11 Reickard to M. O'Connor at Moark, LLC,
12 dated September 6, 2005.  And that's
13 going to be Exhibit Number 12.
14         - - -
15         (Exhibit Reickard-12, 9/6/05
16 E-mail, Bates UE0490174, was marked
17 for identification.)
18         - - -
19 BY MR. SLIDDERS:
20    Q.    Is that -- can you identify
21 that e-mail, Ms. Reickard?
22    A.    I don't remember this e-mail,
23 but...
24    Q.    Is there any reason that you
25 would not have sent it?

Page 100

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    A.    No.
3    Q.    Now, the e-mail says that on
4 your August report you report that you
5 backfilled.  Now, is it fair to say -- fair
6 to assume that would have referred to his
7 monthly compliance report for the month of
8 August?
9    A.    Yes.
10    Q.    And -- but you did not list the
11 catastrophe which occurred.  So is it fair to
12 say, then, that he would have not have
13 identified -- he would have backfilled, but
14 not identified a catastrophe?  Is that
15 correct?
16    A.    According to that e-mail, that
17 is correct.
18    Q.    Then you say, "As noted,
19 backfilling is not allowed after June 1,
20 2005, unless there was a catastrophe."  Is
21 that correct?  Let's start with is that a
22 correct sentence in the e-mail?
23    A.    I don't remember the rules or
24 when they took place, but I'm assuming that
25 that is correct because that's what I wrote.

Page 101

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    Q.    And were you aware that
3 backfilling was not allowed?
4    A.    I would have been at that time,
5 yes.
6    Q.    And what do you understand the
7 term "...unless there was a catastrophe" to
8 mean?
9    A.    A fire.  You know, something
10 happened to all or the majority of the birds
11 in the house, something drastic happened.
12    Q.    And in the event of a
13 catastrophe, you were allowed to backfill.
14 Is that correct?
15    A.    Yes.
16    Q.    But otherwise you were not
17 allowed to backfill.  Is that correct?
18    A.    After that date apparently,
19 yes.
20    Q.    Do you know why that was the
21 case?
22    A.    I don't know the background of
23 how they came up with their rules.  I don't
24 know that.
25    Q.    Instead of backfilling, if you

26 (Pages 98 - 101)

Page 102

LINDA REICKARD - HIGHLY CONFIDENTIAL

1 have -- if you go back to the table, it
2 refers to incomplete house. Now, and it said
3 you could fill an existing house, is that
4 correct, with layers?
5    A.   Yes.
6    Q.   And up to its capacity?
7    A.   Yes.
8    Q.   And so if there was 90 -- if
9 that house was filled to 90 percent of its
10 capacity, you could then make up to 100
11 percent capacity by placing layers in that
12 house. Is that correct?
13    MS. LEVINE: Object to the form
14 of the question.
15    THE WITNESS: I didn't
16 understand that.
17 BY MR. SLIDDERS:
18    Q.   If you have a house that is --
19 has layers up to 90 percent of its capacity,
20 you could then, as a producer, place more
21 layers into that house to meet its capacity.
22 Is that correct?
23    MS. LEVINE: Object to the form
24 of the question.

Page 103

LINDA REICKARD - HIGHLY CONFIDENTIAL

1    THE WITNESS: I don't think I
2 know the answer to that.
3 BY MR. SLIDDERS:
4    Q.   What does incomplete house
5 refer to on this table?
6    A.   I would say 99 percent of the
7 time when they were filling a house, if it
8 happened at the end of the month and the
9 filling of the house went into the next
10 month, then they would report what they had
11 filled, say, in April, the house wasn't
12 completely filled until the next one or two
13 days in May, so then on next month's report,
14 they would have listed the number of layers
15 that they finished putting into that house.
16 So in April, the house would have been
17 incomplete. In May it was completely filled.
18    Q.   Filled as to its entire
19 capacity?
20    A.   Yes.
21    Q.   Would that necessarily happen
22 in consecutive months in accordance with your
23 description just then?
24    A.   You know, there might have been

Page 104

LINDA REICKARD - HIGHLY CONFIDENTIAL

1 times when something strange happened, but in
2 most cases that's what it was.
3    Q.   You said in most cases that the
4 house would be -- there would be -- it would
5 be filled, say, in September and then it
6 would be -- so it was incomplete as of
7 September and then the fill would be
8 completed in October. And they would fill
9 out this form. Is that correct?
10    A.   I think that that was most of
11 the cases of an incomplete house, yes.
12    Q.   But if you just look at this
13 form, if they filled the house to 50 percent
14 of its capacity in August, and then they
15 completed that fill in July of the next year,
16 would they still fill out this form?
17    MS. LEVINE: Object to the form
18 of the question.
19    THE WITNESS: I can't answer
20 that. I don't know.
21    MR. SLIDDERS: If I could
22 exhibit another document. This is
23 Exhibit Reickard Number 13. Sorry,
24 don't want to get into a demarcation

Page 105

LINDA REICKARD - HIGHLY CONFIDENTIAL

1 dispute. This is a memorandum from
2 Linda Reickard to Keith Salmi and
3 Rebecca Shepherd, with the subject
4 "July Monthly Compliance Report,"
5 dated August 5, 2005.
6    - - -
7    (Exhibit Reickard-13, 8/5/05
8 Memo, Bates UE0628610, was marked for
9 identification.)
10    - - -
11    THE WITNESS: Okay.
12 BY MR. SLIDDERS:
13    Q.   Can you identify this memo?
14    A.   While I'm sure I wrote it, I
15 don't remember it.
16    Q.   And you wrote it as part of
17 your responsibilities at the UEP?
18    A.   Yes, I would have.
19    Q.   Now, in the first sentence you
20 say, "I see from your July report that you
21 backfilled 130,144 layers into Ridge 3. I am
22 assuming that you had some sort of
23 catastrophe since you housed 90% of the
24 layers in July and the house was filled to

27 (Pages 102 - 105)

Page 106

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2 capacity in March."
3         Do you see where it says that?
4     A.    I do.
5     Q.    Could you explain that to me?
6     A.    I can't. Without seeing the
7 reports, it actually doesn't make sense to
8 me. But without seeing all the backup
9 material, I can't answer any questions about
10 it.
11    Q.    You can put that aside.
12        MR. SLIDDERS: If we can just
13 exhibit another document. If we could
14 just exhibit as Exhibit Number 14 an
15 e-mail from Linda Reickard to Jerry
16 Kil. Subject: August report. Dated
17 Wednesday, September 21, 2005, with
18 Bates number UE049011 -- 0188.
19        - - -
20        (Exhibit Reickard-14, 9/21/05
21 E-mail, Bates UE0490188, was marked
22 for identification.)
23        - - -
24 BY MR. SLIDDERS:
25    Q.    Just have a look at that,

Page 107

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2 please.
3     A.    [Reviewing document.]
4     Q.    Can you identify this e-mail,
5 Ms. Reickard?
6     A.    Again, it looks like my memo.
7     Q.    And it would have been an
8 e-mail that you sent in the course of your
9 business with the UEP?
10    A.    Yes.
11    Q.    Could you explain this e-mail
12 to me, please? If we go to the second
13 sentence where it says, "The report showed
14 that House 41 backfilled 500 layers, but
15 backfilling is not allowed since June 1. Can
16 you please clarify why this was done?"
17        Could you explain that sentence
18 to me?
19    A.    Well, without seeing --
20    Q.    I understand.
21    A.    -- everything regarding this,
22 it looks like he did backfill 500 layers, at
23 least that's what he put on the report, and
24 he didn't report that there was a catastrophe
25 or that he was just finishing filling a

Page 108

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2 house. So I was just asking for an
3 explanation.
4     Q.    If he did not explain that
5 there was a catastrophe, what would your
6 response have been?
7     A.    I don't know. I probably would
8 have told Gene Gregory about it and asked him
9 his advice.
10    Q.    And do you know what Gene
11 Gregory -- withdrawn. I object to my own
12 question.
13        MR. SLIDDERS: If I could just
14 exhibit another e-mail. If I could --
15 this is Exhibit Number 15. This is an
16 e-mail from Linda Reickard to Paul
17 VandeBunte, dated March 15, 2006. The
18 subject line is, "Re: Feb. Report."
19        - - -
20        (Exhibit Reickard-15, E-mail
21 chain, Bates UE0629492, was marked for
22 identification.)
23        - - -
24 BY MR. SLIDDERS
25    Q.    If you could have a look at

Page 109

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2 that e-mail for me, please, Mrs. Reickard --
3 Ms. Reickard?
4     A.    [Reviewing document.]
5        Okay, I've read it.
6     Q.    Can you identify this e-mail?
7     A.    It looks like I wrote it.
8     Q.    Who is Paul VandeBunte?
9     A.    One of the producers in the
10 program.
11    Q.    And you would have sent this
12 e-mail as part of your business at UEP?
13    A.    Yes.
14    Q.    Now, if we start at the bottom
15 where the first e-mail goes, you say, "Paul,
16 You backfilled 740 layers in K-10 in
17 February."
18        Now, would K10 be the house?
19    A.    Yes, that would have been.
20    Q.    And the 740 would have been the
21 number of layers. Is that correct?
22    A.    That would have been the number
23 of what?
24    Q.    Of layers that Mr. VandeBunte
25 backfilled.

28 (Pages 106 - 109)

Page 110

1 LINDA REICKARD - HIGHLY CONFIDENTIAL
2 A. Backfilled.
3 Q. Then you go on to say the
4 "Backfilling is not allowed unless there was
5 a catastrophe, and you did not explain about
6 any catastrophe."
7 Do you see where it says that?
8 A. Yes.
9 Q. Then you say, "Can you please
10 explain about these layers?"
11 Then Mr. VandeBunte replies on
12 March 15, 2006, where he says, Could not
13 house in K-6 because they exceeded the 61
14 square inch so I backfilled into K10.
15 Do you see that?
16 A. I do.
17 Q. So is it fair to say, then,
18 that because Mr. VandeBunte -- so would K6 be
19 a house?
20 A. Pardon?
21 Q. Would K6 be a reference to a
22 house, a henhouse?
23 A. Yes.
24 Q. Could you explain what he means
25 because they exceeded 61 square inches?

Page 111

1 LINDA REICKARD - HIGHLY CONFIDENTIAL
2 A. It looks like he had too many
3 birds to put in that house.
4 Q. And accordingly, he backfilled
5 into another house, K10?
6 A. That looks like what he did.
7 Q. Okay. And then if we go to the
8 top, your final e-mail in the chain to
9 Mr. VandeBunte, dated March 15, 2006, you
10 say, "Those birds will need to be destroyed
11 in order to stay in compliance."
12 Do you see that?
13 A. I do.
14 Q. What do you mean by
15 "destroyed"?
16 A. Well, taken out of the house.
17 What he would do with them, I don't know.
18 Q. So when you say "destroyed,"
19 you mean taken out of the house?
20 A. That's -- yes. I mean, I do
21 not know what people did if they had too many
22 birds.
23 Q. But they'd have to get rid of
24 the birds?
25 A. They would have to do -- they

Page 112

1 LINDA REICKARD - HIGHLY CONFIDENTIAL
2 would have to take them out of the house and
3 take care of them somehow. I don't know what
4 they did.
5 Q. But to take care of them isn't
6 really destroying them, is it?
7 A. No. And I don't know why I
8 used that term, because it was up to them to
9 do whatever they wanted to with them.
10 MR. SLIDDERS: Just another
11 exhibit, this is Exhibit Number 16.
12 This is a document with Bates numbered
13 UE0626808. It's an e-mail from -- the
14 e-mail on the top of the page is from
15 Gene Gregory to Linda Reickard, dated
16 Tuesday, July 26, 2005, with the
17 subject "RE: Backfilling."
18 - - -
19 (Exhibit Reickard-16, E-mail
20 chain, Bates UE0626808, was marked for
21 identification.)
22 - - -
23 BY MR. SLIDDERS:
24 Q. Please have a look at those
25 e-mails.

Page 113

1 LINDA REICKARD - HIGHLY CONFIDENTIAL
2 A. [Reviewing document.] Okay.
3 Q. Now, could you -- in the e-mail
4 that you sent to Mr. Gregory that's at the
5 bottom of the page, just go through that
6 e-mail sentence by sentence. It says,
7 American Egg Products in February housed
8 89,742 birds in 5,000 -- in 5,734,400 square
9 inches.
10 "In June they put 5,227 more
11 birds in that house saying it was incomplete.
12 They actually filled this out in the
13 'backfilling' section.
14 "Is this allowed, or what is
15 the definition of backfilling exactly? Is it
16 only backfilling if the house is originally
17 filled to capacity & they are replacing from
18 mortality?"
19 Now, could you explain that
20 e-mail to me?
21 A. I was asking Gene for
22 clarification because I didn't understand
23 what was going on.
24 Q. And then Mr. Gregory responded,
25 "This house was allowed to house 97,193 hens.

29 (Pages 110 - 113)

Page 114

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2  The total they housed was 94,969, so they are
3  OK in this respect.
4        "They should report on the
5  records this was an incomplete flock not a
6  backfilled flock.  Look on page 6 of the
7  guidelines for details."
8        Could you explain to me what
9  Mr. Gregory meant in that e-mail?
10       MS. LEVINE:  Objection.
11 BY MR. SLIDDERS:
12    Q.   What you understood it to mean.
13    A.   What I understood it to mean
14 was he was saying that this was an incomplete
15 house and they were allowed to put the
16 remainder birds up to capacity in there at a
17 later time.
18    Q.   What did you understand the
19 definition of backfilling to be in regard
20 to -- in your last e-mail you say, "Is it
21 only backfilling if the house is originally
22 filled to capacity & they are replacing for
23 mortality?"  And did you ever look at page 6
24 of the guidelines for details as suggested by
25 Mr. Gregory?

Page 115

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    A.   I don't remember if I did that
3  or not.
4        MR. SLIDDERS:  If we could
5  exhibit as Exhibit Number Reickard-17
6  the UEP Animal Husbandry Guidelines
7  for Animal Care Certified Program U.S.
8  Egg Laying Flocks 2005 Edition.
9            - - -
10       (Exhibit Reickard-17, UEP Animal
11   Husbandry Guidelines for Animal Care
12   Certified Program U.S. Egg Laying
13   Flocks 2005 edition, Bates UE0329047 -
14   UE0329065, was marked for
15   identification.)
16           - - -
17 BY MR. SLIDDERS:
18    Q.   Ms. Reickard, have you ever
19 seen that before?
20    A.   I believe I have.
21    Q.   Sorry, you have seen this
22 document before?
23    A.   [Nods yes.]
24    Q.   If you could turn to page 6, as
25 per Mr. Gregory's suggestion, if you could

Page 116

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2  just read "BACKFILLING" and "INCOMPLETE
3  FLOCK" there?
4        MS. LEVINE:  To herself?
5        MR. SLIDDERS:  To herself, yes.
6  And then we'll talk about it.
7        THE WITNESS:  [Reviewing
8  document.]  Okay.
9  BY MR. SLIDDERS:
10    Q.   Now, it says that "Other than a
11 catastrophic event, backfilling of cages to
12 replace mortality is prohibited under the
13 Animal Care Certified Program."
14       Do you see that?
15    A.   Yes.
16    Q.   Then under "INCOMPLETE FLOCK"
17 it says that "A house that is not completely
18 filled on the original date of housing will
19 be considered as an incomplete flock..."
20       What is meant by "the original
21 date of housing"?
22    A.   When they first put chickens
23 in.
24    Q.   Is that -- if we can go back to
25 the exhibit, the compliance report.  Are they

Page 117

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2  the new layers that you refer --
3    A.   Yes.
4    Q.   Thank you.  Then it says,
5  "...and may accept additional pullets at a
6  later date to complete the filling of the
7  house to the Animal Care Certified allowable
8  cage space allowances."
9        Do you see that?
10    A.   Yes.
11    Q.   And does it -- is there
12 anywhere in there that specifies how long
13 after the original date is that the later
14 date for completion may be?
15    A.   I can't see that it gives a
16 date now.
17    Q.   So when we discussed before the
18 table in incomplete housing, you suggested
19 that that would be in consecutive months that
20 the table, that someone would fill this out
21 to show that it was complete.  Is that
22 correct?
23    A.   Yes.
24    Q.   But it's nothing to suggest
25 that it would have to be in consecutive

30 (Pages 114 - 117)

Page 118

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2  months, is there?
3      A.    No.
4      Q.    Now, Ms. Reickard, how did you
5  hear -- how did you learn of this lawsuit,
6  the one you're being deposed for today?
7      A.    I think we were at an annual
8  meeting in 2008 when we were notified of it,
9  and I assume, I assume, I don't remember,
10 that Gene or Al or someone told me.  I don't
11 remember.
12     Q.    Did they tell you personally?
13         MS. LEVINE:  Object to the form
14     of the question.
15         THE WITNESS:  I don't remember.
16 BY MR. SLIDDERS:
17     Q.    Did you see the Complaint --
18 when did you first see the Complaint
19 commencing these proceedings in this matter?
20         MS. LEVINE:  Object to the form
21     of the question.  Lack of foundation.
22         THE WITNESS:  I don't know that
23     I saw anything.
24 BY MR. SLIDDERS:
25     Q.    When you prepared for this

Page 119

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2  deposition, did you review any documents?
3      A.    Yes.
4      Q.    Have you -- did you -- was one
5  of those documents the Complaint in these
6  proceedings?
7      A.    I don't think so, no.
8      Q.    Do you recall Mr. Gregory's
9  reaction to the lawsuit?
10         MS. LEVINE:  Object to the form
11     of the question.  Lacks foundation.
12         THE WITNESS:  No, I do not
13     remember.
14 BY MR. SLIDDERS:
15     Q.    You said that you learned about
16 this at an annual general meeting.  Is that
17 correct?
18         MS. LEVINE:  Object to the form
19     of the question.  Mischaracterizes the
20     witness' testimony.
21 BY MR. SLIDDERS:
22     Q.    Or a board of directors
23 meeting?
24         MS. LEVINE:  Object to the form
25     of the question.  Mischaracterizes the

Page 120

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2  witness' testimony.
3         THE WITNESS:  It was at an
4     annual meeting.
5  BY MR. SLIDDERS:
6      Q.    And how did you learn about it
7  at the annual meeting?
8         MS. LEVINE:  Object to the form
9     of the question.
10         THE WITNESS:  I told you I don't
11     remember.
12         MR. SLIDDERS:  Do you want to
13     take a break, is this a good time?
14         MS. LEVINE:  Since it is ten of
15     12:00, do you want to just take a
16     lunch break or do you want to just --
17     or is it just a five minuter?  Because
18     I don't want to break for 15 minutes
19     and have it be 12:15.  It's your
20     choice, it's your deposition.
21         MR. SLIDDERS:  Why don't we take
22     lunch now then.
23         MS. LEVINE:  Does that make
24     sense?
25         MR. SLIDDERS:  Yes.

Page 121

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2         VIDEOGRAPHER:  The time is
3     approximately 11:52 a.m.  This ends
4     tape two.  We're now off the record.
5             - - -
6         (A recess was taken.)
7             - - -
8         VIDEOGRAPHER:  The time is
9     approximately 12:43 p.m.  This begins
10     tape three.  We are back on the
11     record.
12             - - -
13         EXAMINATION
14             - - -
15 BY MR. BROWN:
16     Q.    Good afternoon.  My name is
17 Stephen Brown.  We met very briefly this
18 morning.  I'm going to be taking over to ask
19 you some questions.
20         VIDEOGRAPHER:  Counsel, your
21     microphone.
22         MR. BROWN:  I apologize.
23 BY MR. BROWN:
24     Q.    I'm going to try not to repeat
25 anything that we went over today.  But if we

31 (Pages 118 - 121)

Page 122

LINDA REICKARD - HIGHLY CONFIDENTIAL

1 do, please bear with me and I appreciate your
2 patience.
3      Do you know what the United
4 States Egg Marketers is?
5   A.   Yes.
6   Q.   What's your understanding of
7 United States Egg Marketers?
8   A.   It's an exporting vehicle.
9   Q.   If I say USEM, will you
10 understand that to refer to U.S. -- United
11 States Egg Marketers?
12   A.   Yes.
13   Q.   Did you have any
14 responsibilities in connection with USEM?
15   A.   I did.
16   Q.   What were those
17 responsibilities?
18   A.   Accounting.
19   Q.   What do you mean when you say
20 "accounting"?
21   A.   I did billing, accounts
22 payable, helped with the forms when we had an
23 export of the allocations of how many cases
24 each member was responsible for.

Page 123

LINDA REICKARD - HIGHLY CONFIDENTIAL

1   Q.   When you say "billing," who
2 were you billing?
3      MS. LEVINE:  Object to the form
4 of the question.
5      THE WITNESS:  The exporter who
6 was buying the eggs.
7 BY MR. BROWN:
8   Q.   The purchaser?
9   A.   Yes, that's the purchaser.
10   Q.   And you said that you helped
11 with the forms for the exports.  Is that
12 right?
13   A.   Yes.  The forms that Phyllis
14 went over that she used for the number of
15 cases, I had the bird numbers because that's
16 what I kept track of, and then we were able
17 to use those bird numbers to allocate how
18 many cases each person was responsible for.
19 So between the two of us, we -- she had some
20 figures and I had some figures, so we put
21 together that form.
22   Q.   And that was going to be my
23 next question.  Who did you help?  And is it
24 Phyllis Blizzard, is that correct?

Page 124

LINDA REICKARD - HIGHLY CONFIDENTIAL

1   A.   That's correct.
2   Q.   Did you have any
3 responsibilities in connection with USEM
4 membership?
5   A.   Not really, no.
6   Q.   Did you ever keep track of like
7 a list of USEM members?
8   A.   I had a list.  If we did an
9 export, then I had an updated list of the
10 membership because I had to have that.  I
11 didn't really keep track of the membership
12 until we had the next export and then I would
13 verify with Phyllis if the ones I had were
14 still members.
15   Q.   Are you aware of any
16 requirements for membership in USEM?
17   A.   I don't think that I remember
18 what the requirements are, if I even knew.
19   Q.   Do you know what type of
20 entities could be members of USEM?
21   A.   I guess I'm not sure.
22   Q.   Now, during this time -- well,
23 let me back up.
24      From about 1998 through 2000,

Page 125

LINDA REICKARD - HIGHLY CONFIDENTIAL

1 you were an employee of UEP.  Correct?
2   A.   Correct.
3   Q.   So as an employee of UEP, why
4 did you have responsibilities in connection
5 with the USEM exports?
6   A.   Because we had a -- oh, what
7 did you say, '98 to 2000?
8      MS. LEVINE:  What period of time
9 are you asking her?
10      THE WITNESS:  What did you say?
11 BY MR. BROWN:
12   Q.   I said '98 to 2000.  If I
13 misstated the time that you were at UEP.
14   A.   I started in '98, but I don't
15 remember --
16      MS. LEVINE:  Can you answer his
17 question because he's going to be
18 confused.  I think she said that she
19 retired in 2012.  So you're asking her
20 for that period of time?
21 BY MR. BROWN:
22   Q.   Sure.
23   A.   Okay.
24      MS. LEVINE:  He was just

32 (Pages 122 - 125)

Page 126

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2      mistaken about your time at UEP.
3          THE WITNESS:  All right.  Now
4      what was the question again?
5  BY MR. BROWN:
6      Q.    Well, you were -- so you had
7  responsibilities in connection with USEM
8  exports?
9      A.    Yes.
10     Q.    But you were an UEP employee at
11 the time?
12     A.    Yes.
13     Q.    So as an employee of UEP, why
14 did you have responsibilities in connection
15 with USEM exports?
16     A.    Because we had a management
17 agreement.
18     Q.    What is your understanding of
19 that management agreement?
20     A.    I guess I don't know
21 specifically, but we supplied staff to do
22 whatever needed to be done.
23     Q.    Were you ever an employee of
24 USEM?
25     A.    No.

Page 127

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2      Q.    When USEM agreed to an export,
3  when did you become involved?
4      A.    When Phyllis and I put together
5  that first sheet to see -- when I verified
6  with her who the members were, I put in my
7  layer numbers because I keep track of the
8  layer numbers.  She would tell me how many
9  cases were involved.  We'd figure out the
10 amount of -- total amount of cases and then I
11 had a spreadsheet that figured the percentage
12 that each producer would be responsible for.
13     Q.    And were USEM members required
14 to participate in an export once it was
15 agreed to?
16     A.    Required to participate in what
17 way are you asking?
18     Q.    In any way.
19     A.    Yes, they were.
20     Q.    In what ways would USEM members
21 participate in the exports?
22     A.    They would either have to
23 supply their percentage of their commitment
24 of cases or they would ask UEP to go out and
25 buy their commitment.

Page 128

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2      Q.    How was that percentage
3  determined?
4      A.    It was according to their layer
5  numbers and the total number of cases needed.
6      Q.    And you had -- I think you said
7  that you had a -- you were the one keeping
8  track of layer numbers.  Is that right?
9      A.    That's correct.
10     Q.    And is that different than
11 capacity?
12     A.    That is capacity.  What I kept
13 track of was capacity.  That's what we used
14 in everything that we did.
15     Q.    So it wasn't the actual number
16 of birds, it was instead capacity?
17     A.    Correct.
18         MR. BROWN:  I am going to hand
19     to you what's -- what will be marked
20     as Exhibit Reickard-18.
21           -  -  -
22         (Exhibit Reickard-18, E-mail
23     chain, Bates UE0461644, was marked for
24     identification.)
25           -  -  -

Page 129

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2  BY MR. BROWN:
3      Q.    Will you take a minute to
4  review that?
5      A.    Okay.
6      Q.    And this is UE0461644.
7      A.    [Reviewing document.]  Okay.
8      Q.    This is an e-mail back and
9  forth, this is two e-mails between Gene
10 Gregory and you.  The first one is
11 September 2, 2005, and then he responds
12 September 6, 2005.  Is that correct?
13     A.    Yes.
14     Q.    In your e-mail to Mr. Gregory,
15 the second sentence reads, "Are we using our
16 current layer numbers for everyone or are you
17 getting layer numbers from somewhere else,
18 because I don't agree with a lot of them."
19         Did I read that correctly?
20     A.    Yes.
21     Q.    What were you -- what were you
22 asking Gene Gregory here?
23     A.    What list I was supposed to
24 use.
25     Q.    Were there -- was there more

33 (Pages 126 - 129)

Page 130

LINDA REICKARD - HIGHLY CONFIDENTIAL

1 than one list?
2    A.   I had the official list.  I
3 made -- through the -- through each year, I
4 would make updated changes to layer numbers
5 as I was informed of the change by a producer
6 or staff.  And I think he had, I think he had
7 pulled a sheet that wasn't updated, and I
8 just wanted to be sure that we were going to
9 use my updated list, which he verified that
10 we would.
11    Q.   And this is, again, to
12 determine member's required level of
13 participation in an export?
14    A.   Yes.
15    Q.   Now, Mr. Gregory writes back,
16 "Keep in mind that Bob Krouse has only
17 pledged for 1,800,000 because that he only
18 hens he has that are not on cost plus deals
19 with his customers."
20        Did I read that correctly?
21    A.   Yes.
22    Q.   Who is Bob Krouse?
23    A.   Midwest Poultry Services.
24    Q.   Do you know what his position

Page 131

LINDA REICKARD - HIGHLY CONFIDENTIAL

1 is there?
2    A.   He's the head of the company.
3 I don't know if his title is president or
4 CEO.
5    Q.   Sure.  Were USEM members
6 permitted to pledge a particular portion of
7 their capacity?
8    A.   Yes.
9    Q.   How often did that happen?
10    A.   I can think of three different
11 ones that did that.
12    Q.   Which three?
13    A.   Midwest Poultry, Kreher and
14 Layers, Incorporated.
15    Q.   Where is Kreher located?
16    A.   New York.
17    Q.   And the other one is Layers,
18 Incorporated?
19    A.   Yes.
20    Q.   Where are they located?
21    A.   Indiana.
22    Q.   And they were permitted to --
23 well, withdrawn.
24        Do you have an understanding

Page 132

LINDA REICKARD - HIGHLY CONFIDENTIAL

1 why Mr. Krouse pledged only the hens that
2 were not on cost plus deals?
3    A.   I do not have an understanding
4 of that.
5    Q.   When USEM exported eggs, what
6 type of eggs did they typically export?
7        MS. LEVINE:  Object to the form
8 of the question.
9        THE WITNESS:  It could be graded
10 eggs or they could be nest run eggs.
11 BY MR. BROWN:
12    Q.   That's what I was asking.  As
13 a -- generally, were the exports graded or
14 nest run, or did it just depend?
15    A.   I think it just depended.
16    Q.   When USEM agreed to take an
17 export, was there ever a loss associated with
18 that export?
19        MS. LEVINE:  Object to the form
20 of the question.
21        THE WITNESS:  There was a
22 difference of what we took in as
23 income and paid out as expenses.
24 BY MR. BROWN:

Page 133

LINDA REICKARD - HIGHLY CONFIDENTIAL

1    Q.   When you say you took in as
2 income, who were you taking that in from?
3    A.   The exporter, the buyer.
4    Q.   So the buyer would be, for
5 example, a buyer in Europe or Asia or a
6 foreign country?
7    A.   Yes.
8    Q.   And the loss would be the
9 difference -- well, withdraw that.
10        Why don't we take a look at a
11 document.
12        I'm going to hand you what will
13 be marked as Reickard-19.
14        - - -
15        (Exhibit Reickard-19, E-mail
16 chain, Bates UE0475506, was marked for
17 identification.)
18        - - -
19 BY MR. BROWN:
20    Q.   And this is an e-mail
21 correspondence between you and Gene Gregory
22 dated February 9, 2007.  Is that correct?
23    A.   Yes.
24    Q.   In your e-mail to Mr. Gregory

34 (Pages 130 - 133)

Page 134

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2 you write, We now -- We have now received all
3 export loss money from November.
4     Did I read that correctly?
5     A.    Yes.
6     Q.    When you said "all export loss
7 money," what were you referring to?
8     A.    I was referring to the eggs
9 that UEP bought for the people who didn't
10 supply their own eggs.
11     Q.    Why did you refer to that as a
12 loss?
13     A.    Because what UEP received for
14 those eggs was the price of the export less
15 $0.01 commission versus what we had to pay
16 for those eggs on the open market.
17     Q.    And what you had to pay for the
18 eggs on the open market, was that greater
19 than the price that you received for the
20 purchase of those eggs?
21     MS. LEVINE:  Object to the form
22 of the question.
23     THE WITNESS:  The price of eggs
24 changes daily, so once word is out
25 about an export, more than likely the

Page 135

1 LINDA REICKARD - HIGHLY CONFIDENTIAL
2     price is going to be going up.  So
3     depending on what day the eggs were
4     purchased, it usually became more
5     expensive to buy the eggs.
6 BY MR. BROWN:
7     Q.    More expensive because the
8 price went up, the open market price went up?
9     A.    Yes.
10     Q.    And so who was responsible for
11 paying that loss?
12     MS. LEVINE:  Object to the form
13 of the question.
14     THE WITNESS:  To UEP you mean?
15 BY MR. BROWN:
16     Q.    Yes.
17     A.    The people who we bought the
18 eggs for, who UEP bought the eggs for who
19 didn't supply their own eggs in the export.
20     Q.    And how did you keep track of
21 that?
22     A.    Very carefully.  Again, I had a
23 spreadsheet.
24     Q.    And what was on the
25 spreadsheet?

Page 136

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2     A.    The amount of money that came
3 in for the eggs.  All the money that went out
4 for the eggs.  And UEP did get a commission,
5 a cent commission.
6     Q.    And once you had calculated the
7 amount of money that came in and the amount
8 of money that went out, what would you do
9 after that?
10     A.    Then I would take the -- it was
11 all, again, based on their layer numbers.  So
12 I used a pro rata share of their layer
13 numbers to determine how much of the loss
14 they were responsible for.
15     Q.    Would you then send invoices or
16 bills to the individual members?
17     A.    Yes, I did.
18     Q.    How did you keep track of those
19 invoices going out and the money that came
20 in?
21     A.    Well, I sent the invoices out.
22     Q.    Sure.
23     A.    And then all money that came in
24 to the UEP office I took care of recording
25 accounts receivable in all the different

Page 137

1 LINDA REICKARD - HIGHLY CONFIDENTIAL
2 companies so, therefore, I was faxed copies
3 of all the checks that came in daily.  So
4 then I was able to record on my invoice that
5 they had been paid and then record it in the
6 accounting program.
7     Q.    When you said "all the
8 different companies," what were you referring
9 to?
10     A.    The U.S. Egg Marketers members
11 who we purchased the eggs for.
12     Q.    Did USEM and UEP have separate
13 accounts?
14     A.    Oh, yes.
15     Q.    Was there any commingling of
16 those accounts?
17     A.    No.
18     Q.    How did you -- if -- well, take
19 another document.
20     I'm going to hand to you what
21 will be marked as Reickard-20.
22     - - -
23     (Exhibit Reickard-20, E-mail
24     chain, Bates UE0475325 & UE0475326,
25     was marked for identification.)

35 (Pages 134 - 137)

Page 138

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2            - - -
3  BY MR. BROWN:
4      Q.   This is UE0475325.
5      A.   [Reviewing document.]
6      Q.   This is e-mail correspondence
7  between you and Gene Gregory, March 14, 2007.
8  Is that correct?
9      A.   Yes.
10     Q.   The subject of this e-mail is
11 "BJ's salary." Who is BJ?
12     A.   That's Billie Jo Correll. She
13 was a former egg trader who had retired, and
14 we brought her back in to purchase the eggs
15 for the people who didn't supply their own
16 eggs for the export.
17     Q.   When you say "we," are you
18 referring to UEP or USEM or something else?
19     A.   Staff in Georgia brought her
20 back in. I don't know how to answer that
21 question.
22     Q.   Do you know whether she was an
23 employee of UEP or USEM?
24     A.   Well, at that time she wasn't
25 an employee at all. She was retired.

Page 139

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2      Q.   Okay. She was performing --
3  well, how was she paid compensation?
4          MS. LEVINE: Object to the form
5      of the question.
6          THE WITNESS: I assume she was
7      written a check.
8  BY MR. BROWN:
9      Q.   Well, I'm just wondering who
10 was it from? Do you know whether it would
11 have been --
12     A.   No. That would have been
13 handled in Georgia.
14     Q.   If you look at your e-mail to
15 Mr. Gregory, it's at 11:08 a.m., you write,
16 "For the last export we included BJ's
17 compensation as part of UEP's loss. But I'm
18 thinking it should be split half between UEP
19 & USEM. Your thoughts?"
20         Did I read that correctly?
21     A.   Yes.
22     Q.   Why did you think that it
23 should be split half between UEP and USEM?
24     A.   Well, you remember -- you're
25 trying to get me to remember my thoughts back

Page 140

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2  in '07. I guess I thought it was because
3  that way it would include all of the U.S. Egg
4  Marketers members.
5      Q.   Meaning that all of the USEM
6  marketer members would be contributing to her
7  compensation?
8      A.   Yes.
9      Q.   And when you refer to UEP's
10 loss, what were you referring to?
11     A.   That was the eggs, again, that
12 UEP purchased for the people that didn't
13 supply their own.
14     Q.   So the loss included more than
15 just the difference between the price of the
16 export and the price at which UEP purchased
17 eggs in the open market?
18         MS. LEVINE: Object to the form
19     of the question.
20         THE WITNESS: It could have. If
21     there was any other expenses involved.
22 BY MR. BROWN:
23     Q.   Aside from this, do you recall
24 any examples of what those other expenses
25 would have been?

Page 141

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2      A.   Not off the top of my head I
3  can't, no.
4      Q.   Do you have an understanding
5  why USEM members would agree to an export
6  when there was an export loss?
7          MS. LEVINE: Object to the form
8      of that question.
9          THE WITNESS: You're talking
10     about a loss. At the time -- I think
11     at the time that they agreed to an
12     export, there was an oversupply of
13     eggs and they were probably losing
14     money in their business. And that's
15     why they would agree to it.
16 BY MR. BROWN:
17     Q.   Any other reasons in your
18 understanding why they would agree to it?
19     A.   Not that I would know of.
20     Q.   I'm going to hand to you what
21 will be marked as Exhibit Reickard-21.
22         - - -
23         (Exhibit Reickard-21, E-mail
24     chain, Bates UE0475456 & UE0475457,
25     was marked for identification.)

36 (Pages 138 - 141)

Page 142

1        LINDA REICKARD - HIGHLY CONFIDENTIAL
2              - - -
3 BY MR. BROWN:
4      Q.    This is UE0475456.
5      A.    [Reviewing document.]  Okay.
6      Q.    Am I correct that this is
7 e-mail correspondence that you are copied on
8 from November 22, 2006?
9      A.    Yes.
10     Q.    And if you look at Gene
11 Gregory's e-mail -- well, first, who was
12 Wayne Winslow?
13     A.    He is with NuCal Foods.  I'm
14 not positive what his -- I don't know if he's
15 manager or CEO or president, but he's with
16 them.
17     Q.    Was NuCal Foods a USEM member?
18     A.    Yes.
19     Q.    If you look at the earliest
20 e-mail in the chain all the way at the
21 bottom.
22     A.    Can I take that back?
23     Q.    Yes, please.
24     A.    I don't know that NuCal --
25 NuCal -- it would be the members of NuCal

Page 143

1        LINDA REICKARD - HIGHLY CONFIDENTIAL
2 that were the members of U.S. Egg Marketers,
3 not NuCal itself because they don't have
4 birds.
5      Q.    So what is your understanding
6 of NuCal?
7      A.    I think they're a cooperative.
8      Q.    And NuCal itself doesn't have
9 birds?
10     A.    I don't think so, no.
11     Q.    Mr. Winslow's e-mail to Gene
12 Gregory, the earliest e-mail in the chain all
13 the way at the bottom says, "Phyllis, Could
14 you please forward NuCal's cost per dozen to
15 participate in this last export."
16            Did I read that correctly?
17     A.    Yes.
18     Q.    And Mr. Gregory writes back,
19 "I've chosen to respond rather than Phyllis
20 doing so.  The cost is big so sit down before
21 you see this and fall over."
22            Did I read that correctly?
23     A.    Yes.
24     Q.    And then Mr. Winslow responds
25 and says, "We understand how the system works

Page 144

1        LINDA REICKARD - HIGHLY CONFIDENTIAL
2 and the benefits of the system."
3            Did I read that correctly?
4      A.    Yes.
5      Q.    Do you have an understanding of
6 what he's referring to when he discusses the
7 benefits of the system?
8      A.    No, I don't know what he
9 thought the benefits of the system were.  No.
10     Q.    Do you have an understanding of
11 what the benefits of the system are to USEM
12 members?
13            MS. LEVINE:  Object to the form
14     of the question.  Asked and answered.
15            THE WITNESS:  I think the
16     benefit of the program is to stabilize
17     the egg market prices.  And that's not
18     just to U.S. Egg Marketers members,
19     that's to all egg producers.
20 BY MR. BROWN:
21     Q.    Did -- were non-members allowed
22 to participate in USEM exports?
23     A.    I think there were a few times
24 when there was support by non-members, yes.
25     Q.    Do you know why that occurred?

Page 145

1        LINDA REICKARD - HIGHLY CONFIDENTIAL
2      A.    I think they saw the benefit of
3 it.  I don't know why they weren't members.
4      Q.    Do you know who Paul Sauder is?
5      A.    Yes, I do.
6      Q.    Who is he?
7      A.    He has -- he's a member in
8 Pennsylvania.
9      Q.    He is a member of what?
10     A.    Well, I would have to refer to
11 my dues list.  I know at one time he was a
12 member of the UEA Producer Packers and then
13 he became a member of United Egg Producers.
14     Q.    Do you recall when he became a
15 member of United Egg Producers?
16     A.    I don't recall that, no.
17     Q.    I'm going to hand to you what
18 will be marked as Exhibit Reickard-22.
19              - - -
20            (Exhibit Reickard-22, 1/22/04
21     E-mail, Bates UE0462630, was marked
22     for identification.)
23              - - -
24 BY MR. BROWN:
25     Q.    This is UE0462630.  And am I

37 (Pages 142 - 145)

Page 146

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2  correct that this is an e-mail from you to
3  Chad Gregory, January 22, 2004?
4      A.   Yes.
5      Q.   And in the e-mail you write,
6  "...is the Sauder membership agreement OK?
7  Does he qualify?"
8         Did I read that correctly?
9      A.   Yes.
10     Q.   Do you recall Sauder's
11 membership being an issue?
12     A.   I'm not aware that it was an
13 issue.
14     Q.   Why were you asking Chad
15 Gregory these questions?
16     A.   I don't really remember.
17     Q.   I'm going to hand to you what
18 will be marked Exhibit Reickard-23.
19                - - -
20        (Exhibit Reickard-23, E-mail
21 chain, Bates UE0476399, was marked for
22 identification.)
23                - - -
24 BY MR. BROWN:
25     Q.   This is UE0476399.  Please take

Page 147

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2  a second to review.
3      A.   Okay.
4      Q.   Am I correct that this is
5  e-mail correspondence between you and Gene
6  Gregory, January 31, 2007?
7      A.   Yes.
8      Q.   You write, "Sauder is not going
9  to pay the USEM 2000 fee.  The A/P person
10 said Paul just joined for this last export &
11 is not becoming a member.  Please advise."
12        Was Sauder a member of USEM at
13 this time?
14     A.   Well, I thought he was, but
15 apparently he wasn't.
16     Q.   How do you know that he wasn't?
17     A.   Because the A/P person said
18 that -- told me that he had just joined for
19 this export.
20     Q.   So he participated in this
21 export.  Correct?
22     A.   Correct.
23     Q.   But was not a member?
24     A.   Yes.
25     Q.   And the A/P person, what does

Page 148

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2  A/P stand for?
3      A.   Accounts payable.
4      Q.   So this reflects that someone
5  from Sauder called you?
6      A.   Yes.  Or I called to see why
7  the invoice hadn't been paid.
8      Q.   And Mr. Gregory writes back,
9  "Paul talked to me about it.  He is still a
10 supporter but wants to work on each
11 individual order rather than being an
12 official member.  He is concerned that he
13 might legally not be qualified but wants to
14 be supportive."
15        Did I read that correctly?
16     A.   Yes.
17     Q.   Did you have any further
18 discussions with Mr. Gregory on this topic?
19        MS. LEVINE:  Object to the form
20     of the question.  Lack of foundation.
21        THE WITNESS:  I don't remember.
22 BY MR. BROWN:
23     Q.   Did you do anything to
24 determine whether Sauder was legally
25 qualified to be a member of USEM?

Page 149

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2      A.   No, that was not my job.
3      Q.   Whose --
4      A.   I had nothing to do with the
5  legality of members.
6      Q.   Whose job was that?
7      A.   Someone in the Georgia office.
8      Q.   Anyone in particular come to
9  mind?
10        MS. LEVINE:  Object to the form
11     of the question.
12 BY MR. BROWN:
13     Q.   It's fine if you don't know.
14     A.   It would be one of three
15 people, Al, Gene or Chad.  I don't know.
16     Q.   Did Gene ever tell you that
17 Sauder was prohibited from participating in
18 the exports?
19     A.   Not that I remember.
20     Q.   It's fine if you don't
21 remember.
22        MS. LEVINE:  Just to correct
23     your record, the questioner said it's
24     fine if you don't know.
25 BY MR. BROWN:

38 (Pages 146 - 149)

Page 150

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2      Q.    Do you recall other non-members
3  participating in USEM exports?
4      A.    Non-USEM members?
5      Q.    Yes.
6      A.    Yes, there were some.
7      Q.    What about non-UEP members?
8      A.    I believe there was one, yes.
9      Q.    Are you thinking of one in
10  particular?
11     A.    Yes.
12     Q.    Who is it?
13     A.    Weiss Lake.
14     Q.    Where is Weiss Lake located?
15     A.    I don't remember.
16     Q.    Okay.  I'm going to hand to you
17  what will be marked as Reickard-24.
18                  - - -
19            (Exhibit Reickard-24, E-mail
20        chain, Bates UE0651561, was marked for
21        identification.)
22                  - - -
23  BY MR. BROWN:
24     Q.    This is UE0651561.
25     A.    Okay.

Page 151

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2      Q.    Actually let's see, I think we
3  said Weiss Lake, is that the egg producer --
4  not referring to that document, the entity
5  that participated in the USEM export that you
6  thought was not a UEP member, how do you
7  spell that?
8      A.    W-E-I-S-E, I think.
9      Q.    And what did they do?
10     A.    I don't know anything about
11  them.
12     Q.    Do you know whether -- so you
13  don't know whether they were an egg producer?
14     A.    No.  I believe that they were a
15  member of U.S. Egg Marketers when we took
16  over the management agreement.  So I really
17  don't know anything about it.
18     Q.    But at some point they stopped
19  being a member of USEM.  Correct?
20     A.    Without looking at my list, but
21  I think that's correct, yes.
22     Q.    Back to Reickard-24.  This is
23  e-mail correspondence between you and Gene
24  Gregory from April 25, 2007.  Is that
25  correct?

Page 152

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2      A.    Yes.
3      Q.    Mr. Gregory writes to you that
4  "Tim VandeBunte from Konos, Inc. in Martin,
5  Michigan said his company would like to
6  provide financial support for the current
7  export.  I suggested to Tim that he pay his
8  fair share of the export loss as if he was a
9  member and in this way he would be an equal
10  participate."
11            Did I read that correctly?
12     A.    Yes.
13     Q.    You're saying there's a
14  mistake?
15     A.    I think there's a typo there,
16  yes.
17     Q.    Do you know who Tim VandeBunte
18  is?
19     A.    Yes.
20     Q.    Who is he?
21     A.    He's either the president or
22  manager of Konos Egg in Michigan.
23     Q.    And do you know what -- is
24  Konos Egg an egg producer?
25     A.    Yes.

Page 153

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2      Q.    And then you respond to Mr.
3  Gregory, "Will do."
4            Is that correct?
5      A.    Yes.
6      Q.    So at this time you were
7  intending to, as Mr. Gregory suggested --
8  well, when you say "Will do," what were you
9  intending to do?
10     A.    Contact him.
11     Q.    And contact him and ask him to
12  do what?
13     A.    It looks like I was supposed to
14  tell him what the export loss might have been
15  for a company of his size.  So I assume
16  that's what I did.  But I don't remember.
17     Q.    I'm going to hand to you what
18  will be marked as Exhibit Reickard-25.
19                  - - -
20            (Exhibit Reickard-25, E-mail
21        chain, Bates UE0473018 & UE0473019,
22        was marked for identification.)
23                  - - -
24            THE WITNESS:  Okay.
25  BY MR. BROWN:

39 (Pages 150 - 153)

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    Q.    Am I correct that this is
3 various e-mails that you were either sending
4 or receiving on April 30, 2007?
5    A.    One of them was on that date,
6 yes.
7    Q.    And if you go to the earliest
8 e-mail in the chain, this is an e-mail from
9 you to Mr. Tim VandeBunte, and you write,
10 "Per Gene's request, it looks like your part
11 of the loss on the last export of 300 loads
12 would have been around $40,700 based on
13 1.4 million birds."
14        Did I read that correctly?
15    A.    Yes.
16    Q.    So consistent with what we saw
17 in Exhibit Reickard-24 where you had said
18 that you were going to reach out to
19 Mr. VandeBunte, this is you actually reaching
20 out to him. Is that correct?
21    A.    Yes.
22    Q.    And you were asking him to pay
23 $40,700. Is that correct?
24    A.    No.
25    Q.    What were you asking him to do?

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2        MS. LEVINE: Object to the form
3    of the question.
4        THE WITNESS: I told him that if
5    he had participated on the last
6    export, that would have been
7    approximately what he would have had
8    to pay.
9 BY MR. BROWN:
10    Q.    Mr. VandeBunte responds, "We
11 are willing to participate in the export
12 through the sale of our eggs to USEM." I
13 think that's another typo, but did I read
14 that?
15    A.    Yes.
16    Q.    And you respond -- well, not to
17 him, but you respond to Gene Gregory and
18 Phyllis Blizzard and say, "I'm assuming he'll
19 sell to us at the export price. Since he's
20 not a USEM member, I'd assume that's the only
21 way we'd accept his help???"
22        Did I read that correctly?
23    A.    Yes.
24    Q.    Why was that the only way that
25 USEM would accept his help?

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2        MS. LEVINE: Object to the form
3    of the question.
4        THE WITNESS: I guess I don't
5    remember why I asked that.
6 BY MR. BROWN:
7    Q.    Do you remember why -- well,
8 you write that you assume that he'll sell to
9 us at the export price. Are you referring to
10 UEP there?
11    A.    Yes.
12    Q.    And when you say the export --
13    A.    Well, I guess I'm not --
14    Q.    I'm sorry, go ahead.
15    A.    I'm not sure who I'm referring
16 to there. Okay. I guess I'm not sure who
17 I'm referring to there.
18    Q.    And when you refer to the
19 export price, what is that?
20    A.    The price that we're getting
21 from the buyer, the export buyer.
22    Q.    Is that different than the
23 market price?
24    A.    Well, again, this is a timing
25 issue, so at the time the export is taken, it

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 might not have been different. But as time
3 goes on, it probably was.
4    Q.    Do you recall whether it was
5 different at this time?
6    A.    No, I don't recall that at all.
7    Q.    When you write -- if you go
8 back to the earlier e-mail chain when you're
9 writing to Mr. VandeBunte on April 25, you
10 write, "However, it looks like quotes will go
11 up more this time, so we will probably have a
12 greater loss."
13        Did I read that correctly?
14    A.    Yes.
15    Q.    Why were you predicting that
16 quotes will go up more this time?
17    A.    I don't remember.
18    Q.    What quotes were you referring
19 to?
20    A.    The egg quotes.
21    Q.    Is that a market quote?
22    A.    Yes. I was referring to the
23 Urner Barry market quotes.
24    Q.    I'm going to hand to you what
25 will be marked as Exhibit Reickard-26.

Page 158

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2        - - -
3      (Exhibit Reickard-26, E-mail
4  chain, Bates UE0455637, was marked for
5  identification.)
6        - - -
7  BY MR. BROWN:
8     Q.   This is UE0455637.  Am I
9  correct that this is e-mail correspondence
10  between you and Mr. Barrie Wilcox --
11     A.   Yes.
12     Q.   -- from July 18 of 2008?
13     A.   Yes.
14     Q.   Who is Mr. Wilcox?
15     A.   He was the owner of Wilcox
16  Farms in Washington.
17     Q.   And you write, "We sent you
18  invoice 11713 on 6/27 for your share of the
19  export loss, but have not received payment."
20       Did I read that correctly?
21     A.   Yes.
22     Q.   And then Colleen Henderson
23  responds, Payment was mailed Tuesday of last
24  week.
25       Did I read that correctly?

Page 159

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2     A.   Yes.
3     Q.   Is Colleen Hendrickson from
4  Wilcox Farms?
5     A.   Yes, she's the accounts payable
6  person from Wilcox.
7     Q.   This reflects that -- well, is
8  or was Wilcox Farms at this time a USEM
9  member?
10     A.   I would have to look at my
11  list, but I think he was a supporter at that
12  time, not a member.
13     Q.   When you say "supporter," what
14  do you mean?
15     A.   He wanted to help with the
16  export.
17     Q.   So this reflects that he did
18  help with the export.  Is that correct?
19     A.   Yes, it does.
20     Q.   By paying -- well, he sent a
21  check, who was the check made out to?
22     A.   It would have been made out to
23  United Egg Producers.
24     Q.   How did -- were you responsible
25  for keeping track of -- well, so if this

Page 160

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2  check comes in, who is responsible for
3  keeping track of that?
4     A.   I was.
5     Q.   And how did you do that?
6     A.   To make sure that the checks
7  came in?
8     Q.   Yes.
9     A.   I had invoices.  And if I had
10  an invoice that hadn't been paid, then I
11  would check on it.
12     Q.   Did you make a distinction
13  between invoices from members and invoices
14  from what you referred to as supporters?
15     A.   No.  If anybody owed money, I
16  checked on it.
17     Q.   Do you know what the Long Range
18  Planning Committee is?
19     A.   Yes.
20     Q.   What is your understanding of
21  that?
22     A.   My understanding is that that
23  committee thinks long range as to -- comes up
24  with ideas and suggestions and maybe what the
25  egg industry should do in the future.

Page 161

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2     Q.   Is that committee still -- does
3  that committee still exist?
4     MS. LEVINE:  Object to the form
5    of the question.
6     THE WITNESS:  I'm not sure.
7     MS. LEVINE:  My objection is
8    really based on the fact that she's
9    retired.  So if you ask until the
10    present, she's retired.
11     MR. BROWN:  Okay.
12  BY MR. BROWN:
13     Q.   I'm going to hand to you what
14  will be marked as Exhibit Reickard-27.
15        - - -
16      (Exhibit Reickard-27, 2/2/07
17  E-mail, Bates UE0473423 & UE0473424,
18  was marked for identification.)
19        - - -
20  BY MR. BROWN:
21     Q.   This is UE0473423.  Please take
22  a minute to review.
23     A.   [Reviewing document.]  Okay.
24     Q.   Am I correct that this is an
25  e-mail from Chad Gregory to Roger Deffner,

41 (Pages 158 - 161)

Page 162

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 copying you among others --
3    A.   Yes.
4    Q.    -- on February 2, 2007?
5    A.   Yes.
6    Q.    And Mr. Gregory is proposing
7 ideas for the Long Range Planning Committee
8 to consider.  Is that correct?
9    A.   Looks like it, yes.
10    Q.    He says in "No particular
11 order:"  Point 1 "Potato / Supply Control
12 Program under USEM."  Point 2 "USEM future
13 export opportunities / focus and possibly
14 expanded role."
15        Did I read that correctly?
16    A.   Yes.
17    Q.    Do you have an understanding
18 why Mr. Gregory was proposed a potato/supply
19 control program under USEM?
20        MS. LEVINE:  Object to the form
21    of the question.
22        THE WITNESS:  I do not.
23 BY MR. BROWN:
24    Q.    Do you know whether that
25 occurred?

Page 163

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    A.   I do not.
3        MR. BROWN:  Can we take a quick
4    break?
5        MS. LEVINE:  Sure.
6        VIDEOGRAPHER:  The time is
7    approximately 1:42 p.m.  This ends
8    tape three.  We're now off the record.
9              - - -
10        (A recess was taken.)
11              - - -
12        VIDEOGRAPHER:  The time is
13    approximately 2:02 p.m.  This begins
14    tape four.  We are back on the record.
15 BY MR. BROWN:
16    Q.    Good afternoon.
17        I believe -- well, this morning
18 I think you testified about one of your
19 duties that UEP related to organizing
20 meetings.  Is that correct?
21    A.   Yes.
22    Q.    And what did that involve?
23    A.   Site visits to hotels.  Signing
24 contracts with hotels.  Getting meeting rooms
25 for whatever meetings we needed.  Making sure

Page 164

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 the meetings were set up right.  Food.
3    Q.    Did you typically travel --
4        MS. MARKOWITZ:  Could the
5    witness speak a little louder or maybe
6    get closer to the mic or move the mic
7    closer to her?
8        MR. BROWN:  It's on her lapel.
9        MS. LEVINE:  I think they're
10    just saying you have to speak up a
11    little bit.
12        MS. MARKOWITZ:  Thank you.
13        MS. LEVINE:  No problem.
14 BY MR. BROWN:
15    Q.    Did you typically -- in
16 connection with UEP meetings, did you
17 typically travel to those meetings?
18    A.   I typically traveled to the big
19 meetings.  If they had committee meetings
20 sometime during the year, I usually did not
21 go to those.
22    Q.    Prior to the meetings, did you
23 communicate with UEP members?
24    A.   The notices were sent out by
25 the Georgia office, but they usually came to

Page 165

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 me so that I could have an attendance list
3 and know who was coming so I was able to make
4 plans for how big the rooms needed to be.
5    Q.    Who or what usually came to
6 you?  Did the notices come to you?
7    A.   Well, I always got a copy of
8 the notice, yes.  So I could refer to it if I
9 had any questions.  And we usually sent out
10 registration forms so those forms would come
11 to me.
12    Q.    UEP members would fill out
13 those forms and send them to you.  Is that
14 correct?
15    A.   Yes.
16    Q.    And that would tell you who is
17 attending the meetings.  Correct?
18    A.   Yes.
19    Q.    Were there any limits on who
20 could attend UEP meetings?
21    A.   You mean the number of people
22 that could attend?
23    Q.    I mean, well, could a member of
24 the public attend a UEP meeting?
25        MS. LEVINE:  Object to the form

42 (Pages 162 - 165)

Page 166

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    of the question.
3        THE WITNESS: Well, I guess they
4    could because sometimes we had
5    speakers that were from the public
6    that attended the meetings, so...
7 BY MR. BROWN:
8    Q.    Let me hand to you what will be
9 marked as Exhibit Reickard-28.
10        - - -
11        (Exhibit Reickard-28, E-mail
12    chain, Bates UE0883026 & UE0883027,
13    was marked for identification.)
14        - - -
15 BY MR. BROWN:
16    Q.    This is UE0883026. Please take
17 a minute to review.
18    A.    [Reviewing document.] Okay.
19    Q.    If you look at the earliest
20 e-mail in the chain, this is from you to Chad
21 Gregory on August 20, 2007. Is that correct?
22    A.    Yes.
23    Q.    And you're talking about a
24 Michael Melhorn from MainJoy Unlimited. Is
25 that correct?

Page 167

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    A.    Correct. Yes.
3    Q.    Is that an egg producer, if you
4 know?
5    A.    I don't know.
6    Q.    You write, "We don't allow
7 allied people to attend unless they are
8 members, correct?"
9        Did I read that correctly?
10    A.    Yes.
11    Q.    Was that your understanding of
12 the rules for attending meetings?
13        MS. LEVINE: Object to the form
14    of the question.
15        THE WITNESS: This was an area
16    meeting, and to my knowledge, the only
17    people invited or who knew about these
18    area meetings were either members of
19    UEA or UEP.
20 BY MR. BROWN:
21    Q.    How do you know this was an
22 area meeting?
23    A.    Because of the date.
24    Q.    What about the date tells you
25 that it's an area meeting?

Page 168

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    A.    Because we had area meetings
3 the last two weeks of August.
4    Q.    There is another e-mail in the
5 chain from you to Chad Gregory on August 20,
6 2007. Do you see that?
7    A.    Yes.
8    Q.    You're referring to Michael
9 Melhorn, and you write, "He thinks he's
10 already a member because he says he's getting
11 our newsletter. I said I'd check & let him
12 know. You might want to check with Patricia
13 to see why he may be getting the newsletter."
14        Did I read that correctly?
15    A.    Yes.
16    Q.    Who is Patricia?
17    A.    She was the person in the
18 Georgia office sending out the newsletter at
19 that time.
20    Q.    She was a UEP -- excuse me.
21 She was a UEP employee?
22    A.    Yes.
23    Q.    Why did you suggest that he
24 check with Patricia?
25    A.    To see if for some reason this

Page 169

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 man was on the list to get the newsletter and
3 maybe shouldn't have been.
4    Q.    And the reason that maybe he
5 shouldn't have been is because he was not a
6 UEP member. Correct?
7        MS. LEVINE: Object to the form
8    of the question.
9        THE WITNESS: Not a UEA member.
10 BY MR. BROWN:
11    Q.    And the reference to the
12 newsletter, is that a reference to United
13 Voices?
14    A.    Yes.
15    Q.    So other than this being an
16 area -- well, withdrawn.
17        Do you recall any other time
18 that you restricted attendance at UEP
19 meetings?
20    A.    I didn't restrict attendance.
21 That would have been the management in the
22 Georgia office that would restrict
23 attendance. I might question it in case they
24 didn't know that somebody was signed up.
25    Q.    Do you recall a time when UEP

43 (Pages 166 - 169)

Page 170

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 restricted -- management in the Georgia
3 office restricted attendance?
4         MS. LEVINE:  Which meetings are
5    you referring to?
6         MR. BROWN:  I'm just asking her
7    if she recalls a time.
8         THE WITNESS:  And you can't give
9    me a specific meeting?
10 BY MR. BROWN:
11    Q.    I will, I'm just -- it's fine,
12 withdrawn.
13         I'm going to hand to you what
14 will be marked as Exhibit Reickard-29.
15              - - -
16         (Exhibit Reickard-29, E-mail
17    chain, Bates UE0475486, was marked for
18    identification.)
19              - - -
20 BY MR. BROWN:
21    Q.    And this is UE0475486.
22    A.    Okay.
23    Q.    This is e-mail correspondence
24 between you and Gene Gregory, November 18,
25 2006.  Is that correct?

Page 171

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    A.    Yes.
3    Q.    And you are discussing -- well,
4 the subject line is "Economic Summit."  Is
5 that correct?
6    A.    Yes.
7    Q.    Do you know what that refers
8 to?
9    A.    I believe that there was an
10 Economic Summit meeting sometime in there.
11    Q.    You write, "I thought this was
12 open only to UEP members, but I've had some
13 allied sign up.  Do we tell them they can't
14 come?"
15         Did I read that correctly?
16    A.    Yes, you did.
17    Q.    Why did you think that this was
18 open only to UEP members?
19    A.    I don't remember.
20    Q.    Mr. Gregory writes back to you,
21 "For Capper Volstead we must insist that only
22 UEP members attend.  Apologize to any Allied
23 member and explain this is for their
24 protection."
25         Did I read that correctly?

Page 172

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    A.    Yes.
3    Q.    Does that refresh your
4 recollection as to why this meeting was open
5 only to UEP members?
6    A.    Not really.
7    Q.    Did you understand what -- what
8 is your understanding of what Mr. Gregory
9 meant when he said "For Capper Volstead we
10 must insist that only UEP members attend"?
11         MS. LEVINE:  Object to the form
12    of the question.
13         THE WITNESS:  I don't -- I don't
14    know exactly what he was referring to
15    specifically about Capper-Volstead.  I
16    mean...
17 BY MR. BROWN:
18    Q.    Do you have an understanding
19 generally?
20    A.    Of Capper-Volstead?
21    Q.    Yes.
22    A.    Not really.
23    Q.    What is your understanding of
24 Capper-Volstead?
25    A.    I don't understand it, so...

Page 173

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    Q.    Do you recall having
3 conversations with Mr. Gregory about
4 Capper-Volstead?
5    A.    Not anything in particular that
6 I remember.
7    Q.    Do you know who Land O'Lakes
8 is?
9    A.    Yes.
10    Q.    Who is Land O'Lakes?
11         MS. LEVINE:  Object to the form
12    of the question.
13         THE WITNESS:  They were a member
14    of UEP at one time, I think.  I would
15    have to refer to my dues list.  And
16    then I believe that they bought Moark.
17    I'm not sure what else you want to
18    know about them.
19 BY MR. BROWN:
20    Q.    Were they an egg producer?
21         MS. LEVINE:  Object to the form
22    of the question.
23         THE WITNESS:  I believe they
24    owned layers.
25 BY MR. BROWN:

44 (Pages 170 - 173)

Page 174

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2    Q.   And -- well, I'm going to hand
3 to you Exhibit Reickard-30.
4              - - -
5         (Exhibit Reickard-30, E-mail
6     chain, Bates UE0881403 & UE0881404,
7     was marked for identification.)
8              - - -
9 BY MR. BROWN:
10    Q.   This is UE0881403.  Please take
11 a minute to review.
12    A.   [Reviewing document.]  Okay.
13    Q.   And this is e-mail
14 correspondence, well, between you and Gene
15 Gregory on January 9, 2007.  Is that correct?
16    A.   Yes.
17    Q.   And you write to Mr. Gregory,
18 "Since Land O'Lakes is no longer a member of
19 UEP, can 4 people from there attend Economic
20 Summit?"
21         Did I read that correctly?
22    A.   Yes.
23    Q.   How would Land O'Lakes'
24 membership in UEP -- well, withdrawn.
25         Would Land O'Lakes' membership

Page 175

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2 in UEP affect whether or not they could
3 attend the Economic Summit?
4         MS. LEVINE:  Object to the form
5     of the question.
6         THE WITNESS:  Well, from other
7     information you've shown me, it
8     indicated that only UEP members could
9     attend the Economic Summit.  So I'm
10     obviously questioning this since they
11     were no longer a member.
12 BY MR. BROWN:
13    Q.   And other than the document
14 that we've -- the documents that we've
15 already looked at, do you have any
16 understanding, any other understanding why
17 only UEP members were allowed to attend this
18 Economic Summit?
19    A.   No.
20    Q.   I'm handing to you what will be
21 marked as Exhibit Reickard-31.
22              - - -
23         (Exhibit Reickard-31, E-mail
24     chain, Bates UE0881896 & UE0881897,
25     was marked for identification.)

Page 176

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2              - - -
3 BY MR. BROWN:
4    Q.   This is UE0881896.
5    A.   Okay.
6    Q.   And this, again, is e-mail
7 correspondence between you and Gene Gregory,
8 January 9, 2007.  Is that correct?
9    A.   Yes.
10    Q.   And you write to -- well, we'll
11 go back.
12         Mr. Gregory writes to you, The
13 meeting should be for egg producers and
14 members of UEP or UEA Producer Packers.  I
15 feel bad for Land O'Lakes so please tell me
16 who they are.
17         Did you read that correctly?
18    A.   Yes.
19    Q.   You write back to him, I
20 understand that, but you have okayed -- but
21 you have -- excuse me.
22         You write back, "I understand
23 that, but some you have OK'd, so I've been
24 checking with you before telling them that
25 they can't come."

Page 177

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2         Did I read that correctly?
3    A.   Yes.
4    Q.   And this reflects that Mr.
5 Gregory had okayed some non-members attending
6 this Egg Economic Summit.  Is that correct?
7         MS. LEVINE:  Object to the form
8     of the question.
9         THE WITNESS:  It sounds like it
10     according to this e-mail.  I don't
11     remember.
12 BY MR. BROWN:
13    Q.   Do you have any reason to doubt
14 that?
15    A.   No.
16    Q.   I'm going to show to you what
17 will be marked Exhibit Reickard-32.
18              - - -
19         (Exhibit Reickard-32, E-mail
20     chain, Bates UE0475479, was marked for
21     identification.)
22              - - -
23 BY MR. BROWN:
24    Q.   This is UE0475479.
25    A.   Okay.

45 (Pages 174 - 177)

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    Q.   This is an e-mail from you to
3 Mr. Keith Staggs, January 9, 2007.  Is that
4 correct?
5    A.   Yes.
6    Q.   And you write, "I'm sorry, but
7 the Economic Summit is open only to UEP
8 members.  That is because of our
9 Capper-Volstead status which allows us to
10 talk about pricing."
11       Did I read that correctly?
12    A.   Yes.
13    Q.   Does that refresh your
14 recollection as to why this Economic Summit
15 was open only to UEP members?
16    A.   Yes.
17    Q.   Now, how does the fact that
18 this meeting was used -- well, withdrawn.
19       This reflects that it was
20 anticipated that at this Economic Summit,
21 there would be talk about pricing.  Is that
22 correct?
23    A.   That's what it sounds like,
24 yes.
25    Q.   And how does talking about

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 pricing affect the Capper-Volstead status of
3 UEP?
4       MS. LEVINE:  Object to the form
5    of the question.  This witness
6    certainly is not a lawyer, so she
7    can't reach a legal conclusion.  She
8    can answer to the facts she knows.
9       THE WITNESS:  I don't know.
10 BY MR. BROWN:
11    Q.   Were you involved at all with
12 UEA?
13    A.   Only in invoicing for their
14 fees.
15    Q.   Invoicing members for their --
16 invoicing the members of UEA.  Is that right?
17    A.   Yes.
18    Q.   And how were the invoices for
19 UEA determined?
20    A.   From the membership list.
21    Q.   How were the amount of the
22 invoices determined?
23    A.   I believe when UEA, the
24 different groups had meetings, they decided
25 on how much they were charging for fees.

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    Q.   How were the dues for UEP
3 decided?
4    A.   Those were board decisions.
5    Q.   Was it based on hen capacity --
6    A.   Yes.
7    Q.   -- for UEP?
8    A.   Yes.
9    Q.   What about for UEA?
10    A.   No.  It was just a set amount.
11    Q.   I'm going to hand to you
12 Exhibit Reickard-33.
13       - - -
14       (Exhibit Reickard-33, 5/18/04
15    E-mail, Bates UE0462596, was marked
16    for identification.)
17       - - -
18 BY MR. BROWN:
19    Q.   This is UE0462596.
20    A.   [Reviewing document.]  Okay.
21    Q.   And this is an e-mail from you
22 to Gene Gregory, May 18, 2004.
23    A.   Yes.
24    Q.   And you write, "Do we have a
25 committee list with e-mail addresses for this

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 UEA Price Discovery Committee that is meeting
3 6/3?  I've only heard from 3 people & my
4 cutoff date is in 2 days."
5       Did I read that correctly?
6    A.   You did.
7    Q.   You're making a face.
8    A.   Because it doesn't make sense.
9 As far as I know, UEA never had a Price
10 Discovery Committee, so I'm thinking that was
11 a typo, but I don't remember any of this,
12 so...
13    Q.   You don't recall a UEA Price
14 Discovery Committee meeting?
15    A.   No, I don't.
16    Q.   Were there any restrictions on
17 membership in UEA?
18    A.   I guess I don't know.
19    Q.   Were non-producers,
20 non-farmers, were they able to become UEA
21 members?
22       MS. LEVINE:  Object to the form.
23       THE WITNESS:  You need to be
24    more specific because -- I'm sorry.
25       MS. LEVINE:  Go ahead.

46 (Pages 178 - 181)

Page 182

1　　LINDA REICKARD - HIGHLY CONFIDENTIAL
2　　　　THE WITNESS: Because UE -- we
3　　had three different UEA groups.
4　BY MR. BROWN:
5　　Q.　What are the three?
6　　A.　Allied, Producer Packers, I
7　can't think of the third one. I think there
8　was three. Further Processors.
9　　Q.　Okay. For UEA Allied, were
10　non-producers or non-farmers permitted to be
11　members?
12　　　　MS. LEVINE: Object to the form
13　　of the question.
14　　　　THE WITNESS: Yes.
15　BY MR. BROWN:
16　　Q.　For UEA Producer Packers, were
17　non-farmers or non-producers permitted to be
18　members?
19　　A.　I don't know.
20　　Q.　And what about for UEA Further
21　Processors?
22　　A.　I don't know.
23　　Q.　Do you know what the entity
24　Environmental Management Solutions is?
25　　A.　It sounds familiar.

Page 183

1　　LINDA REICKARD - HIGHLY CONFIDENTIAL
2　　Q.　EMS?
3　　A.　It sounds familiar.
4　　Q.　Let me -- I'm going to hand to
5　you what will be marked as Exhibit
6　Reickard-34.
7　　　　- - -
8　　　　(Exhibit Reickard-34, 3/24/05
9　　Letter, Bates UE0078274, was marked
10　　for identification.)
11　　　　- - -
12　　　　THE WITNESS: Okay.
13　BY MR. BROWN:
14　　Q.　This is a March 24, 2005,
15　letter from Gene Gregory on which you are
16　copied. Is that correct?
17　　A.　Yes.
18　　Q.　This is to Mr. Earl Dotson at
19　Environmental Management Solutions. Is that
20　correct?
21　　A.　Yes.
22　　Q.　Mr. Gregory writes, As we
23　discussed, we will not display EMS on any
24　membership list in order to avoid what some
25　might consider a conflict of interest.

Page 184

1　　LINDA REICKARD - HIGHLY CONFIDENTIAL
2　　　　Did I read that correctly?
3　　A.　Yes.
4　　Q.　Was EMS one of the auditors for
5　the UEP Certified Program?
6　　A.　I believe it is -- it was. The
7　reason why I didn't recognize it is because I
8　think that they changed their name to Validus
9　soon after this.
10　　Q.　Let me hand to you what will be
11　marked as Exhibit Reickard-35, but you can
12　keep that one in hand.
13　　　　- - -
14　　　　(Exhibit Reickard-35, E-mail
15　　chain, Bates UE0626924, was marked for
16　　identification.)
17　　　　- - -
18　BY MR. BROWN:
19　　Q.　This is UE0626924. And am I
20　correct this is e-mail correspondence between
21　you and Mr. Gregory March 24, 2005?
22　　A.　Yes.
23　　Q.　You write, "I'm not sure I
24　understand your letter. Are we keeping their
25　check for $1800 & are they going to be

Page 185

1　　LINDA REICKARD - HIGHLY CONFIDENTIAL
2　members of UEA?"
3　　　　Did I read that correctly?
4　　A.　Yes.
5　　Q.　What was it about -- well, do
6　you understand this to be a reference to
7　Exhibit Gregory-34, the letter that I just
8　showed you?
9　　A.　Yes.
10　　Q.　What was it about the letter
11　that you didn't understand?
12　　　　MS. LEVINE: Object to the form
13　　of the question.
14　　　　THE WITNESS: I think I was just
15　　trying to verify that they were indeed
16　　going to be a UEA Allied member and
17　　that we were going to keep their
18　　check.
19　BY MR. BROWN:
20　　Q.　And Mr. Gregory writes back, we
21　will keep their check and treat them as a UEA
22　member, but will not post their name on any
23　membership list. In doing this we hope to
24　avoid any conflict and to make sure EMS is
25　viewed as an independent third party auditor.

47 (Pages 182 - 185)

Page 186

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2      Did I read that correctly?
3    A.  Yes.
4    Q.  What did you understand Mr.
5 Gregory to mean when he wrote "avoid any
6 conflict"?
7      MS. LEVINE:  Object to the form
8   of the question.
9      THE WITNESS:  My understanding
10    was that this company was an auditor
11    for the certified program, and that he
12    thought maybe if people saw their name
13    on the Allied list, that they thought
14    maybe we were preferring them against
15    any of the other audit companies.
16 BY MR. BROWN:
17    Q.  And so the way that Mr. Gregory
18 is proposing to deal with that potential
19 conflict is to not post their name on any
20 membership list.  Is that correct?
21    A.  That's correct.
22    Q.  Were the dues that UEA members
23 paid, were those kept separate from the dues
24 paid by UEP members?
25    A.  Most definitely.

Page 187

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2    Q.  How were they kept separate?
3    A.  In separate bank accounts.
4    Q.  And did you use any accounting
5 software or anything like that to keep
6 records?
7    A.  Yes.
8    Q.  What did you use?
9    A.  Cougar Mountain.
10    Q.  What about USEM, did USEM have
11 a separate bank account?
12    A.  Yes.
13    Q.  Were you responsible for
14 keeping records related to those bank
15 accounts?
16    A.  No.
17    Q.  Who was?
18    A.  Sherry in the Georgia office.
19    Q.  Sherry, her last name is?
20    A.  Shedd.
21    Q.  Did UEP have a profit/loss
22 statement or any other kind of accounting for
23 the dues that it received?
24      MS. LEVINE:  Object to the form
25   of the question.

Page 188

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2      THE WITNESS:  Did you say UEP?
3 BY MR. BROWN:
4    Q.  Yes.
5    A.  Yes.
6    Q.  What about USEM?
7    A.  I'm sure that Sherry had a
8 financial statement from them.  I think she
9 had a financial statement for all of the
10 different ones.
11    Q.  But -- well, for -- I
12 guess we'll just -- on USEM, that was not
13 your responsibility.  Correct?
14    A.  No, that was not my
15 responsibility.
16    Q.  What about for UEP?
17    A.  That was not my responsibility.
18    Q.  And for UEP that would have
19 been Sherry Shedd.  Is that correct?
20    A.  Yes.
21    Q.  What about for UEA?
22    A.  That was also her responsibility.
23    Q.  And she was a UEP employee.  Is
24 that correct?
25    A.  Yes.

Page 189

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2    Q.  I'm going to hand to you what
3 will be marked as Exhibit Reickard-36.
4          -  -  -
5      (Exhibit Reickard-36, E-mail
6      chain, Bates UE0465190 & UE0465191,
7      was marked for identification.)
8          -  -  -
9 BY MR. BROWN:
10    Q.  This is UE0465190.
11    A.  [Reviewing document.]  Okay.
12    Q.  And this is e-mail
13 correspondence from February 3, 2004, on
14 which you are copied.  Is that correct?
15    A.  Yes.
16    Q.  The earliest e-mail in the
17 chain is the e-mail from Bill Bradley.  Is
18 that correct?
19    A.  Yes.
20    Q.  Who is Mr. Bill Bradley?
21    A.  He is part of the Country Creek
22 or CCF.
23    Q.  What is Country Creek or CCF?
24    A.  Well, they were a member of
25 Producer Packers or UEP.  I would have to

48 (Pages 186 - 189)

Page 190

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2  check my list.
3      Q.   Mr. Bradley writes, this is
4  towards the end, fourth line, fourth from the
5  bottom. "We do understand your concerns with
6  those in the industry that will try to use
7  any situation to stop UEP."
8          Do you have an understanding of
9  what Mr. Bradley is referring to?
10     A.   I have no idea.
11     Q.   Mr. Gregory then writes to you
12 and says, this should -- let's see, "You
13 already invoiced them for UEP membership and
14 they took the discount and paid the net of
15 $877.80."
16         Did I read that correctly?
17     A.   Yes.
18     Q.   He also writes, "The dollar
19 amount is not the important part - just the
20 transfer of membership."
21         Do you have an understanding
22 what he meant?
23     A.   No, I don't.
24     Q.   Then you write back to him, "OK
25 - we'll leave the income in UEP & transfer

Page 191

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2  the membership."
3          Did I read that correctly?
4      A.   Yes.
5      Q.   And this reflects that UEP
6  would leave the income from Country Creek in
7  a UEP account. Is that correct?
8      A.   That's what it indicates.
9      Q.   And that Country Creek would be
10 transferred to UEP Producer Packers
11 membership?
12     A.   Correct.
13     Q.   I think you spoke just a bit
14 this morning about the Egg Trading Program.
15 Is that correct?
16     A.   Yes.
17     Q.   Let me show you what will be
18 marked as Exhibit Reickard-37.
19         -   -   -
20         (Exhibit Reickard-37, E-mail
21 chain, Bates UE0461743, was marked for
22 identification.)
23         -   -   -
24 BY MR. BROWN:
25     Q.   This is UE0461743.

Page 192

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2      A.   Okay.
3      Q.   This is e-mail correspondence
4  between you and Mr. Gene Gregory, March 16,
5  2006. Is that correct?
6      A.   Yes.
7      Q.   Who is Gary Bartness?
8      A.   He is with Hillandale of Iowa.
9      Q.   Did you speak with him
10 regularly?
11     A.   Not regularly, but
12 occasionally.
13     Q.   So this reflects that Mr.
14 Bartness you say, "...Gary Bartness told me
15 yesterday that non-ACC eggs can hardly be
16 given away right now."
17         Did I read that correctly?
18     A.   Yes.
19     Q.   Do you know why Mr. Bartness
20 had informed of you that?
21     A.   I don't remember why, no.
22     Q.   Was this in connection with the
23 Egg Trading Program?
24     A.   I don't know. I don't
25 remember.

Page 193

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2      Q.   You also write that he said, he
3  referring to Mr. Bartness, that there's at
4  least $0.20 per dozen difference between ACC
5  and non-ACC.
6          Did I read that correctly?
7      A.   Yes.
8      Q.   Do you recall why there was a
9  difference of $0.20 per dozen?
10     A.   No, I would have no idea.
11     Q.   Was that typical?
12     A.   I don't know.
13     Q.   I'm handing you what will be
14 marked as Exhibit Reickard-38.
15         -   -   -
16         (Exhibit Reickard-38, 3/17/06
17 E-mail, Bates UE0461432, was marked
18 for identification.)
19         -   -   -
20 BY MR. BROWN:
21     Q.   This is UE041432 (sic).
22     A.   [Reviewing document.]
23     Q.   This is an e-mail from Gene
24 Gregory to Peter DeCoster copying you and
25 Linda Reickard -- excuse me, copying you and

49 (Pages 190 - 193)

Chad Gregory on March 17, 2006.
A. Correct.
Q. And in the middle of the page -- well, who is Peter DeCoster?
A. I would have to look on my dues -- my official dues list, but I think he was the manager of the Wright County Egg Farm in Iowa.
Q. And in the middle of the page, Mr. Gregory writes, Currently most of the surplus eggs being sold within the industry trade are from non-certified companies, certified companies are choosing not to purchase these surplus eggs unless there is a major discount. We are hearing of eggs selling for as much as $0.15 to $0.20 below Certified eggs. I don't think you want your company to lose this status.
Did I read that correctly?
A. Yes.
Q. Is it consistent with your recollection that certified companies were choosing to not purchase surplus eggs unless there was a major discount?





A. I don't know that. I wasn't involved in the trading on that side of it.
Q. I'm handing to you what will be marked as Exhibit Reickard-39.
- - -
(Exhibit Reickard-39, 5/15/08 E-mail, Bates UE0882870, was marked for identification.)
- - -
BY MR. BROWN:
Q. And this is UE0882870.
A. [Reviewing document.] Okay.
Q. This is an e-mail from Derreck Nassar to you, May 15, 2008. Is that correct?
A. Yes.
Q. Who is Derreck Nassar?
A. An employee of UEP.
Q. Where was he -- which office?
A. Georgia.
Q. He writes about a -- some e-mails from Toby at Michael Foods. Is this related to exports?
A. I don't think so, but I





couldn't be positive. It sounds to me like this was just regular egg trading.
MR. BROWN: Can we take another quick break?
MS. LEVINE: Sure.
VIDEOGRAPHER: The time is approximately 2:48 p.m. We're off the record.
- - -
(A recess was taken.)
- - -
VIDEOGRAPHER: The time is approximately 2:56 p.m. We're back on the record.
BY MR. BROWN:
Q. I am going to hand to you what will be marked as Exhibit Reickard-40.
- - -
(Exhibit Reickard-40, E-mail, Bates UE0273539 & UE0273540, was marked for identification.)
- - -
BY MR. BROWN:
Q. And this is UE0273539. Please





take a minute to review.
A. [Reviewing document.] Okay.
Q. And this is e-mail correspondence between you and Gene Gregory, December 3, 2004. Is that correct?
A. Yes.
Q. Okay. Mr. Gregory -- this is about Country -- the subject line is "ACC - Country Creek." Does that refer to Animal Care Certified?
A. Yes.
Q. And Country Creek is who?
A. Country Creek is Country Creek. I don't know how to answer that.
Q. Are they an egg producer or an egg farmer?
A. Well, according to this e-mail, they're an egg producer at this point.
Q. Mr. Gregory writes, this is at the bottom of the first page of what I just handed you, "What Country Creek did was purchase some hens from Maxim so that they could satisfy Wal-Mart's intent to have all suppliers be producers."

LINDA REICKARD - HIGHLY CONFIDENTIAL

Did I read that correctly?

A. Yes.

Q. Do you have an understanding what he's referring to when he says, "...Wal-Mart's intent to have all suppliers be egg producers"?

A. I don't.

Q. You write back to Mr. Gregory, "So they keep their numbers and pay their fees, but we don't require any monthly reports from them?"

Did I read that correctly?

A. Yes.

Q. Is that consistent with what your -- withdrawn.

Is that consistent with what happened with Country Creek's membership?

MS. LEVINE: Object to the form.

THE WITNESS: Membership in what?

BY MR. BROWN:

Q. Well, in the UEP Certified Program?

A. I don't remember anything about



LINDA REICKARD - HIGHLY CONFIDENTIAL

this, so I'm just reading this as you are, so...

Q. You don't have any reason to doubt that they kept their number and paid their fees. Correct?

A. No, I don't have any --

MS. LEVINE: Object to the form of the question.

BY MR. BROWN:

Q. And you don't have any reason to doubt that UEP from then on did not require any monthly reports from them. Is that correct?

A. That's correct.

Q. And I think earlier today you mentioned the Cougar Mountain database. Did I say that correctly?

A. Yes.

Q. Who was responsible for maintaining that database?

A. You mean the entries?

Q. Yes.

A. Accounting entries?

Q. Yes.



LINDA REICKARD - HIGHLY CONFIDENTIAL

A. I made part of them, Sherry made part of them.

Q. The records on the Cougar Mountain database, were those UEP records?

MS. LEVINE: Object to the form of the question.

THE WITNESS: Cougar Mountain allowed you to have different companies in that software.

BY MR. BROWN:

Q. So were some of the entries UEP entries?

A. Yes.

Q. And some were USEM?

A. Yes.

Q. And some were UEA?

A. Yes.

Q. And responsibility for entering data onto the database, you were partly responsible for that?

A. Yes.

Q. And Sherry Shedd also was responsible for that?

A. Yes.



LINDA REICKARD - HIGHLY CONFIDENTIAL

Q. Was there any -- how did you divide up responsibility between the two of you?

A. I handled most of the invoicing and I handled all of the recording of accounts receivable, the checks, although I didn't ever physically have the checks, they were all down in Georgia. And I entered a lot of the accounts payable.

Q. And so the physical checks were in Georgia. Is that correct?

A. Yes.

Q. And so how would you then know what to enter into the database related to the physical checks? Would someone e-mail you?

A. Wait. Are you talking about the checks coming in to us paying for something --

Q. Yes.

A. -- or the checks going out?

Q. Which checks were you responsible for in terms of data entry on the Cougar Mountain database?

Page 202

LINDA REICKARD - HIGHLY CONFIDENTIAL

1    A.    The checks we received for
2  accounts payable.
3    Q.    So the checks that you
4  received, the check arrives in the Georgia
5  office?
6    A.    For accounts receivable -- I'm
7  sorry, not payable.
8    Q.    Let's -- let me back up because
9  I'm confused.
10       The checks that you received in
11  the Georgia office --
12   A.    Yes.
13   Q.    -- those stayed there, but you
14  were the one who entered data onto the Cougar
15  Mountain database?
16   A.    Yes.
17   Q.    How did you know what to enter
18  onto the -- how did you know what to enter?
19   A.    Because all the checks were --
20  copies of the checks were faxed to me
21  everyday along with the deposit slip.
22   Q.    Do you know whether the records
23  from the Cougar Mountain database were
24  collected in connection with this litigation?

Page 203

LINDA REICKARD - HIGHLY CONFIDENTIAL

1    A.    I know that some of them were,
2  yes.
3    Q.    Do you know that some of them
4  were not?
5    A.    I don't know what was and what
6  wasn't.
7    Q.    We had talked just a couple
8  minutes ago about the Egg Economic Summit in
9  2007.
10   A.    Yes.
11   Q.    Prior to that time, do you
12  recall ever -- withdrawn.
13       Do you recall any other
14  meetings prior to that time where attendance
15  at the meeting was restricted?
16       MS. LEVINE:  Object to the form
17  of the question.
18       THE WITNESS:  I don't remember.
19  BY MR. BROWN:
20   Q.    And what about after that time?
21   A.    2007 is what you said?
22   Q.    Yes.
23   A.    Things changed over time.  I
24  know that when we got new counsel, he changed

Page 204

LINDA REICKARD - HIGHLY CONFIDENTIAL

1  the way we did meetings.  So, yeah, there
2  were changes over the years.
3    Q.    What were the changes that
4  occurred after you got new counsel?
5       MS. LEVINE:  Object to the form
6  of the question, as to which meetings
7  you're talking about.
8       MR. BROWN:  Will you read the
9  question back?
10       - - -
11       (The court reporter read the
12  pertinent part of the record.)
13       - - -
14       THE WITNESS:  Are you referring
15  to all meetings?
16  BY MR. BROWN:
17   Q.    Well, you said "I know that
18  when we got new counsel, he changed the way
19  we did meetings." What meetings were you
20  referring to?
21   A.    Mostly the three large meetings
22  that we had during the year.
23   Q.    What are those three meetings?
24   A.    There's a meeting of -- they're

Page 205

LINDA REICKARD - HIGHLY CONFIDENTIAL

1  board meetings.  There's a board meeting in
2  January, there's a board meeting in May, and
3  then a board meeting, an annual meeting in
4  October.
5    Q.    Are those all UEP meetings?
6    A.    They are UEP meetings.  And
7  there could be other -- UEA groups could also
8  have meetings at least at this time.
9    Q.    And when -- so when you refer
10  to changes to the way that UEP did meetings,
11  those three board meetings were the meetings
12  that you were referring to?
13   A.    Yes.
14   Q.    And how did -- what were the
15  changes?
16   A.    I know that counsel would read
17  a statement at the beginning of each meeting.
18  I don't remember the specifics of that.  I
19  know that we changed -- the committee
20  meetings would have an informational part and
21  then they would be closed for any executive
22  decisions to be made.  The same with the
23  board meeting.  I'm sure that there was
24  probably other changes, I can't think exactly

52 (Pages 202 - 205)

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2  what.
3      Q.   Do you have an understanding as
4  to why those changes were made?
5           MS. LEVINE:  Objection to the
6  form of the question.  You may answer
7  that other than any other advice or
8  advice that you have heard from any
9  counsel for UEP.  If you can answer
10  without divulging advice, you can
11  answer.  If you can't, then you can
12  tell Mr. Brown, or even if you know
13  why.
14          THE WITNESS:  I don't think I
15  know why.
16          MR. BROWN:  Can we take a quick
17  break, I think that I'm done, but I
18  just want to confer for just a minute.
19          MS. LEVINE:  Yes.  We'll leave.
20          VIDEOGRAPHER:  The time is
21  approximately 3:08 p.m.  We are off
22  the record.
23              - - -
24          (A recess was taken.)
25              - - -

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2           VIDEOGRAPHER:  The time is
3  approximately 3:47 p.m.  This begins
4  tape five.  We're back on the record.
5              - - -
6           EXAMINATION
7              - - -
8  BY MS. LEVINE:
9      Q.   Good afternoon, Ms. Reickard.
10     A.   Good afternoon.
11     Q.   As you know, my name is Jan
12  Levine, and I am the lawyer for United States
13  Egg Producers and United States Egg
14  Marketers.  We all appreciate your time
15  today.  We know that taking a deposition is a
16  long day.  So thank you very much, and I hope
17  that I won't be too long.  If you get tired,
18  you just tell me and you can take a break and
19  walk around.
20          I'd like -- you have the
21  exhibits that plaintiffs' counsel have showed
22  you today.  Can you take out R-4 which was
23  this monthly compliance report.  Do you have
24  it in front of you?
25     A.   Yes.

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2      Q.   First, just to clarify the
3  record, did you use this report to verify and
4  come up with your dues list?
5      A.   No.
6      Q.   What was the purpose of this
7  UEP Certified Guideline Monthly Compliance
8  Report that's been previously marked as
9  Reickard-4?
10     A.   It was just a self check for
11  the producers to make sure that they were
12  abiding by the guidelines.
13     Q.   So it was sort of like a self
14  evaluation?
15          MR. SLIDDERS:  Objection.
16          THE WITNESS:  Yes.
17  BY MS. LEVINE:
18     Q.   What was the purpose of the
19  form in terms of the certified program?
20     A.   As a self check.
21     Q.   If a member did not fill out
22  one of these compliance self check forms as
23  you describe it, did you remind the member?
24     A.   Yes, we did.
25     Q.   And why did you do that?

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2      A.   Because we wanted them to fill
3  out the form so they would know if they were
4  in compliance or not because we wanted them
5  to be -- to pass their audit every year.
6      Q.   And why did you want them to
7  pass their audit?
8      A.   So that we knew that they were
9  humanely treating their birds correctly.
10     Q.   And did you remind the members
11  if they didn't complete their self check in
12  writing?
13     A.   Yes, we sent them a letter.
14     Q.   And did you -- so explain to
15  me, when you got this report, what did you do
16  on each page?
17     A.   I went through each page to
18  make sure that they had filled everything
19  out.  If anything was missing, then we
20  notified them that something was missing and
21  we asked them to completely fill out the form
22  and send it back to us.
23     Q.   And what was the concern if
24  something was missing?
25     A.   That they wouldn't know if they

Page 210

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 were in compliance or not.
3    Q.    And then they could possibly
4 fail the audit?
5    A.    Yes.
6    Q.    Did you follow up -- if they
7 didn't check off something, did you follow up
8 to make sure that they then did it?
9    A.    No.  Most of them would send it
10 back completed, but we did not follow up if
11 they didn't.
12    Q.    Did you write to members about
13 a variety of these issues on the --
14        MR. SLIDDERS:  Objection.
15        MS. LEVINE:  Strike that.
16 BY MS. LEVINE:
17    Q.    Did you write to certified
18 members on a variety of the requirements
19 identified on the monthly compliance part?
20        MR. SLIDDERS:  Objection.
21 BY MS. LEVINE:
22    Q.    You can answer.
23    A.    Okay.  Yes, there was a variety
24 of things that they missed putting in.  The
25 biggest thing was the fact that we didn't

Page 211

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 even get the reports.
3    Q.    Turn to page 3 of this report.
4 How long did we decide that you have worked
5 for either Midwest or UEP?
6    A.    35 years.
7    Q.    35 years.  In your 35 years'
8 experience, did producers typically fill
9 houses to the full capacity of the house?
10        MR. SLIDDERS:  Objection.
11        THE WITNESS:  I think so, yes.
12 BY MS. LEVINE:
13    Q.    I think you had responded to an
14 earlier question about an incomplete house,
15 and I just want to understand.  I think what
16 you said, but correct me if I'm wrong, that
17 in your experience, that houses were getting
18 filled toward the end of the month and then
19 the next month they would be filled to
20 capacity.  Is that correct?
21    A.    Yes.
22        MR. SLIDDERS:  Objection.
23 BY MS. LEVINE:
24    Q.    How frequently did UEP
25 certified members inform you that they had

Page 212

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 incomplete houses?
3    A.    You mean on this report?
4    Q.    Yes.
5    A.    I don't think that happened
6 very often.
7    Q.    You can put that exhibit away.
8        Now, in terms of the dues list
9 that you have testified to today, why did you
10 use the capacity layer number instead of the
11 actual hen number?
12    A.    Because we needed to be
13 consistent with everyone, and every day there
14 would be a different number of layers on
15 every farm.  So using the capacity numbers
16 would be a more accurate way to keep track of
17 everything.
18    Q.    And I'm sorry, going back to
19 Reickard-4, the compliance report that we
20 just looked at, this form actually, when the
21 producer would fill out this form, this was
22 actually layers, is that correct, as opposed
23 to capacity?
24    A.    That's correct.  This was
25 actual layers.

Page 213

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    Q.    For the compliance?
3    A.    Yes, that they housed that
4 month, yes.
5    Q.    I want to go through your
6 process for verifying the accuracy of UEP
7 member layer capacity numbers.  I'm going to
8 ask you to describe it and then I'm going to
9 see if I could show you the pieces of paper
10 that you identified or the steps that you
11 took.
12        So first of all, did you verify
13 the accuracy of UEP member layer capacity
14 numbers?
15        MR. SLIDDERS:  Objection.
16        THE WITNESS:  Yes.
17 BY MS. LEVINE:
18    Q.    And how did you do that?
19    A.    Well, when we first
20 consolidated and I was doing it, I was taking
21 the numbers that we had on record and we
22 always showed those on the invoice, and, of
23 course, figured the amount of money that they
24 owed using those layer numbers.  Then the
25 invoices would come back either with the

54 (Pages 210 - 213)

Page 214

LINDA REICKARD - HIGHLY CONFIDENTIAL

1 check or ahead of time saying they would
2 either cross out the number of layers and
3 write in a new layer, the layers that they
4 had then, or I would get a phone call saying
5 this isn't correct, it needs to be this now.
6 So that was how we did it at the beginning
7 and then as time evolved, I did more -- I got
8 tired of making all the adjusting entries on
9 the invoices, so ahead of time we started
10 calling, sending out letters, asking for
11 layer numbers. And then towards the end, we
12 made sure we contacted everybody and got
13 answers from everybody before we did the
14 invoices so we would not have to make any
15 corrections.
16     Q.   And when you talked to
17 producers on the phone, who did you usually
18 talk to?
19     A.   I would usually ask for the
20 owner or the main contact of the company.
21     Q.   And did you actually talk to
22 the owner or the main contact at the company?
23     A.   Most of the time. They might
24 refer me to someone else who was more

Page 215

LINDA REICKARD - HIGHLY CONFIDENTIAL

1 knowledgeable about that, but I would start
2 with them because I wouldn't know who to ask.
3     Q.   And then you would verify those
4 numbers on the phone with the owner or the
5 main contact or whoever they identified as
6 the most knowledgeable?
7         MR. SLIDDERS:  Objection.
8         THE WITNESS:  Yes.
9 BY MS. LEVINE:
10     Q.   I want to start with the
11 beginning of the process. Once you came over
12 to UEP. Let's start there.
13     A.   Okay.
14     Q.   How did you first know the
15 layer capacity number?
16     A.   I would have been given a list
17 from the Georgia office to start with.
18     Q.   Did you look at a list or did
19 you look at a membership form?
20     A.   I don't remember exactly what
21 form they gave it to me in.
22     Q.   When a new member -- so just to
23 be clear, when you were coming over from
24 Midwest to UEP, someone provided a list to

Page 216

LINDA REICKARD - HIGHLY CONFIDENTIAL

1 you. Is that what you were talking about,
2 the time frame?
3     A.   Yes. Because I only had
4 Midwest people.
5     Q.   When there was the
6 consolidation and then there was a UEP
7 membership form, did you used that UEP
8 membership form in any way in your dues list
9 and your dues review?
10         MR. SLIDDERS:  Objection.
11         THE WITNESS:  To tell you the
12     truth, I don't remember what form they
13     gave me the information, so I'm just
14     not positive about that, what form it
15     came in.
16 BY MS. LEVINE:
17     Q.   Okay. We'll show you some
18 documents.
19         MS. LEVINE:  I'm going to hand
20     this to the court reporter,
21     Reickard-41. I'm also going to mark
22     at the same time Reickard-42.
23             - - -
24         (Exhibits Reickard-41, UEP

Page 217

LINDA REICKARD - HIGHLY CONFIDENTIAL

1     Membership Agreement, Bates UE0147924;
2     and Reickard-42, Dues list, Bates
3     UE0147924 - UE0299972, were marked for
4     identification.)
5             - - -
6         MS. LEVINE:  For those on the
7     phone, Reickard-41 is Bates stamp
8     UE0147924 and it says "United Egg
9     Producers Membership Agreement." And
10     Reickard-42 is a multipage document
11     entitled "Member Layers," and it's
12     stamped UE0299967 to UE0299972.
13 BY MS. LEVINE:
14     Q.   Do you see both of those
15 documents, Ms. Reickard?
16     A.   Yes.
17     Q.   Are they familiar to you?
18     A.   Yes.
19     Q.   Can you identify what
20 Reickard-41 is?
21     A.   That's United Egg Producers'
22 application for membership.
23     Q.   And whose application is it or
24 membership form is it?

55 (Pages 214 - 217)

Page 218

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2    A.    Hillandale Gettysburg LP.
3    Q.    And what date is on that
4  membership application?
5    A.    May 20 of '02.
6    Q.    Can you identify what
7  Reickard-42 is?
8    A.    That's my spreadsheet of my
9  member and dues list.
10    Q.    Is this what you would refer to
11  as a dues list?
12    A.    Yes.
13    Q.    When you testified this
14  morning, many times you used the word "dues
15  list," is this the document that you were
16  referring to?
17    A.    Yes.
18    Q.    And you kept these each and
19  every year?
20    A.    Yes.
21    Q.    Let's look at the entry on
22  Reickard-42 for Hillandale Gettysburg LP?
23    A.    Okay.
24    Q.    Do you have that page open?
25    A.    Yes.

Page 219

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2    Q.    And can you just read into the
3  record what page number that is on the
4  bottom?
5    A.    Three.
6    Q.    And for the record, it's
7  UE0299969?
8    A.    Yes.
9    Q.    Is there an entry for
10  Hillandale Gettysburg LP?
11    A.    Yes.
12    Q.    Is that your handwriting where
13  it says added?
14    A.    Yes.
15    Q.    What does that mean to you?
16    A.    I added that membership on this
17  sheet.
18    Q.    And how does the Reickard-41
19  relate to that entry, the membership form
20  relate to that entry?
21    A.    I got the membership name and
22  information off of the membership form and
23  the amount of birds.
24    Q.    And would Georgia -- I think
25  you talked about that UEP's offices were in

Page 220

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2  Georgia?
3    A.    Yes.
4    Q.    And that your office was in
5  Iowa?
6    A.    Yes.
7    Q.    Is that correct?
8    A.    Yes.
9    Q.    And would the membership forms
10  come to you in Iowa by mail or fax?
11    A.    Usually fax.
12    Q.    And how would you know in this
13  example to put in 3,655,500 layers?
14          MR. SLIDDERS:  Objection.  You
15      just need to clarify that.  That was
16      not a correct number.
17  BY MS. LEVINE:
18    Q.    Why don't you read it to me?
19    A.    3,565,500.
20    Q.    And is that the same number on
21  the Hillandale form which appears on R-41?
22    A.    Yes.
23    Q.    And what is the number over to
24  the right where the dollar sign is?
25    A.    That's the amount of dues based

Page 221

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2  on those number of hens.
3    Q.    And is that what you would
4  invoice Hillandale Gettysburg LP for?
5    A.    Yes.  That would be their
6  yearly amount.
7    Q.    How would you know whether
8  Hillandale Gettysburg LP was a member of UEP
9  in 2003?
10    A.    I would look on my dues list.
11    Q.    The dues list that you're
12  looking at right now?
13    A.    Yes.
14    Q.    And that would confirm for you
15  that they were a member?
16    A.    Yes.
17    Q.    And why is that?
18    A.    Because this was the bible.
19  Every member was on this list with their
20  capacity layer numbers.
21    Q.    And if you invoiced a member
22  and it was -- strike that question.  We
23  already went over that.
24          On the document you're looking
25  at, the entry before Hillandale Gettysburg

56 (Pages 218 - 221)

Page 222

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2 LP, what is that member's name?
3      A.   Hillandale Farms of Iowa.
4      Q.   And are you familiar with that
5 member?
6      A.   Yes.
7      Q.   And do you know them to be a
8 farmer, producer?
9      A.   Yes.
10         MR. SLIDDERS:  Objection.
11         MS. LEVINE:  I'm going to mark
12 the next document as Reickard-43.
13              - - -
14         (Exhibit Reickard-43, UEP
15    Membership Agreement, Bates UE0147923,
16    was marked for identification.)
17              - - -
18         MS. LEVINE:  Reickard-43 for the
19    record is Bates stamped UE0147923.
20 BY MS. LEVINE:
21      Q.   Ms. Reickard, on your dues form
22 at page 3 on Reickard-42, where did you get
23 the 16,000 layer capacity number from?
24      A.   It would have been from this
25 membership agreement.

Page 223

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2      Q.   And do you know -- it is signed
3 by a gentleman named Gary, do you know the
4 signature of that?
5      A.   Yes, Gary Bartness.
6      Q.   Do you know him?
7      A.   I do.
8      Q.   And have you spoken to him?
9      A.   I have.
10      Q.   And have you spoken to him ever
11 about his flock sizes?
12      A.   I would have verified his flock
13 sizes.  I don't know if it would have been
14 spoken or if it would have been per the
15 letter.
16         MS. LEVINE:  Mark the next
17    document R-44.
18              - - -
19         (Exhibit Reickard-44, Dues List,
20    Bates UE0268031 - UE0268035, was
21    marked for identification.)
22              - - -
23 BY MS. LEVINE:
24      Q.   R-44 is another dues list
25 that's compiled of several pages, and they're

Page 224

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2 Bates stamped UE0268031 through UE0268035.
3         Ms. Reickard, can you identify
4 Reickard-44?
5      A.   Yes, this is my dues document.
6      Q.   Is this also the bible?
7      A.   Yes, it is.
8      Q.   The dues bible?
9      A.   Yes.
10      Q.   Why don't we take a look at,
11 again, Hillandale Farms of Iowa, which is IA.
12 Do you see that entry?
13      A.   Yes.
14      Q.   And what page is that entry on?
15      A.   2.
16      Q.   And what does this line tell
17 you about Hillandale Farms of Iowa?
18      A.   It tells me that they still
19 have 16,000 birds and it tells me their dues
20 amount.
21         MR. SLIDDERS:  Objection.
22 BY MS. LEVINE:
23      Q.   What is their dues amount?
24      A.   $112.
25         MS. LEVINE:  Mark the next

Page 225

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2    document as R-45.
3              - - -
4         (Exhibit Reickard-45, 10/25/07
5    E-mail, Bates UE0654487, was marked
6    for identification.)
7              - - -
8         MS. LEVINE:  For the record,
9    R-45 is Bates stamped UE0654487.
10 BY MS. LEVINE:
11      Q.   Can you identify Reickard-45?
12      A.   Yes.
13      Q.   And what is it?
14      A.   It's a letter that my office
15 would send out usually in October to verify
16 bird numbers for all of our members.  And
17 this particular one is to Gary Bartness of
18 Hillandale Farms of Iowa.
19      Q.   Now, the document at paragraph
20 2, can you read just paragraph 2 into the
21 record, because I'm going to ask you a couple
22 of questions?
23      A.   "We would like our invoices to
24 be correct when we send them out in December.
25 Therefore, we would like to verify your layer

57 (Pages 222 - 225)

Page 226

LINDA REICKARD - HIGHLY CONFIDENTIAL
1 numbers based on capacity. If you have
2 expanded, we need to know your increased
3 capacity and likewise if you have decreased
4 your capacity."
5 Q. Why did you ask for that
6 verification?
7 MR. SLIDDERS: Objection to
8 form.
9 THE WITNESS: So I had the
10 correct bird numbers so my invoices
11 would be correct when they went out.
12 BY MS. LEVINE:
13 Q. Can you read the fourth
14 paragraph of that letter?
15 A. "Would you please verify if
16 this number is correct? If it is correct,
17 then your dues invoice will be based on this
18 number. If this is incorrect, please let me
19 know your correct capacity layer numbers by
20 the end of October so I can correct our
21 records."
22 Q. And did you receive corrections
23 from producers to these letters that you sent
24 out?

Page 227

LINDA REICKARD - HIGHLY CONFIDENTIAL
1 A. Yes.
2 Q. And then what did you do when
3 you got corrections?
4 A. Changed my bible.
5 Q. You updated the dues list?
6 A. Yes.
7 Q. And then you sent out the --
8 you recalculated the invoice?
9 A. Yes.
10 Q. And then you sent out the
11 invoice?
12 A. Yes.
13 Q. And then you got a check back?
14 A. Yes.
15 Q. Did you check that the check
16 matched the invoice?
17 A. Most definitely.
18 Q. If the check did not match the
19 invoice, what did you do?
20 A. I called them to see why.
21 Q. And what were the reasons why
22 it might not match?
23 MR. SLIDDERS: Objection.
24 THE WITNESS: Well, by this time

Page 228

LINDA REICKARD - HIGHLY CONFIDENTIAL
1 they were most of them correct because
2 I had verified the numbers. If by
3 chance in '07 we might not have gotten
4 one back, the only reason would be
5 because the bird numbers were
6 different.
7 BY MS. LEVINE:
8 Q. And if bird numbers were
9 different, would you correct your dues list?
10 A. Yes.
11 Q. And would you correct the
12 invoice?
13 A. Yes.
14 Q. Now, prior to 2007, I think you
15 testified that you did this by phone. Is
16 that correct?
17 A. Yes. We did it several
18 different ways. Through the years, as the
19 member services director were visiting the
20 farms, if they noted that there was a
21 difference, they would let me know and I
22 would update my records at that time. So
23 there was various ways that we got updates.
24 Q. But through all of the years

Page 229

LINDA REICKARD - HIGHLY CONFIDENTIAL
1 that you did the dues list, if the check that
2 you received back was not the same as the
3 invoice, would you follow up?
4 A. Definitely.
5 Q. Did you follow up each and
6 every time?
7 A. Oh, yes.
8 Q. Did you change your records
9 each and every time?
10 A. Yes.
11 Q. And if a flock number should
12 change, and that UEP member was also a member
13 of the certified program, would you update
14 those flock records?
15 MR. SLIDDERS: Objection.
16 THE WITNESS: Yes. Yes, I
17 updated every record that I had that
18 we used bird numbers for.
19 BY MS. LEVINE:
20 Q. And did you do that routinely?
21 A. Yes.
22 Q. We've already looked at your
23 dues record for 2002 and your dues record for
24 2007. So that we're not here for the next

58 (Pages 226 - 229)

Page 230

LINDA REICKARD - HIGHLY CONFIDENTIAL

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 three weeks, I am not going to bring out
3 every single document for every single
4 member. But sitting here today, can you
5 confirm for me that you verified all of the
6 numbers on all of these pages on Reickard-42
7 and 44?
8       MR. SLIDDERS: Objection.
9       THE WITNESS: They would have
10      been verified one way or another.
11 BY MS. LEVINE:
12    Q.   By you?
13    A.   Or my assistant.
14    Q.   And did -- who were your
15 assistants again?
16    A.   Mary Hill and Becky Wentworth.
17    Q.   And did you make sure that
18 happened each and every time?
19    A.   Oh, yes.
20      MS. LEVINE: I'm going to mark
21 the next document as R-46.
22      - - -
23      (Exhibit Reickard-46, Dues list,
24 Bates UE0198018 - UE0198023, was
25 marked for identification.)

Page 231

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2      - - -
3      MS. LEVINE: R-46 is Bates
4 stamped UE0198018 through UE0198023.
5      I'm going to mark the next dues
6 list as R-47.
7      - - -
8      (Exhibit Reickard-47, Dues list,
9 Bates UE0198080 - UE0198085, was
10 marked for identification.)
11      - - -
12      MS. LEVINE: R-47 is a dues list
13 Bates stamped UE0198080 through
14 UE0198085.
15      I'm going to mark the next
16 document as Reickard-48.
17      - - -
18      (Exhibit Reickard-48, Dues List,
19 Bates UE0198065 - UE0198069, was
20 marked for identification.)
21      - - -
22      MS. LEVINE: Reickard-48 is
23 another member layers dues list Bates
24 stamped UE0198065 through UE0198069.
25      I'm going to mark the next

Page 232

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2      document as R-49, which is dues
3      list -- which is a dues list Bates
4      stamped UE0243147 through UE0243152.
5      - - -
6      (Exhibit Reickard-49, Dues list,
7 Bates UE0243147 - UE0243152, was
8      marked for identification.)
9      - - -
10      MS. LEVINE: I'm going to mark
11      the next document as R-50. R-50 is
12      another dues list marked UE0197900
13      through UE0197904.
14      - - -
15      (Exhibit Reickard-50, Dues list,
16 Bates UE0197900 - UE0197904, was
17      marked for identification.)
18      - - -
19 BY MS. LEVINE:
20    Q.   Again, in the interest of time,
21 that's why I'm just going to just Bates stamp
22 them all and ask you some questions.
23      So, Ms. Reickard, you have
24 R-46, R-47, R-48, R-49 and R-50 in front of
25 you?

Page 233

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    A.   Yes.
3    Q.   Can you identify these
4 documents?
5    A.   They are my dues records.
6    Q.   And the same questions as I
7 asked before. Did you or someone at your
8 direction, your assistants, verify each and
9 every line of the hen layer numbers on these
10 documents?
11    A.   Yes.
12      MR. SLIDDERS: Objection.
13 BY MS. LEVINE:
14    Q.   And did you or one of your
15 assistants at your direction invoice the
16 producer for the dues shown on the last
17 column of these documents?
18    A.   Yes.
19    Q.   And did you or one of your
20 assistants verify the checks when they came
21 in from the producer?
22    A.   Yes.
23      MR. SLIDDERS: Objection.
24 BY MS. LEVINE:
25    Q.   And did you or one of your

59 (Pages 230 - 233)

Page 234

LINDA REICKARD - HIGHLY CONFIDENTIAL
1  LINDA REICKARD - HIGHLY CONFIDENTIAL
2  assistants make sure that the exact amount of
3  the check was the exact amount of the
4  invoice?
5      A.   Well, there was a discount
6  involved, so it might not have been the exact
7  amount.  But, yes, I verified that it was the
8  amount less the discount is what they paid.
9      Q.   You verified that you received
10 the check in the right amount?
11     A.   Yes.
12     Q.   And can you describe what you
13 mean by discount?
14     A.   If people paid the dues for the
15 whole year by the end of January, they were
16 given a 5 percent discount.
17     Q.   And how was that discount
18 shown?  Was it shown on an invoice?
19         MR. SLIDDERS:  Objection.
20         THE WITNESS:  Yes.
21 BY MS. LEVINE:
22     Q.   And if when you received checks
23 back from the producer and they did not match
24 the invoice with a 5 percent discount, did
25 you or one of your assistants follow up?

Page 235

1  LINDA REICKARD - HIGHLY CONFIDENTIAL
2      A.   Most definitely.
3      Q.   And can you describe for me the
4  process with the dues lists?  Are they
5  updated?  Do you do them once a year, do you
6  do them twice a year?
7          MR. SLIDDERS:  Objection.
8          THE WITNESS:  It's a continuing
9      process.  Whenever -- it doesn't
10     matter when during the year I would
11     find out that there was a difference,
12     I would change the list.
13 BY MS. LEVINE:
14     Q.   You would update the list?
15     A.   Yes.
16     Q.   And then, again, you would
17 update the certified numbers?
18         MR. SLIDDERS:  Objection.
19         THE WITNESS:  Every list, yes.
20 BY MS. LEVINE:
21     Q.   And -- so within a year there
22 are or there could be updated dues lists?
23     A.   Yes.
24         MR. SLIDDERS:  Objection.
25 BY MS. LEVINE:

Page 236

1  LINDA REICKARD - HIGHLY CONFIDENTIAL
2      Q.   You don't necessarily just have
3  one dues list for each year?
4          MR. SLIDDERS:  Objection.
5          THE WITNESS:  No.
6  BY MS. LEVINE:
7      Q.   How many dues lists would you
8  have for each year?
9      A.   Okay.  Just to clarify, I
10 updated this list, I did not keep -- for
11 instance, if Brown Brothers changed the
12 number of hens, I would go to this list and
13 change the number of hens.  I didn't keep
14 this list on a separate file and have a new
15 file each time.  So it was -- it's the same
16 list, it's just updated.
17     Q.   So you updated that information
18 in your database?
19     A.   Yes.
20     Q.   And for your time as vice
21 president at UEP, did you always keep a dues
22 list?
23     A.   Yes.
24     Q.   Did Mr. Gregory also from time
25 to time double check the dues lists?

Page 237

1  LINDA REICKARD - HIGHLY CONFIDENTIAL
2          MR. SLIDDERS:  Objection.
3          THE WITNESS:  I think he did.
4  BY MS. LEVINE:
5      Q.   And did he do the same for the
6  certified records?
7          MR. SLIDDERS:  Objection.
8          THE WITNESS:  I think so.
9  BY MS. LEVINE:
10     Q.   Were there employees of UEP
11 that actually went out and visited the farms?
12     A.   Yes, there were member services
13 directors.
14     Q.   Who were those individuals?
15     A.   Chad Gregory was at one time.
16 Mike McGriff was at one time.  I think those
17 were the only two after we consolidated.
18     Q.   And they would go and actually
19 go to the farm?
20     A.   Yes.
21         MR. SLIDDERS:  Objection.
22 BY MS. LEVINE:
23     Q.   Did you keep -- did you
24 maintain the dues list?
25     A.   My assistant and I did, yes.

60 (Pages 234 - 237)

Page 238

LINDA REICKARD - HIGHLY CONFIDENTIAL

2    Q.   And you maintained them in the
3 ordinary course of your business?
4    A.   Yes.
5    Q.   If I were to ask you what you
6 thought was the most reliable document to
7 determine the members of UEP, what document
8 or documents would that be?
9    A.   My dues list.
10       MR. SLIDDERS:  Objection.
11       THE WITNESS:  My dues list.
12 BY MS. LEVINE:
13   Q.   And why is that?
14   A.   Because I was very methodical
15 about keeping it up to date.
16   Q.   And in your 30 years in the egg
17 industry, do you know most of the members of
18 UEP?
19   A.   Yes.
20   Q.   Do you think you know all of
21 the members of UEP?
22       MR. SLIDDERS:  Objection.
23       THE WITNESS:  No.
24 BY MS. LEVINE:
25   Q.   Do you see the members at

Page 239

LINDA REICKARD - HIGHLY CONFIDENTIAL

2 meetings?
3    A.   Yes.
4    Q.   Do you know them on a first
5 name basis?
6    A.   Yes.
7    Q.   Would you consider the
8 domestic -- strike that.
9        Would you consider the egg
10 producers in America to be a large industry?
11   A.   No.
12       MR. SLIDDERS:  Objection.
13 BY MS. LEVINE:
14   Q.   How would you describe them?
15   A.   Relatively small.
16   Q.   Is it an industry where people
17 know each other?
18   A.   Yes.
19   Q.   Is it an industry where people
20 know each other's families, husbands, wives,
21 or do you not know?
22   A.   If they -- at our annual
23 meeting in October, a lot of them would bring
24 their spouses, so, yes, some of them would
25 know their spouses.

Page 240

LINDA REICKARD - HIGHLY CONFIDENTIAL

2    Q.   Did you use -- how did you
3 verify the accuracy of the USEM member layer
4 capacity numbers?
5        MR. SLIDDERS:  Objection.
6        THE WITNESS:  Whenever we would
7     have an export, I would go over the
8     list that I had with Phyllis to make
9     sure that there hadn't been any
10    changes.  I updated the bird numbers
11    according to my UEP list.
12       MS. LEVINE:  I'm going to mark
13    the next document as Reickard-51.
14    Reickard-51 is Bates stamped UE0199756
15    and UE0199757.
16           -  -  -
17    (Exhibit Reickard-51, Export
18    Case Volume, Bates UE0199756 &
19    UE0199757, was marked for
20    identification.)
21           -  -  -
22 BY MS. LEVINE:
23   Q.   Ms. Reickard, are you familiar
24 with Reickard-51?
25   A.   Yes.

Page 241

LINDA REICKARD - HIGHLY CONFIDENTIAL

2    Q.   And what is Reickard-51?
3    A.   It's the U.S. Egg Marketers'
4 export sheet for a June '08 export.
5    Q.   And did you -- what was your
6 role in any of the numbers that appear on
7 Reickard-51?
8        MR. SLIDDERS:  Objection.
9        THE WITNESS:  I would have
10    verified that the layer numbers were
11    correct for the members listed.
12 BY MS. LEVINE:
13   Q.   And was that done in the same
14 process that we just described for UEP?
15   A.   Yes.
16       MR. SLIDDERS:  Objection.
17 BY MS. LEVINE:
18   Q.   Now, on the back side of this
19 export case volume Reickard-51, which is
20 Bates stamped UE0199757, it says,
21 "SUPPORTERS."  Do you see that?
22   A.   Yes.
23   Q.   And three companies are listed
24 as supporters.  Is that correct?
25   A.   Yes.

61 (Pages 238 - 241)

Page 242

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2    Q.    And can you tell me those three
3 companies?
4    A.    RW Sauder, Wilcox Farms,
5 Willamette Egg.
6    Q.    Does that refresh your
7 recollection in any way that those three
8 companies were indeed supporters?
9         MR. SLIDDERS:  Objection.
10        THE WITNESS:  Yes.
11 BY MS. LEVINE:
12    Q.    And a supporter was different
13 from a member.  Is that correct?
14        MR. SLIDDERS:  Objection.
15        THE WITNESS:  Yes.
16 BY MS. LEVINE:
17    Q.    Was a supporter a member of
18 USEM?
19    A.    No.
20    Q.    I also want to direct your
21 attention to, back on the first page of R-51,
22 Bates stamped UE0199756.  Do you see where it
23 says, "NuCal Foods"?
24    A.    Yes.
25    Q.    Would that indicate to you that

Page 243

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 NuCal Foods was a member of USEM?
3    A.    Well, according to the back
4 page at the bottom, you'll see the note that
5 says, "NuCal represents Rainbow, Sunrise
6 Farms, JS West & Gemperle."  They were the
7 actual members, NuCal was representing them.
8    Q.    Right.  Those were the actual
9 producers that made up the co-op of NuCal.
10 Is that right?
11        MR. SLIDDERS:  Objection.
12        THE WITNESS:  Yes.  That's
13    correct, yes.
14 BY MS. LEVINE:
15    Q.    And to your knowledge, could a
16 co-op join USEM and join UEP, could a co-op
17 be a member --
18        MR. SLIDDERS:  Objection.
19 BY MS. LEVINE:
20    Q.    -- of UEP or USEM?
21        MR. SLIDDERS:  Objection.
22 BY MS. LEVINE:
23    Q.    Or do you not know?
24    A.    I know that they can be a
25 member of UEP.  I don't see how they could be

Page 244

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 a member of USEM, but, I guess, I don't know
3 that for sure.
4    Q.    So do you know whether or not
5 NuCal Foods was a member of USEM?
6        MR. SLIDDERS:  Objection.
7        THE WITNESS:  No, I don't.
8 BY MS. LEVINE:
9    Q.    You do, however, know that the
10 flocks that are listed on R-51 next to NuCal
11 Foods --
12    A.    Yes.
13    Q.    -- are the combined layers of I
14 think you said Rainbow, Sunrise Farms, JW
15 West and Gemperle.  Is that right?
16    A.    JS West and Gemperle, yes.
17    Q.    If you didn't know that a -- if
18 you wanted to find out if a producer was a
19 member of USEM, what document would you look
20 at?  What would you do?
21    A.    I would ask Phyllis.
22    Q.    Did you have any role in
23 determining who was or was not a member of
24 USEM?
25    A.    No.

Page 245

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2        MS. LEVINE:  Mark the next
3    document as Reickard-52.  Reickard-52
4    is Bates stamped UE0306391 and
5    UE0306392.
6             - - -
7        (Exhibit Reickard-52, UEA Allied
8    Industries 2008 Directory, Bates
9    UE0306391 & UE0306392, was marked for
10    identification.)
11             - - -
12        MR. SLIDDERS:  What number was
13    that?
14        MS. LEVINE:  R-52.
15 BY MS. LEVINE:
16    Q.    Ms. Reickard, what is R-52?
17    A.    That is the UEA Allied
18 membership list.
19    Q.    And was this published, this
20 list published?  Was it handed out?
21    A.    They printed it down at the
22 Georgia office.  I don't know if they handed
23 it out to anyone or not.
24    Q.    And I think earlier plaintiffs'
25 counsel asked you about R-34 and must have

62 (Pages 242 - 245)

Page 246

LINDA REICKARD - HIGHLY CONFIDENTIAL

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2 been R-35. Correct me if I'm wrong, but I
3 think you testified that Environmental
4 Management Solutions, LLC became Validus?
5    A.    Correct.
6    Q.    Does Validus appear on the
7 United Egg Association Allied Industries 2008
8 Directory?
9    A.    Yes.
10    Q.    Can you take a look at what was
11 previously marked as R-33? I think you have
12 it before you, it was marked this morning.
13        I think when you were
14 discussing this document, which is your
15 e-mail, you noted a typo. And what do you
16 think that typo is?
17    A.    The A in the UEA, I'm sure that
18 should have said UEP Price Discovery
19 Committee.
20    Q.    Thank you.
21        Did UEP have a management
22 agreement with UEA?
23        MR. SLIDDERS: Objection.
24 BY MS. LEVINE:
25    Q.    Do you know whether UEP had a

Page 247

1 management agreement with UEA?
2    A.    I assume so. I guess I do not
3 know that specifically.
4    Q.    I think you testified this
5 morning that you knew that there was a
6 management agreement between UEP and USEM.
7    A.    Yes.
8    Q.    Did you understand that there
9 was a similar relationship between UEP and
10 UEA?
11        MR. SLIDDERS: Objection.
12 BY MS. LEVINE:
13    Q.    Even if you didn't know the
14 specifics?
15        MR. SLIDDERS: Objection.
16        THE WITNESS: Yes.
17 BY MS. LEVINE:
18    Q.    What was your understanding
19 about that relationship?
20    A.    That UEA managed all these
21 groups.
22    Q.    UEA?
23    A.    I'm sorry.
24        MR. SLIDDERS: Objection.
25

Page 248

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2        THE WITNESS: UEP managed all
3    these groups.
4 BY MS. LEVINE:
5    Q.    I want to talk about UEP
6 meetings for a little bit. Was there an
7 Executive Committee?
8    A.    Yes.
9    Q.    Were those meetings opened or
10 closed?
11    A.    Closed.
12    Q.    And only Executive Committee
13 members attended?
14        MR. SLIDDERS: Objection.
15        THE WITNESS: Yes.
16 BY MS. LEVINE:
17    Q.    And how do you know that?
18    A.    Because I was an officer who
19 attended.
20    Q.    From time to time were special
21 meetings of the board called?
22    A.    Yes.
23    Q.    And were those special meetings
24 open or closed?
25        MR. SLIDDERS: Objection.

Page 249

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2        THE WITNESS: When you say
3    "special," you mean other than the
4    three large meetings that we have each
5    year?
6 BY MS. LEVINE:
7    Q.    Yes.
8    A.    They were only the board.
9    Q.    Now, the three large meetings
10 that you're talking about, were they
11 advertised to the public, like anybody off
12 the street would be invited?
13        MR. SLIDDERS: Objection.
14        THE WITNESS: No. No.
15 BY MS. LEVINE:
16    Q.    Were people in the egg industry
17 invited?
18    A.    Yes.
19        MR. SLIDDERS: Objection.
20 BY MS. LEVINE:
21    Q.    During those three meetings
22 that you were talking about, and I think you
23 testified to this morning, were UEA members
24 permitted to attend?
25    A.    They were permitted to attend

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2  as an audience, yes.
3      Q.   And what do you mean by
4  "audience"?
5      A.   They could sit and hear what
6  was going on.  They could not vote or be part
7  of the committee or the board.
8      Q.   Who could vote at UEP meetings?
9      A.   The board members.
10     Q.   Could observers vote?
11     A.   No.
12     Q.   Could anyone that was a non-UEP
13  member vote?
14     A.   No.
15     Q.   Ms. Reickard, how long have you
16  worked with Gene Gregory?
17     A.   Probably the 35 or 36 years.  I
18  believe -- he was part of Midwest.  I believe
19  he was -- if I remember correctly, he was a
20  member of Midwest as a producer when I became
21  part of that organization.
22     Q.   And for all those years that
23  you've known Gene Gregory, has he been
24  passionate about animal welfare?
25     A.   Very passionate, yes.

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2      Q.   How do you know that?
3      A.   Well, back when he -- years ago
4  when he was with Midwest, he started an
5  animal husbandry program, and he's always
6  been very passionate about that.
7      MS. LEVINE:  Thank you, Ms.
8  Reickard, I have no more questions.
9      MR. SLIDDERS:  Could we just
10  take two minutes?
11     MS. LEVINE:  Sure.
12     VIDEOGRAPHER:  The time is
13  approximately 4:49 p.m.  We're off the
14  record.
15        -  -  -
16     (A recess was taken.)
17        -  -  -
18     VIDEOGRAPHER:  The time is
19  approximately 4:59 p.m.  We are back
20  on the record.
21        -  -  -
22     FURTHER EXAMINATION
23        -  -  -
24  BY MR. BROWN:
25     Q.   I am just going to briefly

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2  follow up.  You were just asked some
3  questions, I believe, about Reickard-33.
4  Could you bring that up?
5      A.   Okay.
6      Q.   Now, is that the e-mail that
7  refers to the UEA Price Discovery Committee?
8      A.   Yes.
9      Q.   Did you testify that you
10  believe that it was a typo?
11     A.   I think so.
12     Q.   Why do you think it was a typo?
13     A.   Because I wasn't aware that UEA
14  had a Price Discovery Committee.
15     MR. BROWN:  Let me show you what
16  will be marked as Exhibit Reickard-53.
17        -  -  -
18     (Exhibit Reickard-53, E-mail
19     chain, Bates UE0465202 & UE046520, was
20     marked for identification.)
21        -  -  -
22  BY MR. BROWN:
23     Q.   This is UE0465202.  Will you
24  take a minute to review, please?
25     A.   [Reviewing document.]  Okay.

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2      Q.   The earliest e-mail in the
3  chain is from Toby Catherman to Gene Gregory
4  and Dan Meagher.  Is that correct?
5      A.   Yes.
6      Q.   Mr. Catherman is from Michael
7  Foods.  Is that correct?
8      A.   From where?
9      Q.   Michael Foods.
10     A.   Yes.
11     Q.   Was Michael Foods a member of
12  UEA at the time?
13     A.   I would have to check the UEA
14  Further Processors list, but I think he was.
15     Q.   And what about Dan Meagher, do
16  you know who he is?
17     A.   Yes, I do.
18     Q.   Is he from Moark?
19     A.   He was at one time, and I'm
20  assuming at this time he was.
21     Q.   Also a UEA member at that time?
22     A.   Yes, I think so.  Again, I
23  would have to double check to be positive.
24     Q.   And Mr. Catherman writes,
25  "Minor but of HUGE importance."

Page 254

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2       Do you have an understanding --
3 well, let me back up.
4       Mr. Catherman writes, "I just
5 received my room confirmation from Linda and
6 the meeting is referred to as 'UEA.'"
7       Did that I read that correctly?
8    A.    Yes.
9    Q.    Mr. Catherman then writes,
10 "Minor but of HUGE importance."
11       Did I read that correctly?
12    A.    Yes.
13    Q.    Do you have an understanding of
14 what he meant when he said "Minor but of HUGE
15 importance"?
16    A.    No, I don't.
17    Q.    This e-mail is eventually
18 forwarded to you May 24, 2004. Is that
19 correct?
20    A.    Yes.
21    Q.    Who is Caryn Konrad?
22    A.    She was the secretary of the
23 Georgia office.
24    Q.    You write to her, "I thought
25 that is what Gene called it."

Page 255

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2       Did I read that correctly?
3    A.    Yes.
4    Q.    And you are expressing that you
5 thought Gene referred to this meeting as the
6 UEA meeting. Is that correct?
7    A.    Yes.
8    Q.    Do you recall Gene Gregory
9 referring it -- referring to it as a UEA
10 meeting?
11    A.    No. I don't even remember this
12 meeting.
13    Q.    Do you have any reason to doubt
14 that Gene Gregory referred to it as a UEA
15 meeting?
16       MS. LEVINE: Object to the form
17 of the question.
18       THE WITNESS: I don't remember.
19 BY MR. BROWN:
20    Q.    Do you have any reason to doubt
21 it?
22       MS. LEVINE: Object to the form
23 of the question.
24       THE WITNESS: I don't have any
25 reason to doubt it or not doubt it.

Page 256

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2       MR. BROWN: That is all for me.
3       I think Charles might have one
4 or two questions if that's okay with
5 you.
6       MR. SLIDDERS: Is it okay if I
7 sit here or do you want me to come
8 down?
9       VIDEOGRAPHER: Microphone.
10       - - -
11       FURTHER EXAMINATION
12       - - -
13 BY MR. SLIDDERS:
14    Q.    Not much longer, Ms. Reickard.
15       You said that the egg industry
16 was a small community earlier today.
17    A.    Yes.
18    Q.    Now, that may be so, but it
19 has -- how many members of the UEP were there
20 approximately during your tenure?
21    A.    I don't know without -- not
22 without counting it up. I think there are
23 only around 200 egg -- I mean larger egg
24 producers in the U.S., and I think we have 90
25 plus percent of those as members.

Page 257

LINDA REICKARD - HIGHLY CONFIDENTIAL
1
2    Q.    And the producers may have had
3 a number of henhouses in different locations.
4 Is that correct?
5    A.    Yes.
6    Q.    Now, you testified earlier
7 that -- I think it's Mitch McGriff?
8    A.    Yes, Mike McGriff.
9    Q.    Mike McGriff and Chad Gregory,
10 I believe, who also was a field officer at
11 the time?
12    A.    Yes.
13    Q.    Would visit egg producers. Is
14 that correct?
15    A.    That's correct.
16    Q.    Did they -- did Mike or Chad
17 visit every single henhouse of the UEP
18 members in every year?
19    A.    I would not know that.
20    Q.    Did they ever conduct a
21 physical audit of the cage space of every
22 henhouse?
23    A.    You would have to ask them. I
24 don't know.
25    Q.    Did they ever report to you on

65 (Pages 254 - 257)

Page 258

LINDA REICKARD - HIGHLY CONFIDENTIAL

1
2 any physical results of any examination that
3 they undertook of henhouses?
4      A.   The only thing that they would
5 report to me was this producer has built a
6 new house, its capacity is such and such, and
7 then I would know that I needed to change
8 those records.
9      Q.   But they would report to you --
10 would they report to you that they counted
11 the number of cages in that henhouse?
12      A.   They did not report to me that,
13 no.
14           MR. SLIDDERS:  I have no further
15 questions.
16           MS. LEVINE:  I have a couple of
17 questions.
18              - - -
19      FURTHER EXAMINATION
20              - - -
21 BY MS. LEVINE:
22      Q.   On R-53 that was just shown to
23 you, on the page UE0465203, do you see where
24 Mr. Catherman is writing to Gene Gregory?
25      A.   Yes.

Page 259

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2      Q.   And he clearly says that
3 writing UEA instead of UEP is an error.  Is
4 that correct?
5      A.   Yes.
6      Q.   And nowhere on this e-mail does
7 Mr. Gregory disagree with that
8 characteristic.  Is that correct?
9      A.   That's correct.
10      Q.   And in your time of knowing Mr.
11 Gregory, if he disagreed with something,
12 would he speak up?
13           MR. SLIDDERS:  Objection.
14           THE WITNESS:  Yes, he would.
15 BY MS. LEVINE:
16      Q.   So looking back at this e-mail,
17 do you stand by your testimony that on R-33
18 it was a typo?
19      A.   Yes, I do.
20           MS. LEVINE:  I'm going to mark
21 one document and then we'll be done as
22 R-54.  R-54 is UE0048736.
23              - - -
24      (Exhibit Reickard-54, Annual
25 dues invoice, Bates UE0048736, was

Page 260

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2      marked for identification.)
3              - - -
4 BY MS. LEVINE:
5      Q.   Ms. Reickard, can you identify
6 that document?
7      A.   Yes, it was an annual dues
8 invoice.
9      Q.   And is that an invoice you sent?
10      A.   Yes.
11      Q.   And is this your handwriting?
12      A.   Part of it is mine, part of it
13 is my assistant's.
14      Q.   Which assistant?
15      A.   I believe that's Mary Hill's.
16      Q.   Can you explain to me what is
17 going on with this document or the purpose of
18 this document?
19      A.   The invoice and check came back
20 to us on December 22nd, and it was a
21 different amount than we invoiced.  I'm not
22 sure who wrote -- no, I take that back.  I
23 don't know if someone called and said the
24 invoice is wrong, our layer numbers are
25 883,379, or if this came back crossed out and

Page 261

1      LINDA REICKARD - HIGHLY CONFIDENTIAL
2 refigured.  So the correct figure is written
3 in here.  The corrected layer numbers are
4 written in there.  And then we show at the
5 bottom the amount that was received and the
6 amount of the discount that they took.
7      Q.   And was this part of the
8 verification process --
9           MR. SLIDDERS:  Objection.
10 BY MS. LEVINE:
11      Q.   -- that you just testified to?
12      A.   Yes.
13      Q.   And what are the corrected
14 layer numbers on R-50 -- what is this, R-54?
15      A.   883,379.
16      Q.   And what are the corrected
17 dues?
18      A.   $6,183.65.
19      Q.   And what did you receive?
20      A.   $5,874.47.
21      Q.   And did this producer receive a
22 5 percent discount?
23      A.   Yes, he did.
24      Q.   And is that the difference
25 between those two numbers?

66 (Pages 258 - 261)

Page 262

1    LINDA REICKARD - HIGHLY CONFIDENTIAL
2        A.    Yes, it is.
3        Q.    And what would you have done
4  with these corrected figures?
5        A.    Well, I would have updated my
6  layer list, corrected the invoice, made
7  adjusting entries in accounting and entered
8  the check as received and the amounts.
9        Q.    And would you also update the
10 certified lists?
11       A.    Yes.
12            MS. LEVINE:  No further
13       questions.  Thank you.
14            Are we finished?
15            MR. SLIDDERS:  Yes.
16            MR. BROWN:  I'm done.
17            VIDEOGRAPHER:  The time is
18       approximately 5:10 p.m.  This ends
19       tape five.  We're now off the record.
20            - - -
21       (Witness excused.)
22            - - -
23       (Deposition concluded at 5:10
24       p.m.)
25

Page 263

1
2        C E R T I F I C A T E
3
         I do hereby certify that I am a Notary
4  Public in good standing, that the aforesaid
   testimony was taken before me, pursuant to
5  notice, at the time and place indicated; that
   said deponent was by me duly sworn to tell
6  the truth, the whole truth, and nothing but
   the truth; that the testimony of said
7  deponent was correctly recorded in machine
   shorthand by me and thereafter transcribed
8  under my supervision with computer-aided
   transcription; that the deposition is a true
9  and correct record of the testimony given by
   the witness; and that I am neither of counsel
10 nor kin to any party in said action, nor
   interested in the outcome thereof.
11
         WITNESS my hand and official seal this
12 14th day of April, 2014.
13
14
15       _____
              Notary Public
16
17
18
19
20
21
22
23
24
25

Page 264

1
2        INSTRUCTIONS TO WITNESS
3
4        Please read your deposition over
5  carefully and make any necessary corrections.
6  You should state the reason in the
7  appropriate space on the errata sheet for any
8  corrections that are made.
9        After doing so, please sign the errata
10 sheet and date it.
11       You are signing same subject to the
12 changes you have noted on the errata sheet,
13 which will be attached to your deposition.
14       It is imperative that you return the
15 original errata sheet to the deposing
16 attorney within thirty (30) days of receipt
17 of the deposition transcript by you.  If you
18 fail to do so, the deposition transcript may
19 be deemed to be accurate and may be used in
20 court.
21
22
23
24
25

Page 265

1
2        ACKNOWLEDGMENT OF DEPONENT
3        I have read the foregoing transcript of
4  my deposition and except for any corrections or
5  changes noted on the errata sheet, I hereby
6  subscribe to the transcript as an accurate record
7  of the statements made by me.
8
9        _____
10            LINDA REICKARD
11
12       SUBSCRIBED AND SWORN before and to me
13 this _____ day of _____, 20___.
14
15
16       _____
17            NOTARY PUBLIC
18
19
20 My Commission expires:
21
22
23
24
25

67 (Pages 262 - 265)

Page 266

1      E R R A T A S H E E T

2  IN RE:  PROCESSED EGG PRODUCTS ANTITRUST LITIGATION

3  DATE:  4/3/14

4  PAGE   LINE        CORRECTION AND REASON

5  ____  ____  _____

6  ____  ____  _____

7  ____  ____  _____

8  ____  ____  _____

9  ____  ____  _____

10  ____  ____  _____

11  ____  ____  _____

12  ____  ____  _____

13  ____  ____  _____

14  ____  ____  _____

15  ____  ____  _____

16  ____  ____  _____

17  ____  ____  _____

18  ____  ____  _____

19  ____  ____  _____

20  ____  ____  _____

21  ____  ____  _____

22  ____  ____  _____

23

24  _____ _____

25  (DATE)      LINDA REICKARD

[& - 2008]                                                                      Page 1

| **&** | | | |
| --- | --- | --- | --- |

**&**   1:13 2:16 3:5 5:14
  5:21,23 6:12 7:6,8
  7:14,17,18,21,23
  8:9,15 9:12,14,16
  12:22 34:20 56:20
  68:18 96:16 113:17
  114:22 137:24
  139:19 141:24
  147:10 153:21
  161:17 166:12
  168:11 174:6
  175:24 181:3
  184:25 189:6
  190:25 196:21
  240:18 243:6 245:9
  252:19

| **0** |
| --- |

**0.01**   134:15
**0.15**   194:17
**0.20**   193:4,9 194:17
**002**   50:13
**0020165**   6:11
**0188**   106:18
**02**   218:5
**02002**   1:4 12:9
**07**   140:2 228:4
**08**   1:4 12:9 241:4

| **1** |
| --- |

**1**   5:12 16:19,21 17:2
  17:3 35:3 60:11,15
  60:19 61:12 62:2,3
  93:6 95:6 100:19
  107:15 162:11
**1,800,000**   130:18
**1.4**   154:13
**1/22/04**   7:9 145:20
**10**   6:9 83:8,10 88:18
  94:12,14 96:11
  109:16
**10,000**   65:24 67:7
**10/14/05**   5:22 68:16

**10/17/08**   5:20 56:19
**10/25/07**   8:23 225:4
**100**   89:6 102:11
**100,000**   50:14 65:23
  67:8
**10119**   2:11
**105**   6:15
**106**   6:17
**108**   6:18
**10:36**   71:24
**10:52**   72:6
**11**   6:12 10:16,16
  83:8,10 96:12,13,15
**11/16/01**   5:12 16:21
**11/18/04**   6:8 90:8
**11/29/04**   6:12 96:15
**112**   6:20 224:24
**115**   6:23
**11713**   158:18
**11:08**   139:15
**11:52**   121:3
**12**   6:13 99:13,15
**121**   5:5
**128**   6:25
**12:00**   120:15
**12:15**   120:19
**12:43**   121:9
**13**   6:15 104:24
  105:8
**130,144**   105:22
**1300**   4:4
**133**   7:5
**137**   7:6
**14**   5:4 6:16 10:16
  27:6 68:10,14
  106:14,20 138:7
**141**   7:8
**145**   7:9
**146**   7:11
**14th**   263:12
**15**   6:18 108:15,17
  108:20 110:12
  111:9 120:18
  195:15

**150**   3:13 7:12
**151,040**   83:7
**152,500**   83:8,9
**153**   7:14
**158**   7:15
**158,450**   83:9
**159,517**   83:10
**16**   5:13 6:19 17:7
  83:9,11 112:11,19
  192:4
**16,000**   222:23
  224:19
**160,000**   83:10
**1604**   2:4
**161**   7:17
**166**   7:18
**17**   6:21 57:6 115:5
  115:10 194:2
**170**   7:20
**174**   7:21
**175**   7:23
**177**   7:24
**18**   6:24 90:3 128:20
  128:22 158:12
  170:24 180:22
**180**   8:5
**1800**   184:25
**183**   8:6
**184**   8:8
**189**   8:9
**18th**   1:13 3:5
**19**   7:4 133:14,16
**1907**   3:20
**191**   8:11
**19103**   1:15 2:5 3:6
**193**   8:12
**195**   8:14
**196**   8:15
**1977**   19:25 22:2
**1978**   23:10
**198268**   35:2
**198269**   35:2
**1988**   21:23
**1998**   21:8 24:13
  25:17 26:23 27:16

**47:12** 124:25
**1:42**   163:7

| **2** |
| --- |

**2**   5:14 34:17,19
  91:17 93:7 95:6
  129:11 162:4,12
  181:4 224:15
  225:20,20
**2/2/07**   7:16 161:16
**20**   7:6 21:10 137:21
  137:23 166:21
  168:5 218:5 265:13
**200**   256:23
**2000**   35:3 124:25
  125:8,13 147:9
**2001**   17:7
**2002**   1:4 6:5 12:9
  85:21,24 86:13
  229:24
**2003**   221:9
**2004**   89:17,19,19
  90:3 96:22 146:3
  180:22 189:13
  197:6 254:18
**2005**   6:23 60:11
  61:12 68:10,14
  99:12 100:20 105:6
  106:17 112:16
  115:8,13 129:11,12
  183:14 184:21
**2006**   60:15 61:12
  108:17 110:12
  111:9 142:8 170:25
  192:5 194:2
**2007**   79:19 133:23
  138:7 147:6 151:24
  154:4 162:4 166:21
  168:6 174:15 176:8
  178:3 203:10,22
  228:15 229:25
**2008**   9:14 57:6
  60:19 61:13 118:8
  158:12 195:15
  245:8 246:7

**2012**   26:25 32:25
47:13 71:15 125:20
**2013**   33:3
**2014**   1:9 11:23
263:12
**207**   5:6
**21**   7:7 21:16 106:17
141:21,23
**212-631-8605**   2:12
**215-981-4121**   3:7
**215-981-4714**   3:6
**215-985-3270**   2:5
**217**   8:17,19
**22**   7:9 21:11 142:8
145:18,20 146:3
**222**   8:21
**223**   8:22
**224**   4:4
**22nd**   260:20
**23**   7:10 146:18,20
**230**   9:5
**2300**   3:13
**231**   9:6,8
**232**   9:9,11
**235**   8:24
**24**   7:12 150:17,19
151:22 154:17
183:14 184:21
254:18
**240**   9:12
**245**   9:14
**25**   7:13 151:24
153:18,20 157:9
**251**   5:5
**252**   9:16
**256**   5:4
**258**   5:6
**259**   9:17
**26**   7:15 112:16
157:25 158:3
**27**   7:16 161:14,16
**28**   7:18 166:9,11
**29**   7:19 96:22
170:14,16

**2:02**   163:13
**2:48**   196:8
**2:56**   196:14
**2nd**   2:4

---

**3**

**3**   1:9 5:15 10:16
11:23 48:22 49:3
51:23 63:7 87:5
98:4 105:22 181:3
189:13 197:6 211:3
222:22
**3,565,500**   220:19
**3,655,500**   220:13
**3/17/06**   8:12 193:16
**3/24/05**   8:6 183:8
**30**   7:21 41:19,20
79:16,19,19 154:4
174:3,5 238:16
264:16
**300**   154:11
**3000**   1:13 3:5
**31**   7:22 147:6
175:21,23
**312-660-7604**   4:5
**312-840-7282**   2:18
**32**   7:24 177:17,19
**33**   8:4 180:12,14
246:11 252:3
259:17
**330**   3:20
**34**   5:14 8:6 183:6,8
185:7 245:25
**35**   8:7 42:23 184:11
184:14 211:6,7,7
246:2 250:17
**353**   2:17
**36**   8:9 189:3,5
250:17
**37**   8:10 191:18,20
**38**   8:12 193:14,16
**39**   8:13 195:5,7
**3:08**   206:21
**3:47**   207:3

---

**4**

**4**   5:18 54:24 55:5
60:5 70:13 174:19
207:22 208:9
212:19
**4/3/14**   266:3
**4/30/07**   5:24 79:22
**40**   8:15 41:13,16
196:18,20
**40,700**   154:12,23
**400.00**   50:12
**41**   8:16 107:14
216:22,25 217:8,21
219:18 220:21
**42**   8:18 216:23
217:3,11 218:7,22
222:22 230:6
**43**   8:20 222:12,14
222:18
**44**   8:22 223:17,19
223:24 224:4 230:7
**45**   8:23 225:2,4,9,11
**46**   9:4 94:6 230:21
230:23 231:3
232:24
**47**   9:6 96:22 231:6,8
231:12 232:24
**48**   9:7 231:16,18,22
232:24
**49**   5:17 9:9 232:2,6
232:24
**4:49**   251:13
**4:59**   251:19

---

**5**

**5**   5:20 56:17,19
79:13 105:6 234:16
234:24 261:22
**5,000**   113:8
**5,227**   113:10
**5,734,400**   113:8
**5,874.47.**   261:20
**5/1/00**   5:14 34:19
**5/15/08**   8:13 195:7

**5/18/04**   8:4 180:14
**50**   9:10 104:14
232:11,11,15,24
261:14
**500**   22:3 107:14,22
**51**   9:12 240:13,14
240:17,24 241:2,7
241:19 242:21
244:10
**515977**   68:9
**52**   9:13 245:3,3,7,14
245:16
**53**   9:15 252:16,18
258:22
**54**   9:17 259:22,22
259:24 261:14
**55**   5:19
**55391**   3:21
**55402**   3:14
**56**   5:21
**5th**   3:13

---

**6**

**6**   5:22 68:8,16 99:12
110:13 114:6,23
115:24 129:12
**6,183.65.**   261:18
**6/27**   158:18
**6/3**   181:3
**60604**   4:4
**60654**   2:17
**61**   60:11 61:6 62:4
62:23 110:13,25
**612-335-1568**   3:14
**612-335-1974**   3:15
**64**   60:15 62:23
80:21 83:6,21 84:16
85:4,14
**646-733-5727**   2:11
**67**   60:19 62:23
80:21 83:22
**68**   5:23 60:12 62:5

| **7** |
| --- |

**7** 5:24 79:20,22
**7,017** 83:12
**7,410** 83:12
**7,500** 83:12
**72** 60:16
**740** 109:16,20
**76** 60:20
**79** 5:24

| **8** |
| --- |

**8** 6:4 85:17,23
**8/5/05** 6:15 105:8
**85** 6:7
**877.80.** 190:15
**883,379** 260:25
261:15
**89,742** 113:8

| **9** |
| --- |

**9** 6:5,8 85:20,24
90:6,8 133:23
174:15 176:8 178:3
**9/21/05** 6:16 106:20
**9/6/05** 6:13 99:15
**90** 6:8 102:9,10,20
105:24 256:24
**94** 6:11
**94,969** 114:2
**952-215-0141** 3:21
**96** 6:12
**97,193** 113:25
**98** 125:8,13,15
**99** 6:14 103:7
**9:32** 1:15 11:24
**9th** 86:13

| **a** |
| --- |

**a.m.** 1:15 11:24
71:24 72:6 121:3
139:15
**abiding** 208:12
**able** 61:18 123:17
137:4 165:3 181:20
**acc** 69:6 74:13
192:15 193:4,5

197:9
**accept** 117:5 155:21
155:25
**access** 17:24
**account** 187:11
191:7
**accounting** 21:20
22:13,18,22 23:4,12
23:18 25:19 26:6
39:13 50:5 122:19
122:21 137:6 187:4
187:22 199:24
262:7
**accounts** 36:19,19
77:8,10,12 122:22
136:25 137:13,16
148:3 159:5 187:3
187:15 201:7,10
202:3,7
**accuracy** 51:19
213:6,13 240:3
**accurate** 57:15
212:16 264:19
265:6
**accurately** 57:15
**acknowledgment**
265:2
**action** 2:19 12:22
25:25 263:10
**actions** 1:5 45:20
**actual** 72:15 76:17
84:11 128:15
212:11,25 243:7,8
**added** 65:24 67:7
219:13,16
**adding** 66:15 82:13
**additional** 51:6
65:20 117:5
**address** 49:15 77:17
**addressed** 96:23
**addresses** 77:11
180:25
**adjusting** 69:18
214:9 262:7

**administrative** 5:15
21:22 23:11 48:24
49:4 50:16 53:11
54:3 69:6 74:13
**advertised** 249:11
**advice** 108:9 206:7,8
206:10
**advise** 97:19,21
147:11
**advised** 51:20 54:8
77:6 99:2
**advising** 88:23
**affect** 175:2 179:2
**aforesaid** 263:4
**afternoon** 121:16
163:16 207:9,10
**ago** 22:12 203:9
251:3
**agree** 11:20 129:18
141:5,15,18
**agreed** 11:4 14:11
51:12 127:2,15
132:17 141:11
**agreement** 8:17,20
126:17,19 146:6
151:16 217:2,10
222:15,25 246:22
247:2,7
**ahead** 156:14
181:25 214:2,10
**aided** 263:8
**al** 118:10 149:15
**alert** 70:24
**alerted** 89:2
**alerting** 81:2
**allied** 9:13 167:7
171:13,22 182:6,9
185:16 186:13
245:7,17 246:7
**allocate** 123:18
**allocations** 122:24
**allotted** 83:11
**allow** 167:6
**allowable** 87:16,23
88:3 117:7

**allowance** 60:22
83:12 84:17 88:20
89:3
**allowances** 60:7
117:8
**allowed** 83:21 97:25
100:19 101:3,13,17
107:15 110:4
113:14,25 114:15
144:21 175:17
200:9
**allows** 178:9
**america** 239:10
**american** 20:21
113:7
**amount** 22:5 35:20
35:22 61:8 80:23
127:10,10 136:2,7,7
179:21 180:10
190:19 213:23
219:23 220:25
221:6 224:20,23
234:2,3,7,8,10
260:21 261:5,6
**amounts** 262:8
**animal** 5:16 6:4,21
6:21 29:3 47:19
48:2,16,25 49:4
50:17 53:10 54:3
85:20,23 86:12
97:25 115:6,7,10,11
116:13 117:7
197:10 250:24
251:5
**animals** 48:10
**announced** 87:12,14
**annual** 9:17 38:24
39:10 59:13 118:7
119:16 120:4,7
205:4 239:22
259:24 260:7
**answer** 10:3 15:21
16:10 30:17 42:22
45:25 59:7 96:3
103:3 104:20 106:9

125:17 138:20
179:8 197:15 206:6
206:9,11 210:22
**answered** 78:9,23
92:8 96:5 144:14
**answers** 214:14
**anticipated** 178:20
**antitrust** 1:3 12:5
266:2
**anybody** 37:10
160:15 249:11
**anymore** 22:8
**apart** 38:18 71:3
**apologize** 31:13
121:22 171:22
**apparently** 101:18
147:15
**appear** 241:6 246:6
**appears** 90:2 91:23
220:21
**application** 217:23
217:24 218:4
**applies** 1:4
**applying** 52:2
**appreciate** 122:2
207:14
**appropriate** 264:7
**approved** 1:16
**approximate** 33:19
**approximately**
11:24 19:23 23:6
71:24 72:6 121:3,9
155:7 163:7,13
196:8,14 206:21
207:3 251:13,19
256:20 262:18
**april** 1:9 11:23
60:11,19 61:12 62:2
62:3 79:16,19,19
103:12,17 151:24
154:4 157:9 263:12
**arch** 1:14 3:5
**area** 167:15,18,22
167:25 168:2
169:16

**arrives** 202:5
**asia** 133:6
**aside** 54:12 97:7
106:11 140:23
**asked** 78:9,23 92:8
92:14,17 108:8
144:14 156:5
209:21 233:7
245:25 252:2
**asking** 15:16,25
62:8 108:2 113:21
125:10,20 127:17
129:22 132:13
146:14 154:22,25
170:6 214:11
**assist** 93:24
**assistant** 17:12 18:3
26:19 230:13
237:25 260:14
**assistant's** 260:13
**assistants** 26:21
230:15 233:8,15,20
234:2,25
**associated** 38:19
77:11 132:18
**association** 246:7
**assume** 15:21 52:6
64:16 69:22 100:6
118:9,9 139:6
153:15 155:20
156:8 247:3
**assumed** 52:10
**assuming** 100:24
105:23 155:18
253:20
**atlanta** 90:23
**attached** 264:13
**attachment** 5:22
68:17
**attend** 24:4 27:20,22
28:20,22 29:22 30:3
91:2,6 165:20,22,24
167:7 171:22
172:10 174:19
175:3,9,17 249:24

249:25
**attendance** 28:11
86:19 165:2 169:18
169:20,23 170:3
203:15
**attended** 29:5,12
166:6 248:13,19
**attendees** 92:14,17
**attending** 12:12
13:12 89:21 90:23
165:17 167:12
177:5
**attention** 242:21
**attorney** 264:16
**attorneys** 12:11
13:13
**audience** 250:2,4
**audio** 11:18
**audit** 81:3 186:15
209:5,7 210:4
257:21
**auditor** 185:25
186:10
**auditors** 184:4
**august** 87:12 100:4
100:8 104:15 105:6
106:16 166:21
168:3,5
**australia** 73:21
**automatically** 17:16
**available** 65:6
**avenue** 4:4
**average** 84:6
**averaged** 85:4
**avoid** 183:24 185:24
186:5
**aware** 31:8,22,24
42:19 70:22 95:5
101:2 124:16
146:12 252:13

| **b** |
| --- |

**b** 5:9 6:1 7:1 8:1 9:1
**back** 39:7 59:19,23
60:4,5 70:13 72:7

77:22 79:12 89:10
97:17 98:3 102:2
116:24 121:10
124:24 129:8
130:16 138:14,20
139:25 142:22
143:18 148:8
151:22 157:8
163:14 171:20
176:11,19,22
185:20 190:24
196:14 198:9 202:9
204:10 207:4
209:22 210:10
212:16 213:25
227:14 228:5 229:3
234:23 241:18
242:21 243:3 251:3
251:19 254:3
259:16 260:19,22
260:25
**backfill** 101:13,17
107:22
**backfilled** 67:10
98:13,16,23 100:5
100:13 105:22
107:14 109:16,25
110:2,14 111:4
114:6
**backfilling** 97:9,20
97:23 99:3 100:19
101:3,25 107:15
110:4 112:17
113:13,15,16
114:19,21 116:2,11
**background** 101:22
**backup** 106:8
**bad** 41:18 176:15
**baker** 96:23
**bank** 187:3,11,14
**barrie** 158:10
**barry** 157:23
**bartness** 192:7,14
192:14,19 193:3
223:5 225:17

**base** 50:11 51:2,6
**based** 51:3 52:22
 53:6 54:6 72:11,14
 72:17 136:11
 154:12 161:8 180:5
 220:25 226:2,18
**basic** 62:20
**basically** 21:21
**basis** 19:18 33:5
 38:24 39:10 50:24
 59:13 239:5
**bates** 16:18,22 34:20
 48:23 49:5 54:24
 55:7 56:17,20 68:17
 79:23 85:18,25 90:3
 90:9 94:9,16 96:16
 99:9,16 105:9
 106:18,21 108:21
 112:12,20 115:13
 128:23 133:17
 137:24 141:24
 145:21 146:21
 150:20 153:21
 158:4 161:17
 166:12 170:17
 174:6 175:24
 177:20 180:15
 183:9 184:15 189:6
 191:21 193:17
 195:8 196:21 217:2
 217:3,8 222:15,19
 223:20 224:2 225:5
 225:9 230:24 231:3
 231:9,13,19,23
 232:3,7,16,21
 240:14,18 241:20
 242:22 245:4,8
 252:19 259:25
**beak** 88:12
**bear** 89:14 122:2
**bebee** 57:4
**becky** 26:21 230:16
**becoming** 147:11
**beginning** 1:15
 205:18 214:7

215:12
**begins** 50:8 72:6
 121:9 163:13 207:3
**behalf** 2:6,13,19 3:8
 3:16,22 4:6 13:8
 40:10
**believe** 34:11 36:8
 37:8,18 46:18,25
 47:4 58:21 62:17,21
 77:15,24 79:12 85:9
 90:25 115:20 150:8
 151:14 163:17
 171:9 173:16,23
 179:23 184:6
 250:18,18 252:3,10
 257:10 260:15
**bell** 43:22 44:10,17
**benefit** 144:16 145:2
**benefits** 144:2,7,9
 144:11
**best** 15:18 16:3,4
 36:12
**bible** 221:18 224:6,8
 227:5
**big** 64:9 143:20
 164:18 165:4
**bigger** 22:5
**biggest** 210:25
**bill** 189:17,20
**billed** 48:18
**billie** 37:4 138:12
**billing** 122:22 123:2
 123:3
**bills** 136:16
**bird** 26:5 57:14
 70:23 87:15,22 88:3
 88:19 123:16,18
 225:16 226:11
 228:6,9 229:19
 240:10
**birds** 66:17 83:8
 88:19 89:8 101:10
 111:3,10,22,24
 113:8,11 114:16
 128:16 143:4,9

154:13 209:9
 219:23 224:19
**bit** 15:9 164:11
 191:13 248:6
**bj** 138:11
**bj's** 138:11 139:16
**bleak** 91:20
**blizzard** 123:25
 155:18
**block** 2:16 12:22
**board** 20:21 23:24
 24:4,9 27:22 28:2
 30:22 51:16 119:22
 180:4 205:2,2,3,4
 205:12,24 248:21
 249:8 250:7,9
**bob** 130:17,23
**bold** 87:7
**bottom** 17:18 51:8
 57:21,22 109:14
 113:5 142:21
 143:13 190:5
 197:21 219:4 243:4
 261:5
**bought** 35:14,24
 134:9 135:17,18
 173:16
**boulevard** 3:20
**bradley** 189:17,20
 190:3,9
**brand** 66:18
**break** 71:19 120:13
 120:16,18 163:4
 196:5 206:17
 207:18
**briefly** 121:17
 251:25
**bring** 61:15 230:2
 239:23 252:4
**broad** 44:23
**brokers** 39:14,16,17
 40:4,5
**brothers** 236:11
**brought** 64:2 65:16
 138:14,19

**brown** 2:16 5:5
 12:21,21 60:12,16
 60:20 62:5 64:15
 121:15,17,22,23
 123:8 125:12,22
 126:5 128:18 129:2
 132:12,25 133:20
 135:6,15 138:3
 139:8 140:22
 141:16 142:3
 144:20 145:24
 146:24 148:22
 149:12,25 150:23
 153:25 155:9 156:6
 158:7 161:11,12,20
 162:23 163:3,15
 164:8,14 166:7,15
 167:20 169:10
 170:6,10,20 172:17
 173:19,25 174:9
 175:12 176:3
 177:12,23 179:10
 180:18 182:4,15
 183:13 184:18
 185:19 186:16
 188:3 189:9 191:24
 193:20 195:11
 196:4,16,24 198:22
 199:10 200:11
 203:20 204:9,17
 206:12,16 236:11
 251:24 252:15,22
 255:19 256:2
 262:16
**building** 24:25
**built** 66:11 70:21
 258:5
**bullet** 91:18
**business** 18:14,18
 18:19 91:21 92:5
 107:9 109:12
 141:14 238:3
**businesses** 40:7
**buy** 37:11,16 40:9
 40:16 127:25 135:5

**buyer** 35:22 133:4,5
133:6 156:21,21
**buyers** 36:16 37:13
**buying** 123:7

**c**

**c** 2:1 3:1 4:1 263:2,2
**cage** 60:22 61:8
64:23,23 65:2,5
80:19 81:7,18,18
82:7,7,11 83:19
84:17 85:5,13 87:23
88:3,20 89:3 117:8
257:21
**cages** 98:17 116:11
258:11
**cal** 96:24
**calculated** 50:23
51:7 80:18 84:25
136:6
**calculation** 83:17
**calculations** 88:21
**calculator** 41:22
**call** 15:3 40:5 59:22
78:4 214:5
**called** 148:5,6
227:21 248:21
254:25 260:23
**calling** 214:11
**calls** 99:5
**capacity** 54:7,9 57:5
68:13 69:5,16,21,24
70:3,18 72:11,18,21
74:15,22,23 75:9,18
76:4,14 102:7,11,12
102:20,22 103:20
104:15 106:2
113:17 114:16,22
128:11,12,13,16
131:8 180:5 211:9
211:20 212:10,15
212:23 213:7,13
215:16 221:20
222:23 226:2,4,5,20
240:4 258:6

**capper** 171:21 172:9
172:15,20,24 173:4
178:9 179:2
**caption** 12:4
**care** 5:16 6:22 48:16
48:25 49:4 50:17
53:10 54:3 112:3,5
115:7,11 116:13
117:7 136:24
197:11
**careful** 51:14
**carefully** 47:22
135:22 264:5
**caryn** 254:21
**case** 9:12 12:4,6,8
101:21 169:23
240:18 241:19
**cases** 104:3,4,12
122:24 123:16,19
127:9,10,24 128:5
**catastrophe** 100:11
100:14,20 101:7,13
105:24 107:24
108:5 110:5,6
**catastrophic** 98:13
98:20,23 116:11
**catherman** 253:3,6
253:24 254:4,9
258:24
**ccf** 189:22,23
**ccr** 1:16
**cell** 11:16
**cent** 136:5
**center** 58:6
**central** 37:23 38:2
38:11
**cents** 50:13
**ceo** 131:5 142:15
**certainly** 179:6
**certification** 5:16
11:5 48:17,25 49:5
50:17 53:11 54:4
79:18
**certified** 5:18 6:22
55:2,6,18 69:15

115:7,12 116:13
117:7 184:5 186:11
194:13,14,18,23
197:11 198:23
208:7,19 210:17
211:25 229:14
235:17 237:6
262:10
**certify** 263:3
**chad** 32:23 94:5
96:21 146:3,14
149:15 161:25
166:20 168:5 194:2
237:15 257:9,16
**chain** 6:18,19,24 7:4
7:6,7,10,12,13,15,18
7:19,21,22,24 8:7,9
8:10 9:15 108:21
111:8 112:20
128:23 133:17
137:24 141:24
142:20 143:12
146:21 150:20
153:21 154:8 157:8
158:4 166:12,20
168:5 170:17 174:6
175:24 177:20
184:15 189:6,17
191:21 252:19
253:3
**chance** 228:4
**change** 21:16,19
22:17 27:6 61:11
62:16,17 70:22
130:6 229:9,13
235:12 236:13
258:7
**changed** 25:11,14
36:22 184:8 203:24
203:25 204:19
205:20 227:5
236:11
**changes** 87:13 130:5
134:24 204:3,4
205:11,16,25 206:4

240:10 264:12
265:5
**characteristic** 259:8
**charge** 25:20 41:4
75:5
**charged** 78:24
**charging** 179:25
**charles** 2:9 12:15
256:3
**check** 54:19 55:23
62:25 70:25 139:7
159:21,21 160:2,11
168:11,12,24
184:25 185:18,21
190:2 202:5 208:10
208:20,22 209:11
210:7 214:2 227:14
227:16,16,19 229:2
234:3,10 236:25
253:13,23 260:19
262:8
**checked** 61:25
160:16
**checking** 176:24
**checks** 137:3 160:6
201:7,8,11,16,19,22
201:23 202:2,4,11
202:20,21 233:20
234:22
**chicago** 2:17 4:4
**chickens** 63:25 65:7
66:19 97:16,17
116:22
**chicks** 60:10,14,18
62:2,3 64:20
**child** 19:13
**choice** 120:20
**choosing** 194:14,24
**chosen** 143:19
**circulating** 46:15
47:7
**clarification** 113:22
**clarify** 15:17,18
59:25 107:16 208:2
220:15 236:9

**[clark - confidential]**

clark   2:17

clear   88:17 215:24

clearly   259:2

close   22:3

closed   205:22
248:10,11,24

closer   164:6,7

collect   49:19

collected   202:25

collecting   74:12

collection   72:10

colleen   158:22 159:3

college   18:7,9,13
19:3

columbia   18:11

column   58:6,13
64:11,25 65:3,4
67:19 68:3 84:5
233:17

columns   61:20,21

combined   244:13

come   48:3 70:4 77:2
83:16 90:15 149:8
165:6,10 171:14
176:25 208:4
213:25 220:10
256:7

comes   17:16 82:21
160:2,23

coming   165:3
201:19 215:24

commencing   118:19

commingling
137:15

commission   35:5,23
39:19,24 40:2 78:25
134:15 136:4,5
265:20

commissions   35:17
35:19 38:18

commitment   127:23
127:25

committee   6:5 25:25
27:20 28:15,21,25
29:4,10,17,23 30:4

30:6 31:4,6,9,12,16
46:3 85:20,24 86:12
160:18,23 161:2,3
162:7 164:19
180:25 181:2,10,14
205:20 246:19
248:7,12 250:7
252:7,14

committees   23:24

communicate
164:23

communication
75:4

communications
44:10

community   256:16

companies   87:11,15
137:2,8 186:15
194:13,14,23
200:10 241:23
242:3,8

company   49:15
50:12,13 131:3
152:5 153:15
186:10 194:19
214:21,23

compare   52:18,20
52:23 83:23

compared   85:5

compensated   78:22

compensation   139:3
139:17 140:7

compiled   223:25

complaint   118:17
118:18 119:5

complete   56:3 117:6
117:21 209:11

completed   104:9,16
210:10

completely   47:25
103:13,18 116:17
209:21

completion   117:14

compliance   5:19
54:14,17 55:3,7,15

55:18,24 62:13

80:11 85:2 87:8,12

98:5,18 100:7 105:5

111:11 116:25

207:23 208:7,22

209:4 210:2,19

212:19 213:2

computer   17:15,25
46:23 77:9 263:8

computers   25:2

concern   42:8 43:13
43:16 209:23

concerned   48:9 61:4
148:12

concerning   42:20
73:5

concerns   190:5

concluded   262:23

conclusion   179:7

conduct   257:20

confer   206:18

confidential   1:7
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1

105:1 106:1 107:1

108:1 109:1 110:1

111:1 112:1 113:1

114:1 115:1 116:1

117:1 118:1 119:1

120:1 121:1 122:1

123:1 124:1 125:1

126:1 127:1 128:1

129:1 130:1 131:1

132:1 133:1 134:1

135:1 136:1 137:1

138:1 139:1 140:1

141:1 142:1 143:1

144:1 145:1 146:1

147:1 148:1 149:1

150:1 151:1 152:1

153:1 154:1 155:1

156:1 157:1 158:1

159:1 160:1 161:1

162:1 163:1 164:1

165:1 166:1 167:1

168:1 169:1 170:1

171:1 172:1 173:1

174:1 175:1 176:1

177:1 178:1 179:1

180:1 181:1 182:1

183:1 184:1 185:1

186:1 187:1 188:1

189:1 190:1 191:1

192:1 193:1 194:1

195:1 196:1 197:1

198:1 199:1 200:1

201:1 202:1 203:1

204:1 205:1 206:1

207:1 208:1 209:1

210:1 211:1 212:1

213:1 214:1 215:1

216:1 217:1 218:1

219:1 220:1 221:1

222:1 223:1 224:1

225:1 226:1 227:1

228:1 229:1 230:1

231:1 232:1 233:1

234:1 235:1 236:1

237:1 238:1 239:1

[confidential - current]                                                                      Page 8

240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1
**confirm** 221:14
230:5
**confirmation** 254:5
**conflict** 183:25
185:24 186:6,19
**confuse** 15:11
**confused** 125:19
202:10
**connection** 122:15
124:4 125:5 126:7
126:14 164:16
192:22 202:25
**consecutive** 103:23
117:19,25
**consider** 162:8
183:25 239:7,9
**considered** 26:12
116:19
**consistent** 154:16
194:22 198:15,17
212:13
**consolidate** 22:8
**consolidated** 21:4,4
21:8,24 24:14 26:22
27:15 42:6 213:20
237:17
**consolidation** 22:4
25:8 216:7
**cont'd** 6:1 7:1 8:1
9:1
**contact** 153:10,11
214:21,23 215:6
**contacted** 214:13
**continue** 11:19
**continuing** 235:8
**contract** 58:7,15,16
58:16,23,24,24,25

59:2,8
**contracted** 59:3
**contracting** 24:16
24:19
**contracts** 163:24
**contributing** 140:6
**control** 37:19
162:11,19
**conversations** 11:15
173:3
**cooperative** 143:7
**coordinator** 20:20
31:12
**copied** 77:3 142:7
183:16 189:14
**copies** 87:24 93:12
137:2 202:21
**copy** 95:13 165:7
**copying** 162:2
193:24,25
**core** 37:21,22
**corner** 51:8
**correct** 24:16 26:2
28:5 33:2 35:11,25
36:2,24 43:5 50:18
50:19,21,22,25 51:9
52:5,9,14 53:4,8
54:14 58:9,20 59:21
62:5,14 63:2,5
64:13,21 65:11
67:11,15 69:7,17,24
69:25 72:12,13
74:16 78:2,8 81:24
82:4 84:7 85:6,10
88:24,25 89:9
100:15,17,21,22,25
101:14,17 102:5,13
102:23 104:10
109:21 117:22
119:17 123:25
124:2 125:2,3 128:9
128:17 129:12
133:23 138:8 142:6
146:2 147:4,21,22
149:22 151:19,21

151:25 153:4 154:2
154:20,23 158:9
159:18 161:24
162:8 163:20
165:14,17 166:21
166:25 167:2,8
169:6 170:25 171:5
174:15 176:8 177:6
178:4,22 183:16,20
184:20 186:20,21
188:13,19,24
189:14,18 191:7,12
191:15 192:5 194:3
195:16 197:6 199:6
199:14,15 201:12
211:16,20 212:22
212:24 214:6 220:7
220:16 225:24
226:11,12,17,17,20
226:21 228:2,10,12
228:17 241:11,24
242:13 243:13
246:2,5 253:4,7
254:19 255:6 257:4
257:14,15 259:4,8,9
261:2 263:9
**corrected** 59:21
261:3,13,16 262:4,6
**correction** 266:4
**corrections** 214:16
226:23 227:4 264:5
264:8 265:4
**correctly** 129:19
130:21 134:4
139:20 143:16,22
144:3 146:8 148:15
152:11 154:14
155:22 157:13
158:20,25 162:15
167:9 168:14
171:15,25 174:21
176:17 177:2
178:11 181:5 184:2
185:3 186:2 190:16
191:3 192:17 193:6

194:20 198:2,13
199:18 209:9
250:19 254:7,11
255:2 263:7
**correll** 37:5 138:12
**correspondence**
133:22 138:6 142:7
147:5 151:23 158:9
170:23 174:14
176:7 184:20
189:13 192:3 197:5
**cost** 130:19 132:3
143:14,20
**cougar** 187:9 199:17
200:4,8 201:25
202:15,24
**counsel** 11:4 14:11
16:6,6,9 76:24
121:20 203:25
204:5,19 205:17
206:9 207:21
245:25 263:9
**counted** 258:10
**counting** 256:22
**country** 133:7
189:21,23 191:6,9
197:9,10,13,14,14
197:22 198:18
**county** 194:8
**couple** 56:15 203:8
225:21 258:16
**course** 47:3 80:6
107:8 213:23 238:3
**court** 1:1 12:7 13:13
14:2 74:2 204:12
216:21 264:20
**creek** 189:21,23
191:6,9 197:10,13
197:14,14,22
**creek's** 198:18
**cross** 214:3
**crossed** 260:25
**cslidders** 2:12
**current** 129:16
152:6

currently 194:11
customers 130:20
cutoff 181:4

**d**

d 5:1
daily 134:24 137:3
dakota 58:16,24
dan 253:4,15
data 200:20 201:24
202:15
database 199:17,21
200:5,20 201:15,25
202:16,24 236:18
date 11:23 64:19,20
101:18 116:18,21
117:6,13,14,16
154:5 167:23,24
181:4 218:3 238:15
264:10 266:3,25
dated 17:7 35:3 57:6
68:10 79:16,19 90:2
96:22 99:12 105:6
106:16 108:17
111:9 112:15
133:23
day 32:15,16 135:3
207:16 212:13
263:12 265:13
days 22:15 103:14
181:4 264:16
deal 186:18
deals 130:19 132:3
december 197:6
225:24 260:20
decide 211:4
decided 25:3 179:24
180:3
decisions 180:4
205:23
decoster 193:24
194:5
decreased 226:4
deducted 35:20

deducting 35:17
deemed 264:19
defendant 3:16,22
13:20,23
defendants 13:17
deffner 161:25
definitely 71:16
186:25 227:18
229:5 235:2
definition 113:15
114:19
demand 6:10 91:23
92:17,19 93:5 94:9
94:16
demarcation 104:25
depend 132:15
depended 59:22
132:16
depending 83:22
135:3
deponent 263:5,7
265:2
deposed 15:6 118:6
deposing 264:15
deposit 202:22
deposition 1:11 10:1
11:18,25 32:6,17,20
94:5 119:2 120:20
207:15 262:23
263:8 264:4,13,17
264:18 265:4
derive 70:2
derreck 195:14,18
describe 34:5 36:13
208:23 213:8
234:12 235:3
239:14
described 26:9
88:21 241:14
description 5:11 6:3
7:3 8:3 9:3 103:24
destroyed 111:10,15
111:18
destroying 112:6

details 114:7,24
determine 130:13
136:13 148:24
238:7
determined 74:21
128:3 179:19,22
determining 244:23
die 97:16
difference 132:23
133:10 140:15
193:4,9 228:22
235:11 261:24
different 57:16 58:2
58:3 59:10 65:16
76:10,12 128:10
131:11 136:25
137:8 156:22 157:2
157:5 179:24 182:3
188:10 200:9
212:14 228:7,10,19
242:12 257:3
260:21
diminishing 91:24
direct 2:6,19 12:22
13:2 242:20
directed 16:8
direction 10:3 233:8
233:15
director 228:20
directors 27:23 28:2
30:22 75:15 119:22
237:13
directory 9:14 245:8
246:8
disagree 259:7
disagreed 259:11
discount 190:14
194:16,25 234:5,8
234:13,16,17,24
261:6,22
discovered 80:12
discovery 29:10
181:2,10,14 246:18
252:7,14

discuss 32:17,20
44:16,19 45:9,11,14
92:20
discussed 45:2,13
117:17 183:23
discusses 144:6
discussing 44:7
72:10 92:4 171:3
246:14
discussions 148:18
display 183:23
dispose 95:8
dispute 105:2
distinction 160:12
district 1:1,1 12:7,8
divide 201:3
divulging 206:10
document 1:4 16:18
34:15,25 35:2 39:8
48:23 49:10,11,12
49:23 54:23 55:13
55:17 56:15 57:2,8
63:8 68:7,23 69:2
69:10 79:14,15 80:4
80:7 85:18 86:8,10
90:14,18,20 91:18
94:4,7,22 95:2,20
99:9 104:23 106:13
107:3 109:4 112:12
113:2 115:22 116:8
129:7 133:12
137:19 138:5 142:5
151:4 161:23
166:18 174:12
175:13 180:20
189:11 193:22
195:13 197:3
217:11 218:15
221:24 222:12
223:17 224:5 225:2
225:19 230:3,21
231:16 232:2,11
238:6,7 240:13
244:19 245:3
246:14 252:25

259:21 260:6,17,18

**documentary** 72:21

**documentation** 73:4

**documents** 10:9
56:15 76:23 93:7,12
93:18 119:2,5
175:14 216:19
217:16 233:4,10,17
238:8

**doing** 37:8 50:5
71:12 143:20
185:23 213:20
264:9

**dollar** 190:18
220:24

**dolph** 96:23

**domestic** 239:8

**don** 43:22

**dotson** 183:18

**double** 236:25
253:23

**doubt** 16:7 177:13
199:5,12 255:13,20
255:25,25

**dozen** 143:14 193:4
193:9

**draft** 96:6

**drastic** 101:11

**drive** 25:21,22

**dropped** 22:6

**dues** 8:18,22 9:4,6,7
9:9,10,17 26:6
52:21,22,25 53:6,23
69:6 70:9 72:10
74:12 81:11 145:11
173:15 180:2
186:22,23 187:23
194:7,7 208:4 212:8
216:9,10 217:3
218:9,11,14 220:25
221:10,11 222:21
223:19,24 224:5,8
224:19,23 226:18
227:6 228:10 229:2
229:24,24 230:23

231:5,8,12,18,23
232:2,3,6,12,15
233:5,16 234:14
235:4,22 236:3,7,21
236:25 237:24
238:9,11 259:25
260:7 261:17

**duly** 14:8 263:5

**durant** 19:4,6

**duties** 163:19

**duty** 91:15

**e**

**e** 2:1,1 3:1,1 4:1,1,10
4:10 5:1,9,12,22 6:1
6:13,16,18,19,24
7:1,4,6,7,9,10,12,13
7:15,16,18,19,21,22
7:24 8:1,4,7,9,10,12
8:13,15,23 9:1,15
16:22 17:6,6,9,10
68:9,17 77:8,10,11
77:16 99:10,16,21
99:22 100:3,16,22
106:15,21 107:4,8
107:11 108:14,16
108:20 109:2,6,12
109:15 111:8
112:13,14,19,25
113:3,6,20 114:9,20
128:22 129:8,9,14
133:16,21,25
137:23 138:6,10
139:14 141:23
142:7,11,20 143:11
143:12 145:21
146:2,5,20 147:5
150:19 151:8,8,23
153:20 154:3,8,8
157:8 158:3,9
161:17,25 166:11
166:20 168:4
170:16,23 174:5,13
175:23 176:6
177:10,19 178:2

180:15,21,25
184:14,20 189:5,12
189:16,17 191:20
192:3 193:17,23
195:8,14,23 196:20
197:4,18 201:16
225:5 246:15 252:6
252:18 253:2
254:17 259:6,16
263:2,2 266:1,1,1

**earl** 183:18

**earlier** 54:11,13
69:4 77:23 88:22
157:8 199:16
211:14 245:24
256:16 257:6

**earliest** 142:19
143:12 154:7
166:19 189:16
253:2

**easier** 71:14

**eastern** 1:1 12:7

**economic** 89:17
90:19,24 91:3 171:4
171:10 174:19
175:3,9,18 177:6
178:7,14,20 203:9

**economics** 44:16,20

**edition** 6:23 115:8
115:13

**education** 18:14,18

**egg** 1:3 3:8,9 6:22
12:5 13:5,6,9,10
19:17,19,22 20:3,11
20:18,21 21:9,25
22:9,10,14,21 23:23
25:5,9,11,16,21,22
28:15 31:9,16 33:7
33:7,17 34:7,10
35:10 37:22 39:10
39:16 40:7 41:13
42:7,9 43:4,5 44:16
44:20 59:2 64:16
72:12 73:15,16,17
74:10 77:25 90:4

96:21 113:7 115:8
115:12 122:5,8,12
137:10 138:13
140:3 143:2 144:17
144:18,19 145:13
145:15 151:3,13,15
152:22,24,24
157:20 159:23
160:25 167:3
173:20 176:13
177:6 191:14
192:23 194:8 196:3
197:16,17,19 198:7
203:9 207:13,13
217:9,22 238:16
239:9 241:3 242:5
246:7 249:16
256:15,23,23
257:13 266:2

**eggs** 35:15,25 37:11
37:17 40:10,17,21
41:2 42:15,21,24
43:2 44:7,25 45:15
45:21 59:3 60:12,12
60:16,16,20,20 62:4
62:5 66:19 78:13,13
78:16 89:17 90:19
90:23 91:2 123:7
132:6,7,11,11 134:8
134:10,14,16,18,20
134:23 135:3,5,18
135:18,19 136:3,4
137:11 138:14,16
140:11,17 141:13
155:12 192:15
194:12,15,16,18,24

**eimer** 4:3 13:16

**eimerstahl.com** 4:5

**either** 83:21 95:6
127:22 152:21
154:3 167:18 211:5
213:25 214:3

**eldridge** 21:14

**electronically** 47:5

elizabeth 2:10 12:18
emckenna 2:13
employed 25:5,9,15
  39:18,20,23 40:6
  47:13 79:3
employee 24:24
  25:3 33:8 37:6
  125:2,4 126:10,13
  126:23 138:23,25
  168:21 188:23
  195:19
employees 36:24
  37:2 237:10
employment 25:16
empty 67:21,23
ems 183:2,23 184:4
  185:24
enclosing 68:11
ends 71:24 121:3
  163:7 262:18
engage 40:7
engaged 97:20,22
enter 201:15 202:18
  202:19
entered 201:9
  202:15 262:7
entering 200:19
entire 65:7 103:19
entities 124:21
entitled 54:23,25
  57:3 79:15 85:19
  93:5 94:7 217:12
entity 151:4 182:23
entries 69:18 199:22
  199:24 200:12,13
  214:9 262:7
entry 201:24 218:21
  219:9,19,20 221:25
  224:12,14
environmental
  182:24 183:19
  246:3
equal 152:9
errata 264:7,9,12,15
  265:5

error 259:3
esquire 2:3,9,10,16
  3:3,4,11,12,19 4:3
estimate 38:23
estimates 54:6
europe 133:6
evaluation 208:14
event 98:20,23
  101:12 116:11
eventually 254:17
everybody 214:13
  214:14
everyday 202:22
evidence 72:21
  73:15 74:10
evolved 46:25 214:8
exact 234:2,3,6
exactly 113:15
  172:14 205:25
  215:21
examination 14:18
  121:13 207:6
  251:22 256:11
  258:2,19
examined 14:8
example 88:18
  133:6 220:13
examples 140:24
exceeded 80:25
  110:13,25
excuse 168:20
  176:21 193:25
excused 262:21
executive 205:22
  248:7,12
exhibit 5:11 6:3 7:3
  8:3 9:3 16:18,19,21
  34:15,16,19 48:22
  49:3 51:25 54:23
  55:5 56:14,19 60:5
  68:5,7,7,16 70:13
  79:13,14,20,22
  85:17,17,23 89:25
  90:6,8 94:4,6,11,11
  94:14 95:20 96:11

96:15 98:3 99:13,15
  104:23,24 105:8
  106:13,14,14,20
  108:14,15,20
  112:11,11,19 115:5
  115:5,10 116:25
  128:20,22 133:16
  137:23 141:21,23
  145:18,20 146:18
  146:20 150:19
  153:18,20 154:17
  157:25 158:3
  161:14,16 166:9,11
  170:14,16 174:3,5
  175:21,23 177:17
  177:19 180:12,14
  183:5,8 184:11,14
  185:7 189:3,5
  191:18,20 193:14
  193:16 195:5,7
  196:18,20 212:7
  222:14 223:19
  225:4 230:23 231:8
  231:18 232:6,15
  240:17 245:7
  252:16,18 259:24
exhibited 94:5 96:21
exhibiting 34:25
exhibits 207:21
  216:25
exist 161:3
existence 36:10
existing 66:15,16
  67:8 102:4
expanded 162:14
  226:3
expected 92:16,19
expenses 132:24
  140:21,24
expensive 135:5,7
experience 41:13
  211:8,17
expires 265:20
explain 57:22 63:12
  82:17,19 97:11

106:5 107:11,17
  108:4 110:5,10,24
  113:19 114:8
  171:23 209:14
  260:16
explanation 108:3
explanatory 64:24
export 9:12 122:24
  124:10,13 127:2,14
  130:14 132:7,18,19
  134:3,6,14,25
  135:19 138:16
  139:16 140:16
  141:5,6,12 143:15
  147:10,19,21 151:5
  152:7,8 153:14
  154:11 155:6,11,19
  156:9,12,19,21,25
  158:19 159:16,18
  162:13 240:7,17
  241:4,4,19
exported 132:6
exporter 123:6
  133:4
exporting 122:9
exports 123:12
  125:6 126:8,15
  127:21 132:14
  144:22 149:18
  150:3 195:24
expressing 255:4
extent 48:5 76:21
  79:7

f

f 263:2
face 181:7
facilitating 78:22
facilities 58:2,3,8,18
  58:19 69:23 72:22
  72:22 75:6,19
facility 64:13 66:17
  85:6
fact 70:24 161:8
  178:17 210:25

**facts** 81:2 179:8
**fail** 210:4 264:18
**fair** 23:9 41:14
  62:11 100:5,5,11
  110:17 152:8
**fall** 143:21
**familiar** 34:2 46:9
  47:18 97:8 182:25
  183:3 217:18 222:4
  240:23
**families** 239:20
**far** 38:9 40:3 47:8
  48:7 75:17 84:12
  181:9
**farm** 67:6 194:8
  212:15 237:19
**farmer** 197:17
  222:8
**farmers** 181:20
  182:10,17
**farms** 3:22 13:24
  158:16 159:4,8
  222:3 224:11,17
  225:18 228:21
  237:11 242:4 243:6
  244:14
**fax** 5:14 34:19 35:2
  59:11,17 220:10,11
**faxed** 137:2 202:21
**faxes** 25:2
**feb** 108:18
**february** 109:17
  113:7 133:23 162:4
  189:13
**federally** 1:16
**fee** 5:15 48:24 49:4
  50:12,16,20,24 51:2
  51:6,6 53:11 54:3
  69:6 147:9
**feel** 34:24 176:15
**fees** 38:19 48:18
  49:16,19 57:16
  74:13 179:14,25
  198:11 199:6

**felt** 22:6
**field** 257:10
**figure** 82:20 83:23
  83:24 84:3,6,11
  127:9 261:2
**figured** 127:11
  213:23
**figures** 76:10,12
  123:21,21 262:4
**file** 236:14,15
**filed** 12:6 87:11
**filing** 11:5
**fill** 52:7 54:19 65:3
  65:25 66:8 67:2
  68:2 82:10 102:4
  104:8,9,16,17
  117:20 165:12
  208:21 209:2,21
  211:8 212:21
**filled** 51:21 63:15
  67:14 83:19 98:21
  102:10 103:12,13
  103:18,19 104:6,14
  105:25 113:12,17
  114:22 116:18
  209:18 211:18,19
**filling** 103:8,10
  107:25 117:6
**final** 111:8
**financial** 152:6
  188:8,9
**find** 23:25 235:11
  244:18
**fine** 15:4 39:6
  149:13,20,24
  170:11
**finished** 19:12
  103:16 262:14
**finishing** 107:25
**fire** 101:9
**first** 14:8 19:2 43:25
  60:7,8 61:25 62:24
  66:9 68:24 80:5
  91:19 105:20
  109:15 116:22

118:18 127:5
  129:10 142:11
  197:21 208:2
  213:12,19 215:15
  239:4 242:21
**firstly** 39:17 56:16
**five** 20:12 33:20
  120:17 207:4
  262:19
**flock** 59:25 74:15,21
  74:23 76:4 88:18
  91:22 114:5,6 116:3
  116:16,19 223:11
  223:12 229:12,15
**flocks** 6:22 115:8,13
  244:10
**floor** 2:4
**focus** 162:13
**follow** 58:23 210:6,7
  210:10 229:4,6
  234:25 252:2
**follows** 14:9
**food** 164:2
**foods** 3:16 13:21
  57:5,25 58:8,18,19
  59:3,9 142:13,17
  195:23 242:23
  243:2 244:5,11
  253:7,9,11
**forced** 88:15
**foregoing** 265:3
**foreign** 133:7
**forget** 22:16
**forgot** 31:10
**forgotten** 73:24
**form** 11:7 14:14
  29:19,24 30:14 38:4
  38:13,25 40:11,18
  42:10 43:6,17 45:3
  45:16,22 46:16 48:4
  51:21 53:16 54:18
  55:16,19 56:4,7,10
  59:4,11 60:23 62:6
  62:12 65:12 66:2,23
  71:5,9 74:17,24

75:21 76:4 78:17
  79:6 81:11 82:15
  84:8,18,23 85:7
  86:21 87:14 89:9
  91:7 92:7,22 93:19
  95:9 98:18,21,25
  99:4 102:14,24
  104:10,14,17,18
  118:13,20 119:10
  119:18,24 120:8
  123:4,22 132:8,20
  134:21 135:12
  139:4 140:18 141:7
  144:13 148:19
  149:10 155:2 156:2
  161:4 162:20
  165:25 167:13
  169:7 172:11
  173:11,21 175:4
  177:7 179:4 181:22
  182:12 185:12
  186:7 187:24
  198:19 199:8 200:6
  203:17 204:6 206:6
  208:19 209:3,21
  212:20,21 215:20
  215:22 216:8,9,13
  216:15 217:25
  219:19,22 220:21
  222:21 226:9
  255:16,22
**forma** 71:3 90:2
**formal** 71:2
**format** 49:18
**former** 138:13
**forms** 70:12,14
  122:23 123:12,14
  165:10,10,13
  208:22 220:9
**forth** 129:9
**fortin** 68:10,12
**forward** 143:14
**forwarded** 254:18
**foundation** 93:20
  95:10 118:21

119:11 148:20
**four** 54:18 163:14
**fourth** 190:4,4
226:14
**frame** 216:3
**free** 34:24 64:23
**frequently** 211:24
**front** 17:6 35:7
63:10 207:24
232:24
**full** 33:8,12 66:6
211:9
**function** 28:4 37:21
37:23,23,25 38:2
**functions** 57:13
**fund** 25:21,22,23
**further** 148:17
182:8,20 251:22
253:14 256:11
258:14,19 262:12
**future** 160:25
162:12

**g**

**g** 4:3
**gary** 192:7,14 223:3
223:5 225:17
**gaylord** 58:7,15,18
58:23
**gemperle** 243:6
244:15,16
**gene** 17:8 35:4 36:8
96:24 108:8,10
112:15 113:21
118:10 129:9,22
133:22 138:7
142:10 143:11
147:5 149:15,16
151:23 155:17
170:24 174:14
176:7 180:22
183:15 192:4
193:23 197:5
250:16,23 253:3
254:25 255:5,8,14

258:24
**gene's** 154:10
**general** 2:19 12:23
23:11 119:16
**generally** 30:21
51:22 62:11 71:10
76:11 89:5 132:14
172:19
**generated** 39:11
**gentleman** 223:3
**georgia** 6:6 24:25
26:16 30:24 34:11
46:20 47:7,14 49:25
85:21,25 86:13
93:14,17 138:19
139:13 149:7
164:25 168:18
169:22 170:2
187:18 195:21
201:9,12 202:5,12
215:18 219:24
220:2 245:22
254:23
**gerald** 20:15,20
**getting** 22:5 24:19
129:17 156:20
163:24 168:10,13
211:17
**gettysburg** 218:2,22
219:10 221:4,8,25
**give** 15:13 38:22
170:8
**given** 192:16 215:17
234:16 263:9
**gives** 117:15
**glessner** 79:17 83:4
**glessner's** 84:16
**go** 11:20 15:9 16:11
18:7,9 39:7 50:6
56:14 60:4,5 69:19
70:13 71:20 75:8
77:22 79:11 84:22
86:15 87:6 92:13
97:17 98:3 102:2
107:12 110:3 111:7

113:5 116:24
127:24 154:7
156:14 157:7,10,16
164:21 176:11
181:25 213:5
236:12 237:18,19
240:7
**goes** 109:15 157:3
**going** 16:25 24:11
28:6 38:10 44:12
46:2 47:4 99:13
113:23 121:18,24
123:23 125:18
128:18 130:9
133:13 135:2,2
136:19 137:20
141:20 145:17
146:17 147:8
150:16 153:17
154:18 157:24
161:13 170:13
174:2 177:16
180:11 183:4
184:25 185:16,17
189:2 196:17
201:22 212:18
213:7,8 216:20,22
222:11 225:21
230:2,20 231:5,15
231:25 232:10,21
240:12 250:6
251:25 259:20
260:17
**good** 14:15 120:13
121:16 163:16
207:9,10 263:4
**gotten** 70:17 93:15
228:4
**graded** 132:10,14
**gradual** 61:16
**gradually** 61:15
**great** 16:5
**greater** 134:18
157:12

**greene** 3:11 13:19
13:19
**gregory** 17:8 32:21
32:21 35:4 36:8
44:21 45:2 92:5
93:24 94:6 96:22,24
108:8,11 112:15
113:4,24 114:9,25
129:10,14,22
130:16 133:22,25
138:7 139:15
143:12,18 146:3,15
147:6 148:8,18
151:24 152:3 153:3
153:7 155:17
161:25 162:6,18
166:21 168:5
170:24 171:20
172:8 173:3 174:15
174:17 176:7,12
177:5 180:22
183:15,22 184:21
185:7,20 186:5,17
190:11 192:4
193:24 194:2,11
197:5,8,20 198:9
236:24 237:15
250:16,23 253:3
255:8,14 257:9
258:24 259:7,11
**gregory's** 115:25
119:8 142:11
**groups** 179:24 182:3
205:8 247:22 248:3
**grow** 18:4
**guess** 95:16,25
124:22 126:20
140:2 156:4,13,16
166:3 181:18
188:12 244:2 247:3
**guests** 86:15
**guideline** 208:7
**guidelines** 5:18 6:21
47:19,21 48:3,14,15
55:2,6,18 114:7,24

115:6,11 208:12

**guilty** 16:2

**h**

**h** 5:9 6:1 7:1 8:1 9:1
  266:1
**half** 32:15 139:18,23
**halfway** 60:6
**hamilton** 1:13 3:3
  12:2 13:5,8
**hand** 51:8 64:11
  128:18 133:13
  137:20 141:20
  145:17 146:17
  150:16 153:17
  157:24 161:13
  166:8 170:13 174:2
  180:11 183:4
  184:10,12 189:2
  196:17 216:20
  263:11
**handed** 197:22
  245:20,22
**handing** 175:20
  193:13 195:4
**handle** 71:14
**handled** 139:13
  201:5,6
**handwriting** 219:12
  260:11
**happen** 25:12
  103:22 131:10
**happened** 21:23
  24:21 101:10,11
  103:9 104:2 198:18
  212:5 230:18
**happening** 46:5
**hartung** 3:19 13:22
  13:22
**hatch** 64:19
**hatched** 60:10,14,18
  62:2,3
**hatching** 64:20
**hausfeld** 2:3 13:2

**hausfeldllp.com** 2:6
**he'll** 155:18 156:8
**head** 15:14 131:3
  141:2
**heading** 63:9
**hear** 44:24 118:5
  250:5
**heard** 97:10 181:3
  206:8
**hearing** 194:16
**held** 11:25 14:14
**help** 55:23 90:22
  123:24 155:21,25
  159:15,18
**helped** 122:23
  123:11
**hen** 50:13 60:22
  84:16 85:14 180:5
  212:11 233:9
**henderson** 158:22
**hendrickson** 159:3
**henhouse** 65:22,24
  110:22 257:17,22
  258:11
**henhouses** 69:5
  257:3 258:3
**hens** 50:24 51:4,5
  52:13 53:7,15,22
  54:2 61:10 62:22
  65:23,24 69:24 70:3
  73:6,9 82:3 85:3,4
  95:8 113:25 130:19
  132:2 197:23 221:2
  236:12,13
**high** 19:4 41:24
**higher** 50:20
**highest** 79:4
**highly** 1:7 15:1 16:1
  17:1 18:1 19:1 20:1
  21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1
  29:1 30:1 31:1 32:1
  33:1 34:1 35:1 36:1
  37:1 38:1 39:1 40:1
  41:1 42:1 43:1 44:1

45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1

193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1
256:1 257:1 258:1
259:1 260:1 261:1
262:1
**hill** 17:21,22 26:19
  230:16
**hill's** 260:15
**hillandale** 192:8
  218:2,22 219:10
  220:21 221:4,8,25
  222:3 224:11,17
  225:18
**hired** 19:17 20:13
  26:20
**hold** 68:5
**hope** 185:23 207:16
**hotel** 23:25 28:5
**hotels** 163:23,24
**house** 63:25 64:2,8
  64:12 65:2,5,7,16
  66:5,6,10,11,15,16
  66:17,22 67:2,10,10
  67:20,24 70:21
  80:20 81:8,18 82:4
  82:12,12,21 83:8,8

83:9,10,10,11,19
98:12 101:11 102:3
102:4,10,13,19,22
103:5,8,10,12,16,17
104:5,12,14 105:25
107:14 108:2
109:18 110:13,19
110:22 111:3,5,16
111:19 112:2
113:11,16,25,25
114:15,21 116:17
117:7 211:9,14
258:6
**housed** 60:11,15,19
62:3 63:14,18 65:10
67:19 81:20 84:5
105:24 113:7 114:2
213:3
**houses** 63:21 64:6,9
75:10 211:9,17
212:2
**housing** 60:7 81:24
82:2 116:18,21
117:18
**huge** 253:25 254:10
254:14
**huh** 15:15
**humane** 61:5
**humanely** 209:9
**husbandry** 6:21
98:2 115:6,11 251:5
**husbands** 239:20
**hutchinson** 3:19
13:23
**hypothetical** 99:6

**i**

**ia** 224:11
**idea** 39:4 190:10
193:10
**ideas** 160:24 162:7
**identification** 16:23
34:21 49:6 55:9
56:22 68:19 79:24
86:3 90:10 94:18

96:17 99:17 105:10
106:22 108:22
112:21 115:15
128:24 133:18
137:25 141:25
145:22 146:22
150:21 153:22
158:5 161:18
166:13 170:18
174:7 175:25
177:21 180:16
183:10 184:16
189:7 191:22
193:18 195:9
196:22 217:5
222:16 223:21
225:6 230:25
231:10,20 232:8,17
240:20 245:10
252:20 260:2
**identified** 100:13,14
210:19 213:10
215:6
**identify** 12:13 17:8
30:18 49:12 55:12
55:17 57:2,8 64:13
68:23 69:9 80:3
86:9 90:13 98:17
99:9,20 105:14
107:4 109:6 217:20
218:6 224:3 225:11
233:3 260:5
**il** 2:17 4:4
**imperative** 264:14
**importance** 253:25
254:10,15
**important** 190:19
**inch** 65:2,5 110:14
**inches** 60:11,12,15
60:16,19,20 61:6
62:4,5,23,23,23
65:6 80:19,21 81:7
81:17 82:7,11,21
83:7,19 84:16 85:4
85:14 110:25 113:9

**include** 57:20 67:18
140:3
**included** 35:22 67:9
139:16 140:14
**income** 132:24
133:3 190:25 191:6
**incomplete** 66:5,22
67:10 82:3,4 98:12
102:3 103:5,18
104:7,12 113:11
114:5,14 116:2,16
116:19 117:7
211:14 212:2
**incorporated**
131:15,19
**incorrect** 226:19
**increase** 70:18
**increased** 226:3
**increasing** 91:22
**independent** 40:5
185:25
**index** 10:1
**indiana** 131:22
**indianapolis** 22:15
**indicate** 64:23
242:25
**indicated** 175:8
263:5
**indicates** 191:8
**indirect** 2:13 12:16
12:20
**individual** 136:16
148:11
**individuals** 237:14
**industries** 9:13
245:8 246:7
**industry** 41:14 42:9
44:16,20 160:25
190:6 194:12
238:17 239:10,16
239:19 249:16
256:15
**inform** 211:25
**information** 20:23
49:14 50:4 62:20

70:17 81:17,23
175:7 216:14
219:22 236:17
**informational**
205:21
**informed** 130:6
192:20
**initial** 82:7
**initiate** 41:9 77:24
78:3,7,13,16
**ins.net** 77:20
**ins.net.** 77:13
**insist** 171:21 172:10
**instance** 80:20
236:11
**instruction** 95:24
**instructions** 264:2
**insurance** 19:16
**intending** 153:7,9
**intent** 197:24 198:6
**intention** 93:5
**intentions** 6:10 94:8
94:15 95:7
**interest** 53:14
183:25 232:20
**interested** 35:6
263:10
**interfere** 11:18
**interrupt** 15:24 16:3
16:4
**invited** 167:17
249:12,17
**invoice** 9:17 35:13
49:16,19,21 57:15
137:4 148:7 158:18
160:10 213:22
221:4 226:18 227:9
227:12,17,20
228:13 229:4
233:15 234:4,18,24
259:25 260:8,9,19
260:24 262:6
**invoiced** 190:13
221:21 260:21

**invoices** 69:17 136:15,19,21 160:9 160:13,13 179:18 179:22 213:25 214:10,15 225:23 226:11

**invoicing** 26:6 34:13 35:10 36:18 69:17 179:13,15,16 201:5

**involve** 163:22

**involved** 86:15 127:3,9 140:21 179:11 195:3 234:6

**iowa** 19:5,6 21:14 21:14 26:16,18 27:2 58:24 192:8 194:9 220:5,10 222:3 224:11,17 225:18

**issue** 42:15,20 43:3 80:13,16 146:11,13 156:25

**issues** 210:13

**j**

**jacobsen** 4:3 13:15 13:16

**jan** 3:3 13:4 207:11

**january** 146:3 147:6 174:15 176:8 178:3 205:3 234:15

**jeannine** 2:3 12:25

**jenner** 2:16 12:22

**jenner.com** 2:18

**jerry** 106:15

**jkenney** 2:6

**jo** 37:4 138:12

**job** 19:2 20:6 71:13 88:8 92:25 96:7 149:2,6

**joe** 68:10,12

**john** 79:17

**join** 52:3 243:16,16

**joined** 42:5,19 147:10,18

**joy** 21:13

**js** 243:6 244:16

**july** 104:16 105:5,21 105:25 112:16 158:12

**june** 100:19 107:15 113:10 241:4

**jurisdiction** 37:19

**jw** 244:14

**k**

**k** 109:16 110:13

**k10** 109:18 110:14 111:5

**k6** 110:18,21

**keep** 24:23 25:3 76:3 124:7,12 127:7 130:17 135:20 136:18 184:12 185:17,21 187:5 198:10 212:16 236:10,13,21 237:23

**keeping** 128:7 159:25 160:3 184:24 187:14 238:15

**keester** 22:24

**keith** 105:3 178:3

**kellogg** 2:19 12:23

**kenney** 2:3 12:25 95:22 96:2

**kenny** 12:25

**kept** 26:5 58:2 123:17 128:12 186:23 187:2 199:5 218:18

**kids** 33:23

**kil** 106:16

**kin** 263:10

**kind** 44:23 187:22

**knew** 58:4 61:14 124:19 167:17 209:8 247:6

**know** 20:7 22:19 30:25 31:25 32:2 33:14,22 38:9 40:3 40:8 41:3 43:20,22 43:23 45:20 46:4,6 46:22,22,24 47:6,8 47:15,20,25 53:18 59:7 70:20,23 72:24 73:2,11,13,22 74:8 74:11 75:12,16,17 76:25 79:9 82:24 84:12,15,20 85:12 85:15 88:7,10 91:16 93:16 95:17,18 96:5 99:7 101:9,20,22,24 103:3,25 104:21 108:7,10 111:17,21 112:3,7 118:22 122:4 124:20 126:20 130:25 131:4 138:20,22 139:10 141:19 142:14,24 144:8,25 145:3,4,11 147:16 149:13,15,24 151:10,12,13,17 152:17,23 160:17 162:24 165:3 167:4 167:5,21 168:12 169:24 171:7 172:14 173:7,18 179:9 181:9,18 182:19,22,23 192:19,24 193:12 195:2 197:15 201:14 202:18,19 202:23 203:2,4,6,25 204:18 205:17,20 206:12,15 207:11 207:15 209:3,25 215:3,15 220:12 221:7 222:7 223:2,3 223:6,13 226:3,20 228:22 238:17,20 239:4,17,20,21,25

243:23,24 244:2,4,9 244:17 245:22 246:25 247:4,14 248:17 251:2 253:16 256:21 257:19,24 258:7 260:23

**knowing** 259:10

**knowledge** 36:12 167:16 243:15

**knowledgeable** 215:2,7

**known** 95:7 250:23

**knows** 48:6 76:22 79:8 179:8

**konos** 152:4,22,24

**konrad** 254:21

**kraft** 2:19 12:23

**kreher** 131:14,16

**krouse** 130:17,23 132:2

**l**

**l** 3:11,19 4:10

**lack** 118:21 148:20

**lacks** 93:20 95:10 119:11

**lake** 150:13,14 151:3

**land** 173:7,10 174:18,23,25 176:15

**lapel** 164:8

**large** 204:22 239:10 249:4,9

**larger** 256:23

**lawson** 18:6

**lawsuit** 118:5 119:9

**lawyer** 179:6 207:12

**lawyers** 32:7,9 96:7

**lay** 66:19

**layer** 51:11,12,15 52:22 57:5 64:11 68:14 69:21 72:11 76:7 83:24 84:3

| | | | |
|---|---|---|---|
| 127:7,8 128:4,8 | **letter** 6:8,12 8:6 | 172:11 173:11,21 | 34:1 35:1 36:1 37:1 |
| 129:16,17 130:5 | 57:9,12 59:19 71:4 | 175:4 177:7 179:4 | 38:1 39:1 40:1 41:1 |
| 136:11,12 212:10 | 80:10 81:2 83:3 | 181:22,25 182:12 | 42:1 43:1 44:1 45:1 |
| 213:7,13,24 214:4 | 88:22 89:25 90:2,9 | 185:12 186:7 | 46:1 47:1 48:1 49:1 |
| 214:12 215:16 | 93:25 96:16,20 97:2 | 187:24 196:6 | 50:1 51:1 52:1 53:1 |
| 221:20 222:23 | 97:4 183:9,15 | 198:19 199:8 200:6 | 54:1 55:1 56:1 57:1 |
| 225:25 226:20 | 184:24 185:7,10 | 203:17 204:6 206:5 | 57:3 58:1 59:1 60:1 |
| 233:9 240:3 241:10 | 209:13 223:15 | 206:19 207:8,12 | 61:1 62:1 63:1 64:1 |
| 260:24 261:3,14 | 225:14 226:15 | 208:17 210:15,16 | 65:1 66:1 67:1 68:1 |
| 262:6 | **letterhead** 96:21 | 210:21 211:12,23 | 68:11,12 69:1 70:1 |
| **layers** 49:16 50:14 | **letters** 87:14,21,25 | 213:17 215:10 | 71:1 72:1 73:1 74:1 |
| 51:7 52:8,25 57:25 | 88:12,15 214:11 | 216:17,20 217:7,14 | 75:1 76:1 77:1 78:1 |
| 58:4 60:11,15,19 | 226:24 | 220:17 222:11,18 | 79:1,17 80:1 81:1 |
| 62:4 63:9,14,18,19 | **level** 130:13 | 222:20 223:16,23 | 82:1 83:1 84:1 85:1 |
| 63:21,24 64:6 65:9 | **levine** 3:3 5:6 13:4,4 | 224:22,25 225:8,10 | 86:1 87:1 88:1 89:1 |
| 65:11,14,20 66:9,15 | 14:11 16:25 29:19 | 226:13 228:8 | 90:1 91:1 92:1 93:1 |
| 67:7,8,19 72:15,18 | 29:24 30:14,18 | 229:20 230:11,20 | 94:1 95:1 96:1 97:1 |
| 73:5 75:5,9 76:17 | 32:10 36:3 38:4,13 | 231:3,12,22 232:10 | 98:1 99:1,10 100:1 |
| 76:17 80:13,16,22 | 38:25 40:11,18 | 232:19 233:13,24 | 101:1 102:1 103:1 |
| 80:23 81:21,24 | 42:10 43:6,17 45:3 | 234:21 235:13,20 | 104:1 105:1,3 106:1 |
| 82:13 83:12 84:5 | 45:16,22 46:16 48:4 | 235:25 236:6 237:4 | 106:15 107:1 108:1 |
| 98:13 102:5,12,20 | 51:23 53:16 55:19 | 237:9,22 238:12,24 | 108:16 109:1 110:1 |
| 102:22 103:15 | 58:10 59:4 60:23 | 239:13 240:12,22 | 111:1 112:1,15 |
| 105:22,25 107:14 | 62:6 65:12 66:23 | 241:12,17 242:11 | 113:1 114:1 115:1 |
| 107:22 109:16,21 | 71:5,22 74:17,24 | 242:16 243:14,19 | 116:1 117:1 118:1 |
| 109:24 110:10 | 75:21 76:21 78:9,17 | 243:22 244:8 245:2 | 119:1 120:1 121:1 |
| 117:2 131:15,18 | 78:23 79:6 81:10 | 245:14,15 246:24 | 122:1 123:1 124:1 |
| 173:24 212:14,22 | 82:14 84:8,18 85:7 | 247:13,18 248:4,16 | 125:1 126:1 127:1 |
| 212:25 214:3,4 | 86:21 91:7 92:7,22 | 249:6,15,20 251:7 | 128:1 129:1 130:1 |
| 217:12 220:13 | 93:19 95:9,15,25 | 251:11 255:16,22 | 131:1 132:1 133:1 |
| 231:23 244:13 | 96:4,12 99:4 102:14 | 258:16,21 259:15 | 134:1 135:1 136:1 |
| **laying** 6:22 115:8,12 | 102:24 104:18 | 259:20 260:4 | 137:1 138:1 139:1 |
| **le** 58:7,15,17 | 114:10 116:4 | 261:10 262:12 | 140:1 141:1 142:1 |
| **learn** 118:5 120:6 | 118:13,20 119:10 | **levinej** 3:7 | 143:1 144:1 145:1 |
| **learned** 119:15 | 119:18,24 120:8,14 | **likewise** 226:4 | 146:1 147:1 148:1 |
| **leave** 22:25 190:25 | 120:23 123:4 125:9 | **limit** 87:16,23 88:4 | 149:1 150:1 151:1 |
| 191:6 206:19 | 125:17,25 132:8,20 | 88:23 89:4 | 152:1 153:1 154:1 |
| **leaving** 19:3 | 134:21 135:12 | **limits** 165:19 | 155:1 156:1 157:1 |
| **left** 26:20 58:14 | 139:4 140:18 141:7 | **linda** 1:11,15 5:3 | 158:1 159:1 160:1 |
| 64:11 | 144:13 148:19 | 12:10 14:2,7,24 | 161:1 162:1 163:1 |
| **legal** 179:7 | 149:10,22 155:2 | 15:1 16:1 17:1,7 | 164:1 165:1 166:1 |
| **legality** 149:5 | 156:2 161:4,7 | 18:1 19:1 20:1 21:1 | 167:1 168:1 169:1 |
| **legally** 148:13,24 | 162:20 163:5 164:9 | 22:1 23:1 24:1 25:1 | 170:1 171:1 172:1 |
| **leonard** 3:11 13:20 | 164:13 165:25 | 26:1 27:1 28:1 29:1 | 173:1 174:1 175:1 |
| | 167:13 169:7 170:4 | 30:1 31:1 32:1 33:1 | 176:1 177:1 178:1 |

179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
193:25 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1,5 255:1
256:1 257:1 258:1
259:1 260:1 261:1
262:1 265:10
266:25
**lindareickard** 77:13
77:20
**line** 10:4,4,10,15,20
60:8,8,13,17 86:16
86:17 108:18 171:4
190:4 197:9 224:16
233:9 266:4
**list** 8:18,22 9:4,6,7,9
9:10 52:21 69:23
81:11 100:10 124:8
124:9,10 129:23
130:2,3,10 145:11
151:20 159:11
165:2 169:2 173:15
179:20 180:25

183:24 185:23
186:13,20 190:2
194:7 208:4 212:8
215:17,19,25 216:9
217:3 218:9,11,15
221:10,11,19
223:19,24 227:6
228:10 229:2
230:23 231:6,8,12
231:18,23 232:3,3,6
232:12,15 235:12
235:14,19 236:3,10
236:12,14,16,22
237:24 238:9,11
240:8,11 245:18,20
253:14 262:6
**listed** 83:9 103:15
241:11,23 244:10
**lists** 235:4,22 236:7
236:25 262:10
**litigation** 1:3 12:6
31:22 76:20,23
202:25 266:2
**little** 164:5,11 248:6
**llc** 4:6 13:17 99:11
246:4
**llp** 1:13 2:3,8,16 3:3
4:3 12:16,19 13:2,5
**loads** 154:11
**lobbying** 25:24
**located** 12:2 131:16
131:21 150:14
**location** 64:18,19
**locations** 257:3
**locust** 2:4
**lodge** 95:23
**logan** 1:13 3:5 12:2
**logo** 90:5
**long** 19:8 20:25 21:6
33:20 38:8 117:12
160:17,23 162:7
207:16,17 211:4
250:15
**longer** 174:18
175:11 256:14

**look** 34:25 60:6
61:20 83:3,5 86:6
86:14 96:25 98:6
104:13 106:25
108:25 112:24
114:6,23 133:11
139:14 142:10,19
159:10 166:19
194:6 215:19,20
218:21 221:10
224:10 244:19
246:10
**looked** 175:15
212:20 229:23
**looking** 39:13
151:20 221:12,24
259:16
**looks** 86:11 107:6
107:22 109:7 111:2
111:6 153:13
154:10 157:10
162:9
**lose** 194:19
**losing** 141:13
**loss** 132:18 133:9
134:3,6,12 135:11
136:13 139:17
140:10,14 141:6,10
152:8 153:14
154:11 157:12
158:19 187:21
**lot** 20:22,23 21:21
129:18 201:10
239:23
**louder** 164:5
**lp** 218:2,22 219:10
221:4,8 222:2
**lunch** 120:16,22

**m**

**m** 2:3 99:11
**machine** 263:7
**mail** 5:12,22 6:13,16
6:18,19,24 7:4,6,7,9
7:10,12,13,15,16,18

7:19,21,22,24 8:4,7
8:9,10,12,13,15,23
9:15 16:22 17:6,6,9
17:10 68:9,17 77:8
77:10,11,16 99:10
99:16,21,22 100:3
100:16,22 106:15
106:21 107:4,8,11
108:14,16,20 109:2
109:6,12,15 111:8
112:13,14,19 113:3
113:6,20 114:9,20
128:22 129:8,14
133:16,21,25
137:23 138:6,10
139:14 141:23
142:7,11,20 143:11
143:12 145:21
146:2,5,20 147:5
150:19 151:23
153:20 154:8,8
157:8 158:3,9
161:17,25 166:11
166:20 168:4
170:16,23 174:5,13
175:23 176:6
177:10,19 178:2
180:15,21,25
184:14,20 189:5,12
189:16,17 191:20
192:3 193:17,23
195:8,14 196:20
197:4,18 201:16
220:10 225:5
246:15 252:6,18
253:2 254:17 259:6
259:16
**mailed** 47:3 158:23
**mailing** 46:23
**mails** 112:25 129:9
154:3 195:23
**main** 28:4 214:21,23
215:6
**maine** 96:24

**mainjoy** 166:24
**maintain** 237:24
**maintained** 238:2
**maintaining** 199:21
**major** 18:12 194:16
 194:25
**majority** 101:10
**making** 51:14 70:22
 87:18 163:25 181:7
 214:9
**man** 169:2
**managed** 36:5
 247:21 248:2
**management** 126:16
 126:19 151:16
 169:21 170:2
 182:24 183:19
 246:4,21 247:2,7
**manager** 20:16
 142:15 152:22
 194:8
**managing** 92:16,18
 92:20
**march** 106:2 108:17
 110:12 111:9 138:7
 183:14 184:21
 192:4 194:2
**mark** 17:2 94:10
 96:10 216:22
 222:11 223:16
 224:25 230:20
 231:5,15,25 232:10
 240:12 245:2
 259:20
**marked** 5:11 6:3 7:3
 8:3 9:3 10:19 16:22
 34:21 49:6 55:8
 56:21 62:9 68:18
 79:20,23 86:2 90:10
 94:11,17 96:17
 99:16 105:9 106:21
 108:21 112:20
 115:14 128:19,23
 133:14,17 137:21
 137:25 141:21,25

145:18,21 146:18
146:21 150:17,20
153:18,22 157:25
158:4 161:14,18
166:9,13 170:14,17
174:7 175:21,25
177:17,20 180:15
183:5,9 184:11,15
189:3,7 191:18,21
193:14,17 195:5,8
196:18,22 208:8
217:4 222:16
223:21 225:5
230:25 231:10,20
232:8,12,17 240:19
245:9 246:11,12
252:16,20 260:2
**market** 6:10 93:5
94:8,16 134:16,18
135:8 140:17
144:17 156:23
157:21,23
**marketer** 140:6
**marketers** 3:9 13:6
13:10 122:5,8,12
137:10 140:4 143:2
144:18 151:15
207:14 241:3
**marketing** 28:21
31:3
**markowitz** 3:12
164:4,12
**marlene** 22:24
**mart's** 197:24 198:6
**martin** 152:4
**mary** 16:15 17:11
17:22 26:19 230:16
260:15
**mary's** 17:19
**mass** 46:23
**master's** 18:17,19
**match** 227:19,23
234:23
**matched** 52:12
227:17

**material** 106:9
**math** 41:18
**matter** 118:19
 235:10
**matthew** 3:19 13:22
**maxim** 197:23
**mcgriff** 237:16
 257:7,8,9
**mckenna** 2:10 12:18
 12:18
**md** 1:4 12:9
**mdl** 1:4 12:9
**meagher** 253:4,15
**mean** 26:11,12 31:6
 36:6 37:13 40:22
 44:22 54:17 61:25
 63:24,25 77:2,2
 78:4 80:17,18 81:11
 88:8 101:8 111:14
 111:19,20 114:12
 114:13 122:20
 135:14 159:14
 165:21,23 172:16
 186:5 199:22 212:3
 219:15 234:13
 249:3 250:3 256:23
**meaning** 140:5
**means** 97:12,15
 110:24
**meant** 114:9 116:20
 172:9 190:22
 254:14
**meet** 6:10 43:25
 87:16 92:16 93:5
 94:8,15 102:22
**meeting** 21:21 23:17
 23:21 25:20 28:3,13
 30:10,19 31:4,9,16
 33:4 44:13 86:20
 87:3 91:16 118:8
 119:16,23 120:4,7
 163:24 165:24
 167:16,22,25 170:9
 171:10 172:4
 176:13 178:18

181:2,14 203:16
204:25 205:2,3,4,4
205:18,24 239:23
254:6 255:5,6,10,12
255:15
**meetings** 23:21 24:5
24:9,10 27:20,23
28:2,7,9,12,17,19,21
28:25 29:4,8,11,15
29:18,23 30:4,6,8
30:13,19,22,23 31:3
31:6,6,16,19 44:3,3
44:4 46:4 163:20,25
164:2,16,17,19,19
164:22 165:17,20
166:6 167:12,18
168:2 169:19 170:4
179:24 203:15
204:2,7,16,20,20,22
204:24 205:2,6,7,9
205:11,12,12,21
239:2 248:6,9,21,23
249:4,9,21 250:8
**melhorn** 166:24
168:9
**member** 37:16 41:9
50:9,11 51:11 52:15
52:16 57:18 75:14
78:7,12 122:25
142:17 145:7,9,12
145:13,15 147:11
147:12,23 148:12
148:25 151:6,15,19
152:9 155:20 159:9
159:12 165:23
168:10 169:6,9
171:23 173:13
174:18 175:11
185:16,22 189:24
208:21,23 213:7,13
215:23 217:12
218:9 221:8,15,19
221:21 222:5
228:20 229:13,13
230:4 231:23

237:12 240:3
242:13,17 243:2,17
243:25 244:2,5,19
244:23 250:13,20
253:11,21
**member's** 130:13
222:2
**members** 6:9 22:3,9
22:10 38:23,23
40:10 43:9,10,11
49:23 50:15,21
52:17,19 59:12,15
59:16 69:14,14,15
71:4,10,17 75:15
86:15 94:7,15 95:5
97:19 124:8,15,21
127:6,13,20 131:6
136:16 137:10
140:4,6 141:5
142:25 143:2
144:12,18,21,24
145:3 149:5 150:2,4
150:7 160:13
164:23 165:12
167:8,18 171:12,18
171:22 172:5,10
175:8,17 176:14
177:5 178:8,15
179:15,16 181:21
182:11,18 185:2
186:22,24 209:10
210:12,18 211:25
225:16 238:7,17,21
238:25 241:11
243:7 248:13
249:23 250:9
256:19,25 257:18
**membership** 8:16
8:20 51:13 124:5,11
124:12,17 146:6,11
174:24,25 179:20
181:17 183:24
185:23 186:20
190:13,20 191:2,11
198:18,20 215:20

216:8,9 217:2,10,23
217:25 218:4
219:16,19,21,22
220:9 222:15,25
245:18
**memo** 5:24 6:15
79:15,23 105:9,14
107:6
**memorandum** 5:20
56:20 57:3 59:12,17
68:12 79:16 105:2
**memory** 90:19,23
**mentioned** 54:11,12
199:17
**met** 23:24,25 43:23
121:17
**methodical** 238:14
**mfi034415** 5:21
56:17,20
**mfi034416** 5:21
56:21
**mic** 164:6,6
**michael** 3:16 13:21
57:5,25 58:8,18,19
59:2,9 166:24 168:8
195:23 253:6,9,11
**michigan** 4:4 152:5
152:22
**microphone** 121:21
256:9
**microphones** 11:13
11:17
**middle** 194:4,10
**midwest** 19:17,19
20:2,11,18 21:9,25
22:3,14,15,21 23:23
24:14,15,19,25 25:9
25:11 26:9,13 33:6
33:10,17 42:6,7
43:4,10 73:20
130:24 131:14
211:5 215:25 216:5
250:18,20 251:4
**mike** 237:16 257:8,9
257:16

**milberg** 2:8 12:16
12:19
**milberg.com** 2:12
2:13
**million** 88:18
154:13
**mills** 2:20 12:24
**mind** 22:16 130:17
149:9
**mine** 260:12
**minneapolis** 3:14
**minnesota** 58:17,25
**minor** 253:25
254:10,14
**minute** 129:3
161:22 166:17
174:11 197:2
206:18 252:24
**minuter** 120:17
**minutes** 6:6 30:12
30:23 31:10,13,19
85:21,25 86:7,11,24
120:18 203:9
251:10
**mirabella** 4:11
11:21
**mischaracterizes**
71:6 74:25 75:22
119:19,25
**missed** 210:24
**missing** 209:19,20
209:24
**missouri** 18:6,10,21
**misstated** 125:14
**mistake** 152:14
**mistaken** 126:2
**mitch** 257:7
**mn** 3:14,21
**moark** 4:6 13:17
69:23 88:18 99:11
173:16 253:18
**moark0020163** 6:11
94:10,16
**moark0020165**
94:17

**molting** 88:15
**moment** 22:12 49:9
89:14 96:25
**money** 134:3,7
136:2,3,7,8,19,23
141:14 160:15
213:23
**month** 63:15,18,22
65:10 66:7 67:2,20
81:21 84:5 100:7
103:9,11 211:18,19
213:4
**month's** 103:14
**monthly** 5:18 39:10
48:19 54:14,17,20
55:2,6,14,22 62:13
80:11 81:19 87:7
98:5,18 100:7 105:5
198:11 199:13
207:23 208:7
210:19
**months** 103:23
117:19 118:2
**morning** 92:9
121:18 163:17
191:14 218:14
246:12 247:6
249:23
**mortality** 98:14
113:18 114:23
116:12
**mountain** 187:9
199:17 200:5,8
201:25 202:16,24
**mouth** 96:8
**move** 24:24 164:6
**moved** 21:14 66:19
**mt** 21:13
**multipage** 217:11
**multiple** 14:16
**multiplied** 83:20

| n |
| :---: |

**n** 2:1 3:1 4:1,10 5:1

name 11:21 12:10
14:22 16:12,14
17:11,16,17,20
22:24 25:10,14
43:24 49:15 86:16
121:16 184:8
185:22 186:12,19
187:19 207:11
219:21 222:2 239:5
named 223:3
nassar 195:15,18
nebraska 58:7,14,25
necessarily 103:22
236:2
necessary 264:5
need 15:12 22:7
41:21 111:10
181:23 220:15
226:3
needed 28:14 44:13
50:5 59:20 70:25
126:22 128:5
163:25 165:4
212:12 258:7
needs 214:6
negotiating 79:5
neither 263:9
nest 132:11,15
nestle 2:19 12:24
net 190:14
never 35:24 40:20
44:15 181:9
new 2:11 11:22 63:9
63:21,23 64:3 65:11
65:14 66:10,16,17
66:18 70:21 81:24
97:17 117:2 131:17
203:25 204:5,19
214:4 215:23
236:14 258:6
newly 66:11
newsletter 168:11
168:13,18 169:2,12
newsletters 20:22
46:2

nod 15:14
nods 115:23
non 37:16 41:9
44:10 50:9,11,15
52:17 78:7,12,15
144:21,24 150:2,4,7
177:5 181:19,20
182:10,10,17,17
192:15 193:5
194:13 250:12
norco 4:6 13:17
north 2:17
notary 1:17 263:3
263:15 265:17
note 11:13 243:4
noted 100:18 228:21
246:15 264:12
265:5
notes 28:16,19,24
29:7,14 30:7,9
31:15,18,21
notice 165:8 263:5
notices 164:24 165:6
notified 118:8
209:20
november 17:7
89:19 90:3 96:22
134:3 142:8 170:24
nucal 142:13,17,24
142:25,25 143:3,6,8
242:23 243:2,5,7,9
244:5,10
nucal's 143:14
number 5:11 6:3 7:3
8:3 9:3 12:8,9 16:19
16:19 17:2 24:15,18
34:17 48:22,23
49:15 50:24 51:3,5
51:7,21 52:8,8,20
52:24 53:7,15,22
54:2,24 56:16 63:19
64:12 68:8 70:2,4,5
72:14,15 73:5,6,9
75:9 76:16,17 77:20
79:20 80:13,16,20

83:21 85:3,3,18
87:11 89:8 90:3,6
93:6,7 94:6 98:4
99:9,13 103:15
104:24 106:14,18
108:15 109:21,22
112:11 115:5
123:15 128:5,15
165:21 199:5
212:10,14 214:3
215:16 219:3
220:16,20,23 221:2
222:23 226:17,19
229:12 236:12,13
245:12 257:3
258:11
numbered 56:17
112:12
numbers 26:5 51:12
51:12,15 52:22 53:4
54:6 57:6,14 59:25
68:14 69:16,21
70:23 71:17 76:8
80:24 83:24 84:3
123:16,18 127:7,8
128:5,8 129:16,17
130:5 136:11,13
198:10 212:11,15
213:7,14,21,24
214:12 215:5
221:20 225:16
226:2,11,20 228:3,6
228:9 229:19 230:6
233:9 235:17 240:4
240:10 241:6,10
260:24 261:3,14,25
numerous 64:9
ny 2:11

**o**

o 4:10
o'connor 99:11
o'lakes 173:7,10
174:18,23,25
176:15

object 16:7 29:19,24
30:14 36:3 38:4,13
38:25 40:11,18
42:10 43:6,17 45:3
45:16,22 46:16 48:4
53:16 55:19 59:4
60:23 62:6 65:12
66:23 71:5 74:17,24
75:21 78:17 79:6
84:8,18 85:7 86:21
91:7 92:7,22 93:19
95:9 99:4 102:14,24
104:18 108:11
118:13,20 119:10
119:18,24 120:8
123:4 132:8,20
134:21 135:12
139:4 140:18 141:7
144:13 148:19
149:10 155:2 156:2
161:4 162:20
165:25 167:13
169:7 172:11
173:11,21 175:4
177:7 179:4 181:22
182:12 185:12
186:7 187:24
198:19 199:8 200:6
203:17 204:6
255:16,22
objection 14:15
81:10 82:14 95:23
114:10 161:7 206:5
208:15 210:14,20
211:10,22 213:15
215:8 216:11
220:14 222:10
224:21 226:8
227:24 229:16
230:8 233:12,23
234:19 235:7,18,24
236:4 237:2,7,21
238:10,22 239:12
240:5 241:8,16
242:9,14 243:11,18

243:21 244:6
246:23 247:12,16
247:25 248:14,25
249:13,19 259:13
261:9
**objections** 11:6
14:13,13,16
**obligated** 79:4
**observers** 250:10
**obviously** 66:6
175:10
**occasionally** 42:24
192:12
**occupation** 14:22
**occurred** 100:11
144:25 162:25
204:5
**october** 6:5 57:6
60:15 61:12 68:10
68:14 69:13 70:4
71:10 85:20,24
86:13 104:9 205:5
225:15 226:21
239:23
**office** 19:16 23:12
23:16 26:10,13,14
26:15,15,16,18 27:3
30:25 34:11 46:20
47:7,14 49:25 54:21
56:12 57:10 77:4
90:16 93:14,17
136:24 149:7
164:25 168:18
169:22 170:3
187:18 195:20
202:6,12 215:18
220:4 225:14
245:22 254:23
**officer** 248:18
257:10
**offices** 1:12 21:12
219:25
**official** 130:3 148:12
194:7 263:11

**oh** 125:7 137:14
229:8 230:19
**ok** 114:3 146:6
190:24
**ok'd** 176:23
**okay** 15:3 17:13
26:4 35:8 41:21
49:11 59:20 69:2
80:7 90:20 97:3
98:11,14 105:12
109:5 111:7 113:2
116:8 125:24 129:5
129:7 139:2 142:5
147:3 150:16,25
153:24 156:16
161:11,23 166:18
170:22 174:12
176:5 177:25
180:20 182:9
183:12 189:11
192:2 195:13 197:3
197:8 210:23
215:14 216:18
218:23 236:9 252:5
252:25 256:4,6
**okayed** 176:20
177:5
**old** 41:17
**older** 33:23
**oliver** 35:3 37:5
**once** 61:18 127:14
134:24 136:6
215:12 235:5
**ones** 39:17,20,22
40:5 64:3 124:14
131:12 188:10
**onwards** 23:10
**op** 243:9,16,16
**open** 134:16,18
135:8 140:17
171:12,18 172:4
178:7,15 218:24
248:24
**opened** 248:9

**operation** 69:22
**opportunities**
162:13
**opposed** 212:22
**option** 93:6,6 95:6,6
**order** 111:11 148:11
162:11 183:24
**ordinary** 238:3
**organization** 56:6
250:21
**organizing** 91:13
163:19
**original** 116:18,20
117:13 264:15
**originally** 113:16
114:21
**outcome** 263:10
**outside** 43:19
**oversupply** 42:15,20
42:21,24 43:2 44:25
45:15 141:12
**owed** 160:15 213:24
**owned** 24:25 173:24
**owner** 158:15
214:21,23 215:5

**p**

**p** 2:1,1 3:1,1,3 4:1,1
4:10 147:9,17,25
148:2
**p.m.** 121:9 163:7,13
196:8,14 206:21
207:3 251:13,19
262:18,24
**pa** 2:5 3:6,19 13:23
**pac** 25:21,22,23
28:15 31:9,16
**packers** 145:12
176:14 182:6,16
189:25 191:10
**page** 5:11 6:3 7:3
8:3 9:3 10:4,4,10,15
10:20 35:7 50:4
54:18 60:6 63:7
87:5,6 91:17,19

93:4,6 98:7,8,9,10
112:14 113:5 114:6
114:23 115:24
194:5,10 197:21
209:16,17 211:3
218:24 219:3
222:22 224:14
242:21 243:4
258:23 266:4
**pages** 223:25 230:6
**paid** 35:21 39:14,18
39:18,21,23,24
50:20 132:24 137:5
139:3 148:7 160:10
186:23,24 190:14
199:5 234:8,14
**paper** 49:13 213:9
**paperwork** 71:15
**paragraph** 50:7,8
69:20 83:5 87:9
92:13 225:19,20
226:15
**pardon** 110:20
**part** 19:16,18 25:19
27:9 33:4,5,9,10
36:20 38:11,15 50:5
51:13 74:3 92:15,18
92:25 105:17
109:12 139:17
154:10 189:21
190:19 200:2,3
204:13 205:21
210:19 250:6,18,21
260:12,12 261:7
**participate** 127:14
127:16,21 143:15
144:22 152:10
155:11
**participated** 147:20
151:5 155:5
**participating** 38:20
149:17 150:3
**participation**
130:14

particular  48:12
57:24 85:13 131:7
149:8 150:10
162:10 173:5
225:17
parties  11:20 12:14
partly  200:20
party  40:17 185:25
263:10
pass  209:5,7
passionate  250:24
250:25 251:6
patience  122:3
patricia  168:12,16
168:24
paul  108:16 109:8
109:15 145:4
147:10 148:9
pay  50:16 134:15,17
147:9 152:7 154:22
155:8 198:10
payable  36:19
122:23 148:3 159:5
201:10 202:3,8
paying  53:23 54:2
135:11 159:20
201:19
payment  52:25,25
158:19,23
pending  91:21
pennsylvania  1:1,14
2:10 12:3,8 145:8
people  20:10,21,23
48:9 87:25 111:21
134:9 135:17
138:15 140:12
149:15 165:21
167:7,17 174:19
181:3 186:12 216:5
234:14 239:16,19
249:16
pepper  1:12 3:3
12:2 13:4,8
pepperlaw.com  3:7
3:8

percent  89:7 102:10
102:12,20 103:7
104:14 234:16,24
256:25 261:22
percentage  127:11
127:23 128:2
performing  139:2
period  125:9,21
permitted  131:7,23
182:10,17 249:24
249:25
person  36:6 52:2
75:5 123:19 147:9
147:17,25 159:6
168:17
personal  44:10
personally  118:12
pertinent  74:3
204:13
peruse  49:9
peter  193:24 194:5
philadelphia  1:14
2:5 3:6 12:3
phone  13:14 91:6
214:5,18 215:5
217:8 228:16
phones  11:16
phyllis  123:14,25
124:14 127:4
143:13,19 155:18
240:8 244:21
physical  201:11,16
257:21 258:2
physically  28:8
201:8
pick  11:14
picked  89:8
piece  49:13
pieces  213:9
place  11:16 97:18
100:24 102:21
263:5
placing  102:12
plaintiffs  2:6,14,19
12:17,20,23 13:3

207:21 245:24
planned  24:12
planner  28:4
planning  21:21
23:18,21,22 24:2
25:20 33:4 160:18
162:7
plans  165:4
played  23:15
plaza  2:10
please  11:13,15
12:13 13:14 14:3,22
15:17,19 49:10 50:7
50:10 57:23 60:9
71:21 73:23 86:6
87:8 97:2 107:2,12
107:16 109:2 110:9
112:24 122:2
142:23 143:14
146:25 147:11
161:21 166:16
174:10 176:15
196:25 226:16,19
252:24 264:4,9
pledge  131:7
pledged  130:18
132:2
plus  21:10 42:23
50:12 130:19 132:3
256:25
point  91:18 95:21
151:18 162:11,12
197:19
political  25:25
pope  45:14
portion  131:7
position  20:5 24:21
130:25
positive  142:14
196:2 216:15
253:23
possession  40:21
possibly  162:13
210:3

post  185:22 186:19
postgraduate  18:16
potato  162:11,18
potential  186:18
poultry  22:14 42:6
130:24 131:14
practices  61:5
predicting  157:15
prefer  15:2
preferring  186:14
prepare  32:5 94:25
prepared  95:3
118:25
preparing  93:24
present  12:12
161:10
presented  91:20
president  27:12,14
27:19 57:4 131:4
142:15 152:21
236:21
pretty  29:2
previous  67:14
70:10,11
previously  208:8
246:11
price  29:10 79:4
134:14,19,23 135:2
135:8,8 140:15,16
155:19 156:9,19,20
156:23 181:2,9,13
246:18 252:7,14
prices  144:17
pricing  178:10,21
179:2
primary  37:23 38:2
42:8
printed  245:21
prior  25:8 95:23
164:22 203:12,15
228:15
private  11:15
pro  71:3 90:2
136:12

**probably** 20:8 27:8
29:12 47:21 91:14
108:7 141:13 157:3
157:11 205:25
250:17
**problem** 31:14 32:4
42:3 47:17 81:3
88:8 164:13
**problems** 91:22
**proceed** 14:5
**proceedings** 118:19
119:6
**process** 61:15 213:6
215:12 235:4,9
241:14 261:8
**processed** 1:3 12:5
266:2
**processors** 182:8,21
253:14
**produce** 31:19
76:19,22
**produced** 30:13,23
31:22
**producer** 29:17,22
35:21 52:4,7 53:2,3
53:7 57:24 61:19,24
62:9,22 63:4 64:6,7
65:3 75:20 76:6
78:12,15 82:8 89:2
89:5 98:16 102:21
127:12 130:6
145:12 151:3,13
152:24 167:3
173:20 176:14
182:6,16 189:25
191:10 197:16,19
212:21 222:8
233:16,21 234:23
244:18 250:20
258:5 261:21
**producer's** 52:13
56:5 76:14,16
**producers** 3:8 13:5
13:9 19:18,20,22
20:3,11,18 21:10,25

22:5,6,9,10,14
23:23 24:15,18 25:6
25:9,11,17 33:7,7
33:17 35:14 42:7
43:4,5 51:9 53:14
56:3 59:2,9,24 64:9
72:12,22 73:4,8,15
74:15,22 75:4,19
80:10 87:22 88:11
88:14 90:5 92:21
96:21 109:9 144:19
145:13,15 159:23
176:13 181:19
182:10,17 197:25
198:7 207:13
208:11 211:8
214:18 217:10,22
226:24 239:10
243:9 256:24 257:2
257:13
**production** 10:9
46:12
**products** 1:3 12:5
113:7 266:2
**professional** 18:23
**profit** 187:21
**program** 6:22 34:3
34:5,8 35:10 36:5
36:14 37:12,17,22
38:8,16,20,24 39:11
48:17,19 52:3 55:25
69:15 77:23,25 98:2
109:10 115:7,12
116:13 137:6
144:16 162:12,19
184:5 186:11
191:14 192:23
198:24 208:19
229:14 251:5
**programs** 57:16
**prohibited** 116:12
149:17
**property** 84:17
**proposed** 162:18

**proposing** 162:6
186:18
**protection** 171:24
**provide** 152:6
**provided** 52:24
62:22 75:19 215:25
**providing** 53:4
**public** 1:17 165:24
166:5 249:11 263:4
263:15 265:17
**published** 245:19,20
**pulled** 130:8
**pullets** 66:18 117:5
**purchase** 134:20
138:14 194:15,24
197:23
**purchased** 135:4
137:11 140:12,16
**purchaser** 2:6,13
12:17,20 13:2 123:9
123:10
**purely** 39:25
**purpose** 208:6,18
260:17
**purposes** 26:6 82:25
**pursuant** 263:4
**put** 36:17 54:12
63:21 65:25 66:3,4
66:17 84:14 96:7
97:7,17 98:24
106:11 107:23
111:3 113:10
114:15 116:22
123:21 127:4,6
212:7 220:13
**putting** 66:9 82:3
83:11 103:16
210:24

**q**

**qualifications** 18:24
**qualified** 148:13,25
**qualify** 146:7
**question** 11:7 15:13
15:16,21,22 16:10

29:20,25 30:15 38:5
38:14 39:2 40:12,14
40:19 42:11 43:7,18
45:4,17,23 46:17
48:5 53:17 55:20
59:5 60:24 61:25
62:7 65:13 66:24
71:6 74:18,25 75:22
78:18 79:7 82:15
84:9,19 85:8 86:22
91:8 92:8,23 93:20
95:10,16 96:5 99:5
102:15,25 104:19
108:12 118:14,21
119:11,19,25 120:9
123:5,24 125:18
126:4 132:9,21
134:22 135:13
138:21 139:5
140:19 141:8
144:14 148:20
149:11 155:3 156:3
161:5 162:21 166:2
167:14 169:8,23
172:12 173:12,22
175:5 177:8 179:5
182:13 185:13
186:8 187:25 199:9
200:7 203:18 204:7
204:10 206:6
211:14 221:22
255:17,23
**questioner** 149:23
**questioning** 175:10
**questions** 10:19
15:25 16:8 61:2
106:9 121:19
146:15 165:9
225:22 232:22
233:6 251:8 252:3
256:4 258:15,17
262:13
**quick** 163:3 196:5
206:16

quote 157:21
quotes 157:10,16,18
157:20,23

**r**

r 2:1,16 3:1,12 4:1
4:10 207:22 220:21
223:17,24 225:2,9
230:21 231:3,6,12
232:2,11,11,24,24
232:24,24,24
242:21 244:10
245:14,16,25 246:2
246:11 258:22
259:17,22,22
261:14,14 263:2
266:1,1
rainbow 243:5
244:14
ranch 4:6 13:18
range 160:17,23
162:7
rata 136:12
rate 50:12
rates 35:5
reach 154:18 179:7
reaching 154:19
reaction 119:9
read 47:22,23,25
50:8,9 60:8 68:24
74:2 80:5 87:8
90:17,21 109:5
116:2 129:19
130:21 134:4
139:20 143:16,22
144:3 146:8 148:15
152:11 154:14
155:13,22 157:13
158:20,25 162:15
167:9 168:14
171:15,25 174:21
176:17 177:2
178:11 181:5 184:2
185:3 186:2 190:16
191:3 192:17 193:6

194:20 198:2,13
204:9,12 205:17
219:2 220:18
225:20 226:14
254:7,11 255:2
264:4 265:3
reading 199:2
reads 129:15
ready 66:19
really 35:6 112:6
124:6,12 146:16
151:16 161:8 172:6
172:22
realm 43:20
reason 65:17 99:24
168:25 169:4
177:13 184:7 199:4
199:11 228:5
255:13,20,25 264:6
266:4
reasons 141:17
227:22
rebecca 105:4
recalculated 227:9
recall 42:9,14,17
44:6,8,11 45:2,12
45:18 48:8 50:4
87:2,18,21 89:16,20
89:21 91:13 92:4,24
93:11 97:6 119:8
140:23 145:14,16
146:10 150:2 157:4
157:6 169:17,25
173:2 181:13 193:8
203:13,14 255:8
recalls 170:7
receipt 264:16
receivable 36:19
136:25 201:7 202:7
receive 56:10 73:4
73:14 226:23
261:19,21
received 35:22
49:14 50:3 80:11
134:2,13,19 158:19

187:23 202:2,5,11
229:3 234:9,22
254:5 261:5 262:8
receiving 93:11,18
154:4
recess 72:3 121:6
163:10 196:11
206:24 251:16
recognize 80:8
184:7
recollection 36:13
172:4 178:14
194:23 242:7
record 11:12,20
12:14 14:23 42:4
50:10 58:3 60:9
71:21,25 72:7 74:3
76:7,14 81:6 87:9
121:4,11 137:4,5
149:23 163:8,14
196:9,15 204:13
206:22 207:4 208:3
213:21 219:3,6
222:19 225:8,21
229:18,24,24
251:14,20 262:19
263:9 265:6
recorded 263:7
recording 11:19
136:24 201:6
records 51:16 52:13
70:6,7 76:3 114:5
187:6,14 200:4,5
202:23 226:22
228:23 229:9,15
233:5 237:6 258:8
redding 3:4 13:7,7
reddingw 3:8
refer 59:2 61:6
65:19 103:6 117:2
122:11 134:11
140:9 145:10
156:18 165:8
173:15 197:10
205:10 214:25

218:10
reference 110:21
169:11,12 185:6
referred 100:6
160:14 254:6 255:5
255:14
referring 65:10
134:7,8 137:8
138:18 140:10
144:6 151:4 156:9
156:15,17 157:18
157:22 168:8 170:5
172:14 190:9 193:3
198:5 204:15,21
205:13 218:16
255:9,9
refers 64:16 102:3
171:7 252:7
refigured 261:2
reflects 148:4 159:7
159:17 177:4
178:19 191:5
192:13
refresh 90:22 172:3
178:13 242:6
refreshes 90:18
regard 45:21 48:13
48:16 114:19
regarding 50:2
81:17 107:21
region 22:3
regional 19:21
26:10,13,13
regionals 21:5 22:7
22:11
registration 165:10
regular 196:3
regularly 23:24,25
192:10,11
reickard 1:12 5:3,12
5:14,15,18,20,22,24
6:4,8,9,12,13,15,16
6:18,19,21,24 7:4,6
7:7,9,10,12,13,15,16
7:18,19,21,22,24

| | | | |
|---|---|---|---|
| 8:4,6,7,9,10,12,13 | 122:1 123:1 124:1 | 218:1,7,22 219:1,18 | 120:11 124:18 |
| 8:15,16,18,20,22,23 | 125:1 126:1 127:1 | 220:1 221:1 222:1 | 125:16 139:24,25 |
| 9:4,6,7,9,10,12,13 | 128:1,20,22 129:1 | 222:12,14,18,21,22 | 146:16 148:21 |
| 9:15,17 12:10 14:7 | 130:1 131:1 132:1 | 223:1,19 224:1,3,4 | 149:19,21 150:15 |
| 14:21,24 15:1,2,3,5 | 133:1,14,16 134:1 | 225:1,4,11 226:1 | 153:16 156:5,7 |
| 16:1,11,21 17:1,2,3 | 135:1 136:1 137:1 | 227:1 228:1 229:1 | 157:17 171:19 |
| 17:5,7 18:1,5,5 19:1 | 137:21,23 138:1 | 230:1,6,23 231:1,8 | 173:6 177:11 |
| 20:1 21:1 22:1 23:1 | 139:1 140:1 141:1 | 231:16,18,22 232:1 | 181:11 192:21,25 |
| 24:1 25:1 26:1 27:1 | 141:21,23 142:1 | 232:6,15,23 233:1 | 198:25 203:19 |
| 28:1 29:1 30:1 31:1 | 143:1 144:1 145:1 | 234:1 235:1 236:1 | 205:19 215:21 |
| 32:1 33:1 34:1,2,16 | 145:18,20 146:1,18 | 237:1 238:1 239:1 | 216:13 250:19 |
| 34:19 35:1 36:1 | 146:20 147:1 148:1 | 240:1,13,14,17,23 | 255:11,18 |
| 37:1 38:1 39:1 40:1 | 149:1 150:1,17,19 | 240:24 241:1,2,7,19 | **remind** 208:23 |
| 41:1 42:1 43:1 44:1 | 151:1,22 152:1 | 242:1 243:1 244:1 | 209:10 |
| 45:1 46:1 47:1 48:1 | 153:1,18,20 154:1 | 245:1,3,3,7,16 | **remotely** 12:12 |
| 48:22 49:1,3,10 | 154:17 155:1 156:1 | 246:1 247:1 248:1 | 13:12 |
| 50:1 51:1,23 52:1 | 157:1,25 158:1,3 | 249:1 250:1,15 | **repeat** 58:10 121:24 |
| 53:1 54:1,24 55:1,5 | 159:1 160:1 161:1 | 251:1,8 252:1,3,16 | **replace** 116:12 |
| 55:12 56:1,16,19,25 | 161:14,16 162:1 | 252:18 253:1 254:1 | **replacing** 113:17 |
| 57:1,4,7 58:1 59:1 | 163:1 164:1 165:1 | 255:1 256:1,14 | 114:22 |
| 60:1 61:1 62:1 63:1 | 166:1,9,11 167:1 | 257:1 258:1 259:1 | **replies** 110:11 |
| 64:1 65:1 66:1 67:1 | 168:1 169:1 170:1 | 259:24 260:1,5 | **reply** 59:16 |
| 68:1,8,11,13,16,22 | 170:14,16 171:1 | 261:1 262:1 265:10 | **report** 5:19 20:14 |
| 69:1 70:1 71:1 72:1 | 172:1 173:1 174:1,3 | 266:25 | 28:15 55:3,7,15,21 |
| 72:9 73:1 74:1 75:1 | 174:5 175:1,21,23 | **relate** 219:19,20 | 62:14 80:11 82:9,23 |
| 76:1 77:1 78:1 79:1 | 176:1 177:1,17,19 | **related** 163:19 | 87:12,19 98:5 100:4 |
| 79:17,22 80:1,3 | 178:1 179:1 180:1 | 187:14 195:24 | 100:4,7 103:11,14 |
| 81:1 82:1 83:1 84:1 | 180:12,14 181:1 | 201:15 | 105:5,21 106:16 |
| 85:1,17,23 86:1,9 | 182:1 183:1,6,8 | **relationship** 247:10 | 107:13,23,24 |
| 87:1,10 88:1 89:1 | 184:1,11,14 185:1 | 247:20 | 108:18 114:4 |
| 89:16 90:1,8,13 | 186:1 187:1 188:1 | **relatively** 239:15 | 116:25 207:23 |
| 91:1 92:1 93:1 94:1 | 189:1,3,5 190:1 | **relevant** 61:3 | 208:3,8 209:15 |
| 94:12,14,21 95:1,15 | 191:1,18,20 192:1 | **reliable** 238:6 | 211:3 212:3,19 |
| 96:1,15 97:1,2,8 | 193:1,14,16,25 | **relied** 74:13,14 | 257:25 258:5,9,10 |
| 98:1 99:1,11,15,21 | 194:1 195:1,5,7 | 75:25 | 258:12 |
| 100:1 101:1 102:1 | 196:1,18,20 197:1 | **remainder** 114:16 | **reported** 80:25 |
| 103:1 104:1,24 | 198:1 199:1 200:1 | **remember** 25:13 | 81:20 87:10 |
| 105:1,3,8 106:1,15 | 201:1 202:1 203:1 | 28:18 29:16 30:6 | **reporter** 13:13 14:2 |
| 106:20 107:1,5 | 204:1 205:1 206:1 | 33:14,23,24 37:9 | 74:2 204:12 216:21 |
| 108:1,16,20 109:1,2 | 207:1,9 208:1,9 | 42:12 47:15,24 48:8 | **reporting** 87:13 |
| 109:3 110:1 111:1 | 209:1 210:1 211:1 | 71:11 86:24 89:22 | **reports** 48:19 81:19 |
| 112:1,15,19 113:1 | 212:1,19 213:1 | 91:15 92:11 93:9 | 87:8 106:7 198:12 |
| 114:1 115:1,5,10,18 | 214:1 215:1 216:1 | 94:23 99:22 100:23 | 199:13 211:2 |
| 116:1 117:1 118:1,4 | 216:22,23,25 217:1 | 105:16 115:2 118:9 | **represent** 12:14 |
| 119:1 120:1 121:1 | 217:3,8,11,16,21 | 118:11,15 119:13 | |

**representing** 11:22
14:3 243:7
**represents** 243:5
**request** 10:9 73:3,8
73:14 154:10
**requested** 72:20,23
**require** 198:11
199:13
**required** 62:24
80:21 127:13,16
130:13
**requirements** 87:17
87:23 124:17,19
210:18
**reserved** 11:8
**respect** 114:3
**respectively** 83:13
**respond** 59:25 61:20
89:5,12 143:19
153:2 155:16,17
**responded** 89:7
113:24 211:13
**responds** 129:11
143:24 155:10
158:23
**response** 15:14
108:6
**responsibilities**
20:17 21:16 23:15
24:7 27:5 105:18
122:15,18 124:4
125:5 126:7,14
**responsibility** 27:25
48:13 93:23 188:13
188:15,17,22
200:19 201:3
**responsible** 22:18
23:10 35:9,16 46:14
47:6 53:3 54:13
91:12 93:17 122:25
123:19 127:12
135:10 136:14
159:24 160:2
187:13 199:20
200:21,24 201:24

**rest** 51:3
**restrict** 169:20,22
**restricted** 169:18
170:2,3 203:16
**restrictions** 181:16
**results** 258:2
**retired** 14:24 32:25
47:4 125:20 138:13
138:25 161:9,10
**retirement** 26:24
**return** 264:14
**revenue** 39:9
**review** 119:2 129:4
147:2 161:22
166:17 174:11
197:2 216:10
252:24
**reviewing** 49:11
69:2 80:7 86:8
90:20 107:3 109:4
113:2 116:7 129:7
138:5 142:5 161:23
166:18 174:12
180:20 189:11
193:22 195:13
197:3 252:25
**rid** 111:23
**ridge** 105:22
**right** 14:25 21:11
37:7 51:8 67:4
73:22 123:13 126:3
128:8 164:2 179:16
192:16 220:24
221:12 234:10
243:8,10 244:15
**rios** 1:16
**robert** 4:11 11:21
**robin** 32:13
**roger** 161:25
**role** 20:2 21:15 24:8
25:17 27:6 28:13
34:12 46:9,11 48:13
162:14 241:6
244:22

**roles** 23:14
**room** 44:13 254:5
**rooms** 24:2 163:24
165:4
**rossi** 1:16 14:2
**rough** 38:22
**routinely** 229:21
**rpr** 1:16
**rules** 100:23 101:23
167:12
**run** 36:14 132:11,15
**rw** 242:4

**s**

**s** 2:1 3:1 4:1,10,10
5:9 6:1 7:1 8:1 9:1
151:8 266:1
**salary** 39:19,21
138:11
**sale** 155:12
**sales** 36:18 73:15,16
73:18,18 74:10
**salmi** 105:3
**satellite** 34:12 37:6
**satisfy** 197:24
**sauder** 145:4 146:6
147:8,12 148:5,24
149:17 242:4
**sauder's** 146:10
**savannah** 6:6 85:21
85:25 86:13
**save** 30:21
**saw** 95:13 118:23
145:2 154:16
186:12
**saying** 113:11
114:14 152:13
164:10 214:2,5
**says** 17:17 58:5
69:20 83:6,14 91:19
92:14 98:12 100:3
106:3 107:13 110:7
110:12 113:6
116:10,17 117:4
143:13,25 162:10

168:10 190:12
198:5 217:9 219:13
241:20 242:23
243:5 259:2
**scenario** 67:18
**school** 19:4 41:24
**seal** 263:11
**sealing** 11:5
**search** 77:7,7
**second** 58:13 67:6,9
93:3 98:7 107:12
129:15 147:2
**secretarial** 20:5,19
23:18
**secretaries** 46:19
47:13
**secretary** 47:9
254:22
**section** 63:16 66:4,9
113:13
**secure** 24:2
**see** 17:5 57:20 61:22
63:9 80:22 83:14
90:18 91:25 105:21
106:3 110:7,15
111:12 116:14
117:9,15 118:17,18
127:5 143:21 148:6
151:2 168:6,13,25
190:12 213:9
217:15 224:12
227:21 238:25
241:21 242:22
243:4,25 258:23
**seeing** 106:6,8
107:19
**seek** 79:4
**seen** 47:21 87:24
93:7 94:22 97:4
115:19,21
**self** 54:19 64:24
208:10,13,20,22
209:11
**sell** 37:11,17 40:9,17
78:13,13,16 155:19

156:8

**sellers** 36:17 37:13

**selling** 194:17

**send** 49:23 50:2
54:20 56:7 57:11,17
59:12,19 62:13 71:9
80:10,25 88:2,11,14
88:22 136:15
165:13 209:22
210:9 225:15,24

**sending** 87:21 154:3
168:18 214:11

**sense** 106:7 120:24
181:8

**sensitive** 11:14

**sent** 20:22 36:17
48:20 57:10 71:4,16
87:15,25 89:9 95:12
99:25 107:8 109:11
113:4 136:21
158:17 159:20
164:24 165:9
209:13 226:24
227:8,11 260:9

**sentence** 83:6 91:19
91:25 100:22
105:20 107:13,17
113:6,6 129:15

**sentences** 62:25

**separate** 137:12
186:23 187:2,3,11
236:14

**september** 65:23
66:2 67:7 99:12
104:6,8 106:17
129:11,12

**services** 20:18 22:13
22:18,22 23:4,12,19
38:12 42:7 75:14
130:24 228:20
237:12

**set** 47:20 164:2
180:10

**seven** 19:10

**share** 136:12 152:8
158:18

**sharon** 3:12

**sharon.markowitz**
3:16

**shedd** 187:20
188:19 200:23

**sheet** 35:18 36:18
127:5 130:8 219:17
241:4 264:7,10,12
264:15 265:5

**shell** 73:15,16,17

**shepherd** 105:4

**sherry** 187:18,19
188:7,19 200:2,23

**shorthand** 263:7

**show** 69:21 117:21
177:16 191:17
213:9 216:18
252:15 261:4

**showed** 35:19
107:13 185:8
207:21 213:22

**shown** 51:8 175:7
233:16 234:18,18
258:22

**sic** 193:21

**side** 91:21 92:4
195:3 241:18

**sign** 171:13 220:24
264:9

**signature** 223:4

**signed** 93:12 95:6
96:24 169:24 223:2

**significantly** 22:6

**signing** 163:23
264:11

**similar** 247:10

**simply** 62:25

**single** 230:3,3
257:17

**sit** 143:20 250:5
256:7

**site** 163:23

**sitting** 230:4

**situation** 190:7

**six** 20:12

**size** 72:21 91:22
153:15

**sizes** 223:11,13

**slidders** 2:9 5:4
12:15,15 14:20
16:17 17:3,4 29:21
30:2,16,20 34:14,23
36:4 38:6,7,17 39:5
40:15,23 42:13
43:14,21 45:7,19
46:7,21 48:11,21
49:8 51:24 53:20
54:22 55:11 56:2,13
56:24 58:12 59:6
60:25 62:10 65:18
67:3 68:6,21 71:8
71:20 72:8 74:7,20
75:7 76:2 77:5
78:11,20 79:2,11
80:2 81:13,15 82:16
84:13,24 85:11,16
86:5,25 89:24 90:12
91:11 92:12 93:2,22
94:3,20 95:19 96:10
96:13,19 99:8,19
102:18 103:4
104:22 105:13
106:12,24 108:13
108:24 112:10,23
114:11 115:4,17
116:5,9 118:16,24
119:14,21 120:5,12
120:21,25 208:15
210:14,20 211:10
211:22 213:15
215:8 216:11
220:14 222:10
224:21 226:8
227:24 229:16
230:8 233:12,23
234:19 235:7,18,24
236:4 237:2,7,21

238:10,22 239:12
240:5 241:8,16
242:9,14 243:11,18
243:21 244:6
245:12 246:23
247:12,16,25
248:14,25 249:13
249:19 251:9 256:6
256:13 258:14
259:13 261:9
262:15

**slip** 202:22

**small** 64:7 239:15
256:16

**smaller** 24:19

**smoothly** 28:6

**software** 187:5
200:10

**sold** 194:12

**solely** 74:14,22
82:23

**solution** 92:15,18,20

**solutions** 182:24
183:19 246:4

**somebody** 169:24

**somewhat** 27:8

**son** 32:23

**soon** 184:9

**sophisticated** 71:14

**sorry** 31:10 33:24
41:21 49:22 57:2
60:4 68:25 73:19,21
82:17 89:14 98:7
104:24 115:21
156:14 178:6
181:24 202:8
212:18 247:24

**sort** 23:21 80:9
98:19 105:23
208:13

**sorts** 46:2

**sounds** 177:9 178:23
182:25 183:3 196:2

**south** 3:13 4:4 58:16
58:24

**space** 60:7,22 65:2,5
80:19 81:8,18 82:7
82:7,11 83:19 84:17
85:5 87:16,23 88:4
88:20 89:3 117:8
257:21 264:7
**spaces** 61:8
**sparboe** 3:22 13:23
**speak** 15:24 164:5
164:10 192:9
259:12
**speakers** 166:5
**speaking** 30:21
51:22 71:10
**special** 248:20,23
249:3
**specific** 28:12 71:7
91:15 170:9 181:24
**specifically** 45:13
46:6 126:21 172:15
247:4
**specifics** 205:19
247:15
**specifies** 117:12
**spell** 151:7
**split** 139:18,23
**spoke** 81:6 191:13
**spoken** 223:8,10,14
**spouses** 239:24,25
**spreadsheet** 76:4,8
76:13 81:5,7 127:11
135:23,25 218:8
**spreadsheets** 76:20
**square** 1:13 3:5 12:3
65:2,4,6 80:19,21
81:7,17 82:11,21
83:6,19 84:16 85:14
110:14,25 113:8
**stabilize** 144:16
**staff** 31:11 36:6
70:19 86:15 126:21
130:7 138:19
**staggs** 178:3
**stahl** 4:3 13:16

**stamp** 217:8 232:21
**stamped** 94:9
217:13 222:19
224:2 225:9 231:4
231:13,24 232:4
240:14 241:20
242:22 245:4
**stand** 148:2 259:17
**standard** 49:18
62:12
**standing** 263:4
**start** 64:10 100:21
109:14 215:2,11,13
215:18
**started** 20:4 21:6,13
22:2 23:8 25:16
33:10 37:4,9 47:2
71:12 77:14 125:15
214:10 251:4
**state** 14:22 20:23
58:4 264:6
**stated** 62:24
**statement** 39:13
41:15 187:22 188:8
188:9 205:18
**statements** 74:22
265:7
**states** 1:1 3:9 12:7
13:6,9 59:10 122:5
122:8,12 207:12,13
**status** 178:9 179:2
194:19
**stay** 111:11
**stayed** 27:9 202:14
**stephen** 2:16 12:21
121:17
**stephenbrown** 2:18
**steps** 213:10
**stinson** 3:11 13:20
**stinsonleonard.com**
3:15,16
**stipulated** 11:3
**stipulations** 10:14
14:12

**stop** 190:7
**stopped** 151:18
**straight** 41:24
**strange** 104:2
**street** 1:14 2:4,17
3:5,11,13 13:20
249:12
**strike** 210:15 221:22
239:8
**studies** 18:16
**style** 71:3
**subcommittee** 31:3
**subject** 35:4 57:5
68:13 79:18 105:4
106:16 108:18
112:17 138:10
171:4 197:9 264:11
**subscribe** 265:6
**subscribed** 265:12
**substitute** 19:14
**sueur** 58:7,15,17
**suggest** 117:24
168:23
**suggested** 114:24
117:18 152:7 153:7
**suggestion** 115:25
**suggestions** 160:24
**suite** 3:13,20 4:4
**summit** 89:17 90:19
90:24 91:3,13 171:4
171:10 174:20
175:3,9,18 177:6
178:7,14,20 203:9
**sunrise** 243:5
244:14
**supervision** 263:8
**supplied** 126:21
**suppliers** 197:25
198:6
**supply** 44:7 45:21
59:3 91:21 92:4,16
92:19,21 127:23
134:10 135:19
138:15 140:13
162:11,18

**support** 10:1 144:24
152:6
**supporter** 148:10
159:11,13 242:12
242:17
**supporters** 160:14
241:21,24 242:8
**supportive** 148:14
**suppose** 65:15
**supposed** 55:22
129:23 153:13
**sure** 17:10 20:7
24:10 28:4 29:2
35:19 42:22 45:9,25
51:11,14 55:23
57:14 68:25 70:25
71:22 84:21 97:13
105:15 124:22
125:23 130:9 131:6
136:22 156:15,16
160:6 161:6 163:5
163:25 173:17
184:23 185:24
188:7 196:6 205:24
208:11 209:18
210:8 214:13
230:17 234:2 240:9
244:3 246:17
251:11 260:22
**surname** 17:19
**surplus** 194:12,15
194:24
**surprised** 41:22
**swear** 14:4
**sworn** 14:8 263:5
265:12
**system** 143:25 144:2
144:7,9,11

**t**

**t** 4:10 5:9 6:1 7:1 8:1
9:1 263:2,2 266:1,1
**table** 57:22 63:8,13
67:6,9,14 79:12
98:4,6,7,8 102:2

103:6 117:18,20

**take** 28:16,24 29:7
  29:14 30:7 31:15
  34:24 41:2,4 49:9
  71:19 86:6 96:25
  112:2,3,5 120:13,15
  120:21 129:3
  132:17 133:11
  136:10 137:18
  142:22 146:25
  161:21 163:3
  166:16 174:10
  196:4 197:2 206:16
  207:18,22 224:10
  246:10 251:10
  252:24 260:22

**taken** 1:12 72:3
  111:16,19 121:6
  156:25 163:10
  196:11 206:24
  251:16 263:4

**talk** 116:6 178:10,21
  214:19,22 248:5

**talked** 22:20 32:7,8
  36:16 148:9 203:8
  214:17 219:25

**talking** 32:10 34:7
  45:6 65:6 81:12
  141:9 166:23
  178:25 201:18
  204:8 216:2 249:10
  249:22

**tape** 71:25 72:7
  121:4,10 163:8,14
  207:4 262:19

**tasks** 23:11

**taught** 19:4

**teacher** 19:8 41:23

**teaching** 19:12,14

**teleconference** 3:17
  3:22 4:7

**tell** 39:8,9,12 54:16
  118:12 127:8
  149:16 153:14
  165:16 171:13

176:15 206:12
  207:18 216:12
  224:16 242:2 263:5

**telling** 44:12 96:2
  176:24

**tells** 167:24 224:18
  224:19

**ten** 33:21 120:14

**tenure** 33:6,20
  256:20

**term** 44:23 97:9,10
  97:15 101:7 112:8

**terms** 201:24 208:19
  212:8

**terry** 35:3 37:5

**testified** 14:9 22:12
  41:7 69:3 74:14
  75:23 77:23 163:18
  212:9 218:13
  228:16 246:3 247:5
  249:23 257:6
  261:11

**testify** 252:9

**testimony** 5:3 71:7
  75:2 95:11 119:20
  120:2 259:17 263:4
  263:6,9

**thank** 13:25 15:5
  30:11 42:2 60:3
  71:18 117:4 164:12
  207:16 246:20
  251:7 262:13

**thereof** 263:10

**thing** 44:14 210:25
  258:4

**things** 21:22 46:3
  203:24 210:24

**think** 17:16 18:25
  20:13 22:19,20 29:9
  30:9 36:11 37:5,15
  38:21 40:14 41:6,17
  44:22 47:2 54:5
  69:3 74:5,14 77:13
  84:11 88:13,16 91:4
  93:13 97:16,24,25

98:4 103:2 104:11
  118:7 119:7 124:18
  125:19 128:6 130:7
  130:7 131:11
  132:16 139:22
  141:10 143:7,10
  144:15,23 145:2
  151:2,8,21 152:15
  155:13 159:11
  163:18 164:9
  171:17 173:14
  182:7,7 184:8
  185:14 188:8
  191:13 194:7,18
  195:25 199:16
  205:25 206:14,17
  211:11,13,15 212:5
  219:24 228:15
  237:3,8,16 238:20
  244:14 245:24
  246:3,11,13,16
  247:5 249:22
  252:11,12 253:14
  253:22 256:3,22,24
  257:7

**thinking** 139:18
  150:9 181:10

**thinks** 160:23 168:9

**third** 50:7,8 69:20
  83:5 86:16,17 87:6
  98:8,10 182:7
  185:25

**thirty** 264:16

**thought** 41:24 140:2
  144:9 147:14 151:6
  171:11 186:12,13
  238:6 254:24 255:5

**thoughts** 139:19,25

**three** 62:24 121:10
  131:11,13 149:14
  163:8 182:3,5,8
  204:22,24 205:12
  219:5 230:2 241:23
  242:2,7 249:4,9,21

**thursday** 1:9

**till** 21:4

**tim** 57:4 152:4,7,17
  154:9

**time** 11:8,24 12:11
  17:15 19:16,18
  20:12 25:10,18 27:6
  33:4,5,8,9,10,13
  34:24 36:10 37:9
  42:9,16,25 43:3,3
  45:8 47:11,12 62:15
  71:15,23 72:5 73:23
  75:15 80:22 86:6
  91:23 101:4 103:8
  114:17 120:13
  121:2,8 124:23
  125:9,14,21 126:2
  126:11 138:24
  141:10,11 145:11
  147:13 153:6
  156:25 157:2,5,11
  157:16 159:8,12
  163:6,12 168:19
  169:17,25 170:7
  173:14 196:7,13
  203:12,15,21,24
  205:9 206:20 207:2
  207:14 214:2,8,10
  214:24 216:3,23
  227:25 228:23
  229:7,10 230:18
  232:20 236:15,20
  236:24,25 237:15
  237:16 248:20,20
  251:12,18 253:12
  253:19,20,21
  257:11 259:10
  262:17 263:5

**times** 104:2 144:23
  218:14

**timing** 156:24

**tired** 207:17 214:9

**title** 20:6,8 22:17,21
  27:7,10 41:2,5,6
  131:4

**titled** 48:24

**titles** 22:20

**toby** 195:23 253:3

**today** 11:23 15:10
16:7 32:6 77:23
118:6 121:25
199:16 207:15,22
212:9 230:4 256:16

**told** 75:24 108:8
118:10 120:10
147:18 155:4
192:14

**top** 17:11 51:6 90:5
111:8 112:14 141:2

**topic** 148:18

**total** 63:19 64:25
65:4 80:19 81:7,17
82:11,21 83:18 85:4
85:5 114:2 127:10
128:5

**totally** 67:23

**track** 123:17 124:7
124:12 127:7 128:8
128:13 135:20
136:18 159:25
160:3 212:16

**trade** 41:10 77:24
78:8,13,16,22 79:5
194:13

**trader** 37:6 78:4
138:13

**traders** 34:10,12
36:16,21 79:3

**trades** 36:17,20

**trading** 34:3,8 35:10
37:12,22 38:24
39:10,17 40:7 77:23
77:25 191:14
192:23 195:3 196:3

**transcribed** 263:7

**transcript** 264:17
264:18 265:3,6

**transcription** 263:8

**transfer** 190:20,25

**transferred** 191:10

**travel** 28:8 164:3,17

**traveled** 164:18

**treat** 185:21

**treating** 209:9

**trial** 11:9 14:14

**tricked** 96:9

**trimming** 88:12

**true** 263:8

**truth** 216:13 263:6,6
263:6

**try** 15:20,23 16:2
121:24 190:6

**trying** 67:5 139:25
185:15

**tuesday** 112:16
158:23

**turn** 11:16 63:7 87:5
91:17 93:3 115:24
211:3

**twice** 235:6

**two** 1:13 3:5 12:2
22:15 26:21 72:7
103:13 121:4
123:20 129:9 168:3
201:3 237:17
251:10 256:4
261:25

**type** 124:20 132:7

**typical** 193:11

**typically** 132:7
164:3,15,17,18
211:8

**typo** 89:7 152:15
155:13 181:11
246:15,16 252:10
252:12 259:18

**u**

**u.s.** 6:22 115:7,12
122:11 137:10
140:3 143:2 144:18
151:15 241:3
256:24

**ue** 35:2,2 79:14
182:2

**ue0048736** 9:17
259:22,25

**ue0078274** 8:6
183:9

**ue0147923** 8:21
222:15,19

**ue0147924** 8:17,19
217:2,4,9

**ue015** 68:9

**ue0153388** 6:7
85:18 86:2

**ue0153390** 6:7
85:19 86:2

**ue0176038** 6:8 90:4
90:9

**ue0176043** 6:8 90:9

**ue0178003** 6:12
96:16

**ue0178004** 6:12
96:16

**ue0197900** 9:11
232:12,16

**ue0197904** 9:11
232:13,16

**ue0198018** 9:5
230:24 231:4

**ue0198023** 9:5
230:24 231:4

**ue0198065** 9:8
231:19,24

**ue0198069** 9:8
231:19,24

**ue0198080** 9:6
231:9,13

**ue0198085** 9:6
231:9,14

**ue0198268** 5:14
34:20

**ue0198269** 5:14
34:20

**ue0199756** 9:12
240:14,18 242:22

**ue0199757** 9:12
240:15,19 241:20

**ue0243147** 9:9
232:4,7

**ue0243152** 9:9
232:4,7

**ue0268031** 8:22
223:20 224:2

**ue0268035** 8:22
223:20 224:2

**ue0273539** 8:15
196:21,25

**ue0273540** 8:15
196:21

**ue0282286** 5:24
79:23

**ue0284847** 5:19
54:24 55:7

**ue0284850** 5:19
54:25 55:8

**ue0289553** 5:17
48:23 49:5

**ue0299967** 217:13

**ue0299969** 219:7

**ue0299972** 8:19
217:4,13

**ue0306391** 9:14
245:4,9

**ue0306392** 9:14
245:5,9

**ue0329047** 6:23
115:13

**ue0329065** 6:23
115:14

**ue041432** 193:21

**ue0455637** 7:15
158:4,8

**ue0461432** 8:12
193:17

**ue0461644** 6:25
128:23 129:6

**ue0461743** 8:11
191:21,25

**ue0462596** 8:5
180:15,19

**[ue0462630 - united]**                                          Page 32

| | | | |
|---|---|---|---|
| **ue0462630**  7:9 | **ue0626808**  6:20 | 26:14 27:3,7,11,19 | 216:25 221:8 |
| 145:21,25 | 112:13,20 | 27:20 34:3 35:24 | 222:14 229:13 |
| **ue0465190**  8:9 | **ue0626924**  8:8 | 36:23,25 37:12,16 | 236:21 237:10 |
| 189:6,10 | 184:15,19 | 37:22,24 38:3,12,23 | 238:7,18,21 240:11 |
| **ue0465191**  8:9 | **ue0628610**  6:15 | 39:11,17,20,23 40:6 | 241:14 243:16,20 |
| 189:6 | 105:9 | 40:9,10,16 41:12,25 | 243:25 246:18,21 |
| **ue046520**  9:16 | **ue0629492**  6:18 | 42:6,19 43:11,15 | 246:25 247:7,10 |
| 252:19 | 108:21 | 45:21 47:14,18 | 248:2,5 250:8,12 |
| **ue0465202**  9:16 | **ue0651561**  7:12 | 49:23 50:9,11,15,21 | 256:19 257:17 |
| 252:19,23 | 150:20,24 | 52:15,16,19 53:6,23 | 259:3 |
| **ue0465203**  258:23 | **ue0654487**  8:24 | 54:4,25 55:5,18 | **uep's**  44:3,4 139:17 |
| **ue0473018**  7:14 | 225:5,9 | 56:8,11 57:18 69:6 | 140:9 219:25 |
| 153:21 | **ue0842314**  5:13 | 69:15 72:10,25 | **uep.com**  77:17 |
| **ue0473019**  7:14 | 16:19,22 | 73:12 74:8 75:13 | **uh**  15:15 |
| 153:21 | **ue0881403**  7:21 | 77:15 78:21,21 79:4 | **underestimate** |
| **ue0473423**  7:17 | 174:6,10 | 79:18 85:19,23 | 53:14 |
| 161:17,21 | **ue0881404**  7:21 | 86:14 91:20 92:6 | **underestimated** |
| **ue0473424**  7:17 | 174:6 | 94:7,14 97:19 | 53:21,25 |
| 161:17 | **ue0881896**  7:23 | 105:18 107:9 | **underlined**  87:7 |
| **ue0475325**  7:6 | 175:24 176:4 | 109:12 115:6,10 | **understand**  15:16 |
| 137:24 138:4 | **ue0881897**  7:23 | 125:2,4,14 126:2,10 | 15:19,22 33:25 |
| **ue0475326**  7:6 | 175:24 | 126:13 127:24 | 40:14 81:23 101:6 |
| 137:24 | **ue0882870**  8:14 | 134:9,13 135:14,18 | 102:17 107:20 |
| **ue0475456**  7:8 | 195:8,12 | 136:4,24 137:12 | 113:22 114:18 |
| 141:24 142:4 | **ue0883026**  7:18 | 138:18,23 139:18 | 122:11 143:25 |
| **ue0475457**  7:8 | 166:12,16 | 139:23 140:12,16 | 172:7,25 176:20,22 |
| 141:24 | **ue0883027**  7:18 | 150:7 151:6 156:10 | 184:24 185:6,11 |
| **ue0475479**  7:24 | 166:12 | 163:19 164:16,23 | 186:4 190:5 211:15 |
| 177:20,24 | **uea**  9:13 145:12 | 165:12,20,24 | 247:9 |
| **ue0475486**  7:20 | 167:19 169:9 | 167:19 168:20,21 | **understanding** |
| 170:17,21 | 176:14 179:12,16 | 169:6,18,25 171:12 | 97:14 122:7 126:18 |
| **ue0475506**  7:5 | 179:19,23 180:9 | 171:18,22 172:5,10 | 131:25 132:4 141:4 |
| 133:17 | 181:2,9,13,17,20 | 173:14 174:19,24 | 141:18 143:5 144:5 |
| **ue0476399**  7:11 | 182:3,9,16,20 185:2 | 175:2,8,17 176:14 | 144:10 160:20,22 |
| 146:21,25 | 185:16,21 186:22 | 178:7,15 179:3 | 162:17 167:11 |
| **ue049011**  106:18 | 188:21 200:17 | 180:2,7 184:5 | 172:8,18,23 175:16 |
| **ue049017**  99:10 | 205:8 245:7,17 | 186:24 187:21 | 175:16 186:9 190:8 |
| **ue0490174**  6:14 | 246:17,22 247:2,11 | 188:2,16,18,23 | 190:21 198:4 206:3 |
| 99:16 | 247:21,23 249:23 | 189:25 190:7,13,25 | 247:19 254:2,13 |
| **ue0490188**  6:17 | 252:7,13 253:12,13 | 191:5,7,10 195:19 | **understood**  114:12 |
| 106:21 | 253:21 254:6 255:6 | 198:23 199:12 | 114:13 |
| **ue0515976**  5:23 | 255:9,14 259:3 | 200:5,12 205:6,7,11 | **undertaken**  77:7 |
| 68:8,18 | **uep**  5:18 6:4,9,21 | 206:9 208:7 211:5 | **undertook**  258:3 |
| **ue0515977**  5:23 | 8:16,20 17:25 21:4 | 211:24 213:6,13 | **united**  1:1 3:8,9 |
| 68:18 | 21:24 24:14 26:8,10 | 215:13,25 216:7,8 | 12:7 13:5,6,9,9 |

19:21 22:9,10 25:5
25:11,16 33:7 43:4
46:9,12,15 90:4
96:20 122:4,8,11
145:13,15 159:23
169:12 207:12,13
217:9,22 246:7
**university** 18:10,21
**unlimited** 166:24
**update** 228:23
229:14 235:14,17
262:9
**updated** 124:10
130:5,8,10 227:6
229:18 235:5,22
236:10,16,17
240:10 262:5
**updates** 228:24
**urner** 157:23
**use** 31:18 49:20
55:17 66:14 70:12
70:14 123:18
129:24 130:10
187:4,8 190:6 208:3
212:10 216:8 240:2
**usem** 122:10,15
124:4,8,17,21 125:6
126:7,15,24 127:2
127:13,20 131:6
132:6,17 137:12
138:18,23 139:19
139:23 140:5 141:5
142:17 144:11,22
147:9,12 148:25
150:3,4 151:5,19
155:15,20,25 159:8
162:12,12,19
187:10,10 188:6,12
200:15 240:3
242:18 243:2,16,20
244:2,5,19,24 247:7
**usual** 14:12
**usually** 135:4
164:20,25 165:5,9
214:18,20 220:11

225:15

**v**

**validus** 184:8 246:4
246:6
**vandebunte** 108:17
109:8,24 110:11,18
111:9 152:4,17
154:9,19 155:10
157:9
**vanessa** 4:3 13:15
**variety** 210:13,18,23
**various** 59:18 154:3
228:24
**vehicle** 122:9
**verbal** 15:13
**verification** 75:18
226:7 261:8
**verified** 127:5
130:10 223:12
228:3 230:5,10
234:7,9 241:10
**verify** 69:13 71:17
73:9,10 75:8 124:14
185:15 208:3
213:12 215:4
225:15,25 226:16
233:8,20 240:3
**verifying** 213:6
**veritext** 11:22 14:3
**versus** 35:21 134:15
**vice** 27:12,13,19
57:4 236:20
**videographer** 4:11
11:11 13:11,25
71:23 72:5 121:2,8
121:20 163:6,12
196:7,13 206:20
207:2 251:12,18
256:9 262:17
**videotaped** 1:11
**view** 91:20
**viewed** 185:25
**visit** 257:13,17

**visited** 70:20 75:15
237:11
**visiting** 228:20
**visits** 75:16 163:23
**vjacobsen** 4:5
**voices** 46:9,12,15
169:13
**volstead** 171:21
172:9,15,20,24
173:4 178:9 179:2
**volume** 9:12 240:18
241:19
**vote** 250:6,8,10,13

**w**

**w** 151:8
**wait** 201:18
**waived** 11:6
**wakefield** 58:6,14
58:17
**wal** 197:24 198:6
**walk** 207:19
**want** 24:24 71:19
95:22 96:8 104:25
120:12,15,16,18
168:12 173:17
194:18 206:18
209:6 211:15 213:5
215:11 242:20
248:5 256:7
**wanted** 24:23 59:22
92:15,18 112:9
130:9 159:15 209:2
209:4 244:18
**wants** 148:10,13
**washington** 26:15
158:16
**way** 71:12,16 84:14
84:25 87:6 127:17
127:18 140:3
142:20 143:13
152:9 155:21,24
186:17 204:2,19
205:11 212:16
216:9 230:10 242:7

**wayne** 142:12
**ways** 59:18 127:20
228:19,24
**wayzata** 3:20,21
**we've** 72:9 175:14
175:14 229:23
**weber** 20:15,20
**wednesday** 106:17
**week** 158:24
**weeks** 168:3 230:2
**weiss** 150:13,14
151:3
**welfare** 6:4 29:3
47:19 48:2,10,14
85:20,24 86:12
250:24
**went** 41:24 48:19
103:10 121:25
123:15 135:8,8
136:3,8 209:17
221:23 226:12
237:11
**wentworth** 26:21
230:16
**west** 243:6 244:15
244:16
**whispering** 11:14
**white** 60:12,16,20
62:4 64:15
**whitney** 3:4 13:7
32:13
**wilcox** 158:10,14,15
159:4,6,8 242:4
**willamette** 242:5
**william** 3:11 13:19
**william.greene** 3:15
**willing** 155:11
**winslow** 142:12
143:24
**winslow's** 143:11
**withdraw** 82:18
133:10
**withdrawn** 38:6
82:18 108:11
131:24 169:16

170:12 174:24
178:18 198:16
203:13
**witness** 10:3 12:10
14:4 38:15 39:3
40:13,20 42:12 43:8
43:19 45:5,18,24
46:18 48:6,7 53:18
55:21 62:8 65:14
66:25 71:7 74:5,19
75:2,3,23,24 76:22
76:25 78:10,19,24
79:8,9 81:14 84:10
84:20 85:9 86:23
91:9 92:10,24 93:21
95:13,18,24 96:8
99:7 102:16 103:2
104:20 105:12
116:7 118:15,22
119:12,20 120:2,3
120:10 123:6
125:11 126:3
132:10,22 134:23
135:14 139:6
140:20 141:9
144:15 148:21
153:24 155:4 156:4
161:6 162:22 164:5
166:3 167:15 169:9
170:8 172:13
173:13,23 175:6
177:9 179:5,9
181:23 182:2,14
183:12 185:14
186:9 188:2 198:20
200:8 203:19
204:15 206:14
208:16 211:11
213:16 215:9
216:12 226:10
227:25 229:17
230:9 234:20 235:8
235:19 236:5 237:3
237:8 238:11,23
240:6 241:9 242:10

242:15 243:12
244:7 247:17 248:2
248:15 249:2,14
255:18,24 259:14
262:21 263:9,11
264:2
**wives** 239:20
**wondering** 139:9
**word** 73:23 134:24
218:14
**words** 96:7
**work** 15:20 20:19
20:24,25 27:2 67:5
148:10
**worked** 17:25 19:15
20:10,21 21:9 26:9
26:17 36:15 211:4
250:16
**works** 143:25
**wright** 194:8
**write** 82:22,25 134:2
139:15 146:5 147:8
154:9 156:8 157:7
157:10 158:17
167:6 168:9 171:11
174:17 176:10,19
176:22 178:6
180:24 184:23
190:24 193:2 198:9
210:12,17 214:4
254:24
**writes** 130:16
143:18 148:8 152:3
171:20 176:12
183:22 185:20
190:3,11,18 194:11
195:22 197:20
253:24 254:4,9
**writing** 157:9
209:12 258:24
259:3
**written** 84:22 139:7
261:2,4
**wrong** 89:8 211:16
246:2 260:24

**wrote** 83:24 84:4
100:25 105:15,17
109:7 186:5 260:22

| x |
|---|

**x** 5:1,9 6:1 7:1 8:1
9:1

| y |
|---|

**yeah** 204:2
**year** 19:13,15,15,23
23:7 33:15 70:10,11
70:18 104:16 130:4
164:20 204:23
209:5 218:19
234:15 235:5,6,10
235:21 236:3,8
249:5 257:18
**yearly** 221:6
**years** 19:10 21:10
21:11,17 22:4 27:6
33:11,20,21 36:22
41:13 42:23 46:5
47:2 62:18 71:13
204:3 211:6,7,7
228:19,25 238:16
250:17,22 251:3
**yesterday** 32:15
192:15
**york** 2:11 11:22
131:17